**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE**

| | | |
|---|---|---|
| DAVID L. FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:26-cv-86 |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**PROOF OF SERVICE AFFIDAVIT LINCOLN NATIONAL LIFE INSURANCE**

STATE OF TENNESSEE )
)
COUNTY OF KNOX )

I, John P. Dreiser, being first duly sworn, hereby make oath that I mailed by Certified Mail a copy of the Summons and Complaint to The Lincoln National Life Insurance Company on April 23, 2026, by and through the Tennessee Commissioner of Insurance. The Tennessee Commissioner of Insurance was served on May 5, 2026. The return receipt is submitted herewith to the Court for filing in the record of this cause.

Respectfully submitted, this 11th day of May, 2026.

JOHN P. DREISER

Sworn to and subscribed before me
This 11th day of May, 2026.

MARQUAVIS K. DOTTERY
STATE OF TENNESSEE NOTARY PUBLIC
KNOX COUNTY

NOTARY PUBLIC

Expiration of Commission: 11/30/2027

Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 5422 9189 9641 35

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**Law Offices of Tony Farmer & John Dreiser**
**1356 Papermill Pointe Way**
**Knoxville, TN 37909**

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
The Lincoln National Life Insurance Company
(NAIC CODE 65676)
c/o TN Commissioner of Insurance
500 James Robertson Parkway
Davy Crockett Tower, 4th Floor
Nashville TN 37243

9590 9402 5422 9189 9641 35

2. Article Number (*Transfer from service label*)
7019 2280 0001 7598 2793

PLEASE MAIL OUT TODAY THANKS

MAY-5

☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt