TN Department of Commerce & Insurance

May 11, 2026

Lincoln National Life Ins. Co.
2908 Poston Avenue c/o C S C
Nashville, TN 37203
NAIC# 65676

Certified Mail
Return Receipt Requested
70201290000016208-4666

Re: David L Fields V. NAIC# 65676

Docket # 226CV86

To Whom It May Concern:

Pursuant to Tennessee Code Annotated §56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served May 7, 2026, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Designated Agent
Service of Process

Enclosures

cc: Federal District Court Clerk
Greene County
220 West Depot Street Ste 200
Greeneville, TN 37743-4924

State of Tennessee, Department of Commerce & Insurance
500 James Robertson Parkway, Service of Process - 10th Floor, Nashville, TN 37243
Service.Process@tn.gov; 615-532-5260

TN Department of Commerce & Insurance

Service of Process
500 James Robertson Parkway
Nashville, TN 37243

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 37243 $ 000.74⁰
02 7W
0008044159 MAY 15 2026

FEDERAL DISTRICT COURT CLERK
220 WEST DEPOT STREET, STE 200
GREENEVILLE, TN 37743-4924