**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENVILLE**

| | |
|---|---|
| **DAVID L. FIELDS,** | ) |
| | ) CIVIL ACTION NO. 2:26cv00086-DCLC-CRW |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge Clifton L Corker |
| | ) |
| **THE LINCOLN NATIONAL LIFE** | ) |
| **INSURANCE COMPANY,** | ) Magistrate Cynthia R Wyrick |

**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD**

Defendant The Lincoln National Life Insurance Company files Defendant's Submission of Administrative Record pursuant to the Order (Document 14) entered by the Court on June 24, 2026. Defendant certifies that the following documents constitute the entire administrative record pertaining to plaintiff's claims the subject of this action:

1. Group Disability Income Policy and Certificate (Lincoln/Fields 0001-0084);
2. March 9, 2026, correspondence containing decision on appeal (Lincoln/Fields 0178-0183); and
3. The Administrative Record (Lincoln/Fields 0085-0177 and 0184-2121, 2123-2200, 2202-2227, and 2229-2454).[1]

Dated this 28th day of August 2026.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
17304 Preston Road, Suite 800
Dallas, Texas 75252

[1] Documents labeled Lincoln/Fields 2122, 2201, and 2228 were produced by Defendant to Plaintiff and labeled as part of Defendant's claim file concerning this claim. However, these pages have been removed from Exhibit 3 as these documents pertaining to another patient were inadvertently submitted and are not part of this administrative record.

Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the **28th day of August 2026**, a true and correct copy of the foregoing **DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD** was filed via the Court's CM/ECF electronic filing system, which served the following counsel of record via electronic notification.

John P. Dreiser, Esq.
john@farmerdreiser.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers