Lincoln Financial Group®

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

March 9, 2026

THE LAW OFFICES OF TONY FARMER AND JOHN DREISER
ATTN JOHN P DREISER
1356 PAPERMILL POINTE WAY
KNOXVILLE, TN 37909

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear JOHN P DREISER:

We have completed our review of your client's Long Term Disability appeal. Based on the information provided, we have determined that we are unable to approve benefits beyond 08/07/2025. In our appeal review process, all information previously submitted as well as any new documentation was used to make a determination.

To be eligible for benefits under the policy issued to your client's employer, an individual must satisfy all of the provisions of the policy. This includes, but is not limited to, the following:

**TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:

1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.

The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

The policy has a 24 month Own Occupation Period which ended on 08/07/2025. In order to be considered Totally Disabled beyond this date, the medical documentation must support that your client would be Totally Disabled as defined above. As such, in considering your client's eligibility for Long Term Disability benefits beyond 08/07/2025, we evaluated whether your client is Totally Disabled as defined above.

©2026 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

EXHIBIT
2

Your client's entire file was reviewed upon appeal. Disability must be supported from 08/07/2025 forward, which was the focus of our determination.

**Summary of Initial Claim Filing**

As you know your client's claim was originally approved from 08/07/2023 to 08/07/2025 as we found your client met the definition of Total Disability that applied during this period. Benefits were terminated as of 08/07/2025, because we determined your client was not Totally Disabled from performing the main duties of any occupation. Our evaluation included review of the medical documentation, including consultation with and/or review of a written report from Dr. Andre Akhondi, an independent physician who is Board Certified in Cardiovascular Disease. For complete details please refer to our letter dated 06/24/2025.

The letter noted in part, the following:

> The medical evidence on file supports work restrictions and limitations as outlined in the Peer Review completed by Dr. Andre Akhondi that include never to climb ladders, work at unprotected heights, operate heavy machinery, avoid diathermic (a material or wall that allows heat to pass through it freely) procedures, kneel, crouch or crawl. You may occasionally lift/carry/push/pull 20 pounds, climb stairs, stoop, balance, reach overhead and below your waist. You may frequently stand, walk. It was recommended that you avoid close prolonged contact with magnets or other magnetic fields, keep magnets at least six inches from where your ICD (implantable cardioverter defibrillator) device is implanted. These restrictions and limitations are considered to be permanent given your heart failure and significantly reduced ejection fraction. Improvement is not expected in the future. These restrictions and limitations would prevent you from performing the essential functions of your heavy physical capacity demand own occupation.

**Summary of Appeal**

On 12/04/2025, your client filed an appeal in response to our determination to terminate benefits. Additional information was submitted with your client's appeal, including medical records from Rural Health Services Consortium Inc, Tennova Heart, Ascension St. Thomas, and a TTE Echo.

As part of your client's appeal review, all current and new medical information was reviewed by Zaid Alirhayim, MD, an independent physician reviewer Board Certified in Internal Medicine, Cardiovascular Disease, Interventional Cardiology. For details of these medical records please refer to the medical review that was sent to you on 01/13/2026. In addition to the medical report a Transferrable Skills Analysis (TSA) was also completed and sent to you at the same time. The reports were sent to you to afford you the opportunity for you or your client's treating physician(s) to respond or offer a rebuttal.

The peer notes that the claimant has nonischemic cardiomyopathy with severely reduced ejection fraction (EF 10-15%) and severe global left ventricular systolic dysfunction.

He states that based on the measurable findings, the claimant's chronic systolic heart failure with severe global left ventricular dysfunction and related cardiac dysfunction and related cardiac findings is impairing.

Taking into consideration the impairing diagnosis of chronic systolic heart failure, the following restrictions are recommended.

Sitting: Unrestricted.
Standing: Occasionally.
Walking: Occasionally.
Lifting: Occasionally up to 10 lbs., BUE.
Carrying: Occasionally up to 10 lbs., BUE.
Pushing: Occasionally up to 10 lbs., BUE.
Pulling: Occasionally up to 10 lbs., BUE.
Climbing stairs: Never.
Balancing: Occasionally.
Stooping: Occasionally.
Kneeling: Occasionally.
Crouching: Occasionally.
Crawling: Occasionally.
Reaching: Unrestricted to all three levels, BUE.
Use lower extremities for foot controls: Unrestricted, BLE.
Fine manipulation: Unrestricted BUE.
Simple and firm grasping: Unrestricted BUE.

The claimant's abilities are sustainable on a full-time basis.

We clarified with our Vocational Rehabilitation Consultant that the occupations outlined in the Transferrable Skills Analysis remained viable based upon Mr. Fields' reduced ejection fraction. It was determined that neither occupation identified would involve commercial driving or be considered strenuous physical activity.

There was no response to the medical report or the transferrable skills analysis.

**Appeal Decision**

We understand that your client has been diagnosed with Unspecified diastolic (congestive) heart. However, our review of the medical documentation, which included consultation with and/or review of a written report from an independent physician who is Board Certified in Internal Medicine, Cardiovascular Disease, Interventional Cardiology, does not support restrictions and limitations that would render your client unable to perform each of the main duties of any gainful occupation that your client has the training, education, and experience to perform beyond 08/07/2025.

**Vocational**

We reviewed your client's past training, education and work experience to evaluate your client's capacity to perform work-related activity. The documentation provided suggests your client is not limited from working in a sedentary work capacity. The definition of sedentary work capacity, as defined by the Department of Labor, is:

Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are only required occasionally (1-33%) and if all other sedentary criteria are met. Sedentary work may require exertion up to 10 lbs. occasionally and a negligible degree of exertion on a frequent (34-66%) or constant (67-100%) basis.

Using *The Dictionary of Occupational Titles* as a reference, we found that your client would be capable of performing the following occupations:

| DOT# | Occupation | Wage (mean) | Physical Demand |
|---|---|---|---|
| 919.663-022 | Escort-Vehicle Driver | $3678 | Sedentary |
| 735.687-030 | Sorter (small products) | $3955 | Sedentary |

The preceding list is just a sample of various jobs that your client shows transferable skills to perform. The list is not all-inclusive and is only a sample of possibilities. The occupations listed are found to exist within the national economy and are appropriate from the standpoint of adequate salary levels relative to your client's prior earnings. NOTE: Current hiring or job availability is not a consideration when identifying occupational alternatives, only that the occupations identified exist within the national labor market.

We are aware that your client is qualified to receive other income benefits, such as Social Security Disability Income (SSDI). Our records indicate that his date of entitlement was 08/01/2023, two years prior to the date in which benefits were approved to, 08/07/2025.
Please understand our group policy and review process is independent from that of the Social Security Administration (SSA). Although benefits have been approved for SSDI, this decision was based on the SSA's plan provisions and information received by the SSA. The claim decision made under your client's Lincoln Financial policy was based upon information we have obtained from you, your client, your client's treating medical professionals and the results of any internal and/or independent reviews of your client's claim, which is two years after the award of Social Security benefits and based upon more current records.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

**Appeal Rights**

As a reminder, your client has exhausted their first level of appeal. If your client disagrees with this decision, you, your client, or a person legally authorized as your client's representative, may pursue a final administrative appeal.

To initiate this process please have your client or an authorized representative submit a written request for review to the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337

Omaha, NE 68103
Fax: 402-361-1460

The following should be included with the appeal letter:

1. The policy number and claim number;
2. The reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Following receipt of your client's appeal, we will review the claim and provide you or your client with a full written explanation of the decision within 45 days. You or your client may also request copies of records and other information relevant to the claim free of charge.

If your client's plan is subject to ERISA, he or she may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your client's local U.S. Department of Labor Office or your client's state insurance regulatory agency. In addition, once all required reviews of your client's claim have been completed, your client has the right to bring a civil action under applicable law.

The employer's plan has a contractual limitations period of three years, which means that a lawsuit must be brought within three years after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is 08/07/2030.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Lisa K
800-423-2765 x 66442
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

REF #37242456

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti’go Diné bizaad, saad bee áká’ánida’áwo’dę́ę́’ t’áá jiik’eh, ná hóló̜. Koj̨į’ hódíílnih áǫ̨ĺóóǫéą̨ǫ́ąíę́ę.

Lincoln/Fields 0183