# LTD CLAIM PROFILE

**Date:** 5/21/2026 **LFG** **Claim #:** 1230051807

| | | | | | |
|---|---|---|---|---|---|
| **Insurer:** | The Lincoln National Life Insurance Company | **Posted:** | 6/29/2023 | **Location:** | HOME |
| **Policy:** | 00001020986100000 - | **Status:** | EXTENDED | **User ID:** | LAW |
| | East Tennessee Iron & Metal Works, Inc. | **Business:** | TRUE LTD | | |

**Claimant Information**

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | DAVID L FIELDS | **Phone:** | ( | **DOB:** | |
| **SSN:** | | **Sex:** | M | **Hire:** | 3/14/2005 |
| **Address:** | | **Ins Eff:** | 12/1/2015 | **Class:** | 2 |
| | USA | **Occ:** | TRUCK DRIVER, HEAVY (ar**DOT**lustry) | | 905663014 |
| | | **Salary:** | $5,346.48 | **Period:** | Monthly |

**Claim Information**

**Special Provisions:** **Min Ben:** $320.79

**Ben:** 60% / 0% **A/S:** 0% **Age:** 45 **Elim Per:** 180 day

**DLW:** 2/7/2023 **DOD:** 2/8/2023 **S/A:** S **W/R:** N **M/N:** N **D/A:** N **ADL:** **Ben Amt:** $3,207.89

**Max Duration:** RBDSS **Res ID:**

**Diagnosis Pri:** I50.30 Unspecified diastolic (congestive) heart **Limits:**

**Sec:** I10 Essential (primary) hypertension **Prognosis:**

**Recovery Date:** 10/20/2044

**Benefit Information**

| | | | | | |
|---|---|---|---|---|---|
| **Date Ben Begin:** | 8/7/2023 | **Months Paid:** | 24 | **Actual Age:** | 45 |
| **Modal:** | $3,207.89 | **Reins:** | $0.00 | **Reserve:** | $0.00 |

**Policy Information**

**M/N Limits:** Y **Drug Limits:** Y **Pension Sup:** N **Own Occ:** 24 Mos

**SS Offset:** Primary & Family **Prex:** 3/12

**COLA:** NONE

**Offset Information**

| Type | Status | Awarded | Terminated | Mo Amount | Mo Used |
|---|---|---|---|---|---|
| FED TX | PROCESSED | 8/7/2023 | | $88.00 | |
| STD | TERMINATED | 2/15/2023 | 8/1/2023 | $740.00 | $2,887.10 |
| Fam Care | NOT QUALIFY | | | | |
| PIB | NOT QUALIFY | | | | |
| SS EMP | PROCESSED | 8/1/2023 | | $2,330.00 | $2,330.00 |
| STD | TERMINATED | 8/1/2023 | 8/9/2023 | $1,753.35 | |
| RET EMP | PENDING | | | | |

**Dependent Information**

| Type | DOB | Name |
|---|---|---|
| Spouse | | NO SPOUSE 2023 |
| Spouse | 9/23/1971 | MELINDA FIELDS |



EXHIBIT

3, part 1

| | |
|---|---|
| Child | NO CHILD 2023 |

**Alert Information**

| Status | Level | Description | Posted | Resolved |
|---|---|---|---|---|
| T | W | REHAB PROFILE | 6/29/2023 | 2/16/2024 |

**Action Plan**

## Chronological Activity List

| | | | | | |
|---|---|---|---|---|---|
| **Claimant:** | DAVID FIELDS | | **Occupation:** | TRUCK DRIVER, HEAVY (any industry) | |
| **SSN:** | | **DOB:** | **Received Date:** 6/29/2023 | **Months Dis:** | 39 |
| **Claim #:** | 1230051807 | **DOD:** 2/8/2023 | **Ben:** $3,207.89 | **Months Pd:** | 24 |
| **Coverage:** | LTD | **Status:** EXTENDED | | **Assignee:** | LAW |
| **Policy Holder:** | East Tennessee Iron & Metal Works, Inc. | | | **Deceased:** | |
| **Case Mgr. Status:** | NONE | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Action Plan | | | | |
| 7/6/2023 | Documents/Mail | 3 | ERGENERIC #1 | Completed | JANIXON |
| | ERGENERIC #1 | | | | |
| 7/6/2023 | Documents/Mail | 2 | Pend Ltr to Employee | Completed | JANIXON |
| | Attachments:Auth MedicalPend Ltr to Employee | | | | |
| 7/6/2023 | Documents/Mail | 1 | Email | Completed | JANIXON |

From: Nixon, Janice A <Janice.Nixon@lfg.com>
Sent: Thursday, July 6, 2023 3:49 PM
To: Robin@easttniron.com
Cc: Nixon, Janice A <Janice.Nixon@lfg.com>
Subject: Fields- 1230051807 (secure)

Good afternoon,

I am handling the LTD claim for Mr. David Fields and I need your assistance w ith the follow ing

"Please confirm that the last full day w orked w as 02/07/2023:
"Is his job still available:
"Do you have a retirement and/or pension plan :
"(if yes, w hat type(s))? Is he eligible? If eligible, does he participate?

Please contact me w ith any questions.

Thanks

Janice Nixon
Claims Associate

800-423-2765 EXT 3161 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, w hich is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to w hich it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlaw ful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. For more information, please see our privacy policy. Thank You.**

- JANIXON - Jul 06, 2023 02:49:54 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/6/2023 | Telephone (OUT) | 1 | DAVID L. FIELDS | Completed | JANIXON |
| | PC TO ee, UNABLE TO LEAVE VM- MAILBOX NOT SET UP. WILL F/U IF NO RESPONSE - JANIXON - Jul 06, 2023 02:31:18 pm | | | | |
| 7/6/2023 2:26:03 PM | Summary/Assessment/Pa | 1h | INITIAL - JANIXON - Jul 06, 2023 02:26:23 pm | Requested | CHRZI6 |

Summary Notes
INITIAL - JANIXON - Jul 06, 2023 02:26:23 pm
Assessment Notes
LIST BILLED

Ee earns 64, 157.37 as of 01/1/2023 - Group effective since 2015.

BME 5346.45 - JANIXON - Jul 06, 2023 02:33:15 pm
Path Notes
INITIAL

CLAIM ASSESSMENT: this is a 45 yr male old driver w ho has been oow since 02/08/2023 due to
Congestive heart failure; hypertension

ELIGIBILITY:
-LIST / SELF BILLED: list billed
-DATE OF HIRE: 03/14/2005
-ER EFFECTIVE DATE: 12/01/2015
-EE EFFECTIVE DATE: 12/01/2015
-DATE LAST WORKED: 02/07/2023 w orked 6 hrs per ER
-DATE OF DISABILITY: 02/08/2023
-EE ELIMINATION PERIOD: 180 day
-PRE-EX PROVISION: 3/12
-INVESTIGATION REQUIRED (Y/N): n/A - ee effective longer than 12 months
-HOURS WORKED: 40
-MINIMUM HOURS REQUIRED: 30 hrs
-CLASS: 2
-BUY UP: n/a
- CONTRIB COVERAGE: 100% ER
-BENEFIT PERCENTAGE: 60%
-MAXIMUM BENEFIT AMOUNT: 5000
-MINIMUM BENEFIT AMOUNT OR %: $100 or 10%
-MAXIMUM BENEFIT DURATION: RBDSS
-OWN OCC PERIOD: 24 months
-RIDER: n/a - Ee has not lost 2 or more ADLS
MEDICAL ASSESSMENT

APS dated 02/09/2023
DX: I50.9 Heart Failure & I10 Hypertension
Initial: 02/09/2023NOV: 02/17/2023TX: Heart Cath & Meds. Referral to Heart Failure Clinic
Barry I Michelson, MD
10800 Parkside Dr Ste 331
Knoxville TN 37934
Phone: 865-392-3400
Fax: 865-392-3449
Ee as severe global left ventricular dysfunction w ith an EF of 10-15%- Per APS dated 02/09/2023 From Dr. Jark
Dalle Ave.
EE had a heart echo on 02/09/2023 and a cath on 02/17/2023
Per Dr. Michelson on APS dated 02/09/25023, EE has been referred to heart failure clinic

Rec'd MR stating he has been placed in a life vest for 3 months per orders dated 05/24/2023
06/08/2023 Assessment plan
Nonischemic congestive cardiomyopathy- 2022
o/5/2023 EF 20%- Ee to hav ICD implantation procedure - Ee to f/u w ith Dr. Michelson
Chronic systolic heart failure.
- JANIXON - Jul 06, 2023 02:26:23 pm

path; need to complete initial pc w ith EE and ER
Need completed Auth
sent pend letter to EE w ith request for Auth - JANIXON - Jul 06, 2023 02:55:41 pm

path;

Approve claim - EE has CHF w ith an EF of 27% w hich disqualifies him as a truck driver heavy occ.

Rec'd MR stating he has been placed in a life vest for 3 months per orders dated 05/24/2023
06/08/2023 Assessment plan
Nonischemic congestive cardiomyopathy- 2022
o/5/2023 EF 20%- Ee to hav ICD implantation procedure - Ee to f/u w ith Dr. Michelson
Chronic systolic heart failure.

Ce to f/u on auth for ongoing records. - JANIXON - Aug 07, 2023 09:49:04 am

Office visit w ith Dr. Mark Dalle-Ave dated 08/01/2023
Assessment
HTN - chronic stable
RTO in 2 months
Continue to see Dr. Barry Michaelson Cardiologist in Knoxville

Heart failure; chronic stable
Dilated cardiomyopathy ; chronic stable-sees Dr. Michelson
Presence of automatic cardiac defibrillator, chronic stable
COPD - chronic stable has medi home DME
Morbid obesity, chronic unstable
- JANIXON - Aug 07, 2023 10:05:35 am

07/21/2023 TN heart consutlants
Physical exam - Incision is clean, dry, intact, w ell approximated, no hematoma, erythema or drainage noted
Assessment / aPlan
Biventricular automatic implantable cardioverter defibrillator in sity
Nonischemic congestive cardiomyopathy
LHC 02/2023- normal coronaries EF 10-15%
05/2023 Ef 20%
Cardiac MRI: pending at UT
Chronic systolic heart failure
Essential hypertension
History of SARS p CoV2
First degree atrioventricular block
COPD
Obesity - BMI 35
- JANIXON - Sep 07, 2023 03:04:33 pm

| | | | | | |
|---|---|---|---|---|---|
| 7/6/2023 2:55:49 PM | Claim Tasks | 1 | Initial Call | Requested | JANIXON |

need to complete initial interview - JANIXON - Jul 06, 2023 02:56:20 pm

completed. - JANIXON - Aug 07, 2023 09:40:07 am

| | | | | | |
|---|---|---|---|---|---|
| 7/10/2023 | Telephone (IN) | 2 | DAVID L FIELDS | Completed | ASKBU4 |

NAME: DAVID L FIELDS
CBN:
CLM# 1230012611
DOB:
GRP: ETIM

EE CI STATING THAT HE RCVD A MISSED CALL LAST WEEK AND DOES NOT KNW WHAT IT IS IN REGARDS TO;

ADVISED EE OF NEEDING HIM TO COMPLETE A AUTH FOR LTD;

EE STATED THAT HE WILL GET IT DONE AND SEND IT IN;

| | | | | | |
|---|---|---|---|---|---|
| 8/3/2023 2:13:55 PM | Documents/Mail | 4 | Medical Records | Received | JANIXON |

2023-08-03-08.42.14.808740O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/4/2023 10:17:38 AM | Documents/Mail | 5 | Claim Form - EE, ER, APS | Received | JANIXON |
| | 2023-08-03-15.13.19.422740O01 | | | | |
| 8/4/2023 8:11:57 PM | Claim Tasks | 2 | 45 Day.Need Decision/Extension | Requested | JANIXON |
| | approved - JANIXON - Aug 07, 2023 06:54:40 am | | | | |
| 8/7/2023 | Documents/Mail | 6 | Approval Letter LTD | Completed | JANIXON |
| | Approval Letter LTDAttachments:Translation servicesRehab Survey | | | | |
| 8/7/2023 | Documents/Mail | 7 | Employer Approval Letter | Completed | JANIXON |
| | Employer Approval Letter | | | | |
| 8/7/2023 | Documents/Mail | 8 | Request Sign Authorization | Completed | JANIXON |
| | Attachments:Auth MedicalRequest Sign Authorization | | | | |
| 8/7/2023 | Documents/Mail | 4 | Medical Records | Completed | JANIXON |
| | 2023-08-03-08.42.14.808740O01 | | | | |
| 8/7/2023 | Documents/Mail | 5 | Claim Form - EE, ER, APS | Completed | JANIXON |
| | 2023-08-03-15.13.19.422740O01 | | | | |
| 8/7/2023 | Claim Tasks | 2 | 45 Day.Need Decision/Extension | Completed | JANIXON |
| | approved - JANIXON - Aug 07, 2023 06:54:40 am | | | | |
| 8/7/2023 | Claim Tasks | 1 | Initial Call | Completed | JANIXON |
| | need to complete initial interview - JANIXON - Jul 06, 2023 02:56:20 pm<br><br>completed. - JANIXON - Aug 07, 2023 09:40:07 am | | | | |
| 8/7/2023 | Telephone (OUT) | 3 | DAVID L. FIELDS | Completed | JANIXON |
| | Confirmed address, dob, last 4 of ssn, email address<br>No other income, has filed for SSDI - results pending<br><br>Melinda Fields 09/23/1971<br>No children under 25<br><br>Truck driver - Dumpster roll off truck. Works in a 100 mile radius<br>He has to lift to stuff things into the truck, fix the fly bed and help to off load.<br>So he has to sometimes lift up to 60-70 lbs.<br><br>EE does not expect to rtw . His EF is 27% and he now as a defibrillator and pace maker combo<br>He receives regular checks and does cardiac rehab at home on the internet.<br>EE is not able to lift his arm above his head and has a 10lbs lifting restriction for at least another w eek.<br><br>Ce explained the LTD process, 24 mth ow n occ and SSDI as an offset.<br>Ee w ill f/u w ith his w ife for the auth to sign and return<br><br>EE had no additional questions at this time.<br>- JANIXON - Aug 07, 2023 09:39:43 am | | | | |
| 8/7/2023 9:43:00 AM | Dependents | 1 | NO SPOUSE 2023 | Spouse | JANIXON |
| 8/7/2023 9:44:43 AM | Dependents | 2 | NO CHILD 2023 | Child | JANIXON |
| 8/7/2023 9:46:09 AM | Dependents | 3 | MELINDA FIELDS | Spouse | JANIXON |
| 8/7/2023 10:05:42 AM | Claim Tasks | 3 | Call Claimant | Requested | CHRZI6 |
| | f/u for status update; auth and ongoing records as needed. - JANIXON - Aug 07, 2023 10:06:22 am<br><br>task invalid per peer. Closing to remove from claim diary. - CHRZI6 - Apr 29, 2024 12:20:30 pm | | | | |
| 8/7/2023 8:11:56 PM | Referrals | 1 | Vendor Results | Initial | LLJONES |
| | - SS VENDOR IBI - REFERRAL T-4<br>Social Security Vendor IBI has review ed this claim and indicated the claimant is not a good candidate for ssdi at this time Possible RTW ow n occupation.<br>Sending T4/Defer letter to clmt now .<br>Vendor w ill re-review claim: 11/27/2023 | | | | |

reset f/u for vendor update.
- LLJONES - Aug 08, 2023 01:15:46 pm

-SS VENDOR IBI- REFERRAL T-2 **
Social Security Vendor IBI has review ed this claim and indicated the claimant should be aw arded at the appeal level.
Follow up set to make intro call to clmt w ithin 3 business days.
- KEXWH7 - Nov 28, 2023 08:24:58 am

1st inital call to EE:
- confirmed has applied for SSDI
-Discussed SSDI Elig per ER policy
-Discussed vendor referral/ financial advantages and intro packet/forms
-checked email address
-EE declined w arm transfer
- Dept offset - n/a applicable
- adv SS Aw ard is offset/reduction to LFG benefit
mailed clmt ETA vendor ltr w /dpo form and SSDI adv form req pof. reset f/u for vendor ic file date/pof for ic from clmt.
- LLJONES - Dec 01, 2023 10:42:03 am

need pof
ibi closed no response
mailed clmt 30 day ltr reset f/u for pof. - LLJONES - Jan 03, 2024 01:48:03 pm

rec'd email from Pam Jenkins:
Pam Jenkins attached a document

Pam Jenkins (plj1969@gmail.com) has attached the follow ing document:
David Fields

Letter of Representation
Snapshot of the item below :
January 12, 2024
Re: David Fields

To w hom it may concern:
The above named individual has a disability claim pending w ith the Social Security Administration.
That claim is pending w ith the Department of Disability Determination at the state level.
I am currently representing this individual as a non attorney disability representative.
If I can be of further assistance, please contact me at your convenience.
Respectfully,
Pamela L. Jenkins
423.754.3849 Voice
423.272.6878 fax
---
emailed pam back:
Good morning, Pam,
Please provide our office w ith proof of filing for Mr. Fields stating the date the initial claim application w as filed by February 6, 2024.
Thank you.
Lori
----
f/u remains as set. - LLJONES - Jan 18, 2024 07:35:19 am

need pof for ic
left Pamela L. Jenkins - 423.754.3849 Voice- non atty rep clmt for ssdi adv need pof for ic by 2/22/2024 or est for NC w ill be placed again clmt ltd benefit. adv sending ltr also. left contact #
Pam Jenkins's email: plj1969@gmail.com - LLJONES - Feb 07, 2024 09:33:23 am

mailed clmt 60 day ltr and emailed Pam Jenkins copy of 60 day ltr reset f/u for pof. - LLJONES - Feb 07, 2024 09:41:40 am

rec'd ssdi noa from clmt spouse Melinda:
---
SS VENDOR: non vendor
DATE OF ENTITLEMENT 08/01/2023
BENEFIT AMOUNT IS $2330.00 AMOUNT. OFFSET IN SYSTEM
NO DEPENDENTS
PLEASE REFER TO AWD or DOC LIST FOR DETAILED AWARD INFORMATION. OP referral to FRS to calculate potential overpayment.
**emailed clmt spouse: Thank you for sending in your Social Security Disability Notice of Aw ard letter. I have processed the notice of aw ard letter. I am forw arding to the Financial Review Service Team to review for any overpayment and someone from that team w ill reach out to you over the next 7-10 business days to advise you of any overpayment and new LTD benefit.
Thank you.
---
closed ss referral.
- LLJONES - Feb 15, 2024 07:42:57 am

rec'd from clmt COLA 2025
ss team does not adjust for COLA closed ss referral no action needed. - LLJONES - Jan 14, 2025 09:09:47 am

| | | | | | |
|---|---|---|---|---|---|
| 8/8/2023 | Documents/Mail | 11 | SS Defferred Claims for SS Applicat | Completed | LLJONES |
| | SS Defferred Claims for SS Application | | | | |
| 8/8/2023 12:54:35 PM | Documents/Mail | 9 | Email | Received | JANIXON |
| | 2023-08-08-08.58.20.997680O01 | | | | |
| 8/8/2023 12:54:35 PM | Documents/Mail | 10 | Claim Form - Authorization | Received | JANIXON |
| | 2023-08-08-08.58.21.047680O01 | | | | |
| 8/8/2023 1:17:34 PM | Claim Tasks | 4 | Verify Eligibility | Requested | LLJONES |
| | Task set to monitor T4/5 re-review<br>- LLJONES - Aug 08, 2023 01:18:02 pm | | | | |
| 8/8/2023 1:18:06 PM | Claim Tasks | 5 | Review SS Offset Amount | Requested | LLJONES |
| | This SS Task #7169 is to remain Open until an SSDI Aw ard is recvd.<br>Used for ongoing communication betw een the LTD CE and the SS CE<br>When not communicating, please reset in SS CE initials to the COD date.<br>- LLJONES - Aug 08, 2023 01:18:30 pm | | | | |
| 8/10/2023 | Documents/Mail | 9 | Email | Completed | JANIXON |
| | 2023-08-08-08.58.20.997680O01 | | | | |
| 8/10/2023 | Documents/Mail | 10 | Claim Form - Authorization | Completed | JANIXON |
| | 2023-08-08-08.58.21.047680O01 | | | | |
| 8/10/2023 1:50:57 PM | Medical | 1 | | Initial | JANIXON |

STAT CALL 865 392 3400, opt 5 for other, spoke w / Barbara, advised request receieved, no approx TAT able to be given by rep - ALFMC6 - Aug 17, 2023 03:09:54 pm

HIGH DOLLAR INVOICE REC'D - EMAIL OUT TO CE et al for approval to pay - NA7SU3 - Aug 30, 2023 08:32:55 am
APPROVAL TO PAY RECEIVED - INVOICE NOW PAID IN FULL VIA C PMT ONLINE @ SHARECARE - NA7SU3 - Aug 30, 2023 10:26:21 am

| | | | | | |
|---|---|---|---|---|---|
| 8/11/2023 | Documents/Mail | 12 | Email | Completed | JANIXON |

Re: ETIM - Fields 1230051807 CTI_CALL

Hello Christine,

Thank you for your email. I have checked on claim 1230051807 and I see that the claims examiner is in the process of requesting medical records from the doctor. We pay monthly for LTD claims and the benefit w ill pay from 8/7 to 9/7/2023. We pay a few days before the pay to date.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Thank you,

Melanee Wyble
Customer Care
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Toll Free Phone: 800-423-2765

Administration
Fax: 877-573-6177
Email: clientservices@lfg.com

Claims
Disability Fax: 877-843-3950
Dental Fax: 877-843-3945
Life Fax: 800-462-4660
Email: claims@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

On 8/10/2023 2:55 PM, From: cgosser@strateinsurance.com, To: Claims@lfg.com; , Subject: ETIM - Fields 1230051807 CTI_CALL, Christine Gosser w rote:
***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello!
Could you please help me understand w hy the next review date for this Pending claim isn?t until 9/4/2023? His STD eligibility has ended, and the claim has been in the LTD queue since 6/29/2023? If medical records w ere requested, could you please provide the date of the request? I expect a call from the Group Administrator any day.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/14/2023 | Documents/Mail | 13 | Med Rec Request | Completed | SYNPE2 |

Med Rec RequestAttachments:D FIELDS - LFG AUTH.pdf

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/28/2023 12:36:29 PM | Documents/Mail | 14 | Medical Record Invoice | Received | NA7SU3 |

2023-08-25-10.51.20.030080O01

PREPAY HIGH DOLLAR INVOICE
HIGH DOLLAR INVOICE email out to CE et for approval to pay - NA7SU3 - Aug 30, 2023 08:32:29 am

APPROVAL TO PAY RECEIVED:
From: Quinn, Kevin <Kevin.Quinn@lfg.com>
Sent: Wednesday, August 30, 2023 9:24 AM
To: Sutherland, Nancy <Nancy.Sutherland@lfg.com>; Nixon, Janice A <Janice.Nixon@lfg.com>
Cc: Thompson, Sara <Sara.Thompson@lfg.com>
Subject: RE: HIGH DOLLAR INVOICE for DAVID FIELDS 1230051807

Good morning, have review ed file and agree w ith need for the requested items. Please process accordingly. Thank you.
*****************************************************

CC PMT

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

AMT - $104.05
TO - DR NILAM PATEL @ TENNOVA HEART
via SHARECARE INV# - 20642344
RECEIPT# 1754-4464
ONLINE PAYMENT
- NA7SU3 - Aug 30, 2023 10:24:07 am

| | | | | | |
|---|---|---|---|---|---|
| 8/30/2023 | Documents/Mail | 14 | Medical Record Invoice | Completed | NA7SU3 |

2023-08-25-10.51.20.030080O01

PREPAY HIGH DOLLAR INVOICE
HIGH DOLLAR INVOICE email out to CE et for approval to pay - NA7SU3 - Aug 30, 2023 08:32:29 am

APPROVAL TO PAY RECEIVED:
From: Quinn, Kevin <Kevin.Quinn@lfg.com>
Sent: Wednesday, August 30, 2023 9:24 AM
To: Sutherland, Nancy <Nancy.Sutherland@lfg.com>; Nixon, Janice A <Janice.Nixon@lfg.com>
Cc: Thompson, Sara <Sara.Thompson@lfg.com>
Subject: RE: HIGH DOLLAR INVOICE for DAVID FIELDS 1230051807

Good morning, have review ed file and agree w ith need for the requested items. Please process accordingly. Thank you.
*******************************************************

CC PMT
AMT - $104.05
TO - DR NILAM PATEL @ TENNOVA HEART
via SHARECARE INV# - 20642344
RECEIPT# 1754-4464
ONLINE PAYMENT
- NA7SU3 - Aug 30, 2023 10:24:07 am

| | | | | | |
|---|---|---|---|---|---|
| 8/31/2023 12:50:32 PM | Documents/Mail | 15 | Email | Received | JANIXON |

2023-08-30-16.21.15.267100O01

| | | | | | |
|---|---|---|---|---|---|
| 8/31/2023 12:50:33 PM | Documents/Mail | 16 | Medical Records | Received | JANIXON |

2023-08-30-16.21.15.326100O01

| | | | | | |
|---|---|---|---|---|---|
| 9/5/2023 8:10:56 PM | Claim Tasks | 6 | 75 Day.Need Decision/Extension | Requested | JANIXON |

Approved - JANIXON - Sep 07, 2023 02:11:39 pm

| | | | | | |
|---|---|---|---|---|---|
| 9/5/2023 9:02:11 PM | Payments | | DEPOSIT 8/7/2023 - 9/7/2023 | INITIAL | JANIXON |
| 9/7/2023 | Documents/Mail | 16 | Medical Records | Completed | JANIXON |

2023-08-30-16.21.15.326100O01

| | | | | | |
|---|---|---|---|---|---|
| 9/7/2023 | Documents/Mail | 15 | Email | Completed | JANIXON |

2023-08-30-16.21.15.267100O01

| | | | | | |
|---|---|---|---|---|---|
| 9/7/2023 | Claim Tasks | 6 | 75 Day.Need Decision/Extension | Completed | JANIXON |

Approved - JANIXON - Sep 07, 2023 02:11:39 pm

| | | | | | |
|---|---|---|---|---|---|
| 9/14/2023 | Telephone (IN) | 4 | DAVID L FIELDS | Completed | MESSA5 |

david fields
tel
cl or soc 1230051807
er:
reason for call
he hs missed a phonce call and is ret a call
Denial call to EE---left message on voice mail- Hello, this is Heather w ith Lincoln Financial Groups Life Waiver Department. I am calling about your life insurance policies. We have review ed all the documentation for Life Waiver, and w e are denying the Extension of Death Benefit/Waiver of Premium claim for NTDAO. There is nothing w e need you to do at the time. You w ill be receiving a denial letter in the mail w ith my contact information on it and

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | instructions to follow . Please feel free to reach out to me w ith any questions and further explain at 1-800-423-2765 ext 7127. Thank you and have a great day | | | | |
| 10/30/2023 | Medical | 1 | | Closed | JANIXON |
| | STAT CALL 865 392 3400, opt 5 for other, spoke w / Barbara, advised request receieved, no approx TAT able to be given by rep - ALFMC6 - Aug 17, 2023 03:09:54 pm<br><br>HIGH DOLLAR INVOICE REC'D - EMAIL OUT TO CE et al for approval to pay - NA7SU3 - Aug 30, 2023 08:32:55 am APPROVAL TO PAY RECEIVED - INVOICE NOW PAID IN FULL VIA C PMT ONLINE @ SHARECARE - NA7SU3 - Aug 30, 2023 10:26:21 am | | | | |
| 12/1/2023 | Documents/Mail | 17 | SS Encouraged to Apply for SSDB - V | Completed | LLJONES |
| | SS Encouraged to Apply for SSDB - VendorAttachments:Disability Payment Option FormIBI FAQSocial Security Advantage Form | | | | |
| 12/1/2023 | Claim Tasks | 4 | Verify Eligibility | Completed | LLJONES |
| | Task set to monitor T4/5 re-review<br>- LLJONES - Aug 08, 2023 01:18:02 pm | | | | |
| 12/1/2023 10:42:12 AM | Claim Tasks | 7 | Obtain Missing Info | Requested | LLJONES |
| | If POF not recvd by day 30, w ill then send 30 day letter.<br>- LLJONES - Dec 01, 2023 10:42:34 am | | | | |
| 1/3/2024 | Documents/Mail | 18 | SS 30 day follow up for SS Applicat | Completed | LLJONES |
| | SS 30 day follow up for SS Application | | | | |
| 1/3/2024 | Claim Tasks | 7 | Obtain Missing Info | Completed | LLJONES |
| | If POF not recvd by day 30, w ill then send 30 day letter.<br>- LLJONES - Dec 01, 2023 10:42:34 am | | | | |
| 1/3/2024 1:48:16 PM | Claim Tasks | 8 | 30 Day Incomplete Claim | Requested | LLJONES |
| | If POF not recvd by day 60, w ill then send 60 day letter giving final 15 days for POF.<br>- LLJONES - Jan 03, 2024 01:48:30 pm | | | | |
| 1/18/2024 1:43:37 PM | Documents/Mail | 19 | Email | Received | LLJONES |
| | 2024-01-18-08.35.56.285800O01 | | | | |
| 1/23/2024 | Documents/Mail | 19 | Email | Completed | LLJONES |
| | 2024-01-18-08.35.56.285800O01 | | | | |
| 2/7/2024 | Documents/Mail | 20 | SS 60 day follow up for SS Applicat | Completed | LLJONES |
| | SS 60 day follow up for SS Application | | | | |
| 2/7/2024 | Claim Tasks | 8 | 30 Day Incomplete Claim | Completed | LLJONES |
| | If POF not recvd by day 60, w ill then send 60 day letter giving final 15 days for POF.<br>- LLJONES - Jan 03, 2024 01:48:30 pm | | | | |
| 2/7/2024 | Telephone (OUT) | 5 | DAVID L. FIELDS | Completed | LLJONES |
| | need pof for ic<br>left Pamela L. Jenkins - 423.754.3849 Voice- non atty rep clmt for ssdi adv need pof for ic by 2/22/2024 or est for NC w ill be placed again clmt ltd benefit. adv sending ltr also. left contact #<br>Pam Jenkins's email: plj1969@gmail.com - LLJONES - Feb 07, 2024 09:33:23 am<br>mailed clmt 60 day ltr and emailed Pam Jenkins copy of 60 day ltr reset f/u for pof. - LLJONES - Feb 07, 2024 09:42:08 am | | | | |
| 2/7/2024 9:45:29 AM | Claim Tasks | 9 | 15 Day Incompete Claim | Requested | LLJONES |
| | If POF not recvd by day 75, w ill add NC Estimate and then send Day 75 letter.<br>- LLJONES - Feb 07, 2024 09:45:55 am | | | | |
| 2/13/2024 1:24:51 PM | Telephone (IN) | 6 | David Fields | Requested | JANIXON |
| | David Fields<br>CB: Future CB also<br>Dob:<br>SSN/Claim: 1230051807<br>Er: East Tennessee Iron and Metal Works<br>Offered MLP | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | EE w as calling to update CE that he received notice of aw ard from SS.<br><br>I advised CE may need him to provide documentation of aw ard<br><br>Leaving open f/u to update CE<br><br>**************************<br>ret pc - asked EE to send approval letter to Ce<br>EE w anted to speak w ith LJones<br>they w ill send today. - JANIXON - Feb 14, 2024 03:37:53 pm | | | | |
| 2/14/2024 | Telephone (IN) | 6 | David Fields | Completed | JANIXON |
| | David Fields<br>CB: Future CB also<br>Dob:<br>SSN/Claim: 1230051807<br>Er: East Tennessee Iron and Metal Works<br>Offered MLP<br><br>EE w as calling to update CE that he received notice of aw ard from SS.<br><br>I advised CE may need him to provide documentation of aw ard<br><br>Leaving open f/u to update CE<br><br>**************************<br>ret pc - asked EE to send approval letter to Ce<br>EE w anted to speak w ith LJones<br>they w ill send today. - JANIXON - Feb 14, 2024 03:37:53 pm | | | | |
| 2/15/2024 | Documents/Mail | 21 | Email | Completed | B2MILLE |
| | 2024-02-15-08.45.23.209940O01 | | | | |
| 2/15/2024 | Documents/Mail | 26 | Incoming Correspondence | Completed | B2MILLE |
| | 2024-02-15-10.01.15.552880O01 | | | | |
| 2/15/2024 | Documents/Mail | 27 | Social Security Forms | Completed | B2MILLE |
| | 2024-02-15-10.01.27.143880O01 | | | | |
| 2/15/2024 | Documents/Mail | 23 | Social Security Forms | Completed | B2MILLE |
| | 2024-02-15-10.00.37.208880O01 | | | | |
| 2/15/2024 | Documents/Mail | 24 | Social Security Forms | Completed | B2MILLE |
| | 2024-02-15-10.00.49.522880O01 | | | | |
| 2/15/2024 | Documents/Mail | 25 | Social Security Forms | Completed | B2MILLE |
| | 2024-02-15-10.01.02.928880O01 | | | | |
| 2/15/2024 | Documents/Mail | 28 | Social Security Forms | Completed | B2MILLE |
| | 2024-02-15-10.01.41.705880O01 | | | | |
| 2/15/2024 | Claim Tasks | 5 | Review SS Offset Amount | Completed | LLJONES |
| | This SS Task #7169 is to remain Open until an SSDI Aw ard is recvd.<br>Used for ongoing communication betw een the LTD CE and the SS CE<br>When not communicating, please reset in SS CE initials to the COD date.<br>- LLJONES - Aug 08, 2023 01:18:30 pm | | | | |
| 2/15/2024 | Claim Tasks | 9 | 15 Day Incompete Claim | Completed | LLJONES |
| | If POF not recvd by day 75, w ill add NC Estimate and then send Day 75 letter.<br>- LLJONES - Feb 07, 2024 09:45:55 am | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/15/2024 7:43:03 AM | Referrals | 2 | SSDI - Primary | Initial | B2MILLE |

rec'd ssdi noa from clmt spouse Melinda:
---
SS VENDOR: non vendor
DATE OF ENTITLEMENT 08/01/2023
BENEFIT AMOUNT IS $2330.00 AMOUNT. OFFSET IN SYSTEM
NO DEPENDENTS
PLEASE REFER TO AWD or DOC LIST FOR DETAILED AWARD INFORMATION. OP referral to FRS to calculate potential overpayment.
**emailed clmt spouse: Thank you for sending in your Social Security Disability Notice of Award letter. I have processed the notice of award letter. I am forwarding to the Financial Review Service Team to review for any overpayment and someone from that team will reach out to you over the next 7-10 business days to advise you of any overpayment and new LTD benefit.
Thank you.
--- - LLJONES - Feb 15, 2024 07:43:27 am

NOA dated 2/10/24
PDB $10,596.00 for Aug 23 thru Jan 24
Offset $2,330.00 verified
Rep Fee $3,532.00 - B2MILLE - Feb 15, 2024 02:19:47 pm

STD 1230012611 reopened for recovery at $537.69 wkly, STD OVP $567.50, applied atty fee to credit and clear

Wizard recalc, OVP $10,860.17, sent ltr to clmt, reset f/up 30 days - B2MILLE - Feb 16, 2024 09:40:04 am

Rcvd Debit form to process pmt in full on 02/22/24 - B2MILLE - Feb 21, 2024 10:37:01 am

Submitted ACH for $10,860.17 from clmt Savings account as noted on form for manager approval - B2MILLE - Feb 22, 2024 12:11:59 pm

Treasury deposited an ACH payment dated 02/26/2024 in the amt of $10860.17 Refund applied. OVP balance $0.00 applied per tax year:
2023 - $6200.17
2024 - $4660.00 - BXMOHR - Feb 26, 2024 08:09:04 am

ack PIF sent - B2MILLE - Feb 28, 2024 08:14:13 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/15/2024 9:03:14 AM | Documents/Mail | 22 | Email | Received | LLJONES |

2024-02-15-08.46.39.161880O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/16/2024 | Documents/Mail | 29 | Overpayment SS Check Requested | Completed | B2MILLE |

Overpayment SS Check RequestedAttachments:Fields D 1230012611 STD.pdfFields D 1230051807 LTD.pdfAuth to Debit2.pdf

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/16/2024 | Claim Tasks | 10 | Associated Claim Reopened | Completed | JANIXON |

Claim# 1230012611 has been reopened - B2MILLE - Feb 16, 2024 09:10:06 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/21/2024 | Documents/Mail | 30 | Email | Completed | JANIXON |

From: Nixon, Janice A
Sent: Wednesday, February 21, 2024 4:00 PM
To: Miller, Brandi <Brandi.Miller@lfg.com>
Subject: RE: Lincoln Financial Group Information for Claim 1230051807 (SECURE)

Hello, called and spoke with Mr. Fields.

Thanks

From: Miller, Brandi <Brandi.Miller@lfg.com>
Sent: Wednesday, February 21, 2024 11:54 AM
To: Melinda Fields <melindafields1@gmail.com>
Cc: Nixon, Janice A <Janice.Nixon@lfg.com>

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Subject: RE: Lincoln Financial Group Information for Claim 1230051807 (SECURE)

Hello Melinda,
I have copied the claims examiner handling David's claim, Janice.
Long Term Disability benefits are payable as long and David meets the provisions of the policy, not to exceed age 67. Please contact Janice for specific policy and payment questions.
Thank you.

Brandi Jo Miller, DIA, DHP
Recovery Specialist II,
Recalc & Recovery
GP CLM Shared Services

800-423-2765 ext 7980 Office
402-361-1428 Fax

LincolnFinancial.com

From: Melinda Fields <melindafields1@gmail.com>
Sent: Wednesday, February 21, 2024 10:41 AM
To: Miller, Brandi <Brandi.Miller@lfg.com>
Subject: Re: Lincoln Financial Group Information for Claim 1230051807 (SECURE)

Can you please tell us how long w e w ill receive payments from your company?

On Wed, Feb 21, 2024, 11:37 AM Miller, Brandi <Brandi.Miller@lfg.com> w rote:
This message w as sent securely using Zix®

Thank you, I w ill submit this for processing tomorrow .

Brandi Jo Miller, DIA, DHP
Recovery Specialist II,
Recalc & Recovery
GP CLM Shared Services

800-423-2765 ext 7980 Office
402-361-1428 Fax

LincolnFinancial.com

From: Melinda Fields <melindafields1@gmail.com>
Sent: Wednesday, February 21, 2024 10:26 AM
To: Miller, Brandi <Brandi.Miller@lfg.com>
Subject: Re: Lincoln Financial Group Information for Claim 1230051807 (SECURE)

Thank You Brandi. Here is David's authorization form.
- JANIXON - Feb 21, 2024 03:00:34 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/21/2024 | Documents/Mail | 22 | Email | Completed | LLJONES |

2024-02-15-08.46.39.161880O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/21/2024 | Telephone (OUT) | 7 | DAVID L. FIELDS | Completed | JANIXON |

Pc to EE, EE had a question of how long could his benefits be paid.
ce advised of ow n occ and any occ periods / gainful w age.
He had no further questions. - JANIXON - Feb 21, 2024 02:59:09 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/28/2024 | Referrals | 2 | SSDI - Primary | Completed | B2MILLE |

rec'd ssdi noa from clmt spouse Melinda:
---
SS VENDOR: non vendor

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

DATE OF ENTITLEMENT 08/01/2023
BENEFIT AMOUNT IS $2330.00 AMOUNT. OFFSET IN SYSTEM
NO DEPENDENTS
PLEASE REFER TO AWD or DOC LIST FOR DETAILED AWARD INFORMATION. OP referral to FRS to calculate potential overpayment.
**emailed clmt spouse: Thank you for sending in your Social Security Disability Notice of Aw ard letter. I have processed the notice of aw ard letter. I am forw arding to the Financial Review Service Team to review for any overpayment and someone from that team w ill reach out to you over the next 7-10 business days to advise you of any overpayment and new LTD benefit.
Thank you.
--- - LLJONES - Feb 15, 2024 07:43:27 am

NOA dated 2/10/24
PDB $10,596.00 for Aug 23 thru Jan 24
Offset $2,330.00 verified
Rep Fee $3,532.00 - B2MILLE - Feb 15, 2024 02:19:47 pm

STD 1230012611 reopened for recovery at $537.69 w kly, STD OVP $567.50, applied atty fee to credit and clear

Wizard recalc, OVP $10,860.17, sent ltr to clmt, reset f/up 30 days - B2MILLE - Feb 16, 2024 09:40:04 am

Rcvd Debit form to process pmt in full on 02/22/24 - B2MILLE - Feb 21, 2024 10:37:01 am

Submitted ACH for $10,860.17 from clmt Savings account as noted on form for manager approval - B2MILLE - Feb 22, 2024 12:11:59 pm

Treasury deposited an ACH payment dated 02/26/2024 in the amt of $10860.17 Refund applied. OVP balance $0.00 applied per tax year:
2023 - $6200.17
2024 - $4660.00 - BXMOHR - Feb 26, 2024 08:09:04 am

ack PIF sent - B2MILLE - Feb 28, 2024 08:14:13 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/28/2024 | Documents/Mail | 31 | Acknow ledge Full or Partial Refund | Completed | B2MILLE |
| | Acknow ledge Full or Partial Refund | | | | |
| 3/7/2024 9:46:14 AM | Documents/Mail | 32 | Email | Received | JANIXON |
| | 2024-03-07-08.53.18.521320O01 | | | | |
| 3/7/2024 11:18:03 AM | Summary/Assessment/Pa | 2h | OPEN - JANIXON - Mar 07, 2024 11:18:29 am | Requested | CHRZI6 |

Summary Notes
OPEN - JANIXON - Mar 07, 2024 11:18:29 am
Assessment Notes

Path Notes
OPEN

CLAIM ASSESSMENT: this is a 45 yr male old driver w ho has been oow since 02/08/2023 due to Congestive heart failure; hypertension

Dlw 0/07/2023
Dod 02/08/2023
Bsd 08/07/2023
Cod 08/07/2025
Mbd 10/20/2044

APS dated 02/09/2023
DX: I50.9 Heart Failure & I10 Hypertension
Initial: 02/09/2023NOV: 02/17/2023TX: Heart Cath & Meds. Referral to Heart Failure Clinic
Barry I Michelson, MD
10800 Parkside Dr Ste 331

| Posted Date | Category | Seq | Item | Status | User |
| --- | --- | --- | --- | --- | --- |

Knoxville TN 37934
Phone: 865-392-3400
Fax: 865-392-3449
Ee as severe global left ventricular dysfunction w ith an EF of 10-15%- Per APS dated 02/09/2023 From Dr. Jark Dalle Ave.
EE had a heart echo on 02/09/2023 and a cath on 02/17/2023
Per Dr. Michelson on APS dated 02/09/25023, EE has been referred to heart failure clinic

Rec'd MR stating he has been placed in a life vest for 3 months per orders dated 05/24/2023
06/08/2023 Assessment plan
Nonischemic congestive cardiomyopathy- 2022
o/5/2023 EF 20%- Ee to hav ICD implantation procedure - Ee to f/u w ith Dr. Michelson
Chronic systolic heart failure.
- JANIXON - Jul 06, 2023 02:26:23 pm

path; need to complete initial pc w ith EE and ER
Need completed Auth
sent pend letter to EE w ith request for Auth - JANIXON - Jul 06, 2023 02:55:41 pm

path;
Approve claim - EE has CHF w ith an EF of 27% w hich disqualifies him as a truck driver heavy occ.

Med Review on LW:
Clinical Assessment: This is a 45 year old truck driver w ith diagnosis of nonischemic cardiomyopathy (disease of heart muscle that can cause decreased heart function); chronic systolic heart failure, hypertension (HTN: high blood pressure); DOD is 02/07/23. EE has history of nonischemic congestive cardiomyopathy, CHF (congestive heart failure), HTN, morbid/severe obesity, obstructive sleep apnea (OSA), had COVID-19 in 2022. Height is 6'; w eight 280 - 296 lbs. The EE had c/o difficulty breathing (dyspnea), fatigue, abdominal sw elling, LE (low er extremity) sw elling, reflux.. EE w ent to emergency department (ED) 01/31/23 for c/o abdominal pain, heartburn and nausea. Abdomen x-ray show ed no obstruction or acute findings, urine test w as normal, chest x-ray show ed borderline enlargement of the heart but otherw ise unremarkable. EE had GI (gastrointestinal) cocktail/medicine and pain improved. Work up w as benign and EE discharged home in stable condition. EE saw Barry Michelson, MD, Cardiology 02/6/23, 02/9/23. EE had echocardiogram (echo: ultrasound of the heart 02/09/23) that show ed severe global left ventricle heart dysfunction. EF (ejection fraction: percentage of blood the left ventricle pumps w ith each contraction) w as 10-15%. Abdomen ultrasound 02/9/23 show ed small amount of fluid in abdomen (ascites), bilateral fluid on the lungs (bilateral pleural effusions). EE had labs, had heart catheterization (02/17/23), w as referred to heart failure clinic. EE w as placed in life vest for 3 months. OV 3/8/23 w ith Dr. Michelson w as f/u on heart failure, HTN, left ventricular cardiac dysfunction. EE had no c/o chest pain, no exercise intolerance, no abnormal heart rhythms noted. HTN is typically w ell controlled. EE does not exercise regularly but is able to do normal activities w ithout limitation. Vitals are stable, BP/blood pressure good, w eight 281 lbs. Discussed ultrasound/echo, heart catheterization, labs, medications. Breathing has improved, EE lost about 20 lbs. of fluid, exercise tolerance is a little better, to see heart failure service and to monitor BP's (blood pressures). OV 4/13/23 w ith Warren Stribling, MD/cardiology notes EE has done much better since Feb/2023, lost 40 lbs., reported improvement in symptoms. EE is able to w alk regularly, has some positional dizziness. Entresto (for heart failure) w as recently reduce due to low blood pressure (low BP: hypotension), denies passing out/syncope. BP/blood pressure w as slightly low , pulse normal, w eight 266.2 lbs. PE/physical exam normal, lungs clear, respiratory effort unlabored, cardiovascular exam: regular rate and rhythm, normal heart sounds, no edema. Abdomen normal on exam, musculoskeletal exam: no joint tenderness or sw elling, normal back. Neurologic: gait normal, no focal deficits, cranial nerves intact; skin normal. Medications discussed regarding chronic systolic heart failure, nonischemic congestive cardiomyopathy, BMI (body mass index)/severely obese, OSA. Labs ordered, advise cardiac MRI in 4-6 w eeks, advised ongoing w eight loss and moderate exercise, is on CPAP (continuous positive airw ay pressure mask for OSA) and tolerating. Transthoracic echocardiogram (TTE: ultrasound of the heart) 5/8/23 show ed slight improvement in EF to 20%. After visit summary 5/24/23 (unsure of provider) notes EE continues to w ear life vest, follow s w ith heart failure specialist (Dr. Stribling), is scheduled for MRI, heart function and morphology. EE to continue w earing life vest as directed

Path; EE remains disabled from his ow n occ as a truck driver- given an EF of 20-27% and w earing a life vest.
LTP: TDAO

| | | | | | |
|---|---|---|---|---|---|
| | - JANIXON - Mar 07, 2024 11:18:29 am | | | | |
| 3/11/2024 | Documents/Mail<br>2024-03-07-08.53.18.521320O01 | 32 | Email | Completed | JANIXON |
| 3/14/2024 | Documents/Mail<br>Rep Change Letter | 33 | Rep Change Letter | Completed | CHRZI6 |
| 4/24/2024 11:00:49 AM | Claim Tasks<br>Medical Records received on Claim 1230070518 | 11 | Med Records Received | Requested | CHRZI6 |
| 4/26/2024 9:21:09 AM | Claim Tasks<br>Medical Records received on Claim 1230070518 | 12 | Med Records Received | Requested | CHRZI6 |
| 4/29/2024 | Summary/Assessment/Pa | 2h | OPEN - JANIXON - Mar 07, 2024 11:18:29 am | Completed | CHRZI6 |

Summary Notes
OPEN - JANIXON - Mar 07, 2024 11:18:29 am
Assessment Notes

Path Notes
OPEN

CLAIM ASSESSMENT: this is a 45 yr male old driver w ho has been oow since 02/08/2023 due to Congestive heart failure; hypertension

Dlw 0/07/2023
Dod 02/08/2023
Bsd 08/07/2023
Cod 08/07/2025
Mbd 10/20/2044

APS dated 02/09/2023
DX: I50.9 Heart Failure & I10 Hypertension
Initial: 02/09/2023NOV: 02/17/2023TX: Heart Cath & Meds. Referral to Heart Failure Clinic
Barry I Michelson, MD
10800 Parkside Dr Ste 331
Knoxville TN 37934
Phone: 865-392-3400
Fax: 865-392-3449
Ee as severe global left ventricular dysfunction w ith an EF of 10-15%- Per APS dated 02/09/2023 From Dr. Jark Dalle Ave.
EE had a heart echo on 02/09/2023 and a cath on 02/17/2023
Per Dr. Michelson on APS dated 02/09/25023, EE has been referred to heart failure clinic

Rec'd MR stating he has been placed in a life vest for 3 months per orders dated 05/24/2023
06/08/2023 Assessment plan
Nonischemic congestive cardiomyopathy- 2022
o/5/2023 EF 20%- Ee to hav ICD implantation procedure - Ee to f/u w ith Dr. Michelson
Chronic systolic heart failure.
- JANIXON - Jul 06, 2023 02:26:23 pm

path; need to complete initial pc w ith EE and ER
Need completed Auth
sent pend letter to EE w ith request for Auth - JANIXON - Jul 06, 2023 02:55:41 pm

path;
Approve claim - EE has CHF w ith an EF of 27% w hich disqualifies him as a truck driver heavy occ.

Med Review on LW:
Clinical Assessment: This is a 45 year old truck driver w ith diagnosis of nonischemic cardiomyopathy (disease of heart muscle that can cause decreased heart function); chronic systolic heart failure, hypertension (HTN: high blood pressure); DOD is 02/07/23. EE has history of nonischemic congestive cardiomyopathy, CHF (congestive

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

heart failure), HTN, morbid/severe obesity, obstructive sleep apnea (OSA), had COVID-19 in 2022. Height is 6'; w eight 280 - 296 lbs. The EE had c/o difficulty breathing (dyspnea), fatigue, abdominal sw elling, LE (low er extremity) sw elling, reflux.. EE w ent to emergency department (ED) 01/31/23 for c/o abdominal pain, heartburn and nausea. Abdomen x-ray show ed no obstruction or acute findings, urine test w as normal, chest x-ray show ed borderline enlargement of the heart but otherw ise unremarkable. EE had GI (gastrointestinal) cocktail/medicine and pain improved. Work up w as benign and EE discharged home in stable condition. EE saw Barry Michelson, MD, Cardiology 02/6/23, 02/9/23. EE had echocardiogram (echo: ultrasound of the heart 02/09/23) that show ed severe global left ventricle heart dysfunction. EF (ejection fraction: percentage of blood the left ventricle pumps w ith each contraction) w as 10-15%. Abdomen ultrasound 02/9/23 show ed small amount of fluid in abdomen (ascites), bilateral fluid on the lungs (bilateral pleural effusions). EE had labs, had heart catheterization (02/17/23), w as referred to heart failure clinic. EE w as placed in life vest for 3 months. OV 3/8/23 w ith Dr. Michelson w as f/u on heart failure, HTN, left ventricular cardiac dysfunction. EE had no c/o chest pain, no exercise intolerance, no abnormal heart rhythms noted. HTN is typically w ell controlled. EE does not exercise regularly but is able to do normal activities w ithout limitation. Vitals are stable, BP/blood pressure good, w eight 281 lbs. Discussed ultrasound/echo, heart catheterization, labs, medications. Breathing has improved, EE lost about 20 lbs. of fluid, exercise tolerance is a little better, to see heart failure service and to monitor BP's (blood pressures). OV 4/13/23 w ith Warren Stribling, MD/cardiology notes EE has done much better since Feb/2023, lost 40 lbs., reported improvement in symptoms. EE is able to w alk regularly, has some positional dizziness. Entresto (for heart failure) w as recently reduce due to low blood pressure (low BP: hypotension), denies passing out/syncope. BP/blood pressure w as slightly low , pulse normal, w eight 266.2 lbs. PE/physical exam normal, lungs clear, respiratory effort unlabored, cardiovascular exam: regular rate and rhythm, normal heart sounds, no edema. Abdomen normal on exam, musculoskeletal exam: no joint tenderness or sw elling, normal back. Neurologic: gait normal, no focal deficits, cranial nerves intact; skin normal. Medications discussed regarding chronic systolic heart failure, nonischemic congestive cardiomyopathy, BMI (body mass index)/severely obese, OSA. Labs ordered, advise cardiac MRI in 4-6 w eeks, advised ongoing w eight loss and moderate exercise, is on CPAP (continuous positive airw ay pressure mask for OSA) and tolerating. Transthoracic echocardiogram (TTE: ultrasound of the heart) 5/8/23 show ed slight improvement in EF to 20%. After visit summary 5/24/23 (unsure of provider) notes EE continues to w ear life vest, follow s w ith heart failure specialist (Dr. Stribling), is scheduled for MRI, heart function and morphology. EE to continue w earing life vest as directed

Path; EE remains disabled from his ow n occ as a truck driver- given an EF of 20-27% and w earing a life vest.
LTP: TDAO
- JANIXON - Mar 07, 2024 11:18:29 am

| | | | | | |
|---|---|---|---|---|---|
| 4/29/2024 | Summary/Assessment/Pa | 1 h | INITIAL - JANIXON - Jul 06, 2023 02:26:23 pm | Completed | CHRZI6 |

Summary Notes
INITIAL - JANIXON - Jul 06, 2023 02:26:23 pm
Assessment Notes
LIST BILLED

Ee earns 64, 157.37 as of 01/1/2023 - Group effective since 2015.

BME 5346.45 - JANIXON - Jul 06, 2023 02:33:15 pm
Path Notes
INITIAL

CLAIM ASSESSMENT: this is a 45 yr male old driver w ho has been oow since 02/08/2023 due to Congestive heart failure; hypertension

ELIGIBILITY:
-LIST / SELF BILLED: list billed
-DATE OF HIRE: 03/14/2005
-ER EFFECTIVE DATE: 12/01/2015
-EE EFFECTIVE DATE: 12/01/2015
-DATE LAST WORKED: 02/07/2023 w orked 6 hrs per ER
-DATE OF DISABILITY: 02/08/2023
-EE ELIMINATION PERIOD: 180 day
-PRE-EX PROVISION: 3/12
-INVESTIGATION REQUIRED (Y/N): n/A - ee effective longer than 12 months
-HOURS WORKED: 40

| Posted Date | Category | Seq | Item | Status | User |
| --- | --- | --- | --- | --- | --- |

-MINIMUM HOURS REQUIRED: 30 hrs
-CLASS: 2
-BUY UP: n/a
- CONTRIB COVERAGE: 100% ER
-BENEFIT PERCENTAGE: 60%
-MAXIMUM BENEFIT AMOUNT: 5000
-MINIMUM BENEFIT AMOUNT OR %: $100 or 10%
-MAXIMUM BENEFIT DURATION: RBDSS
-OWN OCC PERIOD: 24 months
-RIDER: n/a - Ee has not lost 2 or more ADLS
MEDICAL ASSESSMENT

APS dated 02/09/2023
DX: I50.9 Heart Failure & I10 Hypertension
Initial: 02/09/2023NOV: 02/17/2023TX: Heart Cath & Meds. Referral to Heart Failure Clinic
Barry I Michelson, MD
10800 Parkside Dr Ste 331
Knoxville TN 37934
Phone: 865-392-3400
Fax: 865-392-3449
Ee as severe global left ventricular dysfunction w ith an EF of 10-15%- Per APS dated 02/09/2023 From Dr. Jark Dalle Ave.
EE had a heart echo on 02/09/2023 and a cath on 02/17/2023
Per Dr. Michelson on APS dated 02/09/25023, EE has been referred to heart failure clinic

Rec'd MR stating he has been placed in a life vest for 3 months per orders dated 05/24/2023
06/08/2023 Assessment plan
Nonischemic congestive cardiomyopathy- 2022
o/5/2023 EF 20%- Ee to hav ICD implantation procedure - Ee to f/u w ith Dr. Michelson
Chronic systolic heart failure.
 - JANIXON - Jul 06, 2023 02:26:23 pm

path; need to complete initial pc w ith EE and ER
Need completed Auth
sent pend letter to EE w ith request for Auth - JANIXON - Jul 06, 2023 02:55:41 pm

path;
Approve claim - EE has CHF w ith an EF of 27% w hich disqualifies him as a truck driver heavy occ.

Rec'd MR stating he has been placed in a life vest for 3 months per orders dated 05/24/2023
06/08/2023 Assessment plan
Nonischemic congestive cardiomyopathy- 2022
o/5/2023 EF 20%- Ee to hav ICD implantation procedure - Ee to f/u w ith Dr. Michelson
Chronic systolic heart failure.

Ce to f/u on auth for ongoing records. - JANIXON - Aug 07, 2023 09:49:04 am

Office visit w ith Dr. Mark Dalle-Ave dated 08/01/2023
Assessment
HTN - chronic stable
RTO in 2 months
Continue to see Dr. Barry Michaelson Cardiologist in Knoxville

Heart failure; chronic stable
Dilated cardiomyopathy ; chronic stable-sees Dr. Michelson
Presence of automatic cardiac defibrillator, chronic stable
COPD - chronic stable has medi home DME

Morbid obesity, chronic unstable
- JANIXON - Aug 07, 2023 10:05:35 am

07/21/2023 TN heart consultants
Physical exam - Incision is clean, dry, intact, w ell approximated, no hematoma, erythema or drainage noted
Assessment / aPlan
Biventricular automatic implantable cardioverter defibrillator in sity
Nonischemic congestive cardiomyopathy
LHC 02/2023- normal coronaries EF 10-15%
05/2023 Ef 20%
Cardiac MRI: pending at UT
Chronic systolic heart failure
Essential hypertension
History of SARS p CoV2
First degree atrioventricular block
COPD
Obesity - BMI 35
- JANIXON - Sep 07, 2023 03:04:33 pm

| | | | | | |
|---|---|---|---|---|---|
| 4/29/2024 | Claim Tasks | 3 | Call Claimant | Completed | CHRZI6 |

f/u for status update; auth and ongoing records as needed. - JANIXON - Aug 07, 2023 10:06:22 am

task invalid per peer. Closing to remove from claim diary. - CHRZI6 - Apr 29, 2024 12:20:30 pm

| | | | | | |
|---|---|---|---|---|---|
| 4/29/2024 | Claim Tasks | 12 | Med Records Received | Completed | CHRZI6 |

Medical Records received on Claim 1230070518

| | | | | | |
|---|---|---|---|---|---|
| 4/29/2024 | Claim Tasks | 11 | Med Records Received | Completed | CHRZI6 |

Medical Records received on Claim 1230070518

| | | | | | |
|---|---|---|---|---|---|
| 4/29/2024 | Telephone (OUT) | 8 | East Tennessee Iron & Metal Works, Inc. | Completed | CHRZI6 |

Please provide a w ritten job description for Mr. David L Fields.

Thank you
- CHRZI6 - Apr 29, 2024 12:23:40 pm

| | | | | | |
|---|---|---|---|---|---|
| 4/29/2024 11:34:08 AM | Summary/Assessment/Pa | 3h | ONGOING SAP - CHRZI6 - Apr 29, 2024 11:34:47 am | Requested | CHRZI6 |

Summary Notes
ONGOING SAP - CHRZI6 - Apr 29, 2024 11:34:47 am
Assessment Notes

Path Notes
Summary:
ONGOING SAP: Claimant is a 47, YO, M, Truck Driver w ith a Heavy Occ (No JD on file). Their DLW w as 2/7/23 w ith a DOD of 2/8/23. Diagnosis is Diastolic CHF, Essential HTN. The current claim status is Approved.

Assessment:
2/6/23 OV Dr. Michelson: c/o night sw eats, w t gain, exercise intolerance, SOB w hen w alking/lying dow n, CP on exertion, palpitations, lightheadedness on standing, cough, w heezing, sleep apnea (C-PAP), dyspepsia, GERD, sw elling in extremities, sleep disturbances, restless sleep, fatigue, cold hands/feet. Tx: Rx echo. labs, stress test, ABD US, f/up 2/27/23.

2/17/23 Cardiac catheterization

2/9/23 APS Dr. Nilam Patel: Dx non-ischemic cardiomyopathy, chronic systolic heart failure. c/o dyspnea, sw elling, HTN. Exam: left ventricular EF < 35% on maximum tolerable medical therapy, recent CRT-D implantation. FOV/DOD 2/6/23. NOV 9/8/23. R&Ls: avoid heavy lifting, chainsaw , w elding, no lift > 25 lbs. Tx: cont med optimization, cont therapy from bi-ventricular pacing from CRT-D. Tx is lifelong management.

3/8/23 OV Dr. Barry Michelson:

3/18/23 EKG.

5/2023: EF 20%.

5/8/23 TTE: left ventricular size moderately dilated, left ventricular systolic function estimated at 20%, diastolic filing pattern Grade II consistent w / moderately elevated LV filling pressure, right ventricle systolic function mildly impaired, mild aortic regurgitation, left atrium mild to moderately enlarged, mild to moderate mitral regurgitation, mild tricuspid regurgitation, right ventricular systolic pressure mildly elevated.

6/8/23 OV Dr. Nilam Patel

6/15/23 Cardiac MRI

6/23/23 OV Dr. Barry Michelson: f/up 1st degree atrioventricular block, non-ischemic congestive cardiomyopathy, HX SARS/COVID. LOV 10 yrs ago. ABN stress test led to cardiac catheterization. A small circumflex arose anomalously from R coronary cusp. LV function WNL. No CP, exercise intolerance, dyspnea, orthopnea, dysrhythmias. Over past several w eeks c/o ABD distension, pedal edema, SOB w / activity. Went to ER in Rogersville. CXR suggested borderline cardiomegaly. MRI confirms severe dilated left ventricle w / severe left ventricular dysfunction. Tx: Rx Spironolactone, increase Carvedilol, cont life vest use until reassessment of LV function in 2 mos.

7/14/23: pacemaker w / ICD placed.

7/21/23 OV Sara Johnson, NP: f/up w ound check s/p CRT-D. c/o lightheadedness (w hen bending), fatigue. Wound w ell healed. Tx: f/up 10/12/23, f/up Dr. Michelson 9/8/23

8/1/23 OV Dr. Mark Dalle-Ave: 6-month f/up. HTN currently stable. Symptoms began s/p 3 COVID episodes 9/2022. Went to Dr. Michaelson (cardio). Echo 2/2023 noted 10% EF. Exam WNL. Compliant w / C-PAP d/t OSA. Tx: cont current meds (Lisinopril, ASA), f/up 2 mos, cont to see Dr. Barry Michelson.

4/23/24 Life Waiver Peer Dr. David Friedman (cardio): Dx unspecified diastolic (congestive) heart failure, chronic combined systolic & diastolic heart failure, essential HTN. Supported level of impairment translates into R&Ls from 2/7/23 to current and beyond of: total restriction from all w ork activities from 2/17/23 to 3/31/23 to allow for cardiac catheterization and recovery. 6/8 to 7/21/23 totally restricted for cardiac defibrillator implantation and recovery. From 4/1/23 to 6/7/23 and 7/22/23 ongw ard R&Ls include occasional lift/push/pull/carry up to 25 lbs, reach above shoulder, climb ladders, drive, climb stairs, bend, craw l, stoop, kneel, squat, tw ist, crouch, use lover extremities. Never balance operate heavy machinery. Rx re-eval 7/16/24.

Path:
Claimant is currently TDOO. STP: obtain JD. PC/med update 7/2024. Eval for add'l med recs per peer review . LTP: possible STL/PDMU/VOC.
- CHRZI6 - Apr 29, 2024 11:34:47 am

UPDATED PATH
Clmt remains TDOO. STP: f/up auth. Obtain med recs from 8/1/23 to current. PC update for current Tx/RTW plans. LTP: possible STL/PDMU, RTW Voc assist.
- CHRZI6 - Jul 18, 2024 01:00:00 pm

UPDATED ASSESSMENT

PC to clmt states Dr. Dalle-Ave is PCP. Saw Dr. Dalle-Ave 11/2023 and approx. 3/2024, 6/17/24. LOV Dr. Michaelson 3/15/24. f/ups approx. every six months. NOV 9/11/24. At LOV no med change. Did EKG. BP runs low and said that's the w ay it's gonna be. Has tw o more cardiologists he sees too. Both are in same office as Dr. Michaelson. Dr. Patel did defibrillator and clmt sees him at Dr. Michaelson's office. Dr. Warrren Stribling from Nashville TN sees clmt in Dr. Michaelson's office. Needs to set f/up for 1/2025 for f/up w / Dr. Stribling for further testing. FOV w / Stribling April 13 2023. He scheduled clmt to have MRI in June 2023. Current tx: meds (Farxiga, Spironolactone, Carvedilol, Entresto, ASA). DC Lisinopril. No cardiac rehab at this time. Surveillance is part of treatment. Had echo done 3/29/24. s/p testing kept on same meds. BP bottoms out if tries to take more meds as providers recommend. Unable to RTW d/t lost CDL, gets real dizzy w hen bending over or sitting dow n. Get w eak doing steps or w alking long distances. Trouble sitting for long period d/t back pain and R leg numbness. Last echo show ing about 20-25% EF. Still using CPAP. LOV Dr. Patel last of May 2024 and f/ups are yearly. At LOV he stated scar healed w ell and checks battery life and checks if defibrillator has been activated to return heart to

normal sinus rhythm.

UPDATED PATH
Clmt remains TDOO. STP: obtain med recs all providers at Tenova Heart. PC update six mos unless records Rx otherw ise. LTP: possible RTW but more likely STL/PDMU.
- CHRZI6 - Jul 31, 2024 02:26:30 pm

UPDATED ASSESSMENT

2/20/23 echo: EF 10-15%.

5/2023 echo: EF 20%, mod LAE, mild AI/TR, mild to moderate MR RVSP 40, LVIDd 6.56.

6/23/23 OV Dr. Michelson: f/up. There is a plan for implantation of subcutaneous ICD. MRI performed per Dr. Stribling confirms severe dilated left ventricle w / severe left ventricular dysfunction. Doing reasonably w ell clinically. Clmt feels much better than at his time of his Rx's. Can w alk unlimited distances on ground level. c/o some dyspnea w hen w alking uphill. No orthopnea.

7/14/23 insertion of biventricular implantable cardioverter defibrillator

09/08/2023 OV Dr. Michelson: f/up. c/o early issues w / diaphragmatic pacing but these have been reprogrammed. Exercise intolerance improved but not w here he w ants it to be. No significant problems w / edema. 10/12/23 OV Sara Johnson, NP: 3 mo f/up. Feeling better, fatigue and lightheadedness improving, palps on occasion, no syncope. c/o sleep apnea and easy bruising. Tx: f/up Rx Cephalexin, MRI pending at UT, cont Entresto, f/up Dr. Michelson 3/8/24, f/up Dr. Patel 6/3/24.

8/1/23 OV Dr. Mark Dalle-Ave: 6mo f/up HTN, heart failure. Started to have heart problems after 3 episodes of COVID. Last episode 9/2022 w / problems of SOB, no energy, a lot of w t gain. Echo done in 2/2023 found 10% EF.

10/04/2023 OV Dr. Mark Dalle-Ave: 2 mo f/u HTN (stable), heart failure (stable), dilated cardiomyopathy (stable), Chronic HFrEF (stable), OSA (stable), presence of automatic implantable defibrillator (stable), obesity (unstable), BMI (unstable). c/o fatigue, dizziness moderate SOB w / exertion, fatigues easily w alking. Tx: f/up 3 mos for fasting labs, cont to see Dr. Michelson, w ork on low ering BMI, cont exercise, cont current meds, cont use of CPAP.

10/17/23 OV Dr. Mark Dalle-Ave: feels better, continues to have dizziness w / position changes and some fatigue described as being "tired". No CP, dyspnea, sw elling, syncope, or ICD shocks. BP and w t log review ed w / stable w t and most BPS in 90s.

1/12/24 OV Dr. Mark Dalle-Ave:

3/29/2024 TTE: EF 20% mod to severe MR

3/13/24 OV Dr. Barry Michelson: c/o f/up nonischemic congestive cardiomyopathy, first degree atrioventricular block, obesity, left ventricular cardiac dysfunction. Not having symptoms of CP or exercise intolerance, dyspnea or orthopnea, no dysrhythmias identified. HTN w ell controlled. Able to do normal activities w /o limitation. Tx: Rx echo, f/up 9/11/24, f/up Dr. Patel 6/11/24.

4/25/24 OV Dr. Warren Stribling: Dx of NICM EF 10-15% and CSHG after presenting in 2/2024 w / w t gain, ABD sw elling, LE sw elling, dyspnea, reflux symptoms. Referred by Dr. Michaelson for med mgmt.. No LV recovery so CRT-D implanted 7/2023. LOV 5 mos ago. Feels w ell, denies CP, SOB, sw elling, dizziness or syncope. Active w orking on the farm w /o limitations. Has stage C HF w / improving NYHA class I-II symptoms. On reasonable GDMT and undergone CRT-D. recent labs unremarkable. cMRI is most consistent w / ischemic CM but he w as not found to have CAD on LHC. Being Treated w / GDMT and undergone CRT-D though am uncertain this w ill lead to much improvement as QRS duration not very long and he did not have LBBB. Exam w /o abnormalities. Tx: CPX btw n now and next year, f/up w / NP next year, cont w t loss/exercise, cont CPAP, f/up PRN.

5/23/24 OV Dr. Nilam Patel: 6 mo f/up. doing w ell, no issues since LOV, improved since device implant, aw aiting stress test at St. Thomas, being evaluated for possible mitral valve clip. f/up w / Sara Johnson, NP 11/23/24.

6/17/24 OV Dr. Mark Dalle-Ave: 4-6 mo f/up for HTN, chronic heart failure. HTN currently stable w /o CP, claudication, confusion, diaphoresis, dyspnea, epistaxis, fatigue, HA, hematuria, irregular heartbeat/palpitations, nausea, tinnitus, tremor, visual disturbances, vomiting. Chronic heart failure symptoms reported to be moderate.

Patient states symptoms are chronic and stable. Does not w ant to do clip unless needed. States cardiology advises heart problem d/t COVID. Tx: f/up 4-6 mos, cont to see Dr. Stribling, w ork on low ering BMI, cont to monitor heart and HTN, cont current meds, CMP, cont seeing Dr. Stribling.

UPDATED PATH
Clmt remains TDOO. STP: f/up APS Dr. Mark Dalle-Ave and Dr. Michelson. CR for support of R&Ls and eval of recovery prognosis. PC update 1/2025. LTP: possible RTW.
- CHRZI6 - Aug 22, 2024 10:14:50 am

UPDATED ASSESSMENT

8/21/24 APS Dr. Mark Dalle-Ave (FP): Dx HTN, Chronic Heart Failure. DOD 2/8/23. LOV 6/17/24. NOV 11/18/24. Do not do R&Ls.

UPDATED PATH
Clmt remains TDOO. STP: f/up APS Dr. Michelson. CR for support of R&Ls and eval of recovery prognosis. PC update 1/2025. LTP: possible RTW.
- CHRZI6 - Aug 26, 2024 12:20:31 pm

UPDATED ASSESSMENT

9/8/23 OV Dr. Barry Michelson: f/up for cardiac eval. LOV 10 yrs ago. ABN stress test led to cardiac catheterization. A small circumflex arose anomalously from right coronary cusp. LV function w as normal. No symptoms of CP, or exercise intolerance dyspnea or orthopnea, dysrhythmias. Hx of HTN w ell controlled. Can do normal activities w /o limitation. Underw ent implantation of ICD CRT device. Some issues w / diaphragmatic pacing early on but these have been reprogrammed. Has occasional "hiccups". Exercise tolerance improved. BP is marginal for increasing meds. Will occasionally report transient lightheadedness if bending over and stands suddenly. Exam: obese, BTK edema bilat, trace bilat edema, ABD mildly distended soft w /o rebounding or guarding. Has global left ventricular dysfunction w / EF of 10 to 15%. Rx changes to med regimen to include addition of Entresto and SGLT2 inhibitor and Carvedilol, DC ACE inhibitor for 36 hrs prior to initiating Entresto, monitor BPs at home, f/up 3/8/24.

10/12/23 OV Dr. Warren Stribling: LOV 6 mos ago med changes w ere made. Feels better. Continues to have dizziness w / position changes and has some fatigue described as being "tired" occurring w / physical activity. No CP, dyspnea, sw elling, syncope, ICD shocks. Stable w t and most BPs in 90's. Exam: respiratory effort unlabored, no w heezing, rales or rhonchi. Normal gait. Has stage C HF w / improving NYHA class II symptoms. On reasonable GDMT that cannot be uptitrated d/t relative HTN. Tx: increase Farxiga, obtain labs from Dr. Michaelson, f/up 6 mos. On CPAP for obstructive sleep apnea.

UPDATED PATH
Clmt remains TDOO. STP: Obtain APS Dr. Michelson. CR for support of R&Ls and eval recovery progress. PC update 1/2025. LTP: possible RTW.
- CHRZI6 - Sep 03, 2024 02:50:34 pm

UPDATED ASSESSMENT
3/29/24 TTE echo: EF est 20%, left ventricle moderately dilated w / normal w all thickness, diastolic filling pattern Grade II consistent w / moderately elevated LV filling pressure, severe global left ventricular systolic dysfunction, valve is trileaflet and normal in structure w /o evidence of stenosis. Mild aortic regurgitation, left atrium mild to moderately enlarged, moderate to severe mitral regurgitation, mod to severe mitral regurgitation.

Heart Monitor event report 5/23/24 to 8/17/24

9/17/24 APS Dr Barry Michelson: Dx: non-ischemic congestive cardiomyopathy, chronic systolic heart failure. Comorbid: HTN, OSA, obesity. DOD 2/9/23. FOV 2/6/23. LOV 5/23/24. NOV 9/11/24. Surgery 2/17/23 and 7/14/23 for cardiac cath and bi-ventricular ICD/PM implant. Sx's: fatigue, SOB, sw elling. Objective: echo 3/29/24, last remote device monitor 8/18/24. Tx: guideline directed medical therapy, Bi-v implanted cardiac defibrillator w / PM. Providers: Dr. Warren Stribling, Dr. Nilam Patel. Meds: ASA, Entresto, Carvedilol, Farxiga, multivitamin, Spiranolactone. No R&Ls provided. CDL regulations forbid driver w / ICD.

Per APS, appears clmt unable to ever RTWOO d/t CDL regulations. Likely able to perform sedentary w ork.

UPDATED PATH

Clmt remains TDOO. STP: f/up TEE. CR to eval support of R&Ls and prognosis for recovery to COD. LTP: if TDAO, STL/PDMU/MBP.
- CHRZI6 - Sep 25, 2024 12:26:59 pm

UPDATED ASSESSMENT

10/4/24 Peer Dr. Andre Akhondi (cardio): Primary Dx's: CHF, dilated non-ischemic cardiomyopathy, s/p biventricular implantable cardioverter defibrillator. R&Ls from 8/1/24 to current and beyond. I opine that the claimant requires restrictions. Never: climb ladders, w ork at unprotected heights, operate heavy machinery, avoid diathermic procedures, kneel, crouch, craw l. Occasionally lift/carry/push/pull 20 lbs bilat, climb stairs, stoop, balance, reach overhead and below w aist. Frequently stand, w alk. d/t ICD: avoid close prolonged contact w / magnets or other magnetic fields, keep magnets at least six inches from w here device is implanted. Rx reassess 4/1/25.

R&Ls continue to support OOW d/t physical capacity.

UPDATED PATH
Clmt remains TDOO. STP: PC update 4/2025. Eval for add'l med recs/repeat CR or peer. LTP: RTW.
- CHRZI6 - Oct 14, 2024 04:08:03 pm

UPDATED ASSESSMENT

12/2/24 AF Dr. Barry Michelson: LOV 9/11/24. NOV 3/12/25. R&Ls: no climb, kneel, drive. Occasionally w alk, bend, reach above shoulder. Avoid extreme temperatures, hot or cold, cannot be around magnets, w elders, generators, no high responsibility activities, no high exposition.

TMPs: Dr Mark Dale Ave (FP), Dr. Nilam Patel (cardioelectrophysiology), Dr. Barry Michaelson (cardio), Dr. Warren Stribling (heart failure cardio).

ISS
RTW: never
Sx's: general w eakness, tired, dizzy, SOB
Cause: dilated cardiomyopathy, ICD done 7/2023
R&Ls: get dizzy and tired very fast, sometimes have heart palpitations and SOB
Activities: stay at home most days. TMP Dr. Barry Michaelson.

UPDATED PATH
Clmt remains TDOO. STP: PC update 3/2025. Obtain updated med recs Dr. Michaelson/Stribling, Dale Ave, Patel. CR/peer for COD. LTP: possible not TDAO/STL/MBP.
- CHRZI6 - Dec 05, 2024 01:44:23 pm

| | | | | | |
|---|---|---|---|---|---|
| 4/29/2024 11:35:49 AM | Claim Tasks | 13 | Call Claimant | Requested | CHRZI6 |

PC for med update per peer. - CHRZI6 - Apr 29, 2024 11:36:20 am

Update Auth - CHRZI6 - Apr 29, 2024 12:20:49 pm

PC to clmt. No ans. LVM. - CHRZI6 - Jul 18, 2024 12:56:10 pm

VM from clmt returning CEs call. - CHRZI6 - Jul 19, 2024 01:37:18 pm

See phone note/SAP - CHRZI6 - Jul 31, 2024 02:16:48 pm

| | | | | | |
|---|---|---|---|---|---|
| 4/29/2024 12:22:48 PM | Claim Tasks | 14 | Call Employer | Requested | CHRZI6 |
| | f/up JD - CHRZI6 - Apr 29, 2024 12:23:10 pm | | | | |
| 4/30/2024 2:37:16 PM | Documents/Mail | 34 | Email | Received | CHRZI6 |
| | 2024-04-30-10.40.22.603220O01 | | | | |
| 4/30/2024 2:37:17 PM | Documents/Mail | 35 | Voc Rehab Forms | Received | CHRZI6 |
| | 2024-04-30-10.40.22.669220O01 | | | | |
| 5/1/2024 | Documents/Mail | 35 | Voc Rehab Forms | Completed | CHRZI6 |
| | 2024-04-30-10.40.22.669220O01 | | | | |
| 5/1/2024 | Documents/Mail | 34 | Email | Completed | CHRZI6 |
| | 2024-04-30-10.40.22.603220O01 | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/6/2024 | Claim Tasks | 14 | Call Employer | Completed | CHRZI6 |
| | f/up JD - CHRZI6 - Apr 29, 2024 12:23:10 pm | | | | |
| 7/18/2024 | Documents/Mail | 36 | Request Sign Authorization | Completed | CHRZI6 |
| | Request Sign AuthorizationAttachments:Auth Medical | | | | |
| 7/18/2024 12:57:07 PM | Claim Tasks | 15 | Update Claim Information | Requested | CHRZI6 |
| | f/up auth - CHRZI6 - Jul 18, 2024 12:57:30 pm | | | | |
| 7/19/2024 | Claim Tasks | 15 | Update Claim Information | Completed | CHRZI6 |
| | f/up auth - CHRZI6 - Jul 18, 2024 12:57:30 pm | | | | |
| 7/19/2024 | Telephone (IN) | 9 | DAVID L. FIELDS | Completed | CHRZI6 |
| | VM from clmt returning CEs call. - CHRZI6 - Jul 19, 2024 01:37:00 pm | | | | |
| 7/23/2024 | Documents/Mail | 37 | Email | Completed | CHRZI6 |
| | 2024-07-19-11.20.59.731320O01 | | | | |
| 7/23/2024 | Documents/Mail | 38 | Claim Form - Authorization | Completed | CHRZI6 |
| | 2024-07-23-09.23.29.803680O01 | | | | |
| 7/31/2024 | Claim Tasks | 13 | Call Claimant | Completed | CHRZI6 |
| | PC for med update per peer. - CHRZI6 - Apr 29, 2024 11:36:20 am<br><br>Update Auth - CHRZI6 - Apr 29, 2024 12:20:49 pm<br><br>PC to clmt. No ans. LVM. - CHRZI6 - Jul 18, 2024 12:56:10 pm<br><br>VM from clmt returning CEs call. - CHRZI6 - Jul 19, 2024 01:37:18 pm<br><br>See phone note/SAP - CHRZI6 - Jul 31, 2024 02:16:48 pm | | | | |
| 7/31/2024 | Telephone (OUT) | 10 | DAVID L. FIELDS | Completed | CHRZI6 |
| | PC to clmt states Dr. Dalle-Ave is PCP. Saw Dr. Dalle-Ave 11/2023 and approx. 3/2024 and again on 6/17/2024. At LOV discussed how getting along see w hat cardio w as telling him, scheduled labs. LOV Dr. Michaelson 3/15/24. f/ups approx. every six months. NOV 9/11/24. At LOV no med change. Rx f/up six months. Did EKG. BP runs low and said that's the w ay it's gonna be. Has tw o more cardiologists he sees too. Both are in same office as Dr. Michaelson. Dr. Patel did defibrillator. Dr. Warrren Stribling is from Nashville TN but sees clmt in Dr. Michaelson's office. Needs to set f/up for 1/2025 for f/up w / Dr. Stribling for further testing. FOV w / Stribling April 13 2023. He scheduled clmt to have MRI in June 2023.<br>Current tx: meds (Farxiga, Spironolactone, Carvedilol, Entresto, ASA). DC Lisinopril. No cardiac rehab at this time. Did some at home w hen first got sick. Surveillance is part of treatment. Had echo done 3/29/24. s/p testing kept on same meds. BP bottoms out if tries to take more meds as providers recommend. Unable to RTW d/t lost CDL, gets real dizzy w hen bending over or sitting dow n. Get w eak doing steps or w alking long distances. No use of assistive device for ambulation. Was responsible for loading/unloading truck. Trouble sitting for long period d/t back pain and R leg numbness. Last echo show ing about 20-25% EF. Still using CPAP. LOV Dr. Patel last of May 2024 and f/ups are yearly. At LOV he stated scar healed w ell and checks battery life and checks if defibrillator has been activated to return heart to normal sinus rhythm.<br><br>Advised need updated med recs and w ill PC f/up in six months. Clmt expressed understanding and had no questions.<br>- CHRZI6 - Jul 31, 2024 02:21:21 pm | | | | |
| 7/31/2024 2:27:47 PM | Medical | 2 | | Initial | JOOMO5 |
| | SENT AUTH TO LEAD TO FIX - KEIKU2 - Aug 02, 2024 06:45:50 am<br><br>updated auth in AWD 8/5/24 - CHRZI6 - Aug 05, 2024 03:16:45 pm<br><br>STAT CALL (865)392-3400,Opt 5 Spoke to Trinia w as transferred to medical records, No one answ ered w as on hold for over 3 min. - JOOMO5 - Aug 09, 2024 02:36:45 pm<br><br>Med recs rcvd. - CHRZI6 - Aug 09, 2024 03:23:24 pm | | | | |
| 7/31/2024 2:35:48 PM | Medical | 3 | | Initial | CHRZI6 |
| | SENT AUTH TO LEAD TO FIX - KEIKU2 - Aug 02, 2024 06:45:19 am | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | updated auth in AWD 8/5/24 - CHRZI6 - Aug 05, 2024 03:17:10 pm | | | | |
| | STAT CALL (423)921-1600,Opt 4,Medical records Spoke to Rita Request has been received and is currently being processed. - JOOMO5 - Aug 09, 2024 02:40:57 pm | | | | |
| | med recs received - CHRZI6 - Aug 16, 2024 09:21:48 am | | | | |
| 7/31/2024 2:36:17 PM | Claim Tasks | 16 | Update Claim Information | Requested | CHRZI6 |
| | if MRR sent, send MRR f/up ltr. - CHRZI6 - Jul 31, 2024 02:36:49 pm | | | | |
| 8/5/2024 | Documents/Mail | 40 | Claim Form - Authorization | Completed | CHRZI6 |
| | 2024-08-02-11.35.14.307620O01 | | | | |
| 8/5/2024 | Documents/Mail | 39 | Email | Completed | CHRZI6 |
| | 2024-08-02-11.35.14.253620O01 | | | | |
| 8/7/2024 | Documents/Mail | 41 | Med Rec Request | Completed | KEIKU2 |
| | Med Rec RequestAttachments:DAVID FIELDS- 1230051807 - LFG AUTH.pdfNEW LTD APS 2024.pdf | | | | |
| 8/7/2024 | Documents/Mail | 43 | Med Rec Request Follow Up | Completed | CHRZI6 |
| | Med Rec Request Follow Up | | | | |
| 8/7/2024 | Documents/Mail | 42 | Med Rec Request | Completed | KEIKU2 |
| | Med Rec RequestAttachments:DAVID FIELDS- 1230051807 - LFG AUTH.pdf | | | | |
| 8/7/2024 | Claim Tasks | 16 | Update Claim Information | Completed | CHRZI6 |
| | if MRR sent, send MRR f/up ltr. - CHRZI6 - Jul 31, 2024 02:36:49 pm | | | | |
| 8/8/2024 3:01:33 PM | Documents/Mail | 44 | Medical Records | Received | CHRZI6 |
| | 2024-08-07-13.57.54.441600O01 | | | | |
| 8/9/2024 | Medical | 2 | | Closed | JOOMO5 |
| | SENT AUTH TO LEAD TO FIX - KEIKU2 - Aug 02, 2024 06:45:50 am | | | | |
| | updated auth in AWD 8/5/24 - CHRZI6 - Aug 05, 2024 03:16:45 pm | | | | |
| | STAT CALL (865)392-3400,Opt 5 Spoke to Trinia w as transferred to medical records, No one answ ered w as on hold for over 3 min. - JOOMO5 - Aug 09, 2024 02:36:45 pm | | | | |
| | Med recs rcvd. - CHRZI6 - Aug 09, 2024 03:23:24 pm | | | | |
| 8/15/2024 3:30:26 PM | Documents/Mail | 45 | Medical Records | Received | CHRZI6 |
| | 2024-08-14-12.44.50.957820O01 | | | | |
| 8/15/2024 3:30:26 PM | Documents/Mail | 46 | Medical Record Invoice | Received | DAJIMER |
| | 2024-08-14-12.44.51.022820O01 | | | | |
| | ***PER PATTY, STATED TO PAY ONLY BALANCE DUE*** 423-921-1600, NO CC/ACH, CHK ONLY PER INV, ADDRESS AS LISTED ON INV, TIN 621-240-690. PD CHK REQ $20, FOR MED RECS FROM RURAL HEALTH SERVICES CONSORTIUM, INC/ DR MARK DALLE-AVE. - DAJIMER - Aug 16, 2024 01:57:33 pm | | | | |
| 8/15/2024 3:30:28 PM | Documents/Mail | 47 | Claim Form - Authorization | Received | CHRZI6 |
| | 2024-08-14-12.44.51.087820O01 | | | | |
| 8/15/2024 3:30:28 PM | Documents/Mail | 48 | Medical Records | Received | CHRZI6 |
| | 2024-08-14-12.44.51.121820O01 | | | | |
| 8/16/2024 | Documents/Mail | 47 | Claim Form - Authorization | Completed | CHRZI6 |
| | 2024-08-14-12.44.51.087820O01 | | | | |
| 8/16/2024 | Documents/Mail | 48 | Medical Records | Completed | CHRZI6 |
| | 2024-08-14-12.44.51.121820O01 | | | | |
| 8/16/2024 | Documents/Mail | 46 | Medical Record Invoice | Completed | DAJIMER |
| | 2024-08-14-12.44.51.022820O01 | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

***PER PATTY, STATED TO PAY ONLY BALANCE DUE***
423-921-1600, NO CC/ACH, CHK ONLY PER INV, ADDRESS AS LISTED ON INV, TIN 621-240-690. PD CHK REQ $20, FOR MED RECS FROM RURAL HEALTH SERVICES CONSORTIUM, INC/ DR MARK DALLE-AVE. - DAJIMER - Aug 16, 2024 01:57:33 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/16/2024 | Medical | 3 | | Closed | CHRZI6 |

SENT AUTH TO LEAD TO FIX - KEIKU2 - Aug 02, 2024 06:45:19 am

updated auth in AWD 8/5/24 - CHRZI6 - Aug 05, 2024 03:17:10 pm

STAT CALL (423)921-1600,Opt 4,Medical records Spoke to Rita Request has been received and is currently being processed. - JOOMO5 - Aug 09, 2024 02:40:57 pm

med recs received - CHRZI6 - Aug 16, 2024 09:21:48 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/20/2024 | Telephone (OUT) | 11 | DAVID L. FIELDS | Completed | CHRZI6 |

We have received medical records from Dr. Mark Dalle-Ave and Tenova Heart.

Thank you

Charles Zimmer
Sr. Claims Examiner, LTD 2
LTD
855 818 2883 x 7157 Office

From: Melinda Fields <melindafields1@gmail.com>
Sent: Tuesday, August 20, 2024 10:47 AM
To: Zimmer, Charles <Charles.Zimmer@lfg.com>
Subject: Re: Lincoln Financial Group Information for Claim 1230051807 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***
Good morning. I just w anted to touch base w ith you and see if the Dr's have responded to your requests?

On Wed, Aug 7, 2024, 2:50 PM Charles Zimmer <Charles.Zimmer@lfg.com> w rote:
This message w as sent securely using Zix®

E-communication from Lincoln Financial Group

Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

Charles Zimmer
Sr. Claims Examiner, LTD 2
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Dr
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 855-818-2883 x7157
Fax: 402 951-8544
Email: Charles.Zimmer@lfg.com

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

This message w as secured by Zix&#174.
 - CHRZI6 - Aug 20, 2024 11:42:40 am

| | | | | | |
|---|---|---|---|---|---|
| 8/21/2024 | Documents/Mail | 51 | Email | Completed | CHRZI6 |

'decarod@rhsctn.com'
from: claims@lfg.com
(Secure) GRPID: ETIM Attending Physician's Statement
sent letter to Dr. MArk Dall-Ave and APS

Hello,

Thank you for allow ing us to assist you today. As per our conversation I have attached the long-term disability attending physician's statement.

Please let us know if w e can be of further assistance.

Thank you,

Kourtney Capucini
Svc Rep, Claim Initiation

Claimant Excellence Service Organization

Lincoln Financial Group
1600 Riveredge Parkw ay
Atlanta, GA 30328800-423-2765 Office
877-843-3950 Fax

LincolnFinancial.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, w hich is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to w hich it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlaw ful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

| | | | | | |
|---|---|---|---|---|---|
| 8/21/2024 | Documents/Mail | 50 | Email | Completed | CHRZI6 |

'decarod@rhsctn.com'
from: claims@lfg.com
(Secure) GRPID: ETIM Attending Physician's Statement
Sent LTD APS
Hello,

Thank you for allow ing us to assist you today. As per our conversation I have attached the long term disability attending physician's statement.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Please let us know if w e can be of further assistance.

Thank you,

Kourtney Capucini
Svc Rep, Claim Initiation

Claimant Excellence Service Organization

Lincoln Financial Group
1600 Riveredge Parkw ay
Atlanta, GA 30328800-423-2765 Office
877-843-3950 Fax

LincolnFinancial.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, w hich is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to w hich it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlaw ful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

| 8/21/2024 | Documents/Mail | 49 | Email | Completed | CHRZI6 |
|---|---|---|---|---|---|

decarod@rhsctn.com
(Secure) GRPID: ETIM Attending Physician's Statement
from: claims@lfg.com
sent page 2 of STD APS

Hello,

Thank you for allow ing us to assist you today. As per our conversation I have attached the second page of the attending physician's statement.

Please let us know if w e can be of further assistance.

Thank you,

Kourtney Capucini
Svc Rep, Claim Initiation

Claimant Excellence Service Organization

Lincoln Financial Group
1600 Riveredge Parkw ay
Atlanta, GA 30328800-423-2765 Office
877-843-3950 Fax

LincolnFinancial.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, w hich is privileged, confidential, or subject to copyright belonging to the Lincoln National

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to w hich it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlaw ful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/21/2024 | Telephone (IN) | 12 | Debby Decaro@ Dalle | Completed | KOKCA7 |

4239211750
David Fields

East Tennessee Iron and Metal

get a copy of second page of APS

emailed aps@ decarod@rhsctn.com

Stated std page 2 w as not correct
stated ltd aps w as not correct
pulled up letter emailed to dr. dalle-ave and emailed letter w ith APS

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/22/2024 | Documents/Mail | 45 | Medical Records | Completed | CHRZI6 |

2024-08-14-12.44.50.957820O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/22/2024 | Documents/Mail | 44 | Medical Records | Completed | CHRZI6 |

2024-08-07-13.57.54.441600O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/22/2024 | Telephone (OUT) | 13 | DAVID L. FIELDS | Completed | CHRZI6 |

At this time, all of the medical records requested have been received. As the certification for David is from 2/9/23, w e have asked for an updated Attending Physician Statement form both Dr. Mark Dalle-Ave and Dr. Barry Michelson to provide us w / current w ork restrictions and limitations. This request w ill be processed overnight and should be received by their office no later than Monday. Once I have confirmed the request has been sent, I w ill provide you w ith a letter noting w hat information is needed so that you may follow up to ensure receipt of these tw o documents. Please let me know if you have any further questions.

Thank you

Charles Zimmer
Sr. Claims Examiner, LTD 2
LTD
855 818 2883 x 7157 Office

From: Melinda Fields <melindafields1@gmail.com>
Sent: Thursday, August 22, 2024 4:11 AM
To: Zimmer, Charles <Charles.Zimmer@lfg.com>
Subject: Re: Lincoln Financial Group Information for Claim 1230051807 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***
I'm sorry I didn't realize the Tennova Dr's had sent you their records as w ell. Does that mean you have everything you needed from us?

On Wed, Aug 21, 2024, 2:44 PM Zimmer, Charles <Charles.Zimmer@lfg.com> w rote:
This message w as sent securely using Zix®

We have not received any other medical records other than those already listed.

Thank you

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Charles Zimmer<br>Sr. Claims Examiner, LTD 2<br>LTD<br>855 818 2883 x 7157 Office<br><br>From: Melinda Fields <melindafields1@gmail.com><br>Sent: Wednesday, August 21, 2024 12:25 PM<br>To: Zimmer, Charles <Charles.Zimmer@lfg.com><br>Subject: Re: Lincoln Financial Group Information for Claim 1230051807 (SECURE)<br><br>***This email is from an external source. Only open links and attachments from a Trusted Sender.***<br>Mr Zimmer I hope you are w ell. I reached out to the other Dr's on my husband's behalf and they said they had sent the requested information but w ould definitely resend it to you. Has that been received?<br><br>On Tue, Aug 20, 2024, 1:29 PM Melinda Fields <melindafields1@gmail.com> w rote:<br>Thank you for the update. I w ill reach out to the other Dr's AGAIN.<br><br>On Tue, Aug 20, 2024, 12:43 PM Zimmer, Charles <Charles.Zimmer@lfg.com> w rote:<br>- CHRZI6 - Aug 22, 2024 10:45:45 am | | | | |
| 8/22/2024 10:10:22 AM | Medical | 4 | | Initial | SYNPE2 |
| | received - CHRZI6 - Aug 26, 2024 12:19:14 pm | | | | |
| 8/22/2024 10:13:11 AM | Medical | 5 | | Initial | KEDSH2 |
| | med recs rcvd. No APS - CHRZI6 - Aug 29, 2024 12:03:06 pm | | | | |
| 8/22/2024 10:14:54 AM | Claim Tasks | 17 | Update Claim Information | Requested | CHRZI6 |
| | If MRR sent, send MRR f/up ltr - CHRZI6 - Aug 22, 2024 10:15:22 am | | | | |
| 8/23/2024 | Documents/Mail | 52 | Med Rec Request Follow Up | Completed | CHRZI6 |
| | Med Rec Request Follow Up | | | | |
| 8/23/2024 | Claim Tasks | 17 | Update Claim Information | Completed | CHRZI6 |
| | If MRR sent, send MRR f/up ltr - CHRZI6 - Aug 22, 2024 10:15:22 am | | | | |
| 8/25/2024 1:16:30 PM | Documents/Mail | 53 | Claim Form - EE, ER, APS | Received | CHRZI6 |
| | 2024-08-22-14.20.18.476000O01 | | | | |
| 8/26/2024 | Documents/Mail | 54 | Med Rec Request | Completed | SYNPE2 |
| | Med Rec RequestAttachments:D FIELDS - LFG AUTH.pdfNEW LTD APS 2024.pdf | | | | |
| 8/26/2024 | Documents/Mail | 53 | Claim Form - EE, ER, APS | Completed | CHRZI6 |
| | 2024-08-22-14.20.18.476000O01 | | | | |
| 8/26/2024 | Medical | 4 | | Closed | SYNPE2 |
| | received - CHRZI6 - Aug 26, 2024 12:19:14 pm | | | | |
| 8/27/2024 2:06:03 PM | Documents/Mail | 55 | Medical Records | Received | CHRZI6 |
| | 2024-08-26-09.00.15.509080O01 | | | | |
| 8/27/2024 2:11:08 PM | Documents/Mail | 56 | Medical Records | Received | CHRZI6 |
| | 2024-08-26-09.07.06.605120O01 | | | | |
| 8/29/2024 | Documents/Mail | 56 | Medical Records | Completed | CHRZI6 |
| | 2024-08-26-09.07.06.605120O01 | | | | |
| 8/29/2024 | Medical | 5 | | Closed | KEDSH2 |
| | med recs rcvd. No APS - CHRZI6 - Aug 29, 2024 12:03:06 pm | | | | |
| 9/3/2024 | Documents/Mail | 55 | Medical Records | Completed | CHRZI6 |
| | 2024-08-26-09.00.15.509080O01 | | | | |
| 9/3/2024 2:50:46 PM | Medical | 6 | | Initial | CHRZI6 |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

STAT Call: 865-392-3400 - pressed 5 for other- spoke to puala, she said they did recieve the request on 9-4-24 - JAUDR4 - Sep 09, 2024 02:46:34 pm

Called provider. Spoke w/ Terina. States closed case. Not sure why. Will send a message to find out why case closed. APS was received by provider. Closed case on the 9th. - CHRZI6 - Sep 18, 2024 02:28:44 pm

VM from Cindy Pittman @ Dr. Barry Michelson's office regarding David Fields states faxed paperwork again yesterday and wanted to verify that we received it. Please call to verify receipt to direct dial number 865 392 3415. - CHRZI6 - Sep 19, 2024 08:55:05 am

APS received - CHRZI6 - Sep 23, 2024 09:46:43 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/4/2024 | Documents/Mail | 57 | Med Rec Request | Completed | SYNPE2 |

Med Rec RequestAttachments:D FIELDS - LFG AUTH.pdfNEW LTD APS 2024.pdf

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/6/2024 | Telephone (IN) | 14 | DAVID L FIELDS | Completed | RAEWI7 |

NAME: cindy hitman/david fields

SSN/CLAIM#: 1230051807

er: etim

DOB:

phone: 8653923401

mp is calling becuase she recd a aps form but didnt know what the top of the form states due to the part being cut out

emailed another form to mp email cindy.pittman@tennova.com

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/13/2024 1:59:46 PM | Documents/Mail | 58 | Email | Received | LLJONES |

2024-09-12-15.50.21.534400O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/13/2024 1:59:47 PM | Documents/Mail | 59 | Social Security Forms | Received | LLJONES |

2024-09-13-14.58.01.924440O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/18/2024 | Telephone (OUT) | 15 | DAVID L. FIELDS | Completed | CHRZI6 |

At this time, the only outstanding documentation is an Attending Physician Statement from Dr. Barry Michelson. We contacted their office on 9/9/24 and were told that the request was received on 9/4/24.

Thank you

Charles Zimmer
Sr. Claims Examiner, LTD 2
LTD
855 818 2883 x 7157 Office

From: Melinda Fields <melindafields1@gmail.com>
Sent: Wednesday, September 18, 2024 8:00 AM
To: Zimmer, Charles <Charles.Zimmer@lfg.com>
Subject: Re: Lincoln Financial Group Information for Claim 1230051807 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***
Good morning Mr Zimmer. I haven't gotten a response from you yet concerning David's medical records and his proof of income. Do you have everything you requested?
On Thu, Aug 22, 2024, 11:45 AM Zimmer, Charles <Charles.Zimmer@lfg.com> wrote:

This message was sent securely using Zix®

At this time, all of the medical records requested have been received. As the certification for David is from 2/9/23, we have asked for an updated Attending Physician Statement form both Dr. Mark Dalle-Ave and Dr. Barry Michelson to provide us w/ current work restrictions and limitations. This request will be processed overnight and should be received by their office no later than Monday. Once I have confirmed the request has been sent, I will provide you with a letter noting what information is needed so that you may follow up to ensure receipt of these two documents. Please let me know if you have any further questions.

Thank you

Charles Zimmer
Sr. Claims Examiner, LTD 2
LTD
855 818 2883 x 7157 Office

From: Melinda Fields <melindafields1@gmail.com>
Sent: Thursday, August 22, 2024 4:11 AM
To: Zimmer, Charles <Charles.Zimmer@lfg.com>
Subject: Re: Lincoln Financial Group Information for Claim 1230051807 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***
I'm sorry I didn't realize the Tennova Dr's had sent you their records as well. Does that mean you have everything you needed from us?

On Wed, Aug 21, 2024, 2:44 PM Zimmer, Charles <Charles.Zimmer@lfg.com> wrote:
This message was sent securely using Zix®

We have not received any other medical records other than those already listed.

Thank you

Charles Zimmer
Sr. Claims Examiner, LTD 2
LTD
855 818 2883 x 7157 Office

From: Melinda Fields <melindafields1@gmail.com>
Sent: Wednesday, August 21, 2024 12:25 PM
To: Zimmer, Charles <Charles.Zimmer@lfg.com>
Subject: Re: Lincoln Financial Group Information for Claim 1230051807 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***
Mr Zimmer I hope you are well. I reached out to the other Dr's on my husband's behalf and they said they had sent the requested information but would definitely resend it to you. Has that been received?

On Tue, Aug 20, 2024, 1:29 PM Melinda Fields <melindafields1@gmail.com> wrote:
Thank you for the update. I will reach out to the other Dr's AGAIN.

On Tue, Aug 20, 2024, 12:43 PM Zimmer, Charles <Charles.Zimmer@lfg.com> wrote:
This message was sent securely using Zix®

We have received medical records from Dr. Mark Dalle-Ave and Tenova Heart.

Thank you

Charles Zimmer
Sr. Claims Examiner, LTD 2
LTD
855 818 2883 x 7157 Office

From: Melinda Fields <melindafields1@gmail.com>
Sent: Tuesday, August 20, 2024 10:47 AM
To: Zimmer, Charles <Charles.Zimmer@lfg.com>
Subject: Re: Lincoln Financial Group Information for Claim 1230051807 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***
Good morning. I just w anted to touch base w ith you and see if the Dr's have responded to your requests?

On Wed, Aug 7, 2024, 2:50 PM Charles Zimmer <Charles.Zimmer@lfg.com> w rote:
This message w as sent securely using Zix®

E-communication from Lincoln Financial Group

Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

Charles Zimmer
Sr. Claims Examiner, LTD 2
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Dr
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 855-818-2883 x7157
Fax: 402 951-8544
Email: Charles.Zimmer@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, w hich is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to w hich it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlaw ful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may

collect your personal information to improve Lincoln products or to provide you w ith services related to its products. For more information, please see our privacy policy. Thank You.**

This message w as secured by Zix&#174.

This message w as secured by Zix&#174.

This message w as secured by Zix&#174.

This message w as secured by Zix&#174.
- CHRZI6 - Sep 18, 2024 09:32:26 am

| | | | | | |
|---|---|---|---|---|---|
| 9/18/2024 1:51:53 PM | Documents/Mail | 60 | Email | Received | LLJONES |
| | 2024-09-17-14.35.30.234740O01 | | | | |
| 9/19/2024 | Documents/Mail | 60 | Email | Completed | LLJONES |
| | 2024-09-17-14.35.30.234740O01 | | | | |
| 9/19/2024 | Documents/Mail | 59 | Social Security Forms | Completed | LLJONES |
| | 2024-09-13-14.58.01.924440O01 | | | | |
| 9/19/2024 | Documents/Mail | 58 | Email | Completed | LLJONES |
| | 2024-09-12-15.50.21.534400O01 | | | | |
| 9/19/2024 | Telephone (IN) | 17 | DAVID L. FIELDS | Completed | CHRZI6 |
| | VM from Cindy at Dr Michaelson's office at Tenova Heart regarding David Fields. Direct dial 865 392 3415. Need to verify w e received his information. - CHRZI6 - Sep 23, 2024 08:50:03 am | | | | |
| 9/20/2024 3:17:27 PM | Documents/Mail | 61 | Medical Records | Received | CHRZI6 |
| | 2024-09-19-12.53.05.425700O01 | | | | |
| 9/20/2024 3:17:28 PM | Documents/Mail | 62 | Claim Form - EE, ER, APS | Received | CHRZI6 |
| | 2024-09-19-12.53.05.472700O01 | | | | |
| 9/20/2024 3:17:29 PM | Documents/Mail | 63 | Medical Records | Received | CHRZI6 |
| | 2024-09-19-12.53.05.506700O01 | | | | |
| 9/20/2024 3:37:01 PM | Telephone (IN) | 16 | cindy pittman | Requested | CHRZI6 |
| | Name: cindy pittman<br>Employer/Group:dr berry Michael office<br>social security:<br>dob:<br>claim:<br>cb:(865) 392-3401<br>trying to figure out if w e received<br><br>1230051807<br>auth rep for the provider office calling in to see if w e recieved the aps adv yes | | | | |
| 9/23/2024 | Documents/Mail | 61 | Medical Records | Completed | CHRZI6 |
| | 2024-09-19-12.53.05.425700O01 | | | | |
| 9/23/2024 | Medical | 6 | | Closed | CHRZI6 |
| | STAT Call: 865-392-3400 - pressed 5 for other- spoke to puala, she said they did recieve the request on 9-4-24 - JAUDR4 - Sep 09, 2024 02:46:34 pm<br><br>Called provider. Spoke w / Terina. States closed case. Not sure w hy. Will send a message to find out w hy case closed. APS w as received by provider. Closed case on the 9th. - CHRZI6 - Sep 18, 2024 02:28:44 pm | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

VM from Cindy Pittman @ Dr. Barry Michelson's office regarding David Fields states faxed paperw ork again yesterday and w anted to verify that w e received it. Please call to verify receipt to direct dial number 865 392 3415. - CHRZI6 - Sep 19, 2024 08:55:05 am

APS received - CHRZI6 - Sep 23, 2024 09:46:43 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/23/2024 | Telephone (OUT) | 18 | DAVID L. FIELDS | Completed | CHRZI6 |

PC to Cindy at Dr. Michaelson's office. No ans. LVM advising med recs/APS rcvd. - CHRZI6 - Sep 23, 2024 09:49:33 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/23/2024 | Telephone (IN) | 16 | cindy pittman | Completed | CHRZI6 |

Name: cindy pittman
Employer/Group:dr berry Michael office
social security:
dob:
claim:
cb:(865) 392-3401
trying to figure out if w e received

1230051807
auth rep for the provider office calling in to see if w e recieved the aps adv yes

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/25/2024 | Documents/Mail | 64 | Request Forms from Claimant | Completed | CHRZI6 |

Request Forms from ClaimantAttachments:Training-Education-Experience

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/25/2024 | Documents/Mail | 62 | Claim Form - EE, ER, APS | Completed | CHRZI6 |

2024-09-19-12.53.05.472700O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/25/2024 | Documents/Mail | 63 | Medical Records | Completed | CHRZI6 |

2024-09-19-12.53.05.506700O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/25/2024 12:29:45 PM | Claim Tasks | 18 | Update Claim Information | Requested | CHRZI6 |

f/up TEE - CHRZI6 - Sep 25, 2024 12:30:05 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/25/2024 12:40:29 PM | Referrals | 3 | Ongoing Claim Review | Initial | CHRZI6 |

Clinical Consultation - Review Referral Template
Demographics
Claimant Name: David Fields
Occupation: Truck Driver
Diagnosis: non-ischemic congestive cardiomyopathy, chronic systolic heart failure
DLW:2/7/23
DOD:2/8/23
COD:8/7/25
Current Age: 46
Date of last claimant Phone Call: 7/31/24
Current Provider
Dr. Barry Michelson / cardio / 9/11/24
Most Current APS/Abilities Form/Dr's Note
9/17/24 APS Dr Barry Michelson: Dx: non-ischemic congestive cardiomyopathy, chronic systolic heart failure. Comorbid: HTN, OSA, obesity. DOD 2/9/23. FOV 2/6/23. LOV 5/23/24. NOV 9/11/24. Surgery 2/17/23 and 7/14/23 for cardiac cath and bi-ventricular ICD/PM implant. Sx's: fatigue, SOB, sw elling. Objective: echo 3/29/24, last remote device monitor 8/18/24. Tx: guideline directed medical therapy, Bi-v implanted cardiac defibrillator w / PM. Providers: Dr. Warren Stribling, Dr. Nilam Patel. Meds: ASA, Entresto, Carvedilol, Farxiga, multivitamin, Spiranolactone. No R&Ls provided. CDL regulations forbid driver w / ICD.
Recent Medical Records Information (Date/Findings)
2/6/23 OV Dr. Michelson: c/o night sw eats, w t gain, exercise intolerance, SOB w hen w alking/lying dow n, CP on exertion, palpitations, lightheadedness on standing, cough, w heezing, sleep apnea (C-PAP), dyspepsia, GERD, sw elling in extremities, sleep disturbances, restless sleep, fatigue, cold hands/feet. Tx: Rx echo. labs, stress test, ABD US, f/up 2/27/23.

2/17/23 Cardiac catheterization

2/9/23 APS Dr. Nilam Patel: Dx non-ischemic cardiomyopathy, chronic systolic heart failure. c/o dyspnea, sw elling, HTN. Exam: left ventricular EF < 35% on maximum tolerable medical therapy, recent CRT-D implantation. FOV/DOD

2/6/23. NOV 9/8/23. R&Ls: avoid heavy lifting, chainsaw , w elding, no lift > 25 lbs. Tx: cont med optimization, cont therapy from bi-ventricular pacing from CRT-D. Tx is lifelong management.

2/20/23 echo: EF 10-15%.

3/8/23 OV Dr. Barry Michelson:

3/18/23 EKG.

5/2023: EF 20%, mod LAE, mild AI/TR, mild to moderate MR RVSP 40, LVIDd 6.56.

5/8/23 TTE: left ventricular size moderately dilated, left ventricular systolic function estimated at 20%, diastolic filing pattern Grade II consistent w / moderately elevated LV filling pressure, right ventricle systolic function mildly impaired, mild aortic regurgitation, left atrium mild to moderately enlarged, mild to moderate mitral regurgitation, mild tricuspid regurgitation, right ventricular systolic pressure mildly elevated.

6/8/23 OV Dr. Nilam Patel

6/15/23 Cardiac MRI

6/23/23 OV Dr. Barry Michelson: f/up 1st degree atrioventricular block, non-ischemic congestive cardiomyopathy, HX SARS/COVID. LOV 10 yrs ago. ABN stress test led to cardiac catheterization. A small circumflex arose anomalously from R coronary cusp. LV function WNL. No CP, exercise intolerance, dyspnea, orthopnea, dysrhythmias. Over past several w eeks c/o ABD distension, pedal edema, SOB w / activity. Went to ER in Rogersville. CXR suggested borderline cardiomegaly. MRI confirms severe dilated left ventricle w / severe left ventricular dysfunction. Tx: Rx Spironolactone, increase Carvedilol, cont life vest use until reassessment of LV function in 2 mos.

7/14/23: pacemaker w / ICD placed.

7/21/23 OV Sara Johnson, NP: f/up w ound check s/p CRT-D. c/o lightheadedness (w hen bending), fatigue. Wound w ell healed. Tx: f/up 10/12/23, f/up Dr. Michelson 9/8/23

8/1/23 OV Dr. Mark Dalle-Ave: 6-month f/up. HTN currently stable. Symptoms began s/p 3 COVID episodes 9/2022. Went to Dr. Michaelson (cardio). Echo 2/2023 noted 10% EF. Exam WNL. Compliant w / C-PAP d/t OSA. Tx: cont current meds (Lisinopril, ASA), f/up 2 mos, cont to see Dr. Barry Michelson.

09/08/2023 OV Dr. Michelson: f/up. c/o early issues w / diaphragmatic pacing but these have been reprogrammed. Exercise intolerance improved but not w here he w ants it to be. No significant problems w / edema. 10/12/23 OV Sara Johnson, NP: 3 mo f/up. Feeling better, fatigue and lightheadedness improving, palps on occasion, no syncope. c/o sleep apnea and easy bruising. Tx: f/up Rx Cephalexin, MRI pending at UT, cont Entresto, f/up Dr. Michelson 3/8/24, f/up Dr. Patel 6/3/24.

10/04/2023 OV Dr. Mark Dalle-Ave: 2 mo f/u HTN (stable), heart failure (stable), dilated cardiomyopathy (stable), Chronic HFrEF (stable), OSA (stable), presence of automatic implantable defibrillator (stable), obesity (unstable), BMI (unstable). c/o fatigue, dizziness moderate SOB w / exertion, fatigues easily w alking. Tx: f/up 3 mos for fasting labs, cont to see Dr. Michelson, w ork on low ering BMI, cont exercise, cont current meds, cont use of CPAP.

10/12/23 OV Dr. Warren Stribling: LOV 6 mos ago med changes w ere made. Feels better. Continues to have dizziness w / position changes and has some fatigue described as being "tired" occurring w / physical activity. No CP, dyspnea, sw elling, syncope, ICD shocks. Stable w t and most BPs in 90's. Exam: respiratory effort unlabored, no w heezing, rales or rhonchi. Normal gait. Has stage C HF w / improving NYHA class II symptoms. On reasonable GDMT that cannot be uptitrated d/t relative HTN. Tx: increase Farxiga, obtain labs from Dr. Michaelson, f/up 6 mos. On CPAP for obstructive sleep apnea.

10/17/23 OV Dr. Mark Dalle-Ave: feels better, continues to have dizziness w / position changes and some fatigue described as being "tired". No CP, dyspnea, sw elling, syncope, or ICD shocks. BP and w t log review ed w / stable w t and most BPS in 90s.

1/12/24 OV Dr. Mark Dalle-Ave:

3/13/24 OV Dr. Barry Michelson: c/o f/up nonischemic congestive cardiomyopathy, first degree atrioventricular block, obesity, left ventricular cardiac dysfunction. Not having symptoms of CP or exercise intolerance, dyspnea or orthopnea, no dysrhythmias identified. HTN w ell controlled. Able to do normal activities w /o limitation. Tx: Rx echo, f/up 9/11/24, f/up Dr. Patel 6/11/24.

3/29/24 TTE echo: EF est 20%, left ventricle moderately dilated w / normal w all thickness, diastolic filling pattern Grade II consistent w / moderately elevated LV filling pressure, severe global left ventricular systolic dysfunction, valve is trileaflet and normal in structure w /o evidence of stenosis. Mild aortic regurgitation, left atrium mild to moderately enlarged, moderate to severe mitral regurgitation, mod to severe mitral regurgitation.

4/23/24 Life Waiver Peer Dr. David Friedman (cardio): Dx unspecified diastolic (congestive) heart failure, chronic combined systolic & diastolic heart failure, essential HTN. Supported level of impairment translates into R&Ls from 2/7/23 to current and beyond of: total restriction from all w ork activities from 2/17/23 to 3/31/23 to allow for cardiac catheterization and recovery. 6/8 to 7/21/23 totally restricted for cardiac defibrillator implantation and recovery. From 4/1/23 to 6/7/23 and 7/22/23 ongw ard R&Ls include occasional lift/push/pull/carry up to 25 lbs, reach above shoulder, climb ladders, drive, climb stairs, bend, craw l, stoop, kneel, squat, tw ist, crouch, use lover extremities. Never balance operate heavy machinery. Rx re-eval 7/16/24.

4/25/24 OV Dr. Warren Stribling: Dx of NICM EF 10-15% and CSHG after presenting in 2/2024 w / w t gain, ABD sw elling, LE sw elling, dyspnea, reflux symptoms. Referred by Dr. Michaelson for med mgmt.. No LV recovery so CRT-D implanted 7/2023. LOV 5 mos ago. Feels w ell, denies CP, SOB, sw elling, dizziness or syncope. Active w orking on the farm w /o limitations. Has stage C HF w / improving NYHA class I-II symptoms. On reasonable GDMT and undergone CRT-D. recent labs unremarkable. cMRI is most consistent w / ischemic CM but he w as not found to have CAD on LHC. Being Treated w / GDMT and undergone CRT-D though am uncertain this w ill lead to much improvement as QRS duration not very long and he did not have LBBB. Exam w /o abnormalities. Tx: CPX btw n now and next year, f/up w / NP next year, cont w t loss/exercise, cont CPAP, f/up PRN.

5/23/24 OV Dr. Nilam Patel: 6 mo f/up. doing w ell, no issues since LOV, improved since device implant, aw aiting stress test at St. Thomas, being evaluated for possible mitral valve clip. f/up w / Sara Johnson, NP 11/23/24.

6/17/24 OV Dr. Mark Dalle-Ave: 4-6 mo f/up for HTN, chronic heart failure. HTN currently stable w /o CP, claudication, confusion, diaphoresis, dyspnea, epistaxis, fatigue, HA, hematuria, irregular heartbeat/palpitations, nausea, tinnitus, tremor, visual disturbances, vomiting. Chronic heart failure symptoms reported to be moderate. Patient states symptoms are chronic and stable. Does not w ant to do clip unless needed. States cardiology advises heart problem d/t COVID. Tx: f/up 4-6 mos, cont to see Dr. Stribling, w ork on low ering BMI, cont to monitor heart and HTN, cont current meds, CMP, cont seeing Dr. Stribling.

8/21/24 APS Dr. Mark Dalle-Ave (FP): Dx HTN, Chronic Heart Failure. DOD 2/8/23. LOV 6/17/24. NOV 11/18/24. Do not do R&Ls.
Assessment / Recommendation /Specific Questions (Provide CE assessment of medical status and any additional claim insight /recommendations or updates for NDC):
According to the clinical evidence in file, does the claimant have any impairment(s)? If so, list the impairment(s), describe their impact to the claimant's functional status and note the expected duration of the impairment.

Are the restrictions and limitations placed upon the claimant's w ork activities by his/her attending physician reasonable and consistent w ith the medical findings? Please explain.

Is there a likelihood this claimants functioning w ill improve significantly to allow function and performance of the main duties of his ow n occupation as of COD? - CHRZI6 - Sep 25, 2024 12:41:10 pm
transfer to jeykn1 per ebobe4 - EBOBE4 - Sep 27, 2024 06:17:48 am
Date:September 27, 2024
Subject:Nursing Memorandum

Claim#: 1230051807
Claimant: David Fields

Clinical Assessment: EE is a 46 year old Truck Driver / heavy that w ent OOW on2/8/2023 w ith the Dx: I50.30 Congestive heart failure (CHF, a long-term condition w here the heart can't pump blood w ell enough to meet the body's needs) and ICD (implantable cardioverter-defibrillator (ICD) is a surgically implanted device that detects a life-threatening, rapid heartbeat and sends an electrical shock to the heart to change the rhythm back to normal) placement on 7/14/2023. Pertinent medical history includes heart disease, cardiomyopathy (describes heart muscle

that can't pump w ell because of damage from a lack of blood supply to the muscle), high BP, obesity. EE has been under the care of Dr Nilam Patel, MD (Cardiac Electrophysiology), Dr Mark J. Dalle-Ave, MD (Family Medicine), Dr Barry Michelson, MD (Cardiology), Dr Warren Stribling, MD (Cardiology - Heart Failure Specialist).

Prior NDC review w as performed on 9/12/2023. Please see review for details. Updated medical information review ed: Cardiac ultrasound dated 3/29/2024 show ed abnormal ejection fraction (rate at w hich the heart pumps blood w ith each beat) of 20% (normal range is 50% or higher), mild heart muscle enlargement, mildly elevated filling pressure, mild backflow through the upper heart, moderate to severe backflow through the mitral heart valve. Peer Review w as performed on 4/23/2024 by Dr David A Friedman MD (Cardiology) w ho opined ongoing R/Ls of no balancing, operating heavy machinery; Occasional driving, lifting, pulling, pulling up to 25lbs, bending, craw ling, stooping, kneeling, squatting, tw isting, crouching, using bilateral foot controls, reaching above the shoulder w ould be supported through 7/16/2024 w ith reassessment, at that time. OV on 4/25/2024 w ith Dr Warren Stribling, MD w ho indicates EE is on reasonable guideline directed medical treatment, has undergone cardiac resynchronization via ICD; advised to follow up in 1 year. OV on 5/23/2024 w ith Dr Nilam Patel, MD for 6 month follow up. AP interrogated the ICD and inspected the data. AP notes physical exam w ith regular heart rate, rhythm, no signs of infection at device site, no abnormalities noted on exam. No change in treatment plan. AP recommends follow up in 6 months. OV on 6/17/2024 w ith Dr Mark J. Dalle-Ave, MD.EE reports that saw Cardiology last month, w ho says that he is doing good, recommends continued monitoring, may do clip later, only if needed. AP notes unremarkable physical exam, recommends continue seeing Cardiology, no change in treatment plan, advised to follow up in 4-6 months. Heart monitor report dated 8/18/2024 indicates normal battery patterns, no significant change in physiologic parameters. APS dated 8/21/2024 from Dr Mark J. Dalle-Ave, MD indicates they do not do limitations and restrictions. NOV 11/18/2024. APS dated 9/17/2024 from Dr Barry Michelson, MD indicates due to ICD, EE is unable to obtain DOT commercial certificate. No specific R/Ls endorsed. ERTW: undetermined.

Based on the review of medical records for Dx: I50.30 Congestive heart failure and ICD placement on 7/14/2023, w ith consideration of EE's occupational demands, a peer review is needed to determine EE's current functional status and applicable R/Ls. EE w ith extensive clinical course significant for routine care w ith no change in treatment plan, no additional dx or imaging, and no escalation of care w ith ongoing R&Ls. Referral submitted.

Jessica K, BSN, RN, CCM
Nurse Disability Consultant, Lincoln Financial Group - JEYKN1 - Sep 27, 2024 02:00:19 pm
Referral Date: 9/27/2024

Claims Specialist Name: Charles Zimmer
Phone Number: 855-818-2883 x 7157
Email Address: Charles.Zimmer@lfg.com

Submitter's Name: Jessica Kneser
Phone Number: 770-763-5039
Email Address: Jessica.kneser@lfg.com

Referral Type: Standard File Review

Claimant Name (First/Last):David Fields
Claim Number:1230051807
· Include any additional claim #'s involved: STD: 1230012611, GR Life 1230070518
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant State of Residence: TN
Customer/Group Name: East TN Iron & Metal Works, Inc
Job Title: Truck Driver
Product Type: LTD

Diagnosis: Congestive heart failure s/p ICD
Date of Disability: 2/8/2023
Last Day Worked: 2/7/2024
Benefit Begin Date: 8/7/2023
Specialty Requested: Cardiology

Name and Specialty of prior external vendor review ers/ examiners:Dr David A Friedman MD (Cardiology)

Attorney Involvement: Yes or No: NA

Attorney Contact Information (If applicable):NA

Core Questions:

1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/1/2024 to current and onw ard, and comment on the expected duration.

4. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?

5. Are there any non-medical circumstances identified in the medical records (e.g. w orkplace conflicts-child or elder care issues, or legal issues) that may adversely impact w ork?

6. Please initiate AP contact w hen it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for w ork absence:

· Dr Nilam Patel, MD (Cardiac Electrophysiology) P: 865-392-3400
· Dr Barry Michelson, MD (Cardiology) P: 865-392-3400
· Dr Warren Stribling, MD (Cardiology - Heart Failure Specialist) P: 615-222-3078 or 615-396-5849

Other Questions:
1. Submitted on behalf of: Charles Zimmer
2. According to the clinical evidence in file, does the claimant have any impairment(s)? If so, list the impairment(s), describe their impact to the claimant's functional status and note the expected duration of the impairment.

3. Are the restrictions and limitations placed upon the claimant's w ork activities by his/her attending physician reasonable and consistent w ith the medical findings? Please explain.

4. Is there a likelihood this claimants functioning w ill improve significantly to allow function and performance of the main duties of his ow n occupation as of COD on 8/7/2025?

5. For ongoing case management, from a clinical standpoint, w hat additional information is needed and w hen should w e obtain it? - JEYKN1 - Sep 27, 2024 02:09:53 pm
Case submitted to CRT case #235640 for a peer review w ith an Cardiology physician. - JOOMO5 - Sep 30, 2024 04:04:26 pm
CRT / ICP is unable to process - asked that w e Vend this out File w as submitted to ECN #276877 for peer review w ith Cardiology physician - JOOMO5 - Oct 01, 2024 12:21:05 pm
Final report received back from ECN - sent to Disability Claims to be uploaded into AWD - JOOMO5 - Oct 08, 2024 02:48:53 pm

| | | | | | |
|---|---|---|---|---|---|
| 9/26/2024 5:15:19 PM | Documents/Mail<br>2024-09-25-16.56.32.143760O01 | 65 | Email | Received | CHRZI6 |
| 9/26/2024 5:15:20 PM | Documents/Mail<br>2024-09-26-18.14.29.241640O01 | 66 | Incoming Correspondence | Received | CHRZI6 |
| 9/27/2024 | Documents/Mail<br>2024-09-26-10.13.38.231760O01 | 70 | Email | Completed | CHRZI6 |
| 9/27/2024 | Documents/Mail<br>2024-09-25-16.56.32.143760O01 | 65 | Email | Completed | CHRZI6 |
| 9/27/2024 | Documents/Mail<br>2024-09-26-10.13.38.231760O01 | 67 | Email | Completed | CHRZI6 |
| 9/27/2024 | Documents/Mail<br>2024-09-27-10.24.23.327820O01 | 68 | Claim Form - EE, ER, APS | Completed | CHRZI6 |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/27/2024 | Documents/Mail<br>2024-09-27-10.35.28.825820O01 | 73 | Claim Form - EE, ER, APS | Completed | CHRZI6 |
| 9/27/2024 | Documents/Mail<br>2024-09-26-18.14.29.241640O01 | 66 | Incoming Correspondence | Completed | CHRZI6 |
| 9/27/2024 | Documents/Mail<br>2024-09-27-10.24.23.327820O01 | 71 | Claim Form - EE, ER, APS | Completed | CHRZI6 |
| 9/27/2024 | Documents/Mail<br>2024-09-27-10.25.05.722820O01 | 72 | Claim Form - EE, ER, APS | Completed | CHRZI6 |
| 9/27/2024 | Documents/Mail<br>2024-09-27-10.25.05.722820O01 | 69 | Claim Form - EE, ER, APS | Completed | CHRZI6 |
| 10/8/2024 | Referrals | 3 | Ongoing Claim Review | Completed | CHRZI6 |

Clinical Consultation - Review Referral Template
Demographics
Claimant Name: David Fields
Occupation: Truck Driver
Diagnosis: non-ischemic congestive cardiomyopathy, chronic systolic heart failure
DLW:2/7/23
DOD:2/8/23
COD:8/7/25
Current Age: 46
Date of last claimant Phone Call: 7/31/24
Current Provider
Dr. Barry Michelson / cardio / 9/11/24
Most Current APS/Abilities Form/Dr's Note
9/17/24 APS Dr Barry Michelson: Dx: non-ischemic congestive cardiomyopathy, chronic systolic heart failure. Comorbid: HTN, OSA, obesity. DOD 2/9/23. FOV 2/6/23. LOV 5/23/24. NOV 9/11/24. Surgery 2/17/23 and 7/14/23 for cardiac cath and bi-ventricular ICD/PM implant. Sx's: fatigue, SOB, sw elling. Objective: echo 3/29/24, last remote device monitor 8/18/24. Tx: guideline directed medical therapy, Bi-v implanted cardiac defibrillator w / PM. Providers: Dr. Warren Stribling, Dr. Nilam Patel. Meds: ASA, Entresto, Carvedilol, Farxiga, multivitamin, Spiranolactone. No R&Ls provided. CDL regulations forbid driver w / ICD.
Recent Medical Records Information (Date/Findings)
2/6/23 OV Dr. Michelson: c/o night sw eats, w t gain, exercise intolerance, SOB w hen w alking/lying dow n, CP on exertion, palpitations, lightheadedness on standing, cough, w heezing, sleep apnea (C-PAP), dyspepsia, GERD, sw elling in extremities, sleep disturbances, restless sleep, fatigue, cold hands/feet. Tx: Rx echo. labs, stress test, ABD US, f/up 2/27/23.

2/17/23 Cardiac catheterization

2/9/23 APS Dr. Nilam Patel: Dx non-ischemic cardiomyopathy, chronic systolic heart failure. c/o dyspnea, sw elling, HTN. Exam: left ventricular EF < 35% on maximum tolerable medical therapy, recent CRT-D implantation. FOV/DOD 2/6/23. NOV 9/8/23. R&Ls: avoid heavy lifting, chainsaw , w elding, no lift > 25 lbs. Tx: cont med optimization, cont therapy from bi-ventricular pacing from CRT-D. Tx is lifelong management.

2/20/23 echo: EF 10-15%.

3/8/23 OV Dr. Barry Michelson:

3/18/23 EKG.

5/2023: EF 20%, mod LAE, mild AI/TR, mild to moderate MR RVSP 40, LVIDd 6.56.

5/8/23 TTE: left ventricular size moderately dilated, left ventricular systolic function estimated at 20%, diastolic filing pattern Grade II consistent w / moderately elevated LV filling pressure, right ventricle systolic function mildly impaired, mild aortic regurgitation, left atrium mild to moderately enlarged, mild to moderate mitral regurgitation, mild tricuspid regurgitation, right ventricular systolic pressure mildly elevated.

6/8/23 OV Dr. Nilam Patel

6/15/23 Cardiac MRI

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

6/23/23 OV Dr. Barry Michelson: f/up 1st degree atrioventricular block, non-ischemic congestive cardiomyopathy, HX SARS/COVID. LOV 10 yrs ago. ABN stress test led to cardiac catheterization. A small circumflex arose anomalously from R coronary cusp. LV function WNL. No CP, exercise intolerance, dyspnea, orthopnea, dysrhythmias. Over past several w eeks c/o ABD distension, pedal edema, SOB w / activity. Went to ER in Rogersville. CXR suggested borderline cardiomegaly. MRI confirms severe dilated left ventricle w / severe left ventricular dysfunction. Tx: Rx Spironolactone, increase Carvedilol, cont life vest use until reassessment of LV function in 2 mos.

7/14/23: pacemaker w / ICD placed.

7/21/23 OV Sara Johnson, NP: f/up w ound check s/p CRT-D. c/o lightheadedness (w hen bending), fatigue. Wound w ell healed. Tx: f/up 10/12/23, f/up Dr. Michelson 9/8/23

8/1/23 OV Dr. Mark Dalle-Ave: 6-month f/up. HTN currently stable. Symptoms began s/p 3 COVID episodes 9/2022. Went to Dr. Michaelson (cardio). Echo 2/2023 noted 10% EF. Exam WNL. Compliant w / C-PAP d/t OSA. Tx: cont current meds (Lisinopril, ASA), f/up 2 mos, cont to see Dr. Barry Michelson.

09/08/2023 OV Dr. Michelson: f/up. c/o early issues w / diaphragmatic pacing but these have been reprogrammed. Exercise intolerance improved but not w here he w ants it to be. No significant problems w / edema. 10/12/23 OV Sara Johnson, NP: 3 mo f/up. Feeling better, fatigue and lightheadedness improving, palps on occasion, no syncope. c/o sleep apnea and easy bruising. Tx: f/up Rx Cephalexin, MRI pending at UT, cont Entresto, f/up Dr. Michelson 3/8/24, f/up Dr. Patel 6/3/24.

10/04/2023 OV Dr. Mark Dalle-Ave: 2 mo f/u HTN (stable), heart failure (stable), dilated cardiomyopathy (stable), Chronic HFrEF (stable), OSA (stable), presence of automatic implantable defibrillator (stable), obesity (unstable), BMI (unstable). c/o fatigue, dizziness moderate SOB w / exertion, fatigues easily w alking. Tx: f/up 3 mos for fasting labs, cont to see Dr. Michelson, w ork on low ering BMI, cont exercise, cont current meds, cont use of CPAP.

10/12/23 OV Dr. Warren Stribling: LOV 6 mos ago med changes w ere made. Feels better. Continues to have dizziness w / position changes and has some fatigue described as being "tired" occurring w / physical activity. No CP, dyspnea, sw elling, syncope, ICD shocks. Stable w t and most BPs in 90's. Exam: respiratory effort unlabored, no w heezing, rales or rhonchi. Normal gait. Has stage C HF w / improving NYHA class II symptoms. On reasonable GDMT that cannot be uptitrated d/t relative HTN. Tx: increase Farxiga, obtain labs from Dr. Michaelson, f/up 6 mos. On CPAP for obstructive sleep apnea.

10/17/23 OV Dr. Mark Dalle-Ave: feels better, continues to have dizziness w / position changes and some fatigue described as being "tired". No CP, dyspnea, sw elling, syncope, or ICD shocks. BP and w t log review ed w / stable w t and most BPS in 90s.

1/12/24 OV Dr. Mark Dalle-Ave:

3/13/24 OV Dr. Barry Michelson: c/o f/up nonischemic congestive cardiomyopathy, first degree atrioventricular block, obesity, left ventricular cardiac dysfunction. Not having symptoms of CP or exercise intolerance, dyspnea or orthopnea, no dysrhythmias identified. HTN w ell controlled. Able to do normal activities w /o limitation. Tx: Rx echo, f/up 9/11/24, f/up Dr. Patel 6/11/24.

3/29/24 TTE echo: EF est 20%, left ventricle moderately dilated w / normal w all thickness, diastolic filling pattern Grade II consistent w / moderately elevated LV filling pressure, severe global left ventricular systolic dysfunction, valve is trileaflet and normal in structure w /o evidence of stenosis. Mild aortic regurgitation, left atrium mild to moderately enlarged, moderate to severe mitral regurgitation, mod to severe mitral regurgitation.

4/23/24 Life Waiver Peer Dr. David Friedman (cardio): Dx unspecified diastolic (congestive) heart failure, chronic combined systolic & diastolic heart failure, essential HTN. Supported level of impairment translates into R&Ls from 2/7/23 to current and beyond of: total restriction from all w ork activities from 2/17/23 to 3/31/23 to allow for cardiac catheterization and recovery. 6/8 to 7/21/23 totally restricted for cardiac defibrillator implantation and recovery. From 4/1/23 to 6/7/23 and 7/22/23 ongw ard R&Ls include occasional lift/push/pull/carry up to 25 lbs, reach above shoulder, climb ladders, drive, climb stairs, bend, craw l, stoop, kneel, squat, tw ist, crouch, use lover extremities. Never balance operate heavy machinery. Rx re-eval 7/16/24.

4/25/24 OV Dr. Warren Stribling: Dx of NICM EF 10-15% and CSHG after presenting in 2/2024 w / w t gain, ABD sw elling, LE sw elling, dyspnea, reflux symptoms. Referred by Dr. Michaelson for med mgmt.. No LV recovery so CRT-D implanted 7/2023. LOV 5 mos ago. Feels w ell, denies CP, SOB, sw elling, dizziness or syncope. Active w orking on the farm w /o limitations. Has stage C HF w / improving NYHA class I-II symptoms. On reasonable GDMT and undergone CRT-D. recent labs unremarkable. cMRI is most consistent w / ischemic CM but he w as not found to have CAD on LHC. Being Treated w / GDMT and undergone CRT-D though am uncertain this w ill lead to much improvement as QRS duration not very long and he did not have LBBB. Exam w /o abnormalities. Tx: CPX btw n now and next year, f/up w / NP next year, cont w t loss/exercise, cont CPAP, f/up PRN.

5/23/24 OV Dr. Nilam Patel: 6 mo f/up. doing w ell, no issues since LOV, improved since device implant, aw aiting stress test at St. Thomas, being evaluated for possible mitral valve clip. f/up w / Sara Johnson, NP 11/23/24.

6/17/24 OV Dr. Mark Dalle-Ave: 4-6 mo f/up for HTN, chronic heart failure. HTN currently stable w /o CP, claudication, confusion, diaphoresis, dyspnea, epistaxis, fatigue, HA, hematuria, irregular heartbeat/palpitations, nausea, tinnitus, tremor, visual disturbances, vomiting. Chronic heart failure symptoms reported to be moderate. Patient states symptoms are chronic and stable. Does not w ant to do clip unless needed. States cardiology advises heart problem d/t COVID. Tx: f/up 4-6 mos, cont to see Dr. Stribling, w ork on low ering BMI, cont to monitor heart and HTN, cont current meds, CMP, cont seeing Dr. Stribling.

8/21/24 APS Dr. Mark Dalle-Ave (FP): Dx HTN, Chronic Heart Failure. DOD 2/8/23. LOV 6/17/24. NOV 11/18/24. Do not do R&Ls.
Assessment / Recommendation /Specific Questions (Provide CE assessment of medical status and any additional claim insight /recommendations or updates for NDC):
According to the clinical evidence in file, does the claimant have any impairment(s)? If so, list the impairment(s), describe their impact to the claimant's functional status and note the expected duration of the impairment.

Are the restrictions and limitations placed upon the claimant's w ork activities by his/her attending physician reasonable and consistent w ith the medical findings? Please explain.

Is there a likelihood this claimants functioning w ill improve significantly to allow function and performance of the main duties of his ow n occupation as of COD? - CHRZI6 - Sep 25, 2024 12:41:10 pm
transfer to jeykn1 per ebobe4 - EBOBE4 - Sep 27, 2024 06:17:48 am
Final report received back from ECN - sent to Disability Claims to be uploaded into AWD - JOOMO5 - Oct 08, 2024 02:48:53 pm
Date:September 27, 2024
Subject:Nursing Memorandum

Claim#: 1230051807
Claimant: David Fields

Clinical Assessment: EE is a 46 year old Truck Driver / heavy that w ent OOW on2/8/2023 w ith the Dx: I50.30 Congestive heart failure (CHF, a long-term condition w here the heart can't pump blood w ell enough to meet the body's needs) and ICD (implantable cardioverter-defibrillator (ICD) is a surgically implanted device that detects a life-threatening, rapid heartbeat and sends an electrical shock to the heart to change the rhythm back to normal) placement on 7/14/2023. Pertinent medical history includes heart disease, cardiomyopathy (describes heart muscle that can't pump w ell because of damage from a lack of blood supply to the muscle), high BP, obesity. EE has been under the care of Dr Nilam Patel, MD (Cardiac Electrophysiology), Dr Mark J. Dalle-Ave, MD (Family Medicine), Dr Barry Michelson, MD (Cardiology), Dr Warren Stribling, MD (Cardiology - Heart Failure Specialist).

Prior NDC review w as performed on 9/12/2023. Please see review for details. Updated medical information review ed: Cardiac ultrasound dated 3/29/2024 show ed abnormal ejection fraction (rate at w hich the heart pumps blood w ith each beat) of 20% (normal range is 50% or higher), mild heart muscle enlargement, mildly elevated filling pressure, mild backflow through the upper heart, moderate to severe backflow through the mitral heart valve. Peer Review w as performed on 4/23/2024 by Dr David A Friedman MD (Cardiology) w ho opined ongoing R/Ls of no balancing, operating heavy machinery; Occasional driving, lifting, pulling, pulling up to 25lbs, bending, craw ling, stooping, kneeling, squatting, tw isting, crouching, using bilateral foot controls, reaching above the shoulder w ould be supported through 7/16/2024 w ith reassessment, at that time. OV on 4/25/2024 w ith Dr Warren Stribling, MD w ho indicates EE is on reasonable guideline directed medical treatment, has undergone cardiac resynchronization via ICD; advised to follow up in 1 year. OV on 5/23/2024 w ith Dr Nilam Patel, MD for 6 month follow up. AP interrogated the ICD and inspected the data. AP notes physical exam w ith regular heart rate, rhythm, no signs of infection at device site, no abnormalities noted on exam. No change in treatment plan. AP recommends follow up in 6 months. OV on 6/17/2024 w ith Dr Mark J. Dalle-Ave, MD.EE reports that saw Cardiology last month, w ho says that

he is doing good, recommends continued monitoring, may do clip later, only if needed. AP notes unremarkable physical exam, recommends continue seeing Cardiology, no change in treatment plan, advised to follow up in 4-6 months. Heart monitor report dated 8/18/2024 indicates normal battery patterns, no significant change in physiologic parameters. APS dated 8/21/2024 from Dr Mark J. Dalle-Ave, MD indicates they do not do limitations and restrictions. NOV 11/18/2024. APS dated 9/17/2024 from Dr Barry Michelson, MD indicates due to ICD, EE is unable to obtain DOT commercial certificate. No specific R/Ls endorsed. ERTW: undetermined.

Based on the review of medical records for Dx: I50.30 Congestive heart failure and ICD placement on 7/14/2023, with consideration of EE's occupational demands, a peer review is needed to determine EE's current functional status and applicable R/Ls. EE with extensive clinical course significant for routine care with no change in treatment plan, no additional dx or imaging, and no escalation of care with ongoing R&Ls. Referral submitted.

Jessica K, BSN, RN, CCM
Nurse Disability Consultant, Lincoln Financial Group - JEYKN1 - Sep 27, 2024 02:00:19 pm
Referral Date: 9/27/2024

Claims Specialist Name: Charles Zimmer
Phone Number: 855-818-2883 x 7157
Email Address: Charles.Zimmer@lfg.com

Submitter's Name: Jessica Kneser
Phone Number: 770-763-5039
Email Address: Jessica.kneser@lfg.com

Referral Type: Standard File Review

Claimant Name (First/Last):David Fields
Claim Number:1230051807
· Include any additional claim #'s involved: STD: 1230012611, GR Life 1230070518
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant State of Residence: TN
Customer/Group Name: East TN Iron & Metal Works, Inc
Job Title: Truck Driver
Product Type: LTD

Diagnosis: Congestive heart failure s/p ICD
Date of Disability: 2/8/2023
Last Day Worked: 2/7/2024
Benefit Begin Date: 8/7/2023
Specialty Requested: Cardiology

Name and Specialty of prior external vendor reviewers/ examiners:Dr David A Friedman MD (Cardiology)

Attorney Involvement: Yes or No: NA
Attorney Contact Information (If applicable):NA

Core Questions:

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/1/2024 to current and onward, and comment on the expected duration.

4. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?

5. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or

elder care issues, or legal issues) that may adversely impact w ork?

6. Please initiate AP contact w hen it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for w ork absence:

· Dr Nilam Patel, MD (Cardiac Electrophysiology) P: 865-392-3400
· Dr Barry Michelson, MD (Cardiology) P: 865-392-3400
· Dr Warren Stribling, MD (Cardiology - Heart Failure Specialist) P: 615-222-3078 or 615-396-5849

Other Questions:
1. Submitted on behalf of: Charles Zimmer
2. According to the clinical evidence in file, does the claimant have any impairment(s)? If so, list the impairment(s), describe their impact to the claimant's functional status and note the expected duration of the impairment.

3. Are the restrictions and limitations placed upon the claimant's w ork activities by his/her attending physician reasonable and consistent w ith the medical findings? Please explain.

4. Is there a likelihood this claimants functioning w ill improve significantly to allow function and performance of the main duties of his ow n occupation as of COD on 8/7/2025?

5. For ongoing case management, from a clinical standpoint, w hat additional information is needed and w hen should w e obtain it? - JEYKN1 - Sep 27, 2024 02:09:53 pm
Case submitted to CRT case #235640 for a peer review w ith an Cardiology physician. - JOOMO5 - Sep 30, 2024 04:04:26 pm
CRT / ICP is unable to process - asked that w e Vend this out File w as submitted to ECN #276877 for peer review w ith Cardiology physician - JOOMO5 - Oct 01, 2024 12:21:05 pm

| | | | | | |
|---|---|---|---|---|---|
| 10/8/2024 | Documents/Mail | 74 | Email | Completed | CHRZI6 |
| | 2024-10-08-15.50.22.489840O01 | | | | |
| 10/8/2024 | Telephone (OUT) | 19 | East Tennessee Iron & Metal Works, Inc. | Completed | CHRZI6 |

Please verify if Mr. David Fields participates in an employer sponsored pension/retirement plan. If so, w hat type of plan; i.e. 401(k), 403(b), IRA, etc?

Thank you
- CHRZI6 - Oct 08, 2024 10:47:46 am

| | | | | | |
|---|---|---|---|---|---|
| 10/8/2024 3:24:02 PM | Documents/Mail | 75 | Medical Records | Received | CHRZI6 |
| | 2024-10-08-15.50.22.505840O01 | | | | |
| 10/8/2024 7:31:13 PM | Documents/Mail | 76 | Incoming Correspondence | Received | CHRZI6 |
| | 2024-10-08-20.31.11.769780O01 | | | | |
| 10/8/2024 7:31:17 PM | Documents/Mail | 77 | Incoming Correspondence | Received | CHRZI6 |
| | 2024-10-08-20.31.16.608800O01 | | | | |
| 10/10/2024 | Documents/Mail | 76 | Incoming Correspondence | Completed | CHRZI6 |
| | 2024-10-08-20.31.11.769780O01 | | | | |
| 10/10/2024 | Documents/Mail | 77 | Incoming Correspondence | Completed | CHRZI6 |
| | 2024-10-08-20.31.16.608800O01 | | | | |
| 10/14/2024 | Documents/Mail | 75 | Medical Records | Completed | CHRZI6 |
| | 2024-10-08-15.50.22.505840O01 | | | | |
| 10/16/2024 | Telephone (OUT) | 20 | East Tennessee Iron & Metal Works, Inc. | Completed | CHRZI6 |

3rd request. Please process to avoid any delays in payment to Mr. Fields.

Thank you

From: Zimmer, Charles
Sent: Monday, October 14, 2024 4:00 PM
To: Robin MacLellan <robin@easttniron.com>
Subject: FW: claim 12300051807

2nd request. Please address at your earliest convenience.

Thank you

From: Zimmer, Charles
Sent: Tuesday, October 8, 2024 10:48 AM
To: Robin MacLellan <robin@easttniron.com>
Subject: claim 12300051807

Please verify if Mr. David Fields participates in an employer sponsored pension/retirement plan. If so, w hat type of plan; i.e. 401(k), 403(b), IRA, etc?

Thank you

Charles Zimmer
Sr. Claims Examiner, LTD 2
LTD

LincolnFinancial.com
855 818 2883 x 7157 Office

- CHRZI6 - Oct 16, 2024 10:50:58 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/23/2024 9:24:20 AM | Claim Tasks | 19 | Begin AO Investigation | Requested | CHRZI6 |

PC to discuss COD, forms, obtain TMPs. - CHRZI6 - Nov 07, 2024 03:15:42 pm

CE attempted to place call out to EE in order to discuss AO investigation that applies to claim file. EE w as unavailable. CE left VM for callback. - ISRWI4 - Dec 02, 2024 03:55:33 pm

Per peer review , f/up 4/2025. Closing task to avoid duplicate tasks and to remove from claim diary. - CHRZI6 - Dec 13, 2024 03:50:13 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/30/2024 | Telephone (IN) | 21 | CINDY PITMAN | Completed | CHRZI6 |

CINDY PITMAN
CB# 865-392-3400
DAVID L FIELDS
DOB
SS#
GROUP ETIM
LTD Claim # 1230051807
LGFPORATL NO

MD Nurse calling she got a letter for a pier to pier consult and she has been calling the numbers on the letter and has LVM and no one is calling her back she w ould like the ce to contact her to let her know w ho she needs to speak w ith

PC to clmt. No ans. LVM. - CHRZI6 - Oct 30, 2024 11:45:58 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/31/2024 | Telephone (OUT) | 22 | East Tennessee Iron & Metal Works, Inc. | Completed | CHRZI6 |

The claimant's benefits have been approved since 08/07/2023. Benefits continue to be paid monthly. At present, there is nothing w e need from you or the claimant.

Thank you

Charles Zimmer

Sr. Claims Examiner, LTD 2
LTD
855 818 2883 x 7157 Office

From: Melinda Fields <melindafields1@gmail.com>
Sent: Thursday, October 31, 2024 5:02 AM
To: Zimmer, Charles <Charles.Zimmer@lfg.com>
Subject: Re: Lincoln Financial Group Information for Claim 1230051807 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***
Good morning Mr Zimmer. We haven't heard back from you. Is there anything you need from us and w hat is the status of this claim?

On Wed, Sep 25, 2024, 4:56 PM Melinda Fields <melindafields1@gmail.com> w rote:
Here you are. Thank you for your help.

On Wed, Sep 25, 2024, 1:30 PM Charles Zimmer <Charles.Zimmer@lfg.com> w rote:
This message w as sent securely using Zix®

E-communication from Lincoln Financial Group

Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

Charles Zimmer
Sr. Claims Examiner, LTD 2
The Lincoln National Life Insurance Company
8801 Indian Hills Dr
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 855-818-2883 x7157
Fax: 402 951-8544
Email: Charles.Zimmer@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, w hich is privileged, confidential, or subject to copyright belonging to the Lincoln National

Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to w hich it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlaw ful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you w ith services related to its products. For more information, please see our privacy policy. Thank You.**

This message w as secured by Zix&#174.
- CHRZI6 - Oct 31, 2024 09:47:30 am

| | | | | | |
|---|---|---|---|---|---|
| 11/4/2024 | Telephone (OUT) | 23 | DAVID L. FIELDS | Completed | CHRZI6 |

VM from Cindy from Dr. Michaelson's office at Tennova Heart. We have been trying to reach this doctor Akhondi or w hatever his name is that you have referred us to to do a peer to peer. The number that w e have for him is listed as not w orking. So w e need to get updated information and correct information from you all so that w e can complete this claim. This is for patient David Fields claim #1230051807. Ph # for CB 865 392 3401

PC to clinic. LMV advising assessment already made, no further discussion required at this time.
- CHRZI6 - Nov 04, 2024 01:20:59 pm

| | | | | | |
|---|---|---|---|---|---|
| 11/6/2024 | Telephone (OUT) | 24 | DAVID L. FIELDS | Completed | CHRZI6 |

VM from Cindy from Dr. Barry Michaelson's office at Tennova Heart. I w as calling in regards to claim # 1230051807. Calling to see w hat the outcome of the peer, w ell peer to peer w as no longer needed but w as calling to let Dr. Michaelson know , he w ants to know w hat the outcome of exam w as. So if you could please give us a call at 865 392 3415.

PC to Cindy. States clmt they are w anting to know about is David Fields. CE advised cannot reveal results of internal investigation. If Dr. Michaelson w ants to discuss the claim, he can contact the peer physician directly. CE provided name peer review er. Cindy stated they tried to find provider. Nobody know s w here he's located. CE provided correct name of peer physician and advised w ould seek information regarding contacting provider and call w ith info. Cindy thanked CE and call ended.
- CHRZI6 - Nov 06, 2024 03:07:16 pm

| | | | | | |
|---|---|---|---|---|---|
| 11/7/2024 | Documents/Mail | 78 | Begin Any Occ Investigation | Completed | CHRZI6 |
| | Begin Any Occ InvestigationAttachments:AbilitiesISSTMPAuth MedicalTraining-Education-Experience | | | | |
| 12/1/2024 8:02:09 AM | Documents/Mail | 79 | Email | Received | CHRZI6 |
| | 2024-11-27-10.09.46.721140O01<br><br>SS TEAM PROCESSED SSDI NOA LTR<br>FLIPPED TO LTD CE - LLJONES - Dec 03, 2024 09:48:22 am | | | | |
| 12/1/2024 8:02:11 AM | Documents/Mail | 80 | Incoming Correspondence | Received | CHRZI6 |
| | 2024-12-01-09.01.18.738240O01 | | | | |
| 12/1/2024 8:02:12 AM | Documents/Mail | 81 | Claim Form - Authorization | Received | CHRZI6 |
| | 2024-12-01-09.01.36.081240O01 | | | | |
| 12/1/2024 8:02:12 AM | Documents/Mail | 82 | Social Security Forms | Received | LLJONES |
| | 2024-12-01-09.01.54.351240O01 | | | | |
| 12/2/2024 | Telephone (OUT) | 25 | DAVID L. FIELDS | Completed | ISRWI4 |
| | CE attempted to place call out to EE in order to discuss AO investigation that applies to claim file. EE w as unavailable. CE left VM for callback. - ISRWI4 - Dec 02, 2024 03:55:58 pm | | | | |
| 12/3/2024 | Documents/Mail | 81 | Claim Form - Authorization | Completed | CHRZI6 |
| | 2024-12-01-09.01.36.081240O01 | | | | |
| 12/3/2024 | Documents/Mail | 80 | Incoming Correspondence | Completed | CHRZI6 |
| | 2024-12-01-09.01.18.738240O01 | | | | |
| 12/3/2024 | Documents/Mail | 82 | Social Security Forms | Completed | LLJONES |
| | 2024-12-01-09.01.54.351240O01 | | | | |
| 12/5/2024 | Documents/Mail | 79 | Email | Completed | CHRZI6 |
| | 2024-11-27-10.09.46.721140O01 | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | SS TEAM PROCESSED SSDI NOA LTR<br>FLIPPED TO LTD CE - LLJONES - Dec 03, 2024 09:48:22 am | | | | |
| 12/5/2024 | Documents/Mail<br>2024-12-05-10.15.13.894320O01 | 84 | Medical Records | Completed | CHRZI6 |
| 12/5/2024 | Documents/Mail<br>2024-12-03-09.50.38.359200O01 | 83 | Email | Completed | CHRZI6 |
| 12/7/2024 1:53:21 PM | Documents/Mail<br>2024-12-05-14.29.36.121200O01 | 85 | Email | Received | CHRZI6 |
| 12/7/2024 1:53:22 PM | Documents/Mail<br>2024-12-07-14.47.10.637460O01 | 86 | Incoming Correspondence | Received | CHRZI6 |
| 12/7/2024 1:53:24 PM | Documents/Mail<br>2024-12-07-14.47.39.735460O01 | 87 | Claim Form - Authorization | Received | CHRZI6 |
| 12/7/2024 1:53:24 PM | Documents/Mail<br>2024-12-07-14.48.19.334460O01 | 88 | Incoming Correspondence | Received | CHRZI6 |
| 12/7/2024 1:53:26 PM | Documents/Mail<br>2024-12-07-14.49.17.270460O01 | 89 | Incoming Correspondence | Received | CHRZI6 |
| 12/7/2024 1:53:27 PM | Documents/Mail<br>2024-12-07-14.50.08.967460O01 | 90 | Social Security Forms | Received | LLJONES |
| 12/7/2024 1:53:28 PM | Documents/Mail<br>2024-12-07-14.51.30.052460O01 | 91 | Social Security Forms | Received | LLJONES |
| 12/7/2024 1:53:29 PM | Documents/Mail<br>2024-12-07-14.52.28.798460O01 | 92 | Incoming Correspondence | Received | CHRZI6 |
| 12/10/2024 | Documents/Mail<br>2024-12-05-14.29.36.121200O01 | 85 | Email | Completed | CHRZI6 |
| 12/10/2024 | Documents/Mail<br>2024-12-07-14.47.10.637460O01 | 86 | Incoming Correspondence | Completed | CHRZI6 |
| 12/10/2024 | Documents/Mail<br>2024-12-07-14.49.17.270460O01 | 89 | Incoming Correspondence | Completed | CHRZI6 |
| 12/10/2024 | Documents/Mail<br>2024-12-07-14.47.39.735460O01 | 87 | Claim Form - Authorization | Completed | CHRZI6 |
| 12/10/2024 | Documents/Mail<br>2024-12-07-14.48.19.334460O01 | 88 | Incoming Correspondence | Completed | CHRZI6 |
| 12/10/2024 | Documents/Mail<br>2024-12-07-14.52.28.798460O01 | 92 | Incoming Correspondence | Completed | CHRZI6 |
| 12/11/2024 | Documents/Mail<br>2024-12-07-14.50.08.967460O01 | 90 | Social Security Forms | Completed | LLJONES |
| 12/11/2024 | Documents/Mail<br>2024-12-07-14.51.30.052460O01 | 91 | Social Security Forms | Completed | LLJONES |
| 12/13/2024 | Summary/Assessment/Pa | 3h | ONGOING SAP - CHRZI6 - Apr 29, 2024 11:34:47 am | Completed | CHRZI6 |

Summary Notes
ONGOING SAP - CHRZI6 - Apr 29, 2024 11:34:47 am
Assessment Notes

Path Notes
Summary:
ONGOING SAP: Claimant is a 47, YO, M, Truck Driver w ith a Heavy Occ (No JD on file). Their DLW w as 2/7/23 w ith a DOD of 2/8/23. Diagnosis is Diastolic CHF, Essential HTN. The current claim status is Approved.

Assessment:
2/6/23 OV Dr. Michelson: c/o night sw eats, w t gain, exercise intolerance, SOB w hen w alking/lying dow n, CP on exertion, palpitations, lightheadedness on standing, cough, w heezing, sleep apnea (C-PAP), dyspepsia, GERD,

sw elling in extremities, sleep disturbances, restless sleep, fatigue, cold hands/feet. Tx: Rx echo. labs, stress test, ABD US, f/up 2/27/23.

2/17/23 Cardiac catheterization

2/9/23 APS Dr. Nilam Patel: Dx non-ischemic cardiomyopathy, chronic systolic heart failure. c/o dyspnea, sw elling, HTN. Exam: left ventricular EF < 35% on maximum tolerable medical therapy, recent CRT-D implantation. FOV/DOD 2/6/23. NOV 9/8/23. R&Ls: avoid heavy lifting, chainsaw , w elding, no lift > 25 lbs. Tx: cont med optimization, cont therapy from bi-ventricular pacing from CRT-D. Tx is lifelong management.

3/8/23 OV Dr. Barry Michelson:

3/18/23 EKG.

5/2023: EF 20%.

5/8/23 TTE: left ventricular size moderately dilated, left ventricular systolic function estimated at 20%, diastolic filing pattern Grade II consistent w / moderately elevated LV filling pressure, right ventricle systolic function mildly impaired, mild aortic regurgitation, left atrium mild to moderately enlarged, mild to moderate mitral regurgitation, mild tricuspid regurgitation, right ventricular systolic pressure mildly elevated.

6/8/23 OV Dr. Nilam Patel

6/15/23 Cardiac MRI

6/23/23 OV Dr. Barry Michelson: f/up 1st degree atrioventricular block, non-ischemic congestive cardiomyopathy, HX SARS/COVID. LOV 10 yrs ago. ABN stress test led to cardiac catheterization. A small circumflex arose anomalously from R coronary cusp. LV function WNL. No CP, exercise intolerance, dyspnea, orthopnea, dysrhythmias. Over past several w eeks c/o ABD distension, pedal edema, SOB w / activity. Went to ER in Rogersville. CXR suggested borderline cardiomegaly. MRI confirms severe dilated left ventricle w / severe left ventricular dysfunction. Tx: Rx Spironolactone, increase Carvedilol, cont life vest use until reassessment of LV function in 2 mos.

7/14/23: pacemaker w / ICD placed.

7/21/23 OV Sara Johnson, NP: f/up w ound check s/p CRT-D. c/o lightheadedness (w hen bending), fatigue. Wound w ell healed. Tx: f/up 10/12/23, f/up Dr. Michelson 9/8/23

8/1/23 OV Dr. Mark Dalle-Ave: 6-month f/up. HTN currently stable. Symptoms began s/p 3 COVID episodes 9/2022. Went to Dr. Michaelson (cardio). Echo 2/2023 noted 10% EF. Exam WNL. Compliant w / C-PAP d/t OSA. Tx: cont current meds (Lisinopril, ASA), f/up 2 mos, cont to see Dr. Barry Michelson.

4/23/24 Life Waiver Peer Dr. David Friedman (cardio): Dx unspecified diastolic (congestive) heart failure, chronic combined systolic & diastolic heart failure, essential HTN. Supported level of impairment translates into R&Ls from 2/7/23 to current and beyond of: total restriction from all w ork activities from 2/17/23 to 3/31/23 to allow for cardiac catheterization and recovery. 6/8 to 7/21/23 totally restricted for cardiac defibrillator implantation and recovery. From 4/1/23 to 6/7/23 and 7/22/23 ongw ard R&Ls include occasional lift/push/pull/carry up to 25 lbs, reach above shoulder, climb ladders, drive, climb stairs, bend, craw l, stoop, kneel, squat, tw ist, crouch, use lover extremities. Never balance operate heavy machinery. Rx re-eval 7/16/24.

Path:
Claimant is currently TDOO. STP: obtain JD. PC/med update 7/2024. Eval for add'l med recs per peer review . LTP: possible STL/PDMU/VOC.
- CHRZI6 - Apr 29, 2024 11:34:47 am

UPDATED PATH
Clmt remains TDOO. STP: f/up auth. Obtain med recs from 8/1/23 to current. PC update for current Tx/RTW plans. LTP: possible STL/PDMU, RTW Voc assist.
- CHRZI6 - Jul 18, 2024 01:00:00 pm

UPDATED ASSESSMENT

PC to clmt states Dr. Dalle-Ave is PCP. Saw Dr. Dalle-Ave 11/2023 and approx. 3/2024, 6/17/24. LOV Dr. Michaelson 3/15/24. f/ups approx. every six months. NOV 9/11/24. At LOV no med change. Did EKG. BP runs low and said that's the w ay it's gonna be. Has tw o more cardiologists he sees too. Both are in same office as Dr. Michaelson. Dr. Patel did defibrillator and clmt sees him at Dr. Michaelson's office. Dr. Warrren Stribling from Nashville TN sees clmt in Dr. Michaelson's office. Needs to set f/up for 1/2025 for f/up w / Dr. Stribling for further testing. FOV w / Stribling April 13 2023. He scheduled clmt to have MRI in June 2023. Current tx: meds (Farxiga, Spironolactone, Carvedilol, Entresto, ASA). DC Lisinopril. No cardiac rehab at this time. Surveillance is part of treatment. Had echo done 3/29/24. s/p testing kept on same meds. BP bottoms out if tries to take more meds as providers recommend. Unable to RTW d/t lost CDL, gets real dizzy w hen bending over or sitting dow n. Get w eak doing steps or w alking long distances. Trouble sitting for long period d/t back pain and R leg numbness. Last echo show ing about 20-25% EF. Still using CPAP. LOV Dr. Patel last of May 2024 and f/ups are yearly. At LOV he stated scar healed w ell and checks battery life and checks if defibrillator has been activated to return heart to normal sinus rhythm.

UPDATED PATH
Clmt remains TDOO. STP: obtain med recs all providers at Tenova Heart. PC update six mos unless records Rx otherw ise. LTP: possible RTW but more likely STL/PDMU.
- CHRZI6 - Jul 31, 2024 02:26:30 pm

UPDATED ASSESSMENT

2/20/23 echo: EF 10-15%.

5/2023 echo: EF 20%, mod LAE, mild AI/TR, mild to moderate MR RVSP 40, LVIDd 6.56.

6/23/23 OV Dr. Michelson: f/up. There is a plan for implantation of subcutaneous ICD. MRI performed per Dr. Stribling confirms severe dilated left ventricle w / severe left ventricular dysfunction. Doing reasonably w ell clinically. Clmt feels much better than at his time of his Rx's. Can w alk unlimited distances on ground level. c/o some dyspnea w hen w alking uphill. No orthopnea.

7/14/23 insertion of biventricular implantable cardioverter defibrillator

09/08/2023 OV Dr. Michelson: f/up. c/o early issues w / diaphragmatic pacing but these have been reprogrammed. Exercise intolerance improved but not w here he w ants it to be. No significant problems w / edema. 10/12/23 OV Sara Johnson, NP: 3 mo f/up. Feeling better, fatigue and lightheadedness improving, palps on occasion, no syncope. c/o sleep apnea and easy bruising. Tx: f/up Rx Cephalexin, MRI pending at UT, cont Entresto, f/up Dr. Michelson 3/8/24, f/up Dr. Patel 6/3/24.

8/1/23 OV Dr. Mark Dalle-Ave: 6mo f/up HTN, heart failure. Started to have heart problems after 3 episodes of COVID. Last episode 9/2022 w / problems of SOB, no energy, a lot of w t gain. Echo done in 2/2023 found 10% EF.

10/04/2023 OV Dr. Mark Dalle-Ave: 2 mo f/u HTN (stable), heart failure (stable), dilated cardiomyopathy (stable), Chronic HFrEF (stable), OSA (stable), presence of automatic implantable defibrillator (stable), obesity (unstable), BMI (unstable). c/o fatigue, dizziness moderate SOB w / exertion, fatigues easily w alking. Tx: f/up 3 mos for fasting labs, cont to see Dr. Michelson, w ork on low ering BMI, cont exercise, cont current meds, cont use of CPAP.

10/17/23 OV Dr. Mark Dalle-Ave: feels better, continues to have dizziness w / position changes and some fatigue described as being "tired". No CP, dyspnea, sw elling, syncope, or ICD shocks. BP and w t log review ed w / stable w t and most BPS in 90s.

1/12/24 OV Dr. Mark Dalle-Ave:

3/29/2024 TTE: EF 20% mod to severe MR

3/13/24 OV Dr. Barry Michelson: c/o f/up nonischemic congestive cardiomyopathy, first degree atrioventricular block, obesity, left ventricular cardiac dysfunction. Not having symptoms of CP or exercise intolerance, dyspnea or orthopnea, no dysrhythmias identified. HTN w ell controlled. Able to do normal activities w /o limitation. Tx: Rx echo, f/up 9/11/24, f/up Dr. Patel 6/11/24.

4/25/24 OV Dr. Warren Stribling: Dx of NICM EF 10-15% and CSHG after presenting in 2/2024 w / w t gain, ABD

swelling, LE swelling, dyspnea, reflux symptoms. Referred by Dr. Michaelson for med mgmt.. No LV recovery so CRT-D implanted 7/2023. LOV 5 mos ago. Feels well, denies CP, SOB, swelling, dizziness or syncope. Active working on the farm w/o limitations. Has stage C HF w/ improving NYHA class I-II symptoms. On reasonable GDMT and undergone CRT-D. recent labs unremarkable. cMRI is most consistent w/ ischemic CM but he was not found to have CAD on LHC. Being Treated w/ GDMT and undergone CRT-D though am uncertain this will lead to much improvement as QRS duration not very long and he did not have LBBB. Exam w/o abnormalities. Tx: CPX btwn now and next year, f/up w/ NP next year, cont wt loss/exercise, cont CPAP, f/up PRN.

5/23/24 OV Dr. Nilam Patel: 6 mo f/up. doing well, no issues since LOV, improved since device implant, awaiting stress test at St. Thomas, being evaluated for possible mitral valve clip. f/up w/ Sara Johnson, NP 11/23/24.

6/17/24 OV Dr. Mark Dalle-Ave: 4-6 mo f/up for HTN, chronic heart failure. HTN currently stable w/o CP, claudication, confusion, diaphoresis, dyspnea, epistaxis, fatigue, HA, hematuria, irregular heartbeat/palpitations, nausea, tinnitus, tremor, visual disturbances, vomiting. Chronic heart failure symptoms reported to be moderate. Patient states symptoms are chronic and stable. Does not want to do clip unless needed. States cardiology advises heart problem d/t COVID. Tx: f/up 4-6 mos, cont to see Dr. Stribling, work on lowering BMI, cont to monitor heart and HTN, cont current meds, CMP, cont seeing Dr. Stribling.

UPDATED PATH
Clmt remains TDOO. STP: f/up APS Dr. Mark Dalle-Ave and Dr. Michelson. CR for support of R&Ls and eval of recovery prognosis. PC update 1/2025. LTP: possible RTW.
- CHRZI6 - Aug 22, 2024 10:14:50 am

UPDATED ASSESSMENT

8/21/24 APS Dr. Mark Dalle-Ave (FP): Dx HTN, Chronic Heart Failure. DOD 2/8/23. LOV 6/17/24. NOV 11/18/24. Do not do R&Ls.

UPDATED PATH
Clmt remains TDOO. STP: f/up APS Dr. Michelson. CR for support of R&Ls and eval of recovery prognosis. PC update 1/2025. LTP: possible RTW.
- CHRZI6 - Aug 26, 2024 12:20:31 pm

UPDATED ASSESSMENT

9/8/23 OV Dr. Barry Michelson: f/up for cardiac eval. LOV 10 yrs ago. ABN stress test led to cardiac catheterization. A small circumflex arose anomalously from right coronary cusp. LV function was normal. No symptoms of CP, or exercise intolerance dyspnea or orthopnea, dysrhythmias. Hx of HTN well controlled. Can do normal activities w/o limitation. Underwent implantation of ICD CRT device. Some issues w/ diaphragmatic pacing early on but these have been reprogrammed. Has occasional "hiccups". Exercise tolerance improved. BP is marginal for increasing meds. Will occasionally report transient lightheadedness if bending over and stands suddenly. Exam: obese, BTK edema bilat, trace bilat edema, ABD mildly distended soft w/o rebounding or guarding. Has global left ventricular dysfunction w/ EF of 10 to 15%. Rx changes to med regimen to include addition of Entresto and SGLT2 inhibitor and Carvedilol, DC ACE inhibitor for 36 hrs prior to initiating Entresto, monitor BPs at home, f/up 3/8/24.

10/12/23 OV Dr. Warren Stribling: LOV 6 mos ago med changes were made. Feels better. Continues to have dizziness w/ position changes and has some fatigue described as being "tired" occurring w/ physical activity. No CP, dyspnea, swelling, syncope, ICD shocks. Stable wt and most BPs in 90's. Exam: respiratory effort unlabored, no wheezing, rales or rhonchi. Normal gait. Has stage C HF w/ improving NYHA class II symptoms. On reasonable GDMT that cannot be uptitrated d/t relative HTN. Tx: increase Farxiga, obtain labs from Dr. Michaelson, f/up 6 mos. On CPAP for obstructive sleep apnea.

UPDATED PATH
Clmt remains TDOO. STP: Obtain APS Dr. Michelson. CR for support of R&Ls and eval recovery progress. PC update 1/2025. LTP: possible RTW.
- CHRZI6 - Sep 03, 2024 02:50:34 pm

UPDATED ASSESSMENT
3/29/24 TTE echo: EF est 20%, left ventricle moderately dilated w/ normal wall thickness, diastolic filling pattern Grade II consistent w/ moderately elevated LV filling pressure, severe global left ventricular systolic dysfunction, valve is trileaflet and normal in structure w/o evidence of stenosis. Mild aortic regurgitation, left atrium mild to

moderately enlarged, moderate to severe mitral regurgitation, mod to severe mitral regurgitation.

Heart Monitor event report 5/23/24 to 8/17/24

9/17/24 APS Dr Barry Michelson: Dx: non-ischemic congestive cardiomyopathy, chronic systolic heart failure. Comorbid: HTN, OSA, obesity. DOD 2/9/23. FOV 2/6/23. LOV 5/23/24. NOV 9/11/24. Surgery 2/17/23 and 7/14/23 for cardiac cath and bi-ventricular ICD/PM implant. Sx's: fatigue, SOB, sw elling. Objective: echo 3/29/24, last remote device monitor 8/18/24. Tx: guideline directed medical therapy, Bi-v implanted cardiac defibrillator w / PM. Providers: Dr. Warren Stribling, Dr. Nilam Patel. Meds: ASA, Entresto, Carvedilol, Farxiga, multivitamin, Spiranolactone. No R&Ls provided. CDL regulations forbid driver w / ICD.

Per APS, appears clmt unable to ever RTWOO d/t CDL regulations. Likely able to perform sedentary w ork.

UPDATED PATH
Clmt remains TDOO. STP: f/up TEE. CR to eval support of R&Ls and prognosis for recovery to COD. LTP: if TDAO, STL/PDMU/MBP.
- CHRZI6 - Sep 25, 2024 12:26:59 pm

UPDATED ASSESSMENT

10/4/24 Peer Dr. Andre Akhondi (cardio): Primary Dx's: CHF, dilated non-ischemic cardiomyopathy, s/p biventricular implantable cardioverter defibrillator. R&Ls from 8/1/24 to current and beyond. I opine that the claimant requires restrictions. Never: climb ladders, w ork at unprotected heights, operate heavy machinery, avoid diathermic procedures, kneel, crouch, craw l. Occasionally lift/carry/push/pull 20 lbs bilat, climb stairs, stoop, balance, reach overhead and below w aist. Frequently stand, w alk. d/t ICD: avoid close prolonged contact w / magnets or other magnetic fields, keep magnets at least six inches from w here device is implanted. Rx reassess 4/1/25.

R&Ls continue to support OOW d/t physical capacity.

UPDATED PATH
Clmt remains TDOO. STP: PC update 4/2025. Eval for add'l med recs/repeat CR or peer. LTP: RTW.
- CHRZI6 - Oct 14, 2024 04:08:03 pm

UPDATED ASSESSMENT

12/2/24 AF Dr. Barry Michelson: LOV 9/11/24. NOV 3/12/25. R&Ls: no climb, kneel, drive. Occasionally w alk, bend, reach above shoulder. Avoid extreme temperatures, hot or cold, cannot be around magnets, w elders, generators, no high responsibility activities, no high exposition.

TMPs: Dr Mark Dale Ave (FP), Dr. Nilam Patel (cardioelectrophysiology), Dr. Barry Michaelson (cardio), Dr. Warren Stribling (heart failure cardio).

ISS
RTW: never
Sx's: general w eakness, tired, dizzy, SOB
Cause: dilated cardiomyopathy, ICD done 7/2023
R&Ls: get dizzy and tired very fast, sometimes have heart palpitations and SOB
Activities: stay at home most days. TMP Dr. Barry Michaelson.

UPDATED PATH
Clmt remains TDOO. STP: PC update 3/2025. Obtain updated med recs Dr. Michaelson/Stribling, Dale Ave, Patel. CR/peer for COD. LTP: possible not TDAO/STL/MBP.
- CHRZI6 - Dec 05, 2024 01:44:23 pm

| | | | | | |
|---|---|---|---|---|---|
| 12/13/2024 | Documents/Mail | 93 | 2nd Request Letter | Completed | CHRZI6 |
| | 2nd Request LetterAttachments:LFG Auth.pdfAbilitiesISSTMPTraining-Education-Experience | | | | |
| 12/13/2024 | Claim Tasks | 20 | Update Claim Information | Completed | CHRZI6 |
| | f/up 2nd request letter - CHRZI6 - Dec 13, 2024 03:32:07 pm<br><br>forms already received - CHRZI6 - Dec 13, 2024 03:46:28 pm | | | | |



Lincoln/Fields 0137

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/13/2024 | Claim Tasks | 19 | Begin AO Investigation | Completed | CHRZI6 |

PC to discuss COD, forms, obtain TMPs. - CHRZI6 - Nov 07, 2024 03:15:42 pm

CE attempted to place call out to EE in order to discuss AO investigation that applies to claim file. EE was unavailable. CE left VM for callback. - ISRWI4 - Dec 02, 2024 03:55:33 pm

Per peer review, f/up 4/2025. Closing task to avoid duplicate tasks and to remove from claim diary. - CHRZI6 - Dec 13, 2024 03:50:13 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/13/2024 3:46:44 PM | Summary/Assessment/Pa | 4h | AO SAP - CHRZI6 - Dec 13, 2024 03:47:34 pm | Requested | CHRZI6 |

Summary Notes
AO SAP - CHRZI6 - Dec 13, 2024 03:47:34 pm
Assessment Notes

Path Notes
Summary:
AO SAP: Claimant is a 47 YO, M, Truck Driver with a Heavy Occ (JD on file). Their DLW was 2/7/23 with a DOD of 2/8/23. Diagnosis is Diastolic CHF, Essential HTN. The current claim status is Approved.

Assessment:
2/17/23 Cardiac catheterization

2/9/23 APS Dr. Nilam Patel: Dx non-ischemic cardiomyopathy, chronic systolic heart failure. c/o dyspnea, swelling, HTN. Exam: left ventricular EF < 35% on maximum tolerable medical therapy, recent CRT-D implantation. FOV/DOD 2/6/23. NOV 9/8/23. R&Ls: avoid heavy lifting, chainsaw, welding, no lift > 25 lbs. Tx: cont med optimization, cont therapy from bi-ventricular pacing from CRT-D. Tx is lifelong management.

2/20/23 echo: EF 10-15%

3/18/23 EKG.

5/2023: EF 20%.

5/8/23 TTE: left ventricular size moderately dilated, left ventricular systolic function estimated at 20%, diastolic filing pattern Grade II consistent w/ moderately elevated LV filling pressure, right ventricle systolic function mildly impaired, mild aortic regurgitation, left atrium mild to moderately enlarged, mild to moderate mitral regurgitation, mild tricuspid regurgitation, right ventricular systolic pressure mildly elevated.

6/15/23 Cardiac MRI

6/23/23 OV Dr. Barry Michelson: f/up 1st degree atrioventricular block, non-ischemic congestive cardiomyopathy, HX SARS/COVID. LOV 10 yrs ago. ABN stress test led to cardiac catheterization. A small circumflex arose anomalously from R coronary cusp. LV function WNL. No CP, exercise intolerance, dyspnea, orthopnea, dysrhythmias. Over past several weeks c/o ABD distension, pedal edema, SOB w/ activity. Went to ER in Rogersville. CXR suggested borderline cardiomegaly. MRI confirms severe dilated left ventricle w/ severe left ventricular dysfunction. Tx: Rx Spironolactone, increase Carvedilol, cont life vest use until reassessment of LV function in 2 mos.

7/14/23: insertion of biventricular implantable cardioverter defibrillator

9/8/23 OV Dr. Barry Michelson: f/up for cardiac eval. LOV 10 yrs ago. ABN stress test led to cardiac catheterization. A small circumflex arose anomalously from right coronary cusp. LV function was normal. No symptoms of CP, or exercise intolerance dyspnea or orthopnea, dysrhythmias. Hx of HTN well controlled. Can do normal activities w/o limitation. Underwent implantation of ICD CRT device. Some issues w/ diaphragmatic pacing early on but these have been reprogrammed. Has occasional "hiccups". Exercise tolerance improved. BP is marginal for increasing meds. Will occasionally report transient lightheadedness if bending over and stands suddenly. Exam: obese, BTK edema bilat, trace bilat edema, ABD mildly distended soft w/o rebounding or guarding. Has global left ventricular dysfunction w/ EF of 10 to 15%. Rx changes to med regimen to include addition of Entresto and SGLT2 inhibitor and Carvedilol, DC ACE inhibitor for 36 hrs prior to initiating Entresto, monitor BPs at home, f/up 3/8/24.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

10/04/2023 OV Dr. Mark Dalle-Ave: 2 mo f/u HTN (stable), heart failure (stable), dilated cardiomyopathy (stable), Chronic HFrEF (stable), OSA (stable), presence of automatic implantable defibrillator (stable), obesity (unstable), BMI (unstable). c/o fatigue, dizziness moderate SOB w / exertion, fatigues easily w alking. Tx: f/up 3 mos for fasting labs, cont to see Dr. Michelson, w ork on low ering BMI, cont exercise, cont current meds, cont use of CPAP.

3/29/2024 TTE: EF 20% mod to severe MR

4/23/24 Life Waiver Peer Dr. David Friedman (cardio): Dx unspecified diastolic (congestive) heart failure, chronic combined systolic & diastolic heart failure, essential HTN. Supported level of impairment translates into R&Ls from 2/7/23 to current and beyond of: total restriction from all w ork activities from 2/17/23 to 3/31/23 to allow for cardiac catheterization and recovery. 6/8 to 7/21/23 totally restricted for cardiac defibrillator implantation and recovery. From 4/1/23 to 6/7/23 and 7/22/23 ongw ard R&Ls include occasional lift/push/pull/carry up to 25 lbs, reach above shoulder, climb ladders, drive, climb stairs, bend, craw l, stoop, kneel, squat, tw ist, crouch, use lover extremities. Never balance operate heavy machinery. Rx re-eval 7/16/24.

4/25/24 OV Dr. Warren Stribling: Dx of NICM EF 10-15% and CSHG after presenting in 2/2024 w / w t gain, ABD sw elling, LE sw elling, dyspnea, reflux symptoms. Referred by Dr. Michaelson for med mgmt.. No LV recovery so CRT-D implanted 7/2023. LOV 5 mos ago. Feels w ell, denies CP, SOB, sw elling, dizziness or syncope. Active w orking on the farm w /o limitations. Has stage C HF w / improving NYHA class I-II symptoms. On reasonable GDMT and undergone CRT-D. recent labs unremarkable. cMRI is most consistent w / ischemic CM but he w as not found to have CAD on LHC. Being Treated w / GDMT and undergone CRT-D though am uncertain this w ill lead to much improvement as QRS duration not very long and he did not have LBBB. Exam w /o abnormalities. Tx: CPX btw n now and next year, f/up w / NP next year, cont w t loss/exercise, cont CPAP, f/up PRN.

8/21/24 APS Dr. Mark Dalle-Ave (FP): Dx HTN, Chronic Heart Failure. DOD 2/8/23. LOV 6/17/24. NOV 11/18/24. Do not do R&Ls.

9/17/24 APS Dr Barry Michelson: Dx: non-ischemic congestive cardiomyopathy, chronic systolic heart failure. Comorbid: HTN, OSA, obesity. DOD 2/9/23. FOV 2/6/23. LOV 5/23/24. NOV 9/11/24. Surgery 2/17/23 and 7/14/23 for cardiac cath and bi-ventricular ICD/PM implant. Sx's: fatigue, SOB, sw elling. Objective: echo 3/29/24, last remote device monitor 8/18/24. Tx: guideline directed medical therapy, Bi-v implanted cardiac defibrillator w / PM. Providers: Dr. Warren Stribling, Dr. Nilam Patel. Meds: ASA, Entresto, Carvedilol, Farxiga, multivitamin, Spiranolactone. No R&Ls provided. CDL regulations forbid driver w / ICD.

10/4/24 Peer Dr. Andre Akhondi (cardio): Primary Dx's: CHF, dilated non-ischemic cardiomyopathy, s/p biventricular implantable cardioverter defibrillator. R&Ls from 8/1/24 to current and beyond. I opine that the claimant requires restrictions. Never: climb ladders, w ork at unprotected heights, operate heavy machinery, avoid diathermic procedures, kneel, crouch, craw l. Occasionally lift/carry/push/pull 20 lbs bilat, climb stairs, stoop, balance, reach overhead and below w aist. Frequently stand, w alk. d/t ICD: avoid close prolonged contact w / magnets or other magnetic fields, keep magnets at least six inches from w here device is implanted. Rx reassess 4/1/25.

12/2/24 AF Dr. Barry Michelson: LOV 9/11/24. NOV 3/12/25. R&Ls: no climb, kneel, drive. Occasionally w alk, bend, reach above shoulder. Avoid extreme temperatures, hot or cold, cannot be around magnets, w elders, generators, no high responsibility activities, no high exposition.

TMPs: Dr Mark Dale Ave (FP), Dr. Nilam Patel (cardioelectrophysiology), Dr. Barry Michaelson (cardio), Dr. Warren Stribling (heart failure cardio).

ISS
RTW: never
Sx's: general w eakness, tired, dizzy, SOB
Cause: dilated cardiomyopathy, ICD done 7/2023
R&Ls: get dizzy and tired very fast, sometimes have heart palpitations and SOB
Activities: stay at home most days. TMP Dr. Barry Michaelson.

Path:
Claimant is currently TDOO. STP: Per Peer 4/15/25 PC update for current Tx, barriers to RTW, impaiarments, ADLs. Obtain updated med recs Dr. Michaelson, Stribling. CR/Peer for COD. LTP: unknow n pending COD decision. RTWOO unlikely. Possible not TDAO d/t gainful.
- CHRZI6 - Dec 13, 2024 03:47:34 pm

UPDATED ASSESSMENT

PC to clmt states LOV Dr. Michaelson and Stribling last month. NOV Stribling 5/8/25. NOV Michaelson 10/2025. At LOV w/ Stribling changed meds more. Stribling managing meds. NOV Dr. Patel 5/20/25. LOV w/ Dr. Patel was right around thanksgiving. He just adjusted the pacemaker and checked if for function. c/o sometimes still get winded, dizzy when bend over, have heart palpitations every once in a while lasting about 15 to 30 seconds. Clmt states stamina and strength are still about the same. Get winded easy going up stairs or walking long distances causes SOB. Can walk about five minutes before may experience SOB. NOV Dr. Patel 5/20/25. Main barriers to RTW are SOB, weakness, have pacemaker/defibrillator. No computer skills. Not trained for anything besides driving a truck. Not able to pass a DOT physical d/t pacemaker/defibrillator. That disqualifies clmt from getting CDLs.

UPDATED PATH
Clmt remains TDOO. STP: f/up med recs Dr. Michaelson and Stribling. CR/Peer for COD. LTP: possible not TDAO d/t gainful.
- CHRZI6 - Apr 29, 2025 01:51:03 pm

UPDATED ASSESSMENT

10/12/2023 OV Dr. Stribling: has CHF w/ improving NYHA class II symptoms. Is on reasonable GDMT that cannot be uptitrated d/t relative hypotension. Will try to increase Farxiga to 10mg QD and have advised adequate hydration to avoid volume depletion. Get recent labs from Dr. Michelson and f/up in 6 mos.

4/13/2023 OV Dr. Stribling: PMH significant for COVID19 Dx'd in 2022 and more recent Dx of NICM EF 10-15% along w/ CSHF after presenting in February with wt gain and ABD swelling, LE swelling, dyspnea and reflux symptoms. Referred by Dr. Michaelson for add'l med mgmt. Since then he has done much better. Has lost as much as 40 lbs and reports improvement in all of his symptoms. I able to walk regularly but is not specific about distance or duration. Has some positional dizziness and Entresto was recently reduced d/t hypotension. Denies syncope. Has CHF w/ improving NYHA class II symptoms. Is on reasonable GDMT that cannot be uptitrated d/t relative hypotension and is not requiring loop diuretics any longer. Tx? f/up 6 mos and Dr. Michaelson in interim.

4/25/24 OV Dr. Stribling: Has not had LV recovery so we referred for CRT-D which was implanted in July 2023. On last visit 6 mos ago, increased Farxiga. Since then coreg was increased by Dr. Michaelson. Echo in March. Denies CP, SOB, swelling, dizziness, or syncope. Has been actie working on the farm w/o limitations. Is on reasonable GDMT and has undergone CRT-D. Recent labs unremarkable. Tx: Rx CPX btwn now and next year, f/up w/ NP here in 1 year.

1/20/25: Cardiopulmonary Exercise Test St. Thomas West Hospital

3/27/2025 OV Dr. Stribling: on last visit, no med changes made. CPX shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE as advised but not pursued. Feels well. Denies CP, SOB, swelling, syncope. Has positional dizziness but this is short lived. Wt has been stable. Has been able to do things like yardwork and walking outdoors w/o problems. CPX is not suggestive of poor prognosis or need for advanced therapies. Tx: increase Entresto to max dose and f/up 1 mo for labs and bp check w/ NP.

4/2/25 TTE echo

5/8/2025 OV Dr. Stribling: 6wk f/up w/ TTE. Occasional palpitations. Can walk w/o issues on even ground, 2-3 flights of stairs, no orthopnea/PND (1 pillow), no edema. Felt dizzy for a few days after increase in sacubitril/valsartan w/ SBPs in 80s but that subsided. TTE w/ unchanged EF of 20%, grade 2 DD, mild MR. Increase carvedilol, cont spironolactone, dapagliflozin, f/up 3 mos.

UPDATED PATH
Clmt remains TDOO. STP: f/up med recs Dr. Michaelson. CR/Peer for COD. LTP: possible not TDAO d/t gainful.
- CHRZI6 - May 22, 2025 04:22:46 pm

Updated Assessment:
OV - Dustin McCoy, PA - 11/25/24 - 6 month f/u device check - doing well - very minimal occasional palpations, mainly noticeable coughing - device site looks healthy, no hematoma, induration, erythema
OV - Dr Barry Michelson - 3/12/25 - has been seen by Dr Stribling - had cardiopulmonary testing performed - not yet a candidate for transplant - has an appt to see Dr Stribling in late March - doing well - denies problems with chest pain or SOB orthopnea paroxysmal nocturnal dyspnea - best of clmts knowledge he has not had any ICD therapies -

he thinks he w alked 10-12 min n the protocol - my have been modified bruise from hos he w as describing it is 0% grade to begin w ith - BP remains a lii on the low side but he is not really symptomatic - no interval hospitalizations - Exam - BTK edema - abdomen mildly distended soft w no rebound or guarding - added medication and increased dose of carvedilol - reassess LV function probably 2 months

UPDATED PATH
Clmt remains TDOO. STP: sent for CR/possible Peer for COD. LTP: possible not TDAO d/t gainful. - DADMC7 - Jun 05, 2025 10:21:31 am

UPDATED ASSESSMENT

6/5/25 CR: Prior peer review on 10/4/24 by cardiology outlined R&Ls through 4/1/25. Based on the clinical evidence on the file, the medical information continues to support R&Ls as outlined in 10/4/24 peer review through COD 8/7/25 and beyond permanently given EE's heart failure w ith significantly reduced EF. As there has been no significant changes in EE's condition or treatment plans since prior peer review , R&Ls as previously outlined by the cardiology peer review continue to be appropriate. Due to the chronic nature of EE's heart condition, improvement is not expected in the future and R&Ls are supported permanently. R&Ls per 10/4/24 Peer include: Never: climb ladders, w ork at unprotected heights, operate heavy machinery, avoid diathermic procedures, kneel, crouch, craw l. Occasionally lift/carry/push/pull 20 lbs bilat, climb stairs, stoop, balance, reach overhead and below w aist. Frequently stand, w alk. d/t ICD: avoid close prolonged contact w / magnets or other magnetic fields, keep magnets at least six inches from w here device is implanted. R&Ls from Peer Dr. David Friedman (cardio) 4/23/24 include: occasional lift/push/pull/carry up to 25 lbs, reach above shoulder, climb ladders, drive, climb stairs, bend, craw l, stoop, kneel, squat, tw ist, crouch, use lover extremities. Never balance operate heavy machinery.

R&Ls per both peer review s and CR support inability to perform very heavy Occ.

UPDATED PATH
Clmt remains TDOO. STP: TSA for gainful sed occs. LTP: likely STL/PDMU.
- CHRZI6 - Jun 06, 2025 02:31:04 pm

UPDATED PATH
Clmt remains TDOO. STP: OA to establish physical capacity. TSA for gainful. LTP: likely STL/PDMU. - CHRZI6 - Jun 06, 2025 02:35:38 pm

UPDATED PATH
Clmt remains TDOO. STP: TSA to eval for gainful. LTP: likely STL/PDMU.
- CHRZI6 - Jun 11, 2025 09:10:42 am

UPDATED ASSESSMENT

6/13/25 TSA notes gainful sed occs identified.

UPDATED PATH
Clmt is TDOO to COD. STP: refer to mgmt. for not TDAO. LTP: none.
- CHRZI6 - Jun 13, 2025 02:54:15 pm

| | | | | | |
|---|---|---|---|---|---|
| 1/10/2025 10:26:16 AM | Documents/Mail | 94 | Email | Received | LLJONES |
| | 2025-01-09-09.26.51.931640O01 | | | | |
| 1/10/2025 10:26:17 AM | Documents/Mail | 95 | Social Security Forms | Received | LLJONES |
| | 2025-01-10-11.25.55.302680O01 | | | | |
| 1/14/2025 | Referrals | 1 | Vendor Results | Completed | LLJONES |

- SS VENDOR IBI - REFERRAL T-4
Social Security Vendor IBI has review ed this claim and indicated the claimant is not a good candidate for ssdi at this time Possible RTW ow n occupation.
Sending T4/Defer letter to clmt now .
Vendor w ill re-review claim: 11/27/2023
reset f/u for vendor update.
- LLJONES - Aug 08, 2023 01:15:46 pm

-SS VENDOR IBI- REFERRAL T-2 **

Social Security Vendor IBI has review ed this claim and indicated the claimant should be aw arded at the appeal level.
Follow up set to make intro call to clmt w ithin 3 business days.
- KEXWH7 - Nov 28, 2023 08:24:58 am

1st inital call to EE:
- confirmed has applied for SSDI
-Discussed SSDI Elig per ER policy
-Discussed vendor referral/ financial advantages and intro packet/forms
-checked email address
-EE declined w arm transfer
- Dept offset - n/a applicable
- adv SS Aw ard is offset/reduction to LFG benefit
mailed clmt ETA vendor ltr w /dpo form and SSDI adv form req pof. reset f/u for vendor ic file date/pof for ic from clmt.
- LLJONES - Dec 01, 2023 10:42:03 am

need pof
ibi closed no response
mailed clmt 30 day ltr reset f/u for pof. - LLJONES - Jan 03, 2024 01:48:03 pm

rec'd email from Pam Jenkins:
Pam Jenkins attached a document

Pam Jenkins (plj1969@gmail.com) has attached the follow ing document:
David Fields

Letter of Representation
Snapshot of the item below :
January 12, 2024
Re: David Fields

To w hom it may concern:
The above named individual has a disability claim pending w ith the Social Security Administration.
That claim is pending w ith the Department of Disability Determination at the state level.
I am currently representing this individual as a non attorney disability representative.
If I can be of further assistance, please contact me at your convenience.
Respectfully,
Pamela L. Jenkins
423.754.3849 Voice
423.272.6878 fax
---
emailed pam back:
Good morning, Pam,
Please provide our office w ith proof of filing for Mr. Fields stating the date the initial claim application w as filed by February 6, 2024.
Thank you.
Lori
----
f/u remains as set. - LLJONES - Jan 18, 2024 07:35:19 am

need pof for ic
left Pamela L. Jenkins - 423.754.3849 Voice- non atty rep clmt for ssdi adv need pof for ic by 2/22/2024 or est for NC w ill be placed again clmt ltd benefit. adv sending ltr also. left contact #
Pam Jenkins's email: plj1969@gmail.com - LLJONES - Feb 07, 2024 09:33:23 am
mailed clmt 60 day ltr and emailed Pam Jenkins copy of 60 day ltr reset f/u for pof. - LLJONES - Feb 07, 2024 09:41:40 am

rec'd ssdi noa from clmt spouse Melinda:

---
SS VENDOR: non vendor
DATE OF ENTITLEMENT 08/01/2023
BENEFIT AMOUNT IS $2330.00 AMOUNT. OFFSET IN SYSTEM
NO DEPENDENTS
PLEASE REFER TO AWD or DOC LIST FOR DETAILED AWARD INFORMATION. OP referral to FRS to calculate potential overpayment.
**emailed clmt spouse: Thank you for sending in your Social Security Disability Notice of Award letter. I have processed the notice of award letter. I am forwarding to the Financial Review Service Team to review for any overpayment and someone from that team will reach out to you over the next 7-10 business days to advise you of any overpayment and new LTD benefit.
Thank you.
---
closed ss referral.
- LLJONES - Feb 15, 2024 07:42:57 am

rec'd from clmt COLA 2025
ss team does not adjust for COLA closed ss referral no action needed. - LLJONES - Jan 14, 2025 09:09:47 am

| | | | | | |
|---|---|---|---|---|---|
| 1/14/2025 | Documents/Mail | 94 | Email | Completed | LLJONES |
| | 2025-01-09-09.26.51.931640O01 | | | | |
| 1/14/2025 | Documents/Mail | 95 | Social Security Forms | Completed | LLJONES |
| | 2025-01-10-11.25.55.302680O01 | | | | |
| 4/15/2025 | Claim Tasks | 18 | Update Claim Information | Completed | CHRZI6 |
| | f/up TEE - CHRZI6 - Sep 25, 2024 12:30:05 pm | | | | |
| 4/15/2025 2:47:50 PM | Claim Tasks | 21 | Update Claim Information | Requested | CHRZI6 |
| | PC update for current Tx, barriers to RTW, impairments, ADLs. - CHRZI6 - Apr 15, 2025 02:48:23 pm<br><br>see phone note/SAP - CHRZI6 - Apr 29, 2025 01:44:33 pm | | | | |
| 4/29/2025 | Claim Tasks | 21 | Update Claim Information | Completed | CHRZI6 |
| | PC update for current Tx, barriers to RTW, impairments, ADLs. - CHRZI6 - Apr 15, 2025 02:48:23 pm<br><br>see phone note/SAP - CHRZI6 - Apr 29, 2025 01:44:33 pm | | | | |
| 4/29/2025 | Telephone (OUT) | 26 | DAVID L. FIELDS | Completed | CHRZI6 |
| | PC to clmt states at Dr. Michaelson and stribling last month. NOV stribling 5/8/25. NOV Michaelson 10/2025. At LOV w/ S changed meds more. That's why f/up as increased some of his med and to have echo done. Sometimes still get winded, dizzy when bend over, have heart palpitations every once in a while lasting about 15 to 30 seconds. Asked how was stamina and strength. Clmt states still the same. Get winded easy going up stairs or walking long distances causes SOB. Can walk about five minutes before may experience SOB. NOV Dr. Patel 5/20/25. LOV w/ Dr. Patel was right around thanksgiving. He just adjusted the pacemaker and checked if for function. Main barriers to RTW are SOB, weakness, have pacemaker/defibrillator. No computer skills. Not trained for anything besides driving a truck. Not able to pass a DOT physical d/t pacemaker/defibrillator. That disqualifies clmt from getting CDLs. Advised will request med recs Dr. Michaelson and Stribling. CR/Peer for COD. Clmt expressed understanding and had no questions. - CHRZI6 - Apr 29, 2025 01:46:48 pm | | | | |
| 4/29/2025 1:52:21 PM | Medical | 7 | | Initial | CHRZI6 |
| | STAT CALL 865-392-3400, Opt 5 No one answered was on hold over 3 min.<br>- JOOMO5 - May 05, 2025 09:14:24 am<br><br>No STAT CALL Rcvd invoice 5/8/25 - KAHKR9 - May 09, 2025 12:16:53 pm<br><br>med recs rcvd. - CHRZI6 - Jun 04, 2025 01:57:51 pm | | | | |
| 4/29/2025 1:52:56 PM | Medical | 8 | | Initial | CHRZI6 |
| 4/29/2025 1:53:24 PM | Claim Tasks | 22 | Update Claim Information | Requested | CHRZI6 |
| | If MRR sent, send MRR f/up ltr - CHRZI6 - Apr 29, 2025 01:54:07 pm | | | | |
| 4/30/2025 | Documents/Mail | 97 | Med Rec Request | Completed | SYNPE2 |
| | Med Rec RequestAttachments:D FIELDS - LFG AUTH.pdf | | | | |



**Lincoln/Fields 0143**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 4/30/2025 | Documents/Mail | 96 | Med Rec Request | Completed | SYNPE2 |
| | Med Rec RequestAttachments:D FIELDS - LFG AUTH.pdf | | | | |
| 5/1/2025 | Documents/Mail | 98 | Med Rec Request Follow Up | Completed | CHRZI6 |
| | Med Rec Request Follow Up | | | | |
| 5/1/2025 | Claim Tasks | 22 | Update Claim Information | Completed | CHRZI6 |
| | If MRR sent, send MRR f/up ltr - CHRZI6 - Apr 29, 2025 01:54:07 pm | | | | |
| 5/1/2025 2:57:40 PM | Claim Tasks | 23 | Update Claim Information | Requested | CHRZI6 |
| | 30 days med recs - CHRZI6 - May 01, 2025 02:58:21 pm | | | | |
| 5/2/2025 | Telephone (OUT) | 27 | DAVID L. FIELDS | Completed | CHRZI6 |

The information received from the provider notes that Dr. Warren Stribling practices at the Graves Gilbert Clinic. We w ere advised that this facility w ould be able to provide medical records for Dr. Stribling. An internet search for Dr. Stribling also notes that he practices at this location. If this is no longer true, please provide updated information regarding the location at w hich Dr. Stribling practices.

Thank you

Chuck Zimmer
Senior Claims Examiner, Long Term Disability
Group Protection, Claim Solutions
Lincoln Financial Group
8801 Indian Hills Dr
Bldg 1, 3rd Flr
Omaha NE 68114

402-361-7157 Office
877-843-3950 Fax

LincolnFinancial.com
Follow us on:

Please visit our COVID-19 Guidance Hub by clicking on the link below

From: Melinda Fields <melindafields1@gmail.com>
Sent: Friday, May 2, 2025 4:17 AM
To: Zimmer, Charles <Charles.Zimmer@lfg.com>
Subject: Re: Lincoln Financial Group Information for Claim 1230051807 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***
Good morning Mr. Zimmer. I just w ant to let you know The Graves Gilbert Clinic are not physicians David uses. He sees Dr Mark DaleAve PCP, Dr Barry Michaelson Cardiologist, Dr Nilam Patel Cardio Electrophysiology, and Dr Warren Stribling Heart Failure Specialist.

When speaking w ith David you told him that you w ere going to reach out to Dr's Michaelson and Stribling. I don't know how The Graves clinic came up but they are not part of David's team of Dr's

We appreciate you and I hope this helps you gather the information you need.

Thank you and have a blessed day.

On Thu, May 1, 2025, 4:00 PM Charles Zimmer <Charles.Zimmer@lfg.com> w rote:
This message w as sent securely using Zix®

E-communication from Lincoln Financial Group

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

Charles Zimmer
Sr. Claims Examiner, LTD 2
The Lincoln National Life Insurance Company
8801 Indian Hills Dr
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 855-818-2883 x7157
Fax: 402 951-8544
Email: Charles.Zimmer@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by Zix&#174.
- CHRZI6 - May 02, 2025 08:34:12 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/2/2025 8:17:08 AM | Documents/Mail | 99 | Email | Received | CHRZI6 |
| | 2025-05-02-06.31.31.902680O01 | | | | |
| 5/2/2025 8:17:09 AM | Documents/Mail | 100 | Incoming Correspondence | Received | CHRZI6 |
| | 2025-05-02-06.31.31.914680O01 | | | | |
| 5/5/2025 9:00:25 AM | Medical | 9 | | Initial | CHRZI6 |

STAT Call: 615-396-5849 - VM- left message with request date, patient name, DOB and claim number to reference when calling back. - JAUDR4 - May 21, 2025 08:55:27 am

Call back: erica stated recieved on 5-6 and was sent. - JAUDR4 - May 21, 2025 10:44:52 am

med rec for OV 3/27/25 received - CHRZI6 - Jun 02, 2025 11:35:34 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/5/2025 9:01:15 AM | Claim Tasks | 24 | Update Claim Information | Requested | CHRZI6 |

if MRR sent, send MRR f/up ltr - CHRZI6 - May 05, 2025 09:01:48 am

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/6/2025 | Documents/Mail | 101 | Med Rec Request | Completed | VIYSH8 |
| | Med Rec RequestAttachments:D FIELDS - LFG AUTH.pdf | | | | |
| 5/6/2025 | Documents/Mail | 102 | Med Rec Request Follow Up | Completed | CHRZI6 |
| | Med Rec Request Follow Up | | | | |
| 5/6/2025 | Claim Tasks | 24 | Update Claim Information | Completed | CHRZI6 |
| | if MRR sent, send MRR f/up ltr - CHRZI6 - May 05, 2025 09:01:48 am | | | | |
| 5/6/2025 2:16:35 PM | Claim Tasks | 25 | Update Claim Information | Requested | CHRZI6 |
| | 30d for Stribling med recs - CHRZI6 - May 06, 2025 02:17:27 pm | | | | |
| 5/7/2025 | Documents/Mail | 99 | Email | Completed | CHRZI6 |
| | 2025-05-02-06.31.31.902680O01 | | | | |
| 5/7/2025 | Documents/Mail | 100 | Incoming Correspondence | Completed | CHRZI6 |
| | 2025-05-02-06.31.31.914680O01 | | | | |
| 5/7/2025 | Medical | 8 | | Closed | CHRZI6 |
| 5/8/2025 10:23:41 AM | Documents/Mail | 103 | Medical Record Invoice | Received | KAHKR9 |
| | 2025-05-08-07.57.18.853660O01<br><br>Rcvd DR BARRY MICHELSON Sharecare invoice 36520543 $40.49 pd online by CC - You paid $ 40.49 for Request ID or Invoice ID: 36520543 - KAHKR9 - May 09, 2025 12:16:09 pm | | | | |
| 5/9/2025 | Documents/Mail | 103 | Medical Record Invoice | Completed | KAHKR9 |
| | 2025-05-08-07.57.18.853660O01<br><br>Rcvd DR BARRY MICHELSON Sharecare invoice 36520543 $40.49 pd online by CC - You paid $ 40.49 for Request ID or Invoice ID: 36520543 - KAHKR9 - May 09, 2025 12:16:09 pm | | | | |
| 5/12/2025 3:37:04 PM | Documents/Mail | 104 | Email | Received | CHRZI6 |
| | 2025-05-12-11.57.06.302800O01 | | | | |
| 5/12/2025 3:37:05 PM | Documents/Mail | 105 | Medical Records | Received | CHRZI6 |
| | 2025-05-12-11.57.06.312800O01 | | | | |
| 5/13/2025 | Documents/Mail | 104 | Email | Completed | CHRZI6 |
| | 2025-05-12-11.57.06.302800O01 | | | | |
| 5/13/2025 12:36:52 PM | Documents/Mail | 106 | Email | Received | CHRZI6 |
| | 2025-05-12-18.07.44.979800O01 | | | | |
| 5/13/2025 12:36:53 PM | Documents/Mail | 107 | Medical Records | Received | CHRZI6 |
| | 2025-05-12-18.07.44.991800O01 | | | | |
| 5/19/2025 | Documents/Mail | 107 | Medical Records | Completed | CHRZI6 |
| | 2025-05-12-18.07.44.991800O01 | | | | |
| 5/19/2025 | Documents/Mail | 106 | Email | Completed | CHRZI6 |
| | 2025-05-12-18.07.44.979800O01 | | | | |
| 5/21/2025 10:57:27 AM | Documents/Mail | 108 | Email | Received | CHRZI6 |
| | 2025-05-21-09.45.02.606840O01 | | | | |
| 5/21/2025 10:57:28 AM | Documents/Mail | 109 | Medical Records | Received | CHRZI6 |
| | 2025-05-21-09.45.02.615840O01 | | | | |
| 5/21/2025 11:14:10 AM | Documents/Mail | 110 | Email | Received | CHRZI6 |
| | 2025-05-21-09.56.27.157840O01 | | | | |
| 5/21/2025 11:14:11 AM | Documents/Mail | 111 | Incoming Correspondence | Received | CHRZI6 |
| | 2025-05-21-09.56.27.165840O01 | | | | |
| 5/21/2025 11:14:11 AM | Documents/Mail | 112 | Medical Records | Received | CHRZI6 |
| | 2025-05-21-09.56.27.173840O01 | | | | |
| 5/21/2025 11:14:12 AM | Documents/Mail | 113 | Medical Records | Received | CHRZI6 |
| | 2025-05-21-09.56.27.182840O01 | | | | |
| 5/21/2025 11:14:12 AM | Documents/Mail | 114 | Medical Records | Received | CHRZI6 |
| | 2025-05-21-09.56.27.189840O01 | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/21/2025 11:14:13 AM | Documents/Mail<br>2025-05-21-09.56.27.200840O01 | 115 | Medical Records | Received | CHRZI6 |
| 5/21/2025 11:14:13 AM | Documents/Mail<br>2025-05-21-09.56.27.208840O01 | 116 | Medical Records | Received | CHRZI6 |
| 5/21/2025 11:14:14 AM | Documents/Mail<br>2025-05-21-09.56.27.217840O01 | 117 | Medical Records | Received | CHRZI6 |
| 5/21/2025 11:14:15 AM | Documents/Mail<br>2025-05-21-09.56.27.232840O01 | 119 | Medical Records | Received | CHRZI6 |
| 5/21/2025 11:14:15 AM | Documents/Mail<br>2025-05-21-09.56.27.224840O01 | 118 | Medical Records | Received | CHRZI6 |
| 5/21/2025 11:14:18 AM | Documents/Mail<br>2025-05-21-09.56.27.239840O01 | 120 | Incoming Correspondence | Received | CHRZI6 |
| 5/21/2025 11:36:29 AM | Documents/Mail<br>2025-05-21-10.31.27.754840O01 | 121 | Email | Received | CHRZI6 |
| 5/21/2025 11:36:32 AM | Documents/Mail<br>2025-05-21-10.31.27.763840O01 | 122 | Outgoing Correspondence | Received | CHRZI6 |
| 5/21/2025 11:36:41 AM | Documents/Mail<br>2025-05-21-10.31.27.772840O01 | 123 | Claim Form - Authorization | Received | CHRZI6 |
| 5/22/2025 | Documents/Mail<br>2025-05-21-09.56.27.200840O01 | 115 | Medical Records | Completed | CHRZI6 |
| 5/22/2025 | Documents/Mail<br>2025-05-21-09.56.27.232840O01 | 119 | Medical Records | Completed | CHRZI6 |
| 5/22/2025 | Documents/Mail<br>2025-05-21-09.56.27.165840O01 | 111 | Incoming Correspondence | Completed | CHRZI6 |
| 5/22/2025 | Documents/Mail<br>2025-05-21-09.56.27.217840O01 | 117 | Medical Records | Completed | CHRZI6 |
| 5/22/2025 | Documents/Mail<br>2025-05-21-09.56.27.173840O01 | 112 | Medical Records | Completed | CHRZI6 |
| 5/22/2025 | Documents/Mail<br>2025-05-21-09.56.27.182840O01 | 113 | Medical Records | Completed | CHRZI6 |
| 5/22/2025 | Documents/Mail<br>2025-05-21-09.56.27.189840O01 | 114 | Medical Records | Completed | CHRZI6 |
| 5/22/2025 | Documents/Mail<br>2025-05-21-10.31.27.772840O01 | 123 | Claim Form - Authorization | Completed | CHRZI6 |
| 5/22/2025 | Documents/Mail<br>2025-05-21-09.56.27.224840O01 | 118 | Medical Records | Completed | CHRZI6 |
| 5/22/2025 | Documents/Mail<br>2025-05-21-09.45.02.615840O01 | 109 | Medical Records | Completed | CHRZI6 |
| 5/22/2025 | Documents/Mail<br>2025-05-21-09.56.27.239840O01 | 120 | Incoming Correspondence | Completed | CHRZI6 |
| 5/22/2025 | Documents/Mail<br>2025-05-21-09.56.27.208840O01 | 116 | Medical Records | Completed | CHRZI6 |
| 5/22/2025 | Documents/Mail<br>2025-05-21-09.45.02.606840O01 | 108 | Email | Completed | CHRZI6 |
| 5/22/2025 | Documents/Mail<br>2025-05-21-09.56.27.157840O01 | 110 | Email | Completed | CHRZI6 |
| 5/28/2025 | Documents/Mail<br>2025-05-21-10.31.27.754840O01 | 121 | Email | Completed | CHRZI6 |
| 5/28/2025 | Documents/Mail<br>2025-05-21-10.31.27.763840O01 | 122 | Outgoing Correspondence | Completed | CHRZI6 |

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/2/2025 | Medical | 9 | | Closed | CHRZI6 |

STAT Call: 615-396-5849 - VM- left message w ith request date, patient name, DOB and claim number to reference w hen calling back. - JAUDR4 - May 21, 2025 08:55:27 am

Call back: erica stated recieved on 5-6 and w as sent. - JAUDR4 - May 21, 2025 10:44:52 am

med rec for OV 3/27/25 received - CHRZI6 - Jun 02, 2025 11:35:34 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/2/2025 | Claim Tasks | 25 | Update Claim Information | Completed | CHRZI6 |

30d for Stribling med recs - CHRZI6 - May 06, 2025 02:17:27 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/2/2025 11:31:50 AM | Claim Tasks | 26 | Call Employer | Requested | CHRZI6 |

confirm med insurance premium for month - CHRZI6 - Jun 02, 2025 11:32:29 am

email sent to ER.  f/up for response. - CHRZI6 - Jun 10, 2025 01:11:57 pm

2nd email sent - CHRZI6 - Jun 13, 2025 02:55:09 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/4/2025 | Medical | 7 | | Closed | CHRZI6 |

STAT CALL 865-392-3400, Opt 5 No one answ ered w as on hold over 3 min.
 - JOOMO5 - May 05, 2025 09:14:24 am

No STAT CALL Rcvd invoice 5/8/25 - KAHKR9 - May 09, 2025 12:16:53 pm

med recs rcvd. - CHRZI6 - Jun 04, 2025 01:57:51 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/4/2025 | Telephone (OUT) | 28 | DAVID L. FIELDS | Completed | CHRZI6 |

Yes.  We received the requested medical records from Dr. Michaelson.  No additional records are needed at this time.

Thank you

 Chuck Zimmer
Senior Claims Examiner, Long Term Disability
Group Protection, Claim Solutions
Lincoln Financial Group
8801 Indian Hills Dr
Bldg 1, 3rd Flr
Omaha NE 68114

402-361-7157 Office
877-843-3950 Fax

LincolnFinancial.com
Follow us on:

Please visit our COVID-19 Guidance Hub by clicking on the link below

From: Melinda Fields <melindafields1@gmail.com>
Sent: Tuesday, June 3, 2025 7:47 PM
To: Zimmer, Charles <Charles.Zimmer@lfg.com>
Subject: David Fields

***This email is from an external source. Only open links and attachments from a Trusted Sender.***
Good evening Mr. Zimmer. I just w anted to touch base w ith you and make sure you have received the medical records you needed for David's case. Can you please let me know if you need anything.  Thank you for everything.
 - CHRZI6 - Jun 04, 2025 01:59:04 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/5/2025 | Documents/Mail | 105 | Medical Records | Completed | CHRZI6 |

2025-05-12-11.57.06.312800O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/5/2025 | Claim Tasks | 23 | Update Claim Information | Completed | CHRZI6 |

30 days med recs - CHRZI6 - May 01, 2025 02:58:21 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/5/2025 10:24:14 AM | Referrals | 4 | Change of Definition | Initial | CHRZI6 |

Potential Peer - Clinical Consultation - Review Referral Template
Specific Medical Question(s):

**No restrictions provided from Abilities form - clmt did not get one completed - w ill possibly need peer review for restrictions on COD

Does the available medical evidence support the presence of physical restrictions/limitations from 4/1/2025 to 8/7/25 and beyond?

If no, please provide clinical rationale.

If yes, please specify the R/L's and the duration these R/L's w ould be present for based upon the medical evidence received.

Please include action plan and appropriate time frame for follow up. - DADMC7 - Jun 05, 2025 10:27:06 am
Date:June 5, 2025

Subject:Triage Assessment

Claim#: 1230051807
Claimant: David Fields

Clinical Assessment:
EE is a 47-year-old male truck driver of heavy job class w ho w ent out of w ork due to congestive heart failure (heart does not pump as effectively as it should) as of DOD 2/8/2023. EE is s/p ICD (surgically implanted device that detects a life-threatening heartbeat and sends an electrical shock to the heart to change the rhythm back to normal) placement on 7/14/23. Please see previous clinical and peer review s for complete details.

Prior peer review on 10/4/24 by cardiology outlined R&Ls through 4/1/25.

Updated medical records show EE continues to follow w ith cardiology providers w ithout any significant changes. EE is able to w alk on even ground w ithout issues, climb 2-3 flights of stairs, and has no edema (sw elling), chest pain, or shortness of breath. Most recent TTE (cardiac ultrasound) show s unchanged EF (ejection fraction, rate at w hich the heart pumps blood w ith each beat) of 20% (normal 50-70%). Providers continue to manage EE's condition w ith medication adjustments.

Based on the clinical evidence on the file, the medical information continues to support R&Ls as outlined in 10/4/24 peer review through COD 8/7/25 and beyond permanently given EE's heart failure w ith significantly reduced EF. As there has been no significant changes in EE's condition or treatment plans since prior peer review , R&Ls as previously outlined by the cardiology peer review continue to be appropriate. Due to the chronic nature of EE's heart condition, improvement is not expected in the future and R&Ls are supported permanently. NDC recommends CS f/u for medical updates every 1-2 years.

Martina L. RN, BSN
Nurse Disability Consultant, Lincoln Financial - MAGLE8 - Jun 05, 2025 07:37:18 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/6/2025 | Referrals | 4 | Change of Definition | Completed | CHRZI6 |

Potential Peer - Clinical Consultation - Review Referral Template
Specific Medical Question(s):

**No restrictions provided from Abilities form - clmt did not get one completed - w ill possibly need peer review for restrictions on COD

Does the available medical evidence support the presence of physical restrictions/limitations from 4/1/2025 to 8/7/25 and beyond?

If no, please provide clinical rationale.

If yes, please specify the R/L's and the duration these R/L's w ould be present for based upon the medical evidence received.

Please include action plan and appropriate time frame for follow up. - DADMC7 - Jun 05, 2025 10:27:06 am
Date:June 5, 2025

Subject:Triage Assessment

Claim#: 1230051807
Claimant: David Fields

Clinical Assessment:
EE is a 47-year-old male truck driver of heavy job class w ho w ent out of w ork due to congestive heart failure (heart does not pump as effectively as it should) as of DOD 2/8/2023. EE is s/p ICD (surgically implanted device that detects a life-threatening heartbeat and sends an electrical shock to the heart to change the rhythm back to normal) placement on 7/14/23. Please see previous clinical and peer review s for complete details.

Prior peer review on 10/4/24 by cardiology outlined R&Ls through 4/1/25.

Updated medical records show EE continues to follow w ith cardiology providers w ithout any significant changes. EE is able to w alk on even ground w ithout issues, climb 2-3 flights of stairs, and has no edema (sw elling), chest pain, or shortness of breath. Most recent TTE (cardiac ultrasound) show s unchanged EF (ejection fraction, rate at w hich the heart pumps blood w ith each beat) of 20% (normal 50-70%). Providers continue to manage EE's condition w ith medication adjustments.

Based on the clinical evidence on the file, the medical information continues to support R&Ls as outlined in 10/4/24 peer review through COD 8/7/25 and beyond permanently given EE's heart failure w ith significantly reduced EF. As there has been no significant changes in EE's condition or treatment plans since prior peer review , R&Ls as previously outlined by the cardiology peer review continue to be appropriate. Due to the chronic nature of EE's heart condition, improvement is not expected in the future and R&Ls are supported permanently. NDC recommends CS f/u for medical updates every 1-2 years.

Martina L. RN, BSN
Nurse Disability Consultant, Lincoln Financial - MAGLE8 - Jun 05, 2025 07:37:18 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/6/2025 2:34:18 PM | Referrals | 5 | Occ Analysis | Initial | CHRZI6 |

OA

Claimant Name:David Fields
Claim Number:1230051807
Job Description:Driver
Additional Occupational Info: JD/AWD/5/1/24
Dates are required for form locations and phone calls:
Please evaluate for physical capacity and appropriate DOT #. Thank you
- CHRZI6 - Jun 06, 2025 02:34:46 pm

Vocational Response

SUMMARY:
The occupation of Truck Driver, Heavy is performed at the Medium physical demand level. Based on the standard vocational resources outlined above, coupled w ith my vocational expertise, part-time opportunity does exist in this occupation. Resources utilized included: (DOT: 905.663-014; O*NET: 53-3032.00; ERI: 905.663-014).

I have not met w ith the Insured for the purpose of this review . All opinions are based on a review of resources

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance w ith this file.

Respectfully submitted,

Electronically Signed,
Candra B., MS, LPC, CRC
License Professional Counselor
Certified Rehabilitation Counselor
Vocational Rehabilitation Consultant
Group Protection
Lincoln Financial Group
- CAFTH9 - Jun 10, 2025 05:23:57 pm

| 6/10/2025 | Telephone (OUT) | 29 | East Tennessee Iron & Metal Works, Inc. | Completed | CHRZI6 |
|---|---|---|---|---|---|

Please verify the medical premium amount paid by Mr. David Fields for June.

Thank you
- CHRZI6 - Jun 10, 2025 01:11:18 pm

| 6/11/2025 | Referrals | 6 | TSA | Completed | VOC |
|---|---|---|---|---|---|

Vocational Referral Template-TSA-TSR
Demographics
Claimant Name: David Fields
Current Age: 47
Diagnosis: Diastolic CHF, Essential HTN
COD: 8/7/25
Benefit Amount:$3,207.89
Gainful Amount: $3,207.89
Medical Information
6/5/25 CR: Prior peer review on 10/4/24 by cardiology outlined R&Ls through 4/1/25. Based on the clinical evidence on the file, the medical information continues to support R&Ls as outlined in 10/4/24 peer review through COD 8/7/25 and beyond permanently given EE's heart failure w ith significantly reduced EF. As there has been no significant changes in EE's condition or treatment plans since prior peer review , R&Ls as previously outlined by the cardiology peer review continue to be appropriate. Due to the chronic nature of EE's heart condition, improvement is not expected in the future and R&Ls are supported permanently. R&Ls per 10/4/24 Peer include: Never: climb ladders, w ork at unprotected heights, operate heavy machinery, avoid diathermic procedures, kneel, crouch, craw l. Occasionally lift/carry/push/pull 20 lbs bilat, climb stairs, stoop, balance, reach overhead and below w aist. Frequently stand, w alk. d/t ICD: avoid close prolonged contact w / magnets or other magnetic fields, keep magnets at least six inches from w here device is implanted. R&Ls from Peer Dr. David Friedman (cardio) 4/23/24 include: occasional lift/push/pull/carry up to 25 lbs, reach above shoulder, climb ladders, drive, climb stairs, bend, craw l, stoop, kneel, squat, tw ist, crouch, use lover extremities. Never balance operate heavy machinery.
Ow n Occupation
Job Title from ER: Driver
Previous OA completed? Yes / 6/10/25
Job Description on file? Yes / AWD / 5/1/24
Job Analysis on file? No
Work History and Educational Information:
TEE / AWD / 10/10/24
Specific Question(s) for Review er
Please complete TSA to eval for gainful sed occs. Thank you
- CHRZI6 - Jun 11, 2025 09:06:55 am

review already performed - CHRZI6 - Jun 11, 2025 09:08:20 am

| 6/11/2025 | Referrals | 5 | Occ Analysis | Completed | CHRZI6 |
|---|---|---|---|---|---|

OA

Claimant Name:David Fields
Claim Number:1230051807
Job Description:Driver
Additional Occupational Info: JD/AWD/5/1/24

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Dates are required for form locations and phone calls:
Please evaluate for physical capacity and appropriate DOT #. Thank you
- CHRZI6 - Jun 06, 2025 02:34:46 pm

Vocational Response

SUMMARY:
The occupation of Truck Driver, Heavy is performed at the Medium physical demand level. Based on the standard vocational resources outlined above, coupled with my vocational expertise, part-time opportunity does exist in this occupation. Resources utilized included: (DOT: 905.663-014; O*NET: 53-3032.00; ERI: 905.663-014).

I have not met with the Insured for the purpose of this review. All opinions are based on a review of resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

Electronically Signed,
Candra B., MS, LPC, CRC
License Professional Counselor
Certified Rehabilitation Counselor
Vocational Rehabilitation Consultant
Group Protection
Lincoln Financial Group
- CAFTH9 - Jun 10, 2025 05:23:57 pm

| 6/11/2025 9:09:39 AM | Referrals | 7 | TSA | Initial | CHRZI6 |
|---|---|---|---|---|---|

Vocational Referral Template-TSA-TSR
Demographics
Claimant Name: David Fields
Current Age: 47
Diagnosis: Diastolic CHF, Essential HTN
COD: 8/7/25
Benefit Amount:$3,207.89
Gainful Amount: $3,207.89
Medical Information
6/5/25 CR: Prior peer review on 10/4/24 by cardiology outlined R&Ls through 4/1/25. Based on the clinical evidence on the file, the medical information continues to support R&Ls as outlined in 10/4/24 peer review through COD 8/7/25 and beyond permanently given EE's heart failure with significantly reduced EF. As there has been no significant changes in EE's condition or treatment plans since prior peer review, R&Ls as previously outlined by the cardiology peer review continue to be appropriate. Due to the chronic nature of EE's heart condition, improvement is not expected in the future and R&Ls are supported permanently. R&Ls per 10/4/24 Peer include: Never: climb ladders, work at unprotected heights, operate heavy machinery, avoid diathermic procedures, kneel, crouch, crawl. Occasionally lift/carry/push/pull 20 lbs bilat, climb stairs, stoop, balance, reach overhead and below waist. Frequently stand, walk. d/t ICD: avoid close prolonged contact w/ magnets or other magnetic fields, keep magnets at least six inches from where device is implanted. R&Ls from Peer Dr. David Friedman (cardio) 4/23/24 include: occasional lift/push/pull/carry up to 25 lbs, reach above shoulder, climb ladders, drive, climb stairs, bend, crawl, stoop, kneel, squat, twist, crouch, use lover extremities. Never balance operate heavy machinery.
Own Occupation
Job Title from ER: Driver
Previous OA completed? Yes / 6/10/25
Job Description on file? Yes / AWD / 5/1/24
Job Analysis on file? No
Work History and Educational Information:
TEE / AWD / 10/10/24
Specific Question(s) for Reviewer
Please complete TSA to eval for gainful sed occs. Thank you - CHRZI6 - Jun 11, 2025 09:09:59 am

Vocational Response

Summary:

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

The Transferable Skills Analysis identified occupations that are w ithin the physical abilities and identified skills level.

Examples of Occupations identified based on national economy labor market and claimant's ability profile analysis:
DOT CodeOccupationStrengthMonthly Wage
209.667-014Order CallerLight$3,373
*Wage Information is based on median 2023 Bureau of Labor Statistical Data
** Claimant ow n Occupation Identified

I have not met w ith the insured for the purpose of this review . All opinions are based on review of vocational information, medical records and resources noted.

___________________________________________
Respectfully submitted,
Electronically Signed
Candra B., MS, LPC, CRC
Vocational Rehabilitation Counselor
- CAFTH9 - Jun 13, 2025 02:21:21 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/11/2025 1:53:54 PM | Documents/Mail | 124 | Email | Received | CHRZI6 |
| | 2025-06-10-18.24.09.013060O01 | | | | |
| 6/11/2025 1:53:55 PM | Documents/Mail | 125 | Voc Rehab Forms | Received | CHRZI6 |
| | 2025-06-10-18.24.09.022060O01 | | | | |
| 6/12/2025 | Documents/Mail | 125 | Voc Rehab Forms | Completed | CHRZI6 |
| | 2025-06-10-18.24.09.022060O01 | | | | |
| 6/12/2025 | Documents/Mail | 124 | Email | Completed | CHRZI6 |
| | 2025-06-10-18.24.09.013060O01 | | | | |
| 6/13/2025 | Referrals | 7 | TSA | Completed | CHRZI6 |

Vocational Referral Template-TSA-TSR
Demographics
Claimant Name: David Fields
Current Age: 47
Diagnosis: Diastolic CHF, Essential HTN
COD: 8/7/25
Benefit Amount:$3,207.89
Gainful Amount: $3,207.89
Medical Information
6/5/25 CR: Prior peer review on 10/4/24 by cardiology outlined R&Ls through 4/1/25. Based on the clinical evidence on the file, the medical information continues to support R&Ls as outlined in 10/4/24 peer review through COD 8/7/25 and beyond permanently given EE's heart failure w ith significantly reduced EF. As there has been no significant changes in EE's condition or treatment plans since prior peer review , R&Ls as previously outlined by the cardiology peer review continue to be appropriate. Due to the chronic nature of EE's heart condition, improvement is not expected in the future and R&Ls are supported permanently. R&Ls per 10/4/24 Peer include: Never: climb ladders, w ork at unprotected heights, operate heavy machinery, avoid diathermic procedures, kneel, crouch, craw l. Occasionally lift/carry/push/pull 20 lbs bilat, climb stairs, stoop, balance, reach overhead and below w aist. Frequently stand, w alk. d/t ICD: avoid close prolonged contact w / magnets or other magnetic fields, keep magnets at least six inches from w here device is implanted. R&Ls from Peer Dr. David Friedman (cardio) 4/23/24 include: occasional lift/push/pull/carry up to 25 lbs, reach above shoulder, climb ladders, drive, climb stairs, bend, craw l, stoop, kneel, squat, tw ist, crouch, use lover extremities. Never balance operate heavy machinery.
Ow n Occupation
Job Title from ER: Driver
Previous OA completed? Yes / 6/10/25
Job Description on file? Yes / AWD / 5/1/24
Job Analysis on file? No
Work History and Educational Information:
TEE / AWD / 10/10/24
Specific Question(s) for Review er
Please complete TSA to eval for gainful sed occs. Thank you - CHRZI6 - Jun 11, 2025 09:09:59 am

Vocational Response

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Summary:
The Transferable Skills Analysis identified occupations that are w ithin the physical abilities and identified skills level.

Examples of Occupations identified based on national economy labor market and claimant's ability profile analysis:
DOT CodeOccupationStrengthMonthly Wage
209.667-014Order CallerLight$3,373
*Wage Information is based on median 2023 Bureau of Labor Statistical Data
** Claimant ow n Occupation Identified

I have not met w ith the insured for the purpose of this review . All opinions are based on review of vocational information, medical records and resources noted.

__________________________________________

Respectfully submitted,
Electronically Signed
Candra B., MS, LPC, CRC
Vocational Rehabilitation Counselor
- CAFTH9 - Jun 13, 2025 02:21:21 pm

| 6/13/2025 | Telephone (OUT) | 30 | DAVID L. FIELDS | Completed | CHRZI6 |
|---|---|---|---|---|---|

We have received medical records from all providers requested to send information.

Thank you

Chuck Zimmer
Senior Claims Examiner, Long Term Disability
Group Protection, Claim Solutions
Lincoln Financial Group
8801 Indian Hills Dr
Bldg 1, 3rd Flr
Omaha NE 68114

402-361-7157 Office
877-843-3950 Fax

LincolnFinancial.com
Follow us on:

Please visit our COVID-19 Guidance Hub by clicking on the link below

From: Melinda Fields <melindafields1@gmail.com>
Sent: Friday, May 30, 2025 6:12 PM
To: Zimmer, Charles <Charles.Zimmer@lfg.com>
Subject: David Fields

***This email is from an external source. Only open links and attachments from a Trusted Sender.***
Good evening Mr Zimmer. We just w anted to touch base w ith you and make sure all of the Dr's have turned in the medical records that you need. I appreciate your time. Thank you.
- CHRZI6 - Jun 13, 2025 12:35:24 pm

| | | | | | |
|---|---|---|---|---|---|
| 6/13/2025 2:42:44 PM | Documents/Mail | 126 | Email | Received | CHRZI6 |
| | 2025-06-13-15.21.02.562040O01 | | | | |
| 6/13/2025 2:42:45 PM | Documents/Mail | 127 | Voc Rehab Forms | Received | CHRZI6 |
| | 2025-06-13-15.21.02.570040O01 | | | | |
| 6/14/2025 | Documents/Mail | 127 | Voc Rehab Forms | Completed | CHRZI6 |
| | 2025-06-13-15.21.02.570040O01 | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/14/2025 | Documents/Mail | 126 | Email | Completed | CHRZI6 |
| | 2025-06-13-15.21.02.562040O01 | | | | |
| 6/14/2025 10:55:25 AM | Referrals | 8 | Management Review | Initial | CHRZI6 |

Please review for not TDAO.

47 YO, M, Truck Driver with a Heavy Occ (OA on file). Their DLW was 2/7/23 with a DOD of 2/8/23. The BCD is 8/7/23 with a COD of 8/7/25. Diagnosis is Diastolic CHF, Essential HTN.

2/17/23 Cardiac catheterization

2/9/23 APS Dr. Nilam Patel: Dx non-ischemic cardiomyopathy, chronic systolic heart failure. c/o dyspnea, swelling, HTN. Exam: left ventricular EF < 35% on maximum tolerable medical therapy, recent CRT-D implantation. FOV/DOD 2/6/23. NOV 9/8/23. R&Ls: avoid heavy lifting, chainsaw, welding, no lift > 25 lbs. Tx: cont med optimization, cont therapy from bi-ventricular pacing from CRT-D. Tx is lifelong management.

2/20/23 echo: EF 10-15%

3/18/23 EKG.

5/2023: EF 20%.

10/4/24 Peer Dr. Andre Akhondi (cardio): Primary Dx's: CHF, dilated non-ischemic cardiomyopathy, s/p biventricular implantable cardioverter defibrillator. R&Ls from 8/1/24 to current and beyond. I opine that the claimant requires restrictions. Never: climb ladders, work at unprotected heights, operate heavy machinery, avoid diathermic procedures, kneel, crouch, crawl. Occasionally lift/carry/push/pull 20 lbs bilat, climb stairs, stoop, balance, reach overhead and below waist. Frequently stand, walk. d/t ICD: avoid close prolonged contact w/ magnets or other magnetic fields, keep magnets at least six inches from where device is implanted. Rx reassess 4/1/25.

3/12/25 OV Dr. Barry Michelson: has been seen by Dr Stribling - had cardiopulmonary testing performed - not yet a candidate for transplant - has an appt to see Dr Stribling in late March - doing well - denies problems with chest pain or SOB orthopnea paroxysmal nocturnal dyspnea - best of clmts knowledge he has not had any ICD therapies - he thinks he walked 10-12 min n the protocol - my have been modified bruise from hos he was describing it is 0% grade to begin with - BP remains a lii on the low side but he is not really symptomatic - no interval hospitalizations - Exam - BTK edema - abdomen mildly distended soft w no rebound or guarding - added medication and increased dose of carvedilol - reassess LV function probably 2 months.

5/8/2025 OV Dr. Stribling: 6wk f/up w/ TTE. Occasional palpitations. Can walk w/o issues on even ground, 2-3 flights of stairs, no orthopnea/PND (1 pillow), no edema. Felt dizzy for a few days after increase in sacubitril/valsartan w/ SBPs in 80s but that subsided. TTE w/ unchanged EF of 20%, grade 2 DD, mild MR. Increase carvedilol, cont spironolactone, dapagliflozin, f/up 3 mos.

6/5/25 CR: Prior peer review on 10/4/24 by cardiology outlined R&Ls through 4/1/25. Based on the clinical evidence on the file, the medical information continues to support R&Ls as outlined in 10/4/24 peer review through COD 8/7/25 and beyond permanently given EE's heart failure with significantly reduced EF. As there has been no significant changes in EE's condition or treatment plans since prior peer review, R&Ls as previously outlined by the cardiology peer review continue to be appropriate. Due to the chronic nature of EE's heart condition, improvement is not expected in the future and R&Ls are supported permanently. R&Ls per 10/4/24 Peer include: Never: climb ladders, work at unprotected heights, operate heavy machinery, avoid diathermic procedures, kneel, crouch, crawl. Occasionally lift/carry/push/pull 20 lbs bilat, climb stairs, stoop, balance, reach overhead and below waist. Frequently stand, walk. d/t ICD: avoid close prolonged contact w/ magnets or other magnetic fields, keep magnets at least six inches from where device is implanted. R&Ls from Peer Dr. David Friedman (cardio) 4/23/24 include: occasional lift/push/pull/carry up to 25 lbs, reach above shoulder, climb ladders, drive, climb stairs, bend, crawl, stoop, kneel, squat, twist, crouch, use lover extremities. Never balance operate heavy machinery.

6/13/25 TSA notes gainful sed occs identified.
- Management Review - CHRZI6 - Jun 14, 2025 10:55:55 am

MGMT REVIEW: Please draft Not TDAO denial letter ASAP - Management Review - GABUTTS - Jun 17, 2025 11:43:01 am

letter drafted. - Management Review - CHRZI6 - Jun 18, 2025 11:49:44 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

MGMT REVIEW: The letter only contains the summary of the peer review . You need more summary of medical records from throughout the claim, especially recently. Please add more detail and return for final review - Management Review - GABUTTS - Jun 18, 2025 04:17:23 pm

letter updated. Thank you - Management Review - CHRZI6 - Jun 23, 2025 12:05:08 pm

MGMT REVIEW: Agree w ith referral. Review ed claim file. Review ed referral note and letter draft. CS obtained timely and effective clmt updates. Review ed clinical report. The conclusions make sense based on claim specifics and medical on file. Considered previous clinical rvw outcomes. Voc rvw w as completed. Clmnt's medical file has been review ed by a peer physician w ho identified R&Ls that appear to allow for the performance of light occupations. A TSA w as performed w hich identified a gainful occupation at the light physical demand level. As such, clmnt w ill no longer meet the definition of total disability as of the COD date. Agree w ith AP&C out to the COD and closure for Not TDAO. Review ed letter and submitted on your behalf. Thanks!
- Management Review - GABUTTS - Jun 24, 2025 02:01:15 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/18/2025 10:04:44 AM | Documents/Mail | 128 | Denial Any Occupation | Work In Progress | CHRZI6 |
| | Denial Any OccupationAttachments:Translation services | | | | |
| 6/18/2025 9:05:54 PM | Payments | | DEPOSIT 6/7/2025 - 8/7/2025 | CURRENT | GABUTTS |
| 6/18/2025 9:05:55 PM | Status | | Not TD Ow n Occ | CLOSED | BRMCLSDIRY |
| 6/19/2025 9:38:33 AM | Status | | | REOPENED | GABUTTS |
| 6/19/2025 9:38:33 AM | Status | | Not TD Ow n Occ | CLOSED | GABUTTS |
| 6/24/2025 | Referrals | 8 | Management Review | Completed | CHRZI6 |

Please review for not TDAO.

47 YO, M, Truck Driver w ith a Heavy Occ (OA on file). Their DLW w as 2/7/23 w ith a DOD of 2/8/23. The BCD is 8/7/23 w ith a COD of 8/7/25. Diagnosis is Diastolic CHF, Essential HTN.

2/17/23 Cardiac catheterization

2/9/23 APS Dr. Nilam Patel: Dx non-ischemic cardiomyopathy, chronic systolic heart failure. c/o dyspnea, sw elling, HTN. Exam: left ventricular EF < 35% on maximum tolerable medical therapy, recent CRT-D implantation. FOV/DOD 2/6/23. NOV 9/8/23. R&Ls: avoid heavy lifting, chainsaw , w elding, no lift > 25 lbs. Tx: cont med optimization, cont therapy from bi-ventricular pacing from CRT-D. Tx is lifelong management.

2/20/23 echo: EF 10-15%

3/18/23 EKG.

5/2023: EF 20%.

10/4/24 Peer Dr. Andre Akhondi (cardio): Primary Dx's: CHF, dilated non-ischemic cardiomyopathy, s/p biventricular implantable cardioverter defibrillator. R&Ls from 8/1/24 to current and beyond. I opine that the claimant requires restrictions. Never: climb ladders, w ork at unprotected heights, operate heavy machinery, avoid diathermic procedures, kneel, crouch, craw l. Occasionally lift/carry/push/pull 20 lbs bilat, climb stairs, stoop, balance, reach overhead and below w aist. Frequently stand, w alk. d/t ICD: avoid close prolonged contact w / magnets or other magnetic fields, keep magnets at least six inches from w here device is implanted. Rx reassess 4/1/25.

3/12/25 OV Dr. Barry Michelson: has been seen by Dr Stribling - had cardiopulmonary testing performed - not yet a candidate for transplant - has an appt to see Dr Stribling in late March - doing w ell - denies problems w ith chest pain or SOB orthopnea paroxysmal nocturnal dyspnea - best of clmts know ledge he has not had any ICD therapies - he thinks he w alked 10-12 min n the protocol - my have been modified bruise from hos he w as describing it is 0% grade to begin w ith - BP remains a lii on the low side but he is not really symptomatic - no interval hospitalizations - Exam - BTK edema - abdomen mildly distended soft w no rebound or guarding - added medication and increased dose of carvedilol - reassess LV function probably 2 months.

5/8/2025 OV Dr. Stribling: 6w k f/up w / TTE. Occasional palpitations. Can w alk w /o issues on even ground, 2-3 flights of stairs, no orthopnea/PND (1 pillow ), no edema. Felt dizzy for a few days after increase in sacubitril/valsartan w / SBPs in 80s but that subsided. TTE w / unchanged EF of 20%, grade 2 DD, mild MR. Increase carvedilol, cont spironolactone, dapagliflozin, f/up 3 mos.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

6/5/25 CR: Prior peer review on 10/4/24 by cardiology outlined R&Ls through 4/1/25. Based on the clinical evidence on the file, the medical information continues to support R&Ls as outlined in 10/4/24 peer review through COD 8/7/25 and beyond permanently given EE's heart failure w ith significantly reduced EF. As there has been no significant changes in EE's condition or treatment plans since prior peer review , R&Ls as previously outlined by the cardiology peer review continue to be appropriate. Due to the chronic nature of EE's heart condition, improvement is not expected in the future and R&Ls are supported permanently. R&Ls per 10/4/24 Peer include: Never: climb ladders, w ork at unprotected heights, operate heavy machinery, avoid diathermic procedures, kneel, crouch, craw l. Occasionally lift/carry/push/pull 20 lbs bilat, climb stairs, stoop, balance, reach overhead and below w aist. Frequently stand, w alk. d/t ICD: avoid close prolonged contact w / magnets or other magnetic fields, keep magnets at least six inches from w here device is implanted. R&Ls from Peer Dr. David Friedman (cardio) 4/23/24 include: occasional lift/push/pull/carry up to 25 lbs, reach above shoulder, climb ladders, drive, climb stairs, bend, craw l, stoop, kneel, squat, tw ist, crouch, use lover extremities. Never balance operate heavy machinery.

6/13/25 TSA notes gainful sed occs identified.
- Management Review - CHRZI6 - Jun 14, 2025 10:55:55 am

MGMT REVIEW: Please draft Not TDAO denial letter ASAP - Management Review - GABUTTS - Jun 17, 2025 11:43:01 am

letter drafted. - Management Review - CHRZI6 - Jun 18, 2025 11:49:44 am

MGMT REVIEW: The letter only contains the summary of the peer review . You need more summary of medical records from throughout the claim, especially recently. Please add more detail and return for final review - Management Review - GABUTTS - Jun 18, 2025 04:17:23 pm

letter updated. Thank you - Management Review - CHRZI6 - Jun 23, 2025 12:05:08 pm

MGMT REVIEW: Agree w ith referral. Review ed claim file. Review ed referral note and letter draft. CS obtained timely and effective clmt updates. Review ed clinical report. The conclusions make sense based on claim specifics and medical on file. Considered previous clinical rvw outcomes. Voc rvw w as completed. Clmnt's medical file has been review ed by a peer physician w ho identified R&Ls that appear to allow for the performance of light occupations. A TSA w as performed w hich identified a gainful occupation at the light physical demand level. As such, clmnt w ill no longer meet the definition of total disability as of the COD date. Agree w ith AP&C out to the COD and closure for Not TDAO. Review ed letter and submitted on your behalf. Thanks!
- Management Review - GABUTTS - Jun 24, 2025 02:01:15 pm

| 6/24/2025 | Documents/Mail | 128 | Denial Any Occupation | Completed | CHRZI6 |
|---|---|---|---|---|---|

Denial Any OccupationAttachments:Translation services

| 6/24/2025 | Claim Tasks | 26 | Call Employer | Completed | CHRZI6 |
|---|---|---|---|---|---|

confirm med insurance premium for month - CHRZI6 - Jun 02, 2025 11:32:29 am

email sent to ER. f/up for response. - CHRZI6 - Jun 10, 2025 01:11:57 pm

2nd email sent - CHRZI6 - Jun 13, 2025 02:55:09 pm

| 6/24/2025 | Telephone (IN) | 31 | DAVID L. FIELDS | Completed | CHRZI6 |
|---|---|---|---|---|---|

On 6/18/25 w e released a final payment for the period 06/07/2025 to 08/07/2025. This is the maximum benefit payable under the Ow n Occupation period. David w as found to not be Totally Disabled for Any Occupation so no further benefits are payable. Please let me know if you have any further questions.

Thank you

Chuck Zimmer
Senior Claims Examiner, Long Term Disability
Group Protection, Claim Solutions
Lincoln Financial Group
8801 Indian Hills Dr
Bldg 1, 3rd Flr

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Omaha NE 68114<br><br>402-361-7157 Office<br>877-843-3950 Fax<br><br>LincolnFinancial.com<br>Follow us on:<br><br><br>Please visit our COVID-19 Guidance Hub by clicking on the link below<br><br>From: Melinda Fields <melindafields1@gmail.com><br>Sent: Monday, June 23, 2025 8:51 AM<br>To: Zimmer, Charles <Charles.Zimmer@lfg.com><br>Subject: Unexpected deposit<br><br>***This email is from an external source. Only open links and attachments from a Trusted Sender.***<br>Good morning Mr Zimmer. This morning there is a deposit in David's account from Lincoln and w e w ere not expecting it. Can w e ask w hat it's for please? I appreciate your help w ith this.<br>- CHRZI6 - Jun 24, 2025 12:53:22 pm | | | | |
| 7/28/2025 | Telephone (IN) | 32 | DAVID L. FIELDS | Completed | CHRZI6 |
| | ***This email is from an external source. Only open links and attachments from a Trusted Sender.***<br>Good afternoon Mr Zimmer. I am asking if you w ould please send David's administrative file to us? Please send it via email. We appreciate your help w ith this matter. Thank you.<br>- CHRZI6 - Jul 28, 2025 04:43:33 pm | | | | |
| 7/28/2025 4:44:50 PM | Claim Tasks | 27 | File scan request | Requested | ISPDH1 |
| | LTD claim 1230051807 file copy request by Melinda Fields, melindafields1@gmail.com, for claimant David Fields, Request email in AWD (telenote) 7/28/25. No specific questions posed in request letter. CE w ill not create a separate response letter. - CHRZI6 - Jul 28, 2025 04:46:31 pm<br><br>The requested file copy has been added to the follow ing folder: \\us.ad.lfg.com\DFS-DEPT\GP\Claims\Claims Support\File Copies 2017 as D Fields 1230051807. Please review and advise if any pages need to be removed due to PHI. If you need me to send the file copy, please put the task back into my initials w ith the instructions for sending. - ISPDH1 - Jul 29, 2025 03:24:27 pm<br><br>No HIPPA concerns. Please email to address above. - CHRZI6 - Jul 29, 2025 03:57:12 pm<br><br>Completed file copy has been sent to melindafields1@gmail.com as instructed. - ISPDH1 - Jul 30, 2025 06:59:08 am | | | | |
| 7/29/2025 | Documents/Mail | 129 | Email | Completed | CHRZI6 |
| | 2025-07-28-17.48.40.179780O01 | | | | |
| 7/30/2025 | Claim Tasks | 27 | File scan request | Completed | ISPDH1 |
| | LTD claim 1230051807 file copy request by Melinda Fields, melindafields1@gmail.com, for claimant David Fields, Request email in AWD (telenote) 7/28/25. No specific questions posed in request letter. CE w ill not create a separate response letter. - CHRZI6 - Jul 28, 2025 04:46:31 pm<br><br>The requested file copy has been added to the follow ing folder: \\us.ad.lfg.com\DFS-DEPT\GP\Claims\Claims Support\File Copies 2017 as D Fields 1230051807. Please review and advise if any pages need to be removed due to PHI. If you need me to send the file copy, please put the task back into my initials w ith the instructions for sending. - ISPDH1 - Jul 29, 2025 03:24:27 pm<br><br>No HIPPA concerns. Please email to address above. - CHRZI6 - Jul 29, 2025 03:57:12 pm<br><br>Completed file copy has been sent to melindafields1@gmail.com as instructed. - ISPDH1 - Jul 30, 2025 06:59:08 am | | | | |
| 8/4/2025 | Telephone (IN) | 33 | DAVID L. FIELDS | Completed | CHRZI6 |
| | 7/29 VM from clmt states trying to see if you can email w e could email the administrative files on everything that ya'll received. I w ould appreciate it if you w ould just email it to us. - CHRZI6 - Aug 04, 2025 09:01:33 am | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/7/2025 | Summary/Assessment/Path | 4 | AO SAP - CHRZI6 - Dec 13, 2024 03:47:34 pm | Completed | CHRZI6 |

Summary Notes
AO SAP - CHRZI6 - Dec 13, 2024 03:47:34 pm
Assessment Notes

Path Notes
Summary:
AO SAP: Claimant is a 47 YO, M, Truck Driver with a Heavy Occ (JD on file). Their DLW was 2/7/23 with a DOD of 2/8/23. Diagnosis is Diastolic CHF, Essential HTN. The current claim status is Approved.

Assessment:
2/17/23 Cardiac catheterization

2/9/23 APS Dr. Nilam Patel: Dx non-ischemic cardiomyopathy, chronic systolic heart failure. c/o dyspnea, swelling, HTN. Exam: left ventricular EF < 35% on maximum tolerable medical therapy, recent CRT-D implantation. FOV/DOD 2/6/23. NOV 9/8/23. R&Ls: avoid heavy lifting, chainsaw, welding, no lift > 25 lbs. Tx: cont med optimization, cont therapy from bi-ventricular pacing from CRT-D. Tx is lifelong management.

2/20/23 echo: EF 10-15%

3/18/23 EKG.

5/2023: EF 20%.

5/8/23 TTE: left ventricular size moderately dilated, left ventricular systolic function estimated at 20%, diastolic filing pattern Grade II consistent w/ moderately elevated LV filling pressure, right ventricle systolic function mildly impaired, mild aortic regurgitation, left atrium mild to moderately enlarged, mild to moderate mitral regurgitation, mild tricuspid regurgitation, right ventricular systolic pressure mildly elevated.

6/15/23 Cardiac MRI

6/23/23 OV Dr. Barry Michelson: f/up 1st degree atrioventricular block, non-ischemic congestive cardiomyopathy, HX SARS/COVID. LOV 10 yrs ago. ABN stress test led to cardiac catheterization. A small circumflex arose anomalously from R coronary cusp. LV function WNL. No CP, exercise intolerance, dyspnea, orthopnea, dysrhythmias. Over past several weeks c/o ABD distension, pedal edema, SOB w/ activity. Went to ER in Rogersville. CXR suggested borderline cardiomegaly. MRI confirms severe dilated left ventricle w/ severe left ventricular dysfunction. Tx: Rx Spironolactone, increase Carvedilol, cont life vest use until reassessment of LV function in 2 mos.

7/14/23: insertion of biventricular implantable cardioverter defibrillator

9/8/23 OV Dr. Barry Michelson: f/up for cardiac eval. LOV 10 yrs ago. ABN stress test led to cardiac catheterization. A small circumflex arose anomalously from right coronary cusp. LV function was normal. No symptoms of CP, or exercise intolerance dyspnea or orthopnea, dysrhythmias. Hx of HTN well controlled. Can do normal activities w/o limitation. Underwent implantation of ICD CRT device. Some issues w/ diaphragmatic pacing early on but these have been reprogrammed. Has occasional "hiccups". Exercise tolerance improved. BP is marginal for increasing meds. Will occasionally report transient lightheadedness if bending over and stands suddenly. Exam: obese, BTK edema bilat, trace bilat edema, ABD mildly distended soft w/o rebounding or guarding. Has global left ventricular dysfunction w/ EF of 10 to 15%. Rx changes to med regimen to include addition of Entresto and SGLT2 inhibitor and Carvedilol, DC ACE inhibitor for 36 hrs prior to initiating Entresto, monitor BPs at home, f/up 3/8/24.

10/04/2023 OV Dr. Mark Dalle-Ave: 2 mo f/u HTN (stable), heart failure (stable), dilated cardiomyopathy (stable), Chronic HFrEF (stable), OSA (stable), presence of automatic implantable defibrillator (stable), obesity (unstable), BMI (unstable). c/o fatigue, dizziness moderate SOB w/ exertion, fatigues easily walking. Tx: f/up 3 mos for fasting labs, cont to see Dr. Michelson, work on lowering BMI, cont exercise, cont current meds, cont use of CPAP.

3/29/2024 TTE: EF 20% mod to severe MR

4/23/24 Life Waiver Peer Dr. David Friedman (cardio): Dx unspecified diastolic (congestive) heart failure, chronic

combined systolic & diastolic heart failure, essential HTN. Supported level of impairment translates into R&Ls from 2/7/23 to current and beyond of: total restriction from all w ork activities from 2/17/23 to 3/31/23 to allow for cardiac catheterization and recovery. 6/8 to 7/21/23 totally restricted for cardiac defibrillator implantation and recovery. From 4/1/23 to 6/7/23 and 7/22/23 ongw ard R&Ls include occasional lift/push/pull/carry up to 25 lbs, reach above shoulder, climb ladders, drive, climb stairs, bend, craw l, stoop, kneel, squat, tw ist, crouch, use lover extremities. Never balance operate heavy machinery. Rx re-eval 7/16/24.

4/25/24 OV Dr. Warren Stribling: Dx of NICM EF 10-15% and CSHG after presenting in 2/2024 w / w t gain, ABD sw elling, LE sw elling, dyspnea, reflux symptoms. Referred by Dr. Michaelson for med mgmt.. No LV recovery so CRT-D implanted 7/2023. LOV 5 mos ago. Feels w ell, denies CP, SOB, sw elling, dizziness or syncope. Active w orking on the farm w /o limitations. Has stage C HF w / improving NYHA class I-II symptoms. On reasonable GDMT and undergone CRT-D. recent labs unremarkable. cMRI is most consistent w / ischemic CM but he w as not found to have CAD on LHC. Being Treated w / GDMT and undergone CRT-D though am uncertain this w ill lead to much improvement as QRS duration not very long and he did not have LBBB. Exam w /o abnormalities. Tx: CPX btw n now and next year, f/up w / NP next year, cont w t loss/exercise, cont CPAP, f/up PRN.

8/21/24 APS Dr. Mark Dalle-Ave (FP): Dx HTN, Chronic Heart Failure. DOD 2/8/23. LOV 6/17/24. NOV 11/18/24. Do not do R&Ls.

9/17/24 APS Dr Barry Michelson: Dx: non-ischemic congestive cardiomyopathy, chronic systolic heart failure. Comorbid: HTN, OSA, obesity. DOD 2/9/23. FOV 2/6/23. LOV 5/23/24. NOV 9/11/24. Surgery 2/17/23 and 7/14/23 for cardiac cath and bi-ventricular ICD/PM implant. Sx's: fatigue, SOB, sw elling. Objective: echo 3/29/24, last remote device monitor 8/18/24. Tx: guideline directed medical therapy, Bi-v implanted cardiac defibrillator w / PM. Providers: Dr. Warren Stribling, Dr. Nilam Patel. Meds: ASA, Entresto, Carvedilol, Farxiga, multivitamin, Spiranolactone. No R&Ls provided. CDL regulations forbid driver w / ICD.

10/4/24 Peer Dr. Andre Akhondi (cardio): Primary Dx's: CHF, dilated non-ischemic cardiomyopathy, s/p biventricular implantable cardioverter defibrillator. R&Ls from 8/1/24 to current and beyond. I opine that the claimant requires restrictions. Never: climb ladders, w ork at unprotected heights, operate heavy machinery, avoid diathermic procedures, kneel, crouch, craw l. Occasionally lift/carry/push/pull 20 lbs bilat, climb stairs, stoop, balance, reach overhead and below w aist. Frequently stand, w alk. d/t ICD: avoid close prolonged contact w / magnets or other magnetic fields, keep magnets at least six inches from w here device is implanted. Rx reassess 4/1/25.

12/2/24 AF Dr. Barry Michelson: LOV 9/11/24. NOV 3/12/25. R&Ls: no climb, kneel, drive. Occasionally w alk, bend, reach above shoulder. Avoid extreme temperatures, hot or cold, cannot be around magnets, w elders, generators, no high responsibility activities, no high exposition.

TMPs: Dr Mark Dale Ave (FP), Dr. Nilam Patel (cardioelectrophysiology), Dr. Barry Michaelson (cardio), Dr. Warren Stribling (heart failure cardio).

ISS
RTW: never
Sx's: general w eakness, tired, dizzy, SOB
Cause: dilated cardiomyopathy, ICD done 7/2023
R&Ls: get dizzy and tired very fast, sometimes have heart palpitations and SOB
Activities: stay at home most days. TMP Dr. Barry Michaelson.

Path:
Claimant is currently TDOO. STP: Per Peer 4/15/25 PC update for current Tx, barriers to RTW, impaiarments, ADLs. Obtain updated med recs Dr. Michaelson, Stribling. CR/Peer for COD. LTP: unknow n pending COD decision. RTWOO unlikely. Possible not TDAO d/t gainful.
- CHRZI6 - Dec 13, 2024 03:47:34 pm

UPDATED ASSESSMENT

PC to clmt states LOV Dr. Michaelson and Stribling last month. NOV Stribling 5/8/25. NOV Michaelson 10/2025. At LOV w / Stribling changed meds more. Stribling managing meds. NOV Dr. Patel 5/20/25. LOV w / Dr. Patel w as right around thanksgiving. He just adjusted the pacemaker and checked if for function. c/o sometimes still get w inded, dizzy w hen bend over, have heart palpitations every once in a w hile lasting about 15 to 30 seconds. Clmt states stamina and strength are still about the same. Get w inded easy going up stairs or w alking long distances causes SOB. Can w alk about five minutes before may experience SOB. NOV Dr. Patel 5/20/25. Main barriers to RTW are SOB, w eakness, have pacemaker/defibrillator. No computer skills. Not trained for anything besides driving a truck.

Not able to pass a DOT physical d/t pacemaker/defibrillator. That disqualifies clmt from getting CDLs.

UPDATED PATH
Clmt remains TDOO. STP: f/up med recs Dr. Michaelson and Stribling. CR/Peer for COD. LTP: possible not TDAO d/t gainful.
- CHRZI6 - Apr 29, 2025 01:51:03 pm

UPDATED ASSESSMENT

10/12/2023 OV Dr. Stribling: has CHF w / improving NYHA class II symptoms. Is on reasonable GDMT that cannot be uptitrated d/t relative hypotension. Will try to increase Farxiga to 10mg QD and have advised adequate hydration to avoid volume depletion. Get recent labs from Dr. Michelson and f/up in 6 mos.

4/13/2023 OV Dr. Stribling: PMH significant for COVID19 Dx'd in 2022 and more recent Dx of NICM EF 10-15% along w / CSHF after presenting in February w ith w t gain and ABD sw elling, LE sw elling, dyspnea and reflux symptoms. Referred by Dr. Michaelson for add'l med mgmt. Since then he has done much better. Has lost as much as 40 lbs and reports improvement in all of his symptoms. I able to w alk regularly but is not specific about distance or duration. Has some positional dizziness and Entresto w as recently reduced d/t hypotension. Denies syncope. Has CHF w / improving NYHA class II symptoms. Is on reasonable GDMT that cannot be uptitrated d/t relative hypotension and is not requiring loop diuretics any longer. Tx? f/up 6 mos and Dr. Michaelson in interim.

4/25/24 OV Dr. Stribling: Has not had LV recovery so w e referred for CRT-D w hich w as implanted in July 2023. On last visit 6 mos ago, increased Farxiga. Since then coreg w as increased by Dr. Michaelson. Echo in March. Denies CP, SOB, sw elling, dizziness, or syncope. Has been actie w orking on the farm w /o limitations. Is on reasonable GDMT and has undergone CRT-D. Recent labs unremarkable. Tx: Rx CPX btw n now and next year, f/up w / NP here in 1 year.

1/20/25: Cardiopulmonary Exercise Test St. Thomas West Hospital

3/27/2025 OV Dr. Stribling: on last visit, no med changes made. CPX show s peak VO2 13.9 w / slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE as advised but not pursued. Feels w ell. Denies CP, SOB, sw elling, syncope. Has positional dizziness but this is short lived. Wt has been stable. Has been able to do things like yardw ork and w alking outdoors w /o problems. CPX is not suggestive of poor prognosis or need for advanced therapies. Tx: increase Entresto to max dose and f/up 1 mo for labs and bp check w / NP.

4/2/25 TTE echo

5/8/2025 OV Dr. Stribling: 6w k f/up w / TTE. Occasional palpitations. Can w alk w /o issues on even ground, 2-3 flights of stairs, no orthopnea/PND (1 pillow ), no edema. Felt dizzy for a few days after increase in sacubitril/valsartan w / SBPs in 80s but that subsided. TTE w / unchanged EF of 20%, grade 2 DD, mild MR. Increase carvedilol, cont spironolactone, dapagliflozin, f/up 3 mos.

UPDATED PATH
Clmt remains TDOO. STP: f/up med recs Dr. Michaelson. CR/Peer for COD. LTP: possible not TDAO d/t gainful.
- CHRZI6 - May 22, 2025 04:22:46 pm

Updated Assessment:
OV - Dustin McCoy, PA - 11/25/24 - 6 month f/u device check - doing w ell - very minimal occasional palpations, mainly noticeable coughing - device site looks healthy, no hematoma, induration, erythema
OV - Dr Barry Michelson - 3/12/25 - has been seen by Dr Stribling - had cardiopulmonary testing performed - not yet a candidate for transplant - has an appt to see Dr Stribling in late March - doing w ell - denies problems w ith chest pain or SOB orthopnea paroxysmal nocturnal dyspnea - best of clmts know ledge he has not had any ICD therapies - he thinks he w alked 10-12 min n the protocol - my have been modified bruise from hos he w as describing it is 0% grade to begin w ith - BP remains a lii on the low side but he is not really symptomatic - no interval hospitalizations - Exam - BTK edema - abdomen mildly distended soft w no rebound or guarding - added medication and increased dose of carvedilol - reassess LV function probably 2 months

UPDATED PATH
Clmt remains TDOO. STP: sent for CR/possible Peer for COD. LTP: possible not TDAO d/t gainful. - DADMC7 - Jun 05, 2025 10:21:31 am

UPDATED ASSESSMENT

6/5/25 CR: Prior peer review on 10/4/24 by cardiology outlined R&Ls through 4/1/25. Based on the clinical evidence on the file, the medical information continues to support R&Ls as outlined in 10/4/24 peer review through COD 8/7/25 and beyond permanently given EE's heart failure w ith significantly reduced EF. As there has been no significant changes in EE's condition or treatment plans since prior peer review , R&Ls as previously outlined by the cardiology peer review continue to be appropriate. Due to the chronic nature of EE's heart condition, improvement is not expected in the future and R&Ls are supported permanently. R&Ls per 10/4/24 Peer include: Never: climb ladders, w ork at unprotected heights, operate heavy machinery, avoid diathermic procedures, kneel, crouch, craw l. Occasionally lift/carry/push/pull 20 lbs bilat, climb stairs, stoop, balance, reach overhead and below w aist. Frequently stand, w alk. d/t ICD: avoid close prolonged contact w / magnets or other magnetic fields, keep magnets at least six inches from w here device is implanted. R&Ls from Peer Dr. David Friedman (cardio) 4/23/24 include: occasional lift/push/pull/carry up to 25 lbs, reach above shoulder, climb ladders, drive, climb stairs, bend, craw l, stoop, kneel, squat, tw ist, crouch, use lover extremities. Never balance operate heavy machinery.

R&Ls per both peer review s and CR support inability to perform very heavy Occ.

UPDATED PATH
Clmt remains TDOO. STP: TSA for gainful sed occs. LTP: likely STL/PDMU.
- CHRZI6 - Jun 06, 2025 02:31:04 pm

UPDATED PATH
Clmt remains TDOO. STP: OA to establish physical capacity. TSA for gainful. LTP: likely STL/PDMU. - CHRZI6 - Jun 06, 2025 02:35:38 pm

UPDATED PATH
Clmt remains TDOO. STP: TSA to eval for gainful. LTP: likely STL/PDMU.
- CHRZI6 - Jun 11, 2025 09:10:42 am

UPDATED ASSESSMENT

6/13/25 TSA notes gainful sed occs identified.

UPDATED PATH
Clmt is TDOO to COD. STP: refer to mgmt. for not TDAO. LTP: none.
- CHRZI6 - Jun 13, 2025 02:54:15 pm

| | | | | | |
|---|---|---|---|---|---|
| 9/23/2025 | Documents/Mail | 130 | Incoming Correspondence | Completed | CHRZI6 |

2025-09-23-10.07.12.118160O01

| | | | | | |
|---|---|---|---|---|---|
| 9/23/2025 12:03:11 PM | Claim Tasks | 28 | File scan request | Requested | BAKSH9 |

LTD claim 1230051807 and STD claim 1230012611 appeal filed by The Law Offices of Tony Farmer and John Dreiser @ 1356 Papermill Pointe Way, Knoxville TN 37909. Request letter in AWD 09/23/2025. No specific questions posed in request letter. CE w ill not create a separate response letter. Fax number is 865 584 1171 - CHRZI6 - Sep 23, 2025 12:05:11 pm

The requested file copy has been added to the follow ing folder: \\us.ad.lfg.com\DFS-DEPT\GP\Claims\Claims Support\File Copies 2017 as D FIELDS 1230051807,D FIELDS 1230012611. Please review and advise if any pages need to be removed due to PHI. If you need me to send the file copy, please put the task back into my initials w ith the instructions for sending. - BAKSH9 - Sep 24, 2025 11:25:13 am

No HIPPA concerns. Please fax documents to fax number above (865 584 1171) - CHRZI6 - Sep 24, 2025 03:23:09 pm

Completed file copy has been sent to 8655841171@lfg.fax as instructed. - BAKSH9 - Sep 25, 2025 10:24:51 am

| | | | | | |
|---|---|---|---|---|---|
| 9/24/2025 | Documents/Mail | 131 | Incoming Correspondence | Completed | CHRZI6 |

2025-09-23-10.07.12.118160O01

| | | | | | |
|---|---|---|---|---|---|
| 9/25/2025 | Claim Tasks | 28 | File scan request | Completed | BAKSH9 |

LTD claim 1230051807 and STD claim 1230012611 appeal filed by The Law Offices of Tony Farmer and John Dreiser @ 1356 Papermill Pointe Way, Knoxville TN 37909. Request letter in AWD 09/23/2025. No specific questions posed in request letter. CE w ill not create a separate response letter. Fax number is 865 584 1171 - CHRZI6 - Sep 23, 2025 12:05:11 pm

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | The requested file copy has been added to the following folder: \\us.ad.lfg.com\DFS-DEPT\GP\Claims\Claims Support\File Copies 2017 as D FIELDS 1230051807,D FIELDS 1230012611. Please review and advise if any pages need to be removed due to PHI. If you need me to send the file copy, please put the task back into my initials with the instructions for sending. - BAKSH9 - Sep 24, 2025 11:25:13 am<br><br>No HIPPA concerns. Please fax documents to fax number above (865 584 1171) - CHRZI6 - Sep 24, 2025 03:23:09 pm<br><br>Completed file copy has been sent to 8655841171@lfg.fax as instructed. - BAKSH9 - Sep 25, 2025 10:24:51 am | | | | |
| 10/3/2025 8:06:37 AM | Documents/Mail | 132 | Incoming Correspondence | Received | CHRZI6 |
| | 2025-09-23-10.00.04.647180O01 | | | | |
| 10/6/2025 | Documents/Mail | 132 | Incoming Correspondence | Completed | CHRZI6 |
| | 2025-09-23-10.00.04.647180O01 | | | | |
| 12/4/2025 1:14:59 PM | Status | | | REOPENED | MAJBO8 |
| 12/4/2025 1:15:19 PM | Appeal | 1 | Level 1 | New | LAKURTZ |
| 12/4/2025 1:15:44 PM | Claim Tasks | 29 | Appeal - Review Any OCC | Requested | LAKURTZ |
| 12/4/2025 1:16:27 PM | Documents/Mail | 133 | Appeal Notice | Received | LAKURTZ |
| | 2025-12-04-12.25.01.583540O01 | | | | |
| 12/8/2025 | Documents/Mail | 133 | Appeal Notice | Completed | LAKURTZ |
| | 2025-12-04-12.25.01.583540O01 | | | | |
| 12/8/2025 | Claim Tasks | 29 | Appeal - Review Any OCC | Completed | LAKURTZ |
| 12/9/2025 | Documents/Mail | 134 | Appeal Dis Atty Ackappeal | Completed | LAKURTZ |
| | Appeal Dis Atty Ackappeal | | | | |
| 12/9/2025 | Claim Tasks | 30 | Appeal - 45 Day Reminder | Completed | LAKURTZ |
| 12/9/2025 9:41:18 AM | Claim Tasks | 31 | Appeal 90 Day Extension | Requested | LAKURTZ |
| | 90th day = 03/04/2025<br>Revised 90th day = 04/08/2026 - LAKURTZ - Dec 09, 2025 09:41:56 am<br>REVISED 90th day = 03/10/2026 - LAKURTZ - Dec 16, 2025 07:52:15 am<br>REVISED 90th day = 03/31/2026 - LAKURTZ - Jan 13, 2026 12:55:23 pm | | | | |
| 12/9/2025 9:42:00 AM | Referrals | 9 | Tolling Review | In Active Review | LAKURTZ |

Today's Date12/9/2025
Appeal Rcvd Date12/4/2025
Days Since Received5
Extension Sent Date12/9/2025
Tolling Start DateTolling end DateTolling Days
12/4/20251/8/2026 35
0
0
0
0
0
0
Tolling Days 35
45th Day of Active Review 1/18/2026
90th Day of Active Review 4/8/2026
Active Review Days Remaining to 90th Day120
************************************************************************************ - LAKURTZ - Dec 09, 2025 09:43:59 am

Today's Date12/9/2025
Appeal Rcvd Date12/4/2025
Days Since Received5
Extension Sent Date12/9/2025
Tolling Start DateTolling end DateTolling Days
12/4/202512/10/20256
0

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

0
0
0
0
0
Tolling Days 6
45th Day of Active Review 1/18/2026
90th Day of Active Review 3/10/2026
Active Review Days Remaining to 90th Day91
************************************************************************************ - LAKURTZ - Dec 16, 2025 07:51:37 am

Today's Date12/9/2025
Appeal Rcvd Date12/4/2025
Days Since Received5
Extension Sent Date12/9/2025
Tolling Start DateTolling end DateTolling Days
12/4/202512/10/20256
1/13/20262/3/2026 21
0
0
0
0
0
Tolling Days27
45th Day of Active Review 1/18/2026
90th Day of Active Review 3/31/2026
Active Review Days Remaining to 90th Day112
************************************************************************************ - LAKURTZ - Jan 13, 2026 12:53:14 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/9/2025 9:44:09 AM | Summary/Assessment/Pa | 5h | AO First Level LTD Appeal | Requested | LAKURTZ |

Summary Notes
AO First Level LTD Appeal

Attorney Information:Tony Farmer & John Dreiser Injury & Accident Law
865-584-1211 (fax 865-584-1171)
Attorney is John Dreiser
- LAKURTZ - Dec 09, 2025 09:47:17 am
Assessment Notes

Path Notes

Attorney Information:Tony Farmer & John Dreiser Injury & Accident Law
865-584-1211 (fax 865-584-1171)
Attorney is John Dreiser

Appeal level:First
Date Appeal Received:12/04/2025
45th day due on 30th day - yes / no
45th Day:01/18/2026
90th Day:03/04/2026

Claimant Name: David L. Fields
Claim Number: LTD 1230051807
Policy Number:00001020986100000 ( CL 2 All other F/T EEs)
Group ID & Group Name:ETIM / East Tennessee Iron & Metal Works, Inc
Group Status:Active

Claim Demographics
Current Age: 48(
Situs Sate:TNState Language applicable: N

State of Residence: TNState Language applicable: N
ZIP Code:37857
Time Zone:Eastern
Effective Date:12/01/2015
Estimated Net benefit: (Monthly):$3,207.89 - $2330 = $877.89
SS Aw ard information:08/01/2023
Life Insurance:
Date of Disability: DLW 02/07/2023 DOD 02/08/2023
EP: 180
Benefit Commencement Date: 08/07/2023
Benefit Paid/Approved To Date:08/07/2025
Change in Definition (COD) Date: 24 months = 08/07/2025
Max Duration Date: 10/20/2044
Job Description / Location in AWD: Truck Driver
OA / Location in AWD:Yes - AWD 10/18/2025
Physical Demand Level of Occ:Heavy
Prior TSA:Yes (06/14/2025)
209.667-014 Order Caller $3,373.00/mo Light

Primary Diagnosis: Unspecified diastolic (congestive) heart
Co-Morbid Diagnoses: essential hypertension
ERISA or NON-ERISA (verified)ERISA since the group in Incorporated

Riders:Buy Up / Family Care / PIB
STD claim status:STD 1230012611
LW claim status:LW

GainfulN
Pre-ExN
TEEyes
Auth11/26/2024

Contractual limits= 08/07/2030
Legal action5 years
Proof of claimEP

Claim Synopsis
Claimant ceased w orking due to congestive heart failure and a EF of 15%.
He eventually had a defibrillator implanted.
04/02/2025 Trans-thoracic echocardiogram noted EF of 20%

Initial Claim Decision:06/24/2025
Reason/Date of denial: Not TDAO
Type of Medical Review, Name, & Specialty: 10/08/2024 Dr/ Andre Akhondi, Cardiovascular Disease

The medical evidence on file supports w ork restrictions and limitations as outlined in the Peer Review completed by Dr. Andre Akhondi that include never to climb ladders, w ork at unprotected heights, operate heavy machinery, avoid diathermic (a material or w all that allow s heat to pass through it freely) procedures, kneel, crouch or craw l. You may occasionally lift/carry/push/pull 20 pounds, climb stairs, stoop, balance, reach overhead and below your w aist. You may frequently stand, w alk. It w as recommended that you avoid close prolonged contact w ith magnets or other magnetic fields, keep magnets at least six inches from w here your ICD (implantable cardioverter defibrillator) device is implanted. These restrictions and limitations are considered to be permanent given your heart failure and significantly reduced ejection fraction. Improvement is not expected in the future. These restrictions and limitations w ould prevent you from performing the essential functions of your heavy physical capacity demand ow n occupation.

Current Providers - last 18 to 24 months
Mark Dale Avie, GP 423-921-1600
William Patel, Cardio Electro 865-392-3400
Barry Michelson, Cardiologist 864-392-3400 / fax 865-392-3449

Warren Stribling, Heart Failure 615-396-5849 / fax 615-396-5703

Recent Surgeries:

Appeal being discussed:
Attorney provided no rationale for the appeal and indicated in his fax that a thumb drive w ith pertinent medical records has been included. No thumb drive w as received as this w as a fax and the hard copy has not yet been received.

Information Submitted w ith appeal and not previously review ed:

PATH:
Sending ack appeal to the attorney and providing a 30-day extension to submit the thumb drive. Tolling during this time.
No letter to the ER since the DOD is more than 2 years ago

NOTES:

Previous Review s:
06/05/2025 NDC MAGLE8 - Triage
10/01/2024 ECN 276877

- LAKURTZ - Dec 09, 2025 09:47:17 am

MAIL:
Attorney letter dated 12/02/2025. Thumb drive is being submitted.
Rural Health Services Consortium, Inc.
05/14/2025 labs
08/20/2025 OV - note indicates he is being seen to discuss LTD insurance.
05/20/2025 - OV

Tennova Heart OV - 03/12/2025 to 09/12/2025

Ascension St. Thomas - 03/27/2025 1 year follow up for chronic systolic heart failure.
08/07/2025 - 3 month follow up

04/02/2026 - TTE Echo
Left ventricle size is moderately dilated
EF is 20%
Severe global left ventricular systolic dysfunction
Diastolic filling pattern Grade II
- LAKURTZ - Dec 16, 2025 07:49:26 am

sending the rec'd information letter and setting up review . - LAKURTZ - Dec 16, 2025 07:55:23 am

Peer 12/31/2025
ECN 264694-4
Zaid Alirhayim, MD Internal Medicine, Cardiovascular disease, Interventional cardiology

The peer notes that the claimant has nonischemic cardiomyopathy w ith severely reduced ejection fraction (EF 10-15%) and severe global left ventricular systolic dysfunction.

He states that based on the measurable findings, the claimant's chronic systolic heart failure w ith severe global left ventricular dysfunction and related cardiac dysfunction and related cardiac findings is impairing.

Taking into consideration the impairing diagnosis of
chronic systolic heart failure, the follow ing restrictions are recommended.

Sitting: Unrestricted.
Standing: Occasionally.
Walking: Occasionally.

Lifting: Occasionally up to 10 lbs., BUE.
Carrying: Occasionally up to 10 lbs., BUE.
Pushing: Occasionally up to 10 lbs., BUE.
Pulling: Occasionally up to 10 lbs., BUE.
Climbing stairs: Never.
Balancing: Occasionally.
Stooping: Occasionally.
Kneeling: Occasionally.
Crouching: Occasionally.
Craw ling: Occasionally.
Reaching: Unrestricted to all three levels, BUE.
Use low er extremities for foot controls: Unrestricted, BLE.
Fine manipulation: Unrestricted BUE.
Simple and firm grasping: Unrestricted BUE.

The claimant's abilities are sustainable on a full-time basis.

RLs sup pored from 08/07/2025 and beyond w ith reassessment around 06/23/2026.

sending for a new TSA to determine the the RLs remain valid based on these new RLs. - LAKURTZ - Jan 05, 2026 09:32:40 am

TSA - Occupations w ere identified
919.663-022 Escort-Vehicle Driver Sed $3678
735.687-030 Sorter (small products) Sed $3955

- LAKURTZ - Jan 13, 2026 12:48:39 pm

sending the peer and TSA and providing 21 days RTR = 02/03/2026 - LAKURTZ - Jan 13, 2026 12:54:48 pm

sending peer for further review . - LAKURTZ - Feb 05, 2026 10:02:23 am

sending for TSA clarification regarding escort driver. - LAKURTZ - Feb 11, 2026 02:40:06 pm

Vocational Response:
TSA Analysis - previously identified alternative occupations remain viable, as neither commercial driving nor strenuous physical activity is required.
- LAKURTZ - Feb 24, 2026 07:21:50 am

Moving forw ard w ith determination as there is no change to the occupations identified in the TSA w hich w as previously supplied to the atty for review . - LAKURTZ - Feb 24, 2026 07:27:56 am

| | | | | | |
|---|---|---|---|---|---|
| 12/11/2025 | Documents/Mail | 135 | Envelope | Completed | LAKURTZ |
| | 2025-12-10-15.15.27.333840O01 | | | | |
| 12/11/2025 10:13:33 AM | Documents/Mail | 136 | Appeal Notice | Received | LAKURTZ |
| | 2025-12-10-15.15.27.356840O01 | | | | |
| 12/11/2025 10:13:34 AM | Documents/Mail | 137 | Medical Records | Received | LAKURTZ |
| | 2025-12-10-15.15.27.377840O01 | | | | |
| 12/16/2025 | Documents/Mail | 138 | Appeal Info Rcvd Start Review | Completed | LAKURTZ |
| | Appeal Info Rcvd Start Review | | | | |
| 12/16/2025 | Documents/Mail | 136 | Appeal Notice | Completed | LAKURTZ |
| | 2025-12-10-15.15.27.356840O01 | | | | |
| 12/16/2025 | Documents/Mail | 137 | Medical Records | Completed | LAKURTZ |
| | 2025-12-10-15.15.27.377840O01 | | | | |
| 12/16/2025 8:11:10 AM | Referrals | 10 | External Review | Initial | LAKURTZ |

Physician Referral Confirmation for 1230051807
Physician review requested on 12/16/25 for Claim: 1230051807, Referral Type: Appeal Review , Specialty: Cardiology. You w ill be notified once the referral is assigned to a vendor. Please allow 1-3 business days for assignment. Contact CSSTeam@lfg.com w ith any questions. - LAKURTZ - Dec 16, 2025 08:13:28 am
Final Report received and sent to LFG Appeals to be uploaded - VIYSH8 - Jan 02, 2026 08:53:47 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/2/2026 12:56:48 PM | Documents/Mail | 139 | Email | Received | LAKURTZ |
| | 2026-01-02-09.54.18.558180O01 | | | | |
| 1/2/2026 12:56:49 PM | Documents/Mail | 140 | Medical Records | Received | LAKURTZ |
| | 2026-01-02-09.54.18.567180O01 | | | | |
| 1/5/2026 | Referrals | 10 | External Review | Completed | LAKURTZ |

Physician Referral Confirmation for 1230051807
Physician review requested on 12/16/25 for Claim: 1230051807, Referral Type: Appeal Review , Specialty: Cardiology. You w ill be notified once the referral is assigned to a vendor. Please allow 1-3 business days for assignment. Contact CSSTeam@lfg.com w ith any questions. - LAKURTZ - Dec 16, 2025 08:13:28 am
Final Report received and sent to LFG Appeals to be uploaded - VIYSH8 - Jan 02, 2026 08:53:47 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/5/2026 | Documents/Mail | 140 | Medical Records | Completed | LAKURTZ |
| | 2026-01-02-09.54.18.567180O01 | | | | |
| 1/5/2026 | Documents/Mail | 139 | Email | Completed | LAKURTZ |
| | 2026-01-02-09.54.18.558180O01 | | | | |
| 1/5/2026 9:40:30 AM | Referrals | 11 | TSA | Initial | LAKURTZ |

Claimant Name:David Fields
Claim Number:LTD 1230051807
Medical (name of provider, specialty, and date of report):
Peer 12/31/2025
ECN 264694-4
Zaid Alirhayim, MD Internal Medicine, Cardiovascular disease, Interventional cardiology

Job Description Date:Truck DriverAWD 04/30/2024
TEE Date:Yes, AWD 12/05/2024 (labeled email)
Other Job Information & Date :
Prior Voc Involvement : OA - 06/10/2025
Policy Requirements :
Gross Benefit Amount and Percentage: $3,207.89
- LAKURTZ - Jan 05, 2026 09:41:17 am
*
*
*
*
*

APPEAL TRANSFERABLE SKILLS ANALYSIS ADDENDUM
See full report for details.

SUMMARY:
The Transferable Skills Analysis identified occupations.

Hanna D., M.Ed., CRC
Vocational Rehabilitation Consultant II
Group Protection
Lincoln Financial Group - HAMDO3 - Jan 07, 2026 10:52:55 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/9/2026 7:27:59 AM | Documents/Mail | 141 | Email | Received | LAKURTZ |
| | 2026-01-07-11.53.29.182180O01 | | | | |
| 1/9/2026 7:28:00 AM | Documents/Mail | 142 | Incoming Correspondence | Received | LAKURTZ |
| | 2026-01-07-11.53.29.195180O01 | | | | |
| 1/13/2026 | Referrals | 11 | TSA | Completed | LAKURTZ |

Claimant Name:David Fields
Claim Number:LTD 1230051807
Medical (name of provider, specialty, and date of report):
Peer 12/31/2025
ECN 264694-4
Zaid Alirhayim, MD Internal Medicine, Cardiovascular disease, Interventional cardiology

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Job Description Date:Truck DriverAWD 04/30/2024<br>TEE Date:Yes, AWD 12/05/2024 (labeled email)<br>Other Job Information & Date :<br>Prior Voc Involvement : OA - 06/10/2025<br>Policy Requirements :<br>Gross Benefit Amount and Percentage: $3,207.89<br>- LAKURTZ - Jan 05, 2026 09:41:17 am<br>*<br>*<br>*<br>*<br>*<br><br>APPEAL TRANSFERABLE SKILLS ANALYSIS ADDENDUM<br>See full report for details.<br><br>SUMMARY:<br>The Transferable Skills Analysis identified occupations.<br><br>Hanna D., M.Ed., CRC<br>Vocational Rehabilitation Consultant II<br>Group Protection<br>Lincoln Financial Group - HAMDO3 - Jan 07, 2026 10:52:55 am | | | | |
| 1/13/2026 | Documents/Mail | 143 | Appeal Dis Atty 21 Day Letter | Completed | LAKURTZ |
| | Appeal Dis Atty 21 Day LetterAttachments:D Fields Peer Report.pdfD Fields TSA.pdf | | | | |
| 1/13/2026 | Documents/Mail | 141 | Email | Completed | LAKURTZ |
| | 2026-01-07-11.53.29.182180O01 | | | | |
| 1/13/2026 | Documents/Mail | 142 | Incoming Correspondence | Completed | LAKURTZ |
| | 2026-01-07-11.53.29.195180O01 | | | | |
| 1/13/2026 12:56:22 PM | Claim Tasks | 32 | Appeal - 21 Day Letter | Requested | LAKURTZ |
| | 21 day = 02/03/2026 - LAKURTZ - Jan 13, 2026 12:56:46 pm | | | | |
| 2/11/2026 2:39:04 PM | Referrals | 12 | TSA | Initial | LAKURTZ |
| | Clarification Request<br><br>Claimant Name:David Fields<br>Claim Number:LTD 1230051807<br>Medical (name of provider, specialty, and date of report):<br>Peer 12/31/2025<br>ECN 264694-4<br>Zaid Alirhayim, MD Internal Medicine, Cardiovascular disease, Interventional cardiology<br><br>Job Description Date:Truck DriverAWD 04/30/2024<br>TEE Date:Yes, AWD 12/05/2024 (labeled email)<br>Other Job Information & Date :<br>Prior Voc Involvement : OA - 06/10/2025<br>Policy Requirements :<br>Gross Benefit Amount and Percentage: $3,207.89<br><br>The TSA completed on 01/07/2026 notes the follow ing viable occupations:<br><br>919.663-022Escort-Vehicle DriverS<br>735.687-030SorterS<br><br>The claimant w as w orking as a track trailer driver and benefits w ere supported through the OO period.<br><br>Medical consult w as completed and notes that the claimant has a Cardiac ejection fraction of 20% after the placement of a ICD he is no longer able to hold a CDL. | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

One of the occupations identified in the TSA is noted as an Escort Vehicle Driver. The claimant is not capable of commercial driving due to the placement of the ICD. He is disqualified from commercial driving due to the ICD.

He is also disqualified from strenuous activities.

Can you please clarify if the Escort-Vehicle Drive w ould be considered a commercial driver.

Would an Escort-Vehicle driver be considered to be a strenuous sedentary position?

Thank you for your assistance.
- LAKURTZ - Feb 11, 2026 02:39:27 pm
*
*
*
*
*

Appeal Transferable Skills Analysis Addendum: Upon review of the available information, both previously identified alternative occupations remain viable, as neither commercial driving nor strenuous physical activity is required.

Hanna Dow ning, M.Ed., CRC
Vocational Rehabilitation Consultant II - HAMDO3 - Feb 17, 2026 09:13:44 am

| | | | | | |
|---|---|---|---|---|---|
| 2/12/2026 | Claim Tasks | 32 | Appeal - 21 Day Letter | Completed | LAKURTZ |
| | 21 day = 02/03/2026 | | - LAKURTZ - Jan 13, 2026 12:56:46 pm | | |
| 2/24/2026 | Referrals | 12 | TSA | Completed | LAKURTZ |

Clarification Request

Claimant Name:David Fields
Claim Number:LTD 1230051807
Medical (name of provider, specialty, and date of report):
Peer 12/31/2025
ECN 264694-4
Zaid Alirhayim, MD Internal Medicine, Cardiovascular disease, Interventional cardiology

Job Description Date:Truck DriverAWD 04/30/2024
TEE Date:Yes, AWD 12/05/2024 (labeled email)
Other Job Information & Date :
Prior Voc Involvement : OA - 06/10/2025
Policy Requirements :
Gross Benefit Amount and Percentage: $3,207.89

The TSA completed on 01/07/2026 notes the follow ing viable occupations:

919.663-022Escort-Vehicle DriverS
735.687-030SorterS

The claimant w as w orking as a track trailer driver and benefits w ere supported through the OO period.

Medical consult w as completed and notes that the claimant has a Cardiac ejection fraction of 20% after the placement of a ICD he is no longer able to hold a CDL.

One of the occupations identified in the TSA is noted as an Escort Vehicle Driver. The claimant is not capable of commercial driving due to the placement of the ICD. He is disqualified from commercial driving due to the ICD.

He is also disqualified from strenuous activities.

Can you please clarify if the Escort-Vehicle Drive w ould be considered a commercial driver.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Would an Escort-Vehicle driver be considered to be a strenuous sedentary position?

Thank you for your assistance.
- LAKURTZ - Feb 11, 2026 02:39:27 pm
*
*
*
*
*

Appeal Transferable Skills Analysis Addendum: Upon review of the available information, both previously identified alternative occupations remain viable, as neither commercial driving nor strenuous physical activity is required.

Hanna Downing, M.Ed., CRC
Vocational Rehabilitation Consultant II - HAMDO3 - Feb 17, 2026 09:13:44 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/9/2026 | Referrals | 9 | Tolling Review | Completed | LAKURTZ |

Today's Date12/9/2025
Appeal Rcvd Date12/4/2025
Days Since Received5
Extension Sent Date12/9/2025
Tolling Start DateTolling end DateTolling Days
12/4/20251/8/2026 35
0
0
0
0
0
0
Tolling Days 35
45th Day of Active Review 1/18/2026
90th Day of Active Review 4/8/2026
Active Review Days Remaining to 90th Day120
*************************************************************************************** - LAKURTZ - Dec 09, 2025 09:43:59 am

Today's Date12/9/2025
Appeal Rcvd Date12/4/2025
Days Since Received5
Extension Sent Date12/9/2025
Tolling Start DateTolling end DateTolling Days
12/4/202512/10/20256
0
0
0
0
0
0
Tolling Days 6
45th Day of Active Review 1/18/2026
90th Day of Active Review 3/10/2026
Active Review Days Remaining to 90th Day91
************************************************************************************ - LAKURTZ - Dec 16, 2025 07:51:37 am

Today's Date12/9/2025
Appeal Rcvd Date12/4/2025
Days Since Received5
Extension Sent Date12/9/2025
Tolling Start DateTolling end DateTolling Days

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

12/4/202512/10/20256
1/13/20262/3/2026 21
0
0
0
0
0
Tolling Days27
45th Day of Active Review 1/18/2026
90th Day of Active Review 3/31/2026
Active Review Days Remaining to 90th Day112
************************************************************************************ - LAKURTZ - Jan 13, 2026 12:53:14 pm

| 3/9/2026 | Summary/Assessment/Path | 6 | First Level Appeal uphold AO - LAKURTZ - Mar 09, 2026 | Completed | LAKURTZ |
|---|---|---|---|---|---|

Summary Notes
First Level Appeal uphold AO - LAKURTZ - Mar 09, 2026 03:32:44 pm
Assessment Notes

Path Notes
Claimant Name: David L. Fields
Claim Number: LTD 1230051807
Policy Number:00001020986100000 ( CL 2 All other F/T EEs)
Group ID & Group Name:ETIM / East Tennessee Iron & Metal Works, Inc
Group Status:Active

The claimant is a 48 year old w ho ceased w orking as a truck driver (heavy) due to congestive failure.
DLW 02/07/2023, DOD 02/08/2023, BCD 08/07/2023, 24 month COD 08/07/2025, MBP 10/20/2044.
Benefit paid to COD and denied as not TDAO.

Claim Synopsis
Claimant ceased w orking due to congestive heart failure and a EF of 15%.
He eventually had a defibrillator implanted.
04/02/2025 Trans-thoracic echocardiogram noted EF of 20%

Initial Claim Decision:06/24/2025
Reason/Date of denial: Not TDAO
Type of Medical Review, Name, & Specialty: 10/08/2024 Dr/ Andre Akhondi, Cardiovascular Disease

The medical evidence on file supports w ork restrictions and limitations as outlined in the Peer Review completed by Dr. Andre Akhondi that include never to climb ladders, w ork at unprotected heights, operate heavy machinery, avoid diathermic (a material or w all that allow s heat to pass through it freely) procedures, kneel, crouch or craw l. You may occasionally lift/carry/push/pull 20 pounds, climb stairs, stoop, balance, reach overhead and below your w aist. You may frequently stand, w alk. It w as recommended that you avoid close prolonged contact w ith magnets or other magnetic fields, keep magnets at least six inches from w here your ICD (implantable cardioverter defibrillator) device is implanted. These restrictions and limitations are considered to be permanent given your heart failure and significantly reduced ejection fraction. Improvement is not expected in the future. These restrictions and limitations w ould prevent you from performing the essential functions of your heavy physical capacity demand ow n occupation.

As part of your client's appeal review , all current and new medical information w as review ed by Zaid Alirhayim, MD, an independent physician review er Board Certified in Internal Medicine, Cardiovascular Disease, Interventional Cardiology. For details of these medical records please refer to the medical review that w as sent to you on 01/13/2026. In addition to the medical report a Transferrable Skills Analysis (TSA) w as also completed and sent to you at the same time. The reports w ere sent to you to afford you the opportunity for you or your client's treating physician(s) to respond or offer a rebuttal.

The peer notes that the claimant has nonischemic cardiomyopathy w ith severely reduced ejection fraction (EF 10-15%) and severe global left ventricular systolic dysfunction.

He states that based on the measurable findings, the claimant's chronic systolic heart failure w ith severe global left

ventricular dysfunction and related cardiac dysfunction and related cardiac findings is impairing.

Taking into consideration the impairing diagnosis of
chronic systolic heart failure, the follow ing restrictions are recommended.

Sitting: Unrestricted.
Standing: Occasionally.
Walking: Occasionally.
Lifting: Occasionally up to 10 lbs., BUE.
Carrying: Occasionally up to 10 lbs., BUE.
Pushing: Occasionally up to 10 lbs., BUE.
Pulling: Occasionally up to 10 lbs., BUE.
Climbing stairs: Never.
Balancing: Occasionally.
Stooping: Occasionally.
Kneeling: Occasionally.
Crouching: Occasionally.
Craw ling: Occasionally.
Reaching: Unrestricted to all three levels, BUE.
Use low er extremities for foot controls: Unrestricted, BLE.
Fine manipulation: Unrestricted BUE.
Simple and firm grasping: Unrestricted BUE.

The claimant's abilities are sustainable on a full-time basis.

We clarified w ith our Vocational Rehabilitation Consultant that the occupations outlined in the Transferrable Skills Analysis remained viable based upon Mr. Fields' reduced ejection fraction. It w as determined that neither occupation identified w ould involve commercial driving or be considered strenuous physical activity.

There w as no response to the medical report or the transferrable skills analysis.
PATH:
Uphold letter to the atty
no letter to the ER since the DOD is more than 2 years ago. - LAKURTZ - Mar 09, 2026 03:32:44 pm

| 3/9/2026 | Summary/Assessment/Path | 5 | AO First Level LTD Appeal | Completed | LAKURTZ |
| --- | --- | --- | --- | --- | --- |

Summary Notes
AO First Level LTD Appeal

Attorney Information:Tony Farmer & John Dreiser Injury & Accident Law
865-584-1211 (fax 865-584-1171)
Attorney is John Dreiser
- LAKURTZ - Dec 09, 2025 09:47:17 am
Assessment Notes

Path Notes

Attorney Information:Tony Farmer & John Dreiser Injury & Accident Law
865-584-1211 (fax 865-584-1171)
Attorney is John Dreiser

Appeal level:First
Date Appeal Received:12/04/2025
45th day due on 30th day - yes / no
45th Day:01/18/2026
90th Day:03/04/2026

Claimant Name: David L. Fields
Claim Number: LTD 1230051807
Policy Number:00001020986100000 ( CL 2 All other F/T EEs)
Group ID & Group Name:ETIM / East Tennessee Iron & Metal Works, Inc

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Group Status:Active

Claim Demographics
Current Age: 48(
Situs Sate:TNState Language applicable: N
State of Residence: TNState Language applicable: N
ZIP Code:37857
Time Zone:Eastern
Effective Date:12/01/2015
Estimated Net benefit: (Monthly):$3,207.89 - $2330 = $877.89
SS Aw ard information:08/01/2023
Life Insurance:
Date of Disability: DLW 02/07/2023 DOD 02/08/2023
EP: 180
Benefit Commencement Date: 08/07/2023
Benefit Paid/Approved To Date:08/07/2025
Change in Definition (COD) Date: 24 months = 08/07/2025
Max Duration Date: 10/20/2044
Job Description / Location in AWD: Truck Driver
OA / Location in AWD:Yes - AWD 10/18/2025
Physical Demand Level of Occ:Heavy
Prior TSA:Yes (06/14/2025)
209.667-014 Order Caller $3,373.00/mo Light

Primary Diagnosis: Unspecified diastolic (congestive) heart
Co-Morbid Diagnoses: essential hypertension
ERISA or NON-ERISA (verified)ERISA since the group in Incorporated

Riders:Buy Up / Family Care / PIB
STD claim status:STD 1230012611
LW claim status:LW

GainfulN
Pre-ExN
TEEyes
Auth11/26/2024

Contractual limits= 08/07/2030
Legal action5 years
Proof of claimEP

Claim Synopsis
Claimant ceased w orking due to congestive heart failure and a EF of 15%.
He eventually had a defibrillator implanted.
04/02/2025 Trans-thoracic echocardiogram noted EF of 20%

Initial Claim Decision:06/24/2025
Reason/Date of denial: Not TDAO
Type of Medical Review, Name, & Specialty: 10/08/2024 Dr/ Andre Akhondi, Cardiovascular Disease

The medical evidence on file supports w ork restrictions and limitations as outlined in the Peer Review completed by Dr. Andre Akhondi that include never to climb ladders, w ork at unprotected heights, operate heavy machinery, avoid diathermic (a material or w all that allow s heat to pass through it freely) procedures, kneel, crouch or craw l. You may occasionally lift/carry/push/pull 20 pounds, climb stairs, stoop, balance, reach overhead and below your w aist. You may frequently stand, w alk. It w as recommended that you avoid close prolonged contact w ith magnets or other magnetic fields, keep magnets at least six inches from w here your ICD (implantable cardioverter defibrillator) device is implanted. These restrictions and limitations are considered to be permanent given your heart failure and significantly reduced ejection fraction. Improvement is not expected in the future. These restrictions and limitations w ould prevent you from performing the essential functions of your heavy physical capacity demand ow n occupation.

Current Providers - last 18 to 24 months
Mark Dale Avie, GP 423-921-1600
William Patel, Cardio Electro 865-392-3400
Barry Michelson, Cardiologist 864-392-3400 / fax 865-392-3449
Warren Stribling, Heart Failure 615-396-5849 / fax 615-396-5703

Recent Surgeries:

Appeal being discussed:
Attorney provided no rationale for the appeal and indicated in his fax that a thumb drive w ith pertinent medical records has been included. No thumb drive w as received as this w as a fax and the hard copy has not yet been received.

Information Submitted w ith appeal and not previously review ed:

PATH:
Sending ack appeal to the attorney and providing a 30-day extension to submit the thumb drive. Tolling during this time.
No letter to the ER since the DOD is more than 2 years ago

NOTES:

Previous Review s:
06/05/2025 NDC MAGLE8 - Triage
10/01/2024 ECN 276877

- LAKURTZ - Dec 09, 2025 09:47:17 am

MAIL:
Attorney letter dated 12/02/2025. Thumb drive is being submitted.
Rural Health Services Consortium, Inc.
05/14/2025 labs
08/20/2025 OV - note indicates he is being seen to discuss LTD insurance.
05/20/2025 - OV

Tennova Heart OV - 03/12/2025 to 09/12/2025

Ascension St. Thomas - 03/27/2025 1 year follow up for chronic systolic heart failure.
08/07/2025 - 3 month follow up

04/02/2026 - TTE Echo
Left ventricle size is moderately dilated
EF is 20%
Severe global left ventricular systolic dysfunction
Diastolic filling pattern Grade II
- LAKURTZ - Dec 16, 2025 07:49:26 am

sending the rec'd information letter and setting up review . - LAKURTZ - Dec 16, 2025 07:55:23 am

Peer 12/31/2025
ECN 264694-4
Zaid Alirhayim, MD Internal Medicine, Cardiovascular disease, Interventional cardiology

The peer notes that the claimant has nonischemic cardiomyopathy w ith severely reduced ejection fraction (EF 10-15%) and severe global left ventricular systolic dysfunction.

He states that based on the measurable findings, the claimant's chronic systolic heart failure w ith severe global left ventricular dysfunction and related cardiac dysfunction and related cardiac findings is impairing.

Taking into consideration the impairing diagnosis of

chronic systolic heart failure, the follow ing restrictions are recommended.

Sitting: Unrestricted.
Standing: Occasionally.
Walking: Occasionally.
Lifting: Occasionally up to 10 lbs., BUE.
Carrying: Occasionally up to 10 lbs., BUE.
Pushing: Occasionally up to 10 lbs., BUE.
Pulling: Occasionally up to 10 lbs., BUE.
Climbing stairs: Never.
Balancing: Occasionally.
Stooping: Occasionally.
Kneeling: Occasionally.
Crouching: Occasionally.
Craw ling: Occasionally.
Reaching: Unrestricted to all three levels, BUE.
Use low er extremities for foot controls: Unrestricted, BLE.
Fine manipulation: Unrestricted BUE.
Simple and firm grasping: Unrestricted BUE.

The claimant's abilities are sustainable on a full-time basis.

RLs sup pored from 08/07/2025 and beyond w ith reassessment around 06/23/2026.

sending for a new TSA to determine the the RLs remain valid based on these new RLs. - LAKURTZ - Jan 05, 2026 09:32:40 am

TSA - Occupations w ere identified
919.663-022 Escort-Vehicle Driver Sed $3678
735.687-030 Sorter (small products) Sed $3955

- LAKURTZ - Jan 13, 2026 12:48:39 pm

sending the peer and TSA and providing 21 days RTR = 02/03/2026 - LAKURTZ - Jan 13, 2026 12:54:48 pm

sending peer for further review . - LAKURTZ - Feb 05, 2026 10:02:23 am

sending for TSA clarification regarding escort driver. - LAKURTZ - Feb 11, 2026 02:40:06 pm

Vocational Response:
TSA Analysis - previously identified alternative occupations remain viable, as neither commercial driving nor strenuous physical activity is required.
- LAKURTZ - Feb 24, 2026 07:21:50 am

Moving forw ard w ith determination as there is no change to the occupations identified in the TSA w hich w as previously supplied to the atty for review . - LAKURTZ - Feb 24, 2026 07:27:56 am

| | | | | | |
|---|---|---|---|---|---|
| 3/9/2026 | Appeal | 1 | Level 1 | Closed | LAKURTZ |
| 3/9/2026 | Documents/Mail | 144 | Appeal Any Occ Level 1 Uphold Atty | Completed | LAKURTZ |
| | Appeal Any Occ Level 1 Uphold AttyAttachments:Translation services | | | | |
| 3/9/2026 | Claim Tasks | 31 | Appeal 90 Day Extension | Completed | LAKURTZ |
| | 90th day = 03/04/2025<br>Revised 90th day = 04/08/2026 - LAKURTZ - Dec 09, 2025 09:41:56 am<br>REVISED 90th day = 03/10/2026 - LAKURTZ - Dec 16, 2025 07:52:15 am<br>REVISED 90th day = 03/31/2026 - LAKURTZ - Jan 13, 2026 12:55:23 pm | | | | |
| 3/9/2026 3:33:57 PM | Status | | Not TD Any Occ | CLOSED | LAKURTZ |
| 5/20/2026 11:20:45 AM | Claim Tasks | 33 | Paper File | Follow Up | SRBS22 |

Please prepare a full file copy. As a reminder the file copy should include the follow ing information, in this order.

1. Claim Profile

| Posted Date | Category | Seq | Item | Status | User |
| --- | --- | --- | --- | --- | --- |
| | 2. Chronological Activity List<br>3. Policy at time of DOD<br>4. Certificate at time of DOD<br>5. All AWD/Paper documents.<br><br>Please save the follow ing file(s) in the Legal Requests folder:<br><br>LTD 1230051807<br>STD 1230012611<br>LW 1230070518<br><br>- DMQMA5 - May 20, 2026 11:21:50 am | | | | |
| 5/20/2026 1:23:28 PM | Status | | | REOPENED | CXGEARY |

REF #34577694

Lincoln Financial Group

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

January 13, 2026

THE LAW OFFICES OF TONY FARMER AND JOHN DREISER
ATTN JOHN P DREISER
1356 PAPERMILL POINTE WAY
KNOXVILLE, TN 37909

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear JOHN P DREISER:

This letter is in regard to your client's appeal for Long Term Disability benefits.

As part of your client's appeal review, your client's medical information was reviewed by an independent Board Certified physician and a Vocational Rehabilitation Consultant. We are enclosing a copy of the reports with this letter for your client to review prior to completion of our appeal decision.

Your client may wish to provide this assessment to their treating physician(s) for further review. Any additional written information or comments must be provided within 21 days.

The 21-day period will expire on 02/03/2026. Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or fax it to 402-361-1460. If you will not be responding to the review, please advise us in writing immediately.

We are allowing you time to respond to the review as required by The Department of Labor. Due to these special circumstances an extension of time to process your client's appeal is required and we are exercising our right to take an extension of time to decide the appeal.

We are not making a final determination on your client's disability claim at this time as we want to provide your client every opportunity to review our assessment and provide a response.

If we do not receive a response by 02/03/2026, then we will render a decision based on the information currently in the file.

©2026 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #34577694

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Lisa K
800-423-2765 x 66442
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

# Zaid Alirhayim, MD
***Board-Certified in Internal Medicine***
***Cardiovascular disease***
***Interventional cardiology***

CLAIMANT NAME: Fields, David
EXAMINER: Zaid Alirhayim, MD
EMPERION #: 264694-4
CLAIM #: 1230051807
DATE OF LOSS: 2/8/2023
DATE OF SERVICE: 12/31/2025

**Peer Review**

This is a peer review regarding Fields, David. I have been asked to review the medical records on behalf of Emperion. I reviewed records from 01/31/2023 through 09/12/2025 including:

- Connie Manz Hinkle, MD / Family Medicine, on 01/31/2023
- Barry Michelson, MD / Interventional Cardiology, extending from 02/06/2023 to 09/12/2025
- EKG result, extending from 02/06/2023 to 03/15/2024
- Lab result, extending from 02/07/2023 to 03/15/2023
- Dylan Simmons, DO / Diagnostic Radiology, extending from 02/09/2023 to 07/14/2023
- Mark J. Dalle-Ave, MD / Family Medicine, extending from 02/19/2023 to 08/20/2025
- ECG result, extending from 02/24/2023 to 09/12/2025
- Unknown Provider, on 05/03/2023
- Tennova Heart, on 05/24/2023
- Nilamkumar Patel, MD / Cardiovascular Disease, extending from 06/08/2023 to 05/23/2024
- Anne K. Kassira, MD / Cardiovascular Disease, on 06/15/2023
- Turkey Creek Medical Center Lab result, on 07/14/2023
- Boston Scientific, extending from 07/15/2023 to 08/08/2024
- Sara Johnson, NP / Nurse Practitioner, extending from 07/21/2023 to 10/12/2023
- Geneva Health Solutions, extending from 07/25/2023 to 08/23/2024
- Warren Stribling, MD / Cardiovascular Disease, extending from 10/12/2023 to 03/28/2025
- Rural Health Services Consortium, Inc., extending from 01/03/2024 to 05/14/2025
- Dustin McCoy, PA / Physician Assistant, on 11/25/2024
- St. Thomas West Hospital Exercise Test, on 01/20/2025
- Tennova Turkey Creek, extending from 03/12/2025 to 09/12/2025
- Kemal Akat, PhD / Cardiovascular Disease, on 05/08/2025
- Don Chomsky, MD / Cardiology, on 08/07/2025

- Tennova Medical Group, on 08/08/2025

The claimant is a 48-year-old male with a medical history significant for Congestive heart failure.

06/15/2023, Kassira Anne, MD / Radiology: Cardiac MRI revealed a severely dilated left ventricle with moderate systolic dysfunction, ejection fraction (EF) 26.97%. There was akinesis and wall thickening of the anterior, inferior, and lateral walls. There was 50% subendocardial late gadolinium enhancement (LGE) in the basal and mid-lateral walls, consistent with an infarct pattern. There was also nonspecific mid-myocardial LGE in the basal septal wall, not consistent with an infarct pattern. There was a normal right ventricular size with moderate systolic dysfunction, EF 31.79%. Moderate left atrial enlargement and mild atrial enlargement. There was mild mitral regurgitation and a dilated main pulmonary artery.

07/14/2023, Dylan Simmons, MD / Radiology: X-ray of the chest revealed biventricular cardiac pacer, no pneumothorax, Cardiomegaly with mild interstitial pulmonary edema and bibasilar atelectasis.

04/02/2025, Barry Michelson, MD / Cardiology: A transthoracic echocardiogram (ETT) showed normal wall thickness, left ventricle size was moderately dilated, and EF was estimated at 20%. There was severe global left ventricular systolic dysfunction. Diastolic filling pattern grade 2, which was consistent with moderately elevated left ventricular filling pressure. A pacemaker wire was observed in the right ventricle (RV). No aortic stenosis, no aortic regurgitation. The left atrium was mildly to moderately enlarged. Right ventricular systolic pressure was moderately elevated and was estimated at 57mmHg.

04/03/2025, Lab Results: Pro B-type natriuretic peptide was high with a value of 882.

05/08/2025, Kemal Marc, MD / Cardiology: The claimant had a follow-up visit. He had occasional palpitations, could walk without issues on even ground, 2-3 flights of stairs, no orthopnea, and no edema. He felt dizzy for a few days after an increase in sacubitril/valsartan with Systolic BPs in the 80s. Physical exam showed a normal heart rate and no edema at the extremities.

08/07/2025, Don Chomsky, MD / Cardiology: The claimant had a follow-up visit. He had a past medical history of COVID-19 diagnosed in 2022 and a more recent diagnosis of nonischemic cardiomyopathy (NICM) with an ejection fraction (EF) of 10–15% along with chronic systolic heart failure (cSHF) after presenting in February with weight gain, abdominal swelling, lower extremity (LE) swelling, dyspnea, and reflux symptoms. He had not had left ventricular (LV) recovery and was referred for cardiac resynchronization therapy defibrillator (CRT-D), which was implanted in July 2023. One year before the visit, no medication (med) changes were made. Cardiopulmonary exercise testing (CPX) showed peak oxygen consumption (VO2) of 13.9 with a slope of 32.85. On 5/07/2025, at a 6-week follow-up with transesophageal echocardiogram (TEE), the unchanged ejection fraction (EF) of 20%, grade 2 diastolic dysfunction (DD), and mild mitral regurgitation

(MR). He had occasional palpitations, could walk without issues on even ground, 2-3 flights of stairs, no orthopnea, and no edema. He felt dizzy for a few days after an increase in sacubitril/valsartan with systolic blood pressure in the 80s, but it subsided. Today, he returned for a follow-up visit and felt quite well on current medical therapy and denied chest pain (CP), shortness of breath (SOB), orthopnea, paroxysmal nocturnal dyspnea (PND), edema, palpitations, presyncope, or syncope. Physical exam showed regular cardiac rhythm, normal rate, and no murmur. His carvedilol was increased. The provider noted that cardiac MRI was most consistent with ischemic cardiomyopathy (CM). He was not found to have coronary artery disease (CAD).

08/08/2025, Nilankumar Patel, MD / Cardiology: The claimant had a follow-up visit for the evaluation of his CRT-D. The device was implanted on 07/14/2023. No ventricular episodes were detected. No therapies were delivered.

08/20/2025, Mark Dalle, MD / Family Medicine: The claimant had a follow-up visit for a long-term disability. He stated that the cardiologist told him that he did not need to go back to work. Physical exam showed a normal heart rate and sounds. The provider recommended that he continue with lisinopril and aspirin. The provider stated that due to his medical conditions of cardiomyopathy, sleep apnea, a pacemaker, and heart failure, he could not go back to school for a trade due to his being unable to stand for 15 minutes at a time. He continued to have dizziness with medication changes, frequently by the cardiologist. His medication made it difficult to stay focused during the day.

08/27/2025, Barry Michelson, MD / Cardiology (letter): The provider wrote a letter to provide an official account and assessment concerning the claimant’s current heart condition. He stated that the claimant was diagnosed with primary idiopathic dilated cardiomyopathy following a series of comprehensive evaluations. His condition significantly affected his physical functions, rendering routine tasks a challenge and, at times, nearly impossible. Despite ongoing treatment and therapy, there had been no substantial improvement in his heart functionality. The symptoms, which included SOB, extreme fatigue, continued to persist and interfere with his daily activities. He may be able to perform normally one day, and the next would require several hours of rest to recover, rendering professional responsibilities unpredictable at best. He stated that the claimant was unable to engage in any form of gainful employment due to the severity and unpredictability of his condition. He recommended that the claimant be granted continued long-term disability status to focus on managing his health without the added stress of occupational demands.

09/12/2025, Barry Michelson, MD / Cardiology: The claimant had a follow-up visit for nonischemic CM and left ventricular cardiac dysfunction. His heart failure remained reasonably well compensated. He was not having significant issues with orthopnea or paroxysmal nocturnal dyspnea. His blood pressure remained low, and he would have occasional episodes of transient lightheadedness. Since his carvedilol dose was increased a little, he had more hiccups. He was not having significant diaphragmatic pacing. Physical exam showed edema below the knees. The provider stated that the claimant had severe global left ventricular dysfunction in the absence of significant coronary disease.

He underwent evaluation by the advanced heart failure team. He was on a good regimen, which had been responsive as far as his symptoms. ECG result showed sinus rhythm with ventricular pacing.

09/12/2025, Lab. Results: Complete metabolic panel (CMP) showed high total bilirubin (1.6); other parameters were within normal limits (WNL). B-type natriuretic peptide N-terminal was high (1045).

**DIAGNOSES:** Congestive heart failure.

**CALL ATTEMPTS:**

Phone call to Dr. Michelson's office - Tuesday, 12/23/25, 1:22PM, the number provided was incorrect with alternative number being found in the medical records as 865-392-3400. unable to leave a message at Tennova Heart -Turkey Creek due to hold times exceeding 10 minutes with no option to leave a message. Contact number used for outreach: 864-392-3400.

Phone call to Dr. Michelson's office - Wednesday, 12/24/25, 9:50AM, unable to leave a message at Tennova Heart -Turkey Creek due to hold times exceeding 10 minutes with no option to leave a message. Contact number used for outreach: 865-392-3400.

**RESPONSE TO QUESTIONS:**

1. **For all medical conditions causing functional impairment or reported by the claimant and/or treating providers as causing functional impairment during the time frame under review (08/07/2025 and beyond), respond to all of the following:**

a. **List the conditions in order of their contribution to the impairment. Provide the most relevant ICD-10 codes for the first two conditions. Opine on whether each condition is either supported or not supported and provide supporting evidence.**

Chronic systolic heart failure I150.23 – supported.

The claimant had nonischemic cardiomyopathy (NICM) with severely reduced ejection fraction (EF 10–15%) and severe global left ventricular systolic dysfunction. On 08/07/2025, he continued to have grade 2 diastolic dysfunction, mild mitral regurgitation, and mild to moderate left atrial enlargement. He had a pacemaker / cardiac resynchronization therapy defibrillator (CRT-D) in place, implanted on 07/14/2023, with no ventricular episodes detected and no therapies delivered. He reported occasional palpitations and transient lightheadedness with medication adjustments but denied orthopnea, paroxysmal nocturnal dyspnea, chest pain, shortness of breath, edema, presyncope, or syncope. Physical examination on 09/12/2025 showed regular cardiac rhythm, normal heart rate, and edema below the knees. Laboratory studies on 09/12/2025 showed elevated B-type natriuretic peptide (NT-proBNP 1045) and mildly elevated total

bilirubin (1.6). ECG on 09/12/2025 showed sinus rhythm with ventricular pacing. Thus, based on measurable findings, the claimant's chronic systolic heart failure with severe global left ventricular dysfunction and related cardiac findings is impairing.

**b. If you believe there are no impairing conditions, specify which conditions are being claimed by either the claimant or treating providers as impairing.**

N/A

**c. Do the medical records reveal any co-morbid conditions that affect the claimant`s functional impairment but do not independently necessitate restrictions/limitations? Please explain how these co-morbid conditions interact with, and affect the treatment of, the impairing conditions identified in your response to 1a.**

N/A

**2. For the impairing conditions, what restrictions/limitations, if any, are supported during the timeframe under review? Please use measurable and specific terms. Please indicate if restrictions/limitations are sustainable on a full-time basis, and if not, advise how many hours per day and per week they would be sustainable, with supporting evidence provided.**

The claimant is a 48-year-old male with a medical history significant for chronic systolic heart failure and sleep apnea.

I respectfully defer the diagnosis of sleep apnea to the appropriate specialty, as it is not within the scope of my review.

On 04/02/2025, Barry Michelson, MD, a transthoracic echocardiogram (TTE) showed normal wall thickness, left ventricle size was moderately dilated, and EF was estimated at 20%. There was severe global left ventricular systolic dysfunction. Diastolic filling pattern grade 2, which was consistent with moderately elevated left ventricular filling pressure. A pacemaker wire was observed in the right ventricle (RV). No aortic stenosis, no aortic regurgitation. The left atrium was mildly to moderately enlarged. Right ventricular systolic pressure was moderately elevated and was estimated at 57mmHg. On 04/03/2025, Lab Results, pro B-type natriuretic peptide was high with a value of 882. On 05/08/2025, Kemal Marc, MD, the claimant, had a follow-up visit. He had occasional palpitations, could walk without issues on even ground, 2-3 flights of stairs, no orthopnea, and no edema. He felt dizzy for a few days after an increase in sacubitril/valsartan with Systolic BPs in the 80s. Physical exam showed a normal heart rate and no edema at the extremities. On 08/07/2025, Don Chomsky, MD, the claimant, had a follow-up visit. He had a past medical history of COVID-19 diagnosed in 2022 and a more recent diagnosis of nonischemic cardiomyopathy (NICM) ejection fraction (EF) of 10–15% along with chronic systolic heart failure (cSHF) after presenting in February with weight gain, abdominal swelling, lower extremity (LE) swelling, dyspnea, and

reflux symptoms. He had not had left ventricular (LV) recovery and was referred for cardiac resynchronization therapy defibrillator (CRT-D), which was implanted in July 2023. One year before the visit, no medication (med) changes were made. Cardiopulmonary exercise testing (CPX) showed peak oxygen consumption (VO2) of 13.9 with a slope of 32.85. On 5/07/2025, at a 6-week follow-up with transesophageal echocardiogram (TEE), transesophageal echocardiogram (TEE) showed the unchanged ejection fraction (EF) of 20%, grade 2 diastolic dysfunction (DD), and mild mitral regurgitation (MR). He had occasional palpitations, could walk without issues on even ground, 2-3 flights of stairs, no orthopnea, and no edema. He felt dizzy for a few days after an increase in sacubitril/valsartan with systolic blood pressure in the 80s, but it subsided. Today, he returned for a follow-up visit and felt quite well on current medical therapy and denied chest pain (CP), shortness of breath (SOB), orthopnea, paroxysmal nocturnal dyspnea (PND), edema, palpitations, presyncope, or syncope. Physical exam showed regular cardiac rhythm, normal rate, and no murmur. His carvedilol was increased. The provider noted that cardiac MRI was most consistent with ischemic cardiomyopathy (CM). He was not found to have coronary artery disease (CAD). On 08/08/2025, Nilankumar Patel, MD, the claimant, had a follow-up visit for the evaluation of his CRT-D. The device was implanted on 07/14/2023. No ventricular episodes were detected. No therapies were delivered.

On 08/20/2025, Mark Dalle, MD, the claimant, had a follow-up visit for a long-term disability. He stated that the cardiologist told him that he did not need to go back to work. Physical exam showed a normal heart rate and sounds. The provider recommended that he continue with lisinopril and aspirin. The provider stated that due to his medical conditions of cardiomyopathy, sleep apnea, a pacemaker, and heart failure, he could not go back to school for a trade due to his being unable to stand for 15 minutes at a time. He continued to have dizziness with medication changes, frequently by the cardiologist. His medication made it difficult to stay focused during the day. On 09/12/2025, Barry Michelson, MD, the claimant, had a follow-up visit for nonischemic CM and left ventricular cardiac dysfunction. His heart failure remained reasonably well compensated. He was not having significant issues with orthopnea or paroxysmal nocturnal dyspnea. His blood pressure remained low, and he would have occasional episodes of transient lightheadedness. Since his carvedilol dose was increased a little, he had more hiccups. He was not having significant diaphragmatic pacing. Physical exam showed edema below the knees. The provider stated that the claimant had severe global left ventricular dysfunction in the absence of significant coronary disease. He underwent evaluation by the advanced heart failure team. He was on a good regimen, which had been responsive as far as his symptoms. ECG result showed sinus rhythm with ventricular pacing. On 09/12/2025, Lab. Results of a complete metabolic panel (CMP) showed high total bilirubin (1.6); other parameters were within normal limits (WNL). B-type natriuretic peptide N-terminal was high (1045).

On 08/27/2025, Barry Michelson, MD, the provider, wrote a letter to provide an official account and assessment concerning the claimant's current heart condition. He stated that the claimant was diagnosed with primary idiopathic dilated cardiomyopathy following a series of comprehensive evaluations. His condition significantly affected his physical

functions, rendering routine tasks a challenge and, at times, nearly impossible. Despite ongoing treatment and therapy, there had been no substantial improvement in his heart functionality. The symptoms, which included SOB, extreme fatigue, continued to persist and interfere with his daily activities. He may be able to perform normally one day, and the next would require several hours of rest to recover, rendering professional responsibilities unpredictable at best. He stated that the claimant was unable to engage in any form of gainful employment due to the severity and unpredictability of his condition. He recommended that the claimant be granted continued long-term disability status to focus on managing his health without the added stress of occupational demands. I respectfully disagree with the provider's opinion that the claimant is unable to engage in any form of gainful employment. Based on measurable findings, the claimant retains the ability to work full-time with appropriate restrictions. He can sit unrestricted, walk on even ground, and demonstrates sufficient mobility for sedentary tasks. While he experiences occasional palpitations, transient lightheadedness, and fatigue, these symptoms are manageable and infrequent, especially if work allows for pacing and avoidance of prolonged exertion. His chronic systolic heart failure remains reasonably well compensated on optimal medical therapy, and his cardiac resynchronization therapy defibrillator (CRT-D) shows no recorded episodes, providing additional cardiac support.

Overall, the claimant has a history of chronic systolic heart failure. With respect to chronic systolic heart failure (cSHF), the claimant had nonischemic cardiomyopathy (NICM) with severely reduced ejection fraction (EF 10–15%) and severe global left ventricular systolic dysfunction. On 08/07/2025, he continued to have grade 2 diastolic dysfunction, mild mitral regurgitation, and mild to moderate left atrial enlargement. He had a pacemaker / cardiac resynchronization therapy defibrillator (CRT-D) in place, implanted on 07/14/2023, with no ventricular episodes detected and no therapies delivered. He reported occasional palpitations and transient lightheadedness with medication adjustments but denied orthopnea, paroxysmal nocturnal dyspnea, chest pain, shortness of breath, edema, presyncope, or syncope. Physical examination on 09/12/2025 showed regular cardiac rhythm, normal heart rate, and edema below the knees. Laboratory studies on 09/12/2025 showed elevated B-type natriuretic peptide (NT-proBNP 1045) and mildly elevated total bilirubin (1.6). ECG on 09/12/2025 showed sinus rhythm with ventricular pacing. Thus, based on measurable findings, the claimant's chronic systolic heart failure with severe global left ventricular dysfunction and related cardiac findings is impairing. Taking into consideration the impairing diagnosis of chronic systolic heart failure, the following restrictions are recommended.

Sitting: Unrestricted.
Standing:  Occasionally.
Walking: Occasionally.
Lifting: Occasionally up to 10 lbs., BUE.
Carrying: Occasionally up to 10 lbs., BUE.
Pushing: Occasionally up to 10 lbs., BUE.
Pulling: Occasionally up to 10 lbs., BUE.
Climbing stairs: Never.
Balancing: Occasionally.

Stooping: Occasionally.
Kneeling: Occasionally.
Crouching: Occasionally.
Crawling: Occasionally.
Reaching: Unrestricted to all three levels, BUE.
Use lower extremities for foot controls: Unrestricted, BLE.
Fine manipulation: Unrestricted BUE.
Simple and firm grasping: Unrestricted BUE.

The claimant's abilities are sustainable on a full-time basis.

**a. Identify when the restrictions/limitations began and the duration these restrictions/limitations would be present. Please explain and provide your rationale with supporting evidence.**

These restrictions and limitations are supported from 08/07/2025 and beyond. A reassessment is recommended on or around 06/23/2026.

**b. For any period of time that restrictions/limitations are not supported, please explain the clinical rationale using specific findings from the records to support your opinion.**

N/A

**c. If You disagree with AP`s restrictions/limitations, please outline their proposed restrictions/limitations, then provide your opinion and rationale for the discrepancy with supporting evidence.**

On 08/27/2025, Barry Michelson, MD, the provider, wrote a letter to provide an official account and assessment concerning the claimant's current heart condition. He stated that the claimant was diagnosed with primary idiopathic dilated cardiomyopathy following a series of comprehensive evaluations. His condition significantly affected his physical functions, rendering routine tasks a challenge and, at times, nearly impossible. Despite ongoing treatment and therapy, there had been no substantial improvement in his heart functionality. The symptoms, which included SOB, extreme fatigue, continued to persist and interfere with his daily activities. He may be able to perform normally one day, and the next would require several hours of rest to recover, rendering professional responsibilities unpredictable at best. He stated that the claimant was unable to engage in any form of gainful employment due to the severity and unpredictability of his condition. He recommended that the claimant be granted continued long-term disability status to focus on managing his health without the added stress of occupational demands. I respectfully disagree with the provider's opinion that the claimant is unable to engage in any form of gainful employment. Based on measurable findings, the claimant retains the ability to work full-time with appropriate restrictions. While he experiences occasional palpitations, transient lightheadedness, and fatigue, these symptoms are manageable and infrequent, especially if work allows for pacing and avoidance of prolonged exertion. His

chronic systolic heart failure remains reasonably well compensated on optimal medical therapy, and his cardiac resynchronization therapy defibrillator (CRT-D) shows no recorded episodes, providing additional cardiac support.

3. **Based on the conditions and/or self-reported symptoms being claimed as functionally impairing for the timeframe under review, do you feel the medical management of the claimant`s condition and symptoms is clinically reasonable and consistent with the severity of reported symptoms and claimed functional limitations? Please explain. Provide your medical opinion on what would be expected for medical management of the condition, including the frequency, duration, any evaluations, or treatment that should be occurring.**

Yes, based on the conditions and/or self-reported symptoms being claimed as functionally impairing for the timeframe under review. The medical management of the claimant`s condition and symptoms is clinically reasonable and consistent with the severity of reported symptoms and claimed functional limitations.

The claimant has severe global left ventricular systolic dysfunction with an ejection fraction of 10–15%, grade 2 diastolic dysfunction, mild mitral regurgitation, and mild to moderate left atrial enlargement. He is on guideline-directed medical therapy, including sacubitril/valsartan and carvedilol, with appropriate adjustments to address symptoms. He also has a cardiac resynchronization therapy defibrillator (CRT-D) in place, which is being monitored and shows no ventricular episodes, indicating proper device management. The frequency of follow-up visits, laboratory monitoring, device interrogation, and cardiac imaging, including echocardiography and cardiac MRI, aligns with standard practice for patients with severe systolic heart failure. Ongoing management which includes regular cardiology follow-up, periodic echocardiography, laboratory monitoring of electrolytes, and natriuretic peptides, continued device evaluation, and titration of medications as tolerated, are clinically reasonable and to be continued. Patient education regarding symptom recognition and lifestyle modifications, as well as consideration of advanced heart failure therapies if deterioration occurs, would also be appropriate. In the absence of decompensation, evaluations every 3-6 months would be appropriate.

“I, Zaid S Alirhayim, MD, am a physician duly licensed to practice medicine in the States of AR, AZ, MO, OH, and WI. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Emperion.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion

- No delegation of the examination rendered
- All opinions are rendered within a reasonable degree of medical certainty

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

Sincerely,

**Zaid Alirhayim, MD**
**Board Certified in Cardiovascular Disease**
**Interventional Cardiology**
**Medical License AR E-18457; AZ 73414;**
**MO 2023047292; OH 35.147877; WI 4254-320**

**Hanna D., M.Ed., CRC**
Vocational Rehabilitation Consultant II
Group Protection

# APPEAL TRANSFERABLE SKILLS ANALYSIS ADDENDUM

| | |
|---|---|
| **Claimant Name:** | David Fields |
| **Claim Number:** | 1230051807 |
| **Employer:** | East Tennessee Iron & Metal Works, Inc. |
| **Date of Report:** | 01/07/2026 |
| **Pre-disability Earnings:** | $5,346.48 |
| **Benefit Amount:** | $3,207.89 |

While in appeal status, an update to the Transferable Skills Analysis (TSA) completed on 06/12/2025 by Candra B., MS, LPC, CRC, has been requested to address updated restrictions and limitations received. A TSA utilizing the Occupational Access System (OASYS) has been completed to assess the insured's transferable skills to determine if alternative occupations exist in the national economy. An alternative occupation was identified on the previous TSA.

**RESOURCES / DOCUMENTATION UTILIZED**:

- Job Description (JD) – posted date 04/30/2024
- Training, Education & Experience (TE&E) Form – posted date 12/05/2024
- Occupational Analysis (OA) dated 06/10/2025 completed by Candra B., MS, LPC, CRC
- Transferable Skills Analysis (TSA) dated 06/12/2025 completed by Candra B., MS, LPC, CRC
- Life Transferable Skills Analysis (TSA) dated 05/06/2024 completed by Angelle N., MHS, CRC
- Dictionary of Occupational Titles (DOT)
- Occupational Information Network (O*NET)
- Peer Review dated 12/31/2025 completed by Zaid Alirhayim, MD

**RESTRICTIONS / LIMITATIONS:**

I have been asked to base this review on the insured's restrictions and limitations per the Peer Review. They include:

Sitting: Unrestricted.
Standing: Occasionally.
Walking: Occasionally.
Lifting: Occasionally up to 10 lbs., BUE.
Carrying: Occasionally up to 10 lbs., BUE.
Pushing: Occasionally up to 10 lbs., BUE.
Pulling: Occasionally up to 10 lbs., BUE.
Climbing stairs: Never.
Balancing: Occasionally.

Stooping: Occasionally.
Kneeling: Occasionally.
Crouching: Occasionally.
Crawling: Occasionally.
Reaching: Unrestricted to all three levels, BUE.
Use lower extremities for foot controls: Unrestricted, BLE.
Fine manipulation: Unrestricted BUE.
Simple and firm grasping: Unrestricted BUE.

The claimant's abilities are sustainable on a full time basis.

**EDUCATION & TRAINING:**

| | |
|---|---|
| • Education: | The insured reports having a high school diploma and completing vocational training to receive truck driving CDL license. |
| • Certifications / Licensure: | The insured reports having their truck driver CDL. |
| • Computer Skills: | The insured reports having no computer experience. |

**WORK HISTORY:**

| DOT Code | Occupation Title | Years Performed | Strength Level |
|---|---|---|---|
| 904.383-010 | Tractor-Trailer-Truck Driver* | 17+** | M |

**Own occupation – based on a further review of occupational resources and the information provided by the insured and the employer, this is a better occupational match than the one previously identified.*
***Calculated from hire date (03/14/2005) to disability date (02/08/2023).*

**TRANSFERABLE SKILLS:**
Skilled at operating motor vehicles: coordinating eyes, hands, and feet to control movement of vehicle on roads, loading/unloading products, and securing loads; observing traffic regulations; conducting inspections; collecting receipts; meeting expectations of customers and employer; collaborating with others; and prioritizing safety.

**PROFILE ADJUSTMENTS:**

| | |
|---|---|
| • Strength: | Adjusted to sedentary based on restrictions/limitations above. |
| • Physical: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to constantly. |
| • Noise: | Where no restrictions or limitations are provided, adjusted to very loud. |
| • Environmental: | Where no restrictions or limitations are provided, adjusted to constantly. |
| • People Situations: | 1. Working under specific instructions included based on need to follow supervisory instruction.<br>2. Dealing with people included based on dealing with co workers, supervisors, customers, etc. |
| • Performance Situations: | 1. Performing repetitive or short cycle work included based on performing tasks that are repetitive in nature, such as hooking/unhooking trailers, loading/unloading trailers, conducting inspections, etc. |

| | |
|---|---|
| | 2. Performing a variety of duties included based on performing various tasks throughout the workday to complete tasks, such as operating a vehicle, conducting inspections, collecting receipts, etc.<br>3. Attaining precise set limits, tolerances, and standards included based on making correct and accurate deliveries. |
| • Data: | 1. Copying included based on recording accurate receipt of delivery.<br>2. Comparing included based on ability to make observations and/or review information and ensure accuracy or identify deviations from normal. |
| • People: | 1. Speaking-signaling included based on need to convey information to co-workers, supervisors, customers, etc.<br>2. Serving included based on tending to the needs of others. |
| • Things: | 1. Manipulating included based on manipulating tools, equipment controls, etc.<br>2. Handling included based on handling various tools and equipment, supplies, and products. |
| • SVP Level: | No adjustments performed. |
| • General Educational Development: | 1. Reasoning: Adjusted to 9th-12th grade based on HS Diploma.<br>2. Mathematics: Adjusted to 9th-12th grade based on HS Diploma.<br>3. Language: Adjusted to 9th-12th grade based on HS Diploma. |
| • Aptitudes: | No adjustments performed. |

**EXAMPLES OF ALTERNATIVE OCCUPATIONS:**
Based on the insured's training, education, and experience, the following occupations were identified and reviewed for current existence in the national economy:

| DOT Code | Occupation Title | Strength Level | Monthly Wage* |
|---|---|---|---|
| 919.663-022 | Escort-Vehicle Driver | S | $3,678 |
| 735.687-030 | Sorter (e.g., small products) | S | $3,955 |

**Wage information is based on median 2024 national data from the Bureau of Labor Statistics*

**SUMMARY:**
The Transferable Skills Analysis identified occupations.

I have not met with the insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

**Electronically Signed**
Hanna D., M.Ed., CRC
Vocational Rehabilitation Consultant II
Group Protection
Lincoln Financial Group

Report produced from SkillTRAN Online Services - by SkillTRAN LLC - www.skilltran.com
Name: David Fields

## WORK HISTORY

| DOT Code | DOT Title | Strength | SVP | Years | Months | Meets SVP | Included in TSA | CWF |
|---|---|---|---|---|---|---|---|---|
| 904.383 010 | Tractor Trailer Truck Driver | M | 4 | 17 | 11 | y | y | n |

## ABILITY PROFILE

### Strength

| | From Work History | Adjusted Ability |
|---|---|---|
| Maximum | M (Medium) | S (Sedentary) |

### Physical Demands

| | From Work History | Adjusted Ability |
|---|---|---|
| **Posture** | | |
| CL - Climbing | Occasional | Never |
| BA - Balancing | Occasional | Never - Occasional |
| ST - Stoop/Bending | Occasional | Never - Occasional |
| KN - Kneeling | Never | Never - Occasional |
| CR - Crouching | Occasional | Never - Occasional |
| CW - Crawling | Never | Never - Occasional |
| **Manipulation** | | |
| RE - Reaching | Frequent | Never - No Limit |
| HA - Handling | Frequent | Never - No Limit |
| FI - Fingering | Frequent | Never - No Limit |
| **Tactile/Communication** | | |
| FE - Feeling | Never | Never - No Limit |
| TA - Talking | Never | Never - No Limit |
| HE - Hearing | Occasional | Never - No Limit |
| TS - Tasting/Smelling | Never | Never - No Limit |
| **Vision** | | |
| NE - Near Acuity | Frequent | Never - No Limit |
| FA - Far Acuity | Frequent | Never - No Limit |
| DE - Depth Perception | Frequent | Never - No Limit |
| AC - Accommodation | Never | Never - No Limit |
| CV - Color Vision | Frequent | Never - No Limit |
| FV - Field of Vision | Frequent | Never - No Limit |

### Environmental Conditions

| | From Work History | Adjusted Ability |
|---|---|---|
| **Exposure to Work Settings** | | |
| WE - Exposure to Weather | Occasional | Never - No Limit |
| CO - Extreme Cold (non-weather) | Never | Never - No Limit |
| HO - Extreme Heat (non-weather) | Never | Never - No Limit |

| | | |
|---|---|---|
| WT Wet and/or Humid (non weather) | Never | Never No Limit |
| NO Noise Intensity | Loud | Very Quiet Very Loud |
| VI Vibration | Never | Never No Limit |
| AT - Atmospheric Conditions (Fumes, dust, odors) | Never | Never - No Limit |
| | Hazardous Conditions | |
| MV - Proximity to Moving Mechanical Parts | Never | Never - No Limit |
| EL Exposure to Electrical Shock | Never | Never No Limit |
| HI Working in High Exposed Places | Never | Never No Limit |
| RA Exposure to Radiation | Never | Never No Limit |
| EX - Working with Explosives | Never | Never - No Limit |
| TX - Exposure to Toxic or Caustic Chemicals | Never | Never - No Limit |
| OT - Other Environmental Conditions | Occasional | Never - No Limit |

General Education Development

| | From Work History | Adjusted Ability |
|---|---|---|
| R - Reasoning | 3 (Grade 7-8) | 1 (Grade 1-3) - 4 (High School) |
| M - Math | 2 (Grade 4-6) | 1 (Grade 1-3) - 4 (Algebra) |
| L - Language | 3 (Grade 7-8) | 1 (Grade 1-3) - 4 (High School) |

Specific Vocational Preparation

| | From Work History | Adjusted Ability |
|---|---|---|
| SVP | 4 (3 6 Months) | 1 (Short Demo Only) 4 (3 6 Months) |

Aptitudes

| | From Work History | Adjusted Ability |
|---|---|---|
| | Cognition | |
| G - General Learning Ability | 3 (Average) | 4 (Below Average) - 3 (Average) |
| V Verbal | 4 (Below Average) | 5 (Minimal/No Ability) 4 (Below Average) |
| N Numerical | 4 (Below Average) | 5 (Minimal/No Ability) 4 (Below Average) |
| | Perception | |
| S Spatial Perception | 2 (Above Average) | 5 (Minimal/No Ability) 2 (Above Average) |
| P - Form Perception | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |
| Q - Clerical Perception | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |
| C - Color Discrimination | 4 (Below Average) | 5 (Minimal/No Ability) - 4 (Below Average) |
| | Dexterity | |
| K Motor Coordination | 3 (Average) | 5 (Minimal/No Ability) 3 (Average) |
| F Finger Dexterity | 4 (Below Average) | 5 (Minimal/No Ability) 4 (Below Average) |

| | | |
|---|---|---|
| M Manual Dexterity | 3 (Average) | 5 (Minimal/No Ability) 3 (Average) |
| E Eye Hand Foot Coordination | 3 (Average) | 5 (Minimal/No Ability) 3 (Average) |

Work Situations / Temperaments

| | From Work History | Adjusted Ability |
|---|---|---|
| | People Situations | |
| D - Directing, Controlling, Planning | | Avoid |
| I - Influencing Opinions, Attitudes, Judgments | | Avoid |
| E Expressing Personal Feelings | | Avoid |
| A Working Alone or Apart from Others | In Work History | |
| U Working Under Specific Instructions | | |
| P Dealing with People | | |
| | Performance Situations | |
| R - Repetitive or Short Cycle Work | | |
| V Variety of Work Activities | | |
| S Performing Effectively Under Stress | | Avoid |
| T Attaining Precise Set Limits, Tolerances, and Standards | | |
| J - Making Judgments and Decisions | In Work History | |

Worker Functions Demonstrated

| D - Data | P - People | T - Things |
|---|---|---|
| 3 Compiling | 8 Taking Instructions/Helping | 3 Driving Operating |

Worker Functions Excluded

| D - Data | P - People | T - Things |
|---|---|---|
| 0 Synthesizing | 0 Mentoring | 0 Setting Up |
| 1 - Coordinating | 1 - Negotiating | 1 - Precision Working |
| 2 - Analyzing | 2 - Instructing | 2 - Operating-Controlling |
| 4 Computing | 3 Supervising | 5 Tending |
| | 4 Diverting | 6 Feeding/Offbearing |
| | 5 Persuading | |

Worker Functions Included in the Occupational Search

| D - Data | P - People | T - Things |
|---|---|---|
| 3 Compiling | 6 Speaking Signaling | 3 Driving Operating |
| 5 Copying | 7 Serving | 4 Manipulating |
| 6 Comparing | 8 Taking Instructions/Helping | 7 Handling |

**Hanna D., M.Ed., CRC**
Vocational Rehabilitation Consultant II
Group Protection

# APPEAL TRANSFERABLE SKILLS ANALYSIS ADDENDUM

| | |
|---|---|
| **Claimant Name:** | David Fields |
| **Claim Number:** | 1230051807 |
| **Employer:** | East Tennessee Iron & Metal Works, Inc. |
| **Date of Report:** | 01/07/2026 |
| **Pre-disability Earnings:** | $5,346.48 |
| **Benefit Amount:** | $3,207.89 |

While in appeal status, an update to the Transferable Skills Analysis (TSA) completed on 06/12/2025 by Candra B., MS, LPC, CRC, has been requested to address updated restrictions and limitations received. A TSA utilizing the Occupational Access System (OASYS) has been completed to assess the insured's transferable skills to determine if alternative occupations exist in the national economy. An alternative occupation was identified on the previous TSA.

**RESOURCES / DOCUMENTATION UTILIZED**:

- Job Description (JD) – posted date 04/30/2024
- Training, Education & Experience (TE&E) Form – posted date 12/05/2024
- Occupational Analysis (OA) dated 06/10/2025 completed by Candra B., MS, LPC, CRC
- Transferable Skills Analysis (TSA) dated 06/12/2025 completed by Candra B., MS, LPC, CRC
- Life Transferable Skills Analysis (TSA) dated 05/06/2024 completed by Angelle N., MHS, CRC
- Dictionary of Occupational Titles (DOT)
- Occupational Information Network (O*NET)
- Peer Review dated 12/31/2025 completed by Zaid Alirhayim, MD

**RESTRICTIONS / LIMITATIONS:**
I have been asked to base this review on the insured's restrictions and limitations per the Peer Review. They include:

Sitting: Unrestricted.
Standing: Occasionally.
Walking: Occasionally.
Lifting: Occasionally up to 10 lbs., BUE.
Carrying: Occasionally up to 10 lbs., BUE.
Pushing: Occasionally up to 10 lbs., BUE.
Pulling: Occasionally up to 10 lbs., BUE.
Climbing stairs: Never.
Balancing: Occasionally.

Stooping: Occasionally.
Kneeling: Occasionally.
Crouching: Occasionally.
Crawling: Occasionally.
Reaching: Unrestricted to all three levels, BUE.
Use lower extremities for foot controls: Unrestricted, BLE.
Fine manipulation: Unrestricted BUE.
Simple and firm grasping: Unrestricted BUE.

The claimant's abilities are sustainable on a full-time basis.

**EDUCATION & TRAINING:**

| | |
|---|---|
| • Education: | The insured reports having a high school diploma and completing vocational training to receive truck driving CDL license. |
| • Certifications / Licensure: | The insured reports having their truck driver CDL. |
| • Computer Skills: | The insured reports having no computer experience. |

**WORK HISTORY:**

| DOT Code | Occupation Title | Years Performed | Strength Level |
|---|---|---|---|
| 904.383-010 | Tractor-Trailer-Truck Driver* | 17+** | M |

**Own occupation – based on a further review of occupational resources and the information provided by the insured and the employer, this is a better occupational match than the one previously identified.*
***Calculated from hire date (03/14/2005) to disability date (02/08/2023).*

**TRANSFERABLE SKILLS:**
Skilled at operating motor vehicles; coordinating eyes, hands, and feet to control movement of vehicle on roads, loading/unloading products, and securing loads; observing traffic regulations; conducting inspections; collecting receipts; meeting expectations of customers and employer; collaborating with others; and prioritizing safety.

**PROFILE ADJUSTMENTS:**

| | |
|---|---|
| • Strength: | Adjusted to sedentary based on restrictions/limitations above. |
| • Physical: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to constantly. |
| • Noise: | Where no restrictions or limitations are provided, adjusted to very loud. |
| • Environmental: | Where no restrictions or limitations are provided, adjusted to constantly. |
| • People Situations: | 1. Working under specific instructions included based on need to follow supervisory instruction. 2. Dealing with people included based on dealing with co-workers, supervisors, customers, etc. |
| • Performance Situations: | 1. Performing repetitive or short-cycle work included based on performing tasks that are repetitive in nature, such as hooking/unhooking trailers, loading/unloading trailers, conducting inspections, etc. |

| | |
|---|---|
| | 2. Performing a variety of duties included based on performing various tasks throughout the workday to complete tasks, such as operating a vehicle, conducting inspections, collecting receipts, etc.<br>3. Attaining precise set limits, tolerances, and standards included based on making correct and accurate deliveries. |
| • Data: | 1. Copying included based on recording accurate receipt of delivery.<br>2. Comparing included based on ability to make observations and/or review information and ensure accuracy or identify deviations from normal. |
| • People: | 1. Speaking-signaling included based on need to convey information to co-workers, supervisors, customers, etc.<br>2. Serving included based on tending to the needs of others. |
| • Things: | 1. Manipulating included based on manipulating tools, equipment controls, etc.<br>2. Handling included based on handling various tools and equipment, supplies, and products. |
| • SVP Level: | No adjustments performed. |
| • General Educational Development: | 1. Reasoning: Adjusted to 9th-12th grade based on HS Diploma.<br>2. Mathematics: Adjusted to 9th-12th grade based on HS Diploma.<br>3. Language: Adjusted to 9th-12th grade based on HS Diploma. |
| • Aptitudes: | No adjustments performed. |

**EXAMPLES OF ALTERNATIVE OCCUPATIONS:**
Based on the insured's training, education, and experience, the following occupations were identified and reviewed for current existence in the national economy:

| DOT Code | Occupation Title | Strength Level | Monthly Wage* |
|---|---|---|---|
| 919.663-022 | Escort-Vehicle Driver | S | $3,678 |
| 735.687-030 | Sorter (e.g., small products) | S | $3,955 |

**Wage information is based on median 2024 national data from the Bureau of Labor Statistics*

**SUMMARY:**
The Transferable Skills Analysis identified occupations.

I have not met with the insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

**Electronically Signed**
Hanna D., M.Ed., CRC
Vocational Rehabilitation Consultant II
Group Protection
Lincoln Financial Group

## WORK HISTORY

| DOT Code | DOT Title | Strength | SVP | Years | Months | Meets SVP | Included in TSA | CWF |
|---|---|---|---|---|---|---|---|---|
| 904.383-010 | Tractor-Trailer-Truck Driver | M | 4 | 17 | 11 | y | y | n |

## ABILITY PROFILE

### Strength

| | From Work History | Adjusted Ability |
|---|---|---|
| Maximum | M (Medium) | S (Sedentary) |

### Physical Demands

| | From Work History | Adjusted Ability |
|---|---|---|
| **Posture** | | |
| CL - Climbing | Occasional | Never |
| BA - Balancing | Occasional | Never - Occasional |
| ST - Stoop/Bending | Occasional | Never - Occasional |
| KN - Kneeling | Never | Never - Occasional |
| CR - Crouching | Occasional | Never - Occasional |
| CW - Crawling | Never | Never - Occasional |
| **Manipulation** | | |
| RE - Reaching | Frequent | Never - No Limit |
| HA - Handling | Frequent | Never - No Limit |
| FI - Fingering | Frequent | Never - No Limit |
| **Tactile/Communication** | | |
| FE - Feeling | Never | Never - No Limit |
| TA - Talking | Never | Never - No Limit |
| HE - Hearing | Occasional | Never - No Limit |
| TS - Tasting/Smelling | Never | Never - No Limit |
| **Vision** | | |
| NE - Near Acuity | Frequent | Never - No Limit |
| FA - Far Acuity | Frequent | Never - No Limit |
| DE - Depth Perception | Frequent | Never - No Limit |
| AC - Accommodation | Never | Never - No Limit |
| CV - Color Vision | Frequent | Never - No Limit |
| FV - Field of Vision | Frequent | Never - No Limit |

### Environmental Conditions

| | From Work History | Adjusted Ability |
|---|---|---|
| **Exposure to Work Settings** | | |
| WE - Exposure to Weather | Occasional | Never - No Limit |
| CO - Extreme Cold (non-weather) | Never | Never - No Limit |
| HO - Extreme Heat (non-weather) | Never | Never - No Limit |

| | | |
|---|---|---|
| WT Wet and/or Humid (non weather) | Never | Never No Limit |
| NO Noise Intensity | Loud | Very Quiet Very Loud |
| VI - Vibration | Never | Never - No Limit |
| AT - Atmospheric Conditions (Fumes, dust, odors) | Never | Never - No Limit |
| | Hazardous Conditions | |
| MV Proximity to Moving Mechanical Parts | Never | Never No Limit |
| EL Exposure to Electrical Shock | Never | Never No Limit |
| HI - Working in High Exposed Places | Never | Never - No Limit |
| RA - Exposure to Radiation | Never | Never - No Limit |
| EX - Working with Explosives | Never | Never - No Limit |
| TX Exposure to Toxic or Caustic Chemicals | Never | Never No Limit |
| OT Other Environmental Conditions | Occasional | Never No Limit |

**General Education Development**

| | From Work History | Adjusted Ability |
|---|---|---|
| R - Reasoning | 3 (Grade 7-8) | 1 (Grade 1-3) - 4 (High School) |
| M - Math | 2 (Grade 4-6) | 1 (Grade 1-3) - 4 (Algebra) |
| L Language | 3 (Grade 7 8) | 1 (Grade 1 3) 4 (High School) |

**Specific Vocational Preparation**

| | From Work History | Adjusted Ability |
|---|---|---|
| SVP | 4 (3-6 Months) | 1 (Short Demo Only) - 4 (3-6 Months) |

**Aptitudes**

| | From Work History | Adjusted Ability |
|---|---|---|
| | Cognition | |
| G General Learning Ability | 3 (Average) | 4 (Below Average) 3 (Average) |
| V Verbal | 4 (Below Average) | 5 (Minimal/No Ability) 4 (Below Average) |
| N - Numerical | 4 (Below Average) | 5 (Minimal/No Ability) - 4 (Below Average) |
| | Perception | |
| S - Spatial Perception | 2 (Above Average) | 5 (Minimal/No Ability) - 2 (Above Average) |
| P Form Perception | 3 (Average) | 5 (Minimal/No Ability) 3 (Average) |
| Q Clerical Perception | 3 (Average) | 5 (Minimal/No Ability) 3 (Average) |
| C Color Discrimination | 4 (Below Average) | 5 (Minimal/No Ability) 4 (Below Average) |
| | Dexterity | |
| K - Motor Coordination | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |
| F - Finger Dexterity | 4 (Below Average) | 5 (Minimal/No Ability) - 4 (Below Average) |

| | | |
|---|---|---|
| M - Manual Dexterity | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |
| E - Eye Hand Foot Coordination | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |

**Work Situations / Temperaments**

| | From Work History | Adjusted Ability |
|---|---|---|
| **People Situations** | | |
| D - Directing, Controlling, Planning | | Avoid |
| I - Influencing Opinions, Attitudes, Judgments | | Avoid |
| E - Expressing Personal Feelings | | Avoid |
| A - Working Alone or Apart from Others | In Work History | |
| U - Working Under Specific Instructions | | |
| P - Dealing with People | | |
| **Performance Situations** | | |
| R - Repetitive or Short Cycle Work | | |
| V - Variety of Work Activities | | |
| S - Performing Effectively Under Stress | | Avoid |
| T - Attaining Precise Set Limits, Tolerances, and Standards | | |
| J - Making Judgments and Decisions | In Work History | |

**Worker Functions Demonstrated**

| D - Data | P - People | T - Things |
|---|---|---|
| 3 - Compiling | 8 - Taking Instructions/Helping | 3 - Driving Operating |

**Worker Functions Excluded**

| D - Data | P - People | T - Things |
|---|---|---|
| 0 - Synthesizing | 0 - Mentoring | 0 - Setting Up |
| 1 - Coordinating | 1 - Negotiating | 1 - Precision Working |
| 2 - Analyzing | 2 - Instructing | 2 - Operating Controlling |
| 4 - Computing | 3 - Supervising | 5 - Tending |
| | 4 - Diverting | 6 - Feeding/Offbearing |
| | 5 - Persuading | |

**Worker Functions Included in the Occupational Search**

| D - Data | P - People | T - Things |
|---|---|---|
| 3 - Compiling | 6 - Speaking Signaling | 3 - Driving Operating |
| 5 - Copying | 7 - Serving | 4 - Manipulating |
| 6 - Comparing | 8 - Taking Instructions/Helping | 7 - Handling |

# Zaid Alirhayim, MD

***Board-Certified in Internal Medicine***
***Cardiovascular disease***
***Interventional cardiology***

CLAIMANT NAME: Fields, David
EXAMINER: Zaid Alirhayim, MD
EMPERION #: 264694-4
CLAIM #: 1230051807
DATE OF LOSS: 2/8/2023
DATE OF SERVICE: 12/31/2025

**Peer Review**

This is a peer review regarding Fields, David. I have been asked to review the medical records on behalf of Emperion. I reviewed records from 01/31/2023 through 09/12/2025 including:

- Connie Manz Hinkle, MD / Family Medicine, on 01/31/2023
- Barry Michelson, MD / Interventional Cardiology, extending from 02/06/2023 to 09/12/2025
- EKG result, extending from 02/06/2023 to 03/15/2024
- Lab result, extending from 02/07/2023 to 03/15/2023
- Dylan Simmons, DO / Diagnostic Radiology, extending from 02/09/2023 to 07/14/2023
- Mark J. Dalle-Ave, MD / Family Medicine, extending from 02/19/2023 to 08/20/2025
- ECG result, extending from 02/24/2023 to 09/12/2025
- Unknown Provider, on 05/03/2023
- Tennova Heart, on 05/24/2023
- Nilamkumar Patel, MD / Cardiovascular Disease, extending from 06/08/2023 to 05/23/2024
- Anne K. Kassira, MD / Cardiovascular Disease, on 06/15/2023
- Turkey Creek Medical Center Lab result, on 07/14/2023
- Boston Scientific, extending from 07/15/2023 to 08/08/2024
- Sara Johnson, NP / Nurse Practitioner, extending from 07/21/2023 to 10/12/2023
- Geneva Health Solutions, extending from 07/25/2023 to 08/23/2024
- Warren Stribling, MD / Cardiovascular Disease, extending from 10/12/2023 to 03/28/2025
- Rural Health Services Consortium, Inc., extending from 01/03/2024 to 05/14/2025
- Dustin McCoy, PA / Physician Assistant, on 11/25/2024
- St. Thomas West Hospital Exercise Test, on 01/20/2025
- Tennova Turkey Creek, extending from 03/12/2025 to 09/12/2025
- Kemal Akat, PhD / Cardiovascular Disease, on 05/08/2025
- Don Chomsky, MD / Cardiology, on 08/07/2025

- Tennova Medical Group, on 08/08/2025

The claimant is a 48-year-old male with a medical history significant for Congestive heart failure.

06/15/2023, Kassira Anne, MD / Radiology: Cardiac MRI revealed a severely dilated left ventricle with moderate systolic dysfunction, ejection fraction (EF) 26.97%. There was akinesis and wall thickening of the anterior, inferior, and lateral walls. There was 50% subendocardial late gadolinium enhancement (LGE) in the basal and mid-lateral walls, consistent with an infarct pattern. There was also nonspecific mid-myocardial LGE in the basal septal wall, not consistent with an infarct pattern. There was a normal right ventricular size with moderate systolic dysfunction, EF 31.79%. Moderate left atrial enlargement and mild atrial enlargement. There was mild mitral regurgitation and a dilated main pulmonary artery.

07/14/2023, Dylan Simmons, MD / Radiology: X-ray of the chest revealed biventricular cardiac pacer, no pneumothorax, Cardiomegaly with mild interstitial pulmonary edema and bibasilar atelectasis.

04/02/2025, Barry Michelson, MD / Cardiology: A transthoracic echocardiogram (ETT) showed normal wall thickness, left ventricle size was moderately dilated, and EF was estimated at 20%. There was severe global left ventricular systolic dysfunction. Diastolic filling pattern grade 2, which was consistent with moderately elevated left ventricular filling pressure. A pacemaker wire was observed in the right ventricle (RV). No aortic stenosis, no aortic regurgitation. The left atrium was mildly to moderately enlarged. Right ventricular systolic pressure was moderately elevated and was estimated at 57mmHg.

04/03/2025, Lab Results: Pro B-type natriuretic peptide was high with a value of 882.

05/08/2025, Kemal Marc, MD / Cardiology: The claimant had a follow-up visit. He had occasional palpitations, could walk without issues on even ground, 2-3 flights of stairs, no orthopnea, and no edema. He felt dizzy for a few days after an increase in sacubitril/valsartan with Systolic BPs in the 80s. Physical exam showed a normal heart rate and no edema at the extremities.

08/07/2025, Don Chomsky, MD / Cardiology: The claimant had a follow-up visit. He had a past medical history of COVID-19 diagnosed in 2022 and a more recent diagnosis of nonischemic cardiomyopathy (NICM) with an ejection fraction (EF) of 10–15% along with chronic systolic heart failure (cSHF) after presenting in February with weight gain, abdominal swelling, lower extremity (LE) swelling, dyspnea, and reflux symptoms. He had not had left ventricular (LV) recovery and was referred for cardiac resynchronization therapy defibrillator (CRT-D), which was implanted in July 2023. One year before the visit, no medication (med) changes were made. Cardiopulmonary exercise testing (CPX) showed peak oxygen consumption (VO2) of 13.9 with a slope of 32.85. On 5/07/2025, at a 6-week follow-up with transesophageal echocardiogram (TEE), the unchanged ejection fraction (EF) of 20%, grade 2 diastolic dysfunction (DD), and mild mitral regurgitation

(MR). He had occasional palpitations, could walk without issues on even ground, 2-3 flights of stairs, no orthopnea, and no edema. He felt dizzy for a few days after an increase in sacubitril/valsartan with systolic blood pressure in the 80s, but it subsided. Today, he returned for a follow-up visit and felt quite well on current medical therapy and denied chest pain (CP), shortness of breath (SOB), orthopnea, paroxysmal nocturnal dyspnea (PND), edema, palpitations, presyncope, or syncope. Physical exam showed regular cardiac rhythm, normal rate, and no murmur. His carvedilol was increased. The provider noted that cardiac MRI was most consistent with ischemic cardiomyopathy (CM). He was not found to have coronary artery disease (CAD).

08/08/2025, Nilankumar Patel, MD / Cardiology: The claimant had a follow-up visit for the evaluation of his CRT-D. The device was implanted on 07/14/2023. No ventricular episodes were detected. No therapies were delivered.

08/20/2025, Mark Dalle, MD / Family Medicine: The claimant had a follow-up visit for a long-term disability. He stated that the cardiologist told him that he did not need to go back to work. Physical exam showed a normal heart rate and sounds. The provider recommended that he continue with lisinopril and aspirin. The provider stated that due to his medical conditions of cardiomyopathy, sleep apnea, a pacemaker, and heart failure, he could not go back to school for a trade due to his being unable to stand for 15 minutes at a time. He continued to have dizziness with medication changes, frequently by the cardiologist. His medication made it difficult to stay focused during the day.

08/27/2025, Barry Michelson, MD / Cardiology (letter): The provider wrote a letter to provide an official account and assessment concerning the claimant’s current heart condition. He stated that the claimant was diagnosed with primary idiopathic dilated cardiomyopathy following a series of comprehensive evaluations. His condition significantly affected his physical functions, rendering routine tasks a challenge and, at times, nearly impossible. Despite ongoing treatment and therapy, there had been no substantial improvement in his heart functionality. The symptoms, which included SOB, extreme fatigue, continued to persist and interfere with his daily activities. He may be able to perform normally one day, and the next would require several hours of rest to recover, rendering professional responsibilities unpredictable at best. He stated that the claimant was unable to engage in any form of gainful employment due to the severity and unpredictability of his condition. He recommended that the claimant be granted continued long-term disability status to focus on managing his health without the added stress of occupational demands.

09/12/2025, Barry Michelson, MD / Cardiology: The claimant had a follow-up visit for nonischemic CM and left ventricular cardiac dysfunction. His heart failure remained reasonably well compensated. He was not having significant issues with orthopnea or paroxysmal nocturnal dyspnea. His blood pressure remained low, and he would have occasional episodes of transient lightheadedness. Since his carvedilol dose was increased a little, he had more hiccups. He was not having significant diaphragmatic pacing. Physical exam showed edema below the knees. The provider stated that the claimant had severe global left ventricular dysfunction in the absence of significant coronary disease.

He underwent evaluation by the advanced heart failure team. He was on a good regimen, which had been responsive as far as his symptoms. ECG result showed sinus rhythm with ventricular pacing.

09/12/2025, Lab. Results: Complete metabolic panel (CMP) showed high total bilirubin (1.6); other parameters were within normal limits (WNL). B-type natriuretic peptide N-terminal was high (1045).

**DIAGNOSES:** Congestive heart failure.

**CALL ATTEMPTS:**

Phone call to Dr. Michelson's office - Tuesday, 12/23/25, 1:22PM, the number provided was incorrect with alternative number being found in the medical records as 865-392-3400. unable to leave a message at Tennova Heart -Turkey Creek due to hold times exceeding 10 minutes with no option to leave a message. Contact number used for outreach: 864-392-3400.

Phone call to Dr. Michelson's office - Wednesday, 12/24/25, 9:50AM, unable to leave a message at Tennova Heart -Turkey Creek due to hold times exceeding 10 minutes with no option to leave a message. Contact number used for outreach: 865-392-3400.

**RESPONSE TO QUESTIONS:**

1. **For all medical conditions causing functional impairment or reported by the claimant and/or treating providers as causing functional impairment during the time frame under review (08/07/2025 and beyond), respond to all of the following:**

a. **List the conditions in order of their contribution to the impairment. Provide the most relevant ICD-10 codes for the first two conditions. Opine on whether each condition is either supported or not supported and provide supporting evidence.**

Chronic systolic heart failure I150.23 – supported.

The claimant had nonischemic cardiomyopathy (NICM) with severely reduced ejection fraction (EF 10–15%) and severe global left ventricular systolic dysfunction. On 08/07/2025, he continued to have grade 2 diastolic dysfunction, mild mitral regurgitation, and mild to moderate left atrial enlargement. He had a pacemaker / cardiac resynchronization therapy defibrillator (CRT-D) in place, implanted on 07/14/2023, with no ventricular episodes detected and no therapies delivered. He reported occasional palpitations and transient lightheadedness with medication adjustments but denied orthopnea, paroxysmal nocturnal dyspnea, chest pain, shortness of breath, edema, presyncope, or syncope. Physical examination on 09/12/2025 showed regular cardiac rhythm, normal heart rate, and edema below the knees. Laboratory studies on 09/12/2025 showed elevated B-type natriuretic peptide (NT-proBNP 1045) and mildly elevated total

bilirubin (1.6). ECG on 09/12/2025 showed sinus rhythm with ventricular pacing. Thus, based on measurable findings, the claimant's chronic systolic heart failure with severe global left ventricular dysfunction and related cardiac findings is impairing.

**b. If you believe there are no impairing conditions, specify which conditions are being claimed by either the claimant or treating providers as impairing.**

N/A

**c. Do the medical records reveal any co-morbid conditions that affect the claimant`s functional impairment but do not independently necessitate restrictions/limitations? Please explain how these co-morbid conditions interact with, and affect the treatment of, the impairing conditions identified in your response to 1a.**

N/A

**2. For the impairing conditions, what restrictions/limitations, if any, are supported during the timeframe under review? Please use measurable and specific terms. Please indicate if restrictions/limitations are sustainable on a full-time basis, and if not, advise how many hours per day and per week they would be sustainable, with supporting evidence provided.**

The claimant is a 48-year-old male with a medical history significant for chronic systolic heart failure and sleep apnea.

I respectfully defer the diagnosis of sleep apnea to the appropriate specialty, as it is not within the scope of my review.

On 04/02/2025, Barry Michelson, MD, a transthoracic echocardiogram (TTE) showed normal wall thickness, left ventricle size was moderately dilated, and EF was estimated at 20%. There was severe global left ventricular systolic dysfunction. Diastolic filling pattern grade 2, which was consistent with moderately elevated left ventricular filling pressure. A pacemaker wire was observed in the right ventricle (RV). No aortic stenosis, no aortic regurgitation. The left atrium was mildly to moderately enlarged. Right ventricular systolic pressure was moderately elevated and was estimated at 57mmHg. On 04/03/2025, Lab Results, pro B-type natriuretic peptide was high with a value of 882. On 05/08/2025, Kemal Marc, MD, the claimant, had a follow-up visit. He had occasional palpitations, could walk without issues on even ground, 2-3 flights of stairs, no orthopnea, and no edema. He felt dizzy for a few days after an increase in sacubitril/valsartan with Systolic BPs in the 80s. Physical exam showed a normal heart rate and no edema at the extremities. On 08/07/2025, Don Chomsky, MD, the claimant, had a follow-up visit. He had a past medical history of COVID-19 diagnosed in 2022 and a more recent diagnosis of nonischemic cardiomyopathy (NICM) ejection fraction (EF) of 10–15% along with chronic systolic heart failure (cSHF) after presenting in February with weight gain, abdominal swelling, lower extremity (LE) swelling, dyspnea, and

reflux symptoms. He had not had left ventricular (LV) recovery and was referred for cardiac resynchronization therapy defibrillator (CRT-D), which was implanted in July 2023. One year before the visit, no medication (med) changes were made. Cardiopulmonary exercise testing (CPX) showed peak oxygen consumption (VO2) of 13.9 with a slope of 32.85. On 5/07/2025, at a 6-week follow-up with transesophageal echocardiogram (TEE), transesophageal echocardiogram (TEE) showed the unchanged ejection fraction (EF) of 20%, grade 2 diastolic dysfunction (DD), and mild mitral regurgitation (MR). He had occasional palpitations, could walk without issues on even ground, 2-3 flights of stairs, no orthopnea, and no edema. He felt dizzy for a few days after an increase in sacubitril/valsartan with systolic blood pressure in the 80s, but it subsided. Today, he returned for a follow-up visit and felt quite well on current medical therapy and denied chest pain (CP), shortness of breath (SOB), orthopnea, paroxysmal nocturnal dyspnea (PND), edema, palpitations, presyncope, or syncope. Physical exam showed regular cardiac rhythm, normal rate, and no murmur. His carvedilol was increased. The provider noted that cardiac MRI was most consistent with ischemic cardiomyopathy (CM). He was not found to have coronary artery disease (CAD). On 08/08/2025, Nilankumar Patel, MD, the claimant, had a follow-up visit for the evaluation of his CRT-D. The device was implanted on 07/14/2023. No ventricular episodes were detected. No therapies were delivered.

On 08/20/2025, Mark Dalle, MD, the claimant, had a follow-up visit for a long-term disability. He stated that the cardiologist told him that he did not need to go back to work. Physical exam showed a normal heart rate and sounds. The provider recommended that he continue with lisinopril and aspirin. The provider stated that due to his medical conditions of cardiomyopathy, sleep apnea, a pacemaker, and heart failure, he could not go back to school for a trade due to his being unable to stand for 15 minutes at a time. He continued to have dizziness with medication changes, frequently by the cardiologist. His medication made it difficult to stay focused during the day. On 09/12/2025, Barry Michelson, MD, the claimant, had a follow-up visit for nonischemic CM and left ventricular cardiac dysfunction. His heart failure remained reasonably well compensated. He was not having significant issues with orthopnea or paroxysmal nocturnal dyspnea. His blood pressure remained low, and he would have occasional episodes of transient lightheadedness. Since his carvedilol dose was increased a little, he had more hiccups. He was not having significant diaphragmatic pacing. Physical exam showed edema below the knees. The provider stated that the claimant had severe global left ventricular dysfunction in the absence of significant coronary disease. He underwent evaluation by the advanced heart failure team. He was on a good regimen, which had been responsive as far as his symptoms. ECG result showed sinus rhythm with ventricular pacing. On 09/12/2025, Lab. Results of a complete metabolic panel (CMP) showed high total bilirubin (1.6); other parameters were within normal limits (WNL). B-type natriuretic peptide N-terminal was high (1045).

On 08/27/2025, Barry Michelson, MD, the provider, wrote a letter to provide an official account and assessment concerning the claimant's current heart condition. He stated that the claimant was diagnosed with primary idiopathic dilated cardiomyopathy following a series of comprehensive evaluations. His condition significantly affected his physical

functions, rendering routine tasks a challenge and, at times, nearly impossible. Despite ongoing treatment and therapy, there had been no substantial improvement in his heart functionality. The symptoms, which included SOB, extreme fatigue, continued to persist and interfere with his daily activities. He may be able to perform normally one day, and the next would require several hours of rest to recover, rendering professional responsibilities unpredictable at best. He stated that the claimant was unable to engage in any form of gainful employment due to the severity and unpredictability of his condition. He recommended that the claimant be granted continued long-term disability status to focus on managing his health without the added stress of occupational demands. I respectfully disagree with the provider's opinion that the claimant is unable to engage in any form of gainful employment. Based on measurable findings, the claimant retains the ability to work full-time with appropriate restrictions. He can sit unrestricted, walk on even ground, and demonstrates sufficient mobility for sedentary tasks. While he experiences occasional palpitations, transient lightheadedness, and fatigue, these symptoms are manageable and infrequent, especially if work allows for pacing and avoidance of prolonged exertion. His chronic systolic heart failure remains reasonably well compensated on optimal medical therapy, and his cardiac resynchronization therapy defibrillator (CRT-D) shows no recorded episodes, providing additional cardiac support.

Overall, the claimant has a history of chronic systolic heart failure. With respect to chronic systolic heart failure (cSHF), the claimant had nonischemic cardiomyopathy (NICM) with severely reduced ejection fraction (EF 10–15%) and severe global left ventricular systolic dysfunction. On 08/07/2025, he continued to have grade 2 diastolic dysfunction, mild mitral regurgitation, and mild to moderate left atrial enlargement. He had a pacemaker / cardiac resynchronization therapy defibrillator (CRT-D) in place, implanted on 07/14/2023, with no ventricular episodes detected and no therapies delivered. He reported occasional palpitations and transient lightheadedness with medication adjustments but denied orthopnea, paroxysmal nocturnal dyspnea, chest pain, shortness of breath, edema, presyncope, or syncope. Physical examination on 09/12/2025 showed regular cardiac rhythm, normal heart rate, and edema below the knees. Laboratory studies on 09/12/2025 showed elevated B-type natriuretic peptide (NT-proBNP 1045) and mildly elevated total bilirubin (1.6). ECG on 09/12/2025 showed sinus rhythm with ventricular pacing. Thus, based on measurable findings, the claimant's chronic systolic heart failure with severe global left ventricular dysfunction and related cardiac findings is impairing. Taking into consideration the impairing diagnosis of chronic systolic heart failure, the following restrictions are recommended.

Sitting: Unrestricted.
Standing:  Occasionally.
Walking: Occasionally.
Lifting: Occasionally up to 10 lbs., BUE.
Carrying: Occasionally up to 10 lbs., BUE.
Pushing: Occasionally up to 10 lbs., BUE.
Pulling: Occasionally up to 10 lbs., BUE.
Climbing stairs: Never.
Balancing: Occasionally.

Stooping: Occasionally.
Kneeling: Occasionally.
Crouching: Occasionally.
Crawling: Occasionally.
Reaching: Unrestricted to all three levels, BUE.
Use lower extremities for foot controls: Unrestricted, BLE.
Fine manipulation: Unrestricted BUE.
Simple and firm grasping: Unrestricted BUE.

The claimant's abilities are sustainable on a full-time basis.

**a. Identify when the restrictions/limitations began and the duration these restrictions/limitations would be present. Please explain and provide your rationale with supporting evidence.**

These restrictions and limitations are supported from 08/07/2025 and beyond. A reassessment is recommended on or around 06/23/2026.

**b. For any period of time that restrictions/limitations are not supported, please explain the clinical rationale using specific findings from the records to support your opinion.**

N/A

**c. If You disagree with AP`s restrictions/limitations, please outline their proposed restrictions/limitations, then provide your opinion and rationale for the discrepancy with supporting evidence.**

On 08/27/2025, Barry Michelson, MD, the provider, wrote a letter to provide an official account and assessment concerning the claimant's current heart condition. He stated that the claimant was diagnosed with primary idiopathic dilated cardiomyopathy following a series of comprehensive evaluations. His condition significantly affected his physical functions, rendering routine tasks a challenge and, at times, nearly impossible. Despite ongoing treatment and therapy, there had been no substantial improvement in his heart functionality. The symptoms, which included SOB, extreme fatigue, continued to persist and interfere with his daily activities. He may be able to perform normally one day, and the next would require several hours of rest to recover, rendering professional responsibilities unpredictable at best. He stated that the claimant was unable to engage in any form of gainful employment due to the severity and unpredictability of his condition. He recommended that the claimant be granted continued long-term disability status to focus on managing his health without the added stress of occupational demands. I respectfully disagree with the provider's opinion that the claimant is unable to engage in any form of gainful employment. Based on measurable findings, the claimant retains the ability to work full-time with appropriate restrictions. While he experiences occasional palpitations, transient lightheadedness, and fatigue, these symptoms are manageable and infrequent, especially if work allows for pacing and avoidance of prolonged exertion. His

chronic systolic heart failure remains reasonably well compensated on optimal medical therapy, and his cardiac resynchronization therapy defibrillator (CRT-D) shows no recorded episodes, providing additional cardiac support.

3. **Based on the conditions and/or self-reported symptoms being claimed as functionally impairing for the timeframe under review, do you feel the medical management of the claimant`s condition and symptoms is clinically reasonable and consistent with the severity of reported symptoms and claimed functional limitations? Please explain. Provide your medical opinion on what would be expected for medical management of the condition, including the frequency, duration, any evaluations, or treatment that should be occurring.**

Yes, based on the conditions and/or self-reported symptoms being claimed as functionally impairing for the timeframe under review. The medical management of the claimant`s condition and symptoms is clinically reasonable and consistent with the severity of reported symptoms and claimed functional limitations.

The claimant has severe global left ventricular systolic dysfunction with an ejection fraction of 10–15%, grade 2 diastolic dysfunction, mild mitral regurgitation, and mild to moderate left atrial enlargement. He is on guideline-directed medical therapy, including sacubitril/valsartan and carvedilol, with appropriate adjustments to address symptoms. He also has a cardiac resynchronization therapy defibrillator (CRT-D) in place, which is being monitored and shows no ventricular episodes, indicating proper device management. The frequency of follow-up visits, laboratory monitoring, device interrogation, and cardiac imaging, including echocardiography and cardiac MRI, aligns with standard practice for patients with severe systolic heart failure. Ongoing management which includes regular cardiology follow-up, periodic echocardiography, laboratory monitoring of electrolytes, and natriuretic peptides, continued device evaluation, and titration of medications as tolerated, are clinically reasonable and to be continued. Patient education regarding symptom recognition and lifestyle modifications, as well as consideration of advanced heart failure therapies if deterioration occurs, would also be appropriate. In the absence of decompensation, evaluations every 3-6 months would be appropriate.

"I, Zaid S Alirhayim, MD, am a physician duly licensed to practice medicine in the States of AR, AZ, MO, OH, and WI. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Emperion.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion

- No delegation of the examination rendered
- All opinions are rendered within a reasonable degree of medical certainty

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

Sincerely,

**Zaid Alirhayim, MD**
**Board Certified in Cardiovascular Disease**
**Interventional Cardiology**
**Medical License AR E-18457; AZ 73414;**
**MO 2023047292; OH 35.147877; WI 4254-320**

REF #33968644

Lincoln Financial Group

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 16, 2025

LAW OFFICE OF
TONY FARMER & JOHN DREISER
ATTN JOHN DREISER
1356 PAPERMILL POINTE WAY
KNOXVILLE, TN 37909

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear Mr. Dreiser :

This is to acknowledge receipt of the additional information you submitted to complete your client's appeal. The information was received on 12/10/2025.

We have resumed our review of the appeal and will notify you of the results as soon as a decision is rendered. If additional information is needed or if we have questions regarding the information being reviewed, we will contact you as soon as possible.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Lisa K
800-423-2765 x 66442
Claim Resolution Specialist
Claim Resolution Services
The Lincoln National Life Insurance Company

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

CERTIFIED MAIL

7019 2280 0001 7598 2700

Law Offices of
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW
1356 Papermill Pointe Way
Knoxville, TN 37909

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103

Lincoln/Fields 0219

LAW OFFICES OF
**TONY FARMER & JOHN DREISER**
INJURY & ACCIDENT LAW

*Attorneys At Law*
**Tony Farmer**
**John P. Dreiser**
**Heather A. Dreiser**

December 2, 2025

**VIA FACSIMILE (402) 361-1460 and CERTIFIED MAIL**
Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103

RE: David L Fields
Policy Holder: East Tennessee Iron & Metal Works, Inc.
Claim No.: 1230051807
Policy No.: 1020986100000

To Whom It May Concern:

As noted in my previous letter, I represent Mr. Fields in his claim for LTD benefits under the above-referenced policy. Please accept this letter has Mr. Fields' formal appeal of the June 24, 2025, denial of his continued LTD benefits. Enclosed with this letter, please find a thumb drive containing pertinent medical records demonstrating his continued disability under provisions of Lincoln National Life Insurance Company policy. I would specifically refer to the opinions of Dr. Warren Stribling and Dr. Barry Michelson.

Thank you in advance for your time and attention to this matter.

Sincerely,

*John P. Dreiser*

John P. Dreiser

Enclosures
cc: Mr. David L Fields

~ Representing the seriously injured since 1975 ~

1356 Papermill Pointe Way Knoxville, TN 37909 865-584-1211 Phone 865-584-1171 Fax www.farmerdreiser.com

# Rural Health Services Consortium, Inc.

**FACSIMILE TRANSMISSION**

RURAL HEALTH SERVICES CON.
MEDICAL RECORDS DEPT.
P.O. Box 850
Rogersville, TN 37857
option 4 # 2
423-921-1600 Fax: 423-272-1428

Attn: Cathy Weaver

To: John Dreiser, Attorney From: Linda Hensley, Med. Rec.

Fax: 1-865-584-1171 Date: 10/2/25

Phone: Pages: (includes cover page)

Re: David Fields DOB CC:

☐Urgent ☐For Review ☐Please Comment ☐Please Reply ☐Please Recycle

SUBJECT:

The information contained in this facsimile message is privileged and confidential information intended for the use to the addressee listed above and no one else. The Personal Health Information contained in this correspondence is HIGHLY CONFIDENTIAL and is intended for the EXCLUSIVE use of the addressee. It is to be used only to aid in the providing of specific healthcare services to this patient. Any other use is in violation of FEDERAL Law (HIPPA) and will be reported as such. If you are not the intended recipient, please do not use this transmission in any way. If you have received this communication in error, please notify us immediately by telephone, 800-968-4200 and destroy this original message.

Law Offices of
TONY FARMER & JOHN DREISER
INJURY & ACCIDENT LAW

*Attorneys At Law*
Tony Farmer
John P. Dreiser
Heather A. Dreiser

RECEIVED
SEP 26 2025
BY: [signature]
MEDICAL RECORDS

September 26, 2025

VIA FACSIMILE (423) 272-1428

Rural Health Services Consortium, Inc.
Rogersville Medical Complex
4307 Highway 66 South
Rogersville, TN 37857

Re: David L Fields
DOB:
SSN:

Dear Records Custodian:

Enclosed please find a release that allows us to obtain all medical records relating to David L Fields in your organization's possession. At your earliest convenience, we would appreciate your forwarding to us a copy of any and all medical records for treatment SINCE January 1, 2025, including, but not limited to, all reports, records, clinical notes, diagnostic tests, operative notes, and all other documentation pertaining to the medical care of the patient in your possession relating to the patient.

If there is a reproduction cost for these records, please enclose a statement with the same, and we will see that it is paid promptly. Pursuant to T.C.A. § 63-2-102, the maximum fee for copies of records is $20.00 for reports five (5) page or less in length and fifty cents ($.50) per page for each page copied after the first five (5) pages and the actual cost of mailing. If your office requires pre-payment, please advise our office as soon as possible.

If you would like, please feel free to fax or email (cweaver@farmerdreiser.com) the requested information. Thank you for your time and attention to this request. Your assistance in this regard is greatly appreciated.

INV# 30610

Very truly yours,

*Cathy A Weaver*

Cathy A Weaver
Paralegal to John P. Dreiser

FAXED
OCT 02 2025
BY: [signature]

Enclosure

**Make Checks Payable To:**

Rural Health Services Consortium, Inc.
P.O. Box 850
Rogersville, TN 37857-6028

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 10/02/2025 | $20.00 | 105127 |
| SHOW AMOUNT PAID HERE $ | | |

ADDRESSEE:
Tony Farmer & John Dreiser Attorneys
1356 Papermill Pointe Way
Knoxville, TN 37909
USA

REMIT TO:
Rural Health Services Consortium, Inc.
P.O. Box 850
Rogersville, TN 37857-6028
USA
(800) 968-4200

☐ Please check box if above address is incorrect or insurance information has changed and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Date | Desc. 1 | Desc. 2 | CPT4 | Description of Service | Rendering Phy. | Amount |
|---|---|---|---|---|---|---|
| 10/02/25 | David Fields | 10/20/197 30610 | MR | Medical Records | Dalle-Ave, Mark | $20.00 |

| Account Number | Other Invoice Balances | Invoice Charges | Invoice Payments | Inv. Refunds Adjustments | Invoice Balance |
|---|---|---|---|---|---|
| 105127 | $0.00 | $20.00 | $0.00 | $0.00 | $20.00 |

MESSAGE:

Please Pay This AMOUNT >>>> $20.00

** PAYMENT DUE UPON RECEIPT *THANK YOU **

ACCOUNT INVOICE

# AUTHORIZATION TO RELEASE MEDICAL RECORDS, BILLING INFORMATION, & DATA

TO: Rural Health Services Consortium, Inc.

FULL NAME: David L Fields

DATE OF BIRTH:

ADDRESS:

SSN:

I (the above identified Patient or that Patient's personal representative) have retained, TONY FARMER & JOHN DREISER, attorneys, to represent me in certain matters. So they may better represent me, it is my intent and desire that my attorneys have full and complete access to any and all records, information and data in your possession, under your control or that you have access to, including but not limited to hospital records, nursing home records, doctor records, dental records, psychiatric records, drug treatment records, therapy records, diagnostic studies, lab studies, as well as any and all other records, information or data that would describe care, treatment or services rendered to the above described Patient by any health care provider or mental health care provider. I understand that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), HIPAA regulation, as well as other Federal and State laws and regulations, creates a right of privacy that is associated with the records, information and data covered by this release. So that my attorneys may better advise me, and consistent with 45 CFR § 164.508, I expressly authorize you to release the Patient's records, information and data to my attorneys and, as necessary, make a limited waiver of my privacy right for the purpose of giving my attorneys access as follows:

(1) The information to be disclosed is as follows: I expressly authorize my attorneys to request any and all records, information or other data (regardless of how those items are identified) related to any and all care, treatment or services provided for the above identified Patient's physical heath, mental health, or psycho-social health. I understand that my records may contain information regarding the diagnosis or treatment of HIV/AIDS, sexually transmitted diseases, drug and/or alcohol abuse, mental illness, or psychiatric treatment. I give my specific authorization for these records to be released. Throughout the remainder of this Release, I collectively refer to all of the Patient's records, information and data as the "Records." This Release is intended to be general, full and all encompassing so that my attorneys can access, without limitation, any and all Records that might help them represent me. This Release applies to any and all Records that are in your possession, under your control or that you have access to. My attorneys are further authorized to limit their request to portions of the Patient's Records and may do so by letter to you. My attorneys are further authorized to meet with and consult with any health care or mental health care provider regarding my condition or regarding any care, treatment or services that the above identified Patient received.

I expressly invoke the AMA Principles of Medical Ethics, as well as Canon E-9.07, as well as similar ethics principles that may apply to other health care disciplines, and request that you cooperate with my attorneys.

(2) I understand that my substance use disorder records are protected under the Federal regulations governing Confidentiality and Substance Use Disorder Patient Records, 42 C.F.R. Part 2, and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. pts 160 & 164, and cannot be disclosed without my written consent unless otherwise provided for by the regulations. The Federal rules prohibit from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. I understand that I may revoke this authorization at any time except to the extent that action has been taken in reliance on it. Unless I revoke my consent earlier, this consent will expire automatically within five (5) years from the date of execution.

(3) The persons who may request disclosure are as follows: My attorneys are Tony Farmer, and/or John P. Dreiser. They, together with those persons working for them at the offices of Tony Farmer & John Dreiser or Dreiser Law Group, PLLC, are authorized to request and receive records.

(4) Term of this Release: It is my intent that this authorization shall remain effective throughout the time during which my attorneys are representing me. To the extent a term is required, this Release shall be effective for a term of not less than five (5) years from the date of execution.

(5) Right to Revoke this Release: I understand that I always retain the right to revoke this Release by notifying the above in writing of my desire to revoke it. However, this Release shall not be revoked while my attorneys are representing me. Any revocation will not apply to information that has already been released in response to this authorization.

(6) Disclosed Records, Information and Data may not be Protected: I understand that the information disclosed may be subject to re-disclosure by the recipient and may no longer be protected by 45 CFR § 164.508, or other privacy laws and regulations.

(7) Please note that a photostatic copy of this Release has the full power of the original Release. I understand I do not have to sign this authorization in order to obtain healthcare benefits, (treatment, payment or enrollment, or eligibility for benefits).

David L Fields [signature]

David L Fields

9-15-25

(Date)

Attorneys of Record:

[signature]

Tony Farmer
John P. Dreiser
Attorneys at Law
1356 Papermill Pointe Way
Knoxville, TN 37909
(865) 584-1211
Fax # (865) 584-1171

**FIELDS, David L (id #98454, dob:**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:12291313-H-10667]

Date: 08/27/2025

RE: David Fields, DOB: PT ID #98454

To whom it may concern:

I am writing to provide an official account and assessment concerning Mr. David Fields current heart condition and its impact on his ability to perform occupational duties. I have been Mr. Fields' primary cardiologist since August 18, 2017. More recently, since Feb 6, 2023, I have been closely monitoring his heart health status and treatment regimen.

Mr. Fields has been diagnosed with primary idiopathic dilated cardiomyopathy following a series of comprehensive evaluations, including echoes, stress testing, CT scans, MRI and heart catherization, as well as thorough physical examinations. His condition significantly affects his physical functions, rendering routine tasks a challenge and at times, nearly impossible.

Despite ongoing treatment and therapy, which have included guideline directed medical therapy and a biventricular implantable cardiac defibrillator with pacemaker, there has been no substantial improvement in his heart functionality. The symptoms, including shortness of breath and extreme fatigue, continue to persist and interfere with Mr. Fields' daily activites. He may be able to perform normally one day, and the next require several hours of rest to recover, rendering professional responsibilites unpredictable at best.

Upon careful consideration and evaluation, it is my professional opinion Mr. Fields is currently unable to engage in any form of gainful employment due to the severity and unpredictability of his condition. Continuing to work would likely lead to exacerbations, further detioration in heart health, as well as a reduced quality of life.

Therefore, I recommend Mr. Fields be granted continued long term disability status to focus on managing his health without the added stress of occupational demands. Regular follow up will continue to assess and adapt his treatment plan as directed per medical guidelines.

Please feel free to contact me at 865.392.3400, if further information is required. I am available to provide additional details necessary to support Mr. Fields' disability claim.

Thank you for understanding and consideration of this matter.

Sincerely,

Electronically Signed by: BARRY MICHELSON, MD, FACC

ssessment/Plan

| Detail Type | Description |
|---|---|
| Assessment | HTN (I10). |
| Impression | RTO keep appointment on 12/01/25 for 6 months follow up<br>Non Fasting labs on 11/25/25 for 6 months<br><br>Will get letter from Cardiologist regarding long term disability<br>Continue to see Dr Warren Stribling or Dr Kemal Akat Cardiologist in Knoxville as ordered<br><br>Work on lowering BMI to 30 with diet watching portion sizes<br><br>Continue to monitor heart and HTN due to history of heart disease in family.<br>Continue to weight daily with same clothing and chart weight report over 3-5 lbs.<br><br>Will continue with current medications with refills if needed.<br>Cologuard advised will have nurse set up for Cologuard in August if covered by insurance<br><br>Covid has had 2 injections<br>Flu shot done October 2024<br><br>Eat healthy low salt diet<br>Drink plenty of water to keep hydrated<br>Exercise 150min weekly.<br>Wear sun screen to prevent further skin damage<br>Wear good healthy shoes and do not walk on Concert. |
| Patient Plan | Continue the Lisinopril 20mg daily and Aspirin 81mg daily. , sooner prn. Reviewed his recent fasting labs. Advise healthy diet and physical activity. Low sodium diet, monitor home B/P.<br><br>Due to his only getting High School diploma and with medical conditions of Cardiomyopathy, Sleep apnea, Pacemaker and heart failure. He could not go back to school for a trade due to unable to stand for more than 15 min at a time.<br>He continue to have dizziness with medications changes by Cardiologist frequently.<br>His medications make it difficult to stay focused during the day.. |
| Plan Orders | follow-up visit with Mark Dalle-Ave, MD for blood pressure check Dec 25 per sch. Reason for referral: blood pressure check. |
| Assessment | Dilated cardiomyopathy (I42.0). |
| Impression | will continue with Entresto and Carvedilol as ordered by Dr Barry Michelson Cardiologist.. |
| Assessment | Presence of automatic (implantable) cardiac defibrillator (Z95.810). |
| Patient Plan | see care plan. |

 l;base64,PCFET0NUWVBFIGh0bWw+PGh0bWwgY2xhc3M9J25vLWpzJyBsYW5nF 

Rural Health Services Consortium, Inc.
P.O. Box 850
Rogersville, TN, 378576028
Phone #: (800) 968-4200

Fields, David L

Order Date: 05/14/2025

Person #: 158311
Sex: M
DOB:

Ordering: Dalle-Ave MD, Mark J    Performing #: LabCorp    Location: Rogersville Medical Complex

Tests Ordered : CBC w/diff (NG005009), CMP (NG322000), Lipid Panel With LDL/HDL Ratio (NG235010)

**Lipid Panel With LDL/HDL Ratio (Collection Date: 05/14/2025 08:32, Status: Final)**

Performed At: TNLCA, Labcorp Knoxville
1924 Alcoa Hwy Box 108, Knoxville, TN, 379201511
Yorke, Young, MD, Phone: 8653128455

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Cholesterol, Total | 173 | mg/dL | | 100-199 | |
| HDL Cholesterol | 49 | mg/dL | | >39 | |
| LDL Calc Comment: | | | | | |
| LDL Chol Calc (NIH) | 109 | mg/dL | H | 0-99 | |
| LDL/HDL Ratio | 2.2 | ratio | | 0.0-3.6 | LDL/HDL Ratio<br>Men Women<br>1/2 Avg.Risk 1.0 1.5<br>Avg.Risk 3.6 3.2<br>2X Avg.Risk 6.2 5.0<br>3X Avg.Risk 8.0 6.1 |
| Triglycerides | 80 | mg/dL | | 0-149 | |
| VLDL Cholesterol Cal | 15 | mg/dL | | 5-40 | |

**Comp. Metabolic Panel (14) (Collection Date: 05/14/2025 08:32, Status: Final)**

Performed At: TNLCA, Labcorp Knoxville
1924 Alcoa Hwy Box 108, Knoxville, TN, 379201511
Yorke, Young, MD, Phone: 8653128455



data:text/html;base64,PCFET0NUWVBFIGh0bWw+PGh0bWwgY2xhc3M9J25vLWpzJyBsYW5nPSdlbic+PGhlYWQ+DQoJCQkJCQkJCQk8bWV0YSB... 

nl;base64,PCFET0NUWVBFIGh0bWw+PGh0bWwgY2xhc3M9J25vLWpzJyBsYW5nP


| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Albumin | 4.5 | g/dL | | 4.1-5.1 | |
| Alkaline Phosphatase | 68 | IU/L | | 44-121 | |
| ALT (SGPT) | 29 | IU/L | | 0-44 | |
| AST (SGOT) | 28 | IU/L | | 0-40 | |
| Bilirubin, Total | 1.9 | mg/dL | H | 0.0-1.2 | |
| BUN | 15 | mg/dL | | 6-24 | |
| BUN/Creatinine Ratio | 15 | | | 9-20 | |
| Calcium | 9.0 | mg/dL | | 8.7-10.2 | |
| Carbon Dioxide, Total | 23 | mmol/L | | 20-29 | |
| Chloride | 100 | mmol/L | | 96-106 | |
| Creatinine | 0.99 | mg/dL | | 0.76-1.27 | |
| eGFR | 95 | mL/min/1.73 | | >59 | |
| Globulin, Total | 3.0 | g/dL | | 1.5-4.5 | |
| Glucose | 82 | mg/dL | | 70-99 | |
| Potassium | 4.4 | mmol/L | | 3.5-5.2 | |
| Protein, Total | 7.5 | g/dL | | 6.0-8.5 | |
| Sodium | 135 | mmol/L | | 134-144 | |

**CBC With Differential/Platelet (Collection Date: 05/14/2025 08:32, Status: Final)**

none

Performed At: TNLCA, Labcorp Knoxville
1924 Alcoa Hwy Box 108, Knoxville, TN, 379201511
Yorke, Young, MD, Phone: 8653128455

Patient: Fields, David L, DOB:

data:text/html;base64,PCFET0NUWVBFIGh0bWw+PGh0bWwgY2xhc3M9J25vLWpzJyBsYW5nPSdlbic+PGhlYWQ+DQoJCQkJCQkJCQk8bWV0YSB...

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Baso (Absolute) | 0.0 | x10E3/uL | | 0.0-0.2 | |
| Basos | 1 | % | | Not Estab. | |
| Eos | 1 | % | | Not Estab. | |
| Eos (Absolute) | 0.1 | x10E3/uL | | 0.0-0.4 | |
| Hematocrit | 43.6 | % | | 37.5-51.0 | |
| Hematology Comments: | | | | | |
| Hemoglobin | 15.1 | g/dL | | 13.0-17.7 | |
| Immature Cells | | | | | |
| Immature Grans (Abs) | 0.0 | x10E3/uL | | 0.0-0.1 | |
| Immature Granulocytes | 0 | % | | Not Estab. | |
| Lymphs | 26 | % | | Not Estab. | |
| Lymphs (Absolute) | 1.1 | x10E3/uL | | 0.7-3.1 | |
| MCH | 31.8 | pg | | 26.6-33.0 | |
| MCHC | 34.6 | g/dL | | 31.5-35.7 | |
| MCV | 92 | fL | | 79-97 | |
| Monocytes | 13 | % | | Not Estab. | |
| Monocytes(Absolute) | 0.6 | x10E3/uL | | 0.1-0.9 | |
| Neutrophils | 59 | % | | Not Estab. | |
| Neutrophils (Absolute) | 2.4 | x10E3/uL | | 1.4-7.0 | |
| NRBC | 0 | % | | 0 - 0 | |
| Platelets | 209 | x10E3/uL | | 150-450 | |
| RBC | 4.75 | x10E6/uL | | 4.14-5.80 | |
| RDW | 13.1 | % | | 11.6-15.4 | |
| WBC | 4.1 | x10E3/uL | | 3.4-10.8 | |

Patient: Fields, David L, DOB:

**EXACT SCIENCES** LABORATORIES

Patient Report
For inquiries, contact 844-870-8870

EXACT SCIENCES LABORATORIES, LLC
145 E. Badger Rd, STE 100, Madison, WI 53713

- CW A Cologuard
- OK June 2028 sooner..
- lev ? colon CA
- 4 5+5 ⊘

Notified 6/30 (initialed)

**Patient:** Fields, David L
**Date of Birth:**
**Medical Record #:** 36555
**Sex:** Male

**Report Date:** 6/29/2025
**Client Order ID:**

**COLOGUARD** (Final result)

| | | | |
|---|---|---|---|
| ID: | 25C149-030070 | Order ID: | 63318393 |
| Collected: | 6/25/2025 1145 | Authorized by: | Mark Joseph Dalle-Ave, MD |
| Received: | 6/26/2025 0738 | Type: | Stool |
| Resulting Lab: | CLIA 52D2072838 | Source: | Per Rectum |

| | Value | Normal Value |
|---|---|---|
| **Test Result** | Negative | Negative |

The Cologuard (TM) test was performed on this specimen.

NEGATIVE TEST RESULT. A negative Cologuard result indicates a low likelihood that a colorectal cancer (CRC) or advanced adenoma (adenomatous polyps with more advanced pre-malignant features) is present. The chance that a person with a negative Cologuard test has a colorectal cancer is less than 1 in 1500 (negative predictive value >99.9%) or has an advanced adenoma is less than 5.3% (negative predictive value 94.7%). These data are based on a prospective cross-sectional study of 10,000 individuals at average risk for colorectal cancer who were screened with both Cologuard and colonoscopy. (Imperiale T. et al, N Engl J Med 2014;370(14):1286-1297) The normal value (reference range) for this assay is negative.

COLOGUARD RE-SCREENING RECOMMENDATION: Periodic colorectal cancer screening is an important part of preventive healthcare for asymptomatic individuals at average risk for colorectal cancer. Following a negative Cologuard result, the American Cancer Society and U.S. Multi-Society Task Force screening guidelines recommend a Cologuard re-screening interval of 3 years.
References: American Cancer Society Guideline for Colorectal Cancer Screening: https://www.cancer.org/cancer/colon-rectal-cancer/detection-diagnosis-staging/acs-recommendations.html.; Rex DK, Boland CR, Dominitz JK, Colorectal Cancer Screening: Recommendations for Physicians and Patients from the U.S. Multi-Society Task Force on Colorectal Cancer Screening , Am J Gastroenterology 2017; 112:1016-1030.

TEST DESCRIPTION: Composite algorithmic analysis of stool DNA-biomarkers with hemoglobin immunoassay. Quantitative values of individual biomarkers are not reportable and are not associated with individual biomarker result reference ranges. Cologuard is intended for colorectal cancer screening of adults of either sex, 45 years or older, who are at average-risk for colorectal cancer (CRC). Cologuard has been approved for use by the U.S. FDA. The performance of Cologuard was established in a cross sectional study of average-risk adults aged 50-84. Cologuard performance in patients ages 45 to 49 years was estimated by sub-group analysis of near-age groups. Colonoscopies performed for a positive result may find as the most clinically significant lesion: colorectal cancer [4.0%], advanced adenoma (including sessile serrated polyps greater than or equal to 1cm diameter) [20%] or non- advanced adenoma [31%]; or no colorectal neoplasia [45%]. These estimates are derived from a prospective cross-sectional screening study of 10,000 individuals at average risk for colorectal cancer who were screened with both Cologuard and colonoscopy. (Imperiale T. et al, N Engl J Med 2014;370(14):1286-1297.) Cologuard may produce a false negative or false positive result (no colorectal cancer or precancerous polyp present at colonoscopy follow up). A negative Cologuard test result does not guarantee the absence of CRC or advanced adenoma (pre-cancer). The current Cologuard screening interval is every 3 years. (American Cancer Society and U.S. Multi-Society Task Force). Cologuard performance data in a 10,000 patient pivotal study using colonoscopy as the reference method can be

**EXACT SCIENCES LABORATORIES**

EXACT SCIENCES LABORATORIES, LLC
145 E. Badger Rd, STE 100, Madison, WI 53713

Patient Report
For inquiries, contact 844-870-8870

| | Value | Normal Value |
|---|---|---|

accessed at the following location: www.exactlabs.com/results. Additional description of the Cologuard test process, warnings and precautions can be found at www.cologuard.com.

**Resulting Labs**

| | | |
|---|---|---|
| CLIA 52D2072838 | EXACT SCIENCES LABORATORIES (CLIA #:52D2072838), 145 E. Badger Rd., MADISON WI 53713<br>Director: Rajarao Kakuluru V, PhD | 844-870-8870 |

| | |
|---|---|
| Patient: | **David Fields** |
| Date of Birth: | |
| Date: | 08/20/2025 11:00 AM |
| Visit Type: | Office Visit |

I Rene Schaefers LPN am scribing for and in presence of Mark Dalle-Ave MD. Six min prior to visit MD went over notes, lab results and other tests. This 47 year old patient presents for long term disability and Scribe Present with Provider.

## History of Present Illness

### 1. long term disability

pt is here to discuss long term disability insurance.

### 2. Scribe Present with Provider

Comments: David is here today acute visit to discuss long term disability
He went to high school at Volunteer in TN and graduated
He did not go on to college or trade school
He went into factory work after graduation
He stated that Cardiologist has told him that he does not need to go back to work

## Chronic Conditions Addressed Today

| Diagnosis Description | Code | Status | HPI Comments |
|---|---|---|---|
| HTN | I10 | | |
| Dilated cardiomyopathy | I42.0 | | |
| Presence of automatic (implantable) cardiac defibrillator | Z95.810 | | |
| Obstructive Sleep Apnea Hypopnea | G47.33 | | |
| Dependence on other enabling machines and devices | Z99.89 | | |
| Chronic systolic (congestive) heart failure | I50.22 | | |
| Obesity | E66.9 | | |

## Screening Tools

### Other Screenings

| Encounter Date | Performed Date | Screening Tool | Score | Severity/ Interpretation | MDD Classification | Scanned Document |
|---|---|---|---|---|---|---|
| 08/20/2025 | 08/20/2025 | Patient Health Questionnaire (PHQ-2) | 0 | Negative | | |

## Social History (Reviewed, updated)

Tobacco use reviewed.

Preferred language is English.
The patient does not need an interpreter.

### Marital Status/Family/Social Support

Marital status: Married

Smoking status: Never smoker.

### Smoking Status

| Type | Smoking Status | Usage Per Day | Years Used | Pack Years | Total Pack Years |
|---|---|---|---|---|---|
| | Never smoker | | | | |

### Vaping Use

Status: Not a current user

### Alcohol

There is no history of alcohol use.

### Caffeine

The patient uses caffeine: coffee and tea. - 2 cups a day.

### Lifestyle

### Diet

low salt.

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| Vazalore 81 mg capsule | take 1 capsule by oral route every day | 02/27/2023 | | | N |
| spironolactone 25 mg tablet | take 1 tablet by oral route every day | 10/04/2023 | | | N |
| Farxiga 10 mg tablet | take 1/2 tablet by oral route 2 times every day in the morning | 11/18/2024 | | 11/18/2024 | N |
| carvedilol 12.5 mg tablet | take 1/2 in AM AND A | 05/20/2025 | 08/20/2025 | | N |

| | | | | |
|---|---|---|---|---|
| | WHOLE ONE AT NIGHT | | | |
| Entresto 97 mg-103 mg tablet | TAKE 1/2 AM AND 1/2 PM | 05/20/2025 | | N |
| carvedilol 12.5 mg tablet | take 1 tablet by oral route 2 times every day with food | // | 08/20/2025 | Y |

## Medication Reconciliation

Medications reconciled today.

## Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| not taking | carvedilol 12.5 mg tablet | take 1/2 in AM AND A WHOLE ONE AT NIGHT | N | Verified |
| taking as directed | carvedilol 12.5 mg tablet | take 1 tablet by oral route 2 times every day with food | Y | Verified |
| taking as directed | Entresto 97 mg-103 mg tablet | TAKE 1/2 AM AND 1/2 PM | N | Verified |
| taking as directed | Farxiga 10 mg tablet | take 1/2 tablet by oral route 2 times every day in the morning | N | Verified |
| taking as directed | spironolactone 25 mg tablet | take 1 tablet by oral route every day | N | Verified |
| taking as directed | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | Verified |

## Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| PENICILLIN G | (mild) | | |

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue, Malaise. |
| Constitutional | Negative | Chills, Fever, Night sweats, Weight gain and Weight loss. |
| ENMT | Negative | Ear drainage, Hearing loss, Nasal drainage, Otalgia, Sinus pressure and Sore throat. |
| Eyes | Negative | Eye discharge, Eye pain and Vision changes. |
| Respiratory | Positive | Dyspnea. |
| Respiratory | Negative | Chronic cough, Cough, Known TB exposure and Wheezing. |
| Cardio | Positive | Edema, Irregular heartbeat/palpitations. |
| Cardio | Negative | Chest pain and Claudication. |
| GI | Negative | Abdominal pain, Blood in stool, Change in stool pattern, Constipation, Decreased appetite, Diarrhea, Heartburn, Nausea and Vomiting. |
| GU | Negative | Dribbling, Dysuria, Hematuria, Polyuria (Genitourinary), Slow stream, Urinary frequency, Urinary incontinence and Urinary retention. |
| Endocrine | Negative | Cold intolerance, Heat intolerance, Polydipsia and Polyphagia. |
| Neuro | Positive | Dizziness, Gait disturbance. |
| Neuro | Negative | Extremity weakness, Headache, Memory impairment, Numbness in extremity, Seizures and Tremors. |
| Psych | Positive | Insomnia. |
| Psych | Negative | Anxiety and Depression. |

| | | |
|---|---|---|
| Integumentary | Negative | Brittle hair, Brittle nails, Change in shape/size of mole(s), Hair loss, Hirsutism, Hives, Pruritus, Rash and Skin lesion. |
| MS | Positive | Back pain, Muscle weakness. |
| MS | Negative | Joint pain, Joint swelling and Neck pain. |
| Hema/Lymph | Positive | Easy bruising. |
| Hema/Lymph | Negative | Easy bleeding and Lymphadenopathy. |
| Allergic/Immuno | Negative | Contact allergy, Environmental allergies, Food allergies and Seasonal allergies. |
| Reproductive | Negative | Erectile dysfunction, Penile discharge and Sexual dysfunction. |

# Vital Signs

## Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 10:41 AM | 6.0 | | 182.88 | 01/12/2024 | 0 |

## Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 10:41 AM | 268.80 | | 121.926 | dressed with shoes | 36.46 | 2.49 |

## Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 10:41 AM | 92/57 | sitting | left | arm | automatic | Large adult |

## Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 10:41 AM | 98.10 | 36.72 | forehead | 63 | | |

## Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 10:41 AM | 95 | | RA | | Pre-tx | | | | |

## Pain Level

| Time | Pain Level | Method |
|---|---|---|
| 10:41 AM | 0/10 | Numeric Pain Intensity Scale |

## Measured by

| Time | Measured by |
|---|---|
| 10:41 AM | Kyla Howe |

# Screening Summary

Pain is described as 0/10. Evaluated pain score with Numeric Pain Intensity Scale.
The following were reviewed: nutrition, tobacco use, alcohol use, caffeine use and drugs of abuse

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | * | Overall appearance - age appropriate. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Lips/teeth/gums - Normal. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Heart sounds - Normal S1, Normal S2. |
| Vascular | Normal | Pulses - Carotids: Normal. |
| Abdomen | Normal | Inspection - Normal. Auscultation - Normal. |
| Skin | * | Inspection - General inspection: warm and dry. |
| Musculoskeletal | * | Lumbar spine - tenderness. |
| Neurological | Normal | Memory - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

## Immunizations Entered by History

| Date | Immunization |
|---|---|
| 10/5/2016 12:00:00 AM | Influenza virus vaccine, injectable, quadrivalent, split virus, preservative free, 3 years or older Fluarix, Flulaval or Fluzone Quad 2014-2015 |
| 9/10/2014 11:36:00 AM | Fluarix 3 years or older |

## Completed Orders (This Visit)

| Order | Details | Reason | Side | Interpretation | Result | Additional Info | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | | | | Negative | 0 | | | |
| Giving encouragement to exercise | | | | | | | | |
| Dietary management education, guidance, and counseling | | | | | | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | HTN (I10), chronic. |
| | Impression | RTO keep appointment on 12/01/25 for 6 months follow up<br>Non Fasting labs on 11/25/25 for 6 months<br><br>Will get letter from Cardiologist regarding long term disability<br>Continue to see Dr Warren Stribling or Dr Kemal Akat Cardiologist in Knoxville as ordered<br><br>Work on lowering BMI to 30 with diet watching portion sizes |

Continue to monitor heart and HTN due to history of heart disease in family.
Continue to weight daily with same clothing and chart weight report over 3-5 lbs.

Will continue with current medications with refills if needed.
Cologuard advised will have nurse set up for Cologuard in August if covered by insurance

Covid has had 2 injections
Flu shot done October 2024

Eat healthy low salt diet
Drink plenty of water to keep hydrated
Exercise 150min weekly.
Wear sun screen to prevent further skin damage
Wear good healthy shoes and do not walk on Concert.

Patient Plan — Continue the Lisinopril 20mg daily and Aspirin 81mg daily. , sooner prn. Reviewed his recent fasting labs. Advise healthy diet and physical activity. Low sodium diet, monitor home B/P.

Due to his only getting High School diploma and with medical conditions of Cardiomyopathy, Sleep apnea, Pacemaker and heart failure. He could not go back to school for a trade due to unable to stand for more than 15 min at a time.
He continue to have dizziness with medications changes by Cardiologist frequently.
His medications make it difficult to stay focused during the day.

Plan Orders — follow-up visit with Mark Dalle-Ave, MD for blood pressure check Dec 25 per sch. Reason for referral: blood pressure check.

2. Assessment — Dilated cardiomyopathy (I42.0), chronic.
Impression — will continue with Entresto and Carvedilol as ordered by Dr Barry Michelson Cardiologist..

3. Assessment — Presence of automatic (implantable) cardiac defibrillator (Z95.810), chronic.
Patient Plan — see care plan

4. Assessment — Obstructive Sleep Apnea Hypopnea (G47.33), chronic.
Impression

Suppled by Medi Home Medical Services of America INC.
Will obtain copy of machine reading for chart from medi Home DME.

Patient Plan

He is compliant with his CPAP use nightly for 8 hours with great benefit
He will continue to use his CPAP nightly and report any changes or problems

5. Assessment — Dependence on other enabling machines and devices (Z99.89), chronic.
Impression — 1-866-678-2825 fax number for Medi Home Care DME..
Patient Plan — Patient has Auto PAP Airsense 11 Tri Pack with heated tubing and Humidifier Setting 11-20cm H2O, EPR 3H/H

6. Assessment — Chronic systolic (congestive) heart failure (I50.22), chronic.

7. Assessment — Obesity (E66.9), chronic.

8. Assessment — Body mass index (BMI) 36.0-36.9, adult (Z68.36).

| | | |
|---|---|---|
| | Plan Orders | Today's instructions / counseling include(s) Dietary management education, guidance, and counseling and Giving encouragement to exercise . |
| 9. | Other Orders<br>Plan Orders | Orders not associated to today's assessments.<br>The patient had the following order(s): Patient Health Questionnaire (PHQ-2). Interpretation: Negative, Result details: 0. |

## Pain Management Plan

Pain level:0/10.
Method: Numeric Pain Intensity Scale.

## Medications (Added, Continued or Stopped today)

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 05/20/2025 | carvedilol 12.5 mg tablet | take 1/2 in AM AND A WHOLE ONE AT NIGHT | N | | | 08/20/2025 |
| | carvedilol 12.5 mg tablet | take 1 tablet by oral route 2 times every day with food | N | | | 08/20/2025 |
| 08/20/2025 | Coreg 12.5 mg tablet | take 1 tablet by oral route 2 times every day with food | N | | | |
| 05/20/2025 | Entresto 97 mg-103 mg tablet | TAKE 1/2 AM AND 1/2 PM | N | | | |
| 11/18/2024 | Farxiga 10 mg tablet | take 1/2 tablet by oral route 2 times every day in the morning | N | | | |
| 10/04/2023 | spironolactone 25 mg tablet | take 1 tablet by oral route every day | N | | | |
| 02/27/2023 | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | | | |

## Counseling / Educational Factors

Counseling / educational factors reviewed.
The patient was counseled today by Mark Dalle-Ave on medication(s). The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.
The patient was also counseled today by Mark Dalle-Ave on diagnosis. The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.

The patient was checked out at 12:28 PM by Debra Crisantemi.

### Co-Sign Orders

| Order | Ordering Provider | Cosigned Name | Cosigned Date | Cosigner Comments |
|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | Keshia Luster FNP | Mark Dalle-Ave | 08/20/2025 | |

| | | | |
|---|---|---|---|
| Giving encouragement to exercise | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 08/20/2025 |
| Dietary management education, guidance, and counseling | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 08/20/2025 |
| follow-up visit with Mark Dalle-Ave, MD for blood pressure check Dec 25 per sch | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 08/20/2025 |

Electronically signed and authenticated by [signature] on 08/20/2025.
**Mark J. Dalle-Ave MD**
Document generated by: Mark Dalle-Ave 08/20/2025 12:29 PM

---

Rural Health Services Consortium, Inc.
Rogersville Medical Complex
4307 Highway 66 South
Rogersville, TN 37857-3155
Phone: (423)921-1600

Patient: Fields, David, DOB:

Rural Health Services Consortium, Inc.
"Our Primary Care Is People"

| | |
|---|---|
| Patient: | **David Fields** |
| Date of Birth: | |
| Date: | 05/20/2025 09:30 AM |
| Visit Type: | Office Visit |

I Rene Schaefers LPN am scribing for and in presence of Mark Dalle-Ave MD. Six min prior to visit MD went over notes and lab results and other tests. This 47 year old patient presents for hypertension, chronic systolic heart failure, Chronic conditions and Scribe Present with Provider.

# History of Present Illness

## 1. hypertension

The severity has been described as being moderate. It is currently stable. Risk factors include family history HTN, gout or CAD, male gender, obesity and smoking. Pertinent negatives include chest pain, claudication, dyspnea, fatigue, headache, hematuria, irregular heartbeat/palpitations, nausea, tremor and vomiting.

## 2. chronic systolic heart failure

The patient states the symptoms are chronic and are stable.

## 3. Chronic conditions

1) HTN (Stable.)
2) Dilated cardiomyopathy (Stable.)
3) Presence of automatic (implantable) cardiac defibrillator (Stable.)
4) Obstructive Sleep Apnea Hypopnea (Stable.)
5) Dependence on other enabling machines and devices (Stable.)
6) Chronic systolic (congestive) heart failure (Stable.)
7) Obesity (Unstable.)
8) Body mass index (BMI) 36.0-36.9, adult (onset 05/20/2025; Unstable.)

Pertinent negatives include fatigue, weight gain and weight loss.

## 4. Scribe Present with Provider

Comments: David is here today for 6 month follow up
He has had 2 Covid injections and flu shot
He received lab results and went over results today in office

He saw Cardiologist in Knoxville on 5/08/25
He has 2 grand daughter
Melinda his wife is doing good at this time
He is doing good at this time with no problems or questions to report
He is having SOB with exertion
He stated that will be getting paper work for disability from Lincoln insurance

## Chronic Conditions Addressed Today

| Diagnosis Description | Code | Status | HPI Comments |
|---|---|---|---|
| HTN | I10 | Stable | |
| Dilated cardiomyopathy | I42.0 | Stable | |
| Presence of automatic (implantable) cardiac defibrillator | Z95.810 | Stable | |
| Obstructive Sleep Apnea Hypopnea | G47.33 | Stable | |
| Dependence on other enabling machines and devices | Z99.89 | Stable | |
| Chronic systolic (congestive) heart failure | I50.22 | Stable | |
| Obesity | E66.9 | Unstable | |
| Body mass index (BMI) 36.0-36.9, adult | Z68.36 | Unstable | |

## Screening Tools

### Other Screenings

| Encounter Date | Performed Date | Screening Tool | Score | Severity/ Interpretation | MDD Classification | Scanned Document |
|---|---|---|---|---|---|---|
| 05/20/2025 | 05/20/2025 | Patient Health Questionnaire (PHQ-2) | 0 | Negative | | |

Intake Comments: TAKES VITAMINS, ASPIRIN ZYRTEC OTC
SEEN CADIOLOGY X2

## Social History (Detailed)

Tobacco use reviewed.

Preferred language is English.
The patient does not need an interpreter.

### Marital Status/Family/Social Support

Marital status: Married

Smoking status: Never smoker.

### Smoking Status

| Type | Smoking Status | Usage Per Day | Years Used | Pack Years | Total Pack Years |
|---|---|---|---|---|---|

~~Never-smoker~~

### Vaping Use

Status: Not a current user

### Alcohol

There is no history of alcohol use.

### Caffeine

The patient uses caffeine: coffee and tea. - 2 cups a day.

### Lifestyle

**Diet**

low salt.

## Advance Directives

Reviewed

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | 02/27/2023 | 05/20/2025 | | N |
| Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | 02/27/2023 | 05/20/2025 | | N |
| Vazalore 81 mg capsule | take 1 capsule by oral route every day | 02/27/2023 | | | N |
| spironolactone 25 mg tablet | take 1 tablet by oral route every day | 10/04/2023 | | | N |
| Farxiga 10 mg tablet | take 1/2 tablet by oral route 2 times every day in the morning | 11/18/2024 | | 11/18/2024 | N |

### Medication Reconciliation

Medications reconciled today.

### Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| taking as directed | carvedilol 12.5 mg tablet | take 1/2 in AM AND A WHOLE ONE AT NIGHT | N | Verified |
| taking as directed | Entresto 97 mg-103 mg tablet | TAKE 1/2 AM AND 1/2 PM | N | Verified |
| taking as directed | Farxiga 10 mg tablet | take 1/2 tablet by oral route 2 times every day in the morning | N | Verified |
| taking as directed | spironolactone 25 mg tablet | take 1 tablet by oral route every day | N | Verified |
| taking as directed | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | Verified |

## Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| PENICILLIN G | (mild) | | |

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, Fatigue, Fever, Malaise, Night sweats, Weight gain and Weight loss. |
| ENMT | Negative | Ear drainage, Hearing loss, Nasal drainage, Otalgia, Sinus pressure and Sore throat. |
| Eyes | Negative | Eye discharge, Eye pain and Vision changes. |
| Respiratory | Negative | Chronic cough, Cough, Dyspnea, Known TB exposure and Wheezing. |
| Cardio | Negative | Chest pain, Claudication, Edema and Irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, Blood in stool, Change in stool pattern, Constipation, Decreased appetite, Diarrhea, Heartburn, Nausea and Vomiting. |
| GU | Negative | Dribbling, Dysuria, Hematuria, Polyuria (Genitourinary), Slow stream, Urinary frequency, Urinary incontinence and Urinary retention. |
| Endocrine | Negative | Cold intolerance, Heat intolerance, Polydipsia and Polyphagia. |
| Neuro | Positive | Dizziness. |
| Neuro | Negative | Extremity weakness, Gait disturbance, Headache, Memory impairment, Numbness in extremity, Seizures and Tremors. |
| Psych | Negative | Anxiety, Depression and Insomnia. |
| Integumentary | Negative | Brittle hair, Brittle nails, Change in shape/size of mole(s), Hair loss, Hirsutism, Hives, Pruritus, Rash and Skin lesion. |
| MS | Negative | Back pain, Joint pain, Joint swelling, Muscle weakness and Neck pain. |
| Allergic/Immuno | Negative | Contact allergy, Environmental allergies, Food allergies and Seasonal allergies. |

## Vital Signs

### Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 9:37 AM | 6.0 | | 182.88 | 01/12/2024 | 0 |

### Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 9:37 AM | 269.40 | | 122.198 | | 36.54 | 2.49 |

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 9:37 AM | 100/69 | sitting | right | arm | automatic | Large adult |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 9:37 AM | 98.00 | 36.67 | | 62 | | 16 |

### Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FIO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 9:37 AM | 96 | | | | | | | | |

### Pain Level

| Time | Pain Level | Method |
|---|---|---|
| 9:37 AM | 0/10 | Numeric Pain Intensity Scale |

### Measured by

| Time | Measured by |
|---|---|
| 9:37 AM | Joyce Carter, LPN |

## Screening Summary

Functional status has not changed.
Most recent assessment: 05/20/2025
Cognitive status has not changed.
Most recent assessment: 05/20/2025
The following were reviewed: nutrition, tobacco use, alcohol use, caffeine use and drugs of abuse

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | * | Overall appearance - age appropriate. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Lips/teeth/gums - Normal. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Heart sounds - Normal S1, Normal S2. |
| Vascular | Normal | Pulses - Carotids: Normal. |
| Skin | * | Inspection - General inspection: warm and dry. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Neurological | Normal | Memory - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Immunizations Entered by History

| Date | Immunization |
|---|---|
| 10/5/2016 12:00:00 AM | Influenza virus vaccine, injectable, quadrivalent, split virus, preservative free, 3 years or older Fluarix, Flulaval or Fluzone Quad 2014-2015 |
| 9/10/2014 11:36:00 AM | Fluarix 3 years or older |

## Completed Orders (This Visit)

| Order | Details | Reason | Side | Interpretation | Result | Additional Info | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| Patient Health Questionnaire (PHQ-2) Giving encouragement to exercise Dietary management education, guidance, and counseling | Negative | 0 |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment Impression | HTN (I10), chronic, Stable.<br>RTO in 6 months<br>Non Fasting labs in 6 months<br><br>Continue to see Dr Warren Stribling or Dr Kemal Akat Cardiologist in Knoxville as ordered on August the 2nd with labs<br>Cardiologist increase Carvedilol 12.5 to 1/2 tab in am and Whole in PM and increased Entresto 1/2 tab in am and pm.<br>Work on lowering BMI to 30 with diet watching portion sizes<br><br>Continue to monitor heart and HTN due to history of heart disease in family.<br>Continue to weight daily with same clothing and chart weight report over 3-5 lbs.<br><br>Will continue with current medications with refills if needed.<br>Cologuard advised will have nurse set up for Cologuard In August if covered by insurance<br><br>Covid has had 2 injections<br>Flu shot done October 2024<br><br>Eat healthy low salt diet<br>Drink plenty of water to keep hydrated<br>Exercise 150min weekly.<br>Wear sun screen to prevent further skin damage<br>Wear good healthy shoes and do not walk on Concert. |
| | Patient Plan | Continue the Lisinopril 20mg daily and Aspirin 81mg daily. , sooner prn. Reviewed his recent fasting labs. Advise healthy diet and physical activity. Low sodium diet, monitor home B/P. |
| | Plan Orders | BMP to be performed. follow-up visit with Mark Dalle-Ave, MD for blood pressure check 6 Months. Reason for referral: blood pressure check. |
| 2. | Assessment Impression | Dilated cardiomyopathy (I42.0), chronic, Stable.<br>will continue with Entresto and Carvedilol as ordered by Dr Barry Michelson Cardiologist.. |
| 3. | Assessment | Presence of automatic (implantable) cardiac defibrillator (Z95.810), chronic, Stable. |
| | Patient Plan | see care plan |

| | | |
|---|---|---|
| 4. | Assessment | Obstructive Sleep Apnea Hypopnea (G47.33), chronic, Stable. |
| | Impression | Suppled by Medi Home Medical Services of America INC<br>Will obtain copy of machine reading for chart from medi Home DME.. |
| | Patient Plan | He is compliant with his CPAP use nightly for 8 hours with great benefit<br>He will continue to use his CPAP nightly and report any changes or problems |
| 5. | Assessment<br>Impression<br>Patient Plan | Dependence on other enabling machines and devices (Z99.89), chronic, Stable.<br>1-866-678-2825 fax number for Medi Home Care DME..<br>Patient has Auto PAP Airsense 11 Tri Pack with heated tubing and Humidifier<br>Setting 11-20cm H2O, EPR 3H/H |
| 6. | Assessment | Chronic systolic (congestive) heart failure (I50.22), chronic, Stable. |
| 7. | Assessment | Obesity (E66.9), chronic, Unstable. |
| 8. | Assessment<br>Plan Orders | Body mass index (BMI) 36.0-36.9, adult (Z68.36), chronic, Unstable.<br>Today's instructions / counseling include(s) Dietary management education, guidance, and counseling and Giving encouragement to exercise . |
| 9. | Assessment | Encounter for screening for malignant neoplasm of colon (Z12.11). |
| 10. | Other Orders<br>Plan Orders | Orders not associated to today's assessments.<br>The patient had the following order(s): Patient Health Questionnaire (PHQ-2).<br>Interpretation: Negative, Result details: 0. |

## Pain Management Plan

Pain level:0/10.
Method: Numeric Pain Intensity Scale.

## Medications (Added, Continued or Stopped today)

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 05/20/2025 | carvedilol 12.5 mg tablet | take 1/2 in AM AND A WHOLE ONE AT NIGHT | N | | | |
| 02/27/2023 | carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | N | | | 05/20/2025 |
| 02/27/2023 | Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | N | | | 05/20/2025 |
| 05/20/2025 | Entresto 97 mg-103 mg tablet | TAKE 1/2 AM AND 1/2 PM | N | | | |
| 11/18/2024 | Farxiga 10 mg tablet | take 1/2 tablet by oral route 2 times every | N | | | |

| | | | |
|---|---|---|---|
| | | day in the morning | |
| 10/04/2023 | spironolactone 25 mg tablet | take 1 tablet by oral route every day | N |
| 02/27/2023 | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N |

## Counseling / Educational Factors

Counseling / educational factors reviewed.

The patient was counseled today by Mark Dalle-Ave on medication(s). The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.

The patient was also counseled today by Mark Dalle-Ave on diagnosis. The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.

### Co-Sign Orders

| Order | Ordering Provider | Cosigned Name | Cosigned Date | Cosigner Comments |
|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | Chelsea Hartsook-Fields FNP | Mark Dalle-Ave | 05/20/2025 | |
| BMP | Dalle-Ave MD, Mark J MD | Mark Dalle-Ave | 05/20/2025 | |
| Giving encouragement to exercise | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 05/20/2025 | |
| Dietary management education, guidance, and counseling | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 05/20/2025 | |
| follow-up visit with Mark Dalle-Ave, MD for blood pressure check 6 Months | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 05/20/2025 | |

Electronically signed and authenticated by Mark J Dalle-Ave MD on 05/20/2025.

**Mark J. Dalle-Ave MD**

Document generated by: Mark Dalle-Ave 05/20/2025 10:19 AM

Tennova™ Heart

Knoxville HMA Cardiology South
7323 Chapman Hwy
KNOXVILLE, TN 37920-6757
Phone: (865) 392-3400, Fax (865) 392-3449

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have Internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:12353375-H-10667]

**Encounter Summary - Progress Note**

| | |
|---|---|
| **Patient** | Fields, David L (47yo, M) #98454 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | 6 month follow up<br>Followup: Nonischemic congestive cardiomyopathy<br>Followup: Left ventricular cardiac dysfunction<br>09/12/2025 - 09:15AM - ETHC_South |
| **History of Present Illness** | Patient is a 39-year-old male that is asked to be seen in followup for cardiac evaluation. We had seen him about 10 years ago. Abnormal stress test. This led to a cardiac catheterization. A small circumflex arose anomalously from the right coronary cusp. LV function was normal. There is a strong family history of coronary disease in the patient's father beginning at age 33 of 34. He died within the last year of complications of coronary artery disease at age 65.. He also has a cousin who was told that he had an elevated coronary calcium score and subsequently went on to be a catheterization and bypass surgery.<br><br>The patient is not having symptoms of chest pain or exercise intolerance dyspnea or orthopnea. No dysrhythmias have been identified. He does have a history of hypertension which she states is typically well controlled. He attributes his elevated blood pressure today to nervousness. Patient does not exercise regularly but is able to do his normal activities without limitation. His last LDL cholesterol 58.<br><br>The patient requested follow-up on February 6, 2023. Over the past several weeks he has been complaining of abdominal distention pedal edema and shortness of breath with activity. He contacted Cindy Pittman who is a relative of his. She thought that follow-up was appropriate. The patient reported some vague epigastric and chest |

discomfort. He went to the emergency room in Rogersville. His chest x-ray suggested borderline cardiomegaly but was otherwise unremarkable. His abdominal gas pattern was normal. His COVID screen was negative. No lab work was done a UTI was not diagnosed based on a urine analysis was. He states in the last several weeks he has gained about 9 or 10 pounds. He feels as if his belly is swollen and distended. He has been treated with multiple GI medications and actually got partial relief. He complained of some fluttering in his chest but no syncope or near syncope. He is not having any chest pain. At its worst he had mild pitting edema just over his lower calfs. He reports he has been watching his diet as far as fluid and salt intake and recently has been eating primarily salads

Patient reports that his bowel habits have increased in frequency. He thinks urination may have diminished mildly

The patient had an echocardiogram performed which demonstrated severe global left ventricular dysfunction EF of 10 to 15%. Right ventricular function was diminished as well. No hemodynamically significant valvular abnormalities were seen. Troponin was normal proBNP was elevated at 3953 CBC was unremarkable there was mild elevation in ALT and AST BUN and creatinine were normal at 18 and 1.16 bilirubin was 2.5
Because of the findings we brought him back to the office as quickly as possible to initiate therapy. There is really been no change in his status over the last 3 days. We did discuss changes in medications including substituting Entresto for lisinopril and adding carvedilol as well as an SGLT2 2 inhibitor. We also discussed cardiac catheterization to rule out coronary disease as an etiology. We also discussed long-term goals and possible need for ICD or advanced care if he does not respond well to medication

Catheterization was performed. Left ventricle was severely dilated with an EF estimated 10 to 15% end-diastolic pressure was estimated at 40 mmHg. He did not have significant blockages in his coronaries. Appropriate medical therapy was continued. He has lost approximately 20 pounds with diuresis. Overall the patient's breathing has improved. He is not having significant orthopnea. His exercise tolerance is marginally better. He is scheduled to see the St. Thomas heart failure service in April. He has not been monitoring blood pressures at home but I suggested that he do this. His ICD has not discharged (ZOLL LifeVest).

Patient is seen in follow-up on June 23, 2023. Since his last visit he has seen Dr. Patel. There is a plan for implantation of a subcutaneous ICD in July. The MRI was performed as requested by Dr. Stribling. This confirms severe dilated left ventricle with severe left ventricular dysfunction. Interpretation could not exclude prior infarction but this certainly would not be consistent with findings on his coronary angiography.
Patient has been doing reasonably well clinically. He brought in an extensive recordings of his blood pressure heart rate and weight. His blood pressures typically are between 90 and 100 systolic limiting our ability to increase medications. Patient feels that he is much better than at his time of his presentation. He can walk unlimited distances on level ground. He does report some dyspnea when walking uphill. He is not having problems with orthopnea. He is scheduled to see Dr. Stribling in October

The patient was seen in follow-up on September 8, 2023. He actually underwent implantation of a ICD CRT device. He early on had some issues with diaphragmatic pacing but these have been reprogrammed. He has occasional "hiccups". His exercise tolerance is improved but certainly is not where he wants it to be. He keeps a good log of his blood pressure. Blood pressure is marginal for increasing medications. He will occasionally report transient lightheadedness if he is bending over and stands up suddenly. We discussed venous pooling and that this was something that we would keep an eye on but to be aware of it and try movement immediately. He is not having significant problems with edema

| | |
|---|---|
| | Patient is seen in follow-up on March 13, 2024. Clinically he is doing well. He is able to do more physical exercise but limits himself in terms of duration. He is not having any chest pain. He does have occasional "hiccups". Which seem to be positional and are likely due to intermittent phrenic nerve pacing from his BIV ICD. He has had no interval hospitalizations. His weight has been stable. He has not had any edema. He continues to monitor his blood pressures and they are marginal for any increase in his medical regimen (systolics typically 100-104).<br><br>Patient is seen in follow-up on September 11, 2024. Clinically he is stable to marginally improved. He has seen Dr. Stribling in the past and is scheduled to go to Nashville after the first of the year to have a 6-minute walk test as well as potentially other testing performed. He is not having significant orthopnea or paroxysmal nocturnal dyspnea. He is not having significant dependent edema. He monitors blood pressures frequently. They tend to be in the 90-100 systolic range limiting any future changes in medications.<br><br>The patient is seen in follow-up on March 12, 2025. Since his last visit he has been seen by Dr. Stribling. He evidently had cardiopulmonary testing performed. I believe the conclusion was he is not yet a candidate for transplant. The patient has an appointment to see Dr. Stribling in late March. He has been doing well. He denies problems with chest pain or shortness of breath orthopnea paroxysmal nocturnal dyspnea. To the best of his knowledge he has not had any ICD therapies administered. He states that he walked he thinks for about 10-1/2 minutes on the protocol. It may have been a modified bruise from how he was describing it is 0% grade to begin with. Blood pressures remain a little on the low side but he is not really symptomatic. He has had no interval hospitalizations<br><br>Patient returns for follow-up on September 12, 2025. His heart failure he remains reasonably well compensated. He is not having significant issues with orthopnea or paroxysmal nocturnal dyspnea. His blood pressure remains low and he will have occasional episodes of transient lightheadedness. Since his carvedilol dose was increased a little bit he has more of the "hiccups". He is really not having significant diaphragmatic pacing I do not think. He continues to be followed by the heart failure clinic at St. Thomas. He has not had any ICD therapies administered. |
| **Review of Systems** | **Cardiovascular:**<br>Cardiovascular: **palpitations and light-headed on standing.**<br>**Respiratory:**<br>Respiratory: **sleep apnea (c-pap).** |
| **Vitals** | 2025-09-12 09:26<br>**BP Cuff Size:** large adult large adult; **BP Measurement Method:** manual manual; **Ht:** 6 ft<br>**Wt:** 268.4 lbs; **BP:** 92/64 sitting L arm 96/70 standing L arm; **BMI:** 36.4 |
| **Procedure** | None recorded |
| **Results/Interpretations** | ELECTROCARDIOGRAM<br>• Result:<br>- **Interpretation:: Sinus rhythm ventricular pacing** |
| **Physical Exam** | **Constitutional:**<br>General Appearance: appears stated age and **obese**. Level of Distress: comfortable. |

**Psychiatric:**
Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:**
Lids and Conjunctivae: no xanthelasma or arcus senilis.

**ENMT:**
Lips, Teeth, and Gums: normal dentition. Nose: no lesions on external nose.

**Neck:**
Neck: supple and trachea midline. Carotid Arteries: bilateral normal upstroke and no bruits. Jugular Veins: jugular venous pressure unable to assess. Cervical Lymph Nodes: non tender.

**Lungs:**
Respiratory Effort: unlabored. Chest Exam: normal curvature. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:**
Precordial Exam: non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: **BTK edema** .

**Peripheral Pulses:**
Pulses: full and equal in all extremities except if noted. Radial Pulse: normal. Dorsalis Pedis Pulse: normal.

**Abdomen::**
Inspection and Palpation: non distended or tender, normal aorta and bowel sounds, no bruit or masses, and soft; **Abdomen is mildly distended soft with no rebound or guarding.**

**Musculoskeletal:**
Inspection: no joint tenderness.

**Neurologic:**
Gait: normal gait. Motor: normal strength.

**Skin:**
Inspection and Palpation: warm and dry.

FIELDS, David L (id #98454, dob:

**Assessment and Plan**

**1. Nonischemic congestive cardiomyopathy** - Onset: 06/08/2023 -

Patient has nonischemic cardiomyopathy. He is on a reasonable medical regimen limited by blood pressure. He is followed by the advanced heart failure clinic at St. Thomas. He is followed by EP and has had a BiV ICD/CRT device implanted which seems to be working normally.

As the patient has had the BIV ICD CRT device in some period of time we will order an echocardiogram.

Stable on current therapy. Blood pressure precludes aggressive intensification. Followed by the heart failure clinic at St. Thomas.
I42.0: Dilated cardiomyopathy

- ELECTROCARDIOGRAM
- NT PROBNP
- COMPREHENSIVE METABOLIC PANEL

**2. Primary idiopathic dilated cardiomyopathy**

Patient has severe global left ventricular dysfunction in the absence of significant coronary disease. We will add spironolactone to his medical regiment increase the dose of carvedilol. He is scheduled for follow-up or evaluation by advanced heart failure team from St. Thomas. He will continue with the LifeVest until we reassess LV function probably in 2 months

The patient is undergone evaluation by the advanced heart failure team at St. Thomas. He is also seen Dr. Patel. He is on a good regimen which has been responsive as far as his symptoms. I do not think we can increase dosing of medications further given his issues with hypotension or low normotension (systolics in the 90s) on his current regimen.

The patient has had a BIV ICD with CRT therapy implant
I42.0: Dilated cardiomyopathy

**3. Biventricular implantable cardioverter-defibrillator (ICD) in situ**

Patient has undergone ICD/CRT device implantation monitored by Dr. Patel
Z95.810: Presence of automatic (implantable) cardiac defibrillator

ELECTROCARDIOGRAM
- Result:
  - **Interpretation:: Sinus rhythm ventricular pacing**

Return to Office

- SARA JOHNSON, NP for *Follow-up 15 at ETHC_Turkey Creek on 11/21/2025 at 11:00 AM
- to see Barry Michelson, MD at ETHC_South on or around 03/12/2026

Patient Medical History:

**Allergies List**

Reviewed Allergies

**PENICILLINS**: Rash

**Medications**

Reviewed Medications

| Medication | Date | Status |
|---|---|---|
| **aspirin 81 mg chewable tablet** Chew 1 tablet every day by oral route for 90 days. | 06/08/23 | entered |
| **carvedilol 12.5 mg tablet** Take 1 tablet(s) twice a day by oral route for 90 days. | 06/11/25 | filled |
| **cetirizine 10 mg tablet** Take 1 tablet(s) every day by oral route. | 06/08/23 | entered |
| **Entresto 97 mg-103 mg tablet** Take 1 tablet(s) twice a day by oral route. | 08/13/25 | filled |

| | | |
|---|---|---|
| | **Farxiga 10 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route for 90 days, for cardiomyopathy. | 06/19/25 filled |
| | **Multi Vitamin** Mens vitafusion 1 daily | 02/06/23 entered |
| | **spironolactone 25 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY MORNING FOR FLUID AND BLOOD PRESSURE | 08/13/25 filled |
| | Immune plus<br>9/12/25 memory..csp | |

| | | |
|---|---|---|
| **Family History** | Reviewed Family History | |
| | Father | - Coronary artery bypass graft (died age: 65) |
| | | - Cerebrovascular accident (died age: 65) |
| | | - Myocardial infarction (died age: 65) |
| | | - Diabetes mellitus |
| | | - Hypertensive disorder |
| | Paternal Grandfather | - Myocardial infarction (died age: 75) |
| | Paternal Grandmother | - Cerebrovascular accident |
| | Paternal Aunt | - Cerebrovascular accident |
| | Mother | - Hypertensive disorder |
| | Brother | - Hypertensive disorder |
| | No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy | |
| **Past Medical History** | Reviewed Past Medical History<br>PATIENT DENIES SIGNIFICANT PAST MEDICAL HISTORY: **Y**<br>CARDIOMYOPATHY: **Y**<br>CHEST PAIN: **Y**<br>CONGESTIVE HEART FAILURE: **Y**<br>GERD/REFLUX: **Y**<br>HIGH BLOOD PRESSURE/HYPERTENSION: **Y**<br>ISCHEMIC CARDIOMYOPATHY: **Y**<br>OBESITY: **Y**<br>OTHER-1: **Y - PM/ICD implant**<br>PALPITATIONS: **Y**<br>SLEEP APNEA: **Y**<br>Notes: Please refer to Problem section for most up to date PMH | |
| **Vaccine History** | Vaccines not reviewed (last reviewed 02/06/2023)<br>COVID VACCINATED | |

Electronically Signed by: BARRY MICHELSON, MD

FIELDS, David L (id #3189388, dob:

**Ascension Saint Thomas Heart Knoxville Comprehensive Heart Failure and Tran**
10800 Parkside Dr Ste 331
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**Send To:** Mark Dalle Ave MD
**Encounter Summary - Progress Note**
Date Printed: 08/18/2025
Appointment Date:08/07/2025

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:163478943-H-7654]

| | |
|---|---|
| **Patient** | Fields, David L (47yo, M) #3189388 |
| **DOB and Age** | 47yo |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | (423) 921-2189 |
| | | **Work Phone** | |
| **Primary Care Provider** | **Cardiologist:** BARRY I MICHELSON MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1538159017<br>**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054<br>**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672 | | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | 3 month follow up<br>08/07/2025 - 12:00PM - STPS_ST Hrt CHF_Turkey Creek |
| **History of Present Illness** | Mr. Fields is a 47 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.<br><br>On his last visit 1 year ago, no med changes were made. CPX was ordered and shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE was advised but not pursued. He feels well. He denies CP, SOB, swelling, or syncope. Has positional dizziness but this is short-lived. Wt has been stable. He has been able to do things like yardwork and walking outdoors w/o problems.<br><br>5/7/2025 6-week follow up with TTE. Occasional palpitations. Can walk without issues on even ground, 2-3 flights of stairs, no orthopnea/PND (1 pillow), no edema. Felt dizzy for a few days after increase in sacubitril/valsartan with SBPs in 80s but that subsided. TTE with unchanged EF of 20%, grade 2 DD, mild MR.<br><br>8/7/2025 he returns for follow-up visit. He feels quite well on current medical therapy with no symptoms of shortness of breath, orthopnea, PND, or edema. He denies palpitations, presyncope, or syncope. |
| **Review of Systems** | **ROS as noted in the HPI** |
| **Vitals** | **Ht:** 6 ft (182.88 cm) **Wt:** 268.5 lbs With clothes **BMI:** 36.4 08/07/2025 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 08/07/2025 12:51 pm | | (121.79 kg) 08/07/2025 12:52 pm | | 12:52 pm |
| | BP: | 114/73 sitting 08/07/2025 12:52 pm | HR: | 59 08/07/2025 12:52 pm | | |

| | |
|---|---|
| **Results/Interpretations** | |
| **Physical Exam** | General: Well developed, well nourished, Comfortable.<br>Psych: Awake, alert.<br>Neuro: No focal neurological deficit.<br>HEENT: Atraumatic, anicteric, PERRLA, moist mucous membranes, JVP <8.<br>Card: Regular rhythm, normal rate, normal S1/S2, no murmur, no S3/S4, no rub.<br>Pulm: Normal effort, clear bilaterally.<br>Abdomen: Normal bowel sounds, non-distended, non-tender.<br>Extremities: No edema.<br>Skin: No rash or skin defect. |
| **Assessment and Plan** | This visit encompassed the longitudinal relationship with the patient for the care outlined in my assessment and plan.<br><br>**1. Chronic systolic heart failure -**<br>AHA/ACC stage C<br>NYHA I (improved)<br>CPET 1/20/2025 pVO2 13.9 (54% predicted), VE/CO2 33.<br>Euvolemic.<br>CRT-D<br>Mild MR TTE 4/2/2025<br><br>Increase carvedilol to 12.5 mg twice daily<br>Continue sacubitril/valsartan 97/103 BID<br>Continue spironolactone 25 daily<br>Continue dapagliflozin 10 daily<br><br>Return to clinic in 6 months.<br>I50.22: Chronic systolic (congestive) heart failure<br>• carvedilol 12.5 mg tablet - To be submitted on or around 08/18/2025 Take 1 tablet(s) twice a day by oral route for 90 days. Qty: (180) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER Note to Pharmacy: change in dose<br><br>**2. Nonischemic congestive cardiomyopathy -**<br>cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation.<br>I42.0: Dilated cardiomyopathy<br><br>**3. Body mass index 40+ - severely obese -**<br>Stable, c/w wt loss and exercise.<br>Z68.42: Body mass index [BMI] 45.0-49.9, adult<br><br>**4. Obstructive sleep apnea syndrome -**<br>On CPAP and tolerating.<br>G47.33: Obstructive sleep apnea (adult) (pediatric)<br><br>Return to Office<br>• to see Don Chomsky, MD for Established Patient 15 at STPS_ST Hrt CHF_Turkey Creek on or around 02/07/2026 |

Patient Medical History:

| | | |
|---|---|---|
| **Allergies List** | Allergies not reviewed (last reviewed 05/08/2025) | |
| | **PENICILLINS** | |
| **Medications** | Reviewed Medications | |
| | **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 04/12/23 entered |

| | | | |
|---|---|---|---|
| | **carvediloL 12.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 08/07/25 | prescribed |
| | **Entresto 97 mg-103 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 03/27/25 | prescribed |
| | **Farxiga 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | prescribed |
| | **multivitamin** 1 tab daily | 04/12/23 | entered |
| | **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | entered |
| | **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 05/08/25 | entered |
| **Family History** | None recorded | | |
| **Past Medical History** | (none recorded) | | |
| **Vaccine History** | None recorded | | |

Electronically Signed by: DON CHOMSKY, MD



Tennova™ Heart

Knoxville HMA Cardiology Turkey Creek
10800 PARKSIDE DR STE 331
KNOXVILLE, TN 37934-1982
Phone: (865) 392-3400, Fax: (865) 392-3449

Date: 05/20/2025

RE: David Fields
DOB:
PT ID #98454

Dear Mark Dalle Ave MD,

We saw David Fields in our office today. The clinical summary is attached below for your review. Thank you for allowing us to participate in your patient's care.

Sincerely,

Electronically Signed by: NILAM PATEL, MD

## History of Present Illness

routine fup
here with wife
no new events since last seen
denies concerns/questions

## Assessment/Plan

**1. Biventricular automatic implantable cardioverter defibrillator in situ -**
BSC CRT-D_7/2023

8.5 years
AP 20s%, LVP 90s%_DDDR 60/125
No VT_Monitor 170, VF 200
AF<1%, total 3.8 min in 176 days_11/2024 (far field sensing)

Remote q3 months
RTC 6 mths Sara or Dustin
Z95.810: Presence of automatic (implantable) cardiac defibrillator

**2. Nonischemic congestive cardiomyopathy -**
2022

**EKG:**
2/2023: ST 90, PR 220, QRS 126, RBBB/LPFB, QTc 443

FIELDS, David L (id #98454, dob:

6/2023: SR 65, PR 260, QRS 131 RBBB/LPFB, QTc 433

**Imaging:**
LHC: 2/2023: normal coronaries, EF 10-15%, LVEDP 40, mod MR
Echo: 5/2023: EF 20%, mod LAE, mild AI/TR, mild to mod MR, RVSP 40, LVIDd6.56
Echo: 2/2023: EF 10-15%
Echo: 3/2024: EF 20% mod to sev MR
Cardiac MRI: 2023: EF 27%, akinesis and wall thinning of anterior, inferior, and lateral walls. no evidence of iron overload. 50% subendocardial LGE in the basal and mid lateral walls consistent with infarct pattern. normal RV size and moderate systolic dysfunction EF 32%. mild MR,
VO2 at St.Thomas: 1/2025
Echo: 4/2025: EF 20%, mild MR, mod TR, RVSP 57

**GDMT**
Entresto 97-103 mg BID
Farxiga 10 daily
spironolactone 25mg daily
carvedilol 6.25/12.5mg BID

s/p CRT-D_7/2023

fup Dr.Michelson/Dr.Stribbling
I42.0: Dilated cardiomyopathy

**3. Chronic systolic heart failure -**
as above
I50.22: Chronic systolic (congestive) heart failure

**4. Essential hypertension -**
2006
I10: Essential (primary) hypertension
- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE

**5. History of SARS-CoV-2 -**
3 episodes so far. no hospitalization
1st and 3rd was severe
diagnosed with HF after 3rd episode
Z86.16: Personal history of COVID-19

**6. First degree atrioventricular block -**
asymptomatic

I44.0: Atrioventricular block, first degree
- HEART BLOCKS: CARE INSTRUCTIONS

**7. Obstructive sleep apnea syndrome -**
2012
compliant to CPAP
G47.33: Obstructive sleep apnea (adult) (pediatric)
- SLEEP APNEA: CARE INSTRUCTIONS

**8. Obesity -**
BMI 35
weight loss advised by diet/exercise
E66.9: Obesity, unspecified
- WHEN YOU WANT TO LOSE WEIGHT: CARE INSTRUCTIONS

**9. Mitral valve regurgitation -**
mgmt per Dr.Michelson and St.Thomas HF team
I34.0: Nonrheumatic mitral (valve) insufficiency
- HEART VALVE DISEASE: CARE INSTRUCTIONS
- MITRAL VALVE REGURGITATION: CARE INSTRUCTIONS

Return to Office
- Barry Michelson, MD for *Follow-up 15 at ETHC_South on 09/10/2025 at 10:30 AM
- SARA JOHNSON, NP for *Follow-up 15 at ETHC_Turkey Creek on 11/21/2025 at 11:00 AM

FIELDS, David L (id #3189388, dob:

**Ascension Medical Group Saint Thomas Turkey Creek**
10800 Parkside Drive
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**Send To:** Mark Dalle Ave MD
**Encounter Summary - Progress Note**
Date Printed: 05/08/2025
Appointment Date:05/08/2025

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have Internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:157925074-H-7654]

| | |
|---|---|
| **Patient** | Fields, David L (47yo, M) #3189388 |
| **DOB and Age** | 47yo |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | 1199 Stanley Valley Rd<br>Rogersville, TN 37857-6116 | **Home Phone** | (423) 921-2189 |
| | | **Work Phone** | |
| **Primary Care Provider** | **Cardiologist:** BARRY I MICHELSON MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1538159017<br>**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054<br>**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672 | | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | 6 week follow up<br>05/08/2025 - 11:20AM - STPS_ST Hrt CHF_Turkey Creek |
| **History of Present Illness** | Mr. Fields is a 46 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.<br><br>On his last visit 1 year ago, no med changes were made. CPX was ordered and shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE was advised but not pursued. He feels well. He denies CP, SOB, swelling, or syncope. Has positional dizziness but this is short-lived. Wt has been stable. He has been able to do things like yardwork and walking outdoors w/o problems.<br><br>5/7/2025 6-week follow up with TTE. Occasional palpitations. Can walk without issues on even ground, 2-3 flights of stairs, no orthopnea/PND (1 pillow), no edema. Felt dizzy for a few days after increase in sacubitril/valsartan with SBPs in 80s but that subsided. TTE with unchanged EF of 20%, grade 2 DD, mild MR. |
| **Review of Systems** | **ROS as noted in the HPI** |
| **Vitals** | 2025-05-08 11:49 |

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft (182.88 cm) | **Wt:** | 266.4 lbs (120.84 kg) | **BMI:** | 36.1 |
| **BP:** | 103/66 | **HR:** | 64 | | |

FIELDS, David L (Id #3189388, dob:

| | |
|---|---|
| **Results/Interpretations** | None recorded |
| **Physical Exam** | General: Well developed, well nourished. Comfortable.<br>Psych: Awake, alert, euthymic mood and broad affect.<br>Neuro: No focal neurological deficit.<br>HEENT: Atraumatic, anicteric, PERRLA, moist mucous membranes. JVP <8.<br>Card: Regular rhythm, normal rate, normal S1/S2, no murmur, no S3/S4, no rub.<br>Pulm: Normal effort, clear bilaterally.<br>Abdomen: Normal bowel sounds, non-distended, non-tender.<br>Extremities: No edema.<br>Skin: No rash or skin defect. |
| **Assessment and Plan** | This visit encompassed the longitudinal relationship with the patient for the care outlined in my assessment and plan.<br><br>**1. Chronic systolic heart failure -**<br>AHA/ACC stage C<br>NYHA II<br>CPET 1/20/2025 pVO2 13.9 (54% predicted), VE/CO2 33.<br>Euvolemic.<br>CRT-D<br>Mild MR TTE 4/2/2025<br><br>Increase carvedilol to 18.75 mg BID,<br>Continue sacubitril/valsartan 97/103 BID<br>Continue spironolactone 25 daily<br>Continue dapagliflozin 10 daily<br><br>Return to clinic in 3 months.<br>I50.22: Chronic systolic (congestive) heart failure<br>• MEDICAL RECORD REQUEST* - Note to Provider: Please fax results of most recent bmp/cmp to 615-222-5399. Thank you.<br>• carvedilol 12.5 mg tablet - Take 1.5 tablet(s) twice a day by oral route for 90 days. Qty: (270) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER<br><br>**2. Nonischemic congestive cardiomyopathy -**<br>Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation.<br>I42.0: Dilated cardiomyopathy<br><br>**3. Body mass index 40+ - severely obese -**<br>Stable, c/w wt loss and exercise.<br>Z68.42: Body mass index [BMI] 45.0-49.9, adult<br><br>**4. Obstructive sleep apnea syndrome -**<br>On CPAP and tolerating.<br>G47.33: Obstructive sleep apnea (adult) (pediatric)<br><br>Return to Office<br>• Don Chomsky, MD for Established Patient 15 at STPS_ST Hrt CHF_Turkey Creek on 08/07/2025 at 12:00 PM |

Patient Medical History:

| | | |
|---|---|---|
| **Allergies List** | Reviewed Allergies | |
| | **PENICILLINS** | |
| **Medications** | Reviewed Medications | |
| | **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 04/12/23 entered |
| | **carvedilol 12.5 mg tablet**<br>Take 1.5 tablet(s) twice a day by oral route for 90 days. | 05/08/25 prescribed |
| | **Entresto 97 mg-103 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 03/27/25 prescribed |
| | **Farxiga 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 prescribed |

| | | |
|---|---|---|
| | **multivitamin** 1 tab daily | 04/12/23 entered |
| | **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 entered |
| | **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 05/08/25 entered |
| **Family History** | None recorded | |
| **Past Medical History** | (none recorded) | |
| **Vaccine History** | None recorded | |

Electronically Signed by: KEMAL MARC AKAT, MD, PHD, MSC

**Ascension Saint Thomas**
Ascension Medical Group Saint Thomas Turkey Creek
10800 Parkside Drive
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945, Fax: (615) 222-5399

Date: 03/28/2025

RE: David Fields, DOB PT ID #3189388

Dear Mark Dalle Ave MD,

I had the pleasure of seeing David Fields in the office recently for follow-up. I have enclosed a copy of the office evaluation for your records. Once again, thank you for allowing me to participate in the care of this patient.

Sincerely,

Electronically Signed by: WARREN K STRIBLING MD

**ENCOUNTER REASON/DATE**

chronic systolic heart failure, 1 year follow up
03/27/2025 - 12:00PM - STPS_ST Hrt CHF_Turkey Creek

**HISTORY OF PRESENT ILLNESS:**

Mr. Fields is a 46 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.

On his last visit 1 year ago, no med changes were made. CPX was ordered and shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE was advised but not pursued. He feels well. He denies CP, SOB, swelling, or syncope. Has positional dizziness but this is short-lived. Wt has been stable. He has been able to do things like yardwork and walking outdoors w/o problems.

**ALLERGIES:**

Allergies not reviewed (last reviewed 04/25/2024)
**PENICILLINS**

**MEDICATIONS:**

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg tablet,delayed release** Take 1 tablet(s) every day by oral route. | 04/12/23 | entered |
| **carvedilol 12.5 mg tablet** Take 1 tablet(s) twice a day by oral route. | 04/25/24 | entered |
| **Entresto 97 mg-103 mg tablet** Take 1 tablet(s) twice a day by oral route for 90 days. | 03/27/25 | prescribed |
| **Farxiga 10 mg tablet** Take 1 tablet(s) every day by oral route. | 10/12/23 | prescribed |
| **multivitamin** 1 tab daily | 04/12/23 | entered |
| **spironolactone 25 mg tablet** Take 1 tablet(s) every day by oral route. | 10/12/23 | entered |

FAMILY HISTORY:

None recorded

SOCIAL HISTORY:

Social History not reviewed (last reviewed 10/12/2023)

PAST MEDICAL HISTORY:

(none recorded)

SURGERY/PROCEDURE/DIAGNOSTIC HISTORY:

- Cardiopulm exercise testing - 01/20/2025 - Peak VO2 - 13.9, pred 54%, RER - 1.03, slope - 32.85
- Echo - 03/29/2024 - LVEF 20%; grade II DD; moderately elevated LV filling pressure; severe global LV systolic dysfunction; mild AR; mild to moderate LAE; moderate to severe MR.
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Cardiac mri - 06/15/2023 - LVEF 27%; severely dilated LV with moderate systolic dysfunction; normal RV size with moderate systolic dysfunction ; moderate LAE; mild RAE; mild MR; dilated main pulmonary artery.
- Echo - 05/08/2023 - LVEF 20%; LV size is moderately dilated; Grade II DD; mild AR; mild to moderate LAE; mild to moderate MR; mild TR.
- Cardiac catheterization - 02/17/2023 - LVEF 10-15%; LV is dilated; severe global LV dysfunction; probably moderate MR; normal coronaries.
- Echo - 02/09/2023 - LVEF 10-15%; Severe global hypokinesis; LV mildly dilated; mild LAE and RAE; mild TR.

ADDITIONAL HISTORY

None recorded

REVIEW OF SYSTEMS:

None recorded

VITALS:

| | | |
|---|---|---|
| **Ht:** 6 ft (182.88 cm) 03/27/2025 12:02 pm | **Wt:** 266 lbs (120.66 kg) 03/27/2025 12:03 pm | **BMI:** 36.1 03/27/2025 12:03 pm |
| **BP:** 113/80 03/27/2025 12:03 pm | **Pulse:** 60 bpm 03/27/2025 12:03 pm | |

PHYSICAL EXAM

**Constitutional:**
General Appearance: appears stated age and **overweight**. Level of Distress: comfortable.

**Psychiatric:**
Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:**
Lids and Conjunctivae: no discharge, pallor, or xanthelasma and anicteric.

**ENMT:**
Lips, Teeth, and Gums: normal dentition. Ears: no lesions on external ear and (normal) hearing. Nose: no lesions on external nose or nasal discharge and nares patent. Oropharynx: no cyanosis or pallor.

**Neck:**
Neck: supple and trachea midline. Jugular Veins: normal jugular venous pressure.

**Lungs:**
Respiratory Effort: unlabored. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:**
Rate And Rhythm: regular. Heart Sounds: normal S1 and S2 and no rub, gallop, or click. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no cyanosis or edema.

**Abdomen:**
Inspection and Palpation: non distended or tender and soft and no masses. Liver: non tender or no hepatomegaly. Spleen: non tender.

**Musculoskeletal:**
Inspection: no joint tenderness or swelling and normal back.

**Neurologic:**
Gait: normal gait. Neurological: no focal deficits and cranial nerves intact.

**Skin:**
Inspection and Palpation: warm and dry. Nails: no clubbing.

PROCEDURE DOCUMENTATION

None recorded

STUDIES INTERPRETED

None recorded

ASSESSMENT/PLAN

**1. Chronic systolic heart failure -**
He has stage C HF w/ stable NYHA class II symptoms. He is on reasonable GDMT and has undergone CRT-D. CPX is not suggestive of poor prognosis or need for advanced therapies. Getting recent labs from Dr. Michelson. Increase Entresto to max dose and fu in 1 month for labs and bp check w/ NP
I50.22: Chronic systolic (congestive) heart failure

- Entresto 97 mg-103 mg tablet - Take 1 tablet(s) twice a day by oral route for 90 days. Qty: (180) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER Note to Pharmacy: to replace previous dose
- MEDICAL RECORD REQUEST* - Note to Provider: Please fax results of most recent bmp/cmp to 615-222-5399. Thank you.
- MEDICAL RECORD REQUEST* - Note to Provider: Please fax results of most recent bmp/cmp to 615-222-5399. Thank you.
- US, ECHOCARDIOGRAM

Authorization: BCBS-TN (PPO) | NOTREQUIRED

**2. Nonischemic congestive cardiomyopathy -**
Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation. He is being treated w/ GDMT and has undergone CRT-D though I am

uncertain this will lead to much improvement as QRS duration was not very long and he did not have LBBB. Repeat echo to eval LVSF and mitral valve as he has had MR in past.
I42.0: Dilated cardiomyopathy

**3. Body mass index 40+ - severely obese -**
Stable. c/w wt loss and exercise.
Z68.42: Body mass index [BMI] 45.0-49.9, adult

**4. Obstructive sleep apnea syndrome -**
On CPAP and tolerating.
G47.33: Obstructive sleep apnea (adult) (pediatric)

Return to Office

- Kemal Marc Akat, MD, PhD, MSc for Established Patient 20 at STPS_ST Hrt CHF_Turkey Creek on 05/08/2025 at 11:20 AM

Tennova™ Heart

Knoxville HMA Cardiology South
7323 Chapman Hwy
KNOXVILLE, TN 37920-6757
Phone: (865) 392-3400, Fax: (865) 392-3449

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:11589981-H-10667]

**Encounter Summary - Progress Note**

| | |
|---|---|
| **Patient** | Fields, David L (47yo, M) #98454 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | Followup: Nonischemic congestive cardiomyopathy<br>Followup: Chronic systolic heart failure<br>Followup: Essential hypertension<br>Followup: First degree atrioventricular block<br>Followup: Left ventricular cardiac dysfunction<br>03/12/2025 - 11:15AM - ETHC_South |
| **History of Present Illness** | Patient is a 39-year-old male that is asked to be seen in followup for cardiac evaluation. We had seen him about 10 years ago. Abnormal stress test. This led to a cardiac catheterization. A small circumflex arose anomalously from the right coronary cusp. LV function was normal. There is a strong family history of coronary disease in the patient's father beginning at age 33 of 34. He died within the last year of complications of coronary artery disease at age 65,. He also has a cousin who was told that he had an elevated coronary calcium score and subsequently went on to be a catheterization and bypass surgery.<br><br>The patient is not having symptoms of chest pain or exercise intolerance dyspnea or orthopnea. No dysrhythmias have been identified. He does have a history of hypertension which she states is typically well controlled. He attributes his elevated blood pressure today to nervousness. Patient does not exercise regularly but is able to do his normal activities without limitation. His last LDL cholesterol 58.<br><br>The patient requested follow-up on February 6, 2023. Over the past several weeks he has been complaining of abdominal distention pedal edema and shortness of breath with activity. He contacted |

Cindy Pittman who is a relative of his. She thought that follow-up was appropriate. The patient reported some vague epigastric and chest discomfort. He went to the emergency room in Rogersville. His chest x-ray suggested borderline cardiomegaly but was otherwise unremarkable. His abdominal gas pattern was normal. His COVID screen was negative. No lab work was done a UTI was not diagnosed based on a urine analysis was. He states in the last several weeks he has gained about 9 or 10 pounds. He feels as if his belly is swollen and distended. He has been treated with multiple GI medications and actually got partial relief. He complained of some fluttering in his chest but no syncope or near syncope. He is not having any chest pain. At its worst he had mild pitting edema just over his lower calfs. He reports he has been watching his diet as far as fluid and salt intake and recently has been eating primarily salads

Patient reports that his bowel habits have increased in frequency. He thinks urination may have diminished mildly

The patient had an echocardiogram performed which demonstrated severe global left ventricular dysfunction EF of 10 to 15%. Right ventricular function was diminished as well. No hemodynamically significant valvular abnormalities were seen. Troponin was normal proBNP was elevated at 3953 CBC was unremarkable there was mild elevation in ALT and AST BUN and creatinine were normal at 18 and 1.16 bilirubin was 2.5
Because of the findings we brought him back to the office as quickly as possible to initiate therapy. There is really been no change in his status over the last 3 days. We did discuss changes in medications including substituting Entresto for lisinopril and adding carvedilol as well as an SGLT2 2 inhibitor. We also discussed cardiac catheterization to rule out coronary disease as an etiology. We also discussed long-term goals and possible need for ICD or advanced care if he does not respond well to medication

Catheterization was performed. Left ventricle was severely dilated with an EF estimated 10 to 15% end-diastolic pressure was estimated at 40 mmHg. He did not have significant blockages in his coronaries. Appropriate medical therapy was continued. He has lost approximately 20 pounds with diuresis. Overall the patient's breathing has improved. He is not having significant orthopnea. His exercise tolerance is marginally better. He is scheduled to see the St. Thomas heart failure service in April. He has not been monitoring blood pressures at home but I suggested that he do this. His ICD has not discharged (ZOLL LifeVest).

Patient is seen in follow-up on June 23, 2023. Since his last visit he has seen Dr. Patel. There is a plan for implantation of a subcutaneous ICD in July. The MRI was performed as requested by Dr. Stribling. This confirms severe dilated left ventricle with severe left ventricular dysfunction. Interpretation could not exclude prior infarction but this certainly would not be consistent with findings on his coronary angiography.
Patient has been doing reasonably well clinically. He brought in an extensive recordings of his blood pressure heart rate and weight. His blood pressures typically are between 90 and 100 systolic limiting our ability to increase medications. Patient feels that he is much better than at his time of his presentation. He can walk unlimited distances on level ground. He does report some dyspnea when walking uphill. He is not having problems with orthopnea. He is scheduled to see Dr. Stribling in October

The patient was seen in follow-up on September 8, 2023. He actually underwent implantation of a ICD CRT device. He early on had some issues with diaphragmatic pacing but these have been reprogrammed. He has occasional "hiccups". His exercise tolerance is improved but certainly is not where he wants it to be. He keeps a good log of his blood pressure. Blood pressure is marginal for increasing medications. He will occasionally report transient lightheadedness if he is bending over and stands up suddenly. We discussed venous pooling and that this was something that we would keep an eye on but to be aware of it and try movement

| | |
|---|---|
| | immediately. He is not having significant problems with edema<br><br>Patient is seen in follow-up on March 13, 2024. Clinically he is doing well. He is able to do more physical exercise but limits himself in terms of duration. He is not having any chest pain. He does have occasional "hiccups". Which seem to be positional and are likely due to intermittent phrenic nerve pacing from his BiV ICD. He has had no interval hospitalizations. His weight has been stable. He has not had any edema. He continues to monitor his blood pressures and they are marginal for any increase in his medical regimen (systolics typically 100-104).<br><br>Patient is seen in follow-up on September 11, 2024. Clinically he is stable to marginally improved. He has seen Dr. Stribling in the past and is scheduled to go to Nashville after the first of the year to have a 6-minute walk test as well as potentially other testing performed. He is not having significant orthopnea or paroxysmal nocturnal dyspnea. He is not having significant dependent edema. He monitors blood pressures frequently. They tend to be in the 90-100 systolic range limiting any future changes in medications.<br><br>The patient is seen in follow-up on March 12, 2025. Since his last visit he has been seen by Dr. Stribling. He evidently had cardiopulmonary testing performed. I believe the conclusion was he is not yet a candidate for transplant. The patient has an appointment to see Dr. Stribling in late March. He has been doing well. He denies problems with chest pain or shortness of breath orthopnea paroxysmal nocturnal dyspnea. To the best of his knowledge he has not had any ICD therapies administered. He states that he walked he thinks for about 10-1/2 minutes on the protocol. It may have been a modified bruise from how he was describing it is 0% grade to begin with. Blood pressures remain a little on the low side but he is not really symptomatic. He has had no interval hospitalizations |
| **Review of Systems** | **Constitutional:**<br>Constitutional: no significant weight gain or loss and no fever, night sweats, or exercise intolerance.<br>**Eyes:**<br>Eyes: no irritation, dry eyes, or vision change.<br>**ENMT:**<br>Ears: no difficulty hearing or ear pain. Nose: no frequent nosebleeds, nose problems, or sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems.<br>**Cardiovascular:**<br>Cardiovascular: no shortness of breath when walking or breath when lying down and no palpitations, chest pain, arm pain on exertion, or known heart murmur.<br>**Respiratory:**<br>Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.<br>**Gastrointestinal:**<br>Gastrointestinal: no vomiting, diarrhea, dyspepsia, GERD, or abdominal pain and normal appetite and not vomiting blood.<br>**Genitourinary:**<br>Genitourinary: no incontinence, hematuria, difficulty urinating, or increased frequency.<br>**Musculoskeletal:**<br>Musculoskeletal: no muscle aches or weakness and no arthralgias/joint pain, back pain, or swelling in the extremities.<br>**Integumentary:**<br>Skin: no jaundice, rashes, laceration, or abnormal mole.<br>**Neurologic:**<br>Neurologic: no weakness, numbness, seizures, dizziness, migraines, headaches, tremor, or loss of consciousness.<br>**Psychiatric:**<br>Psych: no depression, anxiety, hallucinations, sleep disturbances, alcohol abuse, or suicidal thoughts and feeling safe in a relationship. |

| | |
|---|---|
| | **Endocrine:**<br>Endocrine: no fatigue.<br>**Hematologic/Lymphatic:**<br>Hematologic/Lymphatic no bruising, swollen glands, or excessive bleeding.<br>**Allergic/Immunologic:**<br>Allergy/Immunologic: no itching, hives, runny nose, sinus pressure, or frequent sneezing. |
| **Vitals** | (see vitals table below) |
| **Procedure** | None recorded |
| **Results/Interpretations** | None recorded |
| **Physical Exam** | (see below) |

**Vitals**

| | | | | | |
|---|---|---|---|---|---|
| **BP Cuff Size:** | adult 03/12/2025 10:47 am adult 03/12/2025 10:47 am | **BP Measurement Method:** | manual 03/12/2025 10:47 am manual 03/12/2025 10:47 am | **Ht:** | 6 ft 03/12/2025 10:47 am |
| **Wt:** | 263.4 lbs With clothes 03/12/2025 10:47 am | **BP:** | 104/60 sitting L arm 03/12/2025 10:53 am 98/60 standing L arm 03/12/2025 10:53 am | **BMI:** | 35.7 03/12/2025 10:47 am |
| **HR:** | 60 03/12/2025 10:55 am | | | | |

**Physical Exam**

**Constitutional:**
General Appearance: appears stated age and **obese**. Level of Distress: comfortable.

**Psychiatric:**
Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:**
Lids and Conjunctivae: no xanthelasma or arcus senilis.

**ENMT:**
Lips, Teeth, and Gums: normal dentition. Nose: no lesions on external nose.

**Neck:**
Neck: supple and trachea midline. Carotid Arteries: bilateral normal upstroke and no bruits. Jugular Veins: jugular venous pressure unable to assess. Cervical Lymph Nodes: non tender.

**Lungs:**
Respiratory Effort: unlabored. Chest Exam: normal curvature. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:**
Precordial Exam: non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: **BTK edema** .

**Peripheral Pulses:**
Pulses: full and equal in all extremities except if noted. Radial Pulse: normal. Dorsalis Pedis Pulse: normal.

**Abdomen::**
Inspection and Palpation: non distended or tender, normal aorta and bowel sounds, no bruit or masses, and soft;
**Abdomen is mildly distended soft with no rebound or**

| | |
|---|---|
| | guarding. |
| | **Musculoskeletal:** Inspection: no joint tenderness. |
| | **Neurologic:** Gait: normal gait. Motor: normal strength. |
| | **Skin:** Inspection and Palpation: warm and dry. |

| Assessment and Plan | |
|---|---|
| | **1. Primary idiopathic dilated cardiomyopathy -**<br>Patient has severe global left ventricular dysfunction in the absence of significant coronary disease. We will add spironolactone to his medical regiment increase the dose of carvedilol. He is scheduled for follow-up or evaluation by advanced heart failure team from St. Thomas. He will continue with the LifeVest until we reassess LV function probably in 2 months<br><br>The patient is undergone evaluation by the advanced heart failure team at St. Thomas. He is also seen Dr. Patel. He is on a good regimen which has been responsive as far as his symptoms. I do not think we can increase dosing of medications further given his issues with hypotension or low normotension (systolics in the 90s) on his current regimen.<br><br>The patient has had a BiV ICD with CRT therapy implant<br>I42.0: Dilated cardiomyopathy<br><br>**2. Nonischemic congestive cardiomyopathy -**<br>Patient has nonischemic cardiomyopathy. He is on a reasonable medical regimen limited by blood pressure. He is followed by the advanced heart failure clinic at St. Thomas. He is followed by EP and has had a BiV ICD/CRT device implanted which seems to be working normally.<br><br>As the patient has had the BiV ICD CRT device in some period of time we will order an echocardiogram.<br><br>Stable on current therapy. Blood pressure precludes aggressive intensification. Followed by the heart failure clinic at St. Thomas.<br>I42.0: Dilated cardiomyopathy<br>• ELECTROCARDIOGRAM<br>• NT PROBNP<br><br>**3. First degree atrioventricular block**<br>I44.0: Atrioventricular block, first degree<br>• HEART BLOCKS: CARE INSTRUCTIONS<br><br>**4. Left ventricular cardiac dysfunction**<br>I50.30: Unspecified diastolic (congestive) heart failure<br><br>**5. Essential hypertension -**<br>continued monitoring of blood pressures suggested to make sure adequate control is being obtained.<br>I10: Essential (primary) hypertension<br>• HIGH BLOOD PRESSURE: CARE INSTRUCTIONS<br>• LEARNING ABOUT HIGH BLOOD PRESSURE<br>• CBC (INCLUDES DIFF/PLT)<br><br>**6. Lipid screening**<br>Z13.220: Encounter for screening for lipoid disorders<br>• COMPREHENSIVE METABOLIC PANEL<br>• LIPID PANEL WITH REFLEX TO DIRECT LDL<br><br>**7. Diabetes mellitus screening**<br>Z13.1: Encounter for screening for diabetes mellitus<br>• HEMOGLOBIN A1C<br><br>**8. Biventricular implantable cardioverter-defibrillator (ICD) in situ**<br>Patient has undergone ICD/CRT device implantation monitored by Dr. Patel<br>Z95.810: Presence of automatic (implantable) cardiac defibrillator<br><br>Return to Office<br>• Nilam Patel, MD for *Follow-up 15 at ETHC_Turkey Creek on 05/20/2025 at 03:30 PM<br>• Barry Michelson, MD for *Follow-up 15 at ETHC_South on 09/10/2025 at 10:30 AM |

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Reviewed Allergies<br>**PENICILLINS:** Rash |

**Medications**

Reviewed Medications

| | |
|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 entered |
| **carvediloL 12.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWO TIMES A DAY | 11/16/24 filled |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 entered |
| **Entresto 49 mg-51 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days, for heart failure. | 01/04/25 filled |
| **Farxiga 10 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route for 90 days, for cardiomyopathy. | 01/04/25 filled |
| **Multi Vitamin** Mens vitafusion 1 daily | 02/06/23 entered |
| **spironolactone 25 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY MORNING FOR FLUID AND BLOOD PRESSURE | 02/21/25 filled |

Immune plus
3/12/25: List...csp

**Family History**

Reviewed Family History

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

**Past Medical History**

Reviewed Past Medical History
CHEST PAIN: Y
CONGESTIVE HEART FAILURE: Y
GERD/REFLUX: Y
HIGH BLOOD PRESSURE/HYPERTENSION: Y
OBESITY: Y
OTHER-1: Y - **PM/ICD Implant**
PALPITATIONS: Y
SLEEP APNEA: Y
Notes: Please refer to Problem section for most recent PMH/NNP

**Vaccine History**

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

Electronically Signed by: BARRY MICHELSON, MD

sharecare

LAW OFFICES OF TONY FARMER & JOHN DREISER
1356 PAPERMILL POINTE WAY
KNOXVILLE TN 37909-1903

40997877
Sep 29 2025 8:24 AM
David Fields

TN221
Sep 30 2025 3:26 PM

130

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

**Lincoln/Fields 0276**

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY & ACCIDENT LAW

*Attorneys At Law*
Tony Farmer
John P. Dreiser
Heather A. Dreiser

September 26, 2025

**VIA FACSIMILE (865) 392-3449**

Tennova Heart - Turkey Creek
10800 Parkside Drive
Suite 331
Knoxville, TN 37934

**Re: David L Fields**
**DOB:**
**SSN:**

Dear Records Custodian:

Enclosed please find a release that allows us to obtain all medical records relating to David L Fields in your organization's possession. At your earliest convenience, we would appreciate your forwarding to us a copy of **any and all medical records for treatment** <u>SINCE January 1, 2025</u>, including, but not limited to, all reports, records, clinical notes, diagnostic tests, operative notes, and all other documentation pertaining to the medical care of the patient in your possession relating to the patient.

If there is a reproduction cost for these records, please enclose a statement with the same, and we will see that it is paid promptly. Pursuant to T.C.A. § 63-2-102, the maximum fee for copies of records is $20.00 for reports five (5) page or less in length and fifty cents ($.50) per page for each page copied after the first five (5) pages and the actual cost of mailing. If your office requires pre-payment, please advise our office as soon as possible.

If you would like, please feel free to fax or email (cweaver@farmerdreiser.com) the requested information. Thank you for your time and attention to this request. Your assistance in this regard is greatly appreciated.

Very truly yours,

*Cathy A Weaver*

Cathy A Weaver
Paralegal to John P. Dreiser

Enclosure

**AUTHORIZATION TO RELEASE MEDICAL RECORDS, BILLING INFORMATION, & DATA**

**TO:** **Tennova Heart - Turkey Creek**

**FULL NAME:** **David L Fields**

**DATE OF BIRTH:**

**ADDRESS:**

**SSN:**

I (the above identified Patient or that Patient's personal representative) have retained, TONY FARMER & JOHN DREISER, attorneys, to represent me in certain matters. So they may better represent me, it is my intent and desire that my attorneys have full and complete access to any and all records, information and data in your possession, under your control or that you have access to, including but not limited to hospital records, nursing home records, doctor records, dental records, psychiatric records, drug treatment records, therapy records, diagnostic studies, lab studies, as well as any and all other records, information or data that would describe care, treatment or services rendered to the above described Patient by any health care provider or mental health care provider. I understand that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), HIPAA regulation, as well as other Federal and State laws and regulations, creates a right of privacy that is associated with the records, information and data covered by this release. So that my attorneys may better advise me, and consistent with 45 CFR § 164.508, I expressly authorize you to release the Patient's records, information and data to my attorneys and, as necessary, make a limited waiver of my privacy right for the purpose of giving my attorneys access as follows:

(1) **The information to be disclosed is as follows:** I expressly authorize my attorneys to request any and all records, information or other data (regardless of how those items are identified) related to any and all care, treatment or services provided for the above identified Patient's physical heath, mental health, or psycho-social health. I understand that my records may contain information regarding the diagnosis or treatment of HIV/AIDS, sexually transmitted diseases, drug and/or alcohol abuse, mental illness, or psychiatric treatment. I give my specific authorization for these records to be released. Throughout the remainder of this Release, I collectively refer to all of the Patient's records, information and data as the "Records." This Release is intended to be general, full and all encompassing so that my attorneys can access, without limitation, any and all Records that might help them represent me. This Release applies to any and all Records that are in your possession, under your control or that you have access to. My attorneys are further authorized to limit their request to portions of the Patient's Records and may do so by letter to you. My attorneys are further authorized to meet with and consult with any health care or mental health care provider regarding my condition or regarding any care, treatment or services that the above identified Patient received.

I expressly invoke the AMA Principles of Medical Ethics, as well as Canon E-9.07, as well as similar ethics principles that may apply to other health care disciplines, and request that you cooperate with my attorneys.

(2) I understand that my substance use disorder records are protected under the Federal regulations governing Confidentiality and Substance Use Disorder Patient Records, 42 C.F.R. Part 2, and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. pts 160 & 164, and cannot be disclosed without my written consent unless otherwise provided for by the regulations. The Federal rules prohibit from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. I understand that I may revoke this authorization at any time except to the extent that action has been taken in reliance on it. Unless I revoke my consent earlier, this consent will expire automatically within five (5) years from the date of execution.

(3) **The persons who may request disclosure are as follows:** My attorneys are Tony Farmer, and/or John P. Dreiser. They, together with those persons working for them at the offices of Tony Farmer & John Dreiser or Dreiser Law Group, PLLC, are authorized to request and receive records.

(4) **Term of this Release:** It is my intent that this authorization shall remain effective throughout the time during which my attorneys are representing me. To the extent a term is required, this Release shall be effective for a term of not less than five (5) years from the date of execution.

(5) **Right to Revoke this Release:** I understand that I always retain the right to revoke this Release by notifying the above in writing of my desire to revoke it. However, this Release shall not be revoked while my attorneys are representing me. Any revocation will not apply to information that has already been released in response to this authorization.

(6) **Disclosed Records, Information and Data may not be Protected:** I understand that the information disclosed may be subject to re-disclosure by the recipient and may no longer be protected by 45 CFR § 164.508, or other privacy laws and regulations.

(7) Please note that a photostatic copy of this Release has the full power of the original Release. I understand I do not have to sign this authorization in order to obtain healthcare benefits, (treatment, payment or enrollment, or eligibility for benefits).

David L Fields ✓
**David L Fields**

9-15-25 ✓
(Date)

Attorneys of Record:

Tony Farmer
John P. Dreiser
Attorneys at Law
1356 Papermill Pointe Way
Knoxville, TN 37909
(865) 584-1211

**Lincoln/Fields 0279**

# Medical Records - CONFIDENTIAL

**FROM:** TN - CHS E TENNESSEE HEART CONSULTANTS

Amy T
10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934-1982
Phone: (865) 392-3400
Fax: (865) 392-3449

**TO:**

**Name: FIELDS, DAVID L**

**DOB:**

**Date Range: 01/01/2025 to 09/29/2025**

**This document contains the following records of the patient:**
- **Clinical Documents**
- **Encounters and Procedures**
- **Imaging Results**
- **Lab Results**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:98454-A-10667]

## Clinical Documents

# CONFIDENTIAL Fax

**FROM:**

DON CHOMSKY, MD
10800 Parkside Dr Ste 331, KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**TO:**

BARRY I MICHELSON MD / KNOXVILLE HMA CARDIOLOGY PPM LLC
Fax: (865) 392-3449

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:163478950-H-7654]

**Ascension Saint Thomas Heart Knoxville Comprehensive Heart Failure and Tran**
10800 Parkside Dr Ste 331
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**Send To:** Barry I Michelson MD
**Encounter Summary - Progress Note**
Date Printed: 08/18/2025
Appointment Date:08/07/2025

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:163478950-H-7654]

| | |
|---|---|
| **Patient** | Fields, David L (47yo, M) #3189388 |
| **DOB and Age** | 47yo |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |
| **Primary Care Provider** | **Cardiologist:** BARRY I MICHELSON MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1538159017<br>**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054<br>**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672 | | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | 3 month follow up<br>08/07/2025 - 12:00PM - STPS_ST Hrt CHF_Turkey Creek |
| **History of Present Illness** | Mr. Fields is a 47 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.<br><br>On his last visit 1 year ago, no med changes were made. CPX was ordered and shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE was advised but not pursued. He feels well. He denies CP, SOB, swelling, or syncope. Has positional dizziness but this is short-lived. Wt has been stable. He has been able to do things like yardwork and walking outdoors w/o problems.<br><br>5/7/2025 6-week follow up with TTE. Occasional palpitations. Can walk without issues on even ground, 2-3 flights of stairs, no orthopnea/PND (1 pillow), no edema. Felt dizzy for a few days after increase in sacubitril/valsartan with SBPs in 80s but that subsided. TTE with unchanged EF of 20%, grade 2 DD, mild MR.<br><br>8/7/2025 he returns for follow-up visit. He feels quite well on current medical therapy with no symptoms of shortness of breath, orthopnea, PND, or edema. He denies palpitations, presyncope, or syncope. |
| **Review of Systems** | **ROS as noted in the HPI** |
| **Vitals** | **Ht:** 6 ft (182.88 cm) **Wt:** 268.5 lbs With clothes **BMI:** 36.4 08/07/2025 |

| | | | | | |
|---|---|---|---|---|---|
| | | 08/07/2025 12:51 pm | | (121.79 kg) 08/07/2025 12:52 pm | 12:52 pm |
| | BP: | 114/73 sitting 08/07/2025 12:52 pm | HR: | 59 08/07/2025 12:52 pm | |

| | |
|---|---|
| **Results/Interpretations** | |
| **Physical Exam** | General: Well developed, well nourished. Comfortable.<br>Psych: Awake, alert.<br>Neuro: No focal neurological deficit.<br>HEENT: Atraumatic, anicteric, PERRLA, moist mucous membranes. JVP <8.<br>Card: Regular rhythm, normal rate, normal S1/S2, no murmur, no S3/S4, no rub.<br>Pulm: Normal effort, clear bilaterally.<br>Abdomen: Normal bowel sounds, non-distended, non-tender.<br>Extremities: No edema.<br>Skin: No rash or skin defect. |
| **Assessment and Plan** | This visit encompassed the longitudinal relationship with the patient for the care outlined in my assessment and plan.<br><br>**1. Chronic systolic heart failure -**<br>AHA/ACC stage C<br>NYHA I (improved)<br>CPET 1/20/2025 pVO2 13.9 (54% predicted), VE/CO2 33.<br>Euvolemic.<br>CRT-D<br>Mild MR TTE 4/2/2025<br><br>Increase carvedilol to 12.5 mg twice daily<br>Continue sacubitril/valsartan 97/103 BID<br>Continue spironolactone 25 daily<br>Continue dapagliflozin 10 daily<br><br>Return to clinic in 6 months.<br>I50.22: Chronic systolic (congestive) heart failure<br>• carvedilol 12.5 mg tablet - To be submitted on or around 08/18/2025 Take 1 tablet(s) twice a day by oral route for 90 days. Qty: (180) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER Note to Pharmacy: change in dose<br><br>**2. Nonischemic congestive cardiomyopathy -**<br>cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation.<br>I42.0: Dilated cardiomyopathy<br><br>**3. Body mass index 40+ - severely obese -**<br>Stable. c/w wt loss and exercise.<br>Z68.42: Body mass index [BMI] 45.0-49.9, adult<br><br>**4. Obstructive sleep apnea syndrome -**<br>On CPAP and tolerating.<br>G47.33: Obstructive sleep apnea (adult) (pediatric)<br><br>Return to Office<br>• to see Don Chomsky, MD for Established Patient 15 at STPS_ST Hrt CHF_Turkey Creek on or around 02/07/2026 |

Patient Medical History:

| | | |
|---|---|---|
| **Allergies List** | Allergies not reviewed (last reviewed 05/08/2025) | |
| | PENICILLINS | |
| **Medications** | Reviewed Medications | |
| | **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 04/12/23 entered |



Lincoln/Fields 0284

| | | | |
|---|---|---|---|
| | **carvedilol 12.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 08/07/25 | prescribed |
| | **Entresto 97 mg-103 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 03/27/25 | prescribed |
| | **Farxiga 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | prescribed |
| | **multivitamin** 1 tab daily | 04/12/23 | entered |
| | **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | entered |
| | **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 05/08/25 | entered |
| **Family History** | None recorded | | |
| **Past Medical History** | (none recorded) | | |
| **Vaccine History** | None recorded | | |

Electronically Signed by: DON CHOMSKY, MD



**FIELDS, David L (id #98454, dob:**

# CONFIDENTIAL Fax

**FROM:**

KEMAL MARC AKAT, MD, PHD, MSC
10800 Parkside Drive, KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**TO:**

BARRY I MICHELSON MD / KNOXVILLE HMA CARDIOLOGY PPM LLC
Fax: (865) 392-3449

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have Internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:157925076-H-7654]

**Ascension Medical Group Saint Thomas Turkey Creek**
10800 Parkside Drive
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**Send To:** Barry I Michelson MD
**Encounter Summary - Progress Note**
Date Printed: 05/08/2025
Appointment Date:05/08/2025

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:157925076-H-7654]

| | |
|---|---|
| **Patient** | Fields, David L (47yo, M) #3189388 |
| **DOB and Age** | 47yo |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |
| **Primary Care Provider** | **Cardiologist:** BARRY I MICHELSON MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1538159017<br>**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054<br>**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672 | | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | 6 week follow up<br>05/08/2025 - 11:20AM - STPS_ST Hrt CHF_Turkey Creek |
| **History of Present Illness** | Mr. Fields is a 46 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.<br><br>On his last visit 1 year ago, no med changes were made. CPX was ordered and shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE was advised but not pursued. He feels well. He denies CP, SOB, swelling, or syncope. Has positional dizziness but this is short-lived. Wt has been stable. He has been able to do things like yardwork and walking outdoors w/o problems.<br><br>5/7/2025 6-week follow up with TTE. Occasional palpitations. Can walk without issues on even ground, 2-3 flights of stairs, no orthopnea/PND (1 pillow), no edema. Felt dizzy for a few days after increase in sacubitril/valsartan with SBPs in 80s but that subsided. TTE with unchanged EF of 20%, grade 2 DD, mild MR. |
| **Review of Systems** | **ROS as noted in the HPI** |
| **Vitals** | 2025-05-08 11:49<br>**Ht:** 6 ft (182.88 cm) · **Wt:** 266.4 lbs (120.84 kg) · **BMI:** 36.1<br>**BP:** 103/66 · **HR:** 64 |



**Lincoln/Fields 0287**

| | |
|---|---|
| **Results/Interpretations** | None recorded |
| **Physical Exam** | General: Well developed, well nourished. Comfortable.<br>Psych: Awake, alert, euthymic mood and broad affect.<br>Neuro: No focal neurological deficit.<br>HEENT: Atraumatic, anicteric, PERRLA, moist mucous membranes. JVP <8.<br>Card: Regular rhythm, normal rate, normal S1/S2, no murmur, no S3/S4, no rub.<br>Pulm: Normal effort, clear bilaterally.<br>Abdomen: Normal bowel sounds, non-distended, non-tender.<br>Extremities: No edema.<br>Skin: No rash or skin defect. |
| **Assessment and Plan** | This visit encompassed the longitudinal relationship with the patient for the care outlined in my assessment and plan.<br><br>**1. Chronic systolic heart failure** -<br>AHA/ACC stage C<br>NYHA II<br>CPET 1/20/2025 pVO2 13.9 (54% predicted), VE/CO2 33.<br>Euvolemic.<br>CRT-D<br>Mild MR TTE 4/2/2025<br><br>Increase carvedilol to 18.75 mg BID,<br>Continue sacubitril/valsartan 97/103 BID<br>Continue spironolactone 25 daily<br>Continue dapagliflozin 10 daily<br><br>Return to clinic in 3 months.<br>I50.22: Chronic systolic (congestive) heart failure<br>• MEDICAL RECORD REQUEST* - Note to Provider: Please fax results of most recent bmp/cmp to 615-222-5399. Thank you.<br>• carvedilol 12.5 mg tablet - Take 1.5 tablet(s) twice a day by oral route for 90 days. Qty: (270) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER<br><br>**2. Nonischemic congestive cardiomyopathy** -<br>Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation.<br>I42.0: Dilated cardiomyopathy<br><br>**3. Body mass index 40+ - severely obese** -<br>Stable. c/w wt loss and exercise.<br>Z68.42: Body mass index [BMI] 45.0-49.9, adult<br><br>**4. Obstructive sleep apnea syndrome** -<br>On CPAP and tolerating.<br>G47.33: Obstructive sleep apnea (adult) (pediatric)<br><br>Return to Office<br>• Don Chomsky, MD for Established Patient 15 at STPS_ST Hrt CHF_Turkey Creek on 08/07/2025 at 12:00 PM |

Patient Medical History:

| | | |
|---|---|---|
| **Allergies List** | Reviewed Allergies | |
| | **PENICILLINS** | |
| **Medications** | Reviewed Medications | |
| | **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 04/12/23 entered |
| | **carvediloL 12.5 mg tablet**<br>Take 1.5 tablet(s) twice a day by oral route for 90 days. | 05/08/25 prescribed |
| | **Entresto 97 mg-103 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 03/27/25 prescribed |
| | **Farxiga 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 prescribed |

| | | | |
|---|---|---|---|
| | **multivitamin** 1 tab daily | 04/12/23 | entered |
| | **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | entered |
| | **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 05/08/25 | entered |
| **Family History** | None recorded | | |
| **Past Medical History** | (none recorded) | | |
| **Vaccine History** | None recorded | | |

Electronically Signed by: KEMAL MARC AKAT, MD, PHD, MSC

# CONFIDENTIAL Fax

**FROM:**

WARREN K STRIBLING MD
10800 Parkside Drive, KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**TO:**

BARRY I MICHELSON MD / KNOXVILLE HMA CARDIOLOGY PPM LLC
Fax: (865) 392-3449

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:155229659-H-7654]

Ascension Saint Thomas
Ascension Medical Group Saint Thomas Turkey Creek
10800 Parkside Drive
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945, Fax: (615) 222-5399

Date: 03/28/2025

RE: David Fields, DOB: PT ID #3189388

Dear Barry I Michelson MD,

I would like to thank you for referring David Fields to our practice for consultation and evaluation of chronic systolic heart failure, 1 year follow up , on 03/27/2025. I have enclosed a copy of the office evaluation for your records. Once again, thank you for allowing me to participate in the care of this patient.

Sincerely,

Electronically Signed by: WARREN K STRIBLING MD



ENCOUNTER REASON/DATE

chronic systolic heart failure, 1 year follow up
03/27/2025 - 12:00PM - STPS_ST Hrt CHF_Turkey Creek

HISTORY OF PRESENT ILLNESS:

Mr. Fields is a 46 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.

On his last visit 1 year ago, no med changes were made. CPX was ordered and shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE was advised but not pursued. He feels well. He denies CP, SOB, swelling, or syncope. Has positional dizziness but this is short-lived. Wt has been stable. He has been able to do things like yardwork and walking outdoors w/o problems.

ALLERGIES:

Allergies not reviewed (last reviewed 04/25/2024)
**PENICILLINS**

MEDICATIONS:

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg tablet,delayed release** Take 1 tablet(s) every day by oral route. | 04/12/23 | entered |
| **carvediloL 12.5 mg tablet** Take 1 tablet(s) twice a day by oral route. | 04/25/24 | entered |
| **Entresto 97 mg-103 mg tablet** Take 1 tablet(s) twice a day by oral route for 90 days. | 03/27/25 | prescribed |
| **Farxiga 10 mg tablet** Take 1 tablet(s) every day by oral route. | 10/12/23 | prescribed |
| **multivitamin** 1 tab daily | 04/12/23 | entered |
| **spironolactone 25 mg tablet** Take 1 tablet(s) every day by oral route. | 10/12/23 | entered |

FAMILY HISTORY:

None recorded

SOCIAL HISTORY:

Social History not reviewed (last reviewed 10/12/2023)

PAST MEDICAL HISTORY:

(none recorded)

SURGERY/PROCEDURE/DIAGNOSTIC HISTORY

- Cardiopulm exercise testing - 01/20/2025 - Peak VO2 - 13.9, pred 54%, RER - 1.03, slope - 32.85
- Echo - 03/29/2024 - LVEF 20%; grade II DD; moderately elevated LV filling pressure; severe global LV systolic dysfunction; mild AR; mild to moderate LAE; moderate to severe MR.
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Cardiac mri - 06/15/2023 - LVEF 27%; severely dilated LV with moderate systolic dysfunction; normal RV size with moderate systolic dysfunction ; moderate LAE; mild RAE; mild MR; dilated main pulmonary artery.
- Echo - 05/08/2023 - LVEF 20%; LV size is moderately dilated; Grade II DD; mild AR; mild to moderate LAE; mild to moderate MR; mild TR.
- Cardiac catheterization - 02/17/2023 - LVEF 10-15%; LV is dilated; severe global LV dysfunction; probably moderate MR; normal coronaries.
- Echo - 02/09/2023 - LVEF 10-15%; Severe global hypokinesis; LV mildly dilated; mild LAE and RAE; mild TR.

REVIEW OF SYSTEMS:

None recorded

VITALS:

| | | |
|---|---|---|
| **Ht:** 6 ft (182.88 cm) 03/27/2025 12:02 pm | **Wt:** 266 lbs (120.66 kg) 03/27/2025 12:03 pm | **BMI:** 36.1 03/27/2025 12:03 pm |
| **BP:** 113/80 03/27/2025 12:03 pm | **Pulse:** 60 bpm 03/27/2025 12:03 pm | |

PHYSICAL EXAM

**Constitutional:**
General Appearance: appears stated age and **overweight**. Level of Distress: comfortable.

**Psychiatric:**
Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:**
Lids and Conjunctivae: no discharge, pallor, or xanthelasma and anicteric.

**ENMT:**
Lips, Teeth, and Gums: normal dentition. Ears: no lesions on external ear and (normal) hearing. Nose: no lesions on external nose or nasal discharge and nares patent. Oropharynx: no cyanosis or pallor.

**Neck:**
Neck: supple and trachea midline. Jugular Veins: normal jugular venous pressure.

**Lungs:**
Respiratory Effort: unlabored. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:**
Rate And Rhythm: regular. Heart Sounds: normal S1 and S2 and no rub, gallop, or click. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no cyanosis or edema.

**Abdomen:**
Inspection and Palpation: non distended or tender and soft and no masses. Liver: non tender or no hepatomegaly. Spleen: non tender.

**Musculoskeletal:**
Inspection: no joint tenderness or swelling and normal back.

**Neurologic:**
Gait: normal gait. Neurological: no focal deficits and cranial nerves intact.

**Skin:**
Inspection and Palpation: warm and dry. Nails: no clubbing.

## Procedure Documentation

None recorded

## Studies Interpreted

None recorded

## Assessment/Plan

**1. Chronic systolic heart failure -**
He has stage C HF w/ stable NYHA class II symptoms. He is on reasonable GDMT and has undergone CRT-D. CPX is not suggestive of poor prognosis or need for advanced therapies. Getting recent labs from Dr. Michelson. Increase Entresto to max dose and fu in 1 month for labs and bp check w/ NP
I50.22: Chronic systolic (congestive) heart failure

- Entresto 97 mg-103 mg tablet - Take 1 tablet(s) twice a day by oral route for 90 days. Qty: (180) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER Note to Pharmacy: to replace previous dose
- MEDICAL RECORD REQUEST* - Note to Provider: Please fax results of most recent bmp/cmp to 615-222-5399. Thank you.
- MEDICAL RECORD REQUEST* - Note to Provider: Please fax results of most recent bmp/cmp to 615-222-5399. Thank you.
- US, ECHOCARDIOGRAM

Authorization: BCBS-TN (PPO) | NOTREQUIRED

**2. Nonischemic congestive cardiomyopathy -**
Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation. He is being treated w/ GDMT and has undergone CRT-D though I am uncertain this will lead to much improvement as QRS duration was not very long and he did not have LBBB. Repeat echo to eval LVSF and mitral valve as he has had MR in past.
I42.0: Dilated cardiomyopathy

**3. Body mass index 40+ - severely obese -**
Stable. c/w wt loss and exercise.
Z68.42: Body mass index [BMI] 45.0-49.9, adult

**4. Obstructive sleep apnea syndrome -**
On CPAP and tolerating.
G47.33: Obstructive sleep apnea (adult) (pediatric)

Return to Office

- Kemal Marc Akat, MD, PhD, MSc for Established Patient 20 at STPS_ST Hrt CHF_Turkey Creek on 05/08/2025 at 11:20 AM

## Encounters and Procedures

Clinical Encounter Summaries

**FIELDS, David L (id #98454, dob:**
**Encounter Date: 09/12/2025**

Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (47yo, M) ID# 98454 | **Appt. Date/Time** | 09/12/2025 09:15AM |
| **DOB** | | **Service Dept.** | ETHC_South |
| **Provider** | BARRY MICHELSON, MD | | |
| **Insurance** | Med Primary: MEDICARE-TN (MEDICARE)<br>Insurance # : 6JW2KG4UR19<br>Med Secondary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130287<br>Prescription: check now | | |

Chief Complaint

6 month follow up
Followup: Nonischemic congestive cardiomyopathy
Followup: Left ventricular cardiac dysfunction

Patient's Care Team

**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-5399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672
**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054

Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

Vitals

2025-09-12 09:28

| | | | | | |
|---|---|---|---|---|---|
| **BP Cuff Size:** | large adult<br>large adult | **BP Measurement Method:** | manual<br>manual | **Ht:** | 6 ft |
| **Wt:** | 268.4 lbs | **BP:** | 92/64 sitting L arm<br>96/70 standing L arm | **BMI:** | 36.4 |

Measurements

None recorded.

Allergies

Reviewed Allergies

**PENICILLINS**: Rash

Medications

**FIELDS, David L (id #98454, dob:**

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 | entered |
| **carvediloL 12.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 06/11/25 | filled |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 | entered |
| **Entresto 97 mg-103 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 08/13/25 | filled |
| **Farxiga 10 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route for 90 days, for cardiomyopathy. | 06/19/25 | filled |
| **Multi Vitamin**<br>Mens vitafusion 1 daily | 02/06/23 | entered |
| **spironolactone 25 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY MORNING FOR FLUID AND BLOOD PRESSURE | 08/13/25 | filled |

immune plus
9/12/25 memory..csp

## Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

## Problems

Reviewed Problems

- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- First degree atrioventricular block - Onset: 06/08/2023
- History of SARS-CoV-2 - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- Obesity - Onset: 06/08/2023
- Biventricular automatic implantable cardioverter defibrillator in situ - Onset: 05/23/2024
- Chronic systolic heart failure - Onset: 05/23/2024
- Mitral valve regurgitation - Onset: 05/23/2024
- Heart failure - Onset: 02/09/2023
- Essential hypertension - Onset: 02/06/2023

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

## Social History

Reviewed Social History
**Relationships and Sexuality**
What is your relationship status?: Married
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
Do you or have you ever used any other forms of tobacco or nicotine?: No
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 09/12/2025
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: Occasional
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Diet and Exercise**
What type of diet are you following?: Cardiac
Do you have any dietary restrictions?: Yes
Are you following a low salt diet?: Yes
Are you following a fluid restriction diet?: Yes
What is your exercise level?: Occasional (Notes: ADL)
**Activities of Daily Living**
Are you able to care for yourself independently?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing, bathing, grooming, or toileting?: No
Do you have difficulty doing errands alone?: No
**Public Health and Travel**
Have you recently traveled abroad?: No
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: High school graduate (Notes: local truck driver)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
First name used: DAVID
Sexual orientation: Straight or heterosexual

## Surgical & Procedure History

## FIELDS, David L (id #98454, dob:

Reviewed Surgical & Procedure History

- Cardiac catheterization (surg) - 2/2023
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

### Past Medical History

Reviewed Past Medical History
PATIENT DENIES SIGNIFICANT PAST MEDICAL HISTORY: **Y**
CARDIOMYOPATHY: **Y**
CHEST PAIN: **Y**
CONGESTIVE HEART FAILURE: **Y**
GERD/REFLUX: **Y**
HIGH BLOOD PRESSURE/HYPERTENSION: **Y**
ISCHEMIC CARDIOMYOPATHY: **Y**
OBESITY: **Y**
OTHER-1: **Y - PM/ICD implant**
PALPITATIONS: **Y**
SLEEP APNEA: **Y**
Notes: Please refer to Problem section for most up to date PMH

### Screening

None recorded.

### HPI

Patient is a 39-year-old male that is asked to be seen in followup for cardiac evaluation. We had seen him about 10 years ago. Abnormal stress test. This led to a cardiac catheterization. A small circumflex arose anomalously from the right coronary cusp. LV function was normal. There is a strong family history of coronary disease in the patient's father beginning at age 33 of 34. He died within the last year of complications of coronary artery disease at age 65.. He also has a cousin who was told that he had an elevated coronary calcium score and subsequently went on to be a catheterization and bypass surgery.

The patient is not having symptoms of chest pain or exercise intolerance dyspnea or orthopnea. No dysrhythmias have been identified. He does have a history of hypertension which she states is typically well controlled. He attributes his elevated blood pressure today to nervousness. Patient does not exercise regularly but is able to do his normal activities without limitation. His last LDL cholesterol 58.

The patient requested follow-up on February 6, 2023. Over the past several weeks he has been complaining of abdominal distention pedal edema and shortness of breath with activity. He contacted Cindy Pittman who is a relative of his. She thought that follow-up was appropriate. The patient reported some vague epigastric and chest discomfort. He went to the emergency room in Rogersville. His chest x-ray suggested borderline cardiomegaly but was otherwise unremarkable. His abdominal gas pattern was normal. His COVID screen was negative. No lab work was done a UTI was not diagnosed based on a urine analysis was. He states in the last several weeks he has gained about 9 or 10 pounds. He feels as if his belly is swollen and distended. He has been treated with multiple GI medications and actually got partial relief. He complained of some fluttering in his chest but no syncope or near syncope. He is not having any chest pain. At its worst he had mild pitting edema just over his lower calfs. He reports he has been watching his diet as far as fluid and salt intake and recently has been eating primarily salads

Patient reports that his bowel habits have increased in frequency. He thinks urination may have diminished mildly

The patient had an echocardiogram performed which demonstrated severe global left ventricular dysfunction EF of 10 to 15%. Right ventricular function was diminished as well. No hemodynamically significant valvular abnormalities were seen. Troponin was normal proBNP was elevated at 3953 CBC was unremarkable there was mild elevation in ALT and AST BUN and creatinine were normal at 18 and 1.16 bilirubin was 2.5
Because of the findings we brought him back to the office as quickly as possible to initiate therapy. There is really been no change in his status over the last 3 days. We did discuss changes in medications including substituting Entresto for lisinopril and adding carvedilol as well as an SGLT2 2 inhibitor. We also discussed cardiac catheterization to rule out coronary disease as an etiology. We also discussed long-term goals and possible need for ICD or advanced care if he does not respond well to medication

Catheterization was performed. Left ventricle was severely dilated with an EF estimated 10 to 15% end-diastolic pressure was estimated at 40 mmHg. He did not have significant blockages in his coronaries. Appropriate medical therapy was continued. He has lost approximately 20 pounds with diuresis. Overall the patient's breathing has improved. He is not having significant orthopnea. His exercise tolerance is marginally better. He is scheduled to see the St. Thomas heart failure service in April. He has not been monitoring blood pressures at home but I suggested that he do this. His ICD has not discharged (ZOLL LifeVest).

Patient is seen in follow-up on June 23, 2023. Since his last visit he has seen Dr. Patel. There is a plan for implantation of a subcutaneous ICD in July. The MRI was performed as requested by Dr. Stribling. This confirms severe dilated left ventricle with severe left ventricular dysfunction. Interpretation could not exclude prior infarction but this certainly would not be consistent with findings on his coronary angiography.
Patient has been doing reasonably well clinically. He brought in an extensive recordings of his blood pressure heart rate and weight. His blood pressures typically are between 90 and 100 systolic limiting our ability to increase medications. Patient feels that he is

much better than at his time of his presentation. He can walk unlimited distances on level ground. He does report some dyspnea when walking uphill. He is not having problems with orthopnea. He is scheduled to see Dr. Stribling in October

The patient was seen in follow-up on September 8, 2023. He actually underwent implantation of a ICD CRT device. He early on had some issues with diaphragmatic pacing but these have been reprogrammed. He has occasional "hiccups". His exercise tolerance is improved but certainly is not where he wants it to be. He keeps a good log of his blood pressure. Blood pressure is marginal for increasing medications. He will occasionally report transient lightheadedness if he is bending over and stands up suddenly. We discussed venous pooling and that this was something that we would keep an eye on but to be aware of it and try movement immediately. He is not having significant problems with edema

Patient is seen in follow-up on March 13, 2024. Clinically he is doing well. He is able to do more physical exercise but limits himself in terms of duration. He is not having any chest pain. He does have occasional "hiccups". Which seem to be positional and are likely due to intermittent phrenic nerve pacing from his BiV ICD. He has had no interval hospitalizations. His weight has been stable. He has not had any edema. He continues to monitor his blood pressures and they are marginal for any increase in his medical regimen (systolics typically 100-104).

Patient is seen in follow-up on September 11, 2024. Clinically he is stable to marginally improved. He has seen Dr. Stribling in the past and is scheduled to go to Nashville after the first of the year to have a 6-minute walk test as well as potentially other testing performed. He is not having significant orthopnea or paroxysmal nocturnal dyspnea. He is not having significant dependent edema. He monitors blood pressures frequently. They tend to be in the 90-100 systolic range limiting any future changes in medications.

The patient is seen in follow-up on March 12, 2025. Since his last visit he has been seen by Dr. Stribling. He evidently had cardiopulmonary testing performed. I believe the conclusion was he is not yet a candidate for transplant. The patient has an appointment to see Dr. Stribling in late March. He has been doing well. He denies problems with chest pain or shortness of breath orthopnea paroxysmal nocturnal dyspnea. To the best of his knowledge he has not had any ICD therapies administered. He states that he walked he thinks for about 10-1/2 minutes on the protocol. It may have been a modified bruise from how he was describing it is 0% grade to begin with. Blood pressures remain a little on the low side but he is not really symptomatic. He has had no interval hospitalizations

Patient returns for follow-up on September 12, 2025. His heart failure he remains reasonably well compensated. He is not having significant issues with orthopnea or paroxysmal nocturnal dyspnea. His blood pressure remains low and he will have occasional episodes of transient lightheadedness. Since his carvedilol dose was increased a little bit he has more of the "hiccups". He is really not having significant diaphragmatic pacing I do not think. He continues to be followed by the heart failure clinic at St. Thomas. He has not had any ICD therapies administered.

## ROS

**Cardiovascular:** Cardiovascular: **palpitations** and **light-headed on standing**.

**Respiratory:** Respiratory: **sleep apnea** (**c-pap**).

## Physical Exam

**Constitutional:** General Appearance: appears stated age and **obese**. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:** Lids and Conjunctivae: no xanthelasma or arcus senilis.

**ENMT:** Lips, Teeth, and Gums: normal dentition. Nose: no lesions on external nose.

**Neck:** Neck: supple and trachea midline. Carotid Arteries: bilateral normal upstroke and no bruits. Jugular Veins: jugular venous pressure unable to assess. Cervical Lymph Nodes: non tender.

**Lungs:** Respiratory Effort: unlabored. Chest Exam: normal curvature. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Precordial Exam: non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: **BTK edema** .

**Peripheral Pulses:** Pulses: full and equal in all extremities except if noted. Radial Pulse: normal. Dorsalis Pedis Pulse: normal.

**Abdomen::** Inspection and Palpation: non distended or tender, normal aorta and bowel sounds, no bruit or masses, and soft;
**Abdomen is mildly distended soft with no rebound or guarding**

**Musculoskeletal:** Inspection: no joint tenderness.

**Neurologic:** Gait: normal gait. Motor: normal strength.

**Skin:** Inspection and Palpation: warm and dry.

## Assessment / Plan

**1. Nonischemic congestive cardiomyopathy** - Onset: 06/08/2023 -
Patient has nonischemic cardiomyopathy. He is on a reasonable medical regimen limited by blood pressure. He is followed by the

advanced heart failure clinic at St. Thomas. He is followed by EP and has had a BiV ICD/CRT device implanted which seems to be working normally.

As the patient has had the BiV ICD CRT device in some period of time we will order an echocardiogram.

Stable on current therapy. Blood pressure precludes aggressive intensification. Followed by the heart failure clinic at St. Thomas.

I42.0: Dilated cardiomyopathy

- ELECTROCARDIOGRAM
- NT PROBNP
- COMPREHENSIVE METABOLIC PANEL

**2. Primary idiopathic dilated cardiomyopathy**

Patient has severe global left ventricular dysfunction in the absence of significant coronary disease. We will add spironolactone to his medical regiment increase the dose of carvedilol. He is scheduled for follow-up or evaluation by advanced heart failure team from St. Thomas. He will continue with the LifeVest until we reassess LV function probably in 2 months

The patient is undergone evaluation by the advanced heart failure team at St. Thomas. He is also seen Dr. Patel. He is on a good regimen which has been responsive as far as his symptoms. I do not think we can increase dosing of medications further given his issues with hypotension or low normotension (systolics in the 90s) on his current regimen.

The patient has had a BiV ICD with CRT therapy implant

I42.0: Dilated cardiomyopathy

**3. Biventricular implantable cardioverter-defibrillator (ICD) in situ**

Patient has undergone ICD/CRT device implantation monitored by Dr. Patel

Z95.810: Presence of automatic (implantable) cardiac defibrillator

ELECTROCARDIOGRAM

- Result:
  - **Interpretation:: Sinus rhythm ventricular pacing**

Return to Office

- SARA JOHNSON, NP for *Follow-up 15 at ETHC_Turkey Creek on 11/21/2025 at 11:00 AM
- to see Barry Michelson, MD at ETHC_South on or around 03/12/2026

Encounter Sign-Off

Encounter signed-off by Barry Michelson, MD, 09/12/2025.

Encounter performed and documented by Barry Michelson, MD
Encounter reviewed & signed by Barry Michelson, MD on 09/12/2025 at 09:48 AM

FIELDS, David L (id #98454, dob:




Lincoln/Fields 0302

**FIELDS, David L (id #98454, dob:**
**Encounter Date: 05/20/2025**

## Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (47yo, M) ID# 98454 | **Appt. Date/Time** | 05/20/2025 03:30PM |
| **DOB** | | **Service Dept.** | ETHC_Turkey Creek |
| **Provider** | NILAM PATEL, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130287<br>Prescription: check now | | |

## Chief Complaint

6 month follow up

## Patient's Care Team

**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-5399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672
**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054

## Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

## Vitals

**Ht:** 6 ft 05/20/2025 03:22 pm
**Wt:** 273.3 lbs 05/20/2025 03:22 pm
**BP:** 118/74 sitting R arm 05/20/2025 03:25 pm
**BMI:** 37.1 05/20/2025 03:22 pm
**HR:** 64 05/20/2025 03:25 pm

## Measurements

None recorded.

## Allergies

Reviewed Allergies

**PENICILLINS**: Rash

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 | entered |
| **carvediloL 12.5 mg tablet**<br>TAKE 1/2 TABLET in AM and 1 tablet in pm | 05/20/25 | entered |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 | entered |
| **Entresto 97 mg-103 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 05/20/25 | entered |
| **Farxiga 10 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route for 90 days, for cardiomyopathy. | 04/04/25 | filled |
| **Multi Vitamin**<br>Mens vitafusion 1 daily | 02/06/23 | entered |
| **spironolactone 25 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY MORNING FOR FLUID AND BLOOD PRESSURE | 02/21/25 | filled |

immune plus
5/20/2025 memory..bfm

## Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

## Problems

Reviewed Problems
- Obesity - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Essential hypertension - Onset: 02/06/2023
- Mitral valve regurgitation - Onset: 05/23/2024
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- First degree atrioventricular block - Onset: 06/08/2023
- Heart failure - Onset: 02/09/2023
- Chronic systolic heart failure - Onset: 05/23/2024
- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- Biventricular automatic implantable cardioverter defibrillator in situ - Onset: 05/23/2024
- History of SARS-CoV-2 - Onset: 06/08/2023

## Family History

Family History not reviewed (last reviewed 03/12/2025)

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

## Social History

Reviewed Social History
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
Do you or have you ever used any other forms of tobacco or nicotine?: No
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 05/20/2025
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What is your exercise level?: Occasional (Notes: ADL)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: High school graduate (Notes: local truck driver)
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
First name used: DAVID
Sexual orientation: Straight or heterosexual

## Surgical & Procedure History

Surgical & Procedure History not reviewed (last reviewed 03/12/2025)

- Cardiac catheterization (surg) - 2/2023
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

## Past Medical History

Past Medical History not reviewed (last reviewed 03/12/2025)
CHEST PAIN: **Y**
CONGESTIVE HEART FAILURE: **Y**
GERD/REFLUX: **Y**
HIGH BLOOD PRESSURE/HYPERTENSION: **Y**
OBESITY: **Y**
OTHER-1: **Y - PM/ICD implant**
PALPITATIONS: **Y**
SLEEP APNEA: **Y**
Notes: Please refer to Problem section for most up to date PMH

## Screening

None recorded.

## HPI

routine fup
here with wife
no new events since last seen
denies concerns/questions

## ROS

**Cardio Basic:** Cardiovascular Symptoms: **lightheadedness** and **palpitations** (**skipping**).

**Respiratory:** Respiratory: **sleep apnea** (**uses CPAP**).

**Hematologic/Lymphatic:** Hematologic/Lymphatic **easy bruising**.

## Physical Exam

**Basic Cardio PE:** Lungs: clear to auscultation. Cardio: no murmurs or gallops and s1 normal, s2 normal, and normal apical impulse; **regular rate and rhythm, left pectoral device site is healthy without signs of infection** Extremities: no edema.

## Procedure Documentation

**93284,26: Multi chamber ICD Programing PaceArt:**
See image documentation for encounter data.

**ITERATIVE:** A representative from the device company did the interrogation of this device with iterative programming changes to evaluate pacing thresholds. I personally evaluated the generated data including all diagnostic findings, and advised the representative on any changes that may have needed to be made. A -26 modifier will be added to the billing charge.

## Assessment / Plan

**1. Biventricular automatic implantable cardioverter defibrillator in situ-**
BSC CRT-D_7/2023

8.5 years
AP 20s%, LVP 90s%_DDDR 60/125
No VT_Monitor 170, VF 200
AF<1%, total 3.8 min in 176 days_11/2024 (far field sensing)

Remote q3 months
RTC 6 mths Sara or Dustin
Z95.810: Presence of automatic (implantable) cardiac defibrillator

**2. Nonischemic congestive cardiomyopathy -**
2022

**EKG:**
2/2023: ST 90, PR 220, QRS 126, RBBB/LPFB, QTc 443
6/2023: SR 65, PR 260, QRS 131 RBBB/LPFB, QTc 433

**Imaging:**
LHC: 2/2023: normal coronaries, EF 10-15%, LVEDP 40, mod MR
Echo: 5/2023: EF 20%, mod LAE, mild AI/TR, mild to mod MR, RVSP 40, LVIDd6.56
Echo: 2/2023: EF 10-15%

**FIELDS, David L (id #98454, dob:**

Echo: 3/2024: EF 20% mod to sev MR
Cardiac MRI: 2023: EF 27%, akinesis and wall thinning of anterior, inferior, and lateral walls. no evidence of iron overload. 50% subendocardial LGE in the basal and mid lateral walls consistent with infarct pattern. normal RV size and moderate systolic dysfunction EF 32%. mild MR,
VO2 at St.Thomas: 1/2025
Echo: 4/2025: EF 20%, mild MR, mod TR, RVSP 57

**GDMT**
Entresto 97-103 mg BID
Farxiga 10 daily
spironolactone 25mg daily
carvedilol 6.25/12.5mg BID

s/p CRT-D_7/2023

fup Dr.Michelson/Dr.Stribbling
I42.0: Dilated cardiomyopathy

**3. Chronic systolic heart failure** -
as above
I50.22: Chronic systolic (congestive) heart failure

**4. Essential hypertension** -
2006
I10: Essential (primary) hypertension
- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE

**5. History of SARS-CoV-2** -
3 episodes so far. no hospitalization
1st and 3rd was severe
diagnosed with HF after 3rd episode
Z86.16: Personal history of COVID-19

**6. First degree atrioventricular block** -
asymptomatic

I44.0: Atrioventricular block, first degree
- HEART BLOCKS: CARE INSTRUCTIONS

**7. Obstructive sleep apnea syndrome** -
2012
compliant to CPAP
G47.33: Obstructive sleep apnea (adult) (pediatric)
- SLEEP APNEA: CARE INSTRUCTIONS

**8. Obesity** -
BMI 35
weight loss advised by diet/exercise
E66.9: Obesity, unspecified
- WHEN YOU WANT TO LOSE WEIGHT: CARE INSTRUCTIONS

**9. Mitral valve regurgitation** -
mgmt per Dr.Michelson and St.Thomas HF team
I34.0: Nonrheumatic mitral (valve) insufficiency
- HEART VALVE DISEASE: CARE INSTRUCTIONS
- MITRAL VALVE REGURGITATION: CARE INSTRUCTIONS

Return to Office
- Barry Michelson, MD for *Follow-up 15 at ETHC_South on 09/10/2025 at 10:30 AM
- SARA JOHNSON, NP for *Follow-up 15 at ETHC_Turkey Creek on 11/21/2025 at 11:00 AM

Encounter Sign-Off
Encounter signed-off by Nilam Patel, MD, 05/20/2025.

Encounter performed and documented by Nilam Patel, MD
Encounter reviewed & signed by Nilam Patel, MD on 05/20/2025 at 04:06 PM

**FIELDS, David L (id #98454, dob:**

| Boston Scientific | LATITUDE™ Programming System | Report Created 20 May 2025 |
|---|---|---|
| | **Real-time Log Report** | |
| | **Fields , David l** | Last Office Interrogation |
| | Date of Birth | 25 Nov 2024 |
| | Device: RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode: Monitor + Therapy | 14 Jul 2023 |

Snapshot-8 20 May 2025 15:27:18 25mm/s







3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

**FIELDS, David L (id #98454, dob:**

| Boston Scientific | LATITUDE™ Programming System | Report Created 20 May 2025 |
|---|---|---|
| | **Combined Follow-up Report** | |
| | **Fields , David L** | Last Office Interrogation |
| | Date of Birth | **25 Nov 2024** |
| | Device RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode Monitor + Therapy | 14 Jul 2023 |

**My Alerts**

⚠ 20 May 2025 15:28 Check LV Lead

**Events Since Last Reset (25 Nov 2024)**

| | |
|---|---|
| 16 May 2025 17:22 | ATR at 183 bpm, Avg V Rate in ATR: 103 bpm |
| 16 May 2025 14:16 | ATR at 150 bpm, Avg V Rate in ATR: 106 bpm |

See last page for full list of Events Since Last Reset.

**Battery** OK

| | |
|---|---|
| Approximate time to explant: | 8.5 years |
| Charge Time | 10.3 s |
| Last Capacitor Re-form | 30 Nov 2024 02:18 |




| **Leads Data** | **Implant** 14 Jul 2023 | **Previous Session** | **Most Recent** |
|---|---|---|---|
| **Atrial** | | | |
| Intrinsic Amplitude | N/R mV | 2.3 mV | 2.8 mV |
| Pace Impedance | N/R Ω | 758 Ω | 687 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.5 V @ 0.4 ms | Auto 0.6 V @ 0.4 ms |
| **Right Ventricular** | | | |
| Intrinsic Amplitude | N/R mV | 18.6 mV | 8.9 mV @ 54 bpm |
| Pace Impedance | N/R Ω | 450 Ω | 324 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.5 V @ 0.4 ms | Auto 0.6 V @ 0.4 ms |
| **Left Ventricular** | | | |
| Intrinsic Amplitude | N/R mV | 3.5 mV | 3.0 mV |
| Pace Impedance LVa | N/R Ω | 628 Ω | 612 Ω |
| Pace Impedance LVb | | 622 Ω | 598 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.9 V @ 0.8 ms | 0.7 V @ 0.8 ms |
| **Shock Vector** | | | |
| Shock Impedance | N/R Ω | 74 Ω | 68 Ω |

**Settings**

**Ventricular Tachy Settings**

| | | | |
|---|---|---|---|
| VF | 200 bpm | ATP | 41J, 41J, 41Jx6 |
| VT | 170 bpm | Monitor Only | |

**Atrial Tachy Settings**

ATR Mode Switch 170 bpm VDIR

**Brady/CRT Settings**

| | |
|---|---|
| Mode | DDDR |
| Lower Rate Limit | 60 ppm |
| Maximum Tracking Rate | 125 ppm |
| Maximum Sensor Rate | 130 ppm |
| Paced AV Delay | 240 - 240 ms |
| Sensed AV Delay | 180 - 180 ms |
| A-Refractory (PVARP) | 240 - 340 ms |
| RV-Refractory (RVRP) | 230 - 250 ms |
| LV-Refractory (LVRP) | 250 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |

| | |
|---|---|
| **Pacing Output** | |
| Atrial | Auto 2.0 V @ 0.4ms |
| Right Ventricular | Auto 2.0 V @ 0.4ms |
| Left Ventricular (LVa) | Auto 1.6 V @ 0.8ms |
| Left Ventricular (LVb) | Off |
| **Sensitivity** | |
| Atrial | AGC 0.25 mV |
| Right Ventricular | AGC 0.6 mV |
| Left Ventricular | AGC 1.0 mV |
| **Leads Configuration (Pace/Sense)** | |
| Atrial | Bipolar |
| Right Ventricular | Bipolar |
| LVa (Pace) | LVTip1>>Can |
| LVb (Pace) | Off |
| LV (Sense) | LVRing2>>RV |
| **LV MultiSite Pacing** | |
| Pacing Order | Off |
| **Rate Adaptive Pacing** | |
| Accelerometer | On |

3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.


**Lincoln/Fields 0309**

LATITUDE™ Programming System
Combined Follow-up Report

Fields , David L
20 May 2025 15:28

**Rhythm ID Update**
Last Successful Completion N/R
**Trends**
Today's Activity: Interrogate

R = Counter Reset
P = Program
I = Interrogate




Events




HeartLogic™ Heart Failure Index

2




The nominal HeartLogic™ Threshold is 16. This patient's HeartLogic™ Threshold can be confirmed in LATITUDE NXT™.

Most recent measurement:

S3

1.01 mG




S1

1.37 mG




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.


Lincoln/Fields 0310

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Combined Follow-up Report

Fields , David L
20 May 2025 15:28




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.


Lincoln/Fields 0311

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Combined Follow-up Report

Fields , David L
20 May 2025 15:28




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.


Lincoln/Fields 0312

LATITUDE™ Programming System
Combined Follow-up Report

Fields , David L
20 May 2025 15:28

Most recent measurement:

HRV Footprint

N/R
%




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.

LATITUDE™ Programming System
Combined Follow-up Report

Fields , David L
20 May 2025 15:28






© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.

LATITUDE™ Programming System
Combined Follow-up Report

Fields , David L
20 May 2025 15:28




3868 Software Version: 2.03
Q447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Combined Follow-up Report

Fields , David L
20 May 2025 15:28

| Ventricular Tachy Counters | Since Last Reset 25 Nov 2024 | Device Totals |
|---|---|---|
| Ventricular Episode Counters | | |
| Total Episodes | 0 | 1 |
| Treated | | |
| VF Therapy | 0 | 0 |
| VT Therapy | 0 | 0 |
| VT-1 Therapy | 0 | 0 |
| Commanded Therapy | 0 | 0 |
| Non-Treated | | |
| No Therapy Programmed | 0 | 0 |
| Nonsustained Episodes | 0 | 1 |
| Other Untreated Episodes | 0 | 0 |
| Ventricular Therapy Counters | | |
| ATP Delivered | 0 | 0 |
| ATP % Successful | 0 | 0 |
| Shocks Delivered | 0 | 0 |
| First Shock % Successful | 0 | 0 |
| Shocks Diverted | 0 | 0 |
| **Brady/CRT Counters** | **Reset Before Last** 186 day(s) 23 May 2024 to 25 Nov 2024 | **Since Last Reset** 176 day(s) 25 Nov 2024 to Today |
| Counters | | |
| % A Paced | 27 | 29 |
| % RV Paced | 90 | 93 |
| % LVa Paced | 99 | 99 |
| % LVb Paced | 0 | 0 |
| Intrinsic Promotion | | |
| Rate Hysteresis | | |
| % Successful | 0 | 0 |
| Atrial Arrhythmia | | |
| % AT/AF | <1 | <1 |
| Total Time in AT/AF (min) | 30.9 | 3.8 |
| Episodes by Duration | | |
| < 1 minute | 308 | 45 |
| 1 min - < 1 hr | 0 | 0 |
| 1 hr - < 24 hr | 0 | 0 |
| 24 hr - < 48 hr | 0 | 0 |
| > 48 hr | 0 | 0 |
| Total PACs | 53.9K | 57.8K |
| Ventricular Counters | | |
| Total PVCs | 36.2K | 19.6K |
| Three or More PVCs | 2 | 0 |
| **Clinical Counters** | **Since Last Reset** 25 Nov 2024 | **Device Totals** |
| MRI Protection Mode | 0 | 0 |

**AT/AF Overview: Since Last Reset (25 Nov 2024 to Today)**

| | | | |
|---|---|---|---|
| AT/AF: <1 % | AT/AF Events: 45 | Total Time in AT/AF (min): 3.8 | |
| Most Recent: | 16 May 2025 17:22 | Avg V Rate: 103 bpm | Duration: 00:00:08 hh:mm:ss |
| Longest: | 16 Dec 2024 03:27 | Avg V Rate: 95 bpm | Duration: 00:00:17 hh:mm:ss |
| Fastest RVS Rate: | 16 May 2025 17:22 | Max V Rate: N/R | Duration: 00:00:08 hh:mm:ss |

**AT/AF Overview: Reset Before Last (23 May 2024 to 25 Nov 2024)**

| | | | |
|---|---|---|---|
| Longest: | 19 Oct 2024 01:31 | Avg V Rate: 70 bpm | Duration: 00:00:29 hh:mm:ss |
| Fastest RVS Rate: | 23 Nov 2024 16:40 | Max V Rate: N/R | Duration: 00:00:06 hh:mm:ss |

3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.

LATITUDE™ Programming System
Combined Follow-up Report

Fields , David L
20 May 2025 15:28

### Histograms Reset Before Last (23 May 2024)










### Histograms Since Last Reset (25 Nov 2024)




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.

LATITUDE™ Programming System
Combined Follow-up Report

Fields , David L
20 May 2025 15:28

**Histograms Since Last Reset (25 Nov 2024)**







**Heart Rate Variability**

**Last Measure For 24-hour period ending 10 May 2025 03:15**

| | | | |
|---|---|---|---|
| % of Time Used | 68 | Mode | DDDR |
| Footprint | 32 % | Sensed AV Delay | 180 ms |
| SDANN | 73 ms | Ventricular Pacing Chamber | BiV |
| | | LV Offset | 0 ms |






© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.

LATITUDE™ Programming System
Combined Follow-up Report

Fields , David L
20 May 2025 15:28

**Heart Rate Variability**
**Reference-measured For 24-hour period ending 25 Jul 2023 03:41**

| | | | |
|---|---|---|---|
| % of Time Used | 68 | Mode | DDDR |
| Footprint | 29 % | Sensed AV Delay | 180 ms |
| SDANN | 69 ms | Ventricular Pacing Chamber | BiV |
| | | LV Offset | 0 ms |




**All Events Since Last Reset (25 Nov 2024)**

| | |
|---|---|
| 20 May 2025 11:26 | LV Auto |
| 20 May 2025 11:24 | RA Auto |
| 20 May 2025 11:23 | RV Auto |
| 18 May 2025 01:50 | APM RT at 60 bpm |
| 16 May 2025 17:22 | ATR at 183 bpm, Avg V Rate in ATR: 103 bpm |
| 16 May 2025 14:16 | ATR at 150 bpm, Avg V Rate in ATR: 106 bpm |
| 16 May 2025 05:15 | ATR at 108 bpm, Avg V Rate in ATR: 108 bpm |
| 10 May 2025 16:00 | ATR at 232 bpm, Avg V Rate in ATR: 109 bpm |
| 09 May 2025 20:41 | ATR at 218 bpm, Avg V Rate in ATR: 106 bpm |
| 08 May 2025 07:19 | ATR at 190 bpm, Avg V Rate in ATR: 105 bpm |
| 01 May 2025 15:08 | PMT at 125 bpm |
| 24 Apr 2025 19:12 | ATR at 110 bpm, Avg V Rate in ATR: 107 bpm |
| 10 Apr 2025 05:33 | ATR at 115 bpm, Avg V Rate in ATR: 108 bpm |
| 09 Apr 2025 18:19 | ATR at 218 bpm, Avg V Rate in ATR: 98 bpm |
| 08 Apr 2025 05:43 | ATR at 115 bpm, Avg V Rate in ATR: 115 bpm |
| 03 Mar 2025 09:02 | PMT at 125 bpm |
| 22 Dec 2024 17:23 | PMT at 125 bpm |

3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.

| Boston Scientific | LATITUDE™ Programming System | Report Created 20 May 2025 |
|---|---|---|
| | **Selected Episodes Report** | |
| | **Fields , David L** | Last Office Interrogation |
| | Date of Birth | **25 Nov 2024** |
| | Device RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode Monitor + Therapy | 14 Jul 2023 |

**Event ATR-527: 16 May 2025 17:22** 25mm/s

**ATR Event Onset**
Avg A Rate: 183 bpm
Avg V Rate: 111 bpm
**In ATR**
Avg V Rate: 103 bpm

**Event Ended 00:00:08**






© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.


**Lincoln/Fields 0320**

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Selected Episodes Report

Fields , David L
20 May 2025 15:28





3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.


Lincoln/Fields 0321

LATITUDE™ Programming System
Selected Episodes Report

Fields , David L
20 May 2025 15:28






3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.

LATITUDE™ Programming System
Selected Episodes Report

Fields , David L
20 May 2025 15:28






© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**
**Encounter Date: 03/12/2025**

## Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (47yo, M) ID# 98454 | **Appt. Date/Time** | 03/12/2025 11:15AM |
| **DOB** | | **Service Dept.** | ETHC_South |
| **Provider** | BARRY MICHELSON, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130287<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

## Chief Complaint

Followup: Nonischemic congestive cardiomyopathy
Followup: Chronic systolic heart failure
Followup: Essential hypertension
Followup: First degree atrioventricular block
Followup: Left ventricular cardiac dysfunction

## Patient's Care Team

**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-5399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672
**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054

## Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **BP Cuff Size:** | adult 03/12/2025 10:47 am<br>adult 03/12/2025 10:47 am | **BP Measurement Method:** | manual 03/12/2025 10:47 am<br>manual 03/12/2025 10:47 am | **Ht:** | 6 ft 03/12/2025 10:47 am |
| **Wt:** | 263.4 lbs With clothes 03/12/2025 10:47 am | **BP:** | 104/60 sitting L arm 03/12/2025 10:53 am<br>98/60 standing L arm 03/12/2025 10:53 am | **BMI:** | 35.7 03/12/2025 10:47 am |
| **HR:** | 60 03/12/2025 10:55 am | | | | |

## Measurements

None recorded.

## Allergies

Reviewed Allergies

**PENICILLINS**: Rash

## Medications

Lincoln/Fields 0324

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 | entered |
| **carvediloL 12.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWO TIMES A DAY | 11/16/24 | filled |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 | entered |
| **Entresto 49 mg-51 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days, for heart failure. | 01/04/25 | filled |
| **Farxiga 10 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route for 90 days, for cardiomyopathy. | 01/04/25 | filled |
| **Multi Vitamin**<br>Mens vitafusion 1 daily | 02/06/23 | entered |
| **spironolactone 25 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY MORNING FOR FLUID AND BLOOD PRESSURE | 02/21/25 | filled |

immune plus
3/12/25: List...csp

## Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

## Problems

Reviewed Problems

- Obesity - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Mitral valve regurgitation - Onset: 05/23/2024
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- First degree atrioventricular block - Onset: 06/08/2023
- Chronic systolic heart failure - Onset: 05/23/2024
- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- Biventricular automatic implantable cardioverter defibrillator in situ - Onset: 05/23/2024
- History of SARS-CoV-2 - Onset: 06/08/2023
- Heart failure - Onset: 02/09/2023
- Essential hypertension - Onset: 02/06/2023

## Family History

Reviewed Family History

**FIELDS, David L (id #98454, dob:**

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

## Social History

Reviewed Social History
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
Do you or have you ever used any other forms of tobacco or nicotine?: No
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 03/12/2025
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What is your exercise level?: Occasional (Notes: ADL)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: High school graduate (Notes: local truck driver)
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
First name used: David
Sexual orientation: Straight or heterosexual

## Surgical & Procedure History

Reviewed Surgical & Procedure History
- Cardiac catheterization (surg) - 2/2023
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

## Past Medical History

Reviewed Past Medical History
CHEST PAIN: **Y**
CONGESTIVE HEART FAILURE: **Y**
GERD/REFLUX: **Y**
HIGH BLOOD PRESSURE/HYPERTENSION: **Y**
OBESITY: **Y**
OTHER-1: **Y - PM/ICD implant**
PALPITATIONS: **Y**
SLEEP APNEA: **Y**
Notes: Please refer to Problem section for most recent PMH/NNP

## Documents for Discussion

**Discussed the following documents:**

- CARDIOPULMONARY STRESS TEST (PROC) - 01/20/25
- Patient Portal - Health History - 03/12/25
- Patient Portal - Patient Submitted Health History - 11/25/24
- Facility - Continuity of Care Document - Tennova - Jefferson Memorial Hospital - 01/21/25
- Cardiology - Ambulatory Summary - Chart ID:2314460 - Warren Stribling - TN - Ascension - Tennessee - W KYLE STRIBLING MD - 01/21/25

## Screening

None recorded.

## HPI

Patient is a 39-year-old male that is asked to be seen in followup for cardiac evaluation. We had seen him about 10 years ago. Abnormal stress test. This led to a cardiac catheterization. A small circumflex arose anomalously from the right coronary cusp. LV function was normal. There is a strong family history of coronary disease in the patient's father beginning at age 33 of 34. He died within the last year of complications of coronary artery disease at age 65.. He also has a cousin who was told that he had an elevated coronary calcium score and subsequently went on to be a catheterization and bypass surgery.

The patient is not having symptoms of chest pain or exercise intolerance dyspnea or orthopnea. No dysrhythmias have been identified. He does have a history of hypertension which she states is typically well controlled. He attributes his elevated blood pressure today to nervousness. Patient does not exercise regularly but is able to do his normal activities without limitation. His last LDL cholesterol 58.

The patient requested follow-up on February 6, 2023. Over the past several weeks he has been complaining of abdominal distention pedal edema and shortness of breath with activity. He contacted Cindy Pittman who is a relative of his. She thought that follow-up was appropriate. The patient reported some vague epigastric and chest discomfort. He went to the emergency room in Rogersville. His chest x-ray suggested borderline cardiomegaly but was otherwise unremarkable. His abdominal gas pattern was normal. His COVID screen was negative. No lab work was done a UTI was not diagnosed based on a urine analysis was. He states in the last several weeks he has gained about 9 or 10 pounds. He feels as if his belly is swollen and distended. He has been treated with multiple GI medications and actually got partial relief. He complained of some fluttering in his chest but no syncope or near syncope. He is not having any chest pain. At its worst he had mild pitting edema just over his lower calfs. He reports he has been watching his diet as far as fluid and salt intake and recently has been eating primarily salads

Patient reports that his bowel habits have increased in frequency. He thinks urination may have diminished mildly

The patient had an echocardiogram performed which demonstrated severe global left ventricular dysfunction EF of 10 to 15%. Right ventricular function was diminished as well. No hemodynamically significant valvular abnormalities were seen. Troponin was normal proBNP was elevated at 3953 CBC was unremarkable there was mild elevation in ALT and AST BUN and creatinine were normal at 18 and 1.16 bilirubin was 2.5
Because of the findings we brought him back to the office as quickly as possible to initiate therapy. There is really been no change in his status over the last 3 days. We did discuss changes in medications including substituting Entresto for lisinopril and adding carvedilol as well as an SGLT2 2 inhibitor. We also discussed cardiac catheterization to rule out coronary disease as an etiology. We also discussed long-term goals and possible need for ICD or advanced care if he does not respond well to medication

Catheterization was performed. Left ventricle was severely dilated with an EF estimated 10 to 15% end-diastolic pressure was estimated at 40 mmHg. He did not have significant blockages in his coronaries. Appropriate medical therapy was continued. He has lost approximately 20 pounds with diuresis. Overall the patient's breathing has improved. He is not having significant orthopnea. His exercise tolerance is marginally better. He is scheduled to see the St. Thomas heart failure service in April. He has not been monitoring blood pressures at home but I suggested that he do this. His ICD has not discharged (ZOLL LifeVest).

Patient is seen in follow-up on June 23, 2023. Since his last visit he has seen Dr. Patel. There is a plan for implantation of a subcutaneous ICD in July. The MRI was performed as requested by Dr. Stribling. This confirms severe dilated left ventricle with severe left ventricular dysfunction. Interpretation could not exclude prior infarction but this certainly would not be consistent with findings on his coronary angiography.

Patient has been doing reasonably well clinically. He brought in an extensive recordings of his blood pressure heart rate and weight. His blood pressures typically are between 90 and 100 systolic limiting our ability to increase medications. Patient feels that he is much better than at his time of his presentation. He can walk unlimited distances on level ground. He does report some dyspnea when walking uphill. He is not having problems with orthopnea. He is scheduled to see Dr. Stribling in October

The patient was seen in follow-up on September 8, 2023. He actually underwent implantation of a ICD CRT device. He early on had some issues with diaphragmatic pacing but these have been reprogrammed. He has occasional "hiccups". His exercise tolerance is improved but certainly is not where he wants it to be. He keeps a good log of his blood pressure. Blood pressure is marginal for increasing medications. He will occasionally report transient lightheadedness if he is bending over and stands up suddenly. We discussed venous pooling and that this was something that we would keep an eye on but to be aware of it and try movement immediately. He is not having significant problems with edema

Patient is seen in follow-up on March 13, 2024. Clinically he is doing well. He is able to do more physical exercise but limits himself in terms of duration. He is not having any chest pain. He does have occasional "hiccups". Which seem to be positional and are likely due to intermittent phrenic nerve pacing from his BiV ICD. He has had no interval hospitalizations. His weight has been stable. He has not had any edema. He continues to monitor his blood pressures and they are marginal for any increase in his medical regimen (systolics typically 100-104).

Patient is seen in follow-up on September 11, 2024. Clinically he is stable to marginally improved. He has seen Dr. Stribling in the past and is scheduled to go to Nashville after the first of the year to have a 6-minute walk test as well as potentially other testing performed. He is not having significant orthopnea or paroxysmal nocturnal dyspnea. He is not having significant dependent edema. He monitors blood pressures frequently. They tend to be in the 90-100 systolic range limiting any future changes in medications.

The patient is seen in follow-up on March 12, 2025. Since his last visit he has been seen by Dr. Stribling. He evidently had cardiopulmonary testing performed. I believe the conclusion was he is not yet a candidate for transplant. The patient has an appointment to see Dr. Stribling in late March. He has been doing well. He denies problems with chest pain or shortness of breath orthopnea paroxysmal nocturnal dyspnea. To the best of his knowledge he has not had any ICD therapies administered. He states that he walked he thinks for about 10-1/2 minutes on the protocol. It may have been a modified bruise from how he was describing it is 0% grade to begin with. Blood pressures remain a little on the low side but he is not really symptomatic. He has had no interval hospitalizations

## ROS

**Constitutional:** Constitutional: no significant weight gain or loss and no fever, night sweats, or exercise intolerance.

**Eyes:** Eyes: no irritation, dry eyes, or vision change.

**ENMT:** Ears: no difficulty hearing or ear pain. Nose: no frequent nosebleeds, nose problems, or sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems.

**Cardiovascular:** Cardiovascular: no shortness of breath when walking or breath when lying down and no palpitations, chest pain, arm pain on exertion, or known heart murmur.

**Respiratory:** Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

**Gastrointestinal:** Gastrointestinal: no vomiting, diarrhea, dyspepsia, GERD, or abdominal pain and normal appetite and not vomiting blood.

**Genitourinary:** Genitourinary: no incontinence, hematuria, difficulty urinating, or increased frequency.

**Musculoskeletal:** Musculoskeletal: no muscle aches or weakness and no arthralgias/joint pain, back pain, or swelling in the extremities.

**Integumentary:** Skin: no jaundice, rashes, laceration, or abnormal mole.

**Neurologic:** Neurologic: no weakness, numbness, seizures, dizziness, migraines, headaches, tremor, or loss of consciousness.

**Psychiatric:** Psych: no depression, anxiety, hallucinations, sleep disturbances, alcohol abuse, or suicidal thoughts and feeling safe in a relationship.

**Endocrine:** Endocrine: no fatigue.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no bruising, swollen glands, or excessive bleeding.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, sinus pressure, or frequent sneezing.

## Physical Exam

**Constitutional:** General Appearance: appears stated age and **obese**. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:** Lids and Conjunctivae: no xanthelasma or arcus senilis.

**ENMT:** Lips, Teeth, and Gums: normal dentition. Nose: no lesions on external nose.

**Neck:** Neck: supple and trachea midline. Carotid Arteries: bilateral normal upstroke and no bruits. Jugular Veins: jugular venous pressure unable to assess. Cervical Lymph Nodes: non tender.

**Lungs:** Respiratory Effort: unlabored. Chest Exam: normal curvature. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Precordial Exam: non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: **BTK edema** .

**Peripheral Pulses:** Pulses: full and equal in all extremities except if noted. Radial Pulse: normal. Dorsalis Pedis Pulse: normal.

**Abdomen::** Inspection and Palpation: non distended or tender, normal aorta and bowel sounds, no bruit or masses, and soft;
**Abdomen is mildly distended soft with no rebound or guarding**

**Musculoskeletal:** Inspection: no joint tenderness.

**Neurologic:** Gait: normal gait. Motor: normal strength.

**Skin:** Inspection and Palpation: warm and dry.

## Assessment / Plan

**1. Primary idiopathic dilated cardiomyopathy -**
Patient has severe global left ventricular dysfunction in the absence of significant coronary disease. We will add spironolactone to his medical regiment increase the dose of carvedilol. He is scheduled for follow-up or evaluation by advanced heart failure team from St. Thomas. He will continue with the LifeVest until we reassess LV function probably in 2 months

The patient is undergone evaluation by the advanced heart failure team at St. Thomas. He is also seen Dr. Patel. He is on a good regimen which has been responsive as far as his symptoms. I do not think we can increase dosing of medications further given his issues with hypotension or low normotension (systolics in the 90s) on his current regimen.

The patient has had a BiV ICD with CRT therapy implant
I42.0: Dilated cardiomyopathy

**2. Nonischemic congestive cardiomyopathy** -
Patient has nonischemic cardiomyopathy. He is on a reasonable medical regimen limited by blood pressure. He is followed by the advanced heart failure clinic at St. Thomas. He is followed by EP and has had a BiV ICD/CRT device implanted which seems to be working normally.

As the patient has had the BiV ICD CRT device in some period of time we will order an echocardiogram.

Stable on current therapy. Blood pressure precludes aggressive intensification. Followed by the heart failure clinic at St. Thomas.
I42.0: Dilated cardiomyopathy
- ELECTROCARDIOGRAM
- NT PROBNP

**3. First degree atrioventricular block**
I44.0: Atrioventricular block, first degree
- HEART BLOCKS: CARE INSTRUCTIONS

**4. Left ventricular cardiac dysfunction**
I50.30: Unspecified diastolic (congestive) heart failure

**5. Essential hypertension -**
continued monitoring of blood pressures suggested to make sure adequate control is being obtained.
I10: Essential (primary) hypertension
- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE
- CBC (INCLUDES DIFF/PLT)

6. **Lipid screening**
Z13.220: Encounter for screening for lipoid disorders
- COMPREHENSIVE METABOLIC PANEL
- LIPID PANEL WITH REFLEX TO DIRECT LDL

7. **Diabetes mellitus screening**
Z13.1: Encounter for screening for diabetes mellitus
- HEMOGLOBIN A1C

8. **Biventricular implantable cardioverter-defibrillator (ICD) in situ**

Patient has undergone ICD/CRT device implantation monitored by Dr. Patel
Z95.810: Presence of automatic (implantable) cardiac defibrillator

Return to Office

- Nilam Patel, MD for *Follow-up 15 at ETHC_Turkey Creek on 05/20/2025 at 03:30 PM
- Barry Michelson, MD for *Follow-up 15 at ETHC_South on 09/10/2025 at 10:30 AM

Encounter Sign-Off

Encounter signed-off by Barry Michelson, MD, 03/12/2025.

Encounter performed and documented by Barry Michelson, MD
Encounter reviewed & signed by Barry Michelson, MD on 03/12/2025 at 11:18 AM

98454 [illegible] 3:19:22 PM FIELDS, DAVID TENNOVA HEALTHCARE (1)
Born 1 Male

Rate 65 . ATRIAL-VENTRICULAR DUAL-PACED COMPLEXES

PR 243
QRSD 152
QT 456
QTc 475

--AXIS--
P 82
QRS 0
T 64

- ABNORMAL ECG -

FIELDS, DAVID #98454
* 81426580w10667 Single Page E-ImagDoc

Unconfirmed Diagnosis




Lincoln/Fields 0331

## Imaging Results

### ELECTROCARDIOGRAM (#12353391, 09/12/2025 9:46am)

| Report | Result | Ref. Range | Units | ⚠ | Status | Facility | Date |
|---|---|---|---|---|---|---|---|
| Interpretation: | Sinus rhythm ventricular pacing | | | | | | |

Tennova™ Medical Group

# CRT_D EVALUATION FORM

## PATIENT INFO

**Date of Service:** 08/08/2025
**Follow-up Provider:** Nilamkumar Patel
**EMR Patient ID:** 98454
**Visit ID:**

| | | | | | |
|---|---|---|---|---|---|
| **Name** | Fields, David | **Date of Birth** | | **Session Type** | Remote (Scheduled) |
| **Model** | Resonate X4 CRT-D - G447 | **Serial** | 310757 | **Device Type** | CRT_D |
| **Implant date** | 07/14/2023 | **Vendor** | Boston Sci. | | |

| | |
|---|---|
| **Device Codes** | Nonrheumatic mitral (valve) insufficiency(I34.0) \| Dilated cardiomyopathy (I42.0) \| Atrioventricular block, first degree (I44.0) \| Essential (Primary) Hypertension(I10) \| Personal history of COVID-19(Z86.16) \| Obstructive sleep apnea (adult) (pediatric)(G47.33) \| Presence of automatic (implantable) cardiac defibrillator (Z95.810) |
| **HF Codes** | Heart failure, unspecified (I50.9) \| Unspecified diastolic (congestive) heart failure (I50.30) \| Chronic systolic (congestive) heart failure (I50.22) |

## DEVICE STATUS

| | | | | |
|---|---|---|---|---|
| **Battery Voltage:** | **Estimated Longevity:** 9 years | | | **Battery Status:** OK |
| **Last Charge Date:** | 05/29/2025 | **Charge time:** | 10.5 sec | |
| **Sensing:** | Atrial = 3.4 mV | | | |
| **Impedance:** | Atrial = 744 ohms | RV = 331 ohms | LV = 647 ohms | |
| **Defibrillation Impedance:** | | RV = 72 ohms | | |
| **Thresholds:** | Atrial = 0.5 V @ 0.4 ms | RV = 0.6 V @ 0.4 ms | LV = 0.7 V @ 0.8 ms | |

## PARAMETERS

| | | | | | |
|---|---|---|---|---|---|
| **Mode:** | DDDR | **Base Rate:** | 60 bpm | | |
| **CRT V-V Delay:** | 0.0 ms | **Upper Track:** | 125 bpm | **Upper Sensor:** | 130 bpm |
| **Mode Switch:** | 170 bpm | **Paced AV:** | 240 ms | **Sensed AV:** | 180 ms |
| **Detection** | | | | | |
| **VF** | 200 bpm | **Status** | ON | | |
| **VT** | 170 bpm | **Status** | Monitor | | |

## Current Events (Since Jul 04, 2025)

| Episode Type | Most Recent | Longest | Fastest | Counter |
|---|---|---|---|---|
| AT/AF | Jul 16, 2025 at 4:59 PM | Jul 16, 2025 at 4:59 PM | Jul 16, 2025 at 4:59 PM | 2 |

Lincoln/Fields 0333

| | | | | |
|---|---|---|---|---|
| | A Rate: 217 bpm (276 ms) 11 s | | A Rate: 217 bpm (276 ms) 11 s | A Rate: 217 bpm (276 ms) 11 s |
| **Pacing %:** | **Atrial = 34.0 %** | **RV = 96.0 %** | **Bi-V = 99.0 %** | |
| **% of Time in AT/AF** | <1.0 % | | | |

## Observations

**Device Summary**

Remote interrogation of Boston Sci. CRT-D
Date of Implant: Jul 14, 2023
Programmed Mode: DDDR
Lower Rate: 60 bpm

**Device Functionality**

Device: Normal function
Estimated Battery Longevity: 9 years.
Leads: Appear stable
Atrial Pacing: 34.0 %
RV Pacing: 96.0 % LV Pacing: 99.0 %

**Episodes**
No ventricular episodes detected. No therapies delivered.
2 ATR detections; AF burden < 1.0 %. EGMs are false positive due to farfield oversensing.
ATR-534 - Event Detail Report Most recent false positive episode occurred on JUL 16, 2025

**Heart Failure**

HeartLogic okay at 11.
Respiratory rate trending downward slightly to 15.0 rpm.
Activity level consistent at 1.3 hours/day.

**FIELDS, David L (id #98454, dob:**

| LATITUDE® Patient Management - Combined Follow-up Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D G447/310757**<br>Clinic: **East Tennessee Heart Consultants - '**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

**My Alerts**

There are no alerts to display.

**Events Since Last Reset (May 20, 2025)**

Aug 07, 2025 06:39 RA Auto
Aug 07, 2025 06:38 LV Auto
See last page for full list of Events Since Last Reset.

**Battery** [OK]

| | |
|---|---|
| Approximate time to explant. **9 years** from Aug 08, 2025 | |
| Last Capacitor Re-form | May 29, 2025 03:30 |
| Charge Time | 10.5 s |

**One Year Remaining**



**Explant**

See last page for additional battery information.

| **Leads** | **Implant (Jul 14, 2023)** | **Most Recent In-Office Measurement (May 20, 2025)** | **Most Recent Daily Measurement (Aug 06, 2025)** |
|---|---|---|---|
| **O Atrial** | | | |
| Intrinsic Amplitude | N/R | 2.8 mV | 3.4 mV |
| Pace Impedance | N/R | 687 Ω | 744 Ω |
| Pace Threshold | N/R | Auto 0.6 V @ 0.4 ms | 0.5 V @ 0.4 ms |
| **■ Right Ventricular** | | | |
| Intrinsic Amplitude | N/R | 8.9 mV | N/R |
| Pace Impedance | N/R | 324 Ω | 331 Ω |
| Pace Threshold | N/R | Auto 0.6 V @ 0.4 ms | 0.6 V @ 0.4 ms |
| Left Ventricular | | | |
| Intrinsic Amplitude | N/R | 3.0 mV | N/R |
| Pace Impedance (LVa) | N/R | 612 Ω | 647 Ω |
| Pace Impedance (LVb) | | 598 Ω | |
| Pace Threshold | N/R | 0.7 V @ 0.8 ms | 0.7 V @ 0.8 ms |
| Shock | | | |
| Shock Impedance | N/R | 68 Ω | 72 Ω |

G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.


Clinician Signature

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Combined Follow-up Report** Aug 08, 2025
**Fields, David (98454/PATEL)**

**Settings**

**Ventricular Tachy**

| | | | |
|---|---|---|---|
| VF | 200 bpm | ATP | 41 J, 41 J, 41 Jx6 |
| VT | 170 bpm | Monitor Only | |

**Atrial Tachy**

| | | |
|---|---|---|
| ATR Mode Switch | 170 bpm | VDIR |

**Brady/CRT**

| | |
|---|---|
| Mode | DDDR |
| Lower Rate Limit | 60 ppm |
| Maximum Tracking Rate | 125 ppm |
| Maximum Sensor Rate | 130 ppm |
| Paced AV Delay | 240 - 240 ms |
| Sensed AV Delay | 180 - 180 ms |
| A-Refractory (PVARP) | 240 - 340 ms |
| RV-Refractory (RVRP) | 230 - 250 ms |
| LV-Refractory (LVRP) | 250 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |

**Pacing Output**

| | |
|---|---|
| **Atrial** | Auto 2.0 V @ 0.4 ms |
| **Right Ventricular** | Auto 2.0 V @ 0.4 ms |
| Left Ventricular (LVa) | Auto 1.8 V @ 0.8 ms |
| Left Ventricular (LVb) | Off |

**Sensitivity**

| | |
|---|---|
| **Atrial** | AGC 0.25 mV |
| **Right Ventricular** | AGC 0.6 mV |
| Left Ventricular | AGC 1.0 mV |

**Leads Configuration (Pace/Sense)**

| | |
|---|---|
| **Atrial** | Bipolar |
| **Right Ventricular** | Bipolar |
| LVa (Pace) | LVTip1>>Can |
| LVb (Pace) | Off |
| LV (Sense) | LVRing2>>RV |

**Rate Adaptive Pacing**

| | |
|---|---|
| Accelerometer | On |

**LV MultiSite Pacing**

| | |
|---|---|
| Pacing Order | Off |

**Rhythm ID Update**

| | |
|---|---|
| Last Successful Completion | N/R |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Combined Follow-up Report**
**Fields, David (98454/PATEL)**

Aug 08, 2025

**HeartLogic™ Heart Failure Index**




**Trend Graphs**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Combined Follow-up Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**

| Parameter | Date | Value |
| --- | --- | --- |
| Sleep Incline | Aug 07, 2025 | Insufficient degrees |
| Activity Level | Aug 07, 2025 | 1.3 hour(s) |
| AT/AF Burden | Aug 07, 2025 | 0.0 hour(s) |
| V Therapy | | |
| RV Rate during AT/AF (Max / Mean) | Aug 07, 2025 | N/R<br>N/R<br>bpm |
| Heart Rate (Max / Mean / Min) | Aug 07, 2025 | 99<br>66<br>60<br>bpm |
| Pacing Percent (Atrial / RV / LV) | Aug 07, 2025 | 50<br>98<br>100<br>% |
| Heart Rate Variability (SDANN) | Aug 07, 2025 | Insufficient ms |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

LATITUDE® Patient Management • Combined Follow-up Report
Fields, David (98454/PATEL)

Aug 08, 2025




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Combined Follow-up Report**
**Fields, David (98454/PATEL)**

Aug 08, 2025




| Ventricular Tachy Counters | Since Last Reset May 20, 2025 | Device Totals |
|---|---|---|
| **Ventricular Episode Counters** | | |
| Total Episodes | 0 | 1 |
| **Treated** | | |
| VF Therapy | 0 | 0 |
| VT Therapy | 0 | 0 |
| VT-1 Therapy | 0 | 0 |
| Commanded Therapy | 0 | 0 |
| **Non-Treated** | | |
| No Therapy Programmed | 0 | 0 |
| NonsustainedV Episodes | 0 | 1 |
| Other Untreated Episodes | 0 | 0 |
| **Ventricular Therapy Counters** | | |
| ATP Delivered | 0 | 0 |
| ATP % Successful | 0 | 0 |
| Shocks Delivered | 0 | 0 |
| First Shock % Successful | 0 | 0 |
| Shocks Diverted | 0 | 0 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

| Brady/CRT Counters | Reset Before Last 176 day(s) Nov 25, 2024 to May 20, 2025 | Since Last Reset 79 day(s) May 20, 2025 to Aug 08, 2025 |
|---|---|---|
| **Counters** | | |
| % A Paced | 29 | 34 |
| % RV Paced | 93 | 96 |
| % LVa Paced | 99 | 99 |
| % LVb Paced | 0 | 0 |
| **Intrinsic Promotion** | | |
| Rate Hysteresis | | |
| % Successful | 0 | 0 |
| **Atrial Arrhythmia** | | |
| % AT/AF | <1 | <1 |
| Total Time in AT/AF (min) | 3.8 | 0.7 |
| Episodes by Duration | | |
| < 1 minute | 45 | 7 |
| 1 min - < 1 hr | 0 | 0 |
| 1 hr - < 24 hr | 0 | 0 |
| 24 hr - < 48 hr | 0 | 0 |
| > 48 hr | 0 | 0 |
| Total PACs | 57770 | 26073 |
| **Ventricular Counters** | | |
| Total PVCs | 19617 | 12284 |
| Three or More PVCs | 0 | 0 |

| Clinical Counters | Since Last Reset May 20, 2025 | Device Totals |
|---|---|---|
| MRI Protection Mode | 0 | 0 |

**AT/AF Overview: Since Last Reset (May 20, 2025 to Aug 08, 2025)**

| | | |
|---|---|---|
| AT/AF: <1 % | AT/AF Events: 7 | Total Time in AT/AF (min): 0.7 |
| Most Recent: Jul 16, 2025 16:59 | Avg V Rate: 98 bpm | Duration: 00:00:11 hh:mm:ss |
| Longest: Jul 16, 2025 16:59 | Avg V Rate: 98 bpm | Duration: 00:00:11 hh:mm:ss |
| Fastest RVS Rate: Jul 16, 2025 16:59 | Max V Rate: N/R | Duration: 00:00:11 hh:mm:ss |

**AT/AF Overview: Reset Before Last (Nov 25, 2024 to May 20, 2025)**

| | | |
|---|---|---|
| Longest: Dec 16, 2024 03:27 | Avg V Rate: 95 bpm | Duration: 00:00:17 hh:mm:ss |
| Fastest RVS Rate: May 16, 2025 17:22 | Max V Rate: N/R | Duration: 00:00:08 hh:mm:ss |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Combined Follow-up Report** **Aug 08, 2025**
**Fields, David (98454/PATEL)**

**Histograms**




| Reset Before Last | Since Last Reset |
|---|---|
| 176 day(s) | 79 day(s) |
| Nov 25, 2024 to May 20, 2025 | May 20, 2025 to Aug 08, 2025 |

**Atrial Activity**




**Ventricular Activity**




**Ventricular Response to Atrial Pace**




**Ventricular Response to Atrial Sense**




**RV Rate during AT/AF**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Aug 08, 2025

**Histogram Rate Counts**

| Atrial | Reset Before Last 176 day(s) Nov 25, 2024 to May 20, 2025 | | Since Last Reset 79 day(s) May 20, 2025 to Aug 08, 2025 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 267 | 0 | 51 |
| 30-39 | 0 | 23.3K | 0 | 3.9K |
| 40-49 | 2 | 52.9K | 0 | 18.3K |
| 50-59 | 37 | 90.1K | 11 | 22.7K |
| 60-69 | 4.7M | 4.4M | 2.3M | 2.4M |
| 70-79 | 161.2K | 4.6M | 171.6K | 1.7M |
| 80-89 | 74.9K | 1.7M | 58.3K | 615.1K |
| 90-99 | 28.4K | 693.6K | 12.9K | 196.6K |
| 100-109 | 8.6K | 277.5K | 3.0K | 46.7K |
| 110-119 | 1.8K | 118.8K | 844 | 21.4K |
| 120-129 | 424 | 12.2K | 108 | 1.6K |
| 130-139 | 68 | 2.2K | 11 | 299 |
| 140-149 | 1 | 577 | 0 | 77 |
| 150-159 | 0 | 126 | 1 | 28 |
| 160-169 | 0 | 110 | 0 | 115 |
| 170-179 | 0 | 57 | 0 | 19 |
| 180-189 | 0 | 3.3K | 0 | 2.4K |
| 190-199 | 0 | 47.1K | 0 | 21.9K |
| 200-209 | 0 | 26 | 0 | 18 |
| 210-219 | 0 | 24 | 0 | 10 |
| 220-229 | 0 | 21 | 0 | 10 |
| 230-239 | 0 | 71 | 0 | 28 |
| 240-249 | 0 | 212 | 0 | 82 |
| >=250 | 0 | 1.9K | 0 | 491 |

| Right Ventricular | Reset Before Last 176 day(s) Nov 25, 2024 to May 20, 2025 | | Since Last Reset 79 day(s) May 20, 2025 to Aug 08, 2025 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 0 | 0 | 0 |
| 30-39 | 0 | 0 | 0 | 0 |
| 40-49 | 0 | 0 | 0 | 0 |
| 50-59 | 139.6K | 1.5K | 32.6K | 359 |
| 60-69 | 9.1M | 178.4K | 4.7M | 49.2K |
| 70-79 | 4.6M | 146.9K | 1.9M | 33.4K |
| 80-89 | 1.7M | 220.9K | 657.9K | 50.0K |
| 90-99 | 625.5K | 309.9K | 176.8K | 68.8K |
| 100-109 | 234.6K | 223.0K | 42.5K | 54.3K |
| 110-119 | 120.4K | 56.2K | 22.0K | 12.8K |
| 120-129 | 13.8K | 20.6K | 1.8K | 5.8K |
| 130-139 | 50 | 11.5K | 12 | 5.6K |
| 140-149 | 0 | 5.7K | 0 | 3.8K |
| 150-159 | 0 | 1.8K | 0 | 1.1K |
| 160-169 | 0 | 654 | 0 | 277 |
| 170-179 | 0 | 220 | 0 | 78 |
| 180-189 | 0 | 96 | 0 | 28 |
| 190-199 | 0 | 69 | 0 | 10 |
| 200-209 | 0 | 34 | 0 | 10 |
| 210-219 | 0 | 22 | 0 | 8 |
| 220-229 | 0 | 25 | 0 | 9 |
| 230-239 | 0 | 18 | 0 | 4 |
| 240-249 | 0 | 13 | 0 | 4 |
| >=250 | 0 | 5 | 0 | 2 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Combined Follow-up Report** Aug 08, 2025
**Fields, David (98454/PATEL)**

| Left Ventricular | Reset Before Last 176 day(s) Nov 25, 2024 to May 20, 2025 | | Since Last Reset 79 day(s) May 20, 2025 to Aug 08, 2025 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 553 | 0 | 177 |
| 30-39 | 3 | 47 | 1 | 12 |
| 40-49 | 475 | 9 | 867 | 7 |
| 50-59 | 163.6K | 41 | 42.7K | 10 |
| 60-69 | 9.2M | 6.9K | 4.7M | 976 |
| 70-79 | 4.7M | 17.1K | 1.9M | 6.3K |
| 80-89 | 1.9M | 10.0K | 702.7K | 4.2K |
| 90-99 | 918.3K | 16.4K | 241.9K | 4.1K |
| 100-109 | 448.1K | 9.0K | 92.3K | 5.0K |
| 110-119 | 171.9K | 9.3K | 32.1K | 6.1K |
| 120-129 | 24.6K | 14.5K | 4.3K | 5.6K |
| 130-139 | 251 | 8.2K | 54 | 3.1K |
| 140-149 | 18 | 2.9K | 16 | 1.2K |
| 150-159 | 1 | 858 | 1 | 297 |
| 160-169 | 0 | 233 | 0 | 67 |
| 170-179 | 0 | 83 | 0 | 25 |
| 180-189 | 0 | 45 | 0 | 9 |
| 190-199 | 0 | 12 | 0 | 1 |
| 200-209 | 0 | 8 | 0 | 4 |
| 210-219 | 0 | 4 | 0 | 1 |
| 220-229 | 0 | 6 | 0 | 1 |
| 230-239 | 0 | 0 | 0 | 1 |
| 240-249 | 0 | 0 | 0 | 0 |
| >=250 | 0 | 0 | 0 | 0 |

| RV Rate during AT/AF | Reset Before Last 176 day(s) Nov 25, 2024 to May 20, 2025 | | Since Last Reset 79 day(s) May 20, 2025 to Aug 08, 2025 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 0 | 0 | 0 |
| 30-39 | 0 | 0 | 0 | 0 |
| 40-49 | 0 | 0 | 0 | 0 |
| 50-59 | 0 | 0 | 0 | 0 |
| 60-69 | 0 | 0 | 0 | 0 |
| 70-79 | 5 | 0 | 0 | 0 |
| 80-89 | 13 | 1 | 1 | 0 |
| 90-99 | 84 | 3 | 17 | 0 |
| 100-109 | 189 | 0 | 36 | 0 |
| 110-119 | 49 | 0 | 5 | 0 |
| 120-129 | 0 | 1 | 0 | 0 |
| 130-139 | 0 | 1 | 0 | 0 |
| 140-149 | 0 | 0 | 0 | 0 |
| 150-159 | 0 | 0 | 0 | 0 |
| 160-169 | 0 | 0 | 0 | 0 |
| 170-179 | 0 | 0 | 0 | 0 |
| 180-189 | 0 | 0 | 0 | 0 |
| 190-199 | 0 | 0 | 0 | 0 |
| 200-209 | 0 | 0 | 0 | 0 |
| 210-219 | 0 | 0 | 0 | 0 |
| 220-229 | 0 | 0 | 0 | 0 |
| 230-239 | 0 | 0 | 0 | 0 |
| 240-249 | 0 | 0 | 0 | 0 |
| >=250 | 0 | 0 | 0 | 0 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Aug 08, 2025

### Heart Rate Variability

Last measured for 24-hr period ending Jul 12, 2025 04:27

| | |
|---|---|
| % of Time Used | 69 |
| Footprint | 33 % |
| SDANN | 89 ms |
| Mode | DDDR |
| Sensed AV Delay | 180 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |




Reference: 24-hr period ending Jul 25, 2023 03:41

| | |
|---|---|
| % of Time Used | 68 |
| Footprint | 29 % |
| SDANN | 69 ms |
| Mode | DDDR |
| Sensed AV Delay | 180 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Aug 08, 2025

Presenting EGM (Aug 08, 2025)

EGM displayed at 25mm per second




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Combined Follow-up Report** Aug 08, 2025
**Fields, David (98454/PATEL)**







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Combined Follow-up Report** **Aug 08, 2025**
**Fields, David (98454/PATEL)**




**All Events Since Last Reset (May 20, 2025)**

| | |
|---|---|
| Aug 07, 2025 06:39 | RA Auto |
| Aug 07, 2025 06:38 | LV Auto |
| Aug 07, 2025 06:36 | RV Auto |
| Jul 31, 2025 06:39 | RA Auto |
| Jul 31, 2025 06:38 | LV Auto |
| Jul 31, 2025 06:36 | RV Auto |
| Jul 24, 2025 06:39 | RA Auto |
| Jul 24, 2025 06:38 | LV Auto |
| Jul 24, 2025 06:35 | RV Auto |
| Jul 17, 2025 06:39 | RA Auto |
| Jul 17, 2025 06:38 | LV Auto |
| Jul 17, 2025 06:35 | RV Auto |
| Jul 16, 2025 16:59 | ATR at 217 bpm, Avg V Rate in ATR: 98 bpm |
| Jul 10, 2025 06:39 | RA Auto |
| Jul 10, 2025 06:38 | LV Auto |
| Jul 10, 2025 06:35 | RV Auto |
| Jul 09, 2025 15:12 | ATR at 109 bpm, Avg V Rate in ATR: 102 bpm |
| Jun 18, 2025 22:08 | ATR at 108 bpm, Avg V Rate in ATR: 108 bpm |
| Jun 13, 2025 17:30 | ATR at 109 bpm, Avg V Rate in ATR: 108 bpm |
| Jun 11, 2025 22:08 | ATR at 110 bpm, Avg V Rate in ATR: 102 bpm |
| May 25, 2025 19:17 | ATR at 151 bpm, Avg V Rate in ATR: 108 bpm |
| May 24, 2025 15:52 | ATR at 185 bpm, Avg V Rate in ATR: 106 bpm |
| Total Events: 7 ATR | |

**Battery (Continued)**

| | | | |
|---|---|---|---|
| Last Delivered Shock | N/R | Time Since Implant | 25 months |
| Energy | N/R | Charge Remaining | 1.69 ampere-hours |
| Charge Time | N/R | Power Consumption | 52 µW |
| Shock Impedance | N/R | (Measured with programmed parameters) | |
| Beep when Explant is Indicated | On | This device is using 104% of the power it would use at the following parameters: | |
| | | O A | 15% pacing, 70 ppm, 2.5 V, 0.4 ms, 500 Ω |
| | | ■ RV | 100% pacing, 70 ppm, 2.5 V, 0.4 ms, 700 Ω |
| | | ◇ LVa | 100% pacing, 70 ppm, 3.5 V, 0.4 ms, 700 Ω |
| | | ◇ LVb | Off |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

| LATITUDE® Patient Management - Presenting EGM Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birt<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

**Presenting EGM (Aug 08, 2025)**

**EGM displayed at 25mm per second**







G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Presenting EGM Report** **Aug 08, 2025**
**Fields, David (98454/PATEL)**







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Presenting EGM Report** **Aug 08, 2025**
**Fields, David (98454/PATEL)**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

| LATITUDE® Patient Management - Heart Failure Management Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

**My Alerts**

There are no alerts to display.

**HeartLogic™ Heart Failure Index**

**11**

OK

**Aug 07, 2025**




**Trend Graphs**

S3 — Aug 07, 2025: 0.87 mG

S1 — Aug 07, 2025: 1.11 mG

Thoracic Impedance — Aug 07, 2025: 50.1 Ω

Respiratory Rate — Aug 07, 2025: 15.0 rpm




G447 Firmware Version: H_v1.00.00(1.01)

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

Lincoln/Fields 0352

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Heart Failure Management Report** **Aug 08, 2025**
**Fields, David (98454/PATEL)**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Heart Failure Management Report** **Aug 08, 2025**
**Fields, David (98454/PATEL)**

Heart Rate Variability (SDANN)




**Battery** OK

Approximate time to explant: **9 years** from Aug 06, 2025

**Trend Data**

| Date | HeartLogic Heart Failure Index | S3 (mG) | S1 (mG) | Thoracic Impedance (Ω) | Respiratory Rate (rpm) | Night Heart Rate (bpm) | Sleep Incline (degrees) | Activity Level (hour(s)) | AT/AF Burden (hour(s), events) |
|---|---|---|---|---|---|---|---|---|---|
| Aug 07, 2025 | 11 | 0.87 | 1.11 | 50.1 | 15.0 | 61 | N/R | 1.3 | 0.0, 0 |
| Aug 06, 2025 | 10 | 0.90 | 1.35 | 51.0 | 15.3 | 60 | N/R | 1.3 | 0.0, 0 |
| Aug 05, 2025 | 10 | 0.92 | 1.21 | 49.4 | 15.8 | 61 | N/R | 0.9 | 0.0, 0 |
| Aug 04, 2025 | 10 | 0.85 | 1.11 | 49.0 | 15.5 | 61 | N/R | 0.9 | 0.0, 0 |
| Aug 03, 2025 | 7 | 0.84 | 1.12 | 49.4 | 16.8 | 61 | N/R | 0.4 | 0.0, 0 |
| Aug 02, 2025 | 5 | 0.90 | 0.95 | 49.0 | 15.3 | 62 | N/R | 1.2 | 0.0, 0 |
| Aug 01, 2025 | 3 | 0.93 | 1.38 | 49.7 | 16.0 | 61 | N/R | 1.5 | 0.0, 0 |
| Jul 31, 2025 | 3 | 0.86 | 1.10 | 50.0 | 16.3 | 61 | N/R | 2.1 | 0.0, 0 |
| Jul 30, 2025 | 3 | 0.87 | 1.41 | 51.5 | 15.0 | 61 | N/R | 1.1 | 0.0, 0 |
| Jul 29, 2025 | 3 | 0.83 | 1.19 | 50.9 | 15.5 | 61 | N/R | 1.3 | 0.0, 0 |
| Jul 28, 2025 | 3 | 0.86 | 1.41 | 50.8 | 15.5 | 60 | N/R | 0.9 | 0.0, 0 |
| Jul 27, 2025 | 3 | 0.86 | 1.32 | 51.9 | 15.0 | 60 | N/R | 1.0 | 0.0, 0 |
| Jul 26, 2025 | 3 | 0.78 | 1.24 | 51.4 | 16.8 | 60 | N/R | 2.0 | 0.0, 0 |
| Jul 25, 2025 | 3 | 0.98 | 1.54 | 51.0 | 16.0 | 64 | N/R | 2.3 | 0.0, 0 |
| Jul 24, 2025 | 3 | 0.91 | 1.48 | 52.2 | 16.8 | 61 | N/R | 1.5 | 0.0, 0 |
| Jul 23, 2025 | 3 | 0.97 | 1.42 | 52.5 | 15.8 | 61 | N/R | 1.4 | 0.0, 0 |
| Jul 22, 2025 | 3 | 0.89 | 1.21 | 51.7 | 16.3 | 61 | N/R | 1.1 | 0.0, 0 |
| Jul 21, 2025 | 3 | 0.81 | 1.25 | 50.5 | 15.5 | 61 | N/R | 0.7 | 0.0, 0 |
| Jul 20, 2025 | 1 | 0.76 | 1.25 | 50.6 | 16.3 | 61 | N/R | 0.2 | 0.0, 0 |
| Jul 19, 2025 | 0 | 0.90 | 0.88 | 48.5 | 15.8 | 62 | N/R | 0.9 | 0.0, 0 |
| Jul 18, 2025 | 0 | 0.76 | 1.32 | 47.3 | 15.5 | 61 | N/R | 0.6 | 0.0, 0 |
| Jul 17, 2025 | 0 | 0.83 | 1.37 | 47.3 | 16.0 | 64 | N/R | 2.3 | 0.0, 1 |
| Jul 16, 2025 | 0 | 0.79 | 1.39 | 48.9 | 15.8 | 62 | N/R | 1.1 | 0.0, 0 |
| Jul 15, 2025 | 0 | 0.78 | 1.25 | 49.0 | 15.8 | 61 | N/R | 1.7 | 0.0, 0 |
| Jul 14, 2025 | 0 | 0.77 | 1.29 | 48.8 | 15.3 | 61 | N/R | 0.9 | 0.0, 0 |
| Jul 13, 2025 | 0 | 0.84 | 1.25 | 49.4 | 15.3 | 61 | N/R | 1.4 | 0.0, 0 |
| Jul 12, 2025 | 0 | 0.85 | 1.36 | 49.6 | 16.0 | 65 | N/R | 1.8 | 0.0, 0 |
| Jul 11, 2025 | 0 | 0.98 | 1.58 | 51.1 | 16.3 | 62 | N/R | 0.9 | 0.0, 0 |
| Jul 10, 2025 | 0 | 0.90 | 1.27 | 49.5 | 15.8 | 61 | N/R | 1.4 | 0.0, 1 |
| Jul 09, 2025 | 0 | 0.86 | 1.44 | 49.2 | 17.5 | 61 | N/R | 2.6 | 0.0, 0 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Heart Failure Management Report** Aug 08, 2025
Fields, David (98454/PATEL)

| Date | RV Rate during AT/AF (max, mean) (bpm) | Mean Heart Rate (bpm) | % LV Paced (%) | Heart Rate Variability (SDANN) (ms) |
|---|---|---|---|---|
| Aug 07, 2025 | N/R, N/R | 66 | 100 | N/R |
| Aug 06, 2025 | N/R, N/R | 66 | 100 | N/R |
| Aug 05, 2025 | N/R, N/R | 65 | 100 | N/R |
| Aug 04, 2025 | N/R, N/R | 65 | 100 | N/R |
| Aug 03, 2025 | N/R, N/R | 64 | 100 | N/R |
| Aug 02, 2025 | N/R, N/R | 64 | 100 | N/R |
| Aug 01, 2025 | N/R, N/R | 66 | 100 | N/R |
| Jul 31, 2025 | N/R, N/R | 67 | 100 | N/R |
| Jul 30, 2025 | N/R, N/R | 65 | 100 | N/R |
| Jul 29, 2025 | N/R, N/R | 67 | 100 | N/R |
| Jul 28, 2025 | N/R, N/R | 66 | 100 | N/R |
| Jul 27, 2025 | N/R, N/R | 65 | 100 | N/R |
| Jul 26, 2025 | N/R, N/R | 69 | 100 | N/R |
| Jul 25, 2025 | N/R, N/R | 68 | 100 | N/R |
| Jul 24, 2025 | N/R, N/R | 69 | 100 | N/R |
| Jul 23, 2025 | N/R, N/R | 66 | 100 | N/R |
| Jul 22, 2025 | N/R, N/R | 65 | 100 | N/R |
| Jul 21, 2025 | N/R, N/R | 66 | 100 | N/R |
| Jul 20, 2025 | N/R, N/R | 62 | 100 | N/R |
| Jul 19, 2025 | N/R, N/R | 67 | 100 | N/R |
| Jul 18, 2025 | N/R, N/R | 66 | 100 | N/R |
| Jul 17, 2025 | N/R, 98 | 70 | 100 | N/R |
| Jul 16, 2025 | N/R, N/R | 67 | 99 | N/R |
| Jul 15, 2025 | N/R, N/R | 66 | 100 | N/R |
| Jul 14, 2025 | N/R, N/R | 65 | 100 | N/R |
| Jul 13, 2025 | N/R, N/R | 68 | 99 | N/R |
| Jul 12, 2025 | N/R, N/R | 72 | 99 | 89 |
| Jul 11, 2025 | N/R, N/R | 66 | 99 | N/R |
| Jul 10, 2025 | N/R, 102 | 67 | 99 | N/R |
| Jul 09, 2025 | N/R, N/R | 73 | 99 | N/R |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

| LATITUDE® Patient Management - Arrhythmia Logbook Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

Events Since: Last Reset

Event Type: All Events

*Maximum of 250 episodes shown*

| Event | Date/Time | Type | Therapy | Duration hh:mm:ss |
|---|---|---|---|---|
| RAAT-863 | Aug 07, 2025 06:39 | RA Auto | | -------- |
| LVAT-760 | Aug 07, 2025 06:38 | LV Auto | | -------- |
| RVAT-863 | Aug 07, 2025 06:36 | RV Auto | | -------- |
| RAAT-855 | Jul 31, 2025 06:39 | RA Auto | | -------- |
| LVAT-752 | Jul 31, 2025 06:38 | LV Auto | | -------- |
| RVAT-855 | Jul 31, 2025 06:36 | RV Auto | | -------- |
| RAAT-847 | Jul 24, 2025 06:39 | RA Auto | | -------- |
| LVAT-744 | Jul 24, 2025 06:38 | LV Auto | | -------- |
| RVAT-847 | Jul 24, 2025 06:35 | RV Auto | | -------- |
| RAAT-839 | Jul 17, 2025 06:39 | RA Auto | | -------- |
| LVAT-736 | Jul 17, 2025 06:38 | LV Auto | | -------- |
| RVAT-839 | Jul 17, 2025 06:35 | RV Auto | | -------- |
| ATR-534 | Jul 16, 2025 16:59 | ATR | Avg V Rate in ATR: 98 bpm | 00:00:11 |
| RAAT-831 | Jul 10, 2025 06:39 | RA Auto | | -------- |
| LVAT-728 | Jul 10, 2025 06:38 | LV Auto | | -------- |
| RVAT-831 | Jul 10, 2025 06:35 | RV Auto | | -------- |
| ATR-533 | Jul 09, 2025 15:12 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:07 |
| RAAT-823 | Jul 03, 2025 06:39 | RA Auto | | -------- |
| LVAT-720 | Jul 03, 2025 06:38 | LV Auto | | -------- |
| RVAT-823 | Jul 03, 2025 06:35 | RV Auto | | -------- |
| RAAT-815 | Jun 26, 2025 06:38 | RA Auto | | -------- |
| LVAT-712 | Jun 26, 2025 06:37 | LV Auto | | -------- |
| RVAT-815 | Jun 26, 2025 06:35 | RV Auto | | -------- |
| RAAT-807 | Jun 19, 2025 06:39 | RA Auto | | -------- |
| LVAT-704 | Jun 19, 2025 06:38 | LV Auto | | -------- |
| RVAT-807 | Jun 19, 2025 06:35 | RV Auto | | -------- |
| ATR-532 | Jun 18, 2025 22:08 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:01 |
| RAAT-802 | Jun 14, 2025 21:37 | RA Auto | | -------- |
| LVAT-699 | Jun 14, 2025 21:36 | LV Auto | | -------- |
| RVAT-802 | Jun 14, 2025 21:34 | RV Auto | | -------- |
| ATR-531 | Jun 13, 2025 17:30 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:02 |
| RAAT-799 | Jun 12, 2025 06:38 | RA Auto | | -------- |
| LVAT-696 | Jun 12, 2025 06:37 | LV Auto | | -------- |
| RVAT-799 | Jun 12, 2025 06:35 | RV Auto | | -------- |
| ATR-530 | Jun 11, 2025 22:08 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:08 |
| RAAT-791 | Jun 05, 2025 06:38 | RA Auto | | -------- |
| LVAT-688 | Jun 05, 2025 06:36 | LV Auto | | -------- |
| RVAT-791 | Jun 05, 2025 06:35 | RV Auto | | -------- |

G447 Firmware Version: H_v1.00.00(1.01)

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Arrhythmia Logbook Report** **Aug 08, 2025**
**Fields, David (98454/PATEL)**

| | | | | |
|---|---|---|---|---|
| RAAT-783 | May 29, 2025 06:38 | RA Auto | | -------- |
| LVAT-680 | May 29, 2025 06:37 | LV Auto | | -------- |
| RVAT-783 | May 29, 2025 06:35 | RV Auto | | -------- |
| ATR-529 | May 25, 2025 19:17 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:05 |
| RAAT-779 | May 25, 2025 18:38 | RA Auto | | -------- |
| LVAT-676 | May 25, 2025 18:37 | LV Auto | | -------- |
| RVAT-779 | May 25, 2025 18:35 | RV Auto | | -------- |
| ATR-528 | May 24, 2025 15:52 | ATR | Avg V Rate in ATR: 106 bpm | 00:00:05 |
| LVAT-671 | May 21, 2025 09:39 | LV Auto | | -------- |
| RAAT-774 | May 21, 2025 09:36 | RA Auto | | -------- |
| RVAT-774 | May 21, 2025 09:35 | RV Auto | | -------- |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

LVAT-760: Aug 07, 2025 06:38, LV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

Lincoln/Fields 0358

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Event Detail Report** Aug 08, 2025
Fields, David (98454/PATEL)

| | | | |
|---|---|---|---|
| ↑ > V Range | ↓ < V Range | ■ V Sense | ▫ V Pace |
| ⇧ > A Range | ⇩ < A Range | • A Sense | ∘ A Pace |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

LVAT-752: Jul 31, 2025 06:38, LV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report** **Aug 08, 2025**
**Fields, David (98454/PATEL)**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Event Detail Report** | **Aug 08, 2025**
**Fields, David (98454/PATEL)**

| | | | |
|---|---|---|---|
| > V Range | < V Range | V Sense | V Pace |
| > A Range | < A Range | A Sense | A Pace |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

LVAT-744: Jul 24, 2025 06:38. LV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report**
**Fields, David (98454/PATEL)**

Aug 08, 2025




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 08, 2025

| | | | |
|---|---|---|---|
| > V Range | < V Range | V Sense | V Pace |
| > A Range | < A Range | A Sense | A Pace |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

LVAT-736: Jul 17, 2025 06:38, LV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

Lincoln/Fields 0367

**LATITUDE® Patient Management - Event Detail Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**

| | | | |
|---|---|---|---|
| > V Range | < V Range | V Sense | V Pace |
| > A Range | < A Range | A Sense | A Pace |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>G447/310757<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

ATR-534, Jul 16, 2025 16:59, ATR, A Rate: 217 bpm, V Rate: 109 bpm

**Detail**

**ATR Event Onset**

| | |
|---|---|
| Avg A Rate | 217 bpm |
| Avg V Rate | 109 bpm |
| In ATR | |
| Avg V Rate | 98 bpm |
| Event Ended | 00:00:11 |

**EGM displayed at 25mm per second**





©2024 Boston Scientific Corporation or its affiliates. All rights reserved.


Clinician Signature

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report** Aug 08, 2025
**Fields, David (98454/PATEL)**







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

LVAT-728: Jul 10, 2025 06:38, LV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**





©2024 Boston Scientific Corporation or its affiliates. All rights reserved.


Clinician Signature

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report** **Aug 08, 2025**
**Fields, David (98454/PATEL)**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report** **Aug 08, 2025**
**Fields, David (98454/PATEL)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ↑ | > V Range | ↓ | < V Range | ■ | V Sense | ▫ | V Pace |
| ⇧ | > A Range | ⇩ | < A Range | • | A Sense | ∘ | A Pace |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

ATR-533: Jul 09, 2025 15:12, ATR, A Rate: 109 bpm, V Rate: 109 bpm

**Detail**

**ATR Event Onset**

| | | |
|---|---|---|
| Avg A Rate | 109 bpm | |
| Avg V Rate | 109 bpm | |
| In ATR | | |
| Avg V Rate | 102 bpm | |
| Event Ended | | 00.00.07 |

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

Lincoln/Fields 0376

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report**
**Fields, David (98454/PATEL)**

Aug 08, 2025







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report** Aug 08, 2025
**Fields, David (98454/PATEL)**

| | | | |
|---|---|---|---|
| > V Range | < V Range | V Sense | V Pace |
| > A Range | < A Range | A Sense | A Pace |







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

| LATITUDE® Patient Management - Device Settings Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

**Programming**

| | |
|---|---|
| Last Programmed | May 20, 2025 |
| Ventricular Tachy Mode | Jul 14, 2023 Changed to Monitor + Therapy<br>Jul 14, 2023 Changed to Off |

**Ventricular Tachy**

**VF 200 bpm (300 ms)**

| Detection/Redetection | | Therapy | |
|---|---|---|---|
| Initial Duration | 2.5 s | QUICK CONVERT™ ATP | On |
| Redetection Duration | 1.0 s | Shock 1 | 41 J |
| Post-Shock Duration | 1.0 s | Shock 2 | 41 J |
| | | Additional 41 J Shocks | 6 |

**VT 170 bpm (353 ms)**

| Detection/Redetection | | | |
|---|---|---|---|
| | | **ATP1** | **Off** |
| Initial Duration | 10.0 s | **ATP2** | **Off** |
| Redetection Duration | 1.0 s | **Shocks** | |
| Post-Shock Duration | 1.0 s | Shock 1 | Off |
| Atrial Tachy Discrimination | | Shock 2 | Off |
| Sinus Tachycardia Discrimination | | Shock 3-6 | Off |
| **Initial Detection** | | | |
| V Rate > A Rate | On | | |
| AFib Rate Threshold | 170 bpm | | |
| Stability | 20 ms | | |
| | And | | |
| Onset | 9 % | | |
| Sustained Rate Duration | 03:00 mm:ss | | |
| **Post-Shock Detection** | | | |
| V Rate > A Rate | On | | |
| AFib Rate Threshold | 170 bpm | | |
| Stability | 20 ms | | |
| Sustained Rate Duration | 00:15 mm:ss | | |

**Ventricular Tachy Therapy Setup**

| ATP | | Shock (All Shocks) | |
|---|---|---|---|
| RV ATP Amplitude | 5.0 V | Waveform | Biphasic |
| RV ATP Pulse Width | 1.0 ms | Committed Shock | Off |
| LV ATP Amplitude | 5.0 V | Lead Polarity | Initial |
| LV ATP Pulse Width | 1.0 ms | Shock Lead Vector | RV Coil to Can |
| Magnet and Beeper | | | |
| Magnet Response | Inhibit Therapy | | |
| Beep During Capacitor Charge | Off | | |

**Atrial Tachy**

**Therapy**

| **ATR Mode Switch Details** | | **Atrial Tachy Response** | |
|---|---|---|---|
| ATR Mode Switch | On | Atrial Flutter Response | Off |
| Trigger Rate | 170 bpm | PMT Termination | On |
| Duration | 8 cycles | **Ventricular Regulation** | |
| Entry Count | 8 cycles | BiV Trigger | On |
| Exit Count | 8 cycles | | |
| Fallback | | | |
| Mode | VDIR | | |
| Time | 00:30 mm:ss | | |
| ATR/VTR Fallback LRL | 70 ppm | | |
| Ventricular Rate Regulation | Max | | |
| BiV Trigger | On | | |
| Maximum Pacing Rate | 110 ppm | | |

G447 Firmware Version: H_v1.00.00(1.01)

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Device Settings Report** Aug 08, 2025
**Fields, David (98454/PATEL)**

**Brady/CRT**

**Normal Settings**

| | |
|---|---|
| Mode | DDDR |
| Lower Rate Limit | 60 ppm |
| Maximum Tracking Rate | 125 ppm |
| Maximum Sensor Rate | 130 ppm |
| Paced AV Delay | 240 - 240 ms |
| Sensed AV Delay | 180 - 180 ms |
| A-Refractory (PVARP) | 240 - 340 ms |
| RV-Refractory (RVRP) | 230 - 250 ms |
| LV-Refractory (LVRP) | 250 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |
| PVARP after PVC | 400 ms |
| LV Protection Period | 400 ms |
| **Blanking** | |
| A-Blank after V-Pace | 125 ms |
| A-Blank after RV-Sense | Smart |
| RV-Blank after A-Pace | 65 ms |
| LV-Blank after A-Pace | Smart |
| Noise Response | DOO |
| **Rate Enhancements** | |
| Rate Smoothing | |
| Up | Off |
| Down | Off |
| Tracking Preference | On |
| **PaceSafe™ LV Automatic Threshold** | |
| Maximum Amplitude | 5.0 V |
| Safety Margin | 1.0 V |

| | |
|---|---|
| **Pacing Output** | |
| **Atrial** | Auto 2.0 V @ 0.4 ms |
| **Right Ventricular** | Auto 2.0 V @ 0.4 ms |
| Left Ventricular (LVa) | Auto 1.8 V @ 0.8 ms |
| Left Ventricular (LVb) | Off |
| **Sensitivity** | |
| **Atrial** | AGC 0.25 mV |
| **Right Ventricular** | AGC 0.6 mV |
| Left Ventricular | AGC 1.0 mV |
| **Leads Configuration (Pace/Sense)** | |
| **Atrial** | |
| Pace | Bipolar |
| Sense | Bipolar |
| **Right Ventricular** | |
| Pace | Bipolar |
| Sense | Bipolar |
| Left Ventricular | |
| Electrode Configuration | Quadripolar |
| Pace (LVa) | LVTip1>>Can |
| Pace (LVb) | Off |
| Sense | LVRing2>>RV |
| **Rate Adaptive Pacing** | |
| Accelerometer | On |
| Response Factor | 10 |
| Activity Threshold | Medium Low |
| Reaction Time | 30 s |
| Recovery Time | 2 min |
| **Respiratory Sensor Settings** | |
| Respiratory Sensor | On |
| Excitation Current | 320 µA |
| Vector Selection | Auto Select |
| Signal Artifact Monitor | On |
| **LV MultiSite Pacing** | |
| Pacing Order | Off |

**Post-Therapy Settings**

| | |
|---|---|
| Lower Rate Limit | 60 ppm |
| **Output** | |
| **Atrial** | 5.0 V @ 1.0 ms |
| **Right Ventricular** | 5.0 V @ 1.0 ms |
| Left Ventricular | 5.0 V @ 1.0 ms |
| Post Therapy Period | 00:30 mm:ss |

Note: Post Therapy pacing uses the Brady Normal settings in combination with settings shown in this section.

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Device Settings Report** Aug 08, 2025
**Fields, David (98454/PATEL)**

**Setup**

**Battery Setup**

**Beeper**

| | |
|---|---|
| Beep when Explant is Indicated | On |

**Trending Setup**

| | |
|---|---|
| Recording Method | 30 Second Average |
| Duration | 25 hours |
| Data Storage | Continuous |

**Sensor Activation**

| | |
|---|---|
| Heart Failure Sensor Suite | On |
| Sleep Incline | On |

**Sleep Schedule**

| | |
|---|---|
| Sleep Start Time | 23:00 hh:mm |
| Sleep Duration | 7 hour(s) |

**Leads Status Setup**

| | Daily Intrinsic Amplitude | Daily Impedance | Impedance Limits | Pace Threshold | Beep When Out-of-Range |
|---|---|---|---|---|---|
| ○ **Atrial** | On | On | 200 - 2000 Ω | On | Off |
| ■ **Right Ventricular** | On | On | 200 - 2000 Ω | On | Off |
| ◇ Left Ventricular | On | On | 200 - 2000 Ω | On | Off |
| Shock | | On | 20 - 125 Ω | | Off |

**Other Daily Trends**

| | |
|---|---|
| Respiration-related Trends | On |

**Beeper**

| | |
|---|---|
| Beeper Type | Piezo |

Note: The Piezo beeper is designed to withstand the strong magnetic fields associated with MRI scanners without being damaged.

| | |
|---|---|
| Beeper | On |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**Jefferson Memorial Hospital**

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | FIELDS DAVID | | | **Procedure Staff** | |
| **MRN:** | 00809309 | | | **Referring Physician:** | Warren K Stribling, MD |
| **Date of birth:** | | **Age:** | 47 year(s) | **Sonographer:** | Juliann Blackburn, RCS |
| **Gender:** | Male | **BMI:** | 34.99 kg/m² | **Interpreting physician:** | Barry Michelson, MD |
| **Weight:** | 117.03 kg | **BSA:** | 2.37 m² | | |
| **Height:** | 182.88 cm | | | | |

**Procedure Information**

| | | | |
|---|---|---|---|
| **Exam date time:** | 4/2/2025 1:58 PM | | |
| **Procedure type:** | Echo | | |
| **Proc. sub type:** | TTE procedure: NI Echo TTE 2D Complete w Color Doppler. | | |
| **Patient status:** | Routine | **Accession no:** | 3002509200311 |
| **HR:** | 60 bpm | **FIN Number:** | 4583278 |
| | | **Study location:** | Jefferson City |
| | | **Technical quality:** | Good visualization |

Procedure Description: Echocardiography, transthoracic, real-time with image documentation (2D), includes M- mode recording, when performed, complete, with spectral Doppler echocardiography, and with color flow Doppler echocardiography.

**Reason for Study**

chronic systolic heart failure

**Physician Conclusions**

**Summary:**

Normal wall thickness.
Left ventricle size is moderately dilated.
EF estimated at 20%.
There is severe global left ventricular systolic dysfunction.
Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure..
A pacemaker wire is observed in the RV.
Aortic valve structure is trileaflet and is structurally normal.
No aortic stenosis. No aortic regurgitation documented by color flow and/or spectral Doppler.
Mild pulmonic regurgitation documented by color flow and/or spectral Doppler.
Left atrium is mild to moderately enlarged.
Mild mitral regurgitation documented with color flow and/or spectral Doppler.
Tricuspid valve appears structurally normal. No evidence of tricuspid valve stenosis.
Moderate tricuspid regurgitation documented with color flow and/or spectral Doppler.
Right ventricular systolic pressure is moderately elevated and is estimated at 57 mmHg.

**Jefferson Memorial Hospital**

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

**Obervations**

| | |
|---|---|
| **Left ventricle:** | Normal wall thickness.<br>Left ventricle size is moderately dilated.<br>EF estimated at 20%.<br>There is severe global left ventricular systolic dysfunction.<br>Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure.. |
| **Right ventricle:** | A pacemaker wire is observed in the RV. |
| **Left atrium:** | Left atrium is mild to moderately enlarged. |
| **Right atrium:** | Right atrium is normal in size. |
| **Mitral valve:** | Mitral valve appears structurally normal. No evidence of mitral valve stenosis.<br>Mild mitral regurgitation documented with color flow and/or spectral Doppler. |
| **Aortic valve:** | Aortic valve structure is trileaflet and is structurally normal.<br>No aortic stenosis. No aortic regurgitation documented by color flow and/or spectral Doppler. |
| **Tricuspid valve:** | Tricuspid valve appears structurally normal. No evidence of tricuspid valve stenosis:<br>Moderate tricuspid regurgitation documented with color flow and/or spectral Doppler.<br>Right ventricular systolic pressure is moderately elevated and is estimated at 57 mmHg. |
| **Pulmonic valve:** | Pulmonic valve appears structurally normal. No evidence of pulmonic stenosis. Mild pulmonic regurgitation documented by color flow and/or spectral Doppler. |
| **Pericardial:** | Pericardium appears normal. There is no pericardial effusion visualized. |
| **Aorta/Great vessels:** | Aortic root is normal in size.<br>The inferior vena cava is not dilated and shows more than 50% respiratory variation. |
| **Pleural:** | There is no pleural effusion present. |

Electronically signed by Barry Michelson, MD (interpreting physician) on 4/4/2025 at 1:15 PM

Jefferson Memorial Hospital

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

## Left Ventricle

| | | | |
|---|---|---|---|
| Diastolic dimension: | 6.26 cm **(4.2 - 5.8 cm)** | Systolic dimension: | 5.69 cm **(2.5 - 4 cm)** |
| 2D septum diastolic: | **1.01 cm (0.6 - 1.0 cm)** | FS Normal Range (30-45%): | 9 % |
| 2D post wall diastolic: | 0.96 cm | | |
| LV mass (ASE formula): | 260.29 g **(88 - 224 g)** | | |
| LV mass index: | 109.65 g/m² | | |
| RWT: | 0.31 | | |

**LV M-Mode**

**LV Ejection Fraction**

| | | | |
|---|---|---|---|
| LVEDV Teichholz: | 245 ml **(62 - 150 ml)** | LVESV Teichholz: | 184 ml **(21 - 61 ml)** |
| LVEDVI Teichholz: | 103.21 ml/m² **(34 - 74 ml/m²)** | LVESVI Teichholz: | 77.51 ml/m² **(11 - 31 ml/m²)** |
| EF Teichholz: | 25 % | | |

**LV 3D/Strain**

## Right Ventricle

| | | | |
|---|---|---|---|
| Diastolic dimension: Normal Range (2.7-3.4cm): | 2.5 cm | Systolic pressure: | 57.06 mmHg |

## Left Atrium

| | | | |
|---|---|---|---|
| **LA diameter (2D) Normal Range (2.0-4.0cm):** | 3.6 cm | **LA/Aorta (2D):** | 1.38 |
| | | **LA volume index:** | 39.6 ml/m² **(16 - 34 ml/m²)** |
| **LA area:** | 29.8 cm² | | |
| **LA volume:** | 94 ml | | |

## Right Atrium

| | | | |
|---|---|---|---|
| | | **Systolic pressure:** | 10 mmHg |

Tennova Healthcare

**Jefferson Memorial Hospital**

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

## Aortic Valve

| | | | |
|---|---|---|---|
| **Peak velocity Normal Range (0.9-1.7m/s) :** | 1.14 m/s | **Mean velocity:** | 0.79 m/s |
| **Peak gradient Normal Range (<10mmHG):** | 5.2 mmHg | **Mean gradient Normal Range (<10mmHG) :** | 3 mmHg |
| **AV VTI:** | 24.3 cm | **Dimensionless index:** | 0.65 |
| **Peak velocity:** | 74.4 cm/s | **Mean velocity:** | 50 cm/s |
| **Peak gradient:** | 2 mmHg | **Mean gradient:** | 1 mmHg |
| | | **LVOT VTI Normal Range (0.7-1.1m/s):** | 14.1 cm |

## Mitral Valve

| | | | |
|---|---|---|---|
| **Peak E-wave Normal Range (0.60-1.30m/s) :** | 85 cm/s | **Peak A-wave Normal Range( 0.30-0.60m/s) :** | 38.9 cm/s |
| **MR velocity:** | 276 cm/s | **E/A ratio Normal Range (0.8-2.5):** | 2.19 |
| **E' septal velocity:** | 4.79 cm/s | **Peak gradient:** | 2.89 mmHg |
| **A' septal velocity:** | 4.04 cm/s | **Deceleration time Normal Range (160-240msec):** | 216 ms |
| **E/E' septal:** | 17.75 | **E' lateral velocity:** | 9.31 cm/s |
| | | **A' lateral velocity:** | 3.95 cm/s |
| | | **E/E' lateral:** | 9.13 |
| | | **E/E' average:** | 13.44 |

## Tricuspid Valve

| | | | |
|---|---|---|---|
| **Estimated RVSP:** | 40 mmHg | **Estimated RAP:** | 10 mmHg |
| **TR velocity:** | 343 cm/s | **TR gradient:** | 47.06 mmHg |

## Pulmonic Valve

| | | | |
|---|---|---|---|
| **Peak velocity Normal Range (0.5-1.0m/s):** | 99.9 cm/s | **Peak gradient:** | 3.99 mmHg |
| | | **Estimated PASP:** | 57.06 mmHg |
| | | **Acceleration time:** | 95 ms |

## Aorta/Great Vessels

| | | | |
|---|---|---|---|
| **Aortic root (2D):** | 2.6 cm | **ACS (M-mode) Normal Range (1.5-26cm):** | 1.6 cm |

Tennova Healthcare

**Jefferson Memorial Hospital**

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

Electronically signed by Barry Michelson, MD (Interpreting physician) on 4/4/2025 at 1:15 PM

**FIELDS, David L (id #98454, dob:**

## ELECTROCARDIOGRAM (#11590107, 03/13/2025 7:39pm)

| Report | Result | Ref. Range | Units | ⚠ | Status | Facility | Date |
|---|---|---|---|---|---|---|---|
| EKG Results: | | | | | | | |
| Interpretation: | | | | | | | |

Visit Date:01/20/2025

Ascension Saint Thomas

St. Thomas West Hospital
4220 Harding Pike
Nashville, TN 37205

## CARDIOPULMONARY EXERCISE TEST REPORT

Identification: 20490493
Date of Birth:
Age: 47.2 Years
Technician: RRT Gallbreath Mad
Physician: Sibling Kyle

Last Name: Fields
Height: 72.0 inch
Weight: 257.0 lbs

First Name: David
Gender: male
BMI: 35 kg/m²

### SLOPE DATA

| | | Value | (Normal Range) |
|---|---|---|---|
| VO2Ws | [(mL/min)/W] | 6.39 | 8.7-11.9 |
| HRO2Ws | [1/(mL/kg)] | 5.05 | 3.0-4.0 |
| VEO2s | | 19.11 | 23-26 |
| VECO2s | | 32.85 | 26-29 |
| OUESs | [(L/min)/log10] | 1.70 | |

### PRE EXERCISE SPIROMETRY

| | | PRE | PRED | %PRED |
|---|---|---|---|---|
| FVC | L | 3.36 | 5.43 | 62.0 |
| FEV 1 | L | 3.02 | 4.27 | 70.7 |
| FEV1/FVC | % | 90 | 79 | |
| MVV | L/min | | 142 | |

### CARDIOVASCULAR RESPONSES

| | | REST | AT (VT1) [Manual] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| VO2/kg | [(mL/min)/kg] | 4.0 | 12.9 | 13.9 | 25.6 | 54 |
| VO2 | [L/min] | 0.47 | 1.50 | 1.62 | 2.98 | 54 |
| VCO2 | [L/min] | 0.38 | 1.45 | 1.67 | | |
| Load | [W] | | 130 | 130 | 209 | 62 |
| HR | [BPM] | 70 | 136 | 144 | 173 | 83 |
| O2pulse | [mL] | 6.7 | 11.1 | 11.2 | 17.2 | 65 |
| HRR | [BPM] | 103 | 37 | 29 | | |
| SBP | [mmHg] | 127 | 140 | 160 | | |
| DBP | [mmHg] | 77 | 77 | 74 | | |

### VENTILATORY RESPONSES

| | | REST | AT (VT1) [Manual] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| VE | [L/min] | 17 | 56 | 69 | 116 | 60 |
| VTex | [L] | 0.786 | 1.594 | 1.632 | | |
| RR | [1/min] | 21.9 | 35.4 | 42.5 | 41.6 | 102 |
| BR (FEV1) | [%] | 84 | 47 | 36 | 28 | 123 |
| BR (MVV) | [%] | | | | | |

### GAS EXCHANGE RESPONSES

| | | REST | AT (VT1) [Manual] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| RER | | 0.81 | 0.97 | 1.03 | | |
| SpO2 | [%] | 98 | 98 | 96 | | |
| VE/VO2 | | 30 | 34 | 39 | | |
| VE/VCO2 | | 37 | 35 | 38 | | |
| VDest/VT | [%] | 22 | 17 | 19 | 19 | 98 |
| PETO2 | [mmHg] | 113.64 | 117.68 | 120.22 | | |
| PETCO2 | [mmHg] | 32.28 | 33.39 | 32.86 | | |

PL4800

FIELDS, DAVID #98454 CARDIO
• 11406795x10667 First Page ImgResit

1/6

Lincoln/Fields 0389

**FIELDS, David L (id #98454, dob:**



Visit Date:01/20/2025

## CARDIOPULMONARY EXERCISE GRAPHS: 9-PANEL



### Peak Exercise % Predicted




### Peak Exercise Normative Ranges




VA: 20490603 Acct: 2427768646

Fields, David

2/6

Visit Date:01/20/2025

## CARDIOPULMONARY EXERCISE GRAPHS: VENTILATORY THRESHOLD







| | | AT (VT1) [Manual] | AT%MaxPred [Manual] |
|---|---|---|---|
| VO2/kg | [(mL/min)/kg] | 12.8 | 60 |
| VO2 | [L/min] | 1.50 | 60 |
| VCO2 | [L/min] | 1.45 | |
| RER | | 0.97 | |
| VE | [L/min] | 56 | 49 |
| VE/VO2 | | 34 | |
| BR (FEV1) | [%] | 47 | 168 |
| Load | [W] | 130 | 62 |
| SpO2 | [%] | 98 | |
| HR | [BPM] | 136 | 79 |
| SBP | [mmHg] | 140 | |
| DBP | [mmHg] | 77 | |

## CARDIOPULMONARY EXERCISE GRAPHS: BLOOD PRESSURE AND DOUBLE PRODUCT

Blood Pressures

| Time [min] | Load [W] | HR [BPM] | SBP [mmHg] | DBP [mmHg] | DProd [mmHg/min] |
|---|---|---|---|---|---|
| 01:10 | | 71 | 127 | 77 | 9016 |
| 02:30 | 40 | 107 | 127 | 77 | 13588 |
| 03:45 | 40 | 120 | 131 | 79 | 15719 |
| 05:45 | 85 | 128 | 131 | 79 | 16505 |
| 06:49 | 85 | 129 | 140 | 77 | 18058 |
| 08:24 | 130 | 136 | 140 | 77 | 19038 |
| 09:34 | 130 | 146 | 140 | 77 | 20438 |
| 09:51 | 130 | 144 | 150 | 74 | 21598 |

Double Product Graph




20490603 2427768646
Fields, David M
Stribling Kyle
01/20/2025

3/6

Visit Date:01/20/2025

| Time [min] | Load [W] | HR [BPM] | O2pulse [mL] | SpO2 [%] | VO2/kg [(mL/mi... | VO2 [L/min] | VCO2 [L/min] | RER | VE [L/min] | RR [1/min] |
|---|---|---|---|---|---|---|---|---|---|---|
| 00:00 Rest | | | | | | | | | | |
| 00:20 | | 73 | 6.6 | 98 | 3.5 | 0.41 | 0.33 | 0.81 | 18 | 23.1 |
| 00:40 | | 72 | 6.9 | 96 | 4.2 | 0.40 | 0.28 | 0.78 | 17 | 21.6 |
| 01:00 | | 72 | 6.6 | 98 | 4.1 | 0.47 | 0.38 | 0.81 | 17 | 21.3 |
| 01:10 | | 70 | 6.9 | 98 | 4.0 | 0.46 | 0.38 | 0.82 | 17 | 21.8 |
| 01:12 Test | | | | | | | | | | |
| 01:20 | | 71 | 7.5 | 98 | 4.6 | 0.54 | 0.43 | 0.80 | 20 | 28.0 |
| 01:40 | 40 | 86 | 7.4 | 95 | 5.5 | 0.64 | 0.54 | 0.84 | 23 | 23.9 |
| 02:00 | 40 | 90 | 7.3 | 97 | 5.6 | 0.65 | 0.54 | 0.83 | 25 | 30.7 |
| 02:20 | 40 | 99 | 7.8 | 98 | 6.6 | 0.77 | 0.60 | 0.78 | 25 | 27.3 |
| 02:40 | 40 | 110 | 8.7 | 98 | 8.2 | 0.96 | 0.72 | 0.76 | 29 | 26.3 |
| 03:00 | 40 | 114 | 8.7 | 98 | 8.5 | 1.00 | 0.75 | 0.75 | 30 | 25.6 |
| 03:20 | 40 | 118 | 9.0 | 98 | 9.1 | 1.06 | 0.82 | 0.77 | 31 | 25.7 |
| 03:40 | 40 | 118 | 9.0 | 98 | 9.1 | 1.07 | 0.83 | 0.78 | 32 | 26.3 |
| 04:00 | 40 | 120 | 8.9 | | 9.1 | 1.07 | 0.85 | 0.80 | 33 | 28.8 |
| 04:20 | 40 | 118 | 10.1 | 97 | 10.2 | 1.19 | 0.92 | 0.78 | 34 | 25.8 |
| 04:40 | 85 | 115 | 9.5 | 97 | 9.4 | 1.09 | 0.87 | 0.80 | 33 | 27.1 |
| 05:00 | 85 | 117 | 10.5 | 97 | 10.5 | 1.22 | 1.03 | 0.84 | 38 | 25.5 |
| 05:20 | 85 | 121 | 9.7 | 97 | 10.0 | 1.17 | 0.95 | 0.81 | 34 | 28.4 |
| 05:40 | 85 | 123 | 11.0 | 98 | 11.6 | 1.35 | 1.20 | 0.89 | 44 | 29.0 |
| 06:00 | 85 | 127 | 8.9 | 98 | 10.8 | 1.26 | 1.16 | 0.92 | 44 | 30.8 |
| 06:20 | 85 | 129 | 10.0 | 98 | 11.1 | 1.29 | 1.19 | 0.92 | 44 | 23.8 |
| 06:40 | 85 | 127 | 10.9 | 98 | 11.8 | 1.38 | 1.24 | 0.90 | 45 | 29.6 |
| 07:00 | 85 | 127 | 10.3 | 98 | 11.2 | 1.31 | 1.22 | 0.93 | 45 | 32.0 |
| 07:20 | 130 | 128 | 10.9 | 98 | 12.1 | 1.41 | 1.30 | 0.92 | 46 | 28.9 |
| 07:40 | 130 | 131 | 11.0 | 98 | 12.3 | 1.44 | 1.39 | 0.96 | 51 | 32.6 |
| 08:00 | 130 | 133 | 10.3 | 98 | 11.8 | 1.37 | 1.37 | 1.00 | 51 | 31.1 |
| 08:20 | 130 | 136 | 10.6 | 98 | 12.4 | 1.44 | 1.34 | 0.93 | 49 | 30.9 |
| 08:28 VT1 | | | | | | | | | | |
| 08:40 | 130 | 137 | 10.9 | 98 | 12.8 | 1.49 | 1.49 | 1.00 | 59 | 35.6 |
| 09:00 | 130 | 141 | 10.3 | 98 | 12.4 | 1.45 | 1.49 | 1.03 | 59 | 35.3 |
| 09:20 | 130 | 144 | 10.5 | 98 | 13.0 | 1.52 | 1.55 | 1.02 | 61 | 36.7 |
| 09:40 | 130 | 146 | 10.6 | 98 | 13.2 | 1.54 | 1.58 | 1.03 | 64 | 37.2 |
| 10:00 | 130 | 144 | 11.6 | 97 | 14.3 | 1.67 | 1.61 | 0.96 | 60 | 37.7 |
| 10:20 | 225 | 144 | 11.1 | 96 | 13.7 | 1.60 | 1.64 | 1.02 | 66 | 38.1 |
| 10:35 | 225 | 148 | 9.6 | 95 | 12.5 | 1.46 | 1.66 | 1.13 | 75 | 41.4 |
| 10:38 Recovery | | | | | | | | | | |
| 10:40 | 225 | 148 | 6.1 | | 7.8 | 0.91 | 1.00 | 1.10 | 46 | 37.0 |
| 11:00 | 30 | 146 | 9.9 | 94 | 12.4 | 1.45 | 1.46 | 1.00 | 56 | 37.6 |
| 11:20 | | 137 | 11.5 | | 13.5 | 1.57 | 1.43 | 0.91 | 45 | 26.1 |
| 11:40 | | 131 | 12.1 | | 13.6 | 1.58 | 1.45 | 0.92 | 44 | 23.6 |

20490603 2427768046
Fields, David M
Sterling Kyle
DOB: 12 / 21 / 1977 47Y

Visit Date:01/20/2025

VE/VCO2 Slope




| | Value |
|---|---|
| VECO2s | 32.85 |

Fields, David

5/6

**FIELDS, David L (id #98454, dob:**

From: 01/21/2026 11:35 #174 P.006/006

Visit Date:01/20/2026




FIELDS, DAVID 08454 CARDIO

* 11406795y10667 Last Page ImgReslt

6/6

Lincoln/Fields 0394

# Lab Results

## COMPREHENSIVE METABOLIC PROFILE 09/12/2025 (#12356523, Final, 09/12/2025 3:52pm)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003052025255000014 | Specimen Source | BLOOD |
| Specimen Coll. Date | 09/12/2025 15:52 | Result Status | Final |
| Specimen Rec. Date | 09/12/2025 15:52 | Report Status | |
| Specimen Reported Date | 09/12/2025 20:38 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| EGFR | 93 | >=90 | ML/MIN/1.73 M2 | | Final | | |
| | CKD is defined by the presence of glomerular filtration rate (GFR) <60 mL for >3 months and/or evidence of kidney damage (eg, structural abnormalities, histologic abnormalities, albuminuria, urinary sediment abnormalities, renal tubular disorders, and/or history of kidney transplantation) for >3months. This table provides interpretation of specific eGFR values. Creatinine measurements, and therefore eGFR calculations, are affected by very high or very low muscle mass, muscle injury, a diet very high in meat, hepatic cirrhosis, certain drugs, etc.<br><br>Stages of CKD:<br>Stage Description GFR mL/min<br>1 Kidney damage with normal or increased GFR 90<br>2 Kidney damage with mild decrease in GFR 60 to 89<br>3 Moderate decrease in GFR 30 to 59<br>4 Severe decrease in GFR 15 to 29<br>5 Kidney failure <15 (or dialysis)<br><br>Note: GFR Normal range >60, equation not validated for ages <18 and >70 and pregnant women. | | | | | | |
| GLUCOSE | 75 | 70-110 | MG/DL | | Final | | |
| BUN | 12 | 5-26 | MG/DL | | Final | | |
| CREATININE | 1.00 | 0.50-1.30 | MG/DL | | Final | | |
| | The GFR normal range may vary by factors including extreme body size, pregnancy, hospital treatment, other ethnicities, etc. | | | | | | |
| BUN/CREA RATIO | 12 | 6-22 | MMOL/L | | Final | | |
| SODIUM | 138 | 138-146 | MMOL/L | | Final | | |
| POTASSIUM | 4.7 | 3.5-5.2 | MMOL/L | | Final | | |
| CHLORIDE | 105 | 98-114 | MMOL/L | | Final | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CARBON DIOXIDE | 26 | 22-33 | MMOL/L | | Final | | |
| CALCIUM | 8.5 | 8.5-10.1 | MG/DL | | Final | | |
| **CA CORRECTED** | **8.3** | **8.5-10.1** | **MG/DL** | **LOW** | **Final** | | |
| PROT TOTAL | 7.4 | 6.1-8.6 | G/DL | | Final | | |
| ALBUMIN | 4.2 | 3.5-5.0 | G/DL | | Final | | |
| GLOBULIN | 3.2 | 1.9-3.7 | G/DL | | Final | | |
| ALBUMIN/GLOBULIN RATIO | 1.3 | 1.0-2.5 | | | Final | | |
| ANION GAP | 7 | 5-15 | MMOL/L | | Final | | |
| ALKALINE PHOSPHATASE | 68 | 50-136 | INTLUNIT/L | | Final | | |
| AST | 29 | 15-37 | INTLUNIT/L | | Final | | |
| ALT | 43 | 13-61 | INTLUNIT/L | | Final | | |
| **BILI TOTAL** | **1.6** | **0.0-1.2** | **MG/DL** | **HIGH** | **Final** | | |
| OSMOL CALC | 284 | 270-300 | MOSM/KG | | Final | | |
| **SODIUM CORRECTED** | **137** | **138-146** | **MMOL/L** | **LOW** | **Final** | | |
| | Equation performed by Discern Rule GLB_CALC_NACORRECTED: Sodium + 0.024 * (Glucose - 100) | | | | | | |

**Lincoln/Fields 0396**

**FIELDS, David L (id #98454, dob:**

## B-TYPE NATRIURETIC PEPTIDE N-TERMINAL PR 09/12/2025 (#12356522, Final, 09/12/2025 3:52pm)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003052025255000014 | Specimen Source | BLOOD |
| Specimen Coll. Date | 09/12/2025 15:52 | Result Status | Final |
| Specimen Rec. Date | 09/12/2025 15:52 | Report Status | |
| Specimen Reported Date | 09/12/2025 20:38 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| **PRO BNP** | **1045** | **<=125** | **pg/mL** | **High** | **Final** | | |

```
18-49 Years
<301 pg/mL  Normal, heart failure unlikely
>449 pg/mL  High probability of heart failure

50-75 Years
<301 pg/mL  Normal, heart failure unlikely
>899 pg/mL  High probability of heart failure

>75 Years
<301 pg/mL  Normal, heart failure unlikely
>1799 pg/mL  High probability of heart failure
```

Lincoln/Fields 0397

**BalladHealth**

**Inpatient Clinical Laboratories**
(423) 224-6738 or (423) 844-3204

**Time Sent:** 4/3/2025 10:40 AM

**To:** Barry I Michelson, MD
**Phone:** 865-392-3400
**Fax:** 865-392-3449

**From:** Background User Lab
HCMH CLINICAL LAB
Phone: 423-921-7230
Fax: 423-921-7267

**Message:**

---

**CONFIDENTIALITY NOTICE**

THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION. THE INFORMATION IS INTENDED ONLY FOR THE USE BY THE INDIVIDUAL OR ENTITY NAMED ABOVE. THE AUTHORIZED RECIPIENT IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY UNLESS REQUIRED TO DO SO BY LAW OR REGULATION AND IS REQUIRED TO PROTECT THE INFORMATION FROM ALL UNAUTHORIZED ACCESS.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND ARRANGE FOR THE RETURN OR DESTRUCTION OF THESE DOCUMENTS.

*If you have received this fax in error please contact the Information Systems Service Desk at 423.431.6290 or 423.230.8383. Please provide the following information when calling:*

*Contact Information:*
*Name of person reporting the issue*
*Office/Company Name*
*Phone Number*
*Fax Number*
*Description of concern, issue or problem*

Fields, David (MR # 00577368) DOB:

**PATIENT:Fields, David** **(MR # 00577368)**

**Pro B-Type Natriuretic Peptide: Patient Communication**

4/3/2025 10:40 AM — Not seen

**Pro B-Type Natriuretic Peptide (Order 7292684)**
Lab

Ordering: **Shaw, Alicia, MT**
Authorizing: **Michelson, Barry I, MD**

Date: **4/3/2025**
Ordering Department: **HCMH CLINICAL LAB**

**Pro B-Type Natriuretic Peptide (Accession R25-093-A0003)**

**Results:**

**Abnormal !**

Status: **Final result**
**(Resulted: 4/3/2025 10:40 AM)**

| Component | Value | Ref Range & Units | Status |
|---|---|---|---|
| **NT-pro B-type Natriuretic Peptide (NT-proBNP)** | **882 ^** | 0 - 125 pg/mL | Final |

**Additional Information**

| Specimen ID | Type | Source | Comment |
|---|---|---|---|
| R25-093-A0003 | Blood | | |

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
|---|---|---|---|---|---|
| Apr 3, 2025 | 10:04 AM | Apr 3, 2025 | 10:05 AM | Apr 3, 2025 | 10:40 AM |

**Lab Information**

Lab
HCMH CLINICAL LAB

**Associated Diagnoses**

**Dilated cardiomyopathy (HCC) [I42.0]**

**Order Provider Info**

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Shaw, Alicia, MT | -- | -- | Alicia.Shaw@balladhealth.org |
| Authorizing Provider | Michelson, Barry I, MD | 865-392-3400 | -- | -- |

**FIELDS, David L (id #98454, dob:**

## HEMOGLOBIN A1C 03/13/2025 (#11594242, Final, 03/12/2025 11:35am)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | Tennova Turkey Creek-Tennova Turkey Creek (E15)<br>Dr. William Beuerlein<br>10820 Parkside Dr<br>Knoxville, TN 37934-1956<br><br>Account ID: 11982343 |
| Specimen/Accession ID | AL493054V | Specimen Source | |
| Specimen Coll. Date | 03/12/2025 11:35 | Result Status | Final |
| Specimen Rec. Date | 03/12/2025 19:06 | Report Status | |
| Specimen Reported Date | 03/13/2025 08:14 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| HEMOGLOBIN A1C | 5.5 | 0.0-5.7 | MG/DL | | Final | E15 | |

Lincoln/Fields 0400

**FIELDS, David L (id #98454, dob:**

## CBC (INCLUDES DIFF/PLT) 03/13/2025 (#11594241, Final, 03/12/2025 11:35am)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | Tennova Turkey Creek-Tennova Turkey Creek (E15)<br>Dr. William Beuerlein<br>10820 Parkside Dr<br>Knoxville, TN 37934-1956<br><br>Account ID: 11982343 |
| Specimen/Accession ID | AL493054V | Specimen Source | |
| Specimen Coll. Date | 03/12/2025 11:35 | Result Status | Final |
| Specimen Rec. Date | 03/12/2025 19:06 | Report Status | |
| Specimen Reported Date | 03/13/2025 08:14 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 4.8 | 3.7-10.7 | X10 | | Final | E15 | |
| RED BLOOD CELL COUNT | 4.80 | 4.00-5.80 | MILL/UL | | Final | E15 | |
| HEMOGLOBIN | 15.1 | 13.0-17.0 | G/DL | | Final | E15 | |
| HEMATOCRIT | 44.7 | 39.0-51.0 | % | | Final | E15 | |
| MCV | 93 | 80-97 | FL | | Final | E15 | |
| MCH | 32 | 26-33 | PG/ML | | Final | E15 | |
| MCHC | 34 | 33-36 | G/DL | | Final | E15 | |
| RDW | 13.0 | 11.5-16.0 | % | | Final | E15 | |
| PLATELET COUNT | 228 | 130-400 | X10 | | Final | E15 | |
| MPV | 10.7 | 7.5-11.2 | FL | | Final | E15 | |
| NEUT % AUTO | 56 | 50-70 | % | | Final | E15 | |
| LYMPH % AUTO | 29 | 20-40 | % | | Final | E15 | |
| **MONO % AUTO** | **13** | **<=11** | **%** | **HIGH** | **Final** | **E15** | |
| EOS % AUTO | 1 | 0-4 | % | | Final | E15 | |
| BASO % AUTO | 1 | 0-1 | % | | Final | E15 | |
| NEUT # AUTO | 2.7 | 1.4-7.2 | X10 | | Final | E15 | |
| LYMPH# AUTO | 1.4 | 1.2-3.4 | X10 | | Final | E15 | |
| MONO# AUTO | 0.6 | 0.0-1.2 | X10 | | Final | E15 | |
| EOS# AUTO | 0.0 | <=0.5 | X10 | | Final | E15 | |
| BASO# AUTO | 0.0 | 0.0-0.2 | X10 | | Final | E15 | |

**Lincoln/Fields 0401**

**FIELDS, David L (id #98454, dob:**

## COMPREHENSIVE METABOLIC PANEL 03/13/2025 (#11594240, Final, 03/12/2025 11:35am)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | Tennova Turkey Creek-Tennova Turkey Creek (E15)<br>Dr. William Beuerlein<br>10820 Parkside Dr<br>Knoxville, TN 37934-1956<br><br>Account ID: 11982343 |
| Specimen/Accession ID | AL493054V | Specimen Source | |
| Specimen Coll. Date | 03/12/2025 11:35 | Result Status | Final |
| Specimen Rec. Date | 03/12/2025 19:06 | Report Status | |
| Specimen Reported Date | 03/13/2025 08:14 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| **GLUCOSE** | **65** | **70-110** | **MG/DL** | **LOW** | **Final** | **E15** | |
| BUN | 13 | 5-26 | MG/DL | | Final | E15 | |
| CREATININE | 0.96 | 0.50-1.30 | MG/DL | | Final | E15 | |
| EGFR NON AFRICAN AMERICAN | 94 | >=60 | ML/MIN/1.73M | | Final | E15 | |
| EGFR AFRICAN AMERICAN | 109 | >=60 | ML/MIN/1.73M | | Final | E15 | |
| BUN/CREATININE RATIO | 14 | 6-22 | MMOL/L | | Final | E15 | |
| **SODIUM** | **136** | **138-146** | **MMOL/L** | **LOW** | **Final** | **E15** | |
| POTASSIUM | 4.5 | 3.5-5.2 | MMOL/L | | Final | E15 | |
| CHLORIDE | 101.0 | 98.0-114.0 | MMOL/L | | Final | E15 | |
| CARBON DIOXIDE | 28 | 22-33 | MMOL/L | | Final | E15 | |
| CALCIUM | 9.0 | 8.5-10.1 | MG/DL | | Final | E15 | |
| TOTAL PROTEIN | 7.7 | 6.1-8.6 | G/DL | | Final | E15 | |
| ALBUMIN | 4.4 | 3.5-5.0 | G/DL | | Final | E15 | |
| GLOBULIN | 3.3 | 1.9-3.7 | G/DL | | Final | E15 | |
| A/G RATIO | 1.3 | 1.0-2.5 | | | Final | E15 | |
| **BILIRUBIN, TOTAL** | **1.5** | **0.2-1.0** | **MG/DL** | **HIGH** | **Final** | **E15** | |
| ALKALINE PHOSPHATASE | 72 | 50-136 | IU/L | | Final | E15 | |
| AST | 29 | 15-37 | IU/L | | Final | E15 | |
| ALT | 41 | 13-61 | IU/L | | Final | E15 | |
| ION BALANCE | 7 | 5-15 | MMOL/L | | Final | E15 | |
| OSMOLALITY BLOOD, CALCULATED | [illegible] | [illegible] | MOSM/KG | | Final | E15 | |

Lincoln/Fields 0402

**FIELDS, David L (id #98454, dob:**

## LIPID PANEL WITH REFLEX TO DIRECT LDL 03/13/2025 (#11594239, Final, 03/12/2025 11:35am)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>Dr Andrew N Young<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 11982343 |
| Specimen/Accession ID | AL493054V | Specimen Source | |
| Specimen Coll. Date | 03/12/2025 11:35 | Result Status | Final |
| Specimen Rec. Date | 03/12/2025 19:06 | Report Status | |
| Specimen Reported Date | 03/13/2025 08:14 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 156 | <200 | MG/DL | NORMAL | Final | AT | |
| HDL CHOLESTEROL | 49 | > OR = 40 | MG/DL | NORMAL | Final | AT | |
| TRIGLYCERIDES | 106 | <150 | MG/DL | NORMAL | Final | AT | |
| LDL-CHOLESTEROL | 87 | | MG/DL (CALC) | NORMAL | Final | AT | |
| | Reference range: <100<br><br>Desirable range <100 mg/dL for primary prevention;<br><70 mg/dL for patients with CHD or diabetic patients<br>with > or = 2 CHD risk factors.<br><br>LDL-C is now calculated using the Martin-Hopkins<br>calculation, which is a validated novel method providing<br>better accuracy than the Friedewald equation in the<br>estimation of LDL-C.<br>Martin SS et al. JAMA. 2013;310(19): 2061-2068<br>(http://education.QuestDiagnostics.com/faq/FAQ164) | | | | | | |
| CHOL/HDLC RATIO | 3.2 | <5.0 | (CALC) | NORMAL | Final | AT | |
| NON HDL CHOLESTEROL | 107 | <130 | MG/DL (CALC) | NORMAL | Final | AT | |
| | For patients with diabetes plus 1 major ASCVD risk<br>factor, treating to a non-HDL-C goal of <100 mg/dL<br>(LDL-C of <70 mg/dL) is considered a therapeutic<br>option. | | | | | | |

**Lincoln/Fields 0403**

Quest Diagnostics | Page 1 of 3 | 03/13/2025 08:18:48 AM | Report Status: Final
FIELDS, DAVID L

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| FIELDS, DAVID L<br>DOB: AGE: 47<br>Gender: M<br>Phone: 423.921.4434<br>Patient ID: 98454 | Specimen: AL493054V<br>Requisition: 1137446<br>Lab Ref #: 936634CE10667<br>Collected: 03/12/2025 / 11:35 EDT<br>Received: 03/12/2025 / 19:06 EDT<br>Reported: 03/13/2025 / 06:35 EDT | Client #: 11982343 QATL000<br>MICHELSON, BARRY<br>TENNOVA HEART SOUTH<br>7323 CHAPMAN HWY<br>KNOXVILLE, TN 37920-6757 |

MRN: 98454 Location: ETHC_SOUTH Ward: 14

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL WITH REFLEX TO DIRECT LDL | | | | |
| CHOLESTEROL, TOTAL | 156 | | <200 mg/dL | AT |
| HDL CHOLESTEROL | 49 | | > OR = 40 mg/dL | AT |
| TRIGLYCERIDES | 106 | | <150 mg/dL | AT |
| LDL-CHOLESTEROL | 87 | | mg/dL (calc) | AT |
| Reference range: <100<br><br>Desirable range <100 mg/dL for primary prevention; <70 mg/dL for patients with CHD or diabetic patients with > or = 2 CHD risk factors.<br><br>LDL-C is now calculated using the Martin-Hopkins calculation, which is a validated novel method providing better accuracy than the Friedewald equation in the estimation of LDL-C.<br>Martin SS et al. JAMA. 2013;310(19): 2061-2068 (http://education.QuestDiagnostics.com/faq/FAQ164) | | | | |
| CHOL/HDLC RATIO | 3.2 | | <5.0 (calc) | AT |
| NON HDL CHOLESTEROL | 107 | | <130 mg/dL (calc) | AT |
| For patients with diabetes plus 1 major ASCVD risk factor, treating to a non-HDL-C goal of <100 mg/dL (LDL-C of <70 mg/dL) is considered a therapeutic option. | | | | |
| COMPREHENSIVE METABOLIC PANEL | | | | E15 |
| **GLUCOSE** | | **65 L** | 70-110 mg/dL | |
| BUN | 13 | | 5-26 mg/dL | |
| CREATININE | 0.96 | | 0.50-1.30 mg/dL | |
| eGFR NON AFRICAN AMERICAN | 94 | | >=60 mL/min/1.73m | |
| eGFR AFRICAN AMERICAN | 109 | | >=60 mL/min/1.73m | |
| BUN/CREATININE RATIO | 14 | | 6-22 mmol/L | |
| **SODIUM** | | **136 L** | 138-146 mmol/L | |
| POTASSIUM | 4.5 | | 3.5-5.2 mmol/L | |
| CHLORIDE | 101.0 | | 98.0-114.0 mmol/L | |
| CARBON DIOXIDE | 28 | | 22-33 mmol/L | |
| CALCIUM | 9.0 | | 8.5-10.1 mg/dL | |
| TOTAL PROTEIN | 7.7 | | 6.1-8.6 g/dL | |
| ALBUMIN | 4.4 | | 3.5-5.0 g/dL | |
| GLOBULIN | 3.3 | | 1.9-3.7 g/dL | |
| A/G RATIO | 1.3 | | 1.0-2.5 | |
| **BILIRUBIN, TOTAL** | | **1.5 H** | 0.2-1.0 mg/dL | |
| ALKALINE PHOSPHATASE | 72 | | 50-136 IU/L | |
| AST | 29 | | 15-37 IU/L | |
| ALT | 41 | | 13-61 IU/L | |
| ION BALANCE | 7 | | 5 15 mmol/L | |
| OSMOLALITY BLOOD, CALCULATED | 280 | | 270-300 mOsm/kg | |
| CBC (H/H, RBC, INDICES, WBC, PH) | | | | E15 |
| WHITE BLOOD CELL COUNT | 4.8 | | 3.7-10.7 x10 | |
| RED BLOOD CELL COUNT | 4.80 | | 4.00-5.80 Mill/uL | |



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**FIELDS, David L (id #98454, dob:**

Quest Diagnostics   Page 2 of 3   03/13/2025 08:18:48 AM   **Report Status: Final**

**FIELDS, DAVID L**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **FIELDS, DAVID L**<br>**DOB:** **AGE: 47**<br>Gender: M<br>Patient ID: 98454 | Specimen: AL493054V<br>Collected: 03/12/2025 / 11:35 EDT<br>Received: 03/12/2025 / 19:06 EDT<br>Reported: 03/13/2025 / 06:35 EDT | Client #: 11982343<br>MICHELSON, BARRY |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEMOGLOBIN | 15.1 | | 13.0-17.0 g/dL | |
| HEMATOCRIT | 44.7 | | 39.0-51.0 % | |
| MCV | 93 | | 80-97 fL | |
| MCH | 32 | | 26-33 pg/mL | |
| MCHC | 34 | | 33-36 g/dL | |
| RDW | 13.0 | | 11.5-16.0 % | |
| PLATELET COUNT | 228 | | 130-400 x10 | |
| MPV | 10.7 | | 7.5-11.2 fL | |
| NEUT % AUTO | 56 | | 50-70 % | |
| LYMPH % AUTO | 29 | | 20-40 % | |
| **MONO % AUTO** | | **13 H** | <=11 % | |
| EOS % AUTO | 1 | | 0-4 % | |
| BASO % AUTO | 1 | | 0-1 % | |
| NEUT # AUTO | 2.7 | | 1.4-7.2 x10 | |
| LYMPH# AUTO | 1.4 | | 1.2-3.4 x10 | |
| MONO# AUTO | 0.6 | | 0.0-1.2 x10 | |
| EOS# AUTO | 0.0 | | <=0.5 x10 | |
| BASO# AUTO | 0.0 | | 0.0-0.2 x10 | |
| HEMOGLOBIN A1C | 5.5 | | 0.0-5.7 mg/dL | F15 |

**PERFORMING SITE:**

A1 QUEST DIAGNOSTICS-ATLANTA, 1777 MONTREAL CIRCLE, TUCKER, GA 30084-6802 Laboratory Director: ANDREW N YOUNG,MD,PHD, CLIA: [illegible]

F15 TENNOVA TURKEY CREEK, 10820 PARKSIDE DRIVE, KNOXVILLE, TN 37934-1956 Laboratory Director: WILLIAM [illegible], CLIA: [illegible]



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Lincoln/Fields 0405

sharecare

LAW OFFICES OF TONY FARMER & JOHN DREISER
1356 PAPERMILL POINTE WAY
KNOXVILLE TN 37909-1903

42463055
Nov 21 2025 12:53 PM
DAVID FIELDS

TN336
Nov 25 2025 3:26 PM

21

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

Law Offices of
TONY FARMER &
JOHN DREISER
INJURY & ACCIDENT LAW

*Attorneys At Law*
Tony Farmer
John P. Dreiser
Heather A. Dreiser

September 26, 2025

VIA FACSIMILE (615) 284-4582
(615) 222-5399 11/18/25

Warren Stribling, M.D.
4230 Harding Pike, Suite 450B
Nashville, TN 37205

Re: David L Fields
DOB:
SSN:

Dear Records Custodian:

Enclosed please find a release that allows us to obtain all medical records relating to David L Fields in your organization's possession. At your earliest convenience, we would appreciate your forwarding to us a copy of any and all medical records for treatment SINCE January 1, 2025, including, but not limited to, all reports, records, clinical notes, diagnostic tests, operative notes, and all other documentation pertaining to the medical care of the patient in your possession relating to the patient.

If there is a reproduction cost for these records, please enclose a statement with the same, and we will see that it is paid promptly. Pursuant to T.C.A. § 63-2-102, the maximum fee for copies of records is $20.00 for reports five (5) page or less in length and fifty cents ($.50) per page for each page copied after the first five (5) pages and the actual cost of mailing. If your office requires pre-payment, please advise our office as soon as possible.

If you would like, please feel free to fax or email (cweaver@farmerdreiser.com) the requested information. Thank you for your time and attention to this request. Your assistance in this regard is greatly appreciated.

Very truly yours,

*Cathy A Weaver*

Cathy A Weaver
Paralegal to John P. Dreiser

Enclosure

~ Representing the seriously injured since 1975 ~
1356 Papermill Pointe Way Knoxville, TN 37909 865-584-1211 Phone 865-584-1171 Fax www.farmerdreiser.com

**AUTHORIZATION TO RELEASE MEDICAL RECORDS, BILLING INFORMATION, & DATA**

**TO:** **Warren Stribling, M.D.**

**FULL NAME:** **David L Fields** ✓

**DATE OF BIRTH:** ✓

**ADDRESS:**

**SSN:**

I (the above identified Patient or that Patient's personal representative) have retained, TONY FARMER & JOHN DREISER, attorneys, to represent me in certain matters. So they may better represent me, it is my intent and desire that my attorneys have full and complete access to any and all records, information and data in your possession, under your control or that you have access to, including but not limited to hospital records, nursing home records, doctor records, dental records, psychiatric records, drug treatment records, therapy records, diagnostic studies, lab studies, as well as any and all other records, information or data that would describe care, treatment or services rendered to the above described Patient by any health care provider or mental health care provider. I understand that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), HIPAA regulation, as well as other Federal and State laws and regulations, creates a right of privacy that is associated with the records, information and data covered by this release. So that my attorneys may better advise me, and consistent with 45 CFR § 164.508, I expressly authorize you to release the Patient's records, information and data to my attorneys and, as necessary, make a limited waiver of my privacy right for the purpose of giving my attorneys access as follows:

(1) The information to be disclosed is as follows: I expressly authorize my attorneys to request any and all records, information or other data (regardless of how those items are identified) related to any and all care, treatment or services provided for the above identified Patient's physical heath, mental health, or psycho-social health. I understand that my records may contain information regarding the diagnosis or treatment of HIV/AIDS, sexually transmitted diseases, drug and/or alcohol abuse, mental illness, or psychiatric treatment. I give my specific authorization for these records to be released. Throughout the remainder of this Release, I collectively refer to all of the Patient's records, information and data as the "Records." This Release is intended to be general, full and all encompassing so that my attorneys can access, without limitation, any and all Records that might help them represent me. This Release applies to any and all Records that are in your possession, under your control or that you have access to. My attorneys are further authorized to limit their request to portions of the Patient's Records and may do so by letter to you. My attorneys are further authorized to meet with and consult with any health care or mental health care provider regarding my condition or regarding any care, treatment or services that the above identified Patient received.

I expressly invoke the AMA Principles of Medical Ethics, as well as Canon E-9.07, as well as similar ethics principles that may apply to other health care disciplines, and request that you cooperate with my attorneys.

(2) I understand that my substance use disorder records are protected under the Federal regulations governing Confidentiality and Substance Use Disorder Patient Records, 42 C.F.R. Part 2, and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. pts 160 & 164, and cannot be disclosed without my written consent unless otherwise provided for by the regulations. The Federal rules prohibit from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. I understand that I may revoke this authorization at any time except to the extent that action has been taken in reliance on it. Unless I revoke my consent earlier, this consent will expire automatically within five (5) years from the date of execution.

(3) **The persons who may request disclosure are as follows:** My attorneys are Tony Farmer, and/or John P. Dreiser. They, together with those persons working for them at the offices of Tony Farmer & John Dreiser or Dreiser Law Group, PLLC, are authorized to request and receive records.

(4) **Term of this Release:** It is my intent that this authorization shall remain effective throughout the time during which my attorneys are representing me. To the extent a term is required, this Release shall be effective for a term of not less than five (5) years from the date of execution. ✓

(5) **Right to Revoke this Release:** I understand that I always retain the right to revoke this Release by notifying the above in writing of my desire to revoke it. However, this Release shall not be revoked while my attorneys are representing me. Any revocation will not apply to information that has already been released in response to this authorization.

(6) **Disclosed Records, Information and Data may not be Protected:** I understand that the information disclosed may be subject to re-disclosure by the recipient and may no longer be protected by 45 CFR § 164.508, or other privacy laws and regulations.

(7) Please note that a photostatic copy of this Release has the full power of the original Release. I understand I do not have to sign this authorization in order to obtain healthcare benefits, (treatment, payment or enrollment, or eligibility for benefits).

David L Fields ✓
David L Fields

4-15-25 ✓
(Date)

Attorneys of Record:

[signature]
Tony Farmer
John P. Dreiser
Attorneys at Law
1356 Papermill Pointe Way
Knoxville, TN 37909
(865) 584-1211

**Lincoln/Fields 0409**

## Medical Records - CONFIDENTIAL

**FROM:** TN - Ascension - Tennessee

Mary B
518 W Main St Ste B, Smithville, TN 37166-1100
Phone: (615) 867-5028
Fax: (615) 867-6650

**TO:**

**Name: FIELDS, DAVID L**

**DOB:**

**Date Range: 01/01/2025 to 11/21/2025**

**This document contains the following records of the patient:**
- **Encounters and Procedures**
- **Imaging Results**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:3189388-A-7654]

**FIELDS, David L (id #3189388, dob:**

**Encounter Date: 03/27/2025**

## Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (47yo, M) ID# 3189388 | **Appt. Date/Time** | 03/27/2025 12:00PM |
| **DOB** | | **Service Dept.** | STPS_ST Hrt CHF_Turkey Creek |
| **Provider** | WARREN K STRIBLING MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130287<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

## Chief Complaint

chronic systolic heart failure, 1 year follow up

## Patient's Care Team

**Cardiologist:** BARRY I MICHELSON MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1538159017
**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054

## Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft (182.88 cm) 03/27/2025 12:02 pm | **Wt:** | 266 lbs (120.66 kg) 03/27/2025 12:03 pm | **BMI:** | 36.1 03/27/2025 12:03 pm |
| **BP:** | 113/80 03/27/2025 12:03 pm | **Pulse:** | 60 bpm 03/27/2025 12:03 pm | | |

## Measurements

None recorded.

## Allergies

Allergies not reviewed (last reviewed 04/25/2024)

**PENICILLINS**

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 04/12/23 | entered |
| **carvediloL 12.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 04/25/24 | entered |
| **Entresto 97 mg-103 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 03/27/25 | prescribed |
| **Farxiga 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | prescribed |
| **multivitamin**<br>1 tab daily | 04/12/23 | entered |
| **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | entered |

## Problems

Reviewed Problems
No known problems

## Social History

Social History not reviewed (last reviewed 10/12/2023)

## Surgical History

- Cardiopulm exercise testing - 01/20/2025 - Peak VO2 - 13.9, pred 54%, RER - 1.03, slope - 32.85
- Echo - 03/29/2024 - LVEF 20%; grade II DD; moderately elevated LV filling pressure; severe global LV systolic dysfunction; mild AR; mild to moderate LAE; moderate to severe MR.
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Cardiac mri - 06/15/2023 - LVEF 27%; severely dilated LV with moderate systolic dysfunction; normal RV size with moderate systolic dysfunction ; moderate LAE; mild RAE; mild MR; dilated main pulmonary artery.
- Echo - 05/08/2023 - LVEF 20%; LV size is moderately dilated; Grade II DD; mild AR; mild to moderate LAE; mild to moderate MR; mild TR.
- Cardiac catheterization - 02/17/2023 - LVEF 10-15%; LV is dilated; severe global LV dysfunction; probably moderate MR; normal coronaries.
- Echo - 02/09/2023 - LVEF 10-15%; Severe global hypokinesis; LV mildly dilated; mild LAE and RAE; mild TR.

## Screening

None recorded.

## HPI

Mr. Fields is a 46 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.

On his last visit 1 year ago, no med changes were made. CPX was ordered and shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE was advised but not pursued. He feels well. He denies CP, SOB, swelling, or syncope. Has positional dizziness but this is short-lived. Wt has been stable. He has been able to do things like yardwork and walking outdoors w/o problems.

## ROS

None recorded.

## Physical Exam

**Constitutional:** General Appearance: appears stated age and **overweight**. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:** Lids and Conjunctivae: no discharge, pallor, or xanthelasma and anicteric.

**ENMT:** Lips, Teeth, and Gums: normal dentition. Ears: no lesions on external ear and (normal) hearing. Nose: no lesions on external nose or nasal discharge and nares patent. Oropharynx: no cyanosis or pallor.

**Neck:** Neck: supple and trachea midline. Jugular Veins: normal jugular venous pressure.

**Lungs:** Respiratory Effort: unlabored. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Rate And Rhythm: regular. Heart Sounds: normal S1 and S2 and no rub, gallop, or click. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no cyanosis or edema.

**Abdomen:** Inspection and Palpation: non distended or tender and soft and no masses. Liver: non tender or no hepatomegaly. Spleen: non tender.

**Musculoskeletal:** Inspection: no joint tenderness or swelling and normal back.

**Neurologic:** Gait: normal gait. Neurological: no focal deficits and cranial nerves intact.

**Skin:** Inspection and Palpation: warm and dry. Nails: no clubbing.

## Assessment / Plan

**1. Chronic systolic heart failure -**
He has stage C HF w/ stable NYHA class II symptoms. He is on reasonable GDMT and has undergone CRT-D. CPX is not suggestive of poor prognosis or need for advanced therapies. Getting recent labs from Dr. Michelson. Increase Entresto to max dose and fu in 1 month for labs and bp check w/ NP
I50.22: Chronic systolic (congestive) heart failure

- Entresto 97 mg-103 mg tablet - Take 1 tablet(s) twice a day by oral route for 90 days. Qty: (180) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER Note to Pharmacy: to replace previous dose
- MEDICAL RECORD REQUEST* - Note to Provider: Please fax results of most recent bmp/cmp to 615-222-5399. Thank you.
- MEDICAL RECORD REQUEST* - Note to Provider: Please fax results of most recent bmp/cmp to 615-222-5399. Thank you.
- US, ECHOCARDIOGRAM

Authorization: BCBS-TN (PPO) | NOTREQUIRED

**2. Nonischemic congestive cardiomyopathy -**
Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation. He is being treated w/ GDMT and has undergone CRT-D though I am uncertain this will lead to much improvement as QRS duration was not very long and he did not have LBBB. Repeat echo to eval LVSF and mitral valve as he has had MR in past.
I42.0: Dilated cardiomyopathy

**3. Body mass index 40+ - severely obese -**
Stable. c/w wt loss and exercise.
Z68.42: Body mass index [BMI] 45.0-49.9, adult

**4. Obstructive sleep apnea syndrome -**
On CPAP and tolerating.
G47.33: Obstructive sleep apnea (adult) (pediatric)

## Return to Office

- Kemal Marc Akat, MD, PhD, MSc for Established Patient 20 at STPS_ST Hrt CHF_Turkey Creek on 05/08/2025 at 11:20 AM

## Encounter Sign-Off

Encounter signed-off by Warren K Stribling MD, 03/28/2025.

Encounter performed and documented by Warren K Stribling MD
Encounter reviewed & signed by Warren K Stribling MD on 03/28/2025 at 01:58 PM

# Imaging Results

**Tennova - Jefferson Memorial Hospital**

110 Hospital Drive
Jefferson City, TN 37760-

(865) 471-2500

| | | | |
|---|---|---|---|
| **Patient:** | **FIELDS, DAVID L** | Location: | TNJM RAD |
| MRN: | 809309 | Attending: | Stribling,Warren MD |
| Account #: | 4583278 | DOB/Sex: | Male |
| Adm Date: | 4/2/2025 | Service Code: | RAD OP Imaging Only |
| Primary Care: | Dalleave,Mark MD | | |
| | | Copy to: | STRIBLING,WARREN KYLE MD |

## *Non-Invasive Cardiology*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 300-25-092-00311 | 4/2/2025 14:08 EDT | NI Echo TTE 2D Complete w Color Doppler | STRIBLING,WARREN KYLE MD | 47 years |

**Reason for Exam**
(NI Echo TTE 2D Complete w Color Doppler) Heart failure, unspecified

**Report**
Name: FIELDS DAVID Procedure Staff
MRN: 00809309 Referring Physician: Warren K Stribling, MD
Date of birth: Age: 47 year(s) Sonographer: Juliann Blackburn. RCS
Gender: Male BMI: 34.99 kg/m\S\2 Interpreting physician: Barry Michelson, MD
Weight: 117.03 kg BSA: 2.37 m\S\2
Height: 182.88 cm

Procedure Information
Exam date time: 4/2/2025 1:58 PM
Procedure type: Echo
Proc. sub type: TTE procedure: NI Echo TTE 2D Complete w Color Doppler.
Patient status: Routine Accession no: 3002509200311
HR: 60 bpm FIN Number: 4583278
Study location: Jefferson City
Technical quality: Good visualization
Procedure Description: Echocardiography, transthoracic, real-time with image documentation (2D), includes M- mode recording,
when performed, complete, with spectral Doppler echocardiography, and with color flow Doppler echocardiography.

Reason for Study
chronic systolic heart failure

Physician Conclusions
Summary: Normal wall thickness.
Left ventricle size is moderately dilated.

| | | | |
|---|---|---|---|
| Patient: | FIELDS, DAVID L | Location: | TNJM RAD |
| MRN: | 809309 | Attending: | Stribling,Warren MD |
| Account #: | 4583278 | DOB/Sex: | ale |
| Adm Date: | 4/2/2025 | Service Code: | RAD OP Imaging Only |
| Primary Care: | Dalleave,Mark MD | | |
| | | Copy to: | STRIBLING,WARREN KYLE MD |

## *Non-Invasive Cardiology*

**Report**

EF estimated at 20%.
There is severe global left ventricular systolic dysfunction.
Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure..
A pacemaker wire is observed in the RV.
Aortic valve structure is trileaflet and is structurally normal.
No aortic stenosis. No aortic regurgitation documented by color flow and/or spectral Doppler.
Mild pulmonic regurgitation documented by color flow and/or spectral Doppler.
Left atrium is mild to moderately enlarged.
Mild mitral regurgitation documented with color flow and/or spectral Doppler.
Tricuspid valve appears structurally normal. No evidence of tricuspid valve stenosis.
Moderate tricuspid regurgitation documented with color flow and/or spectral Doppler.
Right ventricular systolic pressure is moderately elevated and is estimated at 57 mmHg.

Obervations

Left ventricle: Normal wall thickness.
Left ventricle size is moderately dilated.
EF estimated at 20%.
There is severe global left ventricular systolic dysfunction.
Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure..

Right ventricle: A pacemaker wire is observed in the RV.
Left atrium: Left atrium is mild to moderately enlarged.
Right atrium: Right atrium is normal in size.
Mitral valve: Mitral valve appears structurally normal. No evidence of mitral valve stenosis.
Mild mitral regurgitation documented with color flow and/or spectral Doppler.
Aortic valve: Aortic valve structure is trileaflet and is structurally normal.
No aortic stenosis. No aortic regurgitation documented by color flow and/or spectral Doppler.
Tricuspid valve: Tricuspid valve appears structurally normal. No evidence of tricuspid valve stenosis.
Moderate tricuspid regurgitation documented with color flow and/or spectral Doppler.
Right ventricular systolic pressure is moderately elevated and is estimated at 57 mmHg.

Pulmonic valve: Pulmonic valve appears structurally normal. No evidence of pulmonic stenosis. Mild pulmonic regurgitation documented by color flow and/or spectral Doppler.
Pericardial: Pericardium appears normal. There is no pericardial effusion visualized.
Aorta/Great vessels: Aortic root is normal in size.
The inferior vena cava is not dilated and shows more than 50% respiratory variation.
Pleural: There is no pleural effusion present.

Electronically signed by Barry Michelson, MD (Interpreting physician) on 4/4/2025 at 1:15 PM

Left Ventricle

Patient: FIELDS, DAVID L
MRN: 809309
Account #: 4583278
Adm Date: 4/2/2025
Primary Care: Dalleave,Mark MD

Location: TNJM RAD
Attending: Stribling,Warren MD
DOB/Sex: Male
Service Code: RAD OP Imaging Only

Copy to: STRIBLING,WARREN KYLE MD

## *Non-Invasive Cardiology*

**Report**

Diastolic dimension: 6.26 cm (4.2 - 5.8 cm)
Systolic dimension: 5.69 cm (2.5 - 4 cm)
2D septum diastolic: 1.01 cm (0.6 - 1.0 cm)
FS Normal Range (30- 45%): 9%
2D post wall diastolic: 0.96 cm
LV mass (ASE formula): 260.29 g (88 - 224 g)
LV mass index: 109.65 g/m\S\2
RWT: 0.31
LV M-Mode
LV Ejection Fraction
LVEDV Teichholz: 245 ml (62 - 150 ml)
LVESV Teichholz: 184 ml (21 - 61 ml)
LVEDVI Teichholz: 103.21 ml/m\S\2 (34 - 74 ml/m\S\2)
LVESVI Teichholz: 77.51 ml/m\S\2 (11 - 31 ml/m\S\2)
EF Teichholz: 25 %
LV 3D/Strain

Right Ventricle
Diastolic dimension: 2.5 cm
Normal Range (2.7-3.4cm):
Systolic pressure: 57.06 mmHg

Left Atrium
LA diameter (2D) Normal Range (2.0-4.0cm): 3.6 cm
LA/Aorta (2D): 1.38
LA volume Index: 39.6 ml/m\S\2 (16 - 34 ml/m\S\2)
LA area: 29.8 cm\S\2
LA volume: 94 ml

Right Atrium
Systolic pressure: 10 mmHg

Aortic Valve
Peak velocity Normal Range (0.9-1.7m/s): 1.14 m/s
Mean velocity: 0.79 m/s
Mean gradient Normal Range (<10mmHG): 3 mmHg
Peak gradient Normal Range (<10mmHG): 5.2 mmHg
Dimensionless index: 0.65
AV VTI: 24.3 cm
Mean velocity: 50 cm/s
Peak velocity: 74.4 cm/s
Mean gradient: 1 mmHg

Patient: FIELDS, DAVID L
MRN: 809309
Account #: 4583278
Adm Date: 4/2/2025
Primary Care: Dalleave,Mark MD

Location: TNJM RAD
Attending: Stribling Warren MD
DOB/Sex: Male
Service Code: RAD OP Imaging Only

Copy to: STRIBLING,WARREN KYLE MD

## Non-Invasive Cardiology

**Report**
Peak gradient: 2 mmHg

LVOT VTI Normal Range (0.7-1.1m/s): 14.1 cm

Mitral Valve
Peak E-wave Normal Range (0.60-1.30m/s) : 85 cm/s
MR velocity: 276 cm/s
E' septal velocity: 4.79 cm/s
A' septal velocity: 4.04 cm/s
E/E' septal: 17.75

Peak A-wave Normal Range( 0.30-0.60m/s) : 38.9 cm/s
E/A ratio Normal Range (0.8-2.5): 2.19
Peak gradient: 2.89 mmHg
Deceleration time Normal Range (160-240msec): 216 ms
E' lateral velocity: 9.31 cm/s
A' lateral velocity: 3.95 cm/s
E/E' lateral: 9.13
E/E' average: 13.44

Tricuspid Valve
Estimated RVSP: 40 mmHg
TR velocity: 343 cm/s

Estimated RAP: 10 mmHg
TR gradient: 47.08 mmHg

Pulmonic Valve
Peak velocity Normal Range (0.5-1.0m/s): 99.9 cm/s

Peak gradient: 3.99 mmHg
Estimated PASP: 57.06 mmHg
Acceleration time: 95 ms

Aorta/Great Vessels
Aortic root (2D): 2.8 cm

ACS (M-mode) Normal Range (1.5-26cm): 1.6 cm

Electronically signed by Barry Michelson, MD (Interpreting physician) on 4/4/2025 at 1:15 PM

| | | | |
|---|---|---|---|
| **Patient:** | **FIELDS, DAVID L** | Location: | TNJM RAD |
| MRN: | 809309 | Attending: | Stribling,Warren MD |
| Account #: | 4583278 | DOB/Sex: | Male |
| Adm Date: | 4/2/2025 | Service Code: | RAD OP Imaging Only |
| Primary Care: | Dalleave,Mark MD | | |
| | | Copy to: | STRIBLING,WARREN KYLE MD |

***Non-invasive Cardiology***

**Report**
***** Final *****

Signed by: MICHELSON, BARRY I MD
Signed (Electronic Signature): 04/04/2025 01:15 pm EDT

# CARDIOPULMONARY STRESS TEST (PROC) (#150778479, 01/20/2025 12:00am)

Jan. 20. 2025 11:41AM No. 4960 P. 1
Visit Date:01/20/2025

Ascension Saint Thomas

St. Thomas West Hospital
4220 Harding Pike
Nashville, TN 37205

## CARDIOPULMONARY EXERCISE TEST REPORT

| | | | | | |
|---|---|---|---|---|---|
| Identification: | 20490603 | Last Name: | Fields | First Name: | David |
| Date of Birth: | | Height: | 72.0 Inch | Gender: | male |
| Age: | 47.2 Years | Weight: | 257.0 lbs | BMI: | 35 kg/m² |
| Technician: | RRT Gailbreath Matt | | | | |
| Physician: | Stibling Kyle | | | | |

### SLOPE DATA

| | | Value | (Normal Range) |
|---|---|---|---|
| VO2Ws | [(mL/min)/W] | 5.39 | 8.7-11.9 |
| HRO2Ws | [1/(mL/kg)] | 5.05 | 3.0-4.0 |
| VEO2s | | 19.11 | 23-26 |
| VECO2s | | 32.85 | 26-29 |
| OUESs | [(L/min)/log10] | 1.79 | |

### PRE EXERCISE SPIROMETRY

| | | PRE | PRED | %PRED |
|---|---|---|---|---|
| FVC | L | 3.36 | 5.43 | 62.0 |
| FEV 1 | L | 3.02 | 4.27 | 70.7 |
| FEV1/FVC | % | 90 | 79 | |
| MVV | L/min | | 142 | |

### CARDIOVASCULAR RESPONSES

| | | REST | AT (VT1) [Manual] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| V'O2/kg | [(mL/min)/kg] | 4.0 | 12.9 | 13.9 | 25.6 | 54 |
| V'O2 | [L/min] | 0.47 | 1.50 | 1.62 | 2.98 | 54 |
| V'CO2 | [L/min] | 0.38 | 1.45 | 1.67 | | |
| Load | [W] | | 130 | 130 | 209 | 62 |
| HR | [BPM] | 70 | 136 | 144 | 173 | 83 |
| O2pulse | [mL] | 6.7 | 11.1 | 11.2 | 17.2 | 65 |
| HRR | [BPM] | 103 | 37 | 29 | | |
| SBP | [mmHg] | 127 | 140 | 150 | | |
| DBP | [mmHg] | 77 | 77 | 74 | | |

### VENTILATORY RESPONSES

| | | REST | AT (VT1) [Manual] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| V'E | [L/min] | 17 | 56 | 69 | 116 | 60 |
| VTex | [L] | 0.786 | 1.584 | 1.632 | | |
| RR | [1/min] | 21.9 | 35.4 | 42.5 | 41.6 | 102 |
| BR (FEV1) | [%] | 84 | 47 | 35 | 28 | 123 |
| BR (MVV) | [%] | | | | | |

### GAS EXCHANGE RESPONSES

| | | REST | AT (VT1) [Manual] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| RER | | 0.81 | 0.97 | 1.03 | | |
| SpO2 | [%] | 98 | 98 | 96 | | |
| VE/VO2 | | 30 | 34 | 39 | | |
| VE/VCO2 | | 37 | 35 | 38 | | |
| VDest/VT | [%] | 22 | 17 | 19 | 19 | 98 |
| PETO2 | [mmHg] | 113.64 | 117.68 | 120.22 | | |
| PETCO2 | [mmHg] | 32.28 | 33.39 | 32.88 | | |

PL4600
6RC439 8/05

MRN 20490603 FIN # 2427768646
Fields, David M
DOS 01 /20 /2025

1/6

## CARDIOPULMONARY EXERCISE GRAPHS: 9-PANEL




**Peak Exercise % Predicted**




**Peak Exercise Normative Ranges**




MR# 20490603 FIN # 2427768646
Fields, David M
Stribling Kyle
DOB: 7Y DOS: 01 /20 /2025

2/6

## CARDIOPULMONARY EXERCISE GRAPHS: VENTILATORY THRESHOLD










| | | AT (VT1) [Manual] | AT%MaxPred [Manual] |
|---|---|---|---|
| V'O2/kg | [(mL/min)/kg] | 12.9 | 50 |
| V'O2 | [L/min] | 1.50 | 50 |
| V'CO2 | [L/min] | 1.45 | |
| RER | | 0.97 | |
| V'E | [L/min] | 56 | 49 |
| VE/VO2 | | 34 | |
| BR (FEV1) | [%] | 47 | 168 |
| Load | [W] | 130 | 62 |
| SpO2 | [%] | 98 | |
| HR | [BPM] | 136 | 79 |
| SBP | [mmHg] | 140 | |
| DBP | [mmHg] | 77 | |

## CARDIOPULMONARY EXERCISE GRAPHS: BLOOD PRESSURE AND DOUBLE PRODUCT

Blood Pressures

| Time [min] | Load [W] | HR [BPM] | SBP [mmHg] | DBP [mmHg] | DProd [mmHg/min] |
|---|---|---|---|---|---|
| 01:10 | | 71 | 127 | 77 | 9016 |
| 02:30 | 40 | 107 | 127 | 77 | 13588 |
| 03:45 | 40 | 120 | 131 | 79 | 15719 |
| 05:45 | 85 | 126 | 131 | 79 | 16505 |
| 06:49 | 85 | 129 | 140 | 77 | 18058 |
| 08:24 | 130 | 136 | 140 | 77 | 19038 |
| 09:34 | 130 | 146 | 140 | 77 | 20438 |
| 09:51 | 130 | 144 | 150 | 74 | 21598 |

Double Product Graph




MR# 20490603 FIN# 2427768646
Fields, David M
DOB 17Y DOS: 01 /20 /2025

3/6

Lincoln/Fields 0422

| Time [min] | Load [W] | HR [BPM] | O2pulse [mL] | SpO2 [%] | V'O2/kg [(mL/mi... | V'O2 [L/min] | V'CO2 [L/min] | RER | V'E [L/min] | RR [1/min] |
|---|---|---|---|---|---|---|---|---|---|---|
| 00:00 Rest | | | | | | | | | | |
| 00:20 | | 73 | 5.6 | 98 | 3.5 | 0.41 | 0.33 | 0.81 | 16 | 23.1 |
| 00:40 | | 72 | 6.9 | 98 | 4.2 | 0.49 | 0.39 | 0.78 | 17 | 21.6 |
| 01:00 | | 72 | 6.6 | 98 | 4.1 | 0.47 | 0.38 | 0.81 | 17 | 21.3 |
| 01:10 | | 70 | 6.6 | 98 | 4.0 | 0.46 | 0.38 | 0.82 | 17 | 21.8 |
| 01:12 Test | | | | | | | | | | |
| 01:20 | | 71 | 7.5 | 98 | 4.6 | 0.54 | 0.43 | 0.80 | 20 | 28.0 |
| 01:40 | 40 | 86 | 7.4 | 98 | 5.5 | 0.64 | 0.54 | 0.84 | 23 | 23.9 |
| 02:00 | 40 | 90 | 7.3 | 97 | 5.6 | 0.65 | 0.54 | 0.83 | 25 | 30.7 |
| 02:20 | 40 | 99 | 7.8 | 98 | 6.6 | 0.77 | 0.60 | 0.78 | 25 | 27.3 |
| 02:40 | 40 | 110 | 8.7 | 98 | 8.2 | 0.96 | 0.72 | 0.76 | 29 | 26.3 |
| 03:00 | 40 | 114 | 8.7 | 98 | 8.5 | 1.00 | 0.75 | 0.75 | 30 | 25.8 |
| 03:20 | 40 | 118 | 9.0 | 98 | 9.1 | 1.06 | 0.82 | 0.77 | 31 | 25.7 |
| 03:40 | 40 | 118 | 9.0 | 98 | 9.1 | 1.07 | 0.83 | 0.78 | 32 | 26.3 |
| 04:00 | 40 | 120 | 8.9 | | 9.1 | 1.07 | 0.85 | 0.80 | 33 | 26.9 |
| 04:20 | 40 | 118 | 10.1 | 97 | 10.2 | 1.19 | 0.93 | 0.78 | 34 | 25.6 |
| 04:40 | 85 | 115 | 9.5 | 97 | 9.4 | 1.09 | 0.87 | 0.80 | 33 | 27.1 |
| 05:00 | 85 | 117 | 10.5 | 97 | 10.5 | 1.22 | 1.03 | 0.84 | 38 | 25.5 |
| 05:20 | 85 | 121 | 9.7 | 97 | 10.0 | 1.17 | 0.95 | 0.81 | 34 | 26.4 |
| 05:40 | 85 | 123 | 11.0 | 98 | 11.6 | 1.35 | 1.20 | 0.89 | 44 | 29.0 |
| 06:00 | 85 | 127 | 9.9 | 98 | 10.8 | 1.26 | 1.16 | 0.92 | 44 | 30.8 |
| 06:20 | 85 | 129 | 10.0 | 98 | 11.1 | 1.29 | 1.19 | 0.92 | 44 | 29.6 |
| 06:40 | 85 | 127 | 10.9 | 98 | 11.8 | 1.38 | 1.24 | 0.90 | 45 | 29.5 |
| 07:00 | 85 | 127 | 10.3 | 98 | 11.2 | 1.31 | 1.22 | 0.93 | 45 | 32.0 |
| 07:20 | 130 | 129 | 10.9 | 98 | 12.1 | 1.41 | 1.30 | 0.92 | 46 | 28.9 |
| 07:40 | 130 | 131 | 11.0 | 98 | 12.3 | 1.44 | 1.39 | 0.96 | 51 | 32.6 |
| 08:00 | 130 | 133 | 10.3 | 98 | 11.8 | 1.37 | 1.37 | 1.00 | 51 | 31.1 |
| 08:20 | 130 | 136 | 10.6 | 98 | 12.4 | 1.44 | 1.34 | 0.93 | 49 | 30.9 |
| 08:26 VT1 | | | | | | | | | | |
| 08:40 | 130 | 137 | 10.9 | 98 | 12.8 | 1.49 | 1.49 | 1.00 | 59 | 35.5 |
| 09:00 | 130 | 141 | 10.3 | 98 | 12.4 | 1.45 | 1.49 | 1.03 | 59 | 35.3 |
| 09:20 | 130 | 144 | 10.5 | 98 | 13.0 | 1.52 | 1.55 | 1.02 | 61 | 36.7 |
| 09:40 | 130 | 146 | 10.6 | 98 | 13.2 | 1.54 | 1.59 | 1.03 | 64 | 37.2 |
| 10:00 | 130 | 144 | 11.6 | 97 | 14.3 | 1.67 | 1.61 | 0.96 | 60 | 37.7 |
| 10:20 | 225 | 144 | 11.1 | 96 | 13.7 | 1.60 | 1.64 | 1.02 | 65 | 38.1 |
| 10:35 | 225 | 148 | 9.9 | 95 | 12.5 | 1.46 | 1.65 | 1.13 | 75 | 41.4 |
| 10:38 Recovery | | | | | | | | | | |
| 10:40 | 225 | 148 | 6.1 | | 7.8 | 0.91 | 1.00 | 1.10 | 46 | 37.0 |
| 11:00 | 30 | 146 | 9.9 | 94 | 12.4 | 1.45 | 1.46 | 1.00 | 56 | 37.6 |
| 11:20 | | 137 | 11.5 | | 13.5 | 1.57 | 1.43 | 0.91 | 45 | 26.1 |
| 11:40 | | 131 | 12.1 | | 13.6 | 1.58 | 1.45 | 0.92 | 44 | 23.6 |

MR# 20490603 FIN# 2427768646
Fields, David M
Strib[illegible]
DOB: [illegible] 7Y DOS: 01 /20 /2025

4/6

VE/VCO2 Slope




| | Value |
|---|---|
| VECO2s | 32.85 |

MR# 20490603
Fields, David
FIN # 2427768646
M
17Y
DOS: 01 /20 /2025

5/6

Lincoln/Fields 0424




MR# 20490603 FIN# 2427768646
Fields, David M
Stribling Kyle
DOB: 7Y DOS: 01 /20 /2025

6/6

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY & ACCIDENT LAW

*Attorneys At Law*
**Tony Farmer**
**John P. Dreiser**
**Heather A. Dreiser**

December 2, 2025

**VIA FACSIMILE (402) 361-1460 and CERTIFIED MAIL**
Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103

RE: David L Fields
Policy Holder: East Tennessee Iron & Metal Works, Inc.
Claim No.: 1230051807
Policy No.: 1020986100000

To Whom It May Concern:

As noted in my previous letter, I represent Mr. Fields in his claim for LTD benefits under the above-referenced policy. Please accept this letter has Mr. Fields' formal appeal of the June 24, 2025, denial of his continued LTD benefits. Enclosed with this letter, please find a thumb drive containing pertinent medical records demonstrating his continued disability under provisions of Lincoln National Life Insurance Company policy. I would specifically refer to the opinions of Dr. Warren Stribling and Dr. Barry Michelson.

Thank you in advance for your time and attention to this matter.

Sincerely,

John P. Dreiser

John P. Dreiser

Enclosures
cc: Mr. David L Fields

# Rural Health Services Consortium, Inc.

## FACSIMILE TRANSMISSION

RURAL HEALTH SERVICES CON.
MEDICAL RECORDS DEPT.
P.O. Box 850
Rogersville, TN 37857
option 4 # 2
423-921-1600 Fax: 423-272-1428

Attn: Cathy Weaver

To: John Dreiser, Attorney From: Linda Hensley, Med. Rec.

Fax: 1-865-584-1171 Date: 10/2/25

Phone: Pages: (includes cover page)

Re: David Fields DOB CC:

☐Urgent ☐For Review ☐Please Comment ☐Please Reply ☐Please Recycle

SUBJECT:

The information contained in this facsimile message is privileged and confidential information intended for the use to the addressee listed above and no one else. The Personal Health Information contained in this correspondence is HIGHLY CONFIDENTIAL and is intended for the EXCLUSIVE use of the addressee. It is to be used only to aid in the providing of specific healthcare services to this patient. Any other use is in violation of FEDERAL Law (HIPPA) and will be reported as such. If you are not the intended recipient, please do not use this transmission in any way. If you have received this communication in error, please notify us immediately by telephone, 800-968-4200 and destroy this original message.

Law Offices of
TONY FARMER & JOHN DREISER
INJURY & ACCIDENT LAW

*Attorneys At Law*
Tony Farmer
John P. Dreiser
Heather A. Dreiser

RECEIVED
SEP 26 2025
BY: [signature]
MEDICAL RECORDS

September 26, 2025

VIA FACSIMILE (423) 272-1428

Rural Health Services Consortium, Inc.
Rogersville Medical Complex
4307 Highway 66 South
Rogersville, TN 37857

Re: David L Fields
DOB:
SSN:

Dear Records Custodian:

Enclosed please find a release that allows us to obtain all medical records relating to David L Fields in your organization's possession. At your earliest convenience, we would appreciate your forwarding to us a copy of any and all medical records for treatment SINCE January 1, 2025, including, but not limited to, all reports, records, clinical notes, diagnostic tests, operative notes, and all other documentation pertaining to the medical care of the patient in your possession relating to the patient.

If there is a reproduction cost for these records, please enclose a statement with the same, and we will see that it is paid promptly. Pursuant to T.C.A. § 63-2-102, the maximum fee for copies of records is $20.00 for reports five (5) page or less in length and fifty cents ($.50) per page for each page copied after the first five (5) pages and the actual cost of mailing. If your office requires pre-payment, please advise our office as soon as possible.

If you would like, please feel free to fax or email (cweaver@farmerdreiser.com) the requested information. Thank you for your time and attention to this request. Your assistance in this regard is greatly appreciated.

Very truly yours,

INV# 30610

*Cathy A Weaver*

Cathy A Weaver
Paralegal to John P. Dreiser

FAXED
OCT 02 2025
BY: [signature]

Enclosure

**Make Checks Payable To:**

Rural Health Services Consortium, Inc.
P.O. Box 850
Rogersville, TN 37857-6028

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 10/02/2025 | $20.00 | 105127 |
| SHOW AMOUNT PAID HERE $ | | |

ADDRESSEE:
Tony Farmer & John Dreiser Attorneys
1356 Papermill Pointe Way
Knoxville, TN 37909
USA

REMIT TO:
Rural Health Services Consortium, Inc.
P.O. Box 850
Rogersville, TN 37857-6028
USA
(800) 968-4200

☐ Please check box if above address is incorrect or insurance information has changed and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Date | Desc. 1 | Desc. 2 | CPT4 | Description of Service | Rendering Phy. | Amount |
|---|---|---|---|---|---|---|
| 10/02/25 | David Fields | 0610 | MR | Medical Records | Dalle-Ave, Mark | $20.00 |

| Account Number | Other Invoice Balances | Invoice Charges | Invoice Payments | Inv. Refunds Adjustments | Invoice Balance |
|---|---|---|---|---|---|
| 105127 | $0.00 | $20.00 | $0.00 | $0.00 | $20.00 |

MESSAGE:

Please Pay This AMOUNT >>>> $20.00

** PAYMENT DUE UPON RECEIPT *THANK YOU **

ACCOUNT INVOICE

Page: 1 of 1

**Lincoln/Fields 0430**

AUTHORIZATION TO RELEASE MEDICAL RECORDS, BILLING INFORMATION, & DATA

TO: Rural Health Services Consortium, Inc.

FULL NAME: David L Fields

DATE OF BIRTH:

ADDRESS:

SSN:

I (the above identified Patient or that Patient's personal representative) have retained, TONY FARMER & JOHN DREISER, attorneys, to represent me in certain matters. So they may better represent me, it is my intent and desire that my attorneys have full and complete access to any and all records, information and data in your possession, under your control or that you have access to, including but not limited to hospital records, nursing home records, doctor records, dental records, psychiatric records, drug treatment records, therapy records, diagnostic studies, lab studies, as well as any and all other records, information or data that would describe care, treatment or services rendered to the above described Patient by any health care provider or mental health care provider. I understand that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), HIPAA regulation, as well as other Federal and State laws and regulations, creates a right of privacy that is associated with the records, information and data covered by this release. So that my attorneys may better advise me, and consistent with 45 CFR § 164.508, I expressly authorize you to release the Patient's records, information and data to my attorneys and, as necessary, make a limited waiver of my privacy right for the purpose of giving my attorneys access as follows:

(1) The information to be disclosed is as follows: I expressly authorize my attorneys to request any and all records, information or other data (regardless of how those items are identified) related to any and all care, treatment or services provided for the above identified Patient's physical heath, mental health, or psycho-social health. I understand that my records may contain information regarding the diagnosis or treatment of HIV/AIDS, sexually transmitted diseases, drug and/or alcohol abuse, mental illness, or psychiatric treatment. I give my specific authorization for these records to be released. Throughout the remainder of this Release, I collectively refer to all of the Patient's records, information and data as the "Records." This Release is intended to be general, full and all encompassing so that my attorneys can access, without limitation, any and all Records that might help them represent me. This Release applies to any and all Records that are in your possession, under your control or that you have access to. My attorneys are further authorized to limit their request to portions of the Patient's Records and may do so by letter to you. My attorneys are further authorized to meet with and consult with any health care or mental health care provider regarding my condition or regarding any care, treatment or services that the above identified Patient received.

I expressly invoke the AMA Principles of Medical Ethics, as well as Canon E-9.07, as well as similar ethics principles that may apply to other health care disciplines, and request that you cooperate with my attorneys.

(2) I understand that my substance use disorder records are protected under the Federal regulations governing Confidentiality and Substance Use Disorder Patient Records, 42 C.F.R. Part 2, and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. pts 160 & 164, and cannot be disclosed without my written consent unless otherwise provided for by the regulations. The Federal rules prohibit from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. I understand that I may revoke this authorization at any time except to the extent that action has been taken in reliance on it. Unless I revoke my consent earlier, this consent will expire automatically within five (5) years from the date of execution.

(3) The persons who may request disclosure are as follows: My attorneys are Tony Farmer, and/or John P. Dreiser. They, together with those persons working for them at the offices of Tony Farmer & John Dreiser or Dreiser Law Group, PLLC, are authorized to request and receive records.

(4) Term of this Release: It is my intent that this authorization shall remain effective throughout the time during which my attorneys are representing me. To the extent a term is required, this Release shall be effective for a term of not less than five (5) years from the date of execution.

(5) Right to Revoke this Release: I understand that I always retain the right to revoke this Release by notifying the above in writing of my desire to revoke it. However, this Release shall not be revoked while my attorneys are representing me. Any revocation will not apply to information that has already been released in response to this authorization.

(6) Disclosed Records, Information and Data may not be Protected: I understand that the information disclosed may be subject to re-disclosure by the recipient and may no longer be protected by 45 CFR § 164.508, or other privacy laws and regulations.

(7) Please note that a photostatic copy of this Release has the full power of the original Release. I understand I do not have to sign this authorization in order to obtain healthcare benefits, (treatment, payment or enrollment, or eligibility for benefits).

David L. Fields
David L Fields

9-15-25
(Date)

Attorneys of Record:

[signature]

Tony Farmer
John P. Dreiser
Attorneys at Law
1356 Papermill Pointe Way
Knoxville, TN 37909
(865) 584-1211
Fax # (865) 584-1171

Lincoln/Fields 0432

 l;base64,PCFET0NUWVBFIGh0bWw+PGh0bWwgY2xhc3M9J25vLWpzJyBsYW5nF  hlYwP... QkJC...

Rural Health Services Consortium, Inc.
P.O. Box 850
Rogersville, TN, 378576028
Phone #: (800) 968-4200

Fields. David L

Person #: 158311
Sex: M
DOB:

Order Date: 05/14/2025

**Ordering:** Dalle-Ave MD, Mark J **Performing #:** LabCorp **Location:** Rogersville Medical Complex

**Tests Ordered :** CBC w/diff (NG005009), CMP (NG322000), Lipid Panel With LDL/HDL Ratio (NG235010)

**Lipid Panel With LDL/HDL Ratio (Collection Date: 05/14/2025 08:32, Status: Final)**

Performed At: TNLCA, Labcorp Knoxville
1924 Alcoa Hwy Box 108, Knoxville, TN, 379201511
Yorke, Young, MD, Phone: 8653128455

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Cholesterol, Total | 173 | mg/dL | | 100-199 | |
| HDL Cholesterol | 49 | mg/dL | | >39 | |
| LDL Calc Comment: | | | | | |
| LDL Chol Calc (NIH) | 109 | mg/dL | H | 0-99 | |
| LDL/HDL Ratio | 2.2 | ratio | | 0.0-3.6 | LDL/HDL Ratio<br>Men Women<br>1/2 Avg.Risk 1.0 1.5<br>Avg.Risk 3.6 3.2<br>2X Avg.Risk 6.2 5.0<br>3X Avg.Risk 8.0 6.1 |
| Triglycerides | 80 | mg/dL | | 0-149 | |
| VLDL Cholesterol Cal | 15 | mg/dL | | 5-40 | |

**Comp. Metabolic Panel (14) (Collection Date: 05/14/2025 08:32, Status: Final)**

Performed At: TNLCA, Labcorp Knoxville
1924 Alcoa Hwy Box 108, Knoxville, TN, 379201511
Yorke, Young, MD, Phone: 8653128455


data:text/html;base64,PCFET0NUWVBFIGh0bWw+PGh0bWwgY2xhc3M9J25vLWpzJyBsYW5nPSdlbic+PGhlYWQ+DQoJCQkJCQkJCQk8bWV0YSB... 

 ml;base64,PCFET0NUWVBFIGh0bWw+PGh0bWwgY2xhc3M9J25vLWpzJyBsYW5nF

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Albumin | 4.5 | g/dL | | 4.1-5.1 | |
| Alkaline Phosphatase | 68 | IU/L | | 44-121 | |
| ALT (SGPT) | 29 | IU/L | | 0-44 | |
| AST (SGOT) | 28 | IU/L | | 0-40 | |
| Bilirubin, Total | 1.9 | mg/dL | H | 0.0-1.2 | |
| BUN | 15 | mg/dL | | 6-24 | |
| BUN/Creatinine Ratio | 15 | | | 9-20 | |
| Calcium | 9.0 | mg/dL | | 8.7-10.2 | |
| Carbon Dioxide, Total | 23 | mmol/L | | 20-29 | |
| Chloride | 100 | mmol/L | | 96-106 | |
| Creatinine | 0.99 | mg/dL | | 0.76-1.27 | |
| eGFR | 95 | mL/min/1.73 | | >59 | |
| Globulin, Total | 3.0 | g/dL | | 1.5-4.5 | |
| Glucose | 82 | mg/dL | | 70-99 | |
| Potassium | 4.4 | mmol/L | | 3.5-5.2 | |
| Protein, Total | 7.5 | g/dL | | 6.0-8.5 | |
| Sodium | 135 | mmol/L | | 134-144 | |

CBC With Differential/Platelet (Collection Date: 05/14/2025 08:32, Status: Final)

none

Performed At: TNLCA, Labcorp Knoxville

1924 Alcoa Hwy Box 108, Knoxville, TN, 379201511

Yorke, Young, MD, Phone: 8653128455

Patient: Fields, David L, DOB:

data:text/html;base64,PCFET0NUWVBFIGh0bWw+PGh0bWwgY2xhc3M9J25vLWpzJyBsYW5nPSdlbic+PGhlYWQ+DQoJCQkJCQkJCQk8bWV0YSB... 

nl;base64,PCFET0NUWVBFIGh0bWw+PGh0bWwgY2xhc3M9J25vLWpzJyBsYW5nhIYWQkJC...

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Baso (Absolute) | 0.0 | x10E3/uL | | 0.0-0.2 | |
| Basos | 1 | % | | Not Estab. | |
| Eos | 1 | % | | Not Estab. | |
| Eos (Absolute) | 0.1 | x10E3/uL | | 0.0-0.4 | |
| Hematocrit | 43.6 | % | | 37.5-51.0 | |
| Hematology Comments: | | | | | |
| Hemoglobin | 15.1 | g/dL | | 13.0-17.7 | |
| Immature Cells | | | | | |
| Immature Grans (Abs) | 0.0 | x10E3/uL | | 0.0-0.1 | |
| Immature Granulocytes | 0 | % | | Not Estab. | |
| Lymphs | 26 | % | | Not Estab. | |
| Lymphs (Absolute) | 1.1 | x10E3/uL | | 0.7-3.1 | |
| MCH | 31.8 | pg | | 26.6-33.0 | |
| MCHC | 34.6 | g/dL | | 31.5-35.7 | |
| MCV | 92 | fL | | 79-97 | |
| Monocytes | 13 | % | | Not Estab. | |
| Monocytes(Absolute) | 0.6 | x10E3/uL | | 0.1-0.9 | |
| Neutrophils | 59 | % | | Not Estab. | |
| Neutrophils (Absolute) | 2.4 | x10E3/uL | | 1.4-7.0 | |
| NRBC | 0 | % | | 0 - 0 | |
| Platelets | 209 | x10E3/uL | | 150-450 | |
| RBC | 4.75 | x10E6/uL | | 4.14-5.80 | |
| RDW | 13.1 | % | | 11.6-15.4 | |
| WBC | 4.1 | x10E3/uL | | 3.4-10.8 | |

Patient: Fields, David L, DOB:

data:text/html;base64,PCFET0NUWVBFIGh0bWw+PGh0bWwgY2xhc3M9J25vLWpzJyBsYW5nPSdlbic+PGhlYWQ+DQoJCQkJCQkJCQk8bWV0YSB... 

**EXACT SCIENCES LABORATORIES**

Patient Report
For inquiries, contact 844-870-8870

EXACT SCIENCES LABORATORIES, LLC
145 E. Badger Rd, STE 100, Madison, WI 53713

- CW / Cologuard sooner..
- OK June 2028
- FH colon CA
- 54 yo 5+5

Notified 6/28

**Patient:** Fields, David L
**Date of Birth:**
**Medical Record #:** 36555
**Sex:** Male

**Report Date:** 6/29/2025
**Client Order ID:**

**COLOGUARD** (Final result)

| | | | |
|---|---|---|---|
| ID: | 25C149-030070 | Order ID: | 63318393 |
| Collected: | 6/25/2025 1145 | Authorized by: | Mark Joseph Dalle-Ave, MD |
| Received: | 6/26/2025 0738 | Type: | Stool |
| Resulting Lab: | CLIA 52D2072838 | Source: | Per Rectum |

| | Value | Normal Value |
|---|---|---|
| **Test Result** | Negative | Negative |

The Cologuard (TM) test was performed on this specimen.

NEGATIVE TEST RESULT. A negative Cologuard result indicates a low likelihood that a colorectal cancer (CRC) or advanced adenoma (adenomatous polyps with more advanced pre-malignant features) is present. The chance that a person with a negative Cologuard test has a colorectal cancer is less than 1 in 1500 (negative predictive value >99.9%) or has an advanced adenoma is less than 5.3% (negative predictive value 94.7%). These data are based on a prospective cross-sectional study of 10,000 individuals at average risk for colorectal cancer who were screened with both Cologuard and colonoscopy. (Imperiale T. et al, N Engl J Med 2014;370(14):1286-1297) The normal value (reference range) for this assay is negative.

COLOGUARD RE-SCREENING RECOMMENDATION: Periodic colorectal cancer screening is an important part of preventive healthcare for asymptomatic individuals at average risk for colorectal cancer. Following a negative Cologuard result, the American Cancer Society and U.S. Multi-Society Task Force screening guidelines recommend a Cologuard re-screening interval of 3 years.
References: American Cancer Society Guideline for Colorectal Cancer Screening:
https://www.cancer.org/cancer/colon-rectal-cancer/detection-diagnosis-staging/acs-recommendations.html.; Rex DK, Boland CR, Dominitz JK, Colorectal Cancer Screening: Recommendations for Physicians and Patients from the U.S. Multi-Society Task Force on Colorectal Cancer Screening , Am J Gastroenterology 2017; 112:1016-1030.

TEST DESCRIPTION: Composite algorithmic analysis of stool DNA-biomarkers with hemoglobin immunoassay. Quantitative values of individual biomarkers are not reportable and are not associated with individual biomarker result reference ranges. Cologuard is intended for colorectal cancer screening of adults of either sex, 45 years or older, who are at average-risk for colorectal cancer (CRC). Cologuard has been approved for use by the U.S. FDA. The performance of Cologuard was established in a cross sectional study of average-risk adults aged 50-84. Cologuard performance in patients ages 45 to 49 years was estimated by sub-group analysis of near-age groups. Colonoscopies performed for a positive result may find as the most clinically significant lesion: colorectal cancer [4.0%], advanced adenoma (including sessile serrated polyps greater than or equal to 1cm diameter) [20%] or non- advanced adenoma [31%]; or no colorectal neoplasia [45%]. These estimates are derived from a prospective cross-sectional screening study of 10,000 individuals at average risk for colorectal cancer who were screened with both Cologuard and colonoscopy. (Imperiale T. et al, N Engl J Med 2014;370(14):1286-1297.) Cologuard may produce a false negative or false positive result (no colorectal cancer or precancerous polyp present at colonoscopy follow up). A negative Cologuard test result does not guarantee the absence of CRC or advanced adenoma (pre-cancer). The current Cologuard screening interval is every 3 years. (American Cancer Society and U.S. Multi-Society Task Force). Cologuard performance data in a 10,000 patient pivotal study using colonoscopy as the reference method can be

EXACT SCIENCES LABORATORIES

EXACT SCIENCES LABORATORIES, LLC
145 E. Badger Rd, STE 100, Madison, WI 53713

Patient Report
For inquiries, contact 844-870-8870

| | Value | Normal Value |
|---|---|---|

accessed at the following location: www.exactlabs.com/results. Additional description of the Cologuard test process, warnings and precautions can be found at www.cologuard.com.

**Resulting Labs**

| | | |
|---|---|---|
| CLIA 52D2072838 | EXACT SCIENCES LABORATORIES (CLIA #:52D2072838), 145 E. Badger Rd., MADISON WI 53713<br>Director: Rajarao Kakuluru V, PhD | 844-870-8870 |

| | |
|---|---|
| Patient: | **David Fields** |
| Date of Birth: | |
| Date: | 08/20/2025 11:00 AM |
| Visit Type: | Office Visit |

I Rene Schaefers LPN am scribing for and in presence of Mark Dalle-Ave MD. Six min prior to visit MD went over notes, lab results and other tests. This 47 year old patient presents for long term disability and Scribe Present with Provider.

# History of Present Illness

## 1. long term disability

pt is here to discuss long term disability insurance.

## 2. Scribe Present with Provider

Comments: David is here today acute visit to discuss long term disability
He went to high school at Volunteer in TN and graduated
He did not go on to college or trade school
He went into factory work after graduation
He stated that Cardiologist has told him that he does not need to go back to work

# Chronic Conditions Addressed Today

| Diagnosis Description | Code | Status | HPI Comments |
|---|---|---|---|
| HTN | I10 | | |
| Dilated cardiomyopathy | I42.0 | | |
| Presence of automatic (implantable) cardiac defibrillator | Z95.810 | | |
| Obstructive Sleep Apnea Hypopnea | G47.33 | | |
| Dependence on other enabling machines and devices | Z99.89 | | |
| Chronic systolic (congestive) heart failure | I50.22 | | |
| Obesity | E66.9 | | |

## Screening Tools

### Other Screenings

| Encounter Date | Performed Date | Screening Tool | Score | Severity/ Interpretation | MDD Classification | Scanned Document |
|---|---|---|---|---|---|---|
| 08/20/2025 | 08/20/2025 | Patient Health Questionnaire (PHQ-2) | 0 | Negative | | |

## Social History (Reviewed, updated)

Tobacco use reviewed.

Preferred language is English.
The patient does not need an interpreter.

### Marital Status/Family/Social Support

Marital status: Married

Smoking status: Never smoker.

### Smoking Status

| Type | Smoking Status | Usage Per Day | Years Used | Pack Years | Total Pack Years |
|---|---|---|---|---|---|
| | Never smoker | | | | |

### Vaping Use

Status: Not a current user

### Alcohol

There is no history of alcohol use.

### Caffeine

The patient uses caffeine: coffee and tea. - 2 cups a day.

### Lifestyle

### Diet

low salt.

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| Vazalore 81 mg capsule | take 1 capsule by oral route every day | 02/27/2023 | | | N |
| spironolactone 25 mg tablet | take 1 tablet by oral route every day | 10/04/2023 | | | N |
| Farxiga 10 mg tablet | take 1/2 tablet by oral route 2 times every day in the morning | 11/18/2024 | | 11/18/2024 | N |
| carvedilol 12.5 mg tablet | take 1/2 in AM AND A | 05/20/2025 | 08/20/2025 | | N |

| | | | | |
|---|---|---|---|---|
| | WHOLE ONE AT NIGHT | | | |
| Entresto 97 mg-103 mg tablet | TAKE 1/2 AM AND 1/2 PM | 05/20/2025 | | N |
| carvedilol 12.5 mg tablet | take 1 tablet by oral route 2 times every day with food | // | 08/20/2025 | Y |

## Medication Reconciliation

Medications reconciled today.

## Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| not taking | carvedilol 12.5 mg tablet | take 1/2 in AM AND A WHOLE ONE AT NIGHT | N | Verified |
| taking as directed | carvedilol 12.5 mg tablet | take 1 tablet by oral route 2 times every day with food | Y | Verified |
| taking as directed | Entresto 97 mg-103 mg tablet | TAKE 1/2 AM AND 1/2 PM | N | Verified |
| taking as directed | Farxiga 10 mg tablet | take 1/2 tablet by oral route 2 times every day in the morning | N | Verified |
| taking as directed | spironolactone 25 mg tablet | take 1 tablet by oral route every day | N | Verified |
| taking as directed | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | Verified |

## Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| PENICILLIN G | (mild) | | |

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue, Malaise. |
| Constitutional | Negative | Chills, Fever, Night sweats, Weight gain and Weight loss. |
| ENMT | Negative | Ear drainage, Hearing loss, Nasal drainage, Otalgia, Sinus pressure and Sore throat. |
| Eyes | Negative | Eye discharge, Eye pain and Vision changes. |
| Respiratory | Positive | Dyspnea. |
| Respiratory | Negative | Chronic cough, Cough, Known TB exposure and Wheezing. |
| Cardio | Positive | Edema, Irregular heartbeat/palpitations. |
| Cardio | Negative | Chest pain and Claudication. |
| GI | Negative | Abdominal pain, Blood in stool, Change in stool pattern, Constipation, Decreased appetite, Diarrhea, Heartburn, Nausea and Vomiting. |
| GU | Negative | Dribbling, Dysuria, Hematuria, Polyuria (Genitourinary), Slow stream, Urinary frequency, Urinary incontinence and Urinary retention. |
| Endocrine | Negative | Cold intolerance, Heat intolerance, Polydipsia and Polyphagia. |
| Neuro | Positive | Dizziness, Gait disturbance. |
| Neuro | Negative | Extremity weakness, Headache, Memory impairment, Numbness in extremity, Seizures and Tremors. |
| Psych | Positive | Insomnia. |
| Psych | Negative | Anxiety and Depression. |

| | | |
|---|---|---|
| Integumentary | Negative | Brittle hair, Brittle nails, Change in shape/size of mole(s), Hair loss, Hirsutism, Hives, Pruritus, Rash and Skin lesion. |
| MS | Positive | Back pain, Muscle weakness. |
| MS | Negative | Joint pain, Joint swelling and Neck pain. |
| Hema/Lymph | Positive | Easy bruising. |
| Hema/Lymph | Negative | Easy bleeding and Lymphadenopathy. |
| Allergic/Immuno | Negative | Contact allergy, Environmental allergies, Food allergies and Seasonal allergies. |
| Reproductive | Negative | Erectile dysfunction, Penile discharge and Sexual dysfunction. |

# Vital Signs

## Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 10:41 AM | 6.0 | | 182.88 | 01/12/2024 | 0 |

## Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 10:41 AM | 268.80 | | 121.926 | dressed with shoes | 36.46 | 2.49 |

## Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 10:41 AM | 92/57 | sitting | left | arm | automatic | Large adult |

## Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 10:41 AM | 98.10 | 36.72 | forehead | 63 | | |

## Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 10:41 AM | 95 | | RA | | Pre-tx | | | | |

## Pain Level

| Time | Pain Level | Method |
|---|---|---|
| 10:41 AM | 0/10 | Numeric Pain Intensity Scale |

## Measured by

| Time | Measured by |
|---|---|
| 10:41 AM | Kyla Howe |

# Screening Summary

Pain is described as 0/10. Evaluated pain score with Numeric Pain Intensity Scale.
The following were reviewed: nutrition, tobacco use, alcohol use, caffeine use and drugs of abuse

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | * | Overall appearance - age appropriate. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Lips/teeth/gums - Normal. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Heart sounds - Normal S1, Normal S2. |
| Vascular | Normal | Pulses - Carotids: Normal. |
| Abdomen | Normal | Inspection - Normal. Auscultation - Normal. |
| Skin | * | Inspection - General inspection: warm and dry. |
| Musculoskeletal | * | Lumbar spine - tenderness. |
| Neurological | Normal | Memory - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

## Immunizations Entered by History

| Date | Immunization |
|---|---|
| 10/5/2016 12:00:00 AM | Influenza virus vaccine, injectable, quadrivalent, split virus, preservative free, 3 years or older Fluarix, Flulaval or Fluzone Quad 2014-2015 |
| 9/10/2014 11:36:00 AM | Fluarix 3 years or older |

## Completed Orders (This Visit)

| Order | Details | Reason | Side | Interpretation | Result | Additional Info | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | | | | Negative | 0 | | | |
| Giving encouragement to exercise | | | | | | | | |
| Dietary management education, guidance, and counseling | | | | | | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | HTN (I10), chronic. |
| | Impression | RTO keep appointment on 12/01/25 for 6 months follow up<br>Non Fasting labs on 11/25/25 for 6 months<br><br>Will get letter from Cardiologist regarding long term disability<br>Continue to see Dr Warren Stribling or Dr Kemal Akat Cardiologist in Knoxville as ordered<br><br>Work on lowering BMI to 30 with diet watching portion sizes |

Continue to monitor heart and HTN due to history of heart disease in family.
Continue to weight daily with same clothing and chart weight report over 3-5 lbs.

Will continue with current medications with refills if needed.
Cologuard advised will have nurse set up for Cologuard in August if covered by insurance

Covid has had 2 injections
Flu shot done October 2024

Eat healthy low salt diet
Drink plenty of water to keep hydrated
Exercise 150min weekly.
Wear sun screen to prevent further skin damage
Wear good healthy shoes and do not walk on Concert.

| | | |
|---|---|---|
| | Patient Plan | Continue the Lisinopril 20mg daily and Aspirin 81mg daily. , sooner prn. Reviewed his recent fasting labs. Advise healthy diet and physical activity. Low sodium diet, monitor home B/P.<br><br>Due to his only getting High School diploma and with medical conditions of Cardiomyopathy, Sleep apnea, Pacemaker and heart failure. He could not go back to school for a trade due to unable to stand for more than 15 min at a time.<br>He continue to have dizziness with medications changes by Cardiologist frequently.<br>His medications make it difficult to stay focused during the day. |
| | Plan Orders | follow-up visit with Mark Dalle-Ave, MD for blood pressure check Dec 25 per sch. Reason for referral: blood pressure check. |
| 2. | Assessment | Dilated cardiomyopathy (I42.0), chronic. |
| | Impression | will continue with Entresto and Carvedilol as ordered by Dr Barry Michelson Cardiologist.. |
| 3. | Assessment | Presence of automatic (implantable) cardiac defibrillator (Z95.810), chronic. |
| | Patient Plan | see care plan |
| 4. | Assessment | Obstructive Sleep Apnea Hypopnea (G47.33), chronic. |
| | Impression | Suppled by Medi Home Medical Services of America INC.<br>Will obtain copy of machine reading for chart from medi Home DME. |
| | Patient Plan | He is compliant with his CPAP use nightly for 8 hours with great benefit<br>He will continue to use his CPAP nightly and report any changes or problems |
| 5. | Assessment | Dependence on other enabling machines and devices (Z99.89), chronic. |
| | Impression | 1-866-678-2825 fax number for Medi Home Care DME.. |
| | Patient Plan | Patient has Auto PAP Airsense 11 Tri Pack with heated tubing and Humidifier Setting 11-20cm H2O, EPR 3H/H |
| 6. | Assessment | Chronic systolic (congestive) heart failure (I50.22), chronic. |
| 7. | Assessment | Obesity (E66.9), chronic. |
| 8. | Assessment | Body mass index (BMI) 36.0-36.9, adult (Z68.36). |

| | | |
|---|---|---|
| | Plan Orders | Today's instructions / counseling include(s) Dietary management education, guidance, and counseling and Giving encouragement to exercise . |
| 9. | Other Orders | Orders not associated to today's assessments. |
| | Plan Orders | The patient had the following order(s): Patient Health Questionnaire (PHQ-2). Interpretation: Negative, Result details: 0. |

## Pain Management Plan

Pain level:0/10.
Method: Numeric Pain Intensity Scale.

## Medications (Added, Continued or Stopped today)

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 05/20/2025 | carvedilol 12.5 mg tablet | take 1/2 in AM AND A WHOLE ONE AT NIGHT | N | | | 08/20/2025 |
| | carvedilol 12.5 mg tablet | take 1 tablet by oral route 2 times every day with food | N | | | 08/20/2025 |
| 08/20/2025 | Coreg 12.5 mg tablet | take 1 tablet by oral route 2 times every day with food | N | | | |
| 05/20/2025 | Entresto 97 mg-103 mg tablet | TAKE 1/2 AM AND 1/2 PM | N | | | |
| 11/18/2024 | Farxiga 10 mg tablet | take 1/2 tablet by oral route 2 times every day in the morning | N | | | |
| 10/04/2023 | spironolactone 25 mg tablet | take 1 tablet by oral route every day | N | | | |
| 02/27/2023 | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | | | |

## Counseling / Educational Factors

Counseling / educational factors reviewed.
The patient was counseled today by Mark Dalle-Ave on medication(s). The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.
The patient was also counseled today by Mark Dalle-Ave on diagnosis. The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.

The patient was checked out at 12:28 PM by Debra Crisantemi.

### Co-Sign Orders

| Order | Ordering Provider | Cosigned Name | Cosigned Date | Cosigner Comments |
|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | Keshia Luster FNP | Mark Dalle-Ave | 08/20/2025 | |

| | | | |
|---|---|---|---|
| Giving encouragement to exercise | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 08/20/2025 |
| Dietary management education, guidance, and counseling | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 08/20/2025 |
| follow-up visit with Mark Dalle-Ave, MD for blood pressure check Dec 25 per sch | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 08/20/2025 |

Electronically signed and authenticated by [signature] on 08/20/2025.
**Mark J. Dalle-Ave MD**
Document generated by: Mark Dalle-Ave 08/20/2025 12:29 PM

---

Rural Health Services Consortium, Inc.
Rogersville Medical Complex
4307 Highway 66 South
Rogersville, TN 37857-3155
Phone: (423)921-1600

Patient: Fields, David, DOB:

Patient: **David Fields**
Date of Birth:
Date: 05/20/2025 09:30 AM
Visit Type: Office Visit

I Rene Schaefers LPN am scribing for and in presence of Mark Dalle-Ave MD. Six min prior to visit MD went over notes and lab results and other tests. This 47 year old patient presents for hypertension, chronic systolic heart failure, Chronic conditions and Scribe Present with Provider.

# History of Present Illness

## 1. hypertension

The severity has been described as being moderate. It is currently stable. Risk factors include family history HTN, gout or CAD, male gender, obesity and smoking. Pertinent negatives include chest pain, claudication, dyspnea, fatigue, headache, hematuria, irregular heartbeat/palpitations, nausea, tremor and vomiting.

## 2. chronic systolic heart failure

The patient states the symptoms are chronic and are stable.

## 3. Chronic conditions

1) HTN (Stable.)
2) Dilated cardiomyopathy (Stable.)
3) Presence of automatic (implantable) cardiac defibrillator (Stable.)
4) Obstructive Sleep Apnea Hypopnea (Stable.)
5) Dependence on other enabling machines and devices (Stable.)
6) Chronic systolic (congestive) heart failure (Stable.)
7) Obesity (Unstable.)
8) Body mass index (BMI) 36.0-36.9, adult (onset 05/20/2025; Unstable.)

Pertinent negatives include fatigue, weight gain and weight loss.

## 4. Scribe Present with Provider

Comments: David is here today for 6 month follow up
He has had 2 Covid injections and flu shot
He received lab results and went over results today in office

He saw Cardiologist in Knoxville on 5/08/25
He has 2 grand daughter
Melinda his wife is doing good at this time
He is doing good at this time with no problems or questions to report
He is having SOB with exertion
He stated that will be getting paper work for disability from Lincoln insurance

## Chronic Conditions Addressed Today

| Diagnosis Description | Code | Status | HPI Comments |
|---|---|---|---|
| HTN | I10 | Stable | |
| Dilated cardiomyopathy | I42.0 | Stable | |
| Presence of automatic (implantable) cardiac defibrillator | Z95.810 | Stable | |
| Obstructive Sleep Apnea Hypopnea | G47.33 | Stable | |
| Dependence on other enabling machines and devices | Z99.89 | Stable | |
| Chronic systolic (congestive) heart failure | I50.22 | Stable | |
| Obesity | E66.9 | Unstable | |
| Body mass index (BMI) 36.0-36.9, adult | Z68.36 | Unstable | |

## Screening Tools

### Other Screenings

| Encounter Date | Performed Date | Screening Tool | Score | Severity/ Interpretation | MDD Classification | Scanned Document |
|---|---|---|---|---|---|---|
| 05/20/2025 | 05/20/2025 | Patient Health Questionnaire (PHQ-2) | 0 | Negative | | |

Intake Comments: TAKES VITAMINS, ASPIRIN ZYRTEC OTC
SEEN CADIOLOGY X2

## Social History (Detailed)

Tobacco use reviewed.

Preferred language is English.
The patient does not need an interpreter.

### Marital Status/Family/Social Support

Marital status: Married

Smoking status: Never smoker.

### Smoking Status

| Type | Smoking Status | Usage Per Day | Years Used | Pack Years | Total Pack Years |
|---|---|---|---|---|---|

Never-smoker

## Vaping Use

Status: Not a current user

## Alcohol

There is no history of alcohol use.

## Caffeine

The patient uses caffeine: coffee and tea. - 2 cups a day.

## Lifestyle

### Diet

low salt.

## Advance Directives

Reviewed

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | 02/27/2023 | 05/20/2025 | | N |
| Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | 02/27/2023 | 05/20/2025 | | N |
| Vazalore 81 mg capsule | take 1 capsule by oral route every day | 02/27/2023 | | | N |
| spironolactone 25 mg tablet | take 1 tablet by oral route every day | 10/04/2023 | | | N |
| Farxiga 10 mg tablet | take 1/2 tablet by oral route 2 times every day in the morning | 11/18/2024 | | 11/18/2024 | N |

## Medication Reconciliation

Medications reconciled today.

## Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| taking as directed | carvedilol 12.5 mg tablet | take 1/2 in AM AND A WHOLE ONE AT NIGHT | N | Verified |
| taking as directed | Entresto 97 mg-103 mg tablet | TAKE 1/2 AM AND 1/2 PM | N | Verified |
| taking as directed | Farxiga 10 mg tablet | take 1/2 tablet by oral route 2 times every day in the morning | N | Verified |
| taking as directed | spironolactone 25 mg tablet | take 1 tablet by oral route every day | N | Verified |
| taking as directed | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | Verified |

## Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| PENICILLIN G | (mild) | | |

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, Fatigue, Fever, Malaise, Night sweats, Weight gain and Weight loss. |
| ENMT | Negative | Ear drainage, Hearing loss, Nasal drainage, Otalgia, Sinus pressure and Sore throat. |
| Eyes | Negative | Eye discharge, Eye pain and Vision changes. |
| Respiratory | Negative | Chronic cough, Cough, Dyspnea, Known TB exposure and Wheezing. |
| Cardio | Negative | Chest pain, Claudication, Edema and Irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, Blood in stool, Change in stool pattern, Constipation, Decreased appetite, Diarrhea, Heartburn, Nausea and Vomiting. |
| GU | Negative | Dribbling, Dysuria, Hematuria, Polyuria (Genitourinary), Slow stream, Urinary frequency, Urinary incontinence and Urinary retention. |
| Endocrine | Negative | Cold intolerance, Heat intolerance, Polydipsia and Polyphagia. |
| Neuro | Positive | Dizziness. |
| Neuro | Negative | Extremity weakness, Gait disturbance, Headache, Memory impairment, Numbness in extremity, Seizures and Tremors. |
| Psych | Negative | Anxiety, Depression and Insomnia. |
| Integumentary | Negative | Brittle hair, Brittle nails, Change in shape/size of mole(s), Hair loss, Hirsutism, Hives, Pruritus, Rash and Skin lesion. |
| MS | Negative | Back pain, Joint pain, Joint swelling, Muscle weakness and Neck pain. |
| Allergic/Immuno | Negative | Contact allergy, Environmental allergies, Food allergies and Seasonal allergies. |

## Vital Signs

### Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 9:37 AM | 6.0 | | 182.88 | 01/12/2024 | 0 |

### Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 9:37 AM | 269.40 | | 122.198 | | 36.54 | 2.49 |

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 9:37 AM | 100/69 | sitting | right | arm | automatic | Large adult |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 9:37 AM | 98.00 | 36.67 | | 62 | | 16 |

### Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FIO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 9:37 AM | 96 | | | | | | | | |

### Pain Level

| Time | Pain Level | Method |
|---|---|---|
| 9:37 AM | 0/10 | Numeric Pain Intensity Scale |

### Measured by

| Time | Measured by |
|---|---|
| 9:37 AM | Joyce Carter, LPN |

## Screening Summary

Functional status has not changed.
Most recent assessment: 05/20/2025
Cognitive status has not changed.
Most recent assessment: 05/20/2025
The following were reviewed: nutrition, tobacco use, alcohol use, caffeine use and drugs of abuse

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | * | Overall appearance - age appropriate. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Lips/teeth/gums - Normal. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Heart sounds - Normal S1, Normal S2. |
| Vascular | Normal | Pulses - Carotids: Normal. |
| Skin | * | Inspection - General inspection: warm and dry. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Neurological | Normal | Memory - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Immunizations Entered by History

| Date | Immunization |
|---|---|
| 10/5/2016 12:00:00 AM | Influenza virus vaccine, injectable, quadrivalent, split virus, preservative free, 3 years or older Fluarix, Flulaval or Fluzone Quad 2014-2015 |
| 9/10/2014 11:36:00 AM | Fluarix 3 years or older |

## Completed Orders (This Visit)

| Order | Details | Reason | Side | Interpretation | Result | Additional Info | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| Patient Health Questionnaire (PHQ-2) | Negative | 0 |

Giving encouragement to exercise
Dietary management education, guidance, and counseling

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment Impression | HTN (I10), chronic, Stable.<br>RTO in 6 months<br>Non Fasting labs in 6 months<br><br>Continue to see Dr Warren Stribling or Dr Kemal Akat Cardiologist in Knoxville as ordered on August the 2nd with labs<br>Cardiologist increase Carvedilol 12.5 to 1/2 tab in am and Whole in PM and increased Entresto 1/2 tab in am and pm.<br>Work on lowering BMI to 30 with diet watching portion sizes<br><br>Continue to monitor heart and HTN due to history of heart disease in family.<br>Continue to weight daily with same clothing and chart weight report over 3-5 lbs.<br><br>Will continue with current medications with refills if needed.<br>Cologuard advised will have nurse set up for Cologuard In August if covered by insurance<br><br>Covid has had 2 injections<br>Flu shot done October 2024<br><br>Eat healthy low salt diet<br>Drink plenty of water to keep hydrated<br>Exercise 150min weekly.<br>Wear sun screen to prevent further skin damage<br>Wear good healthy shoes and do not walk on Concert. |
| | Patient Plan | Continue the Lisinopril 20mg daily and Aspirin 81mg daily. , sooner prn. Reviewed his recent fasting labs. Advise healthy diet and physical activity. Low sodium diet, monitor home B/P. |
| | Plan Orders | BMP to be performed. follow-up visit with Mark Dalle-Ave, MD for blood pressure check 6 Months. Reason for referral: blood pressure check. |
| 2. | Assessment Impression | Dilated cardiomyopathy (I42.0), chronic, Stable.<br>will continue with Entresto and Carvedilol as ordered by Dr Barry Michelson Cardiologist.. |
| 3. | Assessment Patient Plan | Presence of automatic (implantable) cardiac defibrillator (Z95.810), chronic, Stable.<br>see care plan |

| | | |
|---|---|---|
| 4. | Assessment<br>Impression | Obstructive Sleep Apnea Hypopnea (G47.33), chronic, Stable.<br>Suppled by Medi Home Medical Services of America INC<br>Will obtain copy of machine reading for chart from medi Home DME.. |
| | Patient Plan | He is compliant with his CPAP use nightly for 8 hours with great benefit<br>He will continue to use his CPAP nightly and report any changes or problems |
| 5. | Assessment<br>Impression<br>Patient Plan | Dependence on other enabling machines and devices (Z99.89), chronic, Stable.<br>1-866-678-2825 fax number for Medi Home Care DME..<br>Patient has Auto PAP Airsense 11 Tri Pack with heated tubing and Humidifier<br>Setting 11-20cm H2O, EPR 3H/H |
| 6. | Assessment | Chronic systolic (congestive) heart failure (I50.22), chronic, Stable. |
| 7. | Assessment | Obesity (E66.9), chronic, Unstable. |
| 8. | Assessment<br>Plan Orders | Body mass index (BMI) 36.0-36.9, adult (Z68.36), chronic, Unstable.<br>Today's instructions / counseling include(s) Dietary management education, guidance, and counseling and Giving encouragement to exercise . |
| 9. | Assessment | Encounter for screening for malignant neoplasm of colon (Z12.11). |
| 10. | Other Orders<br>Plan Orders | Orders not associated to today's assessments.<br>The patient had the following order(s): Patient Health Questionnaire (PHQ-2).<br>Interpretation: Negative, Result details: 0. |

## Pain Management Plan

Pain level:0/10.
Method: Numeric Pain Intensity Scale.

## Medications (Added, Continued or Stopped today)

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 05/20/2025 | carvedilol 12.5 mg tablet | take 1/2 in AM AND A WHOLE ONE AT NIGHT | N | | | |
| 02/27/2023 | carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | N | | | 05/20/2025 |
| 02/27/2023 | Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | N | | | 05/20/2025 |
| 05/20/2025 | Entresto 97 mg-103 mg tablet | TAKE 1/2 AM AND 1/2 PM | N | | | |
| 11/18/2024 | Farxiga 10 mg tablet | take 1/2 tablet by oral route 2 times every | N | | | |

| | | | |
|---|---|---|---|
| | | ~~day in the morning~~ | |
| 10/04/2023 | spironolactone 25 mg tablet | take 1 tablet by oral route every day | N |
| 02/27/2023 | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N |

## Counseling / Educational Factors

Counseling / educational factors reviewed.
The patient was counseled today by Mark Dalle-Ave on medication(s). The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.
The patient was also counseled today by Mark Dalle-Ave on diagnosis. The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.

### Co-Sign Orders

| Order | Ordering Provider | Cosigned Name | Cosigned Date | Cosigner Comments |
|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | Chelsea Hartsook-Fields FNP | Mark Dalle-Ave | 05/20/2025 | |
| BMP | Dalle-Ave MD, Mark J MD | Mark Dalle-Ave | 05/20/2025 | |
| Giving encouragement to exercise | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 05/20/2025 | |
| Dietary management education, guidance, and counseling | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 05/20/2025 | |
| follow-up visit with Mark Dalle-Ave, MD for blood pressure check 6 Months | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 05/20/2025 | |

Electronically signed and authenticated by [signature] on 05/20/2025.
**Mark J. Dalle-Ave MD**
Document generated by: Mark Dalle-Ave 05/20/2025 10:19 AM

Tennova™ Heart

Knoxville HMA Cardiology South
7323 Chapman Hwy
KNOXVILLE, TN 37920-6757
Phone: (865) 392-3400, Fax (865) 392-3449

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:12353375-H-10667]

**Encounter Summary - Progress Note**

| | |
|---|---|
| **Patient** | Fields, David L (47yo, M) #98454 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | 6 month follow up<br>Followup: Nonischemic congestive cardiomyopathy<br>Followup: Left ventricular cardiac dysfunction<br>09/12/2025 - 09:15AM - ETHC_South |
| **History of Present Illness** | Patient is a 39-year-old male that is asked to be seen in followup for cardiac evaluation. We had seen him about 10 years ago. Abnormal stress test. This led to a cardiac catheterization. A small circumflex arose anomalously from the right coronary cusp. LV function was normal. There is a strong family history of coronary disease in the patient's father beginning at age 33 of 34. He died within the last year of complications of coronary artery disease at age 65.. He also has a cousin who was told that he had an elevated coronary calcium score and subsequently went on to be a catheterization and bypass surgery.<br><br>The patient is not having symptoms of chest pain or exercise intolerance dyspnea or orthopnea. No dysrhythmias have been identified. He does have a history of hypertension which she states is typically well controlled. He attributes his elevated blood pressure today to nervousness. Patient does not exercise regularly but is able to do his normal activities without limitation. His last LDL cholesterol 58.<br><br>The patient requested follow-up on February 6, 2023. Over the past several weeks he has been complaining of abdominal distention pedal edema and shortness of breath with activity. He contacted Cindy Pittman who is a relative of his. She thought that follow-up was appropriate. The patient reported some vague epigastric and chest |

discomfort. He went to the emergency room in Rogersville. His chest x-ray suggested borderline cardiomegaly but was otherwise unremarkable. His abdominal gas pattern was normal. His COVID screen was negative. No lab work was done a UTI was not diagnosed based on a urine analysis was. He states in the last several weeks he has gained about 9 or 10 pounds. He feels as if his belly is swollen and distended. He has been treated with multiple GI medications and actually got partial relief. He complained of some fluttering in his chest but no syncope or near syncope. He is not having any chest pain. At its worst he had mild pitting edema just over his lower calfs. He reports he has been watching his diet as far as fluid and salt intake and recently has been eating primarily salads

Patient reports that his bowel habits have increased in frequency. He thinks urination may have diminished mildly

The patient had an echocardiogram performed which demonstrated severe global left ventricular dysfunction EF of 10 to 15%. Right ventricular function was diminished as well. No hemodynamically significant valvular abnormalities were seen. Troponin was normal proBNP was elevated at 3953 CBC was unremarkable there was mild elevation in ALT and AST BUN and creatinine were normal at 18 and 1.16 bilirubin was 2.5
Because of the findings we brought him back to the office as quickly as possible to initiate therapy. There is really been no change in his status over the last 3 days. We did discuss changes in medications including substituting Entresto for lisinopril and adding carvedilol as well as an SGLT2 2 inhibitor. We also discussed cardiac catheterization to rule out coronary disease as an etiology. We also discussed long-term goals and possible need for ICD or advanced care if he does not respond well to medication

Catheterization was performed. Left ventricle was severely dilated with an EF estimated 10 to 15% end-diastolic pressure was estimated at 40 mmHg. He did not have significant blockages in his coronaries. Appropriate medical therapy was continued. He has lost approximately 20 pounds with diuresis. Overall the patient's breathing has improved. He is not having significant orthopnea. His exercise tolerance is marginally better. He is scheduled to see the St. Thomas heart failure service in April. He has not been monitoring blood pressures at home but I suggested that he do this. His ICD has not discharged (ZOLL LifeVest).

Patient is seen in follow-up on June 23, 2023. Since his last visit he has seen Dr. Patel. There is a plan for implantation of a subcutaneous ICD in July. The MRI was performed as requested by Dr. Stribling. This confirms severe dilated left ventricle with severe left ventricular dysfunction. Interpretation could not exclude prior infarction but this certainly would not be consistent with findings on his coronary angiography.
Patient has been doing reasonably well clinically. He brought in an extensive recordings of his blood pressure heart rate and weight. His blood pressures typically are between 90 and 100 systolic limiting our ability to increase medications. Patient feels that he is much better than at his time of his presentation. He can walk unlimited distances on level ground. He does report some dyspnea when walking uphill. He is not having problems with orthopnea. He is scheduled to see Dr. Stribling in October

The patient was seen in follow-up on September 8, 2023. He actually underwent implantation of a ICD CRT device. He early on had some issues with diaphragmatic pacing but these have been reprogrammed. He has occasional "hiccups". His exercise tolerance is improved but certainly is not where he wants it to be. He keeps a good log of his blood pressure. Blood pressure is marginal for increasing medications. He will occasionally report transient lightheadedness if he is bending over and stands up suddenly. We discussed venous pooling and that this was something that we would keep an eye on but to be aware of it and try movement immediately. He is not having significant problems with edema

| | |
|---|---|
| | Patient is seen in follow-up on March 13, 2024. Clinically he is doing well. He is able to do more physical exercise but limits himself in terms of duration. He is not having any chest pain. He does have occasional "hiccups". Which seem to be positional and are likely due to intermittent phrenic nerve pacing from his BiV ICD. He has had no interval hospitalizations. His weight has been stable. He has not had any edema. He continues to monitor his blood pressures and they are marginal for any increase in his medical regimen (systolics typically 100-104).<br><br>Patient is seen in follow-up on September 11, 2024. Clinically he is stable to marginally improved. He has seen Dr. Stribling in the past and is scheduled to go to Nashville after the first of the year to have a 6-minute walk test as well as potentially other testing performed. He is not having significant orthopnea or paroxysmal nocturnal dyspnea. He is not having significant dependent edema. He monitors blood pressures frequently. They tend to be in the 90-100 systolic range limiting any future changes in medications.<br><br>The patient is seen in follow-up on March 12, 2025. Since his last visit he has been seen by Dr. Stribling. He evidently had cardiopulmonary testing performed. I believe the conclusion was he is not yet a candidate for transplant. The patient has an appointment to see Dr. Stribling in late March. He has been doing well. He denies problems with chest pain or shortness of breath orthopnea paroxysmal nocturnal dyspnea. To the best of his knowledge he has not had any ICD therapies administered. He states that he walked he thinks for about 10-1/2 minutes on the protocol. It may have been a modified bruise from how he was describing it is 0% grade to begin with. Blood pressures remain a little on the low side but he is not really symptomatic. He has had no interval hospitalizations<br><br>Patient returns for follow-up on September 12, 2025. His heart failure he remains reasonably well compensated. He is not having significant issues with orthopnea or paroxysmal nocturnal dyspnea. His blood pressure remains low and he will have occasional episodes of transient lightheadedness. Since his carvedilol dose was increased a little bit he has more of the "hiccups". He is really not having significant diaphragmatic pacing I do not think. He continues to be followed by the heart failure clinic at St. Thomas. He has not had any ICD therapies administered. |
| **Review of Systems** | **Cardiovascular:**<br>Cardiovascular: **palpitations and light-headed on standing.**<br>**Respiratory:**<br>Respiratory: **sleep apnea (c-pap).** |
| **Vitals** | 2025-09-12 09:26 |
| **Procedure** | None recorded |
| **Results/Interpretations** | ELECTROCARDIOGRAM<br>• Result:<br>- **Interpretation:: Sinus rhythm ventricular pacing** |
| **Physical Exam** | **Constitutional:**<br>General Appearance: appears stated age and **obese**. Level of Distress: comfortable. |

Vitals 2025-09-12 09:26:

| | | | | | |
|---|---|---|---|---|---|
| **BP Cuff Size:** | large adult large adult | **BP Measurement Method:** | manual manual | **Ht:** | 6 ft |
| **Wt:** | 268.4 lbs | **BP:** | 92/64 sitting L arm 96/70 standing L arm | **BMI:** | 36.4 |

**Psychiatric:**
Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:**
Lids and Conjunctivae: no xanthelasma or arcus senilis.

**ENMT:**
Lips, Teeth, and Gums: normal dentition. Nose: no lesions on external nose.

**Neck:**
Neck: supple and trachea midline. Carotid Arteries: bilateral normal upstroke and no bruits. Jugular Veins: jugular venous pressure unable to assess. Cervical Lymph Nodes: non tender.

**Lungs:**
Respiratory Effort: unlabored. Chest Exam: normal curvature. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:**
Precordial Exam: non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: **BTK edema** .

**Peripheral Pulses:**
Pulses: full and equal in all extremities except if noted. Radial Pulse: normal. Dorsalis Pedis Pulse: normal.

**Abdomen::**
Inspection and Palpation: non distended or tender, normal aorta and bowel sounds, no bruit or masses, and soft; **Abdomen is mildly distended soft with no rebound or guarding.**

**Musculoskeletal:**
Inspection: no joint tenderness.

**Neurologic:**
Gait: normal gait. Motor: normal strength.

**Skin:**
Inspection and Palpation: warm and dry.

FIELDS, David L (id #98454, dob:

| | |
|---|---|
| **Assessment and Plan** | **1. Nonischemic congestive cardiomyopathy** - Onset: 06/08/2023 -<br>Patient has nonischemic cardiomyopathy. He is on a reasonable medical regimen limited by blood pressure. He is followed by the advanced heart failure clinic at St. Thomas. He is followed by EP and has had a BiV ICD/CRT device implanted which seems to be working normally.<br><br>As the patient has had the BiV ICD CRT device in some period of time we will order an echocardiogram.<br><br>Stable on current therapy. Blood pressure precludes aggressive intensification. Followed by the heart failure clinic at St. Thomas.<br>I42.0: Dilated cardiomyopathy<br>• ELECTROCARDIOGRAM<br>• NT PROBNP<br>• COMPREHENSIVE METABOLIC PANEL<br><br>**2. Primary idiopathic dilated cardiomyopathy**<br>Patient has severe global left ventricular dysfunction in the absence of significant coronary disease. We will add spironolactone to his medical regiment increase the dose of carvedilol. He is scheduled for follow-up or evaluation by advanced heart failure team from St. Thomas. He will continue with the LifeVest until we reassess LV function probably in 2 months<br><br>The patient is undergone evaluation by the advanced heart failure team at St. Thomas. He is also seen Dr. Patel. He is on a good regimen which has been responsive as far as his symptoms. I do not think we can increase dosing of medications further given his issues with hypotension or low normotension (systolics in the 90s) on his current regimen.<br><br>The patient has had a BiV ICD with CRT therapy implant<br>I42.0: Dilated cardiomyopathy<br><br>**3. Biventricular implantable cardioverter-defibrillator (ICD) in situ**<br>Patient has undergone ICD/CRT device implantation monitored by Dr. Patel<br>Z95.810: Presence of automatic (implantable) cardiac defibrillator<br><br>ELECTROCARDIOGRAM<br>• Result:<br>- **Interpretation:: Sinus rhythm ventricular pacing**<br><br>Return to Office<br>• SARA JOHNSON, NP for *Follow-up 15 at ETHC_Turkey Creek on 11/21/2025 at 11:00 AM<br>• to see Barry Michelson, MD at ETHC_South on or around 03/12/2026 |

Patient Medical History:

| | | |
|---|---|---|
| **Allergies List** | Reviewed Allergies | |
| | **PENICILLINS:** Rash | |
| **Medications** | Reviewed Medications | |
| | **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 entered |
| | **carvedilol 12.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 06/11/25 filled |
| | **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 entered |
| | **Entresto 97 mg-103 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 08/13/25 filled |

| | | |
|---|---|---|
| | **Farxiga 10 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route for 90 days, for cardiomyopathy. | 06/19/25 filled |
| | **Multi Vitamin** Mens Vitafusion 1 daily | 02/06/23 entered |
| | **spironolactone 25 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY MORNING FOR FLUID AND BLOOD PRESSURE | 08/13/25 filled |
| | Immune plus<br>9/12/25 memory..csp | |

**Family History**

Reviewed Family History

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

**Past Medical History**

Reviewed Past Medical History
PATIENT DENIES SIGNIFICANT PAST MEDICAL HISTORY: Y
CARDIOMYOPATHY: Y
CHEST PAIN: Y
CONGESTIVE HEART FAILURE: Y
GERD/REFLUX: Y
HIGH BLOOD PRESSURE/HYPERTENSION: Y
ISCHEMIC CARDIOMYOPATHY: Y
OBESITY: Y
OTHER-1: Y - **PM/ICD implant**
PALPITATIONS: Y
SLEEP APNEA: Y
Notes: Please refer to Problem section for most up to date PMH

**Vaccine History**

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

Electronically Signed by: BARRY MICHELSON, MD

FIELDS, David L (id #3189388, dob:

**Ascension Saint Thomas Heart Knoxville Comprehensive Heart Failure and Tran**
10800 Parkside Dr Ste 331
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**Send To:** Mark Dalle Ave MD
**Encounter Summary - Progress Note**
Date Printed: 08/18/2025
Appointment Date:08/07/2025

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. (ID:163478943-H-7654)

| | |
|---|---|
| **Patient** | Fields, David L (47yo, M) #3189388 |
| **DOB and Age** | 47yo |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | 116 | **Home Phone** | |
| | | **Work Phone** | |
| **Primary Care Provider** | **Cardiologist:** BARRY I MICHELSON MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1538159017<br>**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054<br>**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672 | | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | 3 month follow up<br>08/07/2025 - 12:00PM - STPS_ST Hrt CHF_Turkey Creek |
| **History of Present Illness** | Mr. Fields is a 47 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.<br><br>On his last visit 1 year ago, no med changes were made. CPX was ordered and shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE was advised but not pursued. He feels well. He denies CP, SOB, swelling, or syncope. Has positional dizziness but this is short-lived. Wt has been stable. He has been able to do things like yardwork and walking outdoors w/o problems.<br><br>5/7/2025 6-week follow up with TTE. Occasional palpitations. Can walk without issues on even ground, 2-3 flights of stairs, no orthopnea/PND (1 pillow), no edema. Felt dizzy for a few days after increase in sacubitril/valsartan with SBPs in 80s but that subsided. TTE with unchanged EF of 20%, grade 2 DD, mild MR.<br><br>8/7/2025 he returns for follow-up visit. He feels quite well on current medical therapy with no symptoms of shortness of breath, orthopnea, PND, or edema. He denies palpitations, presyncope, or syncope. |
| **Review of Systems** | ROS as noted in the HPI |
| **Vitals** | **Ht:** 6 ft (182.88 cm) **Wt:** 268.5 lbs With clothes **BMI:** 36.4 08/07/2025 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 08/07/2025 12:51 pm | | (121.79 kg) 08/07/2025 12:52 pm | | 12:52 pm |
| | BP: | 114/73 sitting 08/07/2025 12:52 pm | HR: | 59 08/07/2025 12:52 pm | | |
| **Results/Interpretations** | | | | | | |

| | |
|---|---|
| **Physical Exam** | General: Well developed, well nourished. Comfortable.<br>Psych: Awake, alert.<br>Neuro: No focal neurological deficit.<br>HEENT: Atraumatic, anicteric, PERRLA, moist mucous membranes, JVP <8.<br>Card: Regular rhythm, normal rate, normal S1/S2, no murmur, no S3/S4, no rub.<br>Pulm: Normal effort, clear bilaterally.<br>Abdomen: Normal bowel sounds, non-distended, non-tender.<br>Extremities: No edema.<br>Skin: No rash or skin defect. |
| **Assessment and Plan** | This visit encompassed the longitudinal relationship with the patient for the care outlined in my assessment and plan.<br><br>**1. Chronic systolic heart failure -**<br>AHA/ACC stage C<br>NYHA I (improved)<br>CPET 1/20/2025 pVO2 13.9 (54% predicted), VE/CO2 33.<br>Euvolemic.<br>CRT-D<br>Mild MR TTE 4/2/2025<br><br>Increase carvedilol to 12.5 mg twice daily<br>Continue sacubitril/valsartan 97/103 BID<br>Continue spironolactone 25 daily<br>Continue dapagliflozin 10 daily<br><br>Return to clinic in 6 months.<br>I50.22: Chronic systolic (congestive) heart failure<br>• carvedilol 12.5 mg tablet - To be submitted on or around 08/18/2025 Take 1 tablet(s) twice a day by oral route for 90 days. Qty: (180) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER Note to Pharmacy: change in dose<br><br>**2. Nonischemic congestive cardiomyopathy -**<br>cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation.<br>I42.0: Dilated cardiomyopathy<br><br>**3. Body mass index 40+ - severely obese -**<br>Stable, c/w wt loss and exercise.<br>Z68.42: Body mass index [BMI] 45.0-49.9, adult<br><br>**4. Obstructive sleep apnea syndrome -**<br>On CPAP and tolerating.<br>G47.33: Obstructive sleep apnea (adult) (pediatric)<br><br>Return to Office<br>• to see Don Chomsky, MD for Established Patient 15 at STPS_ST Hrt CHF_Turkey Creek on or around 02/07/2026 |

Patient Medical History:

| | | |
|---|---|---|
| **Allergies List** | Allergies not reviewed (last reviewed 05/08/2025) | |
| | **PENICILLINS** | |
| **Medications** | Reviewed Medications | |
| | **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 04/12/23 entered |

FIELDS, David L (Id #3189388, dob:

| | | | |
|---|---|---|---|
| | **carvediloL 12.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 08/07/25 | prescribed |
| | **Entresto 97 mg-103 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 03/27/25 | prescribed |
| | **Farxiga 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | prescribed |
| | **multivitamin** 1 tab daily | 04/12/23 | entered |
| | **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | entered |
| | **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 05/08/25 | entered |
| **Family History** | None recorded | | |
| **Past Medical History** | (none recorded) | | |
| **Vaccine History** | None recorded | | |

Electronically Signed by: DON CHOMSKY, MD

Tennova Heart
Knoxville HMA Cardiology Turkey Creek
10800 PARKSIDE DR STE 331
KNOXVILLE, TN 37934-1982
Phone: (865) 392-3400, Fax: (865) 392-3449

Date: 05/20/2025

RE: David Fields
DOB:
PT ID #98454

Dear Mark Dalle Ave MD,

We saw David Fields in our office today. The clinical summary is attached below for your review. Thank you for allowing us to participate in your patient's care.

Sincerely,

Electronically Signed by: NILAM PATEL, MD

### History of Present Illness

routine fup
here with wife
no new events since last seen
denies concerns/questions

### Assessment/Plan

**1. Biventricular automatic implantable cardioverter defibrillator in situ -**
BSC CRT-D_7/2023

8.5 years
AP 20s%, LVP 90s%_DDDR 60/125
No VT_Monitor 170, VF 200
AF<1%, total 3.8 min in 176 days_11/2024 (far field sensing)

Remote q3 months
RTC 6 mths Sara or Dustin
Z95.810: Presence of automatic (implantable) cardiac defibrillator

**2. Nonischemic congestive cardiomyopathy -**
2022

**EKG:**
2/2023: ST 90, PR 220, QRS 126, RBBB/LPFB, QTc 443

6/2023: SR 65, PR 260, QRS 131 RBBB/LPFB, QTc 433

**Imaging:**
LHC: 2/2023: normal coronaries, EF 10-15%, LVEDP 40, mod MR
Echo: 5/2023: EF 20%, mod LAE, mild AI/TR, mild to mod MR, RVSP 40, LVIDd6.56
Echo: 2/2023: EF 10-15%
Echo: 3/2024: EF 20% mod to sev MR
Cardiac MRI: 2023: EF 27%, akinesis and wall thinning of anterior, inferior, and lateral walls. no evidence of iron overload. 50% subendocardial LGE in the basal and mid lateral walls consistent with infarct pattern. normal RV size and moderate systolic dysfunction EF 32%. mild MR,
VO2 at St.Thomas: 1/2025
Echo: 4/2025: EF 20%, mild MR, mod TR, RVSP 57

**GDMT**
Entresto 97-103 mg BID
Farxiga 10 daily
spironolactone 25mg daily
carvedilol 6.25/12.5mg BID

s/p CRT-D_7/2023

fup Dr.Michelson/Dr.Stribbling
I42.0: Dilated cardiomyopathy

**3. Chronic systolic heart failure -**
as above
I50.22: Chronic systolic (congestive) heart failure

**4. Essential hypertension -**
2006
I10: Essential (primary) hypertension
- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE

**5. History of SARS-CoV-2 -**
3 episodes so far. no hospitalization
1st and 3rd was severe
diagnosed with HF after 3rd episode
Z86.16: Personal history of COVID-19

**6. First degree atrioventricular block -**
asymptomatic

I44.0: Atrioventricular block, first degree
- HEART BLOCKS: CARE INSTRUCTIONS

**7. Obstructive sleep apnea syndrome -**
2012
compliant to CPAP
G47.33: Obstructive sleep apnea (adult) (pediatric)
- SLEEP APNEA: CARE INSTRUCTIONS

**8. Obesity -**
BMI 35
weight loss advised by diet/exercise
E66.9: Obesity, unspecified
- WHEN YOU WANT TO LOSE WEIGHT: CARE INSTRUCTIONS

**9. Mitral valve regurgitation -**
mgmt per Dr.Michelson and St.Thomas HF team
I34.0: Nonrheumatic mitral (valve) insufficiency
- HEART VALVE DISEASE: CARE INSTRUCTIONS
- MITRAL VALVE REGURGITATION: CARE INSTRUCTIONS

Return to Office
- Barry Michelson, MD for *Follow-up 15 at ETHC_South on 09/10/2025 at 10:30 AM
- SARA JOHNSON, NP for *Follow-up 15 at ETHC_Turkey Creek on 11/21/2025 at 11:00 AM

**Ascension Medical Group Saint Thomas Turkey Creek**
10800 Parkside Drive
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**Send To:** Mark Dalle Ave MD
**Encounter Summary - Progress Note**
Date Printed: 05/08/2025
Appointment Date:05/08/2025

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have Internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:157925074-H-7654]

| | |
|---|---|
| **Patient** | Fields, David L (47yo, M) #3189388 |
| **DOB and Age** | 47yo |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |
| **Primary Care Provider** | **Cardiologist:** BARRY I MICHELSON MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1538159017<br>**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054<br>**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672 | | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | 6 week follow up<br>05/08/2025 - 11:20AM - STPS_ST Hrt CHF_Turkey Creek |
| **History of Present Illness** | Mr. Fields is a 46 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.<br><br>On his last visit 1 year ago, no med changes were made. CPX was ordered and shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE was advised but not pursued. He feels well. He denies CP, SOB, swelling, or syncope. Has positional dizziness but this is short-lived. Wt has been stable. He has been able to do things like yardwork and walking outdoors w/o problems.<br><br>5/7/2025 6-week follow up with TTE. Occasional palpitations. Can walk without issues on even ground, 2-3 flights of stairs, no orthopnea/PND (1 pillow), no edema. Felt dizzy for a few days after increase in sacubitril/valsartan with SBPs in 80s but that subsided. TTE with unchanged EF of 20%, grade 2 DD, mild MR. |
| **Review of Systems** | **ROS as noted in the HPI** |
| **Vitals** | 2025-05-08 11:49 |

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft (182.88 cm) | **Wt:** | 266.4 lbs (120.84 kg) | **BMI:** | 36.1 |
| **BP:** | 103/66 | **HR:** | 64 | | |

| | |
|---|---|
| **Results/Interpretations** | None recorded |
| **Physical Exam** | General: Well developed, well nourished, Comfortable.<br>Psych: Awake, alert, euthymic mood and broad affect.<br>Neuro: No focal neurological deficit.<br>HEENT: Atraumatic, anicteric, PERRLA, moist mucous membranes. JVP <8.<br>Card: Regular rhythm, normal rate, normal S1/S2, no murmur, no S3/S4, no rub.<br>Pulm: Normal effort, clear bilaterally.<br>Abdomen: Normal bowel sounds, non-distended, non-tender.<br>Extremities: No edema.<br>Skin: No rash or skin defect. |
| **Assessment and Plan** | This visit encompassed the longitudinal relationship with the patient for the care outlined in my assessment and plan.<br><br>**1. Chronic systolic heart failure -**<br>AHA/ACC stage C<br>NYHA II<br>CPET 1/20/2025 pVO2 13.9 (54% predicted), VE/CO2 33.<br>Euvolemic.<br>CRT-D<br>Mild MR TTE 4/2/2025<br><br>Increase carvedilol to 18.75 mg BID,<br>Continue sacubitril/valsartan 97/103 BID<br>Continue spironolactone 25 daily<br>Continue dapagliflozin 10 daily<br><br>Return to clinic in 3 months.<br>I50.22: Chronic systolic (congestive) heart failure<br>• MEDICAL RECORD REQUEST* - Note to Provider: Please fax results of most recent bmp/cmp to 615-222-5399. Thank you.<br>• carvedilol 12.5 mg tablet - Take 1.5 tablet(s) twice a day by oral route for 90 days. Qty: (270) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER<br><br>**2. Nonischemic congestive cardiomyopathy -**<br>Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation.<br>I42.0: Dilated cardiomyopathy<br><br>**3. Body mass index 40+ - severely obese -**<br>Stable, c/w wt loss and exercise.<br>Z68.42: Body mass index [BMI] 45.0-49.9, adult<br><br>**4. Obstructive sleep apnea syndrome -**<br>On CPAP and tolerating.<br>G47.33: Obstructive sleep apnea (adult) (pediatric)<br><br>Return to Office<br>• Don Chomsky, MD for Established Patient 15 at STPS_ST Hrt CHF_Turkey Creek on 08/07/2025 at 12:00 PM |

Patient Medical History:

| | | |
|---|---|---|
| **Allergies List** | Reviewed Allergies | |
| | **PENICILLINS** | |
| **Medications** | Reviewed Medications | |
| | **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 04/12/23 entered |
| | **carvedilol 12.5 mg tablet**<br>Take 1.5 tablet(s) twice a day by oral route for 90 days. | 05/08/25 prescribed |
| | **Entresto 97 mg-103 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 03/27/25 prescribed |
| | **Farxiga 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 prescribed |

| | | |
|---|---|---|
| | **multivitamin** 1 tab daily | 04/12/23 entered |
| | **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 entered |
| | **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 05/08/25 entered |
| **Family History** | None recorded | |
| **Past Medical History** | (none recorded) | |
| **Vaccine History** | None recorded | |

Electronically Signed by: KEMAL MARC AKAT, MD, PHD, MSC

Ascension Saint Thomas
Ascension Medical Group Saint Thomas Turkey Creek
10800 Parkside Drive
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945, Fax: (615) 222-5399

Date: 03/28/2025

RE: David Fields, DOB: PT ID #3189388

Dear Mark Dalle Ave MD,

I had the pleasure of seeing David Fields in the office recently for follow-up. I have enclosed a copy of the office evaluation for your records. Once again, thank you for allowing me to participate in the care of this patient.

Sincerely,

Electronically Signed by: WARREN K STRIBLING MD

ENCOUNTER REASON/DATE

chronic systolic heart failure, 1 year follow up
03/27/2025 - 12:00PM - STPS_ST Hrt CHF_Turkey Creek

HISTORY OF PRESENT ILLNESS:

Mr. Fields is a 46 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.

On his last visit 1 year ago, no med changes were made. CPX was ordered and shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE was advised but not pursued. He feels well. He denies CP, SOB, swelling, or syncope. Has positional dizziness but this is short-lived. Wt has been stable. He has been able to do things like yardwork and walking outdoors w/o problems.

ALLERGIES:

Allergies not reviewed (last reviewed 04/25/2024)
**PENICILLINS**

MEDICATIONS:

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg tablet,delayed release** Take 1 tablet(s) every day by oral route. | 04/12/23 | entered |
| **carvedilol 12.5 mg tablet** Take 1 tablet(s) twice a day by oral route. | 04/25/24 | entered |
| **Entresto 97 mg-103 mg tablet** Take 1 tablet(s) twice a day by oral route for 90 days. | 03/27/25 | prescribed |
| **Farxiga 10 mg tablet** Take 1 tablet(s) every day by oral route. | 10/12/23 | prescribed |
| **multivitamin** 1 tab daily | 04/12/23 | entered |
| **spironolactone 25 mg tablet** Take 1 tablet(s) every day by oral route. | 10/12/23 | entered |

FAMILY HISTORY:

None recorded

SOCIAL HISTORY:

Social History not reviewed (last reviewed 10/12/2023)

PAST MEDICAL HISTORY:

(none recorded)

SURGERY/PROCEDURE/DIAGNOSTIC HISTORY:

- Cardiopulm exercise testing - 01/20/2025 - Peak VO2 - 13.9, pred 54%, RER - 1.03, slope - 32.85
- Echo - 03/29/2024 - LVEF 20%; grade II DD; moderately elevated LV filling pressure; severe global LV systolic dysfunction; mild AR; mild to moderate LAE; moderate to severe MR.
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Cardiac mri - 06/15/2023 - LVEF 27%; severely dilated LV with moderate systolic dysfunction; normal RV size with moderate systolic dysfunction ; moderate LAE; mild RAE; mild MR; dilated main pulmonary artery.
- Echo - 05/08/2023 - LVEF 20%; LV size is moderately dilated; Grade II DD; mild AR; mild to moderate LAE; mild to moderate MR; mild TR.
- Cardiac catheterization - 02/17/2023 - LVEF 10-15%; LV is dilated; severe global LV dysfunction; probably moderate MR; normal coronaries.
- Echo - 02/09/2023 - LVEF 10-15%; Severe global hypokinesis; LV mildly dilated; mild LAE and RAE; mild TR.

ADDITIONAL HISTORY

None recorded

REVIEW OF SYSTEMS:

None recorded

VITALS:

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft (182.88 cm) 03/27/2025 12:02 pm | **Wt:** | 266 lbs (120.66 kg) 03/27/2025 12:03 pm | **BMI:** | 36.1 03/27/2025 12:03 pm |
| **BP:** | 113/80 03/27/2025 12:03 pm | **Pulse:** | 60 bpm 03/27/2025 12:03 pm | | |

PHYSICAL EXAM

**Constitutional:**
General Appearance: appears stated age and **overweight**. Level of Distress: comfortable.

**Psychiatric:**
Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:**
Lids and Conjunctivae: no discharge, pallor, or xanthelasma and anicteric.

**ENMT:**
Lips, Teeth, and Gums: normal dentition. Ears: no lesions on external ear and (normal) hearing. Nose: no lesions on external nose or nasal discharge and nares patent. Oropharynx: no cyanosis or pallor.

**Neck:**
Neck: supple and trachea midline. Jugular Veins: normal jugular venous pressure.

**Lungs:**
Respiratory Effort: unlabored. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:**
Rate And Rhythm: regular. Heart Sounds: normal S1 and S2 and no rub, gallop, or click. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no cyanosis or edema.

**Abdomen:**
Inspection and Palpation: non distended or tender and soft and no masses. Liver: non tender or no hepatomegaly. Spleen: non tender.

**Musculoskeletal:**
Inspection: no joint tenderness or swelling and normal back.

**Neurologic:**
Gait: normal gait. Neurological: no focal deficits and cranial nerves intact.

**Skin:**
Inspection and Palpation: warm and dry. Nails: no clubbing.

PROCEDURE DOCUMENTATION

None recorded

STUDIES INTERPRETED

None recorded

ASSESSMENT/PLAN

**1. Chronic systolic heart failure -**
He has stage C HF w/ stable NYHA class II symptoms. He is on reasonable GDMT and has undergone CRT-D. CPX is not suggestive of poor prognosis or need for advanced therapies. Getting recent labs from Dr. Michelson. Increase Entresto to max dose and fu in 1 month for labs and bp check w/ NP
I50.22: Chronic systolic (congestive) heart failure

- Entresto 97 mg-103 mg tablet - Take 1 tablet(s) twice a day by oral route for 90 days. Qty: (180) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER Note to Pharmacy: to replace previous dose
- MEDICAL RECORD REQUEST* - Note to Provider: Please fax results of most recent bmp/cmp to 615-222-5399. Thank you.
- MEDICAL RECORD REQUEST* - Note to Provider: Please fax results of most recent bmp/cmp to 615-222-5399. Thank you.
- US, ECHOCARDIOGRAM

Authorization: BCBS-TN (PPO) | NOTREQUIRED

**2. Nonischemic congestive cardiomyopathy -**
Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation. He is being treated w/ GDMT and has undergone CRT-D though I am

uncertain this will lead to much improvement as QRS duration was not very long and he did not have LBBB. Repeat echo to eval LVSF and mitral valve as he has had MR in past.
I42.0: Dilated cardiomyopathy

**3. Body mass index 40+ - severely obese -**
Stable. c/w wt loss and exercise.
Z68.42: Body mass index [BMI] 45.0-49.9, adult

**4. Obstructive sleep apnea syndrome -**
On CPAP and tolerating.
G47.33: Obstructive sleep apnea (adult) (pediatric)

Return to Office

- Kemal Marc Akat, MD, PhD, MSc for Established Patient 20 at STPS_ST Hrt CHF_Turkey Creek on 05/08/2025 at 11:20 AM

Tennova Heart

Knoxville HMA Cardiology South
7323 Chapman Hwy
KNOXVILLE, TN 37920-6757
Phone: (865) 392-3400, Fax: (865) 392-3449

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:11589981-H-10667]

**Encounter Summary - Progress Note**

| | |
|---|---|
| **Patient** | Fields, David L (47yo, M) #98454 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | Followup: Nonischemic congestive cardiomyopathy<br>Followup: Chronic systolic heart failure<br>Followup: Essential hypertension<br>Followup: First degree atrioventricular block<br>Followup: Left ventricular cardiac dysfunction<br>03/12/2025 - 11:15AM - ETHC_South |
| **History of Present Illness** | Patient is a 39-year-old male that is asked to be seen in followup for cardiac evaluation. We had seen him about 10 years ago. Abnormal stress test. This led to a cardiac catheterization. A small circumflex arose anomalously from the right coronary cusp. LV function was normal. There is a strong family history of coronary disease in the patient's father beginning at age 33 of 34. He died within the last year of complications of coronary artery disease at age 65,. He also has a cousin who was told that he had an elevated coronary calcium score and subsequently went on to be a catheterization and bypass surgery.<br><br>The patient is not having symptoms of chest pain or exercise intolerance dyspnea or orthopnea. No dysrhythmias have been identified. He does have a history of hypertension which she states is typically well controlled. He attributes his elevated blood pressure today to nervousness. Patient does not exercise regularly but is able to do his normal activities without limitation. His last LDL cholesterol 58.<br><br>The patient requested follow-up on February 6, 2023. Over the past several weeks he has been complaining of abdominal distention pedal edema and shortness of breath with activity. He contacted |

Cindy Pittman who is a relative of his. She thought that follow-up was appropriate. The patient reported some vague epigastric and chest discomfort. He went to the emergency room in Rogersville. His chest x-ray suggested borderline cardiomegaly but was otherwise unremarkable. His abdominal gas pattern was normal. His COVID screen was negative. No lab work was done a UTI was not diagnosed based on a urine analysis was. He states in the last several weeks he has gained about 9 or 10 pounds. He feels as if his belly is swollen and distended. He has been treated with multiple GI medications and actually got partial relief. He complained of some fluttering in his chest but no syncope or near syncope. He is not having any chest pain. At its worst he had mild pitting edema just over his lower calfs. He reports he has been watching his diet as far as fluid and salt intake and recently has been eating primarily salads

Patient reports that his bowel habits have increased in frequency. He thinks urination may have diminished mildly

The patient had an echocardiogram performed which demonstrated severe global left ventricular dysfunction EF of 10 to 15%. Right ventricular function was diminished as well. No hemodynamically significant valvular abnormalities were seen. Troponin was normal proBNP was elevated at 3953 CBC was unremarkable there was mild elevation in ALT and AST BUN and creatinine were normal at 18 and 1.16 bilirubin was 2.5
Because of the findings we brought him back to the office as quickly as possible to initiate therapy. There is really been no change in his status over the last 3 days. We did discuss changes in medications including substituting Entresto for lisinopril and adding carvedilol as well as an SGLT2 2 inhibitor. We also discussed cardiac catheterization to rule out coronary disease as an etiology. We also discussed long-term goals and possible need for ICD or advanced care if he does not respond well to medication

Catheterization was performed. Left ventricle was severely dilated with an EF estimated 10 to 15% end-diastolic pressure was estimated at 40 mmHg. He did not have significant blockages in his coronaries. Appropriate medical therapy was continued. He has lost approximately 20 pounds with diuresis. Overall the patient's breathing has improved. He is not having significant orthopnea. His exercise tolerance is marginally better. He is scheduled to see the St. Thomas heart failure service in April. He has not been monitoring blood pressures at home but I suggested that he do this. His ICD has not discharged (ZOLL LifeVest).

Patient is seen in follow-up on June 23, 2023. Since his last visit he has seen Dr. Patel. There is a plan for implantation of a subcutaneous ICD in July. The MRI was performed as requested by Dr. Stribling. This confirms severe dilated left ventricle with severe left ventricular dysfunction. Interpretation could not exclude prior infarction but this certainly would not be consistent with findings on his coronary angiography.
Patient has been doing reasonably well clinically. He brought in an extensive recordings of his blood pressure heart rate and weight. His blood pressures typically are between 90 and 100 systolic limiting our ability to increase medications. Patient feels that he is much better than at his time of his presentation. He can walk unlimited distances on level ground. He does report some dyspnea when walking uphill. He is not having problems with orthopnea. He is scheduled to see Dr. Stribling in October

The patient was seen in follow-up on September 8, 2023. He actually underwent implantation of a ICD CRT device. He early on had some issues with diaphragmatic pacing but these have been reprogrammed. He has occasional "hiccups". His exercise tolerance is improved but certainly is not where he wants it to be. He keeps a good log of his blood pressure. Blood pressure is marginal for increasing medications. He will occasionally report transient lightheadedness if he is bending over and stands up suddenly. We discussed venous pooling and that this was something that we would keep an eye on but to be aware of it and try movement

| | |
|---|---|
| | immediately. He is not having significant problems with edema<br><br>Patient is seen in follow-up on March 13, 2024. Clinically he is doing well. He is able to do more physical exercise but limits himself in terms of duration. He is not having any chest pain. He does have occasional "hiccups". Which seem to be positional and are likely due to intermittent phrenic nerve pacing from his BIV ICD. He has had no interval hospitalizations. His weight has been stable. He has not had any edema. He continues to monitor his blood pressures and they are marginal for any increase in his medical regimen (systolics typically 100-104).<br><br>Patient is seen in follow-up on September 11, 2024. Clinically he is stable to marginally improved. He has seen Dr. Stribling in the past and is scheduled to go to Nashville after the first of the year to have a 6-minute walk test as well as potentially other testing performed. He is not having significant orthopnea or paroxysmal nocturnal dyspnea. He is not having significant dependent edema. He monitors blood pressures frequently. They tend to be in the 90-100 systolic range limiting any future changes in medications.<br><br>The patient is seen in follow-up on March 12, 2025. Since his last visit he has been seen by Dr. Stribling. He evidently had cardiopulmonary testing performed. I believe the conclusion was he is not yet a candidate for transplant. The patient has an appointment to see Dr. Stribling in late March. He has been doing well. He denies problems with chest pain or shortness of breath orthopnea paroxysmal nocturnal dyspnea. To the best of his knowledge he has not had any ICD therapies administered. He states that he walked he thinks for about 10-1/2 minutes on the protocol. It may have been a modified bruise from how he was describing it is 0% grade to begin with. Blood pressures remain a little on the low side but he is not really symptomatic. He has had no interval hospitalizations |
| **Review of Systems** | **Constitutional:**<br>Constitutional: no significant weight gain or loss and no fever, night sweats, or exercise intolerance.<br>**Eyes:**<br>Eyes: no irritation, dry eyes, or vision change.<br>**ENMT:**<br>Ears: no difficulty hearing or ear pain. Nose: no frequent nosebleeds, nose problems, or sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems.<br>**Cardiovascular:**<br>Cardiovascular: no shortness of breath when walking or breath when lying down and no palpitations, chest pain, arm pain on exertion, or known heart murmur.<br>**Respiratory:**<br>Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.<br>**Gastrointestinal:**<br>Gastrointestinal: no vomiting, diarrhea, dyspepsia, GERD, or abdominal pain and normal appetite and not vomiting blood.<br>**Genitourinary:**<br>Genitourinary: no incontinence, hematuria, difficulty urinating, or increased frequency.<br>**Musculoskeletal:**<br>Musculoskeletal: no muscle aches or weakness and no arthralgias/joint pain, back pain, or swelling in the extremities.<br>**Integumentary:**<br>Skin: no jaundice, rashes, laceration, or abnormal mole.<br>**Neurologic:**<br>Neurologic: no weakness, numbness, seizures, dizziness, migraines, headaches, tremor, or loss of consciousness.<br>**Psychiatric:**<br>Psych: no depression, anxiety, hallucinations, sleep disturbances, alcohol abuse, or suicidal thoughts and feeling safe in a relationship. |

| | |
|---|---|
| | **Endocrine:**<br>Endocrine: no fatigue.<br>**Hematologic/Lymphatic:**<br>Hematologic/Lymphatic no bruising, swollen glands, or excessive bleeding.<br>**Allergic/Immunologic:**<br>Allergy/Immunologic: no itching, hives, runny nose, sinus pressure, or frequent sneezing. |
| **Vitals** | (see vitals table below) |
| **Procedure** | None recorded |
| **Results/Interpretations** | None recorded |
| **Physical Exam** | **Constitutional:**<br>General Appearance: appears stated age and obese. Level of Distress: comfortable.<br>**Psychiatric:**<br>Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.<br>**Eyes:**<br>Lids and Conjunctivae: no xanthelasma or arcus senilis.<br>**ENMT:**<br>Lips, Teeth, and Gums: normal dentition. Nose: no lesions on external nose.<br>**Neck:**<br>Neck: supple and trachea midline. Carotid Arteries: bilateral normal upstroke and no bruits. Jugular Veins: jugular venous pressure unable to assess. Cervical Lymph Nodes: non tender.<br>**Lungs:**<br>Respiratory Effort: unlabored. Chest Exam: normal curvature. Auscultation: no wheezing, rales, or rhonchi and clear.<br>**Cardiovascular:**<br>Precordial Exam: non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: **BTK edema** .<br>**Peripheral Pulses:**<br>Pulses: full and equal in all extremities except if noted. Radial Pulse: normal. Dorsalis Pedis Pulse: normal.<br>**Abdomen::**<br>Inspection and Palpation: non distended or tender, normal aorta and bowel sounds, no bruit or masses, and soft;<br>**Abdomen is mildly distended soft with no rebound or** |

Vitals:

| | | | | | |
|---|---|---|---|---|---|
| **BP Cuff Size:** | adult 03/12/2025 10:47 am<br>adult 03/12/2025 10:47 am | **BP Measurement Method:** | manual 03/12/2025 10:47 am<br>manual 03/12/2025 10:47 am | **Ht:** | 6 ft 03/12/2025 10:47 am |
| **Wt:** | 263.4 lbs With clothes 03/12/2025 10:47 am | **BP:** | 104/60 sitting L arm 03/12/2025 10:53 am<br>98/60 standing L arm 03/12/2025 10:53 am | **BMI:** | 35.7 03/12/2025 10:47 am |
| **HR:** | 60 03/12/2025 10:55 am | | | | |

| | |
|---|---|
| | guarding.<br><br>**Musculoskeletal:**<br>Inspection: no joint tenderness.<br><br>**Neurologic:**<br>Gait: normal gait. Motor: normal strength.<br><br>**Skin:**<br>Inspection and Palpation: warm and dry. |

**Assessment and Plan**

**1. Primary idiopathic dilated cardiomyopathy -**
Patient has severe global left ventricular dysfunction in the absence of significant coronary disease. We will add spironolactone to his medical regiment increase the dose of carvedilol. He is scheduled for follow-up or evaluation by advanced heart failure team from St. Thomas. He will continue with the LifeVest until we reassess LV function probably in 2 months

The patient is undergone evaluation by the advanced heart failure team at St. Thomas. He is also seen Dr. Patel. He is on a good regimen which has been responsive as far as his symptoms. I do not think we can increase dosing of medications further given his issues with hypotension or low normotension (systolics in the 90s) on his current regimen.

The patient has had a BiV ICD with CRT therapy implant
I42.0: Dilated cardiomyopathy

**2. Nonischemic congestive cardiomyopathy -**
Patient has nonischemic cardiomyopathy. He is on a reasonable medical regimen limited by blood pressure. He is followed by the advanced heart failure clinic at St. Thomas. He is followed by EP and has had a BiV ICD/CRT device implanted which seems to be working normally.

As the patient has had the BiV ICD CRT device in some period of time we will order an echocardiogram.

Stable on current therapy. Blood pressure precludes aggressive intensification. Followed by the heart failure clinic at St. Thomas.
I42.0: Dilated cardiomyopathy
- ELECTROCARDIOGRAM
- NT PROBNP

**3. First degree atrioventricular block**
I44.0: Atrioventricular block, first degree
- HEART BLOCKS: CARE INSTRUCTIONS

**4. Left ventricular cardiac dysfunction**
I50.30: Unspecified diastolic (congestive) heart failure

**5. Essential hypertension -**
continued monitoring of blood pressures suggested to make sure adequate control is being obtained.
I10: Essential (primary) hypertension
- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE
- CBC (INCLUDES DIFF/PLT)

**6. Lipid screening**
Z13.220: Encounter for screening for lipoid disorders
- COMPREHENSIVE METABOLIC PANEL
- LIPID PANEL WITH REFLEX TO DIRECT LDL

**7. Diabetes mellitus screening**
Z13.1: Encounter for screening for diabetes mellitus
- HEMOGLOBIN A1C

**8. Biventricular implantable cardioverter-defibrillator (ICD) in situ**
Patient has undergone ICD/CRT device implantation monitored by Dr. Patel
Z95.810: Presence of automatic (implantable) cardiac defibrillator

Return to Office
- Nilam Patel, MD for *Follow-up 15 at ETHC_Turkey Creek on 05/20/2025 at 03:30 PM
- Barry Michelson, MD for *Follow-up 15 at ETHC_South on 09/10/2025 at 10:30 AM

Patient Medical History:

| | | |
|---|---|---|
| **Allergies List** | Reviewed Allergies | |
| | **PENICILLINS:** Rash | |
| **Medications** | Reviewed Medications | |
| | **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 entered |
| | **carvediloL 12.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWO TIMES A DAY | 11/16/24 filled |
| | **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 entered |
| | **Entresto 49 mg-51 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days, for heart failure. | 01/04/25 filled |
| | **Farxiga 10 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route for 90 days, for cardiomyopathy. | 01/04/25 filled |
| | **Multi Vitamin** Mens vitafusion 1 daily | 02/06/23 entered |
| | **spironolactone 25 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY MORNING FOR FLUID AND BLOOD PRESSURE | 02/21/25 filled |
| | Immune plus<br>3/12/25: List...csp | |

| | | |
|---|---|---|
| **Family History** | Reviewed Family History | |
| | Father | - Coronary artery bypass graft (died age: 65) |
| | | - Cerebrovascular accident (died age: 65) |
| | | - Myocardial infarction (died age: 65) |
| | | - Diabetes mellitus |
| | | - Hypertensive disorder |
| | Paternal Grandfather | - Myocardial infarction (died age: 75) |
| | Paternal Grandmother | - Cerebrovascular accident |
| | Paternal Aunt | - Cerebrovascular accident |
| | Mother | - Hypertensive disorder |
| | Brother | - Hypertensive disorder |
| | No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy | |

| | |
|---|---|
| **Past Medical History** | Reviewed Past Medical History<br>CHEST PAIN: Y<br>CONGESTIVE HEART FAILURE: Y<br>GERD/REFLUX: Y<br>HIGH BLOOD PRESSURE/HYPERTENSION: Y<br>OBESITY: Y<br>OTHER-1: Y - **PM/ICD Implant**<br>PALPITATIONS: Y<br>SLEEP APNEA: Y<br>Notes: Please refer to Problem section for most recent PMH/NNP |
| **Vaccine History** | Vaccines not reviewed (last reviewed 02/06/2023)<br>COVID VACCINATED |

Electronically Signed by: BARRY MICHELSON, MD

FIELDS, David L (id #98454, dob:

sharecare

LAW OFFICES OF TONY FARMER & JOHN DREISER
1356 PAPERMILL POINTE WAY
KNOXVILLE TN 37909-1903

40997877
Sep 29 2025 8:24 AM
David Fields

TN221
Sep 30 2025 3:26 PM

130

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY & ACCIDENT LAW

*Attorneys At Law*
Tony Farmer
John P. Dreiser
Heather A. Dreiser

September 26, 2025

**VIA FACSIMILE (865) 392-3449**

Tennova Heart - Turkey Creek
10800 Parkside Drive
Suite 331
Knoxville, TN 37934

**Re: David L Fields**
**DOB:**
**SSN:**

Dear Records Custodian:

Enclosed please find a release that allows us to obtain all medical records relating to David L Fields in your organization's possession. At your earliest convenience, we would appreciate your forwarding to us a copy of **any and all medical records for treatment** **SINCE January 1, 2025**, including, but not limited to, all reports, records, clinical notes, diagnostic tests, operative notes, and all other documentation pertaining to the medical care of the patient in your possession relating to the patient.

If there is a reproduction cost for these records, please enclose a statement with the same, and we will see that it is paid promptly. Pursuant to T.C.A. § 63-2-102, the maximum fee for copies of records is $20.00 for reports five (5) page or less in length and fifty cents ($.50) per page for each page copied after the first five (5) pages and the actual cost of mailing. If your office requires pre-payment, please advise our office as soon as possible.

If you would like, please feel free to fax or email (cweaver@farmerdreiser.com) the requested information. Thank you for your time and attention to this request. Your assistance in this regard is greatly appreciated.

Very truly yours,

*Cathy A Weaver*

Cathy A Weaver
Paralegal to John P. Dreiser

Enclosure

**AUTHORIZATION TO RELEASE MEDICAL RECORDS, BILLING INFORMATION, & DATA**

**TO:** **Tennova Heart - Turkey Creek**

**FULL NAME:** **David L Fields**

**DATE OF BIRTH:**

**ADDRESS:**

**SSN:**

I (the above identified Patient or that Patient's personal representative) have retained, TONY FARMER & JOHN DREISER, attorneys, to represent me in certain matters. So they may better represent me, it is my intent and desire that my attorneys have full and complete access to any and all records, information and data in your possession, under your control or that you have access to, including but not limited to hospital records, nursing home records, doctor records, dental records, psychiatric records, drug treatment records, therapy records, diagnostic studies, lab studies, as well as any and all other records, information or data that would describe care, treatment or services rendered to the above described Patient by any health care provider or mental health care provider. I understand that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), HIPAA regulation, as well as other Federal and State laws and regulations, creates a right of privacy that is associated with the records, information and data covered by this release. So that my attorneys may better advise me, and consistent with 45 CFR § 164.508, I expressly authorize you to release the Patient's records, information and data to my attorneys and, as necessary, make a limited waiver of my privacy right for the purpose of giving my attorneys access as follows:

(1) **The information to be disclosed is as follows:** I expressly authorize my attorneys to request any and all records, information or other data (regardless of how those items are identified) related to any and all care, treatment or services provided for the above identified Patient's physical heath, mental health, or psycho-social health. I understand that my records may contain information regarding the diagnosis or treatment of HIV/AIDS, sexually transmitted diseases, drug and/or alcohol abuse, mental illness, or psychiatric treatment. I give my specific authorization for these records to be released. Throughout the remainder of this Release, I collectively refer to all of the Patient's records, information and data as the "Records." This Release is intended to be general, full and all encompassing so that my attorneys can access, without limitation, any and all Records that might help them represent me. This Release applies to any and all Records that are in your possession, under your control or that you have access to. My attorneys are further authorized to limit their request to portions of the Patient's Records and may do so by letter to you. My attorneys are further authorized to meet with and consult with any health care or mental health care provider regarding my condition or regarding any care, treatment or services that the above identified Patient received.

I expressly invoke the AMA Principles of Medical Ethics, as well as Canon E-9.07, as well as similar ethics principles that may apply to other health care disciplines, and request that you cooperate with my attorneys.

(2) I understand that my substance use disorder records are protected under the Federal regulations governing Confidentiality and Substance Use Disorder Patient Records, 42 C.F.R. Part 2, and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. pts 160 & 164, and cannot be disclosed without my written consent unless otherwise provided for by the regulations. The Federal rules prohibit from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. I understand that I may revoke this authorization at any time except to the extent that action has been taken in reliance on it. Unless I revoke my consent earlier, this consent will expire automatically within five (5) years from the date of execution.

(3) **The persons who may request disclosure are as follows:** My attorneys are Tony Farmer, and/or John P. Dreiser. They, together with those persons working for them at the offices of Tony Farmer & John Dreiser or Dreiser Law Group, PLLC, are authorized to request and receive records.

(4) **Term of this Release:** It is my intent that this authorization shall remain effective throughout the time during which my attorneys are representing me. To the extent a term is required, this Release shall be effective for a term of not less than five (5) years from the date of execution.

(5) **Right to Revoke this Release:** I understand that I always retain the right to revoke this Release by notifying the above in writing of my desire to revoke it. However, this Release shall not be revoked while my attorneys are representing me. Any revocation will not apply to information that has already been released in response to this authorization.

(6) **Disclosed Records, Information and Data may not be Protected:** I understand that the information disclosed may be subject to re-disclosure by the recipient and may no longer be protected by 45 CFR § 164.508, or other privacy laws and regulations.

(7) Please note that a photostatic copy of this Release has the full power of the original Release. I understand I do not have to sign this authorization in order to obtain healthcare benefits, (treatment, payment or enrollment, or eligibility for benefits).

David L Fields ✓
**David L Fields**

9-15-25 ✓
(Date)

Attorneys of Record:

Tony Farmer
John P. Dreiser
Attorneys at Law
1356 Papermill Pointe Way
Knoxville, TN 37909
(865) 584-1211

**Lincoln/Fields 0484**

# Medical Records - CONFIDENTIAL

**FROM:** TN - CHS E TENNESSEE HEART CONSULTANTS

Amy T
10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934-1982
Phone: (865) 392-3400
Fax: (865) 392-3449

**TO:**

**Name: FIELDS, DAVID L**

**DOB:**

**Date Range: 01/01/2025 to 09/29/2025**

**This document contains the following records of the patient:**

- **Clinical Documents**
- **Encounters and Procedures**
- **Imaging Results**
- **Lab Results**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:98454-A-10667]

## Clinical Documents

# CONFIDENTIAL Fax

**FROM:**

DON CHOMSKY, MD
10800 Parkside Dr Ste 331, KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**TO:**

BARRY I MICHELSON MD / KNOXVILLE HMA CARDIOLOGY PPM LLC
Fax: (865) 392-3449

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:163478950-H-7654]

**Ascension Saint Thomas Heart Knoxville Comprehensive Heart Failure and Tran**
10800 Parkside Dr Ste 331
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**Send To:** Barry I Michelson MD
**Encounter Summary - Progress Note**
Date Printed: 08/18/2025
Appointment Date:08/07/2025

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:163478950-H-7654]

| | |
|---|---|
| **Patient** | Fields, David L (47yo, M) #3189388 |
| **DOB and Age** | 47yo |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |
| **Primary Care Provider** | **Cardiologist:** BARRY I MICHELSON MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1538159017<br>**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054<br>**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672 | | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | 3 month follow up<br>08/07/2025 - 12:00PM - STPS_ST Hrt CHF_Turkey Creek |
| **History of Present Illness** | Mr. Fields is a 47 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.<br><br>On his last visit 1 year ago, no med changes were made. CPX was ordered and shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE was advised but not pursued. He feels well. He denies CP, SOB, swelling, or syncope. Has positional dizziness but this is short-lived. Wt has been stable. He has been able to do things like yardwork and walking outdoors w/o problems.<br><br>5/7/2025 6-week follow up with TTE. Occasional palpitations. Can walk without issues on even ground, 2-3 flights of stairs, no orthopnea/PND (1 pillow), no edema. Felt dizzy for a few days after increase in sacubitril/valsartan with SBPs in 80s but that subsided. TTE with unchanged EF of 20%, grade 2 DD, mild MR.<br><br>8/7/2025 he returns for follow-up visit. He feels quite well on current medical therapy with no symptoms of shortness of breath, orthopnea, PND, or edema. He denies palpitations, presyncope, or syncope. |
| **Review of Systems** | **ROS as noted in the HPI** |
| **Vitals** | **Ht:** 6 ft (182.88 cm) **Wt:** 268.5 lbs With clothes **BMI:** 36.4 08/07/2025 |



**Lincoln/Fields 0488**

STMP_Saint Thomas Medical Partners • 10800 Parkside Dr Ste 331, KNOXVILLE TN 37934-1922
FIELDS, David L (id #3189388, dob:

| | | | | | |
|---|---|---|---|---|---|
| | | 08/07/2025 12:51 pm | | (121.79 kg) 08/07/2025 12:52 pm | 12:52 pm |
| | BP: | 114/73 sitting 08/07/2025 12:52 pm | HR: | 59 08/07/2025 12:52 pm | |

| | |
|---|---|
| **Results/Interpretations** | |
| **Physical Exam** | General: Well developed, well nourished. Comfortable.<br>Psych: Awake, alert.<br>Neuro: No focal neurological deficit.<br>HEENT: Atraumatic, anicteric, PERRLA, moist mucous membranes. JVP <8.<br>Card: Regular rhythm, normal rate, normal S1/S2, no murmur, no S3/S4, no rub.<br>Pulm: Normal effort, clear bilaterally.<br>Abdomen: Normal bowel sounds, non-distended, non-tender.<br>Extremities: No edema.<br>Skin: No rash or skin defect. |
| **Assessment and Plan** | This visit encompassed the longitudinal relationship with the patient for the care outlined in my assessment and plan.<br><br>**1. Chronic systolic heart failure -**<br>AHA/ACC stage C<br>NYHA I (improved)<br>CPET 1/20/2025 pVO2 13.9 (54% predicted), VE/CO2 33.<br>Euvolemic.<br>CRT-D<br>Mild MR TTE 4/2/2025<br><br>Increase carvedilol to 12.5 mg twice daily<br>Continue sacubitril/valsartan 97/103 BID<br>Continue spironolactone 25 daily<br>Continue dapagliflozin 10 daily<br><br>Return to clinic in 6 months.<br>I50.22: Chronic systolic (congestive) heart failure<br>• carvedilol 12.5 mg tablet - To be submitted on or around 08/18/2025 Take 1 tablet(s) twice a day by oral route for 90 days. Qty: (180) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER Note to Pharmacy: change in dose<br><br>**2. Nonischemic congestive cardiomyopathy -**<br>cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation.<br>I42.0: Dilated cardiomyopathy<br><br>**3. Body mass index 40+ - severely obese -**<br>Stable. c/w wt loss and exercise.<br>Z68.42: Body mass index [BMI] 45.0-49.9, adult<br><br>**4. Obstructive sleep apnea syndrome -**<br>On CPAP and tolerating.<br>G47.33: Obstructive sleep apnea (adult) (pediatric)<br><br>Return to Office<br>• to see Don Chomsky, MD for Established Patient 15 at STPS_ST Hrt CHF_Turkey Creek on or around 02/07/2026 |

Patient Medical History:

| | | |
|---|---|---|
| **Allergies List** | Allergies not reviewed (last reviewed 05/08/2025) | |
| | PENICILLINS | |
| **Medications** | Reviewed Medications | |
| | **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 04/12/23 entered |

| | | | |
|---|---|---|---|
| | **carvedilol 12.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 08/07/25 | prescribed |
| | **Entresto 97 mg-103 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 03/27/25 | prescribed |
| | **Farxiga 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | prescribed |
| | **multivitamin** 1 tab daily | 04/12/23 | entered |
| | **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | entered |
| | **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 05/08/25 | entered |
| **Family History** | None recorded | | |
| **Past Medical History** | (none recorded) | | |
| **Vaccine History** | None recorded | | |

Electronically Signed by: DON CHOMSKY, MD



# CONFIDENTIAL Fax

**FROM:**

KEMAL MARC AKAT, MD, PHD, MSC
10800 Parkside Drive, KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**TO:**

BARRY I MICHELSON MD / KNOXVILLE HMA CARDIOLOGY PPM LLC
Fax: (865) 392-3449

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have Internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:157925076-H-7654]

**Ascension Medical Group Saint Thomas Turkey Creek**
10800 Parkside Drive
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**Send To:** Barry I Michelson MD
**Encounter Summary - Progress Note**
Date Printed: 05/08/2025
Appointment Date:05/08/2025

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:157925076-H-7654]

| | |
|---|---|
| **Patient** | Fields, David L (47yo, M) #3189388 |
| **DOB and Age** | 47yo |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | [illegible] | **Home Phone** | |
| | | **Work Phone** | |
| **Primary Care Provider** | **Cardiologist:** BARRY I MICHELSON MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1538159017<br>**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054<br>**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672 | | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | 6 week follow up<br>05/08/2025 - 11:20AM - STPS_ST Hrt CHF_Turkey Creek |
| **History of Present Illness** | Mr. Fields is a 46 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.<br><br>On his last visit 1 year ago, no med changes were made. CPX was ordered and shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE was advised but not pursued. He feels well. He denies CP, SOB, swelling, or syncope. Has positional dizziness but this is short-lived. Wt has been stable. He has been able to do things like yardwork and walking outdoors w/o problems.<br><br>5/7/2025 6-week follow up with TTE. Occasional palpitations. Can walk without issues on even ground, 2-3 flights of stairs, no orthopnea/PND (1 pillow), no edema. Felt dizzy for a few days after increase in sacubitril/valsartan with SBPs in 80s but that subsided. TTE with unchanged EF of 20%, grade 2 DD, mild MR. |
| **Review of Systems** | **ROS as noted in the HPI** |
| **Vitals** | 2025-05-08 11:49<br>**Ht:** 6 ft (182.88 cm) **Wt:** 266.4 lbs (120.84 kg) **BMI:** 36.1<br>**BP:** 103/66 **HR:** 64 |



Lincoln/Fields 0492

| | |
|---|---|
| **Results/Interpretations** | None recorded |
| **Physical Exam** | General: Well developed, well nourished. Comfortable.<br>Psych: Awake, alert, euthymic mood and broad affect.<br>Neuro: No focal neurological deficit.<br>HEENT: Atraumatic, anicteric, PERRLA, moist mucous membranes. JVP <8.<br>Card: Regular rhythm, normal rate, normal S1/S2, no murmur, no S3/S4, no rub.<br>Pulm: Normal effort, clear bilaterally.<br>Abdomen: Normal bowel sounds, non-distended, non-tender.<br>Extremities: No edema.<br>Skin: No rash or skin defect. |
| **Assessment and Plan** | This visit encompassed the longitudinal relationship with the patient for the care outlined in my assessment and plan.<br><br>**1. Chronic systolic heart failure** -<br>AHA/ACC stage C<br>NYHA II<br>CPET 1/20/2025 pVO2 13.9 (54% predicted), VE/CO2 33.<br>Euvolemic.<br>CRT-D<br>Mild MR TTE 4/2/2025<br><br>Increase carvedilol to 18.75 mg BID.<br>Continue sacubitril/valsartan 97/103 BID<br>Continue spironolactone 25 daily<br>Continue dapagliflozin 10 daily<br><br>Return to clinic in 3 months.<br>I50.22: Chronic systolic (congestive) heart failure<br>• MEDICAL RECORD REQUEST* - Note to Provider: Please fax results of most recent bmp/cmp to 615-222-5399. Thank you.<br>• carvedilol 12.5 mg tablet - Take 1.5 tablet(s) twice a day by oral route for 90 days. Qty: (270) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER<br><br>**2. Nonischemic congestive cardiomyopathy** -<br>Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation.<br>I42.0: Dilated cardiomyopathy<br><br>**3. Body mass index 40+ - severely obese** -<br>Stable. c/w wt loss and exercise.<br>Z68.42: Body mass index [BMI] 45.0-49.9, adult<br><br>**4. Obstructive sleep apnea syndrome** -<br>On CPAP and tolerating.<br>G47.33: Obstructive sleep apnea (adult) (pediatric)<br><br>Return to Office<br>• Don Chomsky, MD for Established Patient 15 at STPS_ST Hrt CHF_Turkey Creek on 08/07/2025 at 12:00 PM |

Patient Medical History:

| | | |
|---|---|---|
| **Allergies List** | Reviewed Allergies | |
| | **PENICILLINS** | |
| **Medications** | Reviewed Medications | |
| | **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 04/12/23 entered |
| | **carvediloL 12.5 mg tablet**<br>Take 1.5 tablet(s) twice a day by oral route for 90 days. | 05/08/25 prescribed |
| | **Entresto 97 mg-103 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 03/27/25 prescribed |
| | **Farxiga 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 prescribed |

| | | |
|---|---|---|
| | **multivitamin** 1 tab daily | 04/12/23 entered |
| | **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 entered |
| | **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 05/08/25 entered |
| **Family History** | None recorded | |
| **Past Medical History** | (none recorded) | |
| **Vaccine History** | None recorded | |

Electronically Signed by: KEMAL MARC AKAT, MD, PHD, MSC



# CONFIDENTIAL Fax

**FROM:**

WARREN K STRIBLING MD
10800 Parkside Drive, KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**TO:**

BARRY I MICHELSON MD / KNOXVILLE HMA CARDIOLOGY PPM LLC
Fax: (865) 392-3449

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have Internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:155229659-H-7654]

Ascension Saint Thomas
Ascension Medical Group Saint Thomas Turkey Creek
10800 Parkside Drive
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945, Fax: (615) 222-5399

Date: 03/28/2025

RE: David Fields, DOB: PT ID #3189388

Dear Barry I Michelson MD,

I would like to thank you for referring David Fields to our practice for consultation and evaluation of chronic systolic heart failure, 1 year follow up , on 03/27/2025. I have enclosed a copy of the office evaluation for your records. Once again, thank you for allowing me to participate in the care of this patient.

Sincerely,

Electronically Signed by: WARREN K STRIBLING MD

ENCOUNTER REASON/DATE

chronic systolic heart failure, 1 year follow up
03/27/2025 - 12:00PM - STPS_ST Hrt CHF_Turkey Creek

HISTORY OF PRESENT ILLNESS:

Mr. Fields is a 46 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.

On his last visit 1 year ago, no med changes were made. CPX was ordered and shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE was advised but not pursued. He feels well. He denies CP, SOB, swelling, or syncope. Has positional dizziness but this is short-lived. Wt has been stable. He has been able to do things like yardwork and walking outdoors w/o problems.

ALLERGIES:

Allergies not reviewed (last reviewed 04/25/2024)
**PENICILLINS**

MEDICATIONS:

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg tablet,delayed release** Take 1 tablet(s) every day by oral route. | 04/12/23 | entered |
| **carvediloL 12.5 mg tablet** Take 1 tablet(s) twice a day by oral route. | 04/25/24 | entered |
| **Entresto 97 mg-103 mg tablet** Take 1 tablet(s) twice a day by oral route for 90 days. | 03/27/25 | prescribed |
| **Farxiga 10 mg tablet** Take 1 tablet(s) every day by oral route. | 10/12/23 | prescribed |
| **multivitamin** 1 tab daily | 04/12/23 | entered |
| **spironolactone 25 mg tablet** Take 1 tablet(s) every day by oral route. | 10/12/23 | entered |

FAMILY HISTORY:

None recorded

SOCIAL HISTORY:

Social History not reviewed (last reviewed 10/12/2023)

PAST MEDICAL HISTORY:

(none recorded)

SURGERY/PROCEDURE/DIAGNOSTIC HISTORY

- Cardiopulm exercise testing - 01/20/2025 - Peak VO2 - 13.9, pred 54%, RER - 1.03, slope - 32.85
- Echo - 03/29/2024 - LVEF 20%; grade II DD; moderately elevated LV filling pressure; severe global LV systolic dysfunction; mild AR; mild to moderate LAE; moderate to severe MR.
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Cardiac mri - 06/15/2023 - LVEF 27%; severely dilated LV with moderate systolic dysfunction; normal RV size with moderate systolic dysfunction ; moderate LAE; mild RAE; mild MR; dilated main pulmonary artery.
- Echo - 05/08/2023 - LVEF 20%; LV size is moderately dilated; Grade II DD; mild AR; mild to moderate LAE; mild to moderate MR; mild TR.
- Cardiac catheterization - 02/17/2023 - LVEF 10-15%; LV is dilated; severe global LV dysfunction; probably moderate MR; normal coronaries.
- Echo - 02/09/2023 - LVEF 10-15%; Severe global hypokinesis; LV mildly dilated; mild LAE and RAE; mild TR.

REVIEW OF SYSTEMS:

None recorded

VITALS:

| | | |
|---|---|---|
| **Ht:** 6 ft (182.88 cm) 03/27/2025 12:02 pm | **Wt:** 266 lbs (120.66 kg) 03/27/2025 12:03 pm | **BMI:** 36.1 03/27/2025 12:03 pm |
| **BP:** 113/80 03/27/2025 12:03 pm | **Pulse:** 60 bpm 03/27/2025 12:03 pm | |

PHYSICAL EXAM

**Constitutional:**
General Appearance: appears stated age and **overweight**. Level of Distress: comfortable.

**Psychiatric:**
Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:**
Lids and Conjunctivae: no discharge, pallor, or xanthelasma and anicteric.

**ENMT:**
Lips, Teeth, and Gums: normal dentition. Ears: no lesions on external ear and (normal) hearing. Nose: no lesions on external nose or nasal discharge and nares patent. Oropharynx: no cyanosis or pallor.

**Neck:**
Neck: supple and trachea midline. Jugular Veins: normal jugular venous pressure.

**Lungs:**
Respiratory Effort: unlabored. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:**
Rate And Rhythm: regular. Heart Sounds: normal S1 and S2 and no rub, gallop, or click. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no cyanosis or edema.

**Abdomen:**
Inspection and Palpation: non distended or tender and soft and no masses. Liver: non tender or no hepatomegaly. Spleen: non tender.

**Musculoskeletal:**
Inspection: no joint tenderness or swelling and normal back.

**Neurologic:**
Gait: normal gait. Neurological: no focal deficits and cranial nerves intact.

**Skin:**
Inspection and Palpation: warm and dry. Nails: no clubbing.

## Procedure Documentation

None recorded

## Studies Interpreted

None recorded

## Assessment/Plan

**1. Chronic systolic heart failure -**
He has stage C HF w/ stable NYHA class II symptoms. He is on reasonable GDMT and has undergone CRT-D. CPX is not suggestive of poor prognosis or need for advanced therapies. Getting recent labs from Dr. Michelson. Increase Entresto to max dose and fu in 1 month for labs and bp check w/ NP
I50.22: Chronic systolic (congestive) heart failure

- Entresto 97 mg-103 mg tablet - Take 1 tablet(s) twice a day by oral route for 90 days. Qty: (180) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER Note to Pharmacy: to replace previous dose
- MEDICAL RECORD REQUEST* - Note to Provider: Please fax results of most recent bmp/cmp to 615-222-5399. Thank you.
- MEDICAL RECORD REQUEST* - Note to Provider: Please fax results of most recent bmp/cmp to 615-222-5399. Thank you.
- US, ECHOCARDIOGRAM

Authorization: BCBS-TN (PPO) | NOTREQUIRED

**2. Nonischemic congestive cardiomyopathy -**
Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation. He is being treated w/ GDMT and has undergone CRT-D though I am uncertain this will lead to much improvement as QRS duration was not very long and he did not have LBBB. Repeat echo to eval LVSF and mitral valve as he has had MR in past.
I42.0: Dilated cardiomyopathy

**3. Body mass index 40+ - severely obese -**
Stable. c/w wt loss and exercise.
Z68.42: Body mass index [BMI] 45.0-49.9, adult

**4. Obstructive sleep apnea syndrome -**
On CPAP and tolerating.
G47.33: Obstructive sleep apnea (adult) (pediatric)

Return to Office

- Kemal Marc Akat, MD, PhD, MSc for Established Patient 20 at STPS_ST Hrt CHF_Turkey Creek on 05/08/2025 at 11:20 AM

## Encounters and Procedures

Clinical Encounter Summaries

**FIELDS, David L (id #98454, dob:**
**Encounter Date: 09/12/2025**

## Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (47yo, M) ID# 98454 | **Appt. Date/Time** | 09/12/2025 09:15AM |
| **DOB** | | **Service Dept.** | ETHC_South |
| **Provider** | BARRY MICHELSON, MD | | |
| **Insurance** | Med Primary: MEDICARE-TN (MEDICARE)<br>Insurance # : 6JW2KG4UR19<br>Med Secondary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130287<br>Prescription: check now | | |

## Chief Complaint

6 month follow up
Followup: Nonischemic congestive cardiomyopathy
Followup: Left ventricular cardiac dysfunction

## Patient's Care Team

**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-5399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672
**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054

## Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

## Vitals

2025-09-12 09:28

| | | | | | |
|---|---|---|---|---|---|
| **BP Cuff Size:** | large adult<br>large adult | **BP Measurement Method:** | manual<br>manual | **Ht:** | 6 ft |
| **Wt:** | 268.4 lbs | **BP:** | 92/64 sitting L arm<br>96/70 standing L arm | **BMI:** | 36.4 |

## Measurements

None recorded.

## Allergies

Reviewed Allergies

**PENICILLINS**: Rash

## Medications

**Lincoln/Fields 0501**

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 | entered |
| **carvediloL 12.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 06/11/25 | filled |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 | entered |
| **Entresto 97 mg-103 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 08/13/25 | filled |
| **Farxiga 10 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route for 90 days, for cardiomyopathy. | 06/19/25 | filled |
| **Multi Vitamin**<br>Mens vitafusion 1 daily | 02/06/23 | entered |
| **spironolactone 25 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY MORNING FOR FLUID AND BLOOD PRESSURE | 08/13/25 | filled |

immune plus
9/12/25 memory..csp

## Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

## Problems

Reviewed Problems

- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- First degree atrioventricular block - Onset: 06/08/2023
- History of SARS-CoV-2 - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- Obesity - Onset: 06/08/2023
- Biventricular automatic implantable cardioverter defibrillator in situ - Onset: 05/23/2024
- Chronic systolic heart failure - Onset: 05/23/2024
- Mitral valve regurgitation - Onset: 05/23/2024
- Heart failure - Onset: 02/09/2023
- Essential hypertension - Onset: 02/06/2023

## Family History

Reviewed Family History

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Combined Follow-up Report

Fields , David L
20 May 2025 15:28

**Histograms Since Last Reset (25 Nov 2024)**







**Heart Rate Variability**

**Last Measure For 24-hour period ending 10 May 2025 03:15**

| | | | |
|---|---|---|---|
| % of Time Used | 68 | Mode | DDDR |
| Footprint | 32 % | Sensed AV Delay | 180 ms |
| SDANN | 73 ms | Ventricular Pacing Chamber | BiV |
| | | LV Offset | 0 ms |




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.

**Heart Rate Variability**

**Reference-measured For 24-hour period ending 25 Jul 2023 03:41**

| | | | |
|---|---|---|---|
| % of Time Used | 68 | Mode | DDDR |
| Footprint | 29 % | Sensed AV Delay | 180 ms |
| SDANN | 69 ms | Ventricular Pacing Chamber | BiV |
| | | LV Offset | 0 ms |




**All Events Since Last Reset (25 Nov 2024)**

| | |
|---|---|
| 20 May 2025 11:26 | LV Auto |
| 20 May 2025 11:24 | RA Auto |
| 20 May 2025 11:23 | RV Auto |
| 18 May 2025 01:50 | APM RT at 60 bpm |
| 16 May 2025 17:22 | ATR at 183 bpm, Avg V Rate in ATR: 103 bpm |
| 16 May 2025 14:16 | ATR at 150 bpm, Avg V Rate in ATR: 106 bpm |
| 16 May 2025 05:15 | ATR at 108 bpm, Avg V Rate in ATR: 108 bpm |
| 10 May 2025 16:00 | ATR at 232 bpm, Avg V Rate in ATR: 109 bpm |
| 09 May 2025 20:41 | ATR at 218 bpm, Avg V Rate in ATR: 106 bpm |
| 08 May 2025 07:19 | ATR at 190 bpm, Avg V Rate in ATR: 105 bpm |
| 01 May 2025 15:08 | PMT at 125 bpm |
| 24 Apr 2025 19:12 | ATR at 110 bpm, Avg V Rate in ATR: 107 bpm |
| 10 Apr 2025 05:33 | ATR at 115 bpm, Avg V Rate in ATR: 108 bpm |
| 09 Apr 2025 18:19 | ATR at 218 bpm, Avg V Rate in ATR: 98 bpm |
| 08 Apr 2025 05:43 | ATR at 115 bpm, Avg V Rate in ATR: 115 bpm |
| 03 Mar 2025 09:02 | PMT at 125 bpm |
| 22 Dec 2024 17:23 | PMT at 125 bpm |



© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.

| Boston Scientific | LATITUDE™ Programming System | | Report Created 20 May 2025 |
|---|---|---|---|
| | **Selected Episodes Report** | | |
| | **Fields , David L** | | Last Office Interrogation |
| | Date of Birth | : | 25 Nov 2024 |
| | Device | RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode | Monitor + Therapy | 14 Jul 2023 |

**Event ATR-527: 16 May 2025 17:22** 25mm/s
**ATR Event Onset**
Avg A Rate: 183 bpm
Avg V Rate: 111 bpm
**In ATR**
Avg V Rate: 103 bpm
**Event Ended 00:00:08**




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.


**Lincoln/Fields 0505**

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Selected Episodes Report

Fields , David L
20 May 2025 15:28




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

©2025
Boston Scientific Corporation
or its affiliates. All rights reserved.


Lincoln/Fields 0506

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Selected Episodes Report

Fields , David L
20 May 2025 15:28




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.


Lincoln/Fields 0507

LATITUDE™ Programming System
Selected Episodes Report

Fields , David L
20 May 2025 15:28




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**
**Encounter Date: 03/12/2025**

Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (47yo, M) ID# 98454 | **Appt. Date/Time** | 03/12/2025 11:15AM |
| **DOB** | | **Service Dept.** | ETHC_South |
| **Provider** | BARRY MICHELSON, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130287<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

Chief Complaint

Followup: Nonischemic congestive cardiomyopathy
Followup: Chronic systolic heart failure
Followup: Essential hypertension
Followup: First degree atrioventricular block
Followup: Left ventricular cardiac dysfunction

Patient's Care Team

**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-5399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672
**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054

Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **BP Cuff Size:** | adult 03/12/2025 10:47 am<br>adult 03/12/2025 10:47 am | **BP Measurement Method:** | manual 03/12/2025 10:47 am<br>manual 03/12/2025 10:47 am | **Ht:** | 6 ft 03/12/2025 10:47 am |
| **Wt:** | 263.4 lbs With clothes 03/12/2025 10:47 am | **BP:** | 104/60 sitting L arm 03/12/2025 10:53 am<br>98/60 standing L arm 03/12/2025 10:53 am | **BMI:** | 35.7 03/12/2025 10:47 am |
| **HR:** | 60 03/12/2025 10:55 am | | | | |

Measurements

None recorded.

Allergies

Reviewed Allergies

**PENICILLINS**: Rash

Medications

Lincoln/Fields 0509

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 | entered |
| **carvediloL 12.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWO TIMES A DAY | 11/16/24 | filled |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 | entered |
| **Entresto 49 mg-51 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days, for heart failure. | 01/04/25 | filled |
| **Farxiga 10 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route for 90 days, for cardiomyopathy. | 01/04/25 | filled |
| **Multi Vitamin**<br>Mens vitafusion 1 daily | 02/06/23 | entered |
| **spironolactone 25 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY MORNING FOR FLUID AND BLOOD PRESSURE | 02/21/25 | filled |

immune plus
3/12/25: List...csp

## Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

## Problems

Reviewed Problems

- Obesity - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Mitral valve regurgitation - Onset: 05/23/2024
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- First degree atrioventricular block - Onset: 06/08/2023
- Chronic systolic heart failure - Onset: 05/23/2024
- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- Biventricular automatic implantable cardioverter defibrillator in situ - Onset: 05/23/2024
- History of SARS-CoV-2 - Onset: 06/08/2023
- Heart failure - Onset: 02/09/2023
- Essential hypertension - Onset: 02/06/2023

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

## Social History

Reviewed Social History
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
Do you or have you ever used any other forms of tobacco or nicotine?: No
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 03/12/2025
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What is your exercise level?: Occasional (Notes: ADL)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: High school graduate (Notes: local truck driver)
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
First name used: David
Sexual orientation: Straight or heterosexual

## Surgical & Procedure History

Reviewed Surgical & Procedure History
- Cardiac catheterization (surg) - 2/2023
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

## Past Medical History

Reviewed Past Medical History
CHEST PAIN: **Y**
CONGESTIVE HEART FAILURE: **Y**
GERD/REFLUX: **Y**
HIGH BLOOD PRESSURE/HYPERTENSION: **Y**
OBESITY: **Y**
OTHER-1: **Y - PM/ICD implant**
PALPITATIONS: **Y**
SLEEP APNEA: **Y**
Notes: Please refer to Problem section for most recent PMH/NNP

## Documents for Discussion

**Discussed the following documents:**

- CARDIOPULMONARY STRESS TEST (PROC) - 01/20/25
- Patient Portal - Health History - 03/12/25
- Patient Portal - Patient Submitted Health History - 11/25/24
- Facility - Continuity of Care Document - Tennova - Jefferson Memorial Hospital - 01/21/25
- Cardiology - Ambulatory Summary - Chart ID:2314460 - Warren Stribling - TN - Ascension - Tennessee - W KYLE STRIBLING MD - 01/21/25

## Screening

None recorded.

## HPI

Patient is a 39-year-old male that is asked to be seen in followup for cardiac evaluation. We had seen him about 10 years ago. Abnormal stress test. This led to a cardiac catheterization. A small circumflex arose anomalously from the right coronary cusp. LV function was normal. There is a strong family history of coronary disease in the patient's father beginning at age 33 of 34. He died within the last year of complications of coronary artery disease at age 65.. He also has a cousin who was told that he had an elevated coronary calcium score and subsequently went on to be a catheterization and bypass surgery.

The patient is not having symptoms of chest pain or exercise intolerance dyspnea or orthopnea. No dysrhythmias have been identified. He does have a history of hypertension which she states is typically well controlled. He attributes his elevated blood pressure today to nervousness. Patient does not exercise regularly but is able to do his normal activities without limitation. His last LDL cholesterol 58.

The patient requested follow-up on February 6, 2023. Over the past several weeks he has been complaining of abdominal distention pedal edema and shortness of breath with activity. He contacted Cindy Pittman who is a relative of his. She thought that follow-up was appropriate. The patient reported some vague epigastric and chest discomfort. He went to the emergency room in Rogersville. His chest x-ray suggested borderline cardiomegaly but was otherwise unremarkable. His abdominal gas pattern was normal. His COVID screen was negative. No lab work was done a UTI was not diagnosed based on a urine analysis was. He states in the last several weeks he has gained about 9 or 10 pounds. He feels as if his belly is swollen and distended. He has been treated with multiple GI medications and actually got partial relief. He complained of some fluttering in his chest but no syncope or near syncope. He is not having any chest pain. At its worst he had mild pitting edema just over his lower calfs. He reports he has been watching his diet as far as fluid and salt intake and recently has been eating primarily salads

Patient reports that his bowel habits have increased in frequency. He thinks urination may have diminished mildly

The patient had an echocardiogram performed which demonstrated severe global left ventricular dysfunction EF of 10 to 15%. Right ventricular function was diminished as well. No hemodynamically significant valvular abnormalities were seen. Troponin was normal proBNP was elevated at 3953 CBC was unremarkable there was mild elevation in ALT and AST BUN and creatinine were normal at 18 and 1.16 bilirubin was 2.5
Because of the findings we brought him back to the office as quickly as possible to initiate therapy. There is really been no change in his status over the last 3 days. We did discuss changes in medications including substituting Entresto for lisinopril and adding carvedilol as well as an SGLT2 2 inhibitor. We also discussed cardiac catheterization to rule out coronary disease as an etiology. We also discussed long-term goals and possible need for ICD or advanced care if he does not respond well to medication

Catheterization was performed. Left ventricle was severely dilated with an EF estimated 10 to 15% end-diastolic pressure was estimated at 40 mmHg. He did not have significant blockages in his coronaries. Appropriate medical therapy was continued. He has lost approximately 20 pounds with diuresis. Overall the patient's breathing has improved. He is not having significant orthopnea. His exercise tolerance is marginally better. He is scheduled to see the St. Thomas heart failure service in April. He has not been monitoring blood pressures at home but I suggested that he do this. His ICD has not discharged (ZOLL LifeVest).

Patient is seen in follow-up on June 23, 2023. Since his last visit he has seen Dr. Patel. There is a plan for implantation of a subcutaneous ICD in July. The MRI was performed as requested by Dr. Stribling. This confirms severe dilated left ventricle with severe left ventricular dysfunction. Interpretation could not exclude prior infarction but this certainly would not be consistent with findings on his coronary angiography.

**FIELDS, David L (id #98454, dob:**

Patient has been doing reasonably well clinically. He brought in an extensive recordings of his blood pressure heart rate and weight. His blood pressures typically are between 90 and 100 systolic limiting our ability to increase medications. Patient feels that he is much better than at his time of his presentation. He can walk unlimited distances on level ground. He does report some dyspnea when walking uphill. He is not having problems with orthopnea. He is scheduled to see Dr. Stribling in October

The patient was seen in follow-up on September 8, 2023. He actually underwent implantation of a ICD CRT device. He early on had some issues with diaphragmatic pacing but these have been reprogrammed. He has occasional "hiccups". His exercise tolerance is improved but certainly is not where he wants it to be. He keeps a good log of his blood pressure. Blood pressure is marginal for increasing medications. He will occasionally report transient lightheadedness if he is bending over and stands up suddenly. We discussed venous pooling and that this was something that we would keep an eye on but to be aware of it and try movement immediately. He is not having significant problems with edema

Patient is seen in follow-up on March 13, 2024. Clinically he is doing well. He is able to do more physical exercise but limits himself in terms of duration. He is not having any chest pain. He does have occasional "hiccups". Which seem to be positional and are likely due to intermittent phrenic nerve pacing from his BiV ICD. He has had no interval hospitalizations. His weight has been stable. He has not had any edema. He continues to monitor his blood pressures and they are marginal for any increase in his medical regimen (systolics typically 100-104).

Patient is seen in follow-up on September 11, 2024. Clinically he is stable to marginally improved. He has seen Dr. Stribling in the past and is scheduled to go to Nashville after the first of the year to have a 6-minute walk test as well as potentially other testing performed. He is not having significant orthopnea or paroxysmal nocturnal dyspnea. He is not having significant dependent edema. He monitors blood pressures frequently. They tend to be in the 90-100 systolic range limiting any future changes in medications.

The patient is seen in follow-up on March 12, 2025. Since his last visit he has been seen by Dr. Stribling. He evidently had cardiopulmonary testing performed. I believe the conclusion was he is not yet a candidate for transplant. The patient has an appointment to see Dr. Stribling in late March. He has been doing well. He denies problems with chest pain or shortness of breath orthopnea paroxysmal nocturnal dyspnea. To the best of his knowledge he has not had any ICD therapies administered. He states that he walked he thinks for about 10-1/2 minutes on the protocol. It may have been a modified bruise from how he was describing it is 0% grade to begin with. Blood pressures remain a little on the low side but he is not really symptomatic. He has had no interval hospitalizations

## ROS

**Constitutional:** Constitutional: no significant weight gain or loss and no fever, night sweats, or exercise intolerance.

**Eyes:** Eyes: no irritation, dry eyes, or vision change.

**ENMT:** Ears: no difficulty hearing or ear pain. Nose: no frequent nosebleeds, nose problems, or sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems.

**Cardiovascular:** Cardiovascular: no shortness of breath when walking or breath when lying down and no palpitations, chest pain, arm pain on exertion, or known heart murmur.

**Respiratory:** Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

**Gastrointestinal:** Gastrointestinal: no vomiting, diarrhea, dyspepsia, GERD, or abdominal pain and normal appetite and not vomiting blood.

**Genitourinary:** Genitourinary: no incontinence, hematuria, difficulty urinating, or increased frequency.

**Musculoskeletal:** Musculoskeletal: no muscle aches or weakness and no arthralgias/joint pain, back pain, or swelling in the extremities.

**Integumentary:** Skin: no jaundice, rashes, laceration, or abnormal mole.

**Neurologic:** Neurologic: no weakness, numbness, seizures, dizziness, migraines, headaches, tremor, or loss of consciousness.

**Psychiatric:** Psych: no depression, anxiety, hallucinations, sleep disturbances, alcohol abuse, or suicidal thoughts and feeling safe in a relationship.

**Endocrine:** Endocrine: no fatigue.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no bruising, swollen glands, or excessive bleeding.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, sinus pressure, or frequent sneezing.

## Physical Exam

**Constitutional:** General Appearance: appears stated age and **obese**. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:** Lids and Conjunctivae: no xanthelasma or arcus senilis.

**ENMT:** Lips, Teeth, and Gums: normal dentition. Nose: no lesions on external nose.

**Neck:** Neck: supple and trachea midline. Carotid Arteries: bilateral normal upstroke and no bruits. Jugular Veins: jugular venous pressure unable to assess. Cervical Lymph Nodes: non tender.

**Lungs:** Respiratory Effort: unlabored. Chest Exam: normal curvature. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Precordial Exam: non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: **BTK edema .**

**Peripheral Pulses:** Pulses: full and equal in all extremities except if noted. Radial Pulse: normal. Dorsalis Pedis Pulse: normal.

**Abdomen::** Inspection and Palpation: non distended or tender, normal aorta and bowel sounds, no bruit or masses, and soft;
**Abdomen is mildly distended soft with no rebound or guarding**

**Musculoskeletal:** Inspection: no joint tenderness.

**Neurologic:** Gait: normal gait. Motor: normal strength.

**Skin:** Inspection and Palpation: warm and dry.

## Assessment / Plan

**1. Primary idiopathic dilated cardiomyopathy -**

Patient has severe global left ventricular dysfunction in the absence of significant coronary disease. We will add spironolactone to his medical regiment increase the dose of carvedilol. He is scheduled for follow-up or evaluation by advanced heart failure team from St. Thomas. He will continue with the LifeVest until we reassess LV function probably in 2 months

The patient is undergone evaluation by the advanced heart failure team at St. Thomas. He is also seen Dr. Patel. He is on a good regimen which has been responsive as far as his symptoms. I do not think we can increase dosing of medications further given his issues with hypotension or low normotension (systolics in the 90s) on his current regimen.

The patient has had a BiV ICD with CRT therapy implant

I42.0: Dilated cardiomyopathy

**2. Nonischemic congestive cardiomyopathy** -

Patient has nonischemic cardiomyopathy. He is on a reasonable medical regimen limited by blood pressure. He is followed by the advanced heart failure clinic at St. Thomas. He is followed by EP and has had a BiV ICD/CRT device implanted which seems to be working normally.

As the patient has had the BiV ICD CRT device in some period of time we will order an echocardiogram.

Stable on current therapy. Blood pressure precludes aggressive intensification. Followed by the heart failure clinic at St. Thomas.

I42.0: Dilated cardiomyopathy

- ELECTROCARDIOGRAM
- NT PROBNP

**3. First degree atrioventricular block**

I44.0: Atrioventricular block, first degree

- HEART BLOCKS: CARE INSTRUCTIONS

**4. Left ventricular cardiac dysfunction**

I50.30: Unspecified diastolic (congestive) heart failure

**5. Essential hypertension -**

continued monitoring of blood pressures suggested to make sure adequate control is being obtained.

I10: Essential (primary) hypertension

- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE
- CBC (INCLUDES DIFF/PLT)

6. **Lipid screening**

Z13.220: Encounter for screening for lipoid disorders

- COMPREHENSIVE METABOLIC PANEL
- LIPID PANEL WITH REFLEX TO DIRECT LDL

7. **Diabetes mellitus screening**

Z13.1: Encounter for screening for diabetes mellitus

- HEMOGLOBIN A1C

8. **Biventricular implantable cardioverter-defibrillator (ICD) in situ**

Patient has undergone ICD/CRT device implantation monitored by Dr. Patel
Z95.810: Presence of automatic (implantable) cardiac defibrillator

Return to Office

- Nilam Patel, MD for *Follow-up 15 at ETHC_Turkey Creek on 05/20/2025 at 03:30 PM
- Barry Michelson, MD for *Follow-up 15 at ETHC_South on 09/10/2025 at 10:30 AM

Encounter Sign-Off

Encounter signed-off by Barry Michelson, MD, 03/12/2025.

Encounter performed and documented by Barry Michelson, MD
Encounter reviewed & signed by Barry Michelson, MD on 03/12/2025 at 11:18 AM

98454 3/5/2026 3:19:22 PM FIELDS, DAVID TENNOVA HEALTHCARE (1)
Born Male

Rate 65 . ATRIAL-VENTRICULAR DUAL-PACED COMPLEXES

PR 243
QRSD 152
QT 456
QTc 475

--AXIS--
P 82
QRS 0
T 64

- ABNORMAL ECG -

FIELDS, DAVID #98454
* 81426580w10667 Single Page E-ImagDoc

Unconfirmed Diagnosis




Dev: W020 CATHD Speed: 25 mm/sec Limb: 10 mm/mV Chest: 10.0 mm/mV 60~ 0.50-100 Hz W PH090A b L P?
PHILIPS

**Lincoln/Fields 0516**

## Imaging Results

### ELECTROCARDIOGRAM (#12353391, 09/12/2025 9:46am)

| Report | Result | Ref. Range | Units | ⚠ | Status | Facility | Date |
|---|---|---|---|---|---|---|---|
| Interpretation: | Sinus rhythm ventricular pacing | | | | | | |

Tennova™ Medical Group

# CRT_D EVALUATION FORM

## PATIENT INFO

**Date of Service:** 08/08/2025
**Follow-up Provider:** Nilamkumar Patel
**EMR Patient ID:** 98454
**Visit ID:**

| | | | | | |
|---|---|---|---|---|---|
| **Name** | Fields, David | **Date of Birth** | | **Session Type** | Remote (Scheduled) |
| **Model** | Resonate X4 CRT-D - G447 | **Serial** | 310757 | **Device Type** | CRT_D |
| **Implant date** | 07/14/2023 | **Vendor** | Boston Sci. | | |

| | |
|---|---|
| **Device Codes** | Nonrheumatic mitral (valve) insufficiency(I34.0) \| Dilated cardiomyopathy (I42.0) \| Atrioventricular block, first degree (I44.0) \| Essential (Primary) Hypertension(I10) \| Personal history of COVID-19(Z86.16) \| Obstructive sleep apnea (adult) (pediatric)(G47.33) \| Presence of automatic (implantable) cardiac defibrillator (Z95.810) |
| **HF Codes** | Heart failure, unspecified (I50.9) \| Unspecified diastolic (congestive) heart failure (I50.30) \| Chronic systolic (congestive) heart failure (I50.22) |

## DEVICE STATUS

| | | | | |
|---|---|---|---|---|
| **Battery Voltage:** | **Estimated Longevity:** 9 years | | **Battery Status:** | OK |
| **Last Charge Date:** | 05/29/2025 | **Charge time:** | 10.5 sec | |
| **Sensing:** | Atrial = 3.4 mV | | | |
| **Impedance:** | Atrial = 744 ohms | RV = 331 ohms | LV = 647 ohms | |
| **Defibrillation Impedance:** | | RV = 72 ohms | | |
| **Thresholds:** | Atrial = 0.5 V @ 0.4 ms | RV = 0.6 V @ 0.4 ms | LV = 0.7 V @ 0.8 ms | |

## PARAMETERS

| | | | | | |
|---|---|---|---|---|---|
| **Mode:** | DDDR | **Base Rate:** | 60 bpm | | |
| **CRT V-V Delay:** | 0.0 ms | **Upper Track:** | 125 bpm | **Upper Sensor:** | 130 bpm |
| **Mode Switch:** | 170 bpm | **Paced AV:** | 240 ms | **Sensed AV:** | 180 ms |
| **Detection** | | | | | |
| **VF** | 200 bpm | **Status** | ON | | |
| **VT** | 170 bpm | **Status** | Monitor | | |

## Current Events (Since Jul 04, 2025)

| Episode Type | Most Recent | Longest | Fastest | Counter |
|---|---|---|---|---|
| AT/AF | Jul 16, 2025 at 4:59 PM | Jul 16, 2025 at 4:59 PM | Jul 16, 2025 at 4:59 PM | 2 |

| | | | | |
|---|---|---|---|---|
| | A Rate: 217 bpm (276 ms) 11 s | A Rate: 217 bpm (276 ms) 11 s | | A Rate: 217 bpm (276 ms) 11 s |
| **Pacing %:** | **Atrial = 34.0 %** | **RV = 96.0 %** | **Bi-V = 99.0 %** | |
| **% of Time in AT/AF** | <1.0 % | | | |

## Observations

**Device Summary**

Remote interrogation of Boston Sci. CRT-D
Date of Implant: Jul 14, 2023
Programmed Mode: DDDR
Lower Rate: 60 bpm

**Device Functionality**

Device: Normal function
Estimated Battery Longevity: 9 years.
Leads: Appear stable
Atrial Pacing: 34.0 %
RV Pacing: 96.0 % LV Pacing: 99.0 %

**Episodes**
No ventricular episodes detected. No therapies delivered.
2 ATR detections; AF burden < 1.0 %. EGMs are false positive due to farfield oversensing.
ATR-534 - Event Detail Report Most recent false positive episode occurred on JUL 16, 2025

**Heart Failure**

HeartLogic okay at 11.
Respiratory rate trending downward slightly to 15.0 rpm.
Activity level consistent at 1.3 hours/day.

## FIELDS, David L (id #98454, dob:

| LATITUDE® Patient Management - Combined Follow-up Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: RESONATE X4 CRT-D<br>G447/310757<br>Clinic: East Tennessee Heart Consultants -<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

**My Alerts**

There are no alerts to display.

**Events Since Last Reset (May 20, 2025)**

Aug 07, 2025 06:39 RA Auto
Aug 07, 2025 06:38 LV Auto

See last page for full list of Events Since Last Reset.

**Battery** OK

| | |
|---|---|
| Approximate time to explant: **9 years** from Aug 08, 2025 | |
| Last Capacitor Re-form | May 29, 2025 03:30 |
| Charge Time | 10.5 s |

**One Year Remaining**



**Explant**

See last page for additional battery information.

| **Leads** | **Implant (Jul 14, 2023)** | **Most Recent In-Office Measurement (May 20, 2025)** | **Most Recent Daily Measurement (Aug 06, 2025)** |
|---|---|---|---|
| **O Atrial** | | | |
| Intrinsic Amplitude | N/R | 2.8 mV | 3.4 mV |
| Pace Impedance | N/R | 687 Ω | 744 Ω |
| Pace Threshold | N/R | Auto 0.6 V @ 0.4 ms | 0.5 V @ 0.4 ms |
| **■ Right Ventricular** | | | |
| Intrinsic Amplitude | N/R | 8.9 mV | N/R |
| Pace Impedance | N/R | 324 Ω | 331 Ω |
| Pace Threshold | N/R | Auto 0.6 V @ 0.4 ms | 0.6 V @ 0.4 ms |
| Left Ventricular | | | |
| Intrinsic Amplitude | N/R | 3.0 mV | N/R |
| Pace Impedance (LVa) | N/R | 612 Ω | 647 Ω |
| Pace Impedance (LVb) | | 598 Ω | |
| Pace Threshold | N/R | 0.7 V @ 0.8 ms | 0.7 V @ 0.8 ms |
| Shock | | | |
| Shock Impedance | N/R | 68 Ω | 72 Ω |

G447 Firmware Version: H_v1.00.00(1.01)

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

Lincoln/Fields 0520

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Combined Follow-up Report** **Aug 08, 2025**
**Fields, David (98454/PATEL)**

**Settings**

| | | | | |
|---|---|---|---|---|
| **Ventricular Tachy** | | | | |
| VF | 200 bpm | | ATP | 41 J, 41 J, 41 Jx6 |
| VT | 170 bpm | | Monitor Only | |
| **Atrial Tachy** | | | **Pacing Output** | |
| ATR Mode Switch | 170 bpm | VDIR | Atrial | Auto 2.0 V @ 0.4 ms |
| **Brady/CRT** | | | Right Ventricular | Auto 2.0 V @ 0.4 ms |
| Mode | | DDDR | Left Ventricular (LVa) | Auto 1.8 V @ 0.8 ms |
| Lower Rate Limit | | 60 ppm | Left Ventricular (LVb) | Off |
| Maximum Tracking Rate | | 125 ppm | **Sensitivity** | |
| Maximum Sensor Rate | | 130 ppm | Atrial | AGC 0.25 mV |
| Paced AV Delay | | 240 - 240 ms | Right Ventricular | AGC 0.6 mV |
| Sensed AV Delay | | 180 - 180 ms | Left Ventricular | AGC 1.0 mV |
| A-Refractory (PVARP) | | 240 - 340 ms | **Leads Configuration (Pace/Sense)** | |
| RV-Refractory (RVRP) | | 230 - 250 ms | Atrial | Bipolar |
| LV-Refractory (LVRP) | | 250 ms | Right Ventricular | Bipolar |
| Ventricular Pacing Chamber | | BiV | LVa (Pace) | LVTip1>>Can |
| LV Offset | | 0 ms | LVb (Pace) | Off |
| | | | LV (Sense) | LVRing2>>RV |
| | | | **Rate Adaptive Pacing** | |
| | | | Accelerometer | On |
| | | | **LV MultiSite Pacing** | |
| | | | Pacing Order | Off |

**Rhythm ID Update**

Last Successful Completion N/R

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Combined Follow-up Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**

**HeartLogic™ Heart Failure Index**

**11**
OK
**Aug 07, 2025**




**Trend Graphs**

R = Counter Reset
P = Program
I = Office Interrogation

| | | |
|---|---|---|
| S3 | Aug 07, 2025 | 0.87 mG |
| S1 | Aug 07, 2025 | 1.11 mG |
| Thoracic Impedance | Aug 07, 2025 | 50.1 Ω |
| Respiratory Rate | Aug 07, 2025 | 15.0 rpm |
| Night Heart Rate | Aug 07, 2025 | 61 bpm |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management • Combined Follow-up Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**

Sleep Incline — Aug 07, 2025: Insufficient degrees

Activity Level — Aug 07, 2025: 1.3 hour(s)

AT/AF Burden — Aug 07, 2025: 0.0 hour(s)

V Therapy

RV Rate during AT/AF (Max, Mean) — Aug 07, 2025: N/R, N/R bpm

Heart Rate (Max, Mean, Min) — Aug 07, 2025: 99, 66, 60 bpm

Pacing Percent (Atrial, RV, LV) — Aug 07, 2025: 50, 98, 100 %

Heart Rate Variability (SDANN) — Aug 07, 2025: Insufficient ms




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Combined Follow-up Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Combined Follow-up Report** Aug 08, 2025
**Fields, David (98454/PATEL)**




| Ventricular Tachy Counters | Since Last Reset<br>May 20, 2025 | Device Totals |
|---|---|---|
| **Ventricular Episode Counters** | | |
| Total Episodes | 0 | 1 |
| **Treated** | | |
| VF Therapy | 0 | 0 |
| VT Therapy | 0 | 0 |
| VT-1 Therapy | 0 | 0 |
| Commanded Therapy | 0 | 0 |
| **Non-Treated** | | |
| No Therapy Programmed | 0 | 0 |
| NonsustainedV Episodes | 0 | 1 |
| Other Untreated Episodes | 0 | 0 |
| **Ventricular Therapy Counters** | | |
| ATP Delivered | 0 | 0 |
| ATP % Successful | 0 | 0 |
| Shocks Delivered | 0 | 0 |
| First Shock % Successful | 0 | 0 |
| Shocks Diverted | 0 | 0 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Combined Follow-up Report** Aug 08, 2025
**Fields, David (98454/PATEL)**

| **Brady/CRT Counters** | **Reset Before Last**<br>**176 day(s)**<br>**Nov 25, 2024 to May 20, 2025** | **Since Last Reset**<br>**79 day(s)**<br>**May 20, 2025 to Aug 08, 2025** |
|---|---|---|
| **Counters** | | |
| % A Paced | 29 | 34 |
| % RV Paced | 93 | 96 |
| % LVa Paced | 99 | 99 |
| % LVb Paced | 0 | 0 |
| **Intrinsic Promotion** | | |
| Rate Hysteresis | | |
| % Successful | 0 | 0 |
| **Atrial Arrhythmia** | | |
| % AT/AF | <1 | <1 |
| Total Time in AT/AF (min) | 3.8 | 0.7 |
| Episodes by Duration | | |
| < 1 minute | 45 | 7 |
| 1 min - < 1 hr | 0 | 0 |
| 1 hr - < 24 hr | 0 | 0 |
| 24 hr - < 48 hr | 0 | 0 |
| > 48 hr | 0 | 0 |
| Total PACs | 57770 | 26073 |
| **Ventricular Counters** | | |
| Total PVCs | 19617 | 12284 |
| Three or More PVCs | 0 | 0 |

| **Clinical Counters** | **Since Last Reset**<br>**May 20, 2025** | **Device Totals** |
|---|---|---|
| MRI Protection Mode | 0 | 0 |

**AT/AF Overview: Since Last Reset (May 20, 2025 to Aug 08, 2025)**

| | | |
|---|---|---|
| AT/AF: <1 % | AT/AF Events: 7 | Total Time in AT/AF (min): 0.7 |
| Most Recent: Jul 16, 2025 16:59 | Avg V Rate: 98 bpm | Duration: 00:00:11 hh:mm:ss |
| Longest: Jul 16, 2025 16:59 | Avg V Rate: 98 bpm | Duration: 00:00:11 hh:mm:ss |
| Fastest RVS Rate: Jul 16, 2025 16:59 | Max V Rate: N/R | Duration: 00:00:11 hh:mm:ss |

**AT/AF Overview: Reset Before Last (Nov 25, 2024 to May 20, 2025)**

| | | |
|---|---|---|
| Longest: Dec 16, 2024 03:27 | Avg V Rate: 95 bpm | Duration: 00:00:17 hh:mm:ss |
| Fastest RVS Rate: May 16, 2025 17:22 | Max V Rate: N/R | Duration: 00:00:08 hh:mm:ss |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**Histograms**




| Reset Before Last | Since Last Reset |
|---|---|
| 176 day(s) | 79 day(s) |
| Nov 25, 2024 to May 20, 2025 | May 20, 2025 to Aug 08, 2025 |

**Atrial Activity**




**Ventricular Activity**




**Ventricular Response to Atrial Pace**




**Ventricular Response to Atrial Sense**




**RV Rate during AT/AF**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

Histogram Rate Counts

| Atrial | Reset Before Last 176 day(s) Nov 25, 2024 to May 20, 2025 | | Since Last Reset 79 day(s) May 20, 2025 to Aug 08, 2025 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 267 | 0 | 51 |
| 30-39 | 0 | 23.3K | 0 | 3.9K |
| 40-49 | 2 | 52.9K | 0 | 18.3K |
| 50-59 | 37 | 90.1K | 11 | 22.7K |
| 60-69 | 4.7M | 4.4M | 2.3M | 2.4M |
| 70-79 | 161.2K | 4.6M | 171.6K | 1.7M |
| 80-89 | 74.9K | 1.7M | 58.3K | 615.1K |
| 90-99 | 28.4K | 693.6K | 12.9K | 196.6K |
| 100-109 | 8.6K | 277.5K | 3.0K | 46.7K |
| 110-119 | 1.8K | 118.8K | 844 | 21.4K |
| 120-129 | 424 | 12.2K | 108 | 1.6K |
| 130-139 | 68 | 2.2K | 11 | 299 |
| 140-149 | 1 | 577 | 0 | 77 |
| 150-159 | 0 | 126 | 1 | 28 |
| 160-169 | 0 | 110 | 0 | 115 |
| 170-179 | 0 | 57 | 0 | 19 |
| 180-189 | 0 | 3.3K | 0 | 2.4K |
| 190-199 | 0 | 47.1K | 0 | 21.9K |
| 200-209 | 0 | 26 | 0 | 18 |
| 210-219 | 0 | 24 | 0 | 10 |
| 220-229 | 0 | 21 | 0 | 10 |
| 230-239 | 0 | 71 | 0 | 28 |
| 240-249 | 0 | 212 | 0 | 82 |
| >=250 | 0 | 1.9K | 0 | 491 |

| Right Ventricular | Reset Before Last 176 day(s) Nov 25, 2024 to May 20, 2025 | | Since Last Reset 79 day(s) May 20, 2025 to Aug 08, 2025 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 0 | 0 | 0 |
| 30-39 | 0 | 0 | 0 | 0 |
| 40-49 | 0 | 0 | 0 | 0 |
| 50-59 | 139.6K | 1.5K | 32.6K | 359 |
| 60-69 | 9.1M | 178.4K | 4.7M | 49.2K |
| 70-79 | 4.6M | 146.9K | 1.9M | 33.4K |
| 80-89 | 1.7M | 220.9K | 657.9K | 50.0K |
| 90-99 | 625.5K | 309.9K | 176.8K | 68.8K |
| 100-109 | 234.6K | 223.0K | 42.5K | 54.3K |
| 110-119 | 120.4K | 56.2K | 22.0K | 12.8K |
| 120-129 | 13.8K | 20.6K | 1.8K | 5.8K |
| 130-139 | 50 | 11.5K | 12 | 5.6K |
| 140-149 | 0 | 5.7K | 0 | 3.8K |
| 150-159 | 0 | 1.8K | 0 | 1.1K |
| 160-169 | 0 | 654 | 0 | 277 |
| 170-179 | 0 | 220 | 0 | 78 |
| 180-189 | 0 | 96 | 0 | 28 |
| 190-199 | 0 | 69 | 0 | 10 |
| 200-209 | 0 | 34 | 0 | 10 |
| 210-219 | 0 | 22 | 0 | 8 |
| 220-229 | 0 | 25 | 0 | 9 |
| 230-239 | 0 | 18 | 0 | 4 |
| 240-249 | 0 | 13 | 0 | 4 |
| >=250 | 0 | 5 | 0 | 2 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Combined Follow-up Report** Aug 08, 2025
**Fields, David (98454/PATEL)**

| Left Ventricular | Reset Before Last 176 day(s) Nov 25, 2024 to May 20, 2025 | | Since Last Reset 79 day(s) May 20, 2025 to Aug 08, 2025 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 553 | 0 | 177 |
| 30-39 | 3 | 47 | 1 | 12 |
| 40-49 | 475 | 9 | 867 | 7 |
| 50-59 | 163.6K | 41 | 42.7K | 10 |
| 60-69 | 9.2M | 6.9K | 4.7M | 976 |
| 70-79 | 4.7M | 17.1K | 1.9M | 6.3K |
| 80-89 | 1.9M | 10.0K | 702.7K | 4.2K |
| 90-99 | 918.3K | 16.4K | 241.9K | 4.1K |
| 100-109 | 448.1K | 9.0K | 92.3K | 5.0K |
| 110-119 | 171.9K | 9.3K | 32.1K | 6.1K |
| 120-129 | 24.6K | 14.5K | 4.3K | 5.6K |
| 130-139 | 251 | 8.2K | 54 | 3.1K |
| 140-149 | 18 | 2.9K | 16 | 1.2K |
| 150-159 | 1 | 858 | 1 | 297 |
| 160-169 | 0 | 233 | 0 | 67 |
| 170-179 | 0 | 83 | 0 | 25 |
| 180-189 | 0 | 45 | 0 | 9 |
| 190-199 | 0 | 12 | 0 | 1 |
| 200-209 | 0 | 8 | 0 | 4 |
| 210-219 | 0 | 4 | 0 | 1 |
| 220-229 | 0 | 6 | 0 | 1 |
| 230-239 | 0 | 0 | 0 | 1 |
| 240-249 | 0 | 0 | 0 | 0 |
| >=250 | 0 | 0 | 0 | 0 |

| RV Rate during AT/AF | Reset Before Last 176 day(s) Nov 25, 2024 to May 20, 2025 | | Since Last Reset 79 day(s) May 20, 2025 to Aug 08, 2025 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 0 | 0 | 0 |
| 30-39 | 0 | 0 | 0 | 0 |
| 40-49 | 0 | 0 | 0 | 0 |
| 50-59 | 0 | 0 | 0 | 0 |
| 60-69 | 0 | 0 | 0 | 0 |
| 70-79 | 5 | 0 | 0 | 0 |
| 80-89 | 13 | 1 | 1 | 0 |
| 90-99 | 84 | 3 | 17 | 0 |
| 100-109 | 189 | 0 | 36 | 0 |
| 110-119 | 49 | 0 | 5 | 0 |
| 120-129 | 0 | 1 | 0 | 0 |
| 130-139 | 0 | 1 | 0 | 0 |
| 140-149 | 0 | 0 | 0 | 0 |
| 150-159 | 0 | 0 | 0 | 0 |
| 160-169 | 0 | 0 | 0 | 0 |
| 170-179 | 0 | 0 | 0 | 0 |
| 180-189 | 0 | 0 | 0 | 0 |
| 190-199 | 0 | 0 | 0 | 0 |
| 200-209 | 0 | 0 | 0 | 0 |
| 210-219 | 0 | 0 | 0 | 0 |
| 220-229 | 0 | 0 | 0 | 0 |
| 230-239 | 0 | 0 | 0 | 0 |
| 240-249 | 0 | 0 | 0 | 0 |
| >=250 | 0 | 0 | 0 | 0 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Combined Follow-up Report** **Aug 08, 2025**
**Fields, David (98454/PATEL)**

**Heart Rate Variability**

**Last measured for 24-hr period ending Jul 12, 2025 04:27**

| | |
|---|---|
| % of Time Used | 69 |
| Footprint | 33 % |
| SDANN | 89 ms |
| Mode | DDDR |
| Sensed AV Delay | 180 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |




**Reference: 24-hr period ending Jul 25, 2023 03:41**

| | |
|---|---|
| % of Time Used | 68 |
| Footprint | 29 % |
| SDANN | 69 ms |
| Mode | DDDR |
| Sensed AV Delay | 180 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Combined Follow-up Report** **Aug 08, 2025**
**Fields, David (98454/PATEL)**

**Presenting EGM (Aug 08, 2025)**

**EGM displayed at 25mm per second**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Combined Follow-up Report** **Aug 08, 2025**
**Fields, David (98454/PATEL)**







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Combined Follow-up Report** **Aug 08, 2025**
**Fields, David (98454/PATEL)**




**All Events Since Last Reset (May 20, 2025)**

| | |
|---|---|
| Aug 07, 2025 06:39 | RA Auto |
| Aug 07, 2025 06:38 | LV Auto |
| Aug 07, 2025 06:36 | RV Auto |
| Jul 31, 2025 06:39 | RA Auto |
| Jul 31, 2025 06:38 | LV Auto |
| Jul 31, 2025 06:36 | RV Auto |
| Jul 24, 2025 06:39 | RA Auto |
| Jul 24, 2025 06:38 | LV Auto |
| Jul 24, 2025 06:35 | RV Auto |
| Jul 17, 2025 06:39 | RA Auto |
| Jul 17, 2025 06:38 | LV Auto |
| Jul 17, 2025 06:35 | RV Auto |
| Jul 16, 2025 16:59 | ATR at 217 bpm, Avg V Rate in ATR: 98 bpm |
| Jul 10, 2025 06:39 | RA Auto |
| Jul 10, 2025 06:38 | LV Auto |
| Jul 10, 2025 06:35 | RV Auto |
| Jul 09, 2025 15:12 | ATR at 109 bpm, Avg V Rate in ATR: 102 bpm |
| Jun 18, 2025 22:08 | ATR at 108 bpm, Avg V Rate in ATR: 108 bpm |
| Jun 13, 2025 17:30 | ATR at 109 bpm, Avg V Rate in ATR: 108 bpm |
| Jun 11, 2025 22:08 | ATR at 110 bpm, Avg V Rate in ATR: 102 bpm |
| May 25, 2025 19:17 | ATR at 151 bpm, Avg V Rate in ATR: 108 bpm |
| May 24, 2025 15:52 | ATR at 185 bpm, Avg V Rate in ATR: 106 bpm |

Total Events: 7 ATR

**Battery (Continued)**

| | |
|---|---|
| Last Delivered Shock | N/R |
| Energy | N/R |
| Charge Time | N/R |
| Shock Impedance | N/R |
| Beep when Explant is Indicated | On |

| | |
|---|---|
| Time Since Implant | 25 months |
| Charge Remaining | 1.69 ampere-hours |
| Power Consumption | 52 µW |

(Measured with programmed parameters)

This device is using 104% of the power it would use at the following parameters:

| | |
|---|---|
| A | 15% pacing, 70 ppm, 2.5 V, 0.4 ms, 500 Ω |
| RV | 100% pacing, 70 ppm, 2.5 V, 0.4 ms, 700 Ω |
| LVa | 100% pacing, 70 ppm, 3.5 V, 0.4 ms, 700 Ω |
| LVb | Off |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

| LATITUDE® Patient Management - Presenting EGM Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

**Presenting EGM (Aug 08, 2025)**

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Presenting EGM Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.


Lincoln/Fields 0535

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Presenting EGM Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

| LATITUDE® Patient Management - Heart Failure Management Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

**My Alerts**

There are no alerts to display.

**HeartLogic™ Heart Failure Index**

**11**

OK

**Aug 07, 2025**




**Trend Graphs**

S3 — Aug 07, 2025: 0.87 mG

S1 — Aug 07, 2025: 1.11 mG

Thoracic Impedance — Aug 07, 2025: 50.1 Ω

Respiratory Rate — Aug 07, 2025: 15.0 rpm




G447 Firmware Version: H_v1.00.00(1.01)

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

**Lincoln/Fields 0537**

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Heart Failure Management Report** — **Aug 08, 2025**
**Fields, David (98454/PATEL)**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Heart Failure Management Report** Aug 08, 2025
**Fields, David (98454/PATEL)**

Heart Rate Variability (SDANN)




**Battery** OK

Approximate time to explant: **9 years** from Aug 06, 2025

**Trend Data**

| Date | HeartLogic Heart Failure Index | S3 (mG) | S1 (mG) | Thoracic Impedance (Ω) | Respiratory Rate (rpm) | Night Heart Rate (bpm) | Sleep Incline (degrees) | Activity Level (hour(s)) | AT/AF Burden (hour(s), events) |
|---|---|---|---|---|---|---|---|---|---|
| Aug 07, 2025 | 11 | 0.87 | 1.11 | 50.1 | 15.0 | 61 | N/R | 1.3 | 0.0, 0 |
| Aug 06, 2025 | 10 | 0.90 | 1.35 | 51.0 | 15.3 | 60 | N/R | 1.3 | 0.0, 0 |
| Aug 05, 2025 | 10 | 0.92 | 1.21 | 49.4 | 15.8 | 61 | N/R | 0.9 | 0.0, 0 |
| Aug 04, 2025 | 10 | 0.85 | 1.11 | 49.0 | 15.5 | 61 | N/R | 0.9 | 0.0, 0 |
| Aug 03, 2025 | 7 | 0.84 | 1.12 | 49.4 | 16.8 | 61 | N/R | 0.4 | 0.0, 0 |
| Aug 02, 2025 | 5 | 0.90 | 0.95 | 49.0 | 15.3 | 62 | N/R | 1.2 | 0.0, 0 |
| Aug 01, 2025 | 3 | 0.93 | 1.38 | 49.7 | 16.0 | 61 | N/R | 1.5 | 0.0, 0 |
| Jul 31, 2025 | 3 | 0.86 | 1.10 | 50.0 | 16.3 | 61 | N/R | 2.1 | 0.0, 0 |
| Jul 30, 2025 | 3 | 0.87 | 1.41 | 51.5 | 15.0 | 61 | N/R | 1.1 | 0.0, 0 |
| Jul 29, 2025 | 3 | 0.83 | 1.19 | 50.9 | 15.5 | 61 | N/R | 1.3 | 0.0, 0 |
| Jul 28, 2025 | 3 | 0.86 | 1.41 | 50.8 | 15.5 | 60 | N/R | 0.9 | 0.0, 0 |
| Jul 27, 2025 | 3 | 0.86 | 1.32 | 51.9 | 15.0 | 60 | N/R | 1.0 | 0.0, 0 |
| Jul 26, 2025 | 3 | 0.78 | 1.24 | 51.4 | 16.8 | 60 | N/R | 2.0 | 0.0, 0 |
| Jul 25, 2025 | 3 | 0.98 | 1.54 | 51.0 | 16.0 | 64 | N/R | 2.3 | 0.0, 0 |
| Jul 24, 2025 | 3 | 0.91 | 1.48 | 52.2 | 16.8 | 61 | N/R | 1.5 | 0.0, 0 |
| Jul 23, 2025 | 3 | 0.97 | 1.42 | 52.5 | 15.8 | 61 | N/R | 1.4 | 0.0, 0 |
| Jul 22, 2025 | 3 | 0.89 | 1.21 | 51.7 | 16.3 | 61 | N/R | 1.1 | 0.0, 0 |
| Jul 21, 2025 | 3 | 0.81 | 1.25 | 50.5 | 15.5 | 61 | N/R | 0.7 | 0.0, 0 |
| Jul 20, 2025 | 1 | 0.76 | 1.25 | 50.6 | 16.3 | 61 | N/R | 0.2 | 0.0, 0 |
| Jul 19, 2025 | 0 | 0.90 | 0.88 | 48.5 | 15.8 | 62 | N/R | 0.9 | 0.0, 0 |
| Jul 18, 2025 | 0 | 0.76 | 1.32 | 47.3 | 15.5 | 61 | N/R | 0.6 | 0.0, 0 |
| Jul 17, 2025 | 0 | 0.83 | 1.37 | 47.3 | 16.0 | 64 | N/R | 2.3 | 0.0, 1 |
| Jul 16, 2025 | 0 | 0.79 | 1.39 | 48.9 | 15.8 | 62 | N/R | 1.1 | 0.0, 0 |
| Jul 15, 2025 | 0 | 0.78 | 1.25 | 49.0 | 15.8 | 61 | N/R | 1.7 | 0.0, 0 |
| Jul 14, 2025 | 0 | 0.77 | 1.29 | 48.8 | 15.3 | 61 | N/R | 0.9 | 0.0, 0 |
| Jul 13, 2025 | 0 | 0.84 | 1.25 | 49.4 | 15.3 | 61 | N/R | 1.4 | 0.0, 0 |
| Jul 12, 2025 | 0 | 0.85 | 1.36 | 49.6 | 16.0 | 65 | N/R | 1.8 | 0.0, 0 |
| Jul 11, 2025 | 0 | 0.98 | 1.58 | 51.1 | 16.3 | 62 | N/R | 0.9 | 0.0, 0 |
| Jul 10, 2025 | 0 | 0.90 | 1.27 | 49.5 | 15.8 | 61 | N/R | 1.4 | 0.0, 1 |
| Jul 09, 2025 | 0 | 0.86 | 1.44 | 49.2 | 17.5 | 61 | N/R | 2.6 | 0.0, 0 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Heart Failure Management Report**
**Fields, David (98454/PATEL)**

Aug 08, 2025

| Date | RV Rate during AT/AF (max, mean) (bpm) | Mean Heart Rate (bpm) | % LV Paced (%) | Heart Rate Variability (SDANN) (ms) |
|---|---|---|---|---|
| Aug 07, 2025 | N/R, N/R | 66 | 100 | N/R |
| Aug 06, 2025 | N/R, N/R | 66 | 100 | N/R |
| Aug 05, 2025 | N/R, N/R | 65 | 100 | N/R |
| Aug 04, 2025 | N/R, N/R | 65 | 100 | N/R |
| Aug 03, 2025 | N/R, N/R | 64 | 100 | N/R |
| Aug 02, 2025 | N/R, N/R | 64 | 100 | N/R |
| Aug 01, 2025 | N/R, N/R | 66 | 100 | N/R |
| Jul 31, 2025 | N/R, N/R | 67 | 100 | N/R |
| Jul 30, 2025 | N/R, N/R | 65 | 100 | N/R |
| Jul 29, 2025 | N/R, N/R | 67 | 100 | N/R |
| Jul 28, 2025 | N/R, N/R | 66 | 100 | N/R |
| Jul 27, 2025 | N/R, N/R | 65 | 100 | N/R |
| Jul 26, 2025 | N/R, N/R | 69 | 100 | N/R |
| Jul 25, 2025 | N/R, N/R | 68 | 100 | N/R |
| Jul 24, 2025 | N/R, N/R | 69 | 100 | N/R |
| Jul 23, 2025 | N/R, N/R | 66 | 100 | N/R |
| Jul 22, 2025 | N/R, N/R | 65 | 100 | N/R |
| Jul 21, 2025 | N/R, N/R | 66 | 100 | N/R |
| Jul 20, 2025 | N/R, N/R | 62 | 100 | N/R |
| Jul 19, 2025 | N/R, N/R | 67 | 100 | N/R |
| Jul 18, 2025 | N/R, N/R | 66 | 100 | N/R |
| Jul 17, 2025 | N/R, 98 | 70 | 100 | N/R |
| Jul 16, 2025 | N/R, N/R | 67 | 99 | N/R |
| Jul 15, 2025 | N/R, N/R | 66 | 100 | N/R |
| Jul 14, 2025 | N/R, N/R | 65 | 100 | N/R |
| Jul 13, 2025 | N/R, N/R | 68 | 99 | N/R |
| Jul 12, 2025 | N/R, N/R | 72 | 99 | 89 |
| Jul 11, 2025 | N/R, N/R | 66 | 99 | N/R |
| Jul 10, 2025 | N/R, 102 | 67 | 99 | N/R |
| Jul 09, 2025 | N/R, N/R | 73 | 99 | N/R |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

| LATITUDE® Patient Management - Arrhythmia Logbook Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth<br>Device: RESONATE X4 CRT-D<br>G447/310757<br>Clinic: East Tennessee Heart Consultants -<br>Search Tags:<br>Tachy Mode: Monitor + Therapy | Latest Device Transmission: Aug 08, 2025 03:02 EDT<br>Last Office Interrogation: May 20, 2025<br>Implant Date: Jul 14, 2023<br>Patient Group: CRT-D/ICD (Primary) |

Events Since: Last Reset

Event Type: All Events

*Maximum of 250 episodes shown*

| Event | Date/Time | Type | Therapy | Duration hh:mm:ss |
|---|---|---|---|---|
| RAAT-863 | Aug 07, 2025 06:39 | RA Auto | | -------- |
| LVAT-760 | Aug 07, 2025 06:38 | LV Auto | | -------- |
| RVAT-863 | Aug 07, 2025 06:36 | RV Auto | | -------- |
| RAAT-855 | Jul 31, 2025 06:39 | RA Auto | | -------- |
| LVAT-752 | Jul 31, 2025 06:38 | LV Auto | | -------- |
| RVAT-855 | Jul 31, 2025 06:36 | RV Auto | | -------- |
| RAAT-847 | Jul 24, 2025 06:39 | RA Auto | | -------- |
| LVAT-744 | Jul 24, 2025 06:38 | LV Auto | | -------- |
| RVAT-847 | Jul 24, 2025 06:35 | RV Auto | | -------- |
| RAAT-839 | Jul 17, 2025 06:39 | RA Auto | | -------- |
| LVAT-736 | Jul 17, 2025 06:38 | LV Auto | | -------- |
| RVAT-839 | Jul 17, 2025 06:35 | RV Auto | | -------- |
| ATR-534 | Jul 16, 2025 16:59 | ATR | Avg V Rate in ATR: 98 bpm | 00:00:11 |
| RAAT-831 | Jul 10, 2025 06:39 | RA Auto | | -------- |
| LVAT-728 | Jul 10, 2025 06:38 | LV Auto | | -------- |
| RVAT-831 | Jul 10, 2025 06:35 | RV Auto | | -------- |
| ATR-533 | Jul 09, 2025 15:12 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:07 |
| RAAT-823 | Jul 03, 2025 06:39 | RA Auto | | -------- |
| LVAT-720 | Jul 03, 2025 06:38 | LV Auto | | -------- |
| RVAT-823 | Jul 03, 2025 06:35 | RV Auto | | -------- |
| RAAT-815 | Jun 26, 2025 06:38 | RA Auto | | -------- |
| LVAT-712 | Jun 26, 2025 06:37 | LV Auto | | -------- |
| RVAT-815 | Jun 26, 2025 06:35 | RV Auto | | -------- |
| RAAT-807 | Jun 19, 2025 06:39 | RA Auto | | -------- |
| LVAT-704 | Jun 19, 2025 06:38 | LV Auto | | -------- |
| RVAT-807 | Jun 19, 2025 06:35 | RV Auto | | -------- |
| ATR-532 | Jun 18, 2025 22:08 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:01 |
| RAAT-802 | Jun 14, 2025 21:37 | RA Auto | | -------- |
| LVAT-699 | Jun 14, 2025 21:36 | LV Auto | | -------- |
| RVAT-802 | Jun 14, 2025 21:34 | RV Auto | | -------- |
| ATR-531 | Jun 13, 2025 17:30 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:02 |
| RAAT-799 | Jun 12, 2025 06:38 | RA Auto | | -------- |
| LVAT-696 | Jun 12, 2025 06:37 | LV Auto | | -------- |
| RVAT-799 | Jun 12, 2025 06:35 | RV Auto | | -------- |
| ATR-530 | Jun 11, 2025 22:08 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:08 |
| RAAT-791 | Jun 05, 2025 06:38 | RA Auto | | -------- |
| LVAT-688 | Jun 05, 2025 06:36 | LV Auto | | -------- |
| RVAT-791 | Jun 05, 2025 06:35 | RV Auto | | -------- |

G447 Firmware Version: H_v1.00.00(1.01)

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Arrhythmia Logbook Report** **Aug 08, 2025**
**Fields, David (98454/PATEL)**

| | | | | |
|---|---|---|---|---|
| RAAT-783 | May 29, 2025 06:38 | RA Auto | | -------- |
| LVAT-680 | May 29, 2025 06:37 | LV Auto | | -------- |
| RVAT-783 | May 29, 2025 06:35 | RV Auto | | -------- |
| ATR-529 | May 25, 2025 19:17 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:05 |
| RAAT-779 | May 25, 2025 18:38 | RA Auto | | -------- |
| LVAT-676 | May 25, 2025 18:37 | LV Auto | | -------- |
| RVAT-779 | May 25, 2025 18:35 | RV Auto | | -------- |
| ATR-528 | May 24, 2025 15:52 | ATR | Avg V Rate in ATR: 106 bpm | 00:00:05 |
| LVAT-671 | May 21, 2025 09:39 | LV Auto | | -------- |
| RAAT-774 | May 21, 2025 09:36 | RA Auto | | -------- |
| RVAT-774 | May 21, 2025 09:35 | RV Auto | | -------- |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

LVAT-760: Aug 07, 2025 06:38, LV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

Lincoln/Fields 0543

**LATITUDE® Patient Management - Event Detail Report** **Aug 08, 2025**
**Fields, David (98454/PATEL)**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report** Aug 08, 2025
Fields, David (98454/PATEL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ↑ | > V Range | ↓ | < V Range | ■ | V Sense | □ | V Pace |
| ⇧ | > A Range | ⇩ | < A Range | • | A Sense | ∘ | A Pace |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | **Fields, David (98454/PATEL)**<br><br>Date of Birt<br>Device: **RE[illegible]-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

LVAT-752: Jul 31, 2025 06:38, LV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

**Lincoln/Fields 0546**

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Event Detail Report** **Aug 08, 2025**
**Fields, David (98454/PATEL)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ↑ | > V Range | ↓ | < V Range | ■ | V Sense | ▫ | V Pace |
| ⇧ | > A Range | ⇩ | < A Range | • | A Sense | ∘ | A Pace |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth<br>Device: RE[illegible]<br>G447/310757<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

LVAT-744: Jul 24, 2025 06:38, LV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

**Lincoln/Fields 0549**

**LATITUDE® Patient Management - Event Detail Report** Aug 08, 2025
**Fields, David (98454/PATEL)**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

FIELDS, David L (id #98454, dob:

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 08, 2025

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ↑ | > V Range | ↓ | < V Range | ■ | V Sense | ▫ | V Pace |
| ⇧ | > A Range | ⇩ | < A Range | • | A Sense | ∘ | A Pace |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth<br>Device: **RES[illegible]-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

LVAT-736: Jul 17, 2025 06:38, LV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

Lincoln/Fields 0552

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report**
**Fields, David (98454/PATEL)**

Aug 08, 2025




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 08, 2025

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ↑ | > V Range | ↓ | < V Range | ■ | V Sense | □ | V Pace |
| ⇧ | > A Range | ⇩ | < A Range | • | A Sense | ∘ | A Pace |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of B<br>Device: RESONATE X4 CRT-D<br>G447/310757<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

ATR-534, Jul 16, 2025 16:59, ATR, A Rate: 217 bpm, V Rate: 109 bpm

**Detail**

**ATR Event Onset**

| | | |
|---|---|---|
| Avg A Rate | 217 bpm | |
| Avg V Rate | 109 bpm | |
| In ATR | | |
| Avg V Rate | 98 bpm | |
| Event Ended | | 00:00:11 |

**EGM displayed at 25mm per second**





©2024 Boston Scientific Corporation or its affiliates. All rights reserved.


Clinician Signature

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Event Detail Report** **Aug 08, 2025**

**Fields, David (98454/PATEL)**







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 08, 2025

| | | | |
|---|---|---|---|
| ↑ > V Range | ↓ < V Range | ■ V Sense | ▫ V Pace |
| ⇧ > A Range | ⇩ < A Range | • A Sense | ∘ A Pace |







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -'**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

LVAT-728: Jul 10, 2025 06:38, LV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report** Aug 08, 2025
**Fields, David (98454/PATEL)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ↑ | > V Range | ↓ | < V Range | ■ | V Sense | ▫ | V Pace |
| ⇧ | > A Range | ⇩ | < A Range | • | A Sense | ∘ | A Pace |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birt<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

ATR-533: Jul 09, 2025 15:12, ATR, A Rate: 109 bpm, V Rate: 109 bpm

**Detail**

| **ATR Event Onset** | | |
|---|---|---|
| Avg A Rate | 109 bpm | |
| Avg V Rate | 109 bpm | |
| In ATR | | |
| Avg V Rate | 102 bpm | |
| Event Ended | | 00.00.07 |

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

Lincoln/Fields 0561

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Event Detail Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report** Aug 08, 2025
Fields, David (98454/PATEL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ⬆ | > V Range | ⬇ | < V Range | ■ | V Sense | ▫ | V Pace |
| ⇧ | > A Range | ⇩ | < A Range | • | A Sense | ∘ | A Pace |







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

| LATITUDE® Patient Management - Device Settings Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth<br>Device: RESONATE X4 CRT-D<br>G447/310757<br>Clinic: East Tennessee Heart Consultants -<br>Search Tags:<br>Tachy Mode: Monitor + Therapy | Latest Device Transmission: Aug 08, 2025 03:02 EDT<br>Last Office Interrogation: May 20, 2025<br>Implant Date: Jul 14, 2023<br>Patient Group: CRT-D/ICD (Primary) |

## Programming

Last Programmed — May 20, 2025

Ventricular Tachy Mode — Jul 14, 2023 Changed to Monitor + Therapy; Jul 14, 2023 Changed to Off

## Ventricular Tachy

### VF 200 bpm (300 ms)

**Detection/Redetection**

| | |
|---|---|
| Initial Duration | 2.5 s |
| Redetection Duration | 1.0 s |
| Post-Shock Duration | 1.0 s |

**Therapy**

| | |
|---|---|
| QUICK CONVERT™ ATP | On |
| Shock 1 | 41 J |
| Shock 2 | 41 J |
| Additional 41 J Shocks | 6 |

### VT 170 bpm (353 ms)

**Detection/Redetection**

| | |
|---|---|
| Initial Duration | 10.0 s |
| Redetection Duration | 1.0 s |
| Post-Shock Duration | 1.0 s |
| Atrial Tachy Discrimination | |
| Sinus Tachycardia Discrimination | |
| **Initial Detection** | |
| V Rate > A Rate | On |
| AFib Rate Threshold | 170 bpm |
| Stability | 20 ms |
| | And |
| Onset | 9 % |
| Sustained Rate Duration | 03:00 mm:ss |
| **Post-Shock Detection** | |
| V Rate > A Rate | On |
| AFib Rate Threshold | 170 bpm |
| Stability | 20 ms |
| Sustained Rate Duration | 00:15 mm:ss |

| | |
|---|---|
| **ATP1** | **Off** |
| **ATP2** | **Off** |
| **Shocks** | |
| Shock 1 | Off |
| Shock 2 | Off |
| Shock 3-6 | Off |

### Ventricular Tachy Therapy Setup

**ATP**

| | |
|---|---|
| RV ATP Amplitude | 5.0 V |
| RV ATP Pulse Width | 1.0 ms |
| LV ATP Amplitude | 5.0 V |
| LV ATP Pulse Width | 1.0 ms |
| Magnet and Beeper | |
| Magnet Response | Inhibit Therapy |
| Beep During Capacitor Charge | Off |

Shock (All Shocks)

| | |
|---|---|
| Waveform | Biphasic |
| Committed Shock | Off |
| Lead Polarity | Initial |
| Shock Lead Vector | RV Coil to Can |

## Atrial Tachy

### Therapy

**ATR Mode Switch Details**

| | |
|---|---|
| ATR Mode Switch | On |
| Trigger Rate | 170 bpm |
| Duration | 8 cycles |
| Entry Count | 8 cycles |
| Exit Count | 8 cycles |
| Fallback | |
| Mode | VDIR |
| Time | 00:30 mm:ss |
| ATR/VTR Fallback LRL | 70 ppm |
| Ventricular Rate Regulation | Max |
| BiV Trigger | On |
| Maximum Pacing Rate | 110 ppm |

**Atrial Tachy Response**

| | |
|---|---|
| Atrial Flutter Response | Off |
| PMT Termination | On |
| **Ventricular Regulation** | |
| BiV Trigger | On |

G447 Firmware Version: H_v1.00.00(1.01)

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

**Lincoln/Fields 0564**

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Device Settings Report** Aug 08, 2025
**Fields, David (98454/PATEL)**

**Brady/CRT**

**Normal Settings**

| | |
|---|---|
| Mode | DDDR |
| Lower Rate Limit | 60 ppm |
| Maximum Tracking Rate | 125 ppm |
| Maximum Sensor Rate | 130 ppm |
| Paced AV Delay | 240 - 240 ms |
| Sensed AV Delay | 180 - 180 ms |
| A-Refractory (PVARP) | 240 - 340 ms |
| RV-Refractory (RVRP) | 230 - 250 ms |
| LV-Refractory (LVRP) | 250 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |
| PVARP after PVC | 400 ms |
| LV Protection Period | 400 ms |
| **Blanking** | |
| A-Blank after V-Pace | 125 ms |
| A-Blank after RV-Sense | Smart |
| RV-Blank after A-Pace | 65 ms |
| LV-Blank after A-Pace | Smart |
| Noise Response | DOO |
| **Rate Enhancements** | |
| Rate Smoothing | |
| Up | Off |
| Down | Off |
| Tracking Preference | On |
| **PaceSafe™ LV Automatic Threshold** | |
| Maximum Amplitude | 5.0 V |
| Safety Margin | 1.0 V |

| | |
|---|---|
| **Pacing Output** | |
| Atrial | Auto 2.0 V @ 0.4 ms |
| Right Ventricular | Auto 2.0 V @ 0.4 ms |
| Left Ventricular (LVa) | Auto 1.8 V @ 0.8 ms |
| Left Ventricular (LVb) | Off |
| **Sensitivity** | |
| Atrial | AGC 0.25 mV |
| Right Ventricular | AGC 0.6 mV |
| Left Ventricular | AGC 1.0 mV |
| **Leads Configuration (Pace/Sense)** | |
| Atrial | |
| Pace | Bipolar |
| Sense | Bipolar |
| Right Ventricular | |
| Pace | Bipolar |
| Sense | Bipolar |
| Left Ventricular | |
| Electrode Configuration | Quadripolar |
| Pace (LVa) | LVTip1>>Can |
| Pace (LVb) | Off |
| Sense | LVRing2>>RV |
| **Rate Adaptive Pacing** | |
| Accelerometer | On |
| Response Factor | 10 |
| Activity Threshold | Medium Low |
| Reaction Time | 30 s |
| Recovery Time | 2 min |
| **Respiratory Sensor Settings** | |
| Respiratory Sensor | On |
| Excitation Current | 320 µA |
| Vector Selection | Auto Select |
| Signal Artifact Monitor | On |
| **LV MultiSite Pacing** | |
| Pacing Order | Off |

**Post-Therapy Settings**

| | |
|---|---|
| Lower Rate Limit | 60 ppm |
| **Output** | |
| Atrial | 5.0 V @ 1.0 ms |
| Right Ventricular | 5.0 V @ 1.0 ms |
| Left Ventricular | 5.0 V @ 1.0 ms |

| | |
|---|---|
| Post Therapy Period | 00:30 mm:ss |

Note: Post Therapy pacing uses the Brady Normal settings in combination with settings shown in this section.

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Device Settings Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**

**Setup**

**Battery Setup**

**Beeper**

| | |
|---|---|
| Beep when Explant is Indicated | On |

**Trending Setup**

| | |
|---|---|
| Recording Method | 30 Second Average |
| Duration | 25 hours |
| Data Storage | Continuous |

**Sensor Activation**

| | |
|---|---|
| Heart Failure Sensor Suite | On |
| Sleep Incline | On |

**Sleep Schedule**

| | |
|---|---|
| Sleep Start Time | 23:00 hh:mm |
| Sleep Duration | 7 hour(s) |

**Leads Status Setup**

| | Daily Intrinsic Amplitude | Daily Impedance | Impedance Limits | Pace Threshold | Beep When Out-of-Range |
|---|---|---|---|---|---|
| **Atrial** | On | On | 200 - 2000 Ω | On | Off |
| **Right Ventricular** | On | On | 200 - 2000 Ω | On | Off |
| Left Ventricular | On | On | 200 - 2000 Ω | On | Off |
| Shock | | On | 20 - 125 Ω | | Off |

**Other Daily Trends**

| | |
|---|---|
| Respiration-related Trends | On |

**Beeper**

Beeper Type Piezo

Note: The Piezo beeper is designed to withstand the strong magnetic fields associated with MRI scanners without being damaged.

Beeper On

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

Jefferson Memorial Hospital

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | FIELDS DAVID | | | **Procedure Staff** | |
| **MRN:** | 00809309 | | | **Referring Physician:** | Warren K Stribling, MD |
| **Date of birth:** | | **Age:** | 47 year(s) | **Sonographer:** | Juliann Blackburn, RCS |
| **Gender:** | Male | **BMI:** | 34.99 kg/m² | **Interpreting physician:** | Barry Michelson, MD |
| **Weight:** | 117.03 kg | **BSA:** | 2.37 m² | | |
| **Height:** | 182.88 cm | | | | |

**Procedure Information**

| | | | |
|---|---|---|---|
| **Exam date time:** | 4/2/2025 1:58 PM | | |
| **Procedure type:** | Echo | | |
| **Proc. sub type:** | TTE procedure: NI Echo TTE 2D Complete w Color Doppler. | | |
| **Patient status:** | Routine | **Accession no:** | 3002509200311 |
| **HR:** | 60 bpm | **FIN Number:** | 4583278 |
| | | **Study location:** | Jefferson City |
| | | **Technical quality:** | Good visualization |

Procedure Description: Echocardiography, transthoracic, real-time with image documentation (2D), includes M- mode recording, when performed, complete, with spectral Doppler echocardiography, and with color flow Doppler echocardiography.

**Reason for Study**

chronic systolic heart failure

**Physician Conclusions**

**Summary:**

Normal wall thickness.
Left ventricle size is moderately dilated.
EF estimated at 20%.
There is severe global left ventricular systolic dysfunction.
Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure..
A pacemaker wire is observed in the RV.
Aortic valve structure is trileaflet and is structurally normal.
No aortic stenosis. No aortic regurgitation documented by color flow and/or spectral Doppler.
Mild pulmonic regurgitation documented by color flow and/or spectral Doppler.
Left atrium is mild to moderately enlarged.
Mild mitral regurgitation documented with color flow and/or spectral Doppler.
Tricuspid valve appears structurally normal. No evidence of tricuspid valve stenosis.
Moderate tricuspid regurgitation documented with color flow and/or spectral Doppler.
Right ventricular systolic pressure is moderately elevated and is estimated at 57 mmHg.

Tennova Healthcare

**Jefferson Memorial Hospital**

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

**Obervations**

| | |
|---|---|
| **Left ventricle:** | Normal wall thickness.<br>Left ventricle size is moderately dilated.<br>EF estimated at 20%.<br>There is severe global left ventricular systolic dysfunction.<br>Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure.. |
| **Right ventricle:** | A pacemaker wire is observed in the RV. |
| **Left atrium:** | Left atrium is mild to moderately enlarged. |
| **Right atrium:** | Right atrium is normal in size. |
| **Mitral valve:** | Mitral valve appears structurally normal. No evidence of mitral valve stenosis.<br>Mild mitral regurgitation documented with color flow and/or spectral Doppler. |
| **Aortic valve:** | Aortic valve structure is trileaflet and is structurally normal.<br>No aortic stenosis. No aortic regurgitation documented by color flow and/or spectral Doppler. |
| **Tricuspid valve:** | Tricuspid valve appears structurally normal. No evidence of tricuspid valve stenosis.<br>Moderate tricuspid regurgitation documented with color flow and/or spectral Doppler.<br>Right ventricular systolic pressure is moderately elevated and is estimated at 57 mmHg. |
| **Pulmonic valve:** | Pulmonic valve appears structurally normal. No evidence of pulmonic stenosis. Mild pulmonic regurgitation documented by color flow and/or spectral Doppler. |
| **Pericardial:** | Pericardium appears normal. There is no pericardial effusion visualized. |
| **Aorta/Great vessels:** | Aortic root is normal in size.<br>The inferior vena cava is not dilated and shows more than 50% respiratory variation. |
| **Pleural:** | There is no pleural effusion present. |

Electronically signed by Barry Michelson, MD (interpreting physician) on 4/4/2025 at 1:15 PM

Tennova Healthcare

**Jefferson Memorial Hospital**

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

## Left Ventricle

| | | | |
|---|---|---|---|
| Diastolic dimension: | 6.26 cm **(4.2 - 5.8 cm)** | Systolic dimension: | 5.69 cm **(2.5 - 4 cm)** |
| 2D septum diastolic: | **1.01 cm (0.6 - 1.0 cm)** | FS Normal Range (30-45%): | **9 %** |
| 2D post wall diastolic: | 0.96 cm | | |
| LV mass (ASE formula): | 260.29 g **(88 - 224 g)** | | |
| LV mass index: | 109.65 g/m² | | |
| RWT: | 0.31 | | |

**LV M-Mode**

**LV Ejection Fraction**

| | | | |
|---|---|---|---|
| LVEDV Teichholz: | 245 ml **(62 - 150 ml)** | LVESV Teichholz: | **184 ml (21 - 61 ml)** |
| LVEDVI Teichholz: | 103.21 ml/m² **(34 - 74 ml/m²)** | LVESVI Teichholz: | 77.51 ml/m² **(11 - 31 ml/m²)** |
| EF Teichholz: | **25 %** | | |

**LV 3D/Strain**

## Right Ventricle

| | | | |
|---|---|---|---|
| Diastolic dimension: Normal Range (2.7-3.4cm): | 2.5 cm | Systolic pressure: | 57.06 mmHg |

## Left Atrium

| | | | |
|---|---|---|---|
| **LA diameter (2D) Normal Range (2.0-4.0cm):** | 3.6 cm | **LA/Aorta (2D):** | 1.38 |
| | | **LA volume index:** | 39.6 ml/m² **(16 - 34 ml/m²)** |
| **LA area:** | 29.8 cm² | | |
| **LA volume:** | 94 ml | | |

## Right Atrium

| | |
|---|---|
| **Systolic pressure:** | 10 mmHg |

Tennova Healthcare

**Jefferson Memorial Hospital**

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

### Aortic Valve

| | | | |
|---|---|---|---|
| **Peak velocity Normal Range (0.9-1.7m/s) :** | 1.14 m/s | **Mean velocity:** | 0.79 m/s |
| **Peak gradient Normal Range (<10mmHG):** | 5.2 mmHg | **Mean gradient Normal Range (<10mmHG) :** | 3 mmHg |
| **AV VTI:** | 24.3 cm | **Dimensionless index:** | 0.65 |
| **Peak velocity:** | 74.4 cm/s | **Mean velocity:** | 50 cm/s |
| **Peak gradient:** | 2 mmHg | **Mean gradient:** | 1 mmHg |
| | | **LVOT VTI Normal Range (0.7-1.1m/s):** | 14.1 cm |

### Mitral Valve

| | | | |
|---|---|---|---|
| **Peak E-wave Normal Range (0.60-1.30m/s) :** | 85 cm/s | **Peak A-wave Normal Range( 0.30-0.60m/s) :** | 38.9 cm/s |
| **MR velocity:** | 276 cm/s | **E/A ratio Normal Range (0.8-2.5):** | 2.19 |
| **E' septal velocity:** | 4.79 cm/s | **Peak gradient:** | 2.89 mmHg |
| **A' septal velocity:** | 4.04 cm/s | **Deceleration time Normal Range (160-240msec):** | 216 ms |
| **E/E' septal:** | 17.75 | **E' lateral velocity:** | 9.31 cm/s |
| | | **A' lateral velocity:** | 3.95 cm/s |
| | | **E/E' lateral:** | 9.13 |
| | | **E/E' average:** | 13.44 |

### Tricuspid Valve

| | | | |
|---|---|---|---|
| **Estimated RVSP:** | 40 mmHg | **Estimated RAP:** | 10 mmHg |
| **TR velocity:** | 343 cm/s | **TR gradient:** | 47.06 mmHg |

### Pulmonic Valve

| | | | |
|---|---|---|---|
| **Peak velocity Normal Range (0.5-1.0m/s):** | 99.9 cm/s | **Peak gradient:** | 3.99 mmHg |
| | | **Estimated PASP:** | 57.06 mmHg |
| | | **Acceleration time:** | 95 ms |

### Aorta/Great Vessels

| | | | |
|---|---|---|---|
| **Aortic root (2D):** | 2.6 cm | **ACS (M-mode) Normal Range (1.5-26cm):** | 1.6 cm |

**Jefferson Memorial Hospital**

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

Electronically signed by Barry Michelson, MD (interpreting physician) on 4/4/2025 at 1:15 PM

## ELECTROCARDIOGRAM (#11590107, 03/13/2025 7:39pm)

| Report | Result | Ref. Range | Units | ⚠ | Status | Facility | Date |
|---|---|---|---|---|---|---|---|
| EKG Results: | | | | | | | |
| Interpretation: | | | | | | | |

Visit Date:01/20/2025

Ascension Saint Thomas

St. Thomas West Hospital
4220 Harding Pike
Nashville, TN 37205

# CARDIOPULMONARY EXERCISE TEST REPORT

| | | | | | |
|---|---|---|---|---|---|
| Identification: | 20490603 | Last Name: | Fields | First Name: | David |
| Date of Birth: | 10/20/1977 | Height: | 72.0 Inch | Gender: | male |
| Age: | 47.2 Years | Weight: | 257.0 lbs | BMI: | 35 kg/m² |
| Technician: | RRT Gallbreath Mad | | | | |
| Physician: | Sibling Kyle | | | | |

## SLOPE DATA

| | | Value | (Normal Range) |
|---|---|---|---|
| VO2Ws | [(mL/min)/W] | 6.39 | 8.7-11.9 |
| HRO2Ws | [1/(mL/kg)] | 5.05 | 3.0-4.0 |
| VEO2s | | 19.11 | 23-26 |
| VECO2s | | 32.85 | 28-29 |
| OUESs | [(L/min)/log10] | 1.79 | |

## PRE EXERCISE SPIROMETRY

| | | PRE | PRED | %PRED |
|---|---|---|---|---|
| FVC | L | 3.36 | 5.43 | 62.0 |
| FEV 1 | L | 3.02 | 4.27 | 70.7 |
| FEV1/FVC | % | 90 | 79 | |
| MVV | L/min | | 142 | |

## CARDIOVASCULAR RESPONSES

| | | REST | AT (VT1) [Manual] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| VO2/kg | [(mL/min)/kg] | 4.0 | 12.9 | 13.9 | 25.6 | 54 |
| VO2 | [L/min] | 0.47 | 1.50 | 1.62 | 2.98 | 54 |
| VCO2 | [L/min] | 0.38 | 1.45 | 1.67 | | |
| Load | [W] | | 130 | 130 | 209 | 62 |
| HR | [BPM] | 70 | 136 | 144 | 173 | 83 |
| O2pulse | [mL] | 6.7 | 11.1 | 11.2 | 17.2 | 65 |
| HRR | [BPM] | 103 | 37 | 29 | | |
| SBP | [mmHg] | 127 | 140 | 160 | | |
| DBP | [mmHg] | 77 | 77 | 74 | | |

## VENTILATORY RESPONSES

| | | REST | AT (VT1) [Manual] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| VE | [L/min] | 17 | 56 | 89 | 116 | 80 |
| VTex | [L] | 0.786 | 1.594 | 1.632 | | |
| RR | [1/min] | 21.9 | 35.4 | 42.5 | 41.6 | 102 |
| BR (FEV1) | [%] | 84 | 47 | 36 | 28 | 123 |
| BR (MVV) | [%] | | | | | |

## GAS EXCHANGE RESPONSES

| | | REST | AT (VT1) [Manual] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| RER | | 0.81 | 0.97 | 1.03 | | |
| SpO2 | [%] | 98 | 98 | 96 | | |
| VE/VO2 | | 30 | 34 | 39 | | |
| VE/VCO2 | | 37 | 35 | 38 | | |
| VDest/VT | [%] | 22 | 17 | 19 | 19 | 98 |
| PETO2 | [mmHg] | 113.64 | 117.68 | 120.22 | | |
| PETCO2 | [mmHg] | 32.28 | 33.39 | 32.66 | | |

PL4803

FIELDS, DAV
454 CARDIO
11406795x10667 First Page ImgRest

Visit Date:01/20/2025

CARDIOPULMONARY EXERCISE GRAPHS: 9-PANEL



Peak Exercise % Predicted

Peak Exercise Normative Ranges




20490603 2427768646
Fields, David

2/6

Visit Date:01/20/2025

## CARDIOPULMONARY EXERCISE GRAPHS: VENTILATORY THRESHOLD







| | | AT (VT1) [Manual] | AT%MaxPred [Manual] |
|---|---|---|---|
| VO2/kg | [(mL/min)/kg] | 12.8 | 50 |
| VO2 | [L/min] | 1.50 | 50 |
| VCO2 | [L/min] | 1.45 | |
| RER | | 0.97 | |
| VE | [L/min] | 56 | 49 |
| VE/VO2 | | 34 | |
| BR (FEV1) | [%] | 47 | 168 |
| Load | [W] | 130 | 62 |
| SpO2 | [%] | 98 | |
| HR | [BPM] | 136 | 79 |
| SBP | [mmHg] | 140 | |
| DBP | [mmHg] | 77 | |

## CARDIOPULMONARY EXERCISE GRAPHS: BLOOD PRESSURE AND DOUBLE PRODUCT

Blood Pressures

| Time [min] | Load [W] | HR [BPM] | SBP [mmHg] | DBP [mmHg] | DProd [mmHg/min] |
|---|---|---|---|---|---|
| 01:10 | | 71 | 127 | 77 | 9016 |
| 02:30 | 40 | 107 | 127 | 77 | 13588 |
| 03:45 | 40 | 120 | 131 | 79 | 15719 |
| 05:45 | 85 | 128 | 131 | 79 | 16505 |
| 06:49 | 85 | 129 | 140 | 77 | 18058 |
| 08:24 | 130 | 136 | 140 | 77 | 19038 |
| 09:34 | 130 | 146 | 140 | 77 | 20438 |
| 09:51 | 130 | 144 | 150 | 74 | 21598 |

Double Product Graph




20490603 2427768646
Fields, David M
Strbhe Kate
DOS: 01/20/2025

3/6

Visit Date:01/20/2025

| Time [min] | Load [W] | HR [BPM] | O2pulse [mL] | SpO2 [%] | VO2/kg [(mL/mi... | VO2 [L/min] | VCO2 [L/min] | RER | VE [L/min] | RR [1/min] |
|---|---|---|---|---|---|---|---|---|---|---|
| 00:00 Rest | | | | | | | | | | |
| 00:20 | | 73 | 6.6 | 98 | 3.5 | 0.41 | 0.33 | 0.61 | 18 | 23.1 |
| 00:40 | | 72 | 6.8 | 96 | 4.2 | 0.40 | 0.28 | 0.78 | 17 | 21.6 |
| 01:00 | | 72 | 6.6 | 98 | 4.1 | 0.47 | 0.38 | 0.81 | 17 | 21.3 |
| 01:10 | | 70 | 6.8 | 98 | 4.0 | 0.46 | 0.38 | 0.82 | 17 | 21.8 |
| 01:12 Test | | | | | | | | | | |
| 01:20 | | 71 | 7.5 | 98 | 4.6 | 0.54 | 0.43 | 0.80 | 20 | 28.0 |
| 01:40 | 40 | 86 | 7.4 | 95 | 5.5 | 0.64 | 0.54 | 0.84 | 23 | 23.8 |
| 02:00 | 40 | 90 | 7.3 | 97 | 5.6 | 0.65 | 0.54 | 0.83 | 25 | 30.7 |
| 02:20 | 40 | 99 | 7.8 | 98 | 6.6 | 0.77 | 0.60 | 0.78 | 25 | 27.3 |
| 02:40 | 40 | 110 | 8.7 | 98 | 8.2 | 0.96 | 0.72 | 0.76 | 29 | 26.3 |
| 03:00 | 40 | 114 | 8.7 | 98 | 8.5 | 1.00 | 0.75 | 0.75 | 30 | 25.6 |
| 03:20 | 40 | 118 | 9.0 | 98 | 9.1 | 1.06 | 0.82 | 0.77 | 31 | 25.7 |
| 03:40 | 40 | 118 | 9.0 | 98 | 9.1 | 1.07 | 0.83 | 0.78 | 32 | 25.3 |
| 04:00 | 40 | 120 | 8.9 | | 9.1 | 1.07 | 0.85 | 0.80 | 33 | 28.8 |
| 04:20 | 40 | 118 | 10.1 | 97 | 10.2 | 1.19 | 0.92 | 0.78 | 34 | 25.8 |
| 04:40 | 85 | 115 | 9.5 | 97 | 9.4 | 1.09 | 0.87 | 0.80 | 33 | 27.1 |
| 05:00 | 85 | 117 | 10.5 | 97 | 10.5 | 1.22 | 1.03 | 0.84 | 38 | 25.5 |
| 05:20 | 85 | 121 | 9.7 | 97 | 10.0 | 1.17 | 0.95 | 0.81 | 34 | 28.4 |
| 05:40 | 85 | 123 | 11.0 | 96 | 11.6 | 1.35 | 1.20 | 0.89 | 44 | 29.0 |
| 06:00 | 85 | 127 | 8.9 | 98 | 10.8 | 1.28 | 1.16 | 0.82 | 44 | 30.8 |
| 06:20 | 85 | 129 | 10.0 | 98 | 11.1 | 1.29 | 1.19 | 0.92 | 44 | 23.6 |
| 06:40 | 85 | 127 | 10.9 | 96 | 11.8 | 1.39 | 1.24 | 0.80 | 45 | 29.6 |
| 07:00 | 85 | 127 | 10.3 | 98 | 11.2 | 1.31 | 1.22 | 0.93 | 45 | 32.0 |
| 07:20 | 130 | 128 | 10.9 | 90 | 12.1 | 1.41 | 1.30 | 0.92 | 46 | 28.9 |
| 07:40 | 130 | 131 | 11.0 | 98 | 12.3 | 1.44 | 1.39 | 0.96 | 51 | 32.6 |
| 08:00 | 130 | 133 | 10.3 | 98 | 11.8 | 1.37 | 1.37 | 1.00 | 51 | 31.1 |
| 08:20 | 130 | 136 | 10.6 | 98 | 12.4 | 1.44 | 1.34 | 0.93 | 49 | 30.9 |
| 08:28 VT1 | | | | | | | | | | |
| 08:40 | 130 | 137 | 10.9 | 98 | 12.8 | 1.49 | 1.49 | 1.00 | 59 | 35.6 |
| 09:00 | 130 | 141 | 10.3 | 98 | 12.4 | 1.45 | 1.49 | 1.03 | 59 | 35.3 |
| 09:20 | 130 | 144 | 10.5 | 98 | 13.0 | 1.52 | 1.55 | 1.02 | 61 | 36.7 |
| 09:40 | 130 | 146 | 10.6 | 98 | 13.2 | 1.54 | 1.58 | 1.03 | 64 | 37.2 |
| 10:00 | 130 | 144 | 11.6 | 97 | 14.3 | 1.67 | 1.61 | 0.96 | 60 | 37.7 |
| 10:20 | 225 | 144 | 11.1 | 96 | 13.7 | 1.60 | 1.64 | 1.02 | 66 | 38.1 |
| 10:35 | 225 | 148 | 9.6 | 95 | 12.5 | 1.46 | 1.66 | 1.13 | 75 | 41.4 |
| 10:38 Recovery | | | | | | | | | | |
| 10:40 | 225 | 148 | 6.1 | | 7.8 | 0.91 | 1.00 | 1.10 | 46 | 37.0 |
| 11:00 | 30 | 146 | 9.9 | 94 | 12.4 | 1.45 | 1.46 | 1.00 | 56 | 37.6 |
| 11:20 | | 137 | 11.5 | | 13.5 | 1.57 | 1.43 | 0.91 | 45 | 26.1 |
| 11:40 | | 131 | 12.1 | | 13.6 | 1.58 | 1.45 | 0.92 | 44 | 23.6 |

20490603 2427768046
Fields, David M

4/6

Lincoln/Fields 0577

Visit Date:01/20/2025

VE/VCO2 Steps




| | Value |
|---|---|
| VECO2s | 32.86 |

Fields, David
2427768646

5/6

**FIELDS, David L (id #98454, dob:**

From: 01/21/2026 11:36 #174 P.006/006

Visit Date:01/20/2026




FIELDS, DAVID 98454 CARDIO

* 11406795y10667 Last Page ImgResit

6/6

**FIELDS, David L (id #98454, dob:**

# Lab Results

## COMPREHENSIVE METABOLIC PROFILE 09/12/2025 (#12356523, Final, 09/12/2025 3:52pm)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003052025255000014 | Specimen Source | BLOOD |
| Specimen Coll. Date | 09/12/2025 15:52 | Result Status | Final |
| Specimen Rec. Date | 09/12/2025 15:52 | Report Status | |
| Specimen Reported Date | 09/12/2025 20:38 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| EGFR | 93 | >=90 | ML/MIN/1.73 M2 | | Final | | |
| | CKD is defined by the presence of glomerular filtration rate (GFR) <60 mL for >3 months and/or evidence of kidney damage (eg, structural abnormalities, histologic abnormalities, albuminuria, urinary sediment abnormalities, renal tubular disorders, and/or history of kidney transplantation) for >3months. This table provides interpretation of specific eGFR values. Creatinine measurements, and therefore eGFR calculations, are affected by very high or very low muscle mass, muscle injury, a diet very high in meat, hepatic cirrhosis, certain drugs, etc.<br><br>Stages of CKD:<br>Stage Description GFR mL/min<br>1 Kidney damage with normal or increased GFR 90<br>2 Kidney damage with mild decrease in GFR 60 to 89<br>3 Moderate decrease in GFR 30 to 59<br>4 Severe decrease in GFR 15 to 29<br>5 Kidney failure <15 (or dialysis)<br><br>Note: GFR Normal range >60, equation not validated for ages <18 and >70 and pregnant women. | | | | | | |
| GLUCOSE | 75 | 70-110 | MG/DL | | Final | | |
| BUN | 12 | 5-26 | MG/DL | | Final | | |
| CREATININE | 1.00 | 0.50-1.30 | MG/DL | | Final | | |
| | The GFR normal range may vary by factors including extreme body size, pregnancy, hospital treatment, other ethnicities, etc. | | | | | | |
| BUN/CREA RATIO | 12 | 6-22 | MMOL/L | | Final | | |
| SODIUM | 138 | 138-146 | MMOL/L | | Final | | |
| POTASSIUM | 4.7 | 3.5-5.2 | MMOL/L | | Final | | |
| CHLORIDE | 105 | 98-114 | MMOL/L | | Final | | |

**Lincoln/Fields 0580**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CARBON DIOXIDE | 26 | 22-33 | MMOL/L | | Final | | |
| CALCIUM | 8.5 | 8.5-10.1 | MG/DL | | Final | | |
| **CA CORRECTED** | **8.3** | **8.5-10.1** | **MG/DL** | **LOW** | **Final** | | |
| PROT TOTAL | 7.4 | 6.1-8.6 | G/DL | | Final | | |
| ALBUMIN | 4.2 | 3.5-5.0 | G/DL | | Final | | |
| GLOBULIN | 3.2 | 1.9-3.7 | G/DL | | Final | | |
| ALBUMIN/GLOBULIN RATIO | 1.3 | 1.0-2.5 | | | Final | | |
| ANION GAP | 7 | 5-15 | MMOL/L | | Final | | |
| ALKALINE PHOSPHATASE | 68 | 50-136 | INTLUNIT/L | | Final | | |
| AST | 29 | 15-37 | INTLUNIT/L | | Final | | |
| ALT | 43 | 13-61 | INTLUNIT/L | | Final | | |
| **BILI TOTAL** | **1.6** | **0.0-1.2** | **MG/DL** | **HIGH** | **Final** | | |
| OSMOL CALC | 284 | 270-300 | MOSM/KG | | Final | | |
| **SODIUM CORRECTED** | **137** | **138-146** | **MMOL/L** | **LOW** | **Final** | | |
| | Equation performed by Discern Rule GLB_CALC_NACORRECTED: Sodium + 0.024 * (Glucose - 100) | | | | | | |

**Lincoln/Fields 0581**

**FIELDS, David L (id #98454, dob:**

## B-TYPE NATRIURETIC PEPTIDE N-TERMINAL PR 09/12/2025 (#12356522, Final, 09/12/2025 3:52pm)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003052025255000014 | Specimen Source | BLOOD |
| Specimen Coll. Date | 09/12/2025 15:52 | Result Status | Final |
| Specimen Rec. Date | 09/12/2025 15:52 | Report Status | |
| Specimen Reported Date | 09/12/2025 20:38 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| **PRO BNP** | **1045** | **<=125** | **pg/mL** | **High** | **Final** | | |

```
18-49 Years
<301 pg/mL  Normal, heart failure unlikely
>449 pg/mL  High probability of heart failure

50-75 Years
<301 pg/mL  Normal, heart failure unlikely
>899 pg/mL  High probability of heart failure

>75 Years
<301 pg/mL  Normal, heart failure unlikely
>1799 pg/mL  High probability of heart failure
```

**Lincoln/Fields 0582**

**BalladHealth**

**Inpatient Clinical Laboratories**
(423) 224-6738 or (423) 844-3204

**Time Sent:** 4/3/2025 10:40 AM

**To:** Barry I Michelson, MD
**Phone:** 865-392-3400
**Fax:** 865-392-3449

**From:** Background User Lab
HCMH CLINICAL LAB
Phone: 423-921-7230
Fax: 423-921-7267

**Message:**

---

**CONFIDENTIALITY NOTICE**

THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION. THE INFORMATION IS INTENDED ONLY FOR THE USE BY THE INDIVIDUAL OR ENTITY NAMED ABOVE. THE AUTHORIZED RECIPIENT IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY UNLESS REQUIRED TO DO SO BY LAW OR REGULATION AND IS REQUIRED TO PROTECT THE INFORMATION FROM ALL UNAUTHORIZED ACCESS.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND ARRANGE FOR THE RETURN OR DESTRUCTION OF THESE DOCUMENTS.

*If you have received this fax in error please contact the Information Systems Service Desk at 423.431.6290 or 423.230.8383. Please provide the following information when calling:*

*Contact Information:*
- *Name of person reporting the issue*
- *Office/Company Name*
- *Phone Number*
- *Fax Number*
- *Description of concern, issue or problem*

Fields, David (MR # 00577368) DO

**PATIENT:Fields, David** **(MR # 00577368)**

**Pro B-Type Natriuretic Peptide: Patient Communication**

4/3/2025 10:40 AM — Not seen

**Pro B-Type Natriuretic Peptide (Order 7292684)**
Lab

Ordering: **Shaw, Alicia, MT**
Authorizing: **Michelson, Barry I, MD**

Date: **4/3/2025**
Ordering Department: **HCMH CLINICAL LAB**

**Pro B-Type Natriuretic Peptide (Accession R25-093-A0003)**

**Results:**

**Abnormal !**

Status: **Final result**
**(Resulted: 4/3/2025 10:40 AM)**

| Component | Value | Ref Range & Units | Status |
|---|---|---|---|
| **NT-pro B-type Natriuretic Peptide (NT-proBNP)** | **682 ^** | 0 - 125 pg/mL | Final |

**Additional Information**

| Specimen ID | Type | Source | Comment |
|---|---|---|---|
| R25-093-A0003 | Blood | | |

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
|---|---|---|---|---|---|
| Apr 3, 2025 | 10:04 AM | Apr 3, 2025 | 10:05 AM | Apr 3, 2025 | 10:40 AM |

**Lab Information**

Lab
HCMH CLINICAL LAB

**Associated Diagnoses**

**Dilated cardiomyopathy (HCC) [I42.0]**

**Order Provider Info**

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Shaw, Alicia, MT | -- | -- | Alicia.Shaw@balladhealth.org |
| Authorizing Provider | Michelson, Barry I, MD | 865-392-3400 | -- | -- |

**FIELDS, David L (id #98454, dob:**

## HEMOGLOBIN A1C 03/13/2025 (#11594242, Final, 03/12/2025 11:35am)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | Tennova Turkey Creek-Tennova Turkey Creek (E15)<br>Dr. William Beuerlein<br>10820 Parkside Dr<br>Knoxville, TN 37934-1956<br><br>Account ID: 11982343 |
| Specimen/Accession ID | AL493054V | Specimen Source | |
| Specimen Coll. Date | 03/12/2025 11:35 | Result Status | Final |
| Specimen Rec. Date | 03/12/2025 19:06 | Report Status | |
| Specimen Reported Date | 03/13/2025 08:14 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| HEMOGLOBIN A1C | 5.5 | 0.0-5.7 | MG/DL | | Final | E15 | |

**FIELDS, David L (id #98454, dob:**

## CBC (INCLUDES DIFF/PLT) 03/13/2025 (#11594241, Final, 03/12/2025 11:35am)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | Tennova Turkey Creek-Tennova Turkey Creek (E15)<br>Dr. William Beuerlein<br>10820 Parkside Dr<br>Knoxville, TN 37934-1956<br><br>Account ID: 11982343 |
| Specimen/Accession ID | AL493054V | Specimen Source | |
| Specimen Coll. Date | 03/12/2025 11:35 | Result Status | Final |
| Specimen Rec. Date | 03/12/2025 19:06 | Report Status | |
| Specimen Reported Date | 03/13/2025 08:14 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 4.8 | 3.7-10.7 | X10 | | Final | E15 | |
| RED BLOOD CELL COUNT | 4.80 | 4.00-5.80 | MILL/UL | | Final | E15 | |
| HEMOGLOBIN | 15.1 | 13.0-17.0 | G/DL | | Final | E15 | |
| HEMATOCRIT | 44.7 | 39.0-51.0 | % | | Final | E15 | |
| MCV | 93 | 80-97 | FL | | Final | E15 | |
| MCH | 32 | 26-33 | PG/ML | | Final | E15 | |
| MCHC | 34 | 33-36 | G/DL | | Final | E15 | |
| RDW | 13.0 | 11.5-16.0 | % | | Final | E15 | |
| PLATELET COUNT | 228 | 130-400 | X10 | | Final | E15 | |
| MPV | 10.7 | 7.5-11.2 | FL | | Final | E15 | |
| NEUT % AUTO | 56 | 50-70 | % | | Final | E15 | |
| LYMPH % AUTO | 29 | 20-40 | % | | Final | E15 | |
| **MONO % AUTO** | **13** | **<=11** | **%** | **HIGH** | **Final** | **E15** | |
| EOS % AUTO | 1 | 0-4 | % | | Final | E15 | |
| BASO % AUTO | 1 | 0-1 | % | | Final | E15 | |
| NEUT # AUTO | 2.7 | 1.4-7.2 | X10 | | Final | E15 | |
| LYMPH# AUTO | 1.4 | 1.2-3.4 | X10 | | Final | E15 | |
| MONO# AUTO | 0.6 | 0.0-1.2 | X10 | | Final | E15 | |
| EOS# AUTO | 0.0 | <=0.5 | X10 | | Final | E15 | |
| BASO# AUTO | 0.0 | 0.0-0.2 | X10 | | Final | E15 | |

**FIELDS, David L (id #98454, dob:**

# COMPREHENSIVE METABOLIC PANEL 03/13/2025 (#11594240, Final, 03/12/2025 11:35am)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | Tennova Turkey Creek-Tennova Turkey Creek (E15)<br>Dr. William Beuerlein<br>10820 Parkside Dr<br>Knoxville, TN 37934-1956<br><br>Account ID: 11982343 |
| Specimen/Accession ID | AL493054V | Specimen Source | |
| Specimen Coll. Date | 03/12/2025 11:35 | Result Status | Final |
| Specimen Rec. Date | 03/12/2025 19:06 | Report Status | |
| Specimen Reported Date | 03/13/2025 08:14 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| **GLUCOSE** | **65** | **70-110** | **MG/DL** | **LOW** | **Final** | **E15** | |
| BUN | 13 | 5-26 | MG/DL | | Final | E15 | |
| CREATININE | 0.96 | 0.50-1.30 | MG/DL | | Final | E15 | |
| EGFR NON AFRICAN AMERICAN | 94 | >=60 | ML/MIN/1.73M | | Final | E15 | |
| EGFR AFRICAN AMERICAN | 109 | >=60 | ML/MIN/1.73M | | Final | E15 | |
| BUN/CREATININE RATIO | 14 | 6-22 | MMOL/L | | Final | E15 | |
| **SODIUM** | **136** | **138-146** | **MMOL/L** | **LOW** | **Final** | **E15** | |
| POTASSIUM | 4.5 | 3.5-5.2 | MMOL/L | | Final | E15 | |
| CHLORIDE | 101.0 | 98.0-114.0 | MMOL/L | | Final | E15 | |
| CARBON DIOXIDE | 28 | 22-33 | MMOL/L | | Final | E15 | |
| CALCIUM | 9.0 | 8.5-10.1 | MG/DL | | Final | E15 | |
| TOTAL PROTEIN | 7.7 | 6.1-8.6 | G/DL | | Final | E15 | |
| ALBUMIN | 4.4 | 3.5-5.0 | G/DL | | Final | E15 | |
| GLOBULIN | 3.3 | 1.9-3.7 | G/DL | | Final | E15 | |
| A/G RATIO | 1.3 | 1.0-2.5 | | | Final | E15 | |
| **BILIRUBIN, TOTAL** | **1.5** | **0.2-1.0** | **MG/DL** | **HIGH** | **Final** | **E15** | |
| ALKALINE PHOSPHATASE | 72 | 50-136 | IU/L | | Final | E15 | |
| AST | 29 | 15-37 | IU/L | | Final | E15 | |
| ALT | 41 | 13-61 | IU/L | | Final | E15 | |
| ION BALANCE | 7 | 5-15 | MMOL/L | | Final | E15 | |
| OSMOLALITY BLOOD, CALCULATED | [illegible] | 270-300 | MOSM/KG | | Final | E15 | |

Lincoln/Fields 0587

**FIELDS, David L (id #98454, dob:**

## LIPID PANEL WITH REFLEX TO DIRECT LDL 03/13/2025 (#11594239, Final, 03/12/2025 11:35am)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>Dr Andrew N Young<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 11982343 |
| Specimen/Accession ID | AL493054V | Specimen Source | |
| Specimen Coll. Date | 03/12/2025 11:35 | Result Status | Final |
| Specimen Rec. Date | 03/12/2025 19:06 | Report Status | |
| Specimen Reported Date | 03/13/2025 08:14 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 156 | <200 | MG/DL | NORMAL | Final | AT | |
| HDL CHOLESTEROL | 49 | > OR = 40 | MG/DL | NORMAL | Final | AT | |
| TRIGLYCERIDES | 106 | <150 | MG/DL | NORMAL | Final | AT | |
| LDL-CHOLESTEROL | 87 | | MG/DL (CALC) | NORMAL | Final | AT | |
| | Reference range: <100<br><br>Desirable range <100 mg/dL for primary prevention;<br><70 mg/dL for patients with CHD or diabetic patients<br>with > or = 2 CHD risk factors.<br><br>LDL-C is now calculated using the Martin-Hopkins<br>calculation, which is a validated novel method providing<br>better accuracy than the Friedewald equation in the<br>estimation of LDL-C.<br>Martin SS et al. JAMA. 2013;310(19): 2061-2068<br>(http://education.QuestDiagnostics.com/faq/FAQ164) | | | | | | |
| CHOL/HDLC RATIO | 3.2 | <5.0 | (CALC) | NORMAL | Final | AT | |
| NON HDL CHOLESTEROL | 107 | <130 | MG/DL (CALC) | NORMAL | Final | AT | |
| | For patients with diabetes plus 1 major ASCVD risk<br>factor, treating to a non-HDL-C goal of <100 mg/dL<br>(LDL-C of <70 mg/dL) is considered a therapeutic<br>option. | | | | | | |

**Lincoln/Fields 0588**

Quest Diagnostics Page 1 of 3 03/13/2025 08:18:48 AM **Report Status: Final**
**FIELDS, DAVID L**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| FIELDS, DAVID L<br>DOB: AGE: 47<br>Gender: M<br>Phone:<br>Patient ID: 98454 | Specimen: AL493054V<br>Requisition: 1137446<br>Lab Ref #: 936634CE10667<br>Collected: 03/12/2025 / 11:35 EDT<br>Received: 03/12/2025 / 19:06 EDT<br>Reported: 03/13/2025 / 06:35 EDT | Client #: 11982343 QATL000<br>MICHELSON, BARRY<br>TENNOVA HEART SOUTH<br>7323 CHAPMAN HWY<br>KNOXVILLE, TN 37920-6757 |

MRN: 98454 Location: ETHC_SOUTH Ward: 14

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL WITH REFLEX TO DIRECT LDL | | | | |
| CHOLESTEROL, TOTAL | 156 | | <200 mg/dL | AT |
| HDL CHOLESTEROL | 49 | | > OR = 40 mg/dL | AT |
| TRIGLYCERIDES | 106 | | <150 mg/dL | AT |
| LDL-CHOLESTEROL | 87 | | mg/dL (calc) | AT |
| Reference range: <100<br><br>Desirable range <100 mg/dL for primary prevention; <70 mg/dL for patients with CHD or diabetic patients with > or = 2 CHD risk factors.<br><br>LDL-C is now calculated using the Martin-Hopkins calculation, which is a validated novel method providing better accuracy than the Friedewald equation in the estimation of LDL-C.<br>Martin SS et al. JAMA. 2013;310(19): 2061-2068 (http://education.QuestDiagnostics.com/faq/FAQ164) | | | | |
| CHOL/HDLC RATIO | 3.2 | | <5.0 (calc) | AT |
| NON HDL CHOLESTEROL | 107 | | <130 mg/dL (calc) | AT |
| For patients with diabetes plus 1 major ASCVD risk factor, treating to a non-HDL-C goal of <100 mg/dL (LDL-C of <70 mg/dL) is considered a therapeutic option. | | | | |
| COMPREHENSIVE METABOLIC PANEL | | | | E15 |
| **GLUCOSE** | | **65 L** | 70-110 mg/dL | |
| BUN | 13 | | 5-26 mg/dL | |
| CREATININE | 0.96 | | 0.50-1.30 mg/dL | |
| eGFR NON AFRICAN AMERICAN | 94 | | >=60 mL/min/1.73m | |
| eGFR AFRICAN AMERICAN | 109 | | >=60 mL/min/1.73m | |
| BUN/CREATININE RATIO | 14 | | 6-22 mmol/L | |
| **SODIUM** | | **136 L** | 138-146 mmol/L | |
| POTASSIUM | 4.5 | | 3.5-5.2 mmol/L | |
| CHLORIDE | 101.0 | | 98.0-114.0 mmol/L | |
| CARBON DIOXIDE | 28 | | 22-33 mmol/L | |
| CALCIUM | 9.0 | | 8.5-10.1 mg/dL | |
| TOTAL PROTEIN | 7.7 | | 6.1-8.6 g/dL | |
| ALBUMIN | 4.4 | | 3.5-5.0 g/dL | |
| GLOBULIN | 3.3 | | 1.9-3.7 g/dL | |
| A/G RATIO | 1.3 | | 1.0-2.5 | |
| **BILIRUBIN, TOTAL** | | **1.5 H** | 0.2-1.0 mg/dL | |
| ALKALINE PHOSPHATASE | 72 | | 50-136 IU/L | |
| AST | 29 | | 15-37 IU/L | |
| ALT | 41 | | 13-61 IU/L | |
| ION BALANCE | 7 | | 5 15 mmol/L | |
| OSMOLALITY BLOOD, CALCULATED | 280 | | 270-300 mOsm/kg | |
| CBC (H/H, RBC, INDICES, WBC, PH) | | | | E15 |
| WHITE BLOOD CELL COUNT | 4.8 | | 3.7-10.7 x10 | |
| RED BLOOD CELL COUNT | 4.80 | | 4.00-5.80 Mill/uL | |



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Quest Diagnostics  Page 2 of 3  03/13/2025 08:18:48 AM  **Report Status: Final**
**FIELDS, DAVID L**

| Patient Information | Specimen Information | Client Information |
| --- | --- | --- |
| **FIELDS, DAVID L**<br>**DOB:** **AGE: 47**<br>Gender: ...<br>Patient ID: 98454 | Specimen: AL493054V<br>Collected: 03/12/2025 / 11:35 EDT<br>Received: 03/12/2025 / 19:06 EDT<br>Reported: 03/13/2025 / 06:35 EDT | Client #: 11982343<br>MICHELSON, BARRY |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
| --- | --- | --- | --- | --- |
| HEMOGLOBIN | 15.1 | | 13.0-17.0 g/dL | |
| HEMATOCRIT | 44.7 | | 39.0-51.0 % | |
| MCV | 93 | | 80-97 fL | |
| MCH | 32 | | 26-33 pg/mL | |
| MCHC | 34 | | 33-36 g/dL | |
| RDW | 13.0 | | 11.5-16.0 % | |
| PLATELET COUNT | 228 | | 130-400 x10 | |
| MPV | 10.7 | | 7.5-11.2 fL | |
| NEUT % AUTO | 56 | | 50-70 % | |
| LYMPH % AUTO | 29 | | 20-40 % | |
| **MONO % AUTO** | | **13 H** | <=11 % | |
| EOS % AUTO | 1 | | 0-4 % | |
| BASO % AUTO | 1 | | 0-1 % | |
| NEUT # AUTO | 2.7 | | 1.4-7.2 x10 | |
| LYMPH# AUTO | 1.4 | | 1.2-3.4 x10 | |
| MONO# AUTO | 0.6 | | 0.0-1.2 x10 | |
| EOS# AUTO | 0.0 | | <=0.5 x10 | |
| BASO# AUTO | 0.0 | | 0.0-0.2 x10 | |
| HEMOGLOBIN A1C | 5.5 | | 0.0-5.7 mg/dL | E15 |

**PERFORMING SITE:**

AT QUEST DIAGNOSTICS-ATLANTA, 1777 MONTREAL CIRCLE, TUCKER, GA 30084-6802 Laboratory Director: ANTHONY N YOUNG, MD, PHD, CLIA: 11D0255931
E15 TENNOVA TURKEY CREEK, 10820 PARKSIDE DRIVE, KNOXVILLE, TN 37934-1956 Laboratory Director: WILLIAM BERTELLI, DO, CLIA: 44D0912340

CLIENT SERVICES: 866.697.8378  SPECIMEN: AL493054V  

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Lincoln/Fields 0590

sharecare

LAW OFFICES OF TONY FARMER & JOHN DREISER
1356 PAPERMILL POINTE WAY
KNOXVILLE TN 37909-1903

42463055
Nov 21 2025 12:53 PM
DAVID FIELDS

TN336
Nov 25 2025 3:26 PM

21

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY & ACCIDENT LAW

*Attorneys At Law*
Tony Farmer
John P. Dreiser
Heather A. Dreiser

September 26, 2025

VIA FACSIMILE (615) 284-4582
(615) 222-5399 11/18/25

Warren Stribling, M.D.
4230 Harding Pike, Suite 450B
Nashville, TN 37205

**Re:** **David L Fields**
**DOB:**
**SSN:**

Dear Records Custodian:

Enclosed please find a release that allows us to obtain all medical records relating to David L Fields in your organization's possession. At your earliest convenience, we would appreciate your forwarding to us a copy of any and all medical records for treatment **SINCE January 1, 2025**, including, but not limited to, all reports, records, clinical notes, diagnostic tests, operative notes, and all other documentation pertaining to the medical care of the patient in your possession relating to the patient.

If there is a reproduction cost for these records, please enclose a statement with the same, and we will see that it is paid promptly. Pursuant to T.C.A. § 63-2-102, the maximum fee for copies of records is $20.00 for reports five (5) page or less in length and fifty cents ($.50) per page for each page copied after the first five (5) pages and the actual cost of mailing. If your office requires pre-payment, please advise our office as soon as possible.

If you would like, please feel free to fax or email (cweaver@farmerdreiser.com) the requested information. Thank you for your time and attention to this request. Your assistance in this regard is greatly appreciated.

Very truly yours,

*Cathy A Weaver*

Cathy A Weaver
Paralegal to John P. Dreiser

Enclosure

~ Representing the seriously injured since 1975 ~
1356 Papermill Pointe Way Knoxville, TN 37909 865-584-1211 Phone 865-584-1171 Fax www.farmerdreiser.com

**AUTHORIZATION TO RELEASE MEDICAL RECORDS, BILLING INFORMATION, & DATA**

**TO:** **Warren Stribling, M.D.**

**FULL NAME:** **David L Fields** ✓

**DATE OF BIRTH:** ✓

**ADDRESS:**

**SSN:**

I (the above identified Patient or that Patient's personal representative) have retained, TONY FARMER & JOHN DREISER, attorneys, to represent me in certain matters. So they may better represent me, it is my intent and desire that my attorneys have full and complete access to any and all records, information and data in your possession, under your control or that you have access to, including but not limited to hospital records, nursing home records, doctor records, dental records, psychiatric records, drug treatment records, therapy records, diagnostic studies, lab studies, as well as any and all other records, information or data that would describe care, treatment or services rendered to the above described Patient by any health care provider or mental health care provider. I understand that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), HIPAA regulation, as well as other Federal and State laws and regulations, creates a right of privacy that is associated with the records, information and data covered by this release. So that my attorneys may better advise me, and consistent with 45 CFR § 164.508, I expressly authorize you to release the Patient's records, information and data to my attorneys and, as necessary, make a limited waiver of my privacy right for the purpose of giving my attorneys access as follows:

(1) The information to be disclosed is as follows: I expressly authorize my attorneys to request any and all records, information or other data (regardless of how those items are identified) related to any and all care, treatment or services provided for the above identified Patient's physical heath, mental health, or psycho-social health. I understand that my records may contain information regarding the diagnosis or treatment of HIV/AIDS, sexually transmitted diseases, drug and/or alcohol abuse, mental illness, or psychiatric treatment. I give my specific authorization for these records to be released. Throughout the remainder of this Release, I collectively refer to all of the Patient's records, information and data as the "Records." This Release is intended to be general, full and all encompassing so that my attorneys can access, without limitation, any and all Records that might help them represent me. This Release applies to any and all Records that are in your possession, under your control or that you have access to. My attorneys are further authorized to limit their request to portions of the Patient's Records and may do so by letter to you. My attorneys are further authorized to meet with and consult with any health care or mental health care provider regarding my condition or regarding any care, treatment or services that the above identified Patient received.

I expressly invoke the AMA Principles of Medical Ethics, as well as Canon E-9.07, as well as similar ethics principles that may apply to other health care disciplines, and request that you cooperate with my attorneys.

(2) I understand that my substance use disorder records are protected under the Federal regulations governing Confidentiality and Substance Use Disorder Patient Records, 42 C.F.R. Part 2, and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. pts 160 & 164, and cannot be disclosed without my written consent unless otherwise provided for by the regulations. The Federal rules prohibit from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. I understand that I may revoke this authorization at any time except to the extent that action has been taken in reliance on it. Unless I revoke my consent earlier, this consent will expire automatically within five (5) years from the date of execution.

(3) **The persons who may request disclosure are as follows:** My attorneys are Tony Farmer, and/or John P. Dreiser. They, together with those persons working for them at the offices of Tony Farmer & John Dreiser or Dreiser Law Group, PLLC, are authorized to request and receive records.

(4) **Term of this Release:** It is my intent that this authorization shall remain effective throughout the time during which my attorneys are representing me. To the extent a term is required, this Release shall be effective for a term of not less than five (5) years from the date of execution. ✓

(5) **Right to Revoke this Release:** I understand that I always retain the right to revoke this Release by notifying the above in writing of my desire to revoke it. However, this Release shall not be revoked while my attorneys are representing me. Any revocation will not apply to information that has already been released in response to this authorization.

(6) **Disclosed Records, Information and Data may not be Protected:** I understand that the information disclosed may be subject to re-disclosure by the recipient and may no longer be protected by 45 CFR § 164.508, or other privacy laws and regulations.

(7) Please note that a photostatic copy of this Release has the full power of the original Release. I understand I do not have to sign this authorization in order to obtain healthcare benefits, (treatment, payment or enrollment, or eligibility for benefits).

David L Fields ✓
**David L Fields**

4-15-25 ✓
(Date)

Attorneys of Record:

[signature]
Tony Farmer
John P. Dreiser
Attorneys at Law
1356 Papermill Pointe Way
Knoxville, TN 37909
(865) 584-1211

**Lincoln/Fields 0594**

## Medical Records - CONFIDENTIAL

**FROM:** TN - Ascension - Tennessee

Mary B
518 W Main St Ste B, Smithville, TN 37166-1100
Phone: (615) 867-5028
Fax: (615) 867-6650

**TO:**

**Name: FIELDS, DAVID L**

**DOB:**

**Date Range: 01/01/2025 to 11/21/2025**

**This document contains the following records of the patient:**

- **Encounters and Procedures**
- **Imaging Results**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:3189388-A-7654]

**FIELDS, David L (id #3189388, dob:**

**Encounter Date: 03/27/2025**

## Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (47yo, M) ID# 3189388 | **Appt. Date/Time** | 03/27/2025 12:00PM |
| **DOB** | | **Service Dept.** | STPS_ST Hrt CHF_Turkey Creek |
| **Provider** | WARREN K STRIBLING MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130287<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

## Chief Complaint

chronic systolic heart failure, 1 year follow up

## Patient's Care Team

**Cardiologist:** BARRY I MICHELSON MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1538159017
**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054

## Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft (182.88 cm) 03/27/2025 12:02 pm | **Wt:** | 266 lbs (120.66 kg) 03/27/2025 12:03 pm | **BMI:** | 36.1 03/27/2025 12:03 pm |
| **BP:** | 113/80 03/27/2025 12:03 pm | **Pulse:** | 60 bpm 03/27/2025 12:03 pm | | |

## Measurements

None recorded.

## Allergies

Allergies not reviewed (last reviewed 04/25/2024)

**PENICILLINS**

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 04/12/23 | entered |
| **carvediloL 12.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 04/25/24 | entered |
| **Entresto 97 mg-103 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 03/27/25 | prescribed |
| **Farxiga 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | prescribed |
| **multivitamin**<br>1 tab daily | 04/12/23 | entered |
| **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | entered |

## Problems

Reviewed Problems
No known problems

## Social History

Social History not reviewed (last reviewed 10/12/2023)

## Surgical History

- Cardiopulm exercise testing - 01/20/2025 - Peak VO2 - 13.9, pred 54%, RER - 1.03, slope - 32.85
- Echo - 03/29/2024 - LVEF 20%; grade II DD; moderately elevated LV filling pressure; severe global LV systolic dysfunction; mild AR; mild to moderate LAE; moderate to severe MR.
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Cardiac mri - 06/15/2023 - LVEF 27%; severely dilated LV with moderate systolic dysfunction; normal RV size with moderate systolic dysfunction ; moderate LAE; mild RAE; mild MR; dilated main pulmonary artery.
- Echo - 05/08/2023 - LVEF 20%; LV size is moderately dilated; Grade II DD; mild AR; mild to moderate LAE; mild to moderate MR; mild TR.
- Cardiac catheterization - 02/17/2023 - LVEF 10-15%; LV is dilated; severe global LV dysfunction; probably moderate MR; normal coronaries.
- Echo - 02/09/2023 - LVEF 10-15%; Severe global hypokinesis; LV mildly dilated; mild LAE and RAE; mild TR.

## Screening

None recorded.

## HPI

Mr. Fields is a 46 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.

On his last visit 1 year ago, no med changes were made. CPX was ordered and shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE was advised but not pursued. He feels well. He denies CP, SOB, swelling, or syncope. Has positional dizziness but this is short-lived. Wt has been stable. He has been able to do things like yardwork and walking outdoors w/o problems.

## ROS

None recorded.

## Physical Exam

**Constitutional:** General Appearance: appears stated age and **overweight**. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:** Lids and Conjunctivae: no discharge, pallor, or xanthelasma and anicteric.

**ENMT:** Lips, Teeth, and Gums: normal dentition. Ears: no lesions on external ear and (normal) hearing. Nose: no lesions on external nose or nasal discharge and nares patent. Oropharynx: no cyanosis or pallor.

**Neck:** Neck: supple and trachea midline. Jugular Veins: normal jugular venous pressure.

**Lungs:** Respiratory Effort: unlabored. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Rate And Rhythm: regular. Heart Sounds: normal S1 and S2 and no rub, gallop, or click. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no cyanosis or edema.

**Abdomen:** Inspection and Palpation: non distended or tender and soft and no masses. Liver: non tender or no hepatomegaly. Spleen: non tender.

**Musculoskeletal:** Inspection: no joint tenderness or swelling and normal back.

**Neurologic:** Gait: normal gait. Neurological: no focal deficits and cranial nerves intact.

**Skin:** Inspection and Palpation: warm and dry. Nails: no clubbing.

## Assessment / Plan

**1. Chronic systolic heart failure** -

He has stage C HF w/ stable NYHA class II symptoms. He is on reasonable GDMT and has undergone CRT-D. CPX is not suggestive of poor prognosis or need for advanced therapies. Getting recent labs from Dr. Michelson. Increase Entresto to max dose and fu in 1 month for labs and bp check w/ NP

I50.22: Chronic systolic (congestive) heart failure

- Entresto 97 mg-103 mg tablet - Take 1 tablet(s) twice a day by oral route for 90 days. Qty: (180) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER Note to Pharmacy: to replace previous dose
- MEDICAL RECORD REQUEST* - Note to Provider: Please fax results of most recent bmp/cmp to 615-222-5399. Thank you.
- MEDICAL RECORD REQUEST* - Note to Provider: Please fax results of most recent bmp/cmp to 615-222-5399. Thank you.
- US, ECHOCARDIOGRAM

Authorization: BCBS-TN (PPO) | NOTREQUIRED

**2. Nonischemic congestive cardiomyopathy** -

Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation. He is being treated w/ GDMT and has undergone CRT-D though I am uncertain this will lead to much improvement as QRS duration was not very long and he did not have LBBB. Repeat echo to eval LVSF and mitral valve as he has had MR in past.

I42.0: Dilated cardiomyopathy

**3. Body mass index 40+ - severely obese** -

Stable. c/w wt loss and exercise.

Z68.42: Body mass index [BMI] 45.0-49.9, adult

**4. Obstructive sleep apnea syndrome** -

On CPAP and tolerating.

G47.33: Obstructive sleep apnea (adult) (pediatric)

## Return to Office

- Kemal Marc Akat, MD, PhD, MSc for Established Patient 20 at STPS_ST Hrt CHF_Turkey Creek on 05/08/2025 at 11:20 AM

## Encounter Sign-Off

Encounter signed-off by Warren K Stribling MD, 03/28/2025.

Encounter performed and documented by Warren K Stribling MD
Encounter reviewed & signed by Warren K Stribling MD on 03/28/2025 at 01:58 PM

## Imaging Results

**Tennova - Jefferson Memorial Hospital**

110 Hospital Drive
Jefferson City, TN 37760-

(865) 471-2500

| | | | |
|---|---|---|---|
| **Patient:** | **FIELDS, DAVID L** | Location: | TNJM RAD |
| MRN: | 809309 | Attending: | Stribling,Warren MD |
| Account #: | 4583278 | DOB/Sex: | Male |
| Adm Date: | 4/2/2025 | Service Code: | RAD OP Imaging Only |
| Primary Care: | Dalleave,Mark MD | | |
| | | Copy to: | STRIBLING,WARREN KYLE MD |

## *Non-Invasive Cardiology*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 300-25-092-00311 | 4/2/2025 14:08 EDT | NI Echo TTE 2D Complete w Color Doppler | STRIBLING,WARREN KYLE MD | 47 years |

**Reason for Exam**
(NI Echo TTE 2D Complete w Color Doppler) Heart failure, unspecified

**Report**

Name: FIELDS DAVID — Procedure Staff
MRN: 00809309 — Referring Physician: Warren K Stribling, MD
Date of birth: Age: 47 year(s) Sonographer: Juliann Blackburn, RCS
Gender: Male BMI: 34.99 kg/m\S\2 Interpreting physician: Barry Michelson, MD
Weight: 117.03 kg BSA: 2.37 m\S\2
Height: 182.88 cm

Procedure Information
Exam date time: 4/2/2025 1:58 PM
Procedure type: Echo
Proc. sub type: TTE procedure: NI Echo TTE 2D Complete w Color Doppler.
Patient status: Routine Accession no: 3002509200311
HR: 60 bpm FIN Number: 4583278
Study location: Jefferson City
Technical quality: Good visualization

Procedure Description: Echocardiography, transthoracic, real-time with image documentation (2D), includes M- mode recording,
when performed, complete, with spectral Doppler echocardiography, and with color flow Doppler echocardiography.

Reason for Study
chronic systolic heart failure

Physician Conclusions
Summary: Normal wall thickness.
Left ventricle size is moderately dilated.

| | | | |
|---|---|---|---|
| **Patient:** | **FIELDS, DAVID L** | Location: | TNJM RAD |
| MRN: | 809309 | Attending: | Stribling,Warren MD |
| Account #: | 4583278 | DOB/Sex: | 10/20/197 Male |
| Adm Date: | 4/2/2025 | Service Code: | RAD OP Imaging Only |
| Primary Care: | Dalleave,Mark MD | | |
| | | Copy to: | STRIBLING,WARREN KYLE MD |

## *Non-Invasive Cardiology*

**Report**

EF estimated at 20%.
There is severe global left ventricular systolic dysfunction.
Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure..
A pacemaker wire is observed in the RV.
Aortic valve structure is trileaflet and is structurally normal.
No aortic stenosis. No aortic regurgitation documented by color flow and/or spectral Doppler.
Mild pulmonic regurgitation documented by color flow and/or spectral Doppler.
Left atrium is mild to moderately enlarged.
Mild mitral regurgitation documented with color flow and/or spectral Doppler.
Tricuspid valve appears structurally normal. No evidence of tricuspid valve stenosis.
Moderate tricuspid regurgitation documented with color flow and/or spectral Doppler.
Right ventricular systolic pressure is moderately elevated and is estimated at 57 mmHg.

Obervations

Left ventricle: Normal wall thickness.
Left ventricle size is moderately dilated.
EF estimated at 20%.
There is severe global left ventricular systolic dysfunction.
Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure..

Right ventricle: A pacemaker wire is observed in the RV.
Left atrium: Left atrium is mild to moderately enlarged.
Right atrium: Right atrium is normal in size.
Mitral valve: Mitral valve appears structurally normal. No evidence of mitral valve stenosis.
Mild mitral regurgitation documented with color flow and/or spectral Doppler.
Aortic valve: Aortic valve structure is trileaflet and is structurally normal.
No aortic stenosis. No aortic regurgitation documented by color flow and/or spectral Doppler.
Tricuspid valve: Tricuspid valve appears structurally normal. No evidence of tricuspid valve stenosis.
Moderate tricuspid regurgitation documented with color flow and/or spectral Doppler.
Right ventricular systolic pressure is moderately elevated and is estimated at 57 mmHg.

Pulmonic valve: Pulmonic valve appears structurally normal. No evidence of pulmonic stenosis. Mild pulmonic regurgitation documented by color flow and/or spectral Doppler.
Pericardial: Pericardium appears normal. There is no pericardial effusion visualized.
Aorta/Great vessels: Aortic root is normal in size.
The inferior vena cava is not dilated and shows more than 50% respiratory variation.
Pleural: There is no pleural effusion present.

Electronically signed by Barry Michelson, MD (Interpreting physician) on 4/4/2025 at 1:15 PM

Left Ventricle

Patient: FIELDS, DAVID L
MRN: 809309
Account #: 4583278
Adm Date: 4/2/2025
Primary Care: Dalleave,Mark MD

Location: TNJM RAD
Attending: Stribling,Warren MD
DOB/Sex: Male
Service Code: RAD OP Imaging Only

Copy to: STRIBLING,WARREN KYLE MD

## *Non-Invasive Cardiology*

**Report**

Diastolic dimension: 6.26 cm (4.2 - 5.8 cm)
2D septum diastolic: 1.01 cm (0.6 - 1.0 cm)
Systolic dimension: 5.69 cm (2.5 - 4 cm)
FS Normal Range (30- 45%): 9%
2D post wall diastolic: 0.96 cm
LV mass (ASE formula): 260.29 g (88 - 224 g)
LV mass index: 109.65 g/m\S\2
RWT: 0.31
LV M-Mode
LV Ejection Fraction
LVEDV Teichholz: 245 ml (62 - 150 ml)
LVESV Teichholz: 184 ml (21 - 61 ml)
LVEDVI Teichholz: 103.21 ml/m\S\2 (34 - 74 ml/m\S\2)
LVESVI Teichholz: 77.51 ml/m\S\2 (11 - 31 ml/m\S\2)
EF Teichholz: 25 %
LV 3D/Strain

Right Ventricle
Diastolic dimension: Normal Range (2.7-3.4cm): 2.5 cm
Systolic pressure: 57.06 mmHg

Left Atrium
LA diameter (2D) Normal Range (2.0-4.0cm): 3.6 cm
LA/Aorta (2D): 1.38
LA volume index: 39.6 ml/m\S\2 (16 - 34 ml/m\S\2)
LA area: 29.8 cm\S\2
LA volume: 94 ml

Right Atrium
Systolic pressure: 10 mmHg

Aortic Valve
Peak velocity Normal Range (0.9-1.7m/s): 1.14 m/s
Mean velocity: 0.79 m/s
Mean gradient Normal Range (<10mmHG): 3 mmHg
Peak gradient Normal Range (<10mmHG): 5.2 mmHg
Dimensionless index: 0.65
AV VTI: 24.3 cm
Mean velocity: 50 cm/s
Peak velocity: 74.4 cm/s
Mean gradient: 1 mmHg

Patient: FIELDS, DAVID L
MRN: 809309
Account #: 4583278
Adm Date: 4/2/2025
Primary Care: Dalleave,Mark MD

Location: TNJM RAD
Attending: Stribling,Warren MD
DOB/Sex: Male
Service Code: RAD OP Imaging Only

Copy to: STRIBLING,WARREN KYLE MD

## *Non-Invasive Cardiology*

**Report**

Peak gradient: 2 mmHg

LVOT VTI Normal Range (0.7-1.1m/s): 14.1 cm

Mitral Valve

Peak E-wave Normal Range (0.60-1.30m/s) : 85 cm/s

MR velocity: 276 cm/s

E' septal velocity: 4.79 cm/s

A' septal velocity: 4.04 cm/s

E/E' septal: 17.75

Peak A-wave Normal Range( 0.30-0.60m/s) : 38.9 cm/s

E/A ratio Normal Range (0.8-2.5): 2.19

Peak gradient: 2.89 mmHg

Deceleration time Normal Range (160-240msec): 216 ms

E' lateral velocity: 9.31 cm/s
A' lateral velocity: 3.95 cm/s
E/E' lateral: 9.13
E/E' average: 13.44

Tricuspid Valve

Estimated RVSP: 40 mmHg
TR velocity: 343 cm/s

Estimated RAP: 10 mmHg
TR gradient: 47.06 mmHg

Pulmonic Valve

Peak velocity Normal Range (0.5-1.0m/s): 99.9 cm/s

Peak gradient: 3.99 mmHg

Estimated PASP: 57.06 mmHg

Acceleration time: 95 ms

Aorta/Great Vessels

Aortic root (2D): 2.8 cm

ACS (M-mode) Normal Range (1.5-26cm): 1.6 cm

Electronically signed by Barry Michelson, MD (Interpreting physician) on 4/4/2025 at 1:15 PM

| | | | |
|---|---|---|---|
| **Patient:** | **FIELDS, DAVID L** | Location: | TNJM RAD |
| MRN: | 809309 | Attending: | Stribling,Warren MD |
| Account #: | 4583278 | DOB/Sex: | Male |
| Adm Date: | 4/2/2025 | Service Code: | RAD OP Imaging Only |
| Primary Care: | Dalleave,Mark MD | | |
| | | Copy to: | STRIBLING,WARREN KYLE MD |

***Non-invasive Cardiology***

**Report**

***** Final *****

Signed by: MICHELSON, BARRY I MD
Signed (Electronic Signature): 04/04/2025 01:15 pm EDT

# CARDIOPULMONARY STRESS TEST (PROC) (#150778479, 01/20/2025 12:00am)

Jan. 20. 2025 11:41AM No. 4960 P. 1

Visit Date:01/20/2025

Ascension Saint Thomas

St. Thomas West Hospital
4220 Harding Pike
Nashville, TN 37205

## CARDIOPULMONARY EXERCISE TEST REPORT

| | | | | | |
|---|---|---|---|---|---|
| Identification: | 20490603 | Last Name: | Fields | First Name: | David |
| Date of Birth: | | Height: | 72.0 Inch | Gender: | male |
| Age: | 47.2 Years | Weight: | 257.0 lbs | BMI: | 35 kg/m² |
| Technician: | RRT Gailbreath Matt | | | | |
| Physician: | Stibling Kyle | | | | |

### SLOPE DATA

| | | Value | (Normal Range) |
|---|---|---|---|
| VO2Ws | [(mL/min)/W] | 5.39 | 8.7-11.9 |
| HRO2Ws | [1/(mL/kg)] | 5.05 | 3.0-4.0 |
| VEO2s | | 19.11 | 23-26 |
| VECO2s | | 32.85 | 26-29 |
| OUESs | [(L/min)/log10] | 1.79 | |

### PRE EXERCISE SPIROMETRY

| | | PRE | PRED | %PRED |
|---|---|---|---|---|
| FVC | L | 3.36 | 5.43 | 62.0 |
| FEV 1 | L | 3.02 | 4.27 | 70.7 |
| FEV1/FVC | % | 90 | 79 | |
| MVV | L/min | | 142 | |

### CARDIOVASCULAR RESPONSES

| | | REST | AT (VT1) [Manual] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| V'O2/kg | [(mL/min)/kg] | 4.0 | 12.9 | 13.9 | 25.6 | 54 |
| V'O2 | [L/min] | 0.47 | 1.50 | 1.62 | 2.98 | 54 |
| V'CO2 | [L/min] | 0.38 | 1.45 | 1.67 | | |
| Load | [W] | | 130 | 130 | 209 | 62 |
| HR | [BPM] | 70 | 136 | 144 | 173 | 83 |
| O2pulse | [mL] | 6.7 | 11.1 | 11.2 | 17.2 | 65 |
| HRR | [BPM] | 103 | 37 | 29 | | |
| SBP | [mmHg] | 127 | 140 | 150 | | |
| DBP | [mmHg] | 77 | 77 | 74 | | |

### VENTILATORY RESPONSES

| | | REST | AT (VT1) [Manual] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| V'E | [L/min] | 17 | 56 | 69 | 116 | 60 |
| VTex | [L] | 0.786 | 1.584 | 1.632 | | |
| RR | [1/min] | 21.9 | 35.4 | 42.5 | 41.6 | 102 |
| BR (FEV1) | [%] | 84 | 47 | 35 | 28 | 123 |
| BR (MVV) | [%] | | | | | |

### GAS EXCHANGE RESPONSES

| | | REST | AT (VT1) [Manual] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| RER | | 0.81 | 0.97 | 1.03 | | |
| SpO2 | [%] | 98 | 98 | 96 | | |
| VE/VO2 | | 30 | 34 | 39 | | |
| VE/VCO2 | | 37 | 35 | 38 | | |
| VDest/VT | [%] | 22 | 17 | 19 | 19 | 98 |
| PETO2 | [mmHg] | 113.64 | 117.68 | 120.22 | | |
| PETCO2 | [mmHg] | 32.28 | 33.39 | 32.88 | | |

PL4600

8RC439 8/05

MRS 20490603 FIN# 2427768646
Fields, David M
Stibling Kyle 47Y DOS 01/20/2025

Visit Date:01/20/2025

## CARDIOPULMONARY EXERCISE GRAPHS: 9-PANEL




### Peak Exercise % Predicted




### Peak Exercise Normative Ranges




MR# 20490603 FIN # 2427768646
Fields, David M
Stribling Kyle
DOI 47Y DOS: 01 /20 /2025

2/6

**Lincoln/Fields 0606**

**FIELDS, David L (id #3189388, dob:**

Jan. 20. 2025 11:41AM No. 4960 P. 3

Visit Date:01/20/2025

## CARDIOPULMONARY EXERCISE GRAPHS: VENTILATORY THRESHOLD










| | | AT (VT1) [Manual] | AT%MaxPred [Manual] |
|---|---|---|---|
| V'O2/kg | [(mL/min)/kg] | 12.9 | 50 |
| V'O2 | [L/min] | 1.50 | 50 |
| V'CO2 | [L/min] | 1.45 | |
| RER | | 0.97 | |
| V'E | [L/min] | 56 | 49 |
| VE/VO2 | | 34 | |
| BR (FEV1) | [%] | 47 | 168 |
| Load | [W] | 130 | 62 |
| SpO2 | [%] | 98 | |
| HR | [BPM] | 136 | 79 |
| SBP | [mmHg] | 140 | |
| DBP | [mmHg] | 77 | |

## CARDIOPULMONARY EXERCISE GRAPHS: BLOOD PRESSURE AND DOUBLE PRODUCT

Blood Pressures

| Time [min] | Load [W] | HR [BPM] | SBP [mmHg] | DBP [mmHg] | DProd [mmHg/min] |
|---|---|---|---|---|---|
| 01:10 | | 71 | 127 | 77 | 9016 |
| 02:30 | 40 | 107 | 127 | 77 | 13588 |
| 03:45 | 40 | 120 | 131 | 79 | 15719 |
| 05:45 | 85 | 126 | 131 | 79 | 16505 |
| 06:49 | 85 | 129 | 140 | 77 | 18058 |
| 08:24 | 130 | 136 | 140 | 77 | 19038 |
| 09:34 | 130 | 146 | 140 | 77 | 20438 |
| 09:51 | 130 | 144 | 150 | 74 | 21598 |

Double Product Graph




MR# 20490603 FIN# 2427768646
Fields, David M
Stribling Kyle
DOB 17Y DOS: 01 /20 /2025

3/6

Lincoln/Fields 0607

| Time [min] | Load [W] | HR [BPM] | O2pulse [mL] | SpO2 [%] | V'O2/kg [(mL/mi... | V'O2 [L/min] | V'CO2 [L/min] | RER | V'E [L/min] | RR [1/min] |
|---|---|---|---|---|---|---|---|---|---|---|
| 00:00 Rest | | | | | | | | | | |
| 00:20 | | 73 | 5.6 | 98 | 3.5 | 0.41 | 0.33 | 0.81 | 16 | 23.1 |
| 00:40 | | 72 | 6.9 | 98 | 4.2 | 0.49 | 0.39 | 0.78 | 17 | 21.6 |
| 01:00 | | 72 | 6.6 | 98 | 4.1 | 0.47 | 0.38 | 0.81 | 17 | 21.3 |
| 01:10 | | 70 | 6.6 | 98 | 4.0 | 0.46 | 0.38 | 0.82 | 17 | 21.8 |
| 01:12 Test | | | | | | | | | | |
| 01:20 | | 71 | 7.5 | 98 | 4.6 | 0.54 | 0.43 | 0.80 | 20 | 28.0 |
| 01:40 | 40 | 86 | 7.4 | 98 | 5.5 | 0.64 | 0.54 | 0.84 | 23 | 23.9 |
| 02:00 | 40 | 90 | 7.3 | 97 | 5.6 | 0.65 | 0.54 | 0.83 | 25 | 30.7 |
| 02:20 | 40 | 99 | 7.8 | 98 | 6.6 | 0.77 | 0.60 | 0.78 | 25 | 27.3 |
| 02:40 | 40 | 110 | 8.7 | 98 | 8.2 | 0.96 | 0.72 | 0.76 | 29 | 26.3 |
| 03:00 | 40 | 114 | 8.7 | 98 | 8.5 | 1.00 | 0.75 | 0.75 | 30 | 25.8 |
| 03:20 | 40 | 118 | 9.0 | 98 | 9.1 | 1.06 | 0.82 | 0.77 | 31 | 25.7 |
| 03:40 | 40 | 118 | 9.0 | 98 | 9.1 | 1.07 | 0.83 | 0.78 | 32 | 26.3 |
| 04:00 | 40 | 120 | 8.9 | | 9.1 | 1.07 | 0.85 | 0.80 | 33 | 26.9 |
| 04:20 | 40 | 118 | 10.1 | 97 | 10.2 | 1.19 | 0.93 | 0.78 | 34 | 25.6 |
| 04:40 | 85 | 115 | 9.5 | 97 | 9.4 | 1.09 | 0.87 | 0.80 | 33 | 27.1 |
| 05:00 | 85 | 117 | 10.5 | 97 | 10.5 | 1.22 | 1.03 | 0.84 | 38 | 25.5 |
| 05:20 | 85 | 121 | 9.7 | 97 | 10.0 | 1.17 | 0.95 | 0.81 | 34 | 26.4 |
| 05:40 | 85 | 123 | 11.0 | 98 | 11.6 | 1.35 | 1.20 | 0.89 | 44 | 29.0 |
| 06:00 | 85 | 127 | 9.9 | 98 | 10.8 | 1.26 | 1.16 | 0.92 | 44 | 30.8 |
| 06:20 | 85 | 129 | 10.0 | 98 | 11.1 | 1.29 | 1.19 | 0.92 | 44 | 29.6 |
| 06:40 | 85 | 127 | 10.9 | 98 | 11.8 | 1.38 | 1.24 | 0.90 | 45 | 29.5 |
| 07:00 | 85 | 127 | 10.3 | 98 | 11.2 | 1.31 | 1.22 | 0.93 | 45 | 32.0 |
| 07:20 | 130 | 129 | 10.9 | 98 | 12.1 | 1.41 | 1.30 | 0.92 | 46 | 28.9 |
| 07:40 | 130 | 131 | 11.0 | 98 | 12.3 | 1.44 | 1.39 | 0.96 | 51 | 32.6 |
| 08:00 | 130 | 133 | 10.3 | 98 | 11.8 | 1.37 | 1.37 | 1.00 | 51 | 31.1 |
| 08:20 | 130 | 136 | 10.6 | 98 | 12.4 | 1.44 | 1.34 | 0.93 | 49 | 30.9 |
| 08:26 VT1 | | | | | | | | | | |
| 08:40 | 130 | 137 | 10.9 | 98 | 12.8 | 1.49 | 1.49 | 1.00 | 59 | 35.5 |
| 09:00 | 130 | 141 | 10.3 | 98 | 12.4 | 1.45 | 1.49 | 1.03 | 59 | 35.3 |
| 09:20 | 130 | 144 | 10.5 | 98 | 13.0 | 1.52 | 1.55 | 1.02 | 61 | 36.7 |
| 09:40 | 130 | 146 | 10.6 | 98 | 13.2 | 1.54 | 1.59 | 1.03 | 64 | 37.2 |
| 10:00 | 130 | 144 | 11.6 | 97 | 14.3 | 1.67 | 1.61 | 0.96 | 60 | 37.7 |
| 10:20 | 225 | 144 | 11.1 | 96 | 13.7 | 1.60 | 1.64 | 1.02 | 65 | 38.1 |
| 10:35 | 225 | 148 | 9.9 | 95 | 12.5 | 1.46 | 1.65 | 1.13 | 75 | 41.4 |
| 10:38 Recovery | | | | | | | | | | |
| 10:40 | 225 | 148 | 6.1 | | 7.8 | 0.91 | 1.00 | 1.10 | 46 | 37.0 |
| 11:00 | 30 | 146 | 9.9 | 94 | 12.4 | 1.45 | 1.46 | 1.00 | 56 | 37.6 |
| 11:20 | | 137 | 11.5 | | 13.5 | 1.57 | 1.43 | 0.91 | 45 | 26.1 |
| 11:40 | | 131 | 12.1 | | 13.6 | 1.58 | 1.45 | 0.92 | 44 | 23.6 |

MR# 20490603 FIN# 2427768646

Fields, David M

Strt

DOB DOS: 01 /20 /2025

VE/VCO2 Slope




| | Value |
|---|---|
| VECO2s | 32.85 |

MR# 20490603
Fields, David
FIN# 2427768646
M
DOS: 01 /20 /2025
5/6

Lincoln/Fields 0609

**FIELDS, David L (id #3189388, dob:**

Jan. 20. 2025 11:42AM No. 4960 P. 6

Visit Date:01/20/2025




MR# 20490603 FIN# 2427768646
Fields, David M
Stribling Kyle
DC 57Y DOS: 01 /20 /2025

6/6

Lincoln/Fields 0611

**FIELDS, David L (id #98454, dob:**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:12291313-H-10667]

Date: 08/27/2025

RE: David Fields, DOB: PT ID #98454

To whom it may concern:

I am writing to provide an official account and assessment concerning Mr. David Fields current heart condition and its impact on his ability to perform occupational duties. I have been Mr. Fields' primary cardiologist since August 18, 2017. More recently, since Feb 6, 2023, I have been closely monitoring his heart health status and treatment regimen.

Mr. Fields has been diagnosed with primary idiopathic dilated cardiomyopathy following a series of comprehensive evaluations, including echoes, stress testing, CT scans, MRI and heart catherization, as well as thorough physical examinations. His condition significantly affects his physical functions, rendering routine tasks a challenge and at times, nearly impossible.

Despite ongoing treatment and therapy, which have included guideline directed medical therapy and a biventricular implantable cardiac defibrillator with pacemaker, there has been no substantial improvement in his heart functionality. The symptoms, including shortness of breath and extreme fatigue, continue to persist and interfere with Mr. Fields' daily activites. He may be able to perform normally one day, and the next require several hours of rest to recover, rendering professional responsibilites unpredictable at best.

Upon careful consideration and evaluation, it is my professional opinion Mr. Fields is currently unable to engage in any form of gainful employment due to the severity and unpredictability of his condition. Continuing to work would likely lead to exacerbations, further detioration in heart health, as well as a reduced quality of life.

Therefore, I recommend Mr. Fields be granted continued long term disability status to focus on managing his health without the added stress of occupational demands. Regular follow up will continue to assess and adapt his treatment plan as directed per medical guidelines.

Please feel free to contact me at 865.392.3400, if further information is required. I am available to provide additional details necessary to support Mr. Fields' disability claim.

Thank you for understanding and consideration of this matter.

Sincerely,

Electronically Signed by: BARRY MICHELSON, MD, FACC

ssessment/Plan

| Detail Type | Description |
| --- | --- |
| Assessment | HTN (I10). |
| Impression | RTO keep appointment on 12/01/25 for 6 months follow up<br>Non Fasting labs on 11/25/25 for 6 months<br><br>Will get letter from Cardiologist regarding long term disability<br>Continue to see Dr Warren Stribling or Dr Kemal Akat Cardiologist in Knoxville as ordered<br><br>Work on lowering BMI to 30 with diet watching portion sizes<br><br>Continue to monitor heart and HTN due to history of heart disease in family.<br>Continue to weight daily with same clothing and chart weight report over 3-5 lbs.<br><br>Will continue with current medications with refills if needed.<br>Cologuard advised will have nurse set up for Cologuard in August if covered by insurance<br><br>Covid has had 2 injections<br>Flu shot done October 2024<br><br>Eat healthy low salt diet<br>Drink plenty of water to keep hydrated<br>Exercise 150min weekly.<br>Wear sun screen to prevent further skin damage<br>Wear good healthy shoes and do not walk on Concert. |
| Patient Plan | Continue the Lisinopril 20mg daily and Aspirin 81mg daily. , sooner prn. Reviewed his recent fasting labs. Advise healthy diet and physical activity. Low sodium diet, monitor home B/P.<br><br>Due to his only getting High School diploma and with medical conditions of Cardiomyopathy, Sleep apnea, Pacemaker and heart failure. He could not go back to school for a trade due to unable to stand for more than 15 min at a time.<br>He continue to have dizziness with medications changes by Cardiologist frequently.<br>His medications make it difficult to stay focused during the day.. |
| Plan Orders | follow-up visit with Mark Dalle-Ave, MD for blood pressure check Dec 25 per sch. Reason for referral: blood pressure check. |
| Assessment | Dilated cardiomyopathy (I42.0). |
| Impression | will continue with Entresto and Carvedilol as ordered by Dr Barry Michelson Cardiologist.. |
| Assessment | Presence of automatic (implantable) cardiac defibrillator (Z95.810). |
| Patient Plan | see care plan. |

Rural Health Services Consortium, Inc.
P.O. Box 850
Rogersville, TN, 378576028
Phone #: (800) 968-4200

Fields, David L

Person #: 158311
Sex: M
DOB:

Order Date: 05/14/2025

**Ordering:** Dalle-Ave MD, Mark J **Performing #:** LabCorp **Location:** Rogersville Medical Complex

**Tests Ordered :** CBC w/diff (NG005009), CMP (NG322000), Lipid Panel With LDL/HDL Ratio (NG235010)

Lipid Panel With LDL/HDL Ratio (Collection Date: 05/14/2025 08:32, Status: Final)

Performed At: TNLCA, Labcorp Knoxville
1924 Alcoa Hwy Box 108, Knoxville, TN, 379201511
Yorke, Young, MD, Phone: 8653128455

| Component | Result | Units | Flag | Range | Comment |
| --- | --- | --- | --- | --- | --- |
| Cholesterol, Total | 173 | mg/dL | | 100-199 | |
| HDL Cholesterol | 49 | mg/dL | | >39 | |
| LDL Calc Comment: | | | | | |
| LDL Chol Calc (NIH) | 109 | mg/dL | H | 0-99 | |
| LDL/HDL Ratio | 2.2 | ratio | | 0.0-3.6 | LDL/HDL Ratio<br>Men Women<br>1/2 Avg.Risk 1.0 1.5<br>Avg.Risk 3.6 3.2<br>2X Avg.Risk 6.2 5.0<br>3X Avg.Risk 8.0 6.1 |
| Triglycerides | 80 | mg/dL | | 0-149 | |
| VLDL Cholesterol Cal | 15 | mg/dL | | 5-40 | |

Comp. Metabolic Panel (14) (Collection Date: 05/14/2025 08:32, Status: Final)

Performed At: TNLCA, Labcorp Knoxville
1924 Alcoa Hwy Box 108, Knoxville, TN, 379201511
Yorke, Young, MD, Phone: 8653128455

ml;base64,PCFET0NUWVBFIGh0bWw+PGh0bWwgY2xhc3M9J25vLWpzJyBsYW5nF

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Albumin | 4.5 | g/dL | | 4.1-5.1 | |
| Alkaline Phosphatase | 68 | IU/L | | 44-121 | |
| ALT (SGPT) | 29 | IU/L | | 0-44 | |
| AST (SGOT) | 28 | IU/L | | 0-40 | |
| Bilirubin, Total | 1.9 | mg/dL | H | 0.0-1.2 | |
| BUN | 15 | mg/dL | | 6-24 | |
| BUN/Creatinine Ratio | 15 | | | 9-20 | |
| Calcium | 9.0 | mg/dL | | 8.7-10.2 | |
| Carbon Dioxide, Total | 23 | mmol/L | | 20-29 | |
| Chloride | 100 | mmol/L | | 96-106 | |
| Creatinine | 0.99 | mg/dL | | 0.76-1.27 | |
| eGFR | 95 | mL/min/1.73 | | >59 | |
| Globulin, Total | 3.0 | g/dL | | 1.5-4.5 | |
| Glucose | 82 | mg/dL | | 70-99 | |
| Potassium | 4.4 | mmol/L | | 3.5-5.2 | |
| Protein, Total | 7.5 | g/dL | | 6.0-8.5 | |
| Sodium | 135 | mmol/L | | 134-144 | |

CBC With Differential/Platelet (Collection Date: 05/14/2025 08:32, Status: Final)

none

Performed At: TNLCA, Labcorp Knoxville
1924 Alcoa Hwy Box 108, Knoxville, TN, 379201511
Yorke, Young, MD, Phone: 8653128455

Patient: Fields, David L, DOB:

data:text/html;base64,PCFET0NUWVBFIGh0bWw+PGh0bWwgY2xhc3M9J25vLWpzJyBsYW5nPSdlbic+PGhlYWQ+DQoJCQkJCQkJCQk8bWV0YSB... 

 nl;base64,PCFET0NUWVBFIGh0bWw+PGh0bWwgY2xhc3M9J25vLWpzJyBsYW5nF 

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Baso (Absolute) | 0.0 | x10E3/uL | | 0.0-0.2 | |
| Basos | 1 | % | | Not Estab. | |
| Eos | 1 | % | | Not Estab. | |
| Eos (Absolute) | 0.1 | x10E3/uL | | 0.0-0.4 | |
| Hematocrit | 43.6 | % | | 37.5-51.0 | |
| Hematology Comments: | | | | | |
| Hemoglobin | 15.1 | g/dL | | 13.0-17.7 | |
| Immature Cells | | | | | |
| Immature Grans (Abs) | 0.0 | x10E3/uL | | 0.0-0.1 | |
| Immature Granulocytes | 0 | % | | Not Estab. | |
| Lymphs | 26 | % | | Not Estab. | |
| Lymphs (Absolute) | 1.1 | x10E3/uL | | 0.7-3.1 | |
| MCH | 31.8 | pg | | 26.6-33.0 | |
| MCHC | 34.6 | g/dL | | 31.5-35.7 | |
| MCV | 92 | fL | | 79-97 | |
| Monocytes | 13 | % | | Not Estab. | |
| Monocytes(Absolute) | 0.6 | x10E3/uL | | 0.1-0.9 | |
| Neutrophils | 59 | % | | Not Estab. | |
| Neutrophils (Absolute) | 2.4 | x10E3/uL | | 1.4-7.0 | |
| NRBC | 0 | % | | 0 - 0 | |
| Platelets | 209 | x10E3/uL | | 150-450 | |
| RBC | 4.75 | x10E6/uL | | 4.14-5.80 | |
| RDW | 13.1 | % | | 11.6-15.4 | |
| WBC | 4.1 | x10E3/uL | | 3.4-10.8 | |

Patient: Fields, David L, DOB:

data:text/html;base64,PCFET0NUWVBFIGh0bWw+PGh0bWwgY2xhc3M9J25vLWpzJyBsYW5nPSdlbic+PGhlYWQ+DQoJCQkJCQkJCQkJCQk8bWV0YSB... 

EXACT SCIENCES LABORATORIES

Patient Report
For inquiries, contact 844-870-8870

EXACT SCIENCES LABORATORIES, LLC
145 E. Badger Rd, STE 100, Madison, WI 53713

- CW Cologuard
- OK June 2028 sooner
- 1st 5+5 colon CA
- 4

Notified 6/28

**Patient:** Fields, David L
**Date of Birth:**
**Medical Record #:** 36555
**Sex:** Male

**Report Date:** 6/29/2025
**Client Order ID:**

**COLOGUARD** (Final result)

| | | | |
|---|---|---|---|
| ID: | 25C149-030070 | Order ID: | 63318393 |
| Collected: | 6/25/2025 1145 | Authorized by: | Mark Joseph Dalle-Ave, MD |
| Received: | 6/26/2025 0738 | Type: | Stool |
| Resulting Lab: | CLIA 52D2072838 | Source: | Per Rectum |

| | Value | Normal Value |
|---|---|---|
| **Test Result** | Negative | Negative |

The Cologuard (TM) test was performed on this specimen.

NEGATIVE TEST RESULT. A negative Cologuard result indicates a low likelihood that a colorectal cancer (CRC) or advanced adenoma (adenomatous polyps with more advanced pre-malignant features) is present. The chance that a person with a negative Cologuard test has a colorectal cancer is less than 1 in 1500 (negative predictive value >99.9%) or has an advanced adenoma is less than 5.3% (negative predictive value 94.7%). These data are based on a prospective cross-sectional study of 10,000 individuals at average risk for colorectal cancer who were screened with both Cologuard and colonoscopy. (Imperiale T. et al, N Engl J Med 2014;370(14):1286-1297) The normal value (reference range) for this assay is negative.

COLOGUARD RE-SCREENING RECOMMENDATION: Periodic colorectal cancer screening is an important part of preventive healthcare for asymptomatic individuals at average risk for colorectal cancer. Following a negative Cologuard result, the American Cancer Society and U.S. Multi-Society Task Force screening guidelines recommend a Cologuard re-screening interval of 3 years.
References: American Cancer Society Guideline for Colorectal Cancer Screening: https://www.cancer.org/cancer/colon-rectal-cancer/detection-diagnosis-staging/acs-recommendations.html.; Rex DK, Boland CR, Dominitz JK, Colorectal Cancer Screening: Recommendations for Physicians and Patients from the U.S. Multi-Society Task Force on Colorectal Cancer Screening , Am J Gastroenterology 2017; 112:1016-1030.

TEST DESCRIPTION: Composite algorithmic analysis of stool DNA-biomarkers with hemoglobin immunoassay. Quantitative values of individual biomarkers are not reportable and are not associated with individual biomarker result reference ranges. Cologuard is intended for colorectal cancer screening of adults of either sex, 45 years or older, who are at average-risk for colorectal cancer (CRC). Cologuard has been approved for use by the U.S. FDA. The performance of Cologuard was established in a cross sectional study of average-risk adults aged 50-84. Cologuard performance in patients ages 45 to 49 years was estimated by sub-group analysis of near-age groups. Colonoscopies performed for a positive result may find as the most clinically significant lesion: colorectal cancer [4.0%], advanced adenoma (including sessile serrated polyps greater than or equal to 1cm diameter) [20%] or non- advanced adenoma [31%]; or no colorectal neoplasia [45%]. These estimates are derived from a prospective cross-sectional screening study of 10,000 individuals at average risk for colorectal cancer who were screened with both Cologuard and colonoscopy. (Imperiale T. et al, N Engl J Med 2014;370(14):1286-1297.) Cologuard may produce a false negative or false positive result (no colorectal cancer or precancerous polyp present at colonoscopy follow up). A negative Cologuard test result does not guarantee the absence of CRC or advanced adenoma (pre-cancer). The current Cologuard screening interval is every 3 years. (American Cancer Society and U.S. Multi-Society Task Force). Cologuard performance data in a 10,000 patient pivotal study using colonoscopy as the reference method can be

EXACT SCIENCES LABORATORIES

EXACT SCIENCES LABORATORIES, LLC
145 E. Badger Rd, STE 100, Madison, WI 53713

Patient Report
For inquiries, contact 844-870-8870

| | Value | Normal Value |
|---|---|---|

accessed at the following location: www.exactlabs.com/results. Additional description of the Cologuard test process, warnings and precautions can be found at www.cologuard.com.

**Resulting Labs**

| | | |
|---|---|---|
| CLIA 52D2072838 | EXACT SCIENCES LABORATORIES (CLIA #:52D2072838), 145 E. Badger Rd., MADISON WI 53713 Director: Rajarao Kakuluru V, PhD | 844-870-8870 |

Rural Health Services Consortium, Inc. "Our Primary Care Is People"

| | |
|---|---|
| Patient: | **David Fields** |
| Date of Birth: | |
| Date: | 08/20/2025 11:00 AM |
| Visit Type: | Office Visit |

I Rene Schaefers LPN am scribing for and in presence of Mark Dalle-Ave MD. Six min prior to visit MD went over notes, lab results and other tests. This 47 year old patient presents for long term disability and Scribe Present with Provider.

# History of Present Illness

## 1. long term disability

pt is here to discuss long term disability insurance.

## 2. Scribe Present with Provider

Comments: David is here today acute visit to discuss long term disability
He went to high school at Volunteer in TN and graduated
He did not go on to college or trade school
He went into factory work after graduation
He stated that Cardiologist has told him that he does not need to go back to work

# Chronic Conditions Addressed Today

| Diagnosis Description | Code | Status | HPI Comments |
|---|---|---|---|
| HTN | I10 | | |
| Dilated cardiomyopathy | I42.0 | | |
| Presence of automatic (implantable) cardiac defibrillator | Z95.810 | | |
| Obstructive Sleep Apnea Hypopnea | G47.33 | | |
| Dependence on other enabling machines and devices | Z99.89 | | |
| Chronic systolic (congestive) heart failure | I50.22 | | |
| Obesity | E66.9 | | |

## Screening Tools

### Other Screenings

| Encounter Date | Performed Date | Screening Tool | Score | Severity/ Interpretation | MDD Classification | Scanned Document |
|---|---|---|---|---|---|---|
| 08/20/2025 | 08/20/2025 | Patient Health Questionnaire (PHQ-2) | 0 | Negative | | |

## Social History (Reviewed, updated)

Tobacco use reviewed.

Preferred language is English.
The patient does not need an interpreter.

### Marital Status/Family/Social Support

Marital status: Married

Smoking status: Never smoker.

### Smoking Status

| Type | Smoking Status | Usage Per Day | Years Used | Pack Years | Total Pack Years |
|---|---|---|---|---|---|
| | Never smoker | | | | |

### Vaping Use

Status: Not a current user

### Alcohol

There is no history of alcohol use.

### Caffeine

The patient uses caffeine: coffee and tea. - 2 cups a day.

### Lifestyle

### Diet

low salt.

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| Vazalore 81 mg capsule | take 1 capsule by oral route every day | 02/27/2023 | | | N |
| spironolactone 25 mg tablet | take 1 tablet by oral route every day | 10/04/2023 | | | N |
| Farxiga 10 mg tablet | take 1/2 tablet by oral route 2 times every day in the morning | 11/18/2024 | | 11/18/2024 | N |
| carvedilol 12.5 mg tablet | take 1/2 in AM AND A | 05/20/2025 | 08/20/2025 | | N |

| | | | | |
|---|---|---|---|---|
| | WHOLE ONE AT NIGHT | | | |
| Entresto 97 mg-103 mg tablet | TAKE 1/2 AM AND 1/2 PM | 05/20/2025 | | N |
| carvedilol 12.5 mg tablet | take 1 tablet by oral route 2 times every day with food | // | 08/20/2025 | Y |

## Medication Reconciliation

Medications reconciled today.

## Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| not taking | carvedilol 12.5 mg tablet | take 1/2 in AM AND A WHOLE ONE AT NIGHT | N | Verified |
| taking as directed | carvedilol 12.5 mg tablet | take 1 tablet by oral route 2 times every day with food | Y | Verified |
| taking as directed | Entresto 97 mg-103 mg tablet | TAKE 1/2 AM AND 1/2 PM | N | Verified |
| taking as directed | Farxiga 10 mg tablet | take 1/2 tablet by oral route 2 times every day in the morning | N | Verified |
| taking as directed | spironolactone 25 mg tablet | take 1 tablet by oral route every day | N | Verified |
| taking as directed | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | Verified |

## Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| PENICILLIN G | (mild) | | |

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue, Malaise. |
| Constitutional | Negative | Chills, Fever, Night sweats, Weight gain and Weight loss. |
| ENMT | Negative | Ear drainage, Hearing loss, Nasal drainage, Otalgia, Sinus pressure and Sore throat. |
| Eyes | Negative | Eye discharge, Eye pain and Vision changes. |
| Respiratory | Positive | Dyspnea. |
| Respiratory | Negative | Chronic cough, Cough, Known TB exposure and Wheezing. |
| Cardio | Positive | Edema, Irregular heartbeat/palpitations. |
| Cardio | Negative | Chest pain and Claudication. |
| GI | Negative | Abdominal pain, Blood in stool, Change in stool pattern, Constipation, Decreased appetite, Diarrhea, Heartburn, Nausea and Vomiting. |
| GU | Negative | Dribbling, Dysuria, Hematuria, Polyuria (Genitourinary), Slow stream, Urinary frequency, Urinary incontinence and Urinary retention. |
| Endocrine | Negative | Cold intolerance, Heat intolerance, Polydipsia and Polyphagia. |
| Neuro | Positive | Dizziness, Gait disturbance. |
| Neuro | Negative | Extremity weakness, Headache, Memory impairment, Numbness in extremity, Seizures and Tremors. |
| Psych | Positive | Insomnia. |
| Psych | Negative | Anxiety and Depression. |

| | | |
|---|---|---|
| Integumentary | Negative | Brittle hair, Brittle nails, Change in shape/size of mole(s), Hair loss, Hirsutism, Hives, Pruritus, Rash and Skin lesion. |
| MS | Positive | Back pain, Muscle weakness. |
| MS | Negative | Joint pain, Joint swelling and Neck pain. |
| Hema/Lymph | Positive | Easy bruising. |
| Hema/Lymph | Negative | Easy bleeding and Lymphadenopathy. |
| Allergic/Immuno | Negative | Contact allergy, Environmental allergies, Food allergies and Seasonal allergies. |
| Reproductive | Negative | Erectile dysfunction, Penile discharge and Sexual dysfunction. |

# Vital Signs

## Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 10:41 AM | 6.0 | | 182.88 | 01/12/2024 | 0 |

## Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 10:41 AM | 268.80 | | 121.926 | dressed with shoes | 36.46 | 2.49 |

## Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 10:41 AM | 92/57 | sitting | left | arm | automatic | Large adult |

## Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 10:41 AM | 98.10 | 36.72 | forehead | 63 | | |

## Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 10:41 AM | 95 | | RA | | Pre-tx | | | | |

## Pain Level

| Time | Pain Level | Method |
|---|---|---|
| 10:41 AM | 0/10 | Numeric Pain Intensity Scale |

## Measured by

| Time | Measured by |
|---|---|
| 10:41 AM | Kyla Howe |

# Screening Summary

Pain is described as 0/10. Evaluated pain score with Numeric Pain Intensity Scale.
The following were reviewed: nutrition, tobacco use, alcohol use, caffeine use and drugs of abuse