## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | * | Overall appearance - age appropriate. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Lips/teeth/gums - Normal. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Heart sounds - Normal S1, Normal S2. |
| Vascular | Normal | Pulses - Carotids: Normal. |
| Abdomen | Normal | Inspection - Normal. Auscultation - Normal. |
| Skin | * | Inspection - General inspection: warm and dry. |
| Musculoskeletal | * | Lumbar spine - tenderness. |
| Neurological | Normal | Memory - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

## Immunizations Entered by History

| Date | Immunization |
|---|---|
| 10/5/2016 12:00:00 AM | Influenza virus vaccine, injectable, quadrivalent, split virus, preservative free, 3 years or older Fluarix, Flulaval or Fluzone Quad 2014-2015 |
| 9/10/2014 11:36:00 AM | Fluarix 3 years or older |

## Completed Orders (This Visit)

| Order | Details | Reason | Side | Interpretation | Result | Additional Info | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | | | | Negative | 0 | | | |
| Giving encouragement to exercise | | | | | | | | |
| Dietary management education, guidance, and counseling | | | | | | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | HTN (I10), chronic. |
| | Impression | RTO keep appointment on 12/01/25 for 6 months follow up<br>Non Fasting labs on 11/25/25 for 6 months<br><br>Will get letter from Cardiologist regarding long term disability<br>Continue to see Dr Warren Stribling or Dr Kemal Akat Cardiologist in Knoxville as ordered<br><br>Work on lowering BMI to 30 with diet watching portion sizes |



EXHIBIT

3, part 2

Continue to monitor heart and HTN due to history of heart disease in family.
Continue to weight daily with same clothing and chart weight report over 3-5 lbs.

Will continue with current medications with refills if needed.
Cologuard advised will have nurse set up for Cologuard in August if covered by insurance

Covid has had 2 injections
Flu shot done October 2024

Eat healthy low salt diet
Drink plenty of water to keep hydrated
Exercise 150min weekly.
Wear sun screen to prevent further skin damage
Wear good healthy shoes and do not walk on Concert.

Patient Plan: Continue the Lisinopril 20mg daily and Aspirin 81mg daily. , sooner prn. Reviewed his recent fasting labs. Advise healthy diet and physical activity. Low sodium diet, monitor home B/P.

Due to his only getting High School diploma and with medical conditions of Cardiomyopathy, Sleep apnea, Pacemaker and heart failure. He could not go back to school for a trade due to unable to stand for more than 15 min at a time.
He continue to have dizziness with medications changes by Cardiologist frequently.
His medications make it difficult to stay focused during the day.

Plan Orders: follow-up visit with Mark Dalle-Ave, MD for blood pressure check Dec 25 per sch. Reason for referral: blood pressure check.

2. Assessment: Dilated cardiomyopathy (I42.0), chronic.
Impression: will continue with Entresto and Carvedilol as ordered by Dr Barry Michelson Cardiologist..

3. Assessment: Presence of automatic (implantable) cardiac defibrillator (Z95.810), chronic.
Patient Plan: see care plan

4. Assessment: Obstructive Sleep Apnea Hypopnea (G47.33), chronic.
Impression

Suppled by Medi Home Medical Services of America INC.
Will obtain copy of machine reading for chart from medi Home DME..

Patient Plan

He is compliant with his CPAP use nightly for 8 hours with great benefit
He will continue to use his CPAP nightly and report any changes or problems

5. Assessment: Dependence on other enabling machines and devices (Z99.89), chronic.
Impression: 1-866-678-2825 fax number for Medi Home Care DME..
Patient Plan: Patient has Auto PAP Airsense 11 Tri Pack with heated tubing and Humidifier Setting 11-20cm H2O, EPR 3H/H

6. Assessment: Chronic systolic (congestive) heart failure (I50.22), chronic.

7. Assessment: Obesity (E66.9), chronic.

8. Assessment: Body mass index (BMI) 36.0-36.9, adult (Z68.36).

| | | |
|---|---|---|
| | Plan Orders | Today's instructions / counseling include(s) Dietary management education, guidance, and counseling and Giving encouragement to exercise . |
| 9. | Other Orders | Orders not associated to today's assessments. |
| | Plan Orders | The patient had the following order(s): Patient Health Questionnaire (PHQ-2). Interpretation: Negative, Result details: 0. |

## Pain Management Plan

Pain level:0/10.
Method: Numeric Pain Intensity Scale.

## Medications (Added, Continued or Stopped today)

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 05/20/2025 | carvedilol 12.5 mg tablet | take 1/2 in AM AND A WHOLE ONE AT NIGHT | N | | | 08/20/2025 |
| | carvedilol 12.5 mg tablet | take 1 tablet by oral route 2 times every day with food | N | | | 08/20/2025 |
| 08/20/2025 | Coreg 12.5 mg tablet | take 1 tablet by oral route 2 times every day with food | N | | | |
| 05/20/2025 | Entresto 97 mg-103 mg tablet | TAKE 1/2 AM AND 1/2 PM | N | | | |
| 11/18/2024 | Farxiga 10 mg tablet | take 1/2 tablet by oral route 2 times every day in the morning | N | | | |
| 10/04/2023 | spironolactone 25 mg tablet | take 1 tablet by oral route every day | N | | | |
| 02/27/2023 | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | | | |

## Counseling / Educational Factors

Counseling / educational factors reviewed.
The patient was counseled today by Mark Dalle-Ave on medication(s). The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.
The patient was also counseled today by Mark Dalle-Ave on diagnosis. The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.

The patient was checked out at 12:28 PM by Debra Crisantemi.

### Co-Sign Orders

| Order | Ordering Provider | Cosigned Name | Cosigned Date | Cosigner Comments |
|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | Keshia Luster FNP | Mark Dalle-Ave | 08/20/2025 | |

| | | | |
|---|---|---|---|
| Giving encouragement to exercise | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 08/20/2025 |
| Dietary management education, guidance, and counseling | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 08/20/2025 |
| follow-up visit with Mark Dalle-Ave, MD for blood pressure check Dec 25 per sch | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 08/20/2025 |

Electronically signed and authenticated by [signature] on 08/20/2025.
Mark J. Dalle-Ave MD
Document generated by: Mark Dalle-Ave 08/20/2025 12:29 PM

---

Rural Health Services Consortium, Inc.
Rogersville Medical Complex
4307 Highway 66 South
Rogersville, TN 37857-3155
Phone: (423)921-1600

Patient: Fields, David, DOB:

| | |
|---|---|
| Patient: | **David Fields** |
| Date of Birth: | |
| Date: | 05/20/2025 09:30 AM |
| Visit Type: | Office Visit |

I Rene Schaefers LPN am scribing for and in presence of Mark Dalle-Ave MD. Six min prior to visit MD went over notes and lab results and other tests. This 47 year old patient presents for hypertension, chronic systolic heart failure, Chronic conditions and Scribe Present with Provider.

# History of Present Illness

## 1. hypertension

The severity has been described as being moderate. It is currently stable. Risk factors include family history HTN, gout or CAD, male gender, obesity and smoking. Pertinent negatives include chest pain, claudication, dyspnea, fatigue, headache, hematuria, irregular heartbeat/palpitations, nausea, tremor and vomiting.

## 2. chronic systolic heart failure

The patient states the symptoms are chronic and are stable.

## 3. Chronic conditions

1) HTN (Stable.)
2) Dilated cardiomyopathy (Stable.)
3) Presence of automatic (implantable) cardiac defibrillator (Stable.)
4) Obstructive Sleep Apnea Hypopnea (Stable.)
5) Dependence on other enabling machines and devices (Stable.)
6) Chronic systolic (congestive) heart failure (Stable.)
7) Obesity (Unstable.)
8) Body mass index (BMI) 36.0-36.9, adult (onset 05/20/2025; Unstable.)

Pertinent negatives include fatigue, weight gain and weight loss.

## 4. Scribe Present with Provider

Comments: David is here today for 6 month follow up
He has had 2 Covid injections and flu shot
He received lab results and went over results today in office

He saw Cardiologist in Knoxville on 5/08/25
He has 2 grand daughter
Melinda his wife is doing good at this time
He is doing good at this time with no problems or questions to report
He is having SOB with exertion
He stated that will be getting paper work for disability from Lincoln insurance

## Chronic Conditions Addressed Today

| Diagnosis Description | Code | Status | HPI Comments |
|---|---|---|---|
| HTN | I10 | Stable | |
| Dilated cardiomyopathy | I42.0 | Stable | |
| Presence of automatic (implantable) cardiac defibrillator | Z95.810 | Stable | |
| Obstructive Sleep Apnea Hypopnea | G47.33 | Stable | |
| Dependence on other enabling machines and devices | Z99.89 | Stable | |
| Chronic systolic (congestive) heart failure | I50.22 | Stable | |
| Obesity | E66.9 | Unstable | |
| Body mass index (BMI) 36.0-36.9, adult | Z68.36 | Unstable | |

## Screening Tools

### Other Screenings

| Encounter Date | Performed Date | Screening Tool | Score | Severity/ Interpretation | MDD Classification | Scanned Document |
|---|---|---|---|---|---|---|
| 05/20/2025 | 05/20/2025 | Patient Health Questionnaire (PHQ-2) | 0 | Negative | | |

Intake Comments: TAKES VITAMINS, ASPIRIN ZYRTEC OTC
SEEN CADIOLOGY X2

## Social History (Detailed)

Tobacco use reviewed.

Preferred language is English.
The patient does not need an Interpreter.

### Marital Status/Family/Social Support

Marital status: Married

Smoking status: Never smoker.

### Smoking Status

| Type | Smoking Status | Usage Per Day | Years Used | Pack Years | Total Pack Years |
|---|---|---|---|---|---|

~~Never-smoker~~

### Vaping Use

Status: Not a current user

### Alcohol

There is no history of alcohol use.

### Caffeine

The patient uses caffeine: coffee and tea. - 2 cups a day.

### Lifestyle

**Diet**

low salt.

## Advance Directives

Reviewed

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | 02/27/2023 | 05/20/2025 | | N |
| Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | 02/27/2023 | 05/20/2025 | | N |
| Vazalore 81 mg capsule | take 1 capsule by oral route every day | 02/27/2023 | | | N |
| spironolactone 25 mg tablet | take 1 tablet by oral route every day | 10/04/2023 | | | N |
| Farxiga 10 mg tablet | take 1/2 tablet by oral route 2 times every day in the morning | 11/18/2024 | | 11/18/2024 | N |

### Medication Reconciliation

Medications reconciled today.

### Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| taking as directed | carvedilol 12.5 mg tablet | take 1/2 in AM AND A WHOLE ONE AT NIGHT | N | Verified |
| taking as directed | Entresto 97 mg-103 mg tablet | TAKE 1/2 AM AND 1/2 PM | N | Verified |
| taking as directed | Farxiga 10 mg tablet | take 1/2 tablet by oral route 2 times every day in the morning | N | Verified |
| taking as directed | spironolactone 25 mg tablet | take 1 tablet by oral route every day | N | Verified |
| taking as directed | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | Verified |

## Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| PENICILLIN G | (mild) | | |

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, Fatigue, Fever, Malaise, Night sweats, Weight gain and Weight loss. |
| ENMT | Negative | Ear drainage, Hearing loss, Nasal drainage, Otalgia, Sinus pressure and Sore throat. |
| Eyes | Negative | Eye discharge, Eye pain and Vision changes. |
| Respiratory | Negative | Chronic cough, Cough, Dyspnea, Known TB exposure and Wheezing. |
| Cardio | Negative | Chest pain, Claudication, Edema and Irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, Blood in stool, Change in stool pattern, Constipation, Decreased appetite, Diarrhea, Heartburn, Nausea and Vomiting. |
| GU | Negative | Dribbling, Dysuria, Hematuria, Polyuria (Genitourinary), Slow stream, Urinary frequency, Urinary incontinence and Urinary retention. |
| Endocrine | Negative | Cold intolerance, Heat intolerance, Polydipsia and Polyphagia. |
| Neuro | Positive | Dizziness. |
| Neuro | Negative | Extremity weakness, Gait disturbance, Headache, Memory impairment, Numbness in extremity, Seizures and Tremors. |
| Psych | Negative | Anxiety, Depression and Insomnia. |
| Integumentary | Negative | Brittle hair, Brittle nails, Change in shape/size of mole(s), Hair loss, Hirsutism, Hives, Pruritus, Rash and Skin lesion. |
| MS | Negative | Back pain, Joint pain, Joint swelling, Muscle weakness and Neck pain. |
| Allergic/Immuno | Negative | Contact allergy, Environmental allergies, Food allergies and Seasonal allergies. |

## Vital Signs

### Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 9:37 AM | 6.0 | | 182.88 | 01/12/2024 | 0 |

### Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 9:37 AM | 269.40 | | 122.198 | | 36.54 | 2.49 |

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 9:37 AM | 100/69 | sitting | right | arm | automatic | Large adult |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 9:37 AM | 98.00 | 36.67 | | 62 | | 16 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FIO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 9:37 AM | 96 | | | | | | | | |

**Pain Level**

| Time | Pain Level | Method |
|---|---|---|
| 9:37 AM | 0/10 | Numeric Pain Intensity Scale |

**Measured by**

| Time | Measured by |
|---|---|
| 9:37 AM | Joyce Carter, LPN |

## Screening Summary

Functional status has not changed.
Most recent assessment: 05/20/2025
Cognitive status has not changed.
Most recent assessment: 05/20/2025
The following were reviewed: nutrition, tobacco use, alcohol use, caffeine use and drugs of abuse

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | * | Overall appearance - age appropriate. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Lips/teeth/gums - Normal. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Heart sounds - Normal S1, Normal S2. |
| Vascular | Normal | Pulses - Carotids: Normal. |
| Skin | * | Inspection - General inspection: warm and dry. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Neurological | Normal | Memory - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Immunizations Entered by History

| Date | Immunization |
|---|---|
| 10/5/2016 12:00:00 AM | Influenza virus vaccine, injectable, quadrivalent, split virus, preservative free, 3 years or older Fluarix, Flulaval or Fluzone Quad 2014-2015 |
| 9/10/2014 11:36:00 AM | Fluarix 3 years or older |

## Completed Orders (This Visit)

| Order | Details | Reason | Side | Interpretation | Result | Additional Info | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| Patient Health Questionnaire (PHQ-2) | Negative | 0 |
| Giving encouragement to exercise | | |
| Dietary management education, guidance, and counseling | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment Impression | HTN (I10), chronic, Stable.<br>RTO in 6 months<br>Non Fasting labs in 6 months<br><br>Continue to see Dr Warren Stribling or Dr Kemal Akat Cardiologist in Knoxville as ordered on August the 2nd with labs<br>Cardiologist increase Carvedilol 12.5 to 1/2 tab in am and Whole in PM and increased Entresto 1/2 tab in am and pm.<br>Work on lowering BMI to 30 with diet watching portion sizes<br><br>Continue to monitor heart and HTN due to history of heart disease in family.<br>Continue to weight daily with same clothing and chart weight report over 3-5 lbs.<br><br>Will continue with current medications with refills if needed.<br>Cologuard advised will have nurse set up for Cologuard In August if covered by insurance<br><br>Covid has had 2 injections<br>Flu shot done October 2024<br><br>Eat healthy low salt diet<br>Drink plenty of water to keep hydrated<br>Exercise 150min weekly.<br>Wear sun screen to prevent further skin damage<br>Wear good healthy shoes and do not walk on Concert. |
| | Patient Plan | Continue the Lisinopril 20mg daily and Aspirin 81mg daily. , sooner prn. Reviewed his recent fasting labs. Advise healthy diet and physical activity. Low sodium diet, monitor home B/P. |
| | Plan Orders | BMP to be performed. follow-up visit with Mark Dalle-Ave, MD for blood pressure check 6 Months. Reason for referral: blood pressure check. |
| 2. | Assessment Impression | Dilated cardiomyopathy (I42.0), chronic, Stable.<br>will continue with Entresto and Carvedilol as ordered by Dr Barry Michelson Cardiologist.. |
| 3. | Assessment Patient Plan | Presence of automatic (implantable) cardiac defibrillator (Z95.810), chronic, Stable.<br>see care plan |

| | | |
|---|---|---|
| 4. | Assessment | Obstructive Sleep Apnea Hypopnea (G47.33), chronic, Stable. |
| | Impression | Suppled by Medi Home Medical Services of America INC<br>Will obtain copy of machine reading for chart from medi Home DME., |
| | Patient Plan | He is compliant with his CPAP use nightly for 8 hours with great benefit<br>He will continue to use his CPAP nightly and report any changes or problems |
| 5. | Assessment | Dependence on other enabling machines and devices (Z99.89), chronic, Stable. |
| | Impression | 1-866-678-2825 fax number for Medi Home Care DME.. |
| | Patient Plan | Patient has Auto PAP Airsense 11 Tri Pack with heated tubing and Humidifier<br>Setting 11-20cm H2O, EPR 3H/H |
| 6. | Assessment | Chronic systolic (congestive) heart failure (I50.22), chronic, Stable. |
| 7. | Assessment | Obesity (E66.9), chronic, Unstable. |
| 8. | Assessment | Body mass index (BMI) 36.0-36.9, adult (Z68.36), chronic, Unstable. |
| | Plan Orders | Today's instructions / counseling include(s) Dietary management education, guidance, and counseling and Giving encouragement to exercise . |
| 9. | Assessment | Encounter for screening for malignant neoplasm of colon (Z12.11). |
| 10. | Other Orders | Orders not associated to today's assessments. |
| | Plan Orders | The patient had the following order(s): Patient Health Questionnaire (PHQ-2).<br>Interpretation: Negative, Result details: 0. |

## Pain Management Plan

Pain level:0/10.
Method: Numeric Pain Intensity Scale.

## Medications (Added, Continued or Stopped today)

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 05/20/2025 | carvedilol 12.5 mg tablet | take 1/2 in AM AND A WHOLE ONE AT NIGHT | N | | | |
| 02/27/2023 | carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | N | | | 05/20/2025 |
| 02/27/2023 | Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | N | | | 05/20/2025 |
| 05/20/2025 | Entresto 97 mg-103 mg tablet | TAKE 1/2 AM AND 1/2 PM | N | | | |
| 11/18/2024 | Farxiga 10 mg tablet | take 1/2 tablet by oral route 2 times every | N | | | |

| | | | |
|---|---|---|---|
| | | day in the morning | |
| 10/04/2023 | spironolactone 25 mg tablet | take 1 tablet by oral route every day | N |
| 02/27/2023 | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N |

## Counseling / Educational Factors

Counseling / educational factors reviewed.

The patient was counseled today by Mark Dalle-Ave on medication(s). The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.

The patient was also counseled today by Mark Dalle-Ave on diagnosis. The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.

### Co-Sign Orders

| Order | Ordering Provider | Cosigned Name | Cosigned Date | Cosigner Comments |
|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | Chelsea Hartsook-Fields FNP | Mark Dalle-Ave | 05/20/2025 | |
| BMP | Dalle-Ave MD, Mark J MD | Mark Dalle-Ave | 05/20/2025 | |
| Giving encouragement to exercise | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 05/20/2025 | |
| Dietary management education, guidance, and counseling | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 05/20/2025 | |
| follow-up visit with Mark Dalle-Ave, MD for blood pressure check 6 Months | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 05/20/2025 | |

Electronically signed and authenticated by on 05/20/2025.
**Mark J. Dalle-Ave MD**
Document generated by: Mark Dalle-Ave 05/20/2025 10:19 AM

---

Tennova™ Heart

Knoxville HMA Cardiology South
7323 Chapman Hwy
KNOXVILLE, TN 37920-6757
Phone: (865) 392-3400, Fax (865) 392-3449

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have Internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:12353375-H-10667]

**Encounter Summary - Progress Note**

| | |
|---|---|
| **Patient** | Fields, David L (47yo, M) #98454 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | 6 month follow up<br>Followup: Nonischemic congestive cardiomyopathy<br>Followup: Left ventricular cardiac dysfunction<br>09/12/2025 - 09:15AM - ETHC_South |
| **History of Present Illness** | Patient is a 39-year-old male that is asked to be seen in followup for cardiac evaluation. We had seen him about 10 years ago. Abnormal stress test. This led to a cardiac catheterization. A small circumflex arose anomalously from the right coronary cusp. LV function was normal. There is a strong family history of coronary disease in the patient's father beginning at age 33 of 34. He died within the last year of complications of coronary artery disease at age 65.. He also has a cousin who was told that he had an elevated coronary calcium score and subsequently went on to be a catheterization and bypass surgery.<br><br>The patient is not having symptoms of chest pain or exercise intolerance dyspnea or orthopnea. No dysrhythmias have been identified. He does have a history of hypertension which she states is typically well controlled. He attributes his elevated blood pressure today to nervousness. Patient does not exercise regularly but is able to do his normal activities without limitation. His last LDL cholesterol 58.<br><br>The patient requested follow-up on February 6, 2023. Over the past several weeks he has been complaining of abdominal distention pedal edema and shortness of breath with activity. He contacted Cindy Pittman who is a relative of his. She thought that follow-up was appropriate. The patient reported some vague epigastric and chest |

discomfort. He went to the emergency room in Rogersville. His chest x-ray suggested borderline cardiomegaly but was otherwise unremarkable. His abdominal gas pattern was normal. His COVID screen was negative. No lab work was done a UTI was not diagnosed based on a urine analysis was. He states in the last several weeks he has gained about 9 or 10 pounds. He feels as if his belly is swollen and distended. He has been treated with multiple GI medications and actually got partial relief. He complained of some fluttering in his chest but no syncope or near syncope. He is not having any chest pain. At its worst he had mild pitting edema just over his lower calfs. He reports he has been watching his diet as far as fluid and salt intake and recently has been eating primarily salads

Patient reports that his bowel habits have increased in frequency. He thinks urination may have diminished mildly

The patient had an echocardiogram performed which demonstrated severe global left ventricular dysfunction EF of 10 to 15%. Right ventricular function was diminished as well. No hemodynamically significant valvular abnormalities were seen. Troponin was normal proBNP was elevated at 3953 CBC was unremarkable there was mild elevation in ALT and AST BUN and creatinine were normal at 18 and 1.16 bilirubin was 2.5
Because of the findings we brought him back to the office as quickly as possible to initiate therapy. There is really been no change in his status over the last 3 days. We did discuss changes in medications including substituting Entresto for lisinopril and adding carvedilol as well as an SGLT2 2 inhibitor. We also discussed cardiac catheterization to rule out coronary disease as an etiology. We also discussed long-term goals and possible need for ICD or advanced care if he does not respond well to medication

Catheterization was performed. Left ventricle was severely dilated with an EF estimated 10 to 15% end-diastolic pressure was estimated at 40 mmHg. He did not have significant blockages in his coronaries. Appropriate medical therapy was continued. He has lost approximately 20 pounds with diuresis. Overall the patient's breathing has improved. He is not having significant orthopnea. His exercise tolerance is marginally better. He is scheduled to see the St. Thomas heart failure service in April. He has not been monitoring blood pressures at home but I suggested that he do this. His ICD has not discharged (ZOLL LifeVest).

Patient is seen in follow-up on June 23, 2023. Since his last visit he has seen Dr. Patel. There is a plan for implantation of a subcutaneous ICD in July. The MRI was performed as requested by Dr. Stribling. This confirms severe dilated left ventricle with severe left ventricular dysfunction. Interpretation could not exclude prior infarction but this certainly would not be consistent with findings on his coronary angiography.
Patient has been doing reasonably well clinically. He brought in an extensive recordings of his blood pressure heart rate and weight. His blood pressures typically are between 90 and 100 systolic limiting our ability to increase medications. Patient feels that he is much better than at his time of his presentation. He can walk unlimited distances on level ground. He does report some dyspnea when walking uphill. He is not having problems with orthopnea. He is scheduled to see Dr. Stribling in October

The patient was seen in follow-up on September 8, 2023. He actually underwent implantation of a ICD CRT device. He early on had some issues with diaphragmatic pacing but these have been reprogrammed. He has occasional "hiccups". His exercise tolerance is improved but certainly is not where he wants it to be. He keeps a good log of his blood pressure. Blood pressure is marginal for increasing medications. He will occasionally report transient lightheadedness if he is bending over and stands up suddenly. We discussed venous pooling and that this was something that we would keep an eye on but to be aware of it and try movement immediately. He is not having significant problems with edema

**FIELDS, David L (Id #98454, dob:**

| | |
|---|---|
| | Patient is seen in follow-up on March 13, 2024. Clinically he is doing well. He is able to do more physical exercise but limits himself in terms of duration. He is not having any chest pain. He does have occasional "hiccups". Which seem to be positional and are likely due to intermittent phrenic nerve pacing from his BiV ICD. He has had no interval hospitalizations. His weight has been stable. He has not had any edema. He continues to monitor his blood pressures and they are marginal for any increase in his medical regimen (systolics typically 100-104).<br><br>Patient is seen in follow-up on September 11, 2024. Clinically he is stable to marginally improved. He has seen Dr. Stribling in the past and is scheduled to go to Nashville after the first of the year to have a 6-minute walk test as well as potentially other testing performed. He is not having significant orthopnea or paroxysmal nocturnal dyspnea. He is not having significant dependent edema. He monitors blood pressures frequently. They tend to be in the 90-100 systolic range limiting any future changes in medications.<br><br>The patient is seen in follow-up on March 12, 2025. Since his last visit he has been seen by Dr. Stribling. He evidently had cardiopulmonary testing performed. I believe the conclusion was he is not yet a candidate for transplant. The patient has an appointment to see Dr. Stribling in late March. He has been doing well. He denies problems with chest pain or shortness of breath orthopnea paroxysmal nocturnal dyspnea. To the best of his knowledge he has not had any ICD therapies administered. He states that he walked he thinks for about 10-1/2 minutes on the protocol. It may have been a modified bruise from how he was describing it is 0% grade to begin with. Blood pressures remain a little on the low side but he is not really symptomatic. He has had no interval hospitalizations<br><br>Patient returns for follow-up on September 12, 2025. His heart failure he remains reasonably well compensated. He is not having significant issues with orthopnea or paroxysmal nocturnal dyspnea. His blood pressure remains low and he will have occasional episodes of transient lightheadedness. Since his carvedilol dose was increased a little bit he has more of the "hiccups". He is really not having significant diaphragmatic pacing I do not think. He continues to be followed by the heart failure clinic at St. Thomas. He has not had any ICD therapies administered. |
| **Review of Systems** | **Cardiovascular:**<br>Cardiovascular: **palpitations and light-headed on standing.**<br>**Respiratory:**<br>Respiratory: **sleep apnea (c-pap).** |
| **Vitals** | 2025-09-12 09:26 |

| | | | | | |
|---|---|---|---|---|---|
| **BP Cuff Size:** | large adult large adult | **BP Measurement Method:** | manual manual | **Ht:** | 6 ft |
| **Wt:** | 268.4 lbs | **BP:** | 92/64 sitting L arm 96/70 standing L arm | **BMI:** | 36.4 |

| | |
|---|---|
| **Procedure** | None recorded |
| **Results/Interpretations** | ELECTROCARDIOGRAM<br>• Result:<br>- **Interpretation:: Sinus rhythm ventricular pacing** |
| **Physical Exam** | **Constitutional:**<br>General Appearance: appears stated age and **obese**. Level of Distress: comfortable. |

**Psychiatric:**
Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:**
Lids and Conjunctivae: no xanthelasma or arcus senilis.

**ENMT:**
Lips, Teeth, and Gums: normal dentition. Nose: no lesions on external nose.

**Neck:**
Neck: supple and trachea midline. Carotid Arteries: bilateral normal upstroke and no bruits. Jugular Veins: jugular venous pressure unable to assess. Cervical Lymph Nodes: non tender.

**Lungs:**
Respiratory Effort: unlabored. Chest Exam: normal curvature. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:**
Precordial Exam: non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: **BTK edema** .

**Peripheral Pulses:**
Pulses: full and equal in all extremities except if noted. Radial Pulse: normal. Dorsalis Pedis Pulse: normal.

**Abdomen::**
Inspection and Palpation: non distended or tender, normal aorta and bowel sounds, no bruit or masses, and soft; **Abdomen is mildly distended soft with no rebound or guarding.**

**Musculoskeletal:**
Inspection: no joint tenderness.

**Neurologic:**
Gait: normal gait. Motor: normal strength.

**Skin:**
Inspection and Palpation: warm and dry.

FIELDS, David L (id #98454, dob:

| | |
|---|---|
| **Assessment and Plan** | **1. Nonischemic congestive cardiomyopathy** - Onset: 06/08/2023 -<br>Patient has nonischemic cardiomyopathy. He is on a reasonable medical regimen limited by blood pressure. He is followed by the advanced heart failure clinic at St. Thomas. He is followed by EP and has had a BiV ICD/CRT device implanted which seems to be working normally.<br><br>As the patient has had the BiV ICD CRT device in some period of time we will order an echocardiogram.<br><br>Stable on current therapy. Blood pressure precludes aggressive intensification. Followed by the heart failure clinic at St. Thomas.<br>I42.0: Dilated cardiomyopathy<br>• ELECTROCARDIOGRAM<br>• NT PROBNP<br>• COMPREHENSIVE METABOLIC PANEL<br><br>**2. Primary idiopathic dilated cardiomyopathy**<br>Patient has severe global left ventricular dysfunction in the absence of significant coronary disease. We will add spironolactone to his medical regiment increase the dose of carvedilol. He is scheduled for follow-up or evaluation by advanced heart failure team from St. Thomas. He will continue with the LifeVest until we reassess LV function probably in 2 months<br><br>The patient is undergone evaluation by the advanced heart failure team at St. Thomas. He is also seen Dr. Patel. He is on a good regimen which has been responsive as far as his symptoms. I do not think we can increase dosing of medications further given his issues with hypotension or low normotension (systolics in the 90s) on his current regimen.<br><br>The patient has had a BiV ICD with CRT therapy implant<br>I42.0: Dilated cardiomyopathy<br><br>**3. Biventricular implantable cardioverter-defibrillator (ICD) in situ**<br>Patient has undergone ICD/CRT device implantation monitored by Dr. Patel<br>Z95.810: Presence of automatic (implantable) cardiac defibrillator<br><br>ELECTROCARDIOGRAM<br>• Result:<br>- **Interpretation:: Sinus rhythm ventricular pacing**<br><br>Return to Office<br>• SARA JOHNSON, NP for *Follow-up 15 at ETHC_Turkey Creek on 11/21/2025 at 11:00 AM<br>• to see Barry Michelson, MD at ETHC_South on or around 03/12/2026 |

Patient Medical History:

| | | |
|---|---|---|
| **Allergies List** | Reviewed Allergies | |
| | **PENICILLINS:** Rash | |
| **Medications** | Reviewed Medications | |
| | **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 entered |
| | **carvedilol 12.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 06/11/25 filled |
| | **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 entered |
| | **Entresto 97 mg-103 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 08/13/25 filled |

| | |
|---|---|
| | **Farxiga 10 mg tablet** Take 0.5 tablet(s) twice a day by oral route for 90 days, for cardiomyopathy. — 06/19/25 filled |
| | **Multi Vitamin** Mens vitafusion 1 daily — 02/06/23 entered |
| | **spironolactone 25 mg tablet** TAKE ONE TABLET BY MOUTH EVERY MORNING FOR FLUID AND BLOOD PRESSURE — 08/13/25 filled |
| | Immune plus<br>9/12/25 memory..csp |
| **Family History** | Reviewed Family History<br>Father - Coronary artery bypass graft (died age: 65)<br>- Cerebrovascular accident (died age: 65)<br>- Myocardial infarction (died age: 65)<br>- Diabetes mellitus<br>- Hypertensive disorder<br>Paternal Grandfather - Myocardial infarction (died age: 75)<br>Paternal Grandmother - Cerebrovascular accident<br>Paternal Aunt - Cerebrovascular accident<br>Mother - Hypertensive disorder<br>Brother - Hypertensive disorder<br>No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy |
| **Past Medical History** | Reviewed Past Medical History<br>PATIENT DENIES SIGNIFICANT PAST MEDICAL HISTORY: Y<br>CARDIOMYOPATHY: Y<br>CHEST PAIN: Y<br>CONGESTIVE HEART FAILURE: Y<br>GERD/REFLUX: Y<br>HIGH BLOOD PRESSURE/HYPERTENSION: Y<br>ISCHEMIC CARDIOMYOPATHY: Y<br>OBESITY: Y<br>OTHER-1: Y - **PM/ICD implant**<br>PALPITATIONS: Y<br>SLEEP APNEA: Y<br>Notes: Please refer to Problem section for most up to date PMH |
| **Vaccine History** | Vaccines not reviewed (last reviewed 02/06/2023)<br>COVID VACCINATED |

Electronically Signed by: BARRY MICHELSON, MD

**Ascension Saint Thomas Heart Knoxville Comprehensive Heart Failure and Tran**
10800 Parkside Dr Ste 331
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**Send To:** Mark Dalle Ave MD
**Encounter Summary - Progress Note**
Date Printed: 08/18/2025
Appointment Date:08/07/2025

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:163478943-H-7654]

| | |
|---|---|
| **Patient** | Fields, David L (47yo, M) #3189388 |
| **DOB and Age** | 47yo |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | (___) ___-____ |
| | | **Work Phone** | |
| **Primary Care Provider** | **Cardiologist:** BARRY I MICHELSON MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1538159017<br>**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054<br>**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672 | | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | 3 month follow up<br>08/07/2025 - 12:00PM - STPS_ST Hrt CHF_Turkey Creek |
| **History of Present Illness** | Mr. Fields is a 47 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.<br><br>On his last visit 1 year ago, no med changes were made. CPX was ordered and shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE was advised but not pursued. He feels well. He denies CP, SOB, swelling, or syncope. Has positional dizziness but this is short-lived. Wt has been stable. He has been able to do things like yardwork and walking outdoors w/o problems.<br><br>5/7/2025 6-week follow up with TTE. Occasional palpitations. Can walk without issues on even ground, 2-3 flights of stairs, no orthopnea/PND (1 pillow), no edema. Felt dizzy for a few days after increase in sacubitril/valsartan with SBPs in 80s but that subsided. TTE with unchanged EF of 20%, grade 2 DD, mild MR.<br><br>8/7/2025 he returns for follow-up visit. He feels quite well on current medical therapy with no symptoms of shortness of breath, orthopnea, PND, or edema. He denies palpitations, presyncope, or syncope. |
| **Review of Systems** | **ROS as noted in the HPI** |
| **Vitals** | **Ht:** 6 ft (182.88 cm) **Wt:** 268.5 lbs With clothes **BMI:** 36.4 08/07/2025 |

FIELDS, David L (id #3189388, dob: )

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 08/07/2025 12:51 pm | | (121.79 kg) 08/07/2025 12:52 pm | | 12:52 pm |
| | BP: | 114/73 sitting 08/07/2025 12:52 pm | HR: | 59 08/07/2025 12:52 pm | | |

| | |
|---|---|
| **Results/Interpretations** | |
| **Physical Exam** | General: Well developed, well nourished, Comfortable.<br>Psych: Awake, alert.<br>Neuro: No focal neurological deficit.<br>HEENT: Atraumatic, anicteric, PERRLA, moist mucous membranes, JVP <8.<br>Card: Regular rhythm, normal rate, normal S1/S2, no murmur, no S3/S4, no rub.<br>Pulm: Normal effort, clear bilaterally.<br>Abdomen: Normal bowel sounds, non-distended, non-tender.<br>Extremities: No edema.<br>Skin: No rash or skin defect. |
| **Assessment and Plan** | This visit encompassed the longitudinal relationship with the patient for the care outlined in my assessment and plan.<br><br>**1. Chronic systolic heart failure -**<br>AHA/ACC stage C<br>NYHA I (improved)<br>CPET 1/20/2025 pVO2 13.9 (54% predicted), VE/CO2 33.<br>Euvolemic.<br>CRT-D<br>Mild MR TTE 4/2/2025<br><br>Increase carvedilol to 12.5 mg twice daily<br>Continue sacubitril/valsartan 97/103 BID<br>Continue spironolactone 25 daily<br>Continue dapagliflozin 10 daily<br><br>Return to clinic in 6 months.<br>I50.22: Chronic systolic (congestive) heart failure<br>• carvedilol 12.5 mg tablet - To be submitted on or around 08/18/2025 Take 1 tablet(s) twice a day by oral route for 90 days. Qty: (180) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER Note to Pharmacy: change in dose<br><br>**2. Nonischemic congestive cardiomyopathy -**<br>cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation.<br>I42.0: Dilated cardiomyopathy<br><br>**3. Body mass index 40+ - severely obese -**<br>Stable, c/w wt loss and exercise.<br>Z68.42: Body mass index [BMI] 45.0-49.9, adult<br><br>**4. Obstructive sleep apnea syndrome -**<br>On CPAP and tolerating.<br>G47.33: Obstructive sleep apnea (adult) (pediatric)<br><br>Return to Office<br>• to see Don Chomsky, MD for Established Patient 15 at STPS_ST Hrt CHF_Turkey Creek on or around 02/07/2026 |

Patient Medical History:

| | | |
|---|---|---|
| **Allergies List** | Allergies not reviewed (last reviewed 05/08/2025) | |
| | **PENICILLINS** | |
| **Medications** | Reviewed Medications | |
| | **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 04/12/23 entered |

| | | | |
|---|---|---|---|
| | **carvediloL 12.5 mg tablet** Take 1 tablet(s) twice a day by oral route for 90 days. | 08/07/25 | prescribed |
| | **Entresto 97 mg-103 mg tablet** Take 1 tablet(s) twice a day by oral route for 90 days. | 03/27/25 | prescribed |
| | **Farxiga 10 mg tablet** Take 1 tablet(s) every day by oral route. | 10/12/23 | prescribed |
| | **multivitamin** 1 tab daily | 04/12/23 | entered |
| | **spironolactone 25 mg tablet** Take 1 tablet(s) every day by oral route. | 10/12/23 | entered |
| | **ZyrTEC 10 mg capsule** Take 1 capsule(s) every day by oral route. | 05/08/25 | entered |
| **Family History** | None recorded | | |
| **Past Medical History** | (none recorded) | | |
| **Vaccine History** | None recorded | | |

Electronically Signed by: DON CHOMSKY, MD

Tennova™ Heart

Knoxville HMA Cardiology Turkey Creek
10800 PARKSIDE DR STE 331
KNOXVILLE, TN 37934-1982
Phone: (865) 392-3400, Fax: (865) 392-3449

Date: 05/20/2025

RE: David Fields
DOB:
PT ID #98454

Dear Mark Dalle Ave MD,

We saw David Fields in our office today. The clinical summary is attached below for your review. Thank you for allowing us to participate in your patient's care.

Sincerely,

Electronically Signed by: NILAM PATEL, MD



## History of Present Illness

routine fup
here with wife
no new events since last seen
denies concerns/questions

## Assessment/Plan

**1. Biventricular automatic implantable cardioverter defibrillator in situ -**
BSC CRT-D_7/2023



8.5 years
AP 20s%, LVP 90s%_DDDR 60/125
No VT_Monitor 170, VF 200
AF<1%, total 3.8 min in 176 days_11/2024 (far field sensing)

Remote q3 months
RTC 6 mths Sara or Dustin
Z95.810: Presence of automatic (implantable) cardiac defibrillator

**2. Nonischemic congestive cardiomyopathy -**
2022

EKG:
2/2023: ST 90, PR 220, QRS 126, RBBB/LPFB, QTc 443

6/2023: SR 65, PR 260, QRS 131 RBBB/LPFB, QTc 433

**Imaging:**
LHC: 2/2023: normal coronaries, EF 10-15%, LVEDP 40, mod MR
Echo: 5/2023: EF 20%, mod LAE, mild AI/TR, mild to mod MR, RVSP 40, LVIDd6.56
Echo: 2/2023: EF 10-15%
Echo: 3/2024: EF 20% mod to sev MR
Cardiac MRI: 2023: EF 27%, akinesis and wall thinning of anterior, inferior, and lateral walls. no evidence of iron overload. 50% subendocardial LGE in the basal and mid lateral walls consistent with infarct pattern. normal RV size and moderate systolic dysfunction EF 32%. mild MR,
VO2 at St.Thomas: 1/2025
Echo: 4/2025: EF 20%, mild MR, mod TR, RVSP 57

**GDMT**
Entresto 97-103 mg BID
Farxiga 10 daily
spironolactone 25mg daily
carvedilol 6.25/12.5mg BID

s/p CRT-D_7/2023

fup Dr.Michelson/Dr.Stribbling
I42.0: Dilated cardiomyopathy

**3. Chronic systolic heart failure -**
as above
I50.22: Chronic systolic (congestive) heart failure

**4. Essential hypertension -**
2006
I10: Essential (primary) hypertension
- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE

**5. History of SARS-CoV-2 -**
3 episodes so far. no hospitalization
1st and 3rd was severe
diagnosed with HF after 3rd episode
Z86.16: Personal history of COVID-19

**6. First degree atrioventricular block -**
asymptomatic

I44.0: Atrioventricular block, first degree
- HEART BLOCKS: CARE INSTRUCTIONS

**7. Obstructive sleep apnea syndrome -**
2012
compliant to CPAP
G47.33: Obstructive sleep apnea (adult) (pediatric)
- SLEEP APNEA: CARE INSTRUCTIONS

**8. Obesity -**
BMI 35
weight loss advised by diet/exercise
E66.9: Obesity, unspecified
- WHEN YOU WANT TO LOSE WEIGHT: CARE INSTRUCTIONS

**9. Mitral valve regurgitation -**
mgmt per Dr.Michelson and St.Thomas HF team
I34.0: Nonrheumatic mitral (valve) insufficiency
- HEART VALVE DISEASE: CARE INSTRUCTIONS
- MITRAL VALVE REGURGITATION: CARE INSTRUCTIONS

Return to Office
- Barry Michelson, MD for *Follow-up 15 at ETHC_South on 09/10/2025 at 10:30 AM
- SARA JOHNSON, NP for *Follow-up 15 at ETHC_Turkey Creek on 11/21/2025 at 11:00 AM

FIELDS, David L (id #3189388, dob:

**Ascension Medical Group Saint Thomas Turkey Creek**
10800 Parkside Drive
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**Send To:** Mark Dalle Ave MD
**Encounter Summary - Progress Note**
Date Printed: 05/08/2025
Appointment Date:05/08/2025

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have Internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:157925074-H-7654]

| | |
|---|---|
| **Patient** | Fields, David L (47yo, M) #3189388 |
| **DOB and Age** | 47yo |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |
| **Primary Care Provider** | **Cardiologist:** BARRY I MICHELSON MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1538159017<br>**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054<br>**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672 | | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | 6 week follow up<br>05/08/2025 - 11:20AM - STPS_ST Hrt CHF_Turkey Creek |
| **History of Present Illness** | Mr. Fields is a 46 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.<br><br>On his last visit 1 year ago, no med changes were made. CPX was ordered and shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE was advised but not pursued. He feels well. He denies CP, SOB, swelling, or syncope. Has positional dizziness but this is short-lived. Wt has been stable. He has been able to do things like yardwork and walking outdoors w/o problems.<br><br>5/7/2025 6-week follow up with TTE. Occasional palpitations. Can walk without issues on even ground, 2-3 flights of stairs, no orthopnea/PND (1 pillow), no edema. Felt dizzy for a few days after increase in sacubitril/valsartan with SBPs in 80s but that subsided. TTE with unchanged EF of 20%, grade 2 DD, mild MR. |
| **Review of Systems** | **ROS as noted in the HPI** |
| **Vitals** | 2025-05-08 11:49<br>**Ht:** 6 ft (182.88 cm) **Wt:** 266.4 lbs (120.84 kg) **BMI:** 36.1<br>**BP:** 103/66 **HR:** 64 |

FIELDS, David L (Id #3189388, dob:

| | |
|---|---|
| **Results/Interpretations** | None recorded |
| **Physical Exam** | General: Well developed, well nourished. Comfortable.<br>Psych: Awake, alert, euthymic mood and broad affect.<br>Neuro: No focal neurological deficit.<br>HEENT: Atraumatic, anicteric, PERRLA, moist mucous membranes. JVP <8.<br>Card: Regular rhythm, normal rate, normal S1/S2, no murmur, no S3/S4, no rub.<br>Pulm: Normal effort, clear bilaterally.<br>Abdomen: Normal bowel sounds, non-distended, non-tender.<br>Extremities: No edema.<br>Skin: No rash or skin defect. |
| **Assessment and Plan** | This visit encompassed the longitudinal relationship with the patient for the care outlined in my assessment and plan.<br><br>**1. Chronic systolic heart failure -**<br>AHA/ACC stage C<br>NYHA II<br>CPET 1/20/2025 pVO2 13.9 (54% predicted), VE/CO2 33.<br>Euvolemic.<br>CRT-D<br>Mild MR TTE 4/2/2025<br><br>Increase carvedilol to 18.75 mg BID,<br>Continue sacubitril/valsartan 97/103 BID<br>Continue spironolactone 25 daily<br>Continue dapagliflozin 10 daily<br><br>Return to clinic in 3 months.<br>I50.22: Chronic systolic (congestive) heart failure<br>• MEDICAL RECORD REQUEST* - Note to Provider: Please fax results of most recent bmp/cmp to 615-222-5399. Thank you.<br>• carvedilol 12.5 mg tablet - Take 1.5 tablet(s) twice a day by oral route for 90 days. Qty: (270) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER<br><br>**2. Nonischemic congestive cardiomyopathy -**<br>Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation.<br>I42.0: Dilated cardiomyopathy<br><br>**3. Body mass index 40+ - severely obese -**<br>Stable, c/w wt loss and exercise.<br>Z68.42: Body mass index [BMI] 45.0-49.9, adult<br><br>**4. Obstructive sleep apnea syndrome -**<br>On CPAP and tolerating.<br>G47.33: Obstructive sleep apnea (adult) (pediatric)<br><br>Return to Office<br>• Don Chomsky, MD for Established Patient 15 at STPS_ST Hrt CHF_Turkey Creek on 08/07/2025 at 12:00 PM |

Patient Medical History:

| | | |
|---|---|---|
| **Allergies List** | Reviewed Allergies | |
| | **PENICILLINS** | |
| **Medications** | Reviewed Medications | |
| | **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 04/12/23 entered |
| | **carvedilol 12.5 mg tablet**<br>Take 1.5 tablet(s) twice a day by oral route for 90 days. | 05/08/25 prescribed |
| | **Entresto 97 mg-103 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 03/27/25 prescribed |
| | **Farxiga 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 prescribed |

| | | |
|---|---|---|
| | **multivitamin** 1 tab daily | 04/12/23 entered |
| | **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 entered |
| | **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 05/08/25 entered |
| **Family History** | None recorded | |
| **Past Medical History** | (none recorded) | |
| **Vaccine History** | None recorded | |

Electronically Signed by: KEMAL MARC AKAT, MD, PHD, MSC

Ascension
Saint Thomas
Ascension Medical Group Saint Thomas Turkey Creek
10800 Parkside Drive
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945, Fax: (615) 222-5399

Date: 03/28/2025

RE: David Fields, DOB: 10/20/1977, PT ID #3189388

Dear Mark Dalle Ave MD,

I had the pleasure of seeing David Fields in the office recently for follow-up. I have enclosed a copy of the office evaluation for your records. Once again, thank you for allowing me to participate in the care of this patient.

Sincerely,

Electronically Signed by: WARREN K STRIBLING MD

ENCOUNTER REASON/DATE

chronic systolic heart failure, 1 year follow up
03/27/2025 - 12:00PM - STPS_ST Hrt CHF_Turkey Creek

HISTORY OF PRESENT ILLNESS:

Mr. Fields is a 46 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.

On his last visit 1 year ago, no med changes were made. CPX was ordered and shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE was advised but not pursued. He feels well. He denies CP, SOB, swelling, or syncope. Has positional dizziness but this is short-lived. Wt has been stable. He has been able to do things like yardwork and walking outdoors w/o problems.

ALLERGIES:

Allergies not reviewed (last reviewed 04/25/2024)
**PENICILLINS**

MEDICATIONS:

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg tablet,delayed release** Take 1 tablet(s) every day by oral route. | 04/12/23 | entered |
| **carvediloL 12.5 mg tablet** Take 1 tablet(s) twice a day by oral route. | 04/25/24 | entered |
| **Entresto 97 mg-103 mg tablet** Take 1 tablet(s) twice a day by oral route for 90 days. | 03/27/25 | prescribed |
| **Farxiga 10 mg tablet** Take 1 tablet(s) every day by oral route. | 10/12/23 | prescribed |
| **multivitamin** 1 tab daily | 04/12/23 | entered |
| **spironolactone 25 mg tablet** Take 1 tablet(s) every day by oral route. | 10/12/23 | entered |

### FAMILY HISTORY:

None recorded

### SOCIAL HISTORY:

Social History not reviewed (last reviewed 10/12/2023)

### PAST MEDICAL HISTORY:

(none recorded)

### SURGERY/PROCEDURE/DIAGNOSTIC HISTORY:

- Cardiopulm exercise testing - 01/20/2025 - Peak VO2 - 13.9, pred 54%, RER - 1.03, slope - 32.85
- Echo - 03/29/2024 - LVEF 20%; grade II DD; moderately elevated LV filling pressure; severe global LV systolic dysfunction; mild AR; mild to moderate LAE; moderate to severe MR.
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Cardiac mri - 06/15/2023 - LVEF 27%; severely dilated LV with moderate systolic dysfunction; normal RV size with moderate systolic dysfunction ; moderate LAE; mild RAE; mild MR; dilated main pulmonary artery.
- Echo - 05/08/2023 - LVEF 20%; LV size is moderately dilated; Grade II DD; mild AR; mild to moderate LAE; mild to moderate MR; mild TR.
- Cardiac catheterization - 02/17/2023 - LVEF 10-15%; LV is dilated; severe global LV dysfunction; probably moderate MR; normal coronaries.
- Echo - 02/09/2023 - LVEF 10-15%; Severe global hypokinesis; LV mildly dilated; mild LAE and RAE; mild TR.

### ADDITIONAL HISTORY

None recorded

### REVIEW OF SYSTEMS:

None recorded

### VITALS:

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft (182.88 cm) 03/27/2025 12:02 pm | **Wt:** | 266 lbs (120.66 kg) 03/27/2025 12:03 pm | **BMI:** | 36.1 03/27/2025 12:03 pm |
| **BP:** | 113/80 03/27/2025 12:03 pm | **Pulse:** | 60 bpm 03/27/2025 12:03 pm | | |

PHYSICAL EXAM

**Constitutional:**
General Appearance: appears stated age and **overweight**. Level of Distress: comfortable.

**Psychiatric:**
Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:**
Lids and Conjunctivae: no discharge, pallor, or xanthelasma and anicteric.

**ENMT:**
Lips, Teeth, and Gums: normal dentition. Ears: no lesions on external ear and (normal) hearing. Nose: no lesions on external nose or nasal discharge and nares patent. Oropharynx: no cyanosis or pallor.

**Neck:**
Neck: supple and trachea midline. Jugular Veins: normal jugular venous pressure.

**Lungs:**
Respiratory Effort: unlabored. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:**
Rate And Rhythm: regular. Heart Sounds: normal S1 and S2 and no rub, gallop, or click. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no cyanosis or edema.

**Abdomen:**
Inspection and Palpation: non distended or tender and soft and no masses. Liver: non tender or no hepatomegaly. Spleen: non tender.

**Musculoskeletal:**
Inspection: no joint tenderness or swelling and normal back.

**Neurologic:**
Gait: normal gait. Neurological: no focal deficits and cranial nerves intact.

**Skin:**
Inspection and Palpation: warm and dry. Nails: no clubbing.

PROCEDURE DOCUMENTATION

None recorded

STUDIES INTERPRETED

None recorded

ASSESSMENT/PLAN

**1. Chronic systolic heart failure -**
He has stage C HF w/ stable NYHA class II symptoms. He is on reasonable GDMT and has undergone CRT-D. CPX is not suggestive of poor prognosis or need for advanced therapies. Getting recent labs from Dr. Michelson. Increase Entresto to max dose and fu in 1 month for labs and bp check w/ NP
I50.22: Chronic systolic (congestive) heart failure

- Entresto 97 mg-103 mg tablet - Take 1 tablet(s) twice a day by oral route for 90 days. Qty: (180) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER Note to Pharmacy: to replace previous dose
- MEDICAL RECORD REQUEST* - Note to Provider: Please fax results of most recent bmp/cmp to 615-222-5399. Thank you.
- MEDICAL RECORD REQUEST* - Note to Provider: Please fax results of most recent bmp/cmp to 615-222-5399. Thank you.
- US, ECHOCARDIOGRAM

Authorization: BCBS-TN (PPO) | NOTREQUIRED

**2. Nonischemic congestive cardiomyopathy -**
Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation. He is being treated w/ GDMT and has undergone CRT-D though I am

uncertain this will lead to much improvement as QRS duration was not very long and he did not have LBBB. Repeat echo to eval LVSF and mitral valve as he has had MR in past.
I42.0: Dilated cardiomyopathy

**3. Body mass index 40+ - severely obese -**
Stable. c/w wt loss and exercise.
Z68.42: Body mass index [BMI] 45.0-49.9, adult

**4. Obstructive sleep apnea syndrome -**
On CPAP and tolerating.
G47.33: Obstructive sleep apnea (adult) (pediatric)

Return to Office

- Kemal Marc Akat, MD, PhD, MSc for Established Patient 20 at STPS_ST Hrt CHF_Turkey Creek on 05/08/2025 at 11:20 AM

Tennova Heart

Knoxville HMA Cardiology South
7323 Chapman Hwy
KNOXVILLE, TN 37920-6757
Phone: (865) 392-3400, Fax: (865) 392-3449

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:11589981-H-10667]

**Encounter Summary - Progress Note**

| | |
|---|---|
| **Patient** | Fields, David L (47yo, M) #98454 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | Followup: Nonischemic congestive cardiomyopathy<br>Followup: Chronic systolic heart failure<br>Followup: Essential hypertension<br>Followup: First degree atrioventricular block<br>Followup: Left ventricular cardiac dysfunction<br>03/12/2025 - 11:15AM - ETHC_South |
| **History of Present Illness** | Patient is a 39-year-old male that is asked to be seen in followup for cardiac evaluation. We had seen him about 10 years ago. Abnormal stress test. This led to a cardiac catheterization. A small circumflex arose anomalously from the right coronary cusp. LV function was normal. There is a strong family history of coronary disease in the patient's father beginning at age 33 of 34. He died within the last year of complications of coronary artery disease at age 65,. He also has a cousin who was told that he had an elevated coronary calcium score and subsequently went on to be a catheterization and bypass surgery.<br><br>The patient is not having symptoms of chest pain or exercise intolerance dyspnea or orthopnea. No dysrhythmias have been identified. He does have a history of hypertension which she states is typically well controlled. He attributes his elevated blood pressure today to nervousness. Patient does not exercise regularly but is able to do his normal activities without limitation. His last LDL cholesterol 58.<br><br>The patient requested follow-up on February 6, 2023. Over the past several weeks he has been complaining of abdominal distention pedal edema and shortness of breath with activity. He contacted |

Cindy Pittman who is a relative of his. She thought that follow-up was appropriate. The patient reported some vague epigastric and chest discomfort. He went to the emergency room in Rogersville. His chest x-ray suggested borderline cardiomegaly but was otherwise unremarkable. His abdominal gas pattern was normal. His COVID screen was negative. No lab work was done a UTI was not diagnosed based on a urine analysis was. He states in the last several weeks he has gained about 9 or 10 pounds. He feels as if his belly is swollen and distended. He has been treated with multiple GI medications and actually got partial relief. He complained of some fluttering in his chest but no syncope or near syncope. He is not having any chest pain. At its worst he had mild pitting edema just over his lower calfs. He reports he has been watching his diet as far as fluid and salt intake and recently has been eating primarily salads

Patient reports that his bowel habits have increased in frequency. He thinks urination may have diminished mildly

The patient had an echocardiogram performed which demonstrated severe global left ventricular dysfunction EF of 10 to 15%. Right ventricular function was diminished as well. No hemodynamically significant valvular abnormalities were seen. Troponin was normal proBNP was elevated at 3953 CBC was unremarkable there was mild elevation in ALT and AST BUN and creatinine were normal at 18 and 1.16 bilirubin was 2.5
Because of the findings we brought him back to the office as quickly as possible to initiate therapy. There is really been no change in his status over the last 3 days. We did discuss changes in medications including substituting Entresto for lisinopril and adding carvedilol as well as an SGLT2 2 inhibitor. We also discussed cardiac catheterization to rule out coronary disease as an etiology. We also discussed long-term goals and possible need for ICD or advanced care if he does not respond well to medication

Catheterization was performed. Left ventricle was severely dilated with an EF estimated 10 to 15% end-diastolic pressure was estimated at 40 mmHg. He did not have significant blockages in his coronaries. Appropriate medical therapy was continued. He has lost approximately 20 pounds with diuresis. Overall the patient's breathing has improved. He is not having significant orthopnea. His exercise tolerance is marginally better. He is scheduled to see the St. Thomas heart failure service in April. He has not been monitoring blood pressures at home but I suggested that he do this. His ICD has not discharged (ZOLL LifeVest).

Patient is seen in follow-up on June 23, 2023. Since his last visit he has seen Dr. Patel. There is a plan for implantation of a subcutaneous ICD in July. The MRI was performed as requested by Dr. Stribling. This confirms severe dilated left ventricle with severe left ventricular dysfunction. Interpretation could not exclude prior infarction but this certainly would not be consistent with findings on his coronary angiography.
Patient has been doing reasonably well clinically. He brought in an extensive recordings of his blood pressure heart rate and weight. His blood pressures typically are between 90 and 100 systolic limiting our ability to increase medications. Patient feels that he is much better than at his time of his presentation. He can walk unlimited distances on level ground. He does report some dyspnea when walking uphill. He is not having problems with orthopnea. He is scheduled to see Dr. Stribling in October

The patient was seen in follow-up on September 8, 2023. He actually underwent implantation of a ICD CRT device. He early on had some issues with diaphragmatic pacing but these have been reprogrammed. He has occasional "hiccups". His exercise tolerance is improved but certainly is not where he wants it to be. He keeps a good log of his blood pressure. Blood pressure is marginal for increasing medications. He will occasionally report transient lightheadedness if he is bending over and stands up suddenly. We discussed venous pooling and that this was something that we would keep an eye on but to be aware of it and try movement

FIELDS, David L (id #98454, dob:

| | |
|---|---|
| | immediately. He is not having significant problems with edema<br><br>Patient is seen in follow-up on March 13, 2024. Clinically he is doing well. He is able to do more physical exercise but limits himself in terms of duration. He is not having any chest pain. He does have occasional "hiccups". Which seem to be positional and are likely due to intermittent phrenic nerve pacing from his BIV ICD. He has had no interval hospitalizations. His weight has been stable. He has not had any edema. He continues to monitor his blood pressures and they are marginal for any increase in his medical regimen (systolics typically 100-104).<br><br>Patient is seen in follow-up on September 11, 2024. Clinically he is stable to marginally improved. He has seen Dr. Stribling in the past and is scheduled to go to Nashville after the first of the year to have a 6-minute walk test as well as potentially other testing performed. He is not having significant orthopnea or paroxysmal nocturnal dyspnea. He is not having significant dependent edema. He monitors blood pressures frequently. They tend to be in the 90-100 systolic range limiting any future changes in medications.<br><br>The patient is seen in follow-up on March 12, 2025. Since his last visit he has been seen by Dr. Stribling. He evidently had cardiopulmonary testing performed. I believe the conclusion was he is not yet a candidate for transplant. The patient has an appointment to see Dr. Stribling in late March. He has been doing well. He denies problems with chest pain or shortness of breath orthopnea paroxysmal nocturnal dyspnea. To the best of his knowledge he has not had any ICD therapies administered. He states that he walked he thinks for about 10-1/2 minutes on the protocol. It may have been a modified bruise from how he was describing it is 0% grade to begin with. Blood pressures remain a little on the low side but he is not really symptomatic. He has had no interval hospitalizations |
| **Review of Systems** | **Constitutional:**<br>Constitutional: no significant weight gain or loss and no fever, night sweats, or exercise intolerance.<br>**Eyes:**<br>Eyes: no irritation, dry eyes, or vision change.<br>**ENMT:**<br>Ears: no difficulty hearing or ear pain. Nose: no frequent nosebleeds, nose problems, or sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems.<br>**Cardiovascular:**<br>Cardiovascular: no shortness of breath when walking or breath when lying down and no palpitations, chest pain, arm pain on exertion, or known heart murmur.<br>**Respiratory:**<br>Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.<br>**Gastrointestinal:**<br>Gastrointestinal: no vomiting, diarrhea, dyspepsia, GERD, or abdominal pain and normal appetite and not vomiting blood.<br>**Genitourinary:**<br>Genitourinary: no incontinence, hematuria, difficulty urinating, or increased frequency.<br>**Musculoskeletal:**<br>Musculoskeletal: no muscle aches or weakness and no arthralgias/joint pain, back pain, or swelling in the extremities.<br>**Integumentary:**<br>Skin: no jaundice, rashes, laceration, or abnormal mole.<br>**Neurologic:**<br>Neurologic: no weakness, numbness, seizures, dizziness, migraines, headaches, tremor, or loss of consciousness.<br>**Psychiatric:**<br>Psych: no depression, anxiety, hallucinations, sleep disturbances, alcohol abuse, or suicidal thoughts and feeling safe in a relationship. |

| | |
|---|---|
| | **Endocrine:**<br>Endocrine: no fatigue.<br>**Hematologic/Lymphatic:**<br>Hematologic/Lymphatic no bruising, swollen glands, or excessive bleeding.<br>**Allergic/Immunologic:**<br>Allergy/Immunologic: no itching, hives, runny nose, sinus pressure, or frequent sneezing. |
| **Vitals** | (see vitals table below) |
| **Procedure** | None recorded |
| **Results/Interpretations** | None recorded |
| **Physical Exam** | **Constitutional:**<br>General Appearance: appears stated age and obese. Level of Distress: comfortable.<br>**Psychiatric:**<br>Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.<br>**Eyes:**<br>Lids and Conjunctivae: no xanthelasma or arcus senilis.<br>**ENMT:**<br>Lips, Teeth, and Gums: normal dentition. Nose: no lesions on external nose.<br>**Neck:**<br>Neck: supple and trachea midline. Carotid Arteries: bilateral normal upstroke and no bruits. Jugular Veins: jugular venous pressure unable to assess. Cervical Lymph Nodes: non tender.<br>**Lungs:**<br>Respiratory Effort: unlabored. Chest Exam: normal curvature. Auscultation: no wheezing, rales, or rhonchi and clear.<br>**Cardiovascular:**<br>Precordial Exam: non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: **BTK edema** .<br>**Peripheral Pulses:**<br>Pulses: full and equal in all extremities except if noted. Radial Pulse: normal. Dorsalis Pedis Pulse: normal.<br>**Abdomen::**<br>Inspection and Palpation: non distended or tender, normal aorta and bowel sounds, no bruit or masses, and soft; **Abdomen is mildly distended soft with no rebound or** |

Vitals:

| | | | | | |
|---|---|---|---|---|---|
| **BP Cuff Size:** | adult 03/12/2025 10:47 am<br>adult 03/12/2025 10:47 am | **BP Measurement Method:** | manual 03/12/2025 10:47 am<br>manual 03/12/2025 10:47 am | **Ht:** | 6 ft 03/12/2025 10:47 am |
| **Wt:** | 263.4 lbs With clothes 03/12/2025 10:47 am | **BP:** | 104/60 sitting L arm 03/12/2025 10:53 am<br>98/60 standing L arm 03/12/2025 10:53 am | **BMI:** | 35.7 03/12/2025 10:47 am |
| **HR:** | 60 03/12/2025 10:55 am | | | | |

| | |
|---|---|
| | guarding.<br><br>**Musculoskeletal:**<br>Inspection: no joint tenderness.<br><br>**Neurologic:**<br>Gait: normal gait. Motor: normal strength.<br><br>**Skin:**<br>Inspection and Palpation: warm and dry. |

**Assessment and Plan**

**1. Primary idiopathic dilated cardiomyopathy -**
Patient has severe global left ventricular dysfunction in the absence of significant coronary disease. We will add spironolactone to his medical regiment increase the dose of carvedilol. He is scheduled for follow-up or evaluation by advanced heart failure team from St. Thomas. He will continue with the LifeVest until we reassess LV function probably in 2 months

The patient is undergone evaluation by the advanced heart failure team at St. Thomas. He is also seen Dr. Patel. He is on a good regimen which has been responsive as far as his symptoms. I do not think we can increase dosing of medications further given his issues with hypotension or low normotension (systolics in the 90s) on his current regimen.

The patient has had a BiV ICD with CRT therapy implant
I42.0: Dilated cardiomyopathy

**2. Nonischemic congestive cardiomyopathy -**
Patient has nonischemic cardiomyopathy. He is on a reasonable medical regimen limited by blood pressure. He is followed by the advanced heart failure clinic at St. Thomas. He is followed by EP and has had a BiV ICD/CRT device implanted which seems to be working normally.

As the patient has had the BiV ICD CRT device in some period of time we will order an echocardiogram.

Stable on current therapy. Blood pressure precludes aggressive intensification. Followed by the heart failure clinic at St. Thomas.
I42.0: Dilated cardiomyopathy

- ELECTROCARDIOGRAM
- NT PROBNP

**3. First degree atrioventricular block**
I44.0: Atrioventricular block, first degree

- HEART BLOCKS: CARE INSTRUCTIONS

**4. Left ventricular cardiac dysfunction**
I50.30: Unspecified diastolic (congestive) heart failure

**5. Essential hypertension -**
continued monitoring of blood pressures suggested to make sure adequate control is being obtained.
I10: Essential (primary) hypertension

- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE
- CBC (INCLUDES DIFF/PLT)

**6. Lipid screening**
Z13.220: Encounter for screening for lipoid disorders

- COMPREHENSIVE METABOLIC PANEL
- LIPID PANEL WITH REFLEX TO DIRECT LDL

**7. Diabetes mellitus screening**
Z13.1: Encounter for screening for diabetes mellitus

- HEMOGLOBIN A1C

**8. Biventricular implantable cardioverter-defibrillator (ICD) in situ**
Patient has undergone ICD/CRT device implantation monitored by Dr. Patel
Z95.810: Presence of automatic (implantable) cardiac defibrillator

Return to Office

- Nilam Patel, MD for *Follow-up 15 at ETHC_Turkey Creek on 05/20/2025 at 03:30 PM
- Barry Michelson, MD for *Follow-up 15 at ETHC_South on 09/10/2025 at 10:30 AM

Patient Medical History:

| | | | |
|---|---|---|---|
| **Allergies List** | Reviewed Allergies | | |
| | **PENICILLINS:** Rash | | |
| **Medications** | Reviewed Medications | | |
| | **aspirin 81 mg chewable tablet** Chew 1 tablet every day by oral route for 90 days. | 06/08/23 | entered |
| | **carvediloL 12.5 mg tablet** TAKE 1 TABLET BY MOUTH TWO TIMES A DAY | 11/16/24 | filled |
| | **cetirizine 10 mg tablet** Take 1 tablet(s) every day by oral route. | 06/08/23 | entered |
| | **Entresto 49 mg-51 mg tablet** Take 1 tablet(s) twice a day by oral route for 90 days, for heart failure. | 01/04/25 | filled |
| | **Farxiga 10 mg tablet** Take 0.5 tablet(s) twice a day by oral route for 90 days, for cardiomyopathy. | 01/04/25 | filled |
| | **Multi Vitamin** Mens vitafusion 1 daily | 02/06/23 | entered |
| | **spironolactone 25 mg tablet** TAKE ONE TABLET BY MOUTH EVERY MORNING FOR FLUID AND BLOOD PRESSURE | 02/21/25 | filled |
| | Immune plus<br>3/12/25: List...csp | | |
| **Family History** | Reviewed Family History | | |
| | Father | - Coronary artery bypass graft (died age: 65) | |
| | | - Cerebrovascular accident (died age: 65) | |
| | | - Myocardial infarction (died age: 65) | |
| | | - Diabetes mellitus | |
| | | - Hypertensive disorder | |
| | Paternal Grandfather | - Myocardial infarction (died age: 75) | |
| | Paternal Grandmother | - Cerebrovascular accident | |
| | Paternal Aunt | - Cerebrovascular accident | |
| | Mother | - Hypertensive disorder | |
| | Brother | - Hypertensive disorder | |
| | No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy | | |
| **Past Medical History** | Reviewed Past Medical History<br>CHEST PAIN: Y<br>CONGESTIVE HEART FAILURE: Y<br>GERD/REFLUX: Y<br>HIGH BLOOD PRESSURE/HYPERTENSION: Y<br>OBESITY: Y<br>OTHER-1: Y - **PM/ICD Implant**<br>PALPITATIONS: Y<br>SLEEP APNEA: Y<br>Notes: Please refer to Problem section for most recent PMH/NNP | | |
| **Vaccine History** | Vaccines not reviewed (last reviewed 02/06/2023)<br>COVID VACCINATED | | |

Electronically Signed by: BARRY MICHELSON, MD

FIELDS, David L (id #98454, dob:

sharecare

LAW OFFICES OF TONY FARMER & JOHN DREISER
1356 PAPERMILL POINTE WAY
KNOXVILLE TN 37909-1903

40997877
Sep 29 2025 8:24 AM
David Fields

TN221
Sep 30 2025 3:26 PM

130

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY & ACCIDENT LAW

*Attorneys At Law*
Tony Farmer
John P. Dreiser
Heather A. Dreiser

September 26, 2025

**VIA FACSIMILE (865) 392-3449**

Tennova Heart - Turkey Creek
10800 Parkside Drive
Suite 331
Knoxville, TN 37934

**Re: David L Fields**
**DOB:**
**SSN:**

Dear Records Custodian:

Enclosed please find a release that allows us to obtain all medical records relating to David L Fields in your organization's possession. At your earliest convenience, we would appreciate your forwarding to us a copy of **any and all medical records for treatment SINCE January 1, 2025**, including, but not limited to, all reports, records, clinical notes, diagnostic tests, operative notes, and all other documentation pertaining to the medical care of the patient in your possession relating to the patient.

If there is a reproduction cost for these records, please enclose a statement with the same, and we will see that it is paid promptly. Pursuant to T.C.A. § 63-2-102, the maximum fee for copies of records is $20.00 for reports five (5) page or less in length and fifty cents ($.50) per page for each page copied after the first five (5) pages and the actual cost of mailing. If your office requires pre-payment, please advise our office as soon as possible.

If you would like, please feel free to fax or email (cweaver@farmerdreiser.com) the requested information. Thank you for your time and attention to this request. Your assistance in this regard is greatly appreciated.

Very truly yours,

*Cathy A Weaver*

Cathy A Weaver
Paralegal to John P. Dreiser

Enclosure

**AUTHORIZATION TO RELEASE MEDICAL RECORDS,**
**BILLING INFORMATION, & DATA**

**TO:** **Tennova Heart - Turkey Creek**

**FULL NAME:** **David L Fields**

**DATE OF BIRTH:**

**ADDRESS:**

**SSN:**

I (the above identified Patient or that Patient's personal representative) have retained, TONY FARMER & JOHN DREISER, attorneys, to represent me in certain matters. So they may better represent me, it is my intent and desire that my attorneys have full and complete access to any and all records, information and data in your possession, under your control or that you have access to, including but not limited to hospital records, nursing home records, doctor records, dental records, psychiatric records, drug treatment records, therapy records, diagnostic studies, lab studies, as well as any and all other records, information or data that would describe care, treatment or services rendered to the above described Patient by any health care provider or mental health care provider. I understand that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), HIPAA regulation, as well as other Federal and State laws and regulations, creates a right of privacy that is associated with the records, information and data covered by this release. So that my attorneys may better advise me, and consistent with 45 CFR § 164.508, I expressly authorize you to release the Patient's records, information and data to my attorneys and, as necessary, make a limited waiver of my privacy right for the purpose of giving my attorneys access as follows:

(1) **The information to be disclosed is as follows:** I expressly authorize my attorneys to request any and all records, information or other data (regardless of how those items are identified) related to any and all care, treatment or services provided for the above identified Patient's physical heath, mental health, or psycho-social health. I understand that my records may contain information regarding the diagnosis or treatment of HIV/AIDS, sexually transmitted diseases, drug and/or alcohol abuse, mental illness, or psychiatric treatment. I give my specific authorization for these records to be released. Throughout the remainder of this Release, I collectively refer to all of the Patient's records, information and data as the "Records." This Release is intended to be general, full and all encompassing so that my attorneys can access, without limitation, any and all Records that might help them represent me. This Release applies to any and all Records that are in your possession, under your control or that you have access to. My attorneys are further authorized to limit their request to portions of the Patient's Records and may do so by letter to you. My attorneys are further authorized to meet with and consult with any health care or mental health care provider regarding my condition or regarding any care, treatment or services that the above identified Patient received.

I expressly invoke the AMA Principles of Medical Ethics, as well as Canon E-9.07, as well as similar ethics principles that may apply to other health care disciplines, and request that you cooperate with my attorneys.

(2) I understand that my substance use disorder records are protected under the Federal regulations governing Confidentiality and Substance Use Disorder Patient Records, 42 C.F.R. Part 2, and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. pts 160 & 164, and cannot be disclosed without my written consent unless otherwise provided for by the regulations. The Federal rules prohibit from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. I understand that I may revoke this authorization at any time except to the extent that action has been taken in reliance on it. Unless I revoke my consent earlier, this consent will expire automatically within five (5) years from the date of execution.

(3) **The persons who may request disclosure are as follows:** My attorneys are Tony Farmer, and/or John P. Dreiser. They, together with those persons working for them at the offices of Tony Farmer & John Dreiser or Dreiser Law Group, PLLC, are authorized to request and receive records.

(4) **Term of this Release:** It is my intent that this authorization shall remain effective throughout the time during which my attorneys are representing me. To the extent a term is required, this Release shall be effective for a term of not less than five (5) years from the date of execution.

(5) **Right to Revoke this Release:** I understand that I always retain the right to revoke this Release by notifying the above in writing of my desire to revoke it. However, this Release shall not be revoked while my attorneys are representing me. Any revocation will not apply to information that has already been released in response to this authorization.

(6) **Disclosed Records, Information and Data may not be Protected:** I understand that the information disclosed may be subject to re-disclosure by the recipient and may no longer be protected by 45 CFR § 164.508, or other privacy laws and regulations.

(7) Please note that a photostatic copy of this Release has the full power of the original Release. I understand I do not have to sign this authorization in order to obtain healthcare benefits, (treatment, payment or enrollment, or eligibility for benefits).

David L Fields ✓
**David L Fields**

9-15-25 ✓
(Date)

Attorneys of Record:

Tony Farmer
John P. Dreiser
Attorneys at Law
1356 Papermill Pointe Way
Knoxville, TN 37909
(865) 584-1211

**Lincoln/Fields 0665**

# Medical Records - CONFIDENTIAL

**FROM:** TN - CHS E TENNESSEE HEART CONSULTANTS

Amy T
10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934-1982
Phone: (865) 392-3400
Fax: (865) 392-3449

**TO:**

**Name: FIELDS, DAVID L**

**DOB:**

**Date Range: 01/01/2025 to 09/29/2025**

**This document contains the following records of the patient:**
- **Clinical Documents**
- **Encounters and Procedures**
- **Imaging Results**
- **Lab Results**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:98454-A-10667]

## Clinical Documents

# CONFIDENTIAL Fax

**FROM:**

DON CHOMSKY, MD
10800 Parkside Dr Ste 331, KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**TO:**

BARRY I MICHELSON MD / KNOXVILLE HMA CARDIOLOGY PPM LLC
Fax: (865) 392-3449

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:163478950-H-7654]

**Ascension Saint Thomas Heart Knoxville Comprehensive Heart Failure and Tran**
10800 Parkside Dr Ste 331
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**Send To:** Barry I Michelson MD
**Encounter Summary - Progress Note**
Date Printed: 08/18/2025
Appointment Date:08/07/2025

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:163478950-H-7654]

| | |
|---|---|
| **Patient** | Fields, David L (47yo, M) #3189388 |
| **DOB and Age** | 47yo |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |
| **Primary Care Provider** | **Cardiologist:** BARRY I MICHELSON MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1538159017<br>**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054<br>**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672 | | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | 3 month follow up<br>08/07/2025 - 12:00PM - STPS_ST Hrt CHF_Turkey Creek |
| **History of Present Illness** | Mr. Fields is a 47 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.<br><br>On his last visit 1 year ago, no med changes were made. CPX was ordered and shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE was advised but not pursued. He feels well. He denies CP, SOB, swelling, or syncope. Has positional dizziness but this is short-lived. Wt has been stable. He has been able to do things like yardwork and walking outdoors w/o problems.<br><br>5/7/2025 6-week follow up with TTE. Occasional palpitations. Can walk without issues on even ground, 2-3 flights of stairs, no orthopnea/PND (1 pillow), no edema. Felt dizzy for a few days after increase in sacubitril/valsartan with SBPs in 80s but that subsided. TTE with unchanged EF of 20%, grade 2 DD, mild MR.<br><br>8/7/2025 he returns for follow-up visit. He feels quite well on current medical therapy with no symptoms of shortness of breath, orthopnea, PND, or edema. He denies palpitations, presyncope, or syncope. |
| **Review of Systems** | **ROS as noted in the HPI** |
| **Vitals** | **Ht:** 6 ft (182.88 cm) **Wt:** 268.5 lbs With clothes **BMI:** 36.4 08/07/2025 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 08/07/2025 12:51 pm | | (121.79 kg) 08/07/2025 12:52 pm | | 12:52 pm |
| | BP: | 114/73 sitting 08/07/2025 12:52 pm | HR: | 59 08/07/2025 12:52 pm | | |

| | |
|---|---|
| **Results/Interpretations** | |
| **Physical Exam** | General: Well developed, well nourished. Comfortable.<br>Psych: Awake, alert.<br>Neuro: No focal neurological deficit.<br>HEENT: Atraumatic, anicteric, PERRLA, moist mucous membranes. JVP <8.<br>Card: Regular rhythm, normal rate, normal S1/S2, no murmur, no S3/S4, no rub.<br>Pulm: Normal effort, clear bilaterally.<br>Abdomen: Normal bowel sounds, non-distended, non-tender.<br>Extremities: No edema.<br>Skin: No rash or skin defect. |
| **Assessment and Plan** | This visit encompassed the longitudinal relationship with the patient for the care outlined in my assessment and plan.<br><br>**1. Chronic systolic heart failure -**<br>AHA/ACC stage C<br>NYHA I (improved)<br>CPET 1/20/2025 pVO2 13.9 (54% predicted), VE/CO2 33.<br>Euvolemic.<br>CRT-D<br>Mild MR TTE 4/2/2025<br><br>Increase carvedilol to 12.5 mg twice daily<br>Continue sacubitril/valsartan 97/103 BID<br>Continue spironolactone 25 daily<br>Continue dapagliflozin 10 daily<br><br>Return to clinic in 6 months.<br>I50.22: Chronic systolic (congestive) heart failure<br>• carvedilol 12.5 mg tablet - To be submitted on or around 08/18/2025 Take 1 tablet(s) twice a day by oral route for 90 days. Qty: (180) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER Note to Pharmacy: change in dose<br><br>**2. Nonischemic congestive cardiomyopathy -**<br>cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation.<br>I42.0: Dilated cardiomyopathy<br><br>**3. Body mass index 40+ - severely obese -**<br>Stable. c/w wt loss and exercise.<br>Z68.42: Body mass index [BMI] 45.0-49.9, adult<br><br>**4. Obstructive sleep apnea syndrome -**<br>On CPAP and tolerating.<br>G47.33: Obstructive sleep apnea (adult) (pediatric)<br><br>Return to Office<br>• to see Don Chomsky, MD for Established Patient 15 at STPS_ST Hrt CHF_Turkey Creek on or around 02/07/2026 |

Patient Medical History:

| | | |
|---|---|---|
| **Allergies List** | Allergies not reviewed (last reviewed 05/08/2025) | |
| | PENICILLINS | |
| **Medications** | Reviewed Medications | |
| | **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 04/12/23 entered |

| | | | |
|---|---|---|---|
| | **carvedilol 12.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 08/07/25 | prescribed |
| | **Entresto 97 mg-103 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 03/27/25 | prescribed |
| | **Farxiga 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | prescribed |
| | **multivitamin** 1 tab daily | 04/12/23 | entered |
| | **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | entered |
| | **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 05/08/25 | entered |
| **Family History** | None recorded | | |
| **Past Medical History** | (none recorded) | | |
| **Vaccine History** | None recorded | | |

Electronically Signed by: DON CHOMSKY, MD



# CONFIDENTIAL Fax

**FROM:**

KEMAL MARC AKAT, MD, PHD, MSC
10800 Parkside Drive, KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**TO:**

BARRY I MICHELSON MD / KNOXVILLE HMA CARDIOLOGY PPM LLC
Fax: (865) 392-3449

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:157925076-H-7654]

**Ascension Medical Group Saint Thomas Turkey Creek**
10800 Parkside Drive
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**Send To:** Barry I Michelson MD
**Encounter Summary - Progress Note**
Date Printed: 05/08/2025
Appointment Date:05/08/2025

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:157925076-H-7654]

| | |
|---|---|
| **Patient** | Fields, David L (47yo, M) #3189388 |
| **DOB and Age** | 47yo |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |
| **Primary Care Provider** | **Cardiologist:** BARRY I MICHELSON MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1538159017<br>**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054<br>**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672 | | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | 6 week follow up<br>05/08/2025 - 11:20AM - STPS_ST Hrt CHF_Turkey Creek |
| **History of Present Illness** | Mr. Fields is a 46 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.<br><br>On his last visit 1 year ago, no med changes were made. CPX was ordered and shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE was advised but not pursued. He feels well. He denies CP, SOB, swelling, or syncope. Has positional dizziness but this is short-lived. Wt has been stable. He has been able to do things like yardwork and walking outdoors w/o problems.<br><br>5/7/2025 6-week follow up with TTE. Occasional palpitations. Can walk without issues on even ground, 2-3 flights of stairs, no orthopnea/PND (1 pillow), no edema. Felt dizzy for a few days after increase in sacubitril/valsartan with SBPs in 80s but that subsided. TTE with unchanged EF of 20%, grade 2 DD, mild MR. |
| **Review of Systems** | **ROS as noted in the HPI** |
| **Vitals** | 2025-05-08 11:49<br>**Ht:** 6 ft (182.88 cm) **Wt:** 266.4 lbs (120.84 kg) **BMI:** 36.1<br>**BP:** 103/66 **HR:** 64 |

| | |
|---|---|
| **Results/Interpretations** | None recorded. |
| **Physical Exam** | General: Well developed, well nourished. Comfortable.<br>Psych: Awake, alert, euthymic mood and broad affect.<br>Neuro: No focal neurological deficit.<br>HEENT: Atraumatic, anicteric, PERRLA, moist mucous membranes. JVP <8.<br>Card: Regular rhythm, normal rate, normal S1/S2, no murmur, no S3/S4, no rub.<br>Pulm: Normal effort, clear bilaterally.<br>Abdomen: Normal bowel sounds, non-distended, non-tender.<br>Extremities: No edema.<br>Skin: No rash or skin defect. |
| **Assessment and Plan** | This visit encompassed the longitudinal relationship with the patient for the care outlined in my assessment and plan.<br><br>**1. Chronic systolic heart failure** -<br>AHA/ACC stage C<br>NYHA II<br>CPET 1/20/2025 pVO2 13.9 (54% predicted), VE/CO2 33.<br>Euvolemic.<br>CRT-D<br>Mild MR TTE 4/2/2025<br><br>Increase carvedilol to 18.75 mg BID.<br>Continue sacubitril/valsartan 97/103 BID<br>Continue spironolactone 25 daily<br>Continue dapagliflozin 10 daily<br><br>Return to clinic in 3 months.<br>I50.22: Chronic systolic (congestive) heart failure<br>• MEDICAL RECORD REQUEST* - Note to Provider: Please fax results of most recent bmp/cmp to 615-222-5399. Thank you.<br>• carvedilol 12.5 mg tablet - Take 1.5 tablet(s) twice a day by oral route for 90 days. Qty: (270) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER<br><br>**2. Nonischemic congestive cardiomyopathy** -<br>Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation.<br>I42.0: Dilated cardiomyopathy<br><br>**3. Body mass index 40+ - severely obese** -<br>Stable. c/w wt loss and exercise.<br>Z68.42: Body mass index [BMI] 45.0-49.9, adult<br><br>**4. Obstructive sleep apnea syndrome** -<br>On CPAP and tolerating.<br>G47.33: Obstructive sleep apnea (adult) (pediatric)<br><br>Return to Office<br>• Don Chomsky, MD for Established Patient 15 at STPS_ST Hrt CHF_Turkey Creek on 08/07/2025 at 12:00 PM |

Patient Medical History:

| | | | |
|---|---|---|---|
| **Allergies List** | Reviewed Allergies | | |
| | PENICILLINS | | |
| **Medications** | Reviewed Medications | | |
| | **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 04/12/23 | entered |
| | **carvediloL 12.5 mg tablet**<br>Take 1.5 tablet(s) twice a day by oral route for 90 days. | 05/08/25 | prescribed |
| | **Entresto 97 mg-103 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 03/27/25 | prescribed |
| | **Farxiga 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | prescribed |

| | | |
|---|---|---|
| | **multivitamin** 1 tab daily | 04/12/23 entered |
| | **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 entered |
| | **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 05/08/25 entered |
| **Family History** | None recorded | |
| **Past Medical History** | (none recorded) | |
| **Vaccine History** | None recorded | |

Electronically Signed by: KEMAL MARC AKAT, MD, PHD, MSC



# CONFIDENTIAL Fax

**FROM:**

WARREN K STRIBLING MD
10800 Parkside Drive, KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**TO:**

BARRY I MICHELSON MD / KNOXVILLE HMA CARDIOLOGY PPM LLC
Fax: (865) 392-3449

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:155229659-H-7654]

Ascension Saint Thomas
Ascension Medical Group Saint Thomas Turkey Creek
10800 Parkside Drive
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945, Fax: (615) 222-5399

Date: 03/28/2025

RE: David Fields, DOB: PT ID #3189388

Dear Barry I Michelson MD,

I would like to thank you for referring David Fields to our practice for consultation and evaluation of chronic systolic heart failure, 1 year follow up , on 03/27/2025. I have enclosed a copy of the office evaluation for your records. Once again, thank you for allowing me to participate in the care of this patient.

Sincerely,

Electronically Signed by: WARREN K STRIBLING MD



ENCOUNTER REASON/DATE

chronic systolic heart failure, 1 year follow up
03/27/2025 - 12:00PM - STPS_ST Hrt CHF_Turkey Creek

HISTORY OF PRESENT ILLNESS:

Mr. Fields is a 46 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.

On his last visit 1 year ago, no med changes were made. CPX was ordered and shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE was advised but not pursued. He feels well. He denies CP, SOB, swelling, or syncope. Has positional dizziness but this is short-lived. Wt has been stable. He has been able to do things like yardwork and walking outdoors w/o problems.

ALLERGIES:

Allergies not reviewed (last reviewed 04/25/2024)
**PENICILLINS**

MEDICATIONS:

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg tablet,delayed release** Take 1 tablet(s) every day by oral route. | 04/12/23 | entered |
| **carvediloL 12.5 mg tablet** Take 1 tablet(s) twice a day by oral route. | 04/25/24 | entered |
| **Entresto 97 mg-103 mg tablet** Take 1 tablet(s) twice a day by oral route for 90 days. | 03/27/25 | prescribed |
| **Farxiga 10 mg tablet** Take 1 tablet(s) every day by oral route. | 10/12/23 | prescribed |
| **multivitamin** 1 tab daily | 04/12/23 | entered |
| **spironolactone 25 mg tablet** Take 1 tablet(s) every day by oral route. | 10/12/23 | entered |

FAMILY HISTORY:

None recorded

SOCIAL HISTORY:

Social History not reviewed (last reviewed 10/12/2023)

PAST MEDICAL HISTORY:

(none recorded)

SURGERY/PROCEDURE/DIAGNOSTIC HISTORY

- Cardiopulm exercise testing - 01/20/2025 - Peak VO2 - 13.9, pred 54%, RER - 1.03, slope - 32.85
- Echo - 03/29/2024 - LVEF 20%; grade II DD; moderately elevated LV filling pressure; severe global LV systolic dysfunction; mild AR; mild to moderate LAE; moderate to severe MR.
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Cardiac mri - 06/15/2023 - LVEF 27%; severely dilated LV with moderate systolic dysfunction; normal RV size with moderate systolic dysfunction ; moderate LAE; mild RAE; mild MR; dilated main pulmonary artery.
- Echo - 05/08/2023 - LVEF 20%; LV size is moderately dilated; Grade II DD; mild AR; mild to moderate LAE; mild to moderate MR; mild TR.
- Cardiac catheterization - 02/17/2023 - LVEF 10-15%; LV is dilated; severe global LV dysfunction; probably moderate MR; normal coronaries.
- Echo - 02/09/2023 - LVEF 10-15%; Severe global hypokinesis; LV mildly dilated; mild LAE and RAE; mild TR.

REVIEW OF SYSTEMS:

None recorded

VITALS:

| | | |
|---|---|---|
| **Ht:** 6 ft (182.88 cm) 03/27/2025 12:02 pm | **Wt:** 266 lbs (120.66 kg) 03/27/2025 12:03 pm | **BMI:** 36.1 03/27/2025 12:03 pm |
| **BP:** 113/80 03/27/2025 12:03 pm | **Pulse:** 60 bpm 03/27/2025 12:03 pm | |

PHYSICAL EXAM

**Constitutional:**
General Appearance: appears stated age and **overweight**. Level of Distress: comfortable.

**Psychiatric:**
Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:**
Lids and Conjunctivae: no discharge, pallor, or xanthelasma and anicteric.

**ENMT:**
Lips, Teeth, and Gums: normal dentition. Ears: no lesions on external ear and (normal) hearing. Nose: no lesions on external nose or nasal discharge and nares patent. Oropharynx: no cyanosis or pallor.

**Neck:**
Neck: supple and trachea midline. Jugular Veins: normal jugular venous pressure.

**Lungs:**
Respiratory Effort: unlabored. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:**
Rate And Rhythm: regular. Heart Sounds: normal S1 and S2 and no rub, gallop, or click. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no cyanosis or edema.

**Abdomen:**
Inspection and Palpation: non distended or tender and soft and no masses. Liver: non tender or no hepatomegaly. Spleen: non tender.

**Musculoskeletal:**
Inspection: no joint tenderness or swelling and normal back.

**Neurologic:**
Gait: normal gait. Neurological: no focal deficits and cranial nerves intact.

**Skin:**
Inspection and Palpation: warm and dry. Nails: no clubbing.

## Procedure Documentation

None recorded

## Studies Interpreted

None recorded

## Assessment/Plan

**1. Chronic systolic heart failure -**
He has stage C HF w/ stable NYHA class II symptoms. He is on reasonable GDMT and has undergone CRT-D. CPX is not suggestive of poor prognosis or need for advanced therapies. Getting recent labs from Dr. Michelson. Increase Entresto to max dose and fu in 1 month for labs and bp check w/ NP
I50.22: Chronic systolic (congestive) heart failure

- Entresto 97 mg-103 mg tablet - Take 1 tablet(s) twice a day by oral route for 90 days. Qty: (180) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER Note to Pharmacy: to replace previous dose
- MEDICAL RECORD REQUEST* - Note to Provider: Please fax results of most recent bmp/cmp to 615-222-5399. Thank you.
- MEDICAL RECORD REQUEST* - Note to Provider: Please fax results of most recent bmp/cmp to 615-222-5399. Thank you.
- US, ECHOCARDIOGRAM

Authorization: BCBS-TN (PPO) | NOTREQUIRED

**2. Nonischemic congestive cardiomyopathy -**
Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation. He is being treated w/ GDMT and has undergone CRT-D though I am uncertain this will lead to much improvement as QRS duration was not very long and he did not have LBBB. Repeat echo to eval LVSF and mitral valve as he has had MR in past.
I42.0: Dilated cardiomyopathy

**3. Body mass index 40+ - severely obese -**
Stable. c/w wt loss and exercise.
Z68.42: Body mass index [BMI] 45.0-49.9, adult

**4. Obstructive sleep apnea syndrome -**
On CPAP and tolerating.
G47.33: Obstructive sleep apnea (adult) (pediatric)

Return to Office

- Kemal Marc Akat, MD, PhD, MSc for Established Patient 20 at STPS_ST Hrt CHF_Turkey Creek on 05/08/2025 at 11:20 AM

## Encounters and Procedures

Clinical Encounter Summaries

**FIELDS, David L (id #98454, dob:**
**Encounter Date: 09/12/2025**

Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (47yo, M) ID# 98454 | **Appt. Date/Time** | 09/12/2025 09:15AM |
| **DOB** | | **Service Dept.** | ETHC_South |
| **Provider** | BARRY MICHELSON, MD | | |
| **Insurance** | Med Primary: MEDICARE-TN (MEDICARE)<br>Insurance # : 6JW2KG4UR19<br>Med Secondary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130287<br>Prescription: check now | | |

Chief Complaint

6 month follow up
Followup: Nonischemic congestive cardiomyopathy
Followup: Left ventricular cardiac dysfunction

Patient's Care Team

**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-5399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672
**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054

Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

Vitals

2025-09-12 09:28

| | | | | | |
|---|---|---|---|---|---|
| **BP Cuff Size:** | large adult<br>large adult | **BP Measurement Method:** | manual<br>manual | **Ht:** | 6 ft |
| **Wt:** | 268.4 lbs | **BP:** | 92/64 sitting L arm<br>96/70 standing L arm | **BMI:** | 36.4 |

Measurements

None recorded.

Allergies

Reviewed Allergies

**PENICILLINS**: Rash

Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 | entered |
| **carvediloL 12.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 06/11/25 | filled |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 | entered |
| **Entresto 97 mg-103 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 08/13/25 | filled |
| **Farxiga 10 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route for 90 days, for cardiomyopathy. | 06/19/25 | filled |
| **Multi Vitamin**<br>Mens vitafusion 1 daily | 02/06/23 | entered |
| **spironolactone 25 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY MORNING FOR FLUID AND BLOOD PRESSURE | 08/13/25 | filled |

immune plus
9/12/25 memory..csp

## Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

## Problems

Reviewed Problems

- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- First degree atrioventricular block - Onset: 06/08/2023
- History of SARS-CoV-2 - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- Obesity - Onset: 06/08/2023
- Biventricular automatic implantable cardioverter defibrillator in situ - Onset: 05/23/2024
- Chronic systolic heart failure - Onset: 05/23/2024
- Mitral valve regurgitation - Onset: 05/23/2024
- Heart failure - Onset: 02/09/2023
- Essential hypertension - Onset: 02/06/2023

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

## Social History

Reviewed Social History
**Relationships and Sexuality**
What is your relationship status?: Married
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
Do you or have you ever used any other forms of tobacco or nicotine?: No
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 09/12/2025
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: Occasional
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Diet and Exercise**
What type of diet are you following?: Cardiac
Do you have any dietary restrictions?: Yes
Are you following a low salt diet?: Yes
Are you following a fluid restriction diet?: Yes
What is your exercise level?: Occasional (Notes: ADL)
**Activities of Daily Living**
Are you able to care for yourself independently?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing, bathing, grooming, or toileting?: No
Do you have difficulty doing errands alone?: No
**Public Health and Travel**
Have you recently traveled abroad?: No
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: High school graduate (Notes: local truck driver)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
First name used: DAVID
Sexual orientation: Straight or heterosexual

## Surgical & Procedure History

**FIELDS, David L (id #98454, dob:**

Reviewed Surgical & Procedure History
- Cardiac catheterization (surg) - 2/2023
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

## Past Medical History

Reviewed Past Medical History
PATIENT DENIES SIGNIFICANT PAST MEDICAL HISTORY: **Y**
CARDIOMYOPATHY: **Y**
CHEST PAIN: **Y**
CONGESTIVE HEART FAILURE: **Y**
GERD/REFLUX: **Y**
HIGH BLOOD PRESSURE/HYPERTENSION: **Y**
ISCHEMIC CARDIOMYOPATHY: **Y**
OBESITY: **Y**
OTHER-1: **Y - PM/ICD implant**
PALPITATIONS: **Y**
SLEEP APNEA: **Y**
Notes: Please refer to Problem section for most up to date PMH

## Screening

None recorded.

## HPI

Patient is a 39-year-old male that is asked to be seen in followup for cardiac evaluation. We had seen him about 10 years ago. Abnormal stress test. This led to a cardiac catheterization. A small circumflex arose anomalously from the right coronary cusp. LV function was normal. There is a strong family history of coronary disease in the patient's father beginning at age 33 of 34. He died within the last year of complications of coronary artery disease at age 65.. He also has a cousin who was told that he had an elevated coronary calcium score and subsequently went on to be a catheterization and bypass surgery.

The patient is not having symptoms of chest pain or exercise intolerance dyspnea or orthopnea. No dysrhythmias have been identified. He does have a history of hypertension which she states is typically well controlled. He attributes his elevated blood pressure today to nervousness. Patient does not exercise regularly but is able to do his normal activities without limitation. His last LDL cholesterol 58.

The patient requested follow-up on February 6, 2023. Over the past several weeks he has been complaining of abdominal distention pedal edema and shortness of breath with activity. He contacted Cindy Pittman who is a relative of his. She thought that follow-up was appropriate. The patient reported some vague epigastric and chest discomfort. He went to the emergency room in Rogersville. His chest x-ray suggested borderline cardiomegaly but was otherwise unremarkable. His abdominal gas pattern was normal. His COVID screen was negative. No lab work was done a UTI was not diagnosed based on a urine analysis was. He states in the last several weeks he has gained about 9 or 10 pounds. He feels as if his belly is swollen and distended. He has been treated with multiple GI medications and actually got partial relief. He complained of some fluttering in his chest but no syncope or near syncope. He is not having any chest pain. At its worst he had mild pitting edema just over his lower calfs. He reports he has been watching his diet as far as fluid and salt intake and recently has been eating primarily salads

Patient reports that his bowel habits have increased in frequency. He thinks urination may have diminished mildly

The patient had an echocardiogram performed which demonstrated severe global left ventricular dysfunction EF of 10 to 15%. Right ventricular function was diminished as well. No hemodynamically significant valvular abnormalities were seen. Troponin was normal proBNP was elevated at 3953 CBC was unremarkable there was mild elevation in ALT and AST BUN and creatinine were normal at 18 and 1.16 bilirubin was 2.5
Because of the findings we brought him back to the office as quickly as possible to initiate therapy. There is really been no change in his status over the last 3 days. We did discuss changes in medications including substituting Entresto for lisinopril and adding carvedilol as well as an SGLT2 2 inhibitor. We also discussed cardiac catheterization to rule out coronary disease as an etiology. We also discussed long-term goals and possible need for ICD or advanced care if he does not respond well to medication

Catheterization was performed. Left ventricle was severely dilated with an EF estimated 10 to 15% end-diastolic pressure was estimated at 40 mmHg. He did not have significant blockages in his coronaries. Appropriate medical therapy was continued. He has lost approximately 20 pounds with diuresis. Overall the patient's breathing has improved. He is not having significant orthopnea. His exercise tolerance is marginally better. He is scheduled to see the St. Thomas heart failure service in April. He has not been monitoring blood pressures at home but I suggested that he do this. His ICD has not discharged (ZOLL LifeVest).

Patient is seen in follow-up on June 23, 2023. Since his last visit he has seen Dr. Patel. There is a plan for implantation of a subcutaneous ICD in July. The MRI was performed as requested by Dr. Stribling. This confirms severe dilated left ventricle with severe left ventricular dysfunction. Interpretation could not exclude prior infarction but this certainly would not be consistent with findings on his coronary angiography.
Patient has been doing reasonably well clinically. He brought in an extensive recordings of his blood pressure heart rate and weight. His blood pressures typically are between 90 and 100 systolic limiting our ability to increase medications. Patient feels that he is

much better than at his time of his presentation. He can walk unlimited distances on level ground. He does report some dyspnea when walking uphill. He is not having problems with orthopnea. He is scheduled to see Dr. Stribling in October

The patient was seen in follow-up on September 8, 2023. He actually underwent implantation of a ICD CRT device. He early on had some issues with diaphragmatic pacing but these have been reprogrammed. He has occasional "hiccups". His exercise tolerance is improved but certainly is not where he wants it to be. He keeps a good log of his blood pressure. Blood pressure is marginal for increasing medications. He will occasionally report transient lightheadedness if he is bending over and stands up suddenly. We discussed venous pooling and that this was something that we would keep an eye on but to be aware of it and try movement immediately. He is not having significant problems with edema

Patient is seen in follow-up on March 13, 2024. Clinically he is doing well. He is able to do more physical exercise but limits himself in terms of duration. He is not having any chest pain. He does have occasional "hiccups". Which seem to be positional and are likely due to intermittent phrenic nerve pacing from his BiV ICD. He has had no interval hospitalizations. His weight has been stable. He has not had any edema. He continues to monitor his blood pressures and they are marginal for any increase in his medical regimen (systolics typically 100-104).

Patient is seen in follow-up on September 11, 2024. Clinically he is stable to marginally improved. He has seen Dr. Stribling in the past and is scheduled to go to Nashville after the first of the year to have a 6-minute walk test as well as potentially other testing performed. He is not having significant orthopnea or paroxysmal nocturnal dyspnea. He is not having significant dependent edema. He monitors blood pressures frequently. They tend to be in the 90-100 systolic range limiting any future changes in medications.

The patient is seen in follow-up on March 12, 2025. Since his last visit he has been seen by Dr. Stribling. He evidently had cardiopulmonary testing performed. I believe the conclusion was he is not yet a candidate for transplant. The patient has an appointment to see Dr. Stribling in late March. He has been doing well. He denies problems with chest pain or shortness of breath orthopnea paroxysmal nocturnal dyspnea. To the best of his knowledge he has not had any ICD therapies administered. He states that he walked he thinks for about 10-1/2 minutes on the protocol. It may have been a modified bruise from how he was describing it is 0% grade to begin with. Blood pressures remain a little on the low side but he is not really symptomatic. He has had no interval hospitalizations

Patient returns for follow-up on September 12, 2025. His heart failure he remains reasonably well compensated. He is not having significant issues with orthopnea or paroxysmal nocturnal dyspnea. His blood pressure remains low and he will have occasional episodes of transient lightheadedness. Since his carvedilol dose was increased a little bit he has more of the "hiccups". He is really not having significant diaphragmatic pacing I do not think. He continues to be followed by the heart failure clinic at St. Thomas. He has not had any ICD therapies administered.

## ROS

**Cardiovascular:** Cardiovascular: **palpitations** and **light-headed on standing**.

**Respiratory:** Respiratory: **sleep apnea** (**c-pap**).

## Physical Exam

**Constitutional:** General Appearance: appears stated age and **obese**. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:** Lids and Conjunctivae: no xanthelasma or arcus senilis.

**ENMT:** Lips, Teeth, and Gums: normal dentition. Nose: no lesions on external nose.

**Neck:** Neck: supple and trachea midline. Carotid Arteries: bilateral normal upstroke and no bruits. Jugular Veins: jugular venous pressure unable to assess. Cervical Lymph Nodes: non tender.

**Lungs:** Respiratory Effort: unlabored. Chest Exam: normal curvature. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Precordial Exam: non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: **BTK edema** .

**Peripheral Pulses:** Pulses: full and equal in all extremities except if noted. Radial Pulse: normal. Dorsalis Pedis Pulse: normal.

**Abdomen::** Inspection and Palpation: non distended or tender, normal aorta and bowel sounds, no bruit or masses, and soft;
**Abdomen is mildly distended soft with no rebound or guarding**

**Musculoskeletal:** Inspection: no joint tenderness.

**Neurologic:** Gait: normal gait. Motor: normal strength.

**Skin:** Inspection and Palpation: warm and dry.

## Assessment / Plan

**1. Nonischemic congestive cardiomyopathy** - Onset: 06/08/2023 -
Patient has nonischemic cardiomyopathy. He is on a reasonable medical regimen limited by blood pressure. He is followed by the

advanced heart failure clinic at St. Thomas. He is followed by EP and has had a BiV ICD/CRT device implanted which seems to be working normally.

As the patient has had the BiV ICD CRT device in some period of time we will order an echocardiogram.

Stable on current therapy. Blood pressure precludes aggressive intensification. Followed by the heart failure clinic at St. Thomas.
I42.0: Dilated cardiomyopathy
- ELECTROCARDIOGRAM
- NT PROBNP
- COMPREHENSIVE METABOLIC PANEL

**2. Primary idiopathic dilated cardiomyopathy**

Patient has severe global left ventricular dysfunction in the absence of significant coronary disease. We will add spironolactone to his medical regiment increase the dose of carvedilol. He is scheduled for follow-up or evaluation by advanced heart failure team from St. Thomas. He will continue with the LifeVest until we reassess LV function probably in 2 months

The patient is undergone evaluation by the advanced heart failure team at St. Thomas. He is also seen Dr. Patel. He is on a good regimen which has been responsive as far as his symptoms. I do not think we can increase dosing of medications further given his issues with hypotension or low normotension (systolics in the 90s) on his current regimen.

The patient has had a BiV ICD with CRT therapy implant
I42.0: Dilated cardiomyopathy

**3. Biventricular implantable cardioverter-defibrillator (ICD) in situ**

Patient has undergone ICD/CRT device implantation monitored by Dr. Patel
Z95.810: Presence of automatic (implantable) cardiac defibrillator

ELECTROCARDIOGRAM
- Result:
  - **Interpretation:: Sinus rhythm ventricular pacing**

Return to Office
- SARA JOHNSON, NP for *Follow-up 15 at ETHC_Turkey Creek on 11/21/2025 at 11:00 AM
- to see Barry Michelson, MD at ETHC_South on or around 03/12/2026

Encounter Sign-Off
Encounter signed-off by Barry Michelson, MD, 09/12/2025.

Encounter performed and documented by Barry Michelson, MD
Encounter reviewed & signed by Barry Michelson, MD on 09/12/2025 at 09:48 AM

ETHC_KNOXVILLE HMA CARDIOLOGY PPM LLC • 10800 PARKSIDE DR STE 331, KNOXVILLE TN 37934-1982

**FIELDS, David L (id #98454, dob:**




**Lincoln/Fields 0688**

**FIELDS, David L (id #98454, dob:**
**Encounter Date: 05/20/2025**

## Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (47yo, M) ID# 98454 | **Appt. Date/Time** | 05/20/2025 03:30PM |
| **DOB** | | **Service Dept.** | ETHC_Turkey Creek |
| **Provider** | NILAM PATEL, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130287<br>Prescription: check now | | |

## Chief Complaint

6 month follow up

## Patient's Care Team

**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-5399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672
**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054

## Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 05/20/2025 03:22 pm | **Wt:** | 273.3 lbs 05/20/2025 03:22 pm | **BP:** | 118/74 sitting R arm 05/20/2025 03:25 pm |
| **BMI:** | 37.1 05/20/2025 03:22 pm | **HR:** | 64 05/20/2025 03:25 pm | | |

## Measurements

None recorded.

## Allergies

Reviewed Allergies

**PENICILLINS**: Rash

## Medications

**FIELDS, David L (id #98454, dob:**

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 | entered |
| **carvediloL 12.5 mg tablet**<br>TAKE 1/2 TABLET in AM and 1 tablet in pm | 05/20/25 | entered |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 | entered |
| **Entresto 97 mg-103 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 05/20/25 | entered |
| **Farxiga 10 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route for 90 days, for cardiomyopathy. | 04/04/25 | filled |
| **Multi Vitamin**<br>Mens vitafusion 1 daily | 02/06/23 | entered |
| **spironolactone 25 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY MORNING FOR FLUID AND BLOOD PRESSURE | 02/21/25 | filled |

immune plus
5/20/2025 memory..bfm

## Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

## Problems

Reviewed Problems

- Obesity - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Essential hypertension - Onset: 02/06/2023
- Mitral valve regurgitation - Onset: 05/23/2024
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- First degree atrioventricular block - Onset: 06/08/2023
- Heart failure - Onset: 02/09/2023
- Chronic systolic heart failure - Onset: 05/23/2024
- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- Biventricular automatic implantable cardioverter defibrillator in situ - Onset: 05/23/2024
- History of SARS-CoV-2 - Onset: 06/08/2023

## Family History

Family History not reviewed (last reviewed 03/12/2025)

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

## Social History

Reviewed Social History
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
Do you or have you ever used any other forms of tobacco or nicotine?: No
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 05/20/2025
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What is your exercise level?: Occasional (Notes: ADL)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: High school graduate (Notes: local truck driver)
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
First name used: DAVID
Sexual orientation: Straight or heterosexual

## Surgical & Procedure History

Surgical & Procedure History not reviewed (last reviewed 03/12/2025)
- Cardiac catheterization (surg) - 2/2023
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

## Past Medical History

Past Medical History not reviewed (last reviewed 03/12/2025)
CHEST PAIN: **Y**
CONGESTIVE HEART FAILURE: **Y**
GERD/REFLUX: **Y**
HIGH BLOOD PRESSURE/HYPERTENSION: **Y**
OBESITY: **Y**
OTHER-1: **Y - PM/ICD implant**
PALPITATIONS: **Y**
SLEEP APNEA: **Y**
Notes: Please refer to Problem section for most up to date PMH

## Screening

None recorded.

## HPI

routine fup
here with wife
no new events since last seen
denies concerns/questions

## ROS

**Cardio Basic:** Cardiovascular Symptoms: **lightheadedness** and **palpitations** (**skipping**).

**Respiratory:** Respiratory: **sleep apnea** (**uses CPAP**).

**Hematologic/Lymphatic:** Hematologic/Lymphatic **easy bruising**.

## Physical Exam

**Basic Cardio PE:** Lungs: clear to auscultation. Cardio: no murmurs or gallops and s1 normal, s2 normal, and normal apical impulse; **regular rate and rhythm, left pectoral device site is healthy without signs of infection** Extremities: no edema.

## Procedure Documentation

**93284,26: Multi chamber ICD Programing PaceArt:**
See image documentation for encounter data.

**ITERATIVE:** A representative from the device company did the interrogation of this device with iterative programming changes to evaluate pacing thresholds. I personally evaluated the generated data including all diagnostic findings, and advised the representative on any changes that may have needed to be made. A -26 modifier will be added to the billing charge.

## Assessment / Plan

**1. Biventricular automatic implantable cardioverter defibrillator in situ-**
BSC CRT-D_7/2023

8.5 years
AP 20s%, LVP 90s%_DDDR 60/125
No VT_Monitor 170, VF 200
AF<1%, total 3.8 min in 176 days_11/2024 (far field sensing)

Remote q3 months
RTC 6 mths Sara or Dustin
Z95.810: Presence of automatic (implantable) cardiac defibrillator

**2. Nonischemic congestive cardiomyopathy -**
2022

**EKG:**
2/2023: ST 90, PR 220, QRS 126, RBBB/LPFB, QTc 443
6/2023: SR 65, PR 260, QRS 131 RBBB/LPFB, QTc 433

**Imaging:**
LHC: 2/2023: normal coronaries, EF 10-15%, LVEDP 40, mod MR
Echo: 5/2023: EF 20%, mod LAE, mild AI/TR, mild to mod MR, RVSP 40, LVIDd6.56
Echo: 2/2023: EF 10-15%

**FIELDS, David L (id #98454, dob:**

Echo: 3/2024: EF 20% mod to sev MR
Cardiac MRI: 2023: EF 27%, akinesis and wall thinning of anterior, inferior, and lateral walls. no evidence of iron overload. 50% subendocardial LGE in the basal and mid lateral walls consistent with infarct pattern. normal RV size and moderate systolic dysfunction EF 32%. mild MR,
VO2 at St.Thomas: 1/2025
Echo: 4/2025: EF 20%, mild MR, mod TR, RVSP 57

**GDMT**
Entresto 97-103 mg BID
Farxiga 10 daily
spironolactone 25mg daily
carvedilol 6.25/12.5mg BID

s/p CRT-D_7/2023

fup Dr.Michelson/Dr.Stribbling
I42.0: Dilated cardiomyopathy

**3. Chronic systolic heart failure** -
as above
I50.22: Chronic systolic (congestive) heart failure

**4. Essential hypertension** -
2006
I10: Essential (primary) hypertension
- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE

**5. History of SARS-CoV-2** -
3 episodes so far. no hospitalization
1st and 3rd was severe
diagnosed with HF after 3rd episode
Z86.16: Personal history of COVID-19

**6. First degree atrioventricular block** -
asymptomatic

I44.0: Atrioventricular block, first degree
- HEART BLOCKS: CARE INSTRUCTIONS

**7. Obstructive sleep apnea syndrome** -
2012
compliant to CPAP
G47.33: Obstructive sleep apnea (adult) (pediatric)
- SLEEP APNEA: CARE INSTRUCTIONS

**8. Obesity** -
BMI 35
weight loss advised by diet/exercise
E66.9: Obesity, unspecified
- WHEN YOU WANT TO LOSE WEIGHT: CARE INSTRUCTIONS

**9. Mitral valve regurgitation** -
mgmt per Dr.Michelson and St.Thomas HF team
I34.0: Nonrheumatic mitral (valve) insufficiency
- HEART VALVE DISEASE: CARE INSTRUCTIONS
- MITRAL VALVE REGURGITATION: CARE INSTRUCTIONS

Return to Office
- Barry Michelson, MD for *Follow-up 15 at ETHC_South on 09/10/2025 at 10:30 AM
- SARA JOHNSON, NP for *Follow-up 15 at ETHC_Turkey Creek on 11/21/2025 at 11:00 AM

Encounter Sign-Off
Encounter signed-off by Nilam Patel, MD, 05/20/2025.

Encounter performed and documented by Nilam Patel, MD
Encounter reviewed & signed by Nilam Patel, MD on 05/20/2025 at 04:06 PM

| Boston Scientific | LATITUDE™ Programming System | Report Created 20 May 2025 |
|---|---|---|
| | **Real-time Log Report** | |
| | **Fields , David¹** | Last Office Interrogation 25 Nov 2024 |
| | Date of Birth | |
| | Device RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode Monitor + Therapy | 14 Jul 2023 |

**Snapshot-8** **20 May 2025 15:27:18** **25mm/s**







3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.
Page 1 of 1

Clinician Signature:

**Lincoln/Fields 0694**

| Boston Scientific | LATITUDE™ Programming System | Report Created 20 May 2025 |
|---|---|---|
| | **Combined Follow-up Report** | |
| | **Fields , David L** | Last Office Interrogation |
| | Date of Birth | 25 Nov 2024 |
| | Device RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode Monitor + Therapy | 14 Jul 2023 |

**My Alerts**
20 May 2025 15:28 — Check LV Lead

**Events Since Last Reset (25 Nov 2024)**
16 May 2025 17:22 — ATR at 183 bpm, Avg V Rate in ATR: 103 bpm
16 May 2025 14:16 — ATR at 150 bpm, Avg V Rate in ATR: 106 bpm
See last page for full list of Events Since Last Reset.

**Battery** OK

| | |
|---|---|
| Approximate time to explant: | 8.5 years |
| Charge Time | 10.3 s |
| Last Capacitor Re-form | 30 Nov 2024 02:18 |




| **Leads Data** | **Implant** 14 Jul 2023 | **Previous Session** | **Most Recent** |
|---|---|---|---|
| **Atrial** | | | |
| Intrinsic Amplitude | N/R mV | 2.3 mV | 2.8 mV |
| Pace Impedance | N/R Ω | 758 Ω | 687 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.5 V @ 0.4 ms | Auto 0.6 V @ 0.4 ms |
| **Right Ventricular** | | | |
| Intrinsic Amplitude | N/R mV | 18.6 mV | 8.9 mV @ 54 bpm |
| Pace Impedance | N/R Ω | 450 Ω | 324 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.5 V @ 0.4 ms | Auto 0.6 V @ 0.4 ms |
| **Left Ventricular** | | | |
| Intrinsic Amplitude | N/R mV | 3.5 mV | 3.0 mV |
| Pace Impedance LVa | N/R Ω | 628 Ω | 612 Ω |
| Pace Impedance LVb | | 622 Ω | 598 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.9 V @ 0.8 ms | 0.7 V @ 0.8 ms |
| **Shock Vector** | | | |
| Shock Impedance | N/R Ω | 74 Ω | 68 Ω |

**Settings**

**Ventricular Tachy Settings**

| | | | |
|---|---|---|---|
| VF | 200 bpm | ATP | 41J, 41J, 41Jx6 |
| VT | 170 bpm | Monitor Only | |

**Atrial Tachy Settings**
ATR Mode Switch 170 bpm VDIR

**Brady/CRT Settings**

| | |
|---|---|
| Mode | DDDR |
| Lower Rate Limit | 60 ppm |
| Maximum Tracking Rate | 125 ppm |
| Maximum Sensor Rate | 130 ppm |
| Paced AV Delay | 240 - 240 ms |
| Sensed AV Delay | 180 - 180 ms |
| A-Refractory (PVARP) | 240 - 340 ms |
| RV-Refractory (RVRP) | 230 - 250 ms |
| LV-Refractory (LVRP) | 250 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |

| | |
|---|---|
| **Pacing Output** | |
| Atrial | Auto 2.0 V @ 0.4ms |
| Right Ventricular | Auto 2.0 V @ 0.4ms |
| Left Ventricular (LVa) | Auto 1.6 V @ 0.8ms |
| Left Ventricular (LVb) | Off |
| **Sensitivity** | |
| Atrial | AGC 0.25 mV |
| Right Ventricular | AGC 0.6 mV |
| Left Ventricular | AGC 1.0 mV |
| **Leads Configuration (Pace/Sense)** | |
| Atrial | Bipolar |
| Right Ventricular | Bipolar |
| LVa (Pace) | LVTip1>>Can |
| LVb (Pace) | Off |
| LV (Sense) | LVRing2>>RV |
| **LV MultiSite Pacing** | |
| Pacing Order | Off |
| **Rate Adaptive Pacing** | |
| Accelerometer | On |


© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Combined Follow-up Report

Fields , David L
20 May 2025 15:28

**Rhythm ID Update**
Last Successful Completion N/R

**Trends**
Today's Activity: Interrogate

R = Counter Reset
P = Program
I = Interrogate




Events

HeartLogic™ Heart Failure Index

2




The nominal HeartLogic™ Threshold is 16. This patient's HeartLogic™ Threshold can be confirmed in LATITUDE NXT™.

Most recent measurement:

S3 — 1.01 mG




S1 — 1.37 mG




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Combined Follow-up Report

Fields , David L
20 May 2025 15:28




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.

LATITUDE™ Programming System
Combined Follow-up Report

Fields , David L
20 May 2025 15:28




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.


Lincoln/Fields 0698

LATITUDE™ Programming System
Combined Follow-up Report

Fields , David L
20 May 2025 15:28

Most recent measurement:

HRV Footprint

N/R
%






© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.

LATITUDE™ Programming System
Combined Follow-up Report

Fields , David L
20 May 2025 15:28




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.


Lincoln/Fields 0700

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Combined Follow-up Report

Fields , David L
20 May 2025 15:28




3868 Software Version: 2.03
6447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.



Lincoln/Fields 0701

LATITUDE™ Programming System
Combined Follow-up Report

Fields , David L
20 May 2025 15:28

| Ventricular Tachy Counters | Since Last Reset 25 Nov 2024 | Device Totals |
|---|---|---|
| **Ventricular Episode Counters** | | |
| Total Episodes | 0 | 1 |
| Treated | | |
| VF Therapy | 0 | 0 |
| VT Therapy | 0 | 0 |
| VT-1 Therapy | 0 | 0 |
| Commanded Therapy | 0 | 0 |
| Non-Treated | | |
| No Therapy Programmed | 0 | 0 |
| Nonsustained Episodes | 0 | 1 |
| Other Untreated Episodes | 0 | 0 |
| **Ventricular Therapy Counters** | | |
| ATP Delivered | 0 | 0 |
| ATP % Successful | 0 | 0 |
| Shocks Delivered | 0 | 0 |
| First Shock % Successful | 0 | 0 |
| Shocks Diverted | 0 | 0 |
| **Brady/CRT Counters** | **Reset Before Last** 186 day(s) 23 May 2024 to 25 Nov 2024 | **Since Last Reset** 176 day(s) 25 Nov 2024 to Today |
| **Counters** | | |
| % A Paced | 27 | 29 |
| % RV Paced | 90 | 93 |
| % LVa Paced | 99 | 99 |
| % LVb Paced | 0 | 0 |
| **Intrinsic Promotion** | | |
| Rate Hysteresis | | |
| % Successful | 0 | 0 |
| **Atrial Arrhythmia** | | |
| % AT/AF | <1 | <1 |
| Total Time in AT/AF (min) | 30.9 | 3.8 |
| Episodes by Duration | | |
| < 1 minute | 308 | 45 |
| 1 min - < 1 hr | 0 | 0 |
| 1 hr - < 24 hr | 0 | 0 |
| 24 hr - < 48 hr | 0 | 0 |
| > 48 hr | 0 | 0 |
| Total PACs | 53.9K | 57.8K |
| **Ventricular Counters** | | |
| Total PVCs | 36.2K | 19.6K |
| Three or More PVCs | 2 | 0 |
| **Clinical Counters** | **Since Last Reset** 25 Nov 2024 | **Device Totals** |
| MRI Protection Mode | 0 | 0 |

**AT/AF Overview: Since Last Reset (25 Nov 2024 to Today)**

| | | | |
|---|---|---|---|
| AT/AF: <1 % | AT/AF Events: 45 | Total Time in AT/AF (min): 3.8 | |
| Most Recent: | 16 May 2025 17:22 | Avg V Rate: 103 bpm | Duration: 00:00:08 hh:mm:ss |
| Longest: | 16 Dec 2024 03:27 | Avg V Rate: 95 bpm | Duration: 00:00:17 hh:mm:ss |
| Fastest RVS Rate: | 16 May 2025 17:22 | Max V Rate: N/R | Duration: 00:00:08 hh:mm:ss |

**AT/AF Overview: Reset Before Last (23 May 2024 to 25 Nov 2024)**

| | | | |
|---|---|---|---|
| Longest: | 19 Oct 2024 01:31 | Avg V Rate: 70 bpm | Duration: 00:00:29 hh:mm:ss |
| Fastest RVS Rate: | 23 Nov 2024 16:40 | Max V Rate: N/R | Duration: 00:00:06 hh:mm:ss |



© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.

LATITUDE™ Programming System
Combined Follow-up Report

Fields , David L
20 May 2025 15:28

Histograms Reset Before Last (23 May 2024)










Histograms Since Last Reset (25 Nov 2024)




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.


Lincoln/Fields 0703

LATITUDE™ Programming System
Combined Follow-up Report

Fields , David L
20 May 2025 15:28

Histograms Since Last Reset (25 Nov 2024)







Heart Rate Variability

Last Measure For 24-hour period ending 10 May 2025 03:15

| | | | |
|---|---|---|---|
| % of Time Used | 68 | Mode | DDDR |
| Footprint | 32 % | Sensed AV Delay | 180 ms |
| SDANN | 73 ms | Ventricular Pacing Chamber | BiV |
| | | LV Offset | 0 ms |




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.


Lincoln/Fields 0704

LATITUDE™ Programming System
Combined Follow-up Report

Fields , David L
20 May 2025 15:28

**Heart Rate Variability**

**Reference-measured for 24-hour period ending 25 Jul 2023 03:41**

| | | | |
|---|---|---|---|
| % of Time Used | 68 | Mode | DDDR |
| Footprint | 29 % | Sensed AV Delay | 180 ms |
| SDANN | 69 ms | Ventricular Pacing Chamber | BiV |
| | | LV Offset | 0 ms |




**All Events Since Last Reset (25 Nov 2024)**

| | |
|---|---|
| 20 May 2025 11:26 | LV Auto |
| 20 May 2025 11:24 | RA Auto |
| 20 May 2025 11:23 | RV Auto |
| 18 May 2025 01:50 | APM RT at 60 bpm |
| 16 May 2025 17:22 | ATR at 183 bpm, Avg V Rate in ATR: 103 bpm |
| 16 May 2025 14:16 | ATR at 150 bpm, Avg V Rate in ATR: 106 bpm |
| 16 May 2025 05:15 | ATR at 108 bpm, Avg V Rate in ATR: 108 bpm |
| 10 May 2025 16:00 | ATR at 232 bpm, Avg V Rate in ATR: 109 bpm |
| 09 May 2025 20:41 | ATR at 218 bpm, Avg V Rate in ATR: 106 bpm |
| 08 May 2025 07:19 | ATR at 190 bpm, Avg V Rate in ATR: 105 bpm |
| 01 May 2025 15:08 | PMT at 125 bpm |
| 24 Apr 2025 19:12 | ATR at 110 bpm, Avg V Rate in ATR: 107 bpm |
| 10 Apr 2025 05:33 | ATR at 115 bpm, Avg V Rate in ATR: 108 bpm |
| 09 Apr 2025 18:19 | ATR at 218 bpm, Avg V Rate in ATR: 98 bpm |
| 08 Apr 2025 05:43 | ATR at 115 bpm, Avg V Rate in ATR: 115 bpm |
| 03 Mar 2025 09:02 | PMT at 125 bpm |
| 22 Dec 2024 17:23 | PMT at 125 bpm |



© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

| Boston Scientific | LATITUDE™ Programming System | | Report Created 20 May 2025 |
|---|---|---|---|
| | **Selected Episodes Report** | | |
| | **Fields , David L** | | Last Office Interrogation |
| | Date of Birth | | 25 Nov 2024 |
| | Device | RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode | Monitor + Therapy | 14 Jul 2023 |

Event ATR-527: 16 May 2025 17:22 25mm/s
ATR Event Onset
Avg A Rate: 183 bpm
Avg V Rate: 111 bpm
In ATR
Avg V Rate: 103 bpm

Event Ended 00:00:08




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.


Lincoln/Fields 0706

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Selected Episodes Report

Fields , David L
20 May 2025 15:28





3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.

LATITUDE™ Programming System
Selected Episodes Report

Fields , David L
20 May 2025 15:28






3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.


**Lincoln/Fields 0708**






© 2025
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**
**Encounter Date: 03/12/2025**

## Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (47yo, M) ID# 98454 | **Appt. Date/Time** | 03/12/2025 11:15AM |
| **DOB** | | **Service Dept.** | ETHC_South |
| **Provider** | BARRY MICHELSON, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130287<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

## Chief Complaint

Followup: Nonischemic congestive cardiomyopathy
Followup: Chronic systolic heart failure
Followup: Essential hypertension
Followup: First degree atrioventricular block
Followup: Left ventricular cardiac dysfunction

## Patient's Care Team

**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-5399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672
**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054

## Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **BP Cuff Size:** | adult 03/12/2025 10:47 am<br>adult 03/12/2025 10:47 am | **BP Measurement Method:** | manual 03/12/2025 10:47 am<br>manual 03/12/2025 10:47 am | **Ht:** | 6 ft 03/12/2025 10:47 am |
| **Wt:** | 263.4 lbs With clothes 03/12/2025 10:47 am | **BP:** | 104/60 sitting L arm 03/12/2025 10:53 am<br>98/60 standing L arm 03/12/2025 10:53 am | **BMI:** | 35.7 03/12/2025 10:47 am |
| **HR:** | 60 03/12/2025 10:55 am | | | | |

## Measurements

None recorded.

## Allergies

Reviewed Allergies

**PENICILLINS**: Rash

## Medications

**Lincoln/Fields 0710**

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 | entered |
| **carvediloL 12.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWO TIMES A DAY | 11/16/24 | filled |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 | entered |
| **Entresto 49 mg-51 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days, for heart failure. | 01/04/25 | filled |
| **Farxiga 10 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route for 90 days, for cardiomyopathy. | 01/04/25 | filled |
| **Multi Vitamin**<br>Mens vitafusion 1 daily | 02/06/23 | entered |
| **spironolactone 25 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY MORNING FOR FLUID AND BLOOD PRESSURE | 02/21/25 | filled |

immune plus
3/12/25: List...csp

## Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

## Problems

Reviewed Problems

- Obesity - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Mitral valve regurgitation - Onset: 05/23/2024
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- First degree atrioventricular block - Onset: 06/08/2023
- Chronic systolic heart failure - Onset: 05/23/2024
- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- Biventricular automatic implantable cardioverter defibrillator in situ - Onset: 05/23/2024
- History of SARS-CoV-2 - Onset: 06/08/2023
- Heart failure - Onset: 02/09/2023
- Essential hypertension - Onset: 02/06/2023

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

## Social History

Reviewed Social History
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
Do you or have you ever used any other forms of tobacco or nicotine?: No
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 03/12/2025
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What is your exercise level?: Occasional (Notes: ADL)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: High school graduate (Notes: local truck driver)
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
First name used: David
Sexual orientation: Straight or heterosexual

## Surgical & Procedure History

Reviewed Surgical & Procedure History
- Cardiac catheterization (surg) - 2/2023
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

## Past Medical History

Reviewed Past Medical History
CHEST PAIN: **Y**
CONGESTIVE HEART FAILURE: **Y**
GERD/REFLUX: **Y**
HIGH BLOOD PRESSURE/HYPERTENSION: **Y**
OBESITY: **Y**
OTHER-1: **Y - PM/ICD implant**
PALPITATIONS: **Y**
SLEEP APNEA: **Y**
Notes: Please refer to Problem section for most recent PMH/NNP

## Documents for Discussion

**Discussed the following documents:**

- CARDIOPULMONARY STRESS TEST (PROC) - 01/20/25
- Patient Portal - Health History - 03/12/25
- Patient Portal - Patient Submitted Health History - 11/25/24
- Facility - Continuity of Care Document - Tennova - Jefferson Memorial Hospital - 01/21/25
- Cardiology - Ambulatory Summary - Chart ID:2314460 - Warren Stribling - TN - Ascension - Tennessee - W KYLE STRIBLING MD - 01/21/25

## Screening

None recorded.

## HPI

Patient is a 39-year-old male that is asked to be seen in followup for cardiac evaluation. We had seen him about 10 years ago. Abnormal stress test. This led to a cardiac catheterization. A small circumflex arose anomalously from the right coronary cusp. LV function was normal. There is a strong family history of coronary disease in the patient's father beginning at age 33 of 34. He died within the last year of complications of coronary artery disease at age 65.. He also has a cousin who was told that he had an elevated coronary calcium score and subsequently went on to be a catheterization and bypass surgery.

The patient is not having symptoms of chest pain or exercise intolerance dyspnea or orthopnea. No dysrhythmias have been identified. He does have a history of hypertension which she states is typically well controlled. He attributes his elevated blood pressure today to nervousness. Patient does not exercise regularly but is able to do his normal activities without limitation. His last LDL cholesterol 58.

The patient requested follow-up on February 6, 2023. Over the past several weeks he has been complaining of abdominal distention pedal edema and shortness of breath with activity. He contacted Cindy Pittman who is a relative of his. She thought that follow-up was appropriate. The patient reported some vague epigastric and chest discomfort. He went to the emergency room in Rogersville. His chest x-ray suggested borderline cardiomegaly but was otherwise unremarkable. His abdominal gas pattern was normal. His COVID screen was negative. No lab work was done a UTI was not diagnosed based on a urine analysis was. He states in the last several weeks he has gained about 9 or 10 pounds. He feels as if his belly is swollen and distended. He has been treated with multiple GI medications and actually got partial relief. He complained of some fluttering in his chest but no syncope or near syncope. He is not having any chest pain. At its worst he had mild pitting edema just over his lower calfs. He reports he has been watching his diet as far as fluid and salt intake and recently has been eating primarily salads

Patient reports that his bowel habits have increased in frequency. He thinks urination may have diminished mildly

The patient had an echocardiogram performed which demonstrated severe global left ventricular dysfunction EF of 10 to 15%. Right ventricular function was diminished as well. No hemodynamically significant valvular abnormalities were seen. Troponin was normal proBNP was elevated at 3953 CBC was unremarkable there was mild elevation in ALT and AST BUN and creatinine were normal at 18 and 1.16 bilirubin was 2.5
Because of the findings we brought him back to the office as quickly as possible to initiate therapy. There is really been no change in his status over the last 3 days. We did discuss changes in medications including substituting Entresto for lisinopril and adding carvedilol as well as an SGLT2 2 inhibitor. We also discussed cardiac catheterization to rule out coronary disease as an etiology. We also discussed long-term goals and possible need for ICD or advanced care if he does not respond well to medication

Catheterization was performed. Left ventricle was severely dilated with an EF estimated 10 to 15% end-diastolic pressure was estimated at 40 mmHg. He did not have significant blockages in his coronaries. Appropriate medical therapy was continued. He has lost approximately 20 pounds with diuresis. Overall the patient's breathing has improved. He is not having significant orthopnea. His exercise tolerance is marginally better. He is scheduled to see the St. Thomas heart failure service in April. He has not been monitoring blood pressures at home but I suggested that he do this. His ICD has not discharged (ZOLL LifeVest).

Patient is seen in follow-up on June 23, 2023. Since his last visit he has seen Dr. Patel. There is a plan for implantation of a subcutaneous ICD in July. The MRI was performed as requested by Dr. Stribling. This confirms severe dilated left ventricle with severe left ventricular dysfunction. Interpretation could not exclude prior infarction but this certainly would not be consistent with findings on his coronary angiography.

**FIELDS, David L (id #98454, dob:**

Patient has been doing reasonably well clinically. He brought in an extensive recordings of his blood pressure heart rate and weight. His blood pressures typically are between 90 and 100 systolic limiting our ability to increase medications. Patient feels that he is much better than at his time of his presentation. He can walk unlimited distances on level ground. He does report some dyspnea when walking uphill. He is not having problems with orthopnea. He is scheduled to see Dr. Stribling in October

The patient was seen in follow-up on September 8, 2023. He actually underwent implantation of a ICD CRT device. He early on had some issues with diaphragmatic pacing but these have been reprogrammed. He has occasional "hiccups". His exercise tolerance is improved but certainly is not where he wants it to be. He keeps a good log of his blood pressure. Blood pressure is marginal for increasing medications. He will occasionally report transient lightheadedness if he is bending over and stands up suddenly. We discussed venous pooling and that this was something that we would keep an eye on but to be aware of it and try movement immediately. He is not having significant problems with edema

Patient is seen in follow-up on March 13, 2024. Clinically he is doing well. He is able to do more physical exercise but limits himself in terms of duration. He is not having any chest pain. He does have occasional "hiccups". Which seem to be positional and are likely due to intermittent phrenic nerve pacing from his BiV ICD. He has had no interval hospitalizations. His weight has been stable. He has not had any edema. He continues to monitor his blood pressures and they are marginal for any increase in his medical regimen (systolics typically 100-104).

Patient is seen in follow-up on September 11, 2024. Clinically he is stable to marginally improved. He has seen Dr. Stribling in the past and is scheduled to go to Nashville after the first of the year to have a 6-minute walk test as well as potentially other testing performed. He is not having significant orthopnea or paroxysmal nocturnal dyspnea. He is not having significant dependent edema. He monitors blood pressures frequently. They tend to be in the 90-100 systolic range limiting any future changes in medications.

The patient is seen in follow-up on March 12, 2025. Since his last visit he has been seen by Dr. Stribling. He evidently had cardiopulmonary testing performed. I believe the conclusion was he is not yet a candidate for transplant. The patient has an appointment to see Dr. Stribling in late March. He has been doing well. He denies problems with chest pain or shortness of breath orthopnea paroxysmal nocturnal dyspnea. To the best of his knowledge he has not had any ICD therapies administered. He states that he walked he thinks for about 10-1/2 minutes on the protocol. It may have been a modified bruise from how he was describing it is 0% grade to begin with. Blood pressures remain a little on the low side but he is not really symptomatic. He has had no interval hospitalizations

## ROS

**Constitutional:** Constitutional: no significant weight gain or loss and no fever, night sweats, or exercise intolerance.

**Eyes:** Eyes: no irritation, dry eyes, or vision change.

**ENMT:** Ears: no difficulty hearing or ear pain. Nose: no frequent nosebleeds, nose problems, or sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems.

**Cardiovascular:** Cardiovascular: no shortness of breath when walking or breath when lying down and no palpitations, chest pain, arm pain on exertion, or known heart murmur.

**Respiratory:** Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

**Gastrointestinal:** Gastrointestinal: no vomiting, diarrhea, dyspepsia, GERD, or abdominal pain and normal appetite and not vomiting blood.

**Genitourinary:** Genitourinary: no incontinence, hematuria, difficulty urinating, or increased frequency.

**Musculoskeletal:** Musculoskeletal: no muscle aches or weakness and no arthralgias/joint pain, back pain, or swelling in the extremities.

**Integumentary:** Skin: no jaundice, rashes, laceration, or abnormal mole.

**Neurologic:** Neurologic: no weakness, numbness, seizures, dizziness, migraines, headaches, tremor, or loss of consciousness.

**Psychiatric:** Psych: no depression, anxiety, hallucinations, sleep disturbances, alcohol abuse, or suicidal thoughts and feeling safe in a relationship.

**Endocrine:** Endocrine: no fatigue.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no bruising, swollen glands, or excessive bleeding.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, sinus pressure, or frequent sneezing.

## Physical Exam

**Constitutional:** General Appearance: appears stated age and **obese**. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:** Lids and Conjunctivae: no xanthelasma or arcus senilis.

**ENMT:** Lips, Teeth, and Gums: normal dentition. Nose: no lesions on external nose.

**Neck:** Neck: supple and trachea midline. Carotid Arteries: bilateral normal upstroke and no bruits. Jugular Veins: jugular venous pressure unable to assess. Cervical Lymph Nodes: non tender.

**Lungs:** Respiratory Effort: unlabored. Chest Exam: normal curvature. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Precordial Exam: non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: **BTK edema .**

**Peripheral Pulses:** Pulses: full and equal in all extremities except if noted. Radial Pulse: normal. Dorsalis Pedis Pulse: normal.

**Abdomen::** Inspection and Palpation: non distended or tender, normal aorta and bowel sounds, no bruit or masses, and soft;
**Abdomen is mildly distended soft with no rebound or guarding**

**Musculoskeletal:** Inspection: no joint tenderness.

**Neurologic:** Gait: normal gait. Motor: normal strength.

**Skin:** Inspection and Palpation: warm and dry.

## Assessment / Plan

**1. Primary idiopathic dilated cardiomyopathy -**
Patient has severe global left ventricular dysfunction in the absence of significant coronary disease. We will add spironolactone to his medical regiment increase the dose of carvedilol. He is scheduled for follow-up or evaluation by advanced heart failure team from St. Thomas. He will continue with the LifeVest until we reassess LV function probably in 2 months

The patient is undergone evaluation by the advanced heart failure team at St. Thomas. He is also seen Dr. Patel. He is on a good regimen which has been responsive as far as his symptoms. I do not think we can increase dosing of medications further given his issues with hypotension or low normotension (systolics in the 90s) on his current regimen.

The patient has had a BiV ICD with CRT therapy implant
I42.0: Dilated cardiomyopathy

**2. Nonischemic congestive cardiomyopathy -**
Patient has nonischemic cardiomyopathy. He is on a reasonable medical regimen limited by blood pressure. He is followed by the advanced heart failure clinic at St. Thomas. He is followed by EP and has had a BiV ICD/CRT device implanted which seems to be working normally.

As the patient has had the BiV ICD CRT device in some period of time we will order an echocardiogram.

Stable on current therapy. Blood pressure precludes aggressive intensification. Followed by the heart failure clinic at St. Thomas.
I42.0: Dilated cardiomyopathy
- ELECTROCARDIOGRAM
- NT PROBNP

**3. First degree atrioventricular block**
I44.0: Atrioventricular block, first degree
- HEART BLOCKS: CARE INSTRUCTIONS

**4. Left ventricular cardiac dysfunction**
I50.30: Unspecified diastolic (congestive) heart failure

**5. Essential hypertension -**
continued monitoring of blood pressures suggested to make sure adequate control is being obtained.
I10: Essential (primary) hypertension
- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE
- CBC (INCLUDES DIFF/PLT)

6. **Lipid screening**
Z13.220: Encounter for screening for lipoid disorders
- COMPREHENSIVE METABOLIC PANEL
- LIPID PANEL WITH REFLEX TO DIRECT LDL

7. **Diabetes mellitus screening**
Z13.1: Encounter for screening for diabetes mellitus
- HEMOGLOBIN A1C

8. **Biventricular implantable cardioverter-defibrillator (ICD) in situ**

Patient has undergone ICD/CRT device implantation monitored by Dr. Patel
Z95.810: Presence of automatic (implantable) cardiac defibrillator

Return to Office

- Nilam Patel, MD for *Follow-up 15 at ETHC_Turkey Creek on 05/20/2025 at 03:30 PM
- Barry Michelson, MD for *Follow-up 15 at ETHC_South on 09/10/2025 at 10:30 AM

Encounter Sign-Off

Encounter signed-off by Barry Michelson, MD, 03/12/2025.

Encounter performed and documented by Barry Michelson, MD
Encounter reviewed & signed by Barry Michelson, MD on 03/12/2025 at 11:18 AM

98454 3/5/2025 3:19:22 PM FIELDS, DAVID TENNOVA HEALTHCARE (1)
Born Male

Rate 65 . ATRIAL-VENTRICULAR DUAL-PACED COMPLEXES

PR 243
QRSD 152
QT 456
QTc 475

--AXIS--
P 82
QRS 0
T 64

FIELDS, DAVID 98454

* 81426580w10667 Single Page E-ImagDoc

- ABNORMAL ECG -

Unconfirmed Diagnosis



## Imaging Results

### ELECTROCARDIOGRAM (#12353391, 09/12/2025 9:46am)

| Report | Result | Ref. Range | Units | ⚠ | Status | Facility | Date |
|---|---|---|---|---|---|---|---|
| Interpretation: | Sinus rhythm ventricular pacing | | | | | | |

Tennova™ Medical Group

# CRT_D EVALUATION FORM

## PATIENT INFO

**Date of Service:** 08/08/2025
**Follow-up Provider:** Nilamkumar Patel
**EMR Patient ID:** 98454
**Visit ID:**

| | | | | | |
|---|---|---|---|---|---|
| **Name** | Fields, David | **Date of Birth** | | **Session Type** | Remote (Scheduled) |
| **Model** | Resonate X4 CRT-D - G447 | **Serial** | 310757 | **Device Type** | CRT_D |
| **Implant date** | 07/14/2023 | **Vendor** | Boston Sci. | | |

| | |
|---|---|
| **Device Codes** | Nonrheumatic mitral (valve) insufficiency(I34.0) \| Dilated cardiomyopathy (I42.0) \| Atrioventricular block, first degree (I44.0) \| Essential (Primary) Hypertension(I10) \| Personal history of COVID-19(Z86.16) \| Obstructive sleep apnea (adult) (pediatric)(G47.33) \| Presence of automatic (implantable) cardiac defibrillator (Z95.810) |
| **HF Codes** | Heart failure, unspecified (I50.9) \| Unspecified diastolic (congestive) heart failure (I50.30) \| Chronic systolic (congestive) heart failure (I50.22) |

## DEVICE STATUS

| | | | | |
|---|---|---|---|---|
| **Battery Voltage:** | **Estimated Longevity:** 9 years | | **Battery Status:** | OK |
| **Last Charge Date:** | 05/29/2025 | **Charge time:** | 10.5 sec | |
| **Sensing:** | Atrial = 3.4 mV | | | |
| **Impedance:** | Atrial = 744 ohms | RV = 331 ohms | LV = 647 ohms | |
| **Defibrillation Impedance:** | | RV = 72 ohms | | |
| **Thresholds:** | Atrial = 0.5 V @ 0.4 ms | RV = 0.6 V @ 0.4 ms | LV = 0.7 V @ 0.8 ms | |

## PARAMETERS

| | | | | | |
|---|---|---|---|---|---|
| **Mode:** | DDDR | **Base Rate:** | 60 bpm | | |
| **CRT V-V Delay:** | 0.0 ms | **Upper Track:** | 125 bpm | **Upper Sensor:** | 130 bpm |
| **Mode Switch:** | 170 bpm | **Paced AV:** | 240 ms | **Sensed AV:** | 180 ms |
| **Detection** | | | | | |
| **VF** | 200 bpm | **Status** | ON | | |
| **VT** | 170 bpm | **Status** | Monitor | | |

## Current Events (Since Jul 04, 2025)

| Episode Type | Most Recent | Longest | Fastest | Counter |
|---|---|---|---|---|
| AT/AF | Jul 16, 2025 at 4:59 PM | Jul 16, 2025 at 4:59 PM | Jul 16, 2025 at 4:59 PM | 2 |

| | | | | |
|---|---|---|---|---|
| | A Rate: 217 bpm (276 ms) 11 s | | A Rate: 217 bpm (276 ms) 11 s | A Rate: 217 bpm (276 ms) 11 s |
| **Pacing %:** | **Atrial = 34.0 %** | **RV = 96.0 %** | **Bi-V = 99.0 %** | |
| **% of Time in AT/AF** | <1.0 % | | | |

## Observations

**Device Summary**

Remote interrogation of Boston Sci. CRT-D
Date of Implant: Jul 14, 2023
Programmed Mode: DDDR
Lower Rate: 60 bpm

**Device Functionality**

Device: Normal function
Estimated Battery Longevity: 9 years.
Leads: Appear stable
Atrial Pacing: 34.0 %
RV Pacing: 96.0 % LV Pacing: 99.0 %

**Episodes**
No ventricular episodes detected. No therapies delivered.
2 ATR detections; AF burden < 1.0 %. EGMs are false positive due to farfield oversensing.
ATR-534 - Event Detail Report Most recent false positive episode occurred on JUL 16, 2025

**Heart Failure**

HeartLogic okay at 11.
Respiratory rate trending downward slightly to 15.0 rpm.
Activity level consistent at 1.3 hours/day.

**Lincoln/Fields 0720**

## FIELDS, David L (id #98454, dob:

| LATITUDE® Patient Management - Combined Follow-up Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth: ___ __, ____<br>Device: **RESONATE X4 CRT-D G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

**My Alerts**

There are no alerts to display.

**Events Since Last Reset (May 20, 2025)**

Aug 07, 2025 06:39 RA Auto
Aug 07, 2025 06:38 LV Auto
See last page for full list of Events Since Last Reset.

**Battery** [OK]

Approximate time to explant: **9 years** from Aug 08, 2025

Last Capacitor Re-form May 29, 2025 03:30
Charge Time 10.5 s




See last page for additional battery information.

| Leads | Implant (Jul 14, 2023) | Most Recent In-Office Measurement (May 20, 2025) | Most Recent Daily Measurement (Aug 06, 2025) |
|---|---|---|---|
| **Atrial** | | | |
| Intrinsic Amplitude | N/R | 2.8 mV | 3.4 mV |
| Pace Impedance | N/R | 687 Ω | 744 Ω |
| Pace Threshold | N/R | Auto 0.6 V @ 0.4 ms | 0.5 V @ 0.4 ms |
| **Right Ventricular** | | | |
| Intrinsic Amplitude | N/R | 8.9 mV | N/R |
| Pace Impedance | N/R | 324 Ω | 331 Ω |
| Pace Threshold | N/R | Auto 0.6 V @ 0.4 ms | 0.6 V @ 0.4 ms |
| Left Ventricular | | | |
| Intrinsic Amplitude | N/R | 3.0 mV | N/R |
| Pace Impedance (LVa) | N/R | 612 Ω | 647 Ω |
| Pace Impedance (LVb) | | 598 Ω | |
| Pace Threshold | N/R | 0.7 V @ 0.8 ms | 0.7 V @ 0.8 ms |
| Shock | | | |
| Shock Impedance | N/R | 68 Ω | 72 Ω |

G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.


Clinician Signature

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Combined Follow-up Report** Aug 08, 2025
**Fields, David (98454/PATEL)**

**Settings**

**Ventricular Tachy**

| | | | |
|---|---|---|---|
| VF | 200 bpm | ATP | 41 J, 41 J, 41 Jx6 |
| VT | 170 bpm | Monitor Only | |

**Atrial Tachy**

| | | |
|---|---|---|
| ATR Mode Switch | 170 bpm | VDIR |

**Brady/CRT**

| | |
|---|---|
| Mode | DDDR |
| Lower Rate Limit | 60 ppm |
| Maximum Tracking Rate | 125 ppm |
| Maximum Sensor Rate | 130 ppm |
| Paced AV Delay | 240 - 240 ms |
| Sensed AV Delay | 180 - 180 ms |
| A-Refractory (PVARP) | 240 - 340 ms |
| RV-Refractory (RVRP) | 230 - 250 ms |
| LV-Refractory (LVRP) | 250 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |

**Pacing Output**

| | |
|---|---|
| **Atrial** | Auto 2.0 V @ 0.4 ms |
| **Right Ventricular** | Auto 2.0 V @ 0.4 ms |
| Left Ventricular (LVa) | Auto 1.8 V @ 0.8 ms |
| Left Ventricular (LVb) | Off |

**Sensitivity**

| | |
|---|---|
| **Atrial** | AGC 0.25 mV |
| **Right Ventricular** | AGC 0.6 mV |
| Left Ventricular | AGC 1.0 mV |

**Leads Configuration (Pace/Sense)**

| | |
|---|---|
| **Atrial** | Bipolar |
| **Right Ventricular** | Bipolar |
| LVa (Pace) | LVTip1>>Can |
| LVb (Pace) | Off |
| LV (Sense) | LVRing2>>RV |

**Rate Adaptive Pacing**

| | |
|---|---|
| Accelerometer | On |

**LV MultiSite Pacing**

| | |
|---|---|
| Pacing Order | Off |

**Rhythm ID Update**

| | |
|---|---|
| Last Successful Completion | N/R |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Combined Follow-up Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**

**HeartLogic™ Heart Failure Index**

**11**

OK

**Aug 07, 2025**




**Trend Graphs**

R = Counter Reset
P = Program
I = Office Interrogation

S3 — Aug 07, 2025 — 0.87 mG

S1 — Aug 07, 2025 — 1.11 mG

Thoracic Impedance — Aug 07, 2025 — 50.1 Ω

Respiratory Rate — Aug 07, 2025 — 15.0 rpm

Night Heart Rate — Aug 07, 2025 — 61 bpm




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.


Lincoln/Fields 0723

**LATITUDE® Patient Management - Combined Follow-up Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Combined Follow-up Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.


**Lincoln/Fields 0725**

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Combined Follow-up Report** **Aug 08, 2025**
**Fields, David (98454/PATEL)**




| Ventricular Tachy Counters | Since Last Reset May 20, 2025 | Device Totals |
|---|---|---|
| **Ventricular Episode Counters** | | |
| Total Episodes | 0 | 1 |
| **Treated** | | |
| VF Therapy | 0 | 0 |
| VT Therapy | 0 | 0 |
| VT-1 Therapy | 0 | 0 |
| Commanded Therapy | 0 | 0 |
| **Non-Treated** | | |
| No Therapy Programmed | 0 | 0 |
| NonsustainedV Episodes | 0 | 1 |
| Other Untreated Episodes | 0 | 0 |
| **Ventricular Therapy Counters** | | |
| ATP Delivered | 0 | 0 |
| ATP % Successful | 0 | 0 |
| Shocks Delivered | 0 | 0 |
| First Shock % Successful | 0 | 0 |
| Shocks Diverted | 0 | 0 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Combined Follow-up Report** Aug 08, 2025
**Fields, David (98454/PATEL)**

| Brady/CRT Counters | Reset Before Last<br>176 day(s)<br>Nov 25, 2024 to May 20, 2025 | Since Last Reset<br>79 day(s)<br>May 20, 2025 to Aug 08, 2025 |
|---|---|---|
| **Counters** | | |
| % A Paced | 29 | 34 |
| % RV Paced | 93 | 96 |
| % LVa Paced | 99 | 99 |
| % LVb Paced | 0 | 0 |
| **Intrinsic Promotion** | | |
| Rate Hysteresis | | |
| % Successful | 0 | 0 |
| **Atrial Arrhythmia** | | |
| % AT/AF | <1 | <1 |
| Total Time in AT/AF (min) | 3.8 | 0.7 |
| Episodes by Duration | | |
| < 1 minute | 45 | 7 |
| 1 min - < 1 hr | 0 | 0 |
| 1 hr - < 24 hr | 0 | 0 |
| 24 hr - < 48 hr | 0 | 0 |
| > 48 hr | 0 | 0 |
| Total PACs | 57770 | 26073 |
| **Ventricular Counters** | | |
| Total PVCs | 19617 | 12284 |
| Three or More PVCs | 0 | 0 |

| Clinical Counters | Since Last Reset<br>May 20, 2025 | Device Totals |
|---|---|---|
| MRI Protection Mode | 0 | 0 |

**AT/AF Overview: Since Last Reset (May 20, 2025 to Aug 08, 2025)**

| | | |
|---|---|---|
| AT/AF: <1 % | AT/AF Events: 7 | Total Time in AT/AF (min): 0.7 |
| Most Recent: Jul 16, 2025 16:59 | Avg V Rate: 98 bpm | Duration: 00:00:11 hh:mm:ss |
| Longest: Jul 16, 2025 16:59 | Avg V Rate: 98 bpm | Duration: 00:00:11 hh:mm:ss |
| Fastest RVS Rate: Jul 16, 2025 16:59 | Max V Rate: N/R | Duration: 00:00:11 hh:mm:ss |

**AT/AF Overview: Reset Before Last (Nov 25, 2024 to May 20, 2025)**

| | | |
|---|---|---|
| Longest: Dec 16, 2024 03:27 | Avg V Rate: 95 bpm | Duration: 00:00:17 hh:mm:ss |
| Fastest RVS Rate: May 16, 2025 17:22 | Max V Rate: N/R | Duration: 00:00:08 hh:mm:ss |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Combined Follow-up Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**

**Histograms**




| **Reset Before Last** | **Since Last Reset** |
| --- | --- |
| **176 day(s)** | **79 day(s)** |
| **Nov 25, 2024 to May 20, 2025** | **May 20, 2025 to Aug 08, 2025** |

**Atrial Activity**




**Ventricular Activity**




**Ventricular Response to Atrial Pace**



**Ventricular Response to Atrial Sense**



**RV Rate during AT/AF**



©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Combined Follow-up Report** Aug 08, 2025
**Fields, David (98454/PATEL)**

**Histogram Rate Counts**

| Atrial | Reset Before Last 176 day(s) Nov 25, 2024 to May 20, 2025 | | Since Last Reset 79 day(s) May 20, 2025 to Aug 08, 2025 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 267 | 0 | 51 |
| 30-39 | 0 | 23.3K | 0 | 3.9K |
| 40-49 | 2 | 52.9K | 0 | 18.3K |
| 50-59 | 37 | 90.1K | 11 | 22.7K |
| 60-69 | 4.7M | 4.4M | 2.3M | 2.4M |
| 70-79 | 161.2K | 4.6M | 171.6K | 1.7M |
| 80-89 | 74.9K | 1.7M | 58.3K | 615.1K |
| 90-99 | 28.4K | 693.6K | 12.9K | 196.6K |
| 100-109 | 8.6K | 277.5K | 3.0K | 46.7K |
| 110-119 | 1.8K | 118.8K | 844 | 21.4K |
| 120-129 | 424 | 12.2K | 108 | 1.6K |
| 130-139 | 68 | 2.2K | 11 | 299 |
| 140-149 | 1 | 577 | 0 | 77 |
| 150-159 | 0 | 126 | 1 | 28 |
| 160-169 | 0 | 110 | 0 | 115 |
| 170-179 | 0 | 57 | 0 | 19 |
| 180-189 | 0 | 3.3K | 0 | 2.4K |
| 190-199 | 0 | 47.1K | 0 | 21.9K |
| 200-209 | 0 | 26 | 0 | 18 |
| 210-219 | 0 | 24 | 0 | 10 |
| 220-229 | 0 | 21 | 0 | 10 |
| 230-239 | 0 | 71 | 0 | 28 |
| 240-249 | 0 | 212 | 0 | 82 |
| >=250 | 0 | 1.9K | 0 | 491 |

| Right Ventricular | Reset Before Last 176 day(s) Nov 25, 2024 to May 20, 2025 | | Since Last Reset 79 day(s) May 20, 2025 to Aug 08, 2025 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 0 | 0 | 0 |
| 30-39 | 0 | 0 | 0 | 0 |
| 40-49 | 0 | 0 | 0 | 0 |
| 50-59 | 139.6K | 1.5K | 32.6K | 359 |
| 60-69 | 9.1M | 178.4K | 4.7M | 49.2K |
| 70-79 | 4.6M | 146.9K | 1.9M | 33.4K |
| 80-89 | 1.7M | 220.9K | 657.9K | 50.0K |
| 90-99 | 625.5K | 309.9K | 176.8K | 68.8K |
| 100-109 | 234.6K | 223.0K | 42.5K | 54.3K |
| 110-119 | 120.4K | 56.2K | 22.0K | 12.8K |
| 120-129 | 13.8K | 20.6K | 1.8K | 5.8K |
| 130-139 | 50 | 11.5K | 12 | 5.6K |
| 140-149 | 0 | 5.7K | 0 | 3.8K |
| 150-159 | 0 | 1.8K | 0 | 1.1K |
| 160-169 | 0 | 654 | 0 | 277 |
| 170-179 | 0 | 220 | 0 | 78 |
| 180-189 | 0 | 96 | 0 | 28 |
| 190-199 | 0 | 69 | 0 | 10 |
| 200-209 | 0 | 34 | 0 | 10 |
| 210-219 | 0 | 22 | 0 | 8 |
| 220-229 | 0 | 25 | 0 | 9 |
| 230-239 | 0 | 18 | 0 | 4 |
| 240-249 | 0 | 13 | 0 | 4 |
| >=250 | 0 | 5 | 0 | 2 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Combined Follow-up Report** Aug 08, 2025
**Fields, David (98454/PATEL)**

| Left Ventricular | Reset Before Last 176 day(s) Nov 25, 2024 to May 20, 2025 | | Since Last Reset 79 day(s) May 20, 2025 to Aug 08, 2025 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 553 | 0 | 177 |
| 30 39 | 3 | 47 | 1 | 12 |
| 40-49 | 475 | 9 | 867 | 7 |
| 50-59 | 163.6K | 41 | 42.7K | 10 |
| 60 69 | 9.2M | 6.9K | 4.7M | 976 |
| 70-79 | 4.7M | 17.1K | 1.9M | 6.3K |
| 80-89 | 1.9M | 10.0K | 702 7K | 4.2K |
| 90 99 | 918.3K | 16.4K | 241.9K | 4.1K |
| 100-109 | 448.1K | 9.0K | 92.3K | 5.0K |
| 110-119 | 171.9K | 9.3K | 32.1K | 6.1K |
| 120 129 | 24.6K | 14.5K | 4.3K | 5.6K |
| 130-139 | 251 | 8.2K | 54 | 3.1K |
| 140-149 | 18 | 2.9K | 16 | 1.2K |
| 150 159 | 1 | 858 | 1 | 297 |
| 160-169 | 0 | 233 | 0 | 67 |
| 170-179 | 0 | 83 | 0 | 25 |
| 180 189 | 0 | 45 | 0 | 9 |
| 190-199 | 0 | 12 | 0 | 1 |
| 200-209 | 0 | 8 | 0 | 4 |
| 210 219 | 0 | 4 | 0 | 1 |
| 220-229 | 0 | 6 | 0 | 1 |
| 230-239 | 0 | 0 | 0 | 1 |
| 240 249 | 0 | 0 | 0 | 0 |
| >-250 | 0 | 0 | 0 | 0 |

| RV Rate during AT/AF | Reset Before Last 176 day(s) Nov 25, 2024 to May 20, 2025 | | Since Last Reset 79 day(s) May 20, 2025 to Aug 08, 2025 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0 29 | 0 | 0 | 0 | 0 |
| 30 39 | 0 | 0 | 0 | 0 |
| 40-49 | 0 | 0 | 0 | 0 |
| 50-59 | 0 | 0 | 0 | 0 |
| 60 69 | 0 | 0 | 0 | 0 |
| 70-79 | 5 | 0 | 0 | 0 |
| 80 89 | 13 | 1 | 1 | 0 |
| 90 99 | 84 | 3 | 17 | 0 |
| 100-109 | 189 | 0 | 36 | 0 |
| 110 119 | 49 | 0 | 5 | 0 |
| 120 129 | 0 | 1 | 0 | 0 |
| 130-139 | 0 | 1 | 0 | 0 |
| 140-149 | 0 | 0 | 0 | 0 |
| 150 159 | 0 | 0 | 0 | 0 |
| 160-169 | 0 | 0 | 0 | 0 |
| 170-179 | 0 | 0 | 0 | 0 |
| 180 189 | 0 | 0 | 0 | 0 |
| 190-199 | 0 | 0 | 0 | 0 |
| 200-209 | 0 | 0 | 0 | 0 |
| 210 219 | 0 | 0 | 0 | 0 |
| 220-229 | 0 | 0 | 0 | 0 |
| 230-239 | 0 | 0 | 0 | 0 |
| 240 249 | 0 | 0 | 0 | 0 |
| >-250 | 0 | 0 | 0 | 0 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Combined Follow-up Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**

**Heart Rate Variability**

**Last measured for 24-hr period ending Jul 12, 2025 04:27**

| | |
|---|---|
| % of Time Used | 69 |
| Footprint | 33 % |
| SDANN | 89 ms |
| Mode | DDDR |
| Sensed AV Delay | 180 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |




**Reference: 24-hr period ending Jul 25, 2023 03:41**

| | |
|---|---|
| % of Time Used | 68 |
| Footprint | 29 % |
| SDANN | 69 ms |
| Mode | DDDR |
| Sensed AV Delay | 180 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Combined Follow-up Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**

**Presenting EGM (Aug 08, 2025)**

**EGM displayed at 25mm per second**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Combined Follow-up Report** Aug 08, 2025
**Fields, David (98454/PATEL)**




**All Events Since Last Reset (May 20, 2025)**

| | |
|---|---|
| Aug 07, 2025 06:39 | RA Auto |
| Aug 07, 2025 06:38 | LV Auto |
| Aug 07, 2025 06:36 | RV Auto |
| Jul 31, 2025 06:39 | RA Auto |
| Jul 31, 2025 06:38 | LV Auto |
| Jul 31, 2025 06:36 | RV Auto |
| Jul 24, 2025 06:39 | RA Auto |
| Jul 24, 2025 06:38 | LV Auto |
| Jul 24, 2025 06:35 | RV Auto |
| Jul 17, 2025 06:39 | RA Auto |
| Jul 17, 2025 06:38 | LV Auto |
| Jul 17, 2025 06:35 | RV Auto |
| Jul 16, 2025 16:59 | ATR at 217 bpm, Avg V Rate in ATR: 98 bpm |
| Jul 10, 2025 06:39 | RA Auto |
| Jul 10, 2025 06:38 | LV Auto |
| Jul 10, 2025 06:35 | RV Auto |
| Jul 09, 2025 15:12 | ATR at 109 bpm, Avg V Rate in ATR: 102 bpm |
| Jun 18, 2025 22:08 | ATR at 108 bpm, Avg V Rate in ATR: 108 bpm |
| Jun 13, 2025 17:30 | ATR at 109 bpm, Avg V Rate in ATR: 108 bpm |
| Jun 11, 2025 22:08 | ATR at 110 bpm, Avg V Rate in ATR: 102 bpm |
| May 25, 2025 19:17 | ATR at 151 bpm, Avg V Rate in ATR: 108 bpm |
| May 24, 2025 15:52 | ATR at 185 bpm, Avg V Rate in ATR: 106 bpm |

Total Events: 7 ATR

**Battery (Continued)**

| | | | |
|---|---|---|---|
| Last Delivered Shock | N/R | Time Since Implant | 25 months |
| Energy | N/R | Charge Remaining | 1.69 ampere-hours |
| Charge Time | N/R | Power Consumption | 52 µW |
| Shock Impedance | N/R | (Measured with programmed parameters) | |
| Beep when Explant is Indicated | On | This device is using 104% of the power it would use at the following parameters: | |

| | |
|---|---|
| A | 15% pacing, 70 ppm, 2.5 V, 0.4 ms, 500 Ω |
| RV | 100% pacing, 70 ppm, 2.5 V, 0.4 ms, 700 Ω |
| LVa | 100% pacing, 70 ppm, 3.5 V, 0.4 ms, 700 Ω |
| LVb | Off |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

| LATITUDE® Patient Management - Presenting EGM Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth: **Oct 20, 1977**<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

**Presenting EGM (Aug 08, 2025)**

**EGM displayed at 25mm per second**







G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

Lincoln/Fields 0735

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Presenting EGM Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Presenting EGM Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

| LATITUDE® Patient Management - Heart Failure Management Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

**My Alerts**

There are no alerts to display.

**HeartLogic™ Heart Failure Index**

**11**

OK

Aug 07, 2025




**Trend Graphs**

| | Aug 07, 2025 |
|---|---|
| S3 | 0.87 mG |
| S1 | 1.11 mG |
| Thoracic Impedance | 50.1 Ω |
| Respiratory Rate | 15.0 rpm |




G447 Firmware Version: H_v1.00.00(1.01)

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



| |
|---|
| Clinician Signature |

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Heart Failure Management Report** **Aug 08, 2025**
**Fields, David (98454/PATEL)**

| Measure | Date | Value | Units |
|---|---|---|---|
| Night Heart Rate | Aug 07, 2025 | 61 | bpm |
| Sleep Incline | Aug 07, 2025 | Insufficient | degrees |
| Activity Level | Aug 07, 2025 | 1.3 | hour(s) |
| AT/AF Burden | Aug 07, 2025 | 0.0 | hour(s) |
| V Therapy | | | |
| RV Rate during AT/AF (Max / Mean) | Aug 07, 2025 | N/R<br>N/R | bpm |
| Mean Heart Rate | Aug 07, 2025 | 66 | bpm |
| % LV Paced | Aug 07, 2025 | 100 | % |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Heart Failure Management Report** Aug 08, 2025
**Fields, David (98454/PATEL)**

Heart Rate Variability (SDANN)




**Battery** OK

Approximate time to explant: **9 years** from Aug 06, 2025

**Trend Data**

| Date | HeartLogic Heart Failure Index | S3 (mG) | S1 (mG) | Thoracic Impedance (Ω) | Respiratory Rate (rpm) | Night Heart Rate (bpm) | Sleep Incline (degrees) | Activity Level (hour(s)) | AT/AF Burden (hour(s), events) |
|---|---|---|---|---|---|---|---|---|---|
| Aug 07, 2025 | 11 | 0.87 | 1.11 | 50.1 | 15.0 | 61 | N/R | 1.3 | 0.0, 0 |
| Aug 06, 2025 | 10 | 0.90 | 1.35 | 51.0 | 15.3 | 60 | N/R | 1.3 | 0.0, 0 |
| Aug 05, 2025 | 10 | 0.92 | 1.21 | 49.4 | 15.8 | 61 | N/R | 0.9 | 0.0, 0 |
| Aug 04, 2025 | 10 | 0.85 | 1.11 | 49.0 | 15.5 | 61 | N/R | 0.9 | 0.0, 0 |
| Aug 03, 2025 | 7 | 0.84 | 1.12 | 49.4 | 16.8 | 61 | N/R | 0.4 | 0.0, 0 |
| Aug 02, 2025 | 5 | 0.90 | 0.95 | 49.0 | 15.3 | 62 | N/R | 1.2 | 0.0, 0 |
| Aug 01, 2025 | 3 | 0.93 | 1.38 | 49.7 | 16.0 | 61 | N/R | 1.5 | 0.0, 0 |
| Jul 31, 2025 | 3 | 0.86 | 1.10 | 50.0 | 16.3 | 61 | N/R | 2.1 | 0.0, 0 |
| Jul 30, 2025 | 3 | 0.87 | 1.41 | 51.5 | 15.0 | 61 | N/R | 1.1 | 0.0, 0 |
| Jul 29, 2025 | 3 | 0.83 | 1.19 | 50.9 | 15.5 | 61 | N/R | 1.3 | 0.0, 0 |
| Jul 28, 2025 | 3 | 0.86 | 1.41 | 50.8 | 15.5 | 60 | N/R | 0.9 | 0.0, 0 |
| Jul 27, 2025 | 3 | 0.86 | 1.32 | 51.9 | 15.0 | 60 | N/R | 1.0 | 0.0, 0 |
| Jul 26, 2025 | 3 | 0.78 | 1.24 | 51.4 | 16.8 | 60 | N/R | 2.0 | 0.0, 0 |
| Jul 25, 2025 | 3 | 0.98 | 1.54 | 51.0 | 16.0 | 64 | N/R | 2.3 | 0.0, 0 |
| Jul 24, 2025 | 3 | 0.91 | 1.48 | 52.2 | 16.8 | 61 | N/R | 1.5 | 0.0, 0 |
| Jul 23, 2025 | 3 | 0.97 | 1.42 | 52.5 | 15.8 | 61 | N/R | 1.4 | 0.0, 0 |
| Jul 22, 2025 | 3 | 0.89 | 1.21 | 51.7 | 16.3 | 61 | N/R | 1.1 | 0.0, 0 |
| Jul 21, 2025 | 3 | 0.81 | 1.25 | 50.5 | 15.5 | 61 | N/R | 0.7 | 0.0, 0 |
| Jul 20, 2025 | 1 | 0.76 | 1.25 | 50.6 | 16.3 | 61 | N/R | 0.2 | 0.0, 0 |
| Jul 19, 2025 | 0 | 0.90 | 0.88 | 48.5 | 15.8 | 62 | N/R | 0.9 | 0.0, 0 |
| Jul 18, 2025 | 0 | 0.76 | 1.32 | 47.3 | 15.5 | 61 | N/R | 0.6 | 0.0, 0 |
| Jul 17, 2025 | 0 | 0.83 | 1.37 | 47.3 | 16.0 | 64 | N/R | 2.3 | 0.0, 1 |
| Jul 16, 2025 | 0 | 0.79 | 1.39 | 48.9 | 15.8 | 62 | N/R | 1.1 | 0.0, 0 |
| Jul 15, 2025 | 0 | 0.78 | 1.25 | 49.0 | 15.8 | 61 | N/R | 1.7 | 0.0, 0 |
| Jul 14, 2025 | 0 | 0.77 | 1.29 | 48.8 | 15.3 | 61 | N/R | 0.9 | 0.0, 0 |
| Jul 13, 2025 | 0 | 0.84 | 1.25 | 49.4 | 15.3 | 61 | N/R | 1.4 | 0.0, 0 |
| Jul 12, 2025 | 0 | 0.85 | 1.36 | 49.6 | 16.0 | 65 | N/R | 1.8 | 0.0, 0 |
| Jul 11, 2025 | 0 | 0.98 | 1.58 | 51.1 | 16.3 | 62 | N/R | 0.9 | 0.0, 0 |
| Jul 10, 2025 | 0 | 0.90 | 1.27 | 49.5 | 15.8 | 61 | N/R | 1.4 | 0.0, 1 |
| Jul 09, 2025 | 0 | 0.66 | 1.44 | 49.2 | 17.5 | 61 | N/R | 2.6 | 0.0, 0 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Heart Failure Management Report** Aug 08, 2025
**Fields, David (98454/PATEL)**

| Date | RV Rate during AT/AF (max, mean) (bpm) | Mean Heart Rate (bpm) | % LV Paced (%) | Heart Rate Variability (SDANN) (ms) |
|---|---|---|---|---|
| Aug 07, 2025 | N/R, N/R | 66 | 100 | N/R |
| Aug 06, 2025 | N/R, N/R | 66 | 100 | N/R |
| Aug 05, 2025 | N/R, N/R | 65 | 100 | N/R |
| Aug 04, 2025 | N/R, N/R | 65 | 100 | N/R |
| Aug 03, 2025 | N/R, N/R | 64 | 100 | N/R |
| Aug 02, 2025 | N/R, N/R | 64 | 100 | N/R |
| Aug 01, 2025 | N/R, N/R | 66 | 100 | N/R |
| Jul 31, 2025 | N/R, N/R | 67 | 100 | N/R |
| Jul 30, 2025 | N/R, N/R | 65 | 100 | N/R |
| Jul 29, 2025 | N/R, N/R | 67 | 100 | N/R |
| Jul 28, 2025 | N/R, N/R | 66 | 100 | N/R |
| Jul 27, 2025 | N/R, N/R | 65 | 100 | N/R |
| Jul 26, 2025 | N/R, N/R | 69 | 100 | N/R |
| Jul 25, 2025 | N/R, N/R | 68 | 100 | N/R |
| Jul 24, 2025 | N/R, N/R | 69 | 100 | N/R |
| Jul 23, 2025 | N/R, N/R | 66 | 100 | N/R |
| Jul 22, 2025 | N/R, N/R | 65 | 100 | N/R |
| Jul 21, 2025 | N/R, N/R | 66 | 100 | N/R |
| Jul 20, 2025 | N/R, N/R | 62 | 100 | N/R |
| Jul 19, 2025 | N/R, N/R | 67 | 100 | N/R |
| Jul 18, 2025 | N/R, N/R | 66 | 100 | N/R |
| Jul 17, 2025 | N/R, 98 | 70 | 100 | N/R |
| Jul 16, 2025 | N/R, N/R | 67 | 99 | N/R |
| Jul 15, 2025 | N/R, N/R | 66 | 100 | N/R |
| Jul 14, 2025 | N/R, N/R | 65 | 100 | N/R |
| Jul 13, 2025 | N/R, N/R | 68 | 99 | N/R |
| Jul 12, 2025 | N/R, N/R | 72 | 99 | 89 |
| Jul 11, 2025 | N/R, N/R | 66 | 99 | N/R |
| Jul 10, 2025 | N/R, 102 | 67 | 99 | N/R |
| Jul 09, 2025 | N/R, N/R | 73 | 99 | N/R |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Arrhythmia Logbook Report** | **Report Created: Aug 08, 2025**

Boston Scientific

**Fields, David (98454/PATEL)**

Date of Birth: **Oct 20, 1977**
Device: **RESONATE X4 CRT-D**
G447/310757
Clinic: **East Tennessee Heart Consultants -**
Search Tags:
Tachy Mode: **Monitor + Therapy**

Latest Device Transmission: **Aug 08, 2025 03:02 EDT**
Last Office Interrogation: **May 20, 2025**
Implant Date: **Jul 14, 2023**
Patient Group: **CRT-D/ICD (Primary)**

Events Since: Last Reset

Event Type: All Events

*Maximum of 250 episodes shown*

| Event | Date/Time | Type | Therapy | Duration hh:mm:ss |
|---|---|---|---|---|
| RAAT-863 | Aug 07, 2025 06:39 | RA Auto | | -------- |
| LVAT-760 | Aug 07, 2025 06:38 | LV Auto | | -------- |
| RVAT-863 | Aug 07, 2025 06:36 | RV Auto | | -------- |
| RAAT-855 | Jul 31, 2025 06:39 | RA Auto | | -------- |
| LVAT-752 | Jul 31, 2025 06:38 | LV Auto | | -------- |
| RVAT-855 | Jul 31, 2025 06:36 | RV Auto | | -------- |
| RAAT-847 | Jul 24, 2025 06:39 | RA Auto | | -------- |
| LVAT-744 | Jul 24, 2025 06:38 | LV Auto | | -------- |
| RVAT-847 | Jul 24, 2025 06:35 | RV Auto | | -------- |
| RAAT-839 | Jul 17, 2025 06:39 | RA Auto | | -------- |
| LVAT-736 | Jul 17, 2025 06:38 | LV Auto | | -------- |
| RVAT-839 | Jul 17, 2025 06:35 | RV Auto | | -------- |
| ATR-534 | Jul 16, 2025 16:59 | ATR | Avg V Rate in ATR: 98 bpm | 00:00:11 |
| RAAT-831 | Jul 10, 2025 06:39 | RA Auto | | -------- |
| LVAT-728 | Jul 10, 2025 06:38 | LV Auto | | -------- |
| RVAT-831 | Jul 10, 2025 06:35 | RV Auto | | -------- |
| ATR-533 | Jul 09, 2025 15:12 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:07 |
| RAAT-823 | Jul 03, 2025 06:39 | RA Auto | | -------- |
| LVAT-720 | Jul 03, 2025 06:38 | LV Auto | | -------- |
| RVAT-823 | Jul 03, 2025 06:35 | RV Auto | | -------- |
| RAAT-815 | Jun 26, 2025 06:38 | RA Auto | | -------- |
| LVAT-712 | Jun 26, 2025 06:37 | LV Auto | | -------- |
| RVAT-815 | Jun 26, 2025 06:35 | RV Auto | | -------- |
| RAAT-807 | Jun 19, 2025 06:39 | RA Auto | | -------- |
| LVAT-704 | Jun 19, 2025 06:38 | LV Auto | | -------- |
| RVAT-807 | Jun 19, 2025 06:35 | RV Auto | | -------- |
| ATR-532 | Jun 18, 2025 22:08 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:01 |
| RAAT-802 | Jun 14, 2025 21:37 | RA Auto | | -------- |
| LVAT-699 | Jun 14, 2025 21:36 | LV Auto | | -------- |
| RVAT-802 | Jun 14, 2025 21:34 | RV Auto | | -------- |
| ATR-531 | Jun 13, 2025 17:30 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:02 |
| RAAT-799 | Jun 12, 2025 06:38 | RA Auto | | -------- |
| LVAT-696 | Jun 12, 2025 06:37 | LV Auto | | -------- |
| RVAT-799 | Jun 12, 2025 06:35 | RV Auto | | -------- |
| ATR-530 | Jun 11, 2025 22:08 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:08 |
| RAAT-791 | Jun 05, 2025 06:38 | RA Auto | | -------- |
| LVAT-688 | Jun 05, 2025 06:36 | LV Auto | | -------- |
| RVAT-791 | Jun 05, 2025 06:35 | RV Auto | | -------- |

G447 Firmware Version: H_v1.00.00(1.01)

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Arrhythmia Logbook Report** **Aug 08, 2025**
**Fields, David (98454/PATEL)**

| | | | | |
|---|---|---|---|---|
| RAAT-783 | May 29, 2025 06:38 | RA Auto | | -------- |
| LVAT-680 | May 29, 2025 06:37 | LV Auto | | -------- |
| RVAT-783 | May 29, 2025 06:35 | RV Auto | | -------- |
| ATR-529 | May 25, 2025 19:17 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:05 |
| RAAT-779 | May 25, 2025 18:38 | RA Auto | | -------- |
| LVAT-676 | May 25, 2025 18:37 | LV Auto | | -------- |
| RVAT-779 | May 25, 2025 18:35 | RV Auto | | -------- |
| ATR-528 | May 24, 2025 15:52 | ATR | Avg V Rate in ATR: 106 bpm | 00:00:05 |
| LVAT-671 | May 21, 2025 09:39 | LV Auto | | -------- |
| RAAT-774 | May 21, 2025 09:36 | RA Auto | | -------- |
| RVAT-774 | May 21, 2025 09:35 | RV Auto | | -------- |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth: **Oct 20, 1977**<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -'**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

LVAT-760: Aug 07, 2025 06:38, LV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report** Aug 08, 2025
**Fields, David (98454/PATEL)**

| | | | |
|---|---|---|---|
| ↑ > V Range | ↓ < V Range | ■ V Sense | □ V Pace |
| ⇧ > A Range | ⇩ < A Range | • A Sense | ∘ A Pace |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth: **Oct 20, 1977**<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

LVAT-752: Jul 31, 2025 06:38, LV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

Lincoln/Fields 0747

FIELDS, David L (id #98454, dob:

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 08, 2025




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report** Aug 08, 2025
**Fields, David (98454/PATEL)**

| | | | |
|---|---|---|---|
| ↑ > V Range | ↓ < V Range | ■ V Sense | ▫ V Pace |
| ⇧ > A Range | ⇩ < A Range | • A Sense | ∘ A Pace |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: RESONATE X4 CRT-D<br>G447/310757<br>Clinic: East Tennessee Heart Consultants -<br>Search Tags:<br>Tachy Mode: Monitor + Therapy | Latest Device Transmission: Aug 08, 2025 03:02 EDT<br>Last Office Interrogation: May 20, 2025<br>Implant Date: Jul 14, 2023<br>Patient Group: CRT-D/ICD (Primary) |

LVAT-744: Jul 24, 2025 06:38, LV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**





©2024 Boston Scientific Corporation or its affiliates. All rights reserved.


Clinician Signature

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report** Aug 08, 2025
**Fields, David (98454/PATEL)**

| | | | |
|---|---|---|---|
| ↑ > V Range | ↓ < V Range | ■ V Sense | ▫ V Pace |
| ⇧ > A Range | ⇩ < A Range | • A Sense | ∘ A Pace |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -'**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

LVAT-736: Jul 17, 2025 06:38, LV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

Lincoln/Fields 0753

**LATITUDE® Patient Management - Event Detail Report** Aug 08, 2025
**Fields, David (98454/PATEL)**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report** Aug 08, 2025
Fields, David (98454/PATEL)

| | | | |
|---|---|---|---|
| ↑ > V Range | ↓ < V Range | ■ V Sense | ▫ V Pace |
| ⇧ > A Range | ⇩ < A Range | • A Sense | ∘ A Pace |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: RESONATE X4 CRT-D<br>G447/310757<br>Clinic: East Tennessee Heart Consultants - '<br>Search Tags:<br>Tachy Mode: Monitor + Therapy | Latest Device Transmission: Aug 08, 2025 03:02 EDT<br>Last Office Interrogation: May 20, 2025<br>Implant Date: Jul 14, 2023<br>Patient Group: CRT-D/ICD (Primary) |

ATR-534, Jul 16, 2025 16:59, ATR, A Rate: 217 bpm, V Rate: 109 bpm

**Detail**

**ATR Event Onset**

| | |
|---|---|
| Avg A Rate | 217 bpm |
| Avg V Rate | 109 bpm |
| In ATR | |
| Avg V Rate | 98 bpm |
| Event Ended | 00:00:11 |

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Event Detail Report** **Aug 08, 2025**
**Fields, David (98454/PATEL)**







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.


Lincoln/Fields 0757

**FIELDS, David L (id #98454, dob:**

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 08, 2025

| | | | |
|---|---|---|---|
| ↑ > V Range | ↓ < V Range | ■ V Sense | ▫ V Pace |
| ⇧ > A Range | ⇩ < A Range | • A Sense | ∘ A Pace |







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth: **Oct 20, 1977**<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

LVAT-728: Jul 10, 2025 06:38, LV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report**
**Fields, David (98454/PATEL)**

**Aug 08, 2025**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Event Detail Report** Aug 08, 2025
**Fields, David (98454/PATEL)**

| | | | |
|---|---|---|---|
| ↑ > V Range | ↓ < V Range | ■ V Sense | □ V Pace |
| ⇧ > A Range | ⇩ < A Range | • A Sense | ∘ A Pace |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth: **Oct 20, 1977**<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 08, 2025 03:02 EDT**<br>Last Office Interrogation: **May 20, 2025**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **CRT-D/ICD (Primary)** |

ATR-533: Jul 09, 2025 15:12, ATR, A Rate: 109 bpm, V Rate: 109 bpm

**Detail**

**ATR Event Onset**

| | | |
|---|---|---|
| Avg A Rate | 109 bpm | |
| Avg V Rate | 109 bpm | |
| In ATR | | |
| Avg V Rate | 102 bpm | |
| Event Ended | | 00.00.07 |

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

Lincoln/Fields 0762

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report** **Aug 08, 2025**
**Fields, David (98454/PATEL)**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.


**Lincoln/Fields 0763**

**FIELDS, David L (id #98454, dob:**

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 08, 2025

| | | | |
|---|---|---|---|
| ⬆ > V Range | ⬇ < V Range | ■ V Sense | ◻ V Pace |
| ⇧ > A Range | ⇩ < A Range | • A Sense | ∘ A Pace |







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

| LATITUDE® Patient Management - Device Settings Report | | Report Created: Aug 08, 2025 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth: ,<br>Device: RESONATE X4 CRT-D<br>G447/310757<br>Clinic: East Tennessee Heart Consultants - '<br>Search Tags:<br>Tachy Mode: Monitor + Therapy | Latest Device Transmission: Aug 08, 2025 03:02 EDT<br>Last Office Interrogation: May 20, 2025<br>Implant Date: Jul 14, 2023<br>Patient Group: CRT-D/ICD (Primary) |

### Programming

| | |
|---|---|
| Last Programmed | May 20, 2025 |
| Ventricular Tachy Mode | Jul 14, 2023 Changed to Monitor + Therapy<br>Jul 14, 2023 Changed to Off |

### Ventricular Tachy

**VF 200 bpm (300 ms)**

| Detection/Redetection | | Therapy | |
|---|---|---|---|
| Initial Duration | 2.5 s | QUICK CONVERT™ ATP | On |
| Redetection Duration | 1.0 s | Shock 1 | 41 J |
| Post-Shock Duration | 1.0 s | Shock 2 | 41 J |
| | | Additional 41 J Shocks | 6 |

**VT 170 bpm (353 ms)**

| Detection/Redetection | | ATP1 | Off |
|---|---|---|---|
| Initial Duration | 10.0 s | ATP2 | Off |
| Redetection Duration | 1.0 s | **Shocks** | |
| Post-Shock Duration | 1.0 s | Shock 1 | Off |
| Atrial Tachy Discrimination | | Shock 2 | Off |
| Sinus Tachycardia Discrimination | | Shock 3-6 | Off |
| **Initial Detection** | | | |
| V Rate > A Rate | On | | |
| AFib Rate Threshold | 170 bpm | | |
| Stability | 20 ms | | |
| | And | | |
| Onset | 9 % | | |
| Sustained Rate Duration | 03:00 mm:ss | | |
| **Post-Shock Detection** | | | |
| V Rate > A Rate | On | | |
| AFib Rate Threshold | 170 bpm | | |
| Stability | 20 ms | | |
| Sustained Rate Duration | 00:15 mm:ss | | |

**Ventricular Tachy Therapy Setup**

| ATP | | Shock (All Shocks) | |
|---|---|---|---|
| RV ATP Amplitude | 5.0 V | Waveform | Biphasic |
| RV ATP Pulse Width | 1.0 ms | Committed Shock | Off |
| LV ATP Amplitude | 5.0 V | Lead Polarity | Initial |
| LV ATP Pulse Width | 1.0 ms | Shock Lead Vector | RV Coil to Can |
| Magnet and Beeper | | | |
| Magnet Response | Inhibit Therapy | | |
| Beep During Capacitor Charge | Off | | |

### Atrial Tachy

**Therapy**

| ATR Mode Switch Details | | Atrial Tachy Response | |
|---|---|---|---|
| ATR Mode Switch | On | Atrial Flutter Response | Off |
| Trigger Rate | 170 bpm | PMT Termination | On |
| Duration | 8 cycles | **Ventricular Regulation** | |
| Entry Count | 8 cycles | BiV Trigger | On |
| Exit Count | 8 cycles | | |
| Fallback | | | |
| Mode | VDIR | | |
| Time | 00:30 mm:ss | | |
| ATR/VTR Fallback LRL | 70 ppm | | |
| Ventricular Rate Regulation | Max | | |
| BiV Trigger | On | | |
| Maximum Pacing Rate | 110 ppm | | |

G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

**Lincoln/Fields 0765**

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Device Settings Report** Aug 08, 2025
**Fields, David (98454/PATEL)**

**Brady/CRT**

**Normal Settings**

| | |
|---|---|
| Mode | DDDR |
| Lower Rate Limit | 60 ppm |
| Maximum Tracking Rate | 125 ppm |
| Maximum Sensor Rate | 130 ppm |
| Paced AV Delay | 240 - 240 ms |
| Sensed AV Delay | 180 - 180 ms |
| A-Refractory (PVARP) | 240 - 340 ms |
| RV-Refractory (RVRP) | 230 - 250 ms |
| LV-Refractory (LVRP) | 250 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |
| PVARP after PVC | 400 ms |
| LV Protection Period | 400 ms |
| **Blanking** | |
| A-Blank after V-Pace | 125 ms |
| A-Blank after RV-Sense | Smart |
| RV-Blank after A-Pace | 65 ms |
| LV-Blank after A-Pace | Smart |
| Noise Response | DOO |
| **Rate Enhancements** | |
| Rate Smoothing | |
| Up | Off |
| Down | Off |
| Tracking Preference | On |
| **PaceSafe™ LV Automatic Threshold** | |
| Maximum Amplitude | 5.0 V |
| Safety Margin | 1.0 V |

| | |
|---|---|
| **Pacing Output** | |
| Atrial | Auto 2.0 V @ 0.4 ms |
| Right Ventricular | Auto 2.0 V @ 0.4 ms |
| Left Ventricular (LVa) | Auto 1.8 V @ 0.8 ms |
| Left Ventricular (LVb) | Off |
| **Sensitivity** | |
| Atrial | AGC 0.25 mV |
| Right Ventricular | AGC 0.6 mV |
| Left Ventricular | AGC 1.0 mV |
| **Leads Configuration (Pace/Sense)** | |
| **Atrial** | |
| Pace | Bipolar |
| Sense | Bipolar |
| **Right Ventricular** | |
| Pace | Bipolar |
| Sense | Bipolar |
| Left Ventricular | |
| Electrode Configuration | Quadripolar |
| Pace (LVa) | LVTip1>>Can |
| Pace (LVb) | Off |
| Sense | LVRing2>>RV |
| **Rate Adaptive Pacing** | |
| Accelerometer | On |
| Response Factor | 10 |
| Activity Threshold | Medium Low |
| Reaction Time | 30 s |
| Recovery Time | 2 min |
| **Respiratory Sensor Settings** | |
| Respiratory Sensor | On |
| Excitation Current | 320 µA |
| Vector Selection | Auto Select |
| Signal Artifact Monitor | On |
| **LV MultiSite Pacing** | |
| Pacing Order | Off |

**Post-Therapy Settings**

| | |
|---|---|
| Lower Rate Limit | 60 ppm |
| **Output** | |
| Atrial | 5.0 V @ 1.0 ms |
| Right Ventricular | 5.0 V @ 1.0 ms |
| Left Ventricular | 5.0 V @ 1.0 ms |
| Post Therapy Period | 00:30 mm:ss |

Note: Post Therapy pacing uses the Brady Normal settings in combination with settings shown in this section.

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Device Settings Report** Aug 08, 2025
**Fields, David (98454/PATEL)**

**Setup**

**Battery Setup**

**Beeper**

Beep when Explant is Indicated: On

**Trending Setup**

Recording Method: 30 Second Average
Duration: 25 hours
Data Storage: Continuous

**Sensor Activation**

Heart Failure Sensor Suite: On
Sleep Incline: On

**Sleep Schedule**

Sleep Start Time: 23:00 hh:mm
Sleep Duration: 7 hour(s)

**Leads Status Setup**

| | Daily Intrinsic Amplitude | Daily Impedance | Impedance Limits | Pace Threshold | Beep When Out-of-Range |
|---|---|---|---|---|---|
| ○ **Atrial** | On | On | 200 - 2000 Ω | On | Off |
| ■ **Right Ventricular** | On | On | 200 - 2000 Ω | On | Off |
| ◇ Left Ventricular | On | On | 200 - 2000 Ω | On | Off |
| Shock | | On | 20 - 125 Ω | | Off |

**Other Daily Trends**

Respiration-related Trends: On

**Beeper**

Beeper Type: Piezo

Note: The Piezo beeper is designed to withstand the strong magnetic fields associated with MRI scanners without being damaged.

Beeper: On

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**Jefferson Memorial Hospital**

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | FIELDS DAVID | | | **Procedure Staff** | |
| **MRN:** | 00809309 | | | **Referring Physician:** | Warren K Stribling, MD |
| **Date of birth:** | | **Age:** | 47 year(s) | **Sonographer:** | Juliann Blackburn, RCS |
| **Gender:** | Male | **BMI:** | 34.99 kg/m² | **Interpreting physician:** | Barry Michelson, MD |
| **Weight:** | 117.03 kg | **BSA:** | 2.37 m² | | |
| **Height:** | 182.88 cm | | | | |

**Procedure Information**

| | | | |
|---|---|---|---|
| **Exam date time:** | 4/2/2025 1:58 PM | | |
| **Procedure type:** | Echo | | |
| **Proc. sub type:** | TTE procedure: NI Echo TTE 2D Complete w Color Doppler. | | |
| **Patient status:** | Routine | **Accession no:** | 3002509200311 |
| **HR:** | 60 bpm | **FIN Number:** | 4583278 |
| | | **Study location:** | Jefferson City |
| | | **Technical quality:** | Good visualization |

Procedure Description: Echocardiography, transthoracic, real-time with image documentation (2D), includes M- mode recording, when performed, complete, with spectral Doppler echocardiography, and with color flow Doppler echocardiography.

**Reason for Study**

chronic systolic heart failure

**Physician Conclusions**

**Summary:**

Normal wall thickness.
Left ventricle size is moderately dilated.
EF estimated at 20%.
There is severe global left ventricular systolic dysfunction.
Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure..
A pacemaker wire is observed in the RV.
Aortic valve structure is trileaflet and is structurally normal.
No aortic stenosis. No aortic regurgitation documented by color flow and/or spectral Doppler.
Mild pulmonic regurgitation documented by color flow and/or spectral Doppler.
Left atrium is mild to moderately enlarged.
Mild mitral regurgitation documented with color flow and/or spectral Doppler.
Tricuspid valve appears structurally normal. No evidence of tricuspid valve stenosis.
Moderate tricuspid regurgitation documented with color flow and/or spectral Doppler.
Right ventricular systolic pressure is moderately elevated and is estimated at 57 mmHg.

**Jefferson Memorial Hospital**

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

**Obervations**

| | |
|---|---|
| **Left ventricle:** | Normal wall thickness.<br>Left ventricle size is moderately dilated.<br>EF estimated at 20%.<br>There is severe global left ventricular systolic dysfunction.<br>Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure.. |
| **Right ventricle:** | A pacemaker wire is observed in the RV. |
| **Left atrium:** | Left atrium is mild to moderately enlarged. |
| **Right atrium:** | Right atrium is normal in size. |
| **Mitral valve:** | Mitral valve appears structurally normal. No evidence of mitral valve stenosis.<br>Mild mitral regurgitation documented with color flow and/or spectral Doppler. |
| **Aortic valve:** | Aortic valve structure is trileaflet and is structurally normal.<br>No aortic stenosis. No aortic regurgitation documented by color flow and/or spectral Doppler. |
| **Tricuspid valve:** | Tricuspid valve appears structurally normal. No evidence of tricuspid valve stenosis.<br>Moderate tricuspid regurgitation documented with color flow and/or spectral Doppler.<br>Right ventricular systolic pressure is moderately elevated and is estimated at 57 mmHg. |
| **Pulmonic valve:** | Pulmonic valve appears structurally normal. No evidence of pulmonic stenosis. Mild pulmonic regurgitation documented by color flow and/or spectral Doppler. |
| **Pericardial:** | Pericardium appears normal. There is no pericardial effusion visualized. |
| **Aorta/Great vessels:** | Aortic root is normal in size.<br>The inferior vena cava is not dilated and shows more than 50% respiratory variation. |
| **Pleural:** | There is no pleural effusion present. |

Electronically signed by Barry Michelson, MD (Interpreting physician) on 4/4/2025 at 1:15 PM

Tennova Healthcare

**Jefferson Memorial Hospital**

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

### Left Ventricle

| | | | |
|---|---|---|---|
| Diastolic dimension: | 6.26 cm **(4.2 - 5.8 cm)** | Systolic dimension: | 5.69 cm **(2.5 - 4 cm)** |
| 2D septum diastolic: | 1.01 cm **(0.6 - 1.0 cm)** | FS Normal Range (30-45%): | 9 % |
| 2D post wall diastolic: | 0.96 cm | | |
| LV mass (ASE formula): | 260.29 g **(88 - 224 g)** | | |
| LV mass index: | 109.65 g/m² | | |
| RWT: | 0.31 | | |

**LV M-Mode**

**LV Ejection Fraction**

| | | | |
|---|---|---|---|
| LVEDV Teichholz: | 245 ml **(62 - 150 ml)** | LVESV Teichholz: | 184 ml **(21 - 61 ml)** |
| LVEDVI Teichholz: | 103.21 ml/m² **(34 - 74 ml/m²)** | LVESVI Teichholz: | 77.51 ml/m² **(11 - 31 ml/m²)** |
| EF Teichholz: | 25 % | | |

**LV 3D/Strain**

### Right Ventricle

| | | | |
|---|---|---|---|
| Diastolic dimension: Normal Range (2.7-3.4cm): | 2.5 cm | Systolic pressure: | 57.06 mmHg |

### Left Atrium

| | | | |
|---|---|---|---|
| **LA diameter (2D) Normal Range (2.0-4.0cm):** | 3.6 cm | **LA/Aorta (2D):** | 1.38 |
| | | **LA volume index:** | 39.6 ml/m² **(16 - 34 ml/m²)** |
| **LA area:** | 29.8 cm² | | |
| **LA volume:** | 94 ml | | |

### Right Atrium

| | |
|---|---|
| **Systolic pressure:** | 10 mmHg |

Tennova Healthcare

**Jefferson Memorial Hospital**

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

## Aortic Valve

| | | | |
|---|---|---|---|
| **Peak velocity Normal Range (0.9-1.7m/s) :** | 1.14 m/s | **Mean velocity:** | 0.79 m/s |
| **Peak gradient Normal Range (<10mmHG):** | 5.2 mmHg | **Mean gradient Normal Range (<10mmHG) :** | 3 mmHg |
| **AV VTI:** | 24.3 cm | **Dimensionless index:** | 0.65 |
| **Peak velocity:** | 74.4 cm/s | **Mean velocity:** | 50 cm/s |
| **Peak gradient:** | 2 mmHg | **Mean gradient:** | 1 mmHg |
| | | **LVOT VTI Normal Range (0.7-1.1m/s):** | 14.1 cm |

## Mitral Valve

| | | | |
|---|---|---|---|
| **Peak E-wave Normal Range (0.60-1.30m/s) :** | 85 cm/s | **Peak A-wave Normal Range( 0.30-0.60m/s) :** | 38.9 cm/s |
| **MR velocity:** | 276 cm/s | **E/A ratio Normal Range (0.8-2.5):** | 2.19 |
| **E' septal velocity:** | 4.79 cm/s | **Peak gradient:** | 2.89 mmHg |
| **A' septal velocity:** | 4.04 cm/s | **Deceleration time Normal Range (160-240msec):** | 216 ms |
| **E/E' septal:** | 17.75 | **E' lateral velocity:** | 9.31 cm/s |
| | | **A' lateral velocity:** | 3.95 cm/s |
| | | **E/E' lateral:** | 9.13 |
| | | **E/E' average:** | 13.44 |

## Tricuspid Valve

| | | | |
|---|---|---|---|
| **Estimated RVSP:** | 40 mmHg | **Estimated RAP:** | 10 mmHg |
| **TR velocity:** | 343 cm/s | **TR gradient:** | 47.06 mmHg |

## Pulmonic Valve

| | | | |
|---|---|---|---|
| **Peak velocity Normal Range (0.5-1.0m/s):** | 99.9 cm/s | **Peak gradient:** | 3.99 mmHg |
| | | **Estimated PASP:** | 57.06 mmHg |
| | | **Acceleration time:** | 95 ms |

## Aorta/Great Vessels

| | | | |
|---|---|---|---|
| **Aortic root (2D):** | 2.6 cm | **ACS (M-mode) Normal Range (1.5-26cm):** | 1.6 cm |

**Jefferson Memorial Hospital**

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

Electronically signed by Barry Michelson, MD (interpreting physician) on 4/4/2025 at 1:15 PM

## ELECTROCARDIOGRAM (#11590107, 03/13/2025 7:39pm)

| Report | Result | Ref. Range | Units | ⚠ | Status | Facility | Date |
|---|---|---|---|---|---|---|---|
| EKG Results: | | | | | | | |
| Interpretation: | | | | | | | |

From: 01/21/2025 11:33 #174 P.001/006

Visit Date:01/20/2025

Ascension Saint Thomas

**St. Thomas West Hospital**
**4220 Harding Pike**
**Nashville, TN 37205**

## CARDIOPULMONARY EXERCISE TEST REPORT

| | | | | | |
|---|---|---|---|---|---|
| Identification: | 20490603 | Last Name: | Fields | First Name: | David |
| Date of Birth: | | Height: | 72.0 Inch | Gender: | male |
| Age: | 47.2 Years | Weight: | 257.0 lbs | BMI: | 35 kg/m² |
| Technician: | RRT Gallbreath Mad | | | | |
| Physician: | Sibling Kyle | | | | |

### SLOPE DATA

| | | Value | (Normal Range) |
|---|---|---|---|
| VO2Ws | [(mL/min)/W] | 5.39 | 8.7-11.9 |
| HRO2Ws | [1/(mL/kg)] | 5.05 | 3.0-4.0 |
| VEO2s | | 19.11 | 23-26 |
| VECO2s | | 32.85 | 26-29 |
| OUESs | [(L/min)/log10] | 1.79 | |

### PRE EXERCISE SPIROMETRY

| | | PRE | PRED | %PRED |
|---|---|---|---|---|
| FVC | L | 3.36 | 5.43 | 62.0 |
| FEV 1 | L | 3.02 | 4.27 | 70.7 |
| FEV1/FVC | % | 90 | 79 | |
| MVV | L/min | | 142 | |

### CARDIOVASCULAR RESPONSES

| | | REST | AT (VT1) [Manual] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| VO2/kg | [(mL/min)/kg] | 4.0 | 12.9 | 13.9 | 25.6 | 54 |
| VO2 | [L/min] | 0.47 | 1.50 | 1.62 | 2.98 | 54 |
| VCO2 | [L/min] | 0.38 | 1.45 | 1.67 | | |
| Load | [W] | | 130 | 130 | 209 | 62 |
| HR | [BPM] | 70 | 135 | 144 | 173 | 83 |
| O2pulse | [mL] | 6.7 | 11.1 | 11.2 | 17.2 | 65 |
| HRR | [BPM] | 103 | 37 | 29 | | |
| SBP | [mmHg] | 127 | 140 | 160 | | |
| DBP | [mmHg] | 77 | 77 | 74 | | |

### VENTILATORY RESPONSES

| | | | | | | |
|---|---|---|---|---|---|---|
| VE | [L/min] | 17 | 56 | 69 | 116 | 60 |
| VTex | [L] | 0.786 | 1.584 | 1.632 | | |
| RR | [1/min] | 21.9 | 35.4 | 42.5 | 41.6 | 102 |
| BR (FEV1) | [%] | 84 | 47 | 36 | 28 | 123 |
| BR (MVV) | [%] | | | | | |

### GAS EXCHANGE RESPONSES

| | | | | | | |
|---|---|---|---|---|---|---|
| RER | | 0.81 | 0.97 | 1.03 | | |
| SpO2 | [%] | 98 | 98 | 96 | | |
| VE/VO2 | | 30 | 34 | 39 | | |
| VE/VCO2 | | 37 | 35 | 38 | | |
| VDest/VT | [%] | 22 | 17 | 19 | 19 | 98 |
| PETO2 | [mmHg] | 113.64 | 117.68 | 120.22 | | |
| PETCO2 | [mmHg] | 32.28 | 33.39 | 32.88 | | |

PL4809

FIELDS, DAVI #98454 CARDIO
• 11406795x10667 First Page ImgRest

1/6

Visit Date:01/20/2025

## CARDIOPULMONARY EXERCISE GRAPHS: 9-PANEL



**Peak Exercise % Predicted** | **Peak Exercise Normative Ranges**




20490603 2427768646
Fields, David

Visit Date:01/20/2025

## CARDIOPULMONARY EXERCISE GRAPHS: VENTILATORY THRESHOLD





| | | AT (VT1) [Manual] | AT%MaxPred [Manual] |
|---|---|---|---|
| VO2/kg | [(mL/min)/kg] | 12.8 | 50 |
| VO2 | [L/min] | 1.50 | 50 |
| VCO2 | [L/min] | 1.46 | |
| RER | | 0.97 | |
| VE | [L/min] | 56 | 49 |
| VE/VO2 | | 34 | |
| BR (FEV1) | [%] | 47 | 188 |
| Load | [W] | 130 | 62 |
| SpO2 | [%] | 98 | |
| HR | [BPM] | 136 | 79 |
| SBP | [mmHg] | 140 | |
| DBP | [mmHg] | 77 | |

## CARDIOPULMONARY EXERCISE GRAPHS: BLOOD PRESSURE AND DOUBLE PRODUCT

Blood Pressures

| Time [min] | Load [W] | HR [BPM] | SBP [mmHg] | DBP [mmHg] | DProd [mmHg/min] |
|---|---|---|---|---|---|
| 01:10 | | 71 | 127 | 77 | 9016 |
| 02:30 | 40 | 107 | 127 | 77 | 13686 |
| 03:45 | 40 | 120 | 131 | 79 | 15719 |
| 05:45 | 85 | 128 | 131 | 79 | 16505 |
| 06:49 | 85 | 129 | 140 | 77 | 18058 |
| 08:24 | 130 | 136 | 140 | 77 | 19038 |
| 09:34 | 130 | 146 | 140 | 77 | 20438 |
| 09:51 | 130 | 144 | 150 | 74 | 21598 |

Double Product Graph




20490603 2427768646
Fields, David M
Stribling Kyle
01/20/2025

3/6

Visit Date:01/20/2025

| Time [min] | Load [W] | HR [BPM] | O2pulse [mL] | SpO2 [%] | VO2/kg [(mL/mi... | VO2 [L/min] | VCO2 [L/min] | RER | VE [L/min] | RR [1/min] |
|---|---|---|---|---|---|---|---|---|---|---|
| 00:00 Rest | | | | | | | | | | |
| 00:20 | | 73 | 6.6 | 98 | 3.5 | 0.41 | 0.33 | 0.81 | 18 | 23.1 |
| 00:40 | | 72 | 6.9 | 96 | 4.2 | 0.40 | 0.28 | 0.78 | 17 | 21.6 |
| 01:00 | | 72 | 6.6 | 98 | 4.1 | 0.47 | 0.38 | 0.81 | 17 | 21.3 |
| 01:10 | | 70 | 6.9 | 98 | 4.0 | 0.46 | 0.38 | 0.82 | 17 | 21.8 |
| 01:12 Test | | | | | | | | | | |
| 01:20 | | 71 | 7.5 | 98 | 4.6 | 0.54 | 0.43 | 0.80 | 20 | 28.0 |
| 01:40 | 40 | 86 | 7.4 | 95 | 5.5 | 0.64 | 0.54 | 0.84 | 23 | 23.9 |
| 02:00 | 40 | 90 | 7.3 | 97 | 5.6 | 0.65 | 0.54 | 0.83 | 25 | 30.7 |
| 02:20 | 40 | 99 | 7.8 | 98 | 6.6 | 0.77 | 0.60 | 0.78 | 25 | 27.3 |
| 02:40 | 40 | 110 | 8.7 | 98 | 8.2 | 0.96 | 0.72 | 0.76 | 29 | 26.3 |
| 03:00 | 40 | 114 | 8.7 | 98 | 8.5 | 1.00 | 0.75 | 0.75 | 30 | 25.6 |
| 03:20 | 40 | 118 | 9.0 | 98 | 9.1 | 1.06 | 0.82 | 0.77 | 31 | 25.7 |
| 03:40 | 40 | 118 | 9.0 | 98 | 9.1 | 1.07 | 0.83 | 0.78 | 32 | 25.3 |
| 04:00 | 40 | 120 | 8.9 | | 9.1 | 1.07 | 0.85 | 0.80 | 33 | 28.8 |
| 04:20 | 40 | 118 | 10.1 | 97 | 10.2 | 1.19 | 0.92 | 0.78 | 34 | 25.8 |
| 04:40 | 85 | 115 | 9.5 | 97 | 9.4 | 1.09 | 0.87 | 0.80 | 33 | 27.1 |
| 05:00 | 85 | 117 | 10.5 | 97 | 10.5 | 1.22 | 1.03 | 0.84 | 38 | 25.5 |
| 05:20 | 85 | 121 | 9.7 | 97 | 10.0 | 1.17 | 0.95 | 0.81 | 34 | 28.4 |
| 05:40 | 85 | 123 | 11.0 | 98 | 11.6 | 1.35 | 1.20 | 0.89 | 44 | 29.0 |
| 06:00 | 85 | 127 | 8.9 | 98 | 10.8 | 1.28 | 1.16 | 0.92 | 44 | 30.8 |
| 06:20 | 85 | 129 | 10.0 | 98 | 11.1 | 1.29 | 1.19 | 0.92 | 44 | 23.6 |
| 06:40 | 86 | 127 | 10.9 | 98 | 11.8 | 1.39 | 1.24 | 0.90 | 45 | 29.6 |
| 07:00 | 85 | 127 | 10.3 | 98 | 11.2 | 1.31 | 1.22 | 0.93 | 45 | 32.0 |
| 07:20 | 130 | 128 | 10.9 | 90 | 12.1 | 1.41 | 1.30 | 0.92 | 46 | 28.9 |
| 07:40 | 130 | 131 | 11.0 | 98 | 12.3 | 1.44 | 1.39 | 0.96 | 51 | 32.6 |
| 08:00 | 130 | 133 | 10.3 | 90 | 11.8 | 1.37 | 1.37 | 1.00 | 51 | 31.1 |
| 08:20 | 130 | 136 | 10.6 | 98 | 12.4 | 1.44 | 1.34 | 0.93 | 49 | 30.9 |
| 08:28 VT1 | | | | | | | | | | |
| 08:40 | 130 | 137 | 10.9 | 98 | 12.8 | 1.49 | 1.49 | 1.00 | 59 | 35.6 |
| 09:00 | 130 | 141 | 10.3 | 98 | 12.4 | 1.45 | 1.49 | 1.03 | 59 | 35.3 |
| 09:20 | 130 | 144 | 10.5 | 98 | 13.0 | 1.52 | 1.55 | 1.02 | 61 | 36.7 |
| 09:40 | 130 | 146 | 10.6 | 98 | 13.2 | 1.54 | 1.53 | 1.03 | 64 | 37.2 |
| 10:00 | 130 | 144 | 11.6 | 97 | 14.3 | 1.67 | 1.61 | 0.96 | 60 | 37.7 |
| 10:20 | 225 | 144 | 11.1 | 96 | 13.7 | 1.60 | 1.64 | 1.02 | 66 | 38.1 |
| 10:35 | 225 | 148 | 9.6 | 95 | 12.5 | 1.46 | 1.66 | 1.13 | 75 | 41.4 |
| 10:38 Recovery | | | | | | | | | | |
| 10:40 | 225 | 148 | 6.1 | | 7.8 | 0.91 | 1.00 | 1.10 | 46 | 37.0 |
| 11:00 | 30 | 146 | 8.9 | 94 | 12.4 | 1.45 | 1.46 | 1.00 | 56 | 37.6 |
| 11:20 | | 137 | 11.5 | | 13.5 | 1.57 | 1.43 | 0.91 | 45 | 26.1 |
| 11:40 | | 131 | 12.1 | | 13.6 | 1.58 | 1.45 | 0.92 | 44 | 23.6 |

20490603 2427768046
Fields, David M

4/6

Visit Date:01/20/2025

VE/VCO2 Slope




| | Value |
|---|---|
| VECO2s | 32.85 |

Fields, David
2427768646

5/6

**FIELDS, David L (id #98454, dob:**



Visit Date:01/20/2026




FIELDS, DAVID 98454 CARDIO

* 11406795y10667 Last Page ImgReslt

6/6

## Lab Results

### COMPREHENSIVE METABOLIC PROFILE 09/12/2025 (#12356523, Final, 09/12/2025 3:52pm)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003052025255000014 | Specimen Source | BLOOD |
| Specimen Coll. Date | 09/12/2025 15:52 | Result Status | Final |
| Specimen Rec. Date | 09/12/2025 15:52 | Report Status | |
| Specimen Reported Date | 09/12/2025 20:38 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| EGFR | 93 | >=90 | ML/MIN/1.73 M2 | | Final | | |
| | CKD is defined by the presence of glomerular filtration rate (GFR) <60 mL for >3 months and/or evidence of kidney damage (eg, structural abnormalities, histologic abnormalities, albuminuria, urinary sediment abnormalities, renal tubular disorders, and/or history of kidney transplantation) for >3months. This table provides interpretation of specific eGFR values. Creatinine measurements, and therefore eGFR calculations, are affected by very high or very low muscle mass, muscle injury, a diet very high in meat, hepatic cirrhosis, certain drugs, etc.<br><br>Stages of CKD:<br>Stage Description GFR mL/min<br>1 Kidney damage with normal or increased GFR 90<br>2 Kidney damage with mild decrease in GFR 60 to 89<br>3 Moderate decrease in GFR 30 to 59<br>4 Severe decrease in GFR 15 to 29<br>5 Kidney failure <15 (or dialysis)<br><br>Note: GFR Normal range >60, equation not validated for ages <18 and >70 and pregnant women. | | | | | | |
| GLUCOSE | 75 | 70-110 | MG/DL | | Final | | |
| BUN | 12 | 5-26 | MG/DL | | Final | | |
| CREATININE | 1.00 | 0.50-1.30 | MG/DL | | Final | | |
| | The GFR normal range may vary by factors including extreme body size, pregnancy, hospital treatment, other ethnicities, etc. | | | | | | |
| BUN/CREA RATIO | 12 | 6-22 | MMOL/L | | Final | | |
| SODIUM | 138 | 138-146 | MMOL/L | | Final | | |
| POTASSIUM | 4.7 | 3.5-5.2 | MMOL/L | | Final | | |
| CHLORIDE | 105 | 98-114 | MMOL/L | | Final | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CARBON DIOXIDE | 26 | 22-33 | MMOL/L | | Final | | |
| CALCIUM | 8.5 | 8.5-10.1 | MG/DL | | Final | | |
| **CA CORRECTED** | **8.3** | **8.5-10.1** | **MG/DL** | **LOW** | **Final** | | |
| PROT TOTAL | 7.4 | 6.1-8.6 | G/DL | | Final | | |
| ALBUMIN | 4.2 | 3.5-5.0 | G/DL | | Final | | |
| GLOBULIN | 3.2 | 1.9-3.7 | G/DL | | Final | | |
| ALBUMIN/GLOBULIN RATIO | 1.3 | 1.0-2.5 | | | Final | | |
| ANION GAP | 7 | 5-15 | MMOL/L | | Final | | |
| ALKALINE PHOSPHATASE | 68 | 50-136 | INTLUNIT/L | | Final | | |
| AST | 29 | 15-37 | INTLUNIT/L | | Final | | |
| ALT | 43 | 13-61 | INTLUNIT/L | | Final | | |
| **BILI TOTAL** | **1.6** | **0.0-1.2** | **MG/DL** | **HIGH** | **Final** | | |
| OSMOL CALC | 284 | 270-300 | MOSM/KG | | Final | | |
| **SODIUM CORRECTED** | **137** | **138-146** | **MMOL/L** | **LOW** | **Final** | | |
| | Equation performed by Discern Rule GLB_CALC_NACORRECTED: Sodium + 0.024 * (Glucose - 100) | | | | | | |

**FIELDS, David L (id #98454, dob:**

## B-TYPE NATRIURETIC PEPTIDE N-TERMINAL PR 09/12/2025 (#12356522, Final, 09/12/2025 3:52pm)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003052025255000014 | Specimen Source | BLOOD |
| Specimen Coll. Date | 09/12/2025 15:52 | Result Status | Final |
| Specimen Rec. Date | 09/12/2025 15:52 | Report Status | |
| Specimen Reported Date | 09/12/2025 20:38 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| **PRO BNP** | **1045** | **<=125** | **pg/mL** | **High** | **Final** | | |
| | 18-49 Years<br><301 pg/mL Normal, heart failure unlikely<br>>449 pg/mL High probability of heart failure<br><br>50-75 Years<br><301 pg/mL Normal, heart failure unlikely<br>>899 pg/mL High probability of heart failure<br><br>>75 Years<br><301 pg/mL Normal, heart failure unlikely<br>>1799 pg/mL High probability of heart failure | | | | | | |

**Lincoln/Fields 0783**

**BalladHealth**

**Inpatient Clinical Laboratories**
(423) 224-6738 or (423) 844-3204

**Time Sent:** 4/3/2025 10:40 AM

**To:** Barry I Michelson, MD
**Phone:** 865-392-3400
**Fax:** 865-392-3449

**From:** Background User Lab
HCMH CLINICAL LAB
Phone: 423-921-7230
Fax: 423-921-7267

**Message:**

**CONFIDENTIALITY NOTICE**

THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION. THE INFORMATION IS INTENDED ONLY FOR THE USE BY THE INDIVIDUAL OR ENTITY NAMED ABOVE. THE AUTHORIZED RECIPIENT IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY UNLESS REQUIRED TO DO SO BY LAW OR REGULATION AND IS REQUIRED TO PROTECT THE INFORMATION FROM ALL UNAUTHORIZED ACCESS.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND ARRANGE FOR THE RETURN OR DESTRUCTION OF THESE DOCUMENTS.

*If you have received this fax in error please contact the Information Systems Service Desk at 423.431.6290 or 423.230.8383. Please provide the following information when calling:*

*Contact Information:*
*Name of person reporting the issue*
*Office/Company Name*
*Phone Number*
*Fax Number*
*Description of concern, issue or problem*

Fields, David (MR # 00577368) DOB: 10/20/1977

**PATIENT:Fields, David** **(MR # 00577368)**

**Pro B-Type Natriuretic Peptide: Patient Communication**

4/3/2025 10:40 AM — Not seen

## Pro B-Type Natriuretic Peptide (Order 7292684)

Lab

Ordering: **Shaw, Alicia, MT**
Authorizing: **Michelson, Barry I, MD**

**Date: 4/3/2025**
Ordering Department: **HCMH CLINICAL LAB**

## Pro B-Type Natriuretic Peptide (Accession R25-093-A0003)

**Results:**

**Abnormal !**

Status: **Final result**
**(Resulted: 4/3/2025 10:40 AM)**

| Component | Value | Ref Range & Units | Status |
|---|---|---|---|
| **NT-pro B-type Natriuretic Peptide (NT-proBNP)** | **882 ^** | 0 - 125 pg/mL | Final |

**Additional Information**

| Specimen ID | Type | Source | Comment |
|---|---|---|---|
| R25-093-A0003 | Blood | | |

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
|---|---|---|---|---|---|
| Apr 3, 2025 | 10:04 AM | Apr 3, 2025 | 10:05 AM | Apr 3, 2025 | 10:40 AM |

**Lab Information**

Lab
HCMH CLINICAL LAB

**Associated Diagnoses**

**Dilated cardiomyopathy (HCC) [I42.0]**

**Order Provider Info**

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Shaw, Alicia, MT | -- | -- | Alicia.Shaw@balladhealth.org |
| Authorizing Provider | Michelson, Barry I, MD | 865-392-3400 | -- | -- |

## HEMOGLOBIN A1C 03/13/2025 (#11594242, Final, 03/12/2025 11:35am)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | Tennova Turkey Creek-Tennova Turkey Creek (E15)<br>Dr. William Beuerlein<br>10820 Parkside Dr<br>Knoxville, TN 37934-1956<br><br>Account ID: 11982343 |
| Specimen/Accession ID | AL493054V | Specimen Source | |
| Specimen Coll. Date | 03/12/2025 11:35 | Result Status | Final |
| Specimen Rec. Date | 03/12/2025 19:06 | Report Status | |
| Specimen Reported Date | 03/13/2025 08:14 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| HEMOGLOBIN A1C | 5.5 | 0.0-5.7 | MG/DL | | Final | E15 | |

## CBC (INCLUDES DIFF/PLT) 03/13/2025 (#11594241, Final, 03/12/2025 11:35am)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | Tennova Turkey Creek-Tennova Turkey Creek (E15)<br>Dr. William Beuerlein<br>10820 Parkside Dr<br>Knoxville, TN 37934-1956<br><br>Account ID: 11982343 |
| Specimen/Accession ID | AL493054V | Specimen Source | |
| Specimen Coll. Date | 03/12/2025 11:35 | Result Status | Final |
| Specimen Rec. Date | 03/12/2025 19:06 | Report Status | |
| Specimen Reported Date | 03/13/2025 08:14 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 4.8 | 3.7-10.7 | X10 | | Final | E15 | |
| RED BLOOD CELL COUNT | 4.80 | 4.00-5.80 | MILL/UL | | Final | E15 | |
| HEMOGLOBIN | 15.1 | 13.0-17.0 | G/DL | | Final | E15 | |
| HEMATOCRIT | 44.7 | 39.0-51.0 | % | | Final | E15 | |
| MCV | 93 | 80-97 | FL | | Final | E15 | |
| MCH | 32 | 26-33 | PG/ML | | Final | E15 | |
| MCHC | 34 | 33-36 | G/DL | | Final | E15 | |
| RDW | 13.0 | 11.5-16.0 | % | | Final | E15 | |
| PLATELET COUNT | 228 | 130-400 | X10 | | Final | E15 | |
| MPV | 10.7 | 7.5-11.2 | FL | | Final | E15 | |
| NEUT % AUTO | 56 | 50-70 | % | | Final | E15 | |
| LYMPH % AUTO | 29 | 20-40 | % | | Final | E15 | |
| **MONO % AUTO** | **13** | **<=11** | **%** | **HIGH** | **Final** | **E15** | |
| EOS % AUTO | 1 | 0-4 | % | | Final | E15 | |
| BASO % AUTO | 1 | 0-1 | % | | Final | E15 | |
| NEUT # AUTO | 2.7 | 1.4-7.2 | X10 | | Final | E15 | |
| LYMPH# AUTO | 1.4 | 1.2-3.4 | X10 | | Final | E15 | |
| MONO# AUTO | 0.6 | 0.0-1.2 | X10 | | Final | E15 | |
| EOS# AUTO | 0.0 | <=0.5 | X10 | | Final | E15 | |
| BASO# AUTO | 0.0 | 0.0-0.2 | X10 | | Final | E15 | |

**FIELDS, David L (id #98454, dob:**

# COMPREHENSIVE METABOLIC PANEL 03/13/2025 (#11594240, Final, 03/12/2025 11:35am)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | Tennova Turkey Creek-Tennova Turkey Creek (E15)<br>Dr. William Beuerlein<br>10820 Parkside Dr<br>Knoxville, TN 37934-1956<br><br>Account ID: 11982343 |
| Specimen/Accession ID | AL493054V | Specimen Source | |
| Specimen Coll. Date | 03/12/2025 11:35 | Result Status | Final |
| Specimen Rec. Date | 03/12/2025 19:06 | Report Status | |
| Specimen Reported Date | 03/13/2025 08:14 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| **GLUCOSE** | **65** | **70-110** | **MG/DL** | **LOW** | **Final** | **E15** | |
| BUN | 13 | 5-26 | MG/DL | | Final | E15 | |
| CREATININE | 0.96 | 0.50-1.30 | MG/DL | | Final | E15 | |
| EGFR NON AFRICAN AMERICAN | 94 | >=60 | ML/MIN/1.73M | | Final | E15 | |
| EGFR AFRICAN AMERICAN | 109 | >=60 | ML/MIN/1.73M | | Final | E15 | |
| BUN/CREATININE RATIO | 14 | 6-22 | MMOL/L | | Final | E15 | |
| **SODIUM** | **136** | **138-146** | **MMOL/L** | **LOW** | **Final** | **E15** | |
| POTASSIUM | 4.5 | 3.5-5.2 | MMOL/L | | Final | E15 | |
| CHLORIDE | 101.0 | 98.0-114.0 | MMOL/L | | Final | E15 | |
| CARBON DIOXIDE | 28 | 22-33 | MMOL/L | | Final | E15 | |
| CALCIUM | 9.0 | 8.5-10.1 | MG/DL | | Final | E15 | |
| TOTAL PROTEIN | 7.7 | 6.1-8.6 | G/DL | | Final | E15 | |
| ALBUMIN | 4.4 | 3.5-5.0 | G/DL | | Final | E15 | |
| GLOBULIN | 3.3 | 1.9-3.7 | G/DL | | Final | E15 | |
| A/G RATIO | 1.3 | 1.0-2.5 | | | Final | E15 | |
| **BILIRUBIN, TOTAL** | **1.5** | **0.2-1.0** | **MG/DL** | **HIGH** | **Final** | **E15** | |
| ALKALINE PHOSPHATASE | 72 | 50-136 | IU/L | | Final | E15 | |
| AST | 29 | 15-37 | IU/L | | Final | E15 | |
| ALT | 41 | 13-61 | IU/L | | Final | E15 | |
| ION BALANCE | 7 | 5-15 | MMOL/L | | Final | E15 | |
| OSMOLALITY BLOOD, CALCULATED | [illegible] | [illegible] | MOSM/KG | | Final | E15 | |

**Lincoln/Fields 0788**

**FIELDS, David L (id #98454, dob:**

## LIPID PANEL WITH REFLEX TO DIRECT LDL 03/13/2025 (#11594239, Final, 03/12/2025 11:35am)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>Dr Andrew N Young<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 11982343 |
| Specimen/Accession ID | AL493054V | Specimen Source | |
| Specimen Coll. Date | 03/12/2025 11:35 | Result Status | Final |
| Specimen Rec. Date | 03/12/2025 19:06 | Report Status | |
| Specimen Reported Date | 03/13/2025 08:14 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 156 | <200 | MG/DL | NORMAL | Final | AT | |
| HDL CHOLESTEROL | 49 | > OR = 40 | MG/DL | NORMAL | Final | AT | |
| TRIGLYCERIDES | 106 | <150 | MG/DL | NORMAL | Final | AT | |
| LDL-CHOLESTEROL | 87 | | MG/DL (CALC) | NORMAL | Final | AT | |
| | Reference range: <100<br><br>Desirable range <100 mg/dL for primary prevention;<br><70 mg/dL for patients with CHD or diabetic patients<br>with > or = 2 CHD risk factors.<br><br>LDL-C is now calculated using the Martin-Hopkins<br>calculation, which is a validated novel method providing<br>better accuracy than the Friedewald equation in the<br>estimation of LDL-C.<br>Martin SS et al. JAMA. 2013;310(19): 2061-2068<br>(http://education.QuestDiagnostics.com/faq/FAQ164) | | | | | | |
| CHOL/HDLC RATIO | 3.2 | <5.0 | (CALC) | NORMAL | Final | AT | |
| NON HDL CHOLESTEROL | 107 | <130 | MG/DL (CALC) | NORMAL | Final | AT | |
| | For patients with diabetes plus 1 major ASCVD risk<br>factor, treating to a non-HDL-C goal of <100 mg/dL<br>(LDL-C of <70 mg/dL) is considered a therapeutic<br>option. | | | | | | |

Quest Diagnostics    Page 1 of 3    03/13/2025 08:18:48 AM    Report Status: Final

FIELDS, DAVID L

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| FIELDS, DAVID L<br>DOB: AGE: 47<br>Gender: M<br>Phone: .<br>Patient ID: 98454 | Specimen: AL493054V<br>Requisition: 1137446<br>Lab Ref #: 936634CE10667<br>Collected: 03/12/2025 / 11:35 EDT<br>Received: 03/12/2025 / 19:06 EDT<br>Reported: 03/13/2025 / 06:35 EDT | Client #: 11982343 QATI.000<br>MICHELSON, BARRY<br>TENNOVA HEART SOUTH<br>7323 CHAPMAN HWY<br>KNOXVILLE, TN 37920-6757 |

MRN: 98454    Location: ETHC_SOUTH    Ward: 14

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL WITH REFLEX TO DIRECT LDL | | | | |
| CHOLESTEROL, TOTAL | 156 | | <200 mg/dL | AT |
| HDL CHOLESTEROL | 49 | | > OR = 40 mg/dL | AT |
| TRIGLYCERIDES | 106 | | <150 mg/dL | AT |
| LDL-CHOLESTEROL | 87 | | mg/dL (calc) | AT |
| Reference range: <100<br><br>Desirable range <100 mg/dL for primary prevention; <70 mg/dL for patients with CHD or diabetic patients with > or = 2 CHD risk factors.<br><br>LDL-C is now calculated using the Martin-Hopkins calculation, which is a validated novel method providing better accuracy than the Friedewald equation in the estimation of LDL-C.<br>Martin SS et al. JAMA. 2013;310(19): 2061-2068 (http://education.QuestDiagnostics.com/faq/FAQ164) | | | | |
| CHOL/HDLC RATIO | 3.2 | | <5.0 (calc) | AT |
| NON HDL CHOLESTEROL | 107 | | <130 mg/dL (calc) | AT |
| For patients with diabetes plus 1 major ASCVD risk factor, treating to a non-HDL-C goal of <100 mg/dL (LDL-C of <70 mg/dL) is considered a therapeutic option. | | | | |
| COMPREHENSIVE METABOLIC PANEL | | | | E15 |
| **GLUCOSE** | | **65 L** | 70-110 mg/dL | |
| BUN | 13 | | 5-26 mg/dL | |
| CREATININE | 0.96 | | 0.50-1.30 mg/dL | |
| eGFR NON AFRICAN AMERICAN | 94 | | >=60 mL/min/1.73m | |
| eGFR AFRICAN AMERICAN | 109 | | >=60 mL/min/1.73m | |
| BUN/CREATININE RATIO | 14 | | 6-22 mmol/L | |
| **SODIUM** | | **136 L** | 138-146 mmol/L | |
| POTASSIUM | 4.5 | | 3.5-5.2 mmol/L | |
| CHLORIDE | 101.0 | | 98.0-114.0 mmol/L | |
| CARBON DIOXIDE | 28 | | 22-33 mmol/L | |
| CALCIUM | 9.0 | | 8.5-10.1 mg/dL | |
| TOTAL PROTEIN | 7.7 | | 6.1-8.6 g/dL | |
| ALBUMIN | 4.4 | | 3.5-5.0 g/dL | |
| GLOBULIN | 3.3 | | 1.9-3.7 g/dL | |
| A/G RATIO | 1.3 | | 1.0-2.5 | |
| **BILIRUBIN, TOTAL** | | **1.5 H** | 0.2-1.0 mg/dL | |
| ALKALINE PHOSPHATASE | 72 | | 50-136 IU/L | |
| AST | 29 | | 15-37 IU/L | |
| ALT | 41 | | 13-61 IU/L | |
| ION BALANCE | 7 | | 5 15 mmol/L | |
| OSMOLALITY BLOOD, CALCULATED | 280 | | 270-300 mOsm/kg | |
| CBC (H/H, RBC, INDICES, WBC, PH) | | | | E15 |
| WHITE BLOOD CELL COUNT | 4.8 | | 3.7-10.7 x10 | |
| RED BLOOD CELL COUNT | 4.80 | | 4.00-5.80 Mill/uL | |



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Quest Diagnostics — Page 2 of 3 — 03/13/2025 08:18:48 AM

**Report Status: Final**

**FIELDS, DAVID L**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **FIELDS, DAVID L**<br>**DOB:** **AGE: 47**<br>Gender: M<br>Patient ID: 98454 | Specimen: AL493054V<br>Collected: 03/12/2025 / 11:35 EDT<br>Received: 03/12/2025 / 19:06 EDT<br>Reported: 03/13/2025 / 06:35 EDT | Client #: 11982343<br>MICHELSON, BARRY |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEMOGLOBIN | 15.1 | | 13.0-17.0 g/dL | |
| HEMATOCRIT | 44.7 | | 39.0-51.0 % | |
| MCV | 93 | | 80-97 fL | |
| MCH | 32 | | 26-33 pg/mL | |
| MCHC | 34 | | 33-36 g/dL | |
| RDW | 13.0 | | 11.5-16.0 % | |
| PLATELET COUNT | 228 | | 130-400 x10 | |
| MPV | 10.7 | | 7.5-11.2 fL | |
| NEUT % AUTO | 56 | | 50-70 % | |
| LYMPH % AUTO | 29 | | 20-40 % | |
| **MONO % AUTO** | | **13 H** | <=11 % | |
| EOS % AUTO | 1 | | 0-4 % | |
| BASO % AUTO | 1 | | 0-1 % | |
| NEUT # AUTO | 2.7 | | 1.4-7.2 x10 | |
| LYMPH# AUTO | 1.4 | | 1.2-3.4 x10 | |
| MONO# AUTO | 0.6 | | 0.0-1.2 x10 | |
| EOS# AUTO | 0.0 | | <=0.5 x10 | |
| BASO# AUTO | 0.0 | | 0.0-0.2 x10 | |
| HEMOGLOBIN A1C | 5.5 | | 0.0-5.7 mg/dL | E15 |

**PERFORMING SITE:**

A1 QUEST DIAGNOSTICS-ATLANTA, [illegible] CIRCLE, TUCKER, GA [illegible] Laboratory Director: [illegible], CLIA: [illegible]
E15 TENNOVA TURKEY CREEK, [illegible] PARKSIDE DRIVE, KNOXVILLE, TN 37934-1956 Laboratory Director: WILLIAM [illegible], CLIA: [illegible]



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

sharecare

LAW OFFICES OF TONY FARMER & JOHN DREISER
1356 PAPERMILL POINTE WAY
KNOXVILLE TN 37909-1903

42463055
Nov 21 2025 12:53 PM
DAVID FIELDS

TN336
Nov 25 2025 3:26 PM

21

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

**Lincoln/Fields 0792**

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY & ACCIDENT LAW

*Attorneys At Law*
Tony Farmer
John P. Dreiser
Heather A. Dreiser

September 26, 2025

VIA FACSIMILE (615) 284-4582
(615) 222-5399 11/18/25

Warren Stribling, M.D.
4230 Harding Pike, Suite 450B
Nashville, TN 37205

Re: David L Fields
DOB
SSN:

Dear Records Custodian:

Enclosed please find a release that allows us to obtain all medical records relating to David L Fields in your organization's possession. At your earliest convenience, we would appreciate your forwarding to us a copy of any and all medical records for treatment <u>SINCE January 1, 2025</u>, including, but not limited to, all reports, records, clinical notes, diagnostic tests, operative notes, and all other documentation pertaining to the medical care of the patient in your possession relating to the patient.

If there is a reproduction cost for these records, please enclose a statement with the same, and we will see that it is paid promptly. Pursuant to T.C.A. § 63-2-102, the maximum fee for copies of records is $20.00 for reports five (5) page or less in length and fifty cents ($.50) per page for each page copied after the first five (5) pages and the actual cost of mailing. If your office requires pre-payment, please advise our office as soon as possible.

If you would like, please feel free to fax or email (cweaver@farmerdreiser.com) the requested information. Thank you for your time and attention to this request. Your assistance in this regard is greatly appreciated.

Very truly yours,

*Cathy A Weaver*

Cathy A Weaver
Paralegal to John P. Dreiser

Enclosure

~ Representing the seriously injured since 1975 ~
1356 Papermill Pointe Way Knoxville, TN 37909 865-584-1211 Phone 865-584-1171 Fax www.farmerdreiser.com

**AUTHORIZATION TO RELEASE MEDICAL RECORDS, BILLING INFORMATION, & DATA**

**TO:** **Warren Stribling, M.D.**

**FULL NAME:** **David L Fields** ✓

**DATE OF BIRTH:** ✓

**ADDRESS:**

**SSN:**

I (the above identified Patient or that Patient's personal representative) have retained, TONY FARMER & JOHN DREISER, attorneys, to represent me in certain matters. So they may better represent me, it is my intent and desire that my attorneys have full and complete access to any and all records, information and data in your possession, under your control or that you have access to, including but not limited to hospital records, nursing home records, doctor records, dental records, psychiatric records, drug treatment records, therapy records, diagnostic studies, lab studies, as well as any and all other records, information or data that would describe care, treatment or services rendered to the above described Patient by any health care provider or mental health care provider. I understand that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), HIPAA regulation, as well as other Federal and State laws and regulations, creates a right of privacy that is associated with the records, information and data covered by this release. So that my attorneys may better advise me, and consistent with 45 CFR § 164.508, I expressly authorize you to release the Patient's records, information and data to my attorneys and, as necessary, make a limited waiver of my privacy right for the purpose of giving my attorneys access as follows:

(1) **The information to be disclosed is as follows:** I expressly authorize my attorneys to request any and all records, information or other data (regardless of how those items are identified) related to any and all care, treatment or services provided for the above identified Patient's physical heath, mental health, or psycho-social health. I understand that my records may contain information regarding the diagnosis or treatment of HIV/AIDS, sexually transmitted diseases, drug and/or alcohol abuse, mental illness, or psychiatric treatment. I give my specific authorization for these records to be released. Throughout the remainder of this Release, I collectively refer to all of the Patient's records, information and data as the "Records." This Release is intended to be general, full and all encompassing so that my attorneys can access, without limitation, any and all Records that might help them represent me. This Release applies to any and all Records that are in your possession, under your control or that you have access to. My attorneys are further authorized to limit their request to portions of the Patient's Records and may do so by letter to you. My attorneys are further authorized to meet with and consult with any health care or mental health care provider regarding my condition or regarding any care, treatment or services that the above identified Patient received.

I expressly invoke the AMA Principles of Medical Ethics, as well as Canon E-9.07, as well as similar ethics principles that may apply to other health care disciplines, and request that you cooperate with my attorneys.

(2) I understand that my substance use disorder records are protected under the Federal regulations governing Confidentiality and Substance Use Disorder Patient Records, 42 C.F.R. Part 2, and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. pts 160 & 164, and cannot be disclosed without my written consent unless otherwise provided for by the regulations. The Federal rules prohibit from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. I understand that I may revoke this authorization at any time except to the extent that action has been taken in reliance on it. Unless I revoke my consent earlier, this consent will expire automatically within five (5) years from the date of execution.

(3) **The persons who may request disclosure are as follows:** My attorneys are Tony Farmer, and/or John P. Dreiser. They, together with those persons working for them at the offices of Tony Farmer & John Dreiser or Dreiser Law Group, PLLC, are authorized to request and receive records.

(4) **Term of this Release:** It is my intent that this authorization shall remain effective throughout the time during which my attorneys are representing me. To the extent a term is required, this Release shall be effective for a term of not less than five (5) years from the date of execution. ✓

(5) **Right to Revoke this Release:** I understand that I always retain the right to revoke this Release by notifying the above in writing of my desire to revoke it. However, this Release shall not be revoked while my attorneys are representing me. Any revocation will not apply to information that has already been released in response to this authorization.

(6) **Disclosed Records, Information and Data may not be Protected:** I understand that the information disclosed may be subject to re-disclosure by the recipient and may no longer be protected by 45 CFR § 164.508, or other privacy laws and regulations.

(7) Please note that a photostatic copy of this Release has the full power of the original Release. I understand I do not have to sign this authorization in order to obtain healthcare benefits, (treatment, payment or enrollment, or eligibility for benefits).

David L Fields ✓
**David L Fields**

4-15-25 ✓
(Date)

Attorneys of Record:

[signature]
Tony Farmer
John P. Dreiser
Attorneys at Law
1356 Papermill Pointe Way
Knoxville, TN 37909
(865) 584-1211

**Lincoln/Fields 0795**

## Medical Records - CONFIDENTIAL

**FROM:** TN - Ascension - Tennessee

Mary B
518 W Main St Ste B, Smithville, TN 37166-1100
Phone: (615) 867-5028
Fax: (615) 867-6650

**TO:**

### Name: FIELDS, DAVID L

### DOB:

### Date Range: 01/01/2025 to 11/21/2025

**This document contains the following records of the patient:**

- **Encounters and Procedures**
- **Imaging Results**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:3189388-A-7654]

**FIELDS, David L (id #3189388, dob:**

**Encounter Date: 03/27/2025**

## Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (47yo, M) ID# 3189388 | **Appt. Date/Time** | 03/27/2025 12:00PM |
| **DOB** | | **Service Dept.** | STPS_ST Hrt CHF_Turkey Creek |
| **Provider** | WARREN K STRIBLING MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130287<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

## Chief Complaint

chronic systolic heart failure, 1 year follow up

## Patient's Care Team

**Cardiologist:** BARRY I MICHELSON MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1538159017
**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054

## Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft (182.88 cm) 03/27/2025 12:02 pm | **Wt:** | 266 lbs (120.66 kg) 03/27/2025 12:03 pm | **BMI:** | 36.1 03/27/2025 12:03 pm |
| **BP:** | 113/80 03/27/2025 12:03 pm | **Pulse:** | 60 bpm 03/27/2025 12:03 pm | | |

## Measurements

None recorded.

## Allergies

Allergies not reviewed (last reviewed 04/25/2024)

**PENICILLINS**

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 04/12/23 | entered |
| **carvediloL 12.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 04/25/24 | entered |
| **Entresto 97 mg-103 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 03/27/25 | prescribed |
| **Farxiga 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | prescribed |
| **multivitamin**<br>1 tab daily | 04/12/23 | entered |
| **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | entered |

## Problems

Reviewed Problems
No known problems

## Social History

Social History not reviewed (last reviewed 10/12/2023)

## Surgical History

- Cardiopulm exercise testing - 01/20/2025 - Peak VO2 - 13.9, pred 54%, RER - 1.03, slope - 32.85
- Echo - 03/29/2024 - LVEF 20%; grade II DD; moderately elevated LV filling pressure; severe global LV systolic dysfunction; mild AR; mild to moderate LAE; moderate to severe MR.
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Cardiac mri - 06/15/2023 - LVEF 27%; severely dilated LV with moderate systolic dysfunction; normal RV size with moderate systolic dysfunction ; moderate LAE; mild RAE; mild MR; dilated main pulmonary artery.
- Echo - 05/08/2023 - LVEF 20%; LV size is moderately dilated; Grade II DD; mild AR; mild to moderate LAE; mild to moderate MR; mild TR.
- Cardiac catheterization - 02/17/2023 - LVEF 10-15%; LV is dilated; severe global LV dysfunction; probably moderate MR; normal coronaries.
- Echo - 02/09/2023 - LVEF 10-15%; Severe global hypokinesis; LV mildly dilated; mild LAE and RAE; mild TR.

## Screening

None recorded.

## HPI

Mr. Fields is a 46 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.

On his last visit 1 year ago, no med changes were made. CPX was ordered and shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE was advised but not pursued. He feels well. He denies CP, SOB, swelling, or syncope. Has positional dizziness but this is short-lived. Wt has been stable. He has been able to do things like yardwork and walking outdoors w/o problems.

## ROS

None recorded.

## Physical Exam

**Constitutional:** General Appearance: appears stated age and **overweight**. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:** Lids and Conjunctivae: no discharge, pallor, or xanthelasma and anicteric.

**ENMT:** Lips, Teeth, and Gums: normal dentition. Ears: no lesions on external ear and (normal) hearing. Nose: no lesions on external nose or nasal discharge and nares patent. Oropharynx: no cyanosis or pallor.

**Neck:** Neck: supple and trachea midline. Jugular Veins: normal jugular venous pressure.

**Lungs:** Respiratory Effort: unlabored. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Rate And Rhythm: regular. Heart Sounds: normal S1 and S2 and no rub, gallop, or click. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no cyanosis or edema.

**Abdomen:** Inspection and Palpation: non distended or tender and soft and no masses. Liver: non tender or no hepatomegaly. Spleen: non tender.

**Musculoskeletal:** Inspection: no joint tenderness or swelling and normal back.

**Neurologic:** Gait: normal gait. Neurological: no focal deficits and cranial nerves intact.

**Skin:** Inspection and Palpation: warm and dry. Nails: no clubbing.

## Assessment / Plan

**1. Chronic systolic heart failure** -
He has stage C HF w/ stable NYHA class II symptoms. He is on reasonable GDMT and has undergone CRT-D. CPX is not suggestive of poor prognosis or need for advanced therapies. Getting recent labs from Dr. Michelson. Increase Entresto to max dose and fu in 1 month for labs and bp check w/ NP
I50.22: Chronic systolic (congestive) heart failure

- Entresto 97 mg-103 mg tablet - Take 1 tablet(s) twice a day by oral route for 90 days. Qty: (180) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER Note to Pharmacy: to replace previous dose
- MEDICAL RECORD REQUEST* - Note to Provider: Please fax results of most recent bmp/cmp to 615-222-5399. Thank you.
- MEDICAL RECORD REQUEST* - Note to Provider: Please fax results of most recent bmp/cmp to 615-222-5399. Thank you.
- US, ECHOCARDIOGRAM

Authorization: BCBS-TN (PPO) | NOTREQUIRED

**2. Nonischemic congestive cardiomyopathy** -
Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation. He is being treated w/ GDMT and has undergone CRT-D though I am uncertain this will lead to much improvement as QRS duration was not very long and he did not have LBBB. Repeat echo to eval LVSF and mitral valve as he has had MR in past.
I42.0: Dilated cardiomyopathy

**3. Body mass index 40+ - severely obese** -
Stable. c/w wt loss and exercise.
Z68.42: Body mass index [BMI] 45.0-49.9, adult

**4. Obstructive sleep apnea syndrome** -
On CPAP and tolerating.
G47.33: Obstructive sleep apnea (adult) (pediatric)

## Return to Office

- Kemal Marc Akat, MD, PhD, MSc for Established Patient 20 at STPS_ST Hrt CHF_Turkey Creek on 05/08/2025 at 11:20 AM

## Encounter Sign-Off

Encounter signed-off by Warren K Stribling MD, 03/28/2025.

Encounter performed and documented by Warren K Stribling MD
Encounter reviewed & signed by Warren K Stribling MD on 03/28/2025 at 01:58 PM

## Imaging Results

**Tennova - Jefferson Memorial Hospital**

110 Hospital Drive
Jefferson City, TN 37760-

(865) 471-2500

| | | | |
|---|---|---|---|
| **Patient:** | **FIELDS, DAVID L** | Location: | TNJM RAD |
| MRN: | 809309 | Attending: | Stribling,Warren MD |
| Account #: | 4583278 | DOB/Sex: | Male |
| Adm Date: | 4/2/2025 | Service Code: | RAD OP Imaging Only |
| Primary Care: | Dalleave,Mark MD | | |
| | | Copy to: | STRIBLING,WARREN KYLE MD |

## *Non-Invasive Cardiology*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 300-25-092-00311 | 4/2/2025 14:08 EDT | NI Echo TTE 2D Complete w Color Doppler | STRIBLING,WARREN KYLE MD | 47 years |

**Reason for Exam**
(NI Echo TTE 2D Complete w Color Doppler) Heart failure, unspecified

**Report**

Name: FIELDS DAVID　Procedure Staff
MRN: 00809309　Referring Physician: Warren K Stribling, MD
Date of birth: 　Age: 47 year(s)　Sonographer: Juliann Blackburn, RCS
Gender: Male　BMI: 34.99 kg/m\S\2　Interpreting physician: Barry Michelson, MD
Weight: 117.03 kg　BSA: 2.37 m\S\2
Height: 182.88 cm

Procedure Information
Exam date time: 4/2/2025 1:58 PM
Procedure type: Echo
Proc. sub type: TTE procedure: NI Echo TTE 2D Complete w Color Doppler.
Patient status: Routine　Accession no: 3002509200311
HR: 60 bpm　FIN Number: 4583278
Study location: Jefferson City
Technical quality: Good visualization

Procedure Description: Echocardiography, transthoracic, real-time with image documentation (2D), includes M- mode recording,
when performed, complete, with spectral Doppler echocardiography, and with color flow Doppler echocardiography.

Reason for Study
chronic systolic heart failure

Physician Conclusions
Summary: Normal wall thickness.
Left ventricle size is moderately dilated.

| | | | |
|---|---|---|---|
| **Patient:** | **FIELDS, DAVID L** | Location: | TNJM RAD |
| MRN: | 809309 | Attending: | Stribling,Warren MD |
| Account #: | 4583278 | DOB/Sex: | 10/20/197 Male |
| Adm Date: | 4/2/2025 | Service Code: | RAD OP Imaging Only |
| Primary Care: | Dalleave,Mark MD | | |
| | | Copy to: | STRIBLING,WARREN KYLE MD |

## *Non-Invasive Cardiology*

**Report**

EF estimated at 20%.
There is severe global left ventricular systolic dysfunction.
Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure..
A pacemaker wire is observed in the RV.
Aortic valve structure is trileaflet and is structurally normal.
No aortic stenosis. No aortic regurgitation documented by color flow and/or spectral Doppler.
Mild pulmonic regurgitation documented by color flow and/or spectral Doppler.
Left atrium is mild to moderately enlarged.
Mild mitral regurgitation documented with color flow and/or spectral Doppler.
Tricuspid valve appears structurally normal. No evidence of tricuspid valve stenosis.
Moderate tricuspid regurgitation documented with color flow and/or spectral Doppler.
Right ventricular systolic pressure is moderately elevated and is estimated at 57 mmHg.

Obervations

Left ventricle: Normal wall thickness.
Left ventricle size is moderately dilated.
EF estimated at 20%.
There is severe global left ventricular systolic dysfunction.
Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure..

Right ventricle: A pacemaker wire is observed in the RV.
Left atrium: Left atrium is mild to moderately enlarged.
Right atrium: Right atrium is normal in size.
Mitral valve: Mitral valve appears structurally normal. No evidence of mitral valve stenosis.
Mild mitral regurgitation documented with color flow and/or spectral Doppler.
Aortic valve: Aortic valve structure is trileaflet and is structurally normal.
No aortic stenosis. No aortic regurgitation documented by color flow and/or spectral Doppler.
Tricuspid valve: Tricuspid valve appears structurally normal. No evidence of tricuspid valve stenosis.
Moderate tricuspid regurgitation documented with color flow and/or spectral Doppler.
Right ventricular systolic pressure is moderately elevated and is estimated at 57 mmHg.

Pulmonic valve: Pulmonic valve appears structurally normal. No evidence of pulmonic stenosis. Mild pulmonic regurgitation documented by color flow and/or spectral Doppler.
Pericardial: Pericardium appears normal. There is no pericardial effusion visualized.
Aorta/Great vessels: Aortic root is normal in size.
The inferior vena cava is not dilated and shows more than 50% respiratory variation.
Pleural: There is no pleural effusion present.

Electronically signed by Barry Michelson, MD (Interpreting physician) on 4/4/2025 at 1:15 PM

Left Ventricle

Patient: FIELDS, DAVID L
MRN: 809309
Account #: 4583278
Adm Date: 4/2/2025
Primary Care: Dalleave,Mark MD

Location: TNJM RAD
Attending: Stribling Warren MD
DOB/Sex: Male
Service Code: RAD OP Imaging Only

Copy to: STRIBLING,WARREN KYLE MD

## Non-Invasive Cardiology

**Report**

Diastolic dimension: 6.26 cm (4.2 - 5.8 cm)
2D septum diastolic: 1.01 cm (0.6 - 1.0 cm)
Systolic dimension: 5.69 cm (2.5 - 4 cm)
FS Normal Range (30- 45%): 9%
2D post wall diastolic: 0.96 cm
LV mass (ASE formula): 260.29 g (88 - 224 g)
LV mass index: 109.65 g/m\S\2
RWT: 0.31
LV M-Mode
LV Ejection Fraction
LVEDV Teichholz: 245 ml (62 - 150 ml)
LVESV Teichholz: 184 ml (21 - 61 ml)
LVEDVI Teichholz: 103.21 ml/m\S\2 (34 - 74 ml/m\S\2)
LVESVI Teichholz: 77.51 ml/m\S\2 (11 - 31 ml/m\S\2)
EF Teichholz: 25 %
LV 3D/Strain

Right Ventricle
Diastolic dimension: Normal Range (2.7-3.4cm): 2.5 cm
Systolic pressure: 57.06 mmHg
Left Atrium
LA diameter (2D) Normal Range (2.0-4.0cm): 3.6 cm
LA/Aorta (2D): 1.38
LA volume Index: 39.6 ml/m\S\2 (16 - 34 ml/m\S\2)
LA area: 29.8 cm\S\2
LA volume: 94 ml

Right Atrium
Systolic pressure: 10 mmHg

Aortic Valve
Peak velocity Normal Range (0.9-1.7m/s) : 1.14 m/s
Mean velocity: 0.79 m/s
Mean gradient Normal Range (<10mmHG) : 3 mmHg
Peak gradient Normal Range (<10mmHG): 5.2 mmHg
Dimensionless index: 0.65
AV VTI: 24.3 cm
Mean velocity: 50 cm/s
Peak velocity: 74.4 cm/s
Mean gradient: 1 mmHg

| | | | |
|---|---|---|---|
| Patient: | FIELDS, DAVID L | Location: | TNJM RAD |
| MRN: | 809309 | Attending: | Stribling Warren MD |
| Account #: | 4583278 | DOB/Sex: | ale |
| Adm Date: | 4/2/2025 | Service Code: | RAD OP Imaging Only |
| Primary Care: | Dalleave,Mark MD | | |
| | | Copy to: | STRIBLING,WARREN KYLE MD |

## *Non-Invasive Cardiology*

**Report**

Peak gradient: 2 mmHg

LVOT VTI Normal Range (0.7-1.1m/s): 14.1 cm

Mitral Valve

Peak E-wave Normal Range (0.60-1.30m/s) : 85 cm/s

Peak A-wave Normal Range( 0.30-0.60m/s) : 38.9 cm/s

MR velocity: 276 cm/s

E/A ratio Normal Range (0.8-2.5): 2.19

E' septal velocity: 4.79 cm/s

Peak gradient: 2.89 mmHg

A' septal velocity: 4.04 cm/s

Deceleration time Normal Range (160-240msec): 216 ms

E/E' septal: 17.75

E' lateral velocity: 9.31 cm/s

A' lateral velocity: 3.95 cm/s

E/E' lateral: 9.13

E/E' average: 13.44

Tricuspid Valve

Estimated RVSP: 40 mmHg

Estimated RAP: 10 mmHg

TR velocity: 343 cm/s

TR gradient: 47.06 mmHg

Pulmonic Valve

Peak velocity Normal Range (0.5-1.0m/s): 99.9 cm/s

Peak gradient: 3.99 mmHg

Estimated PASP: 57.06 mmHg

Acceleration time: 95 ms

Aorta/Great Vessels

Aortic root (2D): 2.8 cm

ACS (M-mode) Normal Range (1.5-26cm): 1.6 cm

Electronically signed by Barry Michelson, MD (Interpreting physician) on 4/4/2025 at 1:15 PM

| | | | |
|---|---|---|---|
| **Patient:** | **FIELDS, DAVID L** | Location: | TNJM RAD |
| MRN: | 809309 | Attending: | Stribling Warren MD |
| Account #: | 4583278 | DOB/Sex: | Male |
| Adm Date: | 4/2/2025 | Service Code: | RAD OP Imaging Only |
| Primary Care: | Dalleave,Mark MD | | |
| | | Copy to: | STRIBLING,WARREN KYLE MD |

**Non-invasive Cardiology**

**Report**
***** Final *****

Signed by: MICHELSON, BARRY I MD
Signed (Electronic Signature): 04/04/2025 01:15 pm EDT

CARDIOPULMONARY STRESS TEST (PROC) (#150778479, 01/20/2025 12:00am)

Jan. 20. 2025 11:41AM No. 4960 P. 1

Visit Date:01/20/2025

Ascension Saint Thomas

**St. Thomas West Hospital**
**4220 Harding Pike**
**Nashville, TN 37205**

**CARDIOPULMONARY EXERCISE TEST REPORT**

| | | | | | |
|---|---|---|---|---|---|
| Identification: | 20490603 | Last Name: | Fields | First Name: | David |
| Date of Birth: | | Height: | 72.0 Inch | Gender: | male |
| Age: | 47.2 Years | Weight: | 257.0 lbs | BMI: | 35 kg/m² |
| Technician: | RRT Gailbreath Matt | | | | |
| Physician: | Stibling Kyle | | | | |

SLOPE DATA

| | | Value | (Normal Range) |
|---|---|---|---|
| VO2Ws | [(mL/min)/W] | 5.39 | 8.7-11.9 |
| HRO2Ws | [1/(mL/kg)] | 5.05 | 3.0-4.0 |
| VEO2s | | 19.11 | 23-26 |
| VECO2s | | 32.85 | 26-29 |
| OUESs | [(L/min)/log10] | 1.79 | |

PRE EXERCISE SPIROMETRY

| | | PRE | PRED | %PRED |
|---|---|---|---|---|
| FVC | L | 3.36 | 5.43 | 62.0 |
| FEV 1 | L | 3.02 | 4.27 | 70.7 |
| FEV1/FVC | % | 90 | 79 | |
| MVV | L/min | | 142 | |

CARDIOVASCULAR RESPONSES

| | | REST | AT (VT1) [Manual] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| V'O2/kg | [(mL/min)/kg] | 4.0 | 12.9 | 13.9 | 25.6 | 54 |
| V'O2 | [L/min] | 0.47 | 1.50 | 1.62 | 2.98 | 54 |
| V'CO2 | [L/min] | 0.38 | 1.45 | 1.67 | | |
| Load | [W] | | 130 | 130 | 209 | 62 |
| HR | [BPM] | 70 | 136 | 144 | 173 | 83 |
| O2pulse | [mL] | 6.7 | 11.1 | 11.2 | 17.2 | 65 |
| HRR | [BPM] | 103 | 37 | 29 | | |
| SBP | [mmHg] | 127 | 140 | 150 | | |
| DBP | [mmHg] | 77 | 77 | 74 | | |

VENTILATORY RESPONSES

| | | REST | AT (VT1) [Manual] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| V'E | [L/min] | 17 | 56 | 69 | 116 | 60 |
| VTex | [L] | 0.786 | 1.584 | 1.632 | | |
| RR | [1/min] | 21.9 | 35.4 | 42.5 | 41.6 | 102 |
| BR (FEV1) | [%] | 84 | 47 | 35 | 28 | 123 |
| BR (MVV) | [%] | | | | | |

GAS EXCHANGE RESPONSES

| | | REST | AT (VT1) [Manual] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| RER | | 0.81 | 0.97 | 1.03 | | |
| SpO2 | [%] | 98 | 98 | 96 | | |
| VE/VO2 | | 30 | 34 | 39 | | |
| VE/VCO2 | | 37 | 35 | 38 | | |
| VDest/VT | [%] | 22 | 17 | 19 | 19 | 98 |
| PETO2 | [mmHg] | 113.64 | 117.68 | 120.22 | | |
| PETCO2 | [mmHg] | 32.28 | 33.39 | 32.88 | | |

PL4600

ERC439 8/05

MRS 20490603 FIN# 2427768646
Fields, David M
Stibling Kyle
DOB: DOS 01 /20 /2025

1/6

**FIELDS, David L (id #3189388, dob:**

Jan. 20. 2025 11:41AM

No. 4960 P. 2

Visit Date:01/20/2025

**CARDIOPULMONARY EXERCISE GRAPHS: 9-PANEL**




**Peak Exercise % Predicted**




**Peak Exercise Normative Ranges**




MR# 20490603 FIN # 2427768646
Fields, David M
Stribling Kyle
DOB: 1 47Y DOS: 01 /20 /2025

2/6

Lincoln/Fields 0807

## CARDIOPULMONARY EXERCISE GRAPHS: VENTILATORY THRESHOLD










| | | AT (VT1) [Manual] | AT%MaxPred [Manual] |
|---|---|---|---|
| V'O2/kg | [(mL/min)/kg] | 12.9 | 50 |
| V'O2 | [L/min] | 1.50 | 50 |
| V'CO2 | [L/min] | 1.45 | |
| RER | | 0.97 | |
| V'E | [L/min] | 56 | 49 |
| VE/VO2 | | 34 | |
| BR (FEV1) | [%] | 47 | 168 |
| Load | [W] | 130 | 62 |
| SpO2 | [%] | 98 | |
| HR | [BPM] | 136 | 79 |
| SBP | [mmHg] | 140 | |
| DBP | [mmHg] | 77 | |

## CARDIOPULMONARY EXERCISE GRAPHS: BLOOD PRESSURE AND DOUBLE PRODUCT

Blood Pressures

| Time [min] | Load [W] | HR [BPM] | SBP [mmHg] | DBP [mmHg] | DProd [mmHg/ min] |
|---|---|---|---|---|---|
| 01:10 | | 71 | 127 | 77 | 9016 |
| 02:30 | 40 | 107 | 127 | 77 | 13588 |
| 03:45 | 40 | 120 | 131 | 79 | 15719 |
| 05:45 | 85 | 126 | 131 | 79 | 16505 |
| 06:49 | 85 | 129 | 140 | 77 | 18058 |
| 08:24 | 130 | 136 | 140 | 77 | 19038 |
| 09:34 | 130 | 146 | 140 | 77 | 20438 |
| 09:51 | 130 | 144 | 150 | 74 | 21598 |

Double Product Graph




MR# 20490603 FIN# 2427768646
Fields, David M
DOS: 01 /20 /2025

3/6

Lincoln/Fields 0808

| Time [min] | Load [W] | HR [BPM] | O2pulse [mL] | SpO2 [%] | V'O2/kg [(mL/mi... | V'O2 [L/min] | V'CO2 [L/min] | RER | V'E [L/min] | RR [1/min] |
|---|---|---|---|---|---|---|---|---|---|---|
| 00:00 Rest | | | | | | | | | | |
| 00:20 | | 73 | 5.6 | 98 | 3.5 | 0.41 | 0.33 | 0.81 | 16 | 23.1 |
| 00:40 | | 72 | 6.9 | 98 | 4.2 | 0.49 | 0.39 | 0.78 | 17 | 21.6 |
| 01:00 | | 72 | 6.6 | 98 | 4.1 | 0.47 | 0.38 | 0.81 | 17 | 21.3 |
| 01:10 | | 70 | 6.6 | 98 | 4.0 | 0.46 | 0.38 | 0.82 | 17 | 21.8 |
| 01:12 Test | | | | | | | | | | |
| 01:20 | | 71 | 7.5 | 98 | 4.6 | 0.54 | 0.43 | 0.80 | 20 | 28.0 |
| 01:40 | 40 | 86 | 7.4 | 98 | 5.5 | 0.64 | 0.54 | 0.84 | 23 | 23.9 |
| 02:00 | 40 | 90 | 7.3 | 97 | 5.6 | 0.65 | 0.54 | 0.83 | 25 | 30.7 |
| 02:20 | 40 | 99 | 7.8 | 98 | 6.6 | 0.77 | 0.60 | 0.78 | 25 | 27.3 |
| 02:40 | 40 | 110 | 8.7 | 98 | 8.2 | 0.96 | 0.72 | 0.76 | 29 | 26.3 |
| 03:00 | 40 | 114 | 8.7 | 98 | 8.5 | 1.00 | 0.75 | 0.75 | 30 | 25.8 |
| 03:20 | 40 | 118 | 9.0 | 98 | 9.1 | 1.06 | 0.82 | 0.77 | 31 | 25.7 |
| 03:40 | 40 | 118 | 9.0 | 98 | 9.1 | 1.07 | 0.83 | 0.78 | 32 | 26.3 |
| 04:00 | 40 | 120 | 8.9 | | 9.1 | 1.07 | 0.85 | 0.80 | 33 | 26.9 |
| 04:20 | 40 | 118 | 10.1 | 97 | 10.2 | 1.19 | 0.93 | 0.78 | 34 | 25.6 |
| 04:40 | 85 | 115 | 9.5 | 97 | 9.4 | 1.09 | 0.87 | 0.80 | 33 | 27.1 |
| 05:00 | 85 | 117 | 10.5 | 97 | 10.5 | 1.22 | 1.03 | 0.84 | 38 | 25.5 |
| 05:20 | 85 | 121 | 9.7 | 97 | 10.0 | 1.17 | 0.95 | 0.81 | 34 | 26.4 |
| 05:40 | 85 | 123 | 11.0 | 98 | 11.6 | 1.35 | 1.20 | 0.89 | 44 | 29.0 |
| 06:00 | 85 | 127 | 9.9 | 98 | 10.8 | 1.26 | 1.16 | 0.92 | 44 | 30.8 |
| 06:20 | 85 | 129 | 10.0 | 98 | 11.1 | 1.29 | 1.19 | 0.92 | 44 | 29.6 |
| 06:40 | 85 | 127 | 10.9 | 98 | 11.8 | 1.38 | 1.24 | 0.90 | 45 | 29.5 |
| 07:00 | 85 | 127 | 10.3 | 98 | 11.2 | 1.31 | 1.22 | 0.93 | 45 | 32.0 |
| 07:20 | 130 | 129 | 10.9 | 98 | 12.1 | 1.41 | 1.30 | 0.92 | 46 | 28.9 |
| 07:40 | 130 | 131 | 11.0 | 98 | 12.3 | 1.44 | 1.39 | 0.96 | 51 | 32.6 |
| 08:00 | 130 | 133 | 10.3 | 98 | 11.8 | 1.37 | 1.37 | 1.00 | 51 | 31.1 |
| 08:20 | 130 | 136 | 10.6 | 98 | 12.4 | 1.44 | 1.34 | 0.93 | 49 | 30.9 |
| 08:26 VT1 | | | | | | | | | | |
| 08:40 | 130 | 137 | 10.9 | 98 | 12.8 | 1.49 | 1.49 | 1.00 | 59 | 35.5 |
| 09:00 | 130 | 141 | 10.3 | 98 | 12.4 | 1.45 | 1.49 | 1.03 | 59 | 35.3 |
| 09:20 | 130 | 144 | 10.5 | 98 | 13.0 | 1.52 | 1.55 | 1.02 | 61 | 36.7 |
| 09:40 | 130 | 146 | 10.6 | 98 | 13.2 | 1.54 | 1.59 | 1.03 | 64 | 37.2 |
| 10:00 | 130 | 144 | 11.6 | 97 | 14.3 | 1.67 | 1.61 | 0.96 | 60 | 37.7 |
| 10:20 | 225 | 144 | 11.1 | 96 | 13.7 | 1.60 | 1.64 | 1.02 | 65 | 38.1 |
| 10:35 | 225 | 148 | 9.9 | 95 | 12.5 | 1.46 | 1.65 | 1.13 | 75 | 41.4 |
| 10:38 Recovery | | | | | | | | | | |
| 10:40 | 225 | 148 | 6.1 | | 7.8 | 0.91 | 1.00 | 1.10 | 46 | 37.0 |
| 11:00 | 30 | 146 | 9.9 | 94 | 12.4 | 1.45 | 1.46 | 1.00 | 56 | 37.6 |
| 11:20 | | 137 | 11.5 | | 13.5 | 1.57 | 1.43 | 0.91 | 45 | 26.1 |
| 11:40 | | 131 | 12.1 | | 13.6 | 1.58 | 1.45 | 0.92 | 44 | 23.6 |

MR# 20490603 FIN# 2427768646
Fields, David M
Stribling Kyle
DOB: 47Y DOS: 01 /20 /2025

4/6

VE/VCO2 Slope




| | Value |
|---|---|
| VECO2s | 32.85 |

MR# 20490603
Fields, David
FIN# 2427768646
M
47Y DOS: 01 /20 /2025

5/6

Lincoln/Fields 0810




MR# 20490603 FIN# 2427768646
Fields, David M
DOB: 57Y DOS: 01 /20 /2025

6/6

Lincoln Financial Group
Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 9, 2025

THE LAW OFFICES OF TONY FARMER AND JOHN DREISER
ATTN JOHN P DREISER
1356 PAPERMILL POINTE WAY
KNOXVILLE, TN 37909

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear JOHN P DREISER:

This is to acknowledge receipt of your client's appeal for Long Term Disability benefits. We received your letter on 12/04/2025 .

Your appeal letter indicated that you were including a thumb drive of additional medical documentation. To date, this has not been received. We will allow additional time for you to supplement the file with this thumb drive.

Please understand the appeal review will not continue until we have received the additional documents or until such time as you communicate with Lincoln the appeal is complete.

Please submit any and all additional medical evidence that you believe would support appeal. Please have the medical records submitted to our office within 30 days of the date of this letter or no later than 01/08/2026.

If you will not be submitting new medical records, please advise us in writing so that we may begin an immediate review of the appeal.

If you will not be submitting new medical records, please advise us in writing so that we may begin an immediate review of the appeal. For your convenience, all documents may be sent via facsimile to 402-361-1460 or you may email to the address noted below.

Please note that we are not making a final determination on David's disability claim at this time as we want to provide your client with every opportunity to submit a complete appeal.

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #33815817

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Lisa K
800-423-2765 x 66442
Claim Resolution Specialist
Claim Resolution Services
The Lincoln National Life Insurance Company

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY & ACCIDENT LAW

*Attorneys At Law*
**Tony Farmer**
**John P. Dreiser**
**Heather A. Dreiser**

December 2, 2025

**VIA FACSIMILE (402) 361-1460 and CERTIFIED MAIL**
Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103

RE: David L Fields
Policy Holder: East Tennessee Iron & Metal Works, Inc.
Claim No.: 1230051807
Policy No.: 1020986100000

To Whom It May Concern:

As noted in my previous letter, I represent Mr. Fields in his claim for LTD benefits under the above-referenced policy. Please accept this letter has Mr. Fields' formal appeal of the June 24, 2025, denial of his continued LTD benefits. Enclosed with this letter, please find a thumb drive containing pertinent medical records demonstrating his continued disability under provisions of Lincoln National Life Insurance Company policy. I would specifically refer to the opinions of Dr. Warren Stribling and Dr. Barry Michelson.

Thank you in advance for your time and attention to this matter.

Sincerely,

*John P. Dreiser*

John P. Dreiser

Enclosures
cc: Mr. David L Fields

LAW OFFICES OF
TONY FARMER & JOHN DREISER
INJURY & ACCIDENT LAW

*Attorneys At Law*
**Tony Farmer**
**John P. Dreiser**
**Heather A. Dreiser**

September 19, 2025

**VIA FACSIMILE (877) 843-3950**
The Lincoln National Life Insurance Company Disability and Life Claims
PO Box 2609
Omaha, NE 68103-2609

**VIA FACSIMILE (402) 361-1460**
Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103

RE: David L Fields
Claim No.: 1,230,051,807
Policy No.: 1,020,986,100,000

To Whom It May Concern:

Mr. Fields has retained our office regarding the June 24, 2025, denial of his long-term disability benefits under the above-referenced policy. Please direct any future communication on this claim to my attention. We will provide additional evidence in due time and request the appeal be commenced with the proscribed time limits.

In the meantime, please provide me with a complete copy of the Summary Plan Document, Plan Document, and the administrative record (complete file including, but not limited to all correspondence, internal notes, medical records, opinions, etc.) regarding this claim. Enclosed please find the following:

- Notice of Authorization, Lien and Payment Instructions
- Limited Power of Attorney
- Authorization to Release Medical Records, Information & Data

Thank you in advance for your time and attention to this matter.

Sincerely,

*John P. Dreiser*

John P. Dreiser

Enclosures
cc: Mr. David L Fields

## NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS

**RE:** David L. Fields SSN:

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained John Dreiser of The Dreiser Law Group, PLLC as my attorney to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that John Dreiser of The Dreiser Law Group, PLLC are properly paid under the legal service contract, I hereby agree that John Dreiser of The Dreiser Law Group, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past-due, present, or future benefits to my duly appointed attorney:

John P. Dreiser
The Dreiser Law Group, PLLC
1356 Papermill Pointe Way
Knoxville, TN 37909

This direction shall remain valid until John Dreiser of The Dreiser Law Group, PLLC notifies you that checks be sent directly to me.

I also give Limited Power of Attorney to John Dreiser of The Dreiser Law Group, PLLC to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to John Dreiser of The Dreiser Law Group, PLLC.

David L Fields — 9-15-25

Signature — Date

The above stated lien, direction to pay, and limited power-of-attorney are hereby accepted by John Dreiser of The Dreiser Law Group, PLLC.

By: [signature]

## LIMITED POWER OF ATTORNEY

I, David L. Fields, hereby constitute and appoint, John P. Dreiser, as my attorney at law and in fact, with the limited authority to act as my attorney-in-fact solely with respect to my claim for disability insurance, long-term disability benefits, health insurance, life insurance, pension benefits or other employee benefits or insurance benefits. By this document, I give my attorney-in-fact the authority to collect any and all documents related to my claim, the authority to collect any benefits or payments, and the authority to execute any documents necessary to prosecute my case. Specifically, I assign my benefits to The Dreiser Law Group, PLLC (who has a property interest therein) solely to the extent of the attorneys fees and costs I owe him, and further, I request that any payment of benefits be made to me or my attorney-in-fact, John P. Dreiser of The Dreiser Law Group, PLLCat the following address:

The Dreiser Law Group, PLLC
1356 Papermill Pointe Way
Knoxville, TN 37909

I also authorize and empower said attorney to endorse and affix a facsimile of my signature to documents of settlement, release, payment, or papers whatsoever expedient to the prosecution or settlement of my case. Provided however, my attorney in fact shall not approve any settlement or release on my behalf without my prior written approval in each instance. In the event of payment or payments under my case, he shall cause the proceeds thereof to become deposited into his IOLTA trust account and to make payment there from, after deduction of attorney's fees and advance expenses, and within ten (10) business days to disburse the balance of the proceeds to me. Upon my request, my attorney in shall promptly provide me with copies of any and all documents executed by him or on my behalf pursuant to this limited power-of-attorney.

The authority is valid indefinitely until revoked by me in writing at any time in the future.

This the 15th day of September, 2005.

David L Fields
Signature

STATE OF TN
COUNTY OF Knox

On this 15th day of September, 20 25, personally appeared David Fields, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who acknowledged that he/she executed this document as his/her own free act and deed for the purposes therein contained.

Cathy A. Weaver
NOTARY PUBLIC

CATHY A. WEAVER STATE OF TENNESSEE NOTARY PUBLIC KNOX COUNTY

My Commission Expires: 9/10/28

AUTHORIZATION TO RELEASE MEDICAL RECORDS, INFORMATION & DATA

**TO:** LFG

**FULL NAME:** **David L Fields**

**DATE OF BIRTH:**

**ADDRESS:**

**SSN:**

I (the above identified Patient or that Patient's personal representative) have retained, TONY FARMER & JOHN DREISER, attorneys, to represent me in certain matters. So they may better represent me, it is my intent and desire that my attorneys have full and complete access to any and all records, information and data in your possession, under your control or that you have access to, including but not limited to hospital records, nursing home records, doctor records, dental records, psychiatric records, drug treatment records, therapy records, diagnostic studies, lab studies, as well as any and all other records, information or data that would describe care, treatment or services rendered to the above described Patient by any health care provider or mental health care provider. I understand that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), HIPAA regulation, as well as other Federal and State laws and regulations, creates a right of privacy that is associated with the records, information and data covered by this release. So that my attorneys may better advise me, and consistent with 45 CFR § 164.508, I expressly authorize you to release the Patient's records, information and data to my attorneys and, as necessary, make a limited waiver of my privacy right for the purpose of giving my attorneys access as follows:

(1) **The information to be disclosed is as follows:** I expressly authorize my attorneys to request any and all records, information or other data (regardless of how those items are identified) related to any and all care, treatment or services provided for the above identified Patient's physical heath, mental health, or psycho-social health. I understand that my records may contain information regarding the diagnosis or treatment of HIV/AIDS, sexually transmitted diseases, drug and/or alcohol abuse, mental illness, or psychiatric treatment. I give my specific authorization for these records to be released. Throughout the remainder of this Release, I collectively refer to all of the Patient's records, information and data as the "Records." This Release is intended to be general, full and all encompassing so that my attorneys can access, without limitation, any and all Records that might help them represent me. This Release applies to any and all Records that are in your possession, under your control or that you have access to. My attorneys are further authorized to limit their request to portions of the Patient's Records and may do so by letter to you. My attorneys are further authorized to meet with and consult with any health care or mental health care provider regarding my condition or regarding any care, treatment or services that the above identified Patient received.

I expressly invoke the AMA Principles of Medical Ethics, as well as Canon E-9.07, as well as similar ethics principles that may apply to other health care disciplines, and request that you cooperate with my attorneys.

(2) I understand that my substance use disorder records are protected under the Federal regulations governing Confidentiality and Substance Use Disorder Patient Records, 42 C.F.R. Part 2, and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. pts 160 & 164, and cannot be disclosed without my written consent unless otherwise provided for by the regulations. The Federal rules prohibit from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. I understand that I may revoke this authorization at any time except to the extent that action has been taken in reliance on it. Unless I revoke my consent earlier, this consent will expire automatically within five (5) years from the date of execution.

(3) **The persons who may request disclosure are as follows:** My attorneys are Tony Farmer, and/or John P. Dreiser. They, together with those persons working for them at the offices of Tony Farmer & John Dreiser or Dreiser Law Group, PLLC, are authorized to request and receive records.

(4) **Term of this Release:** It is my intent that this authorization shall remain effective throughout the time during which my attorneys are representing me. To the extent a term is required, this Release shall be effective for a term of not less than five (5) years from the date of execution.

(5) **Right to Revoke this Release:** I understand that I always retain the right to revoke this Release by notifying the above in writing of my desire to revoke it. However, this Release shall not be revoked while my attorneys are representing me. Any revocation will not apply to information that has already been released in response to this authorization.

(6) **Disclosed Records, Information and Data may not be Protected:** I understand that the information disclosed may be subject to re-disclosure by the recipient and may no longer be protected by 45 CFR § 164.508, or other privacy laws and regulations.

(7) Please note that a photostatic copy of this Release has the full power of the original Release. I understand I do not have to sign this authorization in order to obtain healthcare benefits, (treatment, payment or enrollment, or eligibility for benefits).

David L Fields
**David L Fields**

9-15-25
(Date)

Attorneys of Record:

Tony Farmer
John P. Dreiser
Attorneys at Law
1356 Papermill Pointe Way
Knoxville, TN 37909
(865) 584-1211

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY & ACCIDENT LAW

*Attorneys At Law*
**Tony Farmer**
**John P. Dreiser**
**Heather A. Dreiser**

September 19, 2025

**VIA FACSIMILE (877) 843-3950**
The Lincoln National Life Insurance Company Disability and Life Claims
PO Box 2609
Omaha, NE 68103-2609

**VIA FACSIMILE (402) 361-1460**
Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103

RE: David L Fields
Claim No.: 1,230,051,807
Policy No.: 1,020,986,100,000

To Whom It May Concern:

Mr. Fields has retained our office regarding the June 24, 2025, denial of his long-term disability benefits under the above-referenced policy. Please direct any future communication on this claim to my attention. We will provide additional evidence in due time and request the appeal be commenced with the proscribed time limits.

In the meantime, please provide me with a complete copy of the Summary Plan Document, Plan Document, and the administrative record (complete file including, but not limited to all correspondence, internal notes, medical records, opinions, etc.) regarding this claim. Enclosed please find the following:

- Notice of Authorization, Lien and Payment Instructions
- Limited Power of Attorney
- Authorization to Release Medical Records, Information & Data

Thank you in advance for your time and attention to this matter.

Sincerely,

*John P. Dreiser*

John P. Dreiser

Enclosures
cc: Mr. David L Fields

## NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS

**RE:** David L. Fields **SSN:**

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained John Dreiser of The Dreiser Law Group, PLLC as my attorney to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that John Dreiser of The Dreiser Law Group, PLLC are properly paid under the legal service contract, I hereby agree that John Dreiser of The Dreiser Law Group, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past-due, present, or future benefits to my duly appointed attorney:

John P. Dreiser
The Dreiser Law Group, PLLC
1356 Papermill Pointe Way
Knoxville, TN 37909

This direction shall remain valid until John Dreiser of The Dreiser Law Group, PLLC notifies you that checks be sent directly to me.

I also give Limited Power of Attorney to John Dreiser of The Dreiser Law Group, PLLC to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to John Dreiser of The Dreiser Law Group, PLLC.

David L Fields 9-15-25
Signature Date

The above stated lien, direction to pay, and limited power-of-attorney are hereby accepted by John Dreiser of The Dreiser Law Group, PLLC.

By: [signature]

# LIMITED POWER OF ATTORNEY

I, David L. Fields, hereby constitute and appoint, John P. Dreiser, as my attorney at law and in fact, with the limited authority to act as my attorney-in-fact solely with respect to my claim for disability insurance, long-term disability benefits, health insurance, life insurance, pension benefits or other employee benefits or insurance benefits. By this document, I give my attorney-in-fact the authority to collect any and all documents related to my claim, the authority to collect any benefits or payments, and the authority to execute any documents necessary to prosecute my case. Specifically, I assign my benefits to The Dreiser Law Group, PLLC (who has a property interest therein) solely to the extent of the attorneys fees and costs I owe him, and further, I request that any payment of benefits be made to me or my attorney-in-fact, John P. Dreiser of The Dreiser Law Group, PLLCat the following address:

The Dreiser Law Group, PLLC
1356 Papermill Pointe Way
Knoxville, TN 37909

I also authorize and empower said attorney to endorse and affix a facsimile of my signature to documents of settlement, release, payment, or papers whatsoever expedient to the prosecution or settlement of my case. Provided however, my attorney in fact shall not approve any settlement or release on my behalf without my prior written approval in each instance. In the event of payment or payments under my case, he shall cause the proceeds thereof to become deposited into his IOLTA trust account and to make payment there from, after deduction of attorney's fees and advance expenses, and within ten (10) business days to disburse the balance of the proceeds to me. Upon my request, my attorney in shall promptly provide me with copies of any and all documents executed by him or on my behalf pursuant to this limited power-of-attorney.

The authority is valid indefinitely until revoked by me in writing at any time in the future.

This the 15th day of September, 2005.

David L. Fields
Signature

STATE OF TN
COUNTY OF Knox

On this 15th day of September, 20 25, personally appeared David Fields, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who acknowledged that he/she executed this document as his/her own free act and deed for the purposes therein contained.

Cathy A. Weaver
NOTARY PUBLIC

My Commission Expires: 9/10/28

CATHY A. WEAVER STATE OF TENNESSEE NOTARY PUBLIC KNOX COUNTY

# AUTHORIZATION TO RELEASE MEDICAL RECORDS, INFORMATION & DATA

**TO:** LFG

**FULL NAME:** **David L Fields**

**DATE OF BIRTH:**

**ADDRESS:**

**SSN:**

I (the above identified Patient or that Patient's personal representative) have retained, TONY FARMER & JOHN DREISER, attorneys, to represent me in certain matters. So they may better represent me, it is my intent and desire that my attorneys have full and complete access to any and all records, information and data in your possession, under your control or that you have access to, including but not limited to hospital records, nursing home records, doctor records, dental records, psychiatric records, drug treatment records, therapy records, diagnostic studies, lab studies, as well as any and all other records, information or data that would describe care, treatment or services rendered to the above described Patient by any health care provider or mental health care provider. I understand that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), HIPAA regulation, as well as other Federal and State laws and regulations, creates a right of privacy that is associated with the records, information and data covered by this release. So that my attorneys may better advise me, and consistent with 45 CFR § 164.508, I expressly authorize you to release the Patient's records, information and data to my attorneys and, as necessary, make a limited waiver of my privacy right for the purpose of giving my attorneys access as follows:

(1) **The information to be disclosed is as follows:** I expressly authorize my attorneys to request any and all records, information or other data (regardless of how those items are identified) related to any and all care, treatment or services provided for the above identified Patient's physical heath, mental health, or psycho-social health. I understand that my records may contain information regarding the diagnosis or treatment of HIV/AIDS, sexually transmitted diseases, drug and/or alcohol abuse, mental illness, or psychiatric treatment. I give my specific authorization for these records to be released. Throughout the remainder of this Release, I collectively refer to all of the Patient's records, information and data as the "Records." This Release is intended to be general, full and all encompassing so that my attorneys can access, without limitation, any and all Records that might help them represent me. This Release applies to any and all Records that are in your possession, under your control or that you have access to. My attorneys are further authorized to limit their request to portions of the Patient's Records and may do so by letter to you. My attorneys are further authorized to meet with and consult with any health care or mental health care provider regarding my condition or regarding any care, treatment or services that the above identified Patient received.

I expressly invoke the AMA Principles of Medical Ethics, as well as Canon E-9.07, as well as similar ethics principles that may apply to other health care disciplines, and request that you cooperate with my attorneys.

(2) I understand that my substance use disorder records are protected under the Federal regulations governing Confidentiality and Substance Use Disorder Patient Records, 42 C.F.R. Part 2, and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. pts 160 & 164, and cannot be disclosed without my written consent unless otherwise provided for by the regulations. The Federal rules prohibit from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. I understand that I may revoke this authorization at any time except to the extent that action has been taken in reliance on it. Unless I revoke my consent earlier, this consent will expire automatically within five (5) years from the date of execution.

(3) **The persons who may request disclosure are as follows:** My attorneys are Tony Farmer, and/or John P. Dreiser. They, together with those persons working for them at the offices of Tony Farmer & John Dreiser or Dreiser Law Group, PLLC, are authorized to request and receive records.

(4) **Term of this Release:** It is my intent that this authorization shall remain effective throughout the time during which my attorneys are representing me. To the extent a term is required, this Release shall be effective for a term of not less than five (5) years from the date of execution.

(5) **Right to Revoke this Release:** I understand that I always retain the right to revoke this Release by notifying the above in writing of my desire to revoke it. However, this Release shall not be revoked while my attorneys are representing me. Any revocation will not apply to information that has already been released in response to this authorization.

(6) **Disclosed Records, Information and Data may not be Protected:** I understand that the information disclosed may be subject to re-disclosure by the recipient and may no longer be protected by 45 CFR § 164.508, or other privacy laws and regulations.

(7) Please note that a photostatic copy of this Release has the full power of the original Release. I understand I do not have to sign this authorization in order to obtain healthcare benefits, (treatment, payment or enrollment, or eligibility for benefits).

David L Fields
**David L Fields**

9-15-25
(Date)

Attorneys of Record:

[signature]
Tony Farmer
John P. Dreiser
Attorneys at Law
1356 Papermill Pointe Way
Knoxville, TN 37909
(865) 584-1211

Lincoln Financial Group®

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

June 24, 2025

DAVID L FIELDS

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear David:

We have completed our review of your Long Term Disability claim and benefits beyond 08/07/2025 have been denied.

The Policy issued to East Tennessee Iron & Metal Works, Inc. contains, but is not limited to the following:

> **TOTAL DISABILITY or TOTALLY DISABLED** will be defined as follows:
> 1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation
> 2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education, or experience will reasonably allow
>
> The loss of a professional license, an occupational license or certification, or a driver's license for any reason does not, by itself, constitute Total Disability.

The Own Occupation Period for this claim will end on 08/07/2025. After a thorough review of the information currently contained in your claim file, we have determined you are capable of performing work in other occupations. Outlined below is the information reviewed which led to our determination.

**<u>Information review and action taken</u>**

In our review of your claim, all previously submitted as well as any new documentation is used to make a determination.

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

We evaluated current information from your physician(s), as well as other sources, including vocational information. The documentation contained in your claim file includes the following:

- Office and treatment notes and diagnostic test results from Dr. Connie Hinkle dated 01/31/2023
- Office and treatment notes and diagnostic test results from Dr. Barry Michelson for the dates 02/06/2023 to 04/03/2025
- An Attending Physician Statement completed by Dr. Barry Michelson dated 02/09/2023
- An Attending Physician Statement completed by Dr. Mark Dalle-Ave dated 02/19/2023
- Office and treatment notes and diagnostic test results from Dr. Warren Stribling for the dates 04/13/2023 to 05/08/2025
- Office and treatment notes and diagnostic test results from Dr. Nilam Patel for the dates 05/23/2024 to 06/17/2024
- An Attending Physician Statement completed by Dr. Nilam Patel dated 06/19/2023
- Office and treatment notes and diagnostic test results from Sara Johnson, NP, for the dates 07/21/2023 to 10/12/2023
- Office and treatment notes and diagnostic test results from Dr. Mark Dalle-Ave dated 08/01/2023
- Undated Attending Physician Statement sent 08/03/2023 and completed by Dr. Nilam Patel
- An Attending Physician Statement completed by Dr Mark Dalle-Ave dated 08/21/2024
- An Attending Physician Statement completed by Dr. Barry Michelson dated 09/17/2024
- A Peer Review of the available medical evidence completed by Dr. Andre Akhondi, Board Certified in cardiovascular disease dated 10/08/2024
- An Abilities Form completed by Dr. Barry Michelson dated 12/02/2024
- Test results from St. Thomas West Hospital dated 01/02/2025

You ceased work on 02/07/2023 due to a diagnosis of unspecified diastolic congestive heart failure and essential primary hypertension.

You were seen by Dr. Barry Michelson on 02/09/2023 for a follow up regarding heart failure and hypertension. You were last seen about ten years previously due to an abnormal stress test. This led to you undergoing a cardiac catheterization. Your left ventricle function was normal. Current objective findings noted you were not having symptoms of chest pain or exercise intolerance dyspnea, or orthopnea, and no dysrhythmias were identified. It was noted that over that past several weeks, you were complaining of abdominal distension, pedal edema and shortness of breath with activity. You were seen in the emergency room Rogersville. A chest X-ray suggested borderline cardiomegaly but was otherwise unremarkable. Your abdominal gas pattern was normal and a COVID screening was negative. You had been treated with multiple GI medications and actually got partial relief from these medications. Dr. Michelson noted that you had an echocardiogram which demonstrated severe global left ventricular dysfunction with an ejection fraction of 10 – 15%. Right ventricular function was diminished as well. There were no significant valvular abnormalities. An abdominal ultrasound procedure was completed that noted mildly coarsened hepatic parenchymal echotexture with a small volume of upper abdominal ascites, and bilateral pleural effusions. Because of the medical findings, you were brought back to the office as quickly as possible to initiate therapy. Dr. Michelson recommended changes in your medical regimen to include the addition of Entresto and SG LT2 inhibitor and Carvedilol. You were advised to discontinue your ACE

inhibitor for 36 hours prior to initiating Entresto. It was recommended that you return to the office on 02/27/2023 for follow up.

An Attending Physician Statement completed by Dr. Barry Michelson dated 02/09/2023 noted impairing diagnoses of heart failure and hypertension. Current complaints included swelling of the abdomen, extremities, and back, shortness of breath, fatigue and cough. Objective findings noted an ejection fraction of 10 – 15%. You were to undergo a heart catheterization on 02/17/2023. You were advised to cease work effective 02/09/2023. Work restrictions and limitations included no driving, no lifting greater than 25 pounds, climbing, pushing, pulling, or reaching overhead. Your treatment regimen included optimization of medication, undergo a cardiac catheterization and a referral to a heart failure clinic. Your prognosis was described as guarded to see effects of treatments.

On 02/17/2023 you underwent a cardiac catheterization procedure noting severe global left ventricular dysfunction ejection fraction of 10 – 15%. There was probable moderate mitral valve regurgitation. Based on the results, it was recommended to intensify the medical regimen and consider ICD advanced heart failure consult.

An Attending Physician Statement completed by Dr. Mark Dalle-Ave dated 02/19/2023 noted disabling diagnoses of congestive heart failure and hypertension. Current complaints included shortness of breath, swelling, cough and fatigue. Objective findings noted severe global left ventricular dysfunction with an ejection fraction of 10 – 15% and hypertension. You were advised to cease work as of 02/08/2023. No work restrictions and limitations were provided. The treatment plan noted a completed heart echocardiogram on 02/09/2023 and a cardiac catheterization on 02/17/2023. No recovery prognosis was provided.

An echocardiogram performed on 02/20/2023 noted an ejection fraction of 10 to 15%.

You were seen on 04/12/2023 by Dr. Warren Stribling per a referral by Dr. Michelson for additional medical management. It was noted that you were now doing much better. You had lost as much as 40 pounds and reported improvement in all of your symptoms. You were able to walk regularly. Your dose of Entresto was recently reduced due to hypotension. Your cardiovascular examination was unremarkable. Your treatment plan was to continue GDMT (Guideline Directed Medical Therapy), repeat assessment of LVSF (Left Ventricular Systolic Function) in 4-6 weeks with cardiac MRI to better evaluate cause of cardiomyopathy. You were advised to follow up in six months and to follow up with Dr. Michelson in the interim.

An echocardiogram performed 05/08/2023 noted a left ventricular ejection fraction of 20%, diastolic filling pattern (Grade II) which is consistent with moderately elevated left ventricular filling pressure. The was mild aortic regurgitation, mild to moderately enlarged left atrium, mild to moderate mitral regurgitation, mild tricuspid regurgitation, and mildly elevated right ventricular systolic pressure estimated to be 40mm/Hg.

You underwent a cardiac MRI on 06/15/2023.

An Attending Physician Statement completed by Dr. Nilam Patel dated 06/19/2023 noted diagnoses of non-ischemic congestive cardiomyopathy and chronic systolic heart failure. Objective findings included left ventricular function of less than 35%. You were on the maximum tolerable medical therapy. An MRI of your heart was pending. Work restrictions and limitation included avoidance of heavy lifting, welding and use of a chainsaw. Your treatment

included medication optimization and probable subcutaneous ICD (implantable cardioverter defibrillator that would be decided after cardiac MRI.

An office visit with Dr. Michelson on 06/23/2023 noted that since your last visit, you had seen Dr. Patel. There was a plan for implantation of a subcutaneous ICD in July. The cardiac MRI was completed per Dr. Stribling that confirmed severe dilated left ventricle with severe left ventricular dysfunction. The interpretation of the results could not exclude prior infarction but, would not be consistent with findings on your coronary angiography. The treatment plan was to prescribe Spironolactone, and increase the dose of Carvedilol. You were to continue to wear your life vest until reassessment of your left ventricle function; probably in two months. You were scheduled to follow up with Dr. Patel on 07/14/2023, Sara Johnson, NP, on 07/21/2023, and Dr. Michelson on 09/08/2023.

An undated Attending Physician Statement sent 08/03/2023 and completed by Dr. Nilam Patel, noted diagnoses of non-ischemic cardiomyopathy and chronic systolic heart failure. You reported complaints of dyspnea, swelling and hypertension. Upon examination, your left ventricular ejection fraction was < 35% on maximum tolerable medical therapy and recent CRT-D (Cardiac Resynchronization Therapy Defibrillator) implantation. Your work restrictions and limitations included avoidance of heavy lifting, chainsaw use, welding and no lifting greater than 25 pounds. Your treatment plan was to continued medication optimization, and therapy from bi-ventricular pacing for CRT-D. Your treatment was described as lifelong.

You were seen by Sara Johnson, NP, on 10/12/2023 for a three month follow up. You reported feeling better. You had a hole open on the incision line that has now reclosed after application of Neosporin the end of September. You also reported fatigue and lightheadedness were improving. The treatment plan noted implantation of CRT-D in July 2023, and you were advised to follow up in three months, follow up with Dr. Michelson on 03/08/2024 and Dr Nilam Patel on 06/03/2024.

An office visit with Dr. Michelson on 03/13/2024 for a six month follow up for non-ischemic congestive cardiomyopathy, first degree atrioventricular block, obesity and left ventricular cardiac dysfunction noted you were clinically doing well. You were able to do more physical exercise, but you limit yourself in terms of duration. You reported no chest pain, no interval hospitalizations and your weight has been stable. You continue to monitor your blood pressures and they are marginal for any increase in your medical regimen. The BiV ICD/CRT device implanted seems to be working normally. Ongoing treatment included ordering of an echocardiogram and follow up with Dr. Nilam Patel on 06/11/2024, and Dr. Michelson on 09/11/2024.

On 04/25/2024 you were seen by Dr. Warren Stribling. Dr. Stribling noted on your last visit six months ago, he increased your Farxiga dose. Since then, Coreg was increased by Dr. Michelson. You reported feeling well without chest pain, swelling, dizziness or syncope. You expressed you had been active working on the farm without limitations. The cardiovascular examination was unremarkable. It was recommended that you undergo CPX (cardiovascular exercise testing) as some point between now and the next year. You were to follow up with Dr. Stribling in one year.

You were seen by Dr. Nilam Patel on 05/23/2024 for a six month follow up.

An Attending Physician Statement completed by Dr. Mark Dalle-Ave dated 08/21/2024 noted diagnoses of hypertension and chronic heart failure. No work restrictions and limitations were provided.

An Attending Physician Statement completed by Dr. Barry Michelson dated 09/17/2024 noted diagnoses of non-ischemic congestive cardiomyopathy and chronic systolic heart failure. Your symptoms were listed as fatigue, shortness of breath and swelling. Your treatment plan was described as guided directed medical therapy, VIV implanted cardiac defibrillator, aspirin, Carvedilol, Entresto, Farxiga, daily multivitamin and Spironolactone. Your work restrictions were an inability to drive as your occupation is a commercial driver and CDL regulations forbid driving with an ICD.

A Peer Review of the available medical records was completed on 10/08/2024 by Dr. Andre Akhondi, Board Certified in cardiovascular disease. Dr. Akhondi determined your impairing diagnoses to be congestive heart failure, dilated non-ischemic cardiomyopathy, status post biventricular implantable cardioverter defibrillator. Co-morbidities were listed as hypertension and obesity. Dr. Akhondi determined that you have a level of impairment that translates into restrictions and limitations from 08/01/2024 to current and onward. These restrictions and limitations include: never kneel, crouch, crawl, climb ladders, work at unprotected heights, and operate heavy machinery. Due to your ICD you should avoid prolonged contact with magnets or their magnetic field, keep magnets at least six inches from where your ICD device is, and avoid diathermic procedures. You may occasionally lift/carry/push/pull up to 20 pounds, climb stairs, balance, stoop, and reach overhead and below the waist. You may constantly sit and frequently stand and walk. You are unrestricted in reaching to desk level, use of lower extremities for foot controls, fine manipulation, and simple and firm grasp. The expected duration of this level of impairment is until 04/01/2025.

You completed cardiopulmonary exercise test at St Thomas West Hospital on 01/20/2025

On 03/27/2025 you were seen by Dr. Warren Stribling who noted you were feeling well without chest pain, shortness of breath, swelling or syncope. You have positional dizziness, but this is short lived. Your weight has been stable. You reported the ability to to do things like yardwork and walking outdoors without any problems. The CPX results are not suggestive of poor prognosis or need for advanced therapies. Your treatment plan included increase Entresto dose and instructions to follow up in one month.

You underwent a TTE (trans-thoracic echocardiogram) on 04/02/2025.

During a visit with Dr. Warren Stribling on 05/08/2025, you reported occasional palpitations, the ability to walk without issues on even ground, climb two to three flights of stairs, no orthopnea, PND, or edema. However, you also reported you felt dizzy for a few days after increase of sacubitril/valsartan with systolic blood pressures in the 80s but that subsided. The TTE results are unchanged with an ejection fraction of 20%. Treatment was to increase Carvedilol dose, continue with spironolactone, dapagliflozin, and to follow up in three months.

The medical evidence on file supports work restrictions and limitations as outlined in the Peer Review completed by Dr. Andre Akhondi that include never to climb ladders, work at unprotected heights, operate heavy machinery, avoid diathermic (a material or wall that allows heat to pass through it freely) procedures, kneel, crouch or crawl. You may occasionally lift/carry/push/pull 20 pounds, climb stairs, stoop, balance, reach overhead and below your waist. You may frequently stand, walk. It was recommended that you avoid close prolonged contact with magnets or other magnetic fields, keep magnets at least six inches from where your ICD (implantable cardioverter defibrillator) device is implanted. These restrictions and limitations are considered to be permanent given your heart failure and significantly reduced ejection fraction. Improvement is not expected in the future. These restrictions and limitations would prevent you from performing the essential functions of your heavy physical capacity demand own occupation.

We reviewed your past training, education and work experience to evaluate your capacity to perform work-related activity. The documentation provided suggests you are not limited from working in a light work capacity. The definition of light work capacity, as defined by the Department of Labor, is:

Light work may require walking/standing to a significant degree. In certain occupations it requires sitting most of the time but entails pushing/pulling of arm or leg controls; and/or when the job requires working at a production rate pace entailing the constant pushing/pulling of materials even though the weight of those materials is negligible. Light work may require exertion up to 20 lbs. occasionally (1-33%), and/or exertion up to 10 lbs. frequently (34-66%), and/or a negligible degree of exertion constantly (67-100%).

Using *The Dictionary of Occupational Titles* as a reference, we found that you would be capable of performing the following occupations:

| **DOT#** | **Occupation** | **Wage (mean)** | **Physical Demand** |
|---|---|---|---|
| 1. 209.667-014 | Order Caller | $3,373.00/mo | Light |

The preceding list is just a sample of various jobs that you show transferable skills to perform. The list is not all-inclusive and is only a sample of possibilities. The occupations listed are found to exist within the national economy and are appropriate from the standpoint of adequate salary levels relative to your prior earnings. NOTE: Current hiring or job availability is not a consideration when identifying occupational alternatives, only that the occupations identified exists within the national labor market.

**Summary**

In summary, it is our determination that based upon your age, education, training, past work experience and your current abilities, that you are not prevented from performing work in other occupations, even if you can no longer perform your Own Occupation. Therefore, you no longer meet the definition of disability in this policy and benefits will be denied as of 08/07/2025. Your payment for benefits through 08/07/2025 is being sent under separate cover.

We are aware you are receiving other income benefits, such as Social Security Disability Income (SSDI). However, please understand our policy provisions and review process is independent from that of the Social Security Administration (SSA). Although benefits have been approved for SSDI, that decision was based on the SSA's provisions and independent information received by the SSA. The claim decision made under your Lincoln Financial Group Policy was based upon information we have obtained from you, your treating medical professionals, and the results of any internal and/or external reviews of your claim by clinical staff.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

**Appeal Rights**

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

Please include the following with your appeal:

1. The policy and claim number;
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Once we receive your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

If your policy is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency.

In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under law.

REF #30140064

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Charles Z
855-818-2883 x7157
Sr. Claims Examiner, LTD 2
The Lincoln National Life Insurance Company

REF #30140064

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hóló̜. Koji̜' hódíílnih áǫį̜óóǫéą̜́ǫąíę́ę.

Candra B., MS, LPC, CRC
Vocational Rehabilitation Consultant
Group Protection

# Transferable Skills Analysis

**Date: 6/12/2025**
**Claimant Name: David Fields**
**Claim Number: 1230051807**
**Policyholder: East Tennessee Iron & Metal Works, Inc.**
**Pre-disability Earnings: $5346.48**
**Benefit Amount: $3,207.89**

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the insured's transferable skills.

**Resources /Documentation were utilized:**

- Job Description-5/1/2024
- Previous Occupational Analysis- 6/10/2025
- Previous Transferable Skills Analysis-5/7/2024
- Training-Education-Experience 12/5/2024
- Peer Review from Andre Akhondi, MD date 10/4/2024
- Dictionary of Occupational Titles (DOT)
- Occupational Information Network (O*NET)
- Economic Research Institute (ERI) Occupational Assessor

**Restrictions and Limitations:**
I have been asked to base this review on the insured's restrictions and limitations per

Peer Review from Andre Akhondi, MD date 10/4/2024

- Sitting: Constantly
- Standing: Frequently
- Walking: Frequently
- Lifting: Occasionally, up to 20 lbs. BUE
- Carrying: Occasionally, up to 20 lbs. BUE
- Pushing: Occasionally, up to 20 lbs. BUE
- Pulling: Occasionally, up to 20 lbs. BUE
- Climbing stairs: Occasionally
- Balancing: Occasionally
- Stooping: Occasionally
- Kneeling: Never
- Crouching: Never
- Crawling: Never
- Reaching: Occasionally overhead and below waist level; Unrestricted to desk BUE
- Use lower extremities for foot controls: Unrestricted BLE
- Fine manipulation: Unrestricted BUE
- Simple and firm grasping: Unrestricted BUE
- No climbing ladders
- No working at unprotected heights
- No operating heavy machinery
- Due to ICD:
- Avoid close prolonged contact with magnets or their magnetic fields.
- Keep magnets at least six inches from where the device is implanted.

- Avoid diathermic procedures.
- The above-recommended restrictions and limitations are indicated from 8/1/2024 to current and onward with reassessment on or around 04/01/2025.
- The claimant's abilities are sustainable on a full-time basis.

**Education & Training:**
Education: High School Diploma,
Certifications/Licensures: Truck Driver CDL
Computer Skills: E-mail; Internet;
**Work History:**

| DOT Code | Occupation Title | Years Performed | Strength Level |
|---|---|---|---|
| 905.663-014 | Truck Driver, Heavy* | 18 | M |

**Claimant Own Occupation*

**TRANSFERABLE SKILLS:** Knowing how to operate motor vehicles or control movement of marine craft; coordinating eyes, hands, and feet to control movement of vehicle or craft on roads or waterways; observing traffic regulations; and using arithmetic for collecting delivery receipts or money.

**Profile Adjustments:**

- **Strength**: was adjusted to Medium per medical documentation reviewed.
- **Physical adjustments:** were made to reflect the insured's physical abilities as outlined above. All other physical abilities were adjusted to "constantly" as limitations were not specified. Post-hoc analysis was conducted to factor in planar reaching.
- **Environmental Conditions:** were adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to constantly.
- **Noise**: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to very loud.

- **Work Situations (Temperaments):**
- *People Situations*
- Working under specific instructions was included based on the ability to follow supervisory instruction.
- Dealing with people was included based on the ability to communicate with coworkers, customers, or supervisors.
- *Performance Situations*
- Performing a variety of duties was included based on the ability to perform emergency roadside repairs, such as changing tire, installing light bulbs, tire chains, and spark plugs.
- Attaining precise set limits, tolerances, and standards was included based on the ability to follow related safety regulations, contract requirements, company policies, and operating procedures.
- Making judgments and decisions was included based on the ability to make basic decisions required to adhere to employer policies and procedures.

- **Work Functions – Data:**
  Computing was included based on the ability to mileage if trips.
  Copying was included based on the ability to complete necessary documentation, and reporting.

- **Work Functions – People:**
  Taking instructions-helping was included based on the ability to follow supervisory instruction.

- **Work Functions – Things:**
  Manipulating was included based on the ability to maneuver tools and equipment for daily task.
  Handling was included based on the ability to use hands to perform daily task.

- **SVP Level:** No adjustments made.

- **GED**: Adjusted to reflect the insured's associate degree/ High school diploma (Grades 9-12).
- **Aptitudes:** No adjustments made.

**Summary:**
The Transferable Skills Analysis identified occupations that are within the physical abilities and identified skills level.

**Examples of Occupations identified based on national economy labor market and claimant's ability profile analysis:**

| DOT Code | Occupation | Strength | Monthly Wage |
|---|---|---|---|
| 209.667-014 | Order Caller | Light | $3,373 |

**Wage information is based on median 2023 Bureau of Labor Statistical Data*
*** Claimant own Occupation Identified*

I have not met with the insured for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

Respectfully submitted,

Electronically Signed

Candra B., MS, LPC, CRC

Vocational Rehabilitation Counselor

Report produced from SkillTRAN Online Services - by SkillTRAN LLC - www.skilltran.com

# Name: David Fields

## WORK HISTORY

| DOT Code | DOT Title | Strength | SVP | Years | Months | Meets SVP | Included in TSA | CWF |
|---|---|---|---|---|---|---|---|---|
| 905.663-014 | Truck Driver, Heavy | M | 4 | 18 | 0 | y | y | n |

## ABILITY PROFILE

### Strength

| | From Work History | Adjusted Ability |
|---|---|---|
| Maximum | M (Medium) | S (Sedentary) - L (Light) |

### Physical Demands

| | From Work History | Adjusted Ability |
|---|---|---|
| | Posture | |
| CL - Climbing | Occasional | Never |
| BA - Balancing | Never | Never - Occasional |
| ST - Stoop/Bending | Occasional | Never - Occasional |

| | | |
|---|---|---|
| KN - Kneeling | Never | Never |
| CR - Crouching | Occasional | Never |
| CW - Crawling | Never | Never |
| **Manipulation** | | |
| RE - Reaching | Frequent | Never - Frequent |
| HA - Handling | Frequent | Never - No Limit |
| FI - Fingering | Frequent | Never - No Limit |
| **Tactile/Communication** | | |
| FE - Feeling | Never | Never - No Limit |
| TA - Talking | Occasional | Never - No Limit |
| HE - Hearing | Occasional | Never - No Limit |
| TS - Tasting/Smelling | Never | Never - No Limit |
| **Vision** | | |
| NE - Near Acuity | Frequent | Never - No Limit |
| FA - Far Acuity | Frequent | Never - No Limit |
| DE - Depth Perception | Frequent | Never - No Limit |
| AC - Accommodation | Never | Never - No Limit |
| CV - Color Vision | Frequent | Never - No Limit |
| FV - Field of Vision | Frequent | Never - No Limit |

**Environmental Conditions**

| | From Work History | Adjusted Ability |
|---|---|---|
| **Exposure to Work Settings** | | |
| WE - Exposure to Weather | Occasional | Never - No Limit |
| CO - Extreme Cold (non-weather) | Never | Never - No Limit |
| HO - Extreme Heat (non-weather) | Never | Never - No Limit |
| WT - Wet and/or Humid (non-weather) | Never | Never - No Limit |
| NO - Noise Intensity | Loud | Very Quiet - Very Loud |
| VI - Vibration | Never | Never - No Limit |
| AT - Atmospheric Conditions (Fumes, dust, odors) | Never | Never - No Limit |
| **Hazardous Conditions** | | |
| MV - Proximity to Moving Mechanical Parts | Never | Never - No Limit |
| EL - Exposure to Electrical Shock | Never | Never - No Limit |
| HI - Working in High Exposed Places | Never | Never - No Limit |
| RA - Exposure to Radiation | Never | Never - No Limit |
| EX - Working with Explosives | Never | Never - No Limit |
| TX - Exposure to Toxic or Caustic Chemicals | Never | Never - No Limit |
| OT - Other Environmental Conditions | Never | Never - No Limit |

**General Education Development**

| | From Work History | Adjusted Ability |
|---|---|---|

| | | |
|---|---|---|
| R - Reasoning | 3 (Grade 7-8) | 1 (Grade 1-3) - 4 (High School) |
| M - Math | 2 (Grade 4-6) | 1 (Grade 1-3) - 4 (Algebra) |
| L - Language | 2 (Grade 4-6) | 1 (Grade 1-3) - 4 (High School) |

**Specific Vocational Preparation**

| | From Work History | Adjusted Ability |
|---|---|---|
| SVP | 4 (3-6 Months) | 1 (Short Demo Only) - 4 (3-6 Months) |

**Aptitudes**

| | From Work History | Adjusted Ability |
|---|---|---|
| | Cognition | |
| G - General Learning Ability | 3 (Average) | 4 (Below Average) - 3 (Average) |
| V - Verbal | 4 (Below Average) | 5 (Minimal/No Ability) - 4 (Below Average) |
| N - Numerical | 4 (Below Average) | 5 (Minimal/No Ability) - 4 (Below Average) |
| | Perception | |
| S - Spatial Perception | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |
| P - Form Perception | 4 (Below Average) | 5 (Minimal/No Ability) - 4 (Below Average) |
| Q - Clerical Perception | 4 (Below Average) | 5 (Minimal/No Ability) - 4 (Below Average) |
| C - Color Discrimination | 4 (Below Average) | 5 (Minimal/No Ability) - 4 (Below Average) |
| | Dexterity | |
| K - Motor Coordination | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |
| F - Finger Dexterity | 4 (Below Average) | 5 (Minimal/No Ability) - 4 (Below Average) |
| M - Manual Dexterity | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |
| E - Eye-Hand-Foot Coordination | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |

**Work Situations / Temperaments**

| | From Work History | Adjusted Ability |
|---|---|---|
| | People Situations | |
| D - Directing, Controlling, Planning | | Avoid |
| I - Influencing Opinions, Attitudes, Judgments | | Avoid |
| E - Expressing Personal Feelings | | Avoid |

| | | |
|---|---|---|
| A - Working Alone or Apart from Others | | Avoid |
| U - Working Under Specific Instructions | | |
| P - Dealing with People | | |
| **Performance Situations** | | |
| R - Repetitive or Short Cycle Work | In Work History | |
| V - Variety of Work Activities | | |
| S - Performing Effectively Under Stress | | Avoid |
| T - Attaining Precise Set Limits, Tolerances, and Standards | | |
| J - Making Judgments and Decisions | | |

**Worker Functions Demonstrated**

| D - Data | P - People | T - Things |
|---|---|---|
| 6 - Comparing | 6 - Speaking-Signaling | 3 - Driving-Operating |

**Worker Functions Excluded**

| D - Data | P - People | T - Things |
|---|---|---|
| 0 - Synthesizing | 0 - Mentoring | 0 - Setting Up |
| 1 - Coordinating | 1 - Negotiating | 1 - Precision Working |
| 2 - Analyzing | 2 - Instructing | 2 - Operating-Controlling |
| 3 - Compiling | 3 - Supervising | 5 - Tending |
| | 4 - Diverting | 6 - Feeding/Offbearing |
| | 5 - Persuading | |
| | 7 - Serving | |

**Worker Functions Included In the Occupational Search**

| D - Data | P - People | T - Things |
|---|---|---|
| 4 - Computing | 6 - Speaking-Signaling | 3 - Driving-Operating |
| 5 - Copying | 8 - Taking Instructions/Helping | 4 - Manipulating |
| 6 - Comparing | | 7 - Handling |

Report created on 06/13/2025

Candra B., MS, LPC, CRC
Vocational Rehabilitation Consultant
Group Protection

# OCCUPATIONAL ANALYSIS

| | |
|---|---|
| **Claimant Name:** | David Fields |
| **Claim Number:** | 1230051807 |
| **Employer:** | East Tennessee Iron & Metal Works, Inc |
| **Date of Report:** | 6/10/2025 |

An Occupational Analysis was requested to compare the following:

**JOB:**

| | |
|---|---|
| Resources: | Job Description:5/1/2024 |
| Title: | Driver |
| Duties: | • Responsible for maintaining CDL and related requirements as outlined and enforced by TDOT.<br>• Safely Drive a straight shift 10 speed Truck (roll-off, flatbed or trailer) and do all steps required to Load and Unload a Roll-off Box(s), Hopper(s) and/or trailer. A load must be secured which includes tarping, chaining and properly securing load. This process would include climbing or other physically demanding tasks and ability to lift carry or move up to 25 lbs. If over 25 lbs. should be able to run equipment to move scrap or other items to secure the load. |
| Level: | Light to Medium |
| Demands: | This process would include climbing or other physically demanding tasks and ability to lift carry or move up to 25 lbs. If over 25 lbs. should be able to run equipment to move scrap or other items to secure the load. |

*Note: See JD for full list of duties, demands, etc.*

**OCCUPATION:**

| | |
|---|---|
| Resources: | (DOT: 905.663-014; O*NET: 53-3032.00; ERI: 905.663-014) |
| Title: | Truck Driver, Heavy |
| Duties: | Drives truck with capacity of more than 3 tons, to transport materials to and from specified destinations: Drives truck to destination, applying knowledge of commercial driving regulations and area roads. Prepares receipts for load picked up. Collects payment for goods delivered and for delivery charges. May maintain truck log, according to state and federal regulations. May maintain telephone or radio contact with supervisor to receive delivery instructions. May load and unload truck. May inspect truck equipment and supplies, such as tires, lights, brakes, gas, oil, and water. May perform emergency roadside repairs, such as changing tires, installing light bulbs, tire chains, and spark plugs. May position blocks and tie rope around items to secure cargo during transit. When |

| | |
|---|---|
| | driving truck equipped for specific purposes, such as fighting fires, digging holes, and installing and repairing utility company lines, may be designated Fire-Truck Driver (petrol. & gas); Hole-Digger-Truck Driver (construction; tel. & tel.; utilities); Tower-Truck Driver (tel. & tel.; utilities). When specializing in making deliveries, may be designated Delivery-Truck Driver, Heavy (any industry). May be designated according to type of truck driven as Truck Driver, Flatbed (logging). May be designated according to kind of cargo transported as Water Hauler |
| Level: | **M-Medium Work** - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work. |
| Demands: | • <u>Frequent:</u> Handling/Gripping/Grasping, Sitting,<br>• <u>Occasional:</u> Reaching- all directions, Standing, Walking, Bending/Stooping, Crouching/Squatting, Climbing, Balancing, Pushing/Pulling, Fingering/Typing/Keyboarding,<br>• <u>Not Present:</u> Kneeling, Crawling, |

**<u>CLAIMS SPECIALIST PHYSICAL REQUIREMENT REQUESTS (IF ANY)</u>:**
N/A

**<u>SUMMARY</u>:**
The occupation of Truck Driver, Heavy is performed at the Medium physical demand level. Based on the standard vocational resources outlined above, coupled with my vocational expertise, part-time opportunity does exist in this occupation. **Resources utilized included: (DOT: 905.663-014; O*NET: 53-3032.00; ERI: 905.663-014).**

I have not met with the Insured for the purpose of this review. All opinions are based on a review of resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Electronically Signed,*
Candra B., MS, LPC, CRC
License Professional Counselor
Certified Rehabilitation Counselor
Vocational Rehabilitation Consultant
Group Protection
Lincoln Financial Group

Lincoln Financial Group

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

May 1, 2025

FIELDS, DAVID #88454 MEDICA

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

DAVID L FIELDS

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 000010209861000000
Claim Number: 1230051807
Claimant: David Fields

Dear David:

We wish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.

> **TOTAL DISABILITY BENEFIT.** The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:
> 1. is Totally Disabled;
> 2. becomes Disabled while insured for this benefit;
> 3. is under the Regular Care of a Physician; and
> 4. at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

We have submitted requests for copies of office and treatment notes and diagnostic test results from Dr. Barry Michelson for the dates 11/01/2024 to 04/30/2025 and from The Graves Gilbert Clinic for the dates 07/01/2024 to 04/30/2025.

As stated in your policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company. We have made the request to your physicians on your behalf. Please see that the necessary information is submitted to our office within 30 days.

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Charles Z
855-818-2883 x7157
Sr. Claims Examiner, LTD 2
The Lincoln National Life Insurance Company

**FIELDS, David L (id #98454, dob:**

Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (47yo, M) ID# 98454 | **Appt. Date/Time** | 11/25/2024 11:00AM |
| **DOB** | | **Service Dept.** | ETHC_Turkey Creek |
| **Provider** | DUSTIN MCCOY, PA | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130267<br>Prescription: CVS CAREMARK - Member is eligible. | | |

Chief Complaint

6 month follow up

Patient's Care Team

**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-5399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672
**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054

Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4665**

Vitals

| | | |
|---|---|---|
| **Ht:** 6 ft 11/25/2024 11:05 am | **Wt:** 266.4 lbs 11/25/2024 11:05 am | **BP:** 98/60 11/25/2024 11:07 am |
| **BMI:** 36.1 11/25/2024 11:05 am | **HR:** 68 11/25/2024 11:08 am | |

Measurements

None recorded.

Allergies

Reviewed Allergies
**PENICILLINS:** Rash

Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 | entered |
| **carvedilol 12.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWO TIMES A DAY | 11/16/24 | filled |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 | entered |
| **Entresto 49 mg-51 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days, for heart failure. | 11/16/24 | filled |
| **Farxiga 10 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route. | 09/18/24 | filled |
| **Multi Vitamin**<br>Mens vitafusion 1 daily | 02/06/23 | entered |
| **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route for 90 days. | 11/16/24 | filled |
| immune plus<br>11/25/2024 memory kc | | |

Lincoln/Fields 0845

## FIELDS, David L (id #98454, dob:

### Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

### Problems

Reviewed Problems
- Obesity - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Essential hypertension - Onset: 02/06/2023
- Mitral valve regurgitation - Onset: 05/23/2024
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- First degree atrioventricular block - Onset: 06/08/2023
- Heart failure - Onset: 02/09/2023
- Chronic systolic heart failure - Onset: 05/23/2024
- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- Biventricular automatic implantable cardioverter defibrillator in situ - Onset: 05/23/2024
- History of SARS-CoV-2 - Onset: 06/08/2023

### Family History

Family History not reviewed (last reviewed 03/13/2024)

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago. Mother just recently DX with left ventricular hypertrophy

### Social History

Social History not reviewed (last reviewed 03/13/2024)
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
Do you or have you ever used any other forms of tobacco or nicotine?: No
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 09/11/2024
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What is your exercise level?: Occasional (Notes: ADL)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: High school graduate (Notes: local truck driver)
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married

Lincoln/Fields 0846

## FIELDS, David L (id #98454, dob:

**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
First name used: David
Sexual orientation: Straight or heterosexual

### Surgical History

Surgical History not reviewed (last reviewed 03/13/2024)

- Cardiac catheterization (surg) - 2/2023
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

### Past Medical History

Past Medical History not reviewed (last reviewed 03/13/2024)
CHEST PAIN: Y
CONGESTIVE HEART FAILURE: Y
GERD/REFLUX: Y
HIGH BLOOD PRESSURE/HYPERTENSION: Y
OBESITY: Y
PALPITATIONS: Y
SLEEP APNEA: Y
Notes: Please refer to Problem section for most recent PMH/NNP

### Screening

None recorded.

### HPI

Routine 6 month f/u device check, Boston Scietific CRT-D
Patient presents with wife.
Patient continues to do well, very minimal occasional palpitations, mainly noticeable with coughing.
Denies fatigue, dyspnea on exertion and at rest, chest pain/pressure, lightheadedness/dizziness, syncope/near syncope, and edema.

### ROS

Patient reports **palpitations** but reports no chest pressure, no lightheadedness, no chest pain, no dyspnea on exertion, no fatigue, no leg edema, no syncope, no orthopnea, no PND, and no claudication. He reports **cough and sleep apnea** but reports no wheezing, no coughing up blood, and no shortness of breath. He reports **easy bruising** but reports no swollen glands. He reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. He reports no dry eyes, no irritation, and no vision change. He reports no difficulty hearing and no ear pain. He reports no frequent nosebleeds and no nose/sinus problems. He reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. He reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, and no swelling in the extremities. He reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no headaches. He reports no depression, no sleep disturbances, feeling safe in relationship, and no alcohol abuse. He reports no nausea, no vomiting, no diarrhea, and no constipation.
**Additionally reports:**
**I have reviewed these findings and agree. dm**

### Physical Exam

**Constitutional**: General Appearance: well-nourished, well-developed, and appears stated age. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Insight: good judgement.

**Lungs:** Respiratory Effort: unlabored. Chest Exam: normal curvature and no thoracic deformity. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Rate And Rhythm: regular. Heart Sounds: no rub, gallop, or click and normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no edema or peripheral signs of emboli.

**Skin:** Inspection and Palpation: warm and dry; **Device site looks healthy, no hematoma, induration, or erythema.** Nails: no clubbing.

### Procedure Documentation

**93284,26: Multi chamber ICD Programing PaceArt:**
See image documentation for encounter data.

**ITERATIVE:** A representative from the device company did the interrogation of this device with iterative programming changes to evaluate pacing thresholds. I personally evaluated the generated data including all diagnostic findings, and advised the representative on any changes that may have needed to be made. A -26 modifier will be added to the billing charge.

## FIELDS, David L (id #98454, dob:

Assessment / Plan

**1. Biventricular automatic implantable cardioverter defibrillator in situ-**
BSC CRT-D_7/2023

9 years
AP 27%, LVP 99%_DDDR 60/125
some brief of episodes of ATR, likely farfield. 3 episodes of PMT_Monitor 170, VF 200
PVARP increased to help reduce ATR and PMT

Patient continues to do well, very minimal occasional palpitations, mainly noticeable with coughing. May be attributed to runs of ATR/PMT, will ct to monitor with new settings adjustment.

Remote q3 months
RTC 6 mths Sara or Dustin
Z95.810: Presence of automatic (implantable) cardiac defibrillator

**2. Nonischemic congestive cardiomyopathy -**
2022

**EKG:**
2/2023: ST 90, PR 220, QRS 126, RBBB/LPFB, QTc 443
6/2023: SR 65, PR 260, QRS 131 RBBB/LPFB, QTc 433

**Imaging:**
LHC: 2/2023: normal coronaries, EF 10-15%, LVEDP 40, mod MR
Echo: 5/2023: EF 20%, mod LAE, mild AI/TR, mild to mod MR, RVSP 40, LVIDd6.56
Echo: 2/2023: EF 10-15%
Echo: 3/2024: EF 20% mod to sev MR
Cardiac MRI: 2023: EF 27%, akinesis and wall thinning of anterior, inferior, and lateral walls, no evidence of iron overload, 50% subendocardial LGE in the basal and mid lateral walls consistent with infarct pattern, normal RV size and moderate systolic dysfunction EF 32%, mild MR
VO2 at St.Thomas: pending

on Entresto 49-51 mg BID/Farxiga 10 daily/spironolactone 25mg daily/carvedilol 12.5mg BID

s/p CRT-D_7/2023

fup Dr.Michelson/Dr.Stribbling
I42.0: Dilated cardiomyopathy

**3. Chronic systolic heart failure-**
as above
I50.22: Chronic systolic (congestive) heart failure

**4. Essential hypertension -**
2006
I10: Essential (primary) hypertension
- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE

**5. History of SARS-CoV-2 -**
3 episodes so far, no hospitalization
1st and 3rd was severe
diagnosed with HF after 3rd episode
Z86.16: Personal history of COVID-19

**6. First degree atrioventricular block-**
asymptomatic

I44.0: Atrioventricular block, first degree
- HEART BLOCKS: CARE INSTRUCTIONS

**7. Obstructive sleep apnea syndrome -**
2012
compliant to CPAP
G47.33: Obstructive sleep apnea (adult) (pediatric)
- SLEEP APNEA: CARE INSTRUCTIONS

**8. Obesity -**
BMI 35
weight loss advised by diet/exercise
E66.9: Obesity, unspecified
- WHEN YOU WANT TO LOSE WEIGHT: CARE INSTRUCTIONS

- LEARNING ABOUT HEALTHY WEIGHT

**9. Mitral valve regurgitation -**
mgmt per Dr.Michelson and St.Thomas HF team
I34.0: Nonrheumatic mitral (valve) insufficiency
- HEART VALVE DISEASE: CARE INSTRUCTIONS
- MITRAL VALVE REGURGITATION: CARE INSTRUCTIONS

Return to Office
- to see Barry Michelson, MD at ETHC_South on or around 03/11/2025
- Barry Michelson, MD for "Follow-up 15 at ETHC_South on 03/12/2025 at 11:15 AM
- Nilam Patel, MD for "Follow-up 15 at ETHC_Turkey Creek on 05/20/2025 at 03:30 PM

Encounter Sign-Off
Encounter signed-off by DUSTIN MCCOY, PA, 11/25/2024.

Oversight: Encounter reviewed by Nilam Patel, MD on 11/26/2024 at 2:55pm

Encounter performed and documented by DUSTIN MCCOY, PA
Encounter reviewed & signed by DUSTIN MCCOY, PA on 11/25/2024 at 06:02 PM

**FIELDS, David L (id #98454, dob:**

Procedure Documentation #11192204

| Boston Scientific | LATITUDE™ Programming System | Report Created 25 Nov 2024 |
|---|---|---|
| | **Real-time Log Report** | |
| | **Fields , David L** | Last Office Interrogation |
| | Date of Birth | 23 May 2024 |
| | Device: RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode: Monitor + Therapy | 14 Jul 2023 |

**Snapshot-3** | **25 Nov 2024 11:12:19** | **25mm/s**






**FIELDS, David L (id #98454, dob:**

3888 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

| Boston Scientific | LATITUDE™ Programming System | | Report Created 25 Nov 2024 |
|---|---|---|---|
| | **Heart Failure Management Report** | | |
| | **Fields , David L** | | Last Office Interrogation |
| | Date of Birth | | 23 May 2024 |
| | Device | RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode | Monitor + Therapy | 14 Jul 2023 |

**Trends**

HeartLogic™ Heart Failure Index: **5**




The nominal HeartLogic™ Threshold is 16. This patient's HeartLogic™ Threshold can be confirmed in LATITUDE NXT™.

Most recent measurement:

S3: **0.82** mG

S1: **1.52** mG

Thoracic Impedance: **49** Ω

Respiratory Rate: **18** rpm




Lincoln/Fields 0851

**FIELDS, David L (id #98454, dob:**

3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.


LATITUDE™ Programming System
Heart Failure Management Report

Fields , David L
25 Nov 2024 11:15




Lincoln/Fields 0852

**FIELDS, David L (id #98454, dob:**

3868 Software Version: 2.03
G447 Firmware Version: R_v1.00.00(1.0.1)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.


LATITUDE™ Programming System
Heart Failure Management Report

Fields , David L
25 Nov 2024 11:15



3868 Software Version: 2.03
G447 Firmware Version: II_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.


| Boston Scientific | LATITUDE™ Programming System | | Report Created 25 Nov 2024 |
|---|---|---|---|
| | **Arrhythmia Logbook Report** | | |
| | **Fields , David L** | | Last Office Interrogation |
| | Date of Birth | | 23 May 2024 |
| | Device | RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode | Monitor + Therapy | 14 Jul 2023 |

| Event | Date/Time | Type | Therapy | Duration hh:mm:ss |
|---|---|---|---|---|
| RAAT-571 | 24 Nov 2024 18:12 | RA Auto | | -------- |
| RVAT-571 | 24 Nov 2024 18:11 | RV Auto | | -------- |
| LVAT-468 | 24 Nov 2024 18:10 | LV Auto | | -------- |
| ATR-482 | 23 Nov 2024 16:40 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:06 |
| ATR-481 | 22 Nov 2024 17:20 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:08 |
| ATR-480 | 21 Nov 2024 20:36 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:07 |
| ATR-479 | 21 Nov 2024 16:08 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:08 |
| ATR-478 | 21 Nov 2024 10:27 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:08 |
| ATR-477 | 21 Nov 2024 07:40 | ATR | Avg V Rate in ATR: 110 bpm | 00:00:05 |
| ATR-476 | 20 Nov 2024 19:34 | ATR | Avg V Rate in ATR: 115 bpm | 00:00:02 |
| ATR-475 | 20 Nov 2024 19:13 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:07 |
| ATR-474 | 20 Nov 2024 07:59 | ATR | Avg V Rate in ATR: 109 bpm | 00:00:04 |
| ATR-473 | 20 Nov 2024 07:55 | ATR | Avg V Rate in ATR: 99 bpm | 00:00:10 |
| APM-133 | 19 Nov 2024 03:49 | APM RT | | -------- |
| PMT-4 | 07 Nov 2024 13:49 | PMT | | -------- |
| PMT-3 | 26 Aug 2024 15:10 | PMT | | -------- |
| PMT-2 | 13 Jul 2024 21:05 | PMT | | -------- |
| PMT-1 | 29 May 2024 16:56 | PMT | | -------- |
| V-1 | 11 Dec 2023 14:53 | NonSusV | Nonsustained | 00:00:15 |

Lincoln/Fields 0854

3868 Software Version: 2.03
G447 Firmware Version: R_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.
Page 1 of 1

| Boston Scientific | LATITUDE™ Programming System | Report Created 25 Nov 2024 |
|---|---|---|
| | **Selected Episodes Report** | |
| | **Fields , David L** | Last Office Interrogation 23 May 2024 |
| | Date of Birth | |
| | Device RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode Monitor + Therapy | 14 Jul 2023 |

**Event ATR-482: 23 Nov 2024 16:40** **25mm/s**

**ATR Event Onset**
Avg A Rate: 183 bpm
Avg V Rate: 111 bpm
**In ATR**
Avg V Rate: 105 bpm

**Event Ended 00:00:04**



**FIELDS, David L (id #98454, dob:**

3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.


LATITUDE™ Programming System
Selected Episodes Report

Fields , David L
25 Nov 2024 11:15



**FIELDS, David L (id #98454, dob:**

/P-FB 18 | RVP-FB 605 | RVP-FB 613 | RVP-FB 620 | RVP 1000 | RVP 1000 | RVP 865
'P-FB | LVP-FB 0 | LVP-FB 0 | LVP-FB 0 | LVP 0 | LVP 0 | LVP 0
ATR↓ ATR↓ ATR↓
ATR-End
PVP→

3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.






FIELDS, David L (id #98454, dob:






© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.






3888 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.
Page 4 of 4

| Boston Scientific | LATITUDE™ Programming System | Report Created 25 Nov 2024 |
|---|---|---|
| | **Selected Episodes Report** | |
| | **Fields , David** ' | Last Office Interrogation |
| | Date of Birth | 23 May 2024 |
| | Device CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode Monitor + Therapy | 14 Jul 2023 |

**Event PMT-2: 13 Jul 2024 21:06** 25mm/s

**PMT Event Onset**
Avg A Rate: 125 bpm
Avg V Rate: 125 bpm

**Event Ended** --------



**FIELDS, David L (id #98454, dob:**

8868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.








Lincoln/Fields 0860

**FIELDS, David L (id #98454, dob:**




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.








**FIELDS, David L (id #98454, dob:**










**FIELDS, David L (id #98454, dob:**

3888 Software Version: 2.03
G447 Firmware Version: II_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.


| Boston Scientific | LATITUDE™ Programming System | Report Created 25 Nov 2024 |
|---|---|---|
| | **Device Follow-up Report** | |
| | **Fields , David l** | Last Office Interrogation<br>**23 May 2024** |
| | Date of Birth | |
| | Device RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode Monitor + Therapy | **14 Jul 2023** |

**My Alerts**

| | |
|---|---|
| 25 Nov 2024 11:15 | Check LV Lead |

**Events Since Last Reset (23 May 2024)**

| | |
|---|---|
| 23 Nov 2024 16:40 | ATR at 183 bpm, Avg V Rate in ATR: 105 bpm |
| 22 Nov 2024 17:20 | ATR at 149 bpm, Avg V Rate in ATR: 105 bpm |

See last page for full list of Events Since Last Reset.

**Battery OK**

| | |
|---|---|
| Approximate time to explant: | 9 years |
| Charge Time | 10.2 s |
| Last Capacitor Re-form | 03 Jun 2024 03:05 |




| Leads Data | Implant<br>14 Jul 2023 | Previous Session | Most Recent |
|---|---|---|---|
| **Atrial** | | | |
| Intrinsic Amplitude | N/R mV | 2.3 mV | 3.2 mV |
| Pace Impedance | N/R Ω | 758 Ω | 689 Ω |

Lincoln/Fields 0863

**FIELDS, David L (id #98454, dob:**

| | | | |
|---|---|---|---|
| Pace Threshold | N/R V @ N/R ms | Auto 0.5 V @ 0.4 ms | Auto 0.6 V @ 0.4 ms |
| **Right Ventricular** | | | |
| Intrinsic Amplitude | N/R mV | 18.6 mV | Paced mV |
| Pace Impedance | N/R Ω | 450 Ω | 333 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.5 V @ 0.4 ms | Auto 0.6 V @ 0.4 ms |
| **Left Ventricular** | | | |
| Intrinsic Amplitude | N/R mV | 3.5 mV | 5.7 mV |
| Pace Impedance LVa | N/R Ω | 628 Ω | 590 Ω |
| Pace Impedance LVb | | 622 Ω | N/R Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.9 V @ 0.8 ms | Auto 0.7 V @ 0.8 ms |
| **Shock Vector** | | | |
| Shock Impedance | N/R Ω | 74 Ω | 71 Ω |

**Settings**

| | | | |
|---|---|---|---|
| **Ventricular Tachy Settings** | | **Atrial Tachy Settings** | |
| VF 200 bpm ATP | 41.1, 41.1, 41.1x6 | ATR Mode Switch 170 bpm VDIR | |
| VT 170 bpm Monitor Only | | | |
| **Brady/CRT Settings** | | | |
| Mode | DDDR | Pacing Output | |
| Lower Rate Limit | 60 ppm | Atrial | Auto 2.0 V @ 0.4ms |
| Maximum Tracking Rate | 125 ppm | Right Ventricular | Auto 2.0 V @ 0.4ms |
| Maximum Sensor Rate | 130 ppm | Left Ventricular (LVa) | Auto 1.7 V @ 0.8ms |
| Paced AV Delay | 240 - 240 ms | Left Ventricular (LVb) | Off |
| Sensed AV Delay | 180 - 180 ms | Sensitivity | |
| A-Refractory (PVARP) | 240 - 340 ms | Atrial | AGC 0.25 mV |
| RV-Refractory (RVRP) | 230 - 250 ms | Right Ventricular | AGC 0.6 mV |
| LV-Refractory (LVRP) | 250 ms | Left Ventricular | AGC 1.0 mV |
| Ventricular Pacing Chamber | BiV | Leads Configuration (Pace/Sense) | |
| LV Offset | 0 ms | Atrial | Bipolar |
| | | Right Ventricular | Bipolar |
| | | LVa (Pace) | LVTip1>>Can |
| | | LVb (Pace) | Off |
| | | LV (Sense) | LVRing2>>RV |
| | | LV MultiSite Pacing | |
| | | Pacing Order | Off |
| | | Rate Adaptive Pacing | |
| | | Accelerometer | On |



© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.




**Rhythm ID Update**

Last Successful Completion N/R

**Trends**



**FIELDS, David L (id #98454, dob:**

A Pace Impedance
689
Ω

A Pace Threshold
0.6
V

R-Wave (RV) Amplitude
N/R
mV

RV Pace Impedance
333
Ω






© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.




## Trends

Most recent measurement:

RV Pace Threshold
0.6
V



R-Wave (LV) Amplitude: 5.7 mV

LV Pace Impedance: 590 Ω

LV Pace Threshold: 0.7 V

Shock Impedance: 71 Ω






© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.




| Ventricular Tachy Counters | Since Last Reset 23 May 2024 | Device Totals |
|---|---|---|
| **Ventricular Episode Counters** | | |
| Total Episodes | 0 | 1 |
| Treated | | |
| VF Therapy | 0 | 0 |
| VT Therapy | 0 | 0 |
| VT-1 Therapy | 0 | 0 |
| Commanded Therapy | 0 | 0 |
| Non-Treated | | |
| No Therapy Programmed | 0 | 0 |
| Nonsustained Episodes | 0 | 1 |
| Other Untreated Episodes | 0 | 0 |

## FIELDS, David L (id #98454, dob:

| | | |
|---|---|---|
| | -- | -- |
| **Ventricular Therapy Counters** | | |
| ATP Delivered | 0 | 0 |
| ATP % Successful | 0 | 0 |
| Shocks Delivered | 0 | 0 |
| First Shock % Successful | 0 | 0 |
| Shocks Diverted | 0 | 0 |
| **Brady/CRT Counters** | **Reset Before Last** 223 day(s) 12 Oct 2023 to 23 May 2024 | **Since Last Reset** 186 day(s) 23 May 2024 to Today |
| **Counters** | | |
| % A Paced | 37 | 27 |
| % RV Paced | 94 | 90 |
| % LVa Paced | 99 | 99 |
| % LVb Paced | 0 | 0 |
| **Intrinsic Promotion** | | |
| Rate Hysteresis | | |
| % Successful | 0 | 0 |
| **Atrial Arrhythmia** | | |
| % AT/AF (One Year of Data) | <1 | <1 |
| Total Time in AT/AF (min) (One Year of Data) | 12.2 | 30.9 |
| Episodes by Duration | | |
| < 1 minute | 143 | 308 |
| 1 min - < 1 hr | 0 | 0 |
| 1 hr - < 24 hr | 0 | 0 |
| 24 hr - < 48 hr | 0 | 0 |
| > 48 hr | 0 | 0 |
| Total PACs | 53.3K | 53.9K |
| **Ventricular Counters** | | |
| Total PVCs | 54.4K | 36.2K |
| Three or More PVCs | 1 | 2 |
| **Clinical Counters** | **Since Last Reset** 23 May 2024 | **Device Totals** |
| MRI Protection Mode | 0 | 0 |



© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.




**Histograms Reset Before Last (12 Oct 2023)**




Lincoln/Fields 0867







**Histograms Since Last Reset (23 May 2024)**









© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.


**All Events Since Last Reset (23 May 2024)**

| | |
|---|---|
| 24 Nov 2024 18:12 | RA Auto |
| 24 Nov 2024 18:11 | RV Auto |
| 24 Nov 2024 18:10 | LV Auto |
| 23 Nov 2024 16:40 | ATR at 183 bpm, Avg V Rate in ATR: 105 bpm |
| 22 Nov 2024 17:20 | ATR at 149 bpm, Avg V Rate in ATR: 105 bpm |
| 21 Nov 2024 20:36 | ATR at 146 bpm, Avg V Rate in ATR: 103 bpm |

**FIELDS, David L (id #98454, dob:**

| | |
|---|---|
| 21 Nov 2024 16:08 | ATR at 144 bpm, Avg V Rate in ATR: 101 bpm |
| 21 Nov 2024 10:27 | ATR at 182 bpm, Avg V Rate in ATR: 102 bpm |
| 21 Nov 2024 07:40 | ATR at 154 bpm, Avg V Rate in ATR: 110 bpm |
| 20 Nov 2024 19:34 | ATR at 134 bpm, Avg V Rate in ATR: 116 bpm |
| 20 Nov 2024 19:13 | ATR at 144 bpm, Avg V Rate in ATR: 101 bpm |
| 20 Nov 2024 07:59 | ATR at 149 bpm, Avg V Rate in ATR: 109 bpm |
| 20 Nov 2024 07:59 | ATR at 218 bpm, Avg V Rate in ATR: 95 bpm |
| 19 Nov 2024 03:49 | APM RT at 68 bpm |
| 07 Nov 2024 13:49 | PMT at 125 bpm |
| 26 Aug 2024 15:10 | PMT at 125 bpm |
| 13 Jul 2024 21:05 | PMT at 125 bpm |
| 29 May 2024 16:56 | PMT at 125 bpm |



© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (47yo, M) ID# 98454 | **Appt. Date/Time** | 03/12/2025 11:15AM |
| **DOB** | | **Service Dept.** | ETHC_South |
| **Provider** | BARRY MICHELSON, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130267<br>Prescription: CVS CAREMARK - Member is eligible. | | |

Chief Complaint

Followup: Nonischemic congestive cardiomyopathy
Followup: Chronic systolic heart failure
Followup: Essential hypertension
Followup: First degree atrioventricular block
Followup: Left ventricular cardiac dysfunction

Patient's Care Team

**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-5399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672
**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054

Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **BP Cuff Size:** | adult 03/12/2025 10:47 am<br>adult 03/12/2025 10:47 am | **BP Measurement Method:** | manual 03/12/2025 10:47 am<br>manual 03/12/2025 10:47 am | **Ht:** | 6 ft 03/12/2025 10:47 am |
| **Wt:** | 263.4 lbs With clothes 03/12/2025 10:47 am | **BP:** | 104/60 sitting L arm 03/12/2025 10:53 am<br>98/60 standing L arm 03/12/2025 10:53 am | **BMI:** | 35.7 03/12/2025 10:47 am |
| **HR:** | 60 03/12/2025 10:55 am | | | | |

Measurements

None recorded.

Allergies

Reviewed Allergies
**PENICILLINS:** Rash

Medications

Reviewed Medications

| | |
|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 entered |
| **carvediloL 12.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWO TIMES A DAY | 11/16/24 filled |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 entered |
| **Entresto 49 mg-51 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days, for heart failure. | 01/04/25 filled |
| **Farxiga 10 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route for 90 days, for cardiomyopathy. | 01/04/25 filled |

Lincoln/Fields 0870

**Multi Vitamin** 02/06/23 entered
Mens vitafusion 1 daily

**spironolactone 25 mg tablet** 02/21/25 filled
TAKE ONE TABLET BY MOUTH EVERY MORNING FOR FLUID AND BLOOD PRESSURE

immune plus
3/12/25: List...cap

Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

Problems

Reviewed Problems
- Obesity - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Mitral valve regurgitation - Onset: 05/23/2024
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- First degree atrioventricular block - Onset: 06/08/2023
- Chronic systolic heart failure - Onset: 05/23/2024
- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- Biventricular automatic implantable cardioverter defibrillator in situ - Onset: 05/23/2024
- History of SARS-CoV-2 - Onset: 06/08/2023
- Heart failure - Onset: 02/09/2023
- Essential hypertension - Onset: 02/06/2023

Family History

Reviewed Family History

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago. Mother just recently DX with left ventricular hypertrophy

Social History

Reviewed Social History
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
Do you or have you ever used any other forms of tobacco or nicotine?: No
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 03/12/2025
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What is your exercise level?: Occasional (Notes: ADL)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Lifestyle**

Lincoln/Fields 0871

**FIELDS, David L (id #98454, dob:**

Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: High school graduate (Notes: local truck driver)
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
First name used: David
Sexual orientation: Straight or heterosexual

## Surgical & Procedure History

Reviewed Surgical & Procedure History
- Cardiac catheterization (surg) - 2/2023
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

## Past Medical History

Reviewed Past Medical History
CHEST PAIN: **Y**
CONGESTIVE HEART FAILURE: **Y**
GERD/REFLUX: **Y**
HIGH BLOOD PRESSURE/HYPERTENSION: **Y**
OBESITY: **Y**
OTHER-1: **Y - PM/ICD implant**
PALPITATIONS: **Y**
SLEEP APNEA: **Y**
Notes: Please refer to Problem section for most recent PMH/NNP

## Documents for Discussion

**Discussed the following documents:**
- CARDIOPULMONARY STRESS TEST (PROC) - 01/20/25
- Patient Portal - Health History - 03/12/25
- Patient Portal - Patient Submitted Health History - 11/25/24
- Facility - Continuity of Care Document - Tennova - Jefferson Memorial Hospital - 01/21/25
- Cardiology - Ambulatory Summary - Chart ID:2314460 - Warren Stribling - TN - Ascension - Tennessee - W KYLE STRIBLING MD - 01/21/25

## Screening

None recorded.

## HPI

Patient is a 39-year-old male that is asked to be seen in followup for cardiac evaluation. We had seen him about 10 years ago. Abnormal stress test. This led to a cardiac catheterization. A small circumflex arose anomalously from the right coronary cusp. LV function was normal. There is a strong family history of coronary disease in the patient's father beginning at age 33 of 34. He died within the last year of complications of coronary artery disease at age 65.. He also has a cousin who was told that he had an elevated coronary calcium score and subsequently went on to be a catheterization and bypass surgery.

The patient is not having symptoms of chest pain or exercise intolerance dyspnea or orthopnea. No dysrhythmias have been identified. He does have a history of hypertension which she states is typically well controlled. He attributes his elevated blood pressure today to nervousness. Patient does not exercise regularly but is able to do his normal activities without limitation. His last LDL cholesterol 58.

The patient requested follow-up on February 6, 2023. Over the past several weeks he has been complaining of abdominal distention pedal edema and shortness of breath with activity. He contacted Cindy Pittman who is a relative of his. She thought that follow-up was appropriate. The patient reported some vague epigastric and chest discomfort. He went to the emergency room in Rogersville. His chest x-ray suggested borderline cardiomegaly but was otherwise unremarkable. His abdominal gas pattern was normal. His COVID screen was negative. No lab work was done a UTI was not diagnosed based on a urine analysis was. He states in the last several weeks he has gained about 9 or 10 pounds. He feels as if his belly is swollen and distended. He has been treated with multiple GI medications and actually got partial relief. He complained of some fluttering in his chest but no syncope or near syncope. He is not having any chest pain. At its worst he had mild pitting edema just over his lower calfs. He reports he has been watching his diet as far as fluid and salt intake and recently has been eating primarily salads

Patient reports that his bowel habits have increased in frequency. He thinks urination may have diminished mildly

## FIELDS, David L (id #98454, dob:

The patient had an echocardiogram performed which demonstrated severe global left ventricular dysfunction EF of 10 to 15%. Right ventricular function was diminished as well. No hemodynamically significant valvular abnormalities were seen, Troponin was normal proBNP was elevated at 3953 CBC was unremarkable there was mild elevation in ALT and AST BUN and creatinine were normal at 18 and 1.16 bilirubin was 2.5
Because of the findings we brought him back to the office as quickly as possible to initiate therapy. There is really been no change in his status over the last 3 days. We did discuss changes in medications including substituting Entresto for lisinopril and adding carvedilol as well as an SGLT2 2 inhibitor. We also discussed cardiac catheterization to rule out coronary disease as an etiology. We also discussed long-term goals and possible need for ICD or advanced care if he does not respond well to medication

Catheterization was performed. Left ventricle was severely dilated with an EF estimated 10 to 15% end-diastolic pressure was estimated at 40 mmHg. He did not have significant blockages in his coronaries. Appropriate medical therapy was continued. He has lost approximately 20 pounds with diuresis. Overall the patient's breathing has improved. He is not having significant orthopnea. His exercise tolerance is marginally better. He is scheduled to see the St. Thomas heart failure service in April. He has not been monitoring blood pressures at home but I suggested that he do this. His ICD has not discharged (ZOLL LifeVest).

Patient is seen in follow-up on June 23, 2023. Since his last visit he has seen Dr. Patel. There is a plan for implantation of a subcutaneous ICD in July. The MRI was performed as requested by Dr. Stribling. This confirms severe dilated left ventricle with severe left ventricular dysfunction. Interpretation could not exclude prior infarction but this certainly would not be consistent with findings on his coronary angiography.
Patient has been doing reasonably well clinically. He brought in an extensive recordings of his blood pressure heart rate and weight. His blood pressures typically are between 90 and 100 systolic limiting our ability to increase medications. Patient feels that he is much better than at his time of his presentation. He can walk unlimited distances on level ground. He does report some dyspnea when walking uphill. He is not having problems with orthopnea. He is scheduled to see Dr. Stribling in October

The patient was seen in follow-up on September 8, 2023. He actually underwent implantation of a ICD CRT device. He early on had some issues with diaphragmatic pacing but these have been reprogrammed. He has occasional "hiccups". His exercise tolerance is improved but certainly is not where he wants it to be. He keeps a good log of his blood pressure. Blood pressure is marginal for increasing medications. He will occasionally report transient lightheadedness if he is bending over and stands up suddenly. We discussed venous pooling and that this was something that we would keep an eye on but to be aware of it and try movement immediately. He is not having significant problems with edema

Patient is seen in follow-up on March 13, 2024. Clinically he is doing well. He is able to do more physical exercise but limits himself in terms of duration. He is not having any chest pain. He does have occasional "hiccups". Which seem to be positional and are likely due to intermittent phrenic nerve pacing from his BiV ICD. He has had no interval hospitalizations. His weight has been stable. He has not had any edema. He continues to monitor his blood pressures and they are marginal for any increase in his medical regimen (systolics typically 100-104).

Patient is seen in follow-up on September 11, 2024. Clinically he is stable to marginally improved. He has seen Dr. Stribling in the past and is scheduled to go to Nashville after the first of the year to have a 6-minute walk test as well as potentially other testing performed. He is not having significant orthopnea or paroxysmal nocturnal dyspnea. He is not having significant dependent edema. He monitors blood pressures frequently. They tend to be in the 90-100 systolic range limiting any future changes in medications.

The patient is seen in follow-up on March 12, 2025. Since his last visit he has been seen by Dr. Stribling. He evidently had cardiopulmonary testing performed. I believe the conclusion was he is not yet a candidate for transplant. The patient has an appointment to see Dr. Stribling in late March. He has been doing well. He denies problems with chest pain or shortness of breath orthopnea paroxysmal nocturnal dyspnea. To the best of his knowledge he has not had any ICD therapies administered. He states that he walked he thinks for about 10-1/2 minutes on the protocol. It may have been a modified bruise from how he was describing it is 0% grade to begin with. Blood pressures remain a little on the low side but he is not really symptomatic. He has had no interval hospitalizations

ROS

**Constitutional:** Constitutional: no significant weight gain or loss and no fever, night sweats, or exercise intolerance.

**Eyes:** Eyes: no irritation, dry eyes, or vision change.

**ENMT:** Ears: no difficulty hearing or ear pain. Nose: no frequent nosebleeds, nose problems, or sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems.

**Cardiovascular:** Cardiovascular: no shortness of breath when walking or breath when lying down and no palpitations, chest pain, arm pain on exertion, or known heart murmur.

**Respiratory:** Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

**Gastrointestinal:** Gastrointestinal: no vomiting, diarrhea, dyspepsia, GERD, or abdominal pain and normal appetite and not vomiting blood.

**Genitourinary:** Genitourinary: no incontinence, hematuria, difficulty urinating, or increased frequency.

**Musculoskeletal:** Musculoskeletal: no muscle aches or weakness and no arthralgias/joint pain, back pain, or swelling in the extremities.

**Integumentary:** Skin: no jaundice, rashes, laceration, or abnormal mole.

**FIELDS, David L (id #98454, dob:**

**Neurologic:** Neurologic: no weakness, numbness, seizures, dizziness, migraines, headaches, tremor, or loss of consciousness.

**Psychiatric:** Psych: no depression, anxiety, hallucinations, sleep disturbances, alcohol abuse, or suicidal thoughts and feeling safe in a relationship.

**Endocrine:** Endocrine: no fatigue.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no bruising, swollen glands, or excessive bleeding.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, sinus pressure, or frequent sneezing.

Physical Exam

**Constitutional:** General Appearance: appears stated age and **obese**. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:** Lids and Conjunctivae: no xanthelasma or arcus senilis.

**ENMT:** Lips, Teeth, and Gums: normal dentition. Nose: no lesions on external nose.

**Neck:** Neck: supple and trachea midline. Carotid Arteries: bilateral normal upstroke and no bruits. Jugular Veins: jugular venous pressure unable to assess. Cervical Lymph Nodes: non tender.

**Lungs:** Respiratory Effort: unlabored. Chest Exam: normal curvature. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Precordial Exam: non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: **BTK edema** .

**Peripheral Pulses:** Pulses: full and equal in all extremities except if noted. Radial Pulse: normal. Dorsalis Pedis Pulse: normal.

**Abdomen:**: Inspection and Palpation: non distended or tender, normal aorta and bowel sounds, no bruit or masses, and soft. **Abdomen is mildly distended soft with no rebound or guarding**

**Musculoskeletal:** Inspection: no joint tenderness.

**Neurologic:** Gait: normal gait. Motor: normal strength.

**Skin:** Inspection and Palpation: warm and dry.

Assessment / Plan

**1. Primary idiopathic dilated cardiomyopathy -**
Patient has severe global left ventricular dysfunction in the absence of significant coronary disease. We will add spironolactone to his medical regiment increase the dose of carvedilol. He is scheduled for follow-up or evaluation by advanced heart failure team from St. Thomas. He will continue with the LifeVest until we reassess LV function probably in 2 months

The patient is undergone evaluation by the advanced heart failure team at St. Thomas. He is also seen Dr. Patel. He is on a good regimen which has been responsive as far as his symptoms. I do not think we can increase dosing of medications further given his issues with hypotension or low normotension (systolics in the 90s) on his current regimen.

The patient has had a BiV ICD with CRT therapy implant
I42.0: Dilated cardiomyopathy

**2. Nonischemic congestive cardiomyopathy -**
Patient has nonischemic cardiomyopathy. He is on a reasonable medical regimen limited by blood pressure. He is followed by the advanced heart failure clinic at St. Thomas. He is followed by EP and has had a BiV ICD/CRT device implanted which seems to be working normally.

As the patient has had the BiV ICD CRT device in some period of time we will order an echocardiogram.

Stable on current therapy. Blood pressure precludes aggressive intensification. Followed by the heart failure clinic at St. Thomas.
I42.0: Dilated cardiomyopathy

- ELECTROCARDIOGRAM
- NT PROBNP

**3. First degree atrioventricular block**
I44.0: Atrioventricular block, first degree

- HEART BLOCKS: CARE INSTRUCTIONS

**4. Left ventricular cardiac dysfunction**
I50.30: Unspecified diastolic (congestive) heart failure

**5. Essential hypertension -**
continued monitoring of blood pressures suggested to make sure adequate control is being obtained.

Lincoln/Fields 0874

I10: Essential (primary) hypertension
- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE
- CBC (INCLUDES DIFF/PLT)

6. **Lipid screening**
Z13.220: Encounter for screening for lipoid disorders
- COMPREHENSIVE METABOLIC PANEL
- LIPID PANEL WITH REFLEX TO DIRECT LDL

7. **Diabetes mellitus screening**
Z13.1: Encounter for screening for diabetes mellitus
- HEMOGLOBIN A1C

8. **Biventricular implantable cardioverter-defibrillator (ICD) in situ**
Patient has undergone ICD/CRT device implantation monitored by Dr. Patel
Z95.810: Presence of automatic (implantable) cardiac defibrillator

Return to Office
- Nilam Patel, MD for "Follow-up 15 at ETHC_Turkey Creek on 05/20/2025 at 03:30 PM
- Barry Michelson, MD for "Follow-up 15 at ETHC_South on 09/10/2025 at 10:30 AM

Encounter Sign-Off
Encounter signed-off by Barry Michelson, MD, 03/12/2025.

Encounter performed and documented by Barry Michelson, MD
Encounter reviewed & signed by Barry Michelson, MD on 03/12/2025 at 11:18 AM

Lincoln/Fields 0875

FIELDS, David L (Id #98454, dob

Image Documentation

From:

98454 Born 9:19:22 PM FIELDS, DAVID Male

TENNOVA HEALTHCARE

Bato 65 . ATRIAL-VENTRICULAR DUAL-PACED COMPLEXES

PR 243
QRSD 152
QT 466
QTc 475

--AXIS--
P 82
QRS 0
T 64

FIELDS, DAVID

- ABNORMAL ECG -

Unconfirmed Diagnosis



Quest Diagnostics Page 1 of 3 03/13/2025 08:18:48 AM **Report Status: Final**

**FIELDS, DAVID L**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **FIELDS, DAVID L**<br>**DOB** **AGE: 47**<br>Gender: M<br>Phone:<br>Patient ID: 98454 | Specimen: AL493054V<br>Requisition: 1137446<br>Lab Ref #: 936634CE10667<br>Collected: 03/12/2025 / 11:35 EDT<br>Received: 03/12/2025 / 19:56 EDT<br>Reported: 03/13/2025 / 06:35 EDT | Client #: 11982343 QATL000<br>MICHELSON, BARRY<br>TENNOVA HEART SOUTH<br>7323 CHAPMAN HWY<br>KNOXVILLE, TN 37920-0757 |

MRN: 98454 Location: ETHC_SOUTH Ward: 14

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL WITH REFLEX TO DIRECT LDL | | | | |
| CHOLESTEROL, TOTAL | 156 | | <200 mg/dL | AT |
| HDL CHOLESTEROL | 49 | | > OR = 40 mg/dL | AT |
| TRIGLYCERIDES | 106 | | <150 mg/dL | AT |
| LDL-CHOLESTEROL | 87 | | mg/dL (calc) | AT |
| Reference range: <100<br><br>Desirable range <100 mg/dL for primary prevention;<br><70 mg/dL for patients with CHD or diabetic patients<br>with > or = 2 CHD risk factors.<br><br>LDL-C is now calculated using the Martin-Hopkins<br>calculation, which is a validated novel method providing<br>better accuracy than the Friedewald equation in the<br>estimation of LDL-C.<br>Martin SS et al. JAMA. 2013;310(19): 2061-2068<br>(http://education.QuestDiagnostics.com/faq/FAQ164) | | | | |
| CHOL/HDLC RATIO | 3.2 | | <5.0 (calc) | AT |
| NON HDL CHOLESTEROL | 107 | | <130 mg/dL (calc) | AT |
| For patients with diabetes plus 1 major ASCVD risk<br>factor, treating to a non-HDL-C goal of <100 mg/dL<br>(LDL-C of <70 mg/dL) is considered a therapeutic<br>option. | | | | |
| COMPREHENSIVE METABOLIC PANEL | | | | E15 |
| **GLUCOSE** | | **65 L** | 70-110 mg/dL | |
| BUN | 13 | | 5-26 mg/dL | |
| CREATININE | 0.96 | | 0.50-1.10 mg/dL | |
| eGFR NON AFRICAN AMERICAN | 94 | | >=60 mL/min/1.73m | |
| eGFR AFRICAN AMERICAN | 109 | | >=60 mL/min/1.73m | |
| BUN/CREATININE RATIO | 14 | | 6-22 mmol/L | |
| **SODIUM** | | **136 L** | 138-146 mmol/L | |
| POTASSIUM | 4.5 | | 3.5-5.2 mmol/L | |
| CHLORIDE | 101.0 | | 98.0-114.0 mmol/L | |
| CARBON DIOXIDE | 28 | | 22-33 mmol/L | |
| CALCIUM | 9.0 | | 8.5-10.1 mg/dL | |
| TOTAL PROTEIN | 7.7 | | 6.1-8.6 g/dL | |
| ALBUMIN | 4.4 | | 3.5-5.0 g/dL | |
| GLOBULIN | 3.3 | | 1.9-3.7 g/dL | |
| A/G RATIO | 1.3 | | 1.0-2.5 | |
| **BILIRUBIN, TOTAL** | | **1.5 H** | 0.2-1.0 mg/dL | |
| ALKALINE PHOSPHATASE | 72 | | 50-136 IU/L | |
| AST | 29 | | 15-37 IU/L | |
| ALT | 41 | | 13-61 IU/L | |
| ION BALANCE | 7 | | 5-15 mmol/L | |
| OSMOLALITY BLOOD, CALCULATED | 280 | | 270-300 mOsm/kg | |
| CBC (H/H, RBC, INDICES, WBC, PN) | | | | E15 |
| WHITE BLOOD CELL COUNT | 6.8 | | 3.7-10.7 x10 | |
| RED BLOOD CELL COUNT | 4.88 | | 4.00-5.80 Mill/uL | |



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Quest Diagnostics Page 2 of 3 03/13/2025 08:18:48 AM **Report Status: Final**

**FIELDS, DAVID L**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **FIELDS, DAVID L**<br>**DOB** **AGE: 47**<br>Gender: M<br>Patient ID: 98454 | Specimen: AL493054V<br>Collected: 03/12/2025 / 11:35 EDT<br>Received: 03/12/2025 / 19:06 EDT<br>Reported: 03/13/2025 / 06:35 EDT | Client #: 11902343<br>MICHELSON, BARRY |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEMOGLOBIN | 15.1 | | 13.0-17.0 g/dL | |
| HEMATOCRIT | 44.7 | | 39.0-51.0 % | |
| MCV | 93 | | 80-97 fL | |
| MCH | 32 | | 26-33 pg/mL | |
| MCHC | 34 | | 33-36 g/dL | |
| RDW | 13.0 | | 11.5-16.0 % | |
| PLATELET COUNT | 226 | | 130-400 x10 | |
| MPV | 10.7 | | 7.5-11.2 fL | |
| NEUT % AUTO | 56 | | 50-70 % | |
| LYMPH % AUTO | 29 | | 20-40 % | |
| **MONO % AUTO** | | **13 H** | <=11 % | |
| EOS % AUTO | 1 | | 0-4 % | |
| BASO % AUTO | 1 | | 0-2 % | |
| NEUT # AUTO | 2.7 | | 1.4-7.2 x10 | |
| LYMPH# AUTO | 1.4 | | 1.1-3.4 x10 | |
| MONO# AUTO | 0.6 | | 0.0-1.2 x10 | |
| EOS# AUTO | 0.0 | | <=0.5 x10 | |
| BASO# AUTO | 0.0 | | 0.0-0.2 x10 | |
| HEMOGLOBIN A1C | 5.5 | | 0.0-5.7 mg/dL | E15 |

**PERFORMING SITE:**

AT QUEST DIAGNOSTICS-ATLANTA, 1777 MONTREAL CIRCLE, TUCKER, GA 30084-6802 [illegible] CLIA [illegible]

E15 [illegible] TURKEY CREEK, [illegible] PARKSIDE DRIVE, KNOXVILLE, TN [illegible] Laboratory Director WILLIAM [illegible], MD, CLIA [illegible]



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Fields, David (MR # 00577368) DOB:

**PATIENT:Fields, David** **(MR # 00577368)**

**Pro B-Type Natriuretic Peptide: Patient Communication**

4/3/2025 10:40 AM — Not seen

**Pro B-Type Natriuretic Peptide (Order 7292684)**
Lab

Ordering: **Shaw, Alicia, MT**
Authorizing: **Michelson, Barry I, MD**

Date: **4/3/2025**
Ordering Department: **HCMH CLINICAL LAB**

**Pro B-Type Natriuretic Peptide (Accession R25-093-A0003)**

Results:

**Abnormal !**

Status: **Final result** **(Resulted: 4/3/2025 10:40 AM)**

| Component | Value | Ref Range & Units | Status |
|---|---|---|---|
| **NT-pro B-type Natriuretic Peptide (NT-proBNP)** | **882 ^** | 0 - 125 pg/mL | Final |

**Additional Information**

| Specimen ID | Type | Source | Comment |
|---|---|---|---|
| R25-093-A0003 | Blood | | |

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
|---|---|---|---|---|---|
| Apr 3, 2025 | 10:04 AM | Apr 3, 2025 | 10:05 AM | Apr 3, 2025 | 10:40 AM |

**Lab Information**

Lab
HCMH CLINICAL LAB

**Associated Diagnoses**

**Dilated cardiomyopathy (HCC)** [I42.0]

**Order Provider Info**

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Shaw, Alicia, MT | -- | -- | Alicia.Shaw@balladhealth.org |
| Authorizing Provider | Michelson, Barry I, MD | 865-392-3400 | -- | -- |

Visit Date 01/20/2025

Ascension Saint Thomas

**St. Thomas West Hospital**
**4220 Harding Pike**
**Nashville, TN 37205**

**CARDIOPULMONARY EXERCISE TEST REPORT**

| | | | | | |
|---|---|---|---|---|---|
| Identification: | [illegible] | Last Name: | Fields | First Name: | David |
| Date of Birth: | | Height: | 72.0 inch | Gender: | male |
| Age: | 47 years | Weight: | 257.0 lbs | BMI: | 35 kg/m² |
| Technician: | RRT Galbreath Matt | | | | |
| Physician: | Sibling Kyle | | | | |

## SLOPE DATA

| | | Value | (Normal Range) |
|---|---|---|---|
| VO2/Ws | [ml/min/W] | 5.39 | 8.7-11.9 |
| HR/O2Ws | [1/(mL/kg)] | 5.05 | 3.0-4.0 |
| VEO2s | | 19.11 | 23-26 |
| VECO2s | | 32.86 | 26-29 |
| OUESs | [l/min/log10] | 1.75 | |

## PRE EXERCISE SPIROMETRY

| | | PRE | PRED | %PRED |
|---|---|---|---|---|
| FVC | L | 3.38 | 5.45 | 62.0 |
| FEV 1 | L | 3.02 | 4.27 | 70.7 |
| FEV1/FVC | % | 90 | 79 | |
| MVV | L/min | | 142 | |

## CARDIOVASCULAR RESPONSES

| | | REST | AT (VT1) [Manual] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| VO2/kg | [mL/min/kg] | 4.0 | 12.8 | 13.9 | 25.6 | 54 |
| VO2 | [L/min] | 0.47 | 1.50 | 1.62 | 2.98 | 54 |
| VCO2 | [L/min] | 0.38 | 1.40 | 1.67 | | |
| Load | [W] | | 130 | 130 | 208 | 62 |
| HR | [BPM] | 70 | 135 | 144 | 173 | 83 |
| O2pulse | [mL] | 6.7 | 11.1 | 11.3 | 17.2 | 65 |
| HRR | [BPM] | 103 | 37 | 29 | | |
| SBP | [mmHg] | 127 | 140 | 160 | | |
| DBP | [mmHg] | 77 | 77 | 74 | | |

## VENTILATORY RESPONSES

| | | REST | AT (VT1) [Manual] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| VE | [L/min] | 17 | 56 | 80 | 116 | 60 |
| VTex | [L] | 0.736 | 1.584 | 1.632 | | |
| RR | [1/min] | 21.8 | 35.4 | 42.0 | 41.6 | 102 |
| BR (FEV1) | [%] | 84 | 47 | 38 | 26 | 128 |
| BR (MVV) | [%] | | | | | |

## GAS EXCHANGE RESPONSES

| | | REST | AT (VT1) [Manual] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| RER | | 0.81 | 0.97 | 1.03 | | |
| SpO2 | [%] | 96 | 95 | 96 | | |
| VE/VO2 | | 30 | 34 | 35 | | |
| VE/VCO2 | | 37 | 35 | 38 | | |
| VDest/VT | [%] | 22 | 17 | 13 | 19 | 98 |
| PETO2 | [mmHg] | 113.54 | 117.68 | 120.22 | | |
| PETCO2 | [mmHg] | 22.26 | 30.39 | 32.88 | | |

FL4800

FIELDS, DAVI
MSA CARDIO
First Page ImgRank

Visit Date 01/20/2025

## CARDIOPULMONARY EXERCISE GRAPHS: 9-PANEL



**Peak Exercise % Predicted**

VO2 Uptake [L/min] Peak values (R)

0.00 — 85.00 — 120.00 — 94

**Peak Exercise Normative Ranges**

RER-D Peak values (R)

0.80 — 1.10 — 1.30 — 1.05

20490803 2427708546
Fields, David
M

2/8

Visit Date 01/20/2025

## CARDIOPULMONARY EXERCISE GRAPHS: VENTILATORY THRESHOLD










| | | AT (VT1) [Manual] | AT%MaxPred [Manual] |
|---|---|---|---|
| VO2/kg | [mL/min/kg] | 12.9 | 50 |
| VO2 | [L/min] | 1.50 | 50 |
| VCO2 | [L/min] | 1.46 | |
| RER | | 0.97 | |
| VE | [L/min] | 56 | 49 |
| VE/VO2 | | 34 | |
| BR (FEV1) | [%] | 47 | 108 |
| Load | [W] | 130 | 62 |
| SpO2 | [%] | 98 | |
| HR | [BPM] | 138 | 79 |
| SBP | [mmHg] | 140 | |
| DBP | [mmHg] | 77 | |

## CARDIOPULMONARY EXERCISE GRAPHS: BLOOD PRESSURE AND DOUBLE PRODUCT

Blood Pressures

| Time [min] | Load [W] | HR [BPM] | SBP [mmHg] | DBP [mmHg] | DProd [mmHg/min] |
|---|---|---|---|---|---|
| 01:10 | | 71 | 127 | 77 | 9016 |
| 02:30 | 40 | 107 | 127 | 77 | 13589 |
| 03:48 | 40 | 120 | 131 | 78 | 15719 |
| 05:45 | 85 | 128 | 131 | 78 | 16505 |
| 06:49 | 85 | 129 | 140 | 77 | 18058 |
| 08:24 | 130 | 136 | 140 | 77 | 19038 |
| 09:34 | 130 | 146 | 140 | 77 | 20438 |
| 09:51 | 130 | 144 | 150 | 74 | 21598 |

Double Product Graph




Fields, David

3/6

Visit Date 01/20/2025

| Time [min] | Load [W] | HR [BPM] | O2pulse [mL] | SpO2 [%] | VO2/kg [mL/m/... | VO2 [L/min] | VCO2 [L/min] | RER | VE [L/min] | RR [1/min] |
|---|---|---|---|---|---|---|---|---|---|---|
| 00:00 Rest | | | | | | | | | | |
| 00:20 | | 73 | 5.6 | 98 | 3.5 | 0.41 | 0.33 | 0.81 | 16 | 23.1 |
| 00:40 | | 72 | 6.6 | 96 | 4.2 | 0.49 | 0.38 | 0.78 | 17 | 21.6 |
| 01:00 | | 72 | 6.6 | 96 | 4.1 | 0.47 | 0.38 | 0.81 | 17 | 21.3 |
| 01:10 | | 70 | 6.6 | 98 | 4.0 | 0.46 | 0.38 | 0.82 | 17 | 21.5 |
| 01:10 Test | | | | | | | | | | |
| 01:20 | | 71 | 7.5 | 98 | 4.6 | 0.54 | 0.43 | 0.80 | 20 | 28.5 |
| 01:40 | 40 | 86 | 7.4 | 95 | 5.5 | 0.64 | 0.54 | 0.84 | 23 | 23.3 |
| 02:00 | 40 | 90 | 7.3 | 97 | 5.6 | 0.66 | 0.54 | 0.83 | 25 | 30.7 |
| 02:20 | 40 | 96 | 7.8 | 98 | 6.6 | 0.77 | 0.60 | 0.78 | 25 | 27.2 |
| 02:40 | 40 | 110 | 8.7 | 98 | 8.2 | 0.95 | 0.72 | 0.76 | 28 | 26.5 |
| 03:00 | 40 | 114 | 8.7 | 98 | 8.5 | 1.00 | 0.75 | 0.75 | 30 | 25.6 |
| 03:20 | 40 | 116 | 9.0 | 98 | 9.1 | 1.06 | 0.82 | 0.77 | 31 | 25.7 |
| 03:40 | 40 | 116 | 9.0 | 98 | 9.1 | 1.07 | 0.83 | 0.78 | 32 | 26.3 |
| 04:00 | 40 | 120 | 8.9 | | 9.1 | 1.07 | 0.86 | 0.80 | 33 | 28.9 |
| 04:20 | 40 | 118 | 10.1 | 97 | 10.2 | 1.19 | 0.93 | 0.78 | 34 | 28.6 |
| 04:40 | 85 | 118 | 9.5 | 97 | 9.4 | 1.09 | 0.87 | 0.80 | 33 | 27.1 |
| 05:00 | 85 | 117 | 10.5 | 97 | 10.6 | 1.22 | 1.03 | 0.84 | 39 | 28.4 |
| 05:20 | 85 | 121 | 9.7 | 97 | 10.0 | 1.17 | 0.95 | 0.81 | 34 | 26.4 |
| 05:40 | 85 | 123 | 11.0 | 98 | 11.5 | 1.35 | 1.20 | 0.89 | 44 | 29.0 |
| 06:00 | 85 | 127 | 9.9 | 98 | 10.8 | 1.26 | 1.16 | 0.92 | 44 | 30.8 |
| 06:20 | 85 | 129 | 10.0 | 98 | 11.1 | 1.29 | 1.19 | 0.92 | 44 | 29.8 |
| 06:40 | 85 | 127 | 10.8 | 98 | 11.5 | 1.35 | 1.24 | 0.90 | 45 | 29.6 |
| 07:00 | 85 | 127 | 10.3 | 98 | 11.2 | 1.31 | 1.22 | 0.93 | 45 | 32.0 |
| 07:20 | 130 | 125 | 10.9 | 96 | 12.1 | 1.41 | 1.30 | 0.92 | 46 | 28.9 |
| 07:40 | 130 | 131 | 11.0 | 96 | 12.3 | 1.44 | 1.39 | 0.96 | 51 | 32.8 |
| 08:00 | 130 | 133 | 10.3 | 96 | 11.8 | 1.37 | 1.37 | 1.00 | 51 | 31.1 |
| 08:20 | 130 | 136 | 10.6 | 96 | 12.4 | 1.44 | 1.34 | 0.93 | 46 | 30.9 |
| 08:38 OT | | | | | | | | | | |
| 08:40 | 130 | 137 | 10.9 | 98 | 12.8 | 1.49 | 1.49 | 1.00 | 59 | 35.6 |
| 09:00 | 130 | 141 | 10.3 | 98 | 12.4 | 1.45 | 1.48 | 1.02 | 60 | 35.3 |
| 09:20 | 130 | 144 | 10.6 | 98 | 13.0 | 1.52 | 1.56 | 1.02 | 61 | 30.7 |
| 09:40 | 130 | 146 | 10.6 | 98 | 13.2 | 1.54 | 1.59 | 1.03 | 64 | 37.2 |
| 10:00 | 130 | 144 | 11.6 | 97 | 14.3 | 1.67 | 1.61 | 0.96 | 60 | 37.7 |
| 10:20 | 225 | 144 | 11.1 | 96 | 13.7 | 1.60 | 1.64 | 1.02 | 65 | 38.1 |
| 10:35 | 225 | 148 | 9.6 | 95 | 12.4 | 1.46 | 1.65 | 1.13 | 76 | 41.4 |
| 10:36 Recovery | | | | | | | | | | |
| 10:40 | 225 | 148 | 6.1 | | 7.8 | 0.91 | 1.00 | 1.10 | 46 | 37.0 |
| 11:00 | 30 | 148 | 9.9 | 94 | 12.4 | 1.45 | 1.46 | 1.00 | 66 | 37.6 |
| 11:20 | | 137 | 11.5 | | 16.0 | 1.57 | 1.43 | 0.91 | 45 | 26.1 |
| 11:40 | | 131 | 12.1 | | 13.6 | 1.58 | 1.45 | 0.92 | 44 | 25.6 |

20450603 2427788646
Fields, David

4/6

From: 01/21/2025 11:35 #174 P.005/006

Vm Date:01/20/2025

VE/VCO2 Slope




| | Value |
|---|---|
| VE/CO2 | 32.85 |

Fields, David

6/6

From: 01/21/2026 11:06 #174 P.006/006

Visit Date 01/20/2026



FIELDS, DAVI MB4 CARDIO

* 1140679Ey10807 Last Page Img Result

6/6

| Ordering Provider | . | Performing facility | Warren K Stribling MD |
|---|---|---|---|
| Reported Date | | Accession ID | |
| Performed Date | | | |

View XML  Save XML

# Continuity of Care Document for David L Fields

## Most Recent Encounter

03/27/2025 Warren Stribling: 10800 Parkside Drive , KNOXVILLE, TN 37934-1922, USA, Ph. tel: (615) 222-3945

## Assessment

No assessment recorded.

## Plan of Treatment

| Reminders | | Order Date | Submit Date | Provider | Last Modified By | Organization Details | Last Modified Time | Details |
|---|---|---|---|---|---|---|---|---|
| Appointments | Established Patient 15 | 08/07/2025 12:00PM | | Don Chomsky MD | Not available | Not available | Not available | |
| Lab | None recorded. | | | | | | | |
| Referral | None recorded. | | | | | | | |
| Procedures | None recorded. | | | | | | | |
| Surgeries | None recorded. | | | | | | | |
| Imaging | US, echocardiogram | 03/27/2025 | 03/27/2025 | | mmatlock6 | Jefferson Memorial Hospital (Lab/Imaging), 110 Hospital Dr, Jefferson City, TN, 37760, Ph (865) 471-2290 | 04/10/2025 12:32:12 | |
| Medication Orders | Entresto 97 mg-103 mg tablet | 03/27/2025 | 03/27/2025 | | ATHENA | U-Save Drug Center, 4017 Hwy 66 # 7, Rogersville, TN, 37857, Ph (423) 272-6408 | 04/16/2025 09:53:38 | |

Patient Targets No targets recorded.
Patient Instructions

| Encounter Date | Encounter Id | Patient Instructions | Last Modified By | Organization Details | Last Modified Time |
|---|---|---|---|---|---|
| 03/27/2025 | 14652458 | medical record request* - Please fax results of most recent bmp/cmp to 615-222-5399. Thank you. | wstribling | Not available | 03/28/2025 14:57:30 |
| | | medical record request* - Please fax results of most recent bmp/cmp to 615-222-5399. Thank you. | wstribling | Not available | 03/28/2025 14:57:30 |

## Reason for Referral

None Reported.

Lincoln/Fields 0886

## Results

| Created Date | Observation Date | Name | Description | Value | Unit | Range | Abnormal Flag | Note | LastModifiedBy | Organization Detail | LastModifiedTime |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/04/2025 | 04/02/2025 | US, echocardiogram | | No observation recorded. | | | | | ATHENA | Jefferson Memorial Hospital 110 Hospital Dr, Jefferson City, TN, 37760-5281, Ph (865) 471-2500 | 04/17/2025 08:47:49 |

Result Notes

None recorded.

## Problems

No Known Problems

## Procedures

Surgical History

| Date | Name | Laterality | Status | Provider Name and Address | Organization Details | Recorded Time |
|---|---|---|---|---|---|---|
| 04/02/2025 | Echo | | completed | Melissa Matlock | TN - Ascension - Tennessee | 04/10/2025 12:35:40 |
| 01/20/2025 | Cardiopulm exercise testing | | completed | Melissa Matlock | TN - Ascension - Tennessee | 01/21/2025 09:51:57 |
| 03/29/2024 | Echo | | completed | Arantxa Lopez Alvarez | TN - Ascension - Tennessee | 04/26/2024 11:34:17 |
| 07/14/2023 | insertion of biventricular implantable cardioverter defibrillator | | completed | Meredith Bower | TN - Ascension - Tennessee | 10/12/2023 12:15:16 |
| 06/15/2023 | cardiac MRI | | completed | Arantxa Lopez Alvarez | TN - Ascension - Tennessee | 06/27/2023 08:49:58 |
| 05/08/2023 | Echo | | completed | Arantxa Lopez Alvarez | TN - Ascension - Tennessee | 06/27/2023 08:51:35 |
| 02/17/2023 | cardiac catheterization | | completed | Arantxa Lopez Alvarez | TN - Ascension - Tennessee | 04/12/2023 08:37:59 |
| 02/09/2023 | Echo | | completed | Arantxa Lopez Alvarez | TN - Ascension - Tennessee | 04/12/2023 08:42:14 |

Imaging Results

None recorded.

Procedure Notes

None recorded.

## Medical Equipment

None Reported.

## Allergies

| Allergen ID | Allergen Name | Allergen Category | Reaction | Reaction Severity | Criticality | Documentation Date | Start Date | Code | Code System | Note | Provider Name and Address | Organization Details | Recorded Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 831202 | Product containing penicillin (product) | medication | Not available | Not available | Not available | 04/13/2023 | | 890458001 | SNOMED | | Arantxa Lopez Alvarez null, | TN - Ascension - Tennessee | 04/13/2023 14:04:12 |

## Medications

| Name | Sig | Start Date | Stop Date | Status | Note | LastModified by | Organization Details | LastModified Time |
|---|---|---|---|---|---|---|---|---|
| carvedilol 6.25 mg tablet | Take 1 tablet twice a day by oral route. | | 04/25/2024 | completed | | Not Available | Not Available | Not Available |
| carvedilol 12.5 mg tablet | Take 1.5 tablets twice a day by oral route for 90 days. | 05/08/2025 | | active | | Not Available | Not Available | Not Available |
| aspirin 81 mg tablet,delayed release | Take 1 tablet every day by oral route. | | | active | | Not Available | Not Available | Not Available |
| spironolactone 25 mg tablet | Take 1 tablet every day by oral route. | | | active | | Not Available | Not Available | Not Available |
| famotidine 20 mg tablet | Take 1 tablet twice a day by oral route. | | 10/12/2023 | completed | | Not Available | Not Available | Not Available |
| esomeprazole magnesium 40 mg capsule,delayed release | Take 1 capsule every day by oral route. | | 10/12/2023 | completed | | Not Available | Not Available | Not Available |
| multivitamin | 1 tab daily | | | active | | Not Available | Not Available | Not Available |
| Zyrtec 10 mg capsule | Take 1 capsule every day by oral route. | | | active | | Not Available | Not Available | Not Available |
| Farxiga 10 mg tablet | Take 1 tablet every day by oral route. | 10/12/2023 | | active | | Not Available | Not Available | Not Available |
| Farxiga 5 mg tablet | Take 1 tablet every day by oral route. | | 10/12/2023 | completed | | Not Available | Not Available | Not Available |
| Entresto 97 mg-103 mg tablet | Take 1 tablet twice a day by oral route for 90 days. | 03/27/2025 | | active | | Not Available | Not Available | Not Available |
| Entresto 49 mg-51 mg tablet | Take 1 tablet twice a day by oral route. | | 03/27/2025 | completed | | Not Available | Not Available | Not Available |

## Vitals

| Date Recorded | Body height | Body mass index (BMI) | Body weight | Heart rate | Systolic blood pressure | Diastolic blood pressure | Provider Name and Address | Organization Details | Last Updated DateTime |
|---|---|---|---|---|---|---|---|---|---|
| 03/27/2025 | 182.88 cm | 36.1 kg/m2 | 120655.57 g | 60 /min | 113 mm[Hg] | 80 mm[Hg] | Arantxa Lopez Alvarez | TN - Ascension - Tennessee | 03/27/2025 12:03:18 |

## Social History

None recorded.

## Functional Status

None recorded.

Lincoln/Fields 0888

## Mental Status
None recorded.

## Family History
Nothing Reported.

## Medical History
No medical history recorded.

## Immunizations
None recorded.

## Past Encounters

| Encounter ID | Performer | Location | Encounter Start Date | Encounter Closed Date | Diagnosis/Indication | Diagnosis SNOMED-CT Code | Diagnosis ICD10 Code | Diagnosis Note |
|---|---|---|---|---|---|---|---|---|
| 14652458 | Warren K Stribling MD | STPS_ST Hrt CHF_Turkey Creek<br>10800 Parkside Drive<br>KNOXVILLE, TN 37934-1922 | 03/27/2025 10:12:13 | 03/28/2025 08:58:12 | Chronic systolic heart failure | 441481004 | I50.22 | He has stage C HF w/ stable NYHA class II symptoms. He is on reasonable GDMT and has undergone CRT-D. CPX is not suggestive of poor prognosis or need for advanced therapies. Getting recent labs from Dr. Michelson. Increase Entresto to max dose and fu in 1 month for labs and bp check w/ NP |
| | | | | | Nonischemic congestive cardiomyopathy | 111000119104 | I42.0 | Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation. He is being treated w/ GDMT and has undergone CRT-D though I am uncertain this will lead to much improvement as QRS duration was not very long and he did not have LBBB. Repeat echo to eval LVSF and mitral valve as he has had MR in past. |
| | | | | | Body mass index 40+ - severely obese | 408512008 | Z68.42 | Stable, c/w wt loss and exercise. |
| | | | | | Obstructive sleep apnea syndrome | 78275009 | G47.33 | On CPAP and tolerating. |

## Goals Section
None Recorded

## Health Concerns Section

| Related Observation | LastModified by | Organization Details | LastModified Time |
|---|---|---|---|
| None Recorded | | | |

| Concern | Status | LastModified by | Organization Details | LastModified Time |
|---|---|---|---|---|
| None Recorded | | | | |

Lincoln/Fields 0889

## Payers

| Encounter Date | Sequence | Insurance Name | Policy Number | Policy Holder | Covered Member ID | Holder Member ID | Guarantor Name |
|---|---|---|---|---|---|---|---|
| 03/27/2025 | 1 | BCBS-TN (PPO) | 130287 | Melinda L Fields | ZES910050197 | | Melinda L Fields |

## Notes

| Date | Note Type | Note | Provider Name and Address | Organization Details | Recorded Time |
|---|---|---|---|---|---|
| 03/27/2025 | text/html | Mr. Fields is a 46 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.<br>On his last visit 1 year ago, no med changes were made. CPX was ordered and shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE was advised but not pursued. He feels well. He denies CP, SOB, swelling, or syncope. Has positional dizziness but this is short-lived. Wt has been stable. He has been able to do things like yardwork and walking outdoors w/o problems. | Warren K Stribling MD<br><br>300 20th Avenue North Suite 403, Nashville ,<br><br>TN, 37203-5180, US | TN - Ascension - Tennessee | 03/28/2025 14:58:49 |

## Demographics

| | | | |
|---|---|---|---|
| **Sex:** | Male | **Ethnicity:** | Information not available |
| **DOB:** | | **Race:** | Information not available |
| **Preferred language:** | Information not available | **Marital status:** | Information not available |

**Contact:** 1199 STANLEY VALLEY RD, 1199 STANLEY VALLEY RD, 1199 STANLEY VALLEY RD, 6116, USA, Ph. tel:+1-(423) 921-2189

## Care Team Members

**Primary Care Provider**

| | |
|---|---|
| MARK DALLE AVE | 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph. tel: (423) 921-1600 |

Lincoln/Fields 0890

| Ordering Provider | | Performing facility | |
|---|---|---|---|
| Reported Date | | Accession ID | |
| Performed Date | | | |

View XML Save XML

# Data Portability for David L Fields

## Assessment

| Encounter Date | Assessment Date | Assessment | LastModified by | Organization Details | LastModified Time |
|---|---|---|---|---|---|
| 05/08/2025 | 05/08/2025 | This visit encompassed the longitudinal relationship with the patient for the care outlined in my assessment and plan. | kakat | Not available | 05/08/2025 18:02:51 |

## Plan of Treatment

| Reminders | | Order Date | Submit Date | Provider | Last Modified By | Organization Details | Last Modified Time | Details |
|---|---|---|---|---|---|---|---|---|
| Appointments | Established Patient 15 | 08/07/2025 12:00PM | | Don Chomsky MD | Not available | Not available | Not available | |
| Lab | basic metabolic 1998 panel, serum or plasma | 04/13/2023 | 04/13/2023 | | alopezalvarez | Labcorp (Burlington), 1447 York Ct, Burlington, NC, 27215, Ph (336) 584-5171 | 04/13/2023 14:36:41 | |
| | BNP (B-type natriuretic peptide), serum or plasma | 04/13/2023 | 04/13/2023 | | alopezalvarez | Labcorp (Burlington), 1447 York Ct, Burlington, NC, 27215, Ph (336) 584-5171 | 04/13/2023 14:36:41 | |
| Referral | None recorded. | | | | | | | |
| Procedures | cardiopulmonary stress test (PROC) | 04/25/2024 | 04/25/2024 | | ATHENA | Saint Thomas Outpatient Cardiac Imaging (West), 4230 Harding Rd, Ste 325, Nashville, TN, 37205-2018, Ph (615) 269-4545 | 01/20/2025 14:36:03 | |
| Surgeries | None recorded. | | | | | | | |
| Imaging | US, echocardiogram | 03/27/2025 | 03/27/2025 | | mmallock6 | Jefferson Memorial Hospital (Lab/Imaging), 110 Hospital Dr, Jefferson City, TN, 37760, Ph (865) 471-2290 | 04/10/2025 12:32:12 | |
| Medication Orders | carvedilol 12.5 mg tablet | 05/08/2025 | 05/08/2025 | | kakat | U-Save Drug Center, 4017 Hwy 66 # 7, Rogersville, TN, 37857, Ph (423) 272-6408 | 05/08/2025 19:24:06 | |
| | Entresto 97 mg-103 mg tablet | 03/27/2025 | 03/27/2025 | | ATHENA | U-Save Drug Center, 4017 Hwy 66 # 7, Rogersville, TN, 37857, Ph (423) 272-6408 | 04/16/2025 09:53:38 | |
| | Farxiga 10 mg tablet | 10/12/2023 | 10/12/2023 | | wstribling | U-Save Drug Center, 4017 Hwy 66 # 7, Rogersville, TN, 37857, Ph (423) 272-6408 | 10/13/2023 | |

Patient Targets No targets recorded.
Patient Instructions

| Encounter Date | Encounter Id | Patient Instructions | Last Modified By | Organization Details | Last Modified Time |
|---|---|---|---|---|---|
| 04/13/2023 | 11928822 | body mass index: care instructions | wstribling | Not available | 04/17/2023 09:54:23 |
| | | learning about healthy weight | wstribling | Not available | 04/17/2023 09:54:23 |
| | | sleep apnea: care instructions | wstribling | Not available | 04/17/2023 09:54:23 |
| 03/27/2025 | 14652458 | medical record request* - Please fax results of most recent bmp/cmp to 615-222-5399. Thank you. | wstribling | Not available | 03/28/2025 14:57:30 |
| | | medical record request* - Please fax results of most recent bmp/cmp to 615-222-5399. Thank you. | wstribling | Not available | 03/28/2025 14:57:30 |
| 05/08/2025 | 14831305 | medical record request* - Please fax results of most recent bmp/cmp to 615-222-5399. Thank you. | ATHENAFAX | Not available | 05/08/2025 18:10:30 |

## Reason for Referral

None Reported.

## Results

| Created Date | Observation Date | Name | Description | Value | Unit | Range | Abnormal Flag | Note | LastModifiedBy | Organization Detail | LastModifiedTime |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/06/2024 | 03/29/2024 | US, echocardiogram, transthoracic, complete, w/ color flow | | No observation recorded. | | | | | alopezalvarez | Jefferson Memorial Hospital 110 Hospital Dr, Jefferson City, TN, 37760-5281, Ph (865) 471-2500 | 06/13/2024 12:11:35 |
| 01/20/2025 | 01/20/2025 | cardiopulmonary stress test (PROC) | | No observation recorded. | | | | | ATHENA | Pulmonary Health At Saint Thomas West 4220 Harding Pike, Nashville, TN, 37205, Ph (615) 284-5098 | 01/24/2025 16:02:33 |
| 04/04/2025 | 04/02/2025 | US, echocardiogram | | No observation recorded. | | | | | ATHENA | Jefferson Memorial Hospital 110 Hospital Dr, Jefferson City, TN, 37760-5281, Ph (865) 471-2500 | 04/17/2025 08:47:49 |

Result Notes

None recorded.

## Problems

No Known Problems

## Procedures

Surgical History

| Date | Name | Laterality | Status | Provider Name and Address | Organization Details | Recorded Time |
|---|---|---|---|---|---|---|
| 04/02/2025 | Echo | | completed | Melissa Matlock | TN - Ascension - Tennessee | 04/10/2025 12:35:40 |
| 01/20/2025 | Cardiopulm exercise testing | | completed | Melissa Matlock | TN - Ascension - Tennessee | 01/21/2025 09:51:57 |
| 03/29/2024 | Echo | | completed | Arantxa Lopez Alvarez | TN - Ascension - Tennessee | 04/26/2024 11:34:17 |
| 07/14/2023 | insertion of biventricular implantable cardioverter defibrillator | | completed | Meredith Bower | TN - Ascension - Tennessee | 10/12/2023 12:15:16 |
| 06/15/2023 | cardiac MRI | | completed | Arantxa Lopez Alvarez | TN - Ascension - Tennessee | 06/27/2023 08:49:58 |
| 05/08/2023 | Echo | | completed | Arantxa Lopez Alvarez | TN - Ascension - Tennessee | 06/27/2023 08:51:35 |
| 02/17/2023 | cardiac catheterization | | completed | Arantxa Lopez Alvarez | TN - Ascension - Tennessee | 04/12/2023 08:37:59 |
| 02/09/2023 | Echo | | completed | Arantxa Lopez Alvarez | TN - Ascension - Tennessee | 04/12/2023 08:42:14 |

Imaging Results

| Imaging Date | Name | Status | LastModified by | Organization Details | LastModified Time |
|---|---|---|---|---|---|
| 03/29/2024 | US, echocardiogram, transthoracic, complete, w/ color flow | completed | alopezalvarez | Jefferson Memorial Hospital 110 Hospital Dr, Jefferson City, TN, 37760-5281, Ph (865) 471-2500 | 06/13/2024 12:11:35 |
| 01/20/2025 | cardiopulmonary stress test (PROC) | completed | ATHENA | Pulmonary Health At Saint Thomas West 4220 Harding Pike, Nashville, TN, 37205, Ph (615) 284-5098 | 01/24/2025 16:02:33 |
| 04/02/2025 | US, echocardiogram | completed | ATHENA | Jefferson Memorial Hospital 110 Hospital Dr, Jefferson City, TN, 37760-5281, Ph (865) 471-2500 | 04/17/2025 08:47:49 |

Procedure Notes

None recorded.

## Medical Equipment

None Reported.

## Allergies

| Allergen ID | Allergen Name | Allergen Category | Reaction | Reaction Severity | Criticality | Documentation Date | Start Date | Code | Code System | Note | Provider Name and Address | Organization Details | Recorded Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 831202 | Product containing penicillin (product) | medication | Not available | Not available | Not available | 04/13/2023 | | 890458001 | SNOMED | | Arantxa Lopez Alvarez<br>null, | TN - Ascension - Tennessee | 04/13/2023 14:04:12 |

## Medications

| Name | Sig | Start Date | Stop Date | Status | Note | LastModified by | Organization Details | LastModified Time |
|---|---|---|---|---|---|---|---|---|
| carvedilol 6.25 mg tablet | Take 1 tablet twice a day by oral route. | | 04/25/2024 | completed | | Not Available | Not Available | Not Available |
| carvedilol 12.5 mg tablet | Take 1.5 tablets twice a day by oral route for 90 days. | 05/08/2025 | | active | | Not Available | Not Available | Not Available |
| aspirin 81 mg tablet,delayed release | Take 1 tablet every day by oral route. | | | active | | Not Available | Not Available | Not Available |
| spironolactone 25 mg tablet | Take 1 tablet every day by oral route. | | | active | | Not Available | Not Available | Not Available |
| famotidine 20 mg tablet | Take 1 tablet twice a day by oral route. | | 10/12/2023 | completed | | Not Available | Not Available | Not Available |
| esomeprazole magnesium 40 mg capsule,delayed release | Take 1 capsule every day by oral route. | | 10/12/2023 | completed | | Not Available | Not Available | Not Available |
| multivitamin | 1 tab daily | | | active | | Not Available | Not Available | Not Available |
| Zyrtec 10 mg capsule | Take 1 capsule every day by oral route. | | | active | | Not Available | Not Available | Not Available |
| Farxiga 10 mg tablet | Take 1 tablet every day by oral route. | 10/12/2023 | | active | | Not Available | Not Available | Not Available |
| Farxiga 5 mg tablet | Take 1 tablet every day by oral route. | | 10/12/2023 | completed | | Not Available | Not Available | Not Available |
| Entresto 97 mg-103 mg tablet | Take 1 tablet twice a day by oral route for 90 days. | 03/27/2025 | | active | | Not Available | Not Available | Not Available |
| Entresto 49 mg-51 mg tablet | Take 1 tablet twice a day by oral route. | | 03/27/2025 | completed | | Not Available | Not Available | Not Available |

## Vitals

| Date Recorded | Body weight | Heart rate | Systolic blood pressure | Diastolic blood pressure | Provider Name and Address | Organization Details | Last Updated DateTime |
|---|---|---|---|---|---|---|---|
| 04/13/2023 | 120746.29 g | 62 /min | 94 mm[Hg] | 61 mm[Hg] | Arantxa Lopez Alvarez | TN - Ascension - Tennessee | 04/13/2023 14:34:54 |

| Date Recorded | Body height | Body mass index (BMI) | Body weight | Heart rate | Systolic blood pressure | Diastolic blood pressure | Provider Name and Address | Organization Details | Last Updated DateTime |
|---|---|---|---|---|---|---|---|---|---|
| 10/12/2023 | 182.88 cm | 35.3 kg/m2 | 118024.73 g | 66 /min | 106 mm[Hg] | 67 mm[Hg] | Meredith Bower | TN - Ascension - Tennessee | 10/12/2023 11:18:35 |
| 04/25/2024 | 182.88 cm | 35.3 kg/m2 | 118024.73 g | 60 /min | 107 mm[Hg] | 71 mm[Hg] | Melissa Matlock | TN - Ascension - Tennessee | 04/25/2024 11:20:40 |
| 03/27/2025 | 182.88 cm | 36.1 kg/m2 | 120655.57 g | 60 /min | 113 mm[Hg] | 80 mm[Hg] | Arantxa Lopez Alvarez | TN - Ascension - Tennessee | 03/27/2025 12:03:18 |
| 05/08/2025 | 182.88 cm | 36.1 kg/m2 | 120837.01 g | 64 /min | 103 mm[Hg] | 66 mm[Hg] | Priscilla Camposarcone | TN - Ascension - Tennessee | 05/08/2025 11:49:24 |

## Social History

None recorded.

## Functional Status

None recorded.

## Mental Status

None recorded.

## Family History

Nothing Reported.

## Medical History

No medical history recorded.

## Immunizations

None recorded.

## Past Encounters

| Encounter ID | Performer | Location | Encounter Start Date | Encounter Closed Date | Diagnosis/Indication | Diagnosis SNOMED-CT Code | Diagnosis ICD10 Code | Diagnosis Note |
|---|---|---|---|---|---|---|---|---|
| 11926822 | Warren K Stribling MD | STPS_ST Hrt CHF_Turkey Creek<br>10800 Parkside Drive<br>KNOXVILLE, TN 37934-1922 | 04/13/2023 08:58:00 | 04/14/2023 16:31:50 | Chronic systolic heart failure | 441481004 | I50.22 | He has stage C HF w/ improving NYHA class II symptoms. He is on reasonable GDMT that cannot be uptitrated due to relative hypotension and is not requiring loop diuretics any longer. c/w current GDMT and check BMP and BNP after recent initiation of spiro. He will fu with us in 6mo and Dr. Michaelson in interim |
| | | | | | Nonischemic congestive cardiomyopathy | 111000119104 | I42.0 | ? etiology. May be r/t myocarditis from COVID19 or idiopathic. c/w current GDMT. Would advise repeat assessment of LVSF in 4-6 weeks w/ cardiac MRI rather than echo to determine need for PP ICD and better evaluate etiology of CM. No options for CRT based on recent EKG review. Will dw Dr. Michaelson. |
| | | | | | Body mass index 40+ - severely obese | 408512008 | Z68.42 | This is improving. I have advised ongoing wt loss and moderate exercise. |
| | | | | | Obstructive sleep apnea syndrome | 78275009 | G47.33 | On CPAP and tolerating. |
| 12599036 | Warren K Stribling MD | STPS_ST Hrt CHF_Turkey Creek<br>10800 Parkside Drive | 10/12/2023 09:35:20 | 10/16/2023 14:20:32 | Chronic systolic heart failure | 441481004 | I50.22 | He has stage C HF w/ improving NYHA class II symptoms. He is on reasonable GDMT that cannot be uptitrated due to relative hypotension. I will, however, try to increase Farxiga to 10mg daily and have advised adequate hydration to avoid vol depletion. Will get recent labs from Dr. Michelson and have him fu with us in 6mo |

Lincoln/Fields 0896

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | KNOXVILLE, TN 37934-1922 | | | | | | |
| | | | | | Nonischemic congestive cardiomyopathy | 111000119104 | I42.0 | Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation. Will try to get cath results and recent EKG results. He is being treated w/ GDMT and has undergone CRT-D though I am uncertain this will lead to much improvement as QRS duration was not very long and he did not have LBBB. |
| | | | | | Body mass index 40+ - severely obese | 408512008 | Z68.42 | Stable. c/w wt loss and exercise. |
| | | | | | Obstructive sleep apnea syndrome | 78275009 | G47.33 | On CPAP and tolerating. |
| 13333875 | Warren K Stribling MD | STPS_ST Hrt CHF_Turkey Creek<br>10800 Parkside Drive<br>KNOXVILLE, TN 37934-1922 | 04/25/2024 10:04:39 | 04/26/2024 15:34:49 | Chronic systolic heart failure | 441481004 | I50.22 | He has stage C HF w/ improving NYHA class I-II symptoms. He is on reasonable GDMT and has undergone CRT-D. Recent labs reviewed and unremarkable. We will get CPX at some point between now and next year. He will fu w/ NP here in 1 year. |
| | | | | | Nonischemic congestive cardiomyopathy | 111000119104 | I42.0 | Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation. He is being treated w/ GDMT and has undergone CRT-D though I am uncertain this will lead to much improvement as QRS duration was not very long and he did not have LBBB. Working on getting echo results from 1 mo ago. |
| | | | | | Body mass index 40+ - severely obese | 408512008 | Z68.42 | Stable. c/w wt loss and exercise. |
| | | | | | Obstructive sleep apnea syndrome | 78275009 | G47.33 | On CPAP and tolerating. |
| 14652458 | Warren K Stribling MD | STPS_ST Hrt CHF_Turkey Creek<br>10800 Parkside Drive | 03/27/2025 10:12:13 | 03/28/2025 08:58:12 | Chronic systolic heart failure | 441481004 | I50.22 | He has stage C HF w/ stable NYHA class II symptoms. He is on reasonable GDMT and has undergone CRT-D. CPX is not suggestive of poor prognosis or need for advanced therapies. Getting recent labs from Dr. Michelson. Increase Entresto to max dose and fu in 1 month for labs and bp check w/ |

Lincoln/Fields 0897

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | KNOXVILLE, TN 37934-1922 | | | | | | NP |
| | | | | | Nonischemic congestive cardiomyopathy | 111000119104 | I42.0 | Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation. He is being treated w/ GDMT and has undergone CRT-D though I am uncertain this will lead to much improvement as QRS duration was not very long and he did not have LBBB. Repeat echo to eval LVSF and mitral valve as he has had MR in past. |
| | | | | | Body mass index 40+ - severely obese | 408512008 | Z68.42 | Stable. c/w wt loss and exercise. |
| | | | | | Obstructive sleep apnea syndrome | 78275009 | G47.33 | On CPAP and tolerating. |
| 14831305 | Kemal Marc Akat, MD, PhD, MSc | STPS_ST Hrt CHF_Turkey Creek<br>10800 Parkside Drive<br>KNOXVILLE, TN 37934-1922 | 05/08/2025 08:28:56 | 05/09/2025 15:47:00 | Chronic systolic heart failure | 441481004 | I50.22 | AHA/ACC stage C NYHA II CPET 1/20/2025 pVO2 13.9 (54% predicted), VE/CO2 33. Euvolemic. CRT-D Mild MR TTE 4/2/2025 Increase carvedilol to 18.75 mg BID, Continue sacubitril/valsartan 97/103 BID Continue spironolactone 25 daily Continue dapagliflozin 10 daily Return to clinic in 3 months. |
| | | | | | Nonischemic congestive cardiomyopathy | 111000119104 | I42.0 | Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation. |
| | | | | | Body mass index 40+ - severely obese | 408512008 | Z68.42 | Stable. c/w wt loss and exercise. |
| | | | | | Obstructive sleep apnea syndrome | 78275009 | G47.33 | On CPAP and tolerating. |

## Goals Section

None Recorded

## Health Concerns Section

| Related Observation | LastModified by | Organization Details | LastModified Time |
|---|---|---|---|
| None Recorded | | | |

| Concern | Status | LastModified by | Organization Details | LastModified Time |
|---|---|---|---|---|
| None Recorded | | | | |

Lincoln/Fields 0898

## Advance Directives

| Directive |
| --- |
| None Recorded |

## Payers

| Insurance Date | Sequence | Insurance Name | Policy Number | Policy Holder | Covered Member ID | Holder Member ID | Guarantor Name |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 05/05/2025 | 1 | BCBS-TN: (PPO) | 130287 | Melinda L Fields | ZES910050197 | | Melinda L Fields |
| 04/25/2024 | 1 | BCBS-TN: (PPO) | 87792 | David L Fields | ZEB902762636 | | Melinda L Fields |

## Notes

| Date | Note Type | Note | Provider Name and Address | Organization Details | Recorded Time |
| --- | --- | --- | --- | --- | --- |
| 04/13/2023 | text/html | Mr. Fields is a 45 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt.<br>Since then, he has done much better. He has lost as much as 40 lbs and reports improvement in all of his symptoms. He is able to walk regularly but is not specific about distance or duration. He has some positional dizziness and Entresto was recently reduced bc of hypotension. Denies syncope. | Warren K Striblin g MD<br><br>300 20th Avenue North Suite 403, Nashville,<br><br>TN, 37203-5180, US | TN - Ascension - Tennessee | 04/17/2023 10:00:49 |
| 10/12/2023 | text/html | Mr. Fields is a 45 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt.<br>On his last initial visit 6 mo ago, I made no med changes as he was on appropriate GDMT w/ relative hypotension but much improved HF symptoms. I recommended reassessing LVSF w/ cMRI. He apparently had MRI but I dont have results. Echo showed ongoing severe reduction in LVSF EF 20% so CRT-D was implanted in July. He feels "better." Continues to have dizziness w/ position changes and has some fatigue described as being "tired." This tends to occur w/ physical activity, making him take longer to do activities than prior to HF diagnosis. Denies CP, dyspnea, swelling, syncope or ICD shocks. He does have some diaphragmatic stimulation when lying on L side. BP and wt log reviewed w/ stable wt and most bps in 90s. | Warren K Striblin g MD<br><br>300 20th Avenue North Suite 403, Nashville,<br><br>TN, 37203-5180, US | TN - Ascension - Tennessee | 10/16/2023 09:07:59 |
| 04/25/2024 | text/html | Mr. Fields is a 46 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.<br>On his last visit 6 mo ago, I increased Farxiga to 10mg. Since then, coreg was increased by Dr. Michelson. He had echo in March but we dont have results. He feels | Warren K Striblin g MD<br><br>300 20th | TN - Ascension - Tennessee | 04/29/2024 09:36:06 |

Lincoln/Fields 0899

| | | | | | |
|---|---|---|---|---|---|
| | | well. Denies CP, SOB, swelling, dizziness or syncope. He has been active, working on the farm w/o limitations. | Avenue North Suite 403, Nashville, TN, 37203-5180, US | | |
| 03/27/2025 | text/html | Mr. Fields is a 46 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.<br>On his last visit 1 year ago, no med changes were made. CPX was ordered and shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE was advised but not pursued. He feels well. He denies CP, SOB, swelling, or syncope. Has positional dizziness but this is short-lived. Wt has been stable. He has been able to do things like yardwork and walking outdoors w/o problems. | Warren K Stribling MD<br>300 20th Avenue North Suite 403, Nashville, TN, 37203-5180, US | TN - Ascension - Tennessee | 03/28/2025 14:58:49 |
| 05/08/2025 | text/html | Mr. Fields is a 46 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.<br>On his last visit 1 year ago, no med changes were made. CPX was ordered and shows peak VO2 13.9 w/ slope 32.85. Since then, Dr. Michelson reached out about Mitra-clip and TEE was advised but not pursued. He feels well. He denies CP, SOB, swelling, or syncope. Has positional dizziness but this is short-lived. Wt has been stable. He has been able to do things like yardwork and walking outdoors w/o problems.<br>5/7/2025 6-week follow up with TTE. Occasional palpitations. Can walk without issues on even ground, 2-3 flights of stairs, no orthopnea/PND (1 pillow), no edema. Felt dizzy for a few days after increase in sacubitril/valsartan with SBPs in 80s but that subsided. TTE with unchanged EF of 20%, grade 2 DD, mild MR. | Kemal Marc Akat, MD, PhD, MSc<br>300 20th Avenue North Suite 403, Nashville, TN, 37203-5180, US | TN - Ascension - Tennessee | 05/08/2025 18:05:45 |

## Demographics

| | | | |
|---|---|---|---|
| **Sex:** | Male | **Ethnicity:** | Information not available |
| **DOB:** | | **Race:** | Information not available |
| **Preferred language:** | Information not available | **Marital status:** | Information not available |
| **Contact:** | 6116, USA, Ph. tel:+ | | |

Lincoln/Fields 0900

## Care Team Members

### Primary Care Provider

| | |
|---|---|
| MARK DALLE AVE | 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph. tel: (423) 921-1600 |

Jefferson Memorial Hospital

Tennova Healthcare

110 Hospital Dr
Jefferson City, TN 37760
Phone: (865) 471-2500

Status Finalized

# TTE echo report

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | FIELDS DAVID | | | **Procedure Staff** | |
| **MRN:** | 00809309 | | | **Referring Physician:** | Warren K Stribling, MD |
| **Date of birth:** | | **Age:** | 47 years) | **Sonographer:** | Juliann Blackburn, RCS |
| **Gender:** | Male | **BMI:** | 34.99 kg/m² | **Interpreting physician:** | Barry Nicholson, MD |
| **Weight:** | 117.03 kg | **BSA:** | 2.37 m² | | |
| **Height:** | 182.88 cm | | | | |

**Procedure Information**

| | | | |
|---|---|---|---|
| **Exam date time:** | 4/2/2025 1:56 PM | | |
| **Procedure type:** | Echo | | |
| **Proc. sub type:** | TTE procedure: NI Echo TTE 2D Complete w Color Doppler | | |
| **Patient status:** | Routine | **Accession no:** | 3302509200311 |
| **HR:** | 60 bpm | **FIN Number:** | 4583278 |
| | | **Study location:** | Jefferson City |
| | | **Technical quality:** | Good visualization |

Procedure Description: Echocardiography, transthoracic, real-time with image documentation (2D), includes M- mode recording, when performed, complete, with spectral Doppler echocardiography, and with color flow Doppler echocardiography.

**Reason for Study**

chronic systolic heart failure

**Physician Conclusions**

**Summary:**

Normal wall thickness.
Left ventricle size is moderately dilated.
EF estimated at 20%
There is severe global left ventricular systolic dysfunction.
Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure.
A pacemaker wire is observed in the RV.
Aortic valve structure is trileaflet and is structurally normal.
No aortic stenosis. No aortic regurgitation documented by color flow and/or spectral Doppler.
Mild pulmonic regurgitation documented by color flow and/or spectral Doppler.
Left atrium is mild to moderately enlarged.
Mild mitral regurgitation documented with color flow and/or spectral Doppler.
Tricuspid valve appears structurally normal. No evidence of tricuspid valve stenosis.
Moderate tricuspid regurgitation documented with color flow and/or spectral Doppler.
Right ventricular systolic pressure is moderately elevated and is estimated at 57 mmHg.

Jefferson Memorial Hospital

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

**Obervations**

| | |
|---|---|
| **Left ventricle:** | Normal wall thickness.<br>Left ventricle size is moderately dilated.<br>EF estimated at 20%.<br>There is severe global left ventricular systolic dysfunction.<br>Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure.. |
| **Right ventricle:** | A pacemaker wire is observed in the RV. |
| **Left atrium:** | Left atrium is mild to moderately enlarged. |
| **Right atrium:** | Right atrium is normal in size. |
| **Mitral valve:** | Mitral valve appears structurally normal. No evidence of mitral valve stenosis.<br>Mild mitral regurgitation documented with color flow and/or spectral Doppler. |
| **Aortic valve:** | Aortic valve structure is trileaflet and is structurally normal.<br>No aortic stenosis. No aortic regurgitation documented by color flow and/or spectral Doppler. |
| **Tricuspid valve:** | Tricuspid valve appears structurally normal. No evidence of tricuspid valve stenosis.<br>Moderate tricuspid regurgitation documented with color flow and/or spectral Doppler.<br>Right ventricular systolic pressure is moderately elevated and is estimated at 57 mmHg. |
| **Pulmonic valve:** | Pulmonic valve appears structurally normal. No evidence of pulmonic stenosis. Mild pulmonic regurgitation documented by color flow and/or spectral Doppler. |
| **Pericardial:** | Pericardium appears normal. There is no pericardial effusion visualized. |
| **Aorta/Great vessels:** | Aortic root is normal in size.<br>The inferior vena cava is not dilated and shows more than 50% respiratory variation. |
| **Pleural:** | There is no pleural effusion present. |

Electronically signed by Barry Michelson, MD (interpreting physician) on 4/4/2025 at 1:15 PM

Jefferson Memorial Hospital

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status Finalized

# TTE echo report

## Left Ventricle

| | | | |
|---|---|---|---|
| Diastolic dimension: | 6.28 cm **(4.2 - 5.8 cm)** | Systolic dimension: | 5.69 cm **(2.5 - 4 cm)** |
| 2D septum diastolic: | 1.01 cm **(0.6 - 1.0 cm)** | FS Normal Range (30-45%): | 9 % |
| 2D post wall diastolic: | 0.98 cm | | |
| LV mass (ASE formula): | 260.29 g **(88 - 224 g)** | | |
| LV mass index: | 109.65 g/m² | | |
| RWT: | 0.31 | | |

**LV M-Mode**

**LV Ejection Fraction**

| | | | |
|---|---|---|---|
| LVEDV Teichholz: | 245 ml **(62 - 150 ml)** | LVESV Teichholz: | 184 ml **(21 - 61 ml)** |
| LVEDVI Teichholz: | 103.21 ml/m² **(34 - 74 ml/m²)** | LVESVI Teichholz: | 77.51 ml/m² **(11 - 31 ml/m²)** |
| EF Teichholz: | 25 % | | |

**LV 3D/Strain**

## Right Ventricle

| | | | |
|---|---|---|---|
| Diastolic dimension. Normal Range (2.7-3.4cm): | 2.5 cm | Systolic pressure: | 57.06 mmHg |

## Left Atrium

| | | | |
|---|---|---|---|
| **LA diameter (2D) Normal Range (2.0-4.0cm):** | 3.6 cm | **LA/Aorta (2D):** | 1.38 |
| | | **LA volume index:** | 39.6 ml/m² **(16 - 34 ml/m²)** |
| **LA area:** | 29.8 cm² | | |
| **LA volume:** | 94 ml | | |

## Right Atrium

| | | | |
|---|---|---|---|
| | | **Systolic pressure:** | 10 mmHg |

Jefferson Memorial Hospital

Tennova Healthcare

110 Hospital Dr
Jefferson City, TN 37760
Phone: (865) 471-2500

Status Finalized

# TTE echo report

## Aortic Valve

| | | | |
|---|---|---|---|
| Peak velocity Normal Range (0.9-1.7m/s) : | 1.14 m/s | Mean velocity: | 0.79 m/s |
| Peak gradient Normal Range (<10mmHG): | 5.2 mmHg | Mean gradient Normal Range (<10mmHG) : | 3 mmHg |
| AV VTI: | 24.3 cm | Dimensionless index: | 0.65 |
| Peak velocity: | 74.4 cm/s | Mean velocity: | 50 cm/s |
| Peak gradient: | 2 mmHg | Mean gradient: | 1 mmHg |
| | | LVOT VTI Normal Range (0.7-1.1m/s): | 14.1 cm |

## Mitral Valve

| | | | |
|---|---|---|---|
| Peak E-wave Normal Range (0.60-1.30m/s) : | 85 cm/s | Peak A-wave Normal Range( 0.30-0.60m/s) : | 38.9 cm/s |
| MR velocity: | 276 cm/s | E/A ratio Normal Range (0.8-2.5): | 2.19 |
| E' septal velocity: | 4.79 cm/s | Peak gradient: | 2.89 mmHg |
| A' septal velocity: | 4.04 cm/s | Deceleration time Normal Range (160-240msec): | 216 ms |
| E/E' septal: | 17.75 | E' lateral velocity: | 9.31 cm/s |
| | | A' lateral velocity: | 3.95 cm/s |
| | | E/E' lateral: | 9.13 |
| | | E/E' average: | 13.44 |

## Tricuspid Valve

| | | | |
|---|---|---|---|
| Estimated RVSP: | 40 mmHg | Estimated RAP: | 10 mmHg |
| TR velocity: | 343 cm/s | TR gradient: | 47.06 mmHg |

## Pulmonic Valve

| | | | |
|---|---|---|---|
| Peak velocity Normal Range (0.5-1.0m/s): | 99.9 cm/s | Peak gradient: | 3.99 mmHg |
| | | Estimated PASP: | 57.06 mmHg |
| | | Acceleration time: | 95 ms |

## Aorta/Great Vessels

| | | | |
|---|---|---|---|
| Aortic root (2D): | 2.6 cm | ACS (M-mode) Normal Range (1.5-26cm): | 1.6 cm |

Tennova Healthcare

**Jefferson Memorial Hospital**

110 Hospital Dr
Jefferson City, TN 37760
Phone: (865) 471-2500

Status Finalized

# TTE echo report

Electronically signed by Barry Michelson, MD (Interpreting physician) on 4/4/2025 at 1:15 PM

LOCATIONS Type here

Concentra®

MENU

Concentra has opened a new medical center in Chattanooga, Tennessee! **DISMISS**

# What Are DOT Disqualifying Medical Conditions

Michelle Hopkins

Commercial trucking is essential for a healthy national economy. To get certified under Department of Transportation (DOT) regulations, commercial truck drivers are required to have a physical examination by a health care professional listed

## Featured Articles



**Concentra Expands in Chattanooga Tennessee**



**Make Workplace Safety a Habit, Not a Training Course**



**Protecting Airport Employees to Keep the Friendly Skies Safe**



**Concentra Expands to Katy, Texas**

LOCATIONS

Concentra®

MENU

help keep your trucking business running at full throttle.

## Snapshot: Commercial Truck Drivers

The trucking industry enjoyed a banner year in 2018 – hauling 6.6 percent more freight tonnage, a 70 percent increase over the prior year. Three-and-a-half million commercial drivers move about 70 percent of the nation's freight, and demand is growing. The industry has forecast a shortage of 175,000 truck drivers by 2026. It is seeking to augment an aging workforce (primarily men over age 45) by attracting younger drivers.[1]

1 American Trucking Association

## A Compelling Business Need

Employers with truck fleets and the truck drivers themselves have a compelling business need to stay on the road by complying with Federal Motor Carrier Safety Administration (FMCSA) regulations. This includes having drivers pass DOT physical exams to receive certification, usually for up to two years.

A small percentage of drivers each year do not pass the physical due to DOT disqualifying medical conditions. What are DOT disqualifying medical conditions? And what happens next if one of your drivers (or you) are disqualified from certification for medical reasons?



Workplace Safety by the Generations

Join Our Newsletter

Join Our Newsletter

examiners listed on the NRCME – at least one at each of our more than 520 community-based medical centers nationwide, so there is always one near you. As America's leading provider of DOT exams, we are able to answer all your questions and provide the forms you need.

Regarding DOT disqualifying medical conditions, in this article, we'll discuss:

- Medical conditions that disqualify drivers outright;
- Instances when certification may be granted for a shorter duration, based on the medical examiner's discretion, such as the need to monitor a medical condition; and
- FMCSA waivers/exemptions from hearing, vision, or seizure standards.

Before turning to those topics, a quick word about the importance of the DOT physical examination illustrates the value of full disclosure of health history, even when a DOT disqualifying medical condition is involved.

## Why Do Drivers Need A DOT Physical Exam?

In most states, drivers spend hours each day for up to seven weeks or more to gain the knowledge they need to pass a series of written exams for a commercial driver's license (CDL). That's a lot of preparation to get behind the wheel. So, why is a DOT physical exam necessary? Is it just one more hoop to jump through or is there a reason it is required?

A big reason for the DOT physical exam nation is that commercial driving is a physically and mentally demanding job, one that requires a certain level of

Lincoln/Fields 0909

requirements.

At a DOT exam, the driver is required to complete a personal health history and acknowledge that the information is accurate and true. It is in the driver's and the employer's best interest to provide a complete and accurate medical history. Providing inaccurate or misleading information, or withholding information, may invalidate certification or lead to civil or criminal penalties.

## DOT Disqualifying Medical Conditions

Under FMCSA regulations (49 CFR 391.41), a medical examiner may not certify a driver who has a DOT disqualifying medical condition or uses a medication/substance that compromises the ability to drive safely. DOT disqualifying medical conditions include those that may lead to loss of consciousness or involve inadequate hearing or vision, a compromised nervous system, or physical limitations that interfere with driving ability. Drivers who are able to resolve a DOT disqualifying medical condition are allowed to seek re-certification, and frequently do.

### While a complete list of DOT disqualifying medical conditions is not possible here, the primary ones you may encounter are below:

+ **Certain heart conditions.** Examples of heart conditions that are disqualifying until they are resolved and/or clearance is given by a cardiologist include current clinical diagnoses of heart attack, chest pain or discomfort due to

FMCSA regulations prohibit a person with epilepsy or other seizure disorder from operating a commercial vehicle across state boundaries. Drivers who can show that their seizures are under control may be eligible to submit an application to the FMCSA for a seizure exemption. (See "Seizure Package" at the end of this article.)

- **Inner ear diseases or disorders that cause vertigo (spinning/dizziness) or other balance issues**. Meniere's disease is an example. It affects the inner ear. Many lifestyle aspects of trucking might trigger vertigo for a driver with Meniere's disease, which is why it is classified as a DOT disqualifying medical condition. Meniere's disease is unpredictable and its triggers include overwork, fatigue, smoking, and too much salt in the diet.

  Certain medications for the treatment of vertigo also may be disqualifying if the medical examiner concludes there are potential sedative effects that may compromise safety. On occasion, drivers with certain balance disorders are able to seek re-certification after being symptom-free for a period of time.
- **Diabetes, high blood pressure, and respiratory conditions** are discussed in the next section on DOT disqualifying medical conditions where the medical examiner has discretion in deciding whether or not to grant DOT certification.
- **Vision and/or hearing loss**. Drivers unable to demonstrate at least 20/40 vision in each eye and both eyes together, with or without corrective lenses, are medically disqualified. However, there is a vision exemption available. A driver must be able to meet peripheral vision requirements and also able to recognize the colors of traffic signals and devices showing the standard red, green, and amber colors.

Lincoln/Fields 0911

## FIELDS, David L (id #98454, dob:

Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (47yo, M) ID# 98454 | **Appt. Date/Time** | 11/25/2024 11:00AM |
| **DOB** | | **Service Dept.** | ETHC_Turkey Creek |
| **Provider** | DUSTIN MCCOY, PA | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130267<br>Prescription: CVS CAREMARK - Member is eligible. | | |

Chief Complaint

6 month follow up

Patient's Care Team

**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-5399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672
**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054

Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4665**

Vitals

**Ht:** 6 ft 11/25/2024 11:05 am
**Wt:** 266.4 lbs 11/25/2024 11:05 am
**BP:** 98/60 11/25/2024 11:07 am
**BMI:** 36.1 11/25/2024 11:06 am
**HR:** 68 11/25/2024 11:08 am

Measurements

None recorded.

Allergies

Reviewed Allergies
**PENICILLINS:** Rash

Medications

Reviewed Medications

**aspirin 81 mg chewable tablet** — 06/08/23 entered
Chew 1 tablet every day by oral route for 90 days.

**carvedilol 12.5 mg tablet** — 11/16/24 filled
TAKE 1 TABLET BY MOUTH TWO TIMES A DAY

**cetirizine 10 mg tablet** — 06/08/23 entered
Take 1 tablet(s) every day by oral route.

**Entresto 49 mg-51 mg tablet** — 11/16/24 filled
Take 1 tablet(s) twice a day by oral route for 90 days, for heart failure.

**Farxiga 10 mg tablet** — 09/18/24 filled
Take 0.5 tablet(s) twice a day by oral route.

**Multi Vitamin** — 02/06/23 entered
Mens vitafusion 1 daily

**spironolactone 25 mg tablet** — 11/16/24 filled
Take 1 tablet(s) every day by oral route for 90 days.

immune plus
11/25/2024 memory kc

Lincoln/Fields 0912

**FIELDS, David L (id #98454, dob:**

Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

Problems

Reviewed Problems
- Obesity - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Essential hypertension - Onset: 02/06/2023
- Mitral valve regurgitation - Onset: 05/23/2024
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- First degree atrioventricular block - Onset: 06/08/2023
- Heart failure - Onset: 02/09/2023
- Chronic systolic heart failure - Onset: 05/23/2024
- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- Biventricular automatic implantable cardioverter defibrillator in situ - Onset: 05/23/2024
- History of SARS-CoV-2 - Onset: 06/08/2023

Family History

Family History not reviewed (last reviewed 03/13/2024)

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago. Mother just recently DX with left ventricular hypertrophy

Social History

Social History not reviewed (last reviewed 03/13/2024)
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
Do you or have you ever used any other forms of tobacco or nicotine?: No
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 09/11/2024
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What is your exercise level?: Occasional (Notes: ADL)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: High school graduate (Notes: local truck driver)
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married

## FIELDS, David L (id #98454, dob:

**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
First name used: David
Sexual orientation: Straight or heterosexual

### Surgical History

Surgical History not reviewed (last reviewed 03/13/2024)

- Cardiac catheterization (surg) - 2/2023
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

### Past Medical History

Past Medical History not reviewed (last reviewed 03/13/2024)
CHEST PAIN: Y
CONGESTIVE HEART FAILURE: Y
GERD/REFLUX: Y
HIGH BLOOD PRESSURE/HYPERTENSION: Y
OBESITY: Y
PALPITATIONS: Y
SLEEP APNEA: Y
Notes: Please refer to Problem section for most recent PMH/NNP

### Screening

None recorded.

### HPI

Routine 6 month f/u device check, Boston Scietific CRT-D
Patient presents with wife.
Patient continues to do well, very minimal occasional palpitations, mainly noticeable with coughing.
Denies fatigue, dyspnea on exertion and at rest, chest pain/pressure, lightheadedness/dizziness, syncope/near syncope, and edema.

### ROS

Patient reports **palpitations** but reports no chest pressure, no lightheadedness, no chest pain, no dyspnea on exertion, no fatigue, no leg edema, no syncope, no orthopnea, no PND, and no claudication. He reports **cough and sleep apnea** but reports no wheezing, no coughing up blood, and no shortness of breath. He reports **easy bruising** but reports no swollen glands. He reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. He reports no dry eyes, no irritation, and no vision change. He reports no difficulty hearing and no ear pain. He reports no frequent nosebleeds and no nose/sinus problems. He reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. He reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, and no swelling in the extremities. He reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no headaches. He reports no depression, no sleep disturbances, feeling safe in relationship, and no alcohol abuse. He reports no nausea, no vomiting, no diarrhea, and no constipation.
**Additionally reports:**
**I have reviewed these findings and agree. dm**

### Physical Exam

**Constitutional:** General Appearance: well-nourished, well-developed, and appears stated age. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Insight: good judgement.

**Lungs:** Respiratory Effort: unlabored. Chest Exam: normal curvature and no thoracic deformity. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Rate And Rhythm: regular. Heart Sounds: no rub, gallop, or click and normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no edema or peripheral signs of emboli.

**Skin:** Inspection and Palpation: warm and dry; **Device site looks healthy, no hematoma, induration, or erythema.** Nails: no clubbing.

### Procedure Documentation

**93284,26: Multi chamber ICD Programing PaceArt:**
See image documentation for encounter data.

**ITERATIVE:** A representative from the device company did the interrogation of this device with iterative programming changes to evaluate pacing thresholds. I personally evaluated the generated data including all diagnostic findings, and advised the representative on any changes that may have needed to be made. A -26 modifier will be added to the billing charge.

Lincoln/Fields 0914

**FIELDS, David L (id #98454, dob:**

Assessment / Plan

**1. Biventricular automatic implantable cardioverter defibrillator in situ-**
BSC CRT-D_7/2023

9 years
AP 27%, LVP 99%_DDDR 60/125
some brief of episodes of ATR, likely farfield. 3 episodes of PMT_Monitor 170, VF 200
PVARP increased to help reduce ATR and PMT

Patient continues to do well, very minimal occasional palpitations, mainly noticeable with coughing. May be attributed to runs of ATR/PMT, will ct to monitor with new settings adjustment.

Remote q3 months
RTC 6 mths Sara or Dustin
Z95.810: Presence of automatic (implantable) cardiac defibrillator

**2. Nonischemic congestive cardiomyopathy -**
2022

**EKG:**
2/2023: ST 90, PR 220, QRS 126, RBBB/LPFB, QTc 443
6/2023: SR 65, PR 260, QRS 131 RBBB/LPFB, QTc 433

**Imaging:**
LHC: 2/2023: normal coronaries, EF 10-15%, LVEDP 40, mod MR
Echo: 5/2023: EF 20%, mod LAE, mild AI/TR, mild to mod MR, RVSP 40, LVIDd6.56
Echo: 2/2023: EF 10-15%
Echo: 3/2024: EF 20% mod to sev MR
Cardiac MRI: 2023: EF 27%, akinesis and wall thinning of anterior, inferior, and lateral walls, no evidence of iron overload, 50% subendocardial LGE in the basal and mid lateral walls consistent with infarct pattern, normal RV size and moderate systolic dysfunction EF 32%, mild MR
VO2 at St.Thomas: pending

on Entresto 49-51 mg BID/Farxiga 10 daily/spironolactone 25mg daily/carvedilol 12.5mg BID

s/p CRT-D_7/2023

fup Dr.Michelson/Dr.Stribbling
I42.0: Dilated cardiomyopathy

**3. Chronic systolic heart failure-**
as above
I50.22: Chronic systolic (congestive) heart failure

**4. Essential hypertension -**
2006
I10: Essential (primary) hypertension
- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE

**5. History of SARS-CoV-2 -**
3 episodes so far, no hospitalization
1st and 3rd was severe
diagnosed with HF after 3rd episode
Z86.16: Personal history of COVID-19

**6. First degree atrioventricular block-**
asymptomatic

I44.0: Atrioventricular block, first degree
- HEART BLOCKS: CARE INSTRUCTIONS

**7. Obstructive sleep apnea syndrome -**
2012
compliant to CPAP
G47.33: Obstructive sleep apnea (adult) (pediatric)
- SLEEP APNEA: CARE INSTRUCTIONS

**8. Obesity -**
BMI 35
weight loss advised by diet/exercise
E66.9: Obesity, unspecified
- WHEN YOU WANT TO LOSE WEIGHT: CARE INSTRUCTIONS

- LEARNING ABOUT HEALTHY WEIGHT

**9. Mitral valve regurgitation -**
mgmt per Dr.Michelson and St.Thomas HF team
I34.0: Nonrheumatic mitral (valve) insufficiency
- HEART VALVE DISEASE: CARE INSTRUCTIONS
- MITRAL VALVE REGURGITATION: CARE INSTRUCTIONS

Return to Office
- to see Barry Michelson, MD at ETHC_South on or around 03/11/2025
- Barry Michelson, MD for "Follow-up 15 at ETHC_South on 03/12/2025 at 11:15 AM
- Nilam Patel, MD for "Follow-up 15 at ETHC_Turkey Creek on 05/20/2025 at 03:30 PM

Encounter Sign-Off
Encounter signed-off by DUSTIN MCCOY, PA, 11/25/2024.

Oversight: Encounter reviewed by Nilam Patel, MD on 11/28/2024 at 2:55pm

Encounter performed and documented by DUSTIN MCCOY, PA
Encounter reviewed & signed by DUSTIN MCCOY, PA on 11/25/2024 at 06:02 PM

Procedure Documentation #11182204

| Boston Scientific | LATITUDE™ Programming System | | Report Created 25 Nov 2024 |
|---|---|---|---|
| | Real-time Log Report | | |
| | Fields , David L | | Last Office Interrogation |
| | Date of Birth | | 23 May 2024 |
| | Device | RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode | Monitor + Therapy | 14 Jul 2023 |

| Snapshot-3 | 25 Nov 2024 11:12:19 | 25mm/s |
|---|---|---|






**FIELDS, David L (id #98454, dob:**

3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.
Page 1 of 1

Clinician Signature:

| Boston Scientific | LATITUDE™ Programming System | Report Created 25 Nov 2024 |
|---|---|---|
| | **Heart Failure Management Report** | |
| | **Fields , David L** | Last Office Interrogation |
| | Date of Birth | 23 May 2024 |
| | Device RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode Monitor + Therapy | 14 Jul 2023 |

**Trends**

HeartLogic™ Heart Failure Index: 5

The nominal HeartLogic™ Threshold is 16. This patient's HeartLogic™ Threshold can be confirmed in LATITUDE NXT™.

Most recent measurement:

S3: 0.82 mG

S1: 1.52 mG

Thoracic Impedance: 49 Ω

Respiratory Rate: 18 rpm



3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.


LATITUDE™ Programming System
Heart Failure Management Report

Fields , David L
25 Nov 2024 11:15



**FIELDS, David L (id #98454, dob:**

3868 Software Version: 2.03
G447 Firmware Version: R_v1.00.00(1.0.1)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.


LATITUDE™ Programming System
Heart Failure Management Report

Fields , David L
25 Nov 2024 11:15



3868 Software Version: 2.03
G447 Firmware Version: II_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.


| Boston Scientific | LATITUDE™ Programming System | Report Created 25 Nov 2024 |
|---|---|---|
| | **Arrhythmia Logbook Report** | |
| | **Fields , David L** | Last Office Interrogation 23 May 2024 |
| | Date of Birth | |
| | Device RESONATE X4 CRT-D G447/ 310757 | Implant Date 14 Jul 2023 |
| | Tachy Mode Monitor + Therapy | |

| Event | Date/Time | Type | Therapy | Duration hh:mm:ss |
|---|---|---|---|---|
| RAAT-571 | 24 Nov 2024 18:12 | RA Auto | | -------- |
| RVAT-571 | 24 Nov 2024 18:11 | RV Auto | | -------- |
| LVAT-468 | 24 Nov 2024 18:10 | LV Auto | | -------- |
| ATR-482 | 23 Nov 2024 16:40 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:06 |
| ATR-481 | 22 Nov 2024 17:20 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:08 |
| ATR-480 | 21 Nov 2024 20:36 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:07 |
| ATR-479 | 21 Nov 2024 16:08 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:08 |
| ATR-478 | 21 Nov 2024 10:27 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:08 |
| ATR-477 | 21 Nov 2024 07:40 | ATR | Avg V Rate in ATR: 110 bpm | 00:00:05 |
| ATR-476 | 20 Nov 2024 19:34 | ATR | Avg V Rate in ATR: 115 bpm | 00:00:02 |
| ATR-475 | 20 Nov 2024 19:13 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:07 |
| ATR-474 | 20 Nov 2024 07:59 | ATR | Avg V Rate in ATR: 109 bpm | 00:00:04 |
| ATR-473 | 20 Nov 2024 07:55 | ATR | Avg V Rate in ATR: 99 bpm | 00:00:10 |
| APM-133 | 19 Nov 2024 03:49 | APM RT | | -------- |
| PMT-4 | 07 Nov 2024 13:49 | PMT | | -------- |
| PMT-3 | 26 Aug 2024 15:10 | PMT | | -------- |
| PMT-2 | 13 Jul 2024 21:05 | PMT | | -------- |
| PMT-1 | 29 May 2024 16:56 | PMT | | -------- |
| V-1 | 11 Dec 2023 14:53 | NonSustV | Nonsustained | 00:00:15 |

3868 Software Version: 2.03
G447 Firmware Version: R_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.
Page 1 of 1

| Boston Scientific | LATITUDE™ Programming System | Report Created 25 Nov 2024 |
|---|---|---|
| | **Selected Episodes Report** | |
| | **Fields , David l** | Last Office Interrogation |
| | Date of Birth | 23 May 2024 |
| | Device: RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode: Monitor + Therapy | 14 Jul 2023 |

**Event ATR-402: 23 Nov 2024 16:40** 25mm/s

**ATR Event Onset**
Avg A Rate: 183 bpm
Avg V Rate: 111 bpm
**In ATR**
Avg V Rate: 105 bpm

**Event Ended 00:00:04**




Lincoln/Fields 0922

3868 Software Version: 2.03
G447 Firmware Version: #_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.


LATITUDE™ Programming System
Selected Episodes Report

Fields, David L
25 Nov 2024 11:15



**FIELDS, David L (id #98454, dob:**




3860 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.









Lincoln/Fields 0924

**FIELDS, David L (id #98454, dob:**




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.






**FIELDS, David L (id #98454, dob:**

3888 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.
Page 4 of 4

| Boston Scientific | LATITUDE™ Programming System | | Report Created 25 Nov 2024 |
|---|---|---|---|
| | **Selected Episodes Report** | | |
| | **Fields , David L** | | Last Office Interrogation |
| | Date of Birth | | 23 May 2024 |
| | Device | RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode | Monitor + Therapy | 14 Jul 2023 |

**Event PMT-2: 13 Jul 2024 21:06** 25mm/s

**PMT Event Onset**
Avg A Rate: 125 bpm
Avg V Rate: 125 bpm

**Event Ended** --------




Lincoln/Fields 0926

**FIELDS, David L (id #98454, dob:**

3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.


LATITUDE™ Programming System
Selected Episodes Report

Fields, David L
25 Nov 2024 11:15






Lincoln/Fields 0927

**FIELDS, David L (id #98454, dob:**




3868 Software Version: 2.03
G447 Firmware Version: H v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.









Lincoln/Fields 0928

**FIELDS, David L (id #98454, dob:**




3888 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.






3868 Software Version: 2.03
G447 Firmware Version: II_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.


| Boston Scientific | **LATITUDE™ Programming System** | **Report Created 25 Nov 2024** |
|---|---|---|
| | **Device Follow-up Report** | |
| | **Fields , David L** | Last Office Interrogation |
| | Date of Birth | **23 May 2024** |
| | Device — RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode — Monitor + Therapy | **14 Jul 2023** |

**My Alerts**

| | |
|---|---|
| ⚠ 25 Nov 2024 11:15 | Check LV Lead |

**Events Since Last Reset (23 May 2024)**

| | |
|---|---|
| 23 Nov 2024 16:40 | ATR at 183 bpm, Avg V Rate in ATR: 105 bpm |
| 22 Nov 2024 17:20 | ATR at 149 bpm, Avg V Rate in ATR: 105 bpm |

See last page for full list of Events Since Last Reset.

**Battery OK**

| | |
|---|---|
| Approximate time to explant: | 9 years |
| Charge Time: | 10.2 s |
| Last Capacitor Re-form | 03 Jun 2024 03:05 |




| **Leads Data** | **Implant** 14 Jul 2023 | **Previous Session** | **Most Recent** |
|---|---|---|---|
| **Atrial** | | | |
| Intrinsic Amplitude | N/R mV | 2.3 mV | 3.2 mV |
| Pace Impedance | N/R Ω | 758 Ω | 689 Ω |

Lincoln/Fields 0930

**FIELDS, David L (id #98454, dob:**

| | | | |
|---|---|---|---|
| Pace Threshold | N/R V @ N/R ms | Auto 0.5 V @ 0.4 ms | Auto 0.6 V @ 0.4 ms |
| **Right Ventricular** | | | |
| Intrinsic Amplitude | N/R mV | 18.6 mV | Paced mV |
| Pace Impedance | N/R Ω | 450 Ω | 333 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.5 V @ 0.4 ms | Auto 0.6 V @ 0.4 ms |
| **Left Ventricular** | | | |
| Intrinsic Amplitude | N/R mV | 3.5 mV | 5.7 mV |
| Pace Impedance LVa | N/R Ω | 628 Ω | 590 Ω |
| Pace Impedance LVb | | 622 Ω | N/R Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.9 V @ 0.8 ms | Auto 0.7 V @ 0.8 ms |
| **Shock Vector** | | | |
| Shock Impedance | N/R Ω | 74 Ω | 71 Ω |

**Settings**

| | | | |
|---|---|---|---|
| **Ventricular Tachy Settings** | | **Atrial Tachy Settings** | |
| VF 200 bpm ATP | 41J, 41J, 41Jx6 | ATR Mode Switch 170 bpm VDIR | |
| VT 170 bpm Monitor Only | | | |
| **Brady/CRT Settings** | | | |
| Mode | DDDR | Pacing Output | |
| Lower Rate Limit | 60 ppm | Atrial | Auto 2.0 V @ 0.4ms |
| Maximum Tracking Rate | 125 ppm | Right Ventricular | Auto 2.0 V @ 0.4ms |
| Maximum Sensor Rate | 130 ppm | Left Ventricular (LVa) | Auto 1.7 V @ 0.8ms |
| Paced AV Delay | 240 - 240 ms | Left Ventricular (LVb) | Off |
| Sensed AV Delay | 180 - 180 ms | Sensitivity | |
| A-Refractory (PVARP) | 240 - 340 ms | Atrial | AGC 0.25 mV |
| RV-Refractory (RVRP) | 230 - 250 ms | Right Ventricular | AGC 0.6 mV |
| LV-Refractory (LVRP) | 250 ms | Left Ventricular | AGC 1.0 mV |
| Ventricular Pacing Chamber | BiV | Leads Configuration (Pace/Sense) | |
| LV Offset | 0 ms | Atrial | Bipolar |
| | | Right Ventricular | Bipolar |
| | | LVa (Pace) | LVTip1>>Can |
| | | LVb (Pace) | Off |
| | | LV (Sense) | LVRing2>>RV |
| | | LV MultiSite Pacing | |
| | | Pacing Order | Off |
| | | Rate Adaptive Pacing | |
| | | Accelerometer | On |

3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.




**Rhythm ID Update**

Last Successful Completion N/R

**Trends**



**FIELDS, David L (id #98454, dob:**

A Pace Impedance: 689 Ω

A Pace Threshold: 0.6 V

R-Wave (RV) Amplitude: N/R mV

RV Pace Impedance: 333 Ω








**Trends**

Most recent measurement:

RV Pace Threshold: 0.6 V



**FIELDS, David L (id #98454, dob:**

R-Wave (LV) Amplitude: 5.7 mV

LV Pace Impedance: 590 Ω

LV Pace Threshold: 0.7 V

Shock Impedance: 71 Ω




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.




| Ventricular Tachy Counters | Since Last Reset 23 May 2024 | Device Totals |
|---|---|---|
| **Ventricular Episode Counters** | | |
| Total Episodes | 0 | 1 |
| Treated | | |
| VF Therapy | 0 | 0 |
| VT Therapy | 0 | 0 |
| VT-1 Therapy | 0 | 0 |
| Commanded Therapy | 0 | 0 |
| Non-Treated | | |
| No Therapy Programmed | 0 | 0 |
| Nonsustained Episodes | 0 | 1 |
| Other Untreated Episodes | 0 | 0 |

Lincoln/Fields 0933

**FIELDS, David L (id #98454, dob:**

| | | |
|---|---|---|
| [illegible] | -- | -- |
| **Ventricular Therapy Counters** | | |
| ATP Delivered | 0 | 0 |
| ATP % Successful | 0 | 0 |
| Shocks Delivered | 0 | 0 |
| First Shock % Successful | 0 | 0 |
| Shocks Diverted | 0 | 0 |
| **Brady/CRT Counters** | **Reset Before Last** 223 day(s) 12 Oct 2023 to 23 May 2024 | **Since Last Reset** 186 day(s) 23 May 2024 to Today |
| **Counters** | | |
| % A Paced | 37 | 27 |
| % RV Paced | 94 | 90 |
| % LVa Paced | 99 | 99 |
| % LVb Paced | 0 | 0 |
| **Intrinsic Promotion** | | |
| Rate Hysteresis | | |
| % Successful | 0 | 0 |
| **Atrial Arrhythmia** | | |
| % AT/AF (One Year of Data) | <1 | <1 |
| Total Time in AT/AF (min) (One Year of Data) | 12.2 | 30.9 |
| Episodes by Duration | | |
| < 1 minute | 143 | 308 |
| 1 min - < 1 hr | 0 | 0 |
| 1 hr - < 24 hr | 0 | 0 |
| 24 hr - < 48 hr | 0 | 0 |
| > 48 hr | 0 | 0 |
| Total PACs | 53.3K | 53.9K |
| **Ventricular Counters** | | |
| Total PVCs | 54.4K | 36.2K |
| Three or More PVCs | 1 | 2 |
| **Clinical Counters** | **Since Last Reset** 23 May 2024 | **Device Totals** |
| MRI Protection Mode | 0 | 0 |





**Histograms Reset Before Last (12 Oct 2023)**



**FIELDS, David L (id #98454, dob:**







**Histograms Since Last Reset (23 May 2024)**











**All Events Since Last Reset (23 May 2024)**

| | |
|---|---|
| 24 Nov 2024 18:12 | RA Auto |
| 24 Nov 2024 18:11 | RV Auto |
| 24 Nov 2024 18:10 | LV Auto |
| 23 Nov 2024 16:40 | ATR at 183 bpm, Avg V Rate in ATR: 105 bpm |
| 22 Nov 2024 17:20 | ATR at 149 bpm, Avg V Rate in ATR: 105 bpm |
| 21 Nov 2024 20:36 | ATR at 146 bpm, Avg V Rate in ATR: 103 bpm |

**FIELDS, David L (id #98454, dob:**

| | |
|---|---|
| 21 Nov 2024 16:08 | ATR at 144 bpm, Avg V Rate in ATR: 101 bpm |
| 21 Nov 2024 10:27 | ATR at 182 bpm, Avg V Rate in ATR: 102 bpm |
| 21 Nov 2024 07:40 | ATR at 154 bpm, Avg V Rate in ATR: 110 bpm |
| 20 Nov 2024 19:34 | ATR at 134 bpm, Avg V Rate in ATR: 116 bpm |
| 20 Nov 2024 19:13 | ATR at 144 bpm, Avg V Rate in ATR: 101 bpm |
| 20 Nov 2024 07:59 | ATR at 149 bpm, Avg V Rate in ATR: 109 bpm |
| 20 Nov 2024 07:59 | ATR at 218 bpm, Avg V Rate in ATR: 95 bpm |
| 19 Nov 2024 03:49 | APM RT at 68 bpm |
| 07 Nov 2024 13:49 | PMT at 125 bpm |
| 26 Aug 2024 15:10 | PMT at 125 bpm |
| 13 Jul 2024 21:05 | PMT at 125 bpm |
| 29 May 2024 16:56 | PMT at 125 bpm |



© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

sharecare

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
PO BOX 2609
OMAHA NE 68103-2609

36520543
May 01 2025 9:34 AM
David Fields

TN221
May 09 2025 1:15 PM

65

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

Lincoln Financial

**To: DR BARRY MICHELSON**
Company:
Fax: (865)392-3449
Phone:

**From: Sydney Pecka**
Fax: 877-843-3950
Phone:

---

**Notes:**

---

This fax transmission may include confidential and/or proprietary information and may be used only by the person or entity to which it is addressed. If the recipient is not the intended recipient or authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this transmission is prohibited. If you have received this transmission in error, please notify the sender and destroy this fax immediately.

**Date and time of transmission: 4/30/2025 2:37:36 PM**
**Number of pages including this cover sheet: 4**

Lincoln/Fields 0938

Lincoln Financial Group

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 842-3950
www.LincolnFinancial.com

April 30, 2025

DR BARRY M CHELSON /McCoy
RELEASE OF INFORMATION
10800 PARKSIDE DR
SUITE 331
KNOXVILLE, TN 37934

Re: Policy Number: 000010209861000000
Claim Number: 1230051807
Patient: David Fields
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 11/01/2024 to Present |
| Diagnostic Test Results | 11/01/2024 to Present |

Current state statutes for Tennessee: Provider Records are: $25.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-877-843-3950**

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

[illegible]

| Authorization Agreement |
|---|

We hereby authorize Lincoln Financial / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial / The Lincoln National Life Insurance Company receives a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

| Account Information |
|---|

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Sydney P
Assisting on behalf of Charles Z
855-818-2883 x7157
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Lincoln/Fields 0940

Lincoln Financial Group®

Authorization For Release Of Information
The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned), authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility, insurance or reinsurance company, government agency, department of labor, acquaintance, group policyholder, employer, or policy or benefit plan administrator to release information from the records of:

Name of Insured: Fields (Last), David (First) Lynn (Middle)

Date of Birth: ______ Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, chart notes (excluding psychotherapy notes), x-rays, films or correspondence), and any medical condition I may now have or have had;
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and/or employment history).

3. Information to be released to: The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to redisclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

SIGNATURE David Fields ✓ DATE 11-26-24 ✓

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME David L. Fields

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ______

ADDRESS: ______ (Street)

______ (City) ______ (State) ______ (Zip Code)

PHONE NO: ______

# Medical Records - CONFIDENTIAL

**FROM:** TN - CHS E TENNESSEE HEART CONSULTANTS

Amy T
10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934-1982
Phone: (865) 392-3400
Fax: (865) 392-3449

**TO**:

**Name: FIELDS, DAVID L**

**DOB:**

**Date Range: 11/01/2024 to 05/01/2025**

**This document contains the following records of the patient:**

- **Encounters and Procedures**
- **Imaging Results**
- **Lab Results**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:98454-A-10667]

**FIELDS, David L (id #98454, dob:**

## Encounters and Procedures

Clinical Encounter Summaries

**FIELDS, David L (id #98454, dob:**
**Encounter Date: 03/12/2025**

## Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (47yo, M) ID# 98454 | **Appt. Date/Time** | 03/12/2025 11:15AM |
| **DOB** | | **Service Dept.** | ETHC_South |
| **Provider** | BARRY MICHELSON, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130287<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

## Chief Complaint

Followup: Nonischemic congestive cardiomyopathy
Followup: Chronic systolic heart failure
Followup: Essential hypertension
Followup: First degree atrioventricular block
Followup: Left ventricular cardiac dysfunction

## Patient's Care Team

**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-6399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672
**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054

## Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **BP Cuff Size:** | adult 03/12/2025 10:47 am<br>adult 03/12/2025 10:47 am | **BP Measurement Method:** | manual 03/12/2025 10:47 am<br>manual 03/12/2025 10:47 am | **Ht:** | 6 ft 03/12/2025 10:47 am |
| **Wt:** | 263.4 lbs With clothes 03/12/2025 10:47 am | **BP:** | 104/60 sitting L arm 03/12/2025 10:53 am<br>98/60 standing L arm 03/12/2025 10:53 am | **BMI:** | 35.7 03/12/2025 10:47 am |
| **HR:** | 60 03/12/2025 10:55 am | | | | |

## Measurements

None recorded.

## Allergies

Reviewed Allergies

**PENICILLINS**: Rash

## Medications

Lincoln/Fields 0944

Reviewed Medications

| | |
|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 entered |
| **carvedilol 12.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWO TIMES A DAY | 11/16/24 filled |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 entered |
| **Entresto 49 mg-51 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days, for heart failure. | 01/04/25 filled |
| **Farxiga 10 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route for 90 days, for cardiomyopathy. | 01/04/25 filled |
| **Multi Vitamin**<br>Mens vitafusion 1 daily | 02/06/23 entered |
| **spironolactone 25 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY MORNING FOR FLUID AND BLOOD PRESSURE | 02/21/25 filled |

immune plus
3/12/25: List...csp

Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

Problems

Reviewed Problems

- Obesity - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Mitral valve regurgitation - Onset: 05/23/2024
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- First degree atrioventricular block - Onset: 06/08/2023
- Chronic systolic heart failure - Onset: 05/23/2024
- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- Biventricular automatic implantable cardioverter defibrillator in situ - Onset: 05/23/2024
- History of SARS-CoV-2 - Onset: 06/08/2023
- Heart failure - Onset: 02/09/2023
- Essential hypertension - Onset: 02/06/2023

Family History

Reviewed Family History

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

## Social History

Reviewed Social History
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
Do you or have you ever used any other forms of tobacco or nicotine?: No
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 03/12/2025
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What is your exercise level?: Occasional (Notes: ADL)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: High school graduate (Notes: local truck driver)
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
First name used: David
Sexual orientation: Straight or heterosexual

## Surgical & Procedure History

Reviewed Surgical & Procedure History
- Cardiac catheterization (surg) - 2/2023
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

## Past Medical History

Reviewed Past Medical History
CHEST PAIN: Y
CONGESTIVE HEART FAILURE: Y
GERD/REFLUX: Y
HIGH BLOOD PRESSURE/HYPERTENSION: Y
OBESITY: Y
OTHER-1: Y - **PM/ICD implant**
PALPITATIONS: Y
SLEEP APNEA: Y
Notes: Please refer to Problem section for most recent PMH/NNP

## Documents for Discussion

**Discussed the following documents:**

- CARDIOPULMONARY STRESS TEST (PROC) - 01/20/25
- Patient Portal - Health History - 03/12/25
- Patient Portal - Patient Submitted Health History - 11/25/24
- Facility - Continuity of Care Document - Tennova - Jefferson Memorial Hospital - 01/21/25
- Cardiology - Ambulatory Summary - Chart ID:2314460 - Warren Stribling - TN - Ascension - Tennessee - W KYLE STRIBLING MD - 01/21/25

## Screening

None recorded.

## HPI

Patient is a 39-year-old male that is asked to be seen in followup for cardiac evaluation. We had seen him about 10 years ago. Abnormal stress test. This led to a cardiac catheterization. A small circumflex arose anomalously from the right coronary cusp. LV function was normal. There is a strong family history of coronary disease in the patient's father beginning at age 33 of 34. He died within the last year of complications of coronary artery disease at age 65.. He also has a cousin who was told that he had an elevated coronary calcium score and subsequently went on to be a catheterization and bypass surgery.

The patient is not having symptoms of chest pain or exercise intolerance dyspnea or orthopnea. No dysrhythmias have been identified. He does have a history of hypertension which she states is typically well controlled. He attributes his elevated blood pressure today to nervousness. Patient does not exercise regularly but is able to do his normal activities without limitation. His last LDL cholesterol 58.

The patient requested follow-up on February 6, 2023. Over the past several weeks he has been complaining of abdominal distention pedal edema and shortness of breath with activity. He contacted Cindy Pittman who is a relative of his. She thought that follow-up was appropriate. The patient reported some vague epigastric and chest discomfort. He went to the emergency room in Rogersville. His chest x-ray suggested borderline cardiomegaly but was otherwise unremarkable. His abdominal gas pattern was normal. His COVID screen was negative. No lab work was done a UTI was not diagnosed based on a urine analysis was. He states in the last several weeks he has gained about 9 or 10 pounds. He feels as if his belly is swollen and distended. He has been treated with multiple GI medications and actually got partial relief. He complained of some fluttering in his chest but no syncope or near syncope. He is not having any chest pain. At its worst he had mild pitting edema just over his lower calfs. He reports he has been watching his diet as far as fluid and salt intake and recently has been eating primarily salads

Patient reports that his bowel habits have increased in frequency. He thinks urination may have diminished mildly

The patient had an echocardiogram performed which demonstrated severe global left ventricular dysfunction EF of 10 to 15%. Right ventricular function was diminished as well. No hemodynamically significant valvular abnormalities were seen. Troponin was normal proBNP was elevated at 3953 CBC was unremarkable there was mild elevation in ALT and AST BUN and creatinine were normal at 16 and 1.16 bilirubin was 2.5
Because of the findings we brought him back to the office as quickly as possible to initiate therapy. There is really been no change in his status over the last 3 days. We did discuss changes in medications including substituting Entresto for lisinopril and adding carvedilol as well as an SGLT2 2 inhibitor. We also discussed cardiac catheterization to rule out coronary disease as an etiology. We also discussed long-term goals and possible need for ICD or advanced care if he does not respond well to medication

Catheterization was performed. Left ventricle was severely dilated with an EF estimated 10 to 15% end-diastolic pressure was estimated at 40 mmHg. He did not have significant blockages in his coronaries. Appropriate medical therapy was continued. He has lost approximately 20 pounds with diuresis. Overall the patient's breathing has improved. He is not having significant orthopnea. His exercise tolerance is marginally better. He is scheduled to see the St. Thomas heart failure service in April. He has not been monitoring blood pressures at home but I suggested that he do this. His ICD has not discharged (ZOLL LifeVest).

Patient is seen in follow-up on June 23, 2023. Since his last visit he has seen Dr. Patel. There is a plan for implantation of a subcutaneous ICD in July. The MRI was performed as requested by Dr. Stribling. This confirms severe dilated left ventricle with severe left ventricular dysfunction. Interpretation could not exclude prior infarction but this certainly would not be consistent with findings on his coronary angiography.

**FIELDS, David L (id #98454, dob:**

Patient has been doing reasonably well clinically, He brought in an extensive recordings of his blood pressure heart rate and weight. His blood pressures typically are between 90 and 100 systolic limiting our ability to increase medications, Patient feels that he is much better than at his time of his presentation, He can walk unlimited distances on level ground, He does report some dyspnea when walking uphill. He is not having problems with orthopnea, He is scheduled to see Dr. Stribling in October

The patient was seen in follow-up on September 6, 2023. He actually underwent implantation of a ICD CRT device. He early on had some issues with diaphragmatic pacing but these have been reprogrammed. He has occasional "hiccups". His exercise tolerance is improved but certainly is not where he wants it to be. He keeps a good log of his blood pressure. Blood pressure is marginal for increasing medications. He will occasionally report transient lightheadedness if he is bending over and stands up suddenly. We discussed venous pooling and that this was something that we would keep an eye on but to be aware of it and try movement immediately. He is not having significant problems with edema

Patient is seen in follow-up on March 13, 2024. Clinically he is doing well. He is able to do more physical exercise but limits himself in terms of duration. He is not having any chest pain. He does have occasional "hiccups". Which seem to be positional and are likely due to intermittent phrenic nerve pacing from his BiV ICD. He has had no interval hospitalizations. His weight has been stable. He has not had any edema. He continues to monitor his blood pressures and they are marginal for any increase in his medical regimen (systolics typically 100-104).

Patient is seen in follow-up on September 11, 2024. Clinically he is stable to marginally improved. He has seen Dr. Stribling in the past and is scheduled to go to Nashville after the first of the year to have a 6-minute walk test as well as potentially other testing performed. He is not having significant orthopnea or paroxysmal nocturnal dyspnea. He is not having significant dependent edema. He monitors blood pressures frequently. They tend to be in the 90-100 systolic range limiting any future changes in medications.

The patient is seen in follow-up on March 12, 2025. Since his last visit he has been seen by Dr. Stribling. He evidently had cardiopulmonary testing performed. I believe the conclusion was he is not yet a candidate for transplant. The patient has an appointment to see Dr. Stribling in late March. He has been doing well. He denies problems with chest pain or shortness of breath orthopnea paroxysmal nocturnal dyspnea. To the best of his knowledge he has not had any ICD therapies administered. He states that he walked he thinks for about 10-1/2 minutes on the protocol. It may have been a modified bruise from how he was describing it is 0% grade to begin with. Blood pressures remain a little on the low side but he is not really symptomatic. He has had no interval hospitalizations

## ROS

**Constitutional:** Constitutional: no significant weight gain or loss and no fever, night sweats, or exercise intolerance.

**Eyes:** Eyes: no irritation, dry eyes, or vision change.

**ENMT:** Ears: no difficulty hearing or ear pain. Nose: no frequent nosebleeds, nose problems, or sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems.

**Cardiovascular:** Cardiovascular: no shortness of breath when walking or breath when lying down and no palpitations, chest pain, arm pain on exertion, or known heart murmur.

**Respiratory:** Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

**Gastrointestinal:** Gastrointestinal: no vomiting, diarrhea, dyspepsia, GERD, or abdominal pain and normal appetite and not vomiting blood.

**Genitourinary:** Genitourinary: no incontinence, hematuria, difficulty urinating, or increased frequency.

**Musculoskeletal:** Musculoskeletal: no muscle aches or weakness and no arthralgias/joint pain, back pain, or swelling in the extremities.

**Integumentary:** Skin: no jaundice, rashes, laceration, or abnormal mole.

**Neurologic:** Neurologic: no weakness, numbness, seizures, dizziness, migraines, headaches, tremor, or loss of consciousness.

**Psychiatric:** Psych: no depression, anxiety, hallucinations, sleep disturbances, alcohol abuse, or suicidal thoughts and feeling safe in a relationship.

**Endocrine:** Endocrine: no fatigue.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no bruising, swollen glands, or excessive bleeding.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, sinus pressure, or frequent sneezing.

## Physical Exam

**Constitutional:** General Appearance: appears stated age and **obese**. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:** Lids and Conjunctivae: no xanthelasma or arcus senilis.

**FIELDS, David L (id #98454, dob:**

**ENMT:** Lips, Teeth, and Gums: normal dentition. Nose: no lesions on external nose.

**Neck:** Neck: supple and trachea midline, Carotid Arteries: bilateral normal upstroke and no bruits, Jugular Veins: jugular venous pressure unable to assess, Cervical Lymph Nodes: non tender,

**Lungs:** Respiratory Effort: unlabored. Chest Exam: normal curvature. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Precordial Exam: non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: **BTK edema .**

**Peripheral Pulses:** Pulses: full and equal in all extremities except if noted. Radial Pulse: normal. Dorsalis Pedis Pulse: normal.

**Abdomen::** Inspection and Palpation: non distended or tender, normal aorta and bowel sounds, no bruit or masses, and soft; **Abdomen is mildly distended soft with no rebound or guarding**

**Musculoskeletal:** Inspection: no joint tenderness.

**Neurologic:** Gait: normal gait. Motor: normal strength.

**Skin:** Inspection and Palpation: warm and dry.

Assessment / Plan

**1. Primary idiopathic dilated cardiomyopathy -**

Patient has severe global left ventricular dysfunction in the absence of significant coronary disease, We will add spironolactone to his medical regiment increase the dose of carvedilol. He is scheduled for follow-up or evaluation by advanced heart failure team from St, Thomas, He will continue with the LifeVest until we reassess LV function probably in 2 months

The patient is undergone evaluation by the advanced heart failure team at St. Thomas. He is also seen Dr. Patel. He is on a good regimen which has been responsive as far as his symptoms. I do not think we can increase dosing of medications further given his issues with hypotension or low normotension (systolics in the 90s) on his current regimen.

The patient has had a BiV ICD with CRT therapy implant

I42.0: Dilated cardiomyopathy

**2. Nonischemic congestive cardiomyopathy -**

Patient has nonischemic cardiomyopathy. He is on a reasonable medical regimen limited by blood pressure. He is followed by the advanced heart failure clinic at St. Thomas. He is followed by EP and has had a BiV ICD/CRT device implanted which seems to be working normally.

As the patient has had the BiV ICD CRT device in some period of time we will order an echocardiogram.

Stable on current therapy. Blood pressure precludes aggressive intensification. Followed by the heart failure clinic at St. Thomas.

I42.0: Dilated cardiomyopathy

- ELECTROCARDIOGRAM
- NT PROBNP

**3. First degree atrioventricular block**

I44.0: Atrioventricular block, first degree

- HEART BLOCKS: CARE INSTRUCTIONS

**4. Left ventricular cardiac dysfunction**

I50.30: Unspecified diastolic (congestive) heart failure

**5. Essential hypertension -**

continued monitoring of blood pressures suggested to make sure adequate control is being obtained.

I10: Essential (primary) hypertension

- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE
- CBC (INCLUDES DIFF/PLT)

**6. Lipid screening**

Z13.220: Encounter for screening for lipoid disorders

- COMPREHENSIVE METABOLIC PANEL
- LIPID PANEL WITH REFLEX TO DIRECT LDL

**7. Diabetes mellitus screening**

Z13.1: Encounter for screening for diabetes mellitus

- HEMOGLOBIN A1C

Lincoln/Fields 0949

**FIELDS, David L (id #98454, dob:**

8. **Biventricular implantable cardioverter-defibrillator (ICD) in situ**

Patient has undergone ICD/CRT device implantation monitored by Dr. Patel
Z95.810: Presence of automatic (implantable) cardiac defibrillator

## Return to Office

- Nilam Patel, MD for *Follow-up 15 at ETHC_Turkey Creek on 05/20/2025 at 03:30 PM
- Barry Michelson, MD for *Follow-up 15 at ETHC_South on 09/10/2025 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Barry Michelson, MD, 03/12/2025.

Encounter performed and documented by Barry Michelson, MD
Encounter reviewed & signed by Barry Michelson, MD on 03/12/2025 at 11:18 AM

98454 3/5/2025 3:19:22 PM FIELDS, DAVID
Born Male

TENNOVA HEALTHCARE (1)

Rate 65 . ATRIAL-VENTRICULAR DUAL-PACED COMPLEXES

PR 243
QRSD 152
QT 456
QTc 475

--AXIS--
P 82
QRS 0
T 64

- ABNORMAL ECG -

Unconfirmed Diagnosis

FIELDS, DAVID L (id #98454, dob:



**FIELDS, David L (id #98454, dob:**

**FIELDS, David L (id #98454, dob:**
**Encounter Date: 11/25/2024**

## Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (47yo, M) ID# 98454 | **Appt. Date/Time** | 11/25/2024 11:00AM |
| **DOB** | | **Service Dept.** | ETHC_Turkey Creek |
| **Provider** | DUSTIN MCCOY, PA | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130287<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

## Chief Complaint

6 month follow up

## Patient's Care Team

**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-5399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672
**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054

## Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

## Vitals

| | | |
|---|---|---|
| **Ht:** 6 ft 11/25/2024 11:05 am | **Wt:** 266.4 lbs 11/25/2024 11:05 am | **BP:** 98/60 11/25/2024 11:07 am |
| **BMI:** 36.1 11/25/2024 11:05 am | **HR:** 68 11/25/2024 11:08 am | |

## Measurements

None recorded.

## Allergies

Reviewed Allergies

**PENICILLINS:** Rash

## Medications

Lincoln/Fields 0953

Reviewed Medications

**aspirin 81 mg chewable tablet** 06/08/23 entered
Chew 1 tablet every day by oral route for 90 days.

**carvedilol 12.5 mg tablet** 11/16/24 filled
TAKE 1 TABLET BY MOUTH TWO TIMES A DAY

**cetirizine 10 mg tablet** 06/08/23 entered
Take 1 tablet(s) every day by oral route.

**Entresto 49 mg-51 mg tablet** 11/16/24 filled
Take 1 tablet(s) twice a day by oral route for 90 days, for heart failure.

**Farxiga 10 mg tablet** 09/18/24 filled
Take 0.5 tablet(s) twice a day by oral route.

**Multi Vitamin** 02/06/23 entered
Mens vitafusion 1 daily

**spironolactone 25 mg tablet** 11/16/24 filled
Take 1 tablet(s) every day by oral route for 90 days.

immune plus
11/25/2024 memory kc

Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

Problems

Reviewed Problems
- Obesity - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Essential hypertension - Onset: 02/06/2023
- Mitral valve regurgitation - Onset: 05/23/2024
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- First degree atrioventricular block - Onset: 06/08/2023
- Heart failure - Onset: 02/09/2023
- Chronic systolic heart failure - Onset: 05/23/2024
- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- Biventricular automatic implantable cardioverter defibrillator in situ - Onset: 05/23/2024
- History of SARS-CoV-2 - Onset: 06/08/2023

Family History

Family History not reviewed (last reviewed 03/13/2024)

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

## Social History

Social History not reviewed (last reviewed 03/13/2024)
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
Do you or have you ever used any other forms of tobacco or nicotine?: No
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 09/11/2024
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What is your exercise level?: Occasional (Notes: ADL)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: High school graduate (Notes: local truck driver)
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
First name used: David
Sexual orientation: Straight or heterosexual

## Surgical History

Surgical History not reviewed (last reviewed 03/13/2024)
- Cardiac catheterization (surg) - 2/2023
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Heart Catheterization - 08/16/2007

Lincoln/Fields 0955

wisdom teeth extraction

## Past Medical History

Past Medical History not reviewed (last reviewed 03/13/2024)
CHEST PAIN: Y
CONGESTIVE HEART FAILURE: Y
GERD/REFLUX: Y
HIGH BLOOD PRESSURE/HYPERTENSION: Y
OBESITY: Y
PALPITATIONS: Y
SLEEP APNEA: Y
Notes: Please refer to Problem section for most recent PMH/NNP

## Screening

None recorded.

## HPI

Routine 6 month f/u device check. Boston Scietific CRT-D
Patient presents with wife.
Patient continues to do well, very minimal occasional palpitations, mainly noticeable with coughing.
Denies fatigue, dyspnea on exertion and at rest, chest pain/pressure, lightheadedness/dizziness, syncope/near syncope, and edema.

## ROS

Patient reports **palpitations** but reports no chest pressure, no lightheadedness, no chest pain, no dyspnea on exertion, no fatigue, no leg edema, no syncope, no orthopnea, no PND, and no claudication. He reports **cough and sleep apnea** but reports no wheezing, no coughing up blood, and no shortness of breath. He reports **easy bruising** but reports no swollen glands. He reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. He reports no dry eyes, no irritation, and no vision change. He reports no difficulty hearing and no ear pain. He reports no frequent nosebleeds and no nose/sinus problems. He reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. He reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, and no swelling in the extremities. He reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no headaches. He reports no depression, no sleep disturbances, feeling safe in relationship, and no alcohol abuse. He reports no nausea, no vomiting, no diarrhea, and no constipation.
**Additionally reports:**
**I have reviewed these findings and agree. dm**

## Physical Exam

**Constitutional:** General Appearance: well-nourished, well-developed, and appears stated age. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Insight: good judgement.

**Lungs:** Respiratory Effort: unlabored. Chest Exam: normal curvature and no thoracic deformity. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Rate And Rhythm: regular. Heart Sounds: no rub, gallop, or click and normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no edema or peripheral signs of emboli.

**Skin:** Inspection and Palpation: warm and dry; **Device site looks healthy, no hematoma, induration, or erythema.** Nails: no clubbing.

## Procedure Documentation

**93284,26: Multi chamber ICD Programing PaceArt:**
See image documentation for encounter data.

**ITERATIVE:** A representative from the device company did the interrogation of this device with iterative programming changes to evaluate pacing thresholds. I personally evaluated the generated data including all diagnostic findings, and advised the representative on any changes that may have needed to be made. A -26 modifier will be added to the billing charge.

## Assessment / Plan

**1. Biventricular automatic implantable cardioverter defibrillator in situ-**
BSC CRT-D_7/2023

9 years
AP 27%, LVP 99%_DDDR 60/125
some brief of episodes of ATR, likely farfield. 3 episodes of PMT_Monitor 170, VF 200
PVARP increased to help reduce ATR and PMT

**FIELDS, David L (id #98454, dob:**

Patient continues to do well, very minimal occasional palpitations, mainly noticeable with coughing, May be attributed to runs of ATR/PMT, will ct to monitor with new settings adjustment,

Remote q3 months
RTC 6 mths Sara or Dustin
Z95.810: Presence of automatic (implantable) cardiac defibrillator

**2. Nonischemic congestive cardiomyopathy -**
2022

**EKG:**
2/2023: ST 90, PR 220, QRS 126, RBBB/LPFB, QTc 443
6/2023: SR 65, PR 260, QRS 131 RBBB/LPFB, QTc 433

**Imaging:**
LHC: 2/2023: normal coronaries, EF 10-15%, LVEDP 40, mod MR
Echo: 5/2023: EF 20%, mod LAE, mild AI/TR, mild to mod MR, RVSP 40, LVIDd6.56
Echo: 2/2023: EF 10-15%
Echo: 3/2024: EF 20% mod to sev MR
Cardiac MRI: 2023: EF 27%, akinesis and wall thinning of anterior, inferior, and lateral walls. no evidence of iron overload. 50% subendocardial LGE in the basal and mid lateral walls consistent with infarct pattern. normal RV size and moderate systolic dysfunction EF 32%. mild MR,
VO2 at St.Thomas: pending

on Entresto 49-51 mg BID/Farxiga 10 daily/spironolactone 25mg daily/carvedilol 12.5mg BID

s/p CRT-D 7/2023

fup Dr.Michelson/Dr.Stribbling
I42.0: Dilated cardiomyopathy

**3. Chronic systolic heart failure -**
as above
I50.22: Chronic systolic (congestive) heart failure

**4. Essential hypertension -**
2006
I10: Essential (primary) hypertension
- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE

**5. History of SARS-CoV-2 -**
3 episodes so far, no hospitalization
1st and 3rd was severe
diagnosed with HF after 3rd episode
Z86.16: Personal history of COVID-19

**6. First degree atrioventricular block -**
asymptomatic

I44.0: Atrioventricular block, first degree
- HEART BLOCKS: CARE INSTRUCTIONS

**7. Obstructive sleep apnea syndrome -**
2012
compliant to CPAP
G47.33: Obstructive sleep apnea (adult) (pediatric)
- SLEEP APNEA: CARE INSTRUCTIONS

**8. Obesity -**
BMI 35
weight loss advised by diet/exercise
E66.9: Obesity, unspecified
- WHEN YOU WANT TO LOSE WEIGHT: CARE INSTRUCTIONS
- LEARNING ABOUT HEALTHY WEIGHT

**9. Mitral valve regurgitation -**
mgmt per Dr.Michelson and St.Thomas HF team
I34.0: Nonrheumatic mitral (valve) insufficiency
- HEART VALVE DISEASE: CARE INSTRUCTIONS
- MITRAL VALVE REGURGITATION: CARE INSTRUCTIONS

**FIELDS, David L (id #98454, dob:**

Return to Office

- to see Barry Michelson, MD at ETHC_South on or around 03/11/2025
- Barry Michelson, MD for *Follow-up 15 at ETHC_South on 03/12/2025 at 11:15 AM
- Nilam Patel, MD for *Follow-up 15 at ETHC_Turkey Creek on 05/20/2025 at 03:30 PM

Encounter Sign-Off

Encounter signed-off by DUSTIN MCCOY, PA, 11/25/2024.

Encounter performed and documented by DUSTIN MCCOY, PA
Encounter reviewed & signed by DUSTIN MCCOY, PA on 11/25/2024 at 06:02 PM
Oversight: Encounter reviewed by Nilam Patel, MD on 11/26/2024 at 2:55pm

**FIELDS, David L (id #98454, dob:**

| Boston Scientific | LATITUDE™ Programming System | Report Created 25 Nov 2024 |
|---|---|---|
| | **Real-time Log Report** | |
| | **Fields , David L** | Last Office Interrogation |
| | Date of Birth | 23 May 2024 |
| | Device RESONATE X4 CRT-D G447/ 310737 | Implant Date |
| | Tachy Mode Monitor + Therapy | 14 Jul 2023 |

**Snapshot-3** **25 Nov 2024 11:12:19** **25mm/s**






3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.0.1)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.


| Clinician Signature: |
|---|
| |

Lincoln/Fields 0959

| Boston Scientific | LATITUDE™ Programming System | Report Created 25 Nov 2024 |
|---|---|---|
| | **Heart Failure Management Report** | |
| | **Fields , David l** | Last Office Interrogation |
| | Date of Birth | **23 May 2024** |
| | Device: RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode: Monitor + Therapy | **14 Jul 2023** |

**Trends**

HeartLogic™ Heart Failure Index: **5**




The nominal HeartLogic™ Threshold is 16. This patient's HeartLogic™ Threshold can be confirmed in LATITUDE NXT™.

Most recent measurement

S3: **0.82** mG

S1: **1.52** mG

Thoracic Impedance: **49** Ω

Respiratory Rate: **18** rpm




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.0.1)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Heart Failure Management Report

Fields , David L
25 Nov 2024 11:15






© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Heart Failure Management Report

Fields, David L
25 Nov 2024 11:15




3666 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.0.1)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.


Lincoln/Fields 0962

**FIELDS, David L (id #98454, dob:**

| Boston Scientific | LATITUDE™ Programming System | Report Created 25 Nov 2024 |
|---|---|---|
| | **Arrhythmia Logbook Report** | |
| | **Fields , David L** | Last Office Interrogation **23 May 2024** |
| | Date of Birth | |
| | Device: RESONATE X4 CRT-D G447/ 310757 | Implant Date **14 Jul 2023** |
| | Tachy Mode: Monitor + Therapy | |

| Event | Date/Time | Type | Therapy | Duration hh:mm:ss |
|---|---|---|---|---|
| RAAT-571 | 24 Nov 2024 18:12 | RA Auto | | ------ |
| RVAT-571 | 24 Nov 2024 18:11 | RV Auto | | ------ |
| LVAT-468 | 24 Nov 2024 18:10 | LV Auto | | ------ |
| ATR-482 | 23 Nov 2024 16:40 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:06 |
| ATR-481 | 22 Nov 2024 17:20 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:08 |
| ATR-480 | 21 Nov 2024 20:36 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:07 |
| ATR-479 | 21 Nov 2024 16:08 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:08 |
| ATR-478 | 21 Nov 2024 10:27 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:08 |
| ATR-477 | 21 Nov 2024 07:40 | ATR | Avg V Rate in ATR: 110 bpm | 00:00:05 |
| ATR-476 | 20 Nov 2024 19:34 | ATR | Avg V Rate in ATR: 116 bpm | 00:00:02 |
| ATR-475 | 20 Nov 2024 19:13 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:07 |
| ATR-474 | 20 Nov 2024 07:59 | ATR | Avg V Rate in ATR: 109 bpm | 00:00:04 |
| ATR-473 | 20 Nov 2024 07:59 | ATR | Avg V Rate in ATR: 99 bpm | 00:00:10 |
| APM-133 | 15 Nov 2024 03:49 | APM RT | | ------ |
| PMT-4 | 07 Nov 2024 13:49 | PMT | | ------ |
| PMT-3 | 26 Aug 2024 15:10 | PMT | | ------ |
| PMT-2 | 13 Jul 2024 21:05 | PMT | | ------ |
| PMT-1 | 29 May 2024 16:56 | PMT | | ------ |
| V-1 | 11 Dec 2023 14:53 | NonSustV | Nonsustained | 00:00:15 |

3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.0 i)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

| Boston Scientific | LATITUDE™ Programming System | Report Created 25 Nov 2024 |
|---|---|---|
| | **Selected Episodes Report** | |
| | **Fields , David L** | Last Office Interrogation |
| | Date of Birth | **23 May 2024** |
| | Device: RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode: Monitor + Therapy | **14 Jul 2023** |

**Event ATR-482: 23 Nov 2024 16:40** — 25mm/s

**ATR Event Onset**
Avg A Rate: 183 bpm
Avg V Rate: 111 bpm
**In ATR**
Avg V Rate: 105 bpm

**Event Ended 00:00:06**




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.0.1)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.


**Lincoln/Fields 0964**

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Selected Episodes Report

Fields, David L
25 Nov 2024 11:15








©2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

LATITUDE™ Programming System
Selected Episodes Report

Fields , David L
25 Nov 2024 11:15




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.


Lincoln/Fields 0966

LATITUDE™ Programming System
Selected Episodes Report

Fields, David L
25 Nov 2024 11:15






© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

| Boston Scientific | LATITUDE™ Programming System | Report Created 25 Nov 2024 |
|---|---|---|
| | **Selected Episodes Report** | |
| | **Fields , David L** | Last Office Interrogation |
| | Date of Birth | 23 May 2024 |
| | Device: RESONATE X4 CRT-D G447/ 310737 | Implant Date |
| | Tachy Mode: Monitor + Therapy | 14 Jul 2023 |

**Event PMT-2: 13 Jul 2024 21:05** 25mm/s

**PMT Event Onset**
Avg A Rate: 125 bpm
Avg V Rate: 125 bpm

**Event Ended** ------






© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Selected Episodes Report

Fields, David L
25 Nov 2024 11:15







3886 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.


Lincoln/Fields 0969

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Selected Episodes Report

Fields, David L
25 Nov 2024 11:15








© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.


Lincoln/Fields 0970

**FIELDS, David L (id #98454, dob:**





© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

| Boston Scientific | LATITUDE™ Programming System | Report Created 25 Nov 2024 |
|---|---|---|
| | **Device Follow-up Report** | |
| | **Fields , David L** | Last Office Interrogation |
| | Date of Birth | 23 May 2024 |
| | Device ... 24 CRT-D G447/ 310737 | Implant Date |
| | Tachy Mode Monitor + Therapy | 14 Jul 2023 |

**My Alerts**

| | |
|---|---|
| 25 Nov 2024 11:15 | Check LV Lead |

**Events Since Last Reset (23 May 2024)**

| | |
|---|---|
| 23 Nov 2024 16:40 | ATR at 183 bpm, Avg V Rate in ATR: 105 bpm |
| 22 Nov 2024 17:20 | ATR at 149 bpm, Avg V Rate in ATR: 105 bpm |

See last page for full list of Events Since Last Reset.

**Battery OK**

| | |
|---|---|
| Approximate time to explant: | 5 years |
| Charge Time | 10.2 s |
| Last Capacitor Re-form | 03 Jun 2024 03:05 |




| Leads Data | Implant 14 Jul 2023 | Previous Session | Most Recent |
|---|---|---|---|
| **Atrial** | | | |
| Intrinsic Amplitude | N/R mV | 2.3 mV | 3.2 mV |
| Pace Impedance | N/R Ω | 758 Ω | 689 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.5 V @ 0.4 ms | Auto 0.6 V @ 0.4 ms |
| **Right Ventricular** | | | |
| Intrinsic Amplitude | N/R mV | 18.6 mV | Paced mV |
| Pace Impedance | N/R Ω | 450 Ω | 333 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.5 V @ 0.4 ms | Auto 0.6 V @ 0.4 ms |
| **Left Ventricular** | | | |
| Intrinsic Amplitude | N/R mV | 3.5 mV | 5.7 mV |
| Pace Impedance LVa | N/R Ω | 628 Ω | 590 Ω |
| Pace Impedance LVb | | 622 Ω | N/R Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.9 V @ 0.8 ms | Auto 0.7 V @ 0.8 ms |
| **Shock Vector** | | | |
| Shock Impedance | N/R Ω | 74 Ω | 71 Ω |

**Settings**

**Ventricular Tachy Settings**

| | | | |
|---|---|---|---|
| VF | 200 bpm | ATP | 41 J, 41 J, 41 Jx6 |
| VT | 170 bpm Monitor Only | | |

**Atrial Tachy Settings**

ATR Mode Switch 170 bpm VDIR

**Brady/CRT Settings**

| | |
|---|---|
| Mode | DDDR |
| Lower Rate Limit | 60 ppm |
| Maximum Tracking Rate | 125 ppm |
| Maximum Sensor Rate | 130 ppm |
| Paced AV Delay | 240 - 240 ms |
| Sensed AV Delay | 180 - 180 ms |
| A-Refractory (PVARP) | 240 - 340 ms |
| RV-Refractory (RVRP) | 230 - 250 ms |
| LV-Refractory (LVRP) | 250 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |

| | |
|---|---|
| **Pacing Output** | |
| Atrial | Auto 2.0 V @ 0.4ms |
| Right Ventricular | Auto 2.0 V @ 0.4ms |
| Left Ventricular (LVa) | Auto 1.7 V @ 0.8ms |
| Left Ventricular (LVb) | Off |
| **Sensitivity** | |
| Atrial | AGC 0.25 mV |
| Right Ventricular | AGC 0.6 mV |
| Left Ventricular | AGC 1.0 mV |
| **Leads Configuration (Pace/Sense)** | |
| Atrial | Bipolar |
| Right Ventricular | Bipolar |
| LVa (Pace) | LVTip1>>Can |
| LVb (Pace) | Off |
| LV (Sense) | LVRing2>>RV |
| **LV MultiSite Pacing** | |
| Pacing Order | Off |
| **Rate Adaptive Pacing** | |
| Accelerometer | On |



© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

LATITUDE™ Programming System
Device Follow-up Report

Fields, David L
25 Nov 2024 11:15

| Rhythm ID Update | |
|---|---|
| Last Successful Completion | N/R |

**Trends**




3666 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.0 ))

©2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

LATITUDE™ Programming System
Device Follow-up Report

Fields, David L
25 Nov 2024 11:15

**Trends**

Most recent measurement:

| Trend | Most recent measurement |
|---|---|
| RV Pace Threshold | 0.6 V |
| R Wave (LV) Amplitude | 5.7 mV |
| LV Pace Impedance | 590 Ω |
| LV Pace Threshold | 0.7 V |
| Shock Impedance | 71 Ω |






©2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

LATITUDE™ Programming System
Device Follow-up Report

Fields , David L
25 Nov 2024 11:15

| Ventricular Tachy Counters | Since Last Reset 23 May 2024 | Device Totals |
|---|---|---|
| **Ventricular Episode Counters** | | |
| Total Episodes | 0 | 1 |
| Treated | | |
| VF Therapy | 0 | 0 |
| VT Therapy | 0 | 0 |
| VT-1 Therapy | 0 | 0 |
| Commanded Therapy | 0 | 0 |
| Non-Treated | | |
| No Therapy Programmed | 0 | 0 |
| Nonsustained Episodes | 0 | 1 |
| Other Untreated Episodes | 0 | 0 |
| **Ventricular Therapy Counters** | | |
| ATP Delivered | 0 | 0 |
| ATP % Successful | 0 | 0 |
| Shocks Delivered | 0 | 0 |
| First Shock % Successful | 0 | 0 |
| Shocks Diverted | 0 | 0 |
| **Brady/CRT Counters** | **Reset Before Last** 223 day(s) 12 Oct 2023 to 23 May 2024 | **Since Last Reset** 185 day(s) 23 May 2024 to Today |
| **Counters** | | |
| % A Paced | 37 | 27 |
| % RV Paced | 94 | 93 |
| % LVa Paced | 59 | 93 |
| % LVb Paced | 0 | 0 |
| **Intrinsic Promotion** | | |
| Rate Hysteresis | | |
| % Successful | 0 | 0 |
| **Atrial Arrhythmia** | | |
| % AT/AF (One Year of Data) | <1 | <1 |
| Total Time in AT/AF (min) (One Year of Data) | 122 | 30.3 |
| Episodes by Duration | | |
| < 1 minute | 143 | 301 |
| 1 min - < 1 hr | 0 | 0 |
| 1 hr - < 24 hr | 0 | 0 |
| 24 hr - < 48 hr | 0 | 0 |
| > 48 hr | 0 | 0 |
| Total PACs | 53.3K | 53.9K |
| **Ventricular Counters** | | |
| Total PVCs | 54.4K | 36.2K |
| Three or More PVCs | 1 | 2 |
| **Clinical Counters** | **Since Last Reset** 23 May 2024 | **Device Totals** |
| MRI Protection Mode | 0 | 0 |



©2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Device Follow-up Report

Fields, David L
25 Nov 2024 11:15

## Histograms Reset Before Last (12 Oct 2023)







## Histograms Since Last Reset (23 May 2024)







3886 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**



| All Events Since Last Reset (23 May 2024) | |
|---|---|
| 24 Nov 2024 18:12 | RA Auto |
| 24 Nov 2024 18:11 | RV Auto |
| 24 Nov 2024 18:10 | LV Auto |
| 23 Nov 2024 16:40 | ATR at 183 bpm, Avg V Rate in ATR: 105 bpm |
| 22 Nov 2024 17:20 | ATR at 149 bpm, Avg V Rate in ATR: 105 bpm |
| 21 Nov 2024 20:36 | ATR at 146 bpm, Avg V Rate in ATR: 103 bpm |
| 21 Nov 2024 16:08 | ATR at 144 bpm, Avg V Rate in ATR: 101 bpm |
| 21 Nov 2024 10:27 | ATR at 182 bpm, Avg V Rate in ATR: 102 bpm |
| 21 Nov 2024 07:40 | ATR at 154 bpm, Avg V Rate in ATR: 110 bpm |
| 20 Nov 2024 19:34 | ATR at 134 bpm, Avg V Rate in ATR: 116 bpm |
| 20 Nov 2024 19:13 | ATR at 144 bpm, Avg V Rate in ATR: 101 bpm |
| 20 Nov 2024 07:59 | ATR at 149 bpm, Avg V Rate in ATR: 109 bpm |
| 20 Nov 2024 07:59 | ATR at 218 bpm, Avg V Rate in ATR: 99 bpm |
| 19 Nov 2024 03:49 | APM RT at 68 bpm |
| 07 Nov 2024 13:49 | PMT at 125 bpm |
| 26 Aug 2024 15:10 | PMT at 125 bpm |
| 13 Jul 2024 21:05 | PMT at 125 bpm |
| 29 May 2024 16:56 | PMT at 125 bpm |



© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

## Imaging Results

**FIELDS, David L (id #98454, dob:**

US, ECHOCARDIOGRAM, TRANSTHORACIC, COMPLETE, W/ COLOR FLOW (#11685348, 04/02/2025 12:00am)

Jefferson Memorial Hospital

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | FIELDS DAVID | | | **Procedure Staff** | |
| **MRN:** | 00809309 | | | **Referring Physician:** | Warren K Stribling, MD |
| **Date of birth:** | | **Age:** | 47 year(s) | **Sonographer:** | Juliann Blackburn, RCS |
| **Gender:** | Male | **BMI:** | 34.99 kg/m² | **Interpreting physician:** | Barry Michelson, MD |
| **Weight:** | 117.03 kg | **BSA:** | 2.37 m² | | |
| **Height:** | 182.88 cm | | | | |

**Procedure Information**

| | | | |
|---|---|---|---|
| **Exam date time:** | 4/2/2025 1:58 PM | | |
| **Procedure type:** | Echo | | |
| **Proc. sub type:** | TTE procedure: NI Echo TTE 2D Complete w Color Doppler | | |
| **Patient status:** | Routine | **Accession no:** | 3002509200311 |
| **HR:** | 60 bpm | **FIN Number:** | 4583278 |
| | | **Study location:** | Jefferson City |
| | | **Technical quality:** | Good visualization |

Procedure Description: Echocardiography, transthoracic, real-time with image documentation (2D), includes M- mode recording, when performed, complete, with spectral Doppler echocardiography, and with color flow Doppler echocardiography.

**Reason for Study**

chronic systolic heart failure

**Physician Conclusions**

<u>**Summary:**</u>

Normal wall thickness.
Left ventricle size is moderately dilated.
EF estimated at 20%.
There is severe global left ventricular systolic dysfunction.
Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure..
A pacemaker wire is observed in the RV.
Aortic valve structure is trileaflet and is structurally normal.
No aortic stenosis. No aortic regurgitation documented by color flow and/or spectral Doppler.
Mild pulmonic regurgitation documented by color flow and/or spectral Doppler.
Left atrium is mild to moderately enlarged.
Mild mitral regurgitation documented with color flow and/or spectral Doppler.
Tricuspid valve appears structurally normal. No evidence of tricuspid valve stenosis.
Moderate tricuspid regurgitation documented with color flow and/or spectral Doppler.
Right ventricular systolic pressure is moderately elevated and is estimated at 57 mmHg.

**Jefferson Memorial Hospital**

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

| **Obervations** | |
|---|---|
| **Left ventricle:** | Normal wall thickness.<br>Left ventricle size is moderately dilated.<br>EF estimated at 20%.<br>There is severe global left ventricular systolic dysfunction.<br>Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure. |
| **Right ventricle:** | A pacemaker wire is observed in the RV. |
| **Left atrium:** | Left atrium is mild to moderately enlarged. |
| **Right atrium:** | Right atrium is normal in size. |
| **Mitral valve:** | Mitral valve appears structurally normal. No evidence of mitral valve stenosis.<br>Mild mitral regurgitation documented with color flow and/or spectral Doppler. |
| **Aortic valve:** | Aortic valve structure is trileaflet and is structurally normal.<br>No aortic stenosis. No aortic regurgitation documented by color flow and/or spectral Doppler. |
| **Tricuspid valve:** | Tricuspid valve appears structurally normal. No evidence of tricuspid valve stenosis.<br>Moderate tricuspid regurgitation documented with color flow and/or spectral Doppler.<br>Right ventricular systolic pressure is moderately elevated and is estimated at 57 mmHg. |
| **Pulmonic valve:** | Pulmonic valve appears structurally normal. No evidence of pulmonic stenosis. Mild pulmonic regurgitation documented by color flow and/or spectral Doppler. |
| **Pericardial:** | Pericardium appears normal. There is no pericardial effusion visualized. |
| **Aorta/Great vessels:** | Aortic root is normal in size.<br>The inferior vena cava is not dilated and shows more than 50% respiratory variation. |
| **Pleural:** | There is no pleural effusion present. |

Electronically signed by Barry Michelson, MD (Interpreting physician) on 4/4/2025 at 1:15 PM

**FIELDS, David L (id #98454, dob:**

**Jefferson Memorial Hospital**

Tennova Healthcare

110 Hospital Dr
Jefferson City, TN 37760
Phone: (865) 471-2500

Status Finalized

# TTE echo report

### Left Ventricle

| | | | |
|---|---|---|---|
| Diastolic dimension: | 6.25 cm **(4.2 - 5.8 cm)** | Systolic dimension: | 5.69 cm **(2.5 - 4 cm)** |
| 2D septum diastolic: | 1.01 cm **(0.6 - 1.0 cm)** | FS Normal Range (30-45%): | 9 % |
| 2D post wall diastolic: | 0.98 cm | | |
| LV mass (ASE formula): | 260.29 g **(88 - 224 g)** | | |
| LV mass index: | 109.65 g/m² | | |
| RWT: | 0.31 | | |

**LV M-Mode**

**LV Ejection Fraction**

| | | | |
|---|---|---|---|
| LVEDV Teichholz: | 245 ml **(62 - 150 ml)** | LVESV Teichholz: | 184 ml **(21 - 61 ml)** |
| LVEDVI Teichholz: | 103.21 ml/m² **(34 - 74 ml/m²)** | LVESVI Teichholz: | 77.51 ml/m² **(11 - 31 ml/m²)** |
| EF Teichholz: | 25 % | | |

**LV 3D/Strain**

### Right Ventricle

| | | | |
|---|---|---|---|
| Diastolic dimension: Normal Range (2.7-3.4cm): | 2.5 cm | Systolic pressure: | 57.06 mmHg |

### Left Atrium

| | | | |
|---|---|---|---|
| **LA diameter (2D) Normal Range (2.0-4.0cm):** | 3.6 cm | **LA/Aorta (2D):** | 1.38 |
| | | **LA volume index:** | 39.6 ml/m² **(16 - 34 ml/m²)** |
| **LA area:** | 29.8 cm² | | |
| **LA volume:** | 94 ml | | |

### Right Atrium

| | |
|---|---|
| **Systolic pressure:** | 10 mmHg |

**Jefferson Memorial Hospital**

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status Finalized

# TTE echo report

## Aortic Valve

| | | | |
|---|---|---|---|
| **Peak velocity Normal Range (0.9-1.7m/s) :** | 1.14 m/s | **Mean velocity:** | 0.79 m/s |
| **Peak gradient Normal Range (<10mmHG):** | 5.2 mmHg | **Mean gradient Normal Range (<10mmHG) :** | 3 mmHg |
| **AV VTI:** | 24.3 cm | **Dimensionless index:** | 0.65 |
| **Peak velocity:** | 74.4 cm/s | **Mean velocity:** | 50 cm/s |
| **Peak gradient:** | 2 mmHg | **Mean gradient:** | 1 mmHg |
| | | **LVOT VTI Normal Range (0.7-1.1m/s):** | 14.1 cm |

## Mitral Valve

| | | | |
|---|---|---|---|
| **Peak E-wave Normal Range (0.60-1.30m/s) :** | 85 cm/s | **Peak A-wave Normal Range( 0.30-0.60m/s) :** | 38.9 cm/s |
| **MR velocity:** | 276 cm/s | **E/A ratio Normal Range (0.8-2.5):** | 2.19 |
| **E' septal velocity:** | 4.79 cm/s | **Peak gradient:** | 2.89 mmHg |
| **A' septal velocity:** | 4.04 cm/s | **Deceleration time Normal Range (160-240msec):** | 216 ms |
| **E/E' septal:** | 17.75 | **E' lateral velocity:** | 9.31 cm/s |
| | | **A' lateral velocity:** | 3.95 cm/s |
| | | **E/E' lateral:** | 9.13 |
| | | **E/E' average:** | 13.44 |

## Tricuspid Valve

| | | | |
|---|---|---|---|
| **Estimated RVSP:** | 40 mmHg | **Estimated RAP:** | 10 mmHg |
| **TR velocity:** | 343 cm/s | **TR gradient:** | 47.06 mmHg |

## Pulmonic Valve

| | | | |
|---|---|---|---|
| **Peak velocity Normal Range (0.5-1.0m/s):** | 99.9 cm/s | **Peak gradient:** | 3.99 mmHg |
| | | **Estimated PASP:** | 57.06 mmHg |
| | | **Acceleration time:** | 95 ms |

## Aorta/Great Vessels

| | | | |
|---|---|---|---|
| **Aortic root (2D):** | 2.6 cm | **ACS (M-mode) Normal Range (1.5-26cm):** | 1.6 cm |

**Jefferson Memorial Hospital**

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

## TTE echo report

---

Electronically signed by Barry Michelson, MD (interpreting physician) on 4/4/2025 at 1:15 PM

**FIELDS, David L (id #98454, dob:**

## ELECTROCARDIOGRAM (#11590107, 03/13/2025 7:39pm)

| Report | Result | Ref. Range | Units | ⚠ | Status | Facility | Date |
|---|---|---|---|---|---|---|---|
| EKG Results: | | | | | | | |
| Interpretation: | | | | | | | |

**FIELDS, David L (id #98454, dob:**

## CARDIOPULMONARY STRESS TEST (PROC) (#11385223, 01/20/2025 12:00am)

From: 01/21/2025 11:33 #174 P 001/006

Visit Date 01/20/2025

Ascension Saint Thomas

**St. Thomas West Hospital**
**4220 Harding Pike**
**Nashville, TN 37205**

**CARDIOPULMONARY EXERCISE TEST REPORT**

| | | | | | |
|---|---|---|---|---|---|
| Identification: | 30486483 | Last Name: | Fields | First Name: | David |
| Date of Birth: | | Height: | 72.0 Inch | Gender: | male |
| Age: | 47.2 Years | Weight: | 287.0 lbs | BMI: | 35 kg/m² |
| Technician: | RRT Galbreath Mat | | | | |
| Physician: | Sobering Kyle | | | | |

### SLOPE DATA

| | | Value | (Normal Range) |
|---|---|---|---|
| VO2/Ws | [(mL/min)/W] | 5.39 | 8.7-11.9 |
| HRO2Ws | [1/(mL/bpm)] | 5.05 | 3.0-4.0 |
| VEO2s | | 19.11 | 23-26 |
| VECO2s | | 32.86 | 26-29 |
| OUESs | [(L/min)/log10] | 1.79 | |

### PRE EXERCISE SPIROMETRY

| | | PRE | PRED | %PRED |
|---|---|---|---|---|
| FVC | L | 3.36 | 5.43 | 62.0 |
| FEV 1 | L | 3.02 | 4.27 | 70.7 |
| FEV1/FVC | % | 90 | 79 | |
| MVV | L/min | | 142 | |

### CARDIOVASCULAR RESPONSES

| | | REST | AT (VT1) [Value] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| VO2/kg | [(mL/min)/kg] | 4.3 | 12.9 | 13.9 | 25.6 | 54 |
| VO2 | [L/min] | 0.47 | 1.50 | 1.62 | 2.98 | 56 |
| VCO2 | [L/min] | 0.38 | 1.46 | 1.67 | | |
| Load | [W] | | 130 | 130 | 209 | 62 |
| HR | [BPM] | 70 | 136 | 144 | 173 | 83 |
| O2pulse | [mL] | 6.7 | 11.1 | 11.2 | 17.2 | 65 |
| HRR | [BPM] | 103 | 37 | 29 | | |
| SBP | [mmHg] | 127 | 140 | 160 | | |
| DBP | [mmHg] | 77 | 77 | 74 | | |

### VENTILATORY RESPONSES

| | | REST | AT (VT1) [Value] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| VE | [L/min] | 17 | 58 | 69 | 115 | 60 |
| VTex | [L] | 0.768 | 1.584 | 1.682 | | |
| RR | [1/min] | 21.9 | 35.4 | 42.5 | 41.6 | 102 |
| BR (FEV1) | [%] | 84 | 47 | 35 | 28 | 123 |
| BR (MVV) | [%] | | | | | |

### GAS EXCHANGE RESPONSES

| | | REST | AT (VT1) [Value] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| RER | | 0.81 | 0.97 | 1.03 | | |
| SpO2 | [%] | 96 | 95 | 96 | | |
| VE/VO2 | | 30 | 34 | 39 | | |
| VE/VCO2 | | 37 | 35 | 38 | | |
| VDest/VT | [%] | 22 | 17 | 19 | 19 | 96 |
| PETO2 | [mmHg] | 113.64 | 117.68 | 120.22 | | |
| PETCO2 | [mmHg] | 32.28 | 33.39 | 32.68 | | |

FIELDS, DAV

MASA CARDIO

1/6

Visit Date 01/20/2025

CARDIOPULMONARY EXERCISE GRAPHS: 9-PANEL



Peak Exercise % Predicted




Peak Exercise Normative Ranges




20490603
2427768646
Fields, David

2/6

Visit Date 01/23/2025

## CARDIOPULMONARY EXERCISE GRAPHS: VENTILATORY THRESHOLD







| | | AT (VT1) [Manual] | AT%MaxPred [Manual] |
|---|---|---|---|
| VO2/kg | [(mL/min)/kg] | 12.9 | 60 |
| VO2 | [L/min] | 1.50 | 60 |
| VCO2 | [L/min] | 1.46 | |
| RER | | 0.97 | |
| VE | [L/min] | 56 | 40 |
| VE/VO2 | | 34 | |
| BR (FEV1) | [%] | 47 | 166 |
| Load | [W] | 130 | 52 |
| SpO2 | [%] | 98 | |
| HR | [BPM] | 138 | 79 |
| SBP | [mmHg] | 140 | |
| DBP | [mmHg] | 77 | |

## CARDIOPULMONARY EXERCISE GRAPHS: BLOOD PRESSURE AND DOUBLE PRODUCT

Blood Pressures

| Time [min] | Load [W] | HR [BPM] | SBP [mmHg] | DBP [mmHg] | DProd [mmHg/min] |
|---|---|---|---|---|---|
| 01:10 | | 71 | 127 | 77 | 9016 |
| 02:30 | 40 | 107 | 127 | 77 | 13588 |
| 03:45 | 40 | 120 | 131 | 78 | 15719 |
| 05:45 | 85 | 128 | 131 | 78 | 18505 |
| 06:49 | 85 | 129 | 140 | 77 | 18058 |
| 08:24 | 130 | 136 | 140 | 77 | 19038 |
| 09:34 | 130 | 146 | 140 | 77 | 20438 |
| 09:51 | 130 | 144 | 150 | 74 | 21598 |

Double Product Graph




20490603 2477788846
Fields, David
Shrsing Kyle

**FIELDS, David L (id #98454, dob:**

From: 01/21/2025 11:34 #174 P.008/008

Visit Date:01/20/2026

| Time [min] | Load [W] | HR [BPM] | O2pulse [mL] | SpO2 [%] | VO2/kg [mL/min/kg] | VO2 [L/min] | VCO2 [L/min] | RER | VE [L/min] | RR [1/min] |
|---|---|---|---|---|---|---|---|---|---|---|
| 00:00 Rest | | | | | | | | | | |
| 00:20 | | 73 | 5.6 | 98 | 3.5 | 0.41 | 0.33 | 0.81 | 16 | 23.1 |
| 00:40 | | 72 | 6.9 | 96 | 4.2 | 0.49 | 0.38 | 0.78 | 17 | 21.4 |
| 01:00 | | 72 | 6.8 | 98 | 4.1 | 0.47 | 0.38 | 0.81 | 17 | 21.3 |
| 01:10 | | 70 | 6.6 | 98 | 4.0 | 0.46 | 0.39 | 0.82 | 17 | 21.8 |
| 01:12 Test | | | | | | | | | | |
| 01:20 | | 71 | 7.5 | 98 | 4.6 | 0.54 | 0.43 | 0.83 | 20 | 28.1 |
| 01:40 | 40 | 86 | 7.4 | 95 | 5.5 | 0.64 | 0.54 | 0.84 | 23 | 23.3 |
| 02:00 | 40 | 90 | 7.3 | 97 | 5.6 | 0.66 | 0.54 | 0.83 | 25 | 30.7 |
| 02:20 | 40 | 99 | 7.8 | 98 | 6.6 | 0.77 | 0.60 | 0.78 | 25 | 27.3 |
| 02:40 | 40 | 110 | 8.7 | 98 | 8.2 | 0.96 | 0.72 | 0.76 | 29 | 26.3 |
| 03:00 | 40 | 114 | 8.7 | 98 | 8.5 | 1.00 | 0.75 | 0.76 | 30 | 25.4 |
| 03:20 | 43 | 118 | 9.0 | 98 | 9.1 | 1.06 | 0.82 | 0.77 | 31 | 25.7 |
| 03:40 | 46 | 118 | 9.0 | 98 | 9.1 | 1.07 | 0.83 | 0.78 | 32 | 28.3 |
| 04:00 | 40 | 120 | 8.9 | | 9.1 | 1.07 | 0.86 | 0.80 | 33 | 28.8 |
| 04:20 | 40 | 119 | 10.1 | 97 | 10.2 | 1.19 | 0.93 | 0.78 | 34 | 25.6 |
| 04:40 | 85 | 115 | 9.5 | 97 | 9.4 | 1.09 | 0.87 | 0.80 | 33 | 27.1 |
| 05:00 | 85 | 117 | 10.5 | 97 | 10.5 | 1.23 | 1.00 | 0.84 | 38 | 25.5 |
| 05:20 | 85 | 121 | 9.7 | 97 | 10.0 | 1.17 | 0.95 | 0.81 | 34 | 28.4 |
| 05:40 | 85 | 123 | 11.0 | 98 | 11.6 | 1.35 | 1.20 | 0.89 | 44 | 29.0 |
| 06:00 | 85 | 127 | 9.9 | 98 | 10.8 | 1.26 | 1.16 | 0.92 | 44 | 30.6 |
| 06:20 | 85 | 129 | 10.0 | 98 | 11.1 | 1.29 | 1.19 | 0.92 | 44 | 29.6 |
| 06:40 | 85 | 127 | 10.9 | 98 | 11.8 | 1.38 | 1.24 | 0.90 | 45 | 29.6 |
| 07:00 | 85 | 127 | 10.3 | 98 | 11.2 | 1.31 | 1.22 | 0.93 | 45 | 32.0 |
| 07:20 | 130 | 128 | 10.9 | 98 | 12.1 | 1.41 | 1.30 | 0.92 | 40 | 28.0 |
| 07:40 | 130 | 131 | 11.0 | 98 | 12.3 | 1.44 | 1.39 | 0.98 | 51 | 32.6 |
| 08:00 | 130 | 133 | 10.3 | 98 | 11.8 | 1.37 | 1.37 | 1.00 | 61 | 31.1 |
| 08:20 | 130 | 136 | 10.6 | 98 | 12.4 | 1.44 | 1.34 | 0.93 | 49 | 30.9 |
| 08:26 VT1 | | | | | | | | | | |
| 08:40 | 130 | 137 | 10.9 | 98 | 12.8 | 1.49 | 1.49 | 1.30 | 56 | 35.6 |
| 09:00 | 130 | 141 | 10.3 | 98 | 12.4 | 1.40 | 1.49 | 1.33 | 56 | 35.3 |
| 09:20 | 130 | 144 | 10.5 | 98 | 13.0 | 1.62 | 1.55 | 1.32 | 61 | 36.7 |
| 09:40 | 130 | 148 | 10.8 | 98 | 13.2 | 1.54 | 1.53 | 1.03 | 64 | 37.2 |
| 10:00 | 130 | 144 | 11.8 | 97 | 14.5 | 1.67 | 1.61 | 0.96 | 60 | 37.7 |
| 10:20 | 225 | 144 | 11.1 | 96 | 13.7 | 1.60 | 1.64 | 1.02 | 65 | 38.1 |
| 10:36 | 225 | 148 | 9.6 | 96 | 12.5 | 1.46 | 1.66 | 1.19 | 78 | 41.4 |
| 10:38 Recovery | | | | | | | | | | |
| 10:40 | 225 | 148 | 5.1 | | 7.6 | 0.91 | 1.00 | 1.10 | 46 | 37.0 |
| 11:00 | 30 | 146 | 9.9 | 94 | 12.4 | 1.48 | 1.18 | 1.00 | 58 | 37.6 |
| 11:20 | | 137 | 11.5 | | 13.5 | 1.57 | 1.43 | 0.91 | 45 | 28.1 |
| 11:40 | | 131 | 12.1 | | 13.5 | 1.58 | 1.45 | 0.92 | 44 | 23.8 |

20490503 2427706048
Fields, David M

4/6

Lincoln/Fields 0990

FIELDS, David L (id #98454, dob:
From:

01/21/2026 11:35 #174 P.006/006

Visit Date:01/20/2026

VE/VCO2 Slope




| | Value |
|---|---|
| VE/CO2s | 32.86 |

Fields, David

**FIELDS, David L (id #98454, dob:**

From: 01/21/2025 11:36 #174 P.005/006

Visit Date 01/20/2025



FIELDS, DAVI #98454 CARDIO
11406780y10007 Last Page ImgRes

6/6

**FIELDS, David L (id #98454, dob:**

## Lab Results

**BalladHealth**

**Inpatient Clinical Laboratories**
(423) 224-6738 or (423) 844-3204

**Time Sent:** 4/3/2025 10:40 AM

**To:** Barry I Michelson, MD
**Phone:** 865-392-3400
**Fax:** 865-392-3449

**From:** Background User Lab
HCMH CLINICAL LAB
Phone: 423-921-7230
Fax: 423-921-7267

**Message:**

**CONFIDENTIALITY NOTICE**

THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION. THE INFORMATION IS INTENDED ONLY FOR THE USE BY THE INDIVIDUAL OR ENTITY NAMED ABOVE. THE AUTHORIZED RECIPIENT IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY UNLESS REQUIRED TO DO SO BY LAW OR REGULATION AND IS REQUIRED TO PROTECT THE INFORMATION FROM ALL UNAUTHORIZED ACCESS.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND ARRANGE FOR THE RETURN OR DESTRUCTION OF THESE DOCUMENTS.

*If you have received this fax in error please contact the Information Systems Service Desk at 423.431.6290 or 423.230.6393. Please provide the following information when calling:*

*Contact Information:*
*Name of person reporting the issue*
*Office/Company Name*
*Phone Number*
*Fax Number*
*Description of concern, issue or problem*

Fields, David (MR # 00577368) DOB: 10/20/1977

**PATIENT:Fields, David** **(MR # 00577368)**

**Pro B-Type Natriuretic Peptide: Patient Communication**

4/3/2025 10:40 AM — Not seen

**Pro B-Type Natriuretic Peptide (Order 7292684)**
**Lab**

Ordering: **Shaw, Alicia, MT**
Authorizing: **Michelson, Barry I, MD**

Date: **4/3/2025**
Ordering Department: **HCMH CLINICAL LAB**

**Pro B-Type Natriuretic Peptide (Accession R25-093-A0003)**

**Results:**

**Abnormal** !

Status: **Final result**
**(Resulted: 4/3/2025 10:40 AM)**

| Component | Value | Ref Range & Units | Status |
|---|---|---|---|
| **NT-pro B-type Natriuretic Peptide (NT-proBNP)** | **882 ^** | 0 - 125 pg/mL | Final |

**Additional Information**

| Specimen ID | Type | Source | Comment |
|---|---|---|---|
| R25-093-A0003 | Blood | | |

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
|---|---|---|---|---|---|
| Apr 3, 2025 | 10:04 AM | Apr 3, 2025 | 10:05 AM | Apr 3, 2025 | 10:40 AM |

**Lab Information**

Lab
HCMH CLINICAL LAB

**Associated Diagnoses**

**Dilated cardiomyopathy (HCC)** [I42.0]

**Order Provider Info**

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Shaw, Alicia, MT | -- | -- | Alicia.Shaw@balladhealth.org |
| Authorizing Provider | Michelson, Barry I, MD | 865-392-3400 | -- | -- |

**FIELDS, David L (id #98454, dob:**

## HEMOGLOBIN A1C 03/13/2025 (#11594242, Final, 03/12/2025 11:35am)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | Tennova Turkey Creek-Tennova Turkey Creek (E15)<br>Dr. William Beuerlein<br>10820 Parkside Dr<br>Knoxville, TN 37934-1956<br><br>Account ID: 11982343 |
| Specimen/Accession ID | AL493054V | Specimen Source | |
| Specimen Coll. Date | 03/12/2025 11:35 | Result Status | Final |
| Specimen Rec. Date | 03/12/2025 18:06 | Report Status | |
| Specimen Reported Date | 03/13/2025 08:14 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| HEMOGLOBIN A1C | 5.5 | 0.0-5.7 | MG/DL | | Final | E15 | |

## CBC (INCLUDES DIFF/PLT) 03/13/2025 (#11594241, Final, 03/12/2025 11:35am)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | Tennova Turkey Creek-Tennova Turkey Creek (E15)<br>Dr. William Beuerlein<br>10820 Parkside Dr<br>Knoxville, TN 37934-1956<br><br>Account ID: 11982343 |
| Specimen/Accession ID | AL493054V | Specimen Source | |
| Specimen Coll. Date | 03/12/2025 11:35 | Result Status | Final |
| Specimen Rec. Date | 03/12/2025 18:06 | Report Status | |
| Specimen Reported Date | 03/13/2025 08:14 | | |

FIELDS, David L (id #98454, dob:

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 4.8 | 3.7-10.7 | X10 | | Final | E15 | |
| RED BLOOD CELL COUNT | 4.80 | 4.00-5.80 | MILL/UL | | Final | E15 | |
| HEMOGLOBIN | 15.1 | 13.0-17.0 | G/DL | | Final | E15 | |
| HEMATOCRIT | 44.7 | 39.0-51.0 | % | | Final | E15 | |
| MCV | 93 | 80-97 | FL | | Final | E15 | |
| MCH | 32 | 26-33 | PG/ML | | Final | E15 | |
| MCHC | 34 | 33-36 | G/DL | | Final | E15 | |
| RDW | 13.0 | 11.5-16.0 | % | | Final | E15 | |
| PLATELET COUNT | 228 | 130-400 | X10 | | Final | E15 | |
| MPV | 10.7 | 7.5-11.2 | FL | | Final | E15 | |
| NEUT % AUTO | 56 | 50-70 | % | | Final | E15 | |
| LYMPH % AUTO | 29 | 20-40 | % | | Final | E15 | |
| **MONO % AUTO** | **13** | **<=11** | **%** | **HIGH** | **Final** | **E15** | |
| EOS % AUTO | 1 | 0-4 | % | | Final | E15 | |
| BASO % AUTO | 1 | 0-1 | % | | Final | E15 | |
| NEUT # AUTO | 2.7 | 1.4-7.2 | X10 | | Final | E15 | |
| LYMPH# AUTO | 1.4 | 1.2-3.4 | X10 | | Final | E15 | |
| MONO# AUTO | 0.6 | 0.0-1.2 | X10 | | Final | E15 | |
| EOS# AUTO | 0.0 | <=0.5 | X10 | | Final | E15 | |
| BASO# AUTO | 0.0 | 0.0-0.2 | X10 | | Final | E15 | |

## COMPREHENSIVE METABOLIC PANEL 03/13/2025 (#11594240, Final, 03/12/2025 11:35am)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | Tennova Turkey Creek-Tennova Turkey Creek (E15)<br>Dr. William Beuerlein<br>10820 Parkside Dr<br>Knoxville, TN 37934-1956<br>Account ID: 11982343 |
| Specimen/Accession ID | AL493054V | Specimen Source | |
| Specimen Coll. Date | 03/12/2025 11:35 | Result Status | Final |
| Specimen Rec. Date | 03/12/2025 19:06 | Report Status | |
| Specimen Reported Date | 03/13/2025 08:14 | | |

Lincoln/Fields 0997

**FIELDS, David L (id #98454, dob:**

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| **GLUCOSE** | **65** | **70-110** | **MG/DL** | **LOW** | **Final** | **E15** | |
| BUN | 13 | 5-26 | MG/DL | | Final | E15 | |
| CREATININE | 0.96 | 0.50-1.30 | MG/DL | | Final | E15 | |
| EGFR NON AFRICAN AMERICAN | 94 | >=60 | ML/MIN/1.73M | | Final | E15 | |
| EGFR AFRICAN AMERICAN | 109 | >=60 | ML/MIN/1.73M | | Final | E15 | |
| BUN/CREATININE RATIO | 14 | 6-22 | MMOL/L | | Final | E15 | |
| **SODIUM** | **136** | **138-146** | **MMOL/L** | **LOW** | **Final** | **E15** | |
| POTASSIUM | 4.5 | 3.5-5.2 | MMOL/L | | Final | E15 | |
| CHLORIDE | 101.0 | 98.0-114.0 | MMOL/L | | Final | E15 | |
| CARBON DIOXIDE | 28 | 22-33 | MMOL/L | | Final | E15 | |
| CALCIUM | 9.0 | 8.5-10.1 | MG/DL | | Final | E15 | |
| TOTAL PROTEIN | 7.7 | 6.1-8.6 | G/DL | | Final | E15 | |
| ALBUMIN | 4.4 | 3.5-5.0 | G/DL | | Final | E15 | |
| GLOBULIN | 3.3 | 1.9-3.7 | G/DL | | Final | E15 | |
| A/G RATIO | 1.3 | 1.0-2.5 | | | Final | E15 | |
| **BILIRUBIN, TOTAL** | **1.5** | **0.2-1.0** | **MG/DL** | **HIGH** | **Final** | **E15** | |
| ALKALINE PHOSPHATASE | 72 | 50-136 | IU/L | | Final | E15 | |
| AST | 29 | 15-37 | IU/L | | Final | E15 | |
| ALT | 41 | 13-61 | IU/L | | Final | E15 | |
| ION BALANCE | 7 | 5-15 | MMOL/L | | Final | E15 | |
| OSMOLALITY BLOOD, CALCULATED | 280 | 270-300 | MOSM/KG | | Final | E15 | |

**FIELDS, David L (id #98454, dob:**

# LIPID PANEL WITH REFLEX TO DIRECT LDL 03/13/2025 (#11594239, Final, 03/12/2025 11:35am)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>Dr Andrew N Young<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 11982343 |
| Specimen/Accession ID | AL493054V | Specimen Source | |
| Specimen Coll. Date | 03/12/2025 11:35 | Result Status | Final |
| Specimen Rec. Date | 03/12/2025 19:06 | Report Status | |
| Specimen Reported Date | 03/13/2025 08:14 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 156 | <200 | MG/DL | NORMAL | Final | AT | |
| HDL CHOLESTEROL | 49 | > OR = 40 | MG/DL | NORMAL | Final | AT | |
| TRIGLYCERIDES | 106 | <150 | MG/DL | NORMAL | Final | AT | |
| LDL-CHOLESTEROL | 87 | | MG/DL (CALC) | NORMAL | Final | AT | |
| | Reference range: <100<br><br>Desirable range <100 mg/dL for primary prevention;<br><70 mg/dL for patients with CHD or diabetic patients<br>with > or = 2 CHD risk factors.<br><br>LDL-C is now calculated using the Martin-Hopkins<br>calculation, which is a validated novel method providing<br>better accuracy than the Friedewald equation in the<br>estimation of LDL-C.<br>Martin SS et al. JAMA. 2013;310(19): 2061-2068<br>(http://education.QuestDiagnostics.com/faq/FAQ164) | | | | | | |
| CHOL/HDLC RATIO | 3.2 | <5.0 | (CALC) | NORMAL | Final | AT | |
| NON HDL CHOLESTEROL | 107 | <130 | MG/DL (CALC) | NORMAL | Final | AT | |
| | For patients with diabetes plus 1 major ASCVD risk<br>factor, treating to a non-HDL-C goal of <130 mg/dL<br>(LDL-C of <70 mg/dL) is considered a therapeutic<br>option. | | | | | | |

Lincoln/Fields 0999

**FIELDS, David L (id #98454, dob:**

## LAB* 03/13/2025 (#11594469, 03/12/2025)

Quest Diagnostics   Page 1 of 3   03/13/2025   05:18:43 AM

**Report Status: Final**
**FIELDS, DAVID L**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **FIELDS, DAVID L**<br>**DOB:** **AGE: 47**<br>Gender: M<br>Phone: 423.921.4434<br>Patient ID: 98454 | Specimen: AL493054V<br>Requisition: 1137446<br>Lab Ref #: 936634CEI0667<br>Collected: 03/12/2025 / 11:35 EDT<br>Received: 03/12/2025 / 19:06 EDT<br>Reported: 03/13/2025 / 06:35 EDT | Client #: 11987541 QATL060<br>MICHELSON, BARRY<br>TENNOVA HEART SOUTH<br>7323 CHAPMAN HWY<br>KNOXVILLE, TN 37920-6737 |

MRN: 98454   Location: ETHC_SOUTH   Ward: 14

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL WITH REFLEX TO DIRECT LDL | | | | |
| CHOLESTEROL, TOTAL | 156 | | <200 mg/dL | AT |
| HDL CHOLESTEROL | 49 | | > OR = 40 mg/dL | AT |
| TRIGLYCERIDES | 136 | | <150 mg/dL | AT |
| LDL-CHOLESTEROL | 87 | | mg/dL (calc) | AT |

Reference range: <100

Desirable range <100 mg/dL for primary prevention;
<70 mg/dL for patients with CHD or diabetic patients
with > or = 2 CHD risk factors.

LDL-C is now calculated using the Martin-Hopkins
calculation, which is a validated novel method providing
better accuracy than the Friedewald equation in the
estimation of LDL-C.
Martin SS et al. JAMA. 2013;310(19): 2061-2068
(http://education.QuestDiagnostics.com/faq/FAQ164)

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CHOL/HDLC RATIO | 3.2 | | <5.0 (calc) | AT |
| NON HDL CHOLESTEROL | 107 | | <130 mg/dL (calc) | AT |

For patients with diabetes plus 1 major ASCVD risk
factor, treating to a non HDL-C goal of <100 mg/dL
(LDL-C of <70 mg/dL) is considered a therapeutic
option.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | E15 |
| **GLUCOSE** | | 65 L | 70-110 mg/dL | |
| BUN | 13 | | 5-26 mg/dL | |
| CREATININE | 0.96 | | 0.50-1.30 mg/dL | |
| eGFR NON AFRICAN AMERICAN | 94 | | >=60 mL/min/1.73m | |
| eGFR AFRICAN AMERICAN | 109 | | >=60 mL/min/1.73m | |
| BUN/CREATININE RATIO | 14 | | 6-22 mmol/L | |
| **SODIUM** | | 136 L | 138-146 mmol/L | |
| POTASSIUM | 4.5 | | 3.5-5.2 mmol/L | |
| CHLORIDE | 101.0 | | 98.0-114.0 mmol/L | |
| CARBON DIOXIDE | 28 | | 22-33 mmol/L | |
| CALCIUM | 9.0 | | 8.5-10.1 mg/dL | |
| TOTAL PROTEIN | 7.7 | | 6.1-8.6 g/dL | |
| ALBUMIN | 4.4 | | 3.5-5.0 g/dL | |
| GLOBULIN | 3.3 | | 1.9-3.7 g/dL | |
| A/G RATIO | 1.3 | | 1.0-2.5 | |
| **BILIRUBIN, TOTAL** | | 1.5 H | 0.2-1.0 mg/dL | |
| ALKALINE PHOSPHATASE | 72 | | 50-136 IU/L | |
| AST | 23 | | 15-37 IU/L | |
| ALT | 41 | | 13-61 IU/L | |
| ION BALANCE | 7 | | 3-15 mmol/L | |
| OSMOLALITY BLOOD, CALCULATED | 280 | | 276-300 mOsm/kg | |
| CBC (H/H, RBC, INDICES, WBC, PLT) | | | | E15 |
| WHITE BLOOD CELL COUNT | 6.8 | | 3.7-10.7 x10 | |
| RED BLOOD CELL COUNT | 4.80 | | 4.00-5.80 Mill/uL | |



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**FIELDS, David L (id #98454, dob:**

Quest Diagnostics

Page 2 of 3    03/13/2025  08:18:43 AM

**Report Status: Final**

**FIELDS, DAVID L**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **FIELDS, DAVID L**<br>**DOB:** **AGE: 47**<br>Gender: M<br>Patient ID: 98454 | Specimen: AL493054V<br>Collected: 03/12/2025 / 11:35 EDT<br>Received: 03/12/2025 / 19:06 EDT<br>Reported: 03/13/2025 / 06:35 EDT | Client #: 11982343<br>MICHELSON, BARRY |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEMOGLOBIN | 15.1 | | 13.0-17.0 g/dL | |
| HEMATOCRIT | 44.7 | | 39.0-51.0 % | |
| MCV | 93 | | 80-97 fL | |
| MCH | 32 | | 26-33 pg/mL | |
| MCHC | 34 | | 33-36 g/dL | |
| RDW | 13.0 | | 11.5-16.0 % | |
| PLATELET COUNT | 228 | | 130-400 x10 | |
| MPV | 10.7 | | 7.5-11.2 fL | |
| NEUT % AUTO | 55 | | 50-70 % | |
| LYMPH % AUTO | 29 | | 20-40 % | |
| **MONO % AUTO** | | **13 H** | <=11 % | |
| EOS % AUTO | 1 | | 0-6 % | |
| BASO % AUTO | 1 | | 0-1 % | |
| NEUT # AUTO | 2.7 | | 1.4-7.2 x10 | |
| LYMPH# AUTO | 1.4 | | 1.2-3.4 x10 | |
| MONO# AUTO | 0.6 | | 0.0-1.2 x10 | |
| EOS# AUTO | 0.0 | | <=0.5 x10 | |
| BASO# AUTO | 0.0 | | 0.0-0.2 x10 | |
| HEMOGLOBIN A1C | 5.5 | | 0.0-5.7 mg/dL | E15 |

**PERFORMING SITE:**

A1 [illegible]
E15 [illegible]

CLIENT SERVICES: 866.697.8378    SPECIMEN: AL493054V    

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Lincoln/Fields 1001

THE LINCOLN NATIONAL LIFE INSURANCE
COMPANY
PO BOX 2609
OMAHA NE 68103-2609

36520543
May 01 2025 9:34 AM
David Fields

TN221
May 09 2025 1:15 PM

65

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

Lincoln Financial

**To: DR BARRY MICHELSON**

Company:
Fax: (865)392-3449
Phone:

**From: Sydney Pecka**

Fax: 877-843-3950
Phone:

---

**Notes:**

---

This fax transmission may include confidential and/or proprietary information and may be used only by the person or entity to which it is addressed. If the recipient is not the intended recipient or authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this transmission is prohibited. If you have received this transmission in error, please notify the sender and destroy this fax immediately.

**Date and time of transmission: 4/30/2025 2:37:36 PM**
**Number of pages including this cover sheet: 4**

Lincoln/Fields 1003

Lincoln Financial Group®

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 842-3930
www.LincolnFinancial.com

April 30, 2025

DR BARRY M CHELSON ✓ /McCoy
RELEASE OF INFORMATION
10800 PARKSIDE DR
SUITE 331
KNOXVILLE, TN 37934

Re: Policy Number: 000010209861000000
Claim Number: 1230051807 ✓
Patient: David Fields
DOB: ✓

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 11/01/2024 to Present |
| Diagnostic Test Results | 11/01/2024 to Present |

Current state statutes for Tennessee: Provider Records are: $25.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-877-843-3950**

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial / The Lincoln National Life Insurance Company receives a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Sydney P
Assisting on behalf of Charles Z
855-818-2883 x7157
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Lincoln Financial Group®

Authorization For Release Of Information
The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned), authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility, insurance or reinsurance company, government agency, department of labor, acquaintance, group policyholder, employer, or policy or benefit plan administrator to release information from the records of:

Name of Insured: Fields (Last) David (First) Lynn (Middle)

Date of Birth: ______ Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence), and any medical condition I may now have or have had;
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. Information to be released to: The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

SIGNATURE David Fields ✓ DATE 11-26-24 ✓

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME David L. Fields

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______

ADDRESS: ______
(Street)

______
(City) (State) (Zip Code)

PHONE NO: ______



Lincoln/Fields 1006

# Medical Records - CONFIDENTIAL

**FROM:** TN - CHS E TENNESSEE HEART CONSULTANTS

Amy T
10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934-1982
Phone: (865) 392-3400
Fax: (865) 392-3449

**TO:**

**Name: FIELDS, DAVID L**

**DOB:**

**Date Range: 11/01/2024 to 05/01/2025**

**This document contains the following records of the patient:**
- **Encounters and Procedures**
- **Imaging Results**
- **Lab Results**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:98454-A-10667]

**FIELDS, David L (id #98454, dob:**

## Encounters and Procedures

Clinical Encounter Summaries

**FIELDS, David L (id #98454, dob:**
**Encounter Date: 03/12/2025**

## Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (47yo, M) ID# 98454 | **Appt. Date/Time** | 03/12/2025 11:15AM |
| **DOB** | | **Service Dept.** | ETHC_South |
| **Provider** | BARRY MICHELSON, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130287<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

## Chief Complaint

Followup: Nonischemic congestive cardiomyopathy
Followup: Chronic systolic heart failure
Followup: Essential hypertension
Followup: First degree atrioventricular block
Followup: Left ventricular cardiac dysfunction

## Patient's Care Team

**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-6399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672
**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054

## Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **BP Cuff Size:** | adult 03/12/2025 10:47 am<br>adult 03/12/2025 10:47 am | **BP Measurement Method:** | manual 03/12/2025 10:47 am<br>manual 03/12/2025 10:47 am | **Ht:** | 6 ft 03/12/2025 10:47 am |
| **Wt:** | 263.4 lbs With clothes 03/12/2025 10:47 am | **BP:** | 104/60 sitting L arm 03/12/2025 10:53 am<br>98/60 standing L arm 03/12/2025 10:53 am | **BMI:** | 35.7 03/12/2025 10:47 am |
| **HR:** | 60 03/12/2025 10:55 am | | | | |

## Measurements

None recorded.

## Allergies

Reviewed Allergies

**PENICILLINS**: Rash

## Medications

Lincoln/Fields 1009

Reviewed Medications

| | |
|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 entered |
| **carvedilol 12.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWO TIMES A DAY | 11/16/24 filled |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 entered |
| **Entresto 49 mg-51 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days, for heart failure. | 01/04/25 filled |
| **Farxiga 10 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route for 90 days, for cardiomyopathy. | 01/04/25 filled |
| **Multi Vitamin**<br>Mens vitafusion 1 daily | 02/06/23 entered |
| **spironolactone 25 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY MORNING FOR FLUID AND BLOOD PRESSURE | 02/21/25 filled |

immune plus
3/12/25: List...csp

## Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

## Problems

Reviewed Problems

- Obesity - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Mitral valve regurgitation - Onset: 05/23/2024
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- First degree atrioventricular block - Onset: 06/08/2023
- Chronic systolic heart failure - Onset: 05/23/2024
- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- Biventricular automatic implantable cardioverter defibrillator in situ - Onset: 05/23/2024
- History of SARS-CoV-2 - Onset: 06/08/2023
- Heart failure - Onset: 02/09/2023
- Essential hypertension - Onset: 02/06/2023

## Family History

Reviewed Family History

**FIELDS, David L (id #98454, dob:**

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

## Social History

Reviewed Social History
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
Do you or have you ever used any other forms of tobacco or nicotine?: No
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 03/12/2025
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What is your exercise level?: Occasional (Notes: ADL)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: High school graduate (Notes: local truck driver)
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
First name used: David
Sexual orientation: Straight or heterosexual

## Surgical & Procedure History

Reviewed Surgical & Procedure History
- Cardiac catheterization (surg) - 2/2023
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

## Past Medical History

Reviewed Past Medical History
CHEST PAIN: **Y**
CONGESTIVE HEART FAILURE: **Y**
GERD/REFLUX: **Y**
HIGH BLOOD PRESSURE/HYPERTENSION: **Y**
OBESITY: **Y**
OTHER-1: **Y - PM/ICD implant**
PALPITATIONS: **Y**
SLEEP APNEA: **Y**
Notes: Please refer to Problem section for most recent PMH/NNP

## Documents for Discussion

**Discussed the following documents:**
- CARDIOPULMONARY STRESS TEST (PROC) - 01/20/25
- Patient Portal - Health History - 03/12/25
- Patient Portal - Patient Submitted Health History - 11/25/24
- Facility - Continuity of Care Document - Tennova - Jefferson Memorial Hospital - 01/21/25
- Cardiology - Ambulatory Summary - Chart ID:2314460 - Warren Stribling - TN - Ascension - Tennessee - W KYLE STRIBLING MD - 01/21/25

## Screening

None recorded.

## HPI

Patient is a 39-year-old male that is asked to be seen in followup for cardiac evaluation. We had seen him about 10 years ago. Abnormal stress test. This led to a cardiac catheterization. A small circumflex arose anomalously from the right coronary cusp. LV function was normal. There is a strong family history of coronary disease in the patient's father beginning at age 33 of 34. He died within the last year of complications of coronary artery disease at age 65.. He also has a cousin who was told that he had an elevated coronary calcium score and subsequently went on to be a catheterization and bypass surgery.

The patient is not having symptoms of chest pain or exercise intolerance dyspnea or orthopnea. No dysrhythmias have been identified. He does have a history of hypertension which she states is typically well controlled. He attributes his elevated blood pressure today to nervousness. Patient does not exercise regularly but is able to do his normal activities without limitation. His last LDL cholesterol 58.

The patient requested follow-up on February 6, 2023. Over the past several weeks he has been complaining of abdominal distention pedal edema and shortness of breath with activity. He contacted Cindy Pittman who is a relative of his. She thought that follow-up was appropriate. The patient reported some vague epigastric and chest discomfort. He went to the emergency room in Rogersville. His chest x-ray suggested borderline cardiomegaly but was otherwise unremarkable. His abdominal gas pattern was normal. His COVID screen was negative. No lab work was done a UTI was not diagnosed based on a urine analysis was. He states in the last several weeks he has gained about 9 or 10 pounds. He feels as if his belly is swollen and distended. He has been treated with multiple GI medications and actually got partial relief. He complained of some fluttering in his chest but no syncope or near syncope. He is not having any chest pain. At its worst he had mild pitting edema just over his lower calfs. He reports he has been watching his diet as far as fluid and salt intake and recently has been eating primarily salads

Patient reports that his bowel habits have increased in frequency. He thinks urination may have diminished mildly

The patient had an echocardiogram performed which demonstrated severe global left ventricular dysfunction EF of 10 to 15%. Right ventricular function was diminished as well. No hemodynamically significant valvular abnormalities were seen. Troponin was normal proBNP was elevated at 3953 CBC was unremarkable there was mild elevation in ALT and AST BUN and creatinine were normal at 18 and 1.16 bilirubin was 2.5
Because of the findings we brought him back to the office as quickly as possible to initiate therapy. There is really been no change in his status over the last 3 days. We did discuss changes in medications including substituting Entresto for lisinopril and adding carvedilol as well as an SGLT2 2 inhibitor. We also discussed cardiac catheterization to rule out coronary disease as an etiology. We also discussed long-term goals and possible need for ICD or advanced care if he does not respond well to medication

Catheterization was performed. Left ventricle was severely dilated with an EF estimated 10 to 15% end-diastolic pressure was estimated at 40 mmHg. He did not have significant blockages in his coronaries. Appropriate medical therapy was continued. He has lost approximately 20 pounds with diuresis. Overall the patient's breathing has improved. He is not having significant orthopnea. His exercise tolerance is marginally better. He is scheduled to see the St. Thomas heart failure service in April. He has not been monitoring blood pressures at home but I suggested that he do this. His ICD has not discharged (ZOLL LifeVest).

Patient is seen in follow-up on June 23, 2023. Since his last visit he has seen Dr. Patel. There is a plan for implantation of a subcutaneous ICD in July. The MRI was performed as requested by Dr. Stribling. This confirms severe dilated left ventricle with severe left ventricular dysfunction. Interpretation could not exclude prior infarction but this certainly would not be consistent with findings on his coronary angiography.

**FIELDS, David L (id #98454, dob:**

Patient has been doing reasonably well clinically. He brought in an extensive recordings of his blood pressure heart rate and weight. His blood pressures typically are between 90 and 100 systolic limiting our ability to increase medications. Patient feels that he is much better than at his time of his presentation. He can walk unlimited distances on level ground. He does report some dyspnea when walking uphill. He is not having problems with orthopnea. He is scheduled to see Dr. Stribling in October

The patient was seen in follow-up on September 6, 2023. He actually underwent implantation of a ICD CRT device. He early on had some issues with diaphragmatic pacing but these have been reprogrammed. He has occasional "hiccups". His exercise tolerance is improved but certainly is not where he wants it to be. He keeps a good log of his blood pressure. Blood pressure is marginal for increasing medications. He will occasionally report transient lightheadedness if he is bending over and stands up suddenly. We discussed venous pooling and that this was something that we would keep an eye on but to be aware of it and try movement immediately. He is not having significant problems with edema

Patient is seen in follow-up on March 13, 2024. Clinically he is doing well. He is able to do more physical exercise but limits himself in terms of duration. He is not having any chest pain. He does have occasional "hiccups". Which seem to be positional and are likely due to intermittent phrenic nerve pacing from his BiV ICD. He has had no interval hospitalizations. His weight has been stable. He has not had any edema. He continues to monitor his blood pressures and they are marginal for any increase in his medical regimen (systolics typically 100-104).

Patient is seen in follow-up on September 11, 2024. Clinically he is stable to marginally improved. He has seen Dr. Stribling in the past and is scheduled to go to Nashville after the first of the year to have a 6-minute walk test as well as potentially other testing performed. He is not having significant orthopnea or paroxysmal nocturnal dyspnea. He is not having significant dependent edema. He monitors blood pressures frequently. They tend to be in the 90-100 systolic range limiting any future changes in medications.

The patient is seen in follow-up on March 12, 2025. Since his last visit he has been seen by Dr. Stribling. He evidently had cardiopulmonary testing performed. I believe the conclusion was he is not yet a candidate for transplant. The patient has an appointment to see Dr. Stribling in late March. He has been doing well. He denies problems with chest pain or shortness of breath orthopnea paroxysmal nocturnal dyspnea. To the best of his knowledge he has not had any ICD therapies administered. He states that he walked he thinks for about 10-1/2 minutes on the protocol. It may have been a modified bruise from how he was describing it is 0% grade to begin with. Blood pressures remain a little on the low side but he is not really symptomatic. He has had no interval hospitalizations

ROS

**Constitutional:** Constitutional: no significant weight gain or loss and no fever, night sweats, or exercise intolerance.

**Eyes:** Eyes: no irritation, dry eyes, or vision change.

**ENMT:** Ears: no difficulty hearing or ear pain. Nose: no frequent nosebleeds, nose problems, or sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems.

**Cardiovascular:** Cardiovascular: no shortness of breath when walking or breath when lying down and no palpitations, chest pain, arm pain on exertion, or known heart murmur.

**Respiratory:** Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

**Gastrointestinal:** Gastrointestinal: no vomiting, diarrhea, dyspepsia, GERD, or abdominal pain and normal appetite and not vomiting blood.

**Genitourinary:** Genitourinary: no incontinence, hematuria, difficulty urinating, or increased frequency.

**Musculoskeletal:** Musculoskeletal: no muscle aches or weakness and no arthralgias/joint pain, back pain, or swelling in the extremities.

**Integumentary:** Skin: no jaundice, rashes, laceration, or abnormal mole.

**Neurologic:** Neurologic: no weakness, numbness, seizures, dizziness, migraines, headaches, tremor, or loss of consciousness.

**Psychiatric:** Psych: no depression, anxiety, hallucinations, sleep disturbances, alcohol abuse, or suicidal thoughts and feeling safe in a relationship.

**Endocrine:** Endocrine: no fatigue.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no bruising, swollen glands, or excessive bleeding.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, sinus pressure, or frequent sneezing.

Physical Exam

**Constitutional:** General Appearance: appears stated age and **obese**. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:** Lids and Conjunctivae: no xanthelasma or arcus senilis.

**FIELDS, David L (id #98454, dob:**

**ENMT:** Lips, Teeth, and Gums: normal dentition. Nose: no lesions on external nose.

**Neck:** Neck: supple and trachea midline. Carotid Arteries: bilateral normal upstroke and no bruits. Jugular Veins: jugular venous pressure unable to assess. Cervical Lymph Nodes: non tender.

**Lungs:** Respiratory Effort: unlabored. Chest Exam: normal curvature. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Precordial Exam: non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: **BTK edema .**

**Peripheral Pulses:** Pulses: full and equal in all extremities except if noted. Radial Pulse: normal. Dorsalis Pedis Pulse: normal.

**Abdomen::** Inspection and Palpation: non distended or tender, normal aorta and bowel sounds, no bruit or masses, and soft; **Abdomen is mildly distended soft with no rebound or guarding**

**Musculoskeletal:** Inspection: no joint tenderness.

**Neurologic:** Gait: normal gait. Motor: normal strength.

**Skin:** Inspection and Palpation: warm and dry.

Assessment / Plan

**1. Primary idiopathic dilated cardiomyopathy -**

Patient has severe global left ventricular dysfunction in the absence of significant coronary disease, We will add spironolactone to his medical regiment increase the dose of carvedilol. He is scheduled for follow-up or evaluation by advanced heart failure team from St. Thomas. He will continue with the LifeVest until we reassess LV function probably in 2 months

The patient is undergone evaluation by the advanced heart failure team at St. Thomas. He is also seen Dr. Patel. He is on a good regimen which has been responsive as far as his symptoms. I do not think we can increase dosing of medications further given his issues with hypotension or low normotension (systolics in the 90s) on his current regimen.

The patient has had a BiV ICD with CRT therapy implant

I42.0: Dilated cardiomyopathy

**2. Nonischemic congestive cardiomyopathy -**

Patient has nonischemic cardiomyopathy. He is on a reasonable medical regimen limited by blood pressure. He is followed by the advanced heart failure clinic at St. Thomas. He is followed by EP and has had a BiV ICD/CRT device implanted which seems to be working normally.

As the patient has had the BiV ICD CRT device in some period of time we will order an echocardiogram.

Stable on current therapy. Blood pressure precludes aggressive intensification. Followed by the heart failure clinic at St. Thomas.

I42.0: Dilated cardiomyopathy

- ELECTROCARDIOGRAM
- NT PROBNP

**3. First degree atrioventricular block**

I44.0: Atrioventricular block, first degree

- HEART BLOCKS: CARE INSTRUCTIONS

**4. Left ventricular cardiac dysfunction**

I50.30: Unspecified diastolic (congestive) heart failure

**5. Essential hypertension -**

continued monitoring of blood pressures suggested to make sure adequate control is being obtained.

I10: Essential (primary) hypertension

- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE
- CBC (INCLUDES DIFF/PLT)

**6. Lipid screening**

Z13.220: Encounter for screening for lipoid disorders

- COMPREHENSIVE METABOLIC PANEL
- LIPID PANEL WITH REFLEX TO DIRECT LDL

**7. Diabetes mellitus screening**

Z13.1: Encounter for screening for diabetes mellitus

- HEMOGLOBIN A1C

8. **Biventricular implantable cardioverter-defibrillator (ICD) in situ**

Patient has undergone ICD/CRT device implantation monitored by Dr. Patel
Z95.810: Presence of automatic (implantable) cardiac defibrillator

## Return to Office

- Nilam Patel, MD for *Follow-up 15 at ETHC_Turkey Creek on 05/20/2025 at 03:30 PM
- Barry Michelson, MD for *Follow-up 15 at ETHC_South on 09/10/2025 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Barry Michelson, MD, 03/12/2025.

Encounter performed and documented by Barry Michelson, MD
Encounter reviewed & signed by Barry Michelson, MD on 03/12/2025 at 11:18 AM

FIELDS, David L (id #98454, dob:

From

98454 3/5/2025 3:19:22 PM FIELDS, DAVID

Born Male

TENNOVA HEALTHCARE (1)

Rate 65 . ATRIAL-VENTRICULAR DUAL-PACED COMPLEXES

PR 243
QRSD 152
QT 456
QTc 475

--AXIS--
P 82
QRS 0
T 64

FIELDS, DAVE #98454

- ABNORMAL ECG -

Unconfirmed Diagnosis




Lincoln/Fields 1016

**FIELDS, David L (id #98454, dob:**

**FIELDS, David L (id #98454, dob:**

**Encounter Date: 11/25/2024**

## Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (47yo, M) ID# 98454 | **Appt. Date/Time** | 11/25/2024 11:00AM |
| **DOB** | | **Service Dept.** | ETHC_Turkey Creek |
| **Provider** | DUSTIN MCCOY, PA | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130287<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

## Chief Complaint

6 month follow up

## Patient's Care Team

**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-5399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672
**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054

## Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

## Vitals

**Ht:** 6 ft 11/25/2024 11:05 am
**Wt:** 266.4 lbs 11/25/2024 11:05 am
**BP:** 98/60 11/25/2024 11:07 am
**BMI:** 36.1 11/25/2024 11:05 am
**HR:** 68 11/25/2024 11:08 am

## Measurements

None recorded.

## Allergies

Reviewed Allergies

**PENICILLINS**: Rash

## Medications

Lincoln/Fields 1018

**FIELDS, David L (id #98454, dob:**

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 | entered |
| **carvediloL 12.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWO TIMES A DAY | 11/16/24 | filled |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 | entered |
| **Entresto 49 mg-51 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days, for heart failure. | 11/16/24 | filled |
| **Farxiga 10 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route. | 09/18/24 | filled |
| **Multi Vitamin**<br>Mens vitafusion 1 daily | 02/06/23 | entered |
| **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route for 90 days. | 11/16/24 | filled |

immune plus
11/25/2024 memory kc

## Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

## Problems

Reviewed Problems

- Obesity - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Essential hypertension - Onset: 02/06/2023
- Mitral valve regurgitation - Onset: 05/23/2024
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- First degree atrioventricular block - Onset: 06/08/2023
- Heart failure - Onset: 02/09/2023
- Chronic systolic heart failure - Onset: 05/23/2024
- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- Biventricular automatic implantable cardioverter defibrillator in situ - Onset: 05/23/2024
- History of SARS-CoV-2 - Onset: 06/08/2023

## Family History

Family History not reviewed (last reviewed 03/13/2024)

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

## Social History

Social History not reviewed (last reviewed 03/13/2024)
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
Do you or have you ever used any other forms of tobacco or nicotine?: No
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 09/11/2024
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What is your exercise level?: Occasional (Notes: ADL)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: High school graduate (Notes: local truck driver)
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
First name used: David
Sexual orientation: Straight or heterosexual

## Surgical History

Surgical History not reviewed (last reviewed 03/13/2024)

- Cardiac catheterization (surg) - 2/2023
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Heart Catheterization - 08/16/2007

**FIELDS, David L (id #98454, dob:**

wisdom teeth extraction

## Past Medical History

Past Medical History not reviewed (last reviewed 03/13/2024)
CHEST PAIN: **Y**
CONGESTIVE HEART FAILURE: **Y**
GERD/REFLUX: **Y**
HIGH BLOOD PRESSURE/HYPERTENSION: **Y**
OBESITY: **Y**
PALPITATIONS: **Y**
SLEEP APNEA: **Y**
Notes: Please refer to Problem section for most recent PMH/NNP

## Screening

None recorded.

## HPI

Routine 6 month f/u device check. Boston Scietific CRT-D
Patient presents with wife.
Patient continues to do well, very minimal occasional palpitations, mainly noticeable with coughing.
Denies fatigue, dyspnea on exertion and at rest, chest pain/pressure, lightheadedness/dizziness, syncope/near syncope, and edema.

## ROS

Patient reports **palpitations** but reports no chest pressure, no lightheadedness, no chest pain, no dyspnea on exertion, no fatigue, no leg edema, no syncope, no orthopnea, no PND, and no claudication. He reports **cough and sleep apnea** but reports no wheezing, no coughing up blood, and no shortness of breath. He reports **easy bruising** but reports no swollen glands. He reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. He reports no dry eyes, no irritation, and no vision change. He reports no difficulty hearing and no ear pain. He reports no frequent nosebleeds and no nose/sinus problems. He reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. He reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, and no swelling in the extremities. He reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no headaches. He reports no depression, no sleep disturbances, feeling safe in relationship, and no alcohol abuse. He reports no nausea, no vomiting, no diarrhea, and no constipation.
**Additionally reports:**
**I have reviewed these findings and agree. dm**

## Physical Exam

**Constitutional:** General Appearance: well-nourished, well-developed, and appears stated age. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Insight: good judgement.

**Lungs:** Respiratory Effort: unlabored. Chest Exam: normal curvature and no thoracic deformity. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Rate And Rhythm: regular. Heart Sounds: no rub, gallop, or click and normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no edema or peripheral signs of emboli.

**Skin:** Inspection and Palpation: warm and dry;**Device site looks healthy, no hematoma, induration, or erythema.** Nails: no clubbing.

## Procedure Documentation

**93284,26: Multi chamber ICD Programing PaceArt:**
See image documentation for encounter data.

**ITERATIVE:** A representative from the device company did the interrogation of this device with iterative programming changes to evaluate pacing thresholds. I personally evaluated the generated data including all diagnostic findings, and advised the representative on any changes that may have needed to be made. A -26 modifier will be added to the billing charge.

## Assessment / Plan

**1. Biventricular automatic implantable cardioverter defibrillator in situ-**
BSC CRT-D_7/2023

9 years
AP 27%, LVP 99%_DDDR 60/125
some brief of episodes of ATR, likely farfield. 3 episodes of PMT_Monitor 170, VF 200
PVARP increased to help reduce ATR and PMT

Patient continues to do well, very minimal occasional palpitations, mainly noticeable with coughing. May be attributed to runs of ATR/PMT, will ct to monitor with new settings adjustment,

Remote q3 months
RTC 6 mths Sara or Dustin
Z95.810: Presence of automatic (implantable) cardiac defibrillator

**2. Nonischemic congestive cardiomyopathy -**
2022

**EKG:**
2/2023: ST 90, PR 220, QRS 126, RBBB/LPFB, QTc 443
8/2023: SR 65, PR 260, QRS 131 RBBB/LPFB, QTc 433

**Imaging:**
LHC: 2/2023: normal coronaries, EF 10-15%, LVEDP 40, mod MR
Echo: 5/2023: EF 20%, mod LAE, mild AI/TR, mild to mod MR, RVSP 40, LVIDd6.56
Echo: 2/2023: EF 10-15%
Echo: 3/2024: EF 20% mod to sev MR
Cardiac MRI: 2023: EF 27%, akinesis and wall thinning of anterior, inferior, and lateral walls. no evidence of iron overload. 50% subendocardial LGE in the basal and mid lateral walls consistent with infarct pattern. normal RV size and moderate systolic dysfunction EF 32%. mild MR,
VO2 at St.Thomas: pending

on Entresto 49-51 mg BID/Farxiga 10 daily/spironolactone 25mg daily/carvedilol 12.5mg BID

s/p CRT-D_7/2023

fup Dr.Michelson/Dr.Stribbling
I42.0: Dilated cardiomyopathy

**3. Chronic systolic heart failure -**
as above
I50.22: Chronic systolic (congestive) heart failure

**4. Essential hypertension -**
2006
I10: Essential (primary) hypertension
- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE

**5. History of SARS-CoV-2 -**
3 episodes so far, no hospitalization
1st and 3rd was severe
diagnosed with HF after 3rd episode
Z86.16: Personal history of COVID-19

**6. First degree atrioventricular block-**
asymptomatic

I44.0: Atrioventricular block, first degree
- HEART BLOCKS: CARE INSTRUCTIONS

**7. Obstructive sleep apnea syndrome -**
2012
compliant to CPAP
G47.33: Obstructive sleep apnea (adult) (pediatric)
- SLEEP APNEA: CARE INSTRUCTIONS

**8. Obesity -**
BMI 35
weight loss advised by diet/exercise
E66.9: Obesity, unspecified
- WHEN YOU WANT TO LOSE WEIGHT: CARE INSTRUCTIONS
- LEARNING ABOUT HEALTHY WEIGHT

**9. Mitral valve regurgitation -**
mgmt per Dr.Michelson and St.Thomas HF team
I34.0: Nonrheumatic mitral (valve) insufficiency
- HEART VALVE DISEASE: CARE INSTRUCTIONS
- MITRAL VALVE REGURGITATION: CARE INSTRUCTIONS

**FIELDS, David L (id #98454, dob:**

Return to Office

- to see Barry Michelson, MD at ETHC_South on or around 03/11/2025
- Barry Michelson, MD for *Follow-up 15 at ETHC_South on 03/12/2025 at 11:15 AM
- Nilam Patel, MD for *Follow-up 15 at ETHC_Turkey Creek on 05/20/2025 at 03:30 PM

Encounter Sign-Off

Encounter signed-off by DUSTIN MCCOY, PA, 11/25/2024.

Encounter performed and documented by DUSTIN MCCOY, PA
Encounter reviewed & signed by DUSTIN MCCOY, PA on 11/25/2024 at 06:02 PM
Oversight: Encounter reviewed by Nilam Patel, MD on 11/26/2024 at 2:55pm

**FIELDS, David L (id #98454, dob:**

| Boston Scientific | LATITUDE™ Programming System | Report Created 25 Nov 2024 |
|---|---|---|
| | **Real-time Log Report** | |
| | **Fields , David I** | Last Office Interrogation |
| | Date of Birth | 23 May 2024 |
| | Device: RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode: Monitor + Therapy | 14 Jul 2023 |

**Snapshot-3** **25 Nov 2024 11:12:19** **23mm/s**







3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.
Page 1 of 1

Clinician Signature:

**FIELDS, David L (id #98454, dob:**

| Boston Scientific | LATITUDE™ Programming System | Report Created 25 Nov 2024 |
|---|---|---|
| | **Heart Failure Management Report** | |
| | **Fields , David L** | Last Office Interrogation **23 May 2024** |
| | Date of Birth | |
| | Device  # CRT-D G447/ 310737 | Implant Date **14 Jul 2023** |
| | Tachy Mode  Monitor + Therapy | |

**Trends**

HeartLogic™ Heart Failure Index: **5**




The nominal HeartLogic™ Threshold is 16. This patient's HeartLogic™ Threshold can be confirmed in LATITUDE NXT™.

Most recent measurement:

S3: **0.82** mG

S1: **1.52** mG

Thoracic Impedance: **49** Ω

Respiratory Rate: **18** rpm




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.0.1)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.


**Lincoln/Fields 1025**

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Heart Failure Management Report

Fields, David L
25 Nov 2024 11:15




3666 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.


Lincoln/Fields 1026

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Heart Failure Management Report

Fields, David L
25 Nov 2024 11:15




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

| Boston Scientific | LATITUDE™ Programming System | Report Created 25 Nov 2024 |
|---|---|---|
| | **Arrhythmia Logbook Report**<br>**Fields , David L**<br>Date of Birth<br>Device RESONATE X4 CRT-D G447/ 210757<br>Tachy Mode Monitor + Therapy | Last Office Interrogation<br>**23 May 2024**<br>Implant Date<br>**14 Jul 2023** |

| Event | Date/Time | Type | Therapy | Duration hh:mm:ss |
|---|---|---|---|---|
| RAAT-571 | 24 Nov 2024 18:12 | RA Auto | | ------ |
| RVAT-571 | 24 Nov 2024 18:11 | RV Auto | | ------ |
| LVAT-468 | 24 Nov 2024 18:10 | LV Auto | | ------ |
| ATR-482 | 23 Nov 2024 16:40 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:06 |
| ATR-481 | 22 Nov 2024 17:20 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:08 |
| ATR-480 | 21 Nov 2024 20:35 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:07 |
| ATR-479 | 21 Nov 2024 16:08 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:08 |
| ATR-478 | 21 Nov 2024 10:27 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:08 |
| ATR-477 | 21 Nov 2024 07:40 | ATR | Avg V Rate in ATR: 110 bpm | 00:00:05 |
| ATR-476 | 20 Nov 2024 19:34 | ATR | Avg V Rate in ATR: 116 bpm | 00:00:02 |
| ATR-475 | 20 Nov 2024 19:13 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:07 |
| ATR-474 | 20 Nov 2024 07:59 | ATR | Avg V Rate in ATR: 109 bpm | 00:00:04 |
| ATR-473 | 20 Nov 2024 07:59 | ATR | Avg V Rate in ATR: 99 bpm | 00:00:10 |
| APM-133 | 15 Nov 2024 03:49 | APM RT | | ------ |
| PMT-4 | 07 Nov 2024 13:49 | PMT | | ------ |
| PMT-3 | 26 Aug 2024 15:16 | PMT | | ------ |
| PMT-2 | 13 Jul 2024 21:05 | PMT | | ------ |
| PMT-1 | 29 May 2024 16:56 | PMT | | ------ |
| V-1 | 11 Dec 2023 14:53 | NonSustV | Nonsustained | 00:00:15 |

3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.0.1)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

| Boston Scientific | LATITUDE™ Programming System | Report Created 25 Nov 2024 |
|---|---|---|
| | **Selected Episodes Report** | |
| | **Fields , David I** | Last Office Interrogation **23 May 2024** |
| | Date of Birth | |
| | Device: RESONATE X4 CRT-D G447/ 310757 | Implant Date **14 Jul 2023** |
| | Tachy Mode: Monitor + Therapy | |

**Event ATR-482: 23 Nov 2024 16:40** 25mm/s

**ATR Event Onset**
Avg A Rate: 183 bpm
Avg V Rate: 111 bpm
**In ATR**
Avg V Rate: 105 bpm

**Event Ended 00:00:06**




3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Selected Episodes Report

Fields, David L
25 Nov 2024 11:15






3886 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.0.1)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Selected Episodes Report

Fields , David L
25 Nov 2024 11:15






3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.0.1)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**








© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

| Boston Scientific | LATITUDE™ Programming System | Report Created 25 Nov 2024 |
|---|---|---|
| | **Selected Episodes Report** | |
| | **Fields , David L** | Last Office Interrogation |
| | Date of Birth | 23 May 2024 |
| | Device: RESONATE X4 CRT-D G447/ 310737 | Implant Date |
| | Tachy Mode: Monitor + Therapy | 14 Jul 2023 |

**Event PMT-2: 13 Jul 2024 21:05** — 25mm/s

**PMT Event Onset**

Avg A Rate: 125 bpm
Avg V Rate: 125 bpm

**Event Ended** --------






© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Selected Episodes Report

Fields, David L
25 Nov 2024 11:15





3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.0.1)

©2024
Boston Scientific Corporation
or its affiliates. All rights reserved.


Lincoln/Fields 1034

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Selected Episodes Report

Fields, David L
25 Nov 2024 11:15








© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Selected Episodes Report

Fields, David L
25 Nov 2024 11:15

ms

3666 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.0.1)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.


Lincoln/Fields 1036

**FIELDS, David L (id #98454, dob:**

| Boston Scientific | LATITUDE™ Programming System | Report Created 25 Nov 2024 |
|---|---|---|
| | **Device Follow-up Report** | |
| | **Fields , David L** | Last Office Interrogation |
| | Date of Birth | 23 May 2024 |
| | Device: RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode: Monitor + Therapy | 14 Jul 2023 |

**My Alerts**

| | |
|---|---|
| 25 Nov 2024 11:15 | Check LV Lead |

**Events Since Last Reset (23 May 2024)**

| | |
|---|---|
| 23 Nov 2024 16:40 | ATR at 183 bpm, Avg V Rate in ATR: 105 bpm |
| 22 Nov 2024 17:20 | ATR at 149 bpm, Avg V Rate in ATR: 105 bpm |

See last page for full list of Events Since Last Reset.

**Battery OK**

| | |
|---|---|
| Approximate time to explant: | 5 years |
| Charge Time | 10.2 s |
| Last Capacitor Re-form | 03 Jun 2024 03:05 |




| Leads Data | Implant 14 Jul 2023 | Previous Session | Most Recent |
|---|---|---|---|
| **Atrial** | | | |
| Intrinsic Amplitude | N/R mV | 2.3 mV | 3.2 mV |
| Pace Impedance | N/R Ω | 758 Ω | 689 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.5 V @ 0.4 ms | Auto 0.6 V @ 0.4 ms |
| **Right Ventricular** | | | |
| Intrinsic Amplitude | N/R mV | 18.6 mV | Paced mV |
| Pace Impedance | N/R Ω | 450 Ω | 333 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.5 V @ 0.4 ms | Auto 0.6 V @ 0.4 ms |
| **Left Ventricular** | | | |
| Intrinsic Amplitude | N/R mV | 3.5 mV | 5.7 mV |
| Pace Impedance LVa | N/R Ω | 628 Ω | 590 Ω |
| Pace Impedance LVb | | 622 Ω | N/R Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.9 V @ 0.8 ms | Auto 0.7 V @ 0.8 ms |
| **Shock Vector** | | | |
| Shock Impedance | N/R Ω | 74 Ω | 71 Ω |

**Settings**

| **Ventricular Tachy Settings** | | **Atrial Tachy Settings** | |
|---|---|---|---|
| VF 200 bpm ATP | 41J, 41J, 41Jx6 | ATR Mode Switch 170 bpm VDIR | |
| VT 170 bpm Monitor Only | | | |
| **Brady/CRT Settings** | | | |
| Mode | DDDR | Pacing Output | |
| Lower Rate Limit | 60 ppm | Atrial | Auto 2.0 V @ 0.4ms |
| Maximum Tracking Rate | 125 ppm | Right Ventricular | Auto 2.0 V @ 0.4ms |
| Maximum Sensor Rate | 130 ppm | Left Ventricular (LVa) | Auto 1.7 V @ 0.8ms |
| Paced AV Delay | 240 - 240 ms | Left Ventricular (LVb) | Off |
| Sensed AV Delay | 180 - 180 ms | Sensitivity | |
| A-Refractory (PVARP) | 240 - 340 ms | Atrial | AGC 0.25 mV |
| RV-Refractory (RVRP) | 230 - 250 ms | Right Ventricular | AGC 0.6 mV |
| LV-Refractory (LVRP) | 250 ms | Left Ventricular | AGC 1.0 mV |
| Ventricular Pacing Chamber | BiV | Leads Configuration (Pace/Sense) | |
| LV Offset | 0 ms | Atrial | Bipolar |
| | | Right Ventricular | Bipolar |
| | | LVa (Pace) | LVTip1>>Can |
| | | LVb (Pace) | Off |
| | | LV (Sense) | LVRing2>>RV |
| | | LV MultiSite Pacing | |
| | | Pacing Order | Off |
| | | Rate Adaptive Pacing | |
| | | Accelerometer | On |

3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.01)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Device Follow-up Report

Fields, David L
25 Nov 2024 11:15

**Rhythm ID Update**

| | |
|---|---|
| Last Successful Completion | N/R |

**Trends**




3686 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.0.1)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

LATITUDE™ Programming System
Device Follow-up Report

Fields, David L
25 Nov 2024 11:15

**Trends**




3666 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.0.1)

© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**



| Ventricular Tachy Counters | Since Last Reset 23 May 2024 | Device Totals |
|---|---|---|
| **Ventricular Episode Counters** | | |
| Total Episodes | 0 | 1 |
| Treated | | |
| VF Therapy | 0 | 0 |
| VT Therapy | 0 | 0 |
| VT-1 Therapy | 0 | 0 |
| Commanded Therapy | 0 | 0 |
| Non-Treated | | |
| No Therapy Programmed | 0 | 0 |
| Nonsustained Episodes | 0 | 1 |
| Other Untreated Episodes | 0 | 0 |
| **Ventricular Therapy Counters** | | |
| ATP Delivered | 0 | 0 |
| ATP % Successful | 0 | 0 |
| Shocks Delivered | 0 | 0 |
| First Shock % Successful | 0 | 0 |
| Shocks Diverted | 0 | 0 |
| **Brady/CRT Counters** | **Reset Before Last** 223 day(s) 12 Oct 2023 to 23 May 2024 | **Since Last Reset** 185 day(s) 23 May 2024 to Today |
| **Counters** | | |
| % A Paced | 37 | 27 |
| % RV Paced | 94 | 93 |
| % LVa Paced | 59 | 93 |
| % LVb Paced | 0 | 0 |
| **Intrinsic Promotion** | | |
| Rate Hysteresis | | |
| % Successful | 0 | 0 |
| **Atrial Arrhythmia** | | |
| % AT/AF | <1 | <1 |
| (One Year of Data) | | |
| Total Time in AT/AF (min) | 12.2 | 30.3 |
| (One Year of Data) | | |
| Episodes by Duration | | |
| < 1 minute | 143 | 301 |
| 1 min - < 1 hr | 0 | 0 |
| 1 hr - < 24 hr | 0 | 0 |
| 24 hr - < 48 hr | 0 | 0 |
| > 48 hr | 0 | 0 |
| Total PACs | 53.3K | 53.9K |
| **Ventricular Counters** | | |
| Total PVCs | 54.4K | 36.2K |
| Three or More PVCs | 1 | 2 |
| **Clinical Counters** | **Since Last Reset** 23 May 2024 | **Device Totals** |
| MRI Protection Mode | 0 | 0 |



© 2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

LATITUDE™ Programming System
Device Follow-up Report

Fields, David L
25 Nov 2024 11:15

**Histograms Reset Before Last (12 Oct 2023)**







**Histograms Since Last Reset (23 May 2024)**







3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.0.1)

©2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Device Follow-up Report

Fields, David L
25 Nov 2024 11:15

| All Events Since Last Reset (23 May 2024) | |
|---|---|
| 24 Nov 2024 18:12 | RA Auto |
| 24 Nov 2024 18:11 | RV Auto |
| 24 Nov 2024 18:10 | LV Auto |
| 23 Nov 2024 16:40 | ATR at 183 bpm, Avg V Rate in ATR: 105 bpm |
| 22 Nov 2024 17:20 | ATR at 149 bpm, Avg V Rate in ATR: 105 bpm |
| 21 Nov 2024 20:36 | ATR at 146 bpm, Avg V Rate in ATR: 103 bpm |
| 21 Nov 2024 16:08 | ATR at 144 bpm, Avg V Rate in ATR: 101 bpm |
| 21 Nov 2024 10:27 | ATR at 182 bpm, Avg V Rate in ATR: 102 bpm |
| 21 Nov 2024 07:40 | ATR at 154 bpm, Avg V Rate in ATR: 110 bpm |
| 20 Nov 2024 19:34 | ATR at 134 bpm, Avg V Rate in ATR: 116 bpm |
| 20 Nov 2024 19:13 | ATR at 144 bpm, Avg V Rate in ATR: 101 bpm |
| 20 Nov 2024 07:59 | ATR at 149 bpm, Avg V Rate in ATR: 109 bpm |
| 20 Nov 2024 07:59 | ATR at 218 bpm, Avg V Rate in ATR: 99 bpm |
| 19 Nov 2024 03:49 | APM RT at 68 bpm |
| 07 Nov 2024 13:49 | PMT at 125 bpm |
| 26 Aug 2024 15:10 | PMT at 125 bpm |
| 13 Jul 2024 21:05 | PMT at 125 bpm |
| 29 May 2024 16:56 | PMT at 125 bpm |

3868 Software Version: 2.03
G447 Firmware Version: H_v1.00.00(1.0.1)

©2024
Boston Scientific Corporation
or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

## Imaging Results

**FIELDS, David L (id #98454, dob:**

US, ECHOCARDIOGRAM, TRANSTHORACIC, COMPLETE, W/ COLOR FLOW (#11685348, 04/02/2025 12:00am)

Jefferson Memorial Hospital

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | FIELDS DAVID | | | **Procedure Staff** | |
| **MRN:** | 00809309 | | | **Referring Physician:** | Warren K Stribling, MD |
| **Date of birth:** | | **Age:** | 47 year(s) | **Sonographer:** | Juliann Blackburn, RCS |
| **Gender:** | Male | **BMI:** | 34.99 kg/m² | **Interpreting physician:** | Barry Michelson, MD |
| **Weight:** | 117.03 kg | **BSA:** | 2.37 m² | | |
| **Height:** | 182.88 cm | | | | |

**Procedure Information**

| | | | |
|---|---|---|---|
| **Exam date time:** | 4/2/2025 1:58 PM | | |
| **Procedure type:** | Echo | | |
| **Proc. sub type:** | TTE procedure: NI Echo TTE 2D Complete w Color Doppler | | |
| **Patient status:** | Routine | **Accession no:** | 3002509200311 |
| **HR:** | 60 bpm | **FIN Number:** | 4583278 |
| | | **Study location:** | Jefferson City |
| | | **Technical quality:** | Good visualization |

Procedure Description: Echocardiography, transthoracic, real-time with image documentation (2D), includes M- mode recording, when performed, complete, with spectral Doppler echocardiography, and with color flow Doppler echocardiography.

**Reason for Study**

chronic systolic heart failure

**Physician Conclusions**

**Summary:**

Normal wall thickness.
Left ventricle size is moderately dilated.
EF estimated at 20%.
There is severe global left ventricular systolic dysfunction.
Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure..
A pacemaker wire is observed in the RV.
Aortic valve structure is trileaflet and is structurally normal.
No aortic stenosis. No aortic regurgitation documented by color flow and/or spectral Doppler.
Mild pulmonic regurgitation documented by color flow and/or spectral Doppler.
Left atrium is mild to moderately enlarged.
Mild mitral regurgitation documented with color flow and/or spectral Doppler.
Tricuspid valve appears structurally normal. No evidence of tricuspid valve stenosis.
Moderate tricuspid regurgitation documented with color flow and/or spectral Doppler.
Right ventricular systolic pressure is moderately elevated and is estimated at 57 mmHg.

**Jefferson Memorial Hospital**

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

| | |
|---|---|
| **Obervations** | |
| **Left ventricle:** | Normal wall thickness.<br>Left ventricle size is moderately dilated.<br>EF estimated at 20%.<br>There is severe global left ventricular systolic dysfunction.<br>Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure. |
| **Richt ventricle:** | A pacemaker wire is observed in the RV. |
| **Left atrium:** | Left atrium is mild to moderately enlarged. |
| **Richt atrium:** | Right atrium is normal in size. |
| **Mitral valve:** | Mitral valve appears structurally normal. No evidence of mitral valve stenosis.<br>Mild mitral regurgitation documented with color flow and/or spectral Doppler. |
| **Aortic valve:** | Aortic valve structure is trileaflet and is structurally normal.<br>No aortic stenosis. No aortic regurgitation documented by color flow and/or spectral Doppler. |
| **Tricuspid valve:** | Tricuspid valve appears structurally normal. No evidence of tricuspid valve stenosis.<br>Moderate tricuspid regurgitation documented with color flow and/or spectral Doppler.<br>Right ventricular systolic pressure is moderately elevated and is estimated at 57 mmHg. |
| **Pulmonic valve:** | Pulmonic valve appears structurally normal. No evidence of pulmonic stenosis. Mild pulmonic regurgitation documented by color flow and/or spectral Doppler. |
| **Pericardial:** | Pericardium appears normal. There is no pericardial effusion visualized. |
| **Aorta/Great vessels:** | Aortic root is normal in size.<br>The inferior vena cava is not dilated and shows more than 50% respiratory variation. |
| **Pleural:** | There is no pleural effusion present. |

Electronically signed by Barry Michelson, MD (interpreting physician) on 4/4/2025 at 1:15 PM

**FIELDS, David L (id #98454, dob:**

Tennova Healthcare

**Jefferson Memorial Hospital**

110 Hospital Dr
Jefferson City, TN 37760
Phone: (865) 471-2500

Status Finalized

# TTE echo report

### Left Ventricle

| | | | |
|---|---|---|---|
| Diastolic dimension: | 6.25 cm **(4.2 - 5.8 cm)** | Systolic dimension: | 5.69 cm **(2.5 - 4 cm)** |
| 2D septum diastolic: | 1.01 cm **(0.6 - 1.0 cm)** | FS Normal Range (30-45%): | 9 % |
| 2D post wall diastolic: | 0.98 cm | | |
| LV mass (ASE formula): | 260.29 g **(88 - 224 g)** | | |
| LV mass index: | 109.65 g/m² | | |
| RWT: | 0.31 | | |

**LV M-Mode**

**LV Ejection Fraction**

| | | | |
|---|---|---|---|
| LVEDV Teichholz: | 245 ml **(62 - 150 ml)** | LVESV Teichholz: | 184 ml **(21 - 61 ml)** |
| LVEDVI Teichholz: | 103.21 ml/m² **(34 - 74 ml/m²)** | LVESVI Teichholz: | 77.51 ml/m² **(11 - 31 ml/m²)** |
| EF Teichholz: | 25 % | | |

**LV 3D/Strain**

### Right Ventricle

| | | | |
|---|---|---|---|
| Diastolic dimension: Normal Range (2.7-3.4cm): | 2.5 cm | Systolic pressure: | 57.06 mmHg |

### Left Atrium

| | | | |
|---|---|---|---|
| **LA diameter (2D) Normal Range (2.0-4.0cm):** | 3.6 cm | **LA/Aorta (2D):** | 1.38 |
| | | **LA volume index:** | 39.6 ml/m² **(16 - 34 ml/m²)** |
| **LA area:** | 29.3 cm² | | |
| **LA volume:** | 94 ml | | |

### Right Atrium

| | | | |
|---|---|---|---|
| | | **Systolic pressure:** | 10 mmHg |

Jefferson Memorial Hospital

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status Finalized

# TTE echo report

## Aortic Valve

| | | | |
|---|---|---|---|
| Peak velocity Normal Range (0.9-1.7m/s) : | 1.14 m/s | Mean velocity: | 0.79 m/s |
| Peak gradient Normal Range (<10mmHG): | 5.2 mmHg | Mean gradient Normal Range (<10mmHG) : | 3 mmHg |
| AV VTI: | 24.3 cm | Dimensionless index: | 0.65 |
| Peak velocity: | 74.4 cm/s | Mean velocity: | 50 cm/s |
| Peak gradient: | 2 mmHg | Mean gradient: | 1 mmHg |
| | | LVOT VTI Normal Range (0.7-1.1m/s): | 14.1 cm |

## Mitral Valve

| | | | |
|---|---|---|---|
| Peak E-wave Normal Range (0.60-1.30m/s) : | 85 cm/s | Peak A-wave Normal Range( 0.30-0.60m/s) : | 38.9 cm/s |
| MR velocity: | 276 cm/s | E/A ratio Normal Range (0.8-2.5): | 2.19 |
| E' septal velocity: | 4.79 cm/s | Peak gradient: | 2.89 mmHg |
| A' septal velocity: | 4.04 cm/s | Deceleration time Normal Range (160-240msec): | 216 ms |
| E/E' septal: | 17.75 | E' lateral velocity: | 9.31 cm/s |
| | | A' lateral velocity: | 3.95 cm/s |
| | | E/E' lateral: | 9.13 |
| | | E/E' average: | 13.44 |

## Tricuspid Valve

| | | | |
|---|---|---|---|
| Estimated RVSP: | 40 mmHg | Estimated RAP: | 10 mmHg |
| TR velocity: | 343 cm/s | TR gradient: | 47.06 mmHg |

## Pulmonic Valve

| | | | |
|---|---|---|---|
| Peak velocity Normal Range (0.5-1.0m/s): | 99.9 cm/s | Peak gradient: | 3.99 mmHg |
| | | Estimated PASP: | 57.06 mmHg |
| | | Acceleration time: | 95 ms |

## Aorta/Great Vessels

| | | | |
|---|---|---|---|
| Aortic root (2D): | 2.6 cm | ACS (M-mode) Normal Range (1.5-26cm): | 1.6 cm |

Tennova Healthcare

**Jefferson Memorial Hospital**

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

## TTE echo report

---

Electronically signed by Barry Michelson, MD (interpreting physician) on 4/4/2025 at 1:15 PM

**FIELDS, David L (id #98454, dob:**

## ELECTROCARDIOGRAM (#11590107, 03/13/2025 7:39pm)

| Report | Result | Ref. Range | Units | ⚠ | Status | Facility | Date |
|---|---|---|---|---|---|---|---|
| EKG Results: | | | | | | | |
| Interpretation: | | | | | | | |

**FIELDS, David L (id #98454, dob:**

## CARDIOPULMONARY STRESS TEST (PROC) (#11385223, 01/20/2025 12:00am)



Visit Date 01/20/2025

Ascension Saint Thomas

**St. Thomas West Hospital**
**4220 Harding Pike**
**Nashville, TN 37205**

**CARDIOPULMONARY EXERCISE TEST REPORT**

| | | | | | |
|---|---|---|---|---|---|
| Identification: | 20490833 | Last Name: | Fields | First Name: | David |
| Date of Birth: | 10/23/1977 | Height: | 72.0 Inch | Gender: | male |
| Age: | 47.2 Years | Weight: | 287.0 lbs | BMI: | 35 kg/m² |
| Technician: | RRT Galbreath Mat | | | | |
| Physician: | Soltury Kyle | | | | |

SLOPE DATA

| | | Value | (Normal Range) |
|---|---|---|---|
| VO2/Ws | [(mL/min)/W] | 5.39 | 8.7-11.9 |
| HR/O2Ws | [1/(mL/kg)] | 5.05 | 3.0-4.0 |
| VEO2s | | 19.11 | 23-26 |
| VECO2s | | 32.86 | 26-29 |
| OUESs | [(L/min)/log(C)] | 1.79 | |

PRE EXERCISE SPIROMETRY

| | | PRE | PRED | %PRED |
|---|---|---|---|---|
| FVC | L | 3.36 | 5.43 | 62.0 |
| FEV 1 | L | 3.02 | 4.27 | 70.7 |
| FEV1/FVC | % | 90 | 79 | |
| MVV | L/min | | 142 | |

CARDIOVASCULAR RESPONSES

| | | REST | AT (VT1) [Value] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| VO2/kg | [(mL/min)/kg] | 4.3 | 12.9 | 13.9 | 25.6 | 54 |
| VO2 | [L/min] | 0.47 | 1.50 | 1.62 | 2.98 | 56 |
| VCO2 | [L/min] | 0.38 | 1.46 | 1.67 | | |
| Load | [W] | | 180 | 130 | 209 | 62 |
| HR | [BPM] | 70 | 136 | 144 | 173 | 83 |
| O2pulse | [mL] | 6.7 | 11.1 | 11.2 | 17.2 | 65 |
| HRR | [BPM] | 103 | 37 | 29 | | |
| SBP | [mmHg] | 127 | 140 | 180 | | |
| DBP | [mmHg] | 77 | 77 | 74 | | |

VENTILATORY RESPONSES

| | | REST | AT (VT1) [Value] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| VE | [L/min] | 17 | 56 | 69 | 115 | 60 |
| VTex | [L] | 0.766 | 1.584 | 1.682 | | |
| RR | [1/min] | 21.9 | 35.4 | 42.5 | 41.6 | 102 |
| BR (FEV1) | [%] | 84 | 47 | 36 | 28 | 123 |
| BR (MVV) | [%] | | | | | |

GAS EXCHANGE RESPONSES

| | | REST | AT (VT1) [Value] | PEAK | PEAK PRED | PEAK%PRED |
|---|---|---|---|---|---|---|
| RER | | 0.81 | 0.97 | 1.03 | | |
| SpO2 | [%] | 96 | 95 | 96 | | |
| VE/VO2 | | 30 | 34 | 39 | | |
| VE/VCO2 | | 37 | 35 | 38 | | |
| VDest/VT | [%] | 22 | 17 | 19 | 19 | 98 |
| PETO2 | [mmHg] | 113.04 | 117.68 | 120.22 | | |
| PETCO2 | [mmHg] | 32.28 | 33.39 | 32.88 | | |

FIELDS, DAVI ASA CARDIO

1140679511360? Fins Page ImgFlash

Visit Date 01/20/2026

## CARDIOPULMONARY EXERCISE GRAPHS: 9-PANEL



**Peak Exercise % Predicted**

**Peak Exercise Normative Ranges**




20490603 2427769646
Fields, David

Visit Date 01/20/2026

## CARDIOPULMONARY EXERCISE GRAPHS: VENTILATORY THRESHOLD







| | | AT (VT1) [Manual] | AT%MaxPred [Manual] |
|---|---|---|---|
| VO2/kg | [(mL/min)/kg] | 12.9 | 60 |
| VO2 | [L/min] | 1.50 | 60 |
| VCO2 | [L/min] | 1.46 | |
| RER | | 0.97 | |
| VE | [L/min] | 56 | 40 |
| VE/VO2 | | 34 | |
| BR (FEV1) | [%] | 47 | 166 |
| Load | [W] | 130 | 52 |
| SpO2 | [%] | 98 | |
| HR | [BPM] | 138 | 79 |
| SBP | [mmHg] | 140 | |
| DBP | [mmHg] | 77 | |

## CARDIOPULMONARY EXERCISE GRAPHS: BLOOD PRESSURE AND DOUBLE PRODUCT

Blood Pressures

| Time [min] | Load [W] | HR [BPM] | SBP [mmHg] | DBP [mmHg] | DProd [mmHg/min] |
|---|---|---|---|---|---|
| 01:10 | | 71 | 127 | 77 | 9016 |
| 02:30 | 40 | 107 | 127 | 77 | 13588 |
| 03:45 | 40 | 120 | 131 | 78 | 15719 |
| 06:45 | 85 | 128 | 131 | 78 | 18505 |
| 06:49 | 85 | 129 | 140 | 77 | 18058 |
| 08:24 | 130 | 136 | 140 | 77 | 19038 |
| 09:34 | 130 | 146 | 140 | 77 | 20438 |
| 09:51 | 130 | 144 | 150 | 74 | 21598 |

Double Product Graph




20490603 2477188646
Fields, David M

Visit Date: 01/20/2026

| Time [min] | Load [W] | HR [BPM] | O2pulse [mL] | SpO2 [%] | VO2/kg [mL/m/kg] | VO2 [L/min] | VCO2 [L/min] | RER | VE [L/min] | RR [1/min] |
|---|---|---|---|---|---|---|---|---|---|---|
| 00:00 Rest | | | | | | | | | | |
| 00:20 | | 73 | 5.6 | 98 | 3.5 | 0.41 | 0.33 | 0.81 | 16 | 23.1 |
| 00:40 | | 72 | 6.9 | 96 | 4.2 | 0.49 | 0.38 | 0.78 | 17 | 21.4 |
| 01:00 | | 72 | 6.8 | 98 | 4.1 | 0.47 | 0.38 | 0.81 | 17 | 21.3 |
| 01:10 | | 70 | 6.6 | 98 | 4.0 | 0.46 | 0.39 | 0.82 | 17 | 21.8 |
| 01:12 Test | | | | | | | | | | |
| 01:20 | | 71 | 7.5 | 98 | 4.6 | 0.54 | 0.43 | 0.83 | 20 | 28.1 |
| 01:40 | 40 | 86 | 7.4 | 95 | 5.5 | 0.64 | 0.54 | 0.84 | 23 | 23.3 |
| 02:00 | 40 | 90 | 7.3 | 97 | 5.6 | 0.66 | 0.54 | 0.83 | 25 | 30.7 |
| 02:20 | 40 | 99 | 7.8 | 98 | 6.6 | 0.77 | 0.60 | 0.78 | 25 | 27.3 |
| 02:40 | 40 | 110 | 8.7 | 98 | 8.2 | 0.96 | 0.72 | 0.76 | 29 | 26.3 |
| 03:00 | 40 | 114 | 8.7 | 98 | 8.5 | 1.00 | 0.75 | 0.76 | 30 | 25.4 |
| 03:20 | 40 | 118 | 9.0 | 98 | 9.1 | 1.06 | 0.82 | 0.77 | 31 | 25.7 |
| 03:40 | 40 | 118 | 9.0 | 98 | 9.1 | 1.07 | 0.83 | 0.78 | 32 | 28.3 |
| 04:00 | 40 | 120 | 8.9 | | 9.1 | 1.07 | 0.86 | 0.80 | 33 | 28.8 |
| 04:20 | 40 | 118 | 10.1 | 97 | 10.2 | 1.18 | 0.93 | 0.78 | 34 | 25.6 |
| 04:40 | 85 | 115 | 9.5 | 97 | 9.4 | 1.09 | 0.87 | 0.80 | 33 | 27.1 |
| 05:00 | 85 | 117 | 10.5 | 97 | 10.5 | 1.22 | 1.00 | 0.84 | 36 | 25.5 |
| 05:20 | 85 | 121 | 9.7 | 97 | 10.0 | 1.17 | 0.95 | 0.81 | 34 | 29.4 |
| 05:40 | 85 | 123 | 11.0 | 98 | 11.6 | 1.35 | 1.20 | 0.89 | 44 | 29.0 |
| 06:00 | 85 | 127 | 9.9 | 98 | 10.8 | 1.26 | 1.16 | 0.92 | 44 | 30.6 |
| 06:20 | 85 | 129 | 10.0 | 98 | 11.1 | 1.29 | 1.19 | 0.92 | 44 | 29.6 |
| 06:40 | 85 | 127 | 10.8 | 98 | 11.8 | 1.38 | 1.24 | 0.90 | 45 | 29.6 |
| 07:00 | 85 | 127 | 10.3 | 98 | 11.2 | 1.31 | 1.22 | 0.93 | 45 | 32.0 |
| 07:20 | 130 | 128 | 10.9 | 98 | 12.1 | 1.41 | 1.30 | 0.92 | 40 | 28.0 |
| 07:40 | 130 | 131 | 11.0 | 98 | 12.3 | 1.44 | 1.39 | 0.96 | 51 | 32.6 |
| 08:00 | 130 | 133 | 10.3 | 98 | 11.8 | 1.37 | 1.37 | 1.00 | 61 | 31.1 |
| 08:20 | 130 | 138 | 10.6 | 98 | 12.4 | 1.44 | 1.34 | 0.93 | 49 | 30.9 |
| 08:28 VT1 | | | | | | | | | | |
| 08:40 | 130 | 137 | 10.9 | 98 | 12.8 | 1.49 | 1.49 | 1.20 | 66 | 35.6 |
| 09:00 | 130 | 141 | 10.3 | 98 | 12.4 | 1.40 | 1.48 | 1.23 | 66 | 35.3 |
| 09:20 | 130 | 144 | 10.5 | 98 | 13.0 | 1.62 | 1.55 | 1.32 | 61 | 36.7 |
| 09:40 | 130 | 148 | 10.6 | 98 | 13.2 | 1.54 | 1.53 | 1.03 | 64 | 37.2 |
| 10:00 | 130 | 144 | 11.8 | 97 | 14.5 | 1.67 | 1.61 | 0.96 | 60 | 37.7 |
| 10:20 | 225 | 144 | 11.1 | 96 | 13.7 | 1.60 | 1.64 | 1.02 | 65 | 38.1 |
| 10:36 | 225 | 148 | 9.6 | 95 | 12.5 | 1.46 | 1.66 | 1.19 | 78 | 41.4 |
| 10:38 Recovery | | | | | | | | | | |
| 10:40 | 225 | 148 | 5.1 | | 7.6 | 0.91 | 1.00 | 1.10 | 46 | 37.0 |
| 11:00 | 30 | 146 | 9.9 | 94 | 12.4 | 1.48 | 1.18 | 1.00 | 56 | 37.6 |
| 11:20 | | 137 | 11.5 | | 13.5 | 1.57 | 1.43 | 0.91 | 45 | 28.1 |
| 11:40 | | 131 | 12.1 | | 13.5 | 1.58 | 1.45 | 0.92 | 44 | 23.8 |

20490503 242770848
Fields, David

4/6

**FIELDS, David L (id #98454, dob:**

From: 01/21/2025 11:35 #174 P.006/006

Visit Date: 01/20/2025

VE/VCO2 Slope




| | Value |
| --- | --- |
| VE/CO2s | 32.86 |

Fields, David

Visit Date 01/20/2025



FIELDS, DAVID #98454 CARDIO

11406780y10067 Last Page ImgRest

6/6

**FIELDS, David L (id #98454, dob:**

## Lab Results

**BalladHealth.**

**Inpatient Clinical Laboratories**
(423) 224-6738 or (423) 844-3204

**Time Sent:** 4/3/2025 10:40 AM

**To:** Barry I Michelson, MD
**Phone:** 865-392-3400
**Fax:** 865-392-3449

**From:** Background User Lab
HCMH CLINICAL LAB
Phone: 423-921-7230
Fax: 423-921-7267

**Message:**

**CONFIDENTIALITY NOTICE**

THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION. THE INFORMATION IS INTENDED ONLY FOR THE USE BY THE INDIVIDUAL OR ENTITY NAMED ABOVE. THE AUTHORIZED RECIPIENT IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY UNLESS REQUIRED TO DO SO BY LAW OR REGULATION AND IS REQUIRED TO PROTECT THE INFORMATION FROM ALL UNAUTHORIZED ACCESS.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND ARRANGE FOR THE RETURN OR DESTRUCTION OF THESE DOCUMENTS.

*If you have received this fax in error please contact the Information Systems Service Desk at 423.431.6290 or 423.230.6393. Please provide the following information when calling:*

*Contact Information:*
- *Name of person reporting the issue*
- *Office/Company Name*
- *Phone Number*
- *Fax Number*
- *Description of concern, issue or problem*

Fields, David (MR # 00577368) DOB:

**PATIENT:Fields, David** **(MR # 00577368)**

**Pro B-Type Natriuretic Peptide: Patient Communication**

4/3/2025 10:40 AM — Not seen

**Pro B-Type Natriuretic Peptide (Order 7292684)**
**Lab**

Ordering: **Shaw, Alicia, MT**
Authorizing: **Michelson, Barry I, MD**

Date: **4/3/2025**
Ordering Department: **HCMH CLINICAL LAB**

**Pro B-Type Natriuretic Peptide (Accession R25-093-A0003)**

**Results:**

**Abnormal !**

Status: **Final result**
**(Resulted: 4/3/2025 10:40 AM)**

| Component | Value | Ref Range & Units | Status |
|---|---|---|---|
| **NT-pro B-type Natriuretic Peptide (NT-proBNP)** | **882 ^** | 0 - 125 pg/mL | Final |

**Additional Information**

| Specimen ID | Type | Source | Comment |
|---|---|---|---|
| R25-093-A0003 | Blood | | |

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
|---|---|---|---|---|---|
| Apr 3, 2025 | 10:04 AM | Apr 3, 2025 | 10:05 AM | Apr 3, 2025 | 10:40 AM |

**Lab Information**

Lab
HCMH CLINICAL LAB

**Associated Diagnoses**

**Dilated cardiomyopathy (HCC)** [I42.0]

**Order Provider Info**

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Shaw, Alicia, MT | -- | -- | Alicia.Shaw@balladhealth.org |
| Authorizing Provider | Michelson, Barry I, MD | 865-392-3400 | -- | -- |

**FIELDS, David L (id #98454, dob:**

## HEMOGLOBIN A1C 03/13/2025 (#11594242, Final, 03/12/2025 11:35am)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | Tennova Turkey Creek-Tennova Turkey Creek (E15)<br>Dr. William Beuerlein<br>10820 Parkside Dr<br>Knoxville, TN 37934-1956<br><br>Account ID: 11982343 |
| Specimen/Accession ID | AL493054V | Specimen Source | |
| Specimen Coll. Date | 03/12/2025 11:35 | Result Status | Final |
| Specimen Rec. Date | 03/12/2025 18:06 | Report Status | |
| Specimen Reported Date | 03/13/2025 08:14 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| HEMOGLOBIN A1C | 5.5 | 0.0-5.7 | MG/DL | | Final | E15 | |

## CBC (INCLUDES DIFF/PLT) 03/13/2025 (#11594241, Final, 03/12/2025 11:35am)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | Tennova Turkey Creek-Tennova Turkey Creek (E15)<br>Dr. William Beuerlein<br>10820 Parkside Dr<br>Knoxville, TN 37934-1956<br><br>Account ID: 11982343 |
| Specimen/Accession ID | AL493054V | Specimen Source | |
| Specimen Coll. Date | 03/12/2025 11:35 | Result Status | Final |
| Specimen Rec. Date | 03/12/2025 18:06 | Report Status | |
| Specimen Reported Date | 03/13/2025 08:14 | | |

FIELDS, David L (id #98454, dob:

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 4.8 | 3.7-10.7 | X10 | | Final | E15 | |
| RED BLOOD CELL COUNT | 4.80 | 4.00-5.80 | MILL/UL | | Final | E15 | |
| HEMOGLOBIN | 15.1 | 13.0-17.0 | G/DL | | Final | E15 | |
| HEMATOCRIT | 44.7 | 39.0-51.0 | % | | Final | E15 | |
| MCV | 93 | 80-97 | FL | | Final | E15 | |
| MCH | 32 | 26-33 | PG/ML | | Final | E15 | |
| MCHC | 34 | 33-36 | G/DL | | Final | E15 | |
| RDW | 13.0 | 11.5-16.0 | % | | Final | E15 | |
| PLATELET COUNT | 228 | 130-400 | X10 | | Final | E15 | |
| MPV | 10.7 | 7.5-11.2 | FL | | Final | E15 | |
| NEUT % AUTO | 56 | 50-70 | % | | Final | E15 | |
| LYMPH % AUTO | 29 | 20-40 | % | | Final | E15 | |
| **MONO % AUTO** | **13** | **<=11** | **%** | **HIGH** | **Final** | **E15** | |
| EOS % AUTO | 1 | 0-4 | % | | Final | E15 | |
| BASO % AUTO | 1 | 0-1 | % | | Final | E15 | |
| NEUT # AUTO | 2.7 | 1.4-7.2 | X10 | | Final | E15 | |
| LYMPH# AUTO | 1.4 | 1.2-3.4 | X10 | | Final | E15 | |
| MONO# AUTO | 0.6 | 0.0-1.2 | X10 | | Final | E15 | |
| EOS# AUTO | 0.0 | <=0.5 | X10 | | Final | E15 | |
| BASO# AUTO | 0.0 | 0.0-0.2 | X10 | | Final | E15 | |

## COMPREHENSIVE METABOLIC PANEL 03/13/2025 (#11594240, Final, 03/12/2025 11:35am)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | Tennova Turkey Creek-Tennova Turkey Creek (E15)<br>Dr. William Beuerlein<br>10820 Parkside Dr<br>Knoxville, TN 37934-1956<br>Account ID: 11982343 |
| Specimen/Accession ID | AL493054V | Specimen Source | |
| Specimen Coll. Date | 03/12/2025 11:35 | Result Status | Final |
| Specimen Rec. Date | 03/12/2025 19:06 | Report Status | |
| Specimen Reported Date | 03/13/2025 08:14 | | |

Lincoln/Fields 1062

**FIELDS, David L (id #98454, dob:**

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| **GLUCOSE** | **65** | **70-110** | **MG/DL** | **LOW** | **Final** | **E15** | |
| BUN | 13 | 5-26 | MG/DL | | Final | E15 | |
| CREATININE | 0.96 | 0.50-1.30 | MG/DL | | Final | E15 | |
| EGFR NON AFRICAN AMERICAN | 94 | >=60 | ML/MIN/1.73M | | Final | E15 | |
| EGFR AFRICAN AMERICAN | 109 | >=60 | ML/MIN/1.73M | | Final | E15 | |
| BUN/CREATININE RATIO | 14 | 6-22 | MMOL/L | | Final | E15 | |
| **SODIUM** | **136** | **138-146** | **MMOL/L** | **LOW** | **Final** | **E15** | |
| POTASSIUM | 4.5 | 3.5-5.2 | MMOL/L | | Final | E15 | |
| CHLORIDE | 101.0 | 98.0-114.0 | MMOL/L | | Final | E15 | |
| CARBON DIOXIDE | 28 | 22-33 | MMOL/L | | Final | E15 | |
| CALCIUM | 9.0 | 8.5-10.1 | MG/DL | | Final | E15 | |
| TOTAL PROTEIN | 7.7 | 6.1-8.6 | G/DL | | Final | E15 | |
| ALBUMIN | 4.4 | 3.5-5.0 | G/DL | | Final | E15 | |
| GLOBULIN | 3.3 | 1.9-3.7 | G/DL | | Final | E15 | |
| A/G RATIO | 1.3 | 1.0-2.5 | | | Final | E15 | |
| **BILIRUBIN, TOTAL** | **1.5** | **0.2-1.0** | **MG/DL** | **HIGH** | **Final** | **E15** | |
| ALKALINE PHOSPHATASE | 72 | 50-136 | IU/L | | Final | E15 | |
| AST | 29 | 15-37 | IU/L | | Final | E15 | |
| ALT | 41 | 13-61 | IU/L | | Final | E15 | |
| ION BALANCE | 7 | 5-15 | MMOL/L | | Final | E15 | |
| OSMOLALITY BLOOD, CALCULATED | 280 | 270-300 | MOSM/KG | | Final | E15 | |

**FIELDS, David L (id #98454, dob:**

## LIPID PANEL WITH REFLEX TO DIRECT LDL 03/13/2025 (#11594239, Final, 03/12/2025 11:35am)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | Quest Diagnostics-Atlanta (AT)<br>Dr Andrew N Young<br>1777 Montreal Circle<br>Tucker, GA 30084-6802<br><br>Account ID: 11982343 |
| Specimen/Accession ID | AL493054V | Specimen Source | |
| Specimen Coll. Date | 03/12/2025 11:35 | Result Status | Final |
| Specimen Rec. Date | 03/12/2025 19:06 | Report Status | |
| Specimen Reported Date | 03/13/2025 08:14 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab | Date |
|---|---|---|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 156 | <200 | MG/DL | NORMAL | Final | AT | |
| HDL CHOLESTEROL | 49 | > OR = 40 | MG/DL | NORMAL | Final | AT | |
| TRIGLYCERIDES | 106 | <150 | MG/DL | NORMAL | Final | AT | |
| LDL-CHOLESTEROL | 87 | | MG/DL (CALC) | NORMAL | Final | AT | |
| | Reference range: <100<br><br>Desirable range <100 mg/dL for primary prevention;<br><70 mg/dL for patients with CHD or diabetic patients<br>with > or = 2 CHD risk factors.<br><br>LDL-C is now calculated using the Martin-Hopkins<br>calculation, which is a validated novel method providing<br>better accuracy than the Friedewald equation in the<br>estimation of LDL-C.<br>Martin SS et al. JAMA. 2013;310(19): 2061-2068<br>(http://education.QuestDiagnostics.com/faq/FAQ164) | | | | | | |
| CHOL/HDLC RATIO | 3.2 | <5.0 | (CALC) | NORMAL | Final | AT | |
| NON HDL CHOLESTEROL | 107 | <130 | MG/DL (CALC) | NORMAL | Final | AT | |
| | For patients with diabetes plus 1 major ASCVD risk<br>factor, treating to a non-HDL-C goal of <100 mg/dL<br>(LDL-C of <70 mg/dL) is considered a therapeutic<br>option. | | | | | | |

Lincoln/Fields 1064

**FIELDS, David L (id #98454, dob:**

## LAB* 03/13/2025 (#11594469, 03/12/2025)

Quest Diagnostics — Page 1 of 3 — 03/13/2025 08:18:43 AM

**Report Status: Final**
**FIELDS, DAVID L**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **FIELDS, DAVID L**<br>**DOB:** **AGE: 47**<br>Gender: M<br>Phone: 423.921.4434<br>Patient ID: 98454 | Specimen: AL493054V<br>Requisition: 1137446<br>Lab Ref #: 936634CEH0667<br>Collected: 03/12/2025 / 11:35 EDT<br>Received: 03/12/2025 / 19:06 EDT<br>Reported: 03/13/2025 / 06:35 EDT | Client #: 11987341 QATL000<br>MICHELSON, BARRY<br>TENNOVA HEART SOUTH<br>7323 CHAPMAN HWY<br>KNOXVILLE, TN 37920-6737 |

MRN: 98454 Location: ETHC_SOUTH Ward: 14

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL WITH REFLEX TO DIRECT LDL | | | | |
| CHOLESTEROL, TOTAL | 156 | | <200 mg/dL | AT |
| HDL CHOLESTEROL | 49 | | > OR = 40 mg/dL | AT |
| TRIGLYCERIDES | 136 | | <150 mg/dL | AT |
| LDL-CHOLESTEROL | 87 | | mg/dL (calc) | AT |
| Reference range: <100<br><br>Desirable range <100 mg/dL for primary prevention; <70 mg/dL for patients with CHD or diabetic patients with > or = 2 CHD risk factors.<br><br>LDL-C is now calculated using the Martin-Hopkins calculation, which is a validated novel method providing better accuracy than the Friedewald equation in the estimation of LDL-C. Martin SS et al. JAMA. 2013;310(19): 2061-2068 (http://education.QuestDiagnostics.com/faq/FAQ164) | | | | |
| CHOL/HDLC RATIO | 3.2 | | <5.0 (calc) | AT |
| NON HDL CHOLESTEROL | 107 | | <130 mg/dL (calc) | AT |
| For patients with diabetes plus 1 major ASCVD risk factor, treating to a non HDL C goal of <100 mg/dL (LDL-C of <70 mg/dL) is considered a therapeutic option. | | | | |
| COMPREHENSIVE METABOLIC PANEL | | | | E15 |
| **GLUCOSE** | | **65 L** | 70-110 mg/dL | |
| BUN | 13 | | 5-25 mg/dL | |
| CREATININE | 0.96 | | 0.50-1.30 mg/dL | |
| eGFR NON AFRICAN AMERICAN | 94 | | >=60 mL/min/1.73m | |
| eGFR AFRICAN AMERICAN | 109 | | >=60 mL/min/1.73m | |
| BUN/CREATININE RATIO | 14 | | 6-22 mmol/L | |
| **SODIUM** | | **136 L** | 138-146 mmol/L | |
| POTASSIUM | 4.5 | | 3.5-5.2 mmol/L | |
| CHLORIDE | 101.0 | | 98.0-114.0 mmol/L | |
| CARBON DIOXIDE | 28 | | 22-33 mmol/L | |
| CALCIUM | 9.0 | | 8.5-10.2 mg/dL | |
| TOTAL PROTEIN | 7.7 | | 6.1-8.6 g/dL | |
| ALBUMIN | 4.4 | | 3.5-5.0 g/dL | |
| GLOBULIN | 3.3 | | 1.9-3.7 g/dL | |
| A/G RATIO | 1.3 | | 1.0-2.5 | |
| **BILIRUBIN, TOTAL** | | **1.5 H** | 0.2-1.0 mg/dL | |
| ALKALINE PHOSPHATASE | 72 | | 50-136 IU/L | |
| AST | 23 | | 15-37 IU/L | |
| ALT | 41 | | 13-61 IU/L | |
| ION BALANCE | 7 | | 5-15 mmol/L | |
| OSMOLALITY BLOOD, CALCULATED | 280 | | 270-300 mOsm/kg | |
| CBC (H/H, RBC, INDICES, WBC, PLT) | | | | E15 |
| WHITE BLOOD CELL COUNT | 4.8 | | 3.7-10.7 x10 | |
| RED BLOOD CELL COUNT | 4.80 | | 4.00-5.80 Mill/uL | |



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**FIELDS, David L (id #98454, dob:**

Quest Diagnostics



03/13/2025 01:19:43 AM

**Report Status: Final**

**FIELDS, DAVID L**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **FIELDS, DAVID L**<br>**DOB** **AGE: 47**<br>Gender: M<br>Patient ID: 98454 | Specimen: AL493054V<br>Collected: 03/12/2025 / 11:35 EDT<br>Received: 03/12/2025 / 19:06 EDT<br>Reported: 03/13/2025 / 06:35 EDT | Client #: 11982343<br>MICHELSON, BARRY |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEMOGLOBIN | 15.1 | | 13.0-17.0 g/dL | |
| HEMATOCRIT | 44.7 | | 39.0-51.0 % | |
| MCV | 93 | | 80-97 fL | |
| MCH | 32 | | 26-33 pg/mL | |
| MCHC | 34 | | 33-36 g/dL | |
| RDW | 13.0 | | 11.5-16.0 % | |
| PLATELET COUNT | 228 | | 130-400 x10 | |
| MPV | 10.7 | | 7.5-11.2 fL | |
| NEUT % AUTO | 56 | | 50-70 % | |
| LYMPH % AUTO | 29 | | 20-40 % | |
| **MONO % AUTO** | | **13 H** | <=11 % | |
| EOS % AUTO | 1 | | 0-6 % | |
| BASO % AUTO | 1 | | 0-1 % | |
| NEUT # AUTO | 2.7 | | 1.4-7.2 x10 | |
| LYMPH# AUTO | 1.4 | | 1.2-3.4 x10 | |
| MONO# AUTO | 0.6 | | 0.0-1.2 x10 | |
| EOS# AUTO | 0.0 | | <=0.5 x10 | |
| BASO# AUTO | 0.0 | | 0.0-0.2 x10 | |
| HEMOGLOBIN A1C | 5.5 | | 0.0-5.7 mg/dL | E15 |

**PERFORMING SITE:**

A1 QUEST DIAGNOSTICS ATLANTA, [illegible] Laboratory Director: [illegible]

E15 [illegible] Laboratory Director: [illegible]

CLIENT SERVICES: 866.697.8378 SPECIMEN: AL493054V 

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

sharecare

hds.sharecare.com | 858.244.1811 | F: 858.430.4962

Attn: THE LINCOLN NATIONAL LIFE
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY
PO BOX 2609
OMAHA, NE 68103-2609
8778433950

**Payment Address:**
Sharecare Health Data Serices, LLC
PO Box 208937
Dallas, TX 75320-8937

Monday, May 5, 2025

**Pay Online: payonline.hds.sharecare.com**

**Patient Name : David Fields**

**Invoice Number : 36520543**

Sharecare Health Data Services, LLC ("Sharecare") is the record management service for the provider named on the enclosed invoice. We have received your request for records on the above-named patient. Upon receipt of payment or guarantee of payment, we will release records accordingly.

**To expedite handling, please pay online at:**
**payonline.hds.sharecare.com**

To contact us, please visit our Customer Support Page at: hds.sharecare.com/contact-us

If we do not receive a **response within 30 days** from the invoice date, the request for records will be **canceled**.

This message is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

sharecare

Invoice Number: 36520543
Date: 5/05/2025
Tax ID: 90-0998358

**Pay Online: payonline.hds.sharecare.com**

Mail Check To:

Sharecare Health Data Services, LLC
PO Box 208937
Dallas, TX 75320-8937

Bill To:

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
PO BOX 2609
OMAHA, NE 68103-2609

Records will be released upon receipt of payment

| Patient Name | Reference | Record Type | Pages |
|---|---|---|---|
| David Fields | 1230051807 00001020986100000 | Medical | 64 |

| Send Medical Records to: |
|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY PO BOX 2609 OMAHA, NE 68103-2609 |

| Provider: |
|---|
| Tennova Heart - Turkey Creek 10800 Parkside Drive, Ste 331 Knoxville, TN 37934-1922 |

| Description | Quantity | Rate | Sub-Total |
|---|---|---|---|
| Pages 1-10 | 1.00 | $25.0000 | $25.00 |
| Pages 11-50000 | 54.00 | $0.2500 | $13.50 |
| | | Sub-Total: | $38.50 |
| | | Delivery Fee: | $1.99 |
| | | Tax: | $0.00 |
| | | Payment/Credits: | $0.00 |
| | | Balance Due: | $40.49 |

**Use online payment portal for fastest service!**
**https://payonline.hds.sharecare.com/**

We accept VISA, MasterCard, American Express, and Discover.
We DO NOT accept Flex Health Spending cards

Please return the bottom section with your payment.

**Mail Check To:**

Sharecare Health Data Services, LLC
PO Box 208937
Dallas, TX 75320-8937

Invoice Number: 36520543
Customer Number: LINCOLN5-68114
Balance Due: $40.49

For Customer Support: hds.sharecare.com/contact-us | 858-244-1811 | 858-430-4962 Fax

Date: Tue May 06 14:20:14 CDT 2025
From: Charles Zimmer <Charles.Zimmer@lfg.com>
To: melindafields1@gmail.com
Message-ID: <1714961449.3.1746559214753@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230051807 (SECURE)

E-communication from Lincoln Financial Group

## Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields.   You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com.   If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Charles Zimmer**
**Sr. Claims Examiner, LTD 2**
The Lincoln National Life Insurance Company
8801 Indian Hills Dr
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 855-818-2883 x7157
Fax: 402 951-8544
Email: Charles.Zimmer@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

Lincoln Financial Group

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

May 6, 2025

DAVID L FIELDS

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear David:

We wish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.

> **TOTAL DISABILITY BENEFIT**. The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:
> 1. is Totally Disabled;
> 2. becomes Disabled while insured for this benefit;
> 3. is under the Regular Care of a Physician; and
> 4. at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

We have submitted a request for copies of office and treatment notes and diagnostic test results from Dr Warren Stribling for the dates 07/01/2024 to 05/06/2025.

As stated in your policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company. We have made the request to your physicians on your behalf. Please see that the necessary information is submitted to our office within 30 days.

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Charles Z
855-818-2883 x7157
Sr. Claims Examiner, LTD 2
The Lincoln National Life Insurance Company

Lincoln Financial Group

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

May 6, 2025

DR WARREN STRIBLING
RELEASE OF INFORMATION
1840 MEDICAL CENTER PARKWAY
SUITE 401
MURFREESBORO, TN 37129

Re: Policy Number: 00001020986100000
Claim Number: 1230051807
Patient: David Fields
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 07/01/2024 to Present |
| Diagnostic Test Results | 07/01/2024 to Present |

Current state statutes for Tennessee: Provider Records are: $25.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-877-843-3950**.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(*Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ______________________________________

Routing Number: ______________________________________

Account Number: ______________________________________

Authorized Signature: ___________________________________________________ Date: _______________________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Victoria S
Assisting on behalf of Charles Z
855-818-2883 x7157
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

**Lincoln/Fields 1073**

Lincoln Financial Group

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609 Omaha NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquisition; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Fields (Last) David (First) Lynn (Middle)

Date of Birth: ___ Social Security Number: ___

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had);
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

SIGNATURE David Fields DATE 11 26 24

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME David L Fields

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ___

ADDRESS: ___ (Street)

___ (City) ___ (State) ___ (Zip Code)

PHONE NO. ___



Lincoln/Fields 1075

[redacted]

[redacted]

[redacted]

Ciox Health - PAYMENTS ONLY
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

| Date |
| --- |
| 05/01/2025 |
| Request ID # |
| 0506004400 |

**Ship To:**

LINCOLN NATIONAL LIFE INS
LINCOLN NATIONAL LIFE INS
PO BOX 2609
OMAHA,NE 68103-2609

Requested By: LINCOLN NATIONAL LIFE INS
Patient Name: FIELDS DAVID
CLAIM NUMBER : 1230051807

**Records From:**

GRAVES GILBERT CLINIC
201 PARK ST
BOWLING GREEN,KY 42101-1742

**Lincoln/Fields 1079**

# IMPORTANT INFORMATION REGARDING YOUR REQUEST FOR MEDICAL RECORDS

05/01/2025

From

Graves Gilbert Clinic
201 Park St
Bowling Green KY 42101-1742

To

LINCOLN NATIONAL LIFE INS
PO BOX 2609
OMAHA NE 68103-2609

Re: DAVID FIELDS

We are unable to comply with your request at this time for the following reason(s):

**Patient Not Found**

We have been unable to locate a record for the above-named patient. We will gladly recheck our records if you can provide and verify the following information: date of birth, treatment types and dates, attending physicians, the specific outpatient department in which the patient was seen, or other names under which the patient might have been admitted. Please re-submit your request with the necessary information and we will process your request upon receipt.

Sincerely,
Graves Gilbert Clinic

Date: Thu May 01 15:00:15 CDT 2025
From: Charles Zimmer <Charles.Zimmer@lfg.com>
To: melindafields1@gmail.com
Message-ID: <1714961449.3.1746129616008@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230051807 (SECURE)

E-communication from Lincoln Financial Group

## Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Charles Zimmer**
**Sr. Claims Examiner, LTD 2**
The Lincoln National Life Insurance Company
8801 Indian Hills Dr
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 855-818-2883 x7157
Fax: 402 951-8544
Email: Charles.Zimmer@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

May 1, 2025

DAVID L FIELDS

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear David:

We wish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.

> **TOTAL DISABILITY BENEFIT**. The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:
> 1. is Totally Disabled;
> 2. becomes Disabled while insured for this benefit;
> 3. is under the Regular Care of a Physician; and
> 4. at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

We have submitted requests for copies of office and treatment notes and diagnostic test results from Dr. Barry Michelson for the dates 11/01/2024 to 04/30/2025 and from The Graves Gilbert Clinic for the dates 07/01/2024 to 04/30/2025.

As stated in your policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company. We have made the request to your physicians on your behalf. Please see that the necessary information is submitted to our office within 30 days.

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Charles Z
855-818-2883 x7157
Sr. Claims Examiner, LTD 2
The Lincoln National Life Insurance Company

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

April 30, 2025

GRAVES GILBERT CLINIC
RELEASE OF INFORMATION
201 PARK ST
BOWLING GREEN, KY 42101

Re: Policy Number: 00001020986100000
Claim Number: 1230051807
Patient: David Fields
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 07/01/2024 to Present |
| Diagnostic Test Results | 07/01/2024 to Present |

One free copy of a patient’s medical records upon the patient’s written request. A copying fee of $1 per page may be charged “for furnishing a second copy of the patient’s medical record upon request either by the patient or the patient’s attorney or the patient’s authorized representative.”

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-877-843-3950**.

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(*Please complete the below)

Direct Deposit Agreement

| Authorization Agreement |
|---|

We hereby authorize Lincoln Financial / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

| Account Information |
|---|

Name of Financial Institution: ______________________________

Routing Number: ______________________________

Account Number: ______________________________

Authorized Signature: ________________________________________ Date: ____________________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Sydney P
Assisting on behalf of Charles Z
855-818-2883 x7157
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

**Lincoln Financial Group**

## Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609 Omaha NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquisition; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Fields (Last) David (First) Lynn (Middle)

Date of Birth: ____ Social Security Number: ____

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had);
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

SIGNATURE: David Fields DATE: 11 26 24

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: David L Fields

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ____

ADDRESS: ____
(Street)

____ (City) ____ (State) ____ (Zip Code)

PHONE NO: ____

Lincoln Financial Group

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

April 30, 2025

DR BARRY MICHELSON
RELEASE OF INFORMATION
10800 PARKSIDE DR
SUITE 331
KNOXVILLE, TN 37934

Re: Policy Number: 00001020986100000
Claim Number: 1230051807
Patient: David Fields
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 11/01/2024 to Present |
| Diagnostic Test Results | 11/01/2024 to Present |

Current state statutes for Tennessee: Provider Records are: $25.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-877-843-3950**.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(*Please complete the below)

Direct Deposit Agreement

| Authorization Agreement |
|---|

We hereby authorize Lincoln Financial / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

| Account Information |
|---|

Name of Financial Institution: ______________________________________

Routing Number: ______________________________________

Account Number: ______________________________________

Authorized Signature: ____________________________________________________ Date: _______________________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Sydney P
Assisting on behalf of Charles Z
855-818-2883 x7157
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

**Lincoln/Fields 1088**

Lincoln Financial Group

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609 Omaha NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Fields (Last) David (First) Lynn (Middle)

Date of Birth: ______ Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had);
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln") PO Box 2609 Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

SIGNATURE David Fields DATE 11 26 24

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME David L Fields

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ______

ADDRESS: ______
(Street)

______ (City) ______ (State) ______ (Zip Code)

PHONE NO ______

# Notice of Cost-of-Living Adjustment (COLA)

Hello DAVID L FIELDS

Your Social Security benefit will increase by **2.5%** in January 2025 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records or access this information online by signing into your ***my Social Security*** account.

| | |
|---|---|
| | |
| Your monthly benefit in 2025 before deductions | $2,464.00 |
| | |
| Medicare Medical Insurance (Part B and Part C)<br>*If you did not have Medicare as of November 21, 2024, or if someone else pays your premium, we show $0.00.* | -$0.00 |
| Medicare Prescription Drug Plan (Part D)<br>We will notify you if the amount changes in 2025. If you did not elect withholding as of November 1, 2024, we show $0.00. | -$0.00 |
| U.S. federal tax withholding for non-citizens | -$0.00 |
| Voluntary federal tax withholding<br>If you did not elect voluntary tax withholding as of November 21, 2024, we show $0.00. | -$246.40 |
| | |
| Your monthly benefit in 2025 after deductions<br>This monthly amount may include deductions not listed above. | **$2,217.60** |

**For more information about your COLA** and other benefits-related topics such as Medicare, Ticket to Work, Reporting Wages, Earnings Limits, Other Pensions, and more, go to **www.ssa.gov/cola** or scan the QR code. →

If you would like a paper copy of any of this information, please contact us.

**Need more help?**

1. Visit ***www.ssa.gov*** for fast, simple, and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am. to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-877-405-0416**.

SOCIAL SECURITY
1618 OLD TUSCULUM ROAD
GREENEVILLE, TN 37745

Date: Fri Dec 13 15:35:18 CST 2024
From: Charles Zimmer <Charles.Zimmer@lfg.com>
To: melindafields1@gmail.com
Message-ID: <1280378749.3.1734125718341@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230051807 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Charles Zimmer**
**Sr. Claims Examiner, LTD 2**
The Lincoln National Life Insurance Company
8801 Indian Hills Dr
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 855-818-2883 x7157
Fax: 402 951-8544
Email: Charles.Zimmer@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

You're In Charge®

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 13, 2024

DAVID L FIELDS

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear David:

Please refer to our letter of 11/07/2024 in which we requested additional information for your disability claim. As of the above date, we have received no response to our request.

The policy issued to East Tennessee Iron & Metal Works, Inc. indicates any request for information must be provided to our office within 45 days.

We must receive the following information in order to continue our review of your claim:

- Authorization for the Release of Information
- Abilities Form to be completed by your treating physician
- Insured's Supplementary Statement form
- Treating Medical Professionals form
- Training, Education, Experience form

We will allow you an additional 15 days to have the information submitted to our office for review. Without this information, benefits beyond 12/07/2024 cannot be released and it will be necessary to suspend our review of your claim. To ensure this information is received and processed quickly, feel free to use our toll-free fax number 1-877-843-3950.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Charles Z
855-818-2883 x7157
Sr. Claims Examiner, LTD 2
The Lincoln National Life Insurance Company

Enclosure(s): Abilities Form
Insured Supp Statement
TMP Form
Training Education Experience
Authorization for the Release of Information

**Lincoln Financial Group®**

**Please Return Response To:**
**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

## ABILITIES FORM

**(PLEASE see FRAUD NOTICES attached)**

Patient Name: David Fields ______________________ Date of Birth: _ ____________

Occupation: ______________________ Claim Number: 1230051807

Date of Last Office Visit: ______________________ Date of Next Office Visit: ______________

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature:______________________ Date:______________________

Provider Printed Name:______________________ Degree: ☐ MD ☐ DO Other______________

Specialty:______________________ Phone:______________________

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐Yes ☐No Specify:______________________

Specific Limitations or Restrictions not noted above:______________________

______________________

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature:______________________ Date:______________________

Provider Printed Name:______________________ Degree: ☐ MD ☐ DO Other______________

Specialty:______________________ Phone:______________________

Address:_ ______________________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# INSURED'S SUPPLEMENTARY STATEMENT

**PLEASE see FRAUD NOTICES attached.**

(To Avoid Delay Please Answer ALL Questions)

Claimant's Name David Fields ______ Return Form By ______

Policy No 00001020986100000 ______ Claim No 1230051807 ______

When do you expect to be able to return to work in either your own or another occupation?

______

Describe your current symptoms.

______

What do you believe is the cause of your continuing disability and what could be done about it?

______

Describe your current restrictions/limitations specifically and thoroughly.

______

Describe your present activities.

______

Do you require another person's active, hands-on help to safely perform activities of daily living? ☐ Yes ☐ No
If "yes", please explain what kind of help you receive and who provides it:

______

Provide the name, address and telephone number of your current attending physician and the date you were last seen by him/her.

______

Are you now eligible for, have applied for or are you now receiving benefits from: **(If the answer is "Yes" to any of these questions, provide a date you began receiving benefits and the monthly amount)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Social Security | ☐ Yes ☐ No | ______ | $______ | Unemployment Compensation | ☐ Yes ☐ No | ______ | $______ |
| Dependent Social Security | ☐ Yes ☐ No | ______ | $______ | State Disability Benefits | ☐ Yes ☐ No | ______ | $______ |
| Workers' Compensation | ☐ Yes ☐ No | ______ | $______ | Any other disability benefit-Federal, State | ☐ Yes ☐ No | ______ | $______ |
| Pension Disability or Pension Retirement | ☐ Yes ☐ No | ______ | $______ | Disability Income from Automobile Policy | ☐ Yes ☐ No | ______ | $______ |
| Railroad or Canadian Pension | ☐ Yes ☐ No | ______ | $______ | Statement from injury causing disability | ☐ Yes ☐ No | ______ | $______ |

Please refer to your Policy for definitions:

Are you claiming Total Disability? ☐ Yes ☐ No Dates of Total Disability: From ______ Through ______

Are you claiming Partial Disability? ☐ Yes ☐ No Dates of Partial Disability: From ______ Through ______

Have you performed any type of work? ☐ Yes ☐ No Dates of any Work: From ______ Through______

Please explain:

______

The above Statements are true and complete to the best of my knowledge and belief. I hereby authorize any hospital or physician who has treated me, or other person who has attended me or examined me, or any company or government agency to furnish to The Lincoln National Life Insurance Company (or their representatives) any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits, and copies of all applicable records. I have read and understand the attached Fraud Warning Statements. A photostatic copy of this form will be as valid as the original.

Date ______ Telephone Number ______ Social Security # ______

Employee's Signature ______

Address ______

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

**TREATING MEDICAL PROFESSIONALS (PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: David Fields CLAIM NUMBER: 1230051807

**PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSTIC CLINICS FOR THE DATES __________ TO_________**

**DOCTORS:**

Name: ________________Specialty:_______________ Name: ________________Specialty:_______________
Address: _____________________________________ Address:_____________________________________
City:______________State:________Zip Code:________ City: ______________State:________Zip Code:_______
Phone:________________Fax: ___________________ Phone: ________________Fax: __________________
Dates Seen:____________to _____________________ Dates Seen:____________to ____________________

Name: ________________Specialty:_______________ Name: ________________Specialty:_______________
Address: _____________________________________ Address:_____________________________________
City:______________State:________Zip Code:________ City: ______________State:________Zip Code:_______
Phone:________________Fax: ___________________ Phone: ________________Fax: __________________
Dates Seen:____________to _____________________ Dates Seen:____________to ____________________

**PHARMACIES:**

Name: _______________________________________ Name: _______________________________________
Address: _____________________________________ Address:_____________________________________
City:______________State:________Zip Code:________ City: ______________State:________Zip Code:_______
Phone:________________Fax: ___________________ Phone: ________________Fax: __________________
Dates: ________________to _____________________ Dates: _________________to ____________________

**HOSPITALS:**

Name: _______________________________________ Name: _______________________________________
Address: _____________________________________ Address:_____________________________________
City:______________State:________Zip Code:________ City: ______________State:________Zip Code:_______
Phone:________________Fax: ___________________ Phone: ________________Fax: __________________
Dates Confined: __________to _____________________ Dates Confined:__________to ____________________

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name:________________________________________ Policy Number: ______________________________
Address: _____________________________________ Member ID: _________________________________
City:______________State:________Zip Code:________ Dates of Coverage: ___________to ________________
Phone Number: ________________________________ Fax Number: ________________________________

**PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.**

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature ______________________________________Date __________________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

EMPLOYEE/CLAIMANT NAME: David Fields

CLAIM NO: 1230051807

EMPLOYER/SPONSOR: East Tennessee Iron & Metal Works, Inc. DATE OF BIRTH_

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ____________________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ___________________Certificate Program completed: ________________________

Associates Degree: ____________________College: number of years: ___________________________

Bachelor's Degree: BA /BS Major: _________Graduate School: ☐ MA ☐ MS ☐ CAGS PHD Degree: _____

Professional Training, License, Certificates(s): __________________________________________________

Are you currently attending any classes: ☐Y ☐ N If yes, provide name of school: ___________________

List any other Training or Classes Attended or Plan to Attend: ___________________________________

Primary language spoken: _____________________ Other language(s) spoken fluently:_______________

Additional Skills, Hobbies & Volunteer Work

__________________________________________________

Did you serve in the Armed Forces? ☐Y ☐ N From: ____________ To: ____________

Branch of Service: __________________________ Specialty:

______________________________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)

Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history).

1. Company:_____________________Department:__________________From:______To:_____
   Job Title(s):___________________________________________________________________
   Supervisory Experience ☐Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific):____________________________

   ______________________________________________________________________________

2. Company:_____________________Department:___________________From:______To:____
   Job Title(s):___________________________________________________________________
   Supervisory Experience ☐Y ☐ N
   Tasks/Duties (please be specific):_________________________________________________

   ______________________________________________________________________________

3. Company:______________________Department:__________________From:______To:____
Job Title(s):______________________________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific):_______________________________________________

_____________________________________________________________________________

4. Company:______________________Department:_________________From:______To:_____
Job Title(s):______________________________________________________________
Supervisory Experience ☐Y ☐ N
Tasks/Duties (please be specific):_______________________________________________

_____________________________________________________________________________

5. Company:______________________Department:_________________From:______To:_____
Job Title(s):______________________________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific):_______________________________________________

_____________________________________________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications:

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | | | |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other:_____________ | | |

How much time is spent daily on your work computer? ☐None ☐1-2 hours ☐2-3 hours ☐3+ hours

How much time is spent daily on your home computer? ☐None ☐1-2 hours ☐2-3 hours ☐3+ hours

Keyboarding/Typing Experience: Yes☐ No☐ If yes, WPM (words per minute) __________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________Work: _________________

**SIGNATURE:** ______________________________ **PHONE NO: (    )**__________________________

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

   Name of Insured: ______________________________________________
   (Last) (First) (Middle)

   Date of Birth: ______________________ Social Security Number: ______________________

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
   PO Box 2609
   Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan;or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** ______________________________ **DATE** ______________________

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME**: ______________________________________________

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______________________

**ADDRESS:** ______________________________________________
(Street)

______________________________________________
(City) (State) (Zip Code)

**PHONE NO:** ______________________________________________

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2309 Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# INSURED'S SUPPLEMENTARY STATEMENT

PLEASE see FRAUD NOTICES attached.

(To Avoid Delay Please Answer ALL Questions)

Claimant's Name: David Fields    Return Form By: ______
Policy No: 000010209861000000    Claim No: 1230051807

When do you expect to be able to return to work in either your own or another occupation?
Never

Describe your current symptoms.
General weakness, tired, dizzy, Short of breath

What do you believe is the cause of your continuing disability and what could be done about it?
Dilated Cardiomyopathy, ICD - done in July 2023

Describe your current restrictions/limitations specifically and thoroughly. Cold weather and extreme hot weather fails
I get dizzy and tired very fast, I sometimes have heart palpitations, and have shortness of breath

Describe your present activities
I stay at home most days

Do you receive another person's active, hands-on help to safely perform activities of daily living? ☐ Yes ☒ No
If "yes", please explain what kind of help you receive and who provides it:

Provide the name, address and telephone number of your current attending physician and the date you were last seen by him/her.
Barry Michaelson 10800 Parkside Dr. Ste 331 Knoxville TN 37934 9-11-24

Are you now eligible for, have applied for or are you now receiving benefits from: **(If the answer is "Yes" to any of these questions, provide a date you began receiving benefits and the monthly amount)**

| | | | | | | |
|---|---|---|---|---|---|---|
| Social Security | ☒ Yes ☐ No | 2-11-24 | $ 2404.00 | Unemployment Compensation | ☐ Yes ☒ No | $ |
| Dependent Social Security | ☐ Yes ☒ No | | $ | State Disability Benefits | ☐ Yes ☒ No | $ |
| Workers' Compensation | ☐ Yes ☒ No | | $ | Any other disability benefit-Federal, State | ☐ Yes ☒ No | $ |
| Pension Disability or Pension Retirement | ☐ Yes ☒ No | | $ | Disability Income from Automobile Policy | ☐ Yes ☒ No | $ |
| Railroad or Canadian Pension | ☐ Yes ☒ No | | $ | Statement from injury causing disability | ☐ Yes ☒ No | $ |

Please refer to your Policy for definitions:

| | | | |
|---|---|---|---|
| Are you claiming Total Disability? | ☒ Yes ☐ No | Dates of Total Disability: From 2-8-23 | Through present |
| Are you claiming Partial Disability? | ☐ Yes ☒ No | Dates of Partial Disability: From ______ | Through ______ |
| Have you performed any type of work? | ☐ Yes ☒ No | Dates of any Work: From ______ | Through ______ |

Please explain:

The above Statements are true and complete to the best of my knowledge and belief. I hereby authorize any hospital or physician who has treated me, or other person who has attended me or examined me, or any company or government agency to furnish to The Lincoln National Life Insurance Company (or their representatives) any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits, and copies of all applicable records. I have read and understand the attached Fraud Warning Statements. A photostatic copy of this form will be as valid as the original.

Date 11-26-24    Telephone Number ______    Social Security # ______

Employee's Signature: David Fields

Address ______

## Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| August | 2023 | $2,330.20 | Entitlement began |
| December | 2023 | $2,404.70 | Cost-of-living adjustment |

## Information About Representatives Fees

We have approved the fee agreement between you and your representative.

Your past-due benefits are $14,128.00 for August 2023 through January 2024. Under the fee agreement, the representative cannot charge you more than $3,532.00 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

## How To Ask Us To Review The Determination On The Fee Amount

You, your representative or the person who decided your case can ask us to review the amount of the fee we say your representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Office of Central Operations
6401 Security Blvd
BALTIMORE, MARYLAND 21235-6401

Your representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or your representative, we will assume you both agree with the amount of the fee shown.

## Information About Past-Due Benefits Withheld To Pay A Representative

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee. We withheld $3,532.00 from your past-due benefits to pay the representative.

We are paying the representative from the benefits we withheld. Therefore, we must collect a service charge from him or her. The service charge is 6.3

Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
6401 Security Boulevard
Baltimore, Maryland 21235-6401
Date: February 10, 2024
BNC#: 24MS821E54940-HA

0000757 2007544 2 MB 0.571 0396MDMC57P1 T272 P19
DAVID L FIELDS

6116

You are entitled to monthly disability benefits beginning August 2023.

## The Date You Became Disabled

We found that you became disabled under our rules on February 8, 2023.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is August 2023.

## What We Will Pay And When

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $10,596.00 around February 11, 2024.
- This is the money you are due for August 2023 through January 2024.
- Your next payment of $2,404.00, which is for February 2024, will be received on or about the third Wednesday of March 2024.
- After that you will receive $2,404.00 on or about the third Wednesday of each month.
- Later in this letter, we will show you how we figured these amounts.
- New rules require you to receive your payments electronically, unless you get an exemption from the U.S. Department of the Treasury. Please call Treasury at 1-888-224-2950 to see if you qualify for an exemption.

Enclosure(s):
Pub 05-10153

C

See Next Page

3. Company: _____ Department: _____ From: _____ To: _____
Job Title(s): _____
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): _____

4. Company: _____ Department: _____ From: _____ To: _____
Job Title(s): _____
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): _____

5. Company: _____ Department: _____ From: _____ To: _____
Job Title(s): _____
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): _____

**Computer Utilization:**
Computer Training/Courses, Certifications:

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics | ☐ | ☐ |
| Internet | ☐ | ☐ | Software | | |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other _____ | | |

How much time is spent daily on your work computer? N/A ☐None ☐1-2 hours ☐2-3 hours ☐3+ hours

How much time is spent daily on your home computer? ☐None ☐1-2 hours ☐2-3 hours ☐3+ hours
we don't own a computer

Keyboarding/Typing Experience: Yes☐ No☒ If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: melindafields1@gmail.com Work: N/A

SIGNATURE: David Fields PHONE NO _____

Lincoln Financial Group

The Lincoln National Life Insurance Company
PO Box 2606, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

EMPLOYEE/CLAIMANT NAME: David Fields

CLAIM NO: 1230051807

EMPLOYER/SPONSOR: East Tennessee Iron & Metal Works, Inc. DATE OF BIRTH_

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: 12 Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: Truck Driving w CDL License Certificate Program completed: ____

Associates Degree: ____ College number of years: ____

Bachelor's Degree: BA/BS Major: ____ Graduate School: ☐ MA ☐ MS ☐ CAGS PHD Degree: ____

Professional Training, License, Certificates(s): Truck Driver CDL

Are you currently attending any classes: ☐Y ☒N If yes, provide name of school: ____

List any other Training or Classes Attended or Plan to Attend: none

Primary language spoken: English Other language(s) spoken fluently: ____

Additional Skills, Hobbies & Volunteer Work
none

Did you serve in the Armed Forces? ☐Y ☒N From: ____ To: ____

Branch of Service ____ Specialty:

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)

Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history).

1. Company: East Tennessee Iron + Metal Department: Truck Driver From: ____ To: ____
   Job Title(s): Truck Driver
   Supervisory Experience ☐Y ☒N
   Tasks/Duties/Physical Requirements (please be specific): Driving, loading + unloading boxes, truck check and maintenance, climbing in and out of the truck 100+ times per day, collecting receipts from businesses, assuring loads were secure
2. Company ____ Department: ____ From ____ To ____
   Job Title(s): ____
   Supervisory Experience ☐Y ☐N
   Tasks/Duties (please be specific): ____

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609 Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

**TREATING MEDICAL PROFESSIONALS (PLEASE see FRAUD NOTICES attached)**
CLAIMANT NAME: David Fields CLAIM NUMBER: 1230051807

**PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSTIC CLINICS FOR THE DATES __________ TO __________**

**DOCTORS:**

Name: Mark Dale Ave Specialty: General Pract.
Address: 4307 TN Ave
City: Rogersville State: TN Zip Code: 37857
Phone: 423-921-1000 Fax:
Dates Seen: ______ to present

Name: Nilam Patel Specialty: Cardiac Electrophysiology
Address: 10800 Parkside Dr. Ste. 331
City: Knoxville State: TN Zip Code: 37934
Phone: 865-392-3400 Fax:
Dates Seen: ______ to present

Name: Barry Michaelson Specialty: Cardiologist
Address: 10800 Parkside Dr. Ste. 331
City: Knoxville State: TN Zip Code: 37934
Phone: 865-392-3400 Fax:
Dates Seen: ______ to present

Name: Warren Stribling Specialty: heart failure
Address: 1840 Medical Center Pkwy # 401
City: Murfreesboro State: TN Zip Code: 37129
Phone: 615-396-5849 Fax:
Dates Seen: ______ to present

**PHARMACIES:**

Name: U Save
Address: 4017 Hwy 66 S Ste 7
City: Rogersville State: TN Zip Code: 37857
Phone: 423-272-6488 Fax:
Dates: ______ to present

Name:
Address:
City: State: Zip Code:
Phone: Fax:
Dates: to

**HOSPITALS:**

Name:
Address:
City: State: Zip Code:
Phone: Fax:
Dates Confined: to

Name:
Address:
City: State: Zip Code:
Phone: Fax:
Dates Confined: to

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name: BCBS
Address: 1 Cameron Hill Cir. Ste 0002
City: Chattanooga State: TN Zip Code: 37402
Phone Number: 1-800-565-9140

~~Policy~~ Subscriber Number: ZES910050197
~~Member~~ Group ID: 130287
Dates of Coverage: 8-23 to present
Fax Number:

**PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.**

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature David Fields Date 11-26-24

**Lincoln Financial Group**

## Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; Department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Fields (Last) David (First) Lynn (Middle)

Date of Birth: ______ Social Security Number: ______

2. Information to be released (hereinafter referred to as "My Information"):
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had);
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

SIGNATURE David Fields DATE 11 26 24

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: David L Fields

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ______

ADDRESS: ______
(Street)

(City) (State) (Zip Code)

PHONE NO. ______

Please Return Response To:
The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

Lincoln Financial Group®

## ABILITIES FORM

(PLEASE see FRAUD NOTICES attached)

Patient Name: David Fields Date of Birth: ____

Occupation: Disabled Claim Number: 1230051807

Date of Last Office Visit: 9-11-2024 Date of Next Office Visit: 3/12/2025

☐ The patient does not have functional/limitations or restrictions

Provider's Signature: ____ Date: ____

Provider Printed Name: ____ Degree: ☐ MD ☐ DO Other ____

Specialty: ____ Phone: ____

OR

☒ The patient has the following functional limitations or restrictions:

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | ✓ | | |
| Stand | | | ✓ | | |
| Walk | | ✓ | | | |
| Climb | ✓ | | | | |
| Bend | | ✓ | | | |
| Kneel | ✓ | | | | |
| Drive | ✓ | | | | |
| Finger | | | ✓ | | R / L / (Both) |
| Handle | | | ✓ | | R / L / (Both) |
| Operate Foot Controls | | | ✓ | | R / L / Both |
| Reach above the shoulder | | ✓ | | | R / L / (Both) |

Are there environmental factors that the patient should avoid? ☒ Yes ☐ No Specify: Extreme temps hot or cold

Specific Limitations or Restrictions not noted above: Can not be around heights, welding generators, etc high exertion or high dependability activities

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: [signature] Date: 12/2/24

Provider Printed Name: Barry Nicholson Degree: ☒ MD ☐ DO Other ____

Specialty: Cardiology Phone: 865-297-9400

Address: 10900 Parkside Dr #331 Knoxville, TN 37934

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

TREATING MEDICAL PROFESSIONALS (PLEASE see FRAUD NOTICES attached)

CLAIMANT NAME: David Fields CLAIM NUMBER: 1230051807

**PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSTIC CLINICS FOR THE DATES __________ TO __________**

**DOCTORS:**

Name: Mark Dale Ave Specialty: General Pract.
Address: 4307 TN 66
City: Rogersville State: TN Zip Code: 37857
Phone: 423-921-1000 Fax:
Dates Seen: ________ to present

Name: Nilam Patel Specialty: Cardiac Electrophysiology
Address: 10800 Parkside Dr. Ste 331
City: Knoxville State: TN Zip Code: 37934
Phone: 865-392-3400 Fax:
Dates Seen: ________ to present

Name: Barry Michaelson Specialty: Cardiologist
Address: 10800 Parkside Dr. Ste 331
City: Knoxville State: TN Zip Code: 37934
Phone: 865-392-3480 Fax:
Dates Seen: ________ to present

Name: Warren Strobling Specialty: heart failure
Address: 1840 Medical Center Pkwy # 401
City: Murfreesboro State: TN Zip Code: 37129
Phone: 615-396-5849 Fax:
Dates Seen: ________ to present

**PHARMACIES:**

Name: USave
Address: 4017 Hwy 66 S Ste 7
City: Rogersville State: TN Zip Code: 37857
Phone: 423-272-6485 Fax:
Dates: ________ to present

Name:
Address:
City: State: Zip Code:
Phone: Fax:
Dates: to

**HOSPITALS:**

Name:
Address:
City: State: Zip Code:
Phone: Fax:
Dates Confined: to

Name:
Address:
City: State: Zip Code:
Phone: Fax:
Dates Confined: to

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name: BCBS
Address: 1 Cameron Hill Cir Ste 0002
City: Chattanooga State: TN Zip Code: 37402
Phone Number: 1-800-565-9140

~~Policy~~ Subscriber Number: ZES910050197
~~Member~~ Group ID: 130287
Dates of Coverage: 8-23 to present
Fax Number:

**PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.**

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature David Fields Date 11-26-24

Lincoln Financial Group

The Lincoln National Life Insurance Company
PO Box 2616 Omaha NE 68103-2616
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

EMPLOYEE/CLAIMANT NAME: David Fields

CLAIM NO: 1230061807

EMPLOYER/SPONSOR: East Tennessee Iron & Metal Works, Inc. DATE OF BIRTH

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: 12 Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: Truck Driving – CDL License Certificate Program completed:

Associates Degree: College: number of years:

Bachelor's Degree: BA /BS Major: Graduate School: ☐ MA ☐ MS ☐ CAGS PHD Degree:

Professional Training, License, Certificates(s): Truck Driver CDL

Are you currently attending any classes: ☐ Y ☒ N If yes, provide name of school:

List any other Training or Classes Attended or Plan to Attend: none

Primary language spoken: English Other language(s) spoken fluently:

Additional Skills, Hobbies & Volunteer Work
none

Did you serve in the Armed Forces? ☐ Y ☒ N From: To:

Branch of Service: Specialty:

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)

Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history)

1. Company: East Tennessee Iron + Metal Department: Truck Driver From: To:
   Job Title(s): Truck Driver
   Supervisory Experience ☐ Y ☒ N
   Tasks/Duties/Physical Requirements (please be specific): Driving, loading + unloading boxes, truck check and maintenance, climbing in and out of the truck 100+ times per day, collecting receipts from businesses, assuring loads were secure
2. Company: Department: From: To:
   Job Title(s):
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific):

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group

The Lincoln National Life Insurance Company
PO Box 2685, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3953
www.LincolnFinancial.com

## INSURED'S SUPPLEMENTARY STATEMENT

PLEASE see FRAUD NOTICES attached.

(To Avoid Delay Please Answer ALL Questions)

Claimant's Name: David Fields
Return Form By: ______
Policy No: 0000 020986100000
Claim No: 1230051807

When do you expect to be able to return to work in either your own or another occupation?
Never

Describe your current symptoms:
General weakness, tired, dizzy, short of breath,

What do you believe is the cause of your continuing disability and what could be done about it?
Dialated Cardiomyopathy, ICD - done in July 2023

Describe your current restrictions/limitations specifically and thoroughly. Cold weather and hot weather make it worse & shortness of breath.
I get dizzy and tired very fast. I sometimes have heart palpitations, and have

Describe your present activities:
I stay at home most days.

Do you require another person's active, hands-on help to safely perform activities of daily living? ☐ Yes ☒ No
If "yes", please explain what kind of help you receive and who provides it:

Provide the name, address and telephone number of your current attending physician and the date you were last seen by him/her.
Barry Mickaelson 10820 Parkside Dr. Ste 331 Knoxville TN 37934 9 11 24

Are you now eligible for, have applied for or are you now receiving benefits from: (If the answer is "Yes" to any of these questions, provide a date you began receiving benefits and the monthly amount)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Social Security | ☒ Yes ☐ No | 2-11-24 | $ 2404.00 | Unemployment Compensation | ☐ Yes ☒ No | ______ | $ ______ |
| Dependent Social Security | ☐ Yes ☒ No | ______ | $ ______ | State Disability Benefits | ☐ Yes ☒ No | ______ | $ ______ |
| Workers' Compensation | ☐ Yes ☒ No | ______ | $ ______ | Any other disability benefit Federal, State | ☐ Yes ☒ No | ______ | $ ______ |
| Pension Disability or Pension Retirement | ☐ Yes ☒ No | ______ | $ ______ | Disability Income from Automobile Policy | ☐ Yes ☒ No | ______ | $ ______ |
| Railroad or Canadian Pension | ☐ Yes ☒ No | ______ | $ ______ | Settlement from injury causing disability | ☐ Yes ☒ No | ______ | $ ______ |

Please refer to your Policy for definitions:

Are you claiming Total Disability? ☒ Yes ☐ No Dates of Total Disability: From 3 8 23 Through present
Are you claiming Partial Disability? ☐ Yes ☒ No Dates of Partial Disability: From ______ Through ______
Have you performed any type of work? ☐ Yes ☒ No Dates of any Work: From ______ Through ______

Please explain:

The above Statements are true and complete to the best of my knowledge and belief. I hereby authorize any hospital or physician who has treated me, or other person who has attended me or examined me, or any company or government agency to furnish to The Lincoln National Life Insurance Company (or their representatives) any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits, and copies of all applicable records. I have read and understand the attached Fraud Warning Statements. A photostatic copy of this form will be as valid as the original.

Date: 11-26-24 Telephone Number: Social Security:

Employee's Signature: David Fields

Address:

3. Company:______________ Department:______________ From:______ To:______
Job Title(s):______________
Supervisory Experience ☐Y ☐N
Tasks/Duties (please be specific):______________

______________

4. Company:______________ Department:______________ From:______ To:______
Job Title(s):______________
Supervisory Experience ☐Y ☐N
Tasks/Duties (please be specific):______________

______________

5. Company:______________ Department:______________ From:______ To:______
Job Title(s):______________
Supervisory Experience ☐Y ☐N
Tasks/Duties (please be specific):______________

______________

**Computer Utilization:**

Computer Training/Courses, Certifications:

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | | | |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other:______ | | |

How much time is spent daily on your work computer? N/A ☐None ☐1-2 hours ☐2-3 hours ☐3+ hours

How much time is spent daily on your home computer? ☐None ☐1-2 hours ☐2-3 hours ☐3+ hours
we don't own a computer

Keyboarding/Typing Experience: Yes☐ No☒ If yes, WPM (words per minute) ________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: melindafields1@gmail.com Work: N/A

SIGNATURE: David Fields PHONE NO: ______

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; Department of labor; acquisition; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Fields (Last) David (First) Lynn (Middle)

Date of Birth: ______ Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had);
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

SIGNATURE David Fields DATE 11 26 24

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: David L Fields

Relationship to Claimant/Patient (of personal/ legal representative signing for Claimant/Patient): ______

ADDRESS: ______
(Street)

______ (City) ______ (State) ______ (Zip Code)

PHONE NO. ______

Social Security Administration

# Retirement, Survivors and Disability Insurance

Notice of Award


Office of Central Operations
6401 Security Boulevard
Baltimore, Maryland 21235-6401
Date: February 10, 2024
BNC#: 24MS821E54940-HA


DAVID L. FIELDS

6136

You are entitled to monthly disability benefits beginning August 2023.

**The Date You Became Disabled**

We found that you became disabled under our rules on February 8, 2023.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is August 2023.

**What We Will Pay And When**

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $10,596.00 around February 11, 2024.
- This is the money you are due for August 2023 through January 2024.
- Your next payment of $2,404.00, which is for February 2024, will be received on or about the third Wednesday of March 2024.
- After that you will receive $2,404.00 on or about the third Wednesday of each month.
- Later in this letter, we will show you how we figured these amounts.
- New rules require you to receive your payments electronically unless you get an exemption from the U.S. Department of the Treasury. Please call Treasury at 1-888-224-2050 to see if you qualify for an exemption.

Enclosure(s):
Pub 05-10153

C

See Next Page

**Your Benefits**

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| August | 2023 | $2,330.20 | Entitlement began |
| December | 2023 | $2,404.70 | Cost-of-living adjustment |

**Information About Representatives Fees**

We have approved the fee agreement between you and your representative.

Your past-due benefits are $14,128.00 for August 2023 through January 2024. Under the fee agreement, the representative cannot charge you more than $3,532.00 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

**How To Ask Us To Review The Determination On The Fee Amount**

You, your representative or the person who decided your case can ask us to review the amount of the fee we say your representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Office of Central Operations
6401 Security Blvd
BALTIMORE, MARYLAND 21235-6401

Your representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or your representative, we will assume you both agree with the amount of the fee shown.

**Information About Past-Due Benefits Withheld To Pay A Representative**

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee. We withheld $3,532.00 from your past-due benefits to pay the representative.

We are paying the representative from the benefits we withheld. Therefore, we must collect a service charge from him or her. The service charge is 6.3

Date: Thu Nov 07 15:20:22 CST 2024
From: Charles Zimmer <Charles.Zimmer@lfg.com>
To: melindafields1@gmail.com
E-confirmation from Lincoln Financial Group
Message-ID: <1307024253.3.1731014422443@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230051807 (SECURE)

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.


**Charles Zimmer**
**Sr. Claims Examiner, LTD 2**
The Lincoln National Life Insurance Company
8801 Indian Hills Dr
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 855-818-2883 x7157
Fax: 402 951-8544
Email: Charles.Zimmer@lfg.com



Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

You're In Charge

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 7, 2024

DAVID L FIELDS

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear David:

This letter is in reference to your claim for Long Term Disability benefits.

As you will recall in your original approval letter we advised your policy provides 24 months of benefits as long as you are unable to perform the main duties of your Own Occupation.

The Own Occupation Period begins at the end of the Elimination Period and ends 24 months later. Your Own Occupation Period will end on 08/07/2025.

At this time we are re-evaluating your claim to determine if you are Totally Disabled from any occupation. To make an appropriate determination, we will be evaluating current medical documentation and your past training, education and work experience.

Therefore, we must obtain the following information from you:

- Insured's Supplementary Statement form
- Treating Medical Professionals form
- Training Education Experience form
- Current Authorization signed and dated -- needed to obtain copies of all medical records
- Abilities Form – To be completed by your medical provider

You have the following options to return any forms or medical information related to your claim:

**Email:** DisabilityClaims@lfg.com

**Fax:** (877) 843-3950

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**Online Disability Claims Portal:** If you haven't already checked out our secure portal, you'll want to do so. Here you can access information and upload documents to support the processing of your claim. You can visit www.LincolnFinancial.com to register.

**Mail To:**

Lincoln Financial Group
PO Box 2609
Omaha, NE 68103-2609

Once we receive this information from you, we will assist you in obtaining the medical records from your physicians by sending a request to them directly. However, you are ultimately responsible to ensure that sufficient proof is provided in support of your claim for continuing disability beyond the Own Occupation Period. If all requested information is not provided in a timely manner, we may proceed with our determination based on the available information. This determination, however, may be negatively impacted if all requested and/or pertinent information is not made available for consideration during the review period. We appreciate your assistance in acquiring copies of your medical records.

We will be unable to consider benefits beyond 08/07/2025 until our investigation has been completed; therefore, please return the completed forms to our office within 30 days.

If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Charles Z
855-818-2883 x7157
Sr. Claims Examiner, LTD 2
The Lincoln National Life Insurance Company

Enclosure(s): Abilities Form
Insured Supp Statement
TMP Form
General Authorization
Training Education Experience

Lincoln Financial Group®

**Please Return Response To:**
**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

## ABILITIES FORM

**(PLEASE see FRAUD NOTICES attached)**

Patient Name: David Fields Date of Birth: _

Occupation: ______ Claim Number: 1230051807

Date of Last Office Visit: ______ Date of Next Office Visit: ______

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature:______ Date:______

Provider Printed Name:______ Degree: ☐ MD ☐ DO Other______

Specialty:______ Phone:______

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐Yes ☐No Specify:______

Specific Limitations or Restrictions not noted above:______

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature:______ Date:______

Provider Printed Name:______ Degree: ☐ MD ☐ DO Other______

Specialty:______ Phone:______

Address:_ ______

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# INSURED'S SUPPLEMENTARY STATEMENT

**PLEASE see FRAUD NOTICES attached.**

(To Avoid Delay Please Answer ALL Questions)

Claimant's Name David Fields    Return Form By ____________

Policy No 00001020986100000    Claim No 1230051807

When do you expect to be able to return to work in either your own or another occupation?

______________________________________________

Describe your current symptoms.

______________________________________________

What do you believe is the cause of your continuing disability and what could be done about it?

______________________________________________

Describe your current restrictions/limitations specifically and thoroughly.

______________________________________________

Describe your present activities.

______________________________________________

Do you require another person's active, hands-on help to safely perform activities of daily living? ☐ Yes ☐ No
If "yes", please explain what kind of help you receive and who provides it:

______________________________________________

Provide the name, address and telephone number of your current attending physician and the date you were last seen by him/her.

______________________________________________

Are you now eligible for, have applied for or are you now receiving benefits from: **(If the answer is "Yes" to any of these questions, provide a date you began receiving benefits and the monthly amount)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Social Security | ☐ Yes ☐ No | __________ | $__________ | Unemployment Compensation | ☐ Yes ☐ No | __________ | $__________ |
| Dependent Social Security | ☐ Yes ☐ No | __________ | $__________ | State Disability Benefits | ☐ Yes ☐ No | __________ | $__________ |
| Workers' Compensation | ☐ Yes ☐ No | __________ | $__________ | Any other disability benefit-Federal, State | ☐ Yes ☐ No | __________ | $__________ |
| Pension Disability or Pension Retirement | ☐ Yes ☐ No | __________ | $__________ | Disability Income from Automobile Policy | ☐ Yes ☐ No | __________ | $__________ |
| Railroad or Canadian Pension | ☐ Yes ☐ No | __________ | $__________ | Statement from injury causing disability | ☐ Yes ☐ No | __________ | $__________ |

Please refer to your Policy for definitions:

Are you claiming Total Disability? ☐ Yes ☐ No Dates of Total Disability: From __________ Through __________

Are you claiming Partial Disability? ☐ Yes ☐ No Dates of Partial Disability: From __________ Through __________

Have you performed any type of work? ☐ Yes ☐ No Dates of any Work: From __________ Through __________

Please explain:

______________________________________________

The above Statements are true and complete to the best of my knowledge and belief. I hereby authorize any hospital or physician who has treated me, or other person who has attended me or examined me, or any company or government agency to furnish to The Lincoln National Life Insurance Company (or their representatives) any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits, and copies of all applicable records. I have read and understand the attached Fraud Warning Statements. A photostatic copy of this form will be as valid as the original.

Date ____________________ Telephone Number ____________________ Social Security # ____________________

Employee's Signature ______________________________________________

Address ______________________________________________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

**TREATING MEDICAL PROFESSIONALS (PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: David Fields CLAIM NUMBER: 1230051807

**PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSTIC CLINICS FOR THE DATES __________ TO__________**

**DOCTORS:**

Name: ________ Specialty: ________ Name: ________ Specialty: ________
Address: ________ Address: ________
City: ________ State: ________ Zip Code: ________ City: ________ State: ________ Zip Code: ________
Phone: ________ Fax: ________ Phone: ________ Fax: ________
Dates Seen: ________ to ________ Dates Seen: ________ to ________

Name: ________ Specialty: ________ Name: ________ Specialty: ________
Address: ________ Address: ________
City: ________ State: ________ Zip Code: ________ City: ________ State: ________ Zip Code: ________
Phone: ________ Fax: ________ Phone: ________ Fax: ________
Dates Seen: ________ to ________ Dates Seen: ________ to ________

**PHARMACIES:**

Name: ________ Name: ________
Address: ________ Address: ________
City: ________ State: ________ Zip Code: ________ City: ________ State: ________ Zip Code: ________
Phone: ________ Fax: ________ Phone: ________ Fax: ________
Dates: ________ to ________ Dates: ________ to ________

**HOSPITALS:**

Name: ________ Name: ________
Address: ________ Address: ________
City: ________ State: ________ Zip Code: ________ City: ________ State: ________ Zip Code: ________
Phone: ________ Fax: ________ Phone: ________ Fax: ________
Dates Confined: ________ to ________ Dates Confined: ________ to ________

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name: ________ Policy Number: ________
Address: ________ Member ID: ________
City: ________ State: ________ Zip Code: ________ Dates of Coverage: ________ to ________
Phone Number: ________ Fax Number: ________

**PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.**

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature ________________________ Date ____________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# Authorization For Release Of Information

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: ______________________________
(Last) (First) (Middle)

Date of Birth: ______________ Social Security Number: ______________

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** ______________________ **DATE** ______________

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME**: ______________________________

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______________

**ADDRESS:** ______________________________
(Street)

______________________________
(City) (State) (Zip Code)

**PHONE NO:** ______________________________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

EMPLOYEE/CLAIMANT NAME: David Fields

CLAIM NO: 1230051807

EMPLOYER/SPONSOR: East Tennessee Iron & Metal Works, Inc.    DATE OF BIRTH_

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ____________________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________________ Certificate Program completed: ____________________

Associates Degree: ____________________ College: number of years: ____________________

Bachelor's Degree: BA /BS Major: __________ Graduate School: ☐ MA ☐ MS ☐ CAGS PHD Degree: _____

Professional Training, License, Certificates(s): ____________________

Are you currently attending any classes: ☐Y ☐ N If yes, provide name of school: ____________________

List any other Training or Classes Attended or Plan to Attend: ____________________

Primary language spoken: ____________________ Other language(s) spoken fluently: ____________________

Additional Skills, Hobbies & Volunteer Work

____________________

Did you serve in the Armed Forces? ☐Y ☐ N From: ____________ To: ____________

Branch of Service: ____________________ Specialty:

____________________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)

Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history).

1. Company:____________________ Department:____________________ From:______ To:______
   Job Title(s):____________________
   Supervisory Experience ☐Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific):____________________

   ____________________

2. Company:____________________ Department:____________________ From:______ To:______
   Job Title(s):____________________
   Supervisory Experience ☐Y ☐ N
   Tasks/Duties (please be specific):____________________

   ____________________

3. Company:______________________Department:__________________From:______To:____
Job Title(s):____________________________________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific):________________________________________________

_____________________________________________________________________________

4. Company:______________________Department:_________________From:______To:_____
Job Title(s):____________________________________________________________________
Supervisory Experience ☐Y ☐ N
Tasks/Duties (please be specific):________________________________________________

_____________________________________________________________________________

5. Company:______________________Department:_________________From:______To:_____
Job Title(s):____________________________________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific):________________________________________________
_____________________________________________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications:

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | | | |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other:_____________ | | |

How much time is spent daily on your work computer? ☐None ☐1-2 hours ☐2-3 hours ☐3+ hours

How much time is spent daily on your home computer? ☐None ☐1-2 hours ☐2-3 hours ☐3+ hours

Keyboarding/Typing Experience: Yes☐ No☐ If yes, WPM (words per minute) __________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____________________Work: _________________

**SIGNATURE:** ____________________________**PHONE NO: (        )**________________________

3. Company: ______ Department: ______ From: ____ To: ____
Job Title(s): ______
Supervisory Experience ☐Y ☐N
Tasks/Duties (please be specific): ______

4. Company: ______ Department: ______ From: ____ To: ____
Job Title(s): ______
Supervisory Experience ☐Y ☐N
Tasks/Duties (please be specific): ______

5. Company: ______ Department: ______ From: ____ To: ____
Job Title(s): ______
Supervisory Experience ☐Y ☐N
Tasks/Duties (please be specific): ______

**Computer Utilization:**
Computer Training/Courses, Certifications:

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Hardware Installation/Repair | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Programming | | |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ______ | | |

How much time is spent daily on your work computer? [x] None ☐1-2 hours ☐2-3 hours ☐3+ hours

How much time is spent daily on your home computer? [x] None ☐1-2 hours ☐2-3 hours ☐3+ hours
we dont own a computer

Keyboarding/Typing Experience: Yes☐ No[x] If yes, WPM (words per minute) ______
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: [illegible]@gmail.com Work: none

SIGNATURE: [signature] PHONE NO:

Lincoln
Financial Group

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

EMPLOYEE/CLAIMANT NAME: David Fields

CLAIM NO: 12300[illegible]1607

EMPLOYER/SPONSOR: East Tennessee Iron & Metal Works, Inc.  DATE OF BIRTH: [redacted]

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: 12  Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associate Degree: none  College: number of years: none

Bachelor's Degree: BA/BS Major: none  Graduate School ☐ MA ☐ MS ☐ CAGS  PHD Degree: ______

Professional Training, License, Certificate(s): Truck driver CDL

Are you currently attending any classes: ☐ Y ☒ N  If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: English  Other language(s) spoken fluently: ______

Additional Skills, Hobbies & Volunteer Work:
None

Did you serve in the Armed Forces? ☐ Y ☒ N  From: ______ To: ______

Branch of Service: ______  Specialty:

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)

Please list chronologically (starting with the most recent) all the jobs/positions you have held in the last 15 years. (add additional pages if needed for a complete work history).

1. Company: East Tennessee Iron & Metal  Department: Driver  From: [illegible] To: [illegible]
   Job Title(s): Truck Driver
   Supervisory Experience ☐ Y ☒ N
   Tasks/Duties/Physical Requirements (please be specific): Drive truck, Truck Checks, Load + Unload Recycling Boxes, Get in and out of truck up to 150 x's per day, Go into businesses to collect reciepts, Maintain Truck, Secure Loads

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
[illegible]
Boca Raton, Florida 33487
Toll Free: [illegible]
[illegible]
[illegible]
Email: [illegible] Web: [illegible]

**October 08, 2024**

**Claimant Name: David Fields**

**Claim #: LIFE: 1230070518 / LTD: 1230051807**

**Primary Diagnosis: Congestive heart failure s/p ICD**

**DOD: 2/8/2023**

**DOR: 9/27/2024**

**Job Title: Truck Driver**

**ECN #: 264694-3**

**Specialty: Cardiology**

# Andre Akhondi, MD

## *Board-Certified in Cardiovascular Disease*

CLAIMANT NAME: Fields, David
EXAMINER: Andre Akhondi, MD
ECN #: 264694-3
CLAIM #: 1230051807
DATE OF LOSS: 02/08/2023
DATE OF SERVICE: 10/04/2024

**Peer Review**

This is a peer review regarding Fields, David. I have been asked to review the medical records on behalf of ECN. I reviewed records from 01/31/2023 through 09/17/2024 including:

- Connie Hinkle, MD / Family Medicine, on 01/31/2023
- Barry Michelson, MD / Cardiology, extending from 02/06/2023 to 09/17/2024
- Tennova Heart, extending from 02/06/2023 to 06/08/2023
- Hawkins County Memorial Hospital, on 02/07/2023
- Dylan Simmons, DO / Radiology, extending from 02/09/2023 to 07/14/2023
- Mark Dalle-Ave, MD / Family Medicine, extending from 02/09/2023 to 08/21/2024
- Turkey Creek Medical Ctr Lab, extending from 02/17/2023 to 07/14/2023
- Zoll Patient Management Network, extending from 02/24/2023 to 05/03/2023
- Quest Diagnostics, on 03/08/2023
- Anne Kassira, MD / Cardiology, on 03/15/2023
- LabCorp, extending from 03/15/2023 to 07/24/2024
- Warren Stribling, MD / Cardiology, extending from 04/13/2023 to 04/25/2024
- Nilam Patel, MD / Cardiology, extending from 06/08/2023 to 08/18/2024
- Sara Johnson, NP / Nurse Practitioner, extending from 07/21/2023 to 10/12/2023
- Boston Scientific, extending from 07/21/2023 to 08/18/2024
- Angelle Nash, CRC / Vocational Case Manager, on 05/06/2024
- Job Description, undated

The claimant is a 46-year-old male with a medical history significant for congestive heart failure, dilated non-ischemic cardiomyopathy, status post biventricular implantable cardioverter defibrillator, hypertension, and obesity.

02/09/2023, Dylan Simmons, DO / Radiology: Record revealed that the claimant underwent ultrasound of the abdomen due to abdominal pain and distention. Impression indicates mildly coarsened hepatic parenchymal echotexture with a small volume of upper abdominal ascites, bilateral pleural effusions, limited visualization of the liver, spleen, aorta, and IVC due to obscuring bowel gas.

02/09/2023, Barry Michelson, MD / Cardiology: Record revealed that the claimant underwent TTE due to dyspnea/shortness of breath. Impression indicates EF estimated at 10-15%, severe global hypokinesis, diastolic filling pattern normal, left ventricle size is mildly dilated, RV global systolic function is mildly diminished, valve is trileaflet and normal in structure, no evidence of stenosis, left atrium is mildly enlarged, right atrium is

mild enlarged, mild tricuspid regurgitation visualized, right ventricular systolic pressure is mildly elevated and is estimated at 46 mmHg.

02/17/2023, Barry Michelson, MD / Cardiology: Record revealed that the claimant underwent left heart catheterization, coronary angiography, left ventriculography, conscious sedation 21 minutes due to severe left ventricular dysfunction.

03/15/2023, Anne Kassira, MD / Radiology: Record revealed that the claimant underwent MRI cardiac with and without contrast due to congestive heart failure. Impression indicates severely dilated left ventricle with moderate systolic dysfunction, EF as 26.9%, there is akinesis and wall thinning of the anterior, inferior, and lateral walls, the septal wall contracts best, there is no evidence of iron overload, there is 50% subendocardial LGE in the basal and mid lateral walls consistent with an infarct pattern, there is also nonspecific mid myocardial LGE in the basal septal wall, normal right ventricular size with moderate systolic dysfunction, EF as 31.79%, moderate left atrial enlargement, mild right atrial enlargement, mild mitral regurgitation, dilated main pulmonary artery.

05/08/2023, Barry Michelson, MD / Cardiology: Record revealed that the claimant underwent echocardiogram due to congestive heart failure. Impression indicates left ventricle size is moderately dilated, left ventricular systolic function is estimated at 20%, diastolic filling pattern grade II, which is consistent with moderately elevated LV filling pressure, right ventricle systolic function in mildly impaired, mild aortic regurgitation, left atrium is mild to moderately enlarged, mild to moderate mitral regurgitation is present, mild tricuspid regurgitation is present, right ventricular systolic pressure is mildly elevated and is estimated at 40 mmHg.

07/14/2023, Dylan Simmons, DO / Radiology: Record revealed that the claimant underwent x-ray of the chest due to status post pacemaker/defibrillator. Impression indicates biventricular cardiac pacer/AICD, cardiomegaly with mild interstitial pulmonary edema and bibasilar atelectasis, focal right perihilar opacity which may be related to atelectasis, focal airspace disease or pulmonary nodule.

01/12/2024, Mark Dalle-Ave, MD / Family Medicine: The claimant's hypertension is currently stable. His BP reading today is at 95/63. He has had 2 Covid injection. He is having problems at this time.

03/13/2024, Barry Michelson, MD / Cardiology: The claimant was seen for cardiac evaluation. He had abnormal stress test which he underwent cardiac catheterization with small circumflex arose anomalously from the right coronary cups, LV function was normal. He does have history of hypertension which is typically well controlled. On 02/06/2023, he has been complaining of abdominal distention, pedal edema and shortness of breath with activity. He has some vague epigastric and chest discomfort. He went to ED with chest x-ray showed borderline cardiomegaly. His abdominal gas pattern was normal. He has gained 9 to 10 pounds. He complained of some fluttering in his chest but no syncope or near syncope. At its worst, he had mild pitting edema just over his lower calf. His bowel habits have increased in frequency. He thinks urination may have diminished mildly. He had echocardiogram which demonstrates severe global left ventricular dysfunction EF of 10-15%, RV was diminished. He has normal troponin, elevated proBNP as 3953, mild

elevation in ALT and AST. Catheterization was performed. LV was severely dilated with an EF estimated 10 to 15% end-diastolic pressure was estimated at 40 mmHg. He has lost approximately 20 pounds with diuresis. He underwent implantation of ICD CRT device on 07/14/2023. He early on had some issues with diaphragmatic pacing but these have been reprogrammed. He has occasional hiccups. He reports transient lightheadedness when he is bending over and stands up suddenly. Today, he is doing well. He is able to do physical exercise but limits himself in terms of duration. He does have occasional hiccups which seems to be positional and are likely due to intermittent phrenic nerve pacing from his BiV ICD. His weight has been stable. He has not had any edema He continue to monitor blood pressures and they are marginal for any increase in his medical regimen. (systolic typically 100-104). Examination showed that the claimant is obese, BTK edema bilateral, trace edema is noted bilaterally, mildly distended abdomen.

03/19/2024, Barry Michelson, MD / Cardiology: Record revealed that the claimant underwent TTE due to dilated cardiomyopathy. Impression indicates left ventricle size is moderately dilated, left ventricle wall thickness is normal, EF estimated at 20%, diastolic filling pattern grade II which is consistent with moderately elevated LV filling pressure, there is severe global left ventricular systolic dysfunction, valve is trileaflet and normal in structure, no evidence of stenosis, mild aortic regurgitation, left atrium is mild to moderately enlarged, moderate to severe mitral regurgitation.

05/23/2024, Nilam Patel, MD / Cardiology: The claimant presents with no issues since last visit. He is improved since device implant. He feels itching at device site infrequently. Examination showed regular rate and rhythm, left pectoral device site is healthy without signs of infection, very distant HS, unable to appreciate murmur.

06/17/2024, Mark Dalle-Ave, MD / Family Medicine: The claimant presents with stable hypertension with BP reading today as 99/65. He continues to follow with cardiology; he is working on lowering BMI to 30 with diet watching portion sizes. To continue to weigh daily with same clothing and chart weight report over 3-5 lbs. To continue with current medication.

07/24/2024, Labs: Record revealed high total bilirubin as 1.6, high glucose as 124.

08/18/2024, Cardiac Report: Record revealed battery and leads showed normal battery parameter, R wave out of range; presenting rhythm (PR) showed atrial sensing-Biventricular Pacing, triggered pacing; arrhythmic events (AE) showed far field oversensing is noted, device identified arrhythmic events without corresponding EGMs and/or details noted; cardiovascular physiologic parameters showed no significant change in cardiovascular physiological parameters.

08/21/2024, Physician's Statement by Mark Dalle-Ave, MD / Family Medicine: Record revealed that the claimant was diagnosed of hypertension, chronic heart failure. No limitations indicated.

09/17/2024, Attending Physician's Statement by Barry Michelson, MD / Cardiology: Record revealed that the claimant was diagnosed of non-ischemic congestive cardiomyopathy, chronic systolic heart failure, hypertension, obstructive sleep apnea,

obesity. He complains of fatigue, shortness of breath, swelling. The claimant's occupation is commercial driver – CDL negotiations forbid driver with ICD.

**DIAGNOSES:**

Heart Failure s/p ICD

**CALL ATTEMPTS:**

10/3/2024 at 10:22AM, Called Dr. Stribling's office, left a message at Ascension Healthcare Cardiology on the scheduling line. Contact number used for outreach: 615-222-3078

10/3/2024 at 10:25AM, Called Dr. Patel / Dr. Michelson's office, left a message at Tennova Heart - Turkey Creek on the nurse's line. Contact number used for outreach: 865-392-3400

10/4/2024 at 09:02AM, Called Dr. Stribling's office, left an additional message at Ascension Healthcare Cardiology on the scheduling line. Contact number used for outreach: 615-222-3078

10/4/2024 at 09:18AM, Called Dr. Patel / Dr. Michelson's office, left an additional message at Tennova Heart - Turkey Creek on the nurse's line. Contact number used for outreach: 865-392-3400

**RESPONSE TO QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s).**

Congestive heart failure (I50.42)
Dilated non-ischemic cardiomyopathy (I42.0)
Status post biventricular implantable cardioverter defibrillator (Z95.810)

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Hypertension (I10)
Obesity (E66)

**3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/1/2024 to current and onward, and comment on the expected duration.**

Yes, taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, the claimant has a level of impairment that translates into restrictions and limitations from 8/1/2024 to current and onward.

The claimant is a 46-year-old male with a medical history significant for congestive heart failure, dilated non-ischemic cardiomyopathy, status post biventricular implantable cardioverter defibrillator, hypertension, and obesity.

Interval history shows that the claimant was noted to have history of congestive heart failure, dilated cardiomyopathy, hypertension, and obesity. He complains of chest discomfort, shortness of breath, pedal edema, abdominal distention, and weight gain. His echocardiogram on 02/09/2023 showed an EF estimated at 10-15%, severe global hypokinesis, left ventricle size is mildly dilated, RV global systolic function is mildly diminished, left atrium is mildly enlarged, right atrium is mild enlarged, mild tricuspid regurgitation visualized, right ventricular systolic pressure is mildly elevated and is estimated at 46 mmHg. He underwent cardiac catheterization in 02/17/2023 which showed dilated nonischemic cardiomyopathy. On 07/14/2023, he underwent insertion of biventricular implantable cardioverter defibrillator. Postoperatively, he had some issues with diaphragmatic pacing but these have been reprogrammed. He has occasional hiccups, transient lightheadedness when bending over and stands up suddenly with examination showed that the claimant is obese, BTK edema bilateral, trace edema is noted bilaterally, mildly distended abdomen. His recent TTE on 03/19/2024 indicates left ventricle size is moderately dilated, EF estimated at 20%, diastolic filling pattern grade II which is consistent with moderately elevated LV filling pressure, there is severe global left ventricular systolic dysfunction, mild aortic regurgitation, left atrium is mild to moderately enlarged, moderate to severe mitral regurgitation. His cardiac report on 08/18/2024 showed battery and leads as normal battery parameter, R wave out of range; presenting rhythm (PR) as atrial sensing-Biventricular Pacing, triggered pacing; arrhythmic events (AE) as far field oversensing is noted, device identified arrhythmic events without corresponding EGMs and/or details noted; cardiovascular physiologic parameters as no significant change in cardiovascular physiological parameters. As per recent visit on 09/17/2024, he continues to have fatigue, shortness of breath, and swelling.

Based on the information above, I opine that the claimant requires restrictions. The claimant has a history of congestive heart failure and dilated non-ischemic cardiomyopathy and is status post the insertion of a biventricular implantable cardioverter defibrillator. His recent TTE showed that the left ventricle is moderately dilated, with an EF estimated at 20%, moderately elevated left ventricular filling pressure, severe global left ventricular systolic dysfunction, mild aortic regurgitation, and the left atrium is mildly to moderately enlarged, along with moderate to severe mitral regurgitation. The most recent cardiac interrogation indicated that the battery and leads were functioning normally, although R wave readings were out of range. The presenting rhythm was noted as atrial sensing with biventricular pacing and triggered pacing. Arrhythmic events included far-field oversensing, with the device identifying arrhythmic events without corresponding EGMs and/or further details noted. Cardiovascular physiological parameters showed no significant changes. The claimant continues to experience shortness of breath, swelling in the lower extremities, and fatigue. Additionally, the claimant's hypertension and obesity status increase cardiovascular risk, which may predispose him to future complications. As such, the claimant is conclusively impaired from a functional standpoint and should limit activities that may exacerbate his symptoms. Therefore, the claimant requires restrictions and limitations as outlined below for the time period in question:

Sitting: Constantly
Standing: Frequently
Walking: Frequently
Lifting: Occasionally, up to 20 lbs. BUE
Carrying: Occasionally, up to 20 lbs. BUE
Pushing: Occasionally, up to 20 lbs. BUE
Pulling: Occasionally, up to 20 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Never
Crouching: Never
Crawling: Never
Reaching: Occasionally overhead and below waist level; Unrestricted to desk BUE
Use lower extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

No climbing ladders
No working at unprotected heights
No operating heavy machinery

Due to ICD:
Avoid close prolonged contact with magnets or their magnetic fields.
Keep magnets at least six inches from where the device is implanted.
Avoid diathermic procedures.

The above-recommended restrictions and limitations are indicated from 8/1/2024 to current and onward with reassessment on or around 04/01/2025.

The claimant's abilities are sustainable on a full-time basis.

**4. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**5. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No, there are no non-medical circumstances identified in the medical records that may adversely impact work.

**6. According to the clinical evidence in file, does the claimant have any impairment(s)? If so, list the impairment(s), describe their impact to the claimant`s functional status and note the expected duration of the impairment.**

Yes, the claimant has impairment from a cardiology standpoint, due to history of congestive heart failure, dilated non-ischemic cardiomyopathy status post biventricular implantable cardioverter defibrillator with a comorbid condition of hypertension, and obesity which increases cardiovascular risk that may predispose him to future complications. The expected duration of this level of impairment is until 04/01/2025.

**7. Are the restrictions and limitations placed upon the claimant`s work activities by his/her attending physician reasonable and consistent with the medical findings? Please explain.**

There are no specific restrictions and limitations indicated by the attending physician for the timeframe under review.

**8. Is there a likelihood this claimants functioning will improve significantly to allow function and performance of the main duties of his own occupation as of COD on 8/7/2025?**

Yes, there is a likelihood this claimant’s functioning will improve significantly to allow function and performance of the main duties of his own occupation as of COD on 04/01/2025.

**9. For ongoing case management, from a clinical standpoint, what additional information is needed and when should we obtain it?**

An updated echocardiogram would help re-evaluate the claimant’s chronic cardiac condition, as well as an updated physical examination on or around 04/01/2025.

Sincerely,



**Andre Akhondi, MD**
**Board certified, internal medicine**
**Board certified, cardiovascular disease**
**Assistant Clinical Professor of Interventional Cardiology and Cardiovascular Disease**
**Medical License CA A 111933**

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
4311 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 340-5883

Claimant Name: David Fields
Claim Number: LIFE: 1230070518 / LTD: 1230051807
Case Number: 264694-3

"I, Andre B Akhondi, MD, am a physician duly licensed to practice medicine in the State of _CA__. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered
- All opinions are rendered within a reasonable degree of medical certainty

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

10/8/2024

Signature of Physician — Date

Medical/Professional License # **CA A 111933**

**Lincoln/Fields 1148**

Andre B Akhondi, MD

October 07, 2024

Dr. Warren Stribling
Phone Number: 615-222-3078
Fax Number: 615-222-5399

Re: Disability Benefits
Claimant Name: David Fields
Claimant DOB:
Claim Number: LIFE: 1230070518 / LTD: 1230051807

Dear Dr. Stribling,

Your patient's disability claim specialist requested a review of the medical records that were submitted to apply for disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on 10/3/2024 at 10:22AM and 10/4/2024 at 09:02AM with messages left on the scheduling line, but we were unable to connect.

If you would like to submit any additional information on your patient's behalf, you can direct any records or correspondence to the claim specialist via toll free and secure fax number to (866) 841-1415.

Thank you for your assistance.

**-Electronically Signed-**

Andre B Akhondi, MD

Board Certified: Cardiology

__________ AP Name __________ Date

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it and contact the sender immediately.

# Andre B Akhondi, MD

October 07, 2024

Dr. Nilam Patel & Dr. Barry Michelson
Phone Number: 865-392-3400
Fax Number: 865-392-3449

Re: Disability Benefits
Claimant Name: David Fields
Claimant DOB:
Claim Number: LIFE: 1230070518 / LTD: 1230051807

Dear Dr. Patel & Dr. Michelson,

Your patient's disability claim specialist requested a review of the medical records that were submitted to apply for disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on 10/3/2024 at 10:25AM and 10/4/2024 at 09:18AM with messages left on the nurse's line, but we were unable to connect.

If you would like to submit any additional information on your patient's behalf, you can direct any records or correspondence to the claim specialist via toll free and secure fax number to (866) 841-1415.

Thank you for your assistance.

**-Electronically Signed-**

Andre B Akhondi, MD

Board Certified: Cardiology

AP Name ______ Date ______

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it and contact the sender immediately.

| MAIL2FAX DETAILED DELIVERY REPORT | |
|---|---|
| **Attention** | Stephanie Duran |
| **Job Number** | 1420670648 |
| **Sent By User** | F2M/39408740594 |
| **Entered Fax2Mail System** | 10/07 13:51 |
| **Report Generated** | 10/07 13:53 |
| **Subject** | David Fields - Fax to Dr. Nilam Patel & Dr. Barry Michelson - 264694-3 |
| **Page Count** | 3 (including cover sheet) |

| SUMMARY | | |
|---|---|---|
| **Sent: 1** | **Errors: 0** | **Cancelled: 0** |
| **Total: 1** | | |

| Destination | Status | Date | Time | Num. Retries |
|---|---|---|---|---|
| 865-392-3449 | SENT | 10/07 | 13:53 | 1 |

Lincoln/Fields 1151

| MAIL2FAX DETAILED DELIVERY REPORT | |
|---|---|
| **Attention** | Stephanie Duran |
| **Job Number** | 1520663012 |
| **Sent By User** | F2M/39408740594 |
| **Entered Fax2Mail System** | 10/07 13:50 |
| **Report Generated** | 10/07 13:52 |
| **Subject** | David Fields - Fax to Dr. Warren Stribling - 264694-3 |
| **Page Count** | 3 (including cover sheet) |

| SUMMARY | | |
|---|---|---|
| **Sent: 1** | **Errors: 0** | **Cancelled: 0** |
| **Total: 1** | | |

| Destination | Status | Date | Time | Num. Retries |
|---|---|---|---|---|
| 615-222-5399 | SENT | 10/07 | 13:52 | 1 |

Lincoln/Fields 1152

3. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐Y ☐N
Tasks/duties (please be specific): ______

4. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐Y ☐N
Tasks/duties (please be specific): ______

5. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐Y ☐N
Tasks/duties (please be specific): ______

**Computer Utilization:**
Computer Training/Courses, Certifications:

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other ______ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☒None ☐1-2 hours ☐2-3 hours ☐3+ hours

How much time is spent daily on your home computer? ☒None ☐1-2 hours ☐2-3 hours ☐3+ hours
Don't own a computer

Keyboarding/Typing Experience: Yes☐ No☒ If yes, WPM (words per minute) ______
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: [illegible] Work: [illegible]

SIGNATURE: [signature] PHONE NO: [redacted]

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln

TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

EMPLOYEE/CLAIMANT NAME: David Fields

CLAIM NO.: [illegible]

EMPLOYER/BUSINESS: East Tennessee Iron & Metal Works, Inc. DATE OF BIRTH:

Please fill out each section completely.

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: 12 Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: Certificate Program completed:

Associate Degree: None College: number of years: [illegible]

Bachelor's Degree: BA/BS Major: none Graduate school: ☐ MA ☐ MS ☐ Other PHD Degree:

Professional Training, License, Certificate(s): Truck driving CDL

Are you currently attending any classes: ☐ Y ☒ N If yes, provide name of school:

List any other Training or Classes Attended or Plan to Attend:

Primary language spoken: English Other language(s) spoken fluently:

Additional Skills, Hobbies & Volunteer Work:
None

Did you serve in the armed Forces? ☐ Y ☒ N From: To:

Branch of Service: Specialty:

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)

Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history)

1. Company: East Tennessee Iron [illegible] Department: Driver From: [illegible]
   Job Title(s): Truck Driver
   Supervisory Experience: ☐ Y ☒ N
   Tasks/Duties/Physical Requirements (please be specific): Drive Truck, Truck Checks, Load + Unload Recycling Goods, Get in and out of truck up to [illegible] per day, [illegible]

2. Company: Department: From: To:
   Job Title(s):
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific):

[illegible] Page 1 of 4

1 of 1

3. Company: Department: From: To:
Job Title(s):
Supervisory Experience ☐Y ☐N
Tasks/Duties (please be specific):

4. Company: Department: From: To:
Job Title(s):
Supervisory Experience ☐Y ☐N
Tasks/Duties (please be specific):

5. Company: Department: From: To:
Job Title(s):
Supervisory Experience ☐Y ☐N
Tasks/Duties (please be specific):

**Computer Utilization:**
Computer Training/Courses, Certifications:

| | Home | Work |
|---|---|---|
| Email | ☐ | ☐ |
| Internet | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ |
| Database | ☐ | ☐ |
| Photo Software | ☐ | ☐ |

| | Home | Work |
|---|---|---|
| Graphics Software | ☐ | ☐ |
| Installation/Repair Hardware | ☐ | ☐ |
| Installation/Repair Programming | ☐ | ☐ |
| Project Management | ☐ | ☐ |
| Other | | |

How much time is spent daily on your work computer? ☒None ☐1-2 hours ☐2-3 hours ☐3+ hours

How much time is spent daily on your home computer? ☒None ☐1-2 hours ☐2-3 hours ☐3+ hours
I don't own a computer

Keyboarding/Typing Experience: Yes☐ No☒ If yes, WPM (words per minute) ___
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: [illegible] Work: [illegible] gmail.com

SIGNATURE: [signature] PHONE NO

[illegible] is the marketing name for Lincoln National Corporation and its affiliates.

1 of 1

From: ____ To: ____

3. Company: ____ Department: ____
Job Title(s): ____
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____

From: ____ To: ____

4. Company: ____ Department: ____
Job Title(s): ____
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____

From: ____ To: ____

5. Company: ____ Department: ____
Job Title(s): ____
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____

**Computer Utilization:**

Computer Training/Courses, Certifications:

| | Home | Work |
|---|---|---|
| Email | ☐ | ☐ |
| Internet | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ |
| Database | ☐ | ☐ |
| Photo Software | ☐ | ☐ |

| | Home | Work |
|---|---|---|
| Graphics | ☐ | ☐ |
| Software Installation/Repair | ☐ | ☐ |
| Hardware Installation/Repair | ☐ | ☐ |
| Programming | | |
| Project Management | ☐ | ☐ |
| Other: ____ | | |

How much time is spent daily on your work computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours
We don't own a computer

Keyboarding/Typing Experience: Yes☐ No☒ If yes, WPM (words per minute) ____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: melindafields1@gmail.com Work: none

SIGNATURE: [signature] PHONE NO:

Lincoln Financial Group

The Lincoln National Life Insurance Company
P.O. Box [illegible] Omaha, NE [illegible]
Toll-free [illegible] Fax [illegible]743-3552
www.[illegible]

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

EMPLOYEE/CLAIMANT NAME: David Fields

CLAIM NO: 1230051837

EMPLOYER/SPONSOR: East Tennessee Iron & Metal Works, Inc.

DATE OF BIRTH: 

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: 12 Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: none College: number of years: none

Bachelor's Degree: BA/BS Major: none Graduate School: ☐ MA ☐ MS ☐ CAGS PHD Degree: ______

Professional Training, License, Certificates(s): Truck driver CDL

Are you currently attending any classes: ☐Y ☒N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: English Other language(s) spoken fluently: ______

Additional Skills, Hobbies & Volunteer Work:
None

Did you serve in the Armed Forces? ☐Y ☒N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)

Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history).

1. Company: East Tennessee Iron + Metal Department: Driver From: 3 2005 To: 8 2023
   Job Title(s): Truck Driver
   Supervisory Experience ☐Y ☒N
   Tasks/Duties/Physical Requirements (please be specific): Drive Truck, Truck Checks, Load + Unload Recycling Boxes, Get in and out of truck up to 150 x's per day, Go into businesses to collect reciepts, Maintain Truck, Secure Loads

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐Y ☐N
   Tasks/Duties (please be specific): ______

Date: Wed Sep 25 12:30:23 CDT 2024
From: Charles Zimmer <Charles.Zimmer@lfg.com>
To: melindafields1@gmail.com
Message-ID: <2138849804.3.1727285423934@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230051807 (SECURE)

E-communication from Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Charles Zimmer**
**Sr. Claims Examiner, LTD 2**
The Lincoln National Life Insurance Company
8801 Indian Hills Dr
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 855-818-2883 x7157
Fax: 402 951-8544
Email: Charles.Zimmer@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

September 25, 2024

DAVID L FIELDS

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear David:

This letter is in reference to your claim for Long Term Disability benefits.

As part of our ongoing review, we need to request additional information to determine your eligibility for continued benefits. Please complete and return the following form:

- Training, Education, Experience Form

You have the following options to return any forms or medical information related to your claim:

**Email:** DisabilityClaims@lfg.com

**Fax:** (877) 843-3950

**Online Disability Claims Portal:** If you haven't already checked out our secure portal, you'll want to do so. Here you can access information and upload documents to support the processing of your claim. You can visit www.LincolnFinancial.com to register.

**Mail To:**

Lincoln Financial Group
PO Box 2609
Omaha, NE 68103-2609

This information must be returned to our office no later than 10/25/2024 to avoid interruption of your Long Term Disability benefits.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Charles Z
855-818-2883 x7157
Sr. Claims Examiner, LTD 2
The Lincoln National Life Insurance Company

Enclosure: Training Education Experience

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

EMPLOYEE/CLAIMANT NAME: David Fields

CLAIM NO: 1230051807

EMPLOYER/SPONSOR: East Tennessee Iron & Metal Works, Inc. DATE OF BIRTH_

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ____________________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: __________________ Certificate Program completed: ________________________

Associates Degree: ____________________ College: number of years: __________________________

Bachelor's Degree: BA /BS Major: ________ Graduate School: ☐ MA ☐ MS ☐ CAGS PHD Degree: _____

Professional Training, License, Certificates(s): ________________________________________________

Are you currently attending any classes: ☐Y ☐ N If yes, provide name of school: ___________________

List any other Training or Classes Attended or Plan to Attend: __________________________________

Primary language spoken: _____________________ Other language(s) spoken fluently:______________

Additional Skills, Hobbies & Volunteer Work

__________________________________________________

Did you serve in the Armed Forces? ☐Y ☐ N From: ___________ To: ___________

Branch of Service: __________________________ Specialty:

______________________________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)

Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history).

1. Company:_____________________ Department:__________________ From:______ To:_____
   Job Title(s):_____________________________________________________________________
   Supervisory Experience ☐Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific):_____________________________

   _______________________________________________________________________________

2. Company:_____________________ Department:___________________ From:______ To:____
   Job Title(s):_____________________________________________________________________
   Supervisory Experience ☐Y ☐ N
   Tasks/Duties (please be specific):__________________________________________________

   _______________________________________________________________________________

3. Company:______________________Department:__________________From:______To:____
   Job Title(s):_______________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific):________________________________________________

   ______________________________________________________________________________

4. Company:______________________Department:_________________From:______To:_____
   Job Title(s):_______________________________________________________________
   Supervisory Experience ☐Y ☐ N
   Tasks/Duties (please be specific):________________________________________________

   ______________________________________________________________________________

5. Company:______________________Department:_________________From:______To:_____
   Job Title(s):_______________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific):________________________________________________

   ______________________________________________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications:

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | | | |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other:_____________ | | |

How much time is spent daily on your work computer? ☐None ☐1-2 hours ☐2-3 hours ☐3+ hours

How much time is spent daily on your home computer? ☐None ☐1-2 hours ☐2-3 hours ☐3+ hours

Keyboarding/Typing Experience: Yes☐ No☐ If yes, WPM (words per minute) __________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____________________Work: _________________

| |
|---|
| **SIGNATURE:** ____________________________ **PHONE NO: ( )**________________________ |

Lincoln Financial Group®

# Disability Attending Physician Statement

**The Lincoln National Life Insurance Company**
PO Box 2609 Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
LincolnFinancial.com
disabilityclaims@lfg.com

**Instructions:** All sections below need to be completed by your treating provider. Once complete login to our secure portal to upload the document, fax to (877) 843-3950, or email to disabilityclaims@lfg.com.

## 1. Claimant Information

Employee's Name: David L. Fields Claim Number: 1230051807
Date of Birth: Telephone Number: Social Security Number:
Employer Name: East TN Iron & Metal

## 2. Medical Facts

**Primary Diagnosis:** Non-ischemic congestive cardiomyopathy ICD-10 Code: I 42.0
**Secondary Diagnosis:** Chronic systolic heart failure ICD-10 Code: I 50.22
**Co-Morbids:** HTN - OSA - Obesity
Height: 6 ft. Weight: 261 Gender: Male
**Is the Disability a Result of:** ☒ Illness ☐ Injury ☐ Work Related
Date Unable to Work: 2-9-2023 If Injury, Date of Injury:
Date of Initial Treatment: 2-6-2023 Date of Most Recent Treatment: 5-23-2024
Date of Next Treatment: 9-11-2024 Reoccurring Condition? ☐ Yes ☐ No
**Has Patient Been Hospitalized:** ☐ Yes ☐ No If Yes, Dates of Admission and Discharge: ______ to ______
Hospitalization Reason: Cardiac cath & bi-v ICD/PM implant - OP only
Has/Will Surgery Occur? ☒ Yes ☐ No Surgery Elective? ☐ Yes ☒ No Date of Surgery: 2-17-23 & 7-14-23
Surgery Type: Cardiac cath & biventricular ICD/PM implant
**If Pregnancy:** Estimated Due Date: ______ Actual Delivery Date: ______
Advised to Cease Work Prior to Delivery: ☐ Yes ☐ No Delivery Type: ☐ Vaginal ☐ C-Section
Pregnancy Complications: N/A

**Symptoms** (including impact to ADL's, and self reported symptoms):
fatigue, SOB, swelling

**Objective Findings** (include copies of x-rays, EKG's, blood work, scans, and any clinical findings):
Echo 3-29-24
Last remote device monitor 8-18-24

**Nature of Treatment** (current and recommended, frequency) and **Treatment/Physician Referrals** (include phone/fax number):
guideline directed medical therapy — Warren Stribling, MD (p) 615-222-3078 615-222-5399 (f)
BiV Implanted Cardio defibrillator w/ PM — Nilam Patel, MD (p) 865-392-3400 865-392-3449 (f)

**Medications** (include dosage, frequency, and dates prescribed/changed):
ASA 81mg daily Entresto 49-51mg bid MVI daily
Carvedilol 12.5mg bid Farxiga 5mg daily Spironolactone 25mg daily

**Restrictions and Limitations:**

**Physical Diagnosis:**

Lifting: _____ lbs _____ hours per work day
Carrying: _____ lbs _____ hours per work day

**Provide Hours per Work Day:**

Sitting: ______
Standing: ______
Walking: ______
Kneeling: ______
Climbing: ______
Squatting: ______
Stooping: ______
Bending: ______
Reaching: ______

**Mental Diagnosis** (Ability to perform task using scale below):
1 = Unable to Perform 2 = Markedly Limited
3 = Somewhat Limited 4 = Unlimited

Perform at Constant Pace: ______
Maintain Attention/Concentration: ______
Comprehend Daily Tasks: ______
Multi-Task: ______
Communicate Effectively: ______
Regulate Emotions: ______
Follow Instructions: ______
Interact with Colleagues: ______
Interact with Public: ______
Make Decisions: ______
Work Alone/Separate from Others: ______

**Dates of Restrictions and Limitations:** 2-9-23 to undetermined Date Able to Return to Work: ______

☐ Full Time ☐ Part Time Part Time Days/Hours: ______

**Job Modifications Needed to Return to Work:**

Modified Work Schedule: ______ Duration of Modified Work Schedule: ______

**Additional Restrictions and Limitations:**
Patient occupation is Commercial driver - CDL regulations forbid driver with ICD.

## 3. Signature

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

Printed Name of Provider (including Credentials): Barry Michelson, MD

Provider Signature: [signature] Date: 9/17/24

Specialty of Practice: Cardiology Address of Practice: 10800 Parkside Dr. #331 Knoxville, TN 37934

Phone Number: 865.392.3400 Fax Number: 865-392-3449

Email: Cindy.Pittman@Tennova.com

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion. Please see Fraud Notices attached.

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Services.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits, if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer, files a statement of claim, or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Kansas.** A person may be guilty of fraud as determined by a court of law, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Kentucky.** Any person who knowingly and with the intent to defraud an insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**North Carolina.** Any person who, with intent to injure, defraud, or deceive an insurer or insurance claimant: (1) presents or causes to be presented a written or oral statement, including computer-generated documents as part of, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning any fact or matter material to a claim, or (2) assists, abets, solicits, or conspires with another person to prepare or make any written or oral statement that is intended to be presented to an insurer or insurance claimant in connection with, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning a fact or matter material to the claim is guilty of a Class H felony.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** A person may be committing insurance fraud, if he or she submits an application or claim containing a misstatement, misrepresentation, omission or concealment with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Vermont.** Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

**FOR ALL OTHER STATES.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Jefferson Memorial Hospital

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | FIELDS DAVID | | | **Procedure Staff** | |
| **MRN:** | 00809309 | | | **Referring Physician:** | Barry Michelson, MD |
| **Date of birth:** | | **Age:** | 46 year(s) | **Sonographer:** | Juliann Blackburn, RCS |
| **Gender:** | Male | **BMI:** | 35.67 kg/m² | **Interpreting physician:** | Barry Michelson, MD |
| **Weight:** | 119.3 kg | **BSA:** | 2.39 m² | | |
| **Height:** | 182.88 cm | | | | |

**Procedure Information**

| | | | |
|---|---|---|---|
| **Exam date time:** | 3/29/2024 12:48 PM | | |
| **Procedure type:** | Echo | | |
| **Proc. sub type:** | TTE procedure: NI Echo TTE 2D Complete w Color Doppler. | | |
| **Patient status:** | Routine | **Accession no:** | 3002408900170 |
| **HR:** | 60 bpm | **FIN Number:** | 4521481 |
| | | **Study location:** | Jefferson City |
| | | **Technical quality:** | Good visualization |

**Reason for Study**

DILATED CARDIOMYOPATHY

**Physician Conclusions**

**Summary:**

Left ventricle size is moderately dilated.
Left ventricle wall thickness is normal.
EF estimated at 20%.
Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure..
There is severe global left ventricular systolic dysfunction.
Valve is trileaflet and normal in structure. No evidence of stenosis.
Mild aortic regurgitation.
Left atrium is mild to moderately enlarged.
Moderate to severe mitral regurgitation.

Moderate to severe mitral regurgitation.

Tennova Healthcare

**Jefferson Memorial Hospital**

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

**Obervations**

| | |
|---|---|
| **Left ventricle:** | Left ventricle size is moderately dilated.<br>Left ventricle wall thickness is normal.<br>EF estimated at 20%.<br>Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure..<br>There is severe global left ventricular systolic dysfunction. |
| **Right ventricle:** | Chamber size is normal. Global systolic function is normal. |
| **Left atrium:** | Left atrium is mild to moderately enlarged. |
| **Right atrium:** | Right atrium is normal in size. |
| **Mitral valve:** | Valve appears structurally normal. No evidence of stenosis.<br>Moderate to severe mitral regurgitation. |
| **Aortic valve:** | Valve is trileaflet and normal in structure. No evidence of stenosis.<br>Mild aortic regurgitation.<br>Aortic valve Peak velocity is 1.01 m/s.<br>Aortic valve Peak pressure gradient is 4.08 mmHg.<br>Aortic valve Mean pressure gradient is 2 mmHg. |
| **Tricuspid valve:** | Mild to Moderate tricuspid regurgitation.<br>RVSP estimated at 43 mmHg |
| **Pulmonic valve:** | Valve appears structurally normal. No evidence of stenosis. No significant regurgitation visualized. |
| **Pericardial:** | Pericardium appears normal. There is no pericardial effusion visualized. |
| **Aorta/Great vessels:** | Aortic root is normal in size.<br>The inferior vena cava is not dilated and shows more than 50% respiratory variation. |
| **Pleural:** | There is no pleural effusion present. |

Electronically signed by Barry Michelson, MD (interpreting physician) on 4/2/2024 at 12:08 PM

Jefferson Memorial Hospital

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

### Left Ventricle

| | | | |
|---|---|---|---|
| Diastolic dimension: | 6.42 cm **(4.2 - 5.8 cm)** | Systolic dimension: | 5.55 cm **(2.5 - 4 cm)** |
| 2D septum diastolic: | 0.72 cm | FS Normal Range (30-45%): | 14 % |
| 2D post wall diastolic: | 0.94 cm | | |
| IVRT: | 95 ms | | |
| LV mass (ASE formula): | 219.34 g | | |
| LV mass index: | 91.65 g/m² | | |
| RWT: | 0.29 | | |

**LV M-Mode**

**LV Ejection Fraction**

| | | | |
|---|---|---|---|
| LVEDV Teichholz: | 265 ml **(62 - 150 ml)** | LVESV Teichholz: | 171 ml **(21 - 61 ml)** |
| LVEDVI Teichholz: | 110.73 ml/m² **(34 - 74 ml/m²)** | LVESVI Teichholz: | 71.45 ml/m² **(11 - 31 ml/m²)** |
| EF Teichholz: | 35 % | | |

**LV 3D/Strain**

### Right Ventricle

| | | | |
|---|---|---|---|
| Diastolic dimension: Normal Range (2.7-3.4cm): | 2.5 cm | Systolic pressure: | 26.81 mmHg |

### Left Atrium

| | | | |
|---|---|---|---|
| **LA diameter (2D) Normal Range (2.0-4.0cm):** | 3.6 cm | **LA/Aorta (2D):** | 1.38 |
| | | **LA volume index:** | 33.84 ml/m² |
| **LA area:** | 26.9 cm² | | |
| **LA volume:** | 81 ml | | |

### Right Atrium

| | |
|---|---|
| **Systolic pressure:** | 10 mmHg |

Jefferson Memorial Hospital

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

## Aortic Valve

| | | | |
|---|---|---|---|
| **Peak velocity Normal Range (0.9-1.7m/s) :** | 1.01 m/s | **Mean velocity:** | 0.73 m/s |
| **Peak gradient Normal Range (<10mmHG):** | 4.08 mmHg | **Mean gradient Normal Range (<10mmHG) :** | 2 mmHg |
| **AV VTI:** | 20.4 cm | **Dimensionless index:** | 0.72 |
| **AR peak velocity:** | 246 cm/s | **Mean velocity:** | 52.4 cm/s |
| **Peak velocity:** | 72.7 cm/s | **Mean gradient:** | 1 mmHg |
| **Peak gradient:** | 2 mmHg | **LVOT VTI Normal Range (0.7-1.1m/s):** | 16.2 cm |

## Mitral Valve

| | | | |
|---|---|---|---|
| **Peak E-wave Normal Range (0.60-1.30m/s) :** | 92.1 cm/s | **Peak gradient:** | 3.39 mmHg |
| **MR velocity:** | 389 cm/s | **Deceleration time Normal Range (160-240msec):** | 169 ms |
| **E' septal velocity:** | 6.11 cm/s | **MR VTI:** | 119 cm |
| **A' septal velocity:** | 4.23 cm/s | **E' lateral velocity:** | 8.55 cm/s |
| **E/E' septal:** | 15.07 | **A' lateral velocity:** | 4.04 cm/s |
| | | **E/E' lateral:** | 10.77 |
| | | **E/E' average:** | 12.92 |

## Tricuspid Valve

| | | | |
|---|---|---|---|
| **Estimated RVSP:** | 35 mmHg | **Estimated RAP:** | 10 mmHg |
| **TR velocity:** | 205 cm/s | **TR gradient:** | 16.81 mmHg |

## Pulmonic Valve

| | | | |
|---|---|---|---|
| **Peak velocity Normal Range (0.5-1.0m/s):** | 88 cm/s | **Peak gradient:** | 3.1 mmHg |
| | | **Estimated PASP:** | 26.81 mmHg |
| | | **Acceleration time:** | 90 ms |

## Aorta/Great Vessels

| | | | |
|---|---|---|---|
| **Aortic root (2D):** | 2.6 cm | **ACS (M-mode) Normal Range (1.5-26cm):** | 1.5 cm |

Electronically signed by Barry Michelson, MD (Interpreting physician) on 4/2/2024 at 12:08 PM

GENEVA
HEALTH SOLUTIONS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Patient Name:** | David L Fields | **Device Make:** | BOSTONSCI | **Device Model:** | G447 | **Report Status:** | FINAL |
| **DOB:** | | **Device Type:** | CRTD | **Device S/N:** | 310757 | **eSigned By:** | Nilamkumar Patel, MD |
| **MRN:** | 98454 | | | | | **eSigned On:** | 2024-08-23 07:51 PT |
| **Clinic Name:** | TennovaTC | **Lead Type** | **Make** | **Model** | **SN** | | |
| **Visit #:** | | | | | | **Report Date:** | 2024-08-18 02:01 |
| **Visit # (30):** | | | | | | **Reason:** | |
| **Visit # (90):** | | | | | | | |

## Interpretation Summary

**Battery and Leads (BL)**
Normal battery parameters
R wave out of range

**Presenting Rhythm (PR)**
Atrial Sensing-BiVentricular Pacing (AS-BiVP)
Triggered Pacing

**Arrhythmic events (AE)**
Farfield Oversensing is noted
Device-identified arrhythmic events without corresponding EGMs and/or details noted

**Cardiovascular Physiologic Parameters (CPP)**
No significant change in cardiovascular physiological parameters

**Transmission Information (TI)**
Physiologic Parameter Summary Report
Device Summary Report

## Additional Comments

CRTD Report
Monitoring period: 7/22/24 - 8/18/24

Battery/Lead Status: 9.5 yrs
Intrinsic R-wave measured <5 mV (consistent with trends)

Ap: 25%
RVp: 91%
LVp: 99%

Atrial Events: EGMs illustrate far field over sensing.
Atrial Burden: <1%

## Provider Comments

**Battery Status:** Beginning of Service

| | | | | RA Lead | RV Lead | LV Lead | | RA Lead | RV Lead | LV Lead |
|---|---|---|---|---|---|---|---|---|---|---|
| **Measured Voltage:** | | | **Sense (mV)** | 1.3 | | 4.0 | **Sensitivity (mV)** | AGC 0.25 | AGC 0.6 | AGC 1.0 |
| **Pacing Mode:** | DDDR | | **Impedance (Ohms)** | 605 | 352 | 624 | **Pacing Output Amplitude (V)** | 2.0 | 2.0 | 1.7 |
| **Lower Rate Limit:** | 60 | | **Pacing Threshold Amplitude (mV)** | 0.6 | 0.8 | 0.7 | | | | |
| **Max Tracking Rate:** | 125 | | | | | | **Pacing Output Pulse Width (ms)** | 0.4 | 0.4 | 0.8 |
| **Ap:** 25 | **Vp:** 99 | | **Pacing Threshold Pulse Width (ms)** | 0.4 | 0.4 | 0.8 | | | | |
| | | | **Date Last Measured** | 2024-08-17 | 2024-08-17 | 2024-08-17 | | | | |

## Billing & Diagnosis Summary

| CPT Codes: | | | Diagnosis Codes: |
|---|---|---|---|
| 93295 - ICD Remote Interrogation Eval | **Billing Status (30):** | BILLABLE | Z95.810 - Presence of automatic ICD |
| | **30 Day Cycle:** | 2024-08-07 ~ 2024-09-05 | |
| | **30 Billable On:** | 2024-09-06 | |
| | **Billing Status (90):** | BILLABLE | |
| | **90 Day Cycle:** | 2024-07-08 ~ 2024-10-05 | |
| | **90 Billable On:** | 2024-10-06 | |

**Patient Name:** Fields, David **MRN:** 98454
**DOB:** Oct/20/1977 **Visit #:**

**LATITUDE® Patient Management - Combined Follow-up Report** | **Report Created: Aug 18, 2024**

Boston Scientific

Fields, David (98454/PATEL)

Date of Birth:
Device: **RESONATE X4 CRT-D**
**G447/310757**
Clinic: **East Tennessee Heart Consultants -**
Search Tags:
Tachy Mode: **Monitor + Therapy**

Latest Device Transmission: **Aug 18, 2024 03:01 EDT**
Last Office Interrogation: **May 23, 2024**
Implant Date: **Jul 14, 2023**
Patient Group: **Patel (Primary)**

**My Alerts**

Aug 17, 2024 04:07 — Atrial Arrhythmia Burden of at least > 0 hours in a 24 hour period.

For Technical Support contact 1-800-CARDIAC (Americas) or your local Boston Scientific Representative.

**Events Since Last Reset (May 23, 2024)**

Aug 17, 2024 21:13 RA Auto
Aug 17, 2024 21:12 LV Auto
See last page for full list of Events Since Last Reset.

**Battery**

Approximate time to explant: **9.5 years** from Aug 18, 2024

| | |
|---|---|
| Last Capacitor Re-form | Jun 03, 2024 03:05 |
| Charge Time | 10.2 s |

**One Year Remaining**
**Explant**

See last page for additional battery information.

| **Leads** | **Implant (Jul 14, 2023)** | **Most Recent In-Office Measurement (May 23, 2024)** | **Most Recent Daily Measurement (Aug 17, 2024)** |
|---|---|---|---|
| **Atrial** | | | |
| Intrinsic Amplitude | N/R | 2.3 mV | 1.3 mV |
| Pace Impedance | N/R | 758 Ω | 605 Ω |
| Pace Threshold | N/R | Auto 0.5 V @ 0.4 ms (Oct 12, 2023) | 0.6 V @ 0.4 ms |
| **Right Ventricular** | | | |
| Intrinsic Amplitude | N/R | 18.6 mV | N/R |
| Pace Impedance | N/R | 450 Ω | 352 Ω |
| Pace Threshold | N/R | Auto 0.5 V @ 0.4 ms (Oct 12, 2023) | 0.8 V @ 0.4 ms |
| Left Ventricular | | | |
| Intrinsic Amplitude | N/R | 3.5 mV | 4.0 mV |
| Pace Impedance (LVa) | N/R | 628 Ω | 624 Ω |
| Pace Impedance (LVb) | | 622 Ω | |
| Pace Threshold | N/R | Auto 0.9 V @ 0.6 ms (Oct 12, 2023) | 0.7 V @ 0.8 ms |
| Shock | | | |
| Shock Impedance | N/R | 74 Ω | 71 Ω |

G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.


Clinician Signature

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Aug 18, 2024

## Settings

**Ventricular Tachy**

| | | | |
|---|---|---|---|
| VF | 200 bpm | ATP | 41 J, 41 J, 41 Jx6 |
| VT | 170 bpm | Monitor Only | |

**Atrial Tachy**

| | | |
|---|---|---|
| ATR Mode Switch | 170 bpm | VDIR |

**Brady/CRT**

| | |
|---|---|
| Mode | DDDR |
| Lower Rate Limit | 60 ppm |
| Maximum Tracking Rate | 125 ppm |
| Maximum Sensor Rate | 130 ppm |
| Paced AV Delay | 240 - 240 ms |
| Sensed AV Delay | 180 - 180 ms |
| A-Refractory (PVARP) | 240 - 280 ms |
| RV-Refractory (RVRP) | 230 - 250 ms |
| LV-Refractory (LVRP) | 250 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |

**Pacing Output**

| | |
|---|---|
| Atrial | Auto 2.0 V @ 0.4 ms |
| Right Ventricular | Auto 2.0 V @ 0.4 ms |
| Left Ventricular (LVa) | Auto 1.7 V @ 0.8 ms |
| Left Ventricular (LVb) | Off |

**Sensitivity**

| | |
|---|---|
| Atrial | AGC 0.25 mV |
| Right Ventricular | AGC 0.6 mV |
| Left Ventricular | AGC 1.0 mV |

**Leads Configuration (Pace/Sense)**

| | |
|---|---|
| Atrial | Bipolar |
| Right Ventricular | Bipolar |
| LVa (Pace) | LVTip1>>Can |
| LVb (Pace) | Off |
| LV (Sense) | LVRing2>>RV |

**Rate Adaptive Pacing**

| | |
|---|---|
| Accelerometer | On |

**LV MultiSite Pacing**

| | |
|---|---|
| Pacing Order | Off |

## Rhythm ID Update

| | |
|---|---|
| Last Successful Completion | N/R |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Combined Follow-up Report Aug 18, 2024
Fields, David (98454/PATEL)

**HeartLogic™ Heart Failure Index**

**6**
OK
Aug 17, 2024




**Trend Graphs**

R = Counter Reset
P = Program
I = Office Interrogation

S3 — Aug 17, 2024: 0.76 mG

S1 — Aug 17, 2024: 1.00 mG

Thoracic Impedance — Aug 17, 2024: 47.4 Ω

Respiratory Rate — Aug 17, 2024: 16.5 rpm

Night Heart Rate — Aug 17, 2024: 62 bpm




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Aug 18, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Aug 18, 2024




| | | |
|---|---|---|
| Atrial<br>Intrinsic Amplitude | Aug 17, 2024 | 1.3 mV |
| Atrial<br>Pace Impedance | Aug 17, 2024 | 605 Ω |
| Atrial<br>Auto Pace Threshold | Aug 17, 2024 | 0.6 V |
| Right Ventricular<br>Intrinsic Amplitude | Aug 17, 2024 | Paced mV |
| Right Ventricular<br>Pace Impedance | Aug 17, 2024 | 352 Ω |
| Right Ventricular<br>Auto Pace Threshold | Aug 17, 2024 | 0.8 V |
| Left Ventricular<br>Intrinsic Amplitude | Aug 17, 2024 | 4.0 mV |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Aug 18, 2024




| Ventricular Tachy Counters | Since Last Reset May 23, 2024 | Device Totals |
|---|---|---|
| **Ventricular Episode Counters** | | |
| Total Episodes | 0 | 1 |
| **Treated** | | |
| VF Therapy | 0 | 0 |
| VT Therapy | 0 | 0 |
| VT-1 Therapy | 0 | 0 |
| Commanded Therapy | 0 | 0 |
| **Non-Treated** | | |
| No Therapy Programmed | 0 | 0 |
| NonsustainedV Episodes | 0 | 1 |
| Other Untreated Episodes | 0 | 0 |
| **Ventricular Therapy Counters** | | |
| ATP Delivered | 0 | 0 |
| ATP % Successful | 0 | 0 |
| Shocks Delivered | 0 | 0 |
| First Shock % Successful | 0 | 0 |
| Shocks Diverted | 0 | 0 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

| Brady/CRT Counters | Reset Before Last<br>223 day(s)<br>Oct 12, 2023 to May 23, 2024 | Since Last Reset<br>86 day(s)<br>May 23, 2024 to Aug 16, 2024 |
|---|---|---|
| **Counters** | | |
| % A Paced | 37 | 25 |
| % RV Paced | 94 | 91 |
| % LVa Paced | 99 | 99 |
| % LVb Paced | 0 | 0 |
| **Intrinsic Promotion** | | |
| Rate Hysteresis | | |
| % Successful | 0 | 0 |
| **Atrial Arrhythmia** | | |
| % AT/AF | <1 | <1 |
| Total Time in AT/AF (min) | 14.8 | 18.6 |
| Episodes by Duration | | |
| < 1 minute | 143 | 192 |
| 1 min - < 1 hr | 0 | 0 |
| 1 hr - < 24 hr | 0 | 0 |
| 24 hr - < 48 hr | 0 | 0 |
| > 48 hr | 0 | 0 |
| Total PACs | 53320 | 24309 |
| **Ventricular Counters** | | |
| Total PVCs | 54391 | 20697 |
| Three or More PVCs | 1 | 1 |

| Clinical Counters | Since Last Reset<br>May 23, 2024 | Device Totals |
|---|---|---|
| MRI Protection Mode | 0 | 0 |

**AT/AF Overview: Since Last Reset (May 23, 2024 to Aug 16, 2024)**

| | | |
|---|---|---|
| AT/AF: <1 % | AT/AF Events: 192 | Total Time in AT/AF (min): 18.6 |
| Most Recent: Aug 16, 2024 19:57 | Avg V Rate: 103 bpm | Duration: 00:00:05 hh:mm:ss |
| Longest: Aug 11, 2024 02:16 | Avg V Rate: 87 bpm | Duration: 00:00:24 hh:mm:ss |
| Fastest RVS Rate: Aug 16, 2024 19:57 | Max V Rate: N/R | Duration: 00:00:05 hh:mm:ss |

**AT/AF Overview: Reset Before Last (Oct 12, 2023 to May 23, 2024)**

| | | |
|---|---|---|
| Longest: Jan 26, 2024 21:11 | Avg V Rate: 97 bpm | Duration: 00:00:15 hh:mm:ss |
| Fastest RVS Rate: Feb 28, 2024 11:32 | Max V Rate: 129 bpm | Duration: 00:00:05 hh:mm:ss |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

## Histograms

A: Paced / Sensed — RV: Paced / Sensed — Paced / Sensed

| Reset Before Last | Since Last Reset |
|---|---|
| 223 day(s) | 86 day(s) |
| Oct 12, 2023 to May 23, 2024 | May 23, 2024 to Aug 18, 2024 |

### Atrial Activity







### Ventricular Activity







### Ventricular Response to Atrial Pace







### Ventricular Response to Atrial Sense







### RV Rate during AT/AF







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Aug 18, 2024

**Histogram Rate Counts**

| Atrial | Reset Before Last 223 day(s) Oct 12, 2023 to May 23, 2024 | | Since Last Reset 86 day(s) May 23, 2024 to Aug 18, 2024 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 103 | 0 | 412 |
| 30-39 | 0 | 6.5K | 0 | 10.6K |
| 40-49 | 3 | 61.2K | 5 | 56.2K |
| 50-59 | 114 | 136.1K | 258 | 70.4K |
| 60-69 | 7.3M | 6.5M | 1.9M | 2.4M |
| 70-79 | 308.1K | 4.0M | 112.1K | 2.2M |
| 80-89 | 129.5K | 1.6M | 50.2K | 906.4K |
| 90-99 | 42.3K | 753.5K | 19.1K | 310.0K |
| 100-109 | 14.3K | 286.3K | 6.5K | 93.5K |
| 110-119 | 4.7K | 102.7K | 1.3K | 90.7K |
| 120-129 | 1.9K | 22.9K | 282 | 12.6K |
| 130-139 | 628 | 5.2K | 29 | 1.2K |
| 140-149 | 4 | 1.5K | 0 | 503 |
| 150-159 | 0 | 522 | 0 | 127 |
| 160-169 | 0 | 2.2K | 0 | 316 |
| 170-179 | 0 | 218 | 0 | 148 |
| 180-189 | 0 | 3.0K | 0 | 370 |
| 190-199 | 0 | 43.9K | 0 | 17.3K |
| 200-209 | 0 | 95 | 0 | 23 |
| 210-219 | 0 | 63 | 0 | 17 |
| 220-229 | 0 | 52 | 0 | 70 |
| 230-239 | 0 | 42 | 0 | 206 |
| 240-249 | 0 | 208 | 0 | 391 |
| >=250 | 0 | 5.3K | 0 | 4.9K |

| Right Ventricular | Reset Before Last 223 day(s) Oct 12, 2023 to May 23, 2024 | | Since Last Reset 86 day(s) May 23, 2024 to Aug 18, 2024 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 0 | 0 | 0 |
| 30-39 | 0 | 0 | 0 | 0 |
| 40-49 | 0 | 0 | 0 | 0 |
| 50-59 | 71.0K | 2.3K | 98.9K | 1.9K |
| 60-69 | 13.7M | 206.7K | 4.2M | 137.0K |
| 70-79 | 4.2M | 182.5K | 2.2M | 130.0K |
| 80-89 | 1.6M | 131.0K | 909.5K | 212.2K |
| 90-99 | 744.6K | 169.7K | 305.0K | 136.0K |
| 100-109 | 257.7K | 228.5K | 82.6K | 89.9K |
| 110-119 | 96.8K | 166.1K | 91.0K | 52.6K |
| 120-129 | 21.9K | 77.3K | 15.4K | 28.2K |
| 130-139 | 541 | 32.8K | 22 | 10.9K |
| 140-149 | 0 | 8.3K | 0 | 3.0K |
| 150-159 | 0 | 2.1K | 0 | 855 |
| 160-169 | 0 | 541 | 0 | 280 |
| 170-179 | 0 | 160 | 0 | 96 |
| 180-189 | 0 | 59 | 0 | 38 |
| 190-199 | 0 | 40 | 0 | 33 |
| 200-209 | 0 | 32 | 0 | 29 |
| 210-219 | 0 | 20 | 0 | 32 |
| 220-229 | 0 | 36 | 0 | 38 |
| 230-239 | 0 | 59 | 0 | 17 |
| 240-249 | 0 | 46 | 0 | 4 |
| >=250 | 0 | 29 | 0 | 1 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Aug 18, 2024

| Left Ventricular | Reset Before Last 223 day(s) Oct 12, 2023 to May 23, 2024 | | Since Last Reset 86 day(s) May 23, 2024 to Aug 18, 2024 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 535 | 0 | 493 |
| 30-39 | 1 | 92 | 15 | 58 |
| 40-49 | 1.5K | 37 | 829 | 32 |
| 50-59 | 111.4K | 45 | 141.6K | 74 |
| 60-69 | 13.9M | 3.8K | 4.3M | 11.3K |
| 70-79 | 4.3M | 12.2K | 2.3M | 28.9K |
| 80-89 | 1.7M | 5.4K | 1.1M | 4.5K |
| 90-99 | 885.7K | 17.4K | 429.2K | 7.9K |
| 100-109 | 464.4K | 27.0K | 160.1K | 11.8K |
| 110-119 | 256.7K | 23.5K | 138.4K | 13.2K |
| 120-129 | 69.4K | 43.1K | 32.3K | 13.7K |
| 130-139 | 621 | 16.3K | 122 | 4.8K |
| 140-149 | 22 | 5.0K | 13 | 1.5K |
| 150-159 | 1 | 1.3K | 1 | 308 |
| 160-169 | 0 | 295 | 0 | 122 |
| 170-179 | 0 | 84 | 0 | 39 |
| 180-189 | 0 | 42 | 0 | 12 |
| 190-199 | 0 | 13 | 0 | 3 |
| 200-209 | 0 | 5 | 0 | 0 |
| 210-219 | 0 | 1 | 0 | 0 |
| 220-229 | 0 | 0 | 0 | 0 |
| 230-239 | 0 | 2 | 0 | 0 |
| 240-249 | 0 | 0 | 0 | 0 |
| >=250 | 0 | 0 | 0 | 0 |

| RV Rate during AT/AF | Reset Before Last 223 day(s) Oct 12, 2023 to May 23, 2024 | | Since Last Reset 86 day(s) May 23, 2024 to Aug 18, 2024 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 0 | 0 | 0 |
| 30-39 | 0 | 0 | 0 | 0 |
| 40-49 | 0 | 0 | 0 | 0 |
| 50-59 | 0 | 0 | 0 | 0 |
| 60-69 | 0 | 0 | 0 | 0 |
| 70-79 | 0 | 0 | 51 | 1 |
| 80-89 | 57 | 4 | 65 | 5 |
| 90-99 | 294 | 9 | 442 | 3 |
| 100-109 | 676 | 2 | 824 | 8 |
| 110-119 | 303 | 5 | 292 | 3 |
| 120-129 | 8 | 10 | 4 | 1 |
| 130-139 | 0 | 5 | 0 | 4 |
| 140-149 | 0 | 0 | 0 | 2 |
| 150-159 | 0 | 0 | 0 | 2 |
| 160-169 | 0 | 0 | 0 | 0 |
| 170-179 | 0 | 0 | 0 | 0 |
| 180-189 | 0 | 0 | 0 | 0 |
| 190-199 | 0 | 0 | 0 | 0 |
| 200-209 | 0 | 0 | 0 | 0 |
| 210-219 | 0 | 0 | 0 | 0 |
| 220-229 | 0 | 0 | 0 | 0 |
| 230-239 | 0 | 0 | 0 | 0 |
| 240-249 | 0 | 0 | 0 | 0 |
| >=250 | 0 | 0 | 0 | 0 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Aug 18, 2024

**Heart Rate Variability**

**Last measured for 24-hr period ending Jul 13, 2024 04:03**

| | |
|---|---|
| % of Time Used | 70 |
| Footprint | 29 % |
| SDANN | 82 ms |
| Mode | DDDR |
| Sensed AV Delay | 180 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |




**Reference: 24-hr period ending Jul 25, 2023 03:41**

| | |
|---|---|
| % of Time Used | 68 |
| Footprint | 29 % |
| SDANN | 69 ms |
| Mode | DDDR |
| Sensed AV Delay | 180 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**Presenting EGM (Aug 18, 2024)**

EGM displayed at 25mm per second




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Aug 18, 2024







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL) Aug 18, 2024




**All Events Since Last Reset (May 23, 2024)**

| | |
|---|---|
| Aug 17, 2024 21:13 | RA Auto |
| Aug 17, 2024 21:12 | LV Auto |
| Aug 17, 2024 21:06 | RV Auto |
| Aug 16, 2024 19:57 | ATR at 215 bpm, Avg V Rate in ATR: 103 bpm |
| Aug 12, 2024 16:05 | ATR at 109 bpm, Avg V Rate in ATR: 108 bpm |
| Aug 12, 2024 09:45 | ATR at 223 bpm, Avg V Rate in ATR: 103 bpm |
| Aug 11, 2024 10:03 | ATR at 147 bpm, Avg V Rate in ATR: 102 bpm |
| Aug 11, 2024 09:39 | ATR at 149 bpm, Avg V Rate in ATR: 112 bpm |
| Aug 11, 2024 06:19 | ATR at 145 bpm, Avg V Rate in ATR: 102 bpm |
| Aug 11, 2024 03:16 | ATR at 66 bpm, Avg V Rate in ATR: 71 bpm |
| Aug 11, 2024 03:07 | ATR at 213 bpm, Avg V Rate in ATR: 92 bpm |
| Aug 11, 2024 02:54 | ATR at 211 bpm, Avg V Rate in ATR: 98 bpm |
| Aug 11, 2024 02:31 | ATR at 214 bpm, Avg V Rate in ATR: 98 bpm |
| Aug 10, 2024 21:13 | RA Auto |
| Aug 10, 2024 21:11 | LV Auto |
| Aug 10, 2024 21:06 | RV Auto |
| Aug 03, 2024 21:12 | RA Auto |
| Aug 03, 2024 21:11 | LV Auto |
| Aug 03, 2024 21:06 | RV Auto |
| Jul 29, 2024 15:13 | RA Auto |
| Jul 29, 2024 15:11 | LV Auto |
| Jul 29, 2024 15:06 | RV Auto |
| Jul 22, 2024 16:06 | RA Auto |
| Jul 22, 2024 15:07 | LV Auto |
| Jul 22, 2024 15:05 | RV Auto |
| Jul 13, 2024 21:05 | PMT at 125 bpm |
| May 29, 2024 16:56 | PMT at 125 bpm |
| Total Events: 192 ATR | |

**Battery (Continued)**

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Aug 18, 2024

| | | | |
|---|---|---|---|
| Last Delivered Shock | N/R | Time Since Implant | 13 months |
| Energy | N/R | Charge Remaining | 1.86 ampere-hours |
| Charge Time | N/R | Power Consumption | 54 µW |
| Shock Impedance | N/R | (Measured with programmed parameters) | |
| Beep when Explant is Indicated | On | This device is using 108% of the power it would use at the following parameters: | |

| | |
|---|---|
| A | 15% pacing, 70 ppm, 2.5 V, 0.4 ms, 500 Ω |
| RV | 100% pacing, 70 ppm, 2.5 V, 0.4 ms, 700 Ω |
| LVa | 100% pacing, 70 ppm, 3.5 V, 0.4 ms, 700 Ω |
| LVb | Off |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Heart Failure Management Report** | **Report Created: Aug 18, 2024**

Boston Scientific

Fields, David (98454/PATEL)

Date of Birth:
Device: **RES** D
G447/310757
Clinic: **East Tennessee Heart Consultants -**
Search Tags:
Tachy Mode: **Monitor + Therapy**

Latest Device Transmission: **Aug 18, 2024 03:01 EDT**
Last Office Interrogation: **May 23, 2024**
Implant Date: **Jul 14, 2023**
Patient Group: **Patel (Primary)**

**My Alerts**

Aug 17, 2024 04:07 — Atrial Arrhythmia Burden of at least > 0 hours in a 24 hour period.

For Technical Support contact 1-800-CARDIAC (Americas) or your local Boston Scientific Representative.

**HeartLogic™ Heart Failure Index**

**6**

OK

**Aug 17, 2024**




**Trend Graphs**

Daily Value — 3 Day Average

S3 — Aug 17, 2024 — 0.76 mG

S1 — Aug 17, 2024 — 1.00 mG

Thoracic Impedance — Aug 17, 2024 — 47.4 Ω

Respiratory Rate — Aug 17, 2024 — 16.5 rpm




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

Clinician Signature

**LATITUDE® Patient Management - Heart Failure Management Report** Aug 18, 2024
**Fields, David (98454/PATEL)**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Heart Failure Management Report
Fields, David (98454/PATEL)

Aug 18, 2024

Heart Rate Variability (SDANN)




**Battery** OK

Approximate time to explant: **9.5 years** from Aug 18, 2024

**Trend Data**

| Date | HeartLogic Heart Failure Index | S3 (mG) | S1 (mG) | Thoracic Impedance (Ω) | Respiratory Rate (rpm) | Night Heart Rate (bpm) | Sleep Incline (degrees) | Activity Level (hour(s)) | AT/AF Burden (hour(s), events) |
|---|---|---|---|---|---|---|---|---|---|
| Aug 17, 2024 | 6 | 0.76 | 1.00 | 47.4 | 16.5 | 62 | N/R | 1.7 | 0.0, 1 |
| Aug 16, 2024 | 5 | 0.82 | 1.24 | 48.4 | 16.5 | 62 | N/R | 2.7 | 0.0, 0 |
| Aug 15, 2024 | 5 | 0.93 | 1.36 | 50.0 | 16.5 | 62 | N/R | 1.7 | 0.0, 0 |
| Aug 14, 2024 | 5 | 0.76 | 1.14 | 48.4 | 15.8 | 63 | N/R | 2.0 | 0.0, 0 |
| Aug 13, 2024 | 6 | 0.92 | 1.39 | 47.8 | 17.0 | 64 | N/R | 1.0 | 0.0, 2 |
| Aug 12, 2024 | 6 | 0.75 | 1.25 | 48.0 | 16.0 | 62 | N/R | 0.7 | 0.0, 3 |
| Aug 11, 2024 | 6 | 0.90 | 1.31 | 47.8 | 15.5 | 70 | N/R | 1.0 | 0.0, 6 |
| Aug 10, 2024 | 6 | 0.94 | 1.51 | 48.4 | 18.0 | 63 | N/R | 1.7 | 0.0, 3 |
| Aug 09, 2024 | 6 | 0.90 | 1.45 | 48.4 | 16.8 | 62 | N/R | 0.7 | 0.0, 2 |
| Aug 08, 2024 | 6 | 0.89 | 1.33 | 48.7 | 17.8 | 63 | N/R | 1.5 | 0.0, 4 |
| Aug 07, 2024 | 5 | 0.83 | 1.31 | 46.3 | 17.5 | 63 | N/R | 2.8 | 0.0, 4 |
| Aug 06, 2024 | 5 | 0.96 | 1.52 | 48.3 | 17.3 | 63 | N/R | 0.5 | 0.0, 8 |
| Aug 05, 2024 | 4 | 0.92 | 1.24 | 46.9 | 16.3 | 63 | N/R | 0.6 | 0.0, 3 |
| Aug 04, 2024 | 2 | 1.05 | 1.69 | 47.5 | 18.0 | 69 | N/R | 0.6 | 0.0, 3 |
| Aug 03, 2024 | 2 | 0.85 | 1.42 | 48.3 | 16.5 | 62 | N/R | 1.0 | 0.0, 1 |
| Aug 02, 2024 | 2 | 0.89 | 1.23 | 48.0 | 15.8 | 63 | N/R | 0.9 | 0.0, 0 |
| Aug 01, 2024 | 2 | 0.87 | 1.40 | 48.4 | 17.0 | 63 | N/R | 2.0 | 0.0, 0 |
| Jul 31, 2024 | 0 | 0.94 | 1.42 | 47.8 | 16.3 | 66 | N/R | 1.0 | 0.0, 0 |
| Jul 30, 2024 | 0 | 0.97 | 1.54 | 48.4 | 18.0 | 64 | N/R | 0.7 | 0.0, 1 |
| Jul 29, 2024 | 0 | 0.85 | 1.37 | 47.8 | 17.5 | 67 | N/R | 1.4 | 0.0, 1 |
| Jul 28, 2024 | 0 | 0.85 | 1.60 | 49.8 | 16.3 | 66 | N/R | 2.0 | 0.0, 0 |
| Jul 27, 2024 | 6 | 0.81 | 1.42 | 48.2 | 16.3 | 66 | N/R | 1.4 | 0.0, 0 |
| Jul 26, 2024 | 6 | 0.92 | 1.75 | 48.9 | 17.5 | 63 | N/R | 1.7 | 0.0, 0 |
| Jul 25, 2024 | 6 | 0.80 | 1.38 | 48.9 | 18.3 | 65 | N/R | 0.8 | 0.0, 0 |
| Jul 24, 2024 | 6 | 0.82 | 1.40 | 48.0 | 16.3 | 66 | N/R | 1.1 | 0.0, 0 |
| Jul 23, 2024 | 6 | 0.85 | 1.38 | 48.2 | 17.3 | 63 | N/R | 1.1 | 0.0, 0 |
| Jul 22, 2024 | 6 | 0.88 | 1.54 | 48.3 | 15.3 | 71 | N/R | 1.2 | 0.0, 0 |
| Jul 21, 2024 | 6 | 1.01 | 1.64 | 49.7 | 16.0 | 55 | N/R | 0.5 | 0.0, 3 |
| Jul 20, 2024 | 6 | 0.76 | 1.33 | 49.4 | 17.0 | 65 | N/R | 1.3 | 0.0, 0 |
| Jul 19, 2024 | 6 | 0.69 | 1.49 | 49.3 | 18.3 | 63 | N/R | 1.0 | 0.0, 0 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Heart Failure Management Report Aug 18, 2024
Fields, David (98454/PATEL)

| Date | RV Rate during AT/AF (max, mean) (bpm) | Mean Heart Rate (bpm) | % LV Paced (%) | Heart Rate Variability (SDANN) (ms) |
|---|---|---|---|---|
| Aug 17, 2024 | N/R, 103 | 67 | 98 | N/R |
| Aug 16, 2024 | N/R, N/R | 70 | 98 | N/R |
| Aug 15, 2024 | N/R, N/R | 67 | 98 | N/R |
| Aug 14, 2024 | N/R, N/R | 68 | 98 | N/R |
| Aug 13, 2024 | N/R, 103 | 67 | 99 | N/R |
| Aug 12, 2024 | N/R, 103 | 68 | 98 | N/R |
| Aug 11, 2024 | N/R, 89 | 69 | 99 | N/R |
| Aug 10, 2024 | N/R, 102 | 73 | 98 | N/R |
| Aug 09, 2024 | N/R, 87 | 67 | 98 | N/R |
| Aug 08, 2024 | N/R, 103 | 69 | 99 | N/R |
| Aug 07, 2024 | N/R, 92 | 74 | 98 | N/R |
| Aug 06, 2024 | N/R, 97 | 67 | 99 | N/R |
| Aug 05, 2024 | N/R, 101 | 69 | 99 | N/R |
| Aug 04, 2024 | N/R, 104 | 69 | 99 | N/R |
| Aug 03, 2024 | N/R, 88 | 68 | 99 | N/R |
| Aug 02, 2024 | N/R, N/R | 70 | 99 | N/R |
| Aug 01, 2024 | N/R, N/R | 71 | 98 | N/R |
| Jul 31, 2024 | N/R, N/R | 72 | 99 | N/R |
| Jul 30, 2024 | N/R, 101 | 72 | 99 | N/R |
| Jul 29, 2024 | N/R, 103 | 73 | 98 | N/R |
| Jul 28, 2024 | N/R, N/R | 72 | 98 | N/R |
| Jul 27, 2024 | N/R, N/R | 75 | 98 | N/R |
| Jul 26, 2024 | N/R, N/R | 73 | 98 | N/R |
| Jul 25, 2024 | N/R, N/R | 72 | 99 | N/R |
| Jul 24, 2024 | N/R, N/R | 71 | 99 | N/R |
| Jul 23, 2024 | N/R, N/R | 74 | 98 | N/R |
| Jul 22, 2024 | N/R, N/R | 75 | 98 | N/R |
| Jul 21, 2024 | N/R, 105 | 67 | 98 | N/R |
| Jul 20, 2024 | N/R, N/R | 70 | 99 | N/R |
| Jul 19, 2024 | N/R, N/R | 67 | 99 | N/R |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Arrhythmia Logbook Report | Report Created: Aug 18, 2024

Boston Scientific

Fields, David (98454/PATEL)

Date of Birth,
Device. RESONATE X4 CRT-D
G447/310757
Clinic: East Tennessee Heart Consultants -
Search Tags:
Tachy Mode: Monitor + Therapy

Latest Device Transmission: Aug 18, 2024 03:01 EDT
Last Office Interrogation: May 23, 2024
Implant Date: Jul 14, 2023
Patient Group: Patel (Primary)

Events Since. Last Reset
Event Type. All Events

*Maximum of 250 episodes shown*

| Event | Date/Time | Type | Therapy | Duration hh:mm:ss |
|---|---|---|---|---|
| RAAT-458 | Aug 17, 2024 21:13 | RA Auto | | -------- |
| LVAT-355 | Aug 17, 2024 21:12 | LV Auto | | -------- |
| RVAT-458 | Aug 17, 2024 21:06 | RV Auto | | -------- |
| ATR-366 | Aug 16, 2024 19:57 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:05 |
| ATR-365 | Aug 12, 2024 16:05 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:01 |
| ATR-364 | Aug 12, 2024 09:46 | ATR | Avg V Rate in ATR. 103 bpm | 00:00:08 |
| ATR-363 | Aug 11, 2024 10:03 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:06 |
| ATR-362 | Aug 11, 2024 09:39 | ATR | Avg V Rate in ATR. 112 bpm | 00:00:02 |
| ATR-361 | Aug 11, 2024 06:19 | ATR | Avg V Rate in ATR. 102 bpm | 00:00:07 |
| ATR-360 | Aug 11, 2024 03:16 | ATR | Avg V Rate in ATR: 71 bpm | 00:00:18 |
| ATR-359 | Aug 11, 2024 03:07 | ATR | Avg V Rate in ATR. 92 bpm | 00:00:17 |
| ATR-358 | Aug 11, 2024 02:54 | ATR | Avg V Rate in ATR. 98 bpm | 00:00:07 |
| ATR-357 | Aug 11, 2024 02:31 | ATR | Avg V Rate in ATR. 98 bpm | 00:00:09 |
| ATR-356 | Aug 11, 2024 02:16 | ATR | Avg V Rate in ATR: 87 bpm | 00:00:24 |
| ATR-355 | Aug 11, 2024 02:12 | ATR | Avg V Rate in ATR: 94 bpm | 00:00:11 |
| ATR-354 | Aug 11, 2024 00:56 | ATR | Avg V Rate in ATR. 105 bpm | 00:00:03 |
| ATR-353 | Aug 11, 2024 00:19 | ATR | Avg V Rate in ATR. 103 bpm | 00:00:06 |
| RAAT-450 | Aug 10, 2024 21:13 | RA Auto | | -------- |
| LVAT-347 | Aug 10, 2024 21:11 | LV Auto | | -------- |
| RVAT-450 | Aug 10, 2024 21:06 | RV Auto | | -------- |
| ATR-352 | Aug 09, 2024 19:31 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:09 |
| ATR-351 | Aug 09, 2024 09:18 | ATR | Avg V Rate in ATR: 111 bpm | 00:00:02 |
| ATR-350 | Aug 09, 2024 09:04 | ATR | Avg V Rate in ATR. 88 bpm | -------- |
| ATR-349 | Aug 08, 2024 04:48 | ATR | Avg V Rate in ATR. 75 bpm | 00:00:01 |
| ATR-328 | Aug 04, 2024 01:46 | ATR | Avg V Rate in ATR. 100 bpm | 00:00:11 |
| RAAT-442 | Aug 03, 2024 21:12 | RA Auto | | -------- |
| LVAT-339 | Aug 03, 2024 21:11 | LV Auto | | -------- |
| RVAT-442 | Aug 03, 2024 21:06 | RV Auto | | -------- |
| ATR-327 | Aug 03, 2024 20:37 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:09 |
| ATR-326 | Aug 03, 2024 20:28 | ATR | Avg V Rate in ATR. 109 bpm | 00:00:10 |
| ATR-325 | Aug 02, 2024 08:43 | ATR | Avg V Rate in ATR. 88 bpm | 00:00:03 |
| RAAT-436 | Jul 29, 2024 15:13 | RA Auto | | -------- |
| LVAT-333 | Jul 29, 2024 15:11 | LV Auto | | -------- |
| RVAT-436 | Jul 29, 2024 15:06 | RV Auto | | -------- |
| ATR-324 | Jul 29, 2024 05:20 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:08 |
| ATR-323 | Jul 28, 2024 04:59 | ATR | Avg V Rate in ATR. 103 bpm | 00:00:08 |
| RAAT-428 | Jul 22, 2024 16:06 | RA Auto | | -------- |
| LVAT-325 | Jul 22, 2024 15:07 | LV Auto | | -------- |

G447 Firmware Version: H_v1.00.00(1.01)

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

| | | | | |
|---|---|---|---|---|
| RVAT-428 | Jul 22, 2024 15:05 | RV Auto | | -------- |
| RAAT-427 | Jul 21, 2024 18:13 | RA Auto | | -------- |
| LVAT-324 | Jul 21, 2024 18:12 | LV Auto | | -------- |
| RVAT-427 | Jul 21, 2024 18:06 | RV Auto | | -------- |
| RAAT-426 | Jul 20, 2024 21:12 | RA Auto | | -------- |
| LVAT-323 | Jul 20, 2024 21:10 | LV Auto | | -------- |
| RVAT-426 | Jul 20, 2024 21:06 | RV Auto | | -------- |
| ATR-322 | Jul 20, 2024 19:13 | ATR | Avg V Rate in ATR: 109 bpm | 00:00:04 |
| ATR-321 | Jul 20, 2024 16:59 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:09 |
| ATR-320 | Jul 20, 2024 16:31 | ATR | Avg V Rate in ATR: 110 bpm | 00:00:07 |
| ATR-319 | Jul 17, 2024 06:59 | ATR | Avg V Rate in ATR: 115 bpm | 00:00:04 |
| ATR-318 | Jul 16, 2024 20:02 | ATR | Avg V Rate in ATR: 109 bpm | 00:00:05 |
| ATR-317 | Jul 15, 2024 22:48 | ATR | Avg V Rate in ATR: 107 bpm | 00:00:08 |
| ATR-316 | Jul 15, 2024 19:54 | ATR | Avg V Rate in ATR: 106 bpm | 00:00:05 |
| ATR-315 | Jul 14, 2024 21:15 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:08 |
| ATR-314 | Jul 14, 2024 15:22 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:07 |
| ATR-313 | Jul 14, 2024 15:10 | ATR | Avg V Rate in ATR: 118 bpm | 00:00:01 |
| ATR-300 | Jul 14, 2024 01:30 | ATR | Avg V Rate in ATR: 99 bpm | 00:00:01 |
| ATR-299 | Jul 14, 2024 01:27 | ATR | Avg V Rate in ATR: 113 bpm | 00:00:01 |
| ATR-298 | Jul 14, 2024 00:58 | ATR | Avg V Rate in ATR: 107 bpm | 00:00:01 |
| ATR-297 | Jul 14, 2024 00:55 | ATR | Avg V Rate in ATR: 112 bpm | 00:00:01 |
| ATR-296 | Jul 14, 2024 00:21 | ATR | Avg V Rate in ATR: 112 bpm | 00:00:04 |
| ATR-295 | Jul 14, 2024 00:19 | ATR | Avg V Rate in ATR: 112 bpm | 00:00:05 |
| ATR-294 | Jul 14, 2024 00:16 | ATR | Avg V Rate in ATR: 100 bpm | 00:00:12 |
| ATR-293 | Jul 14, 2024 00:07 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:08 |
| ATR-292 | Jul 14, 2024 00:01 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:09 |
| ATR-291 | Jul 13, 2024 23:24 | ATR | Avg V Rate in ATR: 100 bpm | 00:00:11 |
| RAAT-418 | Jul 13, 2024 22:06 | RA Auto | | -------- |
| LVAT-315 | Jul 13, 2024 21:11 | LV Auto | | -------- |
| RVAT-418 | Jul 13, 2024 21:06 | RV Auto | | -------- |
| PMT-2 | Jul 13, 2024 21:05 | PMT | | -------- |
| RAAT-417 | Jul 13, 2024 00:12 | RA Auto | | -------- |
| LVAT-314 | Jul 13, 2024 00:11 | LV Auto | | -------- |
| RVAT-417 | Jul 13, 2024 00:06 | RV Auto | | -------- |
| ATR-263 | Jul 12, 2024 21:31 | ATR | Avg V Rate in ATR: 115 bpm | -------- |
| ATR-262 | Jul 12, 2024 21:01 | ATR | Avg V Rate in ATR: 116 bpm | 00:00:01 |
| ATR-261 | Jul 09, 2024 17:00 | ATR | Avg V Rate in ATR: 111 bpm | -------- |
| ATR-260 | Jul 09, 2024 16:40 | ATR | Avg V Rate in ATR: 106 bpm | 00:00:04 |
| ATR-259 | Jul 09, 2024 16:40 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:04 |
| ATR-258 | Jul 09, 2024 08:24 | ATR | Avg V Rate in ATR: 99 bpm | 00:00:10 |
| ATR-257 | Jul 08, 2024 08:46 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:09 |
| ATR-256 | Jul 08, 2024 08:39 | ATR | Avg V Rate in ATR: 100 bpm | 00:00:11 |
| ATR-255 | Jul 07, 2024 16:17 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:09 |
| ATR-254 | Jul 06, 2024 19:30 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:07 |
| RAAT-409 | Jul 06, 2024 00:12 | RA Auto | | -------- |
| LVAT-306 | Jul 06, 2024 00:11 | LV Auto | | -------- |
| RVAT-409 | Jul 06, 2024 00:06 | RV Auto | | -------- |
| ATR-253 | Jul 05, 2024 22:09 | ATR | Avg V Rate in ATR: 110 bpm | 00:00:02 |
| ATR-252 | Jul 04, 2024 18:40 | ATR | Avg V Rate in ATR: 93 bpm | 00:00:05 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Arrhythmia Logbook Report Aug 18, 2024
Fields, David (98454/PATEL)

| | | | | |
|---|---|---|---|---|
| ATR-251 | Jul 04, 2024 18:39 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:07 |
| ATR-250 | Jul 04, 2024 15:40 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:06 |
| ATR-249 | Jul 04, 2024 15:25 | ATR | Avg V Rate in ATR: 111 bpm | 00:00:02 |
| ATR-248 | Jul 04, 2024 15:17 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:05 |
| RAAT-406 | Jul 03, 2024 09:14 | RA Auto | | -------- |
| LVAT-303 | Jul 03, 2024 09:13 | LV Auto | | -------- |
| RVAT-406 | Jul 03, 2024 09:06 | RV Auto | | -------- |
| ATR-247 | Jul 03, 2024 02:14 | ATR | Avg V Rate in ATR: 100 bpm | 00:00:09 |
| ATR-246 | Jul 02, 2024 19:30 | ATR | Avg V Rate in ATR: 107 bpm | 00:00:02 |
| ATR-245 | Jul 02, 2024 19:28 | ATR | Avg V Rate in ATR: 107 bpm | 00:00:03 |
| ATR-244 | Jun 30, 2024 19:16 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:01 |
| ATR-243 | Jun 30, 2024 09:16 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:07 |
| ATR-242 | Jun 30, 2024 08:54 | ATR | Avg V Rate in ATR: 111 bpm | 00:00:02 |
| ATR-241 | Jun 30, 2024 01:56 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:09 |
| ATR-240 | Jun 30, 2024 01:32 | ATR | Avg V Rate in ATR: 98 bpm | 00:00:10 |
| RAAT-401 | Jun 29, 2024 00:12 | RA Auto | | -------- |
| LVAT-298 | Jun 29, 2024 00:11 | LV Auto | | -------- |
| RVAT-401 | Jun 29, 2024 00:06 | RV Auto | | -------- |
| ATR-239 | Jun 28, 2024 22:47 | ATR | Avg V Rate in ATR: 98 bpm | 00:00:10 |
| ATR-238 | Jun 27, 2024 10:19 | ATR | Avg V Rate in ATR: 107 bpm | 00:00:05 |
| ATR-237 | Jun 27, 2024 06:52 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:08 |
| ATR-236 | Jun 27, 2024 06:50 | ATR | Avg V Rate in ATR: 110 bpm | 00:00:01 |
| ATR-235 | Jun 26, 2024 03:23 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:07 |
| ATR-234 | Jun 26, 2024 03:12 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:07 |
| ATR-233 | Jun 25, 2024 22:16 | ATR | Avg V Rate in ATR: 78 bpm | 00:00:03 |
| ATR-232 | Jun 25, 2024 20:33 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:07 |
| ATR-231 | Jun 25, 2024 16:19 | ATR | Avg V Rate in ATR: 113 bpm | 00:00:02 |
| RAAT-397 | Jun 25, 2024 12:12 | RA Auto | | -------- |
| LVAT-294 | Jun 25, 2024 12:11 | LV Auto | | -------- |
| RVAT-397 | Jun 25, 2024 12:06 | RV Auto | | -------- |
| ATR-230 | Jun 24, 2024 15:43 | ATR | Avg V Rate in ATR: 116 bpm | 00:00:03 |
| ATR-229 | Jun 24, 2024 14:08 | ATR | Avg V Rate in ATR: 85 bpm | 00:00:02 |
| ATR-228 | Jun 24, 2024 09:08 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:08 |
| ATR-227 | Jun 24, 2024 09:04 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:08 |
| ATR-226 | Jun 24, 2024 08:49 | ATR | Avg V Rate in ATR: 85 bpm | 00:00:01 |
| ATR-225 | Jun 24, 2024 06:45 | ATR | Avg V Rate in ATR: 107 bpm | 00:00:06 |
| RAAT-394 | Jun 22, 2024 21:13 | RA Auto | | -------- |
| LVAT-291 | Jun 22, 2024 21:11 | LV Auto | | -------- |
| RVAT-394 | Jun 22, 2024 21:06 | RV Auto | | -------- |
| ATR-224 | Jun 14, 2024 16:03 | ATR | Avg V Rate in ATR: 106 bpm | 00:00:05 |
| ATR-223 | Jun 13, 2024 18:50 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:07 |
| RAAT-383 | Jun 13, 2024 06:14 | RA Auto | | -------- |
| LVAT-280 | Jun 13, 2024 06:12 | LV Auto | | -------- |
| RVAT-383 | Jun 13, 2024 06:06 | RV Auto | | -------- |
| ATR-222 | Jun 12, 2024 17:53 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:07 |
| ATR-221 | Jun 10, 2024 10:38 | ATR | Avg V Rate in ATR: 109 bpm | 00:00:05 |
| ATR-220 | Jun 10, 2024 06:03 | ATR | Avg V Rate in ATR: 107 bpm | 00:00:06 |
| ATR-219 | Jun 10, 2024 00:45 | ATR | Avg V Rate in ATR: 96 bpm | 00:00:12 |
| ATR-218 | Jun 10, 2024 00:09 | ATR | Avg V Rate in ATR: 82 bpm | 00:00:06 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Arrhythmia Logbook Report Aug 18, 2024
Fields, David (98454/PATEL)

| | | | | |
|---|---|---|---|---|
| ATR-217 | Jun 08, 2024 20:50 | ATR | Avg V Rate in ATR: 116 bpm | 00:00:01 |
| BAAT-377 | Jun 08, 2024 00:14 | RA Auto | | -------- |
| LVAT-274 | Jun 08, 2024 00:12 | LV Auto | | -------- |
| RVAT-377 | Jun 08, 2024 00:06 | RV Auto | | -------- |
| ATR-216 | Jun 07, 2024 20:21 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:06 |
| ATR-215 | Jun 06, 2024 19:44 | ATR | Avg V Rate in ATR: 87 bpm | 00:00:05 |
| RAAT-374 | Jun 05, 2024 09:13 | RA Auto | | -------- |
| LVAT-271 | Jun 05, 2024 09:12 | LV Auto | | -------- |
| RVAT-374 | Jun 05, 2024 09:06 | RV Auto | | -------- |
| ATR-214 | Jun 04, 2024 14:47 | ATR | Avg V Rate in ATR: 113 bpm | 00:00:01 |
| ATR-213 | Jun 04, 2024 13:15 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:09 |
| ATR-212 | Jun 04, 2024 13:15 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:06 |
| ATR-211 | Jun 04, 2024 13:14 | ATR | Avg V Rate in ATR: 111 bpm | 00:00:03 |
| ATR-210 | Jun 04, 2024 13:13 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:09 |
| ATR-209 | Jun 04, 2024 13:13 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:09 |
| ATR-208 | Jun 04, 2024 12:52 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:08 |
| ATR-207 | Jun 04, 2024 12:51 | ATR | Avg V Rate in ATR: 110 bpm | 00:00:02 |
| ATR-206 | Jun 04, 2024 12:50 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:09 |
| ATR-205 | Jun 04, 2024 12:50 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:08 |
| ATR-191 | Jun 01, 2024 02:12 | ATR | Avg V Rate in ATR: 100 bpm | 00:00:11 |
| RAAT-369 | Jun 01, 2024 00:14 | RA Auto | | -------- |
| LVAT-266 | Jun 01, 2024 00:12 | LV Auto | | -------- |
| RVAT-369 | Jun 01, 2024 00:06 | RV Auto | | -------- |
| ATR-190 | May 31, 2024 15:38 | ATR | Avg V Rate in ATR: 114 bpm | 00:00:02 |
| ATR-189 | May 31, 2024 09:28 | ATR | Avg V Rate in ATR: 109 bpm | 00:00:05 |
| ATR-188 | May 30, 2024 13:52 | ATR | Avg V Rate in ATR: 116 bpm | 00:00:01 |
| ATR-187 | May 30, 2024 08:55 | ATR | Avg V Rate in ATR: 111 bpm | 00:00:03 |
| ATR-186 | May 30, 2024 08:25 | ATR | Avg V Rate in ATR: 85 bpm | -------- |
| RAAT-367 | May 30, 2024 06:15 | RA Auto | | -------- |
| LVAT-264 | May 30, 2024 06:12 | LV Auto | | -------- |
| RVAT-367 | May 30, 2024 06:06 | RV Auto | | -------- |
| ATR-185 | May 30, 2024 05:56 | ATR | Avg V Rate in ATR: 67 bpm | 00:00:04 |
| ATR-184 | May 29, 2024 17:24 | ATR | Avg V Rate in ATR: 109 bpm | 00:00:06 |
| PMT-1 | May 29, 2024 16:56 | PMT | | -------- |
| ATR-183 | May 29, 2024 16:02 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:05 |
| ATR-182 | May 29, 2024 15:56 | ATR | Avg V Rate in ATR: 114 bpm | 00:00:01 |
| ATR-181 | May 29, 2024 15:55 | ATR | Avg V Rate in ATR: 127 bpm | 00:00:02 |
| RAAT-361 | May 25, 2024 00:13 | RA Auto | | -------- |
| LVAT-258 | May 25, 2024 00:12 | LV Auto | | -------- |
| RVAT-361 | May 25, 2024 00:06 | RV Auto | | -------- |
| ATR-180 | May 24, 2024 23:25 | ATR | Avg V Rate in ATR: 106 bpm | 00:00:04 |
| ATR-179 | May 24, 2024 18:19 | ATR | Avg V Rate in ATR: 106 bpm | 00:00:06 |
| ATR-178 | May 24, 2024 16:50 | ATR | Avg V Rate in ATR: 106 bpm | 00:00:07 |
| ATR-177 | May 24, 2024 12:19 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:10 |
| ATR-176 | May 24, 2024 10:17 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:07 |
| ATR-175 | May 23, 2024 14:46 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:10 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Device Settings Report** | **Report Created: Aug 16, 2024**

| Boston Scientific | Fields, David (98454/PATEL) | |
|---|---|---|
| | Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 16, 2024 03:01 EDT**<br>Last Office Interrogation: **May 23, 2024**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

## Programming

| | |
|---|---|
| Last Programmed | Oct 12, 2023 |
| Ventricular Tachy Mode | Jul 14, 2023 Changed to Monitor + Therapy<br>Jul 14, 2023 Changed to Off |

## Ventricular Tachy

**VF 200 bpm (300 ms)**

| **Detection/Redetection** | | **Therapy** | |
|---|---|---|---|
| Initial Duration | 2.5 s | QUICK CONVERT™ ATP | On |
| Redetection Duration | 1.0 s | Shock 1 | 41 J |
| Post-Shock Duration | 1.0 s | Shock 2 | 41 J |
| | | Additional 41 J Shocks | 6 |

**VT 170 bpm (353 ms)**

| **Detection/Redetection** | | | |
|---|---|---|---|
| | | **ATP1** | **Off** |
| Initial Duration | 10.0 s | **ATP2** | **Off** |
| Redetection Duration | 1.0 s | **Shocks** | |
| Post-Shock Duration | 1.0 s | Shock 1 | Off |
| Atrial Tachy Discrimination | | Shock 2 | Off |
| Sinus Tachycardia Discrimination | | Shock 3-6 | Off |
| **Initial Detection** | | | |
| V Rate > A Rate | On | | |
| AFib Rate Threshold | 170 bpm | | |
| Stability | 20 ms<br>And | | |
| Onset | 9 % | | |
| Sustained Rate Duration | 03:00 mm:ss | | |
| **Post-Shock Detection** | | | |
| V Rate > A Rate | On | | |
| AFib Rate Threshold | 170 bpm | | |
| Stability | 20 ms | | |
| Sustained Rate Duration | 00:15 mm:ss | | |

**Ventricular Tachy Therapy Setup**

| ATP | | Shock (All Shocks) | |
|---|---|---|---|
| RV ATP Amplitude | 5.0 V | Waveform | Biphasic |
| RV ATP Pulse Width | 1.0 ms | Committed Shock | Off |
| LV ATP Amplitude | 5.0 V | Lead Polarity | Initial |
| LV ATP Pulse Width | 1.0 ms | Shock Lead Vector | RV Coil to Can |
| Magnet and Beeper | | | |
| Magnet Response | Inhibit Therapy | | |
| Beep During Capacitor Charge | Off | | |

## Atrial Tachy

**Therapy**

| **ATR Mode Switch Details** | | **Atrial Tachy Response** | |
|---|---|---|---|
| ATR Mode Switch | On | Atrial Flutter Response | Off |
| Trigger Rate | 170 bpm | PMT Termination | On |
| Duration | 8 cycles | **Ventricular Regulation** | |
| Entry Count | 8 cycles | BiV Trigger | On |
| Exit Count | 8 cycles | | |
| Fallback | | | |
| Mode | VDIR | | |
| Time | 00:30 mm:ss | | |
| ATR/VTR Fallback LRL | 70 ppm | | |
| Ventricular Rate Regulation | Max | | |
| BiV Trigger | On | | |
| Maximum Pacing Rate | 110 ppm | | |

G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

Clinician Signature

LATITUDE® Patient Management - Device Settings Report
Fields, David (98454/PATEL) Aug 18, 2024

## Brady/CRT

**Normal Settings**

| | |
|---|---|
| Mode | DDDR |
| Lower Rate Limit | 60 ppm |
| Maximum Tracking Rate | 125 ppm |
| Maximum Sensor Rate | 130 ppm |
| Paced AV Delay | 240 - 240 ms |
| Sensed AV Delay | 180 - 180 ms |
| A-Refractory (PVARP) | 240 - 280 ms |
| RV-Refractory (RVRP) | 230 - 250 ms |
| LV-Refractory (LVRP) | 250 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |
| PVARP after PVC | 400 ms |
| LV Protection Period | 400 ms |
| **Blanking** | |
| A-Blank after V-Pace | 125 ms |
| A-Blank after RV-Sense | Smart |
| RV-Blank after A-Pace | 65 ms |
| LV-Blank after A-Pace | Smart |
| Noise Response | DOO |
| **Rate Enhancements** | |
| Rate Smoothing | |
| Up | Off |
| Down | Off |
| Tracking Preference | On |
| **PaceSafe™ LV Automatic Threshold** | |
| Maximum Amplitude | 5.0 V |
| Safety Margin | 1.0 V |

| | |
|---|---|
| **Pacing Output** | |
| Atrial | Auto 2.0 V @ 0.4 ms |
| **Right Ventricular** | Auto 2.0 V @ 0.4 ms |
| Left Ventricular (LVa) | Auto 1.7 V @ 0.8 ms |
| Left Ventricular (LVb) | Off |
| **Sensitivity** | |
| Atrial | AGC 0.25 mV |
| **Right Ventricular** | AGC 0.6 mV |
| Left Ventricular | AGC 1.0 mV |
| **Leads Configuration (Pace/Sense)** | |
| Atrial | |
| Pace | Bipolar |
| Sense | Bipolar |
| **Right Ventricular** | |
| Pace | Bipolar |
| Sense | Bipolar |
| Left Ventricular | |
| Electrode Configuration | Quadripolar |
| Pace (LVa) | LVTip1>>Can |
| Pace (LVb) | Off |
| Sense | LVRing2>>RV |
| **Rate Adaptive Pacing** | |
| Accelerometer | On |
| Response Factor | 10 |
| Activity Threshold | Medium Low |
| Reaction Time | 30 s |
| Recovery Time | 2 min |
| **Respiratory Sensor Settings** | |
| Respiratory Sensor | On |
| Excitation Current | 320 µA |
| Vector Selection | Auto Select |
| Signal Artifact Monitor | On |
| **LV MultiSite Pacing** | |
| Pacing Order | Off |

**Post-Therapy Settings**

| | |
|---|---|
| Lower Rate Limit | 60 ppm |
| **Output** | |
| Atrial | 5.0 V @ 1.0 ms |
| **Right Ventricular** | 5.0 V @ 1.0 ms |
| Left Ventricular | 5.0 V @ 1.0 ms |
| Post Therapy Period | 00:30 mm:ss |

Note: Post Therapy pacing uses the Brady Normal settings in combination with settings shown in this section.

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Device Settings Report
Fields, David (98454/PATEL)

Aug 18, 2024

**Setup**

**Battery Setup**

**Beeper**

| | |
|---|---|
| Beep when Explant is Indicated | On |

**Trending Setup**

| | |
|---|---|
| Recording Method | 30 Second Average |
| Duration | 25 hours |
| Data Storage | Continuous |

**Sensor Activation**

| | |
|---|---|
| Heart Failure Sensor Suite | On |
| Sleep Incline | On |

**Sleep Schedule**

| | |
|---|---|
| Sleep Start Time | 23:00 hh:mm |
| Sleep Duration | 7 hour(s) |

**Leads Status Setup**

| | Daily Intrinsic Amplitude | Daily Impedance | Impedance Limits | Pace Threshold | Beep When Out-of-Range |
|---|---|---|---|---|---|
| Atrial | On | On | 200 - 2000 Ω | On | Off |
| Right Ventricular | On | On | 200 - 2000 Ω | On | Off |
| Left Ventricular | On | On | 200 - 2000 Ω | On | Off |
| Shock | | On | 20 - 125 Ω | | Off |

**Other Daily Trends**

| | |
|---|---|
| Respiration-related Trends | On |

**Beeper**

Beeper Type Piezo

Note: The Piezo beeper is designed to withstand the strong magnetic fields associated with MRI scanners without being damaged.

Beeper On

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 18, 2024 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: RESO... IT-D<br>G447/310757<br>Clinic: East Tennessee Heart Consultants -<br>Search Tags:<br>Tachy Mode: Monitor + Therapy | Latest Device Transmission: Aug 18, 2024 03:01 EDT<br>Last Office Interrogation: May 23, 2024<br>Implant Date: Jul 14, 2023<br>Patient Group: Patel (Primary) |

RAAT-458, Aug 17, 2024 21:13, RA Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024

| | | | |
|---|---|---|---|
| > V Range | < V Range | V Sense | V Pace |
| > A Range | < A Range | A Sense | A Pace |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Event Detail Report** | **Report Created: Aug 18, 2024**

Boston Scientific

Fields, David (98454/PATEL)

Date of Birt
Device: **RE** )
**G447/310757**
Clinic: **East Tennessee Heart Consultants -**
Search Tags:
Tachy Mode: **Monitor + Therapy**

Latest Device Transmission: **Aug 16, 2024 03:01 EDT**
Last Office Interrogation: **May 23, 2024**
Implant Date: **Jul 14, 2023**
Patient Group: **Patel (Primary)**

LVAT-355: Aug 17, 2024 21:12, LV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report | Report Created: Aug 18, 2024

Boston Scientific

Fields, David (98454/PATEL)

| | |
|---|---|
| Date of Birth: | Latest Device Transmission: **Aug 18, 2024 03:01 EDT** |
| Device: **RESONATE X4 CRT-D** | Last Office Interrogation: **May 23, 2024** |
| G447/310757 | Implant Date: **Jul 14, 2023** |
| Clinic: **East Tennessee Heart Consultants -** | Patient Group: **Patel (Primary)** |
| Search Tags: | |
| Tachy Mode: **Monitor + Therapy** | |

RVAT-458: Aug 17, 2024 21:06, RV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Event Detail Report** | **Report Created: Aug 18, 2024**

Boston Scientific

Fields, David (98454/PATEL)

Date of Birth:
Device: **RESONATE X4 CRT-D**
**G447/310757**
Clinic: **East Tennessee Heart Consultants -**
Search Tags:
Tachy Mode: **Monitor + Therapy**

Latest Device Transmission: **Aug 18, 2024 03:01 EDT**
Last Office Interrogation: **May 23, 2024**
Implant Date: **Jul 14, 2023**
Patient Group: **Patel (Primary)**

ATR-366: Aug 16, 2024 19:57, ATR, A Rate: 215 bpm, V Rate: 108 bpm

**Detail**

| | |
|---|---|
| **ATR Event Onset** | |
| Avg A Rate | 215 bpm |
| Avg V Rate | 108 bpm |
| In ATR | |
| Avg V Rate | 103 bpm |
| Event Ended | 00:00:05 |

**EGM displayed at 25mm per second**




G447 Firmware Version: H v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Event Detail Report** | **Report Created: Aug 18, 2024**

Boston Scientific

Fields, David (98454/PATEL)

Date of Birth:
Device: **RESONATE X4 CRT-D**
**G447/310757**
Clinic: **East Tennessee Heart Consultants -**
Search Tags:
Tachy Mode: **Monitor + Therapy**

Latest Device Transmission: **Aug 16, 2024 03:01 EDT**
Last Office Interrogation: **May 23, 2024**
Implant Date: **Jul 14, 2023**
Patient Group: **Patel (Primary)**

ATR-365: Aug 12, 2024 16:05, ATR, A Rate: 109 bpm, V Rate: 109 bpm

**Detail**

| | | |
|---|---|---|
| **ATR Event Onset** | | |
| Avg A Rate | 109 bpm | |
| Avg V Rate | 109 bpm | |
| In ATR | | |
| Avg V Rate | 108 bpm | |
| Event Ended | | 00:00:01 |

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Event Detail Report** | **Report Created: Aug 18, 2024**

| | | |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL) | |
| | Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 18, 2024 03:01 EDT**<br>Last Office Interrogation: **May 23, 2024**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

ATR-364, Aug 12, 2024 09:45, ATR, A Rate: 223 bpm, V Rate: 111 bpm

**Detail**

**ATR Event Onset**

| | | |
|---|---|---|
| Avg A Rate | 223 bpm | |
| Avg V Rate | 111 bpm | |
| In ATR | | |
| Avg V Rate | 103 bpm | |
| Event Ended | | 00:00:08 |

**EGM displayed at 25mm per second**




G447 Firmware Version: H v1.00.00(1.01)

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

**LATITUDE® Patient Management - Event Detail Report**
Fields, David (98454/PATEL)

Aug 18, 2024







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)
Aug 18, 2024







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Presenting EGM Report** | **Report Created: Aug 18, 2024**

| | | |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 18, 2024 03:01 EDT**<br>Last Office Interrogation: **May 23, 2024**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

**Presenting EGM (Aug 18, 2024)**

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

LATITUDE® Patient Management - Presenting EGM Report
Fields, David (98454/PATEL)

Aug 18, 2024







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Presenting EGM Report
Fields, David (98454/PATEL)

Aug 18, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Event Detail Report** | **Report Created: Aug 18, 2024**

| | | |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br>Date of Birth:<br>Device: **RESONATE X4 CRT-D G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 18, 2024 03:01 EDT**<br>Last Office Interrogation: **May 23, 2024**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

ATR-358, Aug 11, 2024 02:54, ATR, A Rate: 211 bpm, V Rate: 105 bpm

**Detail**

**ATR Event Onset**

| | | |
|---|---|---|
| Avg A Rate | 211 bpm | |
| Avg V Rate | 105 bpm | |
| In ATR | | |
| Avg V Rate | 98 bpm | |
| Event Ended | | 00:00:07 |

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Event Detail Report** | **Report Created: Aug 18, 2024**

Boston Scientific

Fields, David (98454/PATEL)

Date of Birth:
Device: **RESONATE X4 CRT-D**
G447/310757
Clinic: **East Tennessee Heart Consultants -**
Search Tags:
Tachy Mode: **Monitor + Therapy**

Latest Device Transmission: **Aug 18, 2024 03:01 EDT**
Last Office Interrogation: **May 23, 2024**
Implant Date: **Jul 14, 2023**
Patient Group: **Patel (Primary)**

ATR-357: Aug 11, 2024 02:31, ATR, A Rate: 214 bpm, V Rate: 107 bpm

**Detail**

**ATR Event Onset**

| | |
|---|---|
| Avg A Rate | 214 bpm |
| Avg V Rate | 107 bpm |
| In ATR | |
| Avg V Rate | 98 bpm |
| Event Ended | 00:00:09 |

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report | Report Created: Aug 18, 2024

Boston Scientific

Fields, David (98454/PATEL)

Date of Birth:
Device: **RESONATE X4 CRT-D**
**G447/310757**
Clinic: **East Tennessee Heart Consultants -**
Search Tags:
Tachy Mode: **Monitor + Therapy**

Latest Device Transmission: **Aug 18, 2024 03:01 EDT**
Last Office Interrogation: **May 23, 2024**
Implant Date: **Jul 14, 2023**
Patient Group: **Patel (Primary)**

ATR-356, Aug 11, 2024 02:16, ATR, A Rate: 212 bpm, V Rate: 106 bpm

**Detail**

**ATR Event Onset**

| | |
|---|---|
| Avg A Rate | 212 bpm |
| Avg V Rate | 106 bpm |
| In ATR | |
| Avg V Rate | 67 bpm |
| Event Ended | 00:00:24 |

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024

| | | | |
|---|---|---|---|
| > V Range | < V Range | V Sense | V Pace |
| > A Range | < A Range | A Sense | A Pace |







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report | Report Created: Aug 18, 2024

| | | |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birt<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 18, 2024 03:01 EDT**<br>Last Office Interrogation: **May 23, 2024**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

RAAT-450: Aug 10, 2024 21:13, RA Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Event Detail Report** | **Report Created: Aug 18, 2024**

| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 18, 2024 03:01 EDT**<br>Last Office Interrogation: **May 23, 2024**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |
|---|---|---|

LVAT-347: Aug 10, 2024 21:11, LV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 16, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report Aug 18, 2024
Fields, David (98454/PATEL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ↑ | > V Range | ↓ | < V Range | ▪ | V Sense | ▫ | V Pace |
| ⇧ | > A Range | ⇩ | < A Range | • | A Sense | ◦ | A Pace |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 18, 2024 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth<br>Device: **RESONATE X4 CRT-D**<br>G447/310757<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 18, 2024 03:01 EDT**<br>Last Office Interrogation: **May 23, 2024**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

RVAT-450: Aug 10, 2024 21:06, RV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024

| | | | |
|---|---|---|---|
| > V Range | < V Range | V Sense | V Pace |
| > A Range | < A Range | A Sense | A Pace |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

Lincoln Financial Group®

# Disability Attending Physician Statement

**The Lincoln National Life Insurance Company**
PO Box 2609 Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
LincolnFinancial.com
disabilityclaims@lfg.com

**Instructions:** All sections below need to be completed by your treating provider. Once complete login to our secure portal to upload the document, fax to (877) 843-3950, or email to disabilityclaims@lfg.com.

## 1. Claimant Information

Employee's Name: David L. Fields
Claim Number: 1230051807
Date of Birth
Telephone Number:
Social Security Number:
Employer Name: East TN Irons Metal

## 2. Medical Facts

**Primary Diagnosis:** Non-ischemic congestive Cardiomyopathy ICD-10 Code: I 42.0
**Secondary Diagnosis:** Chronic systolic heart failure ICD-10 Code: I 50.22
**Co-Morbids:** HTN - OSA - Obesity
Height: 6 ft. Weight: 261 Gender: Male
**Is the Disability a Result of:** ☒ Illness ☐ Injury ☐ Work Related

Date Unable to Work: 2-9-2023 If Injury, Date of Injury:
Date of Initial Treatment: 2-6-2023 Date of Most Recent Treatment: 5-23-2024
Date of Next Treatment: 9-11-2024 Reoccurring Condition? ☐ Yes ☐ No

**Has Patient Been Hospitalized:** ☐ Yes ☐ No If Yes, Dates of Admission and Discharge: ______ to ______
Hospitalization Reason: Cardiac cath & bi-v ICD/PM implant - OP only
Has/Will Surgery Occur? ☒ Yes ☐ No Surgery Elective? ☐ Yes ☒ No Date of Surgery: 2-17-23 & 7-14-23
Surgery Type: Cardiac cath & biventricular ICD/PM implant

**If Pregnancy:** Estimated Due Date: Actual Delivery Date:
Advised to Cease Work Prior to Delivery: ☐ Yes ☐ No Delivery Type: ☐ Vaginal ☐ C-Section
Pregnancy Complications: N/A

**Symptoms** (including impact to ADL's, and self reported symptoms):
fatigue, SOB, swelling

**Objective Findings** (include copies of x-rays, EKG's, blood work, scans, and any clinical findings):
Echo 3-29-24
Last remote device monitor 8-18-24

**Nature of Treatment** (current and recommended, frequency) and **Treatment/Physician Referrals** (include phone/fax number):
guideline directed medical therapy
BiV Implanted Cardio defibrillator w/ PM
Warren Stribling, MD
(p) 615-222-3078 615-222-5399 (f)
Nilam Patel, MD
(p) 865-392-3400 865-392-3449 (f)

**Medications** (include dosage, frequency, and dates prescribed/changed):
ASA 81mg daily Entresto 49-51mg bid MVI daily
Carvedilol 12.5mg bid Farxiga 5mg daily Spironolactone 25mg daily

**Restrictions and Limitations:**

**Physical Diagnosis:**

Lifting: _____ lbs _____ hours per work day
Carrying: _____ lbs _____ hours per work day

**Provide Hours per Work Day:**

Sitting: ____________
Standing: ____________
Walking: ____________
Kneeling: ____________
Climbing: ____________
Squatting: ____________
Stooping: ____________
Bending: ____________
Reaching: ____________

**Mental Diagnosis** (Ability to perform task using scale below):
1 = Unable to Perform 2 = Markedly Limited
3 = Somewhat Limited 4 = Unlimited

Perform at Constant Pace: ____________
Maintain Attention/Concentration: ____________
Comprehend Daily Tasks: ____________
Multi-Task: ____________
Communicate Effectively: ____________
Regulate Emotions: ____________
Follow Instructions: ____________
Interact with Colleagues: ____________
Interact with Public: ____________
Make Decisions: ____________
Work Alone/Separate from Others: ____________

**Dates of Restrictions and Limitations:** 2-9-23 to undetermined Date Able to Return to Work: ____________

☐ Full Time ☐ Part Time Part Time Days/Hours: ____________

**Job Modifications Needed to Return to Work:**

Modified Work Schedule: ____________ Duration of Modified Work Schedule: ____________

**Additional Restrictions and Limitations:**
Patient occupation is Commercial driver - CDL regulations forbid driver with ICD.

## 3. Signature

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

Printed Name of Provider (including Credentials): Barry Michelson, MD

[signature] 9/17/24
Provider Signature Date

Specialty of Practice: Cardiology Address of Practice: 10800 Parkside Dr. #331 Knoxville, TN 37934

Phone Number: 865.392.3400 Fax Number: 865-392-3449

Email: Cindy.Pittman@Tennova.com

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion. Please see Fraud Notices attached.

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Services.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits, if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer, files a statement of claim, or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Kansas.** A person may be guilty of fraud as determined by a court of law, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Kentucky.** Any person who knowingly and with the intent to defraud an insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**North Carolina.** Any person who, with intent to injure, defraud, or deceive an insurer or insurance claimant: (1) presents or causes to be presented a written or oral statement, including computer-generated documents as part of, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning any fact or matter material to a claim, or (2) assists, abets, solicits, or conspires with another person to prepare or make any written or oral statement that is intended to be presented to an insurer or insurance claimant in connection with, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning a fact or matter material to the claim is guilty of a Class H felony.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** A person may be committing insurance fraud, if he or she submits an application or claim containing a misstatement, misrepresentation, omission or concealment with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Vermont.** Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

**FOR ALL OTHER STATES.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Jefferson Memorial Hospital

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | FIELDS DAVID | | | **Procedure Staff** | |
| **MRN:** | 00809309 | | | **Referring Physician:** | Barry Michelson, MD |
| **Date of birth:** | | **Age:** | 46 year(s) | **Sonographer:** | Juliann Blackburn, RCS |
| **Gender:** | Male | **BMI:** | 35.67 $kg/m^2$ | **Interpreting physician:** | Barry Michelson, MD |
| **Weight:** | 119.3 kg | **BSA:** | 2.39 $m^2$ | | |
| **Height:** | 182.88 cm | | | | |

**Procedure Information**

| | | | |
|---|---|---|---|
| **Exam date time:** | 3/29/2024 12:48 PM | | |
| **Procedure type:** | Echo | | |
| **Proc. sub type:** | TTE procedure: NI Echo TTE 2D Complete w Color Doppler. | | |
| **Patient status:** | Routine | **Accession no:** | 3002408900170 |
| **HR:** | 60 bpm | **FIN Number:** | 4521481 |
| | | **Study location:** | Jefferson City |
| | | **Technical quality:** | Good visualization |

**Reason for Study**

DILATED CARDIOMYOPATHY

**Physician Conclusions**

**Summary:**

Left ventricle size is moderately dilated.
Left ventricle wall thickness is normal.
EF estimated at 20%.
Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure..
There is severe global left ventricular systolic dysfunction.
Valve is trileaflet and normal in structure. No evidence of stenosis.
Mild aortic regurgitation.
Left atrium is mild to moderately enlarged.
Moderate to severe mitral regurgitation.

Moderate to severe mitral regurgitation.



PAGE 5/74 * RCVD AT 9/18/2024 3:25:43 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/0 * DNIS:8778433950 * CSID: * ANI:8653923454 * DURATION (mm-ss):48-32
Lincoln/Fields 1241

**Jefferson Memorial Hospital**

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

| | |
|---|---|
| **Obervations** | |
| **Left ventricle:** | Left ventricle size is moderately dilated.<br>Left ventricle wall thickness is normal.<br>EF estimated at 20%.<br>Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure..<br>There is severe global left ventricular systolic dysfunction. |
| **Right ventricle:** | Chamber size is normal. Global systolic function is normal. |
| **Left atrium:** | Left atrium is mild to moderately enlarged. |
| **Right atrium:** | Right atrium is normal in size. |
| **Mitral valve:** | Valve appears structurally normal. No evidence of stenosis.<br>Moderate to severe mitral regurgitation. |
| **Aortic valve:** | Valve is trileaflet and normal in structure. No evidence of stenosis.<br>Mild aortic regurgitation.<br>Aortic valve Peak velocity is 1.01 m/s.<br>Aortic valve Peak pressure gradient is 4.08 mmHg.<br>Aortic valve Mean pressure gradient is 2 mmHg. |
| **Tricuspid valve:** | Mild to Moderate tricuspid regurgitation.<br>RVSP estimated at 43 mmHg |
| **Pulmonic valve:** | Valve appears structurally normal. No evidence of stenosis. No significant regurgitation visualized. |
| **Pericardial:** | Pericardium appears normal. There is no pericardial effusion visualized. |
| **Aorta/Great vessels:** | Aortic root is normal in size.<br>The inferior vena cava is not dilated and shows more than 50% respiratory variation. |
| **Pleural:** | There is no pleural effusion present. |

Electronically signed by Barry Michelson, MD (interpreting physician) on 4/2/2024 at 12:08 PM

Jefferson Memorial Hospital

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

## Left Ventricle

| | | | |
|---|---|---|---|
| Diastolic dimension: | 6.42 cm **(4.2 - 5.8 cm)** | Systolic dimension: | 5.55 cm **(2.5 - 4 cm)** |
| 2D septum diastolic: | 0.72 cm | FS Normal Range (30-45%): | 14 % |
| 2D post wall diastolic: | 0.94 cm | | |
| IVRT: | 95 ms | | |
| LV mass (ASE formula): | 219.34 g | | |
| LV mass index: | 91.65 g/m² | | |
| RWT: | 0.29 | | |

**LV M-Mode**

**LV Ejection Fraction**

| | | | |
|---|---|---|---|
| LVEDV Teichholz: | 265 ml **(62 - 150 ml)** | LVESV Teichholz: | 171 ml **(21 - 61 ml)** |
| LVEDVI Teichholz: | 110.73 ml/m² **(34 - 74 ml/m²)** | LVESVI Teichholz: | 71.45 ml/m² **(11 - 31 ml/m²)** |
| EF Teichholz: | 35 % | | |

**LV 3D/Strain**

## Right Ventricle

| | | | |
|---|---|---|---|
| Diastolic dimension: Normal Range (2.7-3.4cm): | 2.5 cm | Systolic pressure: | 26.81 mmHg |

## Left Atrium

| | | | |
|---|---|---|---|
| **LA diameter (2D) Normal Range (2.0-4.0cm):** | 3.6 cm | **LA/Aorta (2D):** | 1.38 |
| | | **LA volume index:** | 33.84 ml/m² |
| **LA area:** | 26.9 cm² | | |
| **LA volume:** | 81 ml | | |

## Right Atrium

| | |
|---|---|
| **Systolic pressure:** | 10 mmHg |

Jefferson Memorial Hospital

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

## Aortic Valve

| | | | |
|---|---|---|---|
| **Peak velocity Normal Range (0.9-1.7m/s) :** | 1.01 m/s | **Mean velocity:** | 0.73 m/s |
| **Peak gradient Normal Range (<10mmHG):** | 4.08 mmHg | **Mean gradient Normal Range (<10mmHG) :** | 2 mmHg |
| **AV VTI:** | 20.4 cm | **Dimensionless index:** | 0.72 |
| **AR peak velocity:** | 246 cm/s | **Mean velocity:** | 52.4 cm/s |
| **Peak velocity:** | 72.7 cm/s | **Mean gradient:** | 1 mmHg |
| **Peak gradient:** | 2 mmHg | **LVOT VTI Normal Range (0.7-1.1m/s):** | 16.2 cm |

## Mitral Valve

| | | | |
|---|---|---|---|
| **Peak E-wave Normal Range (0.60-1.30m/s) :** | 92.1 cm/s | **Peak gradient:** | 3.39 mmHg |
| **MR velocity:** | 389 cm/s | **Deceleration time Normal Range (160-240msec):** | 169 ms |
| **E' septal velocity:** | 6.11 cm/s | **MR VTI:** | 119 cm |
| **A' septal velocity:** | 4.23 cm/s | **E' lateral velocity:** | 8.55 cm/s |
| **E/E' septal:** | 15.07 | **A' lateral velocity:** | 4.04 cm/s |
| | | **E/E' lateral:** | 10.77 |
| | | **E/E' average:** | 12.92 |

## Tricuspid Valve

| | | | |
|---|---|---|---|
| **Estimated RVSP:** | 35 mmHg | **Estimated RAP:** | 10 mmHg |
| **TR velocity:** | 205 cm/s | **TR gradient:** | 16.81 mmHg |

## Pulmonic Valve

| | | | |
|---|---|---|---|
| **Peak velocity Normal Range (0.5-1.0m/s):** | 88 cm/s | **Peak gradient:** | 3.1 mmHg |
| | | **Estimated PASP:** | 26.81 mmHg |
| | | **Acceleration time:** | 90 ms |

## Aorta/Great Vessels

| | | | |
|---|---|---|---|
| **Aortic root (2D):** | 2.6 cm | **ACS (M-mode) Normal Range (1.5-26cm):** | 1.5 cm |

Electronically signed by Barry Michelson, MD (Interpreting physician) on 4/2/2024 at 12:08 PM

GENEVA
HEALTH SOLUTIONS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Patient Name:** | David L Fields | **Device Make:** | BOSTONSCI | **Device Model:** | G447 | **Report Status:** | FINAL |
| **DOB:** | | **Device Type:** | CRTD | **Device SN:** | 310757 | **eSigned By:** | Nilamkumar Patel, MD |
| **MRN:** | 98454 | | | | | **eSigned On:** | 2024-08-23 07:51 PT |
| **Clinic Name:** | TennovaTC | **Lead Type** | **Make** | **Model** | **SN** | **Report Date:** | 2024-08-18 02:01 |
| **Visit #:** | | | | | | **Reason:** | |
| **Visit # (30):** | | | | | | | |
| **Visit # (90):** | | | | | | | |

## Interpretation Summary

**Battery and Leads (BL)**
Normal battery parameters
R wave out of range

**Presenting Rhythm (PR)**
Atrial Sensing-BiVentricular Pacing (AS-BiVP)
Triggered Pacing

**Arrhythmic events (AE)**
Farfield Oversensing is noted
Device-identified arrhythmic events without corresponding EGMs and/or details noted

**Cardiovascular Physiologic Parameters (CPP)**
No significant change in cardiovascular physiological parameters

**Transmission Information (TI)**
Physiologic Parameter Summary Report
Device Summary Report

## Additional Comments

CRTD Report
Monitoring period: 7/22/24 - 8/18/24

Battery/Lead Status: 9.5 yrs
Intrinsic R-wave measured <5 mV (consistent with trends)

Ap: 25%
RVp: 91%
LVp: 99%

Atrial Events: EGMs illustrate far field over sensing.
Atrial Burden: <1%

## Provider Comments

**Battery Status:** Beginning of Service

| | | | RA Lead | RV Lead | LV Lead |
|---|---|---|---|---|---|
| **Measured Voltage:** | | **Sense (mV)** | 1.3 | | 4.0 |
| **Pacing Mode:** | DDDR | **Impedance (Ohms)** | 605 | 352 | 624 |
| **Lower Rate Limit:** | 60 | **Pacing Threshold Amplitude (mV)** | 0.6 | 0.8 | 0.7 |
| **Max Tracking Rate:** | 125 | | | | |
| **Ap:** 25 | **Vp:** 99 | **Pacing Threshold Pulse Width (ms)** | 0.4 | 0.4 | 0.6 |
| | | **Date Last Measured** | 2024-08-17 | 2024-08-17 | 2024-08-17 |

| | RA Lead | RV Lead | LV Lead |
|---|---|---|---|
| **Sensitivity (mV)** | AGC 0.25 | AGC 0.6 | AGC 1.0 |
| **Pacing Output Amplitude (V)** | 2.0 | 2.0 | 1.7 |
| **Pacing Output Pulse Width (ms)** | 0.4 | 0.4 | 0.8 |

## Billing & Diagnosis Summary

**CPT Codes:**
93295 - ICD Remote Interrogation Eval

| | |
|---|---|
| **Billing Status (30):** | BILLABLE |
| **30 Day Cycle:** | 2024-08-07 ~ 2024-09-05 |
| **30 Billable On:** | 2024-09-06 |
| **Billing Status (90):** | BILLABLE |
| **90 Day Cycle:** | 2024-07-08 ~ 2024-10-05 |
| **90 Billable On:** | 2024-10-06 |

**Diagnosis Codes:**
Z95.810 - Presence of automatic ICD

| | |
|---|---|
| **Patient Name:** Fields, David | **MRN:** 98454 |
| **DOB:** Oct/20/1977 | **Visit #:** |

**LATITUDE® Patient Management - Combined Follow-up Report** | **Report Created: Aug 18, 2024**

Boston Scientific

Fields, David (98454/PATEL)

Date of Birt
Device: **RESONATE X4 CRT-D**
**G447/310757**
Clinic: **East Tennessee Heart Consultants -**
Search Tags:
Tachy Mode: **Monitor + Therapy**

Latest Device Transmission: **Aug 18, 2024 03:01 EDT**
Last Office Interrogation: **May 23, 2024**
Implant Date: **Jul 14, 2023**
Patient Group: **Patel (Primary)**

**My Alerts**

Aug 17, 2024 04:07 — Atrial Arrhythmia Burden of at least > 0 hours in a 24 hour period.

For Technical Support contact 1-800-CARDIAC (Americas) or your local Boston Scientific Representative.

**Events Since Last Reset (May 23, 2024)**

Aug 17, 2024 21:13 RA Auto
Aug 17, 2024 21:12 LV Auto
See last page for full list of Events Since Last Reset.

**Battery**

Approximate time to explant: **9.5 years** from Aug 18, 2024

| | | |
|---|---|---|
| Last Capacitor Re-form | Jun 03, 2024 03:05 | |
| Charge Time | 10.2 s | |

**One Year Remaining**

**Explant**

See last page for additional battery information.

| **Leads** | **Implant (Jul 14, 2023)** | **Most Recent In-Office Measurement (May 23, 2024)** | **Most Recent Daily Measurement (Aug 17, 2024)** |
|---|---|---|---|
| **Atrial** | | | |
| Intrinsic Amplitude | N/R | 2.3 mV | 1.3 mV |
| Pace Impedance | N/R | 758 Ω | 605 Ω |
| Pace Threshold | N/R | Auto 0.5 V @ 0.4 ms (Oct 12, 2023) | 0.6 V @ 0.4 ms |
| **Right Ventricular** | | | |
| Intrinsic Amplitude | N/R | 18.6 mV | N/R |
| Pace Impedance | N/R | 450 Ω | 352 Ω |
| Pace Threshold | N/R | Auto 0.5 V @ 0.4 ms (Oct 12, 2023) | 0.8 V @ 0.4 ms |
| Left Ventricular | | | |
| Intrinsic Amplitude | N/R | 3.5 mV | 4.0 mV |
| Pace Impedance (LVa) | N/R | 628 Ω | 624 Ω |
| Pace Impedance (LVb) | | 622 Ω | |
| Pace Threshold | N/R | Auto 0.9 V @ 0.8 ms (Oct 12, 2023) | 0.7 V @ 0.8 ms |
| Shock | | | |
| Shock Impedance | N/R | 74 Ω | 71 Ω |

G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.


Clinician Signature

LATITUDE® Patient Management - Combined Follow-up Report Aug 18, 2024
Fields, David (98454/PATEL)

**Settings**

**Ventricular Tachy**

| | | | |
|---|---|---|---|
| VF | 200 bpm | ATP | 41 J, 41 J, 41 Jx6 |
| VT | 170 bpm | Monitor Only | |

**Atrial Tachy**

| | | |
|---|---|---|
| ATR Mode Switch | 170 bpm | VDIR |

**Brady/CRT**

| | |
|---|---|
| Mode | DDDR |
| Lower Rate Limit | 60 ppm |
| Maximum Tracking Rate | 125 ppm |
| Maximum Sensor Rate | 130 ppm |
| Paced AV Delay | 240 - 240 ms |
| Sensed AV Delay | 180 - 180 ms |
| A-Refractory (PVARP) | 240 - 280 ms |
| RV-Refractory (RVRP) | 230 - 250 ms |
| LV-Refractory (LVRP) | 250 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |

**Pacing Output**

| | |
|---|---|
| Atrial | Auto 2.0 V @ 0.4 ms |
| **Right Ventricular** | Auto 2.0 V @ 0.4 ms |
| Left Ventricular (LVa) | Auto 1.7 V @ 0.8 ms |
| Left Ventricular (LVb) | Off |

**Sensitivity**

| | |
|---|---|
| Atrial | AGC 0.25 mV |
| **Right Ventricular** | AGC 0.6 mV |
| Left Ventricular | AGC 1.0 mV |

**Leads Configuration (Pace/Sense)**

| | |
|---|---|
| Atrial | Bipolar |
| **Right Ventricular** | Bipolar |
| LVa (Pace) | LVTip1>>Can |
| LVb (Pace) | Off |
| LV (Sense) | LVRing2>>RV |

**Rate Adaptive Pacing**

| | |
|---|---|
| Accelerometer | On |

**LV MultiSite Pacing**

| | |
|---|---|
| Pacing Order | Off |

**Rhythm ID Update**

| | |
|---|---|
| Last Successful Completion | N/R |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Aug 18, 2024

## HeartLogic™ Heart Failure Index

**6**
OK
Aug 17, 2024




## Trend Graphs

R = Counter Reset
P = Program
I = Office Interrogation




| | | |
|---|---|---|
| S3 | Aug 17, 2024 | 0.76 mG |
| S1 | Aug 17, 2024 | 1.00 mG |
| Thoracic impedance | Aug 17, 2024 | 47.4 Ω |
| Respiratory Rate | Aug 17, 2024 | 16.5 rpm |
| Night Heart Rate | Aug 17, 2024 | 62 bpm |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Aug 18, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Aug 18, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Aug 18, 2024

Left Ventricular Pace Impedance — Aug 17, 2024: 624 Ω

Left Ventricular Auto Pace Threshold — Aug 17, 2024: 0.7 V

Shock — Shock Impedance — Aug 17, 2024: 71 Ω




| Ventricular Tachy Counters | Since Last Reset May 23, 2024 | Device Totals |
|---|---|---|
| **Ventricular Episode Counters** | | |
| Total Episodes | 0 | 1 |
| **Treated** | | |
| VF Therapy | 0 | 0 |
| VT Therapy | 0 | 0 |
| VT-1 Therapy | 0 | 0 |
| Commanded Therapy | 0 | 0 |
| **Non-Treated** | | |
| No Therapy Programmed | 0 | 0 |
| NonsustainedV Episodes | 0 | 1 |
| Other Untreated Episodes | 0 | 0 |
| **Ventricular Therapy Counters** | | |
| ATP Delivered | 0 | 0 |
| ATP % Successful | 0 | 0 |
| Shocks Delivered | 0 | 0 |
| First Shock % Successful | 0 | 0 |
| Shocks Diverted | 0 | 0 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Aug 18, 2024

| Brady/CRT Counters | Reset Before Last 223 day(s) Oct 12, 2023 to May 23, 2024 | Since Last Reset 86 day(s) May 23, 2024 to Aug 16, 2024 |
|---|---|---|
| **Counters** | | |
| % A Paced | 37 | 25 |
| % RV Paced | 94 | 91 |
| % LVa Paced | 99 | 99 |
| % LVb Paced | 0 | 0 |
| **Intrinsic Promotion** | | |
| Rate Hysteresis | | |
| % Successful | 0 | 0 |
| **Atrial Arrhythmia** | | |
| % AT/AF | <1 | <1 |
| Total Time in AT/AF (min) | 14.8 | 18.6 |
| Episodes by Duration | | |
| < 1 minute | 143 | 192 |
| 1 min - < 1 hr | 0 | 0 |
| 1 hr - < 24 hr | 0 | 0 |
| 24 hr - < 48 hr | 0 | 0 |
| > 48 hr | 0 | 0 |
| Total PACs | 53320 | 24309 |
| **Ventricular Counters** | | |
| Total PVCs | 54391 | 20697 |
| Three or More PVCs | 1 | 1 |

| Clinical Counters | Since Last Reset May 23, 2024 | Device Totals |
|---|---|---|
| MRI Protection Mode | 0 | 0 |

**AT/AF Overview: Since Last Reset (May 23, 2024 to Aug 16, 2024)**

| | | |
|---|---|---|
| AT/AF: <1 % | AT/AF Events: 192 | Total Time in AT/AF (min): 18.6 |
| Most Recent: Aug 16, 2024 19:57 | Avg V Rate: 103 bpm | Duration: 00:00:05 hh:mm:ss |
| Longest: Aug 11, 2024 02:16 | Avg V Rate: 87 bpm | Duration: 00:00:24 hh:mm:ss |
| Fastest RVS Rate: Aug 16, 2024 19:57 | Max V Rate: N/R | Duration: 00:00:05 hh:mm:ss |

**AT/AF Overview: Reset Before Last (Oct 12, 2023 to May 23, 2024)**

| | | |
|---|---|---|
| Longest: Jan 26, 2024 21:11 | Avg V Rate: 97 bpm | Duration: 00:00:15 hh:mm:ss |
| Fastest RVS Rate: Feb 28, 2024 11:32 | Max V Rate: 129 bpm | Duration: 00:00:05 hh:mm:ss |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Aug 18, 2024

## Histograms

| | | |
|---|---|---|
| A: Paced / Sensed | RV: Paced / Sensed | Paced / Sensed |

| Reset Before Last | Since Last Reset |
|---|---|
| 223 day(s) | 86 day(s) |
| Oct 12, 2023 to May 23, 2024 | May 23, 2024 to Aug 18, 2024 |

**Atrial Activity**




**Ventricular Activity**




**Ventricular Response to Atrial Pace**




**Ventricular Response to Atrial Sense**




**RV Rate during AT/AF**




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Aug 18, 2024

**Histogram Rate Counts**

| Atrial | Reset Before Last 223 day(s) Oct 12, 2023 to May 23, 2024 | | Since Last Reset 86 day(s) May 23, 2024 to Aug 18, 2024 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 103 | 0 | 412 |
| 30-39 | 0 | 6.5K | 0 | 10.6K |
| 40-49 | 3 | 61.2K | 5 | 56.2K |
| 50-59 | 114 | 136.1K | 258 | 70.4K |
| 60-69 | 7.3M | 6.5M | 1.9M | 2.4M |
| 70-79 | 308.1K | 4.0M | 112.1K | 2.2M |
| 80-89 | 129.5K | 1.6M | 50.2K | 906.4K |
| 90-99 | 42.3K | 753.5K | 19.1K | 310.0K |
| 100-109 | 14.3K | 286.3K | 6.5K | 93.5K |
| 110-119 | 4.7K | 102.7K | 1.3K | 90.7K |
| 120-129 | 1.9K | 22.9K | 282 | 12.6K |
| 130-139 | 628 | 5.2K | 29 | 1.2K |
| 140-149 | 4 | 1.5K | 0 | 503 |
| 150-159 | 0 | 522 | 0 | 127 |
| 160-169 | 0 | 2.2K | 0 | 316 |
| 170-179 | 0 | 218 | 0 | 148 |
| 180-189 | 0 | 3.0K | 0 | 370 |
| 190-199 | 0 | 43.9K | 0 | 17.3K |
| 200-209 | 0 | 95 | 0 | 23 |
| 210-219 | 0 | 63 | 0 | 17 |
| 220-229 | 0 | 52 | 0 | 70 |
| 230-239 | 0 | 42 | 0 | 206 |
| 240-249 | 0 | 208 | 0 | 391 |
| >=250 | 0 | 5.3K | 0 | 4.9K |

| Right Ventricular | Reset Before Last 223 day(s) Oct 12, 2023 to May 23, 2024 | | Since Last Reset 86 day(s) May 23, 2024 to Aug 18, 2024 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 0 | 0 | 0 |
| 30-39 | 0 | 0 | 0 | 0 |
| 40-49 | 0 | 0 | 0 | 0 |
| 50-59 | 71.0K | 2.3K | 98.9K | 1.9K |
| 60-69 | 13.7M | 206.7K | 4.2M | 137.0K |
| 70-79 | 4.2M | 182.5K | 2.2M | 130.0K |
| 80-89 | 1.6M | 131.0K | 909.5K | 212.2K |
| 90-99 | 744.6K | 169.7K | 305.0K | 135.0K |
| 100-109 | 257.7K | 228.5K | 82.6K | 89.9K |
| 110-119 | 96.6K | 166.1K | 91.0K | 52.6K |
| 120-129 | 21.9K | 77.3K | 15.4K | 28.2K |
| 130-139 | 541 | 32.8K | 22 | 10.9K |
| 140-149 | 0 | 8.3K | 0 | 3.0K |
| 150-159 | 0 | 2.1K | 0 | 855 |
| 160-169 | 0 | 541 | 0 | 280 |
| 170-179 | 0 | 160 | 0 | 96 |
| 180-189 | 0 | 59 | 0 | 36 |
| 190-199 | 0 | 40 | 0 | 33 |
| 200-209 | 0 | 32 | 0 | 29 |
| 210-219 | 0 | 20 | 0 | 32 |
| 220-229 | 0 | 36 | 0 | 38 |
| 230-239 | 0 | 59 | 0 | 17 |
| 240-249 | 0 | 46 | 0 | 4 |
| >=250 | 0 | 29 | 0 | 1 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

| Left Ventricular | Reset Before Last 223 day(s) Oct 12, 2023 to May 23, 2024 | | Since Last Reset 86 day(s) May 23, 2024 to Aug 18, 2024 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 535 | 0 | 493 |
| 30-39 | 1 | 92 | 15 | 58 |
| 40-49 | 1.5K | 37 | 829 | 32 |
| 50-59 | 111.4K | 45 | 141.6K | 74 |
| 60-69 | 13.9M | 3.8K | 4.3M | 11.3K |
| 70-79 | 4.3M | 12.2K | 2.3M | 28.9K |
| 80-89 | 1.7M | 5.4K | 1.1M | 4.5K |
| 90-99 | 885.7K | 17.4K | 429.2K | 7.9K |
| 100-109 | 464.4K | 27.0K | 160.1K | 11.8K |
| 110-119 | 256.7K | 23.5K | 138.4K | 13.2K |
| 120-129 | 69.4K | 43.1K | 32.3K | 13.7K |
| 130-139 | 621 | 16.3K | 122 | 4.8K |
| 140-149 | 22 | 5.0K | 13 | 1.5K |
| 150-159 | 1 | 1.3K | 1 | 308 |
| 160-169 | 0 | 295 | 0 | 122 |
| 170-179 | 0 | 84 | 0 | 39 |
| 180-189 | 0 | 42 | 0 | 12 |
| 190-199 | 0 | 13 | 0 | 3 |
| 200-209 | 0 | 5 | 0 | 0 |
| 210-219 | 0 | 1 | 0 | 0 |
| 220-229 | 0 | 0 | 0 | 0 |
| 230-239 | 0 | 2 | 0 | 0 |
| 240-249 | 0 | 0 | 0 | 0 |
| >=250 | 0 | 0 | 0 | 0 |

| RV Rate during AT/AF | Reset Before Last 223 day(s) Oct 12, 2023 to May 23, 2024 | | Since Last Reset 86 day(s) May 23, 2024 to Aug 18, 2024 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 0 | 0 | 0 |
| 30-39 | 0 | 0 | 0 | 0 |
| 40-49 | 0 | 0 | 0 | 0 |
| 50-59 | 0 | 0 | 0 | 0 |
| 60-69 | 0 | 0 | 0 | 0 |
| 70-79 | 0 | 0 | 51 | 1 |
| 80-89 | 57 | 4 | 65 | 5 |
| 90-99 | 294 | 9 | 442 | 3 |
| 100-109 | 676 | 2 | 824 | 8 |
| 110-119 | 303 | 5 | 292 | 3 |
| 120-129 | 8 | 10 | 4 | 1 |
| 130-139 | 0 | 5 | 0 | 4 |
| 140-149 | 0 | 0 | 0 | 2 |
| 150-159 | 0 | 0 | 0 | 2 |
| 160-169 | 0 | 0 | 0 | 0 |
| 170-179 | 0 | 0 | 0 | 0 |
| 180-189 | 0 | 0 | 0 | 0 |
| 190-199 | 0 | 0 | 0 | 0 |
| 200-209 | 0 | 0 | 0 | 0 |
| 210-219 | 0 | 0 | 0 | 0 |
| 220-229 | 0 | 0 | 0 | 0 |
| 230-239 | 0 | 0 | 0 | 0 |
| 240-249 | 0 | 0 | 0 | 0 |
| >=250 | 0 | 0 | 0 | 0 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Aug 18, 2024

**Heart Rate Variability**

Last measured for 24-hr period ending Jul 13, 2024 04:03

| | |
|---|---|
| % of Time Used | 70 |
| Footprint | 29 % |
| SDANN | 82 ms |
| Mode | DDDR |
| Sensed AV Delay | 180 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |




Reference: 24-hr period ending Jul 25, 2023 03:41

| | |
|---|---|
| % of Time Used | 68 |
| Footprint | 29 % |
| SDANN | 69 ms |
| Mode | DDDR |
| Sensed AV Delay | 180 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Aug 18, 2024

**Presenting EGM (Aug 18, 2024)**

EGM displayed at 25mm per second







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Combined Follow-up Report Aug 18, 2024
Fields, David (98454/PATEL)







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Aug 18, 2024




**All Events Since Last Reset (May 23, 2024)**

| | |
|---|---|
| Aug 17, 2024 21:13 | RA Auto |
| Aug 17, 2024 21:12 | LV Auto |
| Aug 17, 2024 21:06 | RV Auto |
| Aug 16, 2024 19:57 | ATR at 215 bpm, Avg V Rate in ATR: 103 bpm |
| Aug 12, 2024 16:05 | ATR at 109 bpm, Avg V Rate in ATR: 108 bpm |
| Aug 12, 2024 09:45 | ATR at 223 bpm, Avg V Rate in ATR: 103 bpm |
| Aug 11, 2024 10:03 | ATR at 147 bpm, Avg V Rate in ATR: 102 bpm |
| Aug 11, 2024 09:39 | ATR at 149 bpm, Avg V Rate in ATR: 112 bpm |
| Aug 11, 2024 06:19 | ATR at 145 bpm, Avg V Rate in ATR: 102 bpm |
| Aug 11, 2024 03:16 | ATR at 66 bpm, Avg V Rate in ATR: 71 bpm |
| Aug 11, 2024 03:07 | ATR at 213 bpm, Avg V Rate in ATR: 92 bpm |
| Aug 11, 2024 02:54 | ATR at 211 bpm, Avg V Rate in ATR: 98 bpm |
| Aug 11, 2024 02:31 | ATR at 214 bpm, Avg V Rate in ATR: 98 bpm |
| Aug 10, 2024 21:13 | RA Auto |
| Aug 10, 2024 21:11 | LV Auto |
| Aug 10, 2024 21:06 | RV Auto |
| Aug 03, 2024 21:12 | RA Auto |
| Aug 03, 2024 21:11 | LV Auto |
| Aug 03, 2024 21:06 | RV Auto |
| Jul 29, 2024 15:13 | RA Auto |
| Jul 29, 2024 15:11 | LV Auto |
| Jul 29, 2024 15:06 | RV Auto |
| Jul 22, 2024 16:06 | RA Auto |
| Jul 22, 2024 15:07 | LV Auto |
| Jul 22, 2024 15:05 | RV Auto |
| Jul 13, 2024 21:05 | PMT at 125 bpm |
| May 29, 2024 16:56 | PMT at 125 bpm |

Total Events: 192 ATR

**Battery (Continued)**

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

| | | | |
|---|---|---|---|
| Last Delivered Shock | N/R | Time Since Implant | 13 months |
| Energy | N/R | Charge Remaining | 1.86 ampere-hours |
| Charge Time | N/R | Power Consumption | 54 µW |
| Shock Impedance | N/R | (Measured with programmed parameters) | |
| Beep when Explant is Indicated | On | This device is using 108% of the power it would use at the following parameters: | |
| | | A | 15% pacing, 70 ppm, 2.5 V, 0.4 ms, 500 Ω |
| | | RV | 100% pacing, 70 ppm, 2.5 V, 0.4 ms, 700 Ω |
| | | LVa | 100% pacing, 70 ppm, 3.5 V, 0.4 ms, 700 Ω |
| | | LVb | Off |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Heart Failure Management Report | Report Created: Aug 18, 2024

| | | |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br>Date of Birth:<br>Device: RESONATE X4 CRT-D<br>G447/310757<br>Clinic: East Tennessee Heart Consultants -<br>Search Tags:<br>Tachy Mode: Monitor + Therapy | Latest Device Transmission: Aug 18, 2024 03:01 EDT<br>Last Office Interrogation: May 23, 2024<br>Implant Date: Jul 14, 2023<br>Patient Group: Patel (Primary) |

**My Alerts**

Aug 17, 2024 04:07 Atrial Arrhythmia Burden of at least > 0 hours in a 24 hour period.

For Technical Support contact 1-800-CARDIAC (Americas) or your local Boston Scientific Representative.

**HeartLogic™ Heart Failure Index**

6
OK
Aug 17, 2024




**Trend Graphs**




G447 Firmware Version: H v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.


Clinician Signature

LATITUDE® Patient Management - Heart Failure Management Report
Fields, David (98454/PATEL)

Aug 18, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Heart Failure Management Report Aug 18, 2024
Fields, David (98454/PATEL)

Daily Value — 3 Day Average

Heart Rate Variability (SDANN)

Aug 17, 2024
Insufficient
ms




**Battery** OK

Approximate time to explant: **9.5 years** from Aug 18, 2024

**Trend Data**

| Date | HeartLogic Heart Failure Index | S3 (mG) | S1 (mG) | Thoracic Impedance (Ω) | Respiratory Rate (rpm) | Night Heart Rate (bpm) | Sleep Incline (degrees) | Activity Level (hour(s)) | AT/AF Burden (hour(s), events) |
|---|---|---|---|---|---|---|---|---|---|
| Aug 17, 2024 | 6 | 0.76 | 1.00 | 47.4 | 16.5 | 62 | N/R | 1.7 | 0.0, 1 |
| Aug 16, 2024 | 5 | 0.82 | 1.24 | 48.4 | 16.5 | 62 | N/R | 2.7 | 0.0, 0 |
| Aug 15, 2024 | 5 | 0.93 | 1.36 | 50.0 | 16.5 | 62 | N/R | 1.7 | 0.0, 0 |
| Aug 14, 2024 | 5 | 0.76 | 1.14 | 48.4 | 15.8 | 63 | N/R | 2.0 | 0.0, 0 |
| Aug 13, 2024 | 6 | 0.92 | 1.39 | 47.8 | 17.0 | 64 | N/R | 1.0 | 0.0, 2 |
| Aug 12, 2024 | 6 | 0.75 | 1.25 | 48.0 | 16.0 | 62 | N/R | 0.7 | 0.0, 3 |
| Aug 11, 2024 | 6 | 0.90 | 1.31 | 47.8 | 15.5 | 70 | N/R | 1.0 | 0.0, 6 |
| Aug 10, 2024 | 6 | 0.94 | 1.51 | 48.4 | 18.0 | 63 | N/R | 1.7 | 0.0, 3 |
| Aug 09, 2024 | 6 | 0.90 | 1.45 | 48.4 | 16.8 | 62 | N/R | 0.7 | 0.0, 2 |
| Aug 08, 2024 | 6 | 0.89 | 1.33 | 48.7 | 17.8 | 63 | N/R | 1.5 | 0.0, 4 |
| Aug 07, 2024 | 5 | 0.83 | 1.31 | 46.3 | 17.5 | 63 | N/R | 2.8 | 0.0, 4 |
| Aug 06, 2024 | 5 | 0.96 | 1.52 | 48.3 | 17.3 | 63 | N/R | 0.5 | 0.0, 8 |
| Aug 05, 2024 | 4 | 0.92 | 1.24 | 46.9 | 16.3 | 63 | N/R | 0.6 | 0.0, 3 |
| Aug 04, 2024 | 2 | 1.05 | 1.69 | 47.5 | 18.0 | 69 | N/R | 0.6 | 0.0, 3 |
| Aug 03, 2024 | 2 | 0.85 | 1.42 | 48.3 | 16.5 | 62 | N/R | 1.0 | 0.0, 1 |
| Aug 02, 2024 | 2 | 0.89 | 1.23 | 48.0 | 15.8 | 63 | N/R | 0.9 | 0.0, 0 |
| Aug 01, 2024 | 2 | 0.87 | 1.40 | 48.4 | 17.0 | 63 | N/R | 2.0 | 0.0, 0 |
| Jul 31, 2024 | 0 | 0.94 | 1.42 | 47.8 | 16.3 | 66 | N/R | 1.0 | 0.0, 0 |
| Jul 30, 2024 | 0 | 0.97 | 1.54 | 48.4 | 18.0 | 64 | N/R | 0.7 | 0.0, 1 |
| Jul 29, 2024 | 0 | 0.65 | 1.37 | 47.8 | 17.5 | 67 | N/R | 1.4 | 0.0, 1 |
| Jul 28, 2024 | 0 | 0.85 | 1.60 | 49.8 | 16.3 | 66 | N/R | 2.0 | 0.0, 0 |
| Jul 27, 2024 | 6 | 0.81 | 1.42 | 48.2 | 16.3 | 66 | N/R | 1.4 | 0.0, 0 |
| Jul 26, 2024 | 6 | 0.92 | 1.75 | 48.9 | 17.5 | 63 | N/R | 1.7 | 0.0, 0 |
| Jul 25, 2024 | 6 | 0.80 | 1.38 | 48.9 | 18.3 | 65 | N/R | 0.8 | 0.0, 0 |
| Jul 24, 2024 | 6 | 0.82 | 1.40 | 48.0 | 16.3 | 66 | N/R | 1.1 | 0.0, 0 |
| Jul 23, 2024 | 6 | 0.85 | 1.38 | 48.2 | 17.3 | 63 | N/R | 1.1 | 0.0, 0 |
| Jul 22, 2024 | 6 | 0.66 | 1.54 | 48.3 | 15.3 | 71 | N/R | 1.2 | 0.0, 0 |
| Jul 21, 2024 | 6 | 1.01 | 1.64 | 49.7 | 16.0 | 55 | N/R | 0.5 | 0.0, 3 |
| Jul 20, 2024 | 6 | 0.76 | 1.33 | 49.4 | 17.0 | 65 | N/R | 1.3 | 0.0, 0 |
| Jul 19, 2024 | 6 | 0.69 | 1.49 | 49.3 | 18.3 | 63 | N/R | 1.0 | 0.0, 0 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Heart Failure Management Report Aug 18, 2024
Fields, David (98454/PATEL)

| Date | RV Rate during AT/AF (max, mean) (bpm) | Mean Heart Rate (bpm) | % LV Paced (%) | Heart Rate Variability (SDANN) (ms) |
|---|---|---|---|---|
| Aug 17, 2024 | N/R, 103 | 67 | 98 | N/R |
| Aug 16, 2024 | N/R, N/R | 70 | 98 | N/R |
| Aug 15, 2024 | N/R, N/R | 67 | 98 | N/R |
| Aug 14, 2024 | N/R, N/R | 68 | 98 | N/R |
| Aug 13, 2024 | N/R, 103 | 67 | 99 | N/R |
| Aug 12, 2024 | N/R, 103 | 68 | 98 | N/R |
| Aug 11, 2024 | N/R, 89 | 69 | 99 | N/R |
| Aug 10, 2024 | N/R, 102 | 73 | 98 | N/R |
| Aug 09, 2024 | N/R, 87 | 67 | 98 | N/R |
| Aug 08, 2024 | N/R, 103 | 69 | 99 | N/R |
| Aug 07, 2024 | N/R, 92 | 74 | 98 | N/R |
| Aug 06, 2024 | N/R, 97 | 67 | 99 | N/R |
| Aug 05, 2024 | N/R, 101 | 69 | 99 | N/R |
| Aug 04, 2024 | N/R, 104 | 69 | 99 | N/R |
| Aug 03, 2024 | N/R, 88 | 68 | 99 | N/R |
| Aug 02, 2024 | N/R, N/R | 70 | 99 | N/R |
| Aug 01, 2024 | N/R, N/R | 71 | 98 | N/R |
| Jul 31, 2024 | N/R, N/R | 72 | 99 | N/R |
| Jul 30, 2024 | N/R, 101 | 72 | 99 | N/R |
| Jul 29, 2024 | N/R, 103 | 73 | 98 | N/R |
| Jul 28, 2024 | N/R, N/R | 72 | 98 | N/R |
| Jul 27, 2024 | N/R, N/R | 75 | 98 | N/R |
| Jul 26, 2024 | N/R, N/R | 73 | 98 | N/R |
| Jul 25, 2024 | N/R, N/R | 72 | 99 | N/R |
| Jul 24, 2024 | N/R, N/R | 71 | 99 | N/R |
| Jul 23, 2024 | N/R, N/R | 74 | 98 | N/R |
| Jul 22, 2024 | N/R, N/R | 75 | 98 | N/R |
| Jul 21, 2024 | N/R, 105 | 67 | 98 | N/R |
| Jul 20, 2024 | N/R, N/R | 70 | 99 | N/R |
| Jul 19, 2024 | N/R, N/R | 67 | 99 | N/R |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Arrhythmia Logbook Report** | **Report Created: Aug 18, 2024**

Boston Scientific

Fields, David (98454/PATEL)

Date of Birth. **Oct 20, 1977**
Device. **RESONATE X4 CRT-D**
G447/310757
Clinic: **East Tennessee Heart Consultants -**
Search Tags:
Tachy Mode: **Monitor + Therapy**

Latest Device Transmission: **Aug 18, 2024 03:01 EDT**
Last Office Interrogation: **May 23, 2024**
Implant Date: **Jul 14, 2023**
Patient Group: **Patel (Primary)**

Events Since. Last Reset
Event Type. All Events

*Maximum of 250 episodes shown*

| Event | Date/Time | Type | Therapy | Duration hh:mm:ss |
|---|---|---|---|---|
| RAAT-458 | Aug 17, 2024 21:13 | RA Auto | | -------- |
| LVAT-355 | Aug 17, 2024 21:12 | LV Auto | | -------- |
| RVAT-458 | Aug 17, 2024 21:06 | RV Auto | | -------- |
| ATR-366 | Aug 16, 2024 19:57 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:05 |
| ATR-365 | Aug 12, 2024 16:05 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:01 |
| ATR-364 | Aug 12, 2024 09:45 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:08 |
| ATR-363 | Aug 11, 2024 10:03 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:06 |
| ATR-362 | Aug 11, 2024 09:39 | ATR | Avg V Rate in ATR: 112 bpm | 00:00:02 |
| ATR-361 | Aug 11, 2024 06:19 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:07 |
| ATR-360 | Aug 11, 2024 03:16 | ATR | Avg V Rate in ATR: 71 bpm | 00:00:18 |
| ATR-359 | Aug 11, 2024 03:07 | ATR | Avg V Rate in ATR: 92 bpm | 00:00:17 |
| ATR-358 | Aug 11, 2024 02:54 | ATR | Avg V Rate in ATR: 98 bpm | 00:00:07 |
| ATR-357 | Aug 11, 2024 02:31 | ATR | Avg V Rate in ATR: 98 bpm | 00:00:09 |
| ATR-356 | Aug 11, 2024 02:16 | ATR | Avg V Rate in ATR: 87 bpm | 00:00:24 |
| ATR-355 | Aug 11, 2024 02:12 | ATR | Avg V Rate in ATR: 94 bpm | 00:00:11 |
| ATR-354 | Aug 11, 2024 00:56 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:03 |
| ATR-353 | Aug 11, 2024 00:19 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:06 |
| RAAT-450 | Aug 10, 2024 21:13 | RA Auto | | -------- |
| LVAT-347 | Aug 10, 2024 21:11 | LV Auto | | -------- |
| RVAT-450 | Aug 10, 2024 21:06 | RV Auto | | -------- |
| ATR-352 | Aug 09, 2024 19:31 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:09 |
| ATR-351 | Aug 09, 2024 09:18 | ATR | Avg V Rate in ATR: 111 bpm | 00:00:02 |
| ATR-350 | Aug 09, 2024 09:04 | ATR | Avg V Rate in ATR: 88 bpm | -------- |
| ATR-349 | Aug 08, 2024 04:48 | ATR | Avg V Rate in ATR: 75 bpm | 00:00:01 |
| ATR-328 | Aug 04, 2024 01:46 | ATR | Avg V Rate in ATR: 100 bpm | 00:00:11 |
| RAAT-442 | Aug 03, 2024 21:12 | RA Auto | | -------- |
| LVAT-339 | Aug 03, 2024 21:11 | LV Auto | | -------- |
| RVAT-442 | Aug 03, 2024 21:06 | RV Auto | | -------- |
| ATR-327 | Aug 03, 2024 20:37 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:09 |
| ATR-326 | Aug 03, 2024 20:28 | ATR | Avg V Rate in ATR: 109 bpm | 00:00:10 |
| ATR-325 | Aug 02, 2024 08:43 | ATR | Avg V Rate in ATR: 88 bpm | 00:00:03 |
| RAAT-436 | Jul 29, 2024 15:13 | RA Auto | | -------- |
| LVAT-333 | Jul 29, 2024 15:11 | LV Auto | | -------- |
| RVAT-436 | Jul 29, 2024 15:06 | RV Auto | | -------- |
| ATR-324 | Jul 29, 2024 05:20 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:08 |
| ATR-323 | Jul 28, 2024 04:59 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:08 |
| RAAT-428 | Jul 22, 2024 16:06 | RA Auto | | -------- |
| LVAT-325 | Jul 22, 2024 15:07 | LV Auto | | -------- |

G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

LATITUDE® Patient Management - Arrhythmia Logbook Report Aug 18, 2024
Fields, David (98454/PATEL)

| | | | | |
|---|---|---|---|---|
| RVAT-428 | Jul 22, 2024 15:05 | RV Auto | | -------- |
| RAAT-427 | Jul 21, 2024 18:13 | RA Auto | | -------- |
| LVAT-324 | Jul 21, 2024 18:12 | LV Auto | | -------- |
| RVAT-427 | Jul 21, 2024 18:06 | RV Auto | | -------- |
| RAAT-426 | Jul 20, 2024 21:12 | RA Auto | | -------- |
| LVAT-323 | Jul 20, 2024 21:10 | LV Auto | | -------- |
| RVAT-426 | Jul 20, 2024 21:06 | RV Auto | | -------- |
| ATR-322 | Jul 20, 2024 19:13 | ATR | Avg V Rate in ATR: 109 bpm | 00:00:04 |
| ATR-321 | Jul 20, 2024 16:59 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:09 |
| ATR-320 | Jul 20, 2024 16:31 | ATR | Avg V Rate in ATR: 110 bpm | 00:00:07 |
| ATR-319 | Jul 17, 2024 06:59 | ATR | Avg V Rate in ATR: 115 bpm | 00:00:04 |
| ATR-318 | Jul 16, 2024 20:02 | ATR | Avg V Rate in ATR: 109 bpm | 00:00:05 |
| ATR-317 | Jul 15, 2024 22:48 | ATR | Avg V Rate in ATR: 107 bpm | 00:00:08 |
| ATR-316 | Jul 15, 2024 19:54 | ATR | Avg V Rate in ATR: 106 bpm | 00:00:05 |
| ATR-315 | Jul 14, 2024 21:15 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:08 |
| ATR-314 | Jul 14, 2024 15:22 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:07 |
| ATR-313 | Jul 14, 2024 15:10 | ATR | Avg V Rate in ATR: 118 bpm | 00:00:01 |
| ATR-300 | Jul 14, 2024 01:30 | ATR | Avg V Rate in ATR: 99 bpm | 00:00:01 |
| ATR-299 | Jul 14, 2024 01:27 | ATR | Avg V Rate in ATR: 113 bpm | 00:00:01 |
| ATR-298 | Jul 14, 2024 00:58 | ATR | Avg V Rate in ATR: 107 bpm | 00:00:01 |
| ATR-297 | Jul 14, 2024 00:55 | ATR | Avg V Rate in ATR: 112 bpm | 00:00:01 |
| ATR-296 | Jul 14, 2024 00:21 | ATR | Avg V Rate in ATR: 112 bpm | 00:00:04 |
| ATR-295 | Jul 14, 2024 00:19 | ATR | Avg V Rate in ATR: 112 bpm | 00:00:05 |
| ATR-294 | Jul 14, 2024 00:16 | ATR | Avg V Rate in ATR: 100 bpm | 00:00:12 |
| ATR-293 | Jul 14, 2024 00:07 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:08 |
| ATR-292 | Jul 14, 2024 00:01 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:09 |
| ATR-291 | Jul 13, 2024 23:24 | ATR | Avg V Rate in ATR: 100 bpm | 00:00:11 |
| RAAT-418 | Jul 13, 2024 22:06 | RA Auto | | -------- |
| LVAT-315 | Jul 13, 2024 21:11 | LV Auto | | -------- |
| RVAT-418 | Jul 13, 2024 21:06 | RV Auto | | -------- |
| PMT-2 | Jul 13, 2024 21:05 | PMT | | -------- |
| RAAT-417 | Jul 13, 2024 00:12 | RA Auto | | -------- |
| LVAT-314 | Jul 13, 2024 00:11 | LV Auto | | -------- |
| RVAT-417 | Jul 13, 2024 00:06 | RV Auto | | -------- |
| ATR-263 | Jul 12, 2024 21:31 | ATR | Avg V Rate in ATR: 115 bpm | -------- |
| ATR-262 | Jul 12, 2024 21:01 | ATR | Avg V Rate in ATR: 116 bpm | 00:00:01 |
| ATR-261 | Jul 09, 2024 17:00 | ATR | Avg V Rate in ATR: 111 bpm | -------- |
| ATR-260 | Jul 09, 2024 16:40 | ATR | Avg V Rate in ATR: 106 bpm | 00:00:04 |
| ATR-259 | Jul 09, 2024 16:40 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:04 |
| ATR-258 | Jul 09, 2024 08:24 | ATR | Avg V Rate in ATR: 99 bpm | 00:00:10 |
| ATR-257 | Jul 08, 2024 08:46 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:09 |
| ATR-256 | Jul 08, 2024 08:39 | ATR | Avg V Rate in ATR: 100 bpm | 00:00:11 |
| ATR-255 | Jul 07, 2024 16:17 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:09 |
| ATR-254 | Jul 06, 2024 19:30 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:07 |
| RAAT-409 | Jul 06, 2024 00:12 | RA Auto | | -------- |
| LVAT-306 | Jul 06, 2024 00:11 | LV Auto | | -------- |
| RVAT-409 | Jul 06, 2024 00:06 | RV Auto | | -------- |
| ATR-253 | Jul 05, 2024 22:09 | ATR | Avg V Rate in ATR: 110 bpm | 00:00:02 |
| ATR-252 | Jul 04, 2024 18:40 | ATR | Avg V Rate in ATR: 93 bpm | 00:00:05 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Arrhythmia Logbook Report
Fields, David (98454/PATEL) Aug 18, 2024

| | | | | |
|---|---|---|---|---|
| ATR-251 | Jul 04, 2024 18:39 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:07 |
| ATR-250 | Jul 04, 2024 15:40 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:06 |
| ATR-249 | Jul 04, 2024 15:25 | ATR | Avg V Rate in ATR: 111 bpm | 00:00:02 |
| ATR-248 | Jul 04, 2024 15:17 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:05 |
| RAAT-406 | Jul 03, 2024 09:14 | RA Auto | | -------- |
| LVAT-303 | Jul 03, 2024 09:13 | LV Auto | | -------- |
| RVAT-406 | Jul 03, 2024 09:06 | RV Auto | | -------- |
| ATR-247 | Jul 03, 2024 02:14 | ATR | Avg V Rate in ATR: 100 bpm | 00:00:09 |
| ATR-246 | Jul 02, 2024 19:30 | ATR | Avg V Rate in ATR: 107 bpm | 00:00:02 |
| ATR-245 | Jul 02, 2024 19:28 | ATR | Avg V Rate in ATR: 107 bpm | 00:00:03 |
| ATR-244 | Jun 30, 2024 19:16 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:01 |
| ATR-243 | Jun 30, 2024 09:16 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:07 |
| ATR-242 | Jun 30, 2024 08:54 | ATR | Avg V Rate in ATR: 111 bpm | 00:00:02 |
| ATR-241 | Jun 30, 2024 01:56 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:09 |
| ATR-240 | Jun 30, 2024 01:32 | ATR | Avg V Rate in ATR: 98 bpm | 00:00:10 |
| RAAT-401 | Jun 29, 2024 00:12 | RA Auto | | -------- |
| LVAT-298 | Jun 29, 2024 00:11 | LV Auto | | -------- |
| RVAT-401 | Jun 29, 2024 00:06 | RV Auto | | -------- |
| ATR-239 | Jun 28, 2024 22:47 | ATR | Avg V Rate in ATR: 98 bpm | 00:00:10 |
| ATR-238 | Jun 27, 2024 10:19 | ATR | Avg V Rate in ATR: 107 bpm | 00:00:05 |
| ATR-237 | Jun 27, 2024 06:52 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:08 |
| ATR-236 | Jun 27, 2024 06:50 | ATR | Avg V Rate in ATR: 110 bpm | 00:00:01 |
| ATR-235 | Jun 26, 2024 03:23 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:07 |
| ATR-234 | Jun 26, 2024 03:12 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:07 |
| ATR-233 | Jun 25, 2024 22:16 | ATR | Avg V Rate in ATR: 78 bpm | 00:00:03 |
| ATR-232 | Jun 25, 2024 20:33 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:07 |
| ATR-231 | Jun 25, 2024 16:19 | ATR | Avg V Rate in ATR: 113 bpm | 00:00:02 |
| RAAT-397 | Jun 25, 2024 12:12 | RA Auto | | -------- |
| LVAT-294 | Jun 25, 2024 12:11 | LV Auto | | -------- |
| RVAT-397 | Jun 25, 2024 12:06 | RV Auto | | -------- |
| ATR-230 | Jun 24, 2024 15:43 | ATR | Avg V Rate in ATR: 116 bpm | 00:00:03 |
| ATR-229 | Jun 24, 2024 14:08 | ATR | Avg V Rate in ATR: 85 bpm | 00:00:02 |
| ATR-228 | Jun 24, 2024 09:08 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:08 |
| ATR-227 | Jun 24, 2024 09:04 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:08 |
| ATR-226 | Jun 24, 2024 08:49 | ATR | Avg V Rate in ATR: 85 bpm | 00:00:01 |
| ATR-225 | Jun 24, 2024 06:45 | ATR | Avg V Rate in ATR: 107 bpm | 00:00:06 |
| RAAT-394 | Jun 22, 2024 21:13 | RA Auto | | -------- |
| LVAT-291 | Jun 22, 2024 21:11 | LV Auto | | -------- |
| RVAT-394 | Jun 22, 2024 21:06 | RV Auto | | -------- |
| ATR-224 | Jun 14, 2024 16:03 | ATR | Avg V Rate in ATR: 106 bpm | 00:00:05 |
| ATR-223 | Jun 13, 2024 18:50 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:07 |
| RAAT-383 | Jun 13, 2024 06:14 | RA Auto | | -------- |
| LVAT-280 | Jun 13, 2024 06:12 | LV Auto | | -------- |
| RVAT-383 | Jun 13, 2024 06:06 | RV Auto | | -------- |
| ATR-222 | Jun 12, 2024 17:53 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:07 |
| ATR-221 | Jun 10, 2024 10:38 | ATR | Avg V Rate in ATR: 109 bpm | 00:00:05 |
| ATR-220 | Jun 10, 2024 06:03 | ATR | Avg V Rate in ATR: 107 bpm | 00:00:06 |
| ATR-219 | Jun 10, 2024 00:45 | ATR | Avg V Rate in ATR: 96 bpm | 00:00:12 |
| ATR-218 | Jun 10, 2024 00:09 | ATR | Avg V Rate in ATR: 82 bpm | 00:00:06 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Arrhythmia Logbook Report
Fields, David (98454/PATEL)

Aug 18, 2024

| | | | | |
|---|---|---|---|---|
| ATR-217 | Jun 08, 2024 20:50 | ATR | Avg V Rate in ATR: 116 bpm | 00:00:01 |
| RAAT-377 | Jun 08, 2024 00:14 | RA Auto | | -------- |
| LVAT-274 | Jun 08, 2024 00:12 | LV Auto | | -------- |
| RVAT-377 | Jun 08, 2024 00:06 | RV Auto | | -------- |
| ATR-216 | Jun 07, 2024 20:21 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:06 |
| ATR-215 | Jun 06, 2024 19:44 | ATR | Avg V Rate in ATR: 87 bpm | 00:00:05 |
| RAAT-374 | Jun 05, 2024 09:13 | RA Auto | | -------- |
| LVAT-271 | Jun 05, 2024 09:12 | LV Auto | | -------- |
| RVAT-374 | Jun 05, 2024 09:06 | RV Auto | | -------- |
| ATR-214 | Jun 04, 2024 14:47 | ATR | Avg V Rate in ATR: 113 bpm | 00:00:01 |
| ATR-213 | Jun 04, 2024 13:15 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:09 |
| ATR-212 | Jun 04, 2024 13:15 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:06 |
| ATR-211 | Jun 04, 2024 13:14 | ATR | Avg V Rate in ATR: 111 bpm | 00:00:03 |
| ATR-210 | Jun 04, 2024 13:13 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:09 |
| ATR-209 | Jun 04, 2024 13:13 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:09 |
| ATR-208 | Jun 04, 2024 12:52 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:08 |
| ATR-207 | Jun 04, 2024 12:51 | ATR | Avg V Rate in ATR: 110 bpm | 00:00:02 |
| ATR-206 | Jun 04, 2024 12:50 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:09 |
| ATR-205 | Jun 04, 2024 12:50 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:08 |
| ATR-191 | Jun 01, 2024 02:12 | ATR | Avg V Rate in ATR: 100 bpm | 00:00:11 |
| RAAT-369 | Jun 01, 2024 00:14 | RA Auto | | -------- |
| LVAT-266 | Jun 01, 2024 00:12 | LV Auto | | -------- |
| RVAT-369 | Jun 01, 2024 00:06 | RV Auto | | -------- |
| ATR-190 | May 31, 2024 15:38 | ATR | Avg V Rate in ATR: 114 bpm | 00:00:02 |
| ATR-189 | May 31, 2024 09:28 | ATR | Avg V Rate in ATR: 109 bpm | 00:00:06 |
| ATR-188 | May 30, 2024 13:52 | ATR | Avg V Rate in ATR: 116 bpm | 00:00:01 |
| ATR-187 | May 30, 2024 08:55 | ATR | Avg V Rate in ATR: 111 bpm | 00:00:03 |
| ATR-186 | May 30, 2024 08:25 | ATR | Avg V Rate in ATR: 85 bpm | -------- |
| RAAT-367 | May 30, 2024 06:15 | RA Auto | | -------- |
| LVAT-264 | May 30, 2024 06:12 | LV Auto | | -------- |
| RVAT-367 | May 30, 2024 06:06 | RV Auto | | -------- |
| ATR-185 | May 30, 2024 05:56 | ATR | Avg V Rate in ATR: 67 bpm | 00:00:04 |
| ATR-184 | May 29, 2024 17:24 | ATR | Avg V Rate in ATR: 109 bpm | 00:00:06 |
| PMT-1 | May 29, 2024 16:56 | PMT | | -------- |
| ATR-183 | May 29, 2024 16:02 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:05 |
| ATR-182 | May 29, 2024 15:56 | ATR | Avg V Rate in ATR: 114 bpm | 00:00:01 |
| ATR-181 | May 29, 2024 15:55 | ATR | Avg V Rate in ATR: 127 bpm | 00:00:02 |
| RAAT-361 | May 25, 2024 00:13 | RA Auto | | -------- |
| LVAT-258 | May 25, 2024 00:12 | LV Auto | | -------- |
| RVAT-361 | May 25, 2024 00:06 | RV Auto | | -------- |
| ATR-180 | May 24, 2024 23:25 | ATR | Avg V Rate in ATR: 106 bpm | 00:00:04 |
| ATR-179 | May 24, 2024 18:19 | ATR | Avg V Rate in ATR: 106 bpm | 00:00:06 |
| ATR-178 | May 24, 2024 16:50 | ATR | Avg V Rate in ATR: 106 bpm | 00:00:07 |
| ATR-177 | May 24, 2024 12:19 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:10 |
| ATR-176 | May 24, 2024 10:17 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:07 |
| ATR-175 | May 23, 2024 14:46 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:10 |

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Device Settings Report | Report Created: Aug 18, 2024

Boston Scientific

Fields, David (98454/PATEL)

Date of Birth:
Device: RESC... ...-D
G447/310757
Clinic: East Tennessee Heart Consultants -
Search Tags:
Tachy Mode: Monitor + Therapy

Latest Device Transmission: Aug 16, 2024 03:01 EDT
Last Office Interrogation: May 23, 2024
Implant Date: Jul 14, 2023
Patient Group: Patel (Primary)

## Programming

| | |
|---|---|
| Last Programmed | Oct 12, 2023 |
| Ventricular Tachy Mode | Jul 14, 2023 Changed to Monitor + Therapy<br>Jul 14, 2023 Changed to Off |

## Ventricular Tachy

**VF 200 bpm (300 ms)**

**Detection/Redetection**

| | |
|---|---|
| Initial Duration | 2.5 s |
| Redetection Duration | 1.0 s |
| Post-Shock Duration | 1.0 s |

**Therapy**

| | |
|---|---|
| QUICK CONVERT™ ATP | On |
| Shock 1 | 41 J |
| Shock 2 | 41 J |
| Additional 41 J Shocks | 6 |

**VT 170 bpm (353 ms)**

**Detection/Redetection**

| | |
|---|---|
| Initial Duration | 10.0 s |
| Redetection Duration | 1.0 s |
| Post-Shock Duration | 1.0 s |
| Atrial Tachy Discrimination | |
| Sinus Tachycardia Discrimination | |
| **Initial Detection** | |
| V Rate > A Rate | On |
| AFib Rate Threshold | 170 bpm |
| Stability | 20 ms |
| | And |
| Onset | 9 % |
| Sustained Rate Duration | 03:00 mm:ss |
| **Post-Shock Detection** | |
| V Rate > A Rate | On |
| AFib Rate Threshold | 170 bpm |
| Stability | 20 ms |
| Sustained Rate Duration | 00:15 mm:ss |

| | |
|---|---|
| **ATP1** | **Off** |
| **ATP2** | **Off** |
| **Shocks** | |
| Shock 1 | Off |
| Shock 2 | Off |
| Shock 3-6 | Off |

**Ventricular Tachy Therapy Setup**

| | |
|---|---|
| ATP | |
| RV ATP Amplitude | 5.0 V |
| RV ATP Pulse Width | 1.0 ms |
| LV ATP Amplitude | 5.0 V |
| LV ATP Pulse Width | 1.0 ms |
| Magnet and Beeper | |
| Magnet Response | Inhibit Therapy |
| Beep During Capacitor Charge | Off |

| | |
|---|---|
| Shock (All Shocks) | |
| Waveform | Biphasic |
| Committed Shock | Off |
| Lead Polarity | Initial |
| Shock Lead Vector | RV Coil to Can |

## Atrial Tachy

**Therapy**

**ATR Mode Switch Details**

| | |
|---|---|
| ATR Mode Switch | On |
| Trigger Rate | 170 bpm |
| Duration | 8 cycles |
| Entry Count | 8 cycles |
| Exit Count | 8 cycles |
| Fallback | |
| Mode | VDIR |
| Time | 00:30 mm:ss |
| ATR/VTR Fallback LRL | 70 ppm |
| Ventricular Rate Regulation | Max |
| BiV Trigger | On |
| Maximum Pacing Rate | 110 ppm |

**Atrial Tachy Response**

| | |
|---|---|
| Atrial Flutter Response | Off |
| PMT Termination | On |
| **Ventricular Regulation** | |
| BiV Trigger | On |

G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

LATITUDE® Patient Management - Device Settings Report
Fields, David (98454/PATEL)

Aug 18, 2024

**Brady/CRT**

**Normal Settings**

| | |
|---|---|
| Mode | DDDR |
| Lower Rate Limit | 60 ppm |
| Maximum Tracking Rate | 125 ppm |
| Maximum Sensor Rate | 130 ppm |
| Paced AV Delay | 240 - 240 ms |
| Sensed AV Delay | 180 - 180 ms |
| A-Refractory (PVARP) | 240 - 280 ms |
| RV-Refractory (RVRP) | 230 - 250 ms |
| LV-Refractory (LVRP) | 250 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |
| PVARP after PVC | 400 ms |
| LV Protection Period | 400 ms |
| **Blanking** | |
| A-Blank after V-Pace | 125 ms |
| A-Blank after RV-Sense | Smart |
| RV-Blank after A-Pace | 65 ms |
| LV-Blank after A-Pace | Smart |
| Noise Response | DOO |
| **Rate Enhancements** | |
| Rate Smoothing | |
| Up | Off |
| Down | Off |
| Tracking Preference | On |
| **PaceSafe™ LV Automatic Threshold** | |
| Maximum Amplitude | 5.0 V |
| Safety Margin | 1.0 V |

| | |
|---|---|
| **Pacing Output** | |
| **Atrial** | Auto 2.0 V @ 0.4 ms |
| **Right Ventricular** | Auto 2.0 V @ 0.4 ms |
| Left Ventricular (LVa) | Auto 1.7 V @ 0.8 ms |
| Left Ventricular (LVb) | Off |
| **Sensitivity** | |
| **Atrial** | AGC 0.25 mV |
| **Right Ventricular** | AGC 0.6 mV |
| Left Ventricular | AGC 1.0 mV |
| **Leads Configuration (Pace/Sense)** | |
| **Atrial** | |
| Pace | Bipolar |
| Sense | Bipolar |
| **Right Ventricular** | |
| Pace | Bipolar |
| Sense | Bipolar |
| Left Ventricular | |
| Electrode Configuration | Quadripolar |
| Pace (LVa) | LVTip1>>Can |
| Pace (LVb) | Off |
| Sense | LVRing2>>RV |
| **Rate Adaptive Pacing** | |
| Accelerometer | On |
| Response Factor | 10 |
| Activity Threshold | Medium Low |
| Reaction Time | 30 s |
| Recovery Time | 2 min |
| **Respiratory Sensor Settings** | |
| Respiratory Sensor | On |
| Excitation Current | 320 µA |
| Vector Selection | Auto Select |
| Signal Artifact Monitor | On |
| **LV MultiSite Pacing** | |
| Pacing Order | Off |

**Post-Therapy Settings**

| | |
|---|---|
| Lower Rate Limit | 60 ppm |
| **Output** | |
| **Atrial** | 5.0 V @ 1.0 ms |
| **Right Ventricular** | 5.0 V @ 1.0 ms |
| Left Ventricular | 5.0 V @ 1.0 ms |

| | |
|---|---|
| Post Therapy Period | 00:30 mm:ss |

Note: Post Therapy pacing uses the Brady Normal settings in combination with settings shown in this section.

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Device Settings Report
Fields, David (98454/PATEL)

Aug 18, 2024

**Setup**

**Battery Setup**

**Beeper**

Beep when Explant is Indicated — On

**Trending Setup**

Recording Method — 30 Second Average
Duration — 25 hours
Data Storage — Continuous

**Sensor Activation**

Heart Failure Sensor Suite — On
Sleep Incline — On

**Sleep Schedule**

Sleep Start Time — 23:00 hh:mm
Sleep Duration — 7 hour(s)

**Leads Status Setup**

| | Daily Intrinsic Amplitude | Daily Impedance | Impedance Limits | Pace Threshold | Beep When Out-of-Range |
|---|---|---|---|---|---|
| Atrial | On | On | 200 - 2000 Ω | On | Off |
| Right Ventricular | On | On | 200 - 2000 Ω | On | Off |
| Left Ventricular | On | On | 200 - 2000 Ω | On | Off |
| Shock | | On | 20 - 125 Ω | | Off |

**Other Daily Trends**

Respiration-related Trends — On

**Beeper**

Beeper Type — Piezo
Note: The Piezo beeper is designed to withstand the strong magnetic fields associated with MRI scanners without being damaged.
Beeper — On

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 18, 2024 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: RES[illegible] D<br>G447/310757<br>Clinic: East Tennessee Heart Consultants -<br>Search Tags:<br>Tachy Mode: Monitor + Therapy | Latest Device Transmission: Aug 18, 2024 03:01 EDT<br>Last Office Interrogation: May 23, 2024<br>Implant Date: Jul 14, 2023<br>Patient Group: Patel (Primary) |

RAAT-458, Aug 17, 2024 21:13, RA Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 18, 2024 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 18, 2024 03:01 EDT**<br>Last Office Interrogation: **May 23, 2024**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

LVAT-355: Aug 17, 2024 21:12, LV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

Page 1 of 3

Clinician Signature

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

REMOTE CARDIAC DEVICE INTERROGATION for FIELDS, DAVID L (46yo M) #98454
E#98454

**LATITUDE® Patient Management - Event Detail Report** | **Report Created: Aug 18, 2024**

| | | |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 18, 2024 03:01 EDT**<br>Last Office Interrogation: **May 23, 2024**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

RVAT-458: Aug 17, 2024 21:06, RV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ⇧ | > V Range | ⇩ | < V Range | ■ | V Sense | □ | V Pace |
| ⇧ | > A Range | ⇩ | < A Range | ● | A Sense | ○ | A Pace |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Event Detail Report** | **Report Created: Aug 18, 2024**

| | | |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 18, 2024 03:01 EDT**<br>Last Office Interrogation: **May 23, 2024**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

ATR-366: Aug 16, 2024 19:57, ATR, A Rate: 215 bpm, V Rate: 108 bpm

**Detail**

**ATR Event Onset**

| | | |
|---|---|---|
| Avg A Rate | 215 bpm | |
| Avg V Rate | 108 bpm | |
| In ATR | | |
| Avg V Rate | 103 bpm | |
| Event Ended | | 00:00:05 |

**EGM displayed at 25mm per second**




G447 Firmware Version: H v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

**LATITUDE® Patient Management - Event Detail Report** Aug 18, 2024
Fields, David (98454/PATEL)







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Event Detail Report** | **Report Created: Aug 18, 2024**

Boston Scientific

Fields, David (98454/PATEL)

Date of Birth:
Device: **RESONATE X4 CRT-D**
**G447/310757**
Clinic: **East Tennessee Heart Consultants -**
Search Tags:
Tachy Mode: **Monitor + Therapy**

Latest Device Transmission: **Aug 16, 2024 03:01 EDT**
Last Office Interrogation: **May 23, 2024**
Implant Date: **Jul 14, 2023**
Patient Group: **Patel (Primary)**

ATR-365: Aug 12, 2024 16:05, ATR, A Rate: 109 bpm, V Rate: 109 bpm

**Detail**

| | |
|---|---|
| **ATR Event Onset** | |
| Avg A Rate | 109 bpm |
| Avg V Rate | 109 bpm |
| In ATR | |
| Avg V Rate | 108 bpm |
| Event Ended | 00:00:01 |

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Event Detail Report** | **Report Created: Aug 18, 2024**

| | | |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 18, 2024 03:01 EDT**<br>Last Office Interrogation: **May 23, 2024**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

ATR-364, Aug 12, 2024 09:45, ATR, A Rate: 223 bpm, V Rate: 111 bpm

**Detail**

**ATR Event Onset**

| | | |
|---|---|---|
| Avg A Rate | 223 bpm | |
| Avg V Rate | 111 bpm | |
| In ATR | | |
| Avg V Rate | 103 bpm | |
| Event Ended | | 00:00:08 |

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL) Aug 18, 2024







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024

| | | | |
|---|---|---|---|
| > V Range | < V Range | V Sense | V Pace |
| > A Range | < A Range | A Sense | A Pace |







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Presenting EGM Report** | **Report Created: Aug 18, 2024**

| | | |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 15, 2024 03:01 EDT**<br>Last Office Interrogation: **May 23, 2024**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

**Presenting EGM (Aug 18, 2024)**

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

Clinician Signature

LATITUDE® Patient Management - Presenting EGM Report
Fields, David (98454/PATEL)

Aug 18, 2024







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Presenting EGM Report
Fields, David (98454/PATEL) Aug 18, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report | Report Created: Aug 18, 2024

Boston Scientific

Fields, David (98454/PATEL)

Date of Birth:
Device: **RESONATE X4 CRT-D**
**G447/310757**
Clinic: **East Tennessee Heart Consultants -**
Search Tags:
Tachy Mode: **Monitor + Therapy**

Latest Device Transmission: **Aug 18, 2024 03:01 EDT**
Last Office Interrogation: **May 23, 2024**
Implant Date: **Jul 14, 2023**
Patient Group: **Patel (Primary)**

ATR-358, Aug 11, 2024 02:54, ATR, A Rate: 211 bpm, V Rate: 105 bpm

**Detail**

**ATR Event Onset**

| | |
|---|---|
| Avg A Rate | 211 bpm |
| Avg V Rate | 105 bpm |
| In ATR | |
| Avg V Rate | 98 bpm |
| Event Ended | 00:00:07 |

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

REMOTE CARDIAC DEVICE INTERROGATION for FIELDS, DAVID L (46yo M) #98454
E#98454

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Event Detail Report** | **Report Created: Aug 18, 2024**

| | | |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 18, 2024 03:01 EDT**<br>Last Office Interrogation: **May 23, 2024**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

ATR-357: Aug 11, 2024 02:31, ATR, A Rate: 214 bpm, V Rate: 107 bpm

**Detail**

**ATR Event Onset**

| | | |
|---|---|---|
| Avg A Rate | 214 bpm | |
| Avg V Rate | 107 bpm | |
| In ATR | | |
| Avg V Rate | 98 bpm | |
| Event Ended | | 00:00:09 |

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

REMOTE CARDIAC DEVICE INTERROGATION for FIELDS, DAVID L (46yo M) #98454
E#98454

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Event Detail Report** | **Report Created: Aug 18, 2024**

| | | |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL) | |
| | Date of Birth:<br>Device: **RESONATE X4 CRT-D G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 18, 2024 03:01 EDT**<br>Last Office Interrogation: **May 23, 2024**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

ATR-356, Aug 11, 2024 02:16, ATR, A Rate: 212 bpm, V Rate: 106 bpm

**Detail**

**ATR Event Onset**

| | | |
|---|---|---|
| Avg A Rate | 212 bpm | |
| Avg V Rate | 106 bpm | |
| In ATR | | |
| Avg V Rate | 67 bpm | |
| Event Ended | | 00:00:24 |

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024

| | | | |
|---|---|---|---|
| > V Range | < V Range | V Sense | V Pace |
| > A Range | < A Range | A Sense | A Pace |







©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Event Detail Report** | **Report Created: Aug 18, 2024**

Boston Scientific

Fields, David (98454/PATEL)

Date of Birt
Device: **RESONATE X4 CRT-D**
G447/310757
Clinic: **East Tennessee Heart Consultants -**
Search Tags:
Tachy Mode: **Monitor + Therapy**

Latest Device Transmission: **Aug 18, 2024 03:01 EDT**
Last Office Interrogation: **May 23, 2024**
Implant Date: **Jul 14, 2023**
Patient Group: **Patel (Primary)**

RAAT-450: Aug 10, 2024 21:13, RA Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

**LATITUDE® Patient Management - Event Detail Report**
**Fields, David (98454/PATEL)**

Aug 18, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)
Aug 18, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Event Detail Report** | **Report Created: Aug 18, 2024**

| | | |
|---|---|---|
| Boston Scientific | **Fields, David (98454/PATEL)**<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Aug 18, 2024 03:01 EDT**<br>Last Office Interrogation: **May 23, 2024**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

LVAT-347: Aug 10, 2024 21:11, LV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 16, 2024



©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Aug 18, 2024




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Aug 18, 2024 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: RES[illegible]T-D<br>G447/310757<br>Clinic: East Tennessee Heart Consultants -<br>Search Tags:<br>Tachy Mode: Monitor + Therapy | Latest Device Transmission: Aug 18, 2024 03:01 EDT<br>Last Office Interrogation: May 23, 2024<br>Implant Date: Jul 14, 2023<br>Patient Group: Patel (Primary) |

RVAT-450: Aug 10, 2024 21:06, RV Auto

**Detail**

Event Ended 00:00.00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2024 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

**LATITUDE® Patient Management - Event Detail Report** Aug 18, 2024
Fields, David (98454/PATEL)




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report Aug 18, 2024
Fields, David (98454/PATEL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ↑ | > V Range | ↓ | < V Range | ■ | V Sense | ▫ | V Pace |
| ⇧ | > A Range | ⇩ | < A Range | • | A Sense | ∘ | A Pace |




©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

Social Security Administration
**Retirement, Survivors and Disability Insurance**
Notice of Award

Office of Central Operations
6401 Security Boulevard
Baltimore, Maryland 21235-6401
Date: February 10, 2024
BNC#: 24MS821E54040-HA

DAVID L FIELDS
e116

You are entitled to monthly disability benefits beginning August 2023.

**The Date You Became Disabled**

We found that you became disabled under our rules on February 8, 2023.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is August 2023.

**What We Will Pay And When**

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $10,596.00 around February 11, 2024.
- This is the money you are due for August 2023 through January 2024.
- Your next payment of $2,404.00, which is for February 2024, will be received on or about the third Wednesday of March 2024.
- After that you will receive $2,404.00 on or about the third Wednesday of each month.
- Later in this letter, we will show you how we figured these amounts.
- New rules require you to receive your payments electronically, unless you get an exemption from the U.S. Department of the Treasury. Please call Treasury at 1-888-224-2950 to see if you qualify for an exemption.

losure(s):
05-10153

Lincoln/Fields 1311

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

September 4, 2024

DR BARRY MICHELSON
RELEASE OF INFORMATION
10800 PARKSIDE DR
SUITE 331
KNOXVILLE, TN 37934

Re: Policy Number: 00001020986100000
Claim Number: 1230051807
Patient: David Fields
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

****Please fill out all forms that are attached****

Current state statutes for Tennessee: Provider Records are: $20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **Please fax this remittance form and records to 1-877-843-3950**.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(*Please complete the below)

Direct Deposit Agreement

| Authorization Agreement |
|---|

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

| Account Information |
|---|

Name of Financial Institution: ______________________________

Routing Number: ______________________________

Account Number: ______________________________

Authorized Signature: ____________________________________ Date: ________________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Sydney Pecka
Assisting on behalf of Charles Zimmer
855-818-2883 x7157
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency, department of labor; acquaintance; group policyholder, employer; or policy or benefit plan administrator to release information from the records of

Name of Insured: Fields (Last) David (First) Lynn (Middle)

Date of Birth: ____________ Social Security Number: ____________

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had);
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** David Fields **DATE** 7-18-24

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** David L Fields

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ____________

**ADDRESS:** ____________
(Street)

____________
(City) (State) (Zip Code)

**PHONE NO:** ____________

Lincoln/Fields 1314

Lincoln Financial Group®

# Disability Attending Physician Statement

**The Lincoln National Life Insurance Company**
PO Box 2609 Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
LincolnFinancial.com
disabilityclaims@lfg.com

**Instructions:** All sections below need to be completed by your treating provider. Once complete login to our secure portal to upload the document, fax to (877) 843-3950, or email to disabilityclaims@lfg.com.

## 1. Claimant Information

Employee's Name: ______ Claim Number: ______

Date of Birth: ______ Telephone Number: ______ Social Security Number: ______

Employer Name: ______

## 2. Medical Facts

**Primary Diagnosis:** ______ ICD-10 Code: ______

**Secondary Diagnosis:** ______ ICD-10 Code: ______

**Co-Morbids:** ______

Height: ______ Weight: ______ Gender: ______

**Is the Disability a Result of:** ☐ Illness ☐ Injury ☐ Work Related

Date Unable to Work: ______ If Injury, Date of Injury: ______

Date of Initial Treatment: ______ Date of Most Recent Treatment: ______

Date of Next Treatment: ______ Reoccurring Condition? ☐ Yes ☐ No

**Has Patient Been Hospitalized:** ☐ Yes ☐ No If Yes, Dates of Admission and Discharge: ______ to ______

Hospitalization Reason: ______

Has/Will Surgery Occur? ☐ Yes ☐ No Surgery Elective? ☐ Yes ☐ No Date of Surgery: ______

Surgery Type: ______

**If Pregnancy:** Estimated Due Date: ______ Actual Delivery Date: ______

Advised to Cease Work Prior to Delivery: ☐ Yes ☐ No Delivery Type: ☐ Vaginal ☐ C-Section

Pregnancy Complications:

**Symptoms** (including impact to ADL's, and self reported symptoms):

**Objective Findings** (include copies of x-rays, EKG's, blood work, scans, and any clinical findings):

**Nature of Treatment** (current and recommended, frequency) and **Treatment/Physician Referrals** (include phone/fax number):

**Medications** (include dosage, frequency, and dates prescribed/changed):

**Restrictions and Limitations:**

**Physical Diagnosis:**

Lifting: _______ lbs _______ hours per work day

Carrying: _______ lbs _______ hours per work day

**Provide Hours per Work Day:**

Sitting: ________________

Standing: ________________

Walking: ________________

Kneeling: ________________

Climbing: ________________

Squatting: ________________

Stooping: ________________

Bending: ________________

Reaching: ________________

**Mental Diagnosis** (Ability to perform task using scale below):

1 = Unable to Perform 2 = Markedly Limited

3 = Somewhat Limited 4 = Unlimited

Perform at Constant Pace: ________________

Maintain Attention/Concentration: ________________

Comprehend Daily Tasks: ________________

Multi-Task: ________________

Communicate Effectively: ________________

Regulate EmotIons: ________________

Follow Instructions: ________________

Interact with Colleagues: ________________

Interact with Public: ________________

Make Decisions: ________________

Work Alone/Separate from Others: ________________

**Dates of Restrictions and Limitations:** ____________ to ____________ Date Able to Return to Work: ____________

☐ Full Time ☐ Part Time Part Time Days/Hours: ________________________________

**Job Modifications Needed to Return to Work:**

Modified Work Schedule: ________________________ Duration of Modified Work Schedule: ____________

**Additional Restrictions and Limitations:**

## 3. Signature

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

Printed Name of Provider (including Credentials): ________________________________

________________________________ ________________

Provider Signature Date

Specialty of Practice: ________________ Address of Practice: ________________

Phone Number: ________________ Fax Number: ________________

Email: ________________________________

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion. Please see Fraud Notices attached.

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Services.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits, if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer, files a statement of claim, or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Kansas.** A person may be guilty of fraud as determined by a court of law, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Kentucky.** Any person who knowingly and with the intent to defraud an insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**North Carolina.** Any person who, with intent to injure, defraud, or deceive an insurer or insurance claimant: (1) presents or causes to be presented a written or oral statement, including computer-generated documents as part of, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning any fact or matter material to a claim, or (2) assists, abets, solicits, or conspires with another person to prepare or make any written or oral statement that is intended to be presented to an insurer or insurance claimant in connection with, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning a fact or matter material to the claim is guilty of a Class H felony.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** A person may be committing insurance fraud, if he or she submits an application or claim containing a misstatement, misrepresentation, omission or concealment with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Vermont.** Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

**FOR ALL OTHER STATES.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 26, 2024

DR BARRY MICHELSON
RELEASE OF INFORMATION
10800 PARKSIDE DR
SUITE 331
KNOXVILLE, TN 37934

| | | |
|---|---|---|
| Re: | Policy Number: | 00001020986100000 |
| | Claim Number: | 1230051807 |
| | Patient: | David Fields |
| | DOB: | |

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

****Please fill out all forms that are attached****

Current state statutes for Tennessee: Provider Records are: $20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-877-843-3950**.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(*Please complete the below)

Direct Deposit Agreement

| Authorization Agreement |
|---|

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

| Account Information |
|---|

Name of Financial Institution: ______________________________________

Routing Number: ______________________________________

Account Number: ______________________________________

Authorized Signature: ___________________________________________________ Date: _______________________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Sydney Pecka
Assisting on behalf of Charles Zimmer
855-818-2883 x7157
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Lincoln Financial Group

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency, department of labor; acquaintance; group policyholder, employer, or policy or benefit plan administrator to release information from the records of:

Name of Insured: Fields (Last) David (First) Lynn (Middle)

Date of Birth: ______ Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had);
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** David Fields **DATE** 7-18-24

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** David L Fields

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______

**ADDRESS:** ______
(Street)

______
(City) (State) (Zip Code)

**PHONE NO:** ______

Lincoln/Fields 1321

# Disability Attending Physician Statement

**The Lincoln National Life Insurance Company**
PO Box 2609 Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
LincolnFinancial.com
disabilityclaims@lfg.com

**Instructions:** All sections below need to be completed by your treating provider. Once complete login to our secure portal to upload the document, fax to (877) 843-3950, or email to disabilityclaims@lfg.com.

## 1. Claimant Information

Employee's Name: ______ Claim Number: ______

Date of Birth: ______ Telephone Number: ______ Social Security Number: ______

Employer Name: ______

## 2. Medical Facts

**Primary Diagnosis:** ______ ICD-10 Code: ______

**Secondary Diagnosis:** ______ ICD-10 Code: ______

**Co-Morbids:** ______

Height: ______ Weight: ______ Gender: ______

**Is the Disability a Result of:** ☐ Illness ☐ Injury ☐ Work Related

Date Unable to Work: ______ If Injury, Date of Injury: ______

Date of Initial Treatment: ______ Date of Most Recent Treatment: ______

Date of Next Treatment: ______ Reoccurring Condition? ☐ Yes ☐ No

**Has Patient Been Hospitalized:** ☐ Yes ☐ No If Yes, Dates of Admission and Discharge: ______ to ______

Hospitalization Reason: ______

Has/Will Surgery Occur? ☐ Yes ☐ No Surgery Elective? ☐ Yes ☐ No Date of Surgery: ______

Surgery Type: ______

**If Pregnancy:** Estimated Due Date: ______ Actual Delivery Date: ______

Advised to Cease Work Prior to Delivery: ☐ Yes ☐ No Delivery Type: ☐ Vaginal ☐ C-Section

Pregnancy Complications:

**Symptoms** (including impact to ADL's, and self reported symptoms):

**Objective Findings** (include copies of x-rays, EKG's, blood work, scans, and any clinical findings):

**Nature of Treatment** (current and recommended, frequency) and **Treatment/Physician Referrals** (include phone/fax number):

**Medications** (include dosage, frequency, and dates prescribed/changed):

**Restrictions and Limitations:**

**Physical Diagnosis:**

Lifting: _______ lbs _______ hours per work day

Carrying: _______ lbs _______ hours per work day

**Provide Hours per Work Day:**

Sitting: ________________

Standing: ________________

Walking: ________________

Kneeling: ________________

Climbing: ________________

Squatting: ________________

Stooping: ________________

Bending: ________________

Reaching: ________________

**Mental Diagnosis** (Ability to perform task using scale below):

1 = Unable to Perform 2 = Markedly Limited

3 = Somewhat Limited 4 = Unlimited

Perform at Constant Pace: ________________

Maintain Attention/Concentration: ________________

Comprehend Daily Tasks: ________________

Multi-Task: ________________

Communicate Effectively: ________________

Regulate EmotIons: ________________

Follow Instructions: ________________

Interact with Colleagues: ________________

Interact with Public: ________________

Make Decisions: ________________

Work Alone/Separate from Others: ________________

**Dates of Restrictions and Limitations:** ______________ to ______________ Date Able to Return to Work: ______________

☐ Full Time ☐ Part Time Part Time Days/Hours: ________________________________

**Job Modifications Needed to Return to Work:**

Modified Work Schedule: ________________________ Duration of Modified Work Schedule: ______________

**Additional Restrictions and Limitations:**

## 3. Signature

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

Printed Name of Provider (including Credentials): ________________________________

________________________________ ________________

Provider Signature Date

Specialty of Practice: ________________________ Address of Practice: ________________________

Phone Number: ________________________ Fax Number: ________________________

Email: ________________________________

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion. Please see Fraud Notices attached.

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Services.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits, if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer, files a statement of claim, or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Kansas.** A person may be guilty of fraud as determined by a court of law, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Kentucky.** Any person who knowingly and with the intent to defraud an insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**North Carolina.** Any person who, with intent to injure, defraud, or deceive an insurer or insurance claimant: (1) presents or causes to be presented a written or oral statement, including computer-generated documents as part of, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning any fact or matter material to a claim, or (2) assists, abets, solicits, or conspires with another person to prepare or make any written or oral statement that is intended to be presented to an insurer or insurance claimant in connection with, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning a fact or matter material to the claim is guilty of a Class H felony.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** A person may be committing insurance fraud, if he or she submits an application or claim containing a misstatement, misrepresentation, omission or concealment with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Vermont.** Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

**FOR ALL OTHER STATES.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

# Medical Records - CONFIDENTIAL

**FROM:** TN - CHS E TENNESSEE HEART CONSULTANTS

Cindy P
10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934-1982
Phone: (865) 392-3400
Fax: (865) 392-3449

**TO:** LINCOLN FINANCIAL LIFE INSURANCE COMPANY

8801 INDIAN HILLS DR, OMAHA, NE 68114-4066
Phone: (800) 423-2765
Fax: (877) 843-3950

**Attention: Charles Zimmer**

**Name: FIELDS, DAVID L**

**DOB:**

**Date Range: 01/01/2024 to 08/22/2024**

**This document contains the following records of the patient:**
- **Imaging Results**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:98454-A-10667]

## Imaging Results

**FIELDS, David L (id #98454, dob:**

## REMOTE CARDIAC DEVICE INTERROGATION (#10392598, Final, 04/22/2024 5:00am)

GENEVA HEALTH SOLUTIONS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Patient Name:** | David L Fields | **Device Make:** | BOSTONSCI | **Device Model:** | G447 | **Report Status:** | FINAL |
| **DOB:** | | **Device Type:** | CRTD | **Device S\N:** | 310757 | **eSigned By:** | Nilamkumar Patel, MD |
| **MRN:** | 98454 | | | | | **eSigned On:** | 2024-04-29 13:57 P |
| **Clinic Name:** | Tennova IC | **Lead Type** | **Make** | **Model** | **SN** | | |
| **Visit #:** | | | | | | **Report Date:** | 2024-04-22 02:00 |
| **Visit # (30):** | | | | | | **Reason:** | |
| **Visit # (90):** | | | | | | | |

### Interpretation Summary

**Battery and Leads (BL)**
Normal battery parameters
R wave out of range

**Presenting Rhythm (PR)**
Premature Ventricular Contraction(s) on presenting rhythm
Atrial Pacing-BiVentricular Pacing (AP-BiVP)
Atrial Sensing-BiVentricular Pacing (AS-BiVP)
Atrial Sensing (AS)
Farfield Oversensing noted on presenting rhythm

**Arrhythmic events (AE)**
Farfield Oversensing is noted
Device-identified arrhythmic events without corresponding EGMs and/or details noted

**Cardiovascular Physiologic Parameters (CPP)**
No significant change in cardiovascular physiological parameters

**Transmission Information (TI)**
Physiologic Parameter Summary Report
Clinical Alert Report

### Additional Comments

CRTD Report
Monitoring period: 3/21/24 - 4/22/24

Battery/Lead Status: 10 yrs
Intrinsic R-wave measured <5 mV

Ap: 37%
RVp: 95%
LVp: 99%

Atrial Events: EGMs illustrate far field over sensing
Atrial Burden: <1%

### Provider Comments

**Battery Status:** Beginning of Service

| | | | | RA Lead | RV Lead | LV Lead | | RA Lead | RV Lead | LV Lead |
|---|---|---|---|---|---|---|---|---|---|---|
| **Measured Voltage:** | | | **Sense (mV)** | 3.0 | | 2.9 | **Sensitivity (mV)** | AGC 0.25 | AGC 0.6 | AGC 1.0 |
| **Pacing Mode:** | | DDDR | **Impedance (Ohms)** | 774 | 421 | 622 | **Pacing Output Amplitude (V)** | 2.0 | 2.0 | 2.0 |
| **Lower Rate Limit:** | | 60 | **Pacing Threshold Amplitude (mV)** | 0.5 | 0.6 | 0.8 | **Pacing Output Pulse Width (ms)** | 0.4 | 0.4 | 0.8 |
| **Max Tracking Rate:** | | 125 | | | | | | | | |
| **Ap:** 37 | **Vp:** | 99 | **Pacing Threshold Pulse Width (ms)** | 0.4 | 0.4 | 0.8 | | | | |
| | | | **Date Last Measured** | 2024-04-20 | 2024-04-20 | 2024-04-20 | | | | |

### Billing & Diagnosis Summary

**CPT Codes:**

| | | |
|---|---|---|
| **Billing Status (30):** | BILLABLE | **Diagnosis Codes:** |
| **30 Day Cycle:** | 2024-04-09 ~ 2024-05-08 | Z95.810 - Presence of automatic ICD |
| **30 Billable On:** | 2024-05-09 | |
| **Billing Status (90):** | INTERIM | |
| **90 Day Cycle:** | 2024-04-09 ~ 2024-07-07 | |
| **90 Billable On:** | 2024-07-08 | |

| | |
|---|---|
| **Patient Name:** Fields, David | **MRN:** 98454 |
| **DOB:** Oct/20/1977 | **Visit #:** |

**LATITUDE® Patient Management - Combined Follow-up Report** | **Report Created: Apr 22, 2024**

Boston Scientific

**Fields, David (98454/PATEL)**

Date of Birth:
Device: **RESONATE X4 CRT-D**
G447/310757
Clinic: **East Tennessee Heart Consultants -**
Search Tags:
Tachy Mode: **Monitor + Therapy**

Latest Device Transmission: **Apr 22, 2024 03:00 EDT**
Last Office Interrogation: **Oct 12, 2023**
Implant Date: **Jul 14, 2023**
Patient Group: **Patel (Primary)**

**My Alerts**

Apr 21, 2024 03:51 Atrial Arrhythmia Burden of at least > 0 hours in a 24 hour period.

For Technical Support contact 1-800-CARDIAC (Americas) or your local Boston Scientific Representative.

**Events Since Last Reset (Oct 12, 2023)**

Apr 21, 2024 17:57 RA Auto
Apr 21, 2024 17:56 LV Auto
See last page for full list of Events Since Last Reset.

**Battery**

| | | |
|---|---|---|
| Approximate time to explant: **10 years** from Apr 22, 2024 | | |
| Last Capacitor Re-form | Dec 06, 2023 02:49 | |
| Charge Time | 10.0 s | |

**One Year Remaining**

**Explant**



See last page for additional battery information.

| Leads | Implant (Jul 14, 2023) | Most Recent In-Office Measurement (Oct 12, 2023) | Most Recent Daily Measurement (Apr 20, 2024) |
|---|---|---|---|
| **Atrial** | | | |
| Intrinsic Amplitude | N/R | 2.8 mV | 3.0 mV |
| Pace Impedance | N/R | 642 Ω | 774 Ω |
| Pace Threshold | N/R | Auto 0.5 V @ 0.4 ms | 0.5 V @ 0.4 ms |
| **Right Ventricular** | | | |
| Intrinsic Amplitude | N/R | 17.5 mV | N/R |
| Pace Impedance | N/R | 447 Ω | 421 Ω |
| Pace Threshold | N/R | Auto 0.5 V @ 0.4 ms | 0.6 V @ 0.4 ms |
| **Left Ventricular** | | | |
| Intrinsic Amplitude | N/R | 3.9 mV | ⚠ 2.9 mV |
| Pace Impedance (LVa) | N/R | 644 Ω | 622 Ω |
| Pace Impedance (LVb) | | 645 Ω | |
| Pace Threshold | N/R | Auto 0.9 V @ 0.8 ms | 0.8 V @ 0.8 ms |
| **Shock** | | | |
| Shock Impedance | N/R | 69 Ω | 73 Ω |

G447 Firmware Version: H_v1.00.00(1.01)
©2023 Boston Scientific Corporation or its affiliates. All rights reserved.


Clinician Signature

**LATITUDE® Patient Management - Combined Follow-up Report** **Apr 22, 2024**
**Fields, David (98454/PATEL)**

**Settings**

| | | | | |
|---|---|---|---|---|
| **Ventricular Tachy** | | | | |
| VF | 200 bpm | | ATP | 41 J, 41 J, 41 Jx6 |
| VT | 170 bpm | | Monitor Only | |
| **Atrial Tachy** | | | **Pacing Output** | |
| ATR Mode Switch | 170 bpm | VDIR | Atrial | Auto 2.0 V @ 0.4 ms |
| **Brady/CRT** | | | Right Ventricular | Auto 2.0 V @ 0.4 ms |
| Mode | | DDDR | Left Ventricular (LVa) | Auto 2.0 V @ 0.8 ms |
| Lower Rate Limit | | 60 ppm | Left Ventricular (LVb) | Off |
| Maximum Tracking Rate | | 125 ppm | **Sensitivity** | |
| Maximum Sensor Rate | | 130 ppm | Atrial | AGC 0.25 mV |
| Paced AV Delay | | 240 - 240 ms | Right Ventricular | AGC 0.6 mV |
| Sensed AV Delay | | 180 - 180 ms | Left Ventricular | AGC 1.0 mV |
| A-Refractory (PVARP) | | 240 - 280 ms | **Leads Configuration (Pace/Sense)** | |
| RV-Refractory (RVRP) | | 230 - 250 ms | Atrial | Bipolar |
| LV-Refractory (LVRP) | | 250 ms | Right Ventricular | Bipolar |
| Ventricular Pacing Chamber | | BiV | LVa (Pace) | LVTip1>>Can |
| LV Offset | | 0 ms | LVb (Pace) | Off |
| | | | LV (Sense) | LVRing2>>RV |
| | | | **Rate Adaptive Pacing** | |
| | | | Accelerometer | On |
| | | | **LV MultiSite Pacing** | |
| | | | Pacing Order | Off |

**Rhythm ID Update**

Last Successful Completion N/R

©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Combined Follow-up Report**
**Fields, David (98454/PATEL)**

**Apr 22, 2024**

**HeartLogic™ Heart Failure Index**

**0**
OK
**Apr 21, 2024**




**Trend Graphs**

R = Counter Reset
P = Program
I = Office Interrogation

| | | |
|---|---|---|
| S3 | Apr 21, 2024 | 0.90 mG |
| S1 | Apr 21, 2024 | 1.27 mG |
| Thoracic Impedance | Apr 21, 2024 | 48.5 Ω |
| Respiratory Rate | Apr 21, 2024 | 15.5 rpm |
| Night Heart Rate | Apr 21, 2024 | 63 bpm |




©2023 Boston Scientific Corporation or its affiliates. All rights reserved.