**LATITUDE® Patient Management - Combined Follow-up Report** Apr 22, 2024
**Fields, David (98454/PATEL)**




©2023 Boston Scientific Corporation or its affiliates. All rights reserved.




EXHIBIT
3, part 3

Lincoln/Fields 1332

**LATITUDE® Patient Management - Combined Follow-up Report** Apr 22, 2024
**Fields, David (98454/PATEL)**




©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Combined Follow-up Report** **Apr 22, 2024**
**Fields, David (98454/PATEL)**




| Ventricular Tachy Counters | Since Last Reset Oct 12, 2023 | Device Totals |
|---|---|---|
| **Ventricular Episode Counters** | | |
| Total Episodes | 1 | 1 |
| **Treated** | | |
| VF Therapy | 0 | 0 |
| VT Therapy | 0 | 0 |
| VT-1 Therapy | 0 | 0 |
| Commanded Therapy | 0 | 0 |
| **Non-Treated** | | |
| No Therapy Programmed | 0 | 0 |
| ⚠ NonsustainedV Episodes | 1 | 1 |
| Other Untreated Episodes | 0 | 0 |
| **Ventricular Therapy Counters** | | |
| ATP Delivered | 0 | 0 |
| ATP % Successful | 0 | 0 |
| Shocks Delivered | 0 | 0 |
| First Shock % Successful | 0 | 0 |
| Shocks Diverted | 0 | 0 |

©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Combined Follow-up Report** **Apr 22, 2024**
**Fields, David (98454/PATEL)**

| Brady/CRT Counters | Reset Before Last<br>83 day(s)<br>Jul 21, 2023 to Oct 12, 2023 | Since Last Reset<br>192 day(s)<br>Oct 12, 2023 to Apr 22, 2024 |
|---|---|---|
| **Counters** | | |
| % A Paced | 37 | 37 |
| % RV Paced | 93 | 95 |
| % LVa Paced | 99 | 99 |
| % LVb Paced | 0 | 0 |
| **Intrinsic Promotion** | | |
| Rate Hysteresis | | |
| % Successful | 0 | 0 |
| **Atrial Arrhythmia** | | |
| % AT/AF | <1 | <1 |
| Total Time in AT/AF (min) | 2.5 | 12.5 |
| Episodes by Duration | | |
| < 1 minute | 29 | 121 |
| 1 min - < 1 hr | 0 | 0 |
| 1 hr - < 24 hr | 0 | 0 |
| 24 hr - < 48 hr | 0 | 0 |
| > 48 hr | 0 | 0 |
| Total PACs | 7199 | 44644 |
| **Ventricular Counters** | | |
| Total PVCs | 26998 | 47083 |
| Three or More PVCs | 0 | 1 |

| Clinical Counters | Since Last Reset<br>Oct 12, 2023 | Device Totals |
|---|---|---|
| MRI Protection Mode | 0 | 0 |

**AT/AF Overview: Since Last Reset (Oct 12, 2023 to Apr 22, 2024)**

| | | |
|---|---|---|
| AT/AF: <1 % | AT/AF Events: 121 | Total Time in AT/AF (min): 12.5 |
| Most Recent: Apr 21, 2024 16:58 | Avg V Rate: 105 bpm | Duration: 00:00:07 hh:mm:ss |
| Longest: Jan 26, 2024 21:11 | Avg V Rate: 97 bpm | Duration: 00:00:15 hh:mm:ss |
| Fastest RVS Rate: Feb 28, 2024 11:32 | Max V Rate: 129 bpm | Duration: 00:00:05 hh:mm:ss |

**AT/AF Overview: Reset Before Last (Jul 21, 2023 to Oct 12, 2023)**

| | | |
|---|---|---|
| Longest: Aug 27, 2023 20:27 | Avg V Rate: 100 bpm | Duration: 00:00:11 hh:mm:ss |
| Fastest RVS Rate: Oct 11, 2023 13:27 | Max V Rate: N/R | Duration: 00:00:06 hh:mm:ss |

©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Combined Follow-up Report**
**Fields, David (98454/PATEL)**

**Apr 22, 2024**

## Histograms

● A — Paced / Sensed    ■ RV — Paced / Sensed    ◆ LV — Paced / Sensed

| Reset Before Last | Since Last Reset |
|---|---|
| 83 day(s) | 192 day(s) |
| Jul 21, 2023 to Oct 12, 2023 | Oct 12, 2023 to Apr 22, 2024 |

### Atrial Activity




### Ventricular Activity




### Ventricular Response to Atrial Pace




### Ventricular Response to Atrial Sense




### RV Rate during AT/AF




©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Combined Follow-up Report** Apr 22, 2024
**Fields, David (98454/PATEL)**

**Histogram Rate Counts**

| Atrial | Reset Before Last 83 day(s) Jul 21, 2023 to Oct 12, 2023 | | Since Last Reset 192 day(s) Oct 12, 2023 to Apr 22, 2024 | |
|---|---|---|---|---|
| **Rate (bpm)** | **Paced** | **Sensed** | **Paced** | **Sensed** |
| 0-29 | 0 | 1 | 0 | 85 |
| 30-39 | 0 | 1.5K | 0 | 5.6K |
| 40-49 | 0 | 32.8K | 2 | 54.3K |
| 50-59 | 65 | 92.9K | 101 | 120.7K |
| 60-69 | 2.7M | 2.2M | 6.3M | 5.6M |
| 70-79 | 148.2K | 1.5M | 249.0K | 3.4M |
| 80-89 | 43.0K | 681.8K | 100.6K | 1.3M |
| 90-99 | 9.2K | 288.2K | 34.5K | 609.7K |
| 100-109 | 2.9K | 97.0K | 12.0K | 242.0K |
| 110-119 | 1.1K | 58.5K | 4.0K | 81.1K |
| 120-129 | 202 | 8.6K | 1.5K | 19.1K |
| 130-139 | 38 | 999 | 482 | 5.0K |
| 140-149 | 0 | 203 | 3 | 1.5K |
| 150-159 | 1 | 56 | 0 | 506 |
| 160-169 | 0 | 381 | 0 | 1.7K |
| 170-179 | 0 | 53 | 0 | 200 |
| 180-189 | 0 | 47 | 0 | 2.4K |
| 190-199 | 0 | 1.1K | 0 | 37.3K |
| 200-209 | 0 | 1.3K | 0 | 93 |
| 210-219 | 0 | 1.4K | 0 | 59 |
| 220-229 | 0 | 395 | 0 | 48 |
| 230-239 | 0 | 407 | 0 | 28 |
| 240-249 | 0 | 149 | 0 | 174 |
| >=250 | 0 | 880 | 0 | 4.1K |

| Right Ventricular | Reset Before Last 83 day(s) Jul 21, 2023 to Oct 12, 2023 | | Since Last Reset 192 day(s) Oct 12, 2023 to Apr 22, 2024 | |
|---|---|---|---|---|
| **Rate (bpm)** | **Paced** | **Sensed** | **Paced** | **Sensed** |
| 0-29 | 0 | 0 | 0 | 0 |
| 30-39 | 0 | 0 | 0 | 0 |
| 40-49 | 0 | 2 | 0 | 0 |
| 50-59 | 4.6K | 591 | 56.0K | 1.7K |
| 60-69 | 5.0M | 78.2K | 11.9M | 166.5K |
| 70-79 | 1.6M | 80.4K | 3.5M | 151.0K |
| 80-89 | 692.2K | 68.3K | 1.3M | 112.4K |
| 90-99 | 272.7K | 67.5K | 605.0K | 141.5K |
| 100-109 | 75.0K | 114.3K | 218.1K | 197.0K |
| 110-119 | 53.4K | 72.0K | 74.6K | 149.5K |
| 120-129 | 8.8K | 37.0K | 17.5K | 68.2K |
| 130-139 | 23 | 14.3K | 396 | 29.0K |
| 140-149 | 0 | 3.8K | 0 | 7.4K |
| 150-159 | 0 | 1.4K | 0 | 1.9K |
| 160-169 | 0 | 445 | 0 | 478 |
| 170-179 | 0 | 97 | 0 | 143 |
| 180-189 | 0 | 27 | 0 | 53 |
| 190-199 | 0 | 24 | 0 | 36 |
| 200-209 | 0 | 8 | 0 | 30 |
| 210-219 | 0 | 8 | 0 | 19 |
| 220-229 | 0 | 18 | 0 | 33 |
| 230-239 | 0 | 10 | 0 | 57 |
| 240-249 | 0 | 8 | 0 | 47 |
| >=250 | 0 | 1 | 0 | 27 |

©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Combined Follow-up Report**
**Fields, David (98454/PATEL)**

**Apr 22, 2024**

| Left Ventricular | Reset Before Last 83 day(s) Jul 21, 2023 to Oct 12, 2023 | | Since Last Reset 192 day(s) Oct 12, 2023 to Apr 22, 2024 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 216 | 0 | 454 |
| 30-39 | 0 | 12 | 1 | 68 |
| 40-49 | 1.5K | 12 | 1.2K | 28 |
| 50-59 | 10.8K | 19 | 89.2K | 29 |
| 60-69 | 5.0M | 207 | 12.0M | 2.9K |
| 70-79 | 1.6M | 971 | 3.7M | 10.6K |
| 80-89 | 757.4K | 1.5K | 1.4M | 4.4K |
| 90-99 | 331.7K | 5.7K | 723.2K | 13.9K |
| 100-109 | 174.2K | 15.7K | 397.7K | 21.9K |
| 110-119 | 119.0K | 13.1K | 218.9K | 19.3K |
| 120-129 | 30.6K | 19.3K | 59.4K | 37.9K |
| 130-139 | 123 | 6.4K | 455 | 14.9K |
| 140-149 | 4 | 2.3K | 21 | 4.6K |
| 150-159 | 0 | 937 | 1 | 1.2K |
| 160-169 | 0 | 363 | 0 | 274 |
| 170-179 | 0 | 100 | 0 | 77 |
| 180-189 | 0 | 22 | 0 | 37 |
| 190-199 | 0 | 2 | 0 | 12 |
| 200-209 | 0 | 4 | 0 | 3 |
| 210-219 | 0 | 4 | 0 | 1 |
| 220-229 | 0 | 0 | 0 | 0 |
| 230-239 | 0 | 0 | 0 | 2 |
| 240-249 | 0 | 0 | 0 | 0 |
| >=250 | 0 | 0 | 0 | 0 |

| RV Rate during AT/AF | Reset Before Last 83 day(s) Jul 21, 2023 to Oct 12, 2023 | | Since Last Reset 192 day(s) Oct 12, 2023 to Apr 22, 2024 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 0 | 0 | 0 |
| 30-39 | 0 | 0 | 0 | 0 |
| 40-49 | 0 | 0 | 0 | 0 |
| 50-59 | 0 | 0 | 0 | 0 |
| 60-69 | 0 | 0 | 0 | 0 |
| 70-79 | 0 | 0 | 0 | 0 |
| 80-89 | 0 | 0 | 49 | 0 |
| 90-99 | 38 | 0 | 274 | 9 |
| 100-109 | 124 | 0 | 578 | 2 |
| 110-119 | 62 | 1 | 258 | 5 |
| 120-129 | 1 | 2 | 7 | 10 |
| 130-139 | 0 | 1 | 0 | 5 |
| 140-149 | 0 | 0 | 0 | 0 |
| 150-159 | 0 | 0 | 0 | 0 |
| 160-169 | 0 | 0 | 0 | 0 |
| 170-179 | 0 | 0 | 0 | 0 |
| 180-189 | 0 | 0 | 0 | 0 |
| 190-199 | 0 | 0 | 0 | 0 |
| 200-209 | 0 | 0 | 0 | 0 |
| 210-219 | 0 | 0 | 0 | 0 |
| 220-229 | 0 | 0 | 0 | 0 |
| 230-239 | 0 | 0 | 0 | 0 |
| 240-249 | 0 | 0 | 0 | 0 |
| >=250 | 0 | 0 | 0 | 0 |

©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Apr 22, 2024

**Heart Rate Variability**

**Last measured for 24-hr period ending Feb 09, 2024 03:47**

| | |
|---|---|
| % of Time Used | 74 |
| Footprint | 35 % |
| SDANN | 88 ms |
| Mode | DDDR |
| Sensed AV Delay | 180 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |




**Reference: 24-hr period ending Jul 25, 2023 03:41**

| | |
|---|---|
| % of Time Used | 68 |
| Footprint | 29 % |
| SDANN | 69 ms |
| Mode | DDDR |
| Sensed AV Delay | 180 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |




©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Combined Follow-up Report**
**Fields, David (98454/PATEL)**

**Apr 22, 2024**

**Presenting EGM (Apr 22, 2024)**

EGM displayed at 25mm per second







©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Combined Follow-up Report** **Apr 22, 2024**
**Fields, David (98454/PATEL)**







©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Combined Follow-up Report** Apr 22, 2024
**Fields, David (98454/PATEL)**




**All Events Since Last Reset (Oct 12, 2023)**

| | |
|---|---|
| Apr 21, 2024 17:57 | RA Auto |
| Apr 21, 2024 17:56 | LV Auto |
| Apr 21, 2024 17:50 | RV Auto |
| Apr 21, 2024 16:58 | ATR at 223 bpm, Avg V Rate in ATR: 105 bpm |
| Apr 21, 2024 11:44 | ATR at 188 bpm, Avg V Rate in ATR: 107 bpm |
| Apr 20, 2024 20:56 | ATR at 155 bpm, Avg V Rate in ATR: 108 bpm |
| Apr 20, 2024 18:46 | ATR at 124 bpm, Avg V Rate in ATR: 103 bpm |
| Apr 20, 2024 10:13 | ATR at 221 bpm, Avg V Rate in ATR: 105 bpm |
| Apr 14, 2024 17:57 | RA Auto |
| Apr 14, 2024 17:56 | LV Auto |
| Apr 14, 2024 17:50 | RV Auto |
| Apr 13, 2024 17:50 | ATR at 150 bpm, Avg V Rate in ATR: 103 bpm |
| Apr 13, 2024 14:12 | ATR at 153 bpm, Avg V Rate in ATR: 106 bpm |
| Apr 09, 2024 17:22 | ATR at 231 bpm, Avg V Rate in ATR: 107 bpm |
| Apr 09, 2024 13:27 | ATR at 157 bpm, Avg V Rate in ATR: 112 bpm |
| Apr 09, 2024 11:58 | RA Auto |
| Apr 09, 2024 11:57 | LV Auto |
| Apr 09, 2024 11:50 | RV Auto |
| Apr 08, 2024 18:08 | ATR at 138 bpm, Avg V Rate in ATR: 112 bpm |
| Apr 07, 2024 18:50 | RA Auto |
| Apr 07, 2024 17:56 | LV Auto |
| Apr 07, 2024 17:50 | RV Auto |
| Apr 03, 2024 08:53 | RA Auto |
| Apr 03, 2024 08:52 | LV Auto |
| Apr 03, 2024 08:50 | RV Auto |
| Dec 11, 2023 14:53 | NonSustV at 179 bpm, Nonsustained |

Total Events: 1 NonSustV, 121 ATR

**Battery (Continued)**

©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Combined Follow-up Report** **Apr 22, 2024**
**Fields, David (98454/PATEL)**

| | | | |
|---|---|---|---|
| Last Delivered Shock | N/R | Time Since Implant | 9 months |
| Energy | N/R | Charge Remaining | 1.92 ampere-hours |
| Charge Time | N/R | Power Consumption | 53 µW |
| Shock Impedance | N/R | (Measured with programmed parameters) | |
| Beep when Explant is Indicated | On | This device is using 106% of the power it would use at the following parameters: | |
| | | A | 15% pacing, 70 ppm, 2.5 V, 0.4 ms, 500 Ω |
| | | RV | 100% pacing, 70 ppm, 2.5 V, 0.4 ms, 700 Ω |
| | | LVa | 100% pacing, 70 ppm, 3.5 V, 0.4 ms, 700 Ω |
| | | LVb | Off |

©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

| LATITUDE® Patient Management - Heart Failure Management Report | | Report Created: Apr 22, 2024 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>G447/310757<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Apr 22, 2024 03:00 EDT**<br>Last Office Interrogation: **Oct 12, 2023**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

**My Alerts**

Apr 21, 2024 03:51 Atrial Arrhythmia Burden of at least > 0 hours in a 24 hour period.

For Technical Support contact 1-800-CARDIAC (Americas) or your local Boston Scientific Representative.

**HeartLogic™ Heart Failure Index**

**0**

OK

**Apr 21, 2024**




**Trend Graphs**

S3 — Apr 21, 2024: 0.90 mG

S1 — Apr 21, 2024: 1.27 mG

Thoracic Impedance — Apr 21, 2024: 48.5 Ω

Respiratory Rate — Apr 21, 2024: 15.5 rpm




G447 Firmware Version: H_v1.00.00(1.01)
©2023 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

**LATITUDE® Patient Management - Heart Failure Management Report**
**Fields, David (98454/PATEL)**

**Apr 22, 2024**




©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Heart Failure Management Report**
**Fields, David (98454/PATEL)**

**Apr 22, 2024**

Heart Rate Variability (SDANN)

Apr 21, 2024
Insufficient
ms




**Battery**

Approximate time to explant: **10 years** from Apr 22, 2024

**Trend Data**

| Date | HeartLogic Heart Failure Index | S3 (mG) | S1 (mG) | Thoracic Impedance (Ω) | Respiratory Rate (rpm) | Night Heart Rate (bpm) | Sleep Incline (degrees) | Activity Level (hour(s)) | AT/AF Burden (hour(s), events) |
|---|---|---|---|---|---|---|---|---|---|
| Apr 21, 2024 | 0 | 0.90 | 1.27 | 48.5 | 15.5 | 63 | N/R | 1.6 | 0.0, 3 |
| Apr 20, 2024 | 0 | 0.94 | 1.69 | 47.9 | 15.5 | 61 | N/R | 1.4 | 0.0, 0 |
| Apr 19, 2024 | 0 | 0.74 | 1.40 | 47.4 | 15.5 | 62 | N/R | 3.2 | 0.0, 0 |
| Apr 18, 2024 | 0 | 1.05 | 1.65 | 48.5 | 15.5 | 61 | N/R | 2.7 | 0.0, 0 |
| Apr 17, 2024 | 0 | 0.93 | 1.58 | 48.5 | 15.3 | 62 | N/R | 4.2 | 0.0, 0 |
| Apr 16, 2024 | 0 | 0.81 | 1.43 | 49.0 | 16.3 | 64 | N/R | 3.8 | 0.0, 0 |
| Apr 15, 2024 | 0 | 0.98 | 1.80 | 49.4 | 14.3 | 61 | N/R | 1.0 | 0.0, 0 |
| Apr 14, 2024 | 0 | 0.84 | 1.45 | 49.3 | 14.0 | 64 | N/R | 1.0 | 0.0, 2 |
| Apr 13, 2024 | 0 | 0.96 | 1.58 | 49.7 | 15.5 | 61 | N/R | 2.4 | 0.0, 0 |
| Apr 12, 2024 | 0 | 0.84 | 1.48 | 49.9 | 14.0 | 62 | N/R | 1.6 | 0.0, 0 |
| Apr 11, 2024 | 0 | 0.78 | 1.56 | 50.8 | 14.8 | 62 | N/R | 1.2 | 0.0, 0 |
| Apr 10, 2024 | 0 | 0.94 | 1.63 | 50.7 | 13.3 | 61 | N/R | 1.5 | 0.0, 2 |
| Apr 09, 2024 | 0 | 0.83 | 1.44 | 50.0 | 16.5 | 61 | N/R | 3.0 | 0.0, 2 |
| Apr 08, 2024 | 0 | 0.90 | 1.67 | 50.0 | 13.3 | 62 | N/R | 0.6 | 0.0, 0 |
| Apr 07, 2024 | 0 | 0.79 | 1.34 | 49.3 | 15.0 | 61 | N/R | 1.3 | 0.0, 2 |
| Apr 06, 2024 | 0 | 0.78 | 1.53 | 48.6 | 14.8 | 61 | N/R | 1.0 | 0.0, 0 |
| Apr 05, 2024 | 0 | 0.76 | 1.36 | 47.7 | 14.5 | 61 | N/R | 0.8 | 0.0, 0 |
| Apr 04, 2024 | 0 | 0.88 | 1.33 | 46.4 | 15.8 | 61 | N/R | 1.6 | 0.0, 0 |
| Apr 03, 2024 | 0 | 0.80 | 1.55 | 48.4 | 15.3 | 61 | N/R | 3.0 | 0.0, 0 |
| Apr 02, 2024 | 0 | 0.78 | 1.40 | 47.3 | 16.5 | 62 | N/R | 3.2 | 0.0, 0 |
| Apr 01, 2024 | 0 | 0.87 | 1.61 | 48.0 | 14.8 | 61 | N/R | 1.3 | 0.0, 0 |
| Mar 31, 2024 | 0 | 0.87 | 1.45 | 48.5 | 14.5 | 62 | N/R | 1.1 | 0.0, 0 |
| Mar 30, 2024 | 2 | 0.82 | 1.37 | 47.9 | 14.8 | 61 | N/R | 0.6 | 0.0, 0 |
| Mar 29, 2024 | 2 | 0.82 | 1.38 | 48.0 | 15.5 | 61 | N/R | 5.9 | 0.0, 0 |
| Mar 28, 2024 | 2 | 0.78 | 1.40 | 47.5 | 15.8 | 61 | N/R | 1.4 | 0.0, 0 |
| Mar 27, 2024 | 2 | 0.94 | 1.75 | 47.4 | 16.3 | 63 | N/R | 1.1 | 0.0, 1 |
| Mar 26, 2024 | 2 | 0.79 | 1.35 | 46.5 | 15.0 | 61 | N/R | 1.1 | 0.0, 0 |
| Mar 25, 2024 | 2 | 0.85 | 1.36 | 45.4 | 16.3 | 62 | N/R | 0.8 | 0.0, 0 |
| Mar 24, 2024 | 2 | 1.01 | 1.57 | 46.0 | 15.5 | 61 | N/R | 1.3 | 0.0, 0 |
| Mar 23, 2024 | 2 | 0.92 | 1.53 | 47.1 | 15.5 | 62 | N/R | 3.2 | 0.0, 1 |

©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Heart Failure Management Report**
**Fields, David (98454/PATEL)**

**Apr 22, 2024**

| Date | RV Rate during AT/AF (mean, max) (bpm) | Mean Heart Rate (bpm) | % LV Paced (%) | Heart Rate Variability (SDANN) (ms) |
|---|---|---|---|---|
| Apr 21, 2024 | N/R, 106 | 69 | 99 | N/R |
| Apr 20, 2024 | N/R, N/R | 66 | 99 | N/R |
| Apr 19, 2024 | N/R, N/R | 75 | 99 | N/R |
| Apr 18, 2024 | N/R, N/R | 70 | 99 | N/R |
| Apr 17, 2024 | N/R, N/R | 72 | 99 | N/R |
| Apr 16, 2024 | N/R, N/R | 76 | 98 | N/R |
| Apr 15, 2024 | N/R, N/R | 66 | 99 | N/R |
| Apr 14, 2024 | N/R, 105 | 69 | 98 | N/R |
| Apr 13, 2024 | N/R, N/R | 70 | 99 | N/R |
| Apr 12, 2024 | N/R, N/R | 70 | 99 | N/R |
| Apr 11, 2024 | N/R, N/R | 70 | 99 | N/R |
| Apr 10, 2024 | N/R, 109 | 67 | 99 | N/R |
| Apr 09, 2024 | N/R, 111 | 73 | 99 | N/R |
| Apr 08, 2024 | N/R, N/R | 64 | 99 | N/R |
| Apr 07, 2024 | N/R, 102 | 66 | 99 | N/R |
| Apr 06, 2024 | N/R, N/R | 65 | 99 | N/R |
| Apr 05, 2024 | N/R, N/R | 64 | 99 | N/R |
| Apr 04, 2024 | N/R, N/R | 69 | 99 | N/R |
| Apr 03, 2024 | N/R, N/R | 72 | 99 | N/R |
| Apr 02, 2024 | N/R, N/R | 72 | 99 | N/R |
| Apr 01, 2024 | N/R, N/R | 68 | 99 | N/R |
| Mar 31, 2024 | N/R, N/R | 67 | 99 | N/R |
| Mar 30, 2024 | N/R, N/R | 65 | 99 | N/R |
| Mar 29, 2024 | N/R, N/R | 69 | 99 | N/R |
| Mar 28, 2024 | N/R, N/R | 69 | 99 | N/R |
| Mar 27, 2024 | N/R, 107 | 68 | 99 | N/R |
| Mar 26, 2024 | N/R, N/R | 65 | 99 | N/R |
| Mar 25, 2024 | N/R, N/R | 66 | 99 | N/R |
| Mar 24, 2024 | N/R, N/R | 66 | 99 | N/R |
| Mar 23, 2024 | N/R, 100 | 70 | 99 | N/R |

©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

| LATITUDE® Patient Management - Arrhythmia Logbook Report | | Report Created: Apr 22, 2024 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>G447/310757<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Apr 22, 2024 03:00 EDT**<br>Last Office Interrogation: **Oct 12, 2023**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

Events Since: Last Reset

Event Type: All Events

*Maximum of 250 episodes shown*

| Event | Date/Time | Type | Therapy | Duration hh:mm:ss |
|---|---|---|---|---|
| RAAT-323 | Apr 21, 2024 17:57 | RA Auto | | ------- |
| LVAT-220 | Apr 21, 2024 17:56 | LV Auto | | ------- |
| RVAT-323 | Apr 21, 2024 17:50 | RV Auto | | ------- |
| ATR-152 | Apr 21, 2024 16:58 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:07 |
| ATR-151 | Apr 21, 2024 11:44 | ATR | Avg V Rate in ATR: 107 bpm | 00:00:06 |
| ATR-150 | Apr 20, 2024 20:56 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:07 |
| ATR-149 | Apr 20, 2024 18:46 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:05 |
| ATR-148 | Apr 20, 2024 10:13 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:06 |
| RAAT-315 | Apr 14, 2024 17:57 | RA Auto | | ------- |
| LVAT-212 | Apr 14, 2024 17:56 | LV Auto | | ------- |
| RVAT-315 | Apr 14, 2024 17:50 | RV Auto | | ------- |
| ATR-147 | Apr 13, 2024 17:50 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:08 |
| ATR-146 | Apr 13, 2024 14:12 | ATR | Avg V Rate in ATR: 106 bpm | 00:00:08 |
| ATR-145 | Apr 09, 2024 17:22 | ATR | Avg V Rate in ATR: 107 bpm | 00:00:08 |
| ATR-144 | Apr 09, 2024 13:27 | ATR | Avg V Rate in ATR: 112 bpm | 00:00:05 |
| RAAT-309 | Apr 09, 2024 11:58 | RA Auto | | ------- |
| LVAT-206 | Apr 09, 2024 11:57 | LV Auto | | ------- |
| RVAT-309 | Apr 09, 2024 11:50 | RV Auto | | ------- |
| ATR-143 | Apr 08, 2024 18:08 | ATR | Avg V Rate in ATR: 112 bpm | 00:00:04 |
| ATR-142 | Apr 08, 2024 16:14 | ATR | Avg V Rate in ATR: 110 bpm | 00:00:04 |
| RAAT-307 | Apr 07, 2024 18:50 | RA Auto | | ------- |
| LVAT-204 | Apr 07, 2024 17:56 | LV Auto | | ------- |
| RVAT-307 | Apr 07, 2024 17:50 | RV Auto | | ------- |
| ATR-141 | Apr 06, 2024 20:52 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:11 |
| ATR-140 | Apr 06, 2024 08:48 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:07 |
| RAAT-302 | Apr 03, 2024 08:53 | RA Auto | | ------- |
| LVAT-199 | Apr 03, 2024 08:52 | LV Auto | | ------- |
| RVAT-302 | Apr 03, 2024 08:50 | RV Auto | | ------- |
| RAAT-294 | Mar 27, 2024 08:57 | RA Auto | | ------- |
| LVAT-191 | Mar 27, 2024 08:56 | LV Auto | | ------- |
| RVAT-294 | Mar 27, 2024 08:50 | RV Auto | | ------- |
| ATR-139 | Mar 26, 2024 12:18 | ATR | Avg V Rate in ATR: 107 bpm | 00:00:05 |
| RAAT-292 | Mar 25, 2024 14:57 | RA Auto | | ------- |
| LVAT-189 | Mar 25, 2024 14:56 | LV Auto | | ------- |
| RVAT-292 | Mar 25, 2024 14:50 | RV Auto | | ------- |
| ATR-138 | Mar 22, 2024 20:05 | ATR | Avg V Rate in ATR: 100 bpm | 00:00:10 |
| RAAT-287 | Mar 21, 2024 05:58 | RA Auto | | ------- |
| LVAT-184 | Mar 21, 2024 05:57 | LV Auto | | ------- |

G447 Firmware Version: H_v1.00.00(1.01)

©2023 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

LATITUDE® Patient Management - Arrhythmia Logbook Report
Fields, David (98454/PATEL)

Apr 22, 2024

| | | | | |
|---|---|---|---|---|
| RVAT-287 | Mar 21, 2024 05:50 | RV Auto | | |
| ATR-137 | Mar 20, 2024 11:16 | ATR | Avg V Rate in ATR: 110 bpm | 00:00:07 |
| RAAT-286 | Mar 20, 2024 08:57 | RA Auto | | ------- |
| LVAT-183 | Mar 20, 2024 08:56 | LV Auto | | ------- |
| RVAT-286 | Mar 20, 2024 08:50 | RV Auto | | ------- |
| RAAT-281 | Mar 15, 2024 23:58 | RA Auto | | ------- |
| LVAT-178 | Mar 15, 2024 23:57 | LV Auto | | ------- |
| RVAT-281 | Mar 15, 2024 23:50 | RV Auto | | ------- |
| ATR-136 | Mar 14, 2024 15:55 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:05 |
| RAAT-273 | Mar 08, 2024 23:58 | RA Auto | | ------- |
| LVAT-170 | Mar 08, 2024 23:57 | LV Auto | | ------- |
| RVAT-273 | Mar 08, 2024 23:50 | RV Auto | | ------- |
| ATR-135 | Mar 07, 2024 08:01 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:11 |
| RAAT-270 | Mar 06, 2024 08:58 | RA Auto | | ------- |
| LVAT-167 | Mar 06, 2024 08:57 | LV Auto | | ------- |
| RVAT-270 | Mar 06, 2024 08:50 | RV Auto | | ------- |
| ATR-134 | Feb 29, 2024 13:36 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:08 |
| ATR-133 | Feb 28, 2024 11:34 | ATR | Avg V Rate in ATR: 127 bpm | 00:00:02 |
| ATR-132 | Feb 28, 2024 11:32 | ATR | Avg V Rate in ATR: 129 bpm | 00:00:05 |
| ATR-131 | Feb 28, 2024 11:22 | ATR | Avg V Rate in ATR: 137 bpm | 00:00:01 |
| RAAT-262 | Feb 28, 2024 08:58 | RA Auto | | ------- |
| LVAT-159 | Feb 28, 2024 08:56 | LV Auto | | ------- |
| RVAT-262 | Feb 28, 2024 08:50 | RV Auto | | ------- |
| ATR-130 | Feb 27, 2024 21:06 | ATR | Avg V Rate in ATR: 114 bpm | 00:00:04 |
| ATR-129 | Feb 27, 2024 21:05 | ATR | Avg V Rate in ATR: 112 bpm | 00:00:06 |
| RAAT-259 | Feb 25, 2024 17:58 | RA Auto | | ------- |
| LVAT-156 | Feb 25, 2024 17:56 | LV Auto | | ------- |
| RVAT-259 | Feb 25, 2024 17:50 | RV Auto | | ------- |
| ATR-128 | Feb 25, 2024 14:43 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:11 |
| ATR-127 | Feb 24, 2024 19:04 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:08 |
| ATR-126 | Feb 23, 2024 21:20 | ATR | Avg V Rate in ATR: 112 bpm | 00:00:04 |
| ATR-125 | Feb 23, 2024 21:19 | ATR | Avg V Rate in ATR: 115 bpm | 00:00:01 |
| ATR-124 | Feb 23, 2024 14:45 | ATR | Avg V Rate in ATR: 113 bpm | 00:00:06 |
| ATR-123 | Feb 23, 2024 14:24 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:08 |
| ATR-122 | Feb 23, 2024 08:05 | ATR | Avg V Rate in ATR: 106 bpm | 00:00:07 |
| RAAT-256 | Feb 23, 2024 02:57 | RA Auto | | ------- |
| LVAT-153 | Feb 23, 2024 02:56 | LV Auto | | ------- |
| RVAT-256 | Feb 23, 2024 02:50 | RV Auto | | ------- |
| ATR-121 | Feb 21, 2024 20:33 | ATR | Avg V Rate in ATR: 112 bpm | 00:00:03 |
| RAAT-253 | Feb 20, 2024 11:58 | RA Auto | | ------- |
| LVAT-150 | Feb 20, 2024 11:56 | LV Auto | | ------- |
| RVAT-253 | Feb 20, 2024 11:50 | RV Auto | | ------- |
| ATR-120 | Feb 19, 2024 20:48 | ATR | Avg V Rate in ATR: 88 bpm | 00:00:03 |
| RAAT-252 | Feb 19, 2024 14:57 | RA Auto | | ------- |
| LVAT-149 | Feb 19, 2024 14:56 | LV Auto | | ------- |
| RVAT-252 | Feb 19, 2024 14:50 | RV Auto | | ------- |
| RAAT-251 | Feb 18, 2024 17:58 | RA Auto | | ------- |
| LVAT-148 | Feb 18, 2024 17:56 | LV Auto | | ------- |
| RVAT-251 | Feb 18, 2024 17:50 | RV Auto | | ------- |

©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Arrhythmia Logbook Report
Fields, David (98454/PATEL)

Apr 22, 2024

| | | | | |
|---|---|---|---|---|
| ATR-119 | Feb 12, 2024 19:36 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:08 |
| ATR-118 | Feb 12, 2024 16:20 | ATR | Avg V Rate in ATR: 97 bpm | 00:00:12 |
| ATR-117 | Feb 12, 2024 16:16 | ATR | Avg V Rate in ATR: 98 bpm | 00:00:10 |
| ATR-116 | Feb 12, 2024 16:14 | ATR | Avg V Rate in ATR: 94 bpm | 00:00:14 |
| ATR-115 | Feb 12, 2024 16:07 | ATR | Avg V Rate in ATR: 89 bpm | 00:00:10 |
| ATR-114 | Feb 12, 2024 15:22 | ATR | Avg V Rate in ATR: 112 bpm | 00:00:03 |
| ATR-113 | Feb 11, 2024 21:03 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:08 |
| ATR-112 | Feb 11, 2024 20:44 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:06 |
| RAAT-243 | Feb 11, 2024 17:58 | RA Auto | | -------- |
| LVAT-140 | Feb 11, 2024 17:57 | LV Auto | | -------- |
| RVAT-243 | Feb 11, 2024 17:50 | RV Auto | | -------- |
| ATR-111 | Feb 08, 2024 21:33 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:06 |
| ATR-110 | Feb 08, 2024 21:31 | ATR | Avg V Rate in ATR: 111 bpm | 00:00:06 |
| ATR-109 | Feb 08, 2024 21:31 | ATR | Avg V Rate in ATR: 111 bpm | 00:00:06 |
| ATR-108 | Feb 08, 2024 21:31 | ATR | Avg V Rate in ATR: 117 bpm | -------- |
| ATR-107 | Feb 07, 2024 16:08 | ATR | Avg V Rate in ATR: 109 bpm | 00:00:08 |
| ATR-106 | Feb 07, 2024 12:25 | ATR | Avg V Rate in ATR: 115 bpm | 00:00:04 |
| ATR-105 | Feb 07, 2024 12:22 | ATR | Avg V Rate in ATR: 106 bpm | 00:00:08 |
| ATR-104 | Feb 06, 2024 20:14 | ATR | Avg V Rate in ATR: 87 bpm | 00:00:07 |
| ATR-103 | Feb 06, 2024 17:08 | ATR | Avg V Rate in ATR: 109 bpm | 00:00:07 |
| RAAT-237 | Feb 06, 2024 11:57 | RA Auto | | -------- |
| LVAT-134 | Feb 06, 2024 11:56 | LV Auto | | -------- |
| RVAT-237 | Feb 06, 2024 11:50 | RV Auto | | -------- |
| ATR-102 | Feb 04, 2024 09:14 | ATR | Avg V Rate in ATR: 112 bpm | 00:00:04 |
| ATR-101 | Feb 03, 2024 17:32 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:07 |
| RAAT-233 | Feb 02, 2024 23:57 | RA Auto | | -------- |
| LVAT-130 | Feb 02, 2024 23:55 | LV Auto | | -------- |
| RVAT-233 | Feb 02, 2024 23:50 | RV Auto | | -------- |
| ATR-100 | Feb 02, 2024 06:08 | ATR | Avg V Rate in ATR: 114 bpm | 00:00:05 |
| RAAT-227 | Jan 28, 2024 17:57 | RA Auto | | -------- |
| LVAT-124 | Jan 28, 2024 17:56 | LV Auto | | -------- |
| RVAT-227 | Jan 28, 2024 17:50 | RV Auto | | -------- |
| ATR-99 | Jan 28, 2024 15:25 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:07 |
| ATR-98 | Jan 28, 2024 14:06 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:09 |
| RAAT-225 | Jan 26, 2024 23:57 | RA Auto | | -------- |
| LVAT-122 | Jan 26, 2024 23:56 | LV Auto | | -------- |
| RVAT-225 | Jan 26, 2024 23:50 | RV Auto | | -------- |
| ATR-97 | Jan 26, 2024 21:11 | ATR | Avg V Rate in ATR: 97 bpm | 00:00:15 |
| RAAT-219 | Jan 21, 2024 17:57 | RA Auto | | -------- |
| LVAT-116 | Jan 21, 2024 17:56 | LV Auto | | -------- |
| RVAT-219 | Jan 21, 2024 17:50 | RV Auto | | -------- |
| RAAT-214 | Jan 17, 2024 08:58 | RA Auto | | -------- |
| LVAT-111 | Jan 17, 2024 08:56 | LV Auto | | -------- |
| RVAT-214 | Jan 17, 2024 08:50 | RV Auto | | -------- |
| ATR-96 | Jan 11, 2024 00:03 | ATR | Avg V Rate in ATR: 106 bpm | 00:00:05 |
| RAAT-206 | Jan 10, 2024 09:50 | RA Auto | | -------- |
| LVAT-103 | Jan 10, 2024 08:54 | LV Auto | | -------- |
| RVAT-206 | Jan 10, 2024 08:50 | RV Auto | | -------- |
| ATR-95 | Jan 06, 2024 20:04 | ATR | Avg V Rate in ATR: 115 bpm | 00:00:01 |

©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Arrhythmia Logbook Report** Apr 22, 2024
**Fields, David (98454/PATEL)**

| | | | | |
|---|---|---|---|---|
| ATR-94 | Jan 05, 2024 06:57 | ATR | Avg V Rate in ATR: 96 bpm | 00:00:03 |
| RAAT-200 | Jan 05, 2024 02:58 | RA Auto | | -------- |
| LVAT-97 | Jan 05, 2024 02:56 | LV Auto | | -------- |
| RVAT-200 | Jan 05, 2024 02:50 | RV Auto | | -------- |
| ATR-93 | Jan 04, 2024 20:10 | ATR | Avg V Rate in ATR: 114 bpm | 00:00:05 |
| ATR-92 | Jan 04, 2024 16:39 | ATR | Avg V Rate in ATR: 90 bpm | 00:00:02 |
| RAAT-196 | Jan 01, 2024 14:57 | RA Auto | | -------- |
| LVAT-93 | Jan 01, 2024 14:56 | LV Auto | | -------- |
| RVAT-196 | Jan 01, 2024 14:50 | RV Auto | | -------- |
| ATR-91 | Jan 01, 2024 12:40 | ATR | Avg V Rate in ATR: 107 bpm | 00:00:09 |
| ATR-90 | Dec 29, 2023 09:31 | ATR | Avg V Rate in ATR: 111 bpm | 00:00:06 |
| ATR-89 | Dec 29, 2023 03:28 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:10 |
| ATR-88 | Dec 28, 2023 20:22 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:10 |
| ATR-87 | Dec 28, 2023 08:05 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:05 |
| ATR-86 | Dec 27, 2023 15:37 | ATR | Avg V Rate in ATR: 117 bpm | 00:00:01 |
| ATR-85 | Dec 27, 2023 13:03 | ATR | Avg V Rate in ATR: 110 bpm | 00:00:06 |
| ATR-84 | Dec 26, 2023 17:30 | ATR | Avg V Rate in ATR: 109 bpm | 00:00:06 |
| ATR-83 | Dec 26, 2023 15:56 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:05 |
| RAAT-189 | Dec 26, 2023 11:58 | RA Auto | | -------- |
| LVAT-86 | Dec 26, 2023 11:56 | LV Auto | | -------- |
| RVAT-189 | Dec 26, 2023 11:50 | RV Auto | | -------- |
| RAAT-188 | Dec 25, 2023 14:57 | RA Auto | | -------- |
| LVAT-85 | Dec 25, 2023 14:56 | LV Auto | | -------- |
| RVAT-188 | Dec 25, 2023 14:50 | RV Auto | | -------- |
| ATR-82 | Dec 23, 2023 15:40 | ATR | Avg V Rate in ATR: 107 bpm | 00:00:06 |
| RAAT-185 | Dec 22, 2023 23:57 | RA Auto | | -------- |
| LVAT-82 | Dec 22, 2023 23:55 | LV Auto | | -------- |
| RVAT-185 | Dec 22, 2023 23:50 | RV Auto | | -------- |
| ATR-81 | Dec 22, 2023 20:30 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:06 |
| RAAT-180 | Dec 18, 2023 14:55 | RA Auto | | -------- |
| LVAT-77 | Dec 18, 2023 14:54 | LV Auto | | -------- |
| RVAT-180 | Dec 18, 2023 14:50 | RV Auto | | -------- |
| ATR-80 | Dec 18, 2023 12:00 | ATR | Avg V Rate in ATR: 88 bpm | 00:00:01 |
| RAAT-177 | Dec 15, 2023 23:57 | RA Auto | | -------- |
| LVAT-74 | Dec 15, 2023 23:56 | LV Auto | | -------- |
| RVAT-177 | Dec 15, 2023 23:50 | RV Auto | | -------- |
| ATR-79 | Dec 15, 2023 15:31 | ATR | Avg V Rate in ATR: 100 bpm | 00:00:11 |
| RAAT-173 | Dec 12, 2023 11:57 | RA Auto | | -------- |
| LVAT-70 | Dec 12, 2023 11:56 | LV Auto | | -------- |
| RVAT-173 | Dec 12, 2023 11:50 | RV Auto | | -------- |
| ATR-78 | Dec 12, 2023 06:36 | ATR | Avg V Rate in ATR: 83 bpm | 00:00:07 |
| V-1 | Dec 11, 2023 14:53 | NonSustV | Nonsustained | 00:00:15 |
| RAAT-169 | Dec 08, 2023 23:56 | RA Auto | | -------- |
| LVAT-66 | Dec 08, 2023 23:55 | LV Auto | | -------- |
| RVAT-169 | Dec 08, 2023 23:50 | RV Auto | | -------- |
| ATR-77 | Dec 08, 2023 22:29 | ATR | Avg V Rate in ATR: 86 bpm | 00:00:04 |
| ATR-76 | Dec 08, 2023 12:36 | ATR | Avg V Rate in ATR: 118 bpm | 00:00:04 |
| ATR-75 | Dec 05, 2023 19:10 | ATR | Avg V Rate in ATR: 106 bpm | 00:00:07 |
| ATR-74 | Dec 05, 2023 16:26 | ATR | Avg V Rate in ATR: 107 bpm | 00:00:04 |

©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Arrhythmia Logbook Report** Apr 22, 2024
**Fields, David (98454/PATEL)**

| | | | | |
|---|---|---|---|---|
| ATR-73 | Dec 04, 2023 21:48 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:08 |
| ATR-72 | Dec 04, 2023 21:41 | ATR | Avg V Rate in ATR: 100 bpm | 00:00:08 |
| RAAT-164 | Dec 04, 2023 15:50 | RA Auto | | -------- |
| LVAT-61 | Dec 04, 2023 14:55 | LV Auto | | -------- |
| RVAT-164 | Dec 04, 2023 14:50 | RV Auto | | -------- |
| ATR-71 | Dec 04, 2023 14:45 | ATR | Avg V Rate in ATR: 112 bpm | 00:00:01 |
| ATR-70 | Dec 04, 2023 14:40 | ATR | Avg V Rate in ATR: 109 bpm | 00:00:07 |
| ATR-69 | Nov 30, 2023 20:45 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:08 |
| ATR-68 | Nov 29, 2023 23:39 | ATR | Avg V Rate in ATR: 88 bpm | 00:00:06 |
| ATR-67 | Nov 29, 2023 14:07 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:08 |
| ATR-66 | Nov 29, 2023 14:01 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:09 |
| ATR-65 | Nov 29, 2023 13:13 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:06 |
| ATR-64 | Nov 29, 2023 11:08 | ATR | Avg V Rate in ATR: 99 bpm | 00:00:11 |
| RAAT-156 | Nov 27, 2023 15:50 | RA Auto | | -------- |
| LVAT-53 | Nov 27, 2023 14:53 | LV Auto | | -------- |
| RVAT-156 | Nov 27, 2023 14:50 | RV Auto | | -------- |
| ATR-61 | Nov 27, 2023 14:43 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:09 |
| ATR-60 | Nov 27, 2023 14:14 | ATR | Avg V Rate in ATR: 107 bpm | 00:00:06 |
| ATR-59 | Nov 27, 2023 14:12 | ATR | Avg V Rate in ATR: 107 bpm | 00:00:06 |
| ATR-58 | Nov 27, 2023 14:05 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:07 |
| ATR-57 | Nov 22, 2023 10:51 | ATR | Avg V Rate in ATR: 99 bpm | 00:00:11 |
| ATR-56 | Nov 22, 2023 10:51 | ATR | Avg V Rate in ATR: 110 bpm | 00:00:01 |
| LVAT-47 | Nov 22, 2023 08:57 | LV Auto | | -------- |
| RAAT-150 | Nov 22, 2023 08:56 | RA Auto | | -------- |
| RVAT-150 | Nov 22, 2023 08:50 | RV Auto | | -------- |
| ATR-55 | Nov 19, 2023 17:52 | ATR | Avg V Rate in ATR: 98 bpm | 00:00:13 |
| ATR-54 | Nov 19, 2023 00:33 | ATR | Avg V Rate in ATR: 107 bpm | 00:00:04 |
| LVAT-43 | Nov 18, 2023 20:57 | LV Auto | | -------- |
| RAAT-146 | Nov 18, 2023 20:55 | RA Auto | | -------- |
| RVAT-146 | Nov 18, 2023 20:50 | RV Auto | | -------- |
| ATR-53 | Nov 16, 2023 17:12 | ATR | Avg V Rate in ATR: 106 bpm | 00:00:05 |
| ATR-52 | Nov 16, 2023 17:12 | ATR | Avg V Rate in ATR: 111 bpm | 00:00:03 |
| ATR-51 | Nov 16, 2023 17:11 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:09 |
| ATR-50 | Nov 15, 2023 11:58 | ATR | Avg V Rate in ATR: 121 bpm | 00:00:02 |
| LVAT-39 | Nov 15, 2023 08:57 | LV Auto | | -------- |
| RAAT-142 | Nov 15, 2023 08:55 | RA Auto | | -------- |
| RVAT-142 | Nov 15, 2023 08:50 | RV Auto | | -------- |
| ATR-49 | Nov 12, 2023 03:34 | ATR | Avg V Rate in ATR: 92 bpm | 00:00:05 |
| LVAT-35 | Nov 11, 2023 20:57 | LV Auto | | -------- |
| RAAT-138 | Nov 11, 2023 20:55 | RA Auto | | -------- |
| RVAT-138 | Nov 11, 2023 20:50 | RV Auto | | -------- |
| LVAT-33 | Nov 10, 2023 02:58 | LV Auto | | -------- |
| RAAT-136 | Nov 10, 2023 02:55 | RA Auto | | -------- |
| RVAT-136 | Nov 10, 2023 02:50 | RV Auto | | -------- |
| ATR-48 | Nov 09, 2023 08:06 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:07 |
| ATR-47 | Nov 09, 2023 08:06 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:08 |
| ATR-46 | Nov 08, 2023 08:02 | ATR | Avg V Rate in ATR: 98 bpm | 00:00:13 |
| ATR-45 | Nov 05, 2023 21:07 | ATR | Avg V Rate in ATR: 88 bpm | 00:00:02 |
| ATR-44 | Nov 04, 2023 22:46 | ATR | Avg V Rate in ATR: 101 bpm | 00:00:10 |

©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Arrhythmia Logbook Report** **Apr 22, 2024**
**Fields, David (98454/PATEL)**

| | | | | |
|---|---|---|---|---|
| LVAT-27 | Nov 04, 2023 20:57 | LV Auto | | -------- |
| RAAT-130 | Nov 04, 2023 20:55 | RA Auto | | -------- |
| RVAT-130 | Nov 04, 2023 20:50 | RV Auto | | -------- |
| ATR-43 | Nov 04, 2023 19:13 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:08 |
| ATR-42 | Oct 28, 2023 22:57 | ATR | Avg V Rate in ATR: 100 bpm | 00:00:09 |
| LVAT-19 | Oct 28, 2023 20:57 | LV Auto | | -------- |
| RAAT-122 | Oct 28, 2023 20:55 | RA Auto | | -------- |
| RVAT-122 | Oct 28, 2023 20:50 | RV Auto | | -------- |
| ATR-41 | Oct 27, 2023 15:51 | ATR | Avg V Rate in ATR: 113 bpm | -------- |
| ATR-40 | Oct 27, 2023 15:41 | ATR | Avg V Rate in ATR: 113 bpm | 00:00:01 |
| ATR-39 | Oct 27, 2023 15:28 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:08 |
| ATR-38 | Oct 27, 2023 14:57 | ATR | Avg V Rate in ATR: 114 bpm | 00:00:02 |
| LVAT-17 | Oct 27, 2023 02:58 | LV Auto | | -------- |
| RAAT-120 | Oct 27, 2023 02:56 | RA Auto | | -------- |
| RVAT-120 | Oct 27, 2023 02:50 | RV Auto | | -------- |
| ATR-37 | Oct 25, 2023 12:32 | ATR | Avg V Rate in ATR: 109 bpm | 00:00:04 |

©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Device Settings Report** | **Report Created: Apr 22, 2024**

Boston Scientific

**Fields, David (98454/PATEL)**

Date of Birth:
Device: **RESONATE X4 CRT-D**
G447/310757
Clinic: **East Tennessee Heart Consultants -**
Search Tags:
Tachy Mode: **Monitor + Therapy**

Latest Device Transmission: **Apr 22, 2024 03:00 EDT**
Last Office Interrogation: **Oct 12, 2023**
Implant Date: **Jul 14, 2023**
Patient Group: **Patel (Primary)**

## Programming

| | |
|---|---|
| Last Programmed | Oct 12, 2023 |
| Ventricular Tachy Mode | Jul 14, 2023 Changed to Monitor + Therapy<br>Jul 14, 2023 Changed to Off |

## Ventricular Tachy

**VF 200 bpm (300 ms)**

| | |
|---|---|
| **Detection/Redetection** | |
| Initial Duration | 2.5 s |
| Redetection Duration | 1.0 s |
| Post-Shock Duration | 1.0 s |

| | |
|---|---|
| **Therapy** | |
| QUICK CONVERT™ ATP | On |
| Shock 1 | 41 J |
| Shock 2 | 41 J |
| Additional 41 J Shocks | 6 |

**VT 170 bpm (353 ms)**

| | |
|---|---|
| **Detection/Redetection** | |
| Initial Duration | 10.0 s |
| Redetection Duration | 1.0 s |
| Post-Shock Duration | 1.0 s |
| Atrial Tachy Discrimination | |
| Sinus Tachycardia Discrimination | |
| **Initial Detection** | |
| V Rate > A Rate | On |
| AFib Rate Threshold | 170 bpm |
| Stability | 20 ms |
| | And |
| Onset | 9 % |
| Sustained Rate Duration | 03:00 mm:ss |
| **Post-Shock Detection** | |
| V Rate > A Rate | On |
| AFib Rate Threshold | 170 bpm |
| Stability | 20 ms |
| Sustained Rate Duration | 00:15 mm:ss |

| | |
|---|---|
| **ATP1** | **Off** |
| **ATP2** | **Off** |
| **Shocks** | |
| Shock 1 | Off |
| Shock 2 | Off |
| Shock 3-6 | Off |

**Ventricular Tachy Therapy Setup**

| | |
|---|---|
| ATP | |
| RV ATP Amplitude | 5.0 V |
| RV ATP Pulse Width | 1.0 ms |
| LV ATP Amplitude | 5.0 V |
| LV ATP Pulse Width | 1.0 ms |
| Magnet and Beeper | |
| Magnet Response | Inhibit Therapy |
| Beep During Capacitor Charge | Off |

| | |
|---|---|
| Shock (All Shocks) | |
| Waveform | Biphasic |
| Committed Shock | Off |
| Lead Polarity | Initial |
| Shock Lead Vector | RV Coil to Can |

## Atrial Tachy

**Therapy**

| | |
|---|---|
| **ATR Mode Switch Details** | |
| ATR Mode Switch | On |
| Trigger Rate | 170 bpm |
| Duration | 8 cycles |
| Entry Count | 8 cycles |
| Exit Count | 8 cycles |
| Fallback | |
| Mode | VDIR |
| Time | 00:30 mm:ss |
| ATR/VTR Fallback LRL | 70 ppm |
| Ventricular Rate Regulation | Max |
| BiV Trigger | On |
| Maximum Pacing Rate | 110 ppm |

| | |
|---|---|
| **Atrial Tachy Response** | |
| Atrial Flutter Response | Off |
| PMT Termination | On |
| **Ventricular Regulation** | |
| BiV Trigger | On |

G447 Firmware Version: H_v1.00.00(1.01)
©2023 Boston Scientific Corporation or its affiliates. All rights reserved.


Clinician Signature

**LATITUDE® Patient Management - Device Settings Report** **Apr 22, 2024**
**Fields, David (98454/PATEL)**

**Brady/CRT**

**Normal Settings**

| | |
|---|---|
| Mode | DDDR |
| Lower Rate Limit | 60 ppm |
| Maximum Tracking Rate | 125 ppm |
| Maximum Sensor Rate | 130 ppm |
| Paced AV Delay | 240 - 240 ms |
| Sensed AV Delay | 180 - 180 ms |
| A-Refractory (PVARP) | 240 - 280 ms |
| RV-Refractory (RVRP) | 230 - 250 ms |
| LV-Refractory (LVRP) | 250 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |
| PVARP after PVC | 400 ms |
| LV Protection Period | 400 ms |
| **Blanking** | |
| A-Blank after V-Pace | 125 ms |
| A-Blank after RV-Sense | Smart |
| RV-Blank after A-Pace | 65 ms |
| LV-Blank after A-Pace | Smart |
| Noise Response | DOO |
| **Rate Enhancements** | |
| Rate Smoothing | |
| Up | Off |
| Down | Off |
| Tracking Preference | On |
| **PaceSafe™ LV Automatic Threshold** | |
| Maximum Amplitude | 5.0 V |
| Safety Margin | 1.0 V |

| | |
|---|---|
| **Pacing Output** | |
| **Atrial** | Auto 2.0 V @ 0.4 ms |
| **Right Ventricular** | Auto 2.0 V @ 0.4 ms |
| Left Ventricular (LVa) | Auto 2.0 V @ 0.8 ms |
| Left Ventricular (LVb) | Off |
| **Sensitivity** | |
| **Atrial** | AGC 0.25 mV |
| **Right Ventricular** | AGC 0.6 mV |
| Left Ventricular | AGC 1.0 mV |
| **Leads Configuration (Pace/Sense)** | |
| **Atrial** | |
| Pace | Bipolar |
| Sense | Bipolar |
| **Right Ventricular** | |
| Pace | Bipolar |
| Sense | Bipolar |
| Left Ventricular | |
| Electrode Configuration | Quadripolar |
| Pace (LVa) | LVTip1>>Can |
| Pace (LVb) | Off |
| Sense | LVRing2>>RV |
| **Rate Adaptive Pacing** | |
| Accelerometer | On |
| Response Factor | 10 |
| Activity Threshold | Medium Low |
| Reaction Time | 30 s |
| Recovery Time | 2 min |
| **Respiratory Sensor Settings** | |
| Respiratory Sensor | On |
| Excitation Current | 320 µA |
| Vector Selection | Auto Select |
| Signal Artifact Monitor | On |
| **LV MultiSite Pacing** | |
| Pacing Order | Off |

**Post-Therapy Settings**

| | |
|---|---|
| Lower Rate Limit | 60 ppm |
| **Output** | |
| **Atrial** | 5.0 V @ 1.0 ms |
| **Right Ventricular** | 5.0 V @ 1.0 ms |
| Left Ventricular | 5.0 V @ 1.0 ms |
| Post Therapy Period | 00:30 mm:ss |

Note: Post Therapy pacing uses the Brady Normal settings in combination with settings shown in this section.

©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Device Settings Report** **Apr 22, 2024**
**Fields, David (98454/PATEL)**

**Setup**

**Battery Setup**

**Beeper**

| | |
|---|---|
| Beep when Explant is Indicated | On |

**Trending Setup**

| | |
|---|---|
| Recording Method | 30 Second Average |
| Duration | 25 hours |
| Data Storage | Continuous |

**Sensor Activation**

| | |
|---|---|
| Heart Failure Sensor Suite | On |
| Sleep Incline | On |

**Sleep Schedule**

| | |
|---|---|
| Sleep Start Time | 23:00 hh:mm |
| Sleep Duration | 7 hour(s) |

**Leads Status Setup**

| | Daily Intrinsic Amplitude | Daily Impedance | Impedance Limits | Pace Threshold | Beep When Out-of-Range |
|---|---|---|---|---|---|
| **Atrial** | On | On | 200 - 2000 Ω | On | Off |
| **Right Ventricular** | On | On | 200 - 2000 Ω | On | Off |
| **Left Ventricular** | On | On | 200 - 2000 Ω | On | Off |
| Shock | | On | 20 - 125 Ω | | Off |

**Other Daily Trends**

| | |
|---|---|
| Respiration-related Trends | On |

**Beeper**

Beeper Type Piezo

Note: The Piezo beeper is designed to withstand the strong magnetic fields associated with MRI scanners without being damaged.

Beeper On

©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

| LATITUDE® Patient Management - Presenting EGM Report | | Report Created: Apr 22, 2024 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>G447/310757<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Apr 22, 2024 03:00 EDT**<br>Last Office Interrogation: **Oct 12, 2023**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

**Presenting EGM (Apr 22, 2024)**

EGM displayed at 25mm per second







G447 Firmware Version: H_v1.00.00(1.01)
©2023 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

**LATITUDE® Patient Management - Presenting EGM Report**
**Fields, David (98454/PATEL)**

**Apr 22, 2024**







©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Presenting EGM Report**
**Fields, David (98454/PATEL)**

**Apr 22, 2024**




©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Apr 22, 2024 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>G447/310757<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Apr 22, 2024 03:00 EDT**<br>Last Office Interrogation: **Oct 12, 2023**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

RAAT-323: Apr 21, 2024 17:57, RA Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2023 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

**LATITUDE® Patient Management - Event Detail Report** Apr 22, 2024
**Fields, David (98454/PATEL)**




©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Apr 22, 2024

| | | | |
|---|---|---|---|
| > V Range | < V Range | V Sense | V Pace |
| > A Range | < A Range | A Sense | A Pace |




©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Apr 22, 2024 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>G447/310757<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Apr 22, 2024 03:00 EDT**<br>Last Office Interrogation: **Oct 12, 2023**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

LVAT-220: Apr 21, 2024 17:56, LV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2023 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

**LATITUDE® Patient Management - Event Detail Report**
**Fields, David (98454/PATEL)**

**Apr 22, 2024**




©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Event Detail Report** **Apr 22, 2024**
**Fields, David (98454/PATEL)**

| | | | |
|---|---|---|---|
| > V Range | < V Range | V Sense | V Pace |
| > A Range | < A Range | A Sense | A Pace |




©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Apr 22, 2024 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310757**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Apr 22, 2024 03:00 EDT**<br>Last Office Interrogation: **Oct 12, 2023**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

RVAT-323: Apr 21, 2024 17:50, RV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2023 Boston Scientific Corporation or its affiliates. All rights reserved.


Clinician Signature

**LATITUDE® Patient Management - Event Detail Report**
**Fields, David (98454/PATEL)**

**Apr 22, 2024**




©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Event Detail Report** **Apr 22, 2024**
**Fields, David (98454/PATEL)**

| | | | |
|---|---|---|---|
| > V Range | < V Range | V Sense | V Pace |
| > A Range | < A Range | A Sense | A Pace |




©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Apr 22, 2024 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>G447/310757<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Apr 22, 2024 03:00 EDT**<br>Last Office Interrogation: **Oct 12, 2023**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

ATR-152: Apr 21, 2024 16:58, ATR, A Rate: 223 bpm, V Rate: 111 bpm

**Detail**

| **ATR Event Onset** | | |
|---|---|---|
| Avg A Rate | 223 bpm | |
| Avg V Rate | 111 bpm | |
| In ATR | | |
| Avg V Rate | 105 bpm | |
| Event Ended | | 00:00:07 |

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2023 Boston Scientific Corporation or its affiliates. All rights reserved.


Clinician Signature

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report** Apr 22, 2024
**Fields, David (98454/PATEL)**







©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Apr 22, 2024







©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Apr 22, 2024 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>G447/310757<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Apr 22, 2024 03:00 EDT**<br>Last Office Interrogation: **Oct 12, 2023**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

ATR-151. **Apr 21, 2024 11:44, ATR, A Rate: 188 bpm, V Rate: 113 bpm**

**Detail**

**ATR Event Onset**

| | | |
|---|---|---|
| Avg A Rate | 188 bpm | |
| Avg V Rate | 113 bpm | |
| In ATR | | |
| Avg V Rate | 107 bpm | |
| Event Ended | | 00:00:06 |

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2023 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

**LATITUDE® Patient Management - Event Detail Report** Apr 22, 2024
**Fields, David (98454/PATEL)**







©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Event Detail Report** **Apr 22, 2024**
**Fields, David (98454/PATEL)**

| | | | |
|---|---|---|---|
| > V Range | < V Range | V Sense | V Pace |
| > A Range | < A Range | A Sense | A Pace |







©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Apr 22, 2024 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>G447/310757<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Apr 22, 2024 03:00 EDT**<br>Last Office Interrogation: **Oct 12, 2023**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

ATR-150: Apr 20, 2024 20:56, ATR, A Rate: 155 bpm, V Rate: 116 bpm

**Detail**

**ATR Event Onset**

| | | |
|---|---|---|
| Avg A Rate | 155 bpm | |
| Avg V Rate | 116 bpm | |
| In ATR | | |
| Avg V Rate | 108 bpm | |
| Event Ended | | 00:00:07 |

**EGM displayed at 25mm per second**




G447 Firmware Version: H_v1.00.00(1.01)
©2023 Boston Scientific Corporation or its affiliates. All rights reserved.
Page 1 of 3

Clinician Signature

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Apr 22, 2024







©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

**LATITUDE® Patient Management - Event Detail Report** **Apr 22, 2024**
**Fields, David (98454/PATEL)**

| | | | |
|---|---|---|---|
| > V Range | < V Range | V Sense | V Pace |
| > A Range | < A Range | A Sense | A Pace |







©2023 Boston Scientific Corporation or its affiliates. All rights reserved.

# Medical Records - CONFIDENTIAL

**FROM:** TN - CHS E TENNESSEE HEART CONSULTANTS

Cindy P
10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934-1982
Phone: (865) 392-3400
Fax: (865) 392-3449

**TO:** THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

8801 INDIAN HILLS DR, OMAHA, NE 68114
Phone: (800) 423-2765
Fax: (877) 843-3950

**Attention: Charles Zimmer**

**Name: FIELDS, DAVID L**

**DOB:**

**Date Range: 08/01/2023 to 08/22/2024**

**This document contains the following records of the patient:**
- **Clinical Documents**
- **Encounters and Procedures**
- **Imaging Results**

**Note:** Records for David L. Fields
There will be an additional fax coming

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:98454-A-10667]

## Clinical Documents

# CONFIDENTIAL Fax

**FROM:**

WARREN K STRIBLING MD
10800 Parkside Drive, KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**TO:**

BARRY I MICHELSON MD / KNOXVILLE HMA CARDIOLOGY PPM LLC
Fax: (865) 392-3449

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:136311082-H-7654]

# CONFIDENTIAL Fax

**FROM:**

WARREN K STRIBLING MD
10800 Parkside Drive, KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**TO:**

BARRY I MICHELSON MD
Fax: (865) 392-3449

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:126519998-H-7654]

**Ascension Medical Group Saint Thomas Turkey Creek**
10800 Parkside Drive
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**Send To:** Barry I Michelson MD
**Encounter Summary - Progress Note**
Date Printed: 04/29/2024
Appointment Date:04/25/2024

Documents sent via fax will include the followingmessage:

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:136311082-H-7654]

| | |
|---|---|
| **Patient** | Fields, David L (46yo, M) #3189388 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **History of Present Illness** | Mr. Fields is a 46 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.<br><br>On his last visit 6 mo ago, I increased Farxiga to 10mg. Since then, coreg was increased by Dr. Michelson. He had echo in March but we dont have results. He feels well. Denies CP, SOB, swelling, dizziness or syncope. He has been active, working on the farm w/o limitations. |
| **Past Medical History** | (none recorded) |
| **Patient Social History** | Social History not reviewed (last reviewed 10/12/2023) |
| **Medications** | Reviewed Medications |

| Reviewed Medications | | |
|---|---|---|
| **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 04/12/23 | entered |
| **carvediloL 12.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 04/25/24 | entered |
| **Entresto 49 mg-51 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 04/12/23 | entered |
| **Farxiga 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | prescribed |
| **multivitamin** 1 tab daily | 04/12/23 | entered |
| **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | entered |

| | |
|---|---|
| **Allergies List** | Reviewed Allergies<br>PENICILLINS |
| **Family History** | None recorded |
| **Vaccine History** | None recorded |
| **Review of Systems** | None recorded |
| **Vitals** | **Ht:** 6 ft (182.88 cm) 04/25/2024 11:11 am; **Wt:** 260.2 lbs (118.02 kg) 04/25/2024 11:11 am; **BMI:** 35.3 04/25/2024 11:11 am<br>**BP:** 107/71 04/25/2024 11:20 am; **Pulse:** 60 bpm 04/25/2024 11:20 am |
| **Physical Exam** | **Constitutional:** General Appearance: appears stated age and **overweight**. Level of Distress: comfortable.<br>**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.<br>**Eyes:** Lids and Conjunctivae: no discharge, pallor, or xanthelasma and anicteric.<br>**ENMT:** Lips, Teeth, and Gums: normal dentition. Ears: no lesions on external ear and (normal) hearing. Nose: no lesions on external nose or nasal discharge and nares patent. Oropharynx: no cyanosis or pallor.<br>**Neck:** Neck: supple and trachea midline. Jugular Veins: normal jugular venous pressure.<br>**Lungs:** Respiratory Effort: unlabored. Auscultation: no wheezing, rales, or rhonchi and clear.<br>**Cardiovascular:** Rate And Rhythm: regular. Heart Sounds: normal S1 and S2 and no rub, gallop, or click. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no cyanosis or edema.<br>**Abdomen:** Inspection and Palpation: non distended or tender and soft and no masses. Liver: non tender or no hepatomegaly. Spleen: non tender.<br>**Musculoskeletal:** Inspection: no joint tenderness or swelling and normal back.<br>**Neurologic:** Gait: normal gait. Neurological: no focal deficits and cranial nerves intact.<br>**Skin:** Inspection and Palpation: warm and dry. Nails: no clubbing. |
| **Results/Interpretations** | None recorded |

**Assessment and Plan**

**1. Chronic systolic heart failure** -
He has stage C HF w/ improving NYHA class I-II symptoms. He is on reasonable GDMT and has undergone CRT-D. Recent labs reviewed and unremarkable. We will get CPX at some point between now and next year. He will fu w/ NP here in 1 year.
I50.22: Chronic systolic (congestive) heart failure

- CARDIOPULMONARY STRESS TEST (PROC)

**2. Nonischemic congestive cardiomyopathy** -
Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation. He is being treated w/ GDMT and has undergone CRT-D though I am uncertain this will lead to much improvement as QRS duration was not very long and he did not have LBBB. Working on getting echo results from 1 mo ago.
I42.0: Dilated cardiomyopathy

**3. Body mass index 40+ - severely obese** -
Stable. c/w wt loss and exercise.
Z68.42: Body mass index [BMI] 45.0-49.9, adult

**4. Obstructive sleep apnea syndrome** -
On CPAP and tolerating.
G47.33: Obstructive sleep apnea (adult) (pediatric)

Return to Office
Patient will return to the office as needed

Electronically Signed by: WARREN K STRIBLING MD

STMP_Saint Thomas Medical Partners • 10800 Parkside Drive, KNOXVILLE TN 37934-1922

**FIELDS, David L (id #3189388, dob:**
**Ascension Medical Group Saint Thomas Turkey Creek**
10800 Parkside Drive
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**Send To:** Barry I Michelson MD
**Encounter Summary - Progress Note**
Date Printed: 10/16/2023
Appointment Date:10/12/2023

Documents sent via fax will include the followingmessage:

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:126519998-H-7654]

| | |
|---|---|
| **Patient** | Fields, David L (45yo, M) #3189388 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **History of Present Illness** | Mr. Fields is a 45 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt.<br><br>On his last initial visit 6 mo ago, I made no med changes as he was on appropriate GDMT w/ relative hypotension but much improved HF symptoms. I recommended reassessing LVSF w/ cMRI. He apparently had MRI but I dont have results. Echo showed ongoing severe reduction in LVSF EF 20% so CRT-D was implanted in July. He feels "better." Continues to have dizziness w/ position changes and has some fatigue described as being "tired." This tends to occur w/ physical activity, making him take longer to do activities than prior to HF diagnosis. Denies CP, dyspnea, swelling, syncope or ICD shocks. He does have some diaphragmatic stimulation when lying on L side. BP and wt log reviewed w/ stable wt and most bps in 90s. |
| **Past Medical History** | (none recorded) |
| **Patient Social History** | Reviewed Social History |
| **Medications** | Reviewed Medications |
| | **aspirin 81 mg tablet,delayed release** Take 1 tablet(s) every day by oral route. — 04/12/23 entered |
| | **carvediloL 6.25 mg tablet** Take 1 tablet(s) twice a day by oral route. — 04/12/23 entered |
| | **Entresto 49 mg-51 mg tablet** Take 1 tablet(s) twice a day by oral route. — 04/12/23 entered |
| | **Farxiga 10 mg tablet** — 10/12/23 prescribed |

| | | |
|---|---|---|
| | Take 1 tablet(s) every day by oral route. | |
| | **multivitamin** 1 tab daily | 04/12/23 entered |
| | **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 entered |
| **Allergies List** | Reviewed Allergies<br>PENICILLINS | |
| **Family History** | None recorded | |
| **Vaccine History** | None recorded | |
| **Review of Systems** | None recorded | |

**Vitals**

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft (182.88 cm) 10/12/2023 11:17 am | **Wt:** | 260.2 lbs (118.02 kg) 10/12/2023 11:17 am | **BMI:** | 35.3 10/12/2023 11:17 am |
| **BP:** | 106/67 10/12/2023 11:18 am | **Pulse:** | 66 bpm 10/12/2023 11:18 am | | |

**Physical Exam**

**Constitutional:** General Appearance: appears stated age and **overweight**. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:** Lids and Conjunctivae: no discharge, pallor, or xanthelasma and anicteric.

**ENMT:** Lips, Teeth, and Gums: normal dentition. Ears: no lesions on external ear and (normal) hearing. Nose: no lesions on external nose or nasal discharge and nares patent. Oropharynx: no cyanosis or pallor.

**Neck:** Neck: supple and trachea midline. Jugular Veins: normal jugular venous pressure.

**Lungs:** Respiratory Effort: unlabored. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Rate And Rhythm: regular. Heart Sounds: normal S1 and S2 and no rub, gallop, or click. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no cyanosis or edema.

**Abdomen:** Inspection and Palpation: non distended or tender and soft and no masses. Liver: non tender or no hepatomegaly. Spleen: non tender.

**Musculoskeletal:** Inspection: no joint tenderness or swelling and normal back.

**Neurologic:** Gait: normal gait. Neurological: no focal deficits and cranial nerves intact.

**Skin:** Inspection and Palpation: warm and dry. Nails: no clubbing.

**Results/Interpretations** None recorded

**Assessment and Plan**

**1. Chronic systolic heart failure** -
He has stage C HF w/ improving NYHA class II symptoms. He is on reasonable GDMT that cannot be uptitrated due to relative hypotension. I will, however, try to increase Farxiga to 10mg daily and have advised adequate hydration to avoid vol depletion. Will get recent labs from Dr. Michelson and have him fu with us in 6mo
I50.22: Chronic systolic (congestive) heart failure

- Farxiga 10 mg tablet - Take 1 tablet(s) every day by oral route. Qty: (90) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER

**2. Nonischemic congestive cardiomyopathy** -
Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation. Will try to get cath results and recent EKG results. He is being treated w/ GDMT and has undergone CRT-D though I am uncertain this will lead to much improvement as QRS duration was not very long and he did not have LBBB.
I42.0: Dilated cardiomyopathy

**3. Body mass index 40+ - severely obese** -
Stable. c/w wt loss and exercise.
Z68.42: Body mass index [BMI] 45.0-49.9, adult

**4. Obstructive sleep apnea syndrome** -
On CPAP and tolerating.
G47.33: Obstructive sleep apnea (adult) (pediatric)

Return to Office

- Warren K Stribling MD for Established Patient 20 at STPS_Turkey Creek Hrt Failure on 04/18/2024 at 11:00 AM

Electronically Signed by: WARREN K STRIBLING MD



**Cardiology - Ambulatory Summary - Chart ID:2314460 - Warren Stribling - TN - Ascension - Tennessee - 09/07/2023**

# Data Portability for David L Fields

## Assessment

No assessment recorded.

## Plan of Treatment

| Reminders | | Order Date | Submit Date | Provider | Details |
|---|---|---|---|---|---|
| Appointments | Established Patient 20 | 10/12/2023 11:20AM | | Warren K Stribling MD | |
| Lab | basic metabolic 1998 panel, serum or plasma | 04/13/2023 | 04/13/2023 | Labcorp (Burlington), 1447 York Ct, Burlington, NC, 27215, Ph (336) 584-5171 | |
| | BNP (B-type natriuretic peptide), serum or plasma | 04/13/2023 | 04/13/2023 | Labcorp (Burlington), 1447 York Ct, Burlington, NC, 27215, Ph (336) 584-5171 | |
| Referral | None recorded. | | | | |
| Procedures | None recorded. | | | | |
| Surgeries | None recorded. | | | | |
| Imaging | None recorded. | | | | |
| Medication Orders | None recorded. | | | | |

Patient Targets No targets recorded.
Patient Instructions

| Encounter Date | Encounter Id | Patient Instructions |
|---|---|---|
| 04/13/2023 | 11928822 | body mass index: care instructions<br>learning about healthy weight<br>sleep apnea: care instructions |

## Reason for Referral

None Reported.

## Results

| Created Date | Observation Date | Name | Description | Value | Unit | Range | Abnormal Flag | Provider Detail |
|---|---|---|---|---|---|---|---|---|

Result Notes

None recorded.

## Problems

No Known Problems

## Procedures

Surgical History

| Date | Name | Laterality | Status |
|---|---|---|---|
| 06/15/2023 | cardiac MRI | | completed |
| 05/08/2023 | Echo | | completed |
| 02/17/2023 | cardiac catheterization | | completed |
| 02/09/2023 | Echo | | completed |

Imaging Results

None recorded.

Procedure Notes

None recorded.

## Medical Equipment

None Reported.

## Allergies

| Allergen ID | Allergen Name | Reaction | Reaction Severity | Criticality | Documentation Date | Start Date | Code | Code System | Note |
|---|---|---|---|---|---|---|---|---|---|
| 831202 | Medicinal product containing penicillin and acting as antibacterial agent (product) | Not available | Not available | Not available | 04/13/2023 | | 6369005 | SNOMED | |

## Medications

| Name | Sig | Start Date | Stop Date | Status | Note |
|---|---|---|---|---|---|
| carvedilol 6.25 mg tablet | Take 1 tablet twice a day by oral route. | | | active | |
| aspirin 81 mg tablet,delayed release | Take 1 tablet every day by oral route. | | | active | |
| famotidine 20 mg tablet | Take 1 tablet twice a day by oral route. | | | active | |
| esomeprazole magnesium 40 mg capsule,delayed release | Take 1 capsule every day by oral route. | | | active | |
| multivitamin | 1 tab daily | | | active | |
| Farxiga 5 mg tablet | Take 1 tablet every day by oral route. | | | active | |
| Entresto 49 mg-51 mg tablet | Take 1 tablet twice a day by oral route. | | | active | |

## Vitals

| Date Recorded | Body weight | Heart rate | Systolic blood pressure | Diastolic blood pressure |
|---|---|---|---|---|
| 04/13/2023 | 120746.29 g | 62 /min | 94 mm[Hg] | 61 mm[Hg] |

## Social History
None recorded.

## Functional Status
None recorded.

## Mental Status
None recorded.

## Family History
Nothing Reported.

## Medical History
No medical history recorded.

## Immunizations
None recorded.

## Past Encounters

| Encounter ID | Performer | Location | Encounter date | Diagnosis/Indication |
|---|---|---|---|---|
| 11928822 | Warren K Stribling MD | STPS_Turkey Creek Hrt Failure<br>10800 Parkside Drive<br>KNOXVILLE, TN 37934-1922 | 04/13/2023 | Chronic systolic heart failure<br>Nonischemic congestive cardiomyopathy<br>Body mass index 40+ - severely obese<br>Obstructive sleep apnea syndrome |

## Goals Section

| Goal | Description | Status | Start Date | Updated by | Updated on |
|---|---|---|---|---|---|
| None Recorded | | | | | |

## Health Concerns Section

| Related Observation |
|---|
| None Recorded |

| Concern | Status | Updated by | Updated on |
|---|---|---|---|
| None Recorded | | | |

## Advance Directives

| Directive |
|---|
| None Recorded |

## Payers

| Encounter Date | Sequence | Insurance Name | Policy Number | Policy Holder | Covered Member ID | Holder Member ID | Guarantor Name |
|---|---|---|---|---|---|---|---|
| 04/13/2023 | 1 | BCBS-TN: (PPO) | 87792 | David L Fields | ZEB902762636 | | David L Fields |

## Notes

| Date | Note Type | Note |
|---|---|---|
| 04/13/2023 | text/html | HPI Notes: Mr. Fields is a 45 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. Since then, he has done much better. He has lost as much as 40 lbs and reports improvement in all of his symptoms. He is able to walk regularly but is not specific about distance or duration. He has some positional dizziness and Entresto was recently reduced bc of hypotension. Denies syncope. |

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Male | Ethnicity: | Information not available |
| DOB: | | Race: | Information not available |
| Preferred language: | Information not available | Marital status: | Information not available |

Contact: 1199 STANLEY VALLEY, 1199 STANLEY VALLEY1199 STANLEY VALLEY, ROGERSVILLE, TN 37857, USA, Ph. tel:+1-(423) 921-2189

## Care Team Members

Primary Care Provider

MARK DALLE AVE 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph. tel: (423) 921-1600

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 05/23/2024**

Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (46yo, M) ID# 98454 | **Appt. Date/Time** | 05/23/2024 11:00AM |
| **DOB** | | **Service Dept.** | ETHC_Turkey Creek |
| **Provider** | NILAM PATEL, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130287<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

Chief Complaint

follow up 6 months

Patient's Care Team

**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-5399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672
**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054

Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 05/23/2024 11:07 am | **Wt:** | 261.8 lbs 05/23/2024 11:07 am | **BP:** | 112/76 sitting R arm 05/23/2024 11:11 am |
| **BMI:** | 35.5 05/23/2024 11:07 am | **HR:** | 62 05/23/2024 11:11 am | | |

Measurements

None recorded.

Allergies

Reviewed Allergies

**PENICILLINS**: Rash

Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 | entered |
| **carvediloL 12.5 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route for 90 days., start 03/13/2024 | 03/13/24 | started |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 | entered |
| **Entresto 49 mg-51 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 03/20/24 | filled |
| **Farxiga 10 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route. | 05/23/24 | entered |
| **Multi Vitamin**<br>Mens vitafusion 1 daily | 02/06/23 | entered |
| **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route for 90 days. | 05/22/24 | filled |

immune plus
5/23/2024 list..bfm

## Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

## Problems

Reviewed Problems

- Obesity - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Essential hypertension - Onset: 02/06/2023
- Mitral valve regurgitation - Onset: 05/23/2024
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- First degree atrioventricular block - Onset: 06/08/2023
- Heart failure - Onset: 02/09/2023
- Chronic systolic heart failure - Onset: 05/23/2024
- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- Biventricular automatic implantable cardioverter defibrillator in situ - Onset: 05/23/2024
- History of SARS-CoV-2 - Onset: 06/08/2023

## Family History

Family History not reviewed (last reviewed 03/13/2024)

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

## Social History

Social History not reviewed (last reviewed 03/13/2024)
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
Do you or have you ever used any other forms of tobacco or nicotine?: No
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 05/23/2024
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What is your exercise level?: Occasional (Notes: ADL)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: High school graduate (Notes: local truck driver)
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
First name used: DAVID
Sexual orientation: Straight or heterosexual

## Surgical History

Surgical History not reviewed (last reviewed 03/13/2024)
- Cardiac catheterization (surg) - 2/2023
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

## Past Medical History

Past Medical History not reviewed (last reviewed 03/13/2024)
CHEST PAIN: **Y**
CONGESTIVE HEART FAILURE: **Y**
GERD/REFLUX: **Y**
HIGH BLOOD PRESSURE/HYPERTENSION: **Y**
OBESITY: **Y**
PALPITATIONS: **Y**
SLEEP APNEA: **Y**
Notes: Please refer to Problem section for most recent PMH/NNP

## Screening

None recorded.

## HPI

routine fup
doing well
no issues since last visit
improved since device implant
feels itching at device site infrequently
awaiting stress test at st.thomas
being evaluate for possible mitral valve clip

## ROS

**Cardio Basic:** Cardiovascular Symptoms: no chest pressure or pain; no lightheadedness, fatigue, syncope, orthopnea, PND, claudication, dyspnea on exertion, or leg edema; and **palpitations**.

**Constitutional:** Constitutional: no significant weight gain or loss and no fever, night sweats, or exercise intolerance.

**Eyes:** Eyes: no irritation, dry eyes, or vision change.

**ENMT:** Ears: no difficulty hearing or ear pain. Nose: no frequent nosebleeds or nose/sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems.

**Respiratory:** Respiratory: no wheezing, coughing up blood, or shortness of breath and **cough** and **sleep apnea (uses CPAP)**.

**Musculoskeletal:** Musculoskeletal: no muscle aches or weakness and no arthralgias/joint pain, back pain, or swelling in the extremities.

**Neurologic:** Neurologic: no weakness, numbness, seizures, dizziness, headaches, or loss of consciousness.

**Psychiatric:** Psych: no depression, sleep disturbances, or alcohol abuse and feeling safe in relationship.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no swollen glands and **easy bruising**.

**gastrointestinal:** gastrointestinal no nausea, vomitting, diarrhea, or constipation.

**Additionally reports:**
**I have reviewed these findings and agree. np**

## Physical Exam

**Basic Cardio PE:** Lungs: clear to auscultation. Cardio: s1 normal, s2 normal, no gallops, and normal apical impulse; **regular rate and rhythm, left pectoral device site is healthy without signs of infection. very distant HS, unable to appreciate murmur**. Extremities: no edema.

## Procedure Documentation

**93284,26: Multi chamber ICD Programing PaceArt:**
See image documentation for encounter data.

**ITERATIVE:** A representative from the device company did the interrogation of this device with iterative programming changes to evaluate pacing thresholds. I personally evaluated the generated data including all diagnostic findings, and advised the representative on any changes that may have needed to be made. A -26 modifier will be added to the billing charge.

## Assessment / Plan

**1. Biventricular automatic implantable cardioverter defibrillator in situ -**
BSC CRT-D_7/2023

10 years
AP 37%, LVP 99%_DDDR 60/125
NSVT x 1 and ATR x 1_Monitor 170, VF 200

Remote q3 months
RTC 6 mths Sara
Z95.810: Presence of automatic (implantable) cardiac defibrillator

**2. Nonischemic congestive cardiomyopathy** -
2022

EKG:
2/2023: ST 90, PR 220, QRS 126, RBBB/LPFB, QTc 443
6/2023: SR 65, PR 260, QRS 131 RBBB/LPFB, QTc 433

Imaging
LHC: 2/2023: normal coronaries, EF 10-15%, LVEDP 40, mod MR
Echo: 5/2023: EF 20%, mod LAE, mild AI/TR, mild to mod MR, RVSP 40, LVIDd6.56
Echo: 2/2023: EF 10-15%
Echo: 3/2024: EF 20% mod to sev MR
Cardiac MRI: 2023: EF 27%, akinesis and wall thinning of anterior, inferior, and lateral walls. no evidence of iron overload. 50% subendocardial LGE in the basal and mid lateral walls consistent with infarct pattern. normal RV size and moderate systolic dysfunction EF 32%. mild MR,
VO2 at St.Thomas: pending

on Entresto 49-51 mg BID/Farxiga 10 daily/spironolactone 25mg daily/carvedilol 12.5mg BID

s/p CRT-D_7/2023

fup Dr.Michelson/Dr.Stribbling
I42.0: Dilated cardiomyopathy

**3. Chronic systolic heart failure** -
as above
I50.22: Chronic systolic (congestive) heart failure

**4. Essential hypertension** -
2006
I10: Essential (primary) hypertension
- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE

**5. History of SARS-CoV-2** -
3 episodes so far. no hospitalization
1st and 3rd was severe
diagnosed with HF after 3rd episode
Z86.16: Personal history of COVID-19

**6. First degree atrioventricular block** -
asymptomatic

I44.0: Atrioventricular block, first degree
- HEART BLOCKS: CARE INSTRUCTIONS

**7. Obstructive sleep apnea syndrome** -
2012
compliant to CPAP
G47.33: Obstructive sleep apnea (adult) (pediatric)
- SLEEP APNEA: CARE INSTRUCTIONS

**8. Obesity** -
BMI 35
weight loss advised by diet/exercise
E66.9: Obesity, unspecified
- WHEN YOU ARE OVERWEIGHT: CARE INSTRUCTIONS
- LEARNING ABOUT HEALTHY WEIGHT

**9. Mitral valve regurgitation** -
mgmt per Dr.Michelson and St.Thomas HF team
I34.0: Nonrheumatic mitral (valve) insufficiency
- HEART VALVE DISEASE: CARE INSTRUCTIONS
- MITRAL VALVE REGURGITATION: CARE INSTRUCTIONS

Return to Office

- Barry Michelson, MD for *Follow-up 15 at ETHC_South on 09/11/2024 at 10:45 AM
- to see Barry Michelson, MD at ETHC_South on or around 09/13/2024
- to see SARA JOHNSON, NP at ETHC_Turkey Creek on or around 11/23/2024

Encounter Sign-Off

Encounter signed-off by Nilam Patel, MD, 05/23/2024.

Encounter performed and documented by Nilam Patel, MD
Encounter reviewed & signed by Nilam Patel, MD on 05/23/2024 at 11:42am

| Boston Scientific | LATITUDE™ Programming System | | Report Created 23 May 2024 |
|---|---|---|---|
| | **Device Follow-up Report** | | |
| | **Fields , David L** | | Last Office Interrogation |
| | Date of Birth | | **12 Oct 2023** |
| | Device | RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode | Monitor + Therapy | **14 Jul 2023** |

**My Alerts**

⚠ 23 May 2024 11:11 Check LV Lead

**Events Since Last Reset (12 Oct 2023)**

| | |
|---|---|
| 22 May 2024 18:00 | ATR at 226 bpm, Avg V Rate in ATR: 103 bpm |
| 22 May 2024 17:59 | ATR at 149 bpm, Avg V Rate in ATR: 110 bpm |

See last page for full list of Events Since Last Reset.

**Battery OK**

| | |
|---|---|
| Approximate time to explant: | 10 years |
| Charge Time | 10.0 s |
| Last Capacitor Re-form | 06 Dec 2023 02:49 |




| Leads Data | Implant 14 Jul 2023 | Previous Session | Most Recent |
|---|---|---|---|
| **Atrial** | | | |
| Intrinsic Amplitude | N/R mV | 2.8 mV | 2.3 mV |
| Pace Impedance | N/R Ω | 642 Ω | 758 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.5 V @ 0.4 ms | Auto 0.5 V @ 0.4 ms |
| **Right Ventricular** | | | |
| Intrinsic Amplitude | N/R mV | 17.5 mV | 18.6 mV@56 bpm |
| Pace Impedance | N/R Ω | 447 Ω | 450 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.5 V @ 0.4 ms | Auto 0.5 V @ 0.4 ms |
| **Left Ventricular** | | | |
| Intrinsic Amplitude | N/R mV | 3.9 mV | 3.5 mV |
| Pace Impedance LVa | N/R Ω | 644 Ω | 628 Ω |
| Pace Impedance LVb | | 645 Ω | 622 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.9 V @ 0.8 ms | Auto 0.8 V @ 0.8 ms |
| **Shock Vector** | | | |
| Shock Impedance | N/R Ω | 69 Ω | 74 Ω |

**Settings**

| | | | | |
|---|---|---|---|---|
| **Ventricular Tachy Settings** | | | **Atrial Tachy Settings** | |
| VF 200 bpm ATP | 41J, 41J, 41Jx6 | | ATR Mode Switch 170 bpm VDIR | |
| VT 170 bpm Monitor Only | | | | |
| **Brady/CRT Settings** | | | | |
| Mode | DDDR | | Pacing Output | |
| Lower Rate Limit | 60 ppm | | Atrial | Auto 2.0 V @ 0.4ms |
| Maximum Tracking Rate | 125 ppm | | Right Ventricular | Auto 2.0 V @ 0.4ms |
| Maximum Sensor Rate | 130 ppm | | Left Ventricular (LVa) | Auto 1.8 V @ 0.8ms |
| Paced AV Delay | 240 - 240 ms | | Left Ventricular (LVb) | Off |
| Sensed AV Delay | 180 - 180 ms | | Sensitivity | |
| A-Refractory (PVARP) | 240 - 280 ms | | Atrial | AGC 0.25 mV |
| RV-Refractory (RVRP) | 230 - 250 ms | | Right Ventricular | AGC 0.6 mV |
| LV-Refractory (LVRP) | 250 ms | | Left Ventricular | AGC 1.0 mV |
| Ventricular Pacing Chamber | BiV | | Leads Configuration (Pace/Sense) | |
| LV Offset | 0 ms | | Atrial | Bipolar |
| | | | Right Ventricular | Bipolar |
| | | | LVa (Pace) | LVTip1>>Can |
| | | | LVb (Pace) | Off |
| | | | LV (Sense) | LVRing2>>RV |
| | | | LV MultiSite Pacing | |
| | | | Pacing Order | Off |
| | | | Rate Adaptive Pacing | |
| | | | Accelerometer | On |

3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Device Follow-up Report

Fields , David L
28 May 2024 11:11

**Rhythm ID Update**

| | |
|---|---|
| Last Successful Completion | N/R |

**Trends**




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.
Page 2 of 6

Clinician Signature:

**Trends**






© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Device Follow-up Report

Fields, David L
23 May 2024 11:11

| Ventricular Tachy Counters | Since Last Reset 12 Oct 2023 | Device Totals |
|---|---|---|
| **Ventricular Episode Counters** | | |
| Total Episodes | 1 | 1 |
| Treated | | |
| VF Therapy | 0 | 0 |
| VT Therapy | 0 | 0 |
| VT-1 Therapy | 0 | 0 |
| Commanded Therapy | 0 | 0 |
| Non-Treated | | |
| No Therapy Programmed | 0 | 0 |
| Nonsustained Episodes | 1 | 1 |
| Other Untreated Episodes | 0 | 0 |
| **Ventricular Therapy Counters** | | |
| ATP Delivered | 0 | 0 |
| ATP % Successful | 0 | 0 |
| Shocks Delivered | 0 | 0 |
| First Shock % Successful | 0 | 0 |
| Shocks Diverted | 0 | 0 |

| [illegible] | [illegible] | [illegible] |
|---|---|---|
| **Counters** | | |
| % A Paced | 37 | 37 |
| % RV Paced | 93 | 94 |
| % LVa Paced | 99 | 99 |
| % LVb Paced | 0 | 0 |
| **Intrinsic Promotion** | | |
| Rate Hysteresis | | |
| % Successful | 0 | 0 |
| **Atrial Arrhythmia** | | |
| % AT/AF | <1 | <1 |
| Total Time in AT/AF (min) | 2.5 | 14.6 |
| Episodes by Duration | | |
| < 1 minute | 29 | 143 |
| 1 min - < 1 hr | 0 | 0 |
| 1 hr - < 24 hr | 0 | 0 |
| 24 hr - < 48 hr | 0 | 0 |
| > 48 hr | 0 | 0 |
| Total PACs | 7.2K | 53.3K |
| **Ventricular Counters** | | |
| Total PVCs | 27.0K | 54.4K |
| Three or More PVCs | 0 | 1 |

| Clinical Counters | Since Last Reset 12 Oct 2023 | Device Totals |
|---|---|---|
| MRI Protection Mode | 0 | 0 |

3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Device Follow-up Report

Fields, David L
28 May 2024 11:11

**Histograms Reset Before Last (21 Jul 2023)**







**Histograms Since Last Reset (12 Oct 2023)**







3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.



Clinician Signature:

LATITUDE™ Programming System
Device Follow-up Report

Fields, David L
23 May 2024 11:11

**All Events Since Last Reset (12 Oct 2023)**

| | |
|---|---|
| 23 May 2024 05:59 | RA Auto |
| 23 May 2024 05:57 | LV Auto |
| 23 May 2024 05:50 | RV Auto |
| 22 May 2024 18:00 | ATR at 226 bpm, Avg V Rate in ATR: 103 bpm |
| 22 May 2024 17:59 | ATR at 149 bpm, Avg V Rate in ATR: 110 bpm |
| 22 May 2024 16:56 | ATR at 113 bpm, Avg V Rate in ATR: 113 bpm |
| 22 May 2024 15:41 | ATR at 131 bpm, Avg V Rate in ATR: 104 bpm |
| 22 May 2024 15:02 | ATR at 160 bpm, Avg V Rate in ATR: 111 bpm |
| 22 May 2024 13:34 | ATR at 131 bpm, Avg V Rate in ATR: 111 bpm |
| 21 May 2024 02:45 | APM RT at 60 bpm |
| 18 May 2024 14:46 | ATR at 108 bpm, Avg V Rate in ATR: 105 bpm |
| 18 May 2024 14:32 | ATR at 173 bpm, Avg V Rate in ATR: 102 bpm |
| 16 May 2024 07:36 | ATR at 190 bpm, Avg V Rate in ATR: 110 bpm |
| 16 May 2024 07:27 | ATR at 112 bpm, Avg V Rate in ATR: 104 bpm |
| 11 Dec 2023 14:53 | NonSustV at 179 bpm, Nonsustained |

3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

| Boston Scientific | LATITUDE™ Programming System | Report Created 23 May 2024 |
|---|---|---|
| | **Arrhythmia Logbook Report**<br>**Fields , David L**<br>Date of Birth<br>Device RESONATE X4 CRT-D G447/ 310757<br>Tachy Mode Monitor + Therapy | Last Office Interrogation<br>**12 Oct 2023**<br>Implant Date<br>**14 Jul 2023** |

| Event | Date/Time | Type | Therapy | Duration hh:mm:ss |
|---|---|---|---|---|
| RAAT-359 | 23 May 2024 05:59 | RA Auto | | -------- |
| LVAT-256 | 23 May 2024 05:57 | LV Auto | | -------- |
| RVAT-359 | 23 May 2024 05:50 | RV Auto | | -------- |
| ATR-174 | 22 May 2024 18:00 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:09 |
| ATR-173 | 22 May 2024 17:59 | ATR | Avg V Rate in ATR: 110 bpm | 00:00:03 |
| ATR-172 | 22 May 2024 16:56 | ATR | Avg V Rate in ATR: 113 bpm | 00:00:02 |
| ATR-171 | 22 May 2024 15:41 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:07 |
| ATR-170 | 22 May 2024 15:02 | ATR | Avg V Rate in ATR: 111 bpm | 00:00:08 |
| ATR-169 | 22 May 2024 13:34 | ATR | Avg V Rate in ATR: 111 bpm | 00:00:01 |
| APM-83 | 21 May 2024 02:45 | APM RT | | -------- |
| ATR-168 | 18 May 2024 14:46 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:01 |
| ATR-167 | 18 May 2024 14:32 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:05 |
| ATR-166 | 16 May 2024 07:36 | ATR | Avg V Rate in ATR: 110 bpm | 00:00:05 |
| ATR-165 | 16 May 2024 07:27 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:07 |
| V-1 | 11 Dec 2023 14:53 | NonSustV | Nonsustained | 00:00:15 |

3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

| Boston Scientific | LATITUDE™ Programming System | Report Created 23 May 2024 |
|---|---|---|
| | **Heart Failure Management Report** | |
| | **Fields , David L** | Last Office Interrogation **12 Oct 2023** |
| | Date of Birth | |
| | Device RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode Monitor + Therapy | **14 Jul 2023** |

**Trends**

HeartLogic™ Heart Failure Index: 0

The nominal HeartLogic™ Threshold is 16. This patient's HeartLogic™ Threshold can be confirmed in LATITUDE NXT™.

Most recent measurement:

S3: 0.91 mG

S1: 1.66 mG

Thoracic Impedance: 50 Ω

Respiratory Rate: 16 rpm




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Heart Failure Management Report

Fields, David L
23 May 2024 11:11




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.
Page 2 of 3

Clinician Signature:

LATITUDE™ Programming System
Heart Failure Management Report

Fields, David L
23 May 2024 11:11




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.
Page 3 of 3

Clinician Signature:

Boston Scientific

| LATITUDE™ Programming System | | Report Created 23 May 2024 |
|---|---|---|
| **Atrial Arrhythmia Report** | | |
| **Fields , David L** | | Last Office Interrogation |
| Date of Birth | | **12 Oct 2023** |
| Device | RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| Tachy Mode | Monitor + Therapy | **14 Jul 2023** |

| AT/AF Overview: Since Last Reset (12 Oct 2023 to Today) | | | |
|---|---|---|---|
| AT/AF: <1% | AT/AF Events: 143 | Total Time in AT/AF (min): 14.6 | |
| Most Recent: | 22 May 2024 18:00 | Avg V Rate: 103 bpm | Duration: 00:00:09 hh:mm:ss |
| Longest: | 26 Jan 2024 21:11 | Avg V Rate: 97 bpm | Duration: 00:00:15 hh:mm:ss |
| Fastest RVS Rate: | 28 Feb 2024 11:32 | Max V Rate: 129 bpm | Duration: 00:00:05 hh:mm:ss |
| **AT/AF Overview: Reset Before Last (21 Jul 2023 to 12 Oct 2023)** | | | |
| Longest: | 27 Aug 2023 20:27 | Avg V Rate: 100 bpm | Duration: 00:00:11 hh:mm:ss |
| Fastest RVS Rate: | 11 Oct 2023 13:27 | Max V Rate: N/R | Duration: 00:00:06 hh:mm:ss |

**Trends**

**Today's Activity:** Interrogate




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.



Clinician Signature:

LATITUDE™ Programming System
Atrial Arrhythmia Report

Fields , David L
23 May 2024 11:11

| Histograms | Reset Before Last<br>83 day(s)<br>21 Jul 2023 to 12 Oct 2023 | Since Last Reset<br>223 day(s)<br>12 Oct 2023 to Today |
|---|---|---|




| Brady/CRT Counters | Reset Before Last [illegible] | Since Last Reset [illegible] |
|---|---|---|
| **Counters** | | |
| % A Paced | 37 | 37 |
| % RV Paced | 93 | 94 |
| % LVa Paced | 99 | 99 |
| % LVb Paced | 0 | 0 |
| **Intrinsic Promotion** | | |
| Rate Hysteresis | | |
| % Successful | 0 | 0 |
| **Atrial Arrhythmia** | | |
| % AT/AF | <1 | <1 |
| Total Time in AT/AF (min) | 2.5 | 14.6 |
| Episodes by Duration | | |
| < 1 minute | 29 | 143 |
| 1 min - < 1 hr | 0 | 0 |
| 1 hr - < 24 hr | 0 | 0 |
| 24 hr - < 48 hr | 0 | 0 |
| > 48 hr | 0 | 0 |
| Total PACs | 7.2K | 53.3K |
| **Ventricular Counters** | | |
| Total PVCs | 27.0K | 54.4K |
| Three or More PVCs | 0 | 1 |

**Settings**

| Brady/CRT Settings | | Atrial Tachy Settings | |
|---|---|---|---|
| Mode | DDDR | ATR Mode Switch | 170 bpm VDIR |

3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.
Page 2 of 2

Clinician Signature:

**Encounter Date: 03/13/2024**

Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (46yo, M) ID# 98454 | **Appt. Date/Time** | 03/13/2024 10:30AM |
| **DOB** | | **Service Dept.** | ETHC_South |
| **Provider** | BARRY MICHELSON, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130287<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

Chief Complaint

follow up 6 months
Followup: Nonischemic congestive cardiomyopathy
Followup: First degree atrioventricular block
Followup: Obesity
Followup: Left ventricular cardiac dysfunction

Patient's Care Team

**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-5399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672
**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054

Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

Vitals

| | | |
|---|---|---|
| **Ht:** 6 ft 03/13/2024 10:20 am | **Wt:** 263.2 lbs 03/13/2024 10:20 am | **BP:** 108/70 sitting L arm 03/13/2024 10:22 am<br>112/80 standing L arm 03/13/2024 10:23 am |
| **BMI:** 35.7 03/13/2024 10:20 am | **HR:** 60 03/13/2024 10:26 am | |

Measurements

None recorded.

Allergies

Reviewed Allergies

**PENICILLINS**: Rash

Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 | entered |
| **carvediloL 12.5 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route for 90 days., start 03/13/2024 | 03/13/24 | started |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 | entered |
| **Entresto 49 mg-51 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 01/25/24 | filled |
| **Farxiga 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | filled |
| **Multi Vitamin**<br>Mens vitafusion 1 daily | 02/06/23 | entered |
| **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route for 90 days. | 02/28/24 | filled |

CPAP
immune plus
3/13/24: Memory...csp

Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

Problems

Reviewed Problems

- Obesity - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- First degree atrioventricular block - Onset: 06/08/2023
- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- History of SARS-CoV-2 - Onset: 06/08/2023
- Heart failure - Onset: 02/09/2023
- Essential hypertension - Onset: 02/06/2023

Family History

Reviewed Family History

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

## Social History

Reviewed Social History
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
Do you or have you ever used any other forms of tobacco or nicotine?: No
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 03/13/2024
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What is your exercise level?: Occasional (Notes: ADL)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: High school graduate (Notes: local truck driver)
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
First name used: DAVID
Sexual orientation: Straight or heterosexual

## Surgical History

Reviewed Surgical History
- Cardiac catheterization (surg) - 2/2023
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

## Past Medical History

Reviewed Past Medical History
CHEST PAIN: **Y**
CONGESTIVE HEART FAILURE: **Y**
GERD/REFLUX: **Y**
HIGH BLOOD PRESSURE/HYPERTENSION: **Y**
OBESITY: **Y**
PALPITATIONS: **Y**
SLEEP APNEA: **Y**
Notes: Please refer to Problem section for most recent PMH/NNP

## Documents for Discussion

**Discussed the following documents:**

- UNKNOWN - 02/20/24
- UNKNOWN - 02/20/24
- UNKNOWN - 01/22/24
- UNKNOWN - 01/02/24
- UNKNOWN - 12/23/23
- UNKNOWN - 11/23/23
- UNKNOWN - 11/12/23
- UNKNOWN - 10/23/23
- UNKNOWN - 09/26/23
- Patient Portal - Health History - 03/13/24
- CONGESTIVE HEART FAILURE CLINIC - W KYLE STRIBLING MD - 10/12/23
- Urgent Care - Telephone - Kimberly Willette, Ballad Health - Epic - 03/11/24
    Notes - urgent care

## Screening

None recorded.

## HPI

Patient is a 39-year-old male that is asked to be seen in followup for cardiac evaluation. We had seen him about 10 years ago. Abnormal stress test. This led to a cardiac catheterization. A small circumflex arose anomalously from the right coronary cusp. LV function was normal. There is a strong family history of coronary disease in the patient's father beginning at age 33 of 34. He died within the last year of complications of coronary artery disease at age 65.. He also has a cousin who was told that he had an elevated coronary calcium score and subsequently went on to be a catheterization and bypass surgery.

The patient is not having symptoms of chest pain or exercise intolerance dyspnea or orthopnea. No dysrhythmias have been identified. He does have a history of hypertension which she states is typically well controlled. He attributes his elevated blood pressure today to nervousness. Patient does not exercise regularly but is able to do his normal activities without limitation. His last LDL cholesterol 58.

The patient requested follow-up on February 6, 2023. Over the past several weeks he has been complaining of abdominal distention pedal edema and shortness of breath with activity. He contacted Cindy Pittman who is a relative of his. She thought that follow-up was appropriate. The patient reported some vague epigastric and chest discomfort. He went to the emergency room in Rogersville. His chest x-ray suggested borderline cardiomegaly but was otherwise unremarkable. His abdominal gas pattern was normal. His COVID screen was negative. No lab work was done a UTI was not diagnosed based on a urine analysis was. He states in the last several weeks he has gained about 9 or 10 pounds. He feels as if his belly is swollen and distended. He has been treated with multiple GI medications and actually got partial relief. He complained of some fluttering in his chest but no syncope or near syncope. He is not having any chest pain. At its worst he had mild pitting edema just over his lower calfs. He reports he has been watching his diet as far as fluid and salt intake and recently has been eating primarily salads

Patient reports that his bowel habits have increased in frequency. He thinks urination may have diminished mildly

The patient had an echocardiogram performed which demonstrated severe global left ventricular dysfunction EF of 10 to 15%. Right ventricular function was diminished as well. No hemodynamically significant valvular abnormalities were seen. Troponin was normal proBNP was elevated at 3953 CBC was unremarkable there was mild elevation in ALT and AST BUN and creatinine were normal at 18 and 1.16 bilirubin was 2.5
Because of the findings we brought him back to the office as quickly as possible to initiate therapy. There is really been no change in his status over the last 3 days. We did discuss changes in medications including substituting Entresto for lisinopril and adding carvedilol as well as an SGLT2 2 inhibitor. We also discussed cardiac catheterization to rule out coronary disease as an etiology. We also discussed long-term goals and possible need for ICD or advanced care if he does not respond well to medication

Catheterization was performed. Left ventricle was severely dilated with an EF estimated 10 to 15% end-diastolic pressure was estimated at 40 mmHg. He did not have significant blockages in his coronaries. Appropriate medical therapy was continued. He has lost approximately 20 pounds with diuresis. Overall the patient's breathing has improved. He is not having significant orthopnea. His exercise tolerance is marginally better. He is scheduled to see the St. Thomas heart failure service in April. He has not been monitoring blood pressures at

home but I suggested that he do this. His ICD has not discharged (ZOLL LifeVest).

Patient is seen in follow-up on June 23, 2023. Since his last visit he has seen Dr. Patel. There is a plan for implantation of a subcutaneous ICD in July. The MRI was performed as requested by Dr. Stribling. This confirms severe dilated left ventricle with severe left ventricular dysfunction. Interpretation could not exclude prior infarction but this certainly would not be consistent with findings on his coronary angiography.
Patient has been doing reasonably well clinically. He brought in an extensive recordings of his blood pressure heart rate and weight. His blood pressures typically are between 90 and 100 systolic limiting our ability to increase medications. Patient feels that he is much better than at his time of his presentation. He can walk unlimited distances on level ground. He does report some dyspnea when walking uphill. He is not having problems with orthopnea. He is scheduled to see Dr. Stribling in October

The patient was seen in follow-up on September 8, 2023. He actually underwent implantation of a ICD CRT device. He early on had some issues with diaphragmatic pacing but these have been reprogrammed. He has occasional "hiccups". His exercise tolerance is improved but certainly is not where he wants it to be. He keeps a good log of his blood pressure. Blood pressure is marginal for increasing medications. He will occasionally report transient lightheadedness if he is bending over and stands up suddenly. We discussed venous pooling and that this was something that we would keep an eye on but to be aware of it and try movement immediately. He is not having significant problems with edema

Patient is seen in follow-up on March 13, 2024. Clinically he is doing well. He is able to do more physical exercise but limits himself in terms of duration. He is not having any chest pain. He does have occasional "hiccups". Which seem to be positional and are likely due to intermittent phrenic nerve pacing from his BiV ICD. He has had no interval hospitalizations. His weight has been stable. He has not had any edema. He continues to monitor his blood pressures and they are marginal for any increase in his medical regimen (systolics typically 100-104).

## ROS

**Respiratory:** Respiratory: **sleep apnea**.

## Physical Exam

**Constitutional:** General Appearance: appears stated age and **obese**. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:** Lids and Conjunctivae: no xanthelasma or arcus senilis.

**ENMT:** Lips, Teeth, and Gums: normal dentition. Nose: no lesions on external nose.

**Neck:** Neck: supple and trachea midline. Carotid Arteries: bilateral normal upstroke and no bruits. Jugular Veins: jugular venous pressure unable to assess. Cervical Lymph Nodes: non tender.

**Lungs:** Respiratory Effort: unlabored. Chest Exam: normal curvature. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Precordial Exam: non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: **BTK edema bilateral** ; **Trace edema is noted bilaterally**.

**Peripheral Pulses:** Pulses: full and equal in all extremities except if noted. Radial Pulse: normal. Dorsalis Pedis Pulse: normal.

**Abdomen::** Inspection and Palpation: non distended or tender, normal aorta and bowel sounds, no bruit or masses, and soft; **Abdomen is mildly distended soft with no rebound or guarding**.

**Musculoskeletal:** Inspection: no joint tenderness.

**Neurologic:** Gait: normal gait. Motor: normal strength.

**Skin:** Inspection and Palpation: warm and dry.

## Assessment / Plan

**1. Nonischemic congestive cardiomyopathy -**
Patient has nonischemic cardiomyopathy. He is on a reasonable medical regimen limited by blood pressure. He is followed by the advanced heart failure clinic at St. Thomas. He is followed by EP and has had a BiV ICD/CRT device implanted which seems to be working normally.

As the patient has had the BiV ICD CRT device in some period of time we will order an echocardiogram.
I42.0: Dilated cardiomyopathy
- ELECTROCARDIOGRAM
- NT PROBNP
- US, ECHOCARDIOGRAM, TRANSTHORACIC, COMPLETE, W/ COLOR FLOW

**2. Obesity** - regular exercise and weight reduction through diet was suggested
E66.9: Obesity, unspecified
- WHEN YOU ARE OVERWEIGHT: CARE INSTRUCTIONS

**3. First degree atrioventricular block**
I44.0: Atrioventricular block, first degree
- HEART BLOCKS: CARE INSTRUCTIONS

**4. Combination internal cardiac defibrillator and pacemaker in situ** -
The patient appears to be pacing most of the time per EP notes
Z95.810: Presence of automatic (implantable) cardiac defibrillator

ELECTROCARDIOGRAM
- Result:
  - **Interpretation:: AV pacing**

Return to Office
- Nilam Patel, MD for *Follow-up 15 at ETHC_Turkey Creek on 06/11/2024 at 02:45 PM
- Barry Michelson, MD for *Follow-up 15 at ETHC_South on 09/11/2024 at 10:45 AM
- to see Barry Michelson, MD at ETHC_South on or around 09/13/2024

Encounter Sign-Off
Encounter signed-off by Barry Michelson, MD, 03/13/2024.

Encounter performed and documented by Barry Michelson, MD
Encounter reviewed & signed by Barry Michelson, MD on 03/13/2024 at 10:50am

From: 03/15/2024 10:03 #606 P.005/007



**Encounter Date: 10/12/2023**

Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (45yo, M) ID# 98454 | **Appt. Date/Time** | 10/12/2023 01:30PM |
| **DOB** | | **Service Dept.** | ETHC_Turkey Creek |
| **Provider** | SARA JOHNSON, NP | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130287<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

Chief Complaint

3 MONTH F/U

Patient's Care Team

**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-5399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672
**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054

Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

Vitals

| | | |
|---|---|---|
| **Ht:** 6 ft 10/12/2023 01:36 pm | **Wt:** 259.8 lbs 10/12/2023 01:36 pm | **BP:** 109/60 sitting L arm 10/12/2023 01:42 pm |
| **BMI:** 35.2 10/12/2023 01:36 pm | **HR:** 61 10/12/2023 01:41 pm | |

Measurements

None recorded.

Allergies

Reviewed Allergies

**PENICILLINS**: Rash

Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 | entered |
| **carvediloL 6.25 mg tablet**<br>Take 1 tablet twice a day by oral route for 90 days. | 07/15/23 | filled |
| **cephALEXin 500 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 7 days. | 10/12/23 | prescribed |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 | entered |
| **Entresto 49 mg-51 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 10/12/23 | entered |
| **Farxiga 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | entered |
| **Farxiga 5 mg tablet**<br>Take 1 tablet every day by oral route for 90 days. | 08/24/23 | filled |
| **Multi Vitamin**<br>Mens vitafusion 1 daily | 02/06/23 | entered |
| **spironolactone 25 mg tablet**<br>Take 1 tablet every day by oral route. | 08/24/23 | filled |

CPAP
immune plus
10/12/2023 bottles kc

Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

Problems

Reviewed Problems
- Obesity - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Essential hypertension - Onset: 02/06/2023
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- First degree atrioventricular block - Onset: 06/08/2023
- Heart failure - Onset: 02/09/2023
- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- History of SARS-CoV-2 - Onset: 06/08/2023

Family History

Family History not reviewed (last reviewed 09/08/2023)

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

## Social History

Social History not reviewed (last reviewed 09/08/2023)
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How much tobacco do you chew?: none
Do you or have you ever used any other forms of tobacco or nicotine?: No
What was the date of your most recent tobacco screening?: 09/08/2023
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What is your exercise level?: Occasional (Notes: ADL)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: High school graduate (Notes: local truck driver)
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Sexual orientation: Straight or heterosexual

## Surgical History

Surgical History not reviewed (last reviewed 09/08/2023)
- Cardiac catheterization (surg) - 2/2023
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

## Past Medical History

Past Medical History not reviewed (last reviewed 09/08/2023)
CHEST PAIN: **Y**
CONGESTIVE HEART FAILURE: **Y**
GERD/REFLUX: **Y**
HIGH BLOOD PRESSURE/HYPERTENSION: **Y**
OBESITY: **Y**
PALPITATIONS: **Y**
SLEEP APNEA: **Y**
Notes: Please refer to Problem section for most recent PMH/NNP

## Screening

None recorded.

## HPI

Here for 3 month follow up
Here with wife

Feeling better
Had hole open up on incision line that has now reclosed after neosporin end of September
Fatigue and lightheadedness improving
Palps on occ
Denies syncope

## ROS

Patient reports **lightheadedness, fatigue, and palpitations** but reports no chest pressure, no chest pain, no dyspnea on exertion, no leg edema, no syncope, no orthopnea, no PND, and no claudication. He reports **sleep apnea** but reports no cough, no wheezing, no coughing up blood, and no shortness of breath. He reports **easy bruising** but reports no swollen glands. He reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. He reports no dry eyes, no irritation, and no vision change. He reports no difficulty hearing and no ear pain. He reports no frequent nosebleeds and no nose/sinus problems. He reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. He reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, and no swelling in the extremities. He reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no headaches. He reports no depression, no sleep disturbances, feeling safe in relationship, and no alcohol abuse. He reports no nausea, no vomitting, no diarrhea, and no constipation.
**Additionally reports: I have reviewed these findings and agree. sj**

## Physical Exam

**Basic Cardio PE:** Lungs: clear to auscultation. Cardio: no murmurs or gallops and s1 normal, s2 normal, and normal apical impulse; **regular rate and rhythm**. Extremities: no edema; **radial pulses 2+**.

Device site is clean, dry, intact, well approximated, no hematoma, no drainage, no erythema

## Procedure Documentation

**93284,26: Multi chamber ICD Programing PaceArt:**
See image documentation for encounter data.

**ITERATIVE:** A representative from the device company did the interrogation of this device with iterative programming changes to evaluate pacing thresholds. I personally evaluated the generated data including all diagnostic findings, and advised the representative on any changes that may have needed to be made. A -26 modifier will be added to the billing charge.

## Assessment / Plan

**1. Biventricular automatic implantable cardioverter defibrillator in situ** -
Boston Scientific CRT-D implanted 7/2023

10.5 years
Normal function
AP 37%, LVP 99%_DDDR 60/125

Programmed at implant to not LVP due to PNS, programmed tip--->can
Vector guide performed today to assess for possible non PNS vectors
remained at tip--->can: LVPacing turned back on (7/2023)

ATR events are far field

Remote q3 months
RTC June with EP
Z95.810: Presence of automatic (implantable) cardiac defibrillator

**2. Nonischemic congestive cardiomyopathy** -

2022

LHC: 2/2023: normal coronaries, EF 10-15%, LVEDP 40, mod MR
Echo: 5/2023: EF 20%, mod LAE, mild AI/TR, mild to mod MR, RVSP 40, LVIDd6.56
Echo: 2/2023: EF 10-15%
EKG: 2/2023: ST 90, PR 220, QRS 126, RBBB/LPFB, QTc 443
EKG: 6/2023: SR 65, PR 260, QRS 131 RBBB/LPFB, QTc 433
Cardiac MRI: pending at UT

on Entresto 24-26mg BID/Farxiga 5mg daily/spironolactone 25mg daily/carvedilol 6.25mg BID

s/p CRT-D_7/2023

fup Dr.Michelson/Dr.Stribbling
I42.0: Dilated cardiomyopathy
- ELECTROCARDIOGRAM

**3. Chronic systolic heart failure** -
as above
I50.22: Chronic systolic (congestive) heart failure

**4. Essential hypertension** -
2006
I10: Essential (primary) hypertension
- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE

**5. History of SARS-CoV-2** -
3 episodes so far. no hospitalization
1st and 3rd was severe
diagnosed with HF after 3rd episode
Z86.16: Personal history of COVID-19

**6. First degree atrioventricular block** -
asymptomatic

I44.0: Atrioventricular block, first degree
- HEART BLOCKS: CARE INSTRUCTIONS

**7. Obstructive sleep apnea syndrome** -
2012
compliant to CPAP
G47.33: Obstructive sleep apnea (adult) (pediatric)
- SLEEP APNEA: CARE INSTRUCTIONS

**8. Obesity** -
BMI 35
weight loss advised by diet/exercise
E66.9: Obesity, unspecified
- WHEN YOU ARE OVERWEIGHT: CARE INSTRUCTIONS

**9. Infection of skin and/or subcutaneous tissue** -
had wound open up on 9/26 midline incision
put neosporin on it and it reclosed
prophylactically will place keflex 500mg BID for 7 days
will also show Dr. Patel when he is back
educated on what to look for and when to call
L08.9: Local infection of the skin and subcutaneous tissue, unspecified
- cephalexin 500 mg tablet - Take 1 tablet(s) twice a day by oral route for 7 days. Qty: (14) tablet Refills: 0 Pharmacy: U-SAVE DRUG CENTER

Return to Office
- to see SARA JOHNSON, NP at ETHC_Turkey Creek on or around 10/21/2023
- to see Barry Michelson, MD at ETHC_South on or around 03/08/2024
- to see Nilam Patel, MD at ETHC_Turkey Creek on or around 06/03/2024

Encounter Sign-Off
Encounter signed-off by SARA JOHNSON, NP, 10/12/2023.

Encounter performed and documented by SARA JOHNSON, NP
Encounter reviewed & signed by SARA JOHNSON, NP on 10/12/2023 at 2:23pm

| Boston Scientific | LATITUDE™ Programming System | Report Created 12 Oct 2023 |
|---|---|---|
| | **Device Follow-up Report** | |
| | **Fields , David L** | Last Office Interrogation |
| | Date of Birth | **21 Jul 2023** |
| | Device RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode Monitor + Therapy | **14 Jul 2023** |

**My Alerts**

⚠ 12 Oct 2023 13:54 Check LV Lead

**Events Since Last Reset (21 Jul 2023)**

11 Oct 2023 13:27 ATR at 155 bpm, Avg V Rate in ATR: 108 bpm
11 Oct 2023 13:20 ATR at 89 bpm, Avg V Rate in ATR: 90 bpm
See last page for full list of Events Since Last Reset.

**Battery OK**

| | |
|---|---|
| Approximate time to explant: | 10.5 years |
| Charge Time | N/R s |
| Last Capacitor Re-form | N/R |




| Leads Data | Implant 14 Jul 2023 | Previous Session | Most Recent |
|---|---|---|---|
| **Atrial** | | | |
| Intrinsic Amplitude | N/R mV | 5.2 mV | 2.8 mV |
| Pace Impedance | N/R Ω | 600 Ω | 642 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.4 V @ 0.4 ms | Auto 0.5 V @ 0.4 ms |
| **Right Ventricular** | | | |
| Intrinsic Amplitude | N/R mV | 17.1 mV | 17.5 mV@45 bpm |
| Pace Impedance | N/R Ω | 499 Ω | 447 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.5 V @ 0.4 ms | Auto 0.5 V @ 0.4 ms |
| **Left Ventricular** | | | |
| Intrinsic Amplitude | N/R mV | 3.6 mV | 3.9 mV |
| Pace Impedance LVa | N/R Ω | 743 Ω | 644 Ω |
| Pace Impedance LVb | | 754 Ω | 645 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 1.6 V @ 0.5 ms | Auto 0.9 V @ 0.8 ms |
| **Shock Vector** | | | |
| Shock Impedance | N/R Ω | 63 Ω | 69 Ω |

**Settings**

**Ventricular Tachy Settings**

| | | | |
|---|---|---|---|
| VF | 200 bpm | ATP | 41J, 41J, 41Jx6 |
| VT | 170 bpm Monitor Only | | |

**Atrial Tachy Settings**

ATR Mode Switch 170 bpm VDIR

**Brady/CRT Settings**

| | |
|---|---|
| Mode | DDDR |
| Lower Rate Limit | 60 ppm |
| Maximum Tracking Rate | 125 ppm |
| Maximum Sensor Rate | 130 ppm |
| Paced AV Delay | 240 - 240 ms |
| Sensed AV Delay | 180 - 180 ms |
| A-Refractory (PVARP) | 240 - 280 ms |
| RV-Refractory (RVRP) | 230 - 250 ms |
| LV-Refractory (LVRP) | 250 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |

| | |
|---|---|
| **Pacing Output** | |
| Atrial | Auto 2.0 V @ 0.4ms |
| Right Ventricular | Auto 2.0 V @ 0.4ms |
| Left Ventricular (LVa) | Auto 1.9 V @ 0.8ms |
| Left Ventricular (LVb) | Off |
| **Sensitivity** | |
| Atrial | AGC 0.25 mV |
| Right Ventricular | AGC 0.6 mV |
| Left Ventricular | AGC 1.0 mV |
| **Leads Configuration (Pace/Sense)** | |
| Atrial | Bipolar |
| Right Ventricular | Bipolar |
| LVa (Pace) | LVTip1>>Can |
| LVb (Pace) | Off |
| LV (Sense) | LVRing2>>RV |
| **LV MultiSite Pacing** | |
| Pacing Order | Off |
| **Rate Adaptive Pacing** | |
| Accelerometer | On |

3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Device Follow-up Report

Fields , David L
12 Oct 2023 13:54

**Rhythm ID Update**

| | |
|---|---|
| Last Successful Completion | N/R |

**Trends**

Most recent measurement:




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Device Follow-up Report

Fields, David L
12 Oct 2023 13:54

**Trends**

Most recent measurement:




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Device Follow-up Report

Fields, David L
12 Oct 2023 13:54

| Ventricular Tachy Counters | Since Last Reset 21 Jul 2023 | Device Totals |
|---|---|---|
| **Ventricular Episode Counters** | | |
| Total Episodes | 0 | 0 |
| Treated | | |
| VF Therapy | 0 | 0 |
| VT Therapy | 0 | 0 |
| VT-1 Therapy | 0 | 0 |
| Commanded Therapy | 0 | 0 |
| Non-Treated | | |
| No Therapy Programmed | 0 | 0 |
| Nonsustained Episodes | 0 | 0 |
| Other Untreated Episodes | 0 | 0 |
| **Ventricular Therapy Counters** | | |
| ATP Delivered | 0 | 0 |
| ATP % Successful | 0 | 0 |
| Shocks Delivered | 0 | 0 |
| First Shock % Successful | 0 | 0 |
| Shocks Diverted | 0 | 0 |

| Brady/CRT Counters | Reset Before Last 6 day(s) 14 Jul 2023 to 21 Jul 2023 | Since Last Reset 83 day(s) 21 Jul 2023 to Today |
|---|---|---|
| **Counters** | | |
| % A Paced | 33 | 37 |
| % RV Paced | 29 | 93 |
| % LVa Paced | <1 | 99 |
| % LVb Paced | 0 | 0 |
| **Intrinsic Promotion** | | |
| Rate Hysteresis | | |
| % Successful | 0 | 0 |
| **Atrial Arrhythmia** | | |
| % AT/AF | <1 | <1 |
| Total Time in AT/AF (min) | 0.1 | 2.5 |
| Episodes by Duration | | |
| < 1 minute | 2 | 29 |
| 1 min - < 1 hr | 0 | 0 |
| 1 hr - < 24 hr | 0 | 0 |
| 24 hr - < 48 hr | 0 | 0 |
| > 48 hr | 0 | 0 |
| Total PACs | 1.4K | 7.2K |
| **Ventricular Counters** | | |
| Total PVCs | 20.2K | 27.0K |
| Three or More PVCs | 0 | 0 |

| Clinical Counters | Since Last Reset 21 Jul 2023 | Device Totals |
|---|---|---|
| MRI Protection Mode | 0 | 0 |

3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Device Follow-up Report

Fields, David L
12 Oct 2023 13:54

## Histograms Reset Before Last (14 Jul 2023)







## Histograms Since Last Reset (21 Jul 2023)







3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Device Follow-up Report

Fields, David L
12 Oct 2023 13:54

**All Events Since Last Reset (21 Jul 2023)**

| | |
|---|---|
| 12 Oct 2023 05:49 | RA Auto |
| 12 Oct 2023 05:43 | RV Auto |
| 11 Oct 2023 13:27 | ATR at 155 bpm, Avg V Rate in ATR: 108 bpm |
| 11 Oct 2023 13:20 | ATR at 89 bpm, Avg V Rate in ATR: 90 bpm |
| 11 Oct 2023 13:19 | ATR at 114 bpm, Avg V Rate in ATR: 114 bpm |
| 11 Oct 2023 13:07 | ATR at 86 bpm, Avg V Rate in ATR: 94 bpm |
| 11 Oct 2023 12:30 | ATR at 224 bpm, Avg V Rate in ATR: 105 bpm |
| 11 Oct 2023 12:20 | ATR at 112 bpm, Avg V Rate in ATR: 112 bpm |
| 11 Oct 2023 12:19 | ATR at 130 bpm, Avg V Rate in ATR: 103 bpm |
| 11 Oct 2023 12:16 | ATR at 113 bpm, Avg V Rate in ATR: 105 bpm |
| 11 Oct 2023 12:03 | ATR at 111 bpm, Avg V Rate in ATR: 111 bpm |
| 10 Oct 2023 02:55 | APM RT at 60 bpm |
| 30 Aug 2023 15:49 | ATR at 112 bpm, Avg V Rate in ATR: 111 bpm |

3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

| Boston Scientific | LATITUDE™ Programming System | | Report Created 12 Oct 2023 |
|---|---|---|---|
| | **Arrhythmia Logbook Report** | | |
| | **Fields , David L** | | Last Office Interrogation |
| | Date of Birth | | **21 Jul 2023** |
| | Device | RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode | Monitor + Therapy | **14 Jul 2023** |

| Event | Date/Time | Type | Therapy | Duration hh:mm:ss |
|---|---|---|---|---|
| RAAT-103 | 12 Oct 2023 05:49 | RA Auto | | -------- |
| RVAT-103 | 12 Oct 2023 05:43 | RV Auto | | -------- |
| ATR-31 | 11 Oct 2023 13:27 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:06 |
| ATR-30 | 11 Oct 2023 13:20 | ATR | Avg V Rate in ATR: 90 bpm | 00:00:01 |
| ATR-29 | 11 Oct 2023 13:19 | ATR | Avg V Rate in ATR: 114 bpm | -------- |
| ATR-28 | 11 Oct 2023 13:07 | ATR | Avg V Rate in ATR: 94 bpm | -------- |
| ATR-27 | 11 Oct 2023 12:30 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:06 |
| ATR-26 | 11 Oct 2023 12:20 | ATR | Avg V Rate in ATR: 112 bpm | 00:00:01 |
| ATR-25 | 11 Oct 2023 12:19 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:08 |
| ATR-24 | 11 Oct 2023 12:16 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:08 |
| ATR-23 | 11 Oct 2023 12:03 | ATR | Avg V Rate in ATR: 111 bpm | -------- |
| APM-22 | 10 Oct 2023 02:55 | APM RT | | -------- |
| ATR-22 | 30 Aug 2023 15:49 | ATR | Avg V Rate in ATR: 111 bpm | 00:00:01 |

3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

| Boston Scientific | LATITUDE™ Programming System | Report Created 12 Oct 2023 |
|---|---|---|
| | **Selected Episodes Report** | |
| | **Fields , David L** | Last Office Interrogation |
| | Date of Birth | **21 Jul 2023** |
| | Device RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode Monitor + Therapy | **14 Jul 2023** |

**Event ATR-31: 11 Oct 2023 13:27** 25mm/s

**ATR Event Onset**
Avg A Rate: 155 bpm
Avg V Rate: 115 bpm
**In ATR**
Avg V Rate: 108 bpm

**Event Ended 00:00:06**




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Selected Episodes Report

Fields, David L
12 Oct 2023 13:54







3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Selected Episodes Report

Fields, David L
12 Oct 2023 13:54






3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Selected Episodes Report

Fields, David L
12 Oct 2023 13:54




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.
Page 4 of 4

Clinician Signature:

| Boston Scientific | LATITUDE™ Programming System | | Report Created 12 Oct 2023 |
|---|---|---|---|
| | Heart Failure Management Report | | |
| | Fields , David L | | Last Office Interrogation |
| | Date of Birth | | 21 Jul 2023 |
| | Device | RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode | Monitor + Therapy | 14 Jul 2023 |

**Trends**

HeartLogic™ Heart Failure Index: 0




The nominal HeartLogic™ Threshold is 16. This patient's HeartLogic™ Threshold can be confirmed in LATITUDE NXT™.

Most recent measurement:

S3: 0.76 mG

S1: 1.62 mG

Thoracic Impedance: 46 Ω

Respiratory Rate: 16 rpm




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Heart Failure Management Report

Fields, David L
12 Oct 2023 13:54




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Heart Failure Management Report

Fields, David L
12 Oct 2023 13:54




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.
Page 3 of 3

Clinician Signature:

**Encounter Date: 09/08/2023**

Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (45yo, M) ID# 98454 | **Appt. Date/Time** | 09/08/2023 10:00AM |
| **DOB** | | **Service Dept.** | ETHC_South |
| **Provider** | BARRY MICHELSON, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130287<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

Chief Complaint

Followup: Nonischemic congestive cardiomyopathy
Followup: History of SARS-CoV-2
Followup: Essential hypertension
Followup: Left ventricular cardiac dysfunction
Followup: Obstructive sleep apnea syndrome
Followup: First degree atrioventricular block
Followup: Heart failure

Patient's Care Team

**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-5399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672

Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

Vitals

| | | |
|---|---|---|
| **Ht:** 6 ft 09/08/2023 09:50 am | **Wt:** 254.8 lbs 09/08/2023 09:50 am | **BP:** 94/60 sitting L arm 09/08/2023 09:51 am<br>92/58 standing L arm 09/08/2023 09:51 am |
| **BMI:** 34.6 09/08/2023 09:50 am | **HR:** 68 09/08/2023 09:51 am | |

Measurements

None recorded.

Allergies

Reviewed Allergies

**PENICILLINS**: Rash

Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 | entered |
| **carvediloL 6.25 mg tablet**<br>Take 1 tablet twice a day by oral route for 90 days. | 07/15/23 | filled |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 | entered |
| **Entresto 49 mg-51 mg tablet**<br>Take 0.5 tablets twice a day by oral route for 90 days. | 08/01/23 | filled |
| **Farxiga 5 mg tablet**<br>Take 1 tablet every day by oral route for 90 days. | 08/24/23 | filled |
| **Multi Vitamin**<br>Mens vitafusion 1 daily | 02/06/23 | entered |
| **spironolactone 25 mg tablet**<br>Take 1 tablet every day by oral route. | 08/24/23 | filled |

CPAP
immune plus
9/8/23..Memory...csp

Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

Problems

Reviewed Problems
- Obesity - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- First degree atrioventricular block - Onset: 06/08/2023
- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- History of SARS-CoV-2 - Onset: 06/08/2023
- Heart failure - Onset: 02/09/2023
- Essential hypertension - Onset: 02/06/2023

Family History

Reviewed Family History

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

Social History

Reviewed Social History
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How much tobacco do you chew?: none
Do you or have you ever used any other forms of tobacco or nicotine?: No
What was the date of your most recent tobacco screening?: 09/08/2023
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What is your exercise level?: Occasional (Notes: ADL)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: High school graduate (Notes: local truck driver)
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Sexual orientation: Straight or heterosexual

Surgical History

Reviewed Surgical History
- Cardiac catheterization (surg) - 2/2023
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

Past Medical History

Reviewed Past Medical History
CHEST PAIN: **Y**
CONGESTIVE HEART FAILURE: **Y**
GERD/REFLUX: **Y**
HIGH BLOOD PRESSURE/HYPERTENSION: **Y**
OBESITY: **Y**
PALPITATIONS: **Y**
SLEEP APNEA: **Y**
Notes: Please refer to Problem section for most recent PMH/NNP

Screening

None recorded.

HPI

Patient is a 39-year-old male that is asked to be seen in followup for cardiac evaluation. We had seen him about 10 years ago. Abnormal stress test. This led to a cardiac catheterization. A small circumflex arose anomalously from the right coronary cusp. LV function was normal. There is a strong family history of coronary disease in the patient's father beginning at age 33 of 34. He died within the last year of complications of coronary artery disease at age 65.. He also has a cousin who was told that he had an elevated coronary calcium score and subsequently went on to be a catheterization and bypass surgery.

The patient is not having symptoms of chest pain or exercise intolerance dyspnea or orthopnea. No dysrhythmias have been identified. He does have a history of hypertension which she states is typically well controlled. He attributes his elevated blood pressure today to nervousness. Patient does not exercise regularly but is able to do his normal activities without limitation. His last LDL cholesterol 58.

The patient requested follow-up on February 6, 2023. Over the past several weeks he has been complaining of abdominal distention pedal edema and shortness of breath with activity. He contacted Cindy Pittman who is a relative of his. She thought that follow-up was appropriate. The patient reported some vague epigastric and chest discomfort. He went to the emergency room in Rogersville. His chest x-ray suggested borderline cardiomegaly but was otherwise unremarkable. His abdominal gas pattern was normal. His COVID screen was negative. No lab work was done a UTI was not diagnosed based on a urine analysis was. He states in the last several weeks he has gained about 9 or 10 pounds. He feels as if his belly is swollen and distended. He has been treated with multiple GI medications and actually got partial relief. He complained of some fluttering in his chest but no syncope or near syncope. He is not having any chest pain. At its worst he had mild pitting edema just over his lower calfs. He reports he has been watching his diet as far as fluid and salt intake and recently has been eating primarily salads

Patient reports that his bowel habits have increased in frequency. He thinks urination may have diminished mildly

The patient had an echocardiogram performed which demonstrated severe global left ventricular dysfunction EF of 10 to 15%. Right ventricular function was diminished as well. No hemodynamically significant valvular abnormalities were seen. Troponin was normal proBNP was elevated at 3953 CBC was unremarkable there was mild elevation in ALT and AST BUN and creatinine were normal at 18 and 1.16 bilirubin was 2.5
Because of the findings we brought him back to the office as quickly as possible to initiate therapy. There is really been no change in his status over the last 3 days. We did discuss changes in medications including substituting Entresto for lisinopril and adding carvedilol as well as an SGLT2 2 inhibitor. We also discussed cardiac catheterization to rule out coronary disease as an etiology. We also discussed long-term goals and possible need for ICD or advanced care if he does not respond well to medication

Catheterization was performed. Left ventricle was severely dilated with an EF estimated 10 to 15% end-diastolic pressure was estimated at 40 mmHg. He did not have significant blockages in his coronaries. Appropriate medical therapy was continued. He has lost approximately 20 pounds with diuresis. Overall the patient's breathing has improved. He is not having significant orthopnea. His exercise tolerance is marginally better. He is scheduled to see the St. Thomas heart failure service in April. He has not been monitoring blood pressures at home but I suggested that he do this. His ICD has not discharged (ZOLL LifeVest).

Patient is seen in follow-up on June 23, 2023. Since his last visit he has seen Dr. Patel. There is a plan for implantation of a subcutaneous ICD in July. The MRI was performed as requested by Dr. Stribling. This confirms severe dilated left ventricle with severe left ventricular dysfunction. Interpretation could not exclude prior infarction but this certainly would not be consistent with findings on his coronary angiography.
Patient has been doing reasonably well clinically. He brought in an extensive recordings of his blood pressure heart rate and weight. His blood pressures typically are between 90 and 100 systolic limiting our ability to increase medications. Patient feels that he is much better than at his time of his presentation. He can walk unlimited distances on level ground. He does report some dyspnea when walking uphill. He is not having problems with orthopnea. He is scheduled to see Dr. Stribling in October

The patient was seen in follow-up on September 8, 2023. He actually underwent implantation of a ICD CRT device. He early on had some issues with diaphragmatic pacing but these have been reprogrammed. He has occasional "hiccups". His exercise tolerance is improved but certainly is not where he wants it to be. He keeps a good log of his blood pressure. Blood pressure is marginal for increasing medications. He will occasionally report transient lightheadedness if he is bending over and stands up suddenly. We discussed venous pooling and that this was something that we would keep an eye on but to be aware of it and try movement immediately.

He is not having significant problems with edema

ROS

**Cardiovascular:** Cardiovascular: **palpitations**.

**Neurologic:** Neurologic: **weakness** and **dizziness**.

**Endocrine:** Endocrine: **fatigue**.

**Hematologic/Lymphatic:** Hematologic/Lymphatic **easy bruising**.

Physical Exam

**Constitutional:** General Appearance: appears stated age and **obese**. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:** Lids and Conjunctivae: no xanthelasma or arcus senilis.

**ENMT:** Lips, Teeth, and Gums: normal dentition. Nose: no lesions on external nose.

**Neck:** Neck: supple and trachea midline. Carotid Arteries: bilateral normal upstroke and no bruits. Jugular Veins: jugular venous pressure unable to assess. Cervical Lymph Nodes: non tender.

**Lungs:** Respiratory Effort: unlabored. Chest Exam: normal curvature. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Precordial Exam: non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: **BTK edema bilateral** ; **Trace edema is noted bilaterally**.

**Peripheral Pulses:** Pulses: full and equal in all extremities except if noted. Radial Pulse: normal. Dorsalis Pedis Pulse: normal.

**Abdomen::** Inspection and Palpation: non distended or tender, normal aorta and bowel sounds, no bruit or masses, and soft; **Abdomen is mildly distended soft with no rebound or guarding**.

**Musculoskeletal:** Inspection: no joint tenderness.

**Neurologic:** Gait: normal gait. Motor: normal strength.

**Skin:** Inspection and Palpation: warm and dry.

Assessment / Plan

**1. Nonischemic congestive cardiomyopathy** -
Patient has nonischemic cardiomyopathy. He is on a reasonable medical regimen limited by blood pressure. He is followed by the advanced heart failure clinic at St. Thomas. He is followed by EP and has had a BiV ICD/CRT device implanted which seems to be working normally.
I42.0: Dilated cardiomyopathy

- ELECTROCARDIOGRAM
- BASIC METABOLIC PANEL
- NT PROBNP

**2. First degree atrioventricular block**
I44.0: Atrioventricular block, first degree

- HEART BLOCKS: CARE INSTRUCTIONS

**3. History of SARS-CoV-2**
Z86.16: Personal history of COVID-19

**4. Obstructive sleep apnea syndrome**
G47.33: Obstructive sleep apnea (adult) (pediatric)

- SLEEP APNEA: CARE INSTRUCTIONS

**5. Heart failure** -
Patient has severe global left ventricular dysfunction with an EF of 10 to 15%. I have recommended changes in his medical regimen to include the addition of Entresto and SGLT2 inhibitor and carvedilol the patient was instructed to stop hisACE inhibitor for 36 hours prior to initiating Entresto
I50.9: Heart failure, unspecified

**6. Essential hypertension** -
continued monitoring of blood pressures suggested to make sure adequate control is being obtained.
I10: Essential (primary) hypertension

- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE

**7. Biventricular automatic implantable cardioverter defibrillator in situ** -
Patient has undergone ICD/CRT device implantation monitored by Dr. Patel
Z95.810: Presence of automatic (implantable) cardiac defibrillator

ELECTROCARDIOGRAM
- Result:
  - **Interpretation:: Sinus rhythm with intermittent atrial pacing, 100% ventricular pacing**

Return to Office
- SARA JOHNSON, NP for *Follow-up 15 at ETHC_Turkey Creek on 10/12/2023 at 01:30 PM
- to see SARA JOHNSON, NP at ETHC_Turkey Creek on or around 10/21/2023
- to see Barry Michelson, MD at ETHC_South on or around 03/08/2024

Encounter Sign-Off
Encounter signed-off by Barry Michelson, MD, 09/08/2023.

Encounter performed and documented by Barry Michelson, MD
Encounter reviewed & signed by Barry Michelson, MD on 09/08/2023 at 10:15am

From: 09/11/2023 11:25 #669 P.008/012




## Imaging Results

US, ECHOCARDIOGRAM, TRANSTHORACIC, COMPLETE, W/ COLOR FLOW (#10292715, 03/29/2024 12:00am)

Jefferson Memorial Hospital

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | FIELDS DAVID | | | **Procedure Staff** | |
| **MRN:** | 00809309 | | | **Referring Physician:** | Barry Michelson, MD |
| **Date of birth:** | | **Age:** | 46 year(s) | **Sonographer:** | Juliann Blackburn, RCS |
| **Gender:** | Male | **BMI:** | 35.67 kg/m² | **Interpreting physician:** | Barry Michelson, MD |
| **Weight:** | 119.3 kg | **BSA:** | 2.39 m² | | |
| **Height:** | 182.88 cm | | | | |

**Procedure Information**

| | | | |
|---|---|---|---|
| **Exam date time:** | 3/29/2024 12:48 PM | | |
| **Procedure type:** | Echo | | |
| **Proc. sub type:** | TTE procedure: NI Echo TTE 2D Complete w Color Doppler. | | |
| **Patient status:** | Routine | **Accession no:** | 3002408900170 |
| **HR:** | 60 bpm | **FIN Number:** | 4521481 |
| | | **Study location:** | Jefferson City |
| | | **Technical quality:** | Good visualization |

**Reason for Study**

DILATED CARDIOMYOPATHY

**Physician Conclusions**

**Summary:**

Left ventricle size is moderately dilated.
Left ventricle wall thickness is normal.
EF estimated at 20%.
Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure..
There is severe global left ventricular systolic dysfunction.
Valve is trileaflet and normal in structure. No evidence of stenosis.
Mild aortic regurgitation.
Left atrium is mild to moderately enlarged.
Moderate to severe mitral regurgitation.

Moderate to severe mitral regurgitation.

Jefferson Memorial Hospital

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

**Obervations**

| | |
|---|---|
| **Left ventricle:** | Left ventricle size is moderately dilated.<br>Left ventricle wall thickness is normal.<br>EF estimated at 20%.<br>Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure..<br>There is severe global left ventricular systolic dysfunction. |
| **Right ventricle:** | Chamber size is normal. Global systolic function is normal. |
| **Left atrium:** | Left atrium is mild to moderately enlarged. |
| **Right atrium:** | Right atrium is normal in size. |
| **Mitral valve:** | Valve appears structurally normal. No evidence of stenosis.<br>Moderate to severe mitral regurgitation. |
| **Aortic valve:** | Valve is trileaflet and normal in structure. No evidence of stenosis.<br>Mild aortic regurgitation.<br>Aortic valve Peak velocity is 1.01 m/s.<br>Aortic valve Peak pressure gradient is 4.08 mmHg.<br>Aortic valve Mean pressure gradient is 2 mmHg. |
| **Tricuspid valve:** | Mild to Moderate tricuspid regurgitation.<br>RVSP estimated at 43 mmHg |
| **Pulmonic valve:** | Valve appears structurally normal. No evidence of stenosis. No significant regurgitation visualized. |
| **Pericardial:** | Pericardium appears normal. There is no pericardial effusion visualized. |
| **Aorta/Great vessels:** | Aortic root is normal in size.<br>The inferior vena cava is not dilated and shows more than 50% respiratory variation. |
| **Pleural:** | There is no pleural effusion present. |

Electronically signed by Barry Michelson, MD (Interpreting physician) on 4/2/2024 at 12:08 PM

Tennova Healthcare

**Jefferson Memorial Hospital**

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

**Left Ventricle**

| | | | |
|---|---|---|---|
| Diastolic dimension: | 6.42 cm **(4.2 - 5.8 cm)** | Systolic dimension: | 5.55 cm **(2.5 - 4 cm)** |
| 2D septum diastolic: | 0.72 cm | FS Normal Range (30-45%): | 14 % |
| 2D post wall diastolic: | 0.94 cm | | |
| IVRT: | 95 ms | | |
| LV mass (ASE formula): | 219.34 g | | |
| LV mass index: | 91.65 g/m² | | |
| RWT: | 0.29 | | |

**LV M-Mode**

**LV Ejection Fraction**

| | | | |
|---|---|---|---|
| LVEDV Teichholz: | 265 ml **(62 - 150 ml)** | LVESV Teichholz: | 171 ml **(21 - 61 ml)** |
| LVEDVI Teichholz: | 110.73 ml/m² **(34 - 74 ml/m²)** | LVESVI Teichholz: | 71.45 ml/m² **(11 - 31 ml/m²)** |
| EF Teichholz: | 35 % | | |

**LV 3D/Strain**

**Right Ventricle**

| | | | |
|---|---|---|---|
| Diastolic dimension: Normal Range (2.7-3.4cm): | 2.5 cm | Systolic pressure: | 26.81 mmHg |

**Left Atrium**

| | | | |
|---|---|---|---|
| **LA diameter (2D) Normal Range (2.0-4.0cm):** | 3.6 cm | **LA/Aorta (2D):** | 1.38 |
| | | **LA volume index:** | 33.84 ml/m² |
| **LA area:** | 26.9 cm² | | |
| **LA volume:** | 81 ml | | |

**Right Atrium**

| | |
|---|---|
| **Systolic pressure:** | 10 mmHg |

Tennova Healthcare

**Jefferson Memorial Hospital**

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

**Aortic Valve**

| | | | |
|---|---|---|---|
| **Peak velocity Normal Range (0.9-1.7m/s) :** | 1.01 m/s | **Mean velocity:** | 0.73 m/s |
| **Peak gradient Normal Range (<10mmHG):** | 4.08 mmHg | **Mean gradient Normal Range (<10mmHG) :** | 2 mmHg |
| **AV VTI:** | 20.4 cm | **Dimensionless index:** | 0.72 |
| **AR peak velocity:** | 246 cm/s | **Mean velocity:** | 52.4 cm/s |
| **Peak velocity:** | 72.7 cm/s | **Mean gradient:** | 1 mmHg |
| **Peak gradient:** | 2 mmHg | **LVOT VTI Normal Range (0.7-1.1m/s):** | 16.2 cm |

**Mitral Valve**

| | | | |
|---|---|---|---|
| **Peak E-wave Normal Range (0.60-1.30m/s) :** | 92.1 cm/s | **Peak gradient:** | 3.39 mmHg |
| **MR velocity:** | 389 cm/s | **Deceleration time Normal Range (160-240msec):** | 169 ms |
| **E' septal velocity:** | 6.11 cm/s | **MR VTI:** | 119 cm |
| **A' septal velocity:** | 4.23 cm/s | **E' lateral velocity:** | 8.55 cm/s |
| **E/E' septal:** | 15.07 | **A' lateral velocity:** | 4.04 cm/s |
| | | **E/E' lateral:** | 10.77 |
| | | **E/E' average:** | 12.92 |

**Tricuspid Valve**

| | | | |
|---|---|---|---|
| **Estimated RVSP:** | 35 mmHg | **Estimated RAP:** | 10 mmHg |
| **TR velocity:** | 205 cm/s | **TR gradient:** | 16.81 mmHg |

**Pulmonic Valve**

| | | | |
|---|---|---|---|
| **Peak velocity Normal Range (0.5-1.0m/s):** | 88 cm/s | **Peak gradient:** | 3.1 mmHg |
| | | **Estimated PASP:** | 26.81 mmHg |
| | | **Acceleration time:** | 90 ms |

**Aorta/Great Vessels**

| | | | |
|---|---|---|---|
| **Aortic root (2D):** | 2.6 cm | **ACS (M-mode) Normal Range (1.5-26cm):** | 1.5 cm |

Electronically signed by Barry Michelson, MD (Interpreting physician) on 4/2/2024 at 12:08 PM

Date: Fri Aug 23 12:20:18 CDT 2024
From: Charles Zimmer <Charles.Zimmer@lfg.com>
To: melindafields1@gmail.com
Message-ID: <1714961449.3.1724433618405@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230051807 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Charles Zimmer**
**Sr. Claims Examiner, LTD 2**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Dr
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 855-818-2883 x7157
Fax: 402 951-8544
Email: Charles.Zimmer@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

You're In Charge®

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 23, 2024

DAVID L FIELDS

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear David:

We wish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.

> **TOTAL DISABILITY BENEFIT**. The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:
> 1. is Totally Disabled;
> 2. becomes Disabled while insured for this benefit;
> 3. is under the Regular Care of a Physician; and
> 4. at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

We have submitted requests for copies of an Attending Physician Statement to be completed in its entirety form Dr. Mark Dalle-Ave and Dr. Barry Michelson.

As stated in your policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company. We have made the request to your physicians on your behalf. Please see that the necessary information is submitted to our office within 30 days.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Charles Zimmer
855-818-2883 x7157
Sr. Claims Examiner, LTD 2
The Lincoln National Life Insurance Company

Lincoln Financial Group®

# Disability Attending Physician Statement

**The Lincoln National Life Insurance Company**
PO Box 2609 Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
LincolnFinancial.com
disabilityclaims@lfg.com

**Instructions:** All sections below need to be completed by your treating provider. Once complete login to our secure portal to upload the document, fax to (877) 843-3950, or email to disabilityclaims@lfg.com.

## 1. Claimant Information

Employee's Name: David L. Fields
Claim Number:
Date of Birth:
Telephone Number:
Social Security Number:
Employer Name: East TN Iron & Metal

## 2. Medical Facts

**Primary Diagnosis:** Hypertension ICD-10 Code: I10
**Secondary Diagnosis:** Chronic Heart Failure ICD-10 Code: I50.22
**Co-Morbids:**
Height: 6'0" Weight: 262.00 Gender: Male

**Is the Disability a Result of:** ☑ Illness ☐ Injury ☐ Work Related

Date Unable to Work: 2/8/23 If Injury, Date of Injury: —
Date of Initial Treatment: 4/19/20 Date of Most Recent Treatment: 6/17/24
Date of Next Treatment: 11/18/24 Reoccurring Condition? ☑ Yes ☐ No

**Has Patient Been Hospitalized:** ☐ Yes ☑ No If Yes, Dates of Admission and Discharge: ______ to ______
Hospitalization Reason:
Has/Will Surgery Occur? ☐ Yes ☐ No Surgery Elective? ☐ Yes ☐ No Date of Surgery:
Surgery Type:

**If Pregnancy:** Estimated Due Date: — Actual Delivery Date: —
Advised to Cease Work Prior to Delivery: ☐ Yes ☐ No Delivery Type: ☐ Vaginal ☐ C-Section
Pregnancy Complications:

**Symptoms** (including impact to ADL's, and self reported symptoms):
see attached records

**Objective Findings** (include copies of x-rays, EKG's, blood work, scans, and any clinical findings):
see attached records

**Nature of Treatment** (current and recommended, frequency) and **Treatment/Physician Referrals** (include phone/fax number):

See attached Cardiology note 5/23/24

**Medications** (include dosage, frequency, and dates prescribed/changed):

See attached notes

**Restrictions and Limitations:** WE DO NOT DO LIMITATIONS AND RESTRICTIONS

**Physical Diagnosis:**

Lifting: ______ lbs ______ hours per work day

Carrying: ______ lbs ______ hours per work day

**Provide Hours per Work Day:**

Sitting: ______

Standing: ______

Walking: ______

Kneeling: ______

Climbing: ______

Squatting: ______

Stooping: ______

Bending: ______

Reaching: ______

**Mental Diagnosis** (Ability to perform task using scale below):

1 = Unable to Perform 2 = Markedly Limited

3 = Somewhat Limited 4 = Unlimited

Perform at Constant Pace: ______

Maintain Attention/Concentration: ______

Comprehend Daily Tasks: ______

Multi-Task: ______

Communicate Effectively: ______

Regulate Emotions: ______

Follow Instructions: ______

Interact with Colleagues: ______

Interact with Public: ______

Make Decisions: ______

Work Alone/Separate from Others: ______

**Dates of Restrictions and Limitations:** ______ to ______ Date Able to Return to Work: ______

☐ Full Time ☐ Part Time Part Time Days/Hours: ______

**Job Modifications Needed to Return to Work:**

Modified Work Schedule: ______ Duration of Modified Work Schedule: ______

**Additional Restrictions and Limitations:**

## 3. Signature

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

Printed Name of Provider (including Credentials): MARK J. DALLE-AVE, M.D.

[signature] 8/21/24

Provider Signature Date

Specialty of Practice: FAMILY MEDICINE Address of Practice: 4307 HWY 66 S, ROGERSVILLE, TN 37857

Phone Number: 423-921-1624 Fax Number: 423-921-1677

Email: ______

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion. Please see Fraud Notices attached.



PAGE 2/2 * RCVD AT 8/21/2024 4:26:05 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:8778433950 * CSID:4239211677 * ANI:4239211677 * DURATION (mm-ss):00-51

Lincoln Financial Group®

**To:** DR MARK DALLE-AVE
Company:
Fax: (423)272-1428
Phone:

**From:** Keshia Kurtz
Fax: 877-843-3950
Phone:

RECEIVED AUG 07 2024 BY: [signature] MEDICAL RECORDS

**NOTES:**

From:
RURAL HEALTH SERVICES CON.
MEDICAL RECORDS DEPT.
P.O. Box 850
Rogersville, TN 37857

ING# 29101

- Faxed office notes to Lincoln
- Sent form to provider office for completion

Linda Hensley

FAXED AUG 14 2024 BY: [initials]

1-877-843-3950

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Wednesday, August 7, 2024 7:25:26 AM
**Number of pages including this cover sheet:** 08

**Make Checks Payable To:**

Rural Health Services Consortium, Inc.
P.O. Box 850
Rogersville, TN 37857-6028

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 08/14/2024 | $41.75 | 37443 |
| SHOW AMOUNT PAID HERE $ | | |

ADDRESSEE:
**Lincoln Financial Group**
8801 Indian Hills Dr.
Omaha, NE 68114

REMIT TO:
**Rural Health Services Consortium, Inc.**
P.O. Box 850
Rogersville, TN 37857-6028
USA
(800) 968-4200

☐ Please check box if above address is incorrect or insurance information has changed and indicate change(s) on reverse side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

| Date | Desc. 1 | Desc. 2 | CPT4 | Description of Service | Rendering Phy. | Amount |
|---|---|---|---|---|---|---|
| 08/14/24 | David Fields | 29101 | MR | Medical Records | Dalle-Ave, Mark | $20.00 |

| Account Number | Other Invoice Balances | Invoice Charges | Invoice Payments | Inv. Refunds Adjustments | Invoice Balance |
|---|---|---|---|---|---|
| 37443 | $21.75 | $20.00 | $0.00 | $0.00 | $20.00 |

MESSAGE:

Please Pay This
AMOUNT >>>> $41.75

** PAYMENT DUE UPON RECEIPT *THANK YOU **

ACCOUNT INVOICE

Page: 1 of 1

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 7, 2024

DR MARK DALLE-AVE
RELEASE OF INFORMATION
ATTN MEDICAL RECORDS
4966 HIGHWAY 11 WEST
ROGERSVILLE, TN 37857

RECEIVED
AUG 07 2024
BY: [initials]
MEDICAL RECORDS

| | | |
|---|---|---|
| Re: | Policy Number: | 000010209861000000 |
| | Claim Number: | 1230051807 |
| | Patient: | David Fields |
| | DOB: | |

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 8/1/2023 to present |
| Diagnostic Test Results | 8/1/2023 to present |

****Please fill out all forms that are attached****

Current state statutes for Tennessee: Provider Records are: $20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | See | invoice 29101 |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | $20.00 |

- **We must have your Tax Identification Number (TIN) & NPI.**

RHSC TAX ID #
621240 690

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **Please fax this remittance form and records to 1-877-843-3960.**

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________________

☑ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Keshia Roloff
Assisting on behalf of Charles Zimmer
855-818-2883 x7157
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

**RHSC TAX ID #**
**621240 690**

**RURAL HEALTH SERVICES CON.**
**MEDICAL RECORDS DEPT.**
**P.O. Box 850**
**Rogersville, TN 37857**



Financial Group®

PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically-related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Fields David Lynn
(Last) (First) (Middle)

Date of Birth: ______ Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes)], x-rays, films or correspondence, and any medical condition I may now have or have had);
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

**Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

**I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
- to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
- to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
- to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
- for self-insured disability plans only, to my employer; or
- for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
- as otherwise may be required by law or as I may further authorize.

I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

SIGNATURE David Fields DATE 7-18-24
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: David L Fields

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______

ADDRESS: ______
(Street)

______
(City) (State) (Zip Code)

PHONE NO: ______

Rural Health Services Consortium, Inc.
"Our Primary Care Is People"

| | |
|---|---|
| Patient: | **David Fields** |
| Date of Birth: | |
| Date: | 06/17/2024 09:30 AM |
| Visit Type: | Office Visit |

I Rene Schaefers LPN am scribing for and in the presence of Mark Dalle-Ave MD. Six min prior to visit MD went over notes and lab results and other testing. This 46 year old patient presents for hypertension, chronic heart failure, Chronic conditions and Scribe Present with Provider.

# History of Present Illness

## 1. hypertension

The severity has been described as being mild-moderate. It is currently stable. Risk factors include family history HTN, gout or CAD, male gender, obesity and smoking. Pertinent negatives include chest pain, claudication, confusion, diaphoresis, dyspnea, epistaxis, fatigue, headache, hematuria, irregular heartbeat/palpitations, nausea, tinnitus, tremor, visual disturbances and vomiting.

## 2. chronic heart failure

The symptoms are reported as being moderate. The patient states the symptoms are chronic and are stable.

## 3. Chronic conditions

1) HTN (Stable.)
2) Chronic HFrEF (Stable.)
3) Dilated cardiomyopathy (Stable.)
4) Presence of automatic (implantable) cardiac defibrillator (Stable.)
5) Dependence on other enabling machines and devices (Stable.)
6) Obstructive Sleep Apnea Hypopnea (Stable.)
7) Morbid (severe) obesity due to excess calories (Unstable.)
8) Body mass index (BMI) 35.0-35.9, adult (onset 06/17/2024; Unstable.)

Pertinent negatives include fatigue, weight gain and weight loss.

## 4. Scribe Present with Provider

Comments: David is here today for 4-6 month follow up

He has had 2 Covid injections and flu shot
He saw Cardiologist last month and is doing good at this time they will continue to monitor
He stated they may do clip later does not want to do unless needed.
He stated that Cardiology stated heart problem is from Covid
He stated wife and kids and grand kids are doing good at this time.

## Chronic Conditions Addressed Today

| Diagnosis Description | Code | Status | HPI Comments |
|---|---|---|---|
| HTN | I10 | Stable | |
| Chronic HFrEF | I50.22 | Stable | |
| Dilated cardiomyopathy | I42.0 | Stable | |
| Presence of automatic (implantable) cardiac defibrillator | Z95.810 | Stable | |
| Dependence on other enabling machines and devices | Z99.89 | Stable | |
| Obstructive Sleep Apnea Hypopnea | G47.33 | Stable | |
| Morbid (severe) obesity due to excess calories | E66.01 | Unstable | |
| Body mass index (BMI) 35.0-35.9, adult | Z68.35 | Unstable | |

## Screening Tools

### Other Screenings

| Encounter Date | Performed Date | Screening Tool | Score | Severity/ Interpretation | MDD Classification | Scanned Document |
|---|---|---|---|---|---|---|
| 06/17/2024 | 06/17/2024 | Patient Health Questionnaire (PHQ-2) | 0 | Negative | | |
| 06/17/2024 | 06/17/2024 | PRAPARE® | 2 | | | |

Intake Comments: TAKES ASPIRIN AND VITAMINS OTC
SEEN CARDIOLOGY MARCH 2024

## Social History (Detailed)

Tobacco use reviewed.

Preferred language is English.
The patient does not need an interpreter.

### Marital Status/Family/Social Support

Marital status: Married

Smoking status: Never smoker.

### Smoking Status

| Type | Smoking Status | Usage Per Day | Years Used | Pack Years | Total Pack Years |
|---|---|---|---|---|---|

### Vaping Use

Status: Not a current user

### Alcohol

There is no history of alcohol use.

### Caffeine

The patient uses caffeine: coffee and tea. - 2 cups a day.

### Lifestyle

### Diet

low salt.

## Advance Directives

Reviewed

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | 02/27/2023 | | | N |
| Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | 02/27/2023 | | | N |
| Vazalore 81 mg capsule | take 1 capsule by oral route every day | 02/27/2023 | | | N |
| Farxiga 5 mg tablet | take 1/2 TABLET BID | 04/18/2023 | | | N |
| spironolactone 25 mg tablet | take 1 tablet by oral route every day | 10/04/2023 | | | N |

## Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| PENICILLIN G | (mild) | | |

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, Fatigue, Fever, Malaise, Night sweats, Weight gain and Weight loss. |
| ENMT | Negative | Ear drainage, Epistaxis, Hearing loss, Nasal drainage, Otalgia, Sinus pressure, Sore throat and Tinnitus. |
| Eyes | Negative | Eye discharge, Eye pain, Vision changes and Visual disturbance. |
| Respiratory | Negative | Chronic cough, Cough, Dyspnea, Known TB exposure and Wheezing. |
| Cardio | Negative | Chest pain, Claudication, Edema and Irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, Blood in stool, Change in stool pattern, Constipation, |

Decreased appetite, Diarrhea, Heartburn, Nausea and Vo

| | | |
|---|---|---|
| GU | Negative | Dribbling, Dysuria, Hematuria, Polyuria (Genitourinary), Slow stream, Urinary frequency, Urinary incontinence and Urinary retention. |
| Endocrine | Negative | Cold intolerance, Diaphoresis, Heat intolerance, Polydipsia and Polyphagia. |
| Neuro | Negative | Confusion, Dizziness, Extremity weakness, Gait disturbance, Headache, Memory impairment, Numbness in extremity, Seizures and Tremors. |
| Psych | Negative | Anxiety, Depression and Insomnia. |
| Integumentary | Negative | Brittle hair, Brittle nails, Change in shape/size of mole(s), Hair loss, Hirsutism, Hives, Pruritus, Rash and Skin lesion. |
| MS | Negative | Back pain, Joint pain, Joint swelling, Muscle weakness and Neck pain. |
| Hema/Lymph | Negative | Easy bleeding, Easy bruising and Lymphadenopathy. |
| Allergic/Immuno | Negative | Contact allergy, Environmental allergies, Food allergies and Seasonal allergies. |

# Vital Signs

## Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 9:28 AM | 6.0 | | 182.88 | 01/12/2024 | 0 |

## Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 9:28 AM | 262.00 | | 118.841 | | 35.53 | 2.46 |

## Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 9:28 AM | 99/65 | sitting | right | arm | automatic | Large adult |

## Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 9:28 AM | 98.00 | 36.67 | | | | 16 |

## Pain Level

| Time | Pain Level | Method |
|---|---|---|
| 9:28 AM | 0/10 | Numeric Pain Intensity Scale |

## Measured by

| Time | Measured by |
|---|---|
| 9:28 AM | Joyce Carter, LPN |

# Screening Summary

Functional status has not changed.
Most recent assessment: 06/17/2024
Cognitive status has not changed.
Most recent assessment: 06/17/2024

The following were reviewed: nutrition, tobacco use, alcohol use, caffeine use and drugs of abuse.

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | * | Overall appearance - age appropriate. |
| Eyes | * | General - Right: wears glasses, Left: wears glasses. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Lips/teeth/gums - Normal. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Heart sounds - Normal S1, Normal S2. Extremities - No edema. |
| Vascular | Normal | Pulses - Carotids: Normal. Capillary refill - Less than 2 seconds. |
| Abdomen | Normal | Inspection - Normal. Auscultation - Normal. No abdominal tenderness. |
| Skin | * | Inspection - General inspection: warm and dry. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Neurological | Normal | Memory - Normal. Cranial nerves - Cranial nerves II through XII grossly intact. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

## Immunizations Entered by History

| Date | Immunization |
|---|---|
| 10/5/2016 12:00:00 AM | Influenza virus vaccine, injectable, quadrivalent, split virus, preservative free, 3 years or older Fluarix, Flulaval or Fluzone Quad 2014-2015 |
| 9/10/2014 11:36:00 AM | Fluarix 3 years or older |

## Completed Orders (This Visit)

| Order | Details | Reason | Side | Interpretation | Result | Additional Info | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | | | | Negative | 0 | | | |
| Giving encouragement to exercise | | | | | | | | |
| Dietary management education, guidance, and counseling | | | | | | | | |
| PRAPARE® | | | | | 2 | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1 | Assessment | HTN (I10), chronic, Stable. |
| | Impression | RTO in 4-6 months |

Non fasting labs in June, July or August due to medications

Continue to see Dr Warren Stribling Cardiologist in Knoxville as ordered
Work on lowering BMI to 30 with diet watching portion sizes

Continue to monitor heart and HTN due to history of heart disease in family.
Continue to weight daily with same clothing and chart weight report over 3-5 lbs.

Will continue with current medications with refills if needed.
Colonoscopy advised to check with insurance to see if covered at age 46

Covid has had 2 injections
Flu shot done October 2023

Eat healthy low salt diet
Drink plenty of water to keep hydrated
Exercise 150min weekly.
Wear sun screen to prevent further skin damage
Wear good healthy shoes and do not walk on Concert.

Patient Plan — Continue the Lisinopril 20mg daily and Aspirin 81mg daily. , sooner prn. Reviewed his recent fasting labs. Advise healthy diet and physical activity. Low sodium diet, monitor home B/P.

Plan Orders — CMP to be performed, Hep C Ab to be performed and HIV 1/0/2 Ag/Ab w/Rflx to be performed. follow-up visit with Mark Dalle-Ave, MD for blood pressure check 4-6 Months. Reason for referral: blood pressure check.

2. Assessment — Chronic HFrEF (I50.22), chronic, Stable.
Impression — Continue to see Cardiologist Dr Stribling in Knoxville.
Patient Plan — see care plan

3. Assessment — Dilated cardiomyopathy (I42.0), chronic, Stable.
Impression — will continue with Entresto and Carvedilol as ordered by Dr Barry Michelson Cardiologist..

4. Assessment — Presence of automatic (implantable) cardiac defibrillator (Z95.810), chronic, Stable
Patient Plan — see care plan

5. Assessment — Dependence on other enabling machines and devices (Z99.89), chronic, Stable.
Impression — 1-866-678-2825 fax number for Medi Home Care DME..
Patient Plan — Patient has Auto PAP Airsense 11 Tri Pack with heated tubing and Humidifier Setting 11-20cm H2O, EPR 3H/H

6. Assessment — Obstructive Sleep Apnea Hypopnea (G47.33), chronic, Stable.
Impression — Suppled by Medi Home Medical Services of America INC.
Will obtain copy of machine reading for chart from medi Home DME..
Patient Plan — He is compliant with his CPAP use nightly for 8 hours with great benefit
He will continue to use his CPAP nightly and report any changes or problems

7. Assessment — Morbid (severe) obesity due to excess calories (E66.01), chronic, Unstable.

| | | |
|---|---|---|
| 8. | Assessment | Body mass index (BMI) 35.0-35.9, adult (Z68.35), chronic, Unstable. |
| | Plan Orders | Today's instructions / counseling include(s) Dietary management education, guidance, and counseling and Giving encouragement to exercise |
| 9. | Other Orders | Orders not associated to today's assessments. |
| | Plan Orders | The patient had the following order(s): Patient Health Questionnaire (PHQ-2).PRAPARE® Result details: 2. |

## Pain Management Plan

Pain level:0/10.
Method: Numeric Pain Intensity Scale.

## Medications (Added, Continued or Stopped today)

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 02/27/2023 | carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | N | | | |
| 02/27/2023 | Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | N | | | |
| 04/18/2023 | Farxiga 5 mg tablet | take 1 /2 TABLET BID | N | | | |
| 10/04/2023 | spironolactone 25 mg tablet | take 1 tablet by oral route every day | N | | | |
| 02/27/2023 | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | | | |

## Counseling / Educational Factors

Counseling / educational factors reviewed.
The patient was counseled today by Mark Dalle-Ave on medication(s). The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.
The patient was also counseled today by Mark Dalle-Ave on diagnosis. The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.

Electronically signed and authenticated by [signature] on 06/17/2024.
Document generated by: Mark Dalle-Ave 06/17/2024 10:14 AM

| | |
|---|---|
| PATIENT: | David Fields |
| DATE OF BIRTH: | |
| DATE: | 01/12/2024 09:00 AM |
| HISTORIAN: | self |
| VISIT TYPE: | Office Visit |

I Rene Schaefers LPN am scribing for and in the presence of Mark Dalle-Ave MD. Six min prior to visit MD went over notes and lab results and other testing. This 46 year old male presents for hypertension, Chronic conditions and Scribe Present with Provider.

History of Present Illness:

1. hypertension

   It is currently stable. Risk factors include family history HTN, gout or CAD, male gender, obesity and smoking. Pertinent negatives include chest pain, claudication, confusion, diaphoresis, dyspnea, epistaxis, fatigue, headache, hematuria, irregular heartbeat/palpitations, nausea, tinnitus, transient weakness, tremor, visual disturbances and vomiting. Additional information: pt checks b/p at home regularly and it has been stable around 100/58. taking bp medication as prescribed. no concerns with bp today.

2. Chronic conditions

   1) HTN (Stable.)
   2) Chronic HFrEF (Stable.)
   3) Dilated cardiomyopathy (Stable.)
   4) Obstructive Sleep Apnea Hypopnea (Stable.)
   5) Presence of automatic (implantable) cardiac defibrillator (Stable.)
   6) Dependence on other enabling machines and devices (Stable.)
   7) Morbid (severe) obesity due to excess calories (Unstable.)
   8) Body mass index (BMI) 35.0-35.9, adult (onset 01/12/2024; Unstable.)

   Pertinent negatives include fatigue, weight gain and weight loss.

3. Scribe Present with Provider

David is here today for 3 month follow up
He has had 2 Covid injections
He is doing good at this time
He is not having any problems at this time.
He received lab letter and went over lab results today in office
He has appointment with Cardoloigsit in March with Echo to be done and labs before appointment

Chronic Conditions Addressed Today:

| Diagnosis Description | Code | Status | HPI Comments |
|---|---|---|---|
| HTN | I10 | Stable | |
| Chronic HFrEF | I50.22 | Stable | |
| Dilated cardiomyopathy | I42.0 | Stable | |
| Obstructive Sleep Apnea Hypopnea | G47.33 | Stable | |
| Presence of automatic (implantable) cardiac defibrillator | Z95.810 | Stable | |
| Dependence on other enabling machines and devices | Z99.89 | Stable | |
| Morbid (severe) obesity due to excess calories | E66.01 | Unstable | |
| Body mass index (BMI) 35.0-35.9, adult | Z68.35 | Unstable | |

Intake Comments: OTC medications: aspirin and zyrtec
Self referrals: none

## PAST MEDICAL/SURGICAL HISTORY (Reviewed, updated)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| Hypertension | | | | |
| | | PACEMAKER DEFIBELATOR | | |

## Family History (Reviewed, updated)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | | | Hypertension | | N |
| Father | | | | Stroke | | N |
| Father | | | | Hyperlipidemia | | N |
| Father | | | | Coronary artery disease | | N |

## Social History: (Reviewed, updated)

Tobacco use reviewed.
Preferred language is English.
The patient does not need an interpreter.
MARITAL STATUS/FAMILY/SOCIAL SUPPORT
Marital status: Married
Smoking status: Never smoker.

SMOKING STATUS

| Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|
| | Never smoker | | | |

VAPING USE
Screened for vaping? Yes
Status: Not a current user

TOBACCO/VAPING EXPOSURE
No passive smoke exposure.
ALCOHOL
There is no history of alcohol use.
Patient has had 5 or more drinks in one day: 0 time(s) in the past year.
CAFFEINE
The patient uses caffeine: coffee and tea. - 2 cups a day.
LIFESTYLE
DIET
low salt.

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | 02/27/2023 | | | N |
| Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | 02/27/2023 | | | N |
| Vazalore 81 mg capsule | take 1 capsule by oral route every day | 02/27/2023 | | | N |
| Farxiga 5 mg tablet | take 1 /2 TABLET BID | 04/18/2023 | | | N |
| spironolactone 25 mg tablet | take 1 tablet by oral route every day | 10/04/2023 | | | N |

## Medication Reconciliation

Medications reconciled today.

## Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| taking as directed | carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | N | Verified |
| taking as directed | Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | N | Verified |
| taking as directed | Farxiga 5 mg tablet | take 1 /2 TABLET BID | N | Verified |
| taking as directed | spironolactone 25 mg tablet | take 1 tablet by oral route every day | N | Verified |
| not taking | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | Verified |

## Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| PENICILLIN G | (mild) | | |

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, Fatigue, Fever, Malaise, Night sweats, Weight gain and Weight loss. |

| | | |
|---|---|---|
| ENMT | Negative | Ear drainage, Epistaxis, Hearing loss, Nasal drainage, Sinus pressure, Sore throat and Tinnitus. |
| Eyes | Negative | Eye discharge, Eye pain, Vision changes and Visual disturbance. |
| Respiratory | Negative | Chronic cough, Cough, Dyspnea, Known TB exposure and Wheezing. |
| Cardio | Negative | Chest pain, Claudication, Edema and Irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, Blood in stool, Change in stool pattern, Constipation, Decreased appetite, Diarrhea, Heartburn, Nausea and Vomiting. |
| GU | Negative | Dribbling, Dysuria, Erectile dysfunction, Hematuria, Polyuria (Genitourinary), Slow stream, Urinary frequency, Urinary incontinence and Urinary retention. |
| Endocrine | Positive | Cold intolerance. |
| Endocrine | Negative | Diaphoresis, Heat intolerance, Polydipsia and Polyphagia. |
| Neuro | Negative | Confusion, Dizziness, Extremity weakness, Gait disturbance, Headache, Memory impairment, Numbness in extremity, Seizures, Transient weakness and Tremors. |
| Psych | Negative | Anxiety, Depression and Insomnia. |
| Integumentary | Negative | Brittle hair, Brittle nails, Change in shape/size of mole(s), Hair loss, Hirsutism, Hives, Pruritus, Rash and Skin lesion. |
| MS | Negative | Back pain, Joint pain, Joint swelling, Muscle weakness and Neck pain. |
| Hema/Lymph | Positive | Easy bleeding, Easy bruising. |
| Hema/Lymph | Negative | Lymphadenopathy. |
| Allergic/Immuno | Positive | Seasonal allergies. |
| Allergic/Immuno | Negative | Contact allergy, Environmental allergies and Food allergies. |
| Reproductive | Negative | Penile discharge and Sexual dysfunction. |

## Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 8:59 AM | 6.0 | | 182.88 | 01/12/2024 | 0 |

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 8:59 AM | 264.80 | | 120.111 | dressed with shoes | 35.91 | 2.47 |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 8:59 AM | 95/63 | sitting | left | arm | automatic | adult large |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 8:59 AM | 97.60 | 36.44 | forehead | 70 | | |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 8:59 AM | 97 | | RA | | Pre-tx | | | | R Index |

**Pain Scale**

| Time | Pain Score | Method |
|---|---|---|
| 8:59 AM | 0/10 | Numeric Pain Intensity Scale |

**Measured By**

Fields, David L. 000000036555 01/12/2024 09:00 AM 4/8

PAGE 17/50 * RCVD AT 8/14/2024 10:44:04 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:8778433950 * CSID:423 272 1428 * ANI:4232721428 * DURATION (mm-ss):15-56

| Time | Measured by |
|---|---|
| 8:59 AM | Hannah McMurry CMA |

**Screening Summary:**
Pain is described as 0/10. Evaluated pain score with Numeric Pain Intensity Scale.
The following were reviewed: nutrition, tobacco use, alcohol use, caffeine use and drugs of abuse

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | * | Overall appearance - age appropriate. |
| Eyes | * | General - Right: wears glasses, Left: wears glasses. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Lips/teeth/gums - Normal. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Rhythm - Regular. Heart sounds - Normal S1, Normal S2. |
| Vascular | Normal | Pulses - Carotids: Normal. Capillary refill - Less than 2 seconds. |
| Skin | * | Inspection - General inspection: warm and dry. |
| Musculoskeletal | * | Gait - compensated, no assistive device. |
| Musculoskeletal | Comments | OA changes noted |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

## Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Giving encouragement to exercise | | | | | | | |
| Dietary management education, guidance, and counseling | | | | | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | HTN (I10), chronic, Stable. |
| | Impression | RTO in 4-6 months<br>MRI done 6/2023 done in Knoxville<br><br>Continue to see Dr Warren Stribling Cardiologist in Knoxville appointment in March with Echo and labs to be done prior to visit.<br><br>Work on lowering BMI to 30 with diet watching portion sizes<br><br>Continue to monitor heart and HTN due to history of heart disease in family. |

Continue to weight daily with same clothing and chart weight report over ...

Will continue with current medications with refills if needed.
Colonoscopy advised to check with insurance to see if covered at age 45

Keep current with immunizations
Covid has had 2 injections
Flu shot done October 2023

Eat healthy low salt diet
Drink plenty of water to keep hydrated
Exercise 150min weekly.
Wear sun screen to prevent further skin damage
Wear good healthy shoes and do not walk on Concert.

| | | |
|---|---|---|
| | Patient Plan | Continue the Lisinopril 20mg daily and Aspirin 81mg daily. , sooner prn. Reviewed his recent fasting labs. Advise healthy diet and physical activity. Low sodium diet, monitor home B/P. |
| | Plan Orders | He is to schedule a follow-up visit with Mark Dalle-Ave, MD for blood pressure check 4-6 Months. |
| 2. | Assessment | Chronic HFrEF (I50.22), chronic, Stable. |
| | Impression | Continue to see Cardiologist. |
| | Patient Plan | see care plan |
| 3. | Assessment | Dilated cardiomyopathy (I42.0), chronic, Stable. |
| | Impression | will continue with Entresto and Carvedilol as ordered by Dr Barry Michelson Cardiologist.. |
| 4. | Assessment | Obstructive Sleep Apnea Hypopnea (G47.33), chronic, Stable. |
| | Impression | Suppled by Medi Home Medical Services of America INC.<br>Will obtain copy of machine reading for chart from medi Home DME.. |
| | Patient Plan | He is compliant with his CPAP use nightly for 8 hours with great benefit<br>He will continue to use his CPAP nightly and report any changes or problems |
| 5. | Assessment | Presence of automatic (implantable) cardiac defibrillator (Z95.810), chronic, Stable. |
| | Patient Plan | see care plan |
| 6. | Assessment | Dependence on other enabling machines and devices (Z99.89), chronic, Stable. |
| | Impression | 1-866-678-2825 fax number for Medi Home Care DME.. |
| | Patient Plan | Patient has Auto PAP Airsense 11 Tri Pack with heated tubing and Humidifier<br>Setting 11-20cm H2O, EPR 3H/H |
| 7. | Assessment | Morbid (severe) obesity due to excess calories (E66.01), chronic, Unstable. |
| 8. | Assessment | Body mass index (BMI) 35.0-35.9, adult (Z68.35), chronic, Unstable. |
| | Plan Orders | Today's instructions / counseling include(s) Dietary management education, guidance, and counseling.Giving encouragement to exercise |

## Pain Management Plan

Pain Scale: 0/10.
Method: Numeric Pain Intensity Scale.

## Medications *(Added, Continued or Stopped today)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 02/27/2023 | carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | N | | | |
| 02/27/2023 | Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | N | | | |
| 04/18/2023 | Farxiga 5 mg tablet | take 1 /2 TABLET BID | N | | | |
| 10/04/2023 | spironolactone 25 mg tablet | take 1 tablet by oral route every day | N | | | |
| 02/27/2023 | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | | | |

## Counseling / Educational Factors:

The patient was counseled today by Mark Dalle-Ave on medication(s). The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.
The patient was also counseled today by Mark Dalle-Ave on diagnosis. The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.
Total time of the encounter was 30 minutes, which includes time spent face-to-face with the patient as well as non-face-to-face time personally spent by the physician and/or other qualified health care professional.

## Co-Sign Orders

| Order | Ordering Provider | Cosigned Name | Cosigned Date | Cosigner Comments |
|---|---|---|---|---|
| Giving encouragement to exercise | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 01/12/2024 | |
| Dietary management education, guidance, and counseling | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 01/12/2024 | |
| follow-up visit with Mark Dalle-Ave, MD for blood pressure check 4-6 Months | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 01/12/2024 | |

*Provider:*
Dalle-Ave, Mark J 01/12/2024 9:27 AM



PAGE 20/50 * RCVD AT 8/14/2024 10:44:04 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:8778433950 * CSID:423 272 1428 * ANI:4232721428 * DURATION (mm-ss):15-56

Electronically signed and Authenticated by on 01/12/2024.

*Document generated by*: Mark Dalle-Ave 01/12/2024 09:27 AM

---

Rural Health Services Consortium, Inc.
Rogersville Medical Complex
4307 Highway 66 South
Rogersville, TN 37857-3155
Phone: (423)921-1600

Patient: Fields, David, DOB:

PATIENT: David Fields
DATE OF BIRTH:
DATE: 10/04/2023 02:30 PM
VISIT TYPE: Office Visit

I Rene Schaefers LPN am scribing for and in the presence of Mark Dalle-Ave MD. Six min prior to visit MD went over notes and lab results and other testing. This 45 year old male presents for hypertension, heart failure, Chronic conditions and Scribe Present with Provider.

History of Present Illness:

1. hypertension

   The severity has been described as being mild-moderate. It is currently stable. Risk factors include family history HTN, gout or CAD, male gender, obesity and smoking. Associated symptoms include fatigue. Pertinent negatives include chest pain, claudication, dyspnea, headache, hematuria, irregular heartbeat/palpitations, nausea, tremor and vomiting.
2. heart failure

   The symptoms are reported as being moderate. He states the symptoms are chronic and are stable.
3. Chronic conditions

   1) HTN (Stable.)
   2) Dilated cardiomyopathy (Stable.)
   3) Chronic HFrEF (Stable.)
   4) Obstructive Sleep Apnea Hypopnea (Stable.)
   5) Presence of automatic (implantable) cardiac defibrillator (Stable.)
   6) Dependence on other enabling machines and devices (Stable.)
   7) Morbid (severe) obesity due to excess calories (Unstable.)
   8) Body mass index (BMI) 35.0-35.9, adult (onset 10/04/2023; Unstable.)

   Associated symptoms include fatigue. Pertinent negatives include weight gain and weight loss.
4. Scribe Present with Provider

David is here today for 2 month follow up
He is still having fatigue and dizziness and moderate shortness of breath with exertion
He fatigues easily with walking
He has combo ICD and Pacemaker noted he stated has to sit certain way of bothers pacemaker makes heart flutter
He is working with Pam Jenkins for disability.

Chronic Conditions Addressed Today:

| Diagnosis Description | Code | Status | HPI Comments |
|---|---|---|---|
| HTN | I10 | Stable | |

| | | |
|---|---|---|
| Dilated cardiomyopathy | I42.0 | Stable |
| Chronic HFrEF | I50.22 | Stable |
| Obstructive Sleep Apnea Hypopnea | G47.33 | Stable |
| Presence of automatic (implantable) cardiac defibrillator | Z95.810 | Stable |
| Dependence on other enabling machines and devices | Z99.89 | Stable |
| Morbid (severe) obesity due to excess calories | E66.01 | Unstable |
| Body mass index (BMI) 35.0-35.9, adult | Z68.35 | Unstable |

Screening Tools

**Other Screenings:**

| Encounter Date | Documented Date | Instrument | Score | Severity/Interpretation | MDD Classification |
|---|---|---|---|---|---|
| 10/04/2023 | 10/04/2023 | Patient Health Questionnaire (PHQ-2) | 0 | Further testing is not required | |

Intake Comments: TAKES ASPIRIN OTC
NO SELF REFERRALS

## PAST MEDICAL/SURGICAL HISTORY (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| Hypertension | | PACEMAKER DEFIBELATOR | | |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | | | Hypertension | | N |
| Father | | | | Stroke | | N |
| Father | | | | Hyperlipidemia | | N |
| Father | | | | Coronary artery disease | | N |

## Social History: (Reviewed, updated)

Tobacco use reviewed.
Preferred language is English.
The patient does not need an interpreter.
MARITAL STATUS/FAMILY/SOCIAL SUPPORT
Marital status: Married
Smoking status: Never smoker.

SMOKING STATUS

| Type | Smoking Status | Usage Per Day | Years Used | Total Years |
|---|---|---|---|---|
| | Never smoker | | | |

ALCOHOL
There is no history of alcohol use.
Patient has had 5 or more drinks in one day: 0 time(s) in the past year.
CAFFEINE
The patient uses caffeine: coffee and tea. - 2 cups a day.
LIFESTYLE
DIET
low salt.

## Advance Directives

Reviewed

### Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | 02/27/2023 | | | N |
| Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | 02/27/2023 | | | N |
| cetirizine 10 mg tablet | take 1 tablet by oral route every day | 02/27/2023 | 10/04/2023 | | N |
| Vazalore 81 mg capsule | take 1 capsule by oral route every day | 02/27/2023 | | | N |
| Farxiga 5 mg tablet | take 1 /2 TABLET BID | 04/18/2023 | | | N |

### Medication Reconciliation

Medications reconciled today.

### Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| taking as directed | carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | N | Verified |
| taking as directed | cetirizine 10 mg tablet | take 1 tablet by oral route every day | N | Verified |
| taking as directed | Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | N | Verified |
| taking as directed | Farxiga 5 mg tablet | take 1 /2 TABLET BID | N | Verified |
| taking as directed | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | Verified |

## Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| PENICILLIN G | (mild) | | |

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue, Malaise. |
| Constitutional | Negative | Chills, Fever, Night sweats, Weight gain and Weight loss. |
| ENMT | Negative | Ear drainage, Hearing loss, Nasal drainage, Otalgia, Sinus pressure and |

Sore throat.

| | | |
|---|---|---|
| Eyes | Negative | Eye discharge, Eye pain and Vision changes. |
| Respiratory | Positive | Dyspnea, DOE. |
| Respiratory | Negative | Chronic cough, Cough, Known TB exposure and Wheezing. |
| Cardio | Positive | Edema. |
| Cardio | Negative | Chest pain, Claudication and Irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, Blood in stool, Change in stool pattern, Constipation, Decreased appetite, Diarrhea, Heartburn, Nausea and Vomiting. |
| GU | Negative | Dribbling, Dysuria, Hematuria, Polyuria (Genitourinary), Slow stream, Urinary frequency, Urinary incontinence and Urinary retention. |
| Neuro | Positive | Dizziness, Extremity weakness. |
| Neuro | Negative | Gait disturbance, Headache, Memory impairment, Numbness in extremity, Seizures and Tremors. |
| Psych | Positive | Depression, Insomnia. |
| Psych | Negative | Anxiety. |
| Integumentary | Negative | Brittle hair, Brittle nails, Change in shape/size of mole(s), Hair loss, Hirsutism, Hives, Pruritus, Rash and Skin lesion. |
| MS | Positive | Muscle weakness. |
| MS | Negative | Back pain, Joint pain, Joint swelling and Neck pain. |
| Hema/Lymph | Negative | Easy bleeding, Easy bruising and Lymphadenopathy. |
| Allergic/Immuno | Negative | Contact allergy, Environmental allergies, Food allergies and Seasonal allergies. |

Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 2:27 PM | 6.0 | | 182.88 | 12/07/2011 | 0 |

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 2:27 PM | 261.80 | | 118.750 | | 35.51 | 2.46 |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 2:27 PM | 98/62 | sitting | left | arm | automatic | adult large |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 2:27 PM | 98.00 | 36.67 | | 65 | | 16 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 2:27 PM | 96 | | | | | | | | |

**Pain Scale**

| Time | Pain Score | Method |
|---|---|---|
| 2:27 PM | 0/10 | Numeric Pain Intensity Scale |

**Measured By**

| Time | Measured by |
|---|---|
| 2:27 PM | Joyce Carter, LPN |

**Screening Summary:**
Functional status has not changed.
Most recent assessment: 10/04/2023

Cognitive status has not changed.
Most recent assessment: 10/04/2023
The following were reviewed: nutrition, tobacco use, alcohol use, caffeine use and drugs of abuse

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | * | Overall appearance - age appropriate. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Lips/teeth/gums - Normal. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Rhythm - Regular. Heart sounds - Normal S1, Normal S2. Extremities - No edema. |
| Vascular | Normal | Pulses - Carotids: Normal. Capillary refill - Less than 2 seconds. |
| Skin | * | Inspection - General inspection: warm and dry. |
| Musculoskeletal | * | Gait - compensated, no assistive device. |
| Musculoskeletal | Comments | OA changes noted |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

## Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | | | | Further testing is not required | 0 | | |
| Giving encouragement to exercise | | | | | | | |
| Dietary management education, guidance, and counseling | | | | | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | HTN (I10), chronic, Stable. |
| | Impression | RTO in 3 months<br>Will do fasting labs in 3 months<br>MRI done 6/2023 done in Knoxville<br><br>Continue to see Dr Barry Michaelson Cardiologist in Knoxville<br>Work on lowering BMI to 30 with diet watching portion sizes 1/4 cup is portion size. |

Continue to monitor heart and HTN due to history of heart disease in family.
Continue to weight daily with same clothing and chart weight report over 3-5 lbs.
Advised on medications to help heart will lower BP.
Patient continues with dizziness and moderate SOB with exertion
Continue with exercise

Will continue with current medications with refills if needed.
Colonoscopy advised to check with insurance to see if covered at age 45

Keep current with immunizations
Covid has had 2 injections
Flu shot done 2021

Eat healthy low salt diet
Drink plenty of water to keep hydrated
Exercise 150min weekly.
Wear sun screen to prevent further skin damage
Wear good healthy shoes and do not walk on Concert

| | | |
|---|---|---|
| | Patient Plan | Continue the Lisinopril 20mg daily and Aspirin 81mg daily. , sooner prn. Reviewed his recent fasting labs. Advise healthy diet and physical activity. Low sodium diet, monitor home B/P. |
| | Plan Orders | CBC w/diff to be performed, CMP to be performed and Lipid Panel With LDL/HDL Ratio to be performed. He is to schedule a follow-up visit with Mark Dalle-Ave, MD for blood pressure check 3-4 Months. |
| 2. | Assessment | Dilated cardiomyopathy (I42.0), chronic, Stable. |
| | Impression | will continue with Entresto and Carvedilol as ordered by Dr Barry Michelson Cardiologist.. |
| 3. | Assessment | Chronic HFrEF (I50.22), chronic, Stable. |
| | Impression | Continue to see Cardiologist. |
| | Patient Plan | see care plan |
| 4. | Assessment | Obstructive Sleep Apnea Hypopnea (G47.33), chronic, Stable. |
| | Impression | Suppled by Medi Home Medical Services of America INC. Will obtain copy of machine reading for chart from medi Home DME.. |
| | Patient Plan | He is compliant with his CPAP use nightly for 8 hours with great benefit He will continue to use his CPAP nightly and report any changes or problems |
| 5. | Assessment | Presence of automatic (implantable) cardiac defibrillator (Z95.810), chronic, Stable. |
| | Patient Plan | see care plan |
| 6. | Assessment | Dependence on other enabling machines and devices (Z99.89), chronic, Stable. |
| | Impression | 1-866-678-2825 fax number for Medi Home Care DME.. |
| | Patient Plan | Patient has Auto PAP Airsense 11 Tri Pack with heated tubing and Humidifier Setting 11-20cm H2O, EPR 3H/H |
| 7. | Assessment | Morbid (severe) obesity due to excess calories (E66.01), chronic, Unstable. |
| 8. | Assessment | Body mass index (BMI) 35.0-35.9, adult (Z68.35), chronic, Unstable. |



PAGE 27/50 * RCVD AT 8/14/2024 10:44:04 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:8778433950 * CSID:423 272 1428 * ANI:4232721428 * DURATION (mm-ss):15-56

| | |
|---|---|
| Plan Orders | Today's instructions / counseling include(s) Dietary management education, guidance, and counseling.Giving encouragement to exercise |

## Pain Management Plan

Pain Scale: 0/10.
Method: Numeric Pain Intensity Scale.

## Medications *(Added, Continued or Stopped today)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 02/27/2023 | carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | N | | | |
| 02/27/2023 | cetirizine 10 mg tablet | take 1 tablet by oral route every day | N | | | 10/04/2023 |
| 02/27/2023 | Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | N | | | |
| 04/18/2023 | Farxiga 5 mg tablet | take 1 /2 TABLET BID | N | | | |
| 10/04/2023 | spironolactone 25 mg tablet | take 1 tablet by oral route every day | N | | | |
| 02/27/2023 | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | | | |

## Counseling / Educational Factors:

The patient was counseled today by Mark Dalle-Ave on medication(s). The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.
The patient was also counseled today by Mark Dalle-Ave on diagnosis. The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.
Total time of the encounter was 30 minutes, which includes time spent face-to-face with the patient as well as non-face-to-face time personally spent by the physician and/or other qualified health care professional.

The patient was checked out at 3:37 PM by Christina Seals.

## Co-Sign Orders

| Order | Ordering Provider | Cosigned Name | Cosigned Date | Cosigner Comments |
|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 10/04/2023 | |
| Giving encouragement to exercise | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 10/04/2023 | |
| Dietary management education, guidance, and counseling | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 10/04/2023 | |



PAGE 28/50 * RCVD AT 8/14/2024 10:44:04 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:8778433950 * CSID:423 272 1428 * ANI:4232721428 * DURATION (mm-ss):15-56

| | | | |
|---|---|---|---|
| CBC w/diff | Dalle-Ave MD, Mark J MD | Mark Dalle-Ave | 10/04/2023 |
| CMP | Dalle-Ave MD, Mark J MD | Mark Dalle-Ave | 10/04/2023 |
| Lipid Panel With LDL/HDL Ratio | Dalle-Ave MD, Mark J MD | Mark Dalle-Ave | 10/04/2023 |
| follow-up visit with Mark Dalle-Ave, MD for blood pressure check 3-4 Months | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 10/04/2023 |

*Provider:*
Dalle-Ave, Mark J 10/04/2023 3:59 PM

Electronically signed and Authenticated by Mark J Dalle-Ave MD on 10/04/2023.
*Document generated by:* Mark Dalle-Ave 10/04/2023 03:59 PM

---

Rural Health Services Consortium, Inc.
Rogersville Medical Complex
4307 Highway 66 South
Rogersville, TN 37857-3155
Phone: (423)921-1600

Patient: Fields, David, DOB:

Rural Health Services Consortium, Inc.
"Our Primary Care Is People"

PATIENT: David Fields
DATE OF BIRTH:
DATE: 08/01/2023 11:30 AM
VISIT TYPE: Office Visit

I Rene Schaefers LPN am scribing for and in the presence of Mark Dalle-Ave MD. Six min prior to visit MD went over notes and lab results and other testing. This 45 year old male presents for hypertension, heart failure, Chronic conditions and Scribe Present with Provider.

## History of Present Illness:

1. hypertension
   The severity has been described as being mild-moderate. It is currently stable. Risk factors include family history HTN, gout or CAD, male gender, obesity and smoking. Associated symptoms include dyspnea and fatigue. Pertinent negatives include chest pain, claudication, confusion, diaphoresis, epistaxis, headache, hematuria, irregular heartbeat/palpitations, nausea, tinnitus, transient weakness, tremor, visual disturbances and vomiting.
2. heart failure
   The symptoms are reported as being moderate. He states the symptoms are chronic and are stable.
3. Chronic conditions
   1) HTN (Stable.)
   2) Heart failure, unspecified (Stable.)
   3) Dilated cardiomyopathy (Stable.)
   4) Presence of automatic (implantable) cardiac defibrillator (Stable.)
   5) Obstructive Sleep Apnea Hypopnea (Stable.)
   6) Dependence on other enabling machines and devices (Stable.)
   7) Morbid (severe) obesity due to excess calories (Unstable.)
   8) Body mass index (BMI) 35.0-35.9, adult (onset 08/01/2023; Unstable.)
   Associated symptoms include fatigue.
4. Scribe Present with Provider

David is here today for 6 month follow up
He has had 1 Covid injections
He has Pacemaker defibulator
He started to have heart problems after 3 episode of Covid last episode was in September in 2022 with problems with SOB and no energy.
He had gain a lot of weight that later was found to be fluid
He went to Cardiologist Dr Michaelson.

He saw Cardiologist in February of 2023 and did Echo of heat and found to have 10% EF
They put him on a lot of medication for heart and they in Mid feb wrist heart cath done with no major problems found.

Then on May 6th 2023 2nd Echocardiogram done increased to 20% EF and then had MRI done June [illegible]h 2023 of heart with results of 27% EF at that time and that heart muscle was weak and needed Pacemaker with ICD was place on July 14 of 2023.

He is over whelmed at young age with sudden cardiac issues and concerns for long term health and wellness of his family.
When he finished high school at Volunteer he had many jobs for last 5 years has works at ETIM.

Chronic Conditions Addressed Today:

| Diagnosis Description | Code | Status | HPI Comments |
|---|---|---|---|
| HTN | I10 | Stable | |
| Heart failure, unspecified | I50.9 | Stable | |
| Dilated cardiomyopathy | I42.0 | Stable | |
| Presence of automatic (implantable) cardiac defibrillator | Z95.810 | Stable | |
| Obstructive Sleep Apnea Hypopnea | G47.33 | Stable | |
| Dependence on other enabling machines and devices | Z99.89 | Stable | |
| Morbid (severe) obesity due to excess calories | E66.01 | Unstable | |
| Body mass index (BMI) 35.0-35.9, adult | Z68.35 | Unstable | |

Screening Tools

**Other Screenings:**

| Encounter Date | Documented Date | Instrument | Score | Severity/Interpretation | MDD Classification |
|---|---|---|---|---|---|
| 08/01/2023 | 08/01/2023 | Patient Health Questionnaire (PHQ-2) | 0 | Further testing is not required | |

## PAST MEDICAL/SURGICAL HISTORY (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| Hypertension | | | | |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | | | Hypertension | | N |
| Father | | | | Stroke | | N |
| Father | | | | Hyperlipidemia | | N |
| Father | | | | Coronary artery disease | | N |

## Social History: (Detailed)

Tobacco use reviewed.
Preferred language is English.
The patient does not need an interpreter.
MARITAL STATUS/FAMILY/SOCIAL SUPPORT
Marital status: Married
Smoking status: Never smoker.

SMOKING STATUS

| Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|
| | Never smoker | | | |

ALCOHOL
There is no history of alcohol use.
Patient has had 5 or more drinks in one day: 0 time(s) in the past year.
CAFFEINE
The patient uses caffeine: coffee and tea. - 2 cups a day.
LIFESTYLE
DIET
low salt.

## Advance Directives

Reviewed

### Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | 02/27/2023 | | | N |
| Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | 02/27/2023 | | | N |
| cetirizine 10 mg tablet | take 1 tablet by oral route every day | 02/27/2023 | | | N |
| Vazalore 81 mg capsule | take 1 capsule by oral route every day | 02/27/2023 | | | N |
| Farxiga 5 mg tablet | take 1 /2 TABLET BID | 04/18/2023 | | | N |

### Medication Reconciliation

Medications reconciled today.

### Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| taking as directed | carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | N | Verified |
| taking as directed | Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | N | Verified |
| taking as directed | Farxiga 5 mg tablet | take 1 /2 TABLET BID | N | Verified |
| taking as directed | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | Verified |

## Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|

PENICILLIN G (mild)
Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue. |
| ENMT | Negative | Ear drainage, Epistaxis, Hearing loss, Nasal drainage, Otalgia, Sinus pressure, Sore throat and Tinnitus. |
| Eyes | Negative | Eye discharge, Eye pain, Vision changes and Visual disturbance. |
| Respiratory | Positive | Dyspnea. |
| Respiratory | Negative | Chronic cough, Cough, Known TB exposure and Wheezing. |
| Cardio | Negative | Chest pain, Claudication and Irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, Blood in stool, Change in stool pattern, Constipation, Decreased appetite, Diarrhea, Heartburn, Nausea and Vomiting. |
| GU | Negative | Dribbling, Dysuria, Hematuria, Polyuria (Genitourinary), Slow stream, Urinary frequency, Urinary incontinence and Urinary retention. |
| Endocrine | Negative | Cold intolerance, Diaphoresis, Heat intolerance, Polydipsia and Polyphagia. |
| Neuro | Negative | Confusion, Dizziness, Extremity weakness, Gait disturbance, Headache, Memory impairment, Numbness in extremity, Seizures, Transient weakness and Tremors. |
| Psych | Negative | Anxiety, Depression and Insomnia. |
| Integumentary | Negative | Brittle hair, Brittle nails, Change in shape/size of mole(s), Hair loss, Hirsutism, Hives, Pruritus, Rash and Skin lesion. |
| MS | Negative | Back pain, Joint pain, Joint swelling, Muscle weakness and Neck pain. |
| Hema/Lymph | Negative | Easy bleeding, Easy bruising and Lymphadenopathy. |
| Allergic/Immuno | Negative | Contact allergy, Environmental allergies, Food allergies and Seasonal allergies. |

## Vital Signs

### Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 11:33 AM | 6.0 | | 182.88 | 12/07/2011 | 0 |

### Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 11:33 AM | 259.80 | | 117.843 | | 35.23 | 2.45 |

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 11:33 AM | 107/71 | sitting | left | arm | automatic | adult large |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 11:33 AM | 98.00 | 36.67 | | 74 | | 16 |

### Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FIO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 11:33 AM | 97 | | | | | | | | |

### Pain Scale

| Time | Pain Score | Method |
|---|---|---|
| 11:33 AM | 0/10 | Numeric Pain Intensity Scale |

**Measured By**

| Time | Measured by |
|---|---|
| 11:33 AM | Joyce Carter, LPN |

**Screening Summary:**
Functional status has not changed.
Most recent assessment: 08/01/2023

The following were reviewed: nutrition, tobacco use, alcohol use, caffeine use and drugs of abuse

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | * | Overall appearance - age appropriate. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Lips/teeth/gums - Normal. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Rhythm - Regular. Heart sounds - Normal S1, Normal S2. Extremities - No edema. |
| Vascular | Normal | Pulses - Carotids: Normal. Capillary refill - Less than 2 seconds. |
| Skin | * | Inspection - General inspection: warm and dry. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

## Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | | | | Further testing is not required | 0 | | |
| Giving encouragement to exercise | | | | | | | |
| Dietary management education, guidance, and counseling | | | | | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | HTN (I10), chronic, Stable. |
| | Impression | RTO in 2 months<br>Continue to see Dr. Barry Michaelson Cardiologist in Knoxville |

Work on lowering BMI to 30 with diet watching portion sizes 1/4 cup is portion size.
Continue to monitor heart and HTN due to history of heart disease in family.

Will continue with current medications with refills if needed
Colonoscopy advised to check with insurance to see if covered at age 45

Keep current with immunizations
Covid has had 2 injections
Flu shot done 2021

Eat healthy low salt diet
Drink plenty of water to keep hydrated
Exercise 150min weekly.
Wear sun screen to prevent further skin damage
Wear good healthy shoes and do not walk on Concert.

| | | |
|---|---|---|
| | Patient Plan | Continue the Lisinopril 20mg daily and Aspirin 81mg daily. Follow up in 6 months, sooner prn. Reviewed his recent fasting labs. Advise healthy diet and physical activity. Low sodium diet, monitor home B/P. |
| | Plan Orders | He is to schedule a follow-up visit with Mark Dalle-Ave, MD for blood pressure check 2 Months. |
| 2. | Assessment | Heart failure, unspecified (I50.9), chronic, Stable. |
| 3. | Assessment | Dilated cardiomyopathy (I42.0), chronic, Stable. |
| | Impression | will continue with Entresto and Carvedilol as ordered by Dr Barry Michelson Cardiologist.. |
| 4. | Assessment | Presence of automatic (implantable) cardiac defibrillator (Z95.810), chronic, Stable. |
| | Patient Plan | see care plan |
| 5. | Assessment | Obstructive Sleep Apnea Hypopnea (G47.33), chronic, Stable. |
| | Impression | Suppled by Medi Home Medical Services of America INC.<br>Will obtain copy of machine reading for chart from medi Home DME.. |
| | Patient Plan | He is compliant with his CPAP use nightly for 8 hours with great benefit<br>He will continue to use his CPAP nightly and report any changes or problems |
| 6. | Assessment | Dependence on other enabling machines and devices (Z99.89), chronic, Stable. |
| | Impression | 1-866-678-2825 fax number for Medi Home Care DME.. |
| | Patient Plan | Patient has Auto PAP Airsense 11 Tri Pack with heated tubing and Humidifier<br>Setting 11-20cm H2O, EPR 3H/H |
| 7. | Assessment | Morbid (severe) obesity due to excess calories (E66.01), chronic, Unstable. |
| 8. | Assessment | Body mass index (BMI) 35.0-35.9, adult (Z68.35), chronic, Unstable. |
| | Plan Orders | Today's instructions / counseling include(s) Dietary management education, guidance, and counseling.Giving encouragement to exercise |

### Pain Management Plan

Pain Scale: 0/10.
Method: Numeric Pain Intensity Scale.

### Medications *(Added, Continued or Stopped today)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 02/27/2023 | carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | N | | | |
| 02/27/2023 | cetirizine 10 mg tablet | take 1 tablet by oral route every day | N | | | |
| 02/27/2023 | Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | N | | | |
| 04/18/2023 | Farxiga 5 mg tablet | take 1 /2 TABLET BID | N | | | |
| 02/27/2023 | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | | | |

### Counseling / Educational Factors:

The patient was counseled today by Mark Dalle-Ave on medication(s). The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.
The patient was also counseled today by Mark Dalle-Ave on diagnosis. The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.
Total time of the encounter was 30 minutes, which includes time spent face-to-face with the patient as well as non-face-to-face time personally spent by the physician and/or other qualified health care professional.

The patient was checked out at 12:26 PM by Christina Seals.

### Co-Sign Orders

| Order | Ordering Provider | Cosigned Name | Cosigned Date | Cosigner Comments |
|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 08/01/2023 | |
| Giving encouragement to exercise | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 08/01/2023 | |
| Dietary management education, guidance, and counseling | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 08/01/2023 | |
| follow-up visit with Mark Dalle-Ave, MD for blood pressure check 2 Months | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 08/01/2023 | |

*Provider:*
Dalle-Ave, Mark J 08/01/2023 1:06 PM

Electronically signed and Authenticated by on 08/01/2023.
*Document generated by*: Mark Dalle-Ave 08/01/2023 01:06 PM

---

Rural Health Services Consortium, Inc.
Rogersville Medical Complex
4307 Highway 66 South
Rogersville, TN 37857-3155
Phone: (423)921-1600

Patient: Fields, David, DOB:

Tennova™ Heart

Knoxville HMA Cardiology Turkey Creek
10800 PARKSIDE DR STE 331
KNOXVILLE, TN 37934-1982
Phone: (865) 392-3400, Fax: (865) 392-3449

Date: 05/23/2024

RE: David Fields
DOB:
PT ID

Dear Mark Dalle Ave MD,

We saw David Fields in our office today. The clinical summary is attached below for your review. Thank you for allowing us to participate in your patient's care.

Sincerely,

Electronically Signed by: NILAM PATEL, MD

## History of Present Illness

routine fup
doing well
no issues since last visit
improved since device implant
feels itching at device site infrequently
awaiting stress test at st.thomas
being evaluate for possible mitral valve clip

## Assessment/Plan

**1. Biventricular automatic implantable cardioverter defibrillator in situ -**
BSC CRT-D_7/2023

10 years
AP 37%, LVP 99%_DDDR 60/125
NSVT x 1 and ATR x 1_Monitor 170, VF 200

Remote q3 months
RTC 6 mths Sara
Z95.810: Presence of automatic (implantable) cardiac defibrillator

**2. Nonischemic congestive cardiomyopathy -**
2022

**FIELDS, David L (id #98454, dob:**

EKG:
2/2023: ST 90, PR 220, QRS 126, RBBB/LPFB, QTc 443
6/2023: SR 65, PR 260, QRS 131 RBBB/LPFB, QTc 433

Imaging
LHC: 2/2023: normal coronaries, EF 10-15%, LVEDP 40, mod MR
Echo: 5/2023: EF 20%, mod LAE, mild AI/TR, mild to mod MR, RVSP 40, LVIDd6.56
Echo: 2/2023: EF 10-15%
Echo: 3/2024: EF 20% mod to sev MR
Cardiac MRI: 2023: EF 27%, akinesis and wall thinning of anterior, inferior, and lateral walls. no evidence of iron overload. 50% subendocardial LGE in the basal and mid lateral walls consistent with infarct pattern. normal RV size and moderate systolic dysfunction EF 32%. mild MR,
VO2 at St.Thomas: pending

on Entresto 49-51 mg BID/Farxiga 10 daily/spironolactone 25mg daily/carvedilol 12.5mg BID

s/p CRT-D 7/2023

f/up Dr.Michelson/Dr.Stribbling
I42.0: Dilated cardiomyopathy

**3. Chronic systolic heart failure -**
as above
I50.22: Chronic systolic (congestive) heart failure

**4. Essential hypertension -**
2006
I10: Essential (primary) hypertension
- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE

**5. History of SARS-CoV-2 -**
3 episodes so far. no hospitalization
1st and 3rd was severe
diagnosed with HF after 3rd episode
Z86.16: Personal history of COVID-19

**6. First degree atrioventricular block -**
asymptomatic

I44.0: Atrioventricular block, first degree
- HEART BLOCKS: CARE INSTRUCTIONS

**7. Obstructive sleep apnea syndrome -**
2012
compliant to CPAP
G47.33: Obstructive sleep apnea (adult) (pediatric)
- SLEEP APNEA: CARE INSTRUCTIONS

**8. Obesity -**
BMI 35
weight loss advised by diet/exercise
E66.9: Obesity, unspecified
- WHEN YOU ARE OVERWEIGHT: CARE INSTRUCTIONS
- LEARNING ABOUT HEALTHY WEIGHT

**9. Mitral valve regurgitation -**
mgmt per Dr.Michelson and St.Thomas HF team
I34.0: Nonrheumatic mitral (valve) insufficiency
- HEART VALVE DISEASE: CARE INSTRUCTIONS
- MITRAL VALVE REGURGITATION: CARE INSTRUCTIONS

Return to Office
- Barry Michelson, MD for *Follow-up 15 at ETHC_South on 09/11/2024 at 10:45 AM
- to see Barry Michelson, MD at ETHC_South on or around 09/13/2024
- to see SARA JOHNSON, NP at ETHC_Turkey Creek on or around 11/23/2024

**Ascension Medical Group Saint Thomas Turkey Creek**
10800 Parkside Drive
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**Send To:** Mark Dalle Ave MD
**Encounter Summary - Progress Note**
Date Printed: 04/29/2024
Appointment Date:04/25/2024

Documents sent via fax will include the followingmessage:

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:136311080-H-7654]

| | |
|---|---|
| **Patient** | Fields, David L (46yo, M) #3189388 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | ( |
| | | **Work Phone** | |

Encounter Notes:

| | | |
|---|---|---|
| **History of Present Illness** | Mr. Fields is a 46 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.<br><br>On his last visit 6 mo ago, I increased Farxiga to 10mg. Since then, coreg was increased by Dr. Michelson. He had echo in March but we dont have results. He feels well. Denies CP, SOB, swelling, dizziness or syncope. He has been active, working on the farm w/o limitations. | |
| **Past Medical History** | (none recorded) | |
| **Patient Social History** | Social History not reviewed (last reviewed 10/12/2023) | |
| **Medications** | Reviewed Medications | |
| | **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 04/12/23 entered |
| | **carvediloL 12.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 04/25/24 entered |
| | **Entresto 49 mg-51 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 04/12/23 entered |
| | **Farxiga 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 prescribed |
| | **multivitamin** 1 tab daily | 04/12/23 entered |
| | **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 entered |

FIELDS, David L (id #3189388, dob:

| | |
|---|---|
| **Allergies List** | Reviewed Allergies<br>**PENICILLINS** |
| **Family History** | None recorded |
| **Vaccine History** | None recorded |
| **Review of Systems** | None recorded |
| **Vitals** | **Ht:** 6 ft (182.88 cm) 04/25/2024 11:11 am; **Wt:** 260.2 lbs (118.02 kg) 04/25/2024 11:11 am; **BMI:** 35.3 04/25/2024 11:11 am<br>**BP:** 107/71 04/25/2024 11:20 am; **Pulse:** 60 bpm 04/25/2024 11:20 am |
| **Physical Exam** | **Constitutional:** General Appearance: appears stated age and **overweight**. Level of Distress: comfortable.<br><br>**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.<br><br>**Eyes:** Lids and Conjunctivae: no discharge, pallor, or xanthelasma and anicteric.<br><br>**ENMT:** Lips, Teeth, and Gums: normal dentition. Ears: no lesions on external ear and (normal) hearing. Nose: no lesions on external nose or nasal discharge and nares patent. Oropharynx: no cyanosis or pallor.<br><br>**Neck:** Neck: supple and trachea midline. Jugular Veins: normal jugular venous pressure.<br><br>**Lungs:** Respiratory Effort: unlabored. Auscultation: no wheezing, rales, or rhonchi and clear.<br><br>**Cardiovascular:** Rate And Rhythm: regular. Heart Sounds: normal S1 and S2 and no rub, gallop, or click. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no cyanosis or edema.<br><br>**Abdomen:** Inspection and Palpation: non distended or tender and soft and no masses. Liver: non tender or no hepatomegaly. Spleen: non tender.<br><br>**Musculoskeletal:** Inspection: no joint tenderness or swelling and normal back.<br><br>**Neurologic:** Gait: normal gait. Neurological: no focal deficits and cranial nerves intact.<br><br>**Skin:** Inspection and Palpation: warm and dry. Nails: no clubbing. |
| **Results/Interpretations** | None recorded |

FIELDS, David L (id #3189388, dob:

**Assessment and Plan**

**1. Chronic systolic heart failure** - → Guideline Directed Medical Tx
He has stage C HF w/ improving NYHA class I-II symptoms. He is on reasonable GDMT and has undergone CRT-D. Recent labs reviewed and unremarkable. We will get CPX at some point between now and next year. He will fu w/ NP here in 1 year.
I50.22: Chronic systolic (congestive) heart failure → Cardiac Resynchronization Therapy Defibrillator
- CARDIOPULMONARY STRESS TEST (PROC)

**2. Nonischemic congestive cardiomyopathy** -
Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation. He is being treated w/ GDMT and has undergone CRT-D though I am uncertain this will lead to much improvement as QRS duration was not very long and he did not have LBBB. Working on getting echo results from 1 mo ago.
I42.0: Dilated cardiomyopathy

**3. Body mass index 40+ - severely obese** -
Stable. c/w wt loss and exercise.
Z68.42: Body mass index [BMI] 45.0-49.9, adult

**4. Obstructive sleep apnea syndrome** -
On CPAP and tolerating.
G47.33: Obstructive sleep apnea (adult) (pediatric)

Return to Office
Patient will return to the office as needed

Electronically Signed by: WARREN K STRIBLING MD

STMP_Saint Thomas Medical Partners - 10800 Parkside Drive, KNOXVILLE TN 37934-1922

**FIELDS, David L (id #3189388, dob:**

**Ascension Medical Group Saint Thomas Turkey Creek**
10800 Parkside Drive
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**Send To:** Mark Dale Ave MD
**Encounter Summary - Progress Note**
Date Printed: 10/16/2023
Appointment Date:10/12/2023

Documents sent via fax will include the followingmessage:

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:126519996-H-7654]

| | |
|---|---|
| **Patient** | Fields, David L (45yo, M) #3189388 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **History of Present Illness** | Mr. Fields is a 45 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt.<br><br>On his last initial visit 6 mo ago, I made no med changes as he was on appropriate GDMT w/ relative hypotension but much improved HF symptoms. I recommended reassessing LVSF w/ cMRI. He apparently had MRI but I dont have results. Echo showed ongoing severe reduction in LVSF EF 20% so CRT-D was implanted in July. He feels "better." Continues to have dizziness w/ position changes and has some fatigue described as being "tired." This tends to occur w/ physical activity, making him take longer to do activities than prior to HF diagnosis. Denies CP, dyspnea, swelling, syncope or ICD shocks. He does have some diaphragmatic stimulation when lying on L side. BP and wt log reviewed w/ stable wt and most bps in 90s. |
| **Past Medical History** | (none recorded) |
| **Patient Social History** | Reviewed Social History |
| **Medications** | Reviewed Medications |

| | |
|---|---|
| **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 04/12/23 entered |
| **carvedilol 6.25 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 04/12/23 entered |
| **Entresto 49 mg-51 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 04/12/23 entered |
| **Farxiga 10 mg tablet** | 10/12/23 prescribed |

| | | |
|---|---|---|
| | Take 1 tablet(s) every day by oral route. | |
| | **multivitamin** 1 tab daily | 04/12/23 entered |
| | **spironolactone 25 mg tablet** Take 1 tablet(s) every day by oral route. | 10/12/23 entered |
| **Allergies List** | Reviewed Allergies<br>**PENICILLINS** | |
| **Family History** | None recorded | |
| **Vaccine History** | None recorded | |
| **Review of Systems** | None recorded | |

**Vitals**

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft (182.88 cm) 10/12/2023 11:17 am | **Wt:** | 260.2 lbs (118.02 kg) 10/12/2023 11:17 am | **BMI:** | 35.3 10/12/2023 11:17 am |
| **BP:** | 106/67 10/12/2023 11:18 am | **Pulse:** | 66 bpm 10/12/2023 11:18 am | | |

**Physical Exam**

**Constitutional:** General Appearance: appears stated age and **overweight**. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:** Lids and Conjunctivae: no discharge, pallor, or xanthelasma and anicteric.

**ENMT:** Lips, Teeth, and Gums: normal dentition. Ears: no lesions on external ear and (normal) hearing. Nose: no lesions on external nose or nasal discharge and nares patent. Oropharynx: no cyanosis or pallor.

**Neck:** Neck: supple and trachea midline. Jugular Veins: normal jugular venous pressure.

**Lungs:** Respiratory Effort: unlabored. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Rate And Rhythm: regular. Heart Sounds: normal S1 and S2 and no rub, gallop, or click. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no cyanosis or edema.

**Abdomen:** Inspection and Palpation: non distended or tender and soft and no masses. Liver: non tender or no hepatomegaly. Spleen: non tender.

**Musculoskeletal:** Inspection: no joint tenderness or swelling and normal back.

**Neurologic:** Gait: normal gait. Neurological: no focal deficits and cranial nerves intact.

**Skin:** Inspection and Palpation: warm and dry. Nails: no clubbing.

**Results/Interpretations** None recorded

| Assessment and Plan | |
|---|---|
| | **1. Chronic systolic heart failure** -<br>He has stage C HF w/ improving NYHA class II symptoms. He is on reasonable GDMT that cannot be uptitrated due to relative hypotension. I will, however, try to increase Farxiga to 10mg daily and have advised adequate hydration to avoid vol depletion. Will get recent labs from Dr. Michelson and have him fu with us in 6mo<br>I50.22: Chronic systolic (congestive) heart failure<br>• Farxiga 10 mg tablet - Take 1 tablet(s) every day by oral route. Qty: (90) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER<br><br>**2. Nonischemic congestive cardiomyopathy** -<br>Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation. Will try to get cath results and recent EKG results. He is being treated w/ GDMT and has undergone CRT-D though I am uncertain this will lead to much improvement as QRS duration was not very long and he did not have LBBB.<br>I42.0: Dilated cardiomyopathy<br><br>**3. Body mass index 40+ - severely obese** -<br>Stable. c/w wt loss and exercise.<br>Z68.42: Body mass index [BMI] 45.0-49.9, adult<br><br>**4. Obstructive sleep apnea syndrome** -<br>On CPAP and tolerating.<br>G47.33: Obstructive sleep apnea (adult) (pediatric)<br><br>Return to Office<br>• Warren K Stribling MD for Established Patient 20 at STPS_Turkey Creek Hrt Failure on 04/18/2024 at 11:00 AM |

Electronically Signed by: WARREN K STRIBLING MD

Electronically Signed By: Dalle-Ave, Mark MD 10/18/2023 9:51 PM

Rural Health Services Consortium, Inc.
P.O. Box 850
Rogersville, TN, 378576028
Phone #: (800) 968-4200

Fields, David L

Person #: 158311
Sex: M
DOB:

Order Date: 07/24/2024

**Ordering:** Dalle-Ave MD, Mark J **Performing #:** LabCorp **Location:** Rogersville Medical Complex

**Tests Ordered :** Hep C Ab (NG140659), CMP (NG322000)

**HCV Antibody (Collection Date: 07/24/2024 11:00, Status: Final)**

Performed At: TNLCA, Labcorp Knoxville
1924 Alcoa Hwy Box 108, Knoxville, TN, 379201511
Yorke, Young, MD, Phone: 8653128455

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Hep C Virus Ab | Non Reactive | | | Non Reactive | HCV antibody alone does not differentiate between previously resolved infection and active infection. Equivocal and Reactive HCV antibody results should be followed up with an HCV RNA test to support the diagnosis of active HCV infection. |

**Comp. Metabolic Panel (14) (Collection Date: 07/24/2024 11:00, Status: Final)**

none
Performed At: TNLCA, Labcorp Knoxville
1924 Alcoa Hwy Box 108, Knoxville, TN, 379201511
Yorke, Young, MD, Phone: 8653128455

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Albumin | 4.3 | g/dL | | 4.1-5.1 | |
| Alkaline Phosphatase | 70 | IU/L | | 44-121 | |
| ALT (SGPT) | 34 | IU/L | | 0-44 | |
| AST (SGOT) | 34 | IU/L | | 0-40 | |
| Bilirubin, Total | 1.6 | mg/dL | H | 0.0-1.2 | |
| BUN | 10 | mg/dL | | 6-24 | |
| BUN/Creatinine Ratio | 11 | | | 9-20 | |
| Calcium | 9.0 | mg/dL | | 8.7-10.2 | |
| Carbon Dioxide, Total | 23 | mmol/L | | 20-29 | |
| Chloride | 98 | mmol/L | | 96-106 | |
| Creatinine | 0.91 | mg/dL | | 0.76-1.27 | |
| eGFR | 105 | mL/min/1.73 | | >59 | |
| Globulin, Total | 2.7 | g/dL | | 1.5-4.5 | |
| Glucose | 124 | mg/dL | H | 70-99 | |
| Potassium | 4.4 | mmol/L | | 3.5-5.2 | |
| Protein, Total | 7.0 | g/dL | | 6.0-8.5 | |
| Sodium | 134 | mmol/L | | 134-144 | |

Patient: Fields, David L, DOB:

**Rural Health Services Consortium, Inc.**
P.O. Box 850
Rogersville, TN, 378576028
Phone #: (800) 968-4200

**Fields, David L**

Person #: 158311
Sex: M
DOB:

**Order Date:** 02/06/2024

**Ordering:** Dalle-Ave MD, Mark J **Performing #:** LabCorp **Location:** Rogersville Medical Complex

**Tests Ordered :** Hepatic Function Panel (NG322755)

**Hepatic Function Panel (7) (Collection Date: 02/06/2024 10:20, Status: Final)**

none
Performed At: TNLCA, Labcorp Knoxville
1924 Alcoa Hwy Box 100, Knoxville, TN, 379201511
Yorke, Young, MD, Phone: 8653128455

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Albumin | 4.6 | g/dL | | 4.1-5.1 | |
| Alkaline Phosphatase | 83 | IU/L | | 44-121 | |
| ALT (SGPT) | 39 | IU/L | | 0-44 | |
| AST (SGOT) | 31 | IU/L | | 0-40 | |
| Bilirubin, Direct | 0.38 | mg/dL | | 0.00-0.40 | |
| Bilirubin, Total | 1.5 | mg/dL | H | 0.0-1.2 | |
| Protein, Total | 7.5 | g/dL | | 6.0-8.5 | |

Patient: Fields, David L, DOB:

data:text/html;base64,PCFET0NUWVBFIGh0bWw+PGh0bWwgY2xhc3M9J25vLWpzJyBsYW5nPSdlbic+PGhlYWQ+DQoJCQkJCQkJCQk8bWV0YSB... 1/1

Rural Health Services Consortium, Inc.
P.O. Box 850
Rogersville, TN, 378576028
Phone #: (800) 968-4200

Fields, David L

Person #: 158311
Sex: M
DOB:

Order Date: 01/03/2024

**Ordering:** Dalle-Ave MD, Mark J **Performing #:** LabCorp **Location:** Rogersville Medical Complex

**Tests Ordered** : CBC w/diff (NG005009), CMP (NG322000), Lipid Panel With LDL/HDL Ratio (NG235010)

**Lipid Panel With LDL/HDL Ratio (Collection Date: 01/03/2024 09:21, Status: Final)**

Performed At: TNLCA, Labcorp Knoxville
1924 Alcoa Hwy Box 108, Knoxville, TN, 379201511
Yorke, Young, MD, Phone: 8653128455

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Cholesterol, Total | 186 | mg/dL | | 100-199 | |
| Comment: | | | | | |
| HDL Cholesterol | 56 | mg/dL | | >39 | |
| LDL Chol Calc (NIH) | 112 | mg/dL | H | 0-99 | |
| LDL/HDL Ratio | 2.0 | ratio | | 0.0-3.6 | LDL/HDL Ratio<br>Men Women<br>1/2 Avg.Risk 1.0 1.5<br>Avg.Risk 3.6 3.2<br>2X Avg.Risk 6.2 5.0<br>3X Avg.Risk 8.0 6.1 |
| Triglycerides | 98 | mg/dL | | 0-149 | |
| VLDL Cholesterol Cal | 18 | mg/dL | | 5-40 | |

**Comp. Metabolic Panel (14) (Collection Date: 01/03/2024 09:21, Status: Final)**

Performed At: TNLCA, Labcorp Knoxville
1924 Alcoa Hwy Box 108, Knoxville, TN, 379201511
Yorke, Young, MD, Phone: 8653128455



data:text/html;base64,PCFET0NUWVBFIGh0bWw+PGh0bWwgY2xhc3M9J25vLWpzJyBsYW5nPSdlbic+PGhlYWQ+DQoJCQkJCQkJCQk8bWV0YSB... 

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| A/G Ratio | 1.7 | | | 1.2-2.2 | |
| Albumin | 4.9 | g/dL | | 4.1-5.1 | |
| Alkaline Phosphatase | 80 | IU/L | | 44-121 | |
| ALT (SGPT) | 36 | IU/L | | 0-44 | |
| AST (SGOT) | 29 | IU/L | | 0-40 | |
| Bilirubin, Total | 2.1 | mg/dL | H | 0.0-1.2 | |
| BUN | 11 | mg/dL | | 6-24 | |
| BUN/Creatinine Ratio | 11 | | | 9-20 | |
| Calcium | 9.7 | mg/dL | | 8.7-10.2 | |
| Carbon Dioxide, Total | 25 | mmol/L | | 20-29 | |
| Chloride | 99 | mmol/L | | 96-106 | |
| Creatinine | 1.04 | mg/dL | | 0.76-1.27 | |
| eGFR | 90 | mL/min/1.73 | | >59 | |
| Globulin, Total | 2.9 | g/dL | | 1.5-4.5 | |
| Glucose | 84 | mg/dL | | 70-99 | |
| Potassium | 4.4 | mmol/L | | 3.5-5.2 | |
| Protein, Total | 7.8 | g/dL | | 6.0-8.5 | |
| Sodium | 134 | mmol/L | | 134-144 | |

**CBC With Differential/Platelet (Collection Date: 01/03/2024 09:21, Status: Final)**

none

Performed At: TNLCA, Labcorp Knoxville

1924 Alcoa Hwy Box 108, Knoxville, TN, 379201511

Yorke, Young, MD, Phone: 8653128455

Patient: Fields, David L, DOB:

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Baso (Absolute) | 0.0 | x10E3/uL | | 0.0-0.2 | |
| Basos | 1 | % | | Not Estab. | |
| Eos | 2 | % | | Not Estab. | |
| Eos (Absolute) | 0.1 | x10E3/uL | | 0.0-0.4 | |
| Hematocrit | 48.8 | % | | 37.5-51.0 | |
| Hematology Comments: | | | | | |
| Hemoglobin | 16.9 | g/dL | | 13.0-17.7 | |
| Immature Cells | | | | | |
| Immature Grans (Abs) | 0.0 | x10E3/uL | | 0.0-0.1 | |
| Immature Granulocytes | 0 | % | | Not Estab. | |
| Lymphs | 26 | % | | Not Estab. | |
| Lymphs (Absolute) | 1.1 | x10E3/uL | | 0.7-3.1 | |
| MCH | 31.5 | pg | | 26.6-33.0 | |
| MCHC | 34.6 | g/dL | | 31.5-35.7 | |
| MCV | 91 | fL | | 79-97 | |
| Monocytes | 14 | % | | Not Estab. | |
| Monocytes(Absolute) | 0.6 | x10E3/uL | | 0.1-0.9 | |
| Neutrophils | 57 | % | | Not Estab. | |
| Neutrophils (Absolute) | 2.3 | x10E3/uL | | 1.4-7.0 | |
| NRBC | 0 | % | | 0 - 0 | |
| Platelets | 242 | x10E3/uL | | 150-450 | |
| RBC | 5.36 | x10E6/uL | | 4.14-5.80 | |
| RDW | 13.0 | % | | 11.6-15.4 | |
| WBC | 4.1 | x10E3/uL | | 3.4-10.8 | |

Patient: Fields, David L, DOB:

**Make Checks Payable To:**

Rural Health Services Consortium, Inc.
P.O. Box 850
Rogersville, TN 37857-6028

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 08/14/2024 | $41.75 | 37443 |
| SHOW AMOUNT PAID HERE $ | | |

ADDRESSEE:
**Lincoln Financial Group**
8801 Indian Hills Dr.
Omaha, NE 68114

REMIT TO:
**Rural Health Services Consortium, Inc.**
P.O. Box 850
Rogersville, TN 37857-6028
USA
(800) 968-4200

☐ Please check box if above address is incorrect or insurance information has changed and indicate change(s) on reverse side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

| Date | Desc. 1 | Desc. 2 | CPT4 | Description of Service | Rendering Phy. | Amount |
|---|---|---|---|---|---|---|
| 08/14/24 | David Fields | 29101 | MR | Medical Records | Dalle-Ave, Mark | $20.00 |

| Account Number | Other Invoice Balances | Invoice Charges | Invoice Payments | Inv. Refunds Adjustments | Invoice Balance |
|---|---|---|---|---|---|
| 37443 | $21.75 | $20.00 | $0.00 | $0.00 | $20.00 |

MESSAGE:

Please Pay This
AMOUNT >>>> $41.75

** PAYMENT DUE UPON RECEIPT *THANK YOU **
ACCOUNT INVOICE

Page: 1 of 1

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 7, 2024

DR MARK DALLE-AVE
RELEASE OF INFORMATION
ATTN MEDICAL RECORDS
4966 HIGHWAY 11 WEST
ROGERSVILLE, TN 37857

RECEIVED AUG 07 2024 BY: [initials] MEDICAL RECORDS

| Re: | | |
|---|---|---|
| | Policy Number: | 000010209861000000 |
| | Claim Number: | 1230051807 |
| | Patient: | David Fields |
| | DOB: | |

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 8/1/2023 to present |
| Diagnostic Test Results | 8/1/2023 to present |

****Please fill out all forms that are attached****

Current state statutes for Tennessee: Provider Records are: $20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | See invoice 29101 |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | $20.00 |

- **We must have your Tax Identification Number (TIN) & NPI.**

**RHSC TAX ID # 621240 690**

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **Please fax this remittance form and records to 1-877-843-3950.**

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ____________________

Routing Number: ____________________

Account Number: ____________________

Authorized Signature: ____________________ Date: ____________________

☑ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Keshia Roloff
Assisting on behalf of Charles Zimmer
855-818-2883 x7157
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

**RHSC TAX ID #**
**621240 690**

**RURAL HEALTH SERVICES CON.**
**MEDICAL RECORDS DEPT.**
**P.O. Box 850**
**Rogersville, TN 37857**

Linda Hensley

Financial Group®

PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically-related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Fields (Last) David (First) Lynn (Middle)

Date of Birth: ______ Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes)], x-rays, films or correspondence, and any medical condition I may now have or have had);
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

**Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

**I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**

- to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
- to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
- to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
- for self-insured disability plans only, to my employer; or
- for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
- as otherwise may be required by law or as I may further authorize.

I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

SIGNATURE [signature] DATE 7-18-24

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: David L Fields

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______

ADDRESS: ______
(Street)

______
(City) (State) (Zip Code)

PHONE NO: ______

PAGE 5/50 * RCVD AT 8/14/2024 10:44:04 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:8778433950 * CSID:423 272 1428 * ANI:4232721428 * DURATION (mm-ss):15-56

Rural Health Services Consortium, Inc.
"Our Primary Care Is People"

| | |
|---|---|
| Patient: | **David Fields** |
| Date of Birth: | |
| Date: | 06/17/2024 09:30 AM |
| Visit Type: | Office Visit |

I Rene Schaefers LPN am scribing for and in the presence of Mark Dalle-Ave MD. Six min prior to visit MD went over notes and lab results and other testing. This 46 year old patient presents for hypertension, chronic heart failure, Chronic conditions and Scribe Present with Provider.

# History of Present Illness

## 1. hypertension

The severity has been described as being mild-moderate. It is currently stable. Risk factors include family history HTN, gout or CAD, male gender, obesity and smoking. Pertinent negatives include chest pain, claudication, confusion, diaphoresis, dyspnea, epistaxis, fatigue, headache, hematuria, irregular heartbeat/palpitations, nausea, tinnitus, tremor, visual disturbances and vomiting.

## 2. chronic heart failure

The symptoms are reported as being moderate. The patient states the symptoms are chronic and are stable.

## 3. Chronic conditions

1) HTN (Stable.)
2) Chronic HFrEF (Stable.)
3) Dilated cardiomyopathy (Stable.)
4) Presence of automatic (implantable) cardiac defibrillator (Stable.)
5) Dependence on other enabling machines and devices (Stable.)
6) Obstructive Sleep Apnea Hypopnea (Stable.)
7) Morbid (severe) obesity due to excess calories (Unstable.)
8) Body mass index (BMI) 35.0-35.9, adult (onset 06/17/2024; Unstable.)

Pertinent negatives include fatigue, weight gain and weight loss.

## 4. Scribe Present with Provider

Comments: David is here today for 4-6 month follow up



PAGE 6/50 * RCVD AT 8/14/2024 10:44:04 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:8778433950 * CSID:423 272 1428 * ANI:4232721428 * DURATION (mm-ss):15-56

He has had 2 Covid injections and flu shot
He saw Cardiologist last month and is doing good at this time they will continue to monitor
He stated they may do clip later does not want to do unless needed.
He stated that Cardiology stated heart problem is from Covid
He stated wife and kids and grand kids are doing good at this time.

## Chronic Conditions Addressed Today

| Diagnosis Description | Code | Status | HPI Comments |
|---|---|---|---|
| HTN | I10 | Stable | |
| Chronic HFrEF | I50.22 | Stable | |
| Dilated cardiomyopathy | I42.0 | Stable | |
| Presence of automatic (implantable) cardiac defibrillator | Z95.810 | Stable | |
| Dependence on other enabling machines and devices | Z99.89 | Stable | |
| Obstructive Sleep Apnea Hypopnea | G47.33 | Stable | |
| Morbid (severe) obesity due to excess calories | E66.01 | Unstable | |
| Body mass index (BMI) 35.0-35.9, adult | Z68.35 | Unstable | |

## Screening Tools

### Other Screenings

| Encounter Date | Performed Date | Screening Tool | Score | Severity/ Interpretation | MDD Classification | Scanned Document |
|---|---|---|---|---|---|---|
| 06/17/2024 | 06/17/2024 | Patient Health Questionnaire (PHQ-2) | 0 | Negative | | |
| 06/17/2024 | 06/17/2024 | PRAPARE® | 2 | | | |

Intake Comments: TAKES ASPIRIN AND VITAMINS OTC
SEEN CARDIOLOGY MARCH 2024

## Social History (Detailed)

Tobacco use reviewed.

Preferred language is English.
The patient does not need an interpreter.

### Marital Status/Family/Social Support

Marital status: Married

Smoking status: Never smoker.

### Smoking Status

| Type | Smoking Status | Usage Per Day | Years Used | Pack Years | Total Pack Years |
|---|---|---|---|---|---|

### Vaping Use
Status: Not a current user

### Alcohol
There is no history of alcohol use.

### Caffeine
The patient uses caffeine: coffee and tea. - 2 cups a day.

### Lifestyle
### Diet
low salt.

## Advance Directives
Reviewed

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | 02/27/2023 | | | N |
| Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | 02/27/2023 | | | N |
| Vazalore 81 mg capsule | take 1 capsule by oral route every day | 02/27/2023 | | | N |
| Farxiga 5 mg tablet | take 1 /2 TABLET BID | 04/18/2023 | | | N |
| spironolactone 25 mg tablet | take 1 tablet by oral route every day | 10/04/2023 | | | N |

## Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| PENICILLIN G | (mild) | | |

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, Fatigue, Fever, Malaise, Night sweats, Weight gain and Weight loss. |
| ENMT | Negative | Ear drainage, Epistaxis, Hearing loss, Nasal drainage, Otalgia, Sinus pressure, Sore throat and Tinnitus. |
| Eyes | Negative | Eye discharge, Eye pain, Vision changes and Visual disturbance. |
| Respiratory | Negative | Chronic cough, Cough, Dyspnea, Known TB exposure and Wheezing. |
| Cardio | Negative | Chest pain, Claudication, Edema and Irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, Blood in stool, Change in stool pattern, Constipation, |

Decreased appetite, Diarrhea, Heartburn, Nausea and Vo

| | | |
|---|---|---|
| GU | Negative | Dribbling, Dysuria, Hematuria, Polyuria (Genitourinary), Slow stream, Urinary frequency, Urinary incontinence and Urinary retention. |
| Endocrine | Negative | Cold intolerance, Diaphoresis, Heat intolerance, Polydipsia and Polyphagia. |
| Neuro | Negative | Confusion, Dizziness, Extremity weakness, Gait disturbance, Headache, Memory impairment, Numbness in extremity, Seizures and Tremors. |
| Psych | Negative | Anxiety, Depression and Insomnia. |
| Integumentary | Negative | Brittle hair, Brittle nails, Change in shape/size of mole(s), Hair loss, Hirsutism, Hives, Pruritus, Rash and Skin lesion. |
| MS | Negative | Back pain, Joint pain, Joint swelling, Muscle weakness and Neck pain. |
| Hema/Lymph | Negative | Easy bleeding, Easy bruising and Lymphadenopathy. |
| Allergic/Immuno | Negative | Contact allergy, Environmental allergies, Food allergies and Seasonal allergies. |

## Vital Signs

### Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 9:28 AM | 6.0 | | 182.88 | 01/12/2024 | 0 |

### Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 9:28 AM | 262.00 | | 118.841 | | 35.53 | 2.46 |

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 9:28 AM | 99/65 | sitting | right | arm | automatic | Large adult |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 9:28 AM | 98.00 | 36.67 | | | | 16 |

### Pain Level

| Time | Pain Level | Method |
|---|---|---|
| 9:28 AM | 0/10 | Numeric Pain Intensity Scale |

### Measured by

| Time | Measured by |
|---|---|
| 9:28 AM | Joyce Carter, LPN |

## Screening Summary

Functional status has not changed.
Most recent assessment: 06/17/2024
Cognitive status has not changed.
Most recent assessment: 06/17/2024

The following were reviewed: nutrition, tobacco use, alcohol use, caffeine use and drug or abuse.

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | * | Overall appearance - age appropriate. |
| Eyes | * | General - Right: wears glasses, Left: wears glasses. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Lips/teeth/gums - Normal. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Heart sounds - Normal S1, Normal S2. Extremities - No edema. |
| Vascular | Normal | Pulses - Carotids: Normal. Capillary refill - Less than 2 seconds. |
| Abdomen | Normal | Inspection - Normal. Auscultation - Normal. No abdominal tenderness. |
| Skin | * | Inspection - General inspection: warm and dry. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Neurological | Normal | Memory - Normal. Cranial nerves - Cranial nerves II through XII grossly intact. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

## Immunizations Entered by History

| Date | Immunization |
|---|---|
| 10/5/2016 12:00:00 AM | Influenza virus vaccine, injectable, quadrivalent, split virus, preservative free, 3 years or older Fluarix, Flulaval or Fluzone Quad 2014-2015 |
| 9/10/2014 11:36:00 AM | Fluarix 3 years or older |

## Completed Orders (This Visit)

| Order | Details | Reason | Side | Interpretation | Result | Additional Info | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | | | | Negative | 0 | | | |
| Giving encouragement to exercise | | | | | | | | |
| Dietary management education, guidance, and counseling | | | | | | | | |
| PRAPARE® | | | | | 2 | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1 | Assessment | HTN (I10), chronic, Stable. |
| | Impression | RTO in 4-6 months |

Non fasting labs in June, July or August due to medications

Continue to see Dr Warren Stribling Cardiologist in Knoxville as ordered
Work on lowering BMI to 30 with diet watching portion sizes

Continue to monitor heart and HTN due to history of heart disease in family.
Continue to weight daily with same clothing and chart weight report over 3-5 lbs.

Will continue with current medications with refills if needed.
Colonoscopy advised to check with insurance to see if covered at age 46

Covid has had 2 injections
Flu shot done October 2023

Eat healthy low salt diet
Drink plenty of water to keep hydrated
Exercise 150min weekly.
Wear sun screen to prevent further skin damage
Wear good healthy shoes and do not walk on Concert.

Patient Plan: Continue the Lisinopril 20mg daily and Aspirin 81mg daily. , sooner prn. Reviewed his recent fasting labs. Advise healthy diet and physical activity. Low sodium diet, monitor home B/P.

Plan Orders: CMP to be performed, Hep C Ab to be performed and HIV 1/0/2 Ag/Ab w/Rflx to be performed. follow-up visit with Mark Dalle-Ave, MD for blood pressure check 4-6 Months. Reason for referral: blood pressure check.

2. Assessment: Chronic HFrEF (I50.22), chronic, Stable.
Impression: Continue to see Cardiologist Dr Stribling in Knoxville.
Patient Plan: see care plan

3. Assessment: Dilated cardiomyopathy (I42.0), chronic, Stable.
Impression: will continue with Entresto and Carvedilol as ordered by Dr Barry Michelson Cardiologist..

4. Assessment: Presence of automatic (implantable) cardiac defibrillator (Z95.810), chronic, Stable
Patient Plan: see care plan

5. Assessment: Dependence on other enabling machines and devices (Z99.89), chronic, Stable.
Impression: 1-866-678-2825 fax number for Medi Home Care DME..
Patient Plan: Patient has Auto PAP Airsense 11 Tri Pack with heated tubing and Humidifier Setting 11-20cm H2O, EPR 3H/H

6. Assessment: Obstructive Sleep Apnea Hypopnea (G47.33), chronic, Stable.
Impression:
Suppled by Medi Home Medical Services of America INC.
Will obtain copy of machine reading for chart from medi Home DME..
Patient Plan:
He is compliant with his CPAP use nightly for 8 hours with great benefit
He will continue to use his CPAP nightly and report any changes or problems

7. Assessment: Morbid (severe) obesity due to excess calories (E66.01), chronic, Unstable.

| | | |
|---|---|---|
| 8. | Assessment | Body mass index (BMI) 35.0-35.9, adult (Z68.35), chronic, Unstable. |
| | Plan Orders | Today's instructions / counseling include(s) Dietary management education, guidance, and counseling and Giving encouragement to exercise |
| 9. | Other Orders | Orders not associated to today's assessments. |
| | Plan Orders | The patient had the following order(s): Patient Health Questionnaire (PHQ-2).PRAPARE® Result details: 2. |

## Pain Management Plan

Pain level:0/10.
Method: Numeric Pain Intensity Scale.

## Medications (Added, Continued or Stopped today)

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 02/27/2023 | carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | N | | | |
| 02/27/2023 | Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | N | | | |
| 04/18/2023 | Farxiga 5 mg tablet | take 1 /2 TABLET BID | N | | | |
| 10/04/2023 | spironolactone 25 mg tablet | take 1 tablet by oral route every day | N | | | |
| 02/27/2023 | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | | | |

## Counseling / Educational Factors

Counseling / educational factors reviewed.
The patient was counseled today by Mark Dalle-Ave on medication(s). The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.
The patient was also counseled today by Mark Dalle-Ave on diagnosis. The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.

Electronically signed and authenticated by [signature] on 06/17/2024.
Document generated by: Mark Dalle-Ave 06/17/2024 10:14 AM

| | |
|---|---|
| PATIENT: | David Fields |
| DATE OF BIRTH: | |
| DATE: | 01/12/2024 09:00 AM |
| HISTORIAN: | self |
| VISIT TYPE: | Office Visit |

I Rene Schaefers LPN am scribing for and in the presence of Mark Dalle-Ave MD. Six min prior to visit MD went over notes and lab results and other testing. This 46 year old male presents for hypertension, Chronic conditions and Scribe Present with Provider.

History of Present Illness:

1. hypertension
   It is currently stable. Risk factors include family history HTN, gout or CAD, male gender, obesity and smoking. Pertinent negatives include chest pain, claudication, confusion, diaphoresis, dyspnea, epistaxis, fatigue, headache, hematuria, irregular heartbeat/palpitations, nausea, tinnitus, transient weakness, tremor, visual disturbances and vomiting. Additional information: pt checks b/p at home regularly and it has been stable around 100/58. taking bp medication as prescribed. no concerns with bp today.
2. Chronic conditions
   1) HTN (Stable.)
   2) Chronic HFrEF (Stable.)
   3) Dilated cardiomyopathy (Stable.)
   4) Obstructive Sleep Apnea Hypopnea (Stable.)
   5) Presence of automatic (implantable) cardiac defibrillator (Stable.)
   6) Dependence on other enabling machines and devices (Stable.)
   7) Morbid (severe) obesity due to excess calories (Unstable.)
   8) Body mass index (BMI) 35.0-35.9, adult (onset 01/12/2024; Unstable.)
   Pertinent negatives include fatigue, weight gain and weight loss.
3. Scribe Present with Provider

David is here today for 3 month follow up
He has had 2 Covid injections
He is doing good at this time
He is not having any problems at this time.
He received lab letter and went over lab results today in office
He has appointment with Cardoloigsit in March with Echo to be done and labs before appointment



PAGE 14/50 * RCVD AT 8/14/2024 10:44:04 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:8778433950 * CSID:423 272 1428 * ANI:4232721428 * DURATION (mm-ss):15-56

Chronic Conditions Addressed Today:

| Diagnosis Description | Code | Status | HPI Comments |
|---|---|---|---|
| HTN | I10 | Stable | |
| Chronic HFrEF | I50.22 | Stable | |
| Dilated cardiomyopathy | I42.0 | Stable | |
| Obstructive Sleep Apnea Hypopnea | G47.33 | Stable | |
| Presence of automatic (implantable) cardiac defibrillator | Z95.810 | Stable | |
| Dependence on other enabling machines and devices | Z99.89 | Stable | |
| Morbid (severe) obesity due to excess calories | E66.01 | Unstable | |
| Body mass index (BMI) 35.0-35.9, adult | Z68.35 | Unstable | |

Intake Comments: OTC medications: aspirin and zyrtec
Self referrals: none

## PAST MEDICAL/SURGICAL HISTORY (Reviewed, updated)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| Hypertension | | | | |
| | | PACEMAKER DEFIBELATOR | | |

## Family History (Reviewed, updated)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | | | Hypertension | | N |
| Father | | | | Stroke | | N |
| Father | | | | Hyperlipidemia | | N |
| Father | | | | Coronary artery disease | | N |

## Social History: (Reviewed, updated)

Tobacco use reviewed.
Preferred language is English.
The patient does not need an interpreter.
MARITAL STATUS/FAMILY/SOCIAL SUPPORT
Marital status: Married
Smoking status: Never smoker.

SMOKING STATUS

| Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|
| | Never smoker | | | |

VAPING USE
Screened for vaping? Yes
Status: Not a current user

TOBACCO/VAPING EXPOSURE
No passive smoke exposure.
ALCOHOL
There is no history of alcohol use.
Patient has had 5 or more drinks in one day: 0 time(s) in the past year.
CAFFEINE
The patient uses caffeine: coffee and tea. - 2 cups a day.
LIFESTYLE
DIET
low salt.

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | 02/27/2023 | | | N |
| Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | 02/27/2023 | | | N |
| Vazalore 81 mg capsule | take 1 capsule by oral route every day | 02/27/2023 | | | N |
| Farxiga 5 mg tablet | take 1 /2 TABLET BID | 04/18/2023 | | | N |
| spironolactone 25 mg tablet | take 1 tablet by oral route every day | 10/04/2023 | | | N |

## Medication Reconciliation

Medications reconciled today.

## Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| taking as directed | carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | N | Verified |
| taking as directed | Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | N | Verified |
| taking as directed | Farxiga 5 mg tablet | take 1 /2 TABLET BID | N | Verified |
| taking as directed | spironolactone 25 mg tablet | take 1 tablet by oral route every day | N | Verified |
| not taking | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | Verified |

## Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| PENICILLIN G | (mild) | | |

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, Fatigue, Fever, Malaise, Night sweats, Weight gain and Weight loss. |

| | | |
|---|---|---|
| ENMT | Negative | Ear drainage, Epistaxis, Hearing loss, Nasal drainage, Sinus pressure, Sore throat and Tinnitus. |
| Eyes | Negative | Eye discharge, Eye pain, Vision changes and Visual disturbance. |
| Respiratory | Negative | Chronic cough, Cough, Dyspnea, Known TB exposure and Wheezing. |
| Cardio | Negative | Chest pain, Claudication, Edema and Irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, Blood in stool, Change in stool pattern, Constipation, Decreased appetite, Diarrhea, Heartburn, Nausea and Vomiting. |
| GU | Negative | Dribbling, Dysuria, Erectile dysfunction, Hematuria, Polyuria (Genitourinary), Slow stream, Urinary frequency, Urinary incontinence and Urinary retention. |
| Endocrine | Positive | Cold intolerance. |
| Endocrine | Negative | Diaphoresis, Heat intolerance, Polydipsia and Polyphagia. |
| Neuro | Negative | Confusion, Dizziness, Extremity weakness, Gait disturbance, Headache, Memory impairment, Numbness in extremity, Seizures, Transient weakness and Tremors. |
| Psych | Negative | Anxiety, Depression and Insomnia. |
| Integumentary | Negative | Brittle hair, Brittle nails, Change in shape/size of mole(s), Hair loss, Hirsutism, Hives, Pruritus, Rash and Skin lesion. |
| MS | Negative | Back pain, Joint pain, Joint swelling, Muscle weakness and Neck pain. |
| Hema/Lymph | Positive | Easy bleeding, Easy bruising. |
| Hema/Lymph | Negative | Lymphadenopathy. |
| Allergic/Immuno | Positive | Seasonal allergies. |
| Allergic/Immuno | Negative | Contact allergy, Environmental allergies and Food allergies. |
| Reproductive | Negative | Penile discharge and Sexual dysfunction. |

## Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 8:59 AM | 6.0 | | 182.88 | 01/12/2024 | 0 |

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 8:59 AM | 264.80 | | 120.111 | dressed with shoes | 35.91 | 2.47 |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 8:59 AM | 95/63 | sitting | left | arm | automatic | adult large |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 8:59 AM | 97.60 | 36.44 | forehead | 70 | | |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 8:59 AM | 97 | | RA | | Pre-tx | | | | R Index |

**Pain Scale**

| Time | Pain Score | Method |
|---|---|---|
| 8:59 AM | 0/10 | Numeric Pain Intensity Scale |

**Measured By**

Fields, David L. 000000036555 01/12/2024 09:00 AM 4/8

| Time | Measured by |
|---|---|
| 8:59 AM | Hannah McMurry CMA |

**Screening Summary:**
Pain is described as 0/10. Evaluated pain score with Numeric Pain Intensity Scale.
The following were reviewed: nutrition, tobacco use, alcohol use, caffeine use and drugs of abuse

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | * | Overall appearance - age appropriate. |
| Eyes | * | General - Right: wears glasses, Left: wears glasses. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Lips/teeth/gums - Normal. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Rhythm - Regular. Heart sounds - Normal S1, Normal S2. |
| Vascular | Normal | Pulses - Carotids: Normal. Capillary refill - Less than 2 seconds. |
| Skin | * | Inspection - General inspection: warm and dry. |
| Musculoskeletal | * | Gait - compensated, no assistive device. |
| Musculoskeletal | Comments | OA changes noted |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

## Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Giving encouragement to exercise | | | | | | | |
| Dietary management education, guidance, and counseling | | | | | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | HTN (I10), chronic, Stable. |
| | Impression | RTO in 4-6 months<br>MRI done 6/2023 done in Knoxville<br><br>Continue to see Dr Warren Stribling Cardiologist in Knoxville appointment in March with Echo and labs to be done prior to visit.<br><br>Work on lowering BMI to 30 with diet watching portion sizes<br><br>Continue to monitor heart and HTN due to history of heart disease in family. |

Continue to weight daily with same clothing and chart weight report over 3 lbs.

Will continue with current medications with refills if needed.
Colonoscopy advised to check with insurance to see if covered at age 45

Keep current with immunizations
Covid has had 2 injections
Flu shot done October 2023

Eat healthy low salt diet
Drink plenty of water to keep hydrated
Exercise 150min weekly.
Wear sun screen to prevent further skin damage
Wear good healthy shoes and do not walk on Concert.

| | | |
|---|---|---|
| | Patient Plan | Continue the Lisinopril 20mg daily and Aspirin 81mg daily. , sooner prn. Reviewed his recent fasting labs. Advise healthy diet and physical activity. Low sodium diet, monitor home B/P. |
| | Plan Orders | He is to schedule a follow-up visit with Mark Dalle-Ave, MD for blood pressure check 4-6 Months. |
| 2. | Assessment | Chronic HFrEF (I50.22), chronic, Stable. |
| | Impression | Continue to see Cardiologist. |
| | Patient Plan | see care plan |
| 3. | Assessment | Dilated cardiomyopathy (I42.0), chronic, Stable. |
| | Impression | will continue with Entresto and Carvedilol as ordered by Dr Barry Michelson Cardiologist.. |
| 4. | Assessment | Obstructive Sleep Apnea Hypopnea (G47.33), chronic, Stable. |
| | Impression | Suppled by Medi Home Medical Services of America INC.<br>Will obtain copy of machine reading for chart from medi Home DME.. |
| | Patient Plan | He is compliant with his CPAP use nightly for 8 hours with great benefit<br>He will continue to use his CPAP nightly and report any changes or problems |
| 5. | Assessment | Presence of automatic (implantable) cardiac defibrillator (Z95.810), chronic, Stable. |
| | Patient Plan | see care plan |
| 6. | Assessment | Dependence on other enabling machines and devices (Z99.89), chronic, Stable. |
| | Impression | 1-866-678-2825 fax number for Medi Home Care DME.. |
| | Patient Plan | Patient has Auto PAP Airsense 11 Tri Pack with heated tubing and Humidifier<br>Setting 11-20cm H2O, EPR 3H/H |
| 7. | Assessment | Morbid (severe) obesity due to excess calories (E66.01), chronic, Unstable. |
| 8. | Assessment | Body mass index (BMI) 35.0-35.9, adult (Z68.35), chronic, Unstable. |
| | Plan Orders | Today's instructions / counseling include(s) Dietary management education, guidance, and counseling.Giving encouragement to exercise |

## Pain Management Plan

Pain Scale: 0/10.
Method: Numeric Pain Intensity Scale.

## Medications *(Added, Continued or Stopped today)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 02/27/2023 | carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | N | | | |
| 02/27/2023 | Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | N | | | |
| 04/18/2023 | Farxiga 5 mg tablet | take 1 /2 TABLET BID | N | | | |
| 10/04/2023 | spironolactone 25 mg tablet | take 1 tablet by oral route every day | N | | | |
| 02/27/2023 | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | | | |

## Counseling / Educational Factors:

The patient was counseled today by Mark Dalle-Ave on medication(s). The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.
The patient was also counseled today by Mark Dalle-Ave on diagnosis. The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.
Total time of the encounter was 30 minutes, which includes time spent face-to-face with the patient as well as non-face-to-face time personally spent by the physician and/or other qualified health care professional.

## Co-Sign Orders

| Order | Ordering Provider | Cosigned Name | Cosigned Date | Cosigner Comments |
|---|---|---|---|---|
| Giving encouragement to exercise | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 01/12/2024 | |
| Dietary management education, guidance, and counseling | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 01/12/2024 | |
| follow-up visit with Mark Dalle-Ave, MD for blood pressure check 4-6 Months | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 01/12/2024 | |

*Provider:*
Dalle-Ave, Mark J 01/12/2024 9:27 AM

Electronically signed and Authenticated by on 01/12/2024.
*Document generated by*: Mark Dalle-Ave 01/12/2024 09:27 AM

---

Rural Health Services Consortium, Inc.
Rogersville Medical Complex
4307 Highway 66 South
Rogersville, TN 37857-3155
Phone: (423)921-1600

Patient: Fields, David, DOB:

| | |
|---|---|
| PATIENT: | David Fields |
| DATE OF BIRTH: | |
| DATE: | 10/04/2023 02:30 PM |
| VISIT TYPE: | Office Visit |

I Rene Schaefers LPN am scribing for and in the presence of Mark Dalle-Ave MD. Six min prior to visit MD went over notes and lab results and other testing. This 45 year old male presents for hypertension, heart failure, Chronic conditions and Scribe Present with Provider.

History of Present Illness:

1. hypertension
   The severity has been described as being mild-moderate. It is currently stable. Risk factors include family history HTN, gout or CAD, male gender, obesity and smoking. Associated symptoms include fatigue. Pertinent negatives include chest pain, claudication, dyspnea, headache, hematuria, irregular heartbeat/palpitations, nausea, tremor and vomiting.
2. heart failure
   The symptoms are reported as being moderate. He states the symptoms are chronic and are stable.
3. Chronic conditions
   1) HTN (Stable.)
   2) Dilated cardiomyopathy (Stable.)
   3) Chronic HFrEF (Stable.)
   4) Obstructive Sleep Apnea Hypopnea (Stable.)
   5) Presence of automatic (implantable) cardiac defibrillator (Stable.)
   6) Dependence on other enabling machines and devices (Stable.)
   7) Morbid (severe) obesity due to excess calories (Unstable.)
   8) Body mass index (BMI) 35.0-35.9, adult (onset 10/04/2023; Unstable.)
   Associated symptoms include fatigue. Pertinent negatives include weight gain and weight loss.
4. Scribe Present with Provider

David is here today for 2 month follow up
He is still having fatigue and dizziness and moderate shortness of breath with exertion
He fatigues easily with walking
He has combo ICD and Pacemaker noted he stated has to sit certain way of bothers pacemaker makes heart flutter
He is working with Pam Jenkins for disability.

Chronic Conditions Addressed Today:

| Diagnosis Description | Code | Status | HPI Comments |
|---|---|---|---|
| HTN | I10 | Stable | |

| | | |
|---|---|---|
| Dilated cardiomyopathy | I42.0 | Stable |
| Chronic HFrEF | I50.22 | Stable |
| Obstructive Sleep Apnea Hypopnea | G47.33 | Stable |
| Presence of automatic (implantable) cardiac defibrillator | Z95.810 | Stable |
| Dependence on other enabling machines and devices | Z99.89 | Stable |
| Morbid (severe) obesity due to excess calories | E66.01 | Unstable |
| Body mass index (BMI) 35.0-35.9, adult | Z68.35 | Unstable |

Screening Tools

**Other Screenings:**

| Encounter Date | Documented Date | Instrument | Score | Severity/Interpretation | MDD Classification |
|---|---|---|---|---|---|
| 10/04/2023 | 10/04/2023 | Patient Health Questionnaire (PHQ-2) | 0 | Further testing is not required | |

Intake Comments: TAKES ASPIRIN OTC
NO SELF REFERRALS

## PAST MEDICAL/SURGICAL HISTORY (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| Hypertension | | PACEMAKER DEFIBELATOR | | |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | | | Hypertension | | N |
| Father | | | | Stroke | | N |
| Father | | | | Hyperlipidemia | | N |
| Father | | | | Coronary artery disease | | N |

## Social History: (Reviewed, updated)

Tobacco use reviewed.
Preferred language is English.
The patient does not need an interpreter.
MARITAL STATUS/FAMILY/SOCIAL SUPPORT
Marital status: Married
Smoking status: Never smoker.

SMOKING STATUS

| Type | Smoking Status | Usage Per Day | Years Used | Total Years |
|---|---|---|---|---|
| | Never smoker | | | |

ALCOHOL
There is no history of alcohol use.
Patient has had 5 or more drinks in one day: 0 time(s) in the past year.
CAFFEINE
The patient uses caffeine: coffee and tea. - 2 cups a day.
LIFESTYLE
DIET
low salt.

## Advance Directives

Reviewed

### Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | 02/27/2023 | | | N |
| Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | 02/27/2023 | | | N |
| cetirizine 10 mg tablet | take 1 tablet by oral route every day | 02/27/2023 | 10/04/2023 | | N |
| Vazalore 81 mg capsule | take 1 capsule by oral route every day | 02/27/2023 | | | N |
| Farxiga 5 mg tablet | take 1 /2 TABLET BID | 04/18/2023 | | | N |

### Medication Reconciliation

Medications reconciled today.

### Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| taking as directed | carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | N | Verified |
| taking as directed | cetirizine 10 mg tablet | take 1 tablet by oral route every day | N | Verified |
| taking as directed | Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | N | Verified |
| taking as directed | Farxiga 5 mg tablet | take 1 /2 TABLET BID | N | Verified |
| taking as directed | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | Verified |

## Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| PENICILLIN G | (mild) | | |

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue, Malaise. |
| Constitutional | Negative | Chills, Fever, Night sweats, Weight gain and Weight loss. |
| ENMT | Negative | Ear drainage, Hearing loss, Nasal drainage, Otalgia, Sinus pressure and |

Sore throat.

| | | |
|---|---|---|
| Eyes | Negative | Eye discharge, Eye pain and Vision changes. |
| Respiratory | Positive | Dyspnea, DOE. |
| Respiratory | Negative | Chronic cough, Cough, Known TB exposure and Wheezing. |
| Cardio | Positive | Edema. |
| Cardio | Negative | Chest pain, Claudication and Irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, Blood in stool, Change in stool pattern, Constipation, Decreased appetite, Diarrhea, Heartburn, Nausea and Vomiting. |
| GU | Negative | Dribbling, Dysuria, Hematuria, Polyuria (Genitourinary), Slow stream, Urinary frequency, Urinary incontinence and Urinary retention. |
| Neuro | Positive | Dizziness, Extremity weakness. |
| Neuro | Negative | Gait disturbance, Headache, Memory impairment, Numbness in extremity, Seizures and Tremors. |
| Psych | Positive | Depression, Insomnia. |
| Psych | Negative | Anxiety. |
| Integumentary | Negative | Brittle hair, Brittle nails, Change in shape/size of mole(s), Hair loss, Hirsutism, Hives, Pruritus, Rash and Skin lesion. |
| MS | Positive | Muscle weakness. |
| MS | Negative | Back pain, Joint pain, Joint swelling and Neck pain. |
| Hema/Lymph | Negative | Easy bleeding, Easy bruising and Lymphadenopathy. |
| Allergic/Immuno | Negative | Contact allergy, Environmental allergies, Food allergies and Seasonal allergies. |

## Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 2:27 PM | 6.0 | | 182.88 | 12/07/2011 | 0 |

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 2:27 PM | 261.80 | | 118.750 | | 35.51 | 2.46 |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 2:27 PM | 98/62 | sitting | left | arm | automatic | adult large |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 2:27 PM | 98.00 | 36.67 | | 65 | | 16 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 2:27 PM | 96 | | | | | | | | |

**Pain Scale**

| Time | Pain Score | Method |
|---|---|---|
| 2:27 PM | 0/10 | Numeric Pain Intensity Scale |

**Measured By**

| Time | Measured by |
|---|---|
| 2:27 PM | Joyce Carter, LPN |

**Screening Summary:**

Functional status has not changed.
Most recent assessment: 10/04/2023

Cognitive status has not changed.
Most recent assessment: 10/04/2023
The following were reviewed: nutrition, tobacco use, alcohol use, caffeine use and drugs of abuse

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | * | Overall appearance - age appropriate. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Lips/teeth/gums - Normal. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Rhythm - Regular. Heart sounds - Normal S1, Normal S2. Extremities - No edema. |
| Vascular | Normal | Pulses - Carotids: Normal. Capillary refill - Less than 2 seconds. |
| Skin | * | Inspection - General inspection: warm and dry. |
| Musculoskeletal | * | Gait - compensated, no assistive device. |
| Musculoskeletal | Comments | OA changes noted |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

## Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | | | | Further testing is not required | 0 | | |
| Giving encouragement to exercise | | | | | | | |
| Dietary management education, guidance, and counseling | | | | | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | HTN (I10), chronic, Stable. |
| | Impression | RTO in 3 months<br>Will do fasting labs in 3 months<br>MRI done 6/2023 done in Knoxville<br><br>Continue to see Dr Barry Michaelson Cardiologist in Knoxville<br>Work on lowering BMI to 30 with diet watching portion sizes 1/4 cup is portion size. |

| | | |
|---|---|---|
| | | Continue to monitor heart and HTN due to history of heart disease in family.<br>Continue to weight daily with same clothing and chart weight report over 3-5 lbs.<br>Advised on medications to help heart will lower BP.<br>Patient continues with dizziness and moderate SOB with exertion<br>Continue with exercise<br><br>Will continue with current medications with refills if needed.<br>Colonoscopy advised to check with insurance to see if covered at age 45<br><br>Keep current with immunizations<br>Covid has had 2 injections<br>Flu shot done 2021<br><br>Eat healthy low salt diet<br>Drink plenty of water to keep hydrated<br>Exercise 150min weekly.<br>Wear sun screen to prevent further skin damage<br>Wear good healthy shoes and do not walk on Concert |
| | Patient Plan | Continue the Lisinopril 20mg daily and Aspirin 81mg daily. , sooner prn. Reviewed his recent fasting labs. Advise healthy diet and physical activity. Low sodium diet, monitor home B/P. |
| | Plan Orders | CBC w/diff to be performed, CMP to be performed and Lipid Panel With LDL/HDL Ratio to be performed. He is to schedule a follow-up visit with Mark Dalle-Ave, MD for blood pressure check 3-4 Months. |
| 2. | Assessment | Dilated cardiomyopathy (I42.0), chronic, Stable. |
| | Impression | will continue with Entresto and Carvedilol as ordered by Dr Barry Michelson Cardiologist.. |
| 3. | Assessment | Chronic HFrEF (I50.22), chronic, Stable. |
| | Impression | Continue to see Cardiologist. |
| | Patient Plan | see care plan |
| 4. | Assessment | Obstructive Sleep Apnea Hypopnea (G47.33), chronic, Stable. |
| | Impression | Suppled by Medi Home Medical Services of America INC.<br>Will obtain copy of machine reading for chart from medi Home DME.. |
| | Patient Plan | He is compliant with his CPAP use nightly for 8 hours with great benefit<br>He will continue to use his CPAP nightly and report any changes or problems |
| 5. | Assessment | Presence of automatic (implantable) cardiac defibrillator (Z95.810), chronic, Stable. |
| | Patient Plan | see care plan |
| 6. | Assessment | Dependence on other enabling machines and devices (Z99.89), chronic, Stable. |
| | Impression | 1-866-678-2825 fax number for Medi Home Care DME.. |
| | Patient Plan | Patient has Auto PAP Airsense 11 Tri Pack with heated tubing and Humidifier<br>Setting 11-20cm H2O, EPR 3H/H |
| 7. | Assessment | Morbid (severe) obesity due to excess calories (E66.01), chronic, Unstable. |
| 8. | Assessment | Body mass index (BMI) 35.0-35.9, adult (Z68.35), chronic, Unstable. |



PAGE 27/50 * RCVD AT 8/14/2024 10:44:04 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:8778433950 * CSID:423 272 1428 * ANI:4232721428 * DURATION (mm-ss):15-56

Plan Orders Today's instructions / counseling include(s) Dietary management education, guidance, and counseling.Giving encouragement to exercise

## Pain Management Plan

Pain Scale: 0/10.
Method: Numeric Pain Intensity Scale.

## Medications *(Added, Continued or Stopped today)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 02/27/2023 | carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | N | | | |
| 02/27/2023 | cetirizine 10 mg tablet | take 1 tablet by oral route every day | N | | | 10/04/2023 |
| 02/27/2023 | Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | N | | | |
| 04/18/2023 | Farxiga 5 mg tablet | take 1 /2 TABLET BID | N | | | |
| 10/04/2023 | spironolactone 25 mg tablet | take 1 tablet by oral route every day | N | | | |
| 02/27/2023 | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | | | |

## Counseling / Educational Factors:

The patient was counseled today by Mark Dalle-Ave on medication(s). The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.
The patient was also counseled today by Mark Dalle-Ave on diagnosis. The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.
Total time of the encounter was 30 minutes, which includes time spent face-to-face with the patient as well as non-face-to-face time personally spent by the physician and/or other qualified health care professional.

The patient was checked out at 3:37 PM by Christina Seals.

## Co-Sign Orders

| Order | Ordering Provider | Cosigned Name | Cosigned Date | Cosigner Comments |
|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 10/04/2023 | |
| Giving encouragement to exercise | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 10/04/2023 | |
| Dietary management education, guidance, and counseling | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 10/04/2023 | |



PAGE 28/50 * RCVD AT 8/14/2024 10:44:04 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:8778433950 * CSID:423 272 1428 * ANI:4232721428 * DURATION (mm-ss):15-56

| | | | |
|---|---|---|---|
| CBC w/diff | Dalle-Ave MD, Mark J MD | Mark Dalle-Ave | 10/04/2023 |
| CMP | Dalle-Ave MD, Mark J MD | Mark Dalle-Ave | 10/04/2023 |
| Lipid Panel With LDL/HDL Ratio | Dalle-Ave MD, Mark J MD | Mark Dalle-Ave | 10/04/2023 |
| follow-up visit with Mark Dalle-Ave, MD for blood pressure check 3-4 Months | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 10/04/2023 |

*Provider:*
Dalle-Ave, Mark J 10/04/2023 3:59 PM

Electronically signed and Authenticated by Mark J Dalle-Ave MD on 10/04/2023.
*Document generated by:* Mark Dalle-Ave 10/04/2023 03:59 PM

---

Rural Health Services Consortium, Inc.
Rogersville Medical Complex
4307 Highway 66 South
Rogersville, TN 37857-3155
Phone: (423)921-1600

Patient: Fields, David, DOB:

| | |
|---|---|
| PATIENT: | David Fields |
| DATE OF BIRTH: | |
| DATE: | 08/01/2023 11:30 AM |
| VISIT TYPE: | Office Visit |

I Rene Schaefers LPN am scribing for and in the presence of Mark Dalle-Ave MD. Six min prior to visit MD went over notes and lab results and other testing. This 45 year old male presents for hypertension, heart failure, Chronic conditions and Scribe Present with Provider.

History of Present Illness:

1. hypertension
   The severity has been described as being mild-moderate. It is currently stable. Risk factors include family history HTN, gout or CAD, male gender, obesity and smoking. Associated symptoms include dyspnea and fatigue. Pertinent negatives include chest pain, claudication, confusion, diaphoresis, epistaxis, headache, hematuria, irregular heartbeat/palpitations, nausea, tinnitus, transient weakness, tremor, visual disturbances and vomiting.
2. heart failure
   The symptoms are reported as being moderate. He states the symptoms are chronic and are stable.
3. Chronic conditions
   1) HTN (Stable.)
   2) Heart failure, unspecified (Stable.)
   3) Dilated cardiomyopathy (Stable.)
   4) Presence of automatic (implantable) cardiac defibrillator (Stable.)
   5) Obstructive Sleep Apnea Hypopnea (Stable.)
   6) Dependence on other enabling machines and devices (Stable.)
   7) Morbid (severe) obesity due to excess calories (Unstable.)
   8) Body mass index (BMI) 35.0-35.9, adult (onset 08/01/2023; Unstable.)
   Associated symptoms include fatigue.
4. Scribe Present with Provider

David is here today for 6 month follow up
He has had 1 Covid injections
He has Pacemaker defibulator
He started to have heart problems after 3 episode of Covid last episode was in September in 2022 with problems with SOB and no energy.
He had gain a lot of weight that later was found to be fluid
He went to Cardiologist Dr Michaelson.

He saw Cardiologist in February of 2023 and did Echo of heat and found to have 10% EF
They put him on a lot of medication for heart and they in Mid feb wrist heart cath done with no major problems found.

Then on May 6th 2023 2nd Echocardiogram done increased to 20% EF and then had MRI done June [illegible]th 20[illegible] of heart with results of 27% EF at that time and that heart muscle was weak and needed Pacemaker with ICD was place on July 14 of 2023.

He is over whelmed at young age with sudden cardiac issues and concerns for long term health and wellness of his family.
When he finished high school at Volunteer he had many jobs for last 5 years has works at ETIM.

Chronic Conditions Addressed Today:

| Diagnosis Description | Code | Status | HPI Comments |
|---|---|---|---|
| HTN | I10 | Stable | |
| Heart failure, unspecified | I50.9 | Stable | |
| Dilated cardiomyopathy | I42.0 | Stable | |
| Presence of automatic (implantable) cardiac defibrillator | Z95.810 | Stable | |
| Obstructive Sleep Apnea Hypopnea | G47.33 | Stable | |
| Dependence on other enabling machines and devices | Z99.89 | Stable | |
| Morbid (severe) obesity due to excess calories | E66.01 | Unstable | |
| Body mass index (BMI) 35.0-35.9, adult | Z68.35 | Unstable | |

Screening Tools

**Other Screenings:**

| Encounter Date | Documented Date | Instrument | Score | Severity/Interpretation | MDD Classification |
|---|---|---|---|---|---|
| 08/01/2023 | 08/01/2023 | Patient Health Questionnaire (PHQ-2) | 0 | Further testing is not required | |

## PAST MEDICAL/SURGICAL HISTORY (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| Hypertension | | | | |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | | | Hypertension | | N |
| Father | | | | Stroke | | N |
| Father | | | | Hyperlipidemia | | N |
| Father | | | | Coronary artery disease | | N |

## Social History: (Detailed)

Tobacco use reviewed.
Preferred language is English.
The patient does not need an interpreter.
MARITAL STATUS/FAMILY/SOCIAL SUPPORT
Marital status: Married
Smoking status: Never smoker.

SMOKING STATUS

| Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|
| | Never smoker | | | |

ALCOHOL
There is no history of alcohol use.
Patient has had 5 or more drinks in one day: 0 time(s) in the past year.
CAFFEINE
The patient uses caffeine: coffee and tea. - 2 cups a day.
LIFESTYLE
DIET
low salt.

## Advance Directives

Reviewed

### Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | 02/27/2023 | | | N |
| Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | 02/27/2023 | | | N |
| cetirizine 10 mg tablet | take 1 tablet by oral route every day | 02/27/2023 | | | N |
| Vazalore 81 mg capsule | take 1 capsule by oral route every day | 02/27/2023 | | | N |
| Farxiga 5 mg tablet | take 1 /2 TABLET BID | 04/18/2023 | | | N |

### Medication Reconciliation

Medications reconciled today.

### Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| taking as directed | carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | N | Verified |
| taking as directed | Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | N | Verified |
| taking as directed | Farxiga 5 mg tablet | take 1 /2 TABLET BID | N | Verified |
| taking as directed | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | Verified |

## Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|

PENICILLIN G (mild)
Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue. |
| ENMT | Negative | Ear drainage, Epistaxis, Hearing loss, Nasal drainage, Otalgia, Sinus pressure, Sore throat and Tinnitus. |
| Eyes | Negative | Eye discharge, Eye pain, Vision changes and Visual disturbance. |
| Respiratory | Positive | Dyspnea. |
| Respiratory | Negative | Chronic cough, Cough, Known TB exposure and Wheezing. |
| Cardio | Negative | Chest pain, Claudication and Irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, Blood in stool, Change in stool pattern, Constipation, Decreased appetite, Diarrhea, Heartburn, Nausea and Vomiting. |
| GU | Negative | Dribbling, Dysuria, Hematuria, Polyuria (Genitourinary), Slow stream, Urinary frequency, Urinary incontinence and Urinary retention. |
| Endocrine | Negative | Cold intolerance, Diaphoresis, Heat intolerance, Polydipsia and Polyphagia. |
| Neuro | Negative | Confusion, Dizziness, Extremity weakness, Gait disturbance, Headache, Memory impairment, Numbness in extremity, Seizures, Transient weakness and Tremors. |
| Psych | Negative | Anxiety, Depression and Insomnia. |
| Integumentary | Negative | Brittle hair, Brittle nails, Change in shape/size of mole(s), Hair loss, Hirsutism, Hives, Pruritus, Rash and Skin lesion. |
| MS | Negative | Back pain, Joint pain, Joint swelling, Muscle weakness and Neck pain. |
| Hema/Lymph | Negative | Easy bleeding, Easy bruising and Lymphadenopathy. |
| Allergic/Immuno | Negative | Contact allergy, Environmental allergies, Food allergies and Seasonal allergies. |

## Vital Signs

### Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 11:33 AM | 6.0 | | 182.88 | 12/07/2011 | 0 |

### Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 11:33 AM | 259.80 | | 117.843 | | 35.23 | 2.45 |

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 11:33 AM | 107/71 | sitting | left | arm | automatic | adult large |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 11:33 AM | 98.00 | 36.67 | | 74 | | 16 |

### Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FIO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 11:33 AM | 97 | | | | | | | | |

### Pain Scale

| Time | Pain Score | Method |
|---|---|---|
| 11:33 AM | 0/10 | Numeric Pain Intensity Scale |

**Measured By**

| Time | Measured by |
|---|---|
| 11:33 AM | Joyce Carter, LPN |

**Screening Summary:**
Functional status has not changed.
Most recent assessment: 08/01/2023

The following were reviewed: nutrition, tobacco use, alcohol use, caffeine use and drugs of abuse

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | * | Overall appearance - age appropriate. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Lips/teeth/gums - Normal. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Rhythm - Regular. Heart sounds - Normal S1, Normal S2. Extremities - No edema. |
| Vascular | Normal | Pulses - Carotids: Normal. Capillary refill - Less than 2 seconds. |
| Skin | * | Inspection - General inspection: warm and dry. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

## Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | | | | Further testing is not required | 0 | | |
| Giving encouragement to exercise | | | | | | | |
| Dietary management education, guidance, and counseling | | | | | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | HTN (I10), chronic, Stable. |
| | Impression | RTO in 2 months<br>Continue to see Dr Barry Michaelson Cardiologist in Knoxville |

Work on lowering BMI to 30 with diet watching portion sizes 1/4 cup is portion size.
Continue to monitor heart and HTN due to history of heart disease in family.

Will continue with current medications with refills if needed
Colonoscopy advised to check with insurance to see if covered at age 45

Keep current with immunizations
Covid has had 2 injections
Flu shot done 2021

Eat healthy low salt diet
Drink plenty of water to keep hydrated
Exercise 150min weekly.
Wear sun screen to prevent further skin damage
Wear good healthy shoes and do not walk on Concert.

Patient Plan — Continue the Lisinopril 20mg daily and Aspirin 81mg daily. Follow up in 6 months, sooner prn. Reviewed his recent fasting labs. Advise healthy diet and physical activity. Low sodium diet, monitor home B/P.

Plan Orders — He is to schedule a follow-up visit with Mark Dalle-Ave, MD for blood pressure check 2 Months.

2. Assessment — Heart failure, unspecified (I50.9), chronic, Stable.

3. Assessment — Dilated cardiomyopathy (I42.0), chronic, Stable.
Impression — will continue with Entresto and Carvedilol as ordered by Dr Barry Michelson Cardiologist..

4. Assessment — Presence of automatic (implantable) cardiac defibrillator (Z95.810), chronic, Stable.
Patient Plan — see care plan

5. Assessment — Obstructive Sleep Apnea Hypopnea (G47.33), chronic, Stable.
Impression
Suppled by Medi Home Medical Services of America INC.
Will obtain copy of machine reading for chart from medi Home DME..
Patient Plan
He is compliant with his CPAP use nightly for 8 hours with great benefit
He will continue to use his CPAP nightly and report any changes or problems

6. Assessment — Dependence on other enabling machines and devices (Z99.89), chronic, Stable.
Impression — 1-866-678-2825 fax number for Medi Home Care DME..
Patient Plan — Patient has Auto PAP Airsense 11 Tri Pack with heated tubing and Humidifier
Setting 11-20cm H2O, EPR 3H/H

7. Assessment — Morbid (severe) obesity due to excess calories (E66.01), chronic, Unstable.

8. Assessment — Body mass index (BMI) 35.0-35.9, adult (Z68.35), chronic, Unstable.
Plan Orders — Today's instructions / counseling include(s) Dietary management education, guidance, and counseling.Giving encouragement to exercise

## Pain Management Plan

Pain Scale: 0/10.
Method: Numeric Pain Intensity Scale.

## Medications *(Added, Continued or Stopped today)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 02/27/2023 | carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | N | | | |
| 02/27/2023 | cetirizine 10 mg tablet | take 1 tablet by oral route every day | N | | | |
| 02/27/2023 | Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | N | | | |
| 04/18/2023 | Farxiga 5 mg tablet | take 1 /2 TABLET BID | N | | | |
| 02/27/2023 | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | | | |

## Counseling / Educational Factors:

The patient was counseled today by Mark Dalle-Ave on medication(s). The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.
The patient was also counseled today by Mark Dalle-Ave on diagnosis. The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.
Total time of the encounter was 30 minutes, which includes time spent face-to-face with the patient as well as non-face-to-face time personally spent by the physician and/or other qualified health care professional.

The patient was checked out at 12:26 PM by Christina Seals.

## Co-Sign Orders

| Order | Ordering Provider | Cosigned Name | Cosigned Date | Cosigner Comments |
|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 08/01/2023 | |
| Giving encouragement to exercise | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 08/01/2023 | |
| Dietary management education, guidance, and counseling | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 08/01/2023 | |
| follow-up visit with Mark Dalle-Ave, MD for blood pressure check 2 Months | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 08/01/2023 | |

*Provider:*
Dalle-Ave, Mark J 08/01/2023 1:06 PM

Electronically signed and Authenticated by [signature] on 08/01/2023.

*Document generated by*: Mark Dalle-Ave 08/01/2023 01:06 PM

---

Rural Health Services Consortium, Inc.
Rogersville Medical Complex
4307 Highway 66 South
Rogersville, TN 37857-3155
Phone: (423)921-1600

Patient: Fields, David, DOB:

Tennova Heart

Knoxville HMA Cardiology Turkey Creek
10800 PARKSIDE DR STE 331
KNOXVILLE, TN 37934-1982
Phone: (865) 392-3400, Fax: (865) 392-3449

Date: 05/23/2024

RE: David Fields
DOB:
PT ID #98454

Dear Mark Dalle Ave MD,

We saw David Fields in our office today. The clinical summary is attached below for your review. Thank you for allowing us to participate in your patient's care.

Sincerely,

Electronically Signed by: NILAM PATEL, MD

## History of Present Illness

routine fup
doing well
no issues since last visit
improved since device implant
feels itching at device site infrequently
awaiting stress test at st.thomas
being evaluate for possible mitral valve clip

## Assessment/Plan

**1. Biventricular automatic implantable cardioverter defibrillator in situ -**
BSC CRT-D_7/2023

10 years
AP 37%, LVP 99%_DDDR 60/125
NSVT x 1 and ATR x 1_Monitor 170, VF 200

Remote q3 months
RTC 6 mths Sara
Z95.810: Presence of automatic (implantable) cardiac defibrillator

**2. Nonischemic congestive cardiomyopathy -**
2022

EKG:
2/2023: ST 90, PR 220, QRS 126, RBBB/LPFB, QTc 443
6/2023: SR 65, PR 260, QRS 131 RBBB/LPFB, QTc 433

Imaging
LHC: 2/2023: normal coronaries, EF 10-15%, LVEDP 40, mod MR
Echo: 5/2023: EF 20%, mod LAE, mild AVTR, mild to mod MR, RVSP 40, LVIDd6.56
Echo: 2/2023: EF 10-15%
Echo: 3/2024: EF 20% mod to sev MR
Cardiac MRI: 2023: EF 27%, akinesis and wall thinning of anterior, inferior, and lateral walls. no evidence of iron overload. 50% subendocardial LGE in the basal and mid lateral walls consistent with infarct pattern. normal RV size and moderate systolic dysfunction EF 32%. mild MR.
VO2 at St.Thomas: pending

on Entresto 49-51 mg BID/Farxiga 10 daily/spironolactone 25mg daily/carvedilol 12.5mg BID

s/p CRT-D 7/2023

f/up Dr.Michelson/Dr.Stribbling
I42.0: Dilated cardiomyopathy

**3. Chronic systolic heart failure -**
as above
I50.22: Chronic systolic (congestive) heart failure

**4. Essential hypertension -**
2006
I10: Essential (primary) hypertension
- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE

**5. History of SARS-CoV-2 -**
3 episodes so far. no hospitalization
1st and 3rd was severe
diagnosed with HF after 3rd episode
Z86.16: Personal history of COVID-19

**6. First degree atrioventricular block -**
asymptomatic

I44.0: Atrioventricular block, first degree
- HEART BLOCKS: CARE INSTRUCTIONS

**7. Obstructive sleep apnea syndrome -**
2012
compliant to CPAP
G47.33: Obstructive sleep apnea (adult) (pediatric)
- SLEEP APNEA: CARE INSTRUCTIONS

**8. Obesity -**
BMI 35
weight loss advised by diet/exercise
E66.9: Obesity, unspecified
- WHEN YOU ARE OVERWEIGHT: CARE INSTRUCTIONS
- LEARNING ABOUT HEALTHY WEIGHT

**9. Mitral valve regurgitation -**
mgmt per Dr.Michelson and St.Thomas HF team
I34.0: Nonrheumatic mitral (valve) insufficiency
- HEART VALVE DISEASE: CARE INSTRUCTIONS
- MITRAL VALVE REGURGITATION: CARE INSTRUCTIONS

Return to Office
- Barry Michelson, MD for *Follow-up 15 at ETHC_South on 09/11/2024 at 10:45 AM
- to see Barry Michelson, MD at ETHC_South on or around 09/13/2024
- to see SARA JOHNSON, NP at ETHC_Turkey Creek on or around 11/23/2024

**Ascension Medical Group Saint Thomas Turkey Creek**
10800 Parkside Drive
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**Send To:** Mark Dalle Ave MD
**Encounter Summary - Progress Note**
Date Printed: 04/29/2024
Appointment Date:04/25/2024

Documents sent via fax will include the followingmessage:

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have Internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:136311080-H-7654]

| | |
|---|---|
| **Patient** | Fields, David L (46yo, M) #3189388 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **History of Present Illness** | Mr. Fields is a 46 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.<br><br>On his last visit 6 mo ago, I increased Farxiga to 10mg. Since then, coreg was increased by Dr. Michelson. He had echo in March but we dont have results. He feels well. Denies CP, SOB, swelling, dizziness or syncope. He has been active, working on the farm w/o limitations. |
| **Past Medical History** | (none recorded) |
| **Patient Social History** | Social History not reviewed (last reviewed 10/12/2023) |
| **Medications** | Reviewed Medications |

| Medication | Date | Status |
|---|---|---|
| **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 04/12/23 | entered |
| **carvediloL 12.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 04/25/24 | entered |
| **Entresto 49 mg-51 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 04/12/23 | entered |
| **Farxiga 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | prescribed |
| **multivitamin** 1 tab daily | 04/12/23 | entered |
| **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | entered |

FIELDS, David L (id #3189388, dob:

| | |
|---|---|
| **Allergies List** | Reviewed Allergies<br>**PENICILLINS** |
| **Family History** | None recorded |
| **Vaccine History** | None recorded |
| **Review of Systems** | None recorded |
| **Vitals** | **Ht:** 6 ft (182.88 cm) 04/25/2024 11:11 am; **Wt:** 260.2 lbs (118.02 kg) 04/25/2024 11:11 am; **BMI:** 35.3 04/25/2024 11:11 am<br>**BP:** 107/71 04/25/2024 11:20 am; **Pulse:** 60 bpm 04/25/2024 11:20 am |
| **Physical Exam** | **Constitutional:** General Appearance: appears stated age and **overweight**. Level of Distress: comfortable.<br>**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.<br>**Eyes:** Lids and Conjunctivae: no discharge, pallor, or xanthelasma and anicteric.<br>**ENMT:** Lips, Teeth, and Gums: normal dentition. Ears: no lesions on external ear and (normal) hearing. Nose: no lesions on external nose or nasal discharge and nares patent. Oropharynx: no cyanosis or pallor.<br>**Neck:** Neck: supple and trachea midline. Jugular Veins: normal jugular venous pressure.<br>**Lungs:** Respiratory Effort: unlabored. Auscultation: no wheezing, rales, or rhonchi and clear.<br>**Cardiovascular:** Rate And Rhythm: regular. Heart Sounds: normal S1 and S2 and no rub, gallop, or click. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no cyanosis or edema.<br>**Abdomen:** Inspection and Palpation: non distended or tender and soft and no masses. Liver: non tender or no hepatomegaly. Spleen: non tender.<br>**Musculoskeletal:** Inspection: no joint tenderness or swelling and normal back.<br>**Neurologic:** Gait: normal gait. Neurological: no focal deficits and cranial nerves intact.<br>**Skin:** Inspection and Palpation: warm and dry. Nails: no clubbing. |
| **Results/Interpretations** | None recorded |

**Assessment and Plan**

**1. Chronic systolic heart failure** - → Guideline Directed Medical Tx
He has stage C HF w/ improving NYHA class I-II symptoms. He is on reasonable GDMT and has undergone CRT-D. Recent labs reviewed and unremarkable. We will get CPX at some point between now and next year. He will fu w/ NP here in 1 year.
I50.22: Chronic systolic (congestive) heart failure → Cardiac Resynchronization Therapy Defibrillator
- CARDIOPULMONARY STRESS TEST (PROC)

**2. Nonischemic congestive cardiomyopathy** -
Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation. He is being treated w/ GDMT and has undergone CRT-D though I am uncertain this will lead to much improvement as QRS duration was not very long and he did not have LBBB. Working on getting echo results from 1 mo ago.
I42.0: Dilated cardiomyopathy

**3. Body mass index 40+ - severely obese** -
Stable. c/w wt loss and exercise.
Z68.42: Body mass index [BMI] 45.0-49.9, adult

**4. Obstructive sleep apnea syndrome** -
On CPAP and tolerating.
G47.33: Obstructive sleep apnea (adult) (pediatric)

Return to Office
Patient will return to the office as needed

Electronically Signed by: WARREN K STRIBLING MD

STMP_Saint Thomas Medical Partners • 10800 Parkside Drive, KNOXVILLE TN 37934-1922
**FIELDS, David L (id #3189388, dob:**
**Ascension Medical Group Saint Thomas Turkey Creek**
10800 Parkside Drive
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**Send To:** Mark Dale Ave MD
**Encounter Summary - Progress Note**
Date Printed: 10/16/2023
Appointment Date:10/12/2023

Documents sent via fax will include the followingmessage:

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:126519996-H-7654]

| | |
|---|---|
| **Patient** | Fields, David L (45yo, M) #3189388 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **History of Present Illness** | Mr. Fields is a 45 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt.<br><br>On his last initial visit 6 mo ago, I made no med changes as he was on appropriate GDMT w/ relative hypotension but much improved HF symptoms. I recommended reassessing LVSF w/ cMRI. He apparently had MRI but I dont have results. Echo showed ongoing severe reduction in LVSF EF 20% so CRT-D was implanted in July. He feels "better." Continues to have dizziness w/ position changes and has some fatigue described as being "tired." This tends to occur w/ physical activity, making him take longer to do activities than prior to HF diagnosis. Denies CP, dyspnea, swelling, syncope or ICD shocks. He does have some diaphragmatic stimulation when lying on L side. BP and wt log reviewed w/ stable wt and most bps in 90s. |
| **Past Medical History** | (none recorded) |
| **Patient Social History** | Reviewed Social History |
| **Medications** | Reviewed Medications |

| | |
|---|---|
| **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 04/12/23 entered |
| **carvedilol 6.25 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 04/12/23 entered |
| **Entresto 49 mg-51 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 04/12/23 entered |
| **Farxiga 10 mg tablet** | 10/12/23 prescribed |

| | | |
|---|---|---|
| | Take 1 tablet(s) every day by oral route. | |
| | **multivitamin** 1 tab daily | 04/12/23 entered |
| | **spironolactone 25 mg tablet** Take 1 tablet(s) every day by oral route. | 10/12/23 entered |
| **Allergies List** | Reviewed Allergies<br>**PENICILLINS** | |
| **Family History** | None recorded | |
| **Vaccine History** | None recorded | |
| **Review of Systems** | None recorded | |

**Vitals**

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft (182.88 cm) 10/12/2023 11:17 am | **Wt:** | 260.2 lbs (118.02 kg) 10/12/2023 11:17 am | **BMI:** | 35.3 10/12/2023 11:17 am |
| **BP:** | 106/67 10/12/2023 11:18 am | **Pulse:** | 66 bpm 10/12/2023 11:18 am | | |

**Physical Exam**

**Constitutional:** General Appearance: appears stated age and **overweight**. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:** Lids and Conjunctivae: no discharge, pallor, or xanthelasma and anicteric.

**ENMT:** Lips, Teeth, and Gums: normal dentition. Ears: no lesions on external ear and (normal) hearing. Nose: no lesions on external nose or nasal discharge and nares patent. Oropharynx: no cyanosis or pallor.

**Neck:** Neck: supple and trachea midline. Jugular Veins: normal jugular venous pressure.

**Lungs:** Respiratory Effort: unlabored. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Rate And Rhythm: regular. Heart Sounds: normal S1 and S2 and no rub, gallop, or click. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no cyanosis or edema.

**Abdomen:** Inspection and Palpation: non distended or tender and soft and no masses. Liver: non tender or no hepatomegaly. Spleen: non tender.

**Musculoskeletal:** Inspection: no joint tenderness or swelling and normal back.

**Neurologic:** Gait: normal gait. Neurological: no focal deficits and cranial nerves intact.

**Skin:** Inspection and Palpation: warm and dry. Nails: no clubbing.

**Results/Interpretations** None recorded

| Assessment and Plan | |
|---|---|
| | **1. Chronic systolic heart failure** - He has stage C HF w/ improving NYHA class II symptoms. He is on reasonable GDMT that cannot be uptitrated due to relative hypotension. I will, however, try to increase Farxiga to 10mg daily and have advised adequate hydration to avoid vol depletion. Will get recent labs from Dr. Michelson and have him fu with us in 6mo<br>I50.22: Chronic systolic (congestive) heart failure<br>• Farxiga 10 mg tablet - Take 1 tablet(s) every day by oral route. Qty: (90) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER<br><br>**2. Nonischemic congestive cardiomyopathy** - Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation. Will try to get cath results and recent EKG results. He is being treated w/ GDMT and has undergone CRT-D though I am uncertain this will lead to much improvement as QRS duration was not very long and he did not have LBBB.<br>I42.0: Dilated cardiomyopathy<br><br>**3. Body mass index 40+ - severely obese** - Stable. c/w wt loss and exercise.<br>Z68.42: Body mass index [BMI] 45.0-49.9, adult<br><br>**4. Obstructive sleep apnea syndrome** - On CPAP and tolerating.<br>G47.33: Obstructive sleep apnea (adult) (pediatric)<br><br>Return to Office<br>• Warren K Stribling MD for Established Patient 20 at STPS_Turkey Creek Hrt Failure on 04/18/2024 at 11:00 AM |

Electronically Signed by: WARREN K STRIBLING MD



Electronically Signed By: Dalle-Ave, Mark MD 10/18/2023 9:51 PM

**Rural Health Services Consortium, Inc.**
P.O. Box 850
Rogersville, TN, 378576028
Phone #: (800) 968-4200

**Fields, David L**

Person #: 158311
Sex: M
DOB:

**Order Date:** 07/24/2024

**Ordering:** Dalle-Ave MD, Mark J **Performing #:** LabCorp **Location:** Rogersville Medical Complex

**Tests Ordered :** Hep C Ab (NG140659), CMP (NG322000)

**HCV Antibody (Collection Date: 07/24/2024 11:00, Status: Final)**

Performed At: TNLCA, Labcorp Knoxville
1924 Alcoa Hwy Box 108, Knoxville, TN, 379201511
Yorke, Young, MD, Phone: 8653128455

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Hep C Virus Ab | Non Reactive | | | Non Reactive | HCV antibody alone does not differentiate between previously resolved infection and active infection. Equivocal and Reactive HCV antibody results should be followed up with an HCV RNA test to support the diagnosis of active HCV infection. |

**Comp. Metabolic Panel (14) (Collection Date: 07/24/2024 11:00, Status: Final)**

none
Performed At: TNLCA, Labcorp Knoxville
1924 Alcoa Hwy Box 108, Knoxville, TN, 379201511
Yorke, Young, MD, Phone: 8653128455

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Albumin | 4.3 | g/dL | | 4.1-5.1 | |
| Alkaline Phosphatase | 70 | IU/L | | 44-121 | |
| ALT (SGPT) | 34 | IU/L | | 0-44 | |
| AST (SGOT) | 34 | IU/L | | 0-40 | |
| Bilirubin, Total | 1.6 | mg/dL | H | 0.0-1.2 | |
| BUN | 10 | mg/dL | | 6-24 | |
| BUN/Creatinine Ratio | 11 | | | 9-20 | |
| Calcium | 9.0 | mg/dL | | 8.7-10.2 | |
| Carbon Dioxide, Total | 23 | mmol/L | | 20-29 | |
| Chloride | 98 | mmol/L | | 96-106 | |
| Creatinine | 0.91 | mg/dL | | 0.76-1.27 | |
| eGFR | 105 | mL/min/1.73 | | >59 | |
| Globulin, Total | 2.7 | g/dL | | 1.5-4.5 | |
| Glucose | 124 | mg/dL | H | 70-99 | |
| Potassium | 4.4 | mmol/L | | 3.5-5.2 | |
| Protein, Total | 7.0 | g/dL | | 6.0-8.5 | |
| Sodium | 134 | mmol/L | | 134-144 | |



data:text/html;base64,PCFET0NUWVBFIGh0bWw+PGh0bWwgY2xhc3M9J25vLWPzJyBsYW5nPSdlbic+PGhlYWQ+DQoJCQkJCQkJCQk8bWV0YSB... 1/1

**Rural Health Services Consortium, Inc.**
P.O. Box 850
Rogersville, TN, 378576028
Phone #: (800) 968-4200

**Fields, David L**

Person #: 158311
Sex: M
DOB:

**Order Date:** 02/06/2024

**Ordering:** Dalle-Ave MD, Mark J **Performing #:** LabCorp **Location:** Rogersville Medical Complex

**Tests Ordered :** Hepatic Function Panel (NG322755)

**Hepatic Function Panel (7) (Collection Date: 02/06/2024 10:20, Status: Final)**

none
Performed At: TNLCA, Labcorp Knoxville
1924 Alcoa Hwy Box 108, Knoxville, TN, 379201511
Yorke, Young, MD, Phone: 8653128455

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Albumin | 4.6 | g/dL | | 4.1-5.1 | |
| Alkaline Phosphatase | 83 | IU/L | | 44-121 | |
| ALT (SGPT) | 39 | IU/L | | 0-44 | |
| AST (SGOT) | 31 | IU/L | | 0-40 | |
| Bilirubin, Direct | 0.38 | mg/dL | | 0.00-0.40 | |
| Bilirubin, Total | 1.5 | mg/dL | H | 0.0-1.2 | |
| Protein, Total | 7.5 | g/dL | | 6.0-8.5 | |

Patient: Fields, David L, DOB:

Rural Health Services Consortium, Inc.
P.O. Box 850
Rogersville, TN, 378576028
Phone #: (800) 968-4200

Fields, David L

Person #: 158311
Sex: M
DOB:

Order Date: 01/03/2024

**Ordering**: Dalle-Ave MD, Mark J **Performing #:** LabCorp **Location:** Rogersville Medical Complex

**Tests Ordered** : CBC w/diff (NG005009), CMP (NG322000), Lipid Panel With LDL/HDL Ratio (NG235010)

**Lipid Panel With LDL/HDL Ratio (Collection Date: 01/03/2024 09:21, Status: Final)**

Performed At: TNLCA, Labcorp Knoxville
1924 Alcoa Hwy Box 108, Knoxville, TN, 379201511
Yorke, Young, MD, Phone: 8653128455

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Cholesterol, Total | 186 | mg/dL | | 100-199 | |
| Comment: | | | | | |
| HDL Cholesterol | 56 | mg/dL | | >39 | |
| LDL Chol Calc (NIH) | 112 | mg/dL | H | 0-99 | |
| LDL/HDL Ratio | 2.0 | ratio | | 0.0-3.6 | LDL/HDL Ratio<br>Men Women<br>1/2 Avg.Risk 1.0 1.5<br>Avg.Risk 3.6 3.2<br>2X Avg.Risk 6.2 5.0<br>3X Avg.Risk 8.0 6.1 |
| Triglycerides | 98 | mg/dL | | 0-149 | |
| VLDL Cholesterol Cal | 18 | mg/dL | | 5-40 | |

**Comp. Metabolic Panel (14) (Collection Date: 01/03/2024 09:21, Status: Final)**

Performed At: TNLCA, Labcorp Knoxville
1924 Alcoa Hwy Box 108, Knoxville, TN, 379201511
Yorke, Young, MD, Phone: 8653128455

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| A/G Ratio | 1.7 | | | 1.2-2.2 | |
| Albumin | 4.9 | g/dL | | 4.1-5.1 | |
| Alkaline Phosphatase | 80 | IU/L | | 44-121 | |
| ALT (SGPT) | 36 | IU/L | | 0-44 | |
| AST (SGOT) | 29 | IU/L | | 0-40 | |
| Bilirubin, Total | 2.1 | mg/dL | H | 0.0-1.2 | |
| BUN | 11 | mg/dL | | 6-24 | |
| BUN/Creatinine Ratio | 11 | | | 9-20 | |
| Calcium | 9.7 | mg/dL | | 8.7-10.2 | |
| Carbon Dioxide, Total | 25 | mmol/L | | 20-29 | |
| Chloride | 99 | mmol/L | | 96-106 | |
| Creatinine | 1.04 | mg/dL | | 0.76-1.27 | |
| eGFR | 90 | mL/min/1.73 | | >59 | |
| Globulin, Total | 2.9 | g/dL | | 1.5-4.5 | |
| Glucose | 84 | mg/dL | | 70-99 | |
| Potassium | 4.4 | mmol/L | | 3.5-5.2 | |
| Protein, Total | 7.8 | g/dL | | 6.0-8.5 | |
| Sodium | 134 | mmol/L | | 134-144 | |

**CBC With Differential/Platelet (Collection Date: 01/03/2024 09:21, Status: Final)**

none

Performed At: TNLCA, Labcorp Knoxville
1924 Alcoa Hwy Box 108, Knoxville, TN, 379201511
Yorke, Young, MD, Phone: 8653128455

Patient: Fields, David L, DOB:

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Baso (Absolute) | 0.0 | x10E3/uL | | 0.0-0.2 | |
| Basos | 1 | % | | Not Estab. | |
| Eos | 2 | % | | Not Estab. | |
| Eos (Absolute) | 0.1 | x10E3/uL | | 0.0-0.4 | |
| Hematocrit | 48.8 | % | | 37.5-51.0 | |
| Hematology Comments: | | | | | |
| Hemoglobin | 16.9 | g/dL | | 13.0-17.7 | |
| Immature Cells | | | | | |
| Immature Grans (Abs) | 0.0 | x10E3/uL | | 0.0-0.1 | |
| Immature Granulocytes | 0 | % | | Not Estab. | |
| Lymphs | 26 | % | | Not Estab. | |
| Lymphs (Absolute) | 1.1 | x10E3/uL | | 0.7-3.1 | |
| MCH | 31.5 | pg | | 26.6-33.0 | |
| MCHC | 34.6 | g/dL | | 31.5-35.7 | |
| MCV | 91 | fL | | 79-97 | |
| Monocytes | 14 | % | | Not Estab. | |
| Monocytes(Absolute) | 0.6 | x10E3/uL | | 0.1-0.9 | |
| Neutrophils | 57 | % | | Not Estab. | |
| Neutrophils (Absolute) | 2.3 | x10E3/uL | | 1.4-7.0 | |
| NRBC | 0 | % | | 0 - 0 | |
| Platelets | 242 | x10E3/uL | | 150-450 | |
| RBC | 5.36 | x10E6/uL | | 4.14-5.80 | |
| RDW | 13.0 | % | | 11.6-15.4 | |
| WBC | 4.1 | x10E3/uL | | 3.4-10.8 | |

Patient: Fields, David L, DOB:

E-communication from Lincoln Financial Group

Date: Wed Aug 07 13:50:15 CDT 2024
From: Charles Zimmer <Charles.Zimmer@lfg.com>
To: melindafields1@gmail.com
Message-ID: <1063494931.3.1723056615778@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230051807 (SECURE)

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Charles Zimmer**
**Sr. Claims Examiner, LTD 2**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Dr
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 855-818-2883 x7157
Fax: 402 951-8544
Email: Charles.Zimmer@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

You're In Charge®

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 7, 2024

DAVID L FIELDS

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear David:

We wish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.

> **TOTAL DISABILITY BENEFIT**. The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:
> 1. is Totally Disabled;
> 2. becomes Disabled while insured for this benefit;
> 3. is under the Regular Care of a Physician; and
> 4. at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

We have submitted requests for copies of an Attending Physician Statement to be completed in its entirety, office and treatment notes and diagnostic test results from Dr. Mark Dalle-Ave for the dates 08/01/2023 to 08/02/2024, and office and treatment notes and diagnostic test results from Tennova Heart for the dates 08/01/2023 to 08/02/2024.

As stated in your policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company. We have made the request to your physicians on your behalf. Please see that the necessary information is submitted to our office within 30 days.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Charles Zimmer
855-818-2883 x7157
Sr. Claims Examiner, LTD 2
The Lincoln National Life Insurance Company

# Medical Records - CONFIDENTIAL

**FROM:** TN - CHS E TENNESSEE HEART CONSULTANTS

Doresa G
10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934-1982
Phone: (865) 392-3400
Fax: (865) 392-3449

**TO:** LINCOLN FINACIAL GROUP: LIBERTY MUTUAL

PO BOX 7207, LONDON, KY 40742
Phone: (800) 291-0112
Fax: (603) 334-0380

**Name: FIELDS, DAVID L**

**DOB:**

**Date Range: 08/01/2023 to 08/07/2024**

**This document contains the following records of the patient:**

- **Admin Documents**
- **Clinical Documents**
- **Encounters and Procedures**
- **Imaging Results**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:98454-A-10667]

## Admin Documents

Lincoln
Financial Group

**To:** **TENNOVA HEART**
Company:
Fax: (865)392-3449
Phone:

**From:** **Keshia Kurtz**
Fax: 877-843-3950
Phone:

---

**NOTES:**

---

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Wednesday, August 7, 2024 7:30:16 AM
**Number of pages including this cover sheet:** 04

# CONFIDENTIAL Fax

**FROM:**

WARREN K STRIBLING MD
10800 Parkside Drive, KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**TO:**

BARRY I MICHELSON MD / KNOXVILLE HMA CARDIOLOGY PPM LLC
Fax: (865) 392-3449

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:136311082-H-7654]

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423 2765
Toll free Fax (877) 843 3950
www.LincolnFinancial.com

August 7, 2024

TENNOVA HEART
RELEASE OF INFORMATION
10800 PARKSIDE DR
SUITE 331
KNOXVILLE, TN 37934

| | | |
|---|---|---|
| Re: | Policy Number: | 000010209861000000 |
| | Claim Number: | 1230051807 |
| | Patient: | David Fields |
| | DOB: | |

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 8/1/2023 to present |
| Diagnostic Test Results | 8/1/2023 to present |

Current state statutes for Tennessee: Provider Records are: $20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-877-843-3950.**

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

**Authorization Agreement**

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

**Account Information**

Name of Financial Institution: ____________________

Routing Number: ____________________

Account Number: ____________________

Authorized Signature: ____________________ Date: ____________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Keshia Roloff
Assisting on behalf of Charles Zimmer
855-818-2883 x7157
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

08/07/24 07:32:26 Lincoln Financial -> 18554739670 19 Lincoln Financial Gr Page 004

Financial Group®

PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Fields (Last) David (First) Lynn (Middle)

Date of Birth: ______ Social Security Number: ______

2. Information to be released (hereinafter referred to as "My Information"):
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had);
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history)

3. Information to be released to: The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

SIGNATURE David Fields DATE 7-18-24
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: David L Fields

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______

ADDRESS: ______
(Street)

______
(City) (State) (Zip Code)

PHONE NO: ______

## Clinical Documents

**Ascension Medical Group Saint Thomas Turkey Creek**
10800 Parkside Drive
KNOXVILLE, TN 37934-1922
Phone: (615) 222-3945
Fax: (615) 222-5399

**Send To:** Barry I Michelson MD
**Encounter Summary - Progress Note**
Date Printed: 04/29/2024
Appointment Date:04/25/2024

Documents sent via fax will include the followingmessage:

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:136311082-H-7654]

| | |
|---|---|
| **Patient** | Fields, David L (46yo, M) #3189388 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **History of Present Illness** | Mr. Fields is a 46 yo male with PMH significant for COVID19 diagnosed in 2022 and more recent diagnosis of NICM EF 10-15% along with CSHF after presenting in Feb w/ wt gain, abd swelling, LE swelling, dyspnea and reflux symptoms. He has been referred by Dr. Michaelson for additional med mgmt. He has not had LV recovery so we referred for CRT-D which was implanted July, 2023.<br><br>On his last visit 6 mo ago, I increased Farxiga to 10mg. Since then, coreg was increased by Dr. Michelson. He had echo in March but we dont have results. He feels well. Denies CP, SOB, swelling, dizziness or syncope. He has been active, working on the farm w/o limitations. |
| **Past Medical History** | (none recorded) |
| **Patient Social History** | Social History not reviewed (last reviewed 10/12/2023) |
| **Medications** | Reviewed Medications |

| Medication | Date | Status |
|---|---|---|
| **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 04/12/23 | entered |
| **carvediloL 12.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 04/25/24 | entered |
| **Entresto 49 mg-51 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 04/12/23 | entered |
| **Farxiga 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | prescribed |
| **multivitamin** 1 tab daily | 04/12/23 | entered |
| **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | entered |

| | |
|---|---|
| **Allergies List** | Reviewed Allergies<br>PENICILLINS |
| **Family History** | None recorded |
| **Vaccine History** | None recorded |
| **Review of Systems** | None recorded |
| **Vitals** | **Ht:** 6 ft (182.88 cm) 04/25/2024 11:11 am; **Wt:** 260.2 lbs (118.02 kg) 04/25/2024 11:11 am; **BMI:** 35.3 04/25/2024 11:11 am<br>**BP:** 107/71 04/25/2024 11:20 am; **Pulse:** 60 bpm 04/25/2024 11:20 am |
| **Physical Exam** | **Constitutional:** General Appearance: appears stated age and **overweight**. Level of Distress: comfortable.<br>**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.<br>**Eyes:** Lids and Conjunctivae: no discharge, pallor, or xanthelasma and anicteric.<br>**ENMT:** Lips, Teeth, and Gums: normal dentition. Ears: no lesions on external ear and (normal) hearing. Nose: no lesions on external nose or nasal discharge and nares patent. Oropharynx: no cyanosis or pallor.<br>**Neck:** Neck: supple and trachea midline. Jugular Veins: normal jugular venous pressure.<br>**Lungs:** Respiratory Effort: unlabored. Auscultation: no wheezing, rales, or rhonchi and clear.<br>**Cardiovascular:** Rate And Rhythm: regular. Heart Sounds: normal S1 and S2 and no rub, gallop, or click. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no cyanosis or edema.<br>**Abdomen:** Inspection and Palpation: non distended or tender and soft and no masses. Liver: non tender or no hepatomegaly. Spleen: non tender.<br>**Musculoskeletal:** Inspection: no joint tenderness or swelling and normal back.<br>**Neurologic:** Gait: normal gait. Neurological: no focal deficits and cranial nerves intact.<br>**Skin:** Inspection and Palpation: warm and dry. Nails: no clubbing. |
| **Results/Interpretations** | None recorded |

| | |
|---|---|
| **Assessment and Plan** | **1. Chronic systolic heart failure** - <br>He has stage C HF w/ improving NYHA class I-II symptoms. He is on reasonable GDMT and has undergone CRT-D. Recent labs reviewed and unremarkable. We will get CPX at some point between now and next year. He will fu w/ NP here in 1 year. <br>I50.22: Chronic systolic (congestive) heart failure <br>• CARDIOPULMONARY STRESS TEST (PROC) <br><br>**2. Nonischemic congestive cardiomyopathy** - <br>Interestingly, cMRI is most consistent with ischemic CM but he was not found to have CAD on LHC at time of presentation. He is being treated w/ GDMT and has undergone CRT-D though I am uncertain this will lead to much improvement as QRS duration was not very long and he did not have LBBB. Working on getting echo results from 1 mo ago. <br>I42.0: Dilated cardiomyopathy <br><br>**3. Body mass index 40+ - severely obese** - <br>Stable. c/w wt loss and exercise. <br>Z68.42: Body mass index [BMI] 45.0-49.9, adult <br><br>**4. Obstructive sleep apnea syndrome** - <br>On CPAP and tolerating. <br>G47.33: Obstructive sleep apnea (adult) (pediatric) <br><br>Return to Office <br>Patient will return to the office as needed |

Electronically Signed by: WARREN K STRIBLING MD



## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 05/23/2024**

Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (46yo, M) ID# 98454 | **Appt. Date/Time** | 05/23/2024 11:00AM |
| **DOB** | | **Service Dept.** | ETHC_Turkey Creek |
| **Provider** | NILAM PATEL, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130287<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

Chief Complaint

follow up 6 months

Patient's Care Team

**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-5399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672
**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054

Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

Vitals

| | | |
|---|---|---|
| **Ht:** 6 ft 05/23/2024 11:07 am | **Wt:** 261.8 lbs 05/23/2024 11:07 am | **BP:** 112/76 sitting R arm 05/23/2024 11:11 am |
| **BMI:** 35.5 05/23/2024 11:07 am | **HR:** 62 05/23/2024 11:11 am | |

Measurements

None recorded.

Allergies

Reviewed Allergies

PENICILLINS: Rash

Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 | entered |
| **carvediloL 12.5 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route for 90 days., start 03/13/2024 | 03/13/24 | started |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 | entered |
| **Entresto 49 mg-51 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 03/20/24 | filled |
| **Farxiga 10 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route. | 05/23/24 | entered |
| **Multi Vitamin**<br>Mens vitafusion 1 daily | 02/06/23 | entered |
| **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route for 90 days. | 05/22/24 | filled |

immune plus
5/23/2024 list..bfm

Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

Problems

Reviewed Problems

- Obesity - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Essential hypertension - Onset: 02/06/2023
- Mitral valve regurgitation - Onset: 05/23/2024
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- First degree atrioventricular block - Onset: 06/08/2023
- Heart failure - Onset: 02/09/2023
- Chronic systolic heart failure - Onset: 05/23/2024
- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- Biventricular automatic implantable cardioverter defibrillator in situ - Onset: 05/23/2024
- History of SARS-CoV-2 - Onset: 06/08/2023

Family History

Family History not reviewed (last reviewed 03/13/2024)

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

## Social History

Social History not reviewed (last reviewed 03/13/2024)
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
Do you or have you ever used any other forms of tobacco or nicotine?: No
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 05/23/2024
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What is your exercise level?: Occasional (Notes: ADL)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: High school graduate (Notes: local truck driver)
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
First name used: DAVID
Sexual orientation: Straight or heterosexual

## Surgical History

Surgical History not reviewed (last reviewed 03/13/2024)
- Cardiac catheterization (surg) - 2/2023
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

## Past Medical History

Past Medical History not reviewed (last reviewed 03/13/2024)
CHEST PAIN: **Y**
CONGESTIVE HEART FAILURE: **Y**
GERD/REFLUX: **Y**
HIGH BLOOD PRESSURE/HYPERTENSION: **Y**
OBESITY: **Y**
PALPITATIONS: **Y**
SLEEP APNEA: **Y**
Notes: Please refer to Problem section for most recent PMH/NNP

## Screening

None recorded.

## HPI

routine fup
doing well
no issues since last visit
improved since device implant
feels itching at device site infrequently
awaiting stress test at st.thomas
being evaluate for possible mitral valve clip

## ROS

**Cardio Basic:** Cardiovascular Symptoms: no chest pressure or pain; no lightheadedness, fatigue, syncope, orthopnea, PND, claudication, dyspnea on exertion, or leg edema; and **palpitations**.

**Constitutional:** Constitutional: no significant weight gain or loss and no fever, night sweats, or exercise intolerance.

**Eyes:** Eyes: no irritation, dry eyes, or vision change.

**ENMT:** Ears: no difficulty hearing or ear pain. Nose: no frequent nosebleeds or nose/sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems.

**Respiratory:** Respiratory: no wheezing, coughing up blood, or shortness of breath and **cough** and **sleep apnea** (**uses CPAP**).

**Musculoskeletal:** Musculoskeletal: no muscle aches or weakness and no arthralgias/joint pain, back pain, or swelling in the extremities.

**Neurologic:** Neurologic: no weakness, numbness, seizures, dizziness, headaches, or loss of consciousness.

**Psychiatric:** Psych: no depression, sleep disturbances, or alcohol abuse and feeling safe in relationship.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no swollen glands and **easy bruising**.

**gastrointestinal:** gastrointestinal no nausea, vomitting, diarrhea, or constipation.

**Additionally reports:**
**I have reviewed these findings and agree. np**

## Physical Exam

**Basic Cardio PE:** Lungs: clear to auscultation. Cardio: s1 normal, s2 normal, no gallops, and normal apical impulse; **regular rate and rhythm, left pectoral device site is healthy without signs of infection. very distant HS, unable to appreciate murmur**. Extremities: no edema.

## Procedure Documentation

**93284,26: Multi chamber ICD Programing PaceArt:**
See image documentation for encounter data.

**ITERATIVE:** A representative from the device company did the interrogation of this device with iterative programming changes to evaluate pacing thresholds. I personally evaluated the generated data including all diagnostic findings, and advised the representative on any changes that may have needed to be made. A -26 modifier will be added to the billing charge.

## Assessment / Plan

**1. Biventricular automatic implantable cardioverter defibrillator in situ** -
BSC CRT-D_7/2023

10 years
AP 37%, LVP 99%_DDDR 60/125
NSVT x 1 and ATR x 1_Monitor 170, VF 200

Remote q3 months
RTC 6 mths Sara
Z95.810: Presence of automatic (implantable) cardiac defibrillator

**2. Nonischemic congestive cardiomyopathy** -
2022

EKG:
2/2023: ST 90, PR 220, QRS 126, RBBB/LPFB, QTc 443
6/2023: SR 65, PR 260, QRS 131 RBBB/LPFB, QTc 433

Imaging
LHC: 2/2023: normal coronaries, EF 10-15%, LVEDP 40, mod MR
Echo: 5/2023: EF 20%, mod LAE, mild AI/TR, mild to mod MR, RVSP 40, LVIDd6.56
Echo: 2/2023: EF 10-15%
Echo: 3/2024: EF 20% mod to sev MR
Cardiac MRI: 2023: EF 27%, akinesis and wall thinning of anterior, inferior, and lateral walls. no evidence of iron overload. 50% subendocardial LGE in the basal and mid lateral walls consistent with infarct pattern. normal RV size and moderate systolic dysfunction EF 32%. mild MR,
VO2 at St.Thomas: pending

on Entresto 49-51 mg BID/Farxiga 10 daily/spironolactone 25mg daily/carvedilol 12.5mg BID

s/p CRT-D_7/2023

fup Dr.Michelson/Dr.Stribbling
I42.0: Dilated cardiomyopathy

**3. Chronic systolic heart failure** -
as above
I50.22: Chronic systolic (congestive) heart failure

**4. Essential hypertension** -
2006
I10: Essential (primary) hypertension
- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE

**5. History of SARS-CoV-2** -
3 episodes so far. no hospitalization
1st and 3rd was severe
diagnosed with HF after 3rd episode
Z86.16: Personal history of COVID-19

**6. First degree atrioventricular block** -
asymptomatic

I44.0: Atrioventricular block, first degree
- HEART BLOCKS: CARE INSTRUCTIONS

**7. Obstructive sleep apnea syndrome** -
2012
compliant to CPAP
G47.33: Obstructive sleep apnea (adult) (pediatric)
- SLEEP APNEA: CARE INSTRUCTIONS

**8. Obesity** -
BMI 35
weight loss advised by diet/exercise
E66.9: Obesity, unspecified
- WHEN YOU ARE OVERWEIGHT: CARE INSTRUCTIONS
- LEARNING ABOUT HEALTHY WEIGHT

**9. Mitral valve regurgitation** -
mgmt per Dr.Michelson and St.Thomas HF team
I34.0: Nonrheumatic mitral (valve) insufficiency
- HEART VALVE DISEASE: CARE INSTRUCTIONS
- MITRAL VALVE REGURGITATION: CARE INSTRUCTIONS

Return to Office

- Barry Michelson, MD for *Follow-up 15 at ETHC_South on 09/11/2024 at 10:45 AM
- to see Barry Michelson, MD at ETHC_South on or around 09/13/2024
- to see SARA JOHNSON, NP at ETHC_Turkey Creek on or around 11/23/2024

Encounter Sign-Off

Encounter signed-off by Nilam Patel, MD, 05/23/2024.

Encounter performed and documented by Nilam Patel, MD
Encounter reviewed & signed by Nilam Patel, MD on 05/23/2024 at 11:42am

| Boston Scientific | LATITUDE™ Programming System | | Report Created 23 May 2024 |
|---|---|---|---|
| | **Device Follow-up Report** | | |
| | **Fields , David L** | | Last Office Interrogation |
| | Date of Birth | | **12 Oct 2023** |
| | Device | RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode | Monitor + Therapy | **14 Jul 2023** |

**My Alerts**

| | |
|---|---|
| ⚠ 23 May 2024 11:11 | Check LV Lead |

**Events Since Last Reset (12 Oct 2023)**

| | |
|---|---|
| 22 May 2024 18:00 | ATR at 226 bpm, Avg V Rate in ATR: 103 bpm |
| 22 May 2024 17:59 | ATR at 149 bpm, Avg V Rate in ATR: 110 bpm |

See last page for full list of Events Since Last Reset.

**Battery OK**

| | |
|---|---|
| Approximate time to explant: | 10 years |
| Charge Time | 10.0 s |
| Last Capacitor Re-form | 06 Dec 2023 02:49 |

One Year Remaining

Explant

| Leads Data | Implant 14 Jul 2023 | Previous Session | Most Recent |
|---|---|---|---|
| **Atrial** | | | |
| Intrinsic Amplitude | N/R mV | 2.8 mV | 2.3 mV |
| Pace Impedance | N/R Ω | 642 Ω | 758 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.5 V @ 0.4 ms | Auto 0.5 V @ 0.4 ms |
| **Right Ventricular** | | | |
| Intrinsic Amplitude | N/R mV | 17.5 mV | 18.6 mV@56 bpm |
| Pace Impedance | N/R Ω | 447 Ω | 450 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.5 V @ 0.4 ms | Auto 0.5 V @ 0.4 ms |
| **Left Ventricular** | | | |
| Intrinsic Amplitude | N/R mV | 3.9 mV | 3.5 mV |
| Pace Impedance LVa | N/R Ω | 644 Ω | 628 Ω |
| Pace Impedance LVb | | 645 Ω | 622 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.9 V @ 0.8 ms | Auto 0.8 V @ 0.8 ms |
| **Shock Vector** | | | |
| Shock Impedance | N/R Ω | 69 Ω | 74 Ω |

**Settings**

| | | | |
|---|---|---|---|
| **Ventricular Tachy Settings** | | **Atrial Tachy Settings** | |
| VF 200 bpm ATP | 41J, 41J, 41Jx6 | ATR Mode Switch 170 bpm VDIR | |
| VT 170 bpm Monitor Only | | | |
| **Brady/CRT Settings** | | | |
| Mode | DDDR | Pacing Output | |
| Lower Rate Limit | 60 ppm | Atrial | Auto 2.0 V @ 0.4ms |
| Maximum Tracking Rate | 125 ppm | Right Ventricular | Auto 2.0 V @ 0.4ms |
| Maximum Sensor Rate | 130 ppm | Left Ventricular (LVa) | Auto 1.8 V @ 0.8ms |
| Paced AV Delay | 240 - 240 ms | Left Ventricular (LVb) | Off |
| Sensed AV Delay | 180 - 180 ms | Sensitivity | |
| A-Refractory (PVARP) | 240 - 280 ms | Atrial | AGC 0.25 mV |
| RV-Refractory (RVRP) | 230 - 250 ms | Right Ventricular | AGC 0.6 mV |
| LV-Refractory (LVRP) | 250 ms | Left Ventricular | AGC 1.0 mV |
| Ventricular Pacing Chamber | BiV | Leads Configuration (Pace/Sense) | |
| LV Offset | 0 ms | Atrial | Bipolar |
| | | Right Ventricular | Bipolar |
| | | LVa (Pace) | LVTip1>>Can |
| | | LVb (Pace) | Off |
| | | LV (Sense) | LVRing2>>RV |
| | | LV MultiSite Pacing | |
| | | Pacing Order | Off |
| | | Rate Adaptive Pacing | |
| | | Accelerometer | On |

3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Device Follow-up Report

Fields , David L
23 May 2024 11:11

**Rhythm ID Update**

| | |
|---|---|
| Last Successful Completion | N/R |

**Trends**




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


| Clinician Signature: |
|---|
| |

LATITUDE™ Programming System
Device Follow-up Report

Fields, David L
23 May 2024 11:11

**Trends**






© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Device Follow-up Report

Fie ds , David L
23 May 2024 11:11

| Ventricular Tachy Counters | Since Last Reset 12 Oct 2023 | Device Totals |
|---|---|---|
| **Ventricular Episode Counters** | | |
| Total Episodes | 1 | 1 |
| Treated | | |
| VF Therapy | 0 | 0 |
| VT Therapy | 0 | 0 |
| VT-1 Therapy | 0 | 0 |
| Commanded Therapy | 0 | 0 |
| Non-Treated | | |
| No Therapy Programmed | 0 | 0 |
| Nonsustained Episodes | 1 | 1 |
| Other Untreated Episodes | 0 | 0 |
| **Ventricular Therapy Counters** | | |
| ATP Delivered | 0 | 0 |
| ATP % Successful | 0 | 0 |
| Shocks Delivered | 0 | 0 |
| First Shock % Successful | 0 | 0 |
| Shocks Diverted | 0 | 0 |
| [illegible] | [illegible] | [illegible] |
| **Counters** | | |
| % A Paced | 37 | 37 |
| % RV Paced | 93 | 94 |
| % LVa Paced | 99 | 99 |
| % LVb Paced | 0 | 0 |
| **Intrinsic Promotion** | | |
| Rate Hysteresis | | |
| % Successful | 0 | 0 |
| **Atrial Arrhythmia** | | |
| % AT/AF | <1 | <1 |
| Total Time in AT/AF (min) | 2.5 | 14.6 |
| Episodes by Duration | | |
| < 1 minute | 29 | 143 |
| 1 min - < 1 hr | 0 | 0 |
| 1 hr - < 24 hr | 0 | 0 |
| 24 hr - < 48 hr | 0 | 0 |
| > 48 hr | 0 | 0 |
| Total PACs | 7.2K | 53.3K |
| **Ventricular Counters** | | |
| Total PVCs | 27.0K | 54.4K |
| Three or More PVCs | 0 | 1 |
| **Clinical Counters** | **Since Last Reset 12 Oct 2023** | **Device Totals** |
| MRI Protection Mode | 0 | 0 |

3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Device Follow-up Report

Fields , David L
23 May 2024 11:11

**Histograms Reset Before Last (21 Jul 2023)**







**Histograms Since Last Reset (12 Oct 2023)**







3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Device Follow-up Report

Fie ds , David L
23 May 2024 11:11

**All Events Since Last Reset (12 Oct 2023)**

| | |
|---|---|
| 23 May 2024 05:59 | RA Auto |
| 23 May 2024 05:57 | LV Auto |
| 23 May 2024 05:50 | RV Auto |
| 22 May 2024 18:00 | ATR at 226 bpm, Avg V Rate in ATR: 103 bpm |
| 22 May 2024 17:59 | ATR at 149 bpm, Avg V Rate in ATR: 110 bpm |
| 22 May 2024 16:56 | ATR at 113 bpm, Avg V Rate in ATR: 113 bpm |
| 22 May 2024 15:41 | ATR at 131 bpm, Avg V Rate in ATR: 104 bpm |
| 22 May 2024 15:02 | ATR at 160 bpm, Avg V Rate in ATR: 111 bpm |
| 22 May 2024 13:34 | ATR at 131 bpm, Avg V Rate in ATR: 111 bpm |
| 21 May 2024 02:45 | APM RT at 60 bpm |
| 18 May 2024 14:46 | ATR at 108 bpm, Avg V Rate in ATR: 105 bpm |
| 18 May 2024 14:32 | ATR at 173 bpm, Avg V Rate in ATR: 102 bpm |
| 16 May 2024 07:36 | ATR at 190 bpm, Avg V Rate in ATR: 110 bpm |
| 16 May 2024 07:27 | ATR at 112 bpm, Avg V Rate in ATR: 104 bpm |
| 11 Dec 2023 14:53 | NonSustV at 179 bpm, Nonsustained |

3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

| Boston Scientific | LATITUDE™ Programming System | Report Created 23 May 2024 |
|---|---|---|
| | **Arrhythmia Logbook Report** | |
| | **Fields , David L** | Last Office Interrogation |
| | Date of Birth | **12 Oct 2023** |
| | Device RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode Monitor + Therapy | **14 Jul 2023** |

| Event | Date/Time | Type | Therapy | Duration hh:mm:ss |
|---|---|---|---|---|
| RAAT-359 | 23 May 2024 05:59 | RA Auto | | -------- |
| LVAT-256 | 23 May 2024 05:57 | LV Auto | | -------- |
| RVAT-359 | 23 May 2024 05:50 | RV Auto | | -------- |
| ATR-174 | 22 May 2024 18:00 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:09 |
| ATR-173 | 22 May 2024 17:59 | ATR | Avg V Rate in ATR: 110 bpm | 00:00:03 |
| ATR-172 | 22 May 2024 16:56 | ATR | Avg V Rate in ATR: 113 bpm | 00:00:02 |
| ATR-171 | 22 May 2024 15:41 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:07 |
| ATR-170 | 22 May 2024 15:02 | ATR | Avg V Rate in ATR: 111 bpm | 00:00:08 |
| ATR-169 | 22 May 2024 13:34 | ATR | Avg V Rate in ATR: 111 bpm | 00:00:01 |
| APM-83 | 21 May 2024 02:45 | APM RT | | -------- |
| ATR-168 | 18 May 2024 14:46 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:01 |
| ATR-167 | 18 May 2024 14:32 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:05 |
| ATR-166 | 16 May 2024 07:36 | ATR | Avg V Rate in ATR: 110 bpm | 00:00:05 |
| ATR-165 | 16 May 2024 07:27 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:07 |
| V-1 | 11 Dec 2023 14:53 | NonSustV | Nonsustained | 00:00:15 |

3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

| Boston Scientific | LATITUDE™ Programming System | | Report Created 23 May 2024 |
|---|---|---|---|
| | **Heart Failure Management Report** | | |
| | **Fields , David L** | | Last Office Interrogation |
| | Date of Birth | | **12 Oct 2023** |
| | Device | RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode | Monitor + Therapy | **14 Jul 2023** |

**Trends**

HeartLogic™ Heart Failure Index

0




The nominal HeartLogic™ Threshold is 16. This patient's HeartLogic™ Threshold can be confirmed in LATITUDE NXT™.

Most recent measurement:

S3

0.91 mG




S1

1.66 mG




Thoracic Impedance

50 Ω




Respiratory Rate

16 rpm




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Heart Failure Management Report

Fields, David L
23 May 2024 11:11




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Heart Failure Management Report

Fields , David L
23 May 2024 11:11




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

| Boston Scientific | LATITUDE™ Programming System | | Report Created 23 May 2024 |
|---|---|---|---|
| | **Atrial Arrhythmia Report** | | |
| | **Fields , David L** | | Last Office Interrogation |
| | Date of Birth | | **12 Oct 2023** |
| | Device | RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode | Monitor + Therapy | **14 Jul 2023** |

| AT/AF Overview: Since Last Reset (12 Oct 2023 to Today) | | | |
|---|---|---|---|
| AT/AF: <1% | AT/AF Events: 143 | Total Time in AT/AF (min): 14.6 | |
| Most Recent: | 22 May 2024 18:00 | Avg V Rate: 103 bpm | Duration: 00:00:09 hh:mm:ss |
| Longest: | 26 Jan 2024 21:11 | Avg V Rate: 97 bpm | Duration: 00:00:15 hh:mm:ss |
| Fastest RVS Rate: | 28 Feb 2024 11:32 | Max V Rate: 129 bpm | Duration: 00:00:05 hh:mm:ss |
| **AT/AF Overview: Reset Before Last (21 Jul 2023 to 12 Oct 2023)** | | | |
| Longest: | 27 Aug 2023 20:27 | Avg V Rate: 100 bpm | Duration: 00:00:11 hh:mm:ss |
| Fastest RVS Rate: | 11 Oct 2023 13:27 | Max V Rate: N/R | Duration: 00:00:06 hh:mm:ss |

**Trends**

**Today's Activity:** Interrogate




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.



Clinician Signature:

LATITUDE™ Programming System
Atrial Arrhythmia Report

Fields , David L
23 May 2024 11:11

| Histograms | Reset Before Last<br>83 day(s)<br>21 Jul 2023 to 12 Oct 2023 | Since Last Reset<br>223 day(s)<br>12 Oct 2023 to Today |
|---|---|---|




| [illegible] | [illegible] | [illegible] |
|---|---|---|
| **Counters** | | |
| % A Paced | 37 | 37 |
| % RV Paced | 93 | 94 |
| % LVa Paced | 99 | 99 |
| % LVb Paced | 0 | 0 |
| **Intrinsic Promotion** | | |
| Rate Hysteresis | | |
| % Successful | 0 | 0 |
| **Atrial Arrhythmia** | | |
| % AT/AF | <1 | <1 |
| Total Time in AT/AF (min) | 2.5 | 14.6 |
| Episodes by Duration | | |
| < 1 minute | 29 | 143 |
| 1 min - < 1 hr | 0 | 0 |
| 1 hr - < 24 hr | 0 | 0 |
| 24 hr - < 48 hr | 0 | 0 |
| > 48 hr | 0 | 0 |
| Total PACs | 7.2K | 53.3K |
| **Ventricular Counters** | | |
| Total PVCs | 27.0K | 54.4K |
| Three or More PVCs | 0 | 1 |

**Settings**

| **Brady/CRT Settings** | | **Atrial Tachy Settings** | | |
|---|---|---|---|---|
| Mode | DDDR | ATR Mode Switch | 170 bpm | VDIR |

3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

**Encounter Date: 03/13/2024**

Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (46yo, M) ID# 98454 | **Appt. Date/Time** | 03/13/2024 10:30AM |
| **DOB** | | **Service Dept.** | ETHC_South |
| **Provider** | BARRY MICHELSON, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130287<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

Chief Complaint

follow up 6 months
Followup: Nonischemic congestive cardiomyopathy
Followup: First degree atrioventricular block
Followup: Obesity
Followup: Left ventricular cardiac dysfunction

Patient's Care Team

**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-5399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672
**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054

Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 03/13/2024 10:20 am | **Wt:** | 263.2 lbs 03/13/2024 10:20 am | **BP:** | 108/70 sitting L arm 03/13/2024 10:22 am<br>112/80 standing L arm 03/13/2024 10:23 am |
| **BMI:** | 35.7 03/13/2024 10:20 am | **HR:** | 60 03/13/2024 10:26 am | | |

Measurements

None recorded.

Allergies

Reviewed Allergies

**PENICILLINS**: Rash

Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 | entered |
| **carvediloL 12.5 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route for 90 days., start 03/13/2024 | 03/13/24 | started |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 | entered |
| **Entresto 49 mg-51 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 01/25/24 | filled |
| **Farxiga 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | filled |
| **Multi Vitamin**<br>Mens vitafusion 1 daily | 02/06/23 | entered |
| **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route for 90 days. | 02/28/24 | filled |

CPAP
immune plus
3/13/24: Memory...csp

Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

Problems

Reviewed Problems
- Obesity - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- First degree atrioventricular block - Onset: 06/08/2023
- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- History of SARS-CoV-2 - Onset: 06/08/2023
- Heart failure - Onset: 02/09/2023
- Essential hypertension - Onset: 02/06/2023

Family History

Reviewed Family History

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

## Social History

Reviewed Social History
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
Do you or have you ever used any other forms of tobacco or nicotine?: No
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 03/13/2024
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What is your exercise level?: Occasional (Notes: ADL)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: High school graduate (Notes: local truck driver)
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
First name used: DAVID
Sexual orientation: Straight or heterosexual

## Surgical History

Reviewed Surgical History
- Cardiac catheterization (surg) - 2/2023
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

## Past Medical History

Reviewed Past Medical History
CHEST PAIN: **Y**
CONGESTIVE HEART FAILURE: **Y**
GERD/REFLUX: **Y**
HIGH BLOOD PRESSURE/HYPERTENSION: **Y**
OBESITY: **Y**
PALPITATIONS: **Y**
SLEEP APNEA: **Y**
Notes: Please refer to Problem section for most recent PMH/NNP

## Documents for Discussion

**Discussed the following documents:**
- UNKNOWN - 02/20/24
- UNKNOWN - 02/20/24
- UNKNOWN - 01/22/24
- UNKNOWN - 01/02/24
- UNKNOWN - 12/23/23
- UNKNOWN - 11/23/23
- UNKNOWN - 11/12/23
- UNKNOWN - 10/23/23
- UNKNOWN - 09/26/23
- Patient Portal - Health History - 03/13/24
- CONGESTIVE HEART FAILURE CLINIC - W KYLE STRIBLING MD - 10/12/23
- Urgent Care - Telephone - Kimberly Willette, Ballad Health - Epic - 03/11/24
  Notes - urgent care

## Screening

None recorded.

## HPI

Patient is a 39-year-old male that is asked to be seen in followup for cardiac evaluation. We had seen him about 10 years ago. Abnormal stress test. This led to a cardiac catheterization. A small circumflex arose anomalously from the right coronary cusp. LV function was normal. There is a strong family history of coronary disease in the patient's father beginning at age 33 of 34. He died within the last year of complications of coronary artery disease at age 65.. He also has a cousin who was told that he had an elevated coronary calcium score and subsequently went on to be a catheterization and bypass surgery.

The patient is not having symptoms of chest pain or exercise intolerance dyspnea or orthopnea. No dysrhythmias have been identified. He does have a history of hypertension which she states is typically well controlled. He attributes his elevated blood pressure today to nervousness. Patient does not exercise regularly but is able to do his normal activities without limitation. His last LDL cholesterol 58.

The patient requested follow-up on February 6, 2023. Over the past several weeks he has been complaining of abdominal distention pedal edema and shortness of breath with activity. He contacted Cindy Pittman who is a relative of his. She thought that follow-up was appropriate. The patient reported some vague epigastric and chest discomfort. He went to the emergency room in Rogersville. His chest x-ray suggested borderline cardiomegaly but was otherwise unremarkable. His abdominal gas pattern was normal. His COVID screen was negative. No lab work was done a UTI was not diagnosed based on a urine analysis was. He states in the last several weeks he has gained about 9 or 10 pounds. He feels as if his belly is swollen and distended. He has been treated with multiple GI medications and actually got partial relief. He complained of some fluttering in his chest but no syncope or near syncope. He is not having any chest pain. At its worst he had mild pitting edema just over his lower calfs. He reports he has been watching his diet as far as fluid and salt intake and recently has been eating primarily salads

Patient reports that his bowel habits have increased in frequency. He thinks urination may have diminished mildly

The patient had an echocardiogram performed which demonstrated severe global left ventricular dysfunction EF of 10 to 15%. Right ventricular function was diminished as well. No hemodynamically significant valvular abnormalities were seen. Troponin was normal proBNP was elevated at 3953 CBC was unremarkable there was mild elevation in ALT and AST BUN and creatinine were normal at 18 and 1.16 bilirubin was 2.5
Because of the findings we brought him back to the office as quickly as possible to initiate therapy. There is really been no change in his status over the last 3 days. We did discuss changes in medications including substituting Entresto for lisinopril and adding carvedilol as well as an SGLT2 2 inhibitor. We also discussed cardiac catheterization to rule out coronary disease as an etiology. We also discussed long-term goals and possible need for ICD or advanced care if he does not respond well to medication

Catheterization was performed. Left ventricle was severely dilated with an EF estimated 10 to 15% end-diastolic pressure was estimated at 40 mmHg. He did not have significant blockages in his coronaries. Appropriate medical therapy was continued. He has lost approximately 20 pounds with diuresis. Overall the patient's breathing has improved. He is not having significant orthopnea. His exercise tolerance is marginally better. He is scheduled to see the St. Thomas heart failure service in April. He has not been monitoring blood pressures at

home but I suggested that he do this. His ICD has not discharged (ZOLL LifeVest).

Patient is seen in follow-up on June 23, 2023. Since his last visit he has seen Dr. Patel. There is a plan for implantation of a subcutaneous ICD in July. The MRI was performed as requested by Dr. Stribling. This confirms severe dilated left ventricle with severe left ventricular dysfunction. Interpretation could not exclude prior infarction but this certainly would not be consistent with findings on his coronary angiography.
Patient has been doing reasonably well clinically. He brought in an extensive recordings of his blood pressure heart rate and weight. His blood pressures typically are between 90 and 100 systolic limiting our ability to increase medications. Patient feels that he is much better than at his time of his presentation. He can walk unlimited distances on level ground. He does report some dyspnea when walking uphill. He is not having problems with orthopnea. He is scheduled to see Dr. Stribling in October

The patient was seen in follow-up on September 8, 2023. He actually underwent implantation of a ICD CRT device. He early on had some issues with diaphragmatic pacing but these have been reprogrammed. He has occasional "hiccups". His exercise tolerance is improved but certainly is not where he wants it to be. He keeps a good log of his blood pressure. Blood pressure is marginal for increasing medications. He will occasionally report transient lightheadedness if he is bending over and stands up suddenly. We discussed venous pooling and that this was something that we would keep an eye on but to be aware of it and try movement immediately. He is not having significant problems with edema

Patient is seen in follow-up on March 13, 2024. Clinically he is doing well. He is able to do more physical exercise but limits himself in terms of duration. He is not having any chest pain. He does have occasional "hiccups". Which seem to be positional and are likely due to intermittent phrenic nerve pacing from his BiV ICD. He has had no interval hospitalizations. His weight has been stable. He has not had any edema. He continues to monitor his blood pressures and they are marginal for any increase in his medical regimen (systolics typically 100-104).

## ROS

**Respiratory:** Respiratory: **sleep apnea**.

## Physical Exam

**Constitutional:** General Appearance: appears stated age and **obese**. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:** Lids and Conjunctivae: no xanthelasma or arcus senilis.

**ENMT:** Lips, Teeth, and Gums: normal dentition. Nose: no lesions on external nose.

**Neck:** Neck: supple and trachea midline. Carotid Arteries: bilateral normal upstroke and no bruits. Jugular Veins: jugular venous pressure unable to assess. Cervical Lymph Nodes: non tender.

**Lungs:** Respiratory Effort: unlabored. Chest Exam: normal curvature. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Precordial Exam: non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: **BTK edema bilateral** ; **Trace edema is noted bilaterally**.

**Peripheral Pulses:** Pulses: full and equal in all extremities except if noted. Radial Pulse: normal. Dorsalis Pedis Pulse: normal.

**Abdomen::** Inspection and Palpation: non distended or tender, normal aorta and bowel sounds, no bruit or masses, and soft; **Abdomen is mildly distended soft with no rebound or guarding**.

**Musculoskeletal:** Inspection: no joint tenderness.

**Neurologic:** Gait: normal gait. Motor: normal strength.

**Skin:** Inspection and Palpation: warm and dry.

## Assessment / Plan

**1. Nonischemic congestive cardiomyopathy** -
Patient has nonischemic cardiomyopathy. He is on a reasonable medical regimen limited by blood pressure. He is followed by the advanced heart failure clinic at St. Thomas. He is followed by EP and has had a BiV ICD/CRT device implanted which seems to be working normally.

As the patient has had the BiV ICD CRT device in some period of time we will order an echocardiogram.
I42.0: Dilated cardiomyopathy
- ELECTROCARDIOGRAM
- NT PROBNP
- US, ECHOCARDIOGRAM, TRANSTHORACIC, COMPLETE, W/ COLOR FLOW

**2. Obesity** - regular exercise and weight reduction through diet was suggested
E66.9: Obesity, unspecified
- WHEN YOU ARE OVERWEIGHT: CARE INSTRUCTIONS

**3. First degree atrioventricular block**
I44.0: Atrioventricular block, first degree
- HEART BLOCKS: CARE INSTRUCTIONS

**4. Combination internal cardiac defibrillator and pacemaker in situ** -
The patient appears to be pacing most of the time per EP notes
Z95.810: Presence of automatic (implantable) cardiac defibrillator

ELECTROCARDIOGRAM
- Result:
  - **Interpretation:: AV pacing**

Return to Office
- Nilam Patel, MD for *Follow-up 15 at ETHC_Turkey Creek on 06/11/2024 at 02:45 PM
- Barry Michelson, MD for *Follow-up 15 at ETHC_South on 09/11/2024 at 10:45 AM
- to see Barry Michelson, MD at ETHC_South on or around 09/13/2024

Encounter Sign-Off
Encounter signed-off by Barry Michelson, MD, 03/13/2024.

Encounter performed and documented by Barry Michelson, MD
Encounter reviewed & signed by Barry Michelson, MD on 03/13/2024 at 10:50am

**FIELDS, David L (id #98454, dob:**

From: 03/15/2024 10:03 #606 P.005/007



**Encounter Date: 10/12/2023**

Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (45yo, M) ID# 98454 | **Appt. Date/Time** | 10/12/2023 01:30PM |
| **DOB** | | **Service Dept.** | ETHC_Turkey Creek |
| **Provider** | SARA JOHNSON, NP | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130287<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

Chief Complaint

3 MONTH F/U

Patient's Care Team

**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-5399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672
**Primary Care Provider:** MARK DALLE AVE MD: 4307 HWY 66S, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677 NPI: 1801892054

Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

Vitals

**Ht:** 6 ft 10/12/2023 01:36 pm
**Wt:** 259.8 lbs 10/12/2023 01:36 pm
**BP:** 109/60 sitting L arm 10/12/2023 01:42 pm
**BMI:** 35.2 10/12/2023 01:36 pm
**HR:** 61 10/12/2023 01:41 pm

Measurements

None recorded.

Allergies

Reviewed Allergies

PENICILLINS: Rash

Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 | entered |
| **carvediloL 6.25 mg tablet**<br>Take 1 tablet twice a day by oral route for 90 days. | 07/15/23 | filled |
| **cephALEXin 500 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 7 days. | 10/12/23 | prescribed |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 | entered |
| **Entresto 49 mg-51 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 10/12/23 | entered |
| **Farxiga 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/12/23 | entered |
| **Farxiga 5 mg tablet**<br>Take 1 tablet every day by oral route for 90 days. | 08/24/23 | filled |
| **Multi Vitamin**<br>Mens vitafusion 1 daily | 02/06/23 | entered |
| **spironolactone 25 mg tablet**<br>Take 1 tablet every day by oral route. | 08/24/23 | filled |

CPAP
immune plus
10/12/2023 bottles kc

Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

Problems

Reviewed Problems
- Obesity - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Essential hypertension - Onset: 02/06/2023
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- First degree atrioventricular block - Onset: 06/08/2023
- Heart failure - Onset: 02/09/2023
- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- History of SARS-CoV-2 - Onset: 06/08/2023

Family History

Family History not reviewed (last reviewed 09/08/2023)

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

## Social History

Social History not reviewed (last reviewed 09/08/2023)
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How much tobacco do you chew?: none
Do you or have you ever used any other forms of tobacco or nicotine?: No
What was the date of your most recent tobacco screening?: 09/08/2023
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What is your exercise level?: Occasional (Notes: ADL)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: High school graduate (Notes: local truck driver)
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Sexual orientation: Straight or heterosexual

## Surgical History

Surgical History not reviewed (last reviewed 09/08/2023)
- Cardiac catheterization (surg) - 2/2023
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

## Past Medical History

Past Medical History not reviewed (last reviewed 09/08/2023)
CHEST PAIN: **Y**
CONGESTIVE HEART FAILURE: **Y**
GERD/REFLUX: **Y**
HIGH BLOOD PRESSURE/HYPERTENSION: **Y**
OBESITY: **Y**
PALPITATIONS: **Y**
SLEEP APNEA: **Y**
Notes: Please refer to Problem section for most recent PMH/NNP

## Screening

None recorded.

## HPI

Here for 3 month follow up
Here with wife

Feeling better
Had hole open up on incision line that has now reclosed after neosporin end of September
Fatigue and lightheadedness improving
Palps on occ
Denies syncope

## ROS

Patient reports **lightheadedness, fatigue, and palpitations** but reports no chest pressure, no chest pain, no dyspnea on exertion, no leg edema, no syncope, no orthopnea, no PND, and no claudication. He reports **sleep apnea** but reports no cough, no wheezing, no coughing up blood, and no shortness of breath. He reports **easy bruising** but reports no swollen glands. He reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. He reports no dry eyes, no irritation, and no vision change. He reports no difficulty hearing and no ear pain. He reports no frequent nosebleeds and no nose/sinus problems. He reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. He reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, and no swelling in the extremities. He reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no headaches. He reports no depression, no sleep disturbances, feeling safe in relationship, and no alcohol abuse. He reports no nausea, no vomitting, no diarrhea, and no constipation.
**Additionally reports: I have reviewed these findings and agree. sj**

## Physical Exam

**Basic Cardio PE:** Lungs: clear to auscultation. Cardio: no murmurs or gallops and s1 normal, s2 normal, and normal apical impulse; **regular rate and rhythm**. Extremities: no edema; **radial pulses 2+**.

Device site is clean, dry, intact, well approximated, no hematoma, no drainage, no erythema

## Procedure Documentation

**93284,26: Multi chamber ICD Programing PaceArt:**
See image documentation for encounter data.

**ITERATIVE:** A representative from the device company did the interrogation of this device with iterative programming changes to evaluate pacing thresholds. I personally evaluated the generated data including all diagnostic findings, and advised the representative on any changes that may have needed to be made. A -26 modifier will be added to the billing charge.

## Assessment / Plan

**1. Biventricular automatic implantable cardioverter defibrillator in situ** -
Boston Scientific CRT-D implanted 7/2023

10.5 years
Normal function
AP 37%, LVP 99%_DDDR 60/125

Programmed at implant to not LVP due to PNS, programmed tip--->can
Vector guide performed today to assess for possible non PNS vectors
remained at tip--->can: LVPacing turned back on (7/2023)

ATR events are far field

Remote q3 months
RTC June with EP
Z95.810: Presence of automatic (implantable) cardiac defibrillator

**2. Nonischemic congestive cardiomyopathy** -

2022

LHC: 2/2023: normal coronaries, EF 10-15%, LVEDP 40, mod MR
Echo: 5/2023: EF 20%, mod LAE, mild AI/TR, mild to mod MR, RVSP 40, LVIDd6.56
Echo: 2/2023: EF 10-15%
EKG: 2/2023: ST 90, PR 220, QRS 126, RBBB/LPFB, QTc 443
EKG: 6/2023: SR 65, PR 260, QRS 131 RBBB/LPFB, QTc 433
Cardiac MRI: pending at UT

on Entresto 24-26mg BID/Farxiga 5mg daily/spironolactone 25mg daily/carvedilol 6.25mg BID

s/p CRT-D_7/2023

fup Dr.Michelson/Dr.Stribbling
I42.0: Dilated cardiomyopathy
- ELECTROCARDIOGRAM

**3. Chronic systolic heart failure** -
as above
I50.22: Chronic systolic (congestive) heart failure

**4. Essential hypertension** -
2006
I10: Essential (primary) hypertension
- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE

**5. History of SARS-CoV-2** -
3 episodes so far. no hospitalization
1st and 3rd was severe
diagnosed with HF after 3rd episode
Z86.16: Personal history of COVID-19

**6. First degree atrioventricular block** -
asymptomatic

I44.0: Atrioventricular block, first degree
- HEART BLOCKS: CARE INSTRUCTIONS

**7. Obstructive sleep apnea syndrome** -
2012
compliant to CPAP
G47.33: Obstructive sleep apnea (adult) (pediatric)
- SLEEP APNEA: CARE INSTRUCTIONS

**8. Obesity** -
BMI 35
weight loss advised by diet/exercise
E66.9: Obesity, unspecified
- WHEN YOU ARE OVERWEIGHT: CARE INSTRUCTIONS

**9. Infection of skin and/or subcutaneous tissue** -
had wound open up on 9/26 midline incision
put neosporin on it and it reclosed
prophylactically will place keflex 500mg BID for 7 days
will also show Dr. Patel when he is back
educated on what to look for and when to call
L08.9: Local infection of the skin and subcutaneous tissue, unspecified
- cephalexin 500 mg tablet - Take 1 tablet(s) twice a day by oral route for 7 days. Qty: (14) tablet Refills: 0 Pharmacy: U-SAVE DRUG CENTER

Return to Office
- to see SARA JOHNSON, NP at ETHC_Turkey Creek on or around 10/21/2023
- to see Barry Michelson, MD at ETHC_South on or around 03/08/2024
- to see Nilam Patel, MD at ETHC_Turkey Creek on or around 06/03/2024

Encounter Sign-Off
Encounter signed-off by SARA JOHNSON, NP, 10/12/2023.

Encounter performed and documented by SARA JOHNSON, NP
Encounter reviewed & signed by SARA JOHNSON, NP on 10/12/2023 at 2:23pm

| Boston Scientific | LATITUDE™ Programming System | | Report Created 12 Oct 2023 |
|---|---|---|---|
| | Device Follow-up Report | | |
| | Fields , David L | | Last Office Interrogation |
| | Date of Birth | | 21 Jul 2023 |
| | Device | RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode | Monitor + Therapy | 14 Jul 2023 |

**My Alerts**

| | |
|---|---|
| ⚠ 12 Oct 2023 13:54 | Check LV Lead |

**Events Since Last Reset (21 Jul 2023)**

| | |
|---|---|
| 11 Oct 2023 13:27 | ATR at 155 bpm, Avg V Rate in ATR: 108 bpm |
| 11 Oct 2023 13:20 | ATR at 89 bpm, Avg V Rate in ATR: 90 bpm |

See last page for full list of Events Since Last Reset.

**Battery OK**

| | |
|---|---|
| Approximate time to explant: | 10.5 years |
| Charge Time | N/R s |
| Last Capacitor Re-form | N/R |

One Year Remaining



Explant

| Leads Data | Implant 14 Jul 2023 | Previous Session | Most Recent |
|---|---|---|---|
| **Atrial** | | | |
| Intrinsic Amplitude | N/R mV | 5.2 mV | 2.8 mV |
| Pace Impedance | N/R Ω | 600 Ω | 642 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.4 V @ 0.4 ms | Auto 0.5 V @ 0.4 ms |
| **Right Ventricular** | | | |
| Intrinsic Amplitude | N/R mV | 17.1 mV | 17.5 mV@45 bpm |
| Pace Impedance | N/R Ω | 499 Ω | 447 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.5 V @ 0.4 ms | Auto 0.5 V @ 0.4 ms |
| **Left Ventricular** | | | |
| Intrinsic Amplitude | N/R mV | 3.6 mV | 3.9 mV |
| Pace Impedance LVa | N/R Ω | 743 Ω | 644 Ω |
| Pace Impedance LVb | | 754 Ω | 645 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 1.6 V @ 0.5 ms | Auto 0.9 V @ 0.8 ms |
| **Shock Vector** | | | |
| Shock Impedance | N/R Ω | 63 Ω | 69 Ω |

**Settings**

**Ventricular Tachy Settings**

| | | |
|---|---|---|
| VF | 200 bpm ATP | 41J, 41J, 41Jx6 |
| VT | 170 bpm Monitor Only | |

**Atrial Tachy Settings**

ATR Mode Switch 170 bpm VDIR

**Brady/CRT Settings**

| | |
|---|---|
| Mode | DDDR |
| Lower Rate Limit | 60 ppm |
| Maximum Tracking Rate | 125 ppm |
| Maximum Sensor Rate | 130 ppm |
| Paced AV Delay | 240 - 240 ms |
| Sensed AV Delay | 180 - 180 ms |
| A-Refractory (PVARP) | 240 - 280 ms |
| RV-Refractory (RVRP) | 230 - 250 ms |
| LV-Refractory (LVRP) | 250 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |

| | |
|---|---|
| **Pacing Output** | |
| Atrial | Auto 2.0 V @ 0.4ms |
| Right Ventricular | Auto 2.0 V @ 0.4ms |
| Left Ventricular (LVa) | Auto 1.9 V @ 0.8ms |
| Left Ventricular (LVb) | Off |
| **Sensitivity** | |
| Atrial | AGC 0.25 mV |
| Right Ventricular | AGC 0.6 mV |
| Left Ventricular | AGC 1.0 mV |
| **Leads Configuration (Pace/Sense)** | |
| Atrial | Bipolar |
| Right Ventricular | Bipolar |
| LVa (Pace) | LVTip1>>Can |
| LVb (Pace) | Off |
| LV (Sense) | LVRing2>>RV |
| **LV MultiSite Pacing** | |
| Pacing Order | Off |
| **Rate Adaptive Pacing** | |
| Accelerometer | On |

3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.



Clinician Signature:

LATITUDE™ Programming System
Device Follow-up Report

Fields, David L
12 Oct 2023 13:54

**Rhythm ID Update**

| | |
|---|---|
| Last Successful Completion | N/R |

**Trends**




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Device Follow-up Report

Fields , David L
12 Oct 2023 13:54

## Trends






© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Device Follow-up Report

Fields , David L
12 Oct 2023 13:54

| Ventricular Tachy Counters | Since Last Reset 21 Jul 2023 | Device Totals |
|---|---|---|
| **Ventricular Episode Counters** | | |
| Total Episodes | 0 | 0 |
| Treated | | |
| VF Therapy | 0 | 0 |
| VT Therapy | 0 | 0 |
| VT-1 Therapy | 0 | 0 |
| Commanded Therapy | 0 | 0 |
| Non-Treated | | |
| No Therapy Programmed | 0 | 0 |
| Nonsustained Episodes | 0 | 0 |
| Other Untreated Episodes | 0 | 0 |
| **Ventricular Therapy Counters** | | |
| ATP Delivered | 0 | 0 |
| ATP % Successful | 0 | 0 |
| Shocks Delivered | 0 | 0 |
| First Shock % Successful | 0 | 0 |
| Shocks Diverted | 0 | 0 |

| Brady/CRT Counters | Reset Before Last 6 day(s) 14 Jul 2023 to 21 Jul 2023 | Since Last Reset 83 day(s) 21 Jul 2023 to Today |
|---|---|---|
| **Counters** | | |
| % A Paced | 33 | 37 |
| % RV Paced | 29 | 93 |
| % LVa Paced | <1 | 99 |
| % LVb Paced | 0 | 0 |
| **Intrinsic Promotion** | | |
| Rate Hysteresis | | |
| % Successful | 0 | 0 |
| **Atrial Arrhythmia** | | |
| % AT/AF | <1 | <1 |
| Total Time in AT/AF (min) | 0.1 | 2.5 |
| Episodes by Duration | | |
| < 1 minute | 2 | 29 |
| 1 min - < 1 hr | 0 | 0 |
| 1 hr - < 24 hr | 0 | 0 |
| 24 hr - < 48 hr | 0 | 0 |
| > 48 hr | 0 | 0 |
| Total PACs | 1.4K | 7.2K |
| **Ventricular Counters** | | |
| Total PVCs | 20.2K | 27.0K |
| Three or More PVCs | 0 | 0 |

| Clinical Counters | Since Last Reset 21 Jul 2023 | Device Totals |
|---|---|---|
| MRI Protection Mode | 0 | 0 |

3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Device Follow-up Report

Fields, David L
12 Oct 2023 13:54

**Histograms Reset Before Last (14 Jul 2023)**







**Histograms Since Last Reset (21 Jul 2023)**







3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Device Follow-up Report

Fie ds , David L
12 Oct 2023 13:54

**All Events Since Last Reset (21 Jul 2023)**

| | |
|---|---|
| 12 Oct 2023 05:49 | RA Auto |
| 12 Oct 2023 05:43 | RV Auto |
| 11 Oct 2023 13:27 | ATR at 155 bpm, Avg V Rate in ATR: 108 bpm |
| 11 Oct 2023 13:20 | ATR at 89 bpm, Avg V Rate in ATR: 90 bpm |
| 11 Oct 2023 13:19 | ATR at 114 bpm, Avg V Rate in ATR: 114 bpm |
| 11 Oct 2023 13:07 | ATR at 86 bpm, Avg V Rate in ATR: 94 bpm |
| 11 Oct 2023 12:30 | ATR at 224 bpm, Avg V Rate in ATR: 105 bpm |
| 11 Oct 2023 12:20 | ATR at 112 bpm, Avg V Rate in ATR: 112 bpm |
| 11 Oct 2023 12:19 | ATR at 130 bpm, Avg V Rate in ATR: 103 bpm |
| 11 Oct 2023 12:16 | ATR at 113 bpm, Avg V Rate in ATR: 105 bpm |
| 11 Oct 2023 12:03 | ATR at 111 bpm, Avg V Rate in ATR: 111 bpm |
| 10 Oct 2023 02:55 | APM RT at 60 bpm |
| 30 Aug 2023 15:49 | ATR at 112 bpm, Avg V Rate in ATR: 111 bpm |

3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

| Boston Scientific | LATITUDE™ Programming System | | Report Created 12 Oct 2023 |
|---|---|---|---|
| | **Arrhythmia Logbook Report** | | |
| | **Fields , David L** | | Last Office Interrogation |
| | Date of Birth | | **21 Jul 2023** |
| | Device | RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode | Monitor + Therapy | **14 Jul 2023** |

| Event | Date/Time | Type | Therapy | Duration hh:mm:ss |
|---|---|---|---|---|
| RAAT-103 | 12 Oct 2023 05:49 | RA Auto | | -------- |
| RVAT-103 | 12 Oct 2023 05:43 | RV Auto | | -------- |
| ATR-31 | 11 Oct 2023 13:27 | ATR | Avg V Rate in ATR: 108 bpm | 00:00:06 |
| ATR-30 | 11 Oct 2023 13:20 | ATR | Avg V Rate in ATR: 90 bpm | 00:00:01 |
| ATR-29 | 11 Oct 2023 13:19 | ATR | Avg V Rate in ATR: 114 bpm | -------- |
| ATR-28 | 11 Oct 2023 13:07 | ATR | Avg V Rate in ATR: 94 bpm | -------- |
| ATR-27 | 11 Oct 2023 12:30 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:06 |
| ATR-26 | 11 Oct 2023 12:20 | ATR | Avg V Rate in ATR: 112 bpm | 00:00:01 |
| ATR-25 | 11 Oct 2023 12:19 | ATR | Avg V Rate in ATR: 103 bpm | 00:00:08 |
| ATR-24 | 11 Oct 2023 12:16 | ATR | Avg V Rate in ATR: 105 bpm | 00:00:08 |
| ATR-23 | 11 Oct 2023 12:03 | ATR | Avg V Rate in ATR: 111 bpm | -------- |
| APM-22 | 10 Oct 2023 02:55 | APM RT | | -------- |
| ATR-22 | 30 Aug 2023 15:49 | ATR | Avg V Rate in ATR: 111 bpm | 00:00:01 |

3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

| Boston Scientific | LATITUDE™ Programming System | | Report Created 12 Oct 2023 |
|---|---|---|---|
| | Selected Episodes Report | | |
| | Fields , David L | | Last Office Interrogation |
| | Date of Birth | | 21 Jul 2023 |
| | Device | RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| | Tachy Mode | Monitor + Therapy | 14 Jul 2023 |

**Event ATR-31: 11 Oct 2023 13:27** 25mm/s

**ATR Event Onset**
Avg A Rate: 155 bpm
Avg V Rate: 115 bpm
**In ATR**
Avg V Rate: 108 bpm

**Event Ended 00:00:06**






© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Selected Episodes Report

Fields, David L
12 Oct 2023 13:54







3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Selected Episodes Report

Fields , David L
12 Oct 2023 13:54




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Se ected Episodes Report

Fie ds , David L
12 Oct 2023 13:54




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

Boston Scientific

| LATITUDE™ Programming System | | Report Created 12 Oct 2023 |
|---|---|---|
| **Heart Failure Management Report** | | |
| **Fields , David L** | | Last Office Interrogation |
| Date of Birth | | 21 Jul 2023 |
| Device | RESONATE X4 CRT-D G447/ 310757 | Implant Date |
| Tachy Mode | Monitor + Therapy | 14 Jul 2023 |

**Trends**




The nominal HeartLogic™ Threshold is 16. This patient's HeartLogic™ Threshold can be confirmed in LATITUDE NXT™.




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Heart Failure Management Report

Fields, David L
12 Oct 2023 13:54




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

LATITUDE™ Programming System
Heart Failure Management Report

Fields, David L
12 Oct 2023 13:54




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.
Page 3 of 3

Clinician Signature:

**Encounter Date: 09/08/2023**

Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (45yo, M) ID# 98454 | **Appt. Date/Time** | 09/08/2023 10:00AM |
| **DOB** | | **Service Dept.** | ETHC_South |
| **Provider** | BARRY MICHELSON, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZES910050197<br>Policy/Group # : 130287<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

Chief Complaint

Followup: Nonischemic congestive cardiomyopathy
Followup: History of SARS-CoV-2
Followup: Essential hypertension
Followup: Left ventricular cardiac dysfunction
Followup: Obstructive sleep apnea syndrome
Followup: First degree atrioventricular block
Followup: Heart failure

Patient's Care Team

**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-5399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672

Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

Vitals

**Ht:** 6 ft 09/08/2023 09:50 am

**Wt:** 254.8 lbs 09/08/2023 09:50 am

**BP:** 94/60 sitting L arm 09/08/2023 09:51 am
92/58 standing L arm 09/08/2023 09:51 am

**BMI:** 34.6 09/08/2023 09:50 am

**HR:** 68 09/08/2023 09:51 am

Measurements

None recorded.

Allergies

Reviewed Allergies

**PENICILLINS**: Rash

Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 | entered |
| **carvediloL 6.25 mg tablet**<br>Take 1 tablet twice a day by oral route for 90 days. | 07/15/23 | filled |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 | entered |
| **Entresto 49 mg-51 mg tablet**<br>Take 0.5 tablets twice a day by oral route for 90 days. | 08/01/23 | filled |
| **Farxiga 5 mg tablet**<br>Take 1 tablet every day by oral route for 90 days. | 08/24/23 | filled |
| **Multi Vitamin**<br>Mens vitafusion 1 daily | 02/06/23 | entered |
| **spironolactone 25 mg tablet**<br>Take 1 tablet every day by oral route. | 08/24/23 | filled |

CPAP
immune plus
9/8/23..Memory...csp

Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

Problems

Reviewed Problems
- Obesity - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- First degree atrioventricular block - Onset: 06/08/2023
- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- History of SARS-CoV-2 - Onset: 06/08/2023
- Heart failure - Onset: 02/09/2023
- Essential hypertension - Onset: 02/06/2023

Family History

Reviewed Family History

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

## Social History

Reviewed Social History
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How much tobacco do you chew?: none
Do you or have you ever used any other forms of tobacco or nicotine?: No
What was the date of your most recent tobacco screening?: 09/08/2023
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What is your exercise level?: Occasional (Notes: ADL)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: High school graduate (Notes: local truck driver)
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Sexual orientation: Straight or heterosexual

## Surgical History

Reviewed Surgical History
- Cardiac catheterization (surg) - 2/2023
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

## Past Medical History

Reviewed Past Medical History
CHEST PAIN: **Y**
CONGESTIVE HEART FAILURE: **Y**
GERD/REFLUX: **Y**
HIGH BLOOD PRESSURE/HYPERTENSION: **Y**
OBESITY: **Y**
PALPITATIONS: **Y**
SLEEP APNEA: **Y**
Notes: Please refer to Problem section for most recent PMH/NNP

Screening

None recorded.

HPI

Patient is a 39-year-old male that is asked to be seen in followup for cardiac evaluation. We had seen him about 10 years ago. Abnormal stress test. This led to a cardiac catheterization. A small circumflex arose anomalously from the right coronary cusp. LV function was normal. There is a strong family history of coronary disease in the patient's father beginning at age 33 of 34. He died within the last year of complications of coronary artery disease at age 65.. He also has a cousin who was told that he had an elevated coronary calcium score and subsequently went on to be a catheterization and bypass surgery.

The patient is not having symptoms of chest pain or exercise intolerance dyspnea or orthopnea. No dysrhythmias have been identified. He does have a history of hypertension which she states is typically well controlled. He attributes his elevated blood pressure today to nervousness. Patient does not exercise regularly but is able to do his normal activities without limitation. His last LDL cholesterol 58.

The patient requested follow-up on February 6, 2023. Over the past several weeks he has been complaining of abdominal distention pedal edema and shortness of breath with activity. He contacted Cindy Pittman who is a relative of his. She thought that follow-up was appropriate. The patient reported some vague epigastric and chest discomfort. He went to the emergency room in Rogersville. His chest x-ray suggested borderline cardiomegaly but was otherwise unremarkable. His abdominal gas pattern was normal. His COVID screen was negative. No lab work was done a UTI was not diagnosed based on a urine analysis was. He states in the last several weeks he has gained about 9 or 10 pounds. He feels as if his belly is swollen and distended. He has been treated with multiple GI medications and actually got partial relief. He complained of some fluttering in his chest but no syncope or near syncope. He is not having any chest pain. At its worst he had mild pitting edema just over his lower calfs. He reports he has been watching his diet as far as fluid and salt intake and recently has been eating primarily salads

Patient reports that his bowel habits have increased in frequency. He thinks urination may have diminished mildly

The patient had an echocardiogram performed which demonstrated severe global left ventricular dysfunction EF of 10 to 15%. Right ventricular function was diminished as well. No hemodynamically significant valvular abnormalities were seen. Troponin was normal proBNP was elevated at 3953 CBC was unremarkable there was mild elevation in ALT and AST BUN and creatinine were normal at 18 and 1.16 bilirubin was 2.5
Because of the findings we brought him back to the office as quickly as possible to initiate therapy. There is really been no change in his status over the last 3 days. We did discuss changes in medications including substituting Entresto for lisinopril and adding carvedilol as well as an SGLT2 2 inhibitor. We also discussed cardiac catheterization to rule out coronary disease as an etiology. We also discussed long-term goals and possible need for ICD or advanced care if he does not respond well to medication

Catheterization was performed. Left ventricle was severely dilated with an EF estimated 10 to 15% end-diastolic pressure was estimated at 40 mmHg. He did not have significant blockages in his coronaries. Appropriate medical therapy was continued. He has lost approximately 20 pounds with diuresis. Overall the patient's breathing has improved. He is not having significant orthopnea. His exercise tolerance is marginally better. He is scheduled to see the St. Thomas heart failure service in April. He has not been monitoring blood pressures at home but I suggested that he do this. His ICD has not discharged (ZOLL LifeVest).

Patient is seen in follow-up on June 23, 2023. Since his last visit he has seen Dr. Patel. There is a plan for implantation of a subcutaneous ICD in July. The MRI was performed as requested by Dr. Stribling. This confirms severe dilated left ventricle with severe left ventricular dysfunction. Interpretation could not exclude prior infarction but this certainly would not be consistent with findings on his coronary angiography.
Patient has been doing reasonably well clinically. He brought in an extensive recordings of his blood pressure heart rate and weight. His blood pressures typically are between 90 and 100 systolic limiting our ability to increase medications. Patient feels that he is much better than at his time of his presentation. He can walk unlimited distances on level ground. He does report some dyspnea when walking uphill. He is not having problems with orthopnea. He is scheduled to see Dr. Stribling in October

The patient was seen in follow-up on September 8, 2023. He actually underwent implantation of a ICD CRT device. He early on had some issues with diaphragmatic pacing but these have been reprogrammed. He has occasional "hiccups". His exercise tolerance is improved but certainly is not where he wants it to be. He keeps a good log of his blood pressure. Blood pressure is marginal for increasing medications. He will occasionally report transient lightheadedness if he is bending over and stands up suddenly. We discussed venous pooling and that this was something that we would keep an eye on but to be aware of it and try movement immediately.

He is not having significant problems with edema

ROS

**Cardiovascular:** Cardiovascular: **palpitations**.

**Neurologic:** Neurologic: **weakness** and **dizziness**.

**Endocrine:** Endocrine: **fatigue**.

**Hematologic/Lymphatic:** Hematologic/Lymphatic **easy bruising**.

Physical Exam

**Constitutional:** General Appearance: appears stated age and **obese**. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:** Lids and Conjunctivae: no xanthelasma or arcus senilis.

**ENMT:** Lips, Teeth, and Gums: normal dentition. Nose: no lesions on external nose.

**Neck:** Neck: supple and trachea midline. Carotid Arteries: bilateral normal upstroke and no bruits. Jugular Veins: jugular venous pressure unable to assess. Cervical Lymph Nodes: non tender.

**Lungs:** Respiratory Effort: unlabored. Chest Exam: normal curvature. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Precordial Exam: non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: **BTK edema bilateral** ; **Trace edema is noted bilaterally**.

**Peripheral Pulses:** Pulses: full and equal in all extremities except if noted. Radial Pulse: normal. Dorsalis Pedis Pulse: normal.

**Abdomen::** Inspection and Palpation: non distended or tender, normal aorta and bowel sounds, no bruit or masses, and soft; **Abdomen is mildly distended soft with no rebound or guarding**.

**Musculoskeletal:** Inspection: no joint tenderness.

**Neurologic:** Gait: normal gait. Motor: normal strength.

**Skin:** Inspection and Palpation: warm and dry.

Assessment / Plan

**1. Nonischemic congestive cardiomyopathy** -
Patient has nonischemic cardiomyopathy. He is on a reasonable medical regimen limited by blood pressure. He is followed by the advanced heart failure clinic at St. Thomas. He is followed by EP and has had a BiV ICD/CRT device implanted which seems to be working normally.
I42.0: Dilated cardiomyopathy
- ELECTROCARDIOGRAM
- BASIC METABOLIC PANEL
- NT PROBNP

**2. First degree atrioventricular block**
I44.0: Atrioventricular block, first degree
- HEART BLOCKS: CARE INSTRUCTIONS

**3. History of SARS-CoV-2**
Z86.16: Personal history of COVID-19

**4. Obstructive sleep apnea syndrome**
G47.33: Obstructive sleep apnea (adult) (pediatric)
- SLEEP APNEA: CARE INSTRUCTIONS

**5. Heart failure** -
Patient has severe global left ventricular dysfunction with an EF of 10 to 15%. I have recommended changes in his medical regimen to include the addition of Entresto and SGLT2 inhibitor and carvedilol the patient was instructed to stop hisACE inhibitor for 36 hours prior to initiating Entresto
I50.9: Heart failure, unspecified

**6. Essential hypertension** -
continued monitoring of blood pressures suggested to make sure adequate control is being obtained.
I10: Essential (primary) hypertension

- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE

**7. Biventricular automatic implantable cardioverter defibrillator in situ** -
Patient has undergone ICD/CRT device implantation monitored by Dr. Patel
Z95.810: Presence of automatic (implantable) cardiac defibrillator

ELECTROCARDIOGRAM
- Result:
  - **Interpretation:: Sinus rhythm with intermittent atrial pacing, 100% ventricular pacing**

Return to Office
- SARA JOHNSON, NP for *Follow-up 15 at ETHC_Turkey Creek on 10/12/2023 at 01:30 PM
- to see SARA JOHNSON, NP at ETHC_Turkey Creek on or around 10/21/2023
- to see Barry Michelson, MD at ETHC_South on or around 03/08/2024

Encounter Sign-Off
Encounter signed-off by Barry Michelson, MD, 09/08/2023.

Encounter performed and documented by Barry Michelson, MD
Encounter reviewed & signed by Barry Michelson, MD on 09/08/2023 at 10:15am

**FIELDS, David L (id #98454, dob:**






## Imaging Results

US, ECHOCARDIOGRAM, TRANSTHORACIC, COMPLETE, W/ COLOR FLOW (#10292715, 03/29/2024 12:00am)

Jefferson Memorial Hospital

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | FIELDS DAVID | | | **Procedure Staff** | |
| **MRN:** | 00809309 | | | **Referring Physician:** | Barry Michelson, MD |
| **Date of birth:** | | **Age:** | 46 year(s) | **Sonographer:** | Juliann Blackburn, RCS |
| **Gender:** | Male | **BMI:** | 35.67 kg/m² | **Interpreting physician:** | Barry Michelson, MD |
| **Weight:** | 119.3 kg | **BSA:** | 2.39 m² | | |
| **Height:** | 182.88 cm | | | | |

**Procedure Information**

| | | | |
|---|---|---|---|
| **Exam date time:** | 3/29/2024 12:48 PM | | |
| **Procedure type:** | Echo | | |
| **Proc. sub type:** | TTE procedure: NI Echo TTE 2D Complete w Color Doppler. | | |
| **Patient status:** | Routine | **Accession no:** | 3002408900170 |
| **HR:** | 60 bpm | **FIN Number:** | 4521481 |
| | | **Study location:** | Jefferson City |
| | | **Technical quality:** | Good visualization |

**Reason for Study**

DILATED CARDIOMYOPATHY

**Physician Conclusions**

**Summary:**

Left ventricle size is moderately dilated.
Left ventricle wall thickness is normal.
EF estimated at 20%.
Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure.,
There is severe global left ventricular systolic dysfunction.
Valve is trileaflet and normal in structure. No evidence of stenosis.
Mild aortic regurgitation.
Left atrium is mild to moderately enlarged.
Moderate to severe mitral regurgitation.

Moderate to severe mitral regurgitation.

Tennova Healthcare

**Jefferson Memorial Hospital**

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

**Obervations**

| | |
|---|---|
| **Left ventricle:** | Left ventricle size is moderately dilated.<br>Left ventricle wall thickness is normal.<br>EF estimated at 20%.<br>Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure..<br>There is severe global left ventricular systolic dysfunction. |
| **Right ventricle:** | Chamber size is normal. Global systolic function is normal. |
| **Left atrium:** | Left atrium is mild to moderately enlarged. |
| **Right atrium:** | Right atrium is normal in size. |
| **Mitral valve:** | Valve appears structurally normal. No evidence of stenosis.<br>Moderate to severe mitral regurgitation. |
| **Aortic valve:** | Valve is trileaflet and normal in structure. No evidence of stenosis.<br>Mild aortic regurgitation.<br>Aortic valve Peak velocity is 1.01 m/s.<br>Aortic valve Peak pressure gradient is 4.08 mmHg.<br>Aortic valve Mean pressure gradient is 2 mmHg. |
| **Tricuspid valve:** | Mild to Moderate tricuspid regurgitation.<br>RVSP estimated at 43 mmHg |
| **Pulmonic valve:** | Valve appears structurally normal. No evidence of stenosis. No significant regurgitation visualized. |
| **Pericardial:** | Pericardium appears normal. There is no pericardial effusion visualized. |
| **Aorta/Great vessels:** | Aortic root is normal in size.<br>The inferior vena cava is not dilated and shows more than 50% respiratory variation. |
| **Pleural:** | There is no pleural effusion present. |

Electronically signed by Barry Michelson, MD (Interpreting physician) on 4/2/2024 at 12:08 PM

Tennova Healthcare

**Jefferson Memorial Hospital**

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

**Left Ventricle**

| | | | |
|---|---|---|---|
| Diastolic dimension: | 6.42 cm **(4.2 - 5.8 cm)** | Systolic dimension: | 5.55 cm **(2.5 - 4 cm)** |
| 2D septum diastolic: | 0.72 cm | FS Normal Range (30-45%): | **14 %** |
| 2D post wall diastolic: | 0.94 cm | | |
| IVRT: | 95 ms | | |
| LV mass (ASE formula): | 219.34 g | | |
| LV mass index: | 91.65 g/m² | | |
| RWT: | 0.29 | | |

**LV M-Mode**

**LV Ejection Fraction**

| | | | |
|---|---|---|---|
| LVEDV Teichholz: | 265 ml **(62 - 150 ml)** | LVESV Teichholz: | 171 ml **(21 - 61 ml)** |
| LVEDVI Teichholz: | 110.73 ml/m² **(34 - 74 ml/m²)** | LVESVI Teichholz: | 71.45 ml/m² **(11 - 31 ml/m²)** |
| EF Teichholz: | 35 % | | |

**LV 3D/Strain**

**Right Ventricle**

| | | | |
|---|---|---|---|
| Diastolic dimension: Normal Range (2.7-3.4cm): | 2.5 cm | Systolic pressure: | 26.81 mmHg |

**Left Atrium**

| | | | |
|---|---|---|---|
| **LA diameter (2D) Normal Range (2.0-4.0cm):** | 3.6 cm | **LA/Aorta (2D):** | 1.38 |
| | | **LA volume index:** | 33.84 ml/m² |
| **LA area:** | 26.9 cm² | | |
| **LA volume:** | 81 ml | | |

**Right Atrium**

| | |
|---|---|
| **Systolic pressure:** | 10 mmHg |

**Jefferson Memorial Hospital**

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

## Aortic Valve

| | | | |
|---|---|---|---|
| **Peak velocity Normal Range (0.9-1.7m/s) :** | 1.01 m/s | **Mean velocity:** | 0.73 m/s |
| **Peak gradient Normal Range (<10mmHG):** | 4.08 mmHg | **Mean gradient Normal Range (<10mmHG) :** | 2 mmHg |
| **AV VTI:** | 20.4 cm | **Dimensionless index:** | 0.72 |
| **AR peak velocity:** | 246 cm/s | **Mean velocity:** | 52.4 cm/s |
| **Peak velocity:** | 72.7 cm/s | **Mean gradient:** | 1 mmHg |
| **Peak gradient:** | 2 mmHg | **LVOT VTI Normal Range (0.7-1.1m/s):** | 16.2 cm |

## Mitral Valve

| | | | |
|---|---|---|---|
| **Peak E-wave Normal Range (0.60-1.30m/s) :** | 92.1 cm/s | **Peak gradient:** | 3.39 mmHg |
| **MR velocity:** | 389 cm/s | **Deceleration time Normal Range (160-240msec):** | 169 ms |
| **E' septal velocity:** | 6.11 cm/s | **MR VTI:** | 119 cm |
| **A' septal velocity:** | 4.23 cm/s | **E' lateral velocity:** | 8.55 cm/s |
| **E/E' septal:** | 15.07 | **A' lateral velocity:** | 4.04 cm/s |
| | | **E/E' lateral:** | 10.77 |
| | | **E/E' average:** | 12.92 |

## Tricuspid Valve

| | | | |
|---|---|---|---|
| **Estimated RVSP:** | 35 mmHg | **Estimated RAP:** | 10 mmHg |
| **TR velocity:** | 205 cm/s | **TR gradient:** | 16.81 mmHg |

## Pulmonic Valve

| | | | |
|---|---|---|---|
| **Peak velocity Normal Range (0.5-1.0m/s):** | 88 cm/s | **Peak gradient:** | 3.1 mmHg |
| | | **Estimated PASP:** | 26.81 mmHg |
| | | **Acceleration time:** | 90 ms |

## Aorta/Great Vessels

| | | | |
|---|---|---|---|
| **Aortic root (2D):** | 2.6 cm | **ACS (M-mode) Normal Range (1.5-26cm):** | 1.5 cm |

Electronically signed by Barry Michelson, MD (Interpreting physician) on 4/2/2024 at 12:08 PM

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 7, 2024

TENNOVA HEART
RELEASE OF INFORMATION
10800 PARKSIDE DR
SUITE 331
KNOXVILLE, TN 37934

Re: Policy Number: 00001020986100000
Claim Number: 1230051807
Patient: David Fields
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 8/1/2023 to present |
| Diagnostic Test Results | 8/1/2023 to present |

Current state statutes for Tennessee: Provider Records are: $20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-877-843-3950**.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(*Please complete the below)

Direct Deposit Agreement

| Authorization Agreement |
|---|

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

| Account Information |
|---|

Name of Financial Institution: ______________________________________

Routing Number: ______________________________________

Account Number: ______________________________________

Authorized Signature: ___________________________________________________ Date: _______________________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Keshia Roloff
Assisting on behalf of Charles Zimmer
855-818-2883 x7157
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

**Lincoln/Fields 1626**

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll Free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Fields (Last) David (First) Lynn (Middle)

Date of Birth: ______ Social Security Number ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes)), x-rays, films or correspondence, and any medical condition I may now have or have had;
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** David Fields **DATE** 7-18-24

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** David L Fields

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______

**ADDRESS:** ______
(Street)

______
(City) (State) (Zip Code)

**PHONE NO:** ______

Lincoln/Fields 1627

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 7, 2024

DR MARK DALLE-AVE
RELEASE OF INFORMATION
ATTN MEDICAL RECORDS
4966 HIGHWAY 11 WEST
ROGERSVILLE, TN 37857

| | | |
|---|---|---|
| Re: | Policy Number: | 000010209861000000 |
| | Claim Number: | 1230051807 |
| | Patient: | David Fields |
| | DOB: | |

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 8/1/2023 to present |
| Diagnostic Test Results | 8/1/2023 to present |

****Please fill out all forms that are attached****

Current state statutes for Tennessee: Provider Records are: $20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **Please fax this remittance form and records to 1-877-843-3950**.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(*Please complete the below)

Direct Deposit Agreement

| Authorization Agreement |
|---|

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

| Account Information |
|---|

Name of Financial Institution: ______________________________

Routing Number: ______________________________

Account Number: ______________________________

Authorized Signature: ________________________________________ Date: ________________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Keshia Roloff
Assisting on behalf of Charles Zimmer
855-818-2883 x7157
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

**Lincoln Financial Group**

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll Free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Fields David Lynn (First) (Middle)

Date of Birth: ______ Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had);
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** David Fields **DATE** 7-18-24

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** David L Fields

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______

**ADDRESS:** ______
(Street)

______
(City) (State) (Zip Code)

**PHONE NO:** ______

Lincoln/Fields 1630

# Disability Attending Physician Statement

**The Lincoln National Life Insurance Company**
PO Box 2609 Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
LincolnFinancial.com
disabilityclaims@lfg.com

**Instructions:** All sections below need to be completed by your treating provider. Once complete login to our secure portal to upload the document, fax to (877) 843-3950, or email to disabilityclaims@lfg.com.

## 1. Claimant Information

Employee's Name: ______ Claim Number: ______

Date of Birth: ______ Telephone Number: ______ Social Security Number: ______

Employer Name: ______

## 2. Medical Facts

**Primary Diagnosis:** ______ ICD-10 Code: ______

**Secondary Diagnosis:** ______ ICD-10 Code: ______

**Co-Morbids:** ______

Height: ______ Weight: ______ Gender: ______

**Is the Disability a Result of:** ☐ Illness ☐ Injury ☐ Work Related

Date Unable to Work: ______ If Injury, Date of Injury: ______

Date of Initial Treatment: ______ Date of Most Recent Treatment: ______

Date of Next Treatment: ______ Reoccurring Condition? ☐ Yes ☐ No

**Has Patient Been Hospitalized:** ☐ Yes ☐ No If Yes, Dates of Admission and Discharge: ______ to ______

Hospitalization Reason: ______

Has/Will Surgery Occur? ☐ Yes ☐ No Surgery Elective? ☐ Yes ☐ No Date of Surgery: ______

Surgery Type: ______

**If Pregnancy:** Estimated Due Date: ______ Actual Delivery Date: ______

Advised to Cease Work Prior to Delivery: ☐ Yes ☐ No Delivery Type: ☐ Vaginal ☐ C-Section

Pregnancy Complications:

**Symptoms** (including impact to ADL's, and self reported symptoms):

**Objective Findings** (include copies of x-rays, EKG's, blood work, scans, and any clinical findings):

**Nature of Treatment** (current and recommended, frequency) and **Treatment/Physician Referrals** (include phone/fax number):

**Medications** (include dosage, frequency, and dates prescribed/changed):

**Restrictions and Limitations:**

**Physical Diagnosis:**

Lifting: _______ lbs _______ hours per work day

Carrying: _______ lbs _______ hours per work day

**Provide Hours per Work Day:**

Sitting: ________________

Standing: ________________

Walking: ________________

Kneeling: ________________

Climbing: ________________

Squatting: ________________

Stooping: ________________

Bending: ________________

Reaching: ________________

**Mental Diagnosis** (Ability to perform task using scale below):

1 = Unable to Perform 2 = Markedly Limited

3 = Somewhat Limited 4 = Unlimited

Perform at Constant Pace: ____________________

Maintain Attention/Concentration: ____________________

Comprehend Daily Tasks: ____________________

Multi-Task: ____________________

Communicate Effectively: ____________________

Regulate EmotIons: ____________________

Follow Instructions: ____________________

Interact with Colleagues: ____________________

Interact with Public: ____________________

Make Decisions: ____________________

Work Alone/Separate from Others: ____________________

**Dates of Restrictions and Limitations:** ______________ to ______________ Date Able to Return to Work: ______________

☐ Full Time ☐ Part Time Part Time Days/Hours: ________________________________________

**Job Modifications Needed to Return to Work:**

Modified Work Schedule: ________________________________ Duration of Modified Work Schedule: ______________

**Additional Restrictions and Limitations:**

## 3. Signature

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

Printed Name of Provider (including Credentials): ________________________________________

________________________________________ ____________________

Provider Signature Date

Specialty of Practice: ________________________ Address of Practice: ________________________

Phone Number: ________________________ Fax Number: ________________________

Email: ________________________________________________

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion. Please see Fraud Notices attached.

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Services.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits, if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer, files a statement of claim, or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Kansas.** A person may be guilty of fraud as determined by a court of law, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Kentucky.** Any person who knowingly and with the intent to defraud an insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**North Carolina.** Any person who, with intent to injure, defraud, or deceive an insurer or insurance claimant: (1) presents or causes to be presented a written or oral statement, including computer-generated documents as part of, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning any fact or matter material to a claim, or (2) assists, abets, solicits, or conspires with another person to prepare or make any written or oral statement that is intended to be presented to an insurer or insurance claimant in connection with, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning a fact or matter material to the claim is guilty of a Class H felony.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** A person may be committing insurance fraud, if he or she submits an application or claim containing a misstatement, misrepresentation, omission or concealment with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Vermont.** Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

**FOR ALL OTHER STATES.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

![Lincoln Financial Group]

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll Free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Fields (Last) David (First) Lynn (Middle)

Date of Birth: ______ Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had);
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** David Fields **DATE** 7-18-24

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** David L Fields

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______

**ADDRESS:** ______
(Street)

______
(City) (State) (Zip Code)

**PHONE NO:** ______

Lincoln/Fields 1635

Lincoln Financial Group

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company, government agency, department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Fields (Last) David (First) Lynn

Date of Birth: [redacted] Social Security Number: [redacted]

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had);
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

SIGNATURE: David Fields DATE: 7-18-24

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: David L Fields

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ______

ADDRESS: ______
(Street)

______
(City) (State) (Zip Code)

PHONE NO: ______

Date: Thu Jul 18 13:00:33 CDT 2024
From: Charles Zimmer <Charles.Zimmer@lfg.com>
To: melindafields1@gmail.com
Message-ID: <1046772631.13.1721325633517@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230051807 (SECURE)

E-confirmation from Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Charles Zimmer**
**Sr. Claims Examiner, LTD 2**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Dr
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 855-818-2883 x7157
Fax: 402 951-8544
Email: Charles.Zimmer@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

You're In Charge®

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

July 18, 2024

DAVID L FIELDS

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear David:

This letter is in reference to your claim for Long Term Disability benefits.

While reviewing your claim, we have found that we need additional information. Please sign and date the enclosed authorization form and return it to us by 08/19/2024.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Charles Zimmer
855-818-2883 x7157
Sr. Claims Examiner, LTD 2
The Lincoln National Life Insurance Company

Enclosure: General Authorization

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: ______________________________
(Last) (First) (Middle)

Date of Birth: ____________________ Social Security Number: ____________________

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** ______________________________ **DATE** ____________________

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME**: ______________________________

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ____________________

**ADDRESS:** ______________________________
(Street)

______________________________
(City) (State) (Zip Code)

**PHONE NO:** ______________________________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

EAST TENNESSEE IRON & METAL, INC.
P. O. Box 460
Rogersville, Tennessee 37857

Tel. 423-235-4115
Fax 423-235-4149

**JOB DESCRIPTION:**

**Position:** Driver

**Essential Duties:**

- Responsible for maintaining CDL and related requirements as outlined and enforced by TDOT.
- Safely Drive a straight shift 10 speed Truck (roll-off, flatbed or trailer) and do all steps required to Load and Unload a Roll-off Box(s), Hopper(s) and/or trailer. A load must be secured which includes tarping, chaining and properly securing load. This process would include climbing or other physically demanding tasks and ability to lift carry or move up to 25 lbs. If over 25 lbs. should be able to run equipment to move scrap or other items to secure the load.

Date: Thu Mar 14 10:25:32 CDT 2024
From: Charles Zimmer <Charles.Zimmer@lfg.com>
To: melindafields1@gmail.com
E-communication from Lincoln Financial Group
Message-ID: <1042701661.8.1710429932056.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230051807 (SECURE)

Lincoln Financial Group — LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.


**Charles Zimmer**
**Sr. Claims Examiner, LTD 2**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Dr
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: (402) 361-7157
Fax: 402 951-8544
Email: Charles.Zimmer@lfg.com



Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

You're In Charge


Lincoln/Fields 1643

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

March 14, 2024

DAVID L FIELDS

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear David:

To ensure we maintain a high level of service, we have adjusted some of our workload assignments. As a result, I have been assigned to your case.

I can be reached by phone at 855-818-2883 ext. 7157 or via email at charles.zimmer@lfg.com.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Charles Zimmer
855-818-2883 ext. 7157
Sr. Claims Examiner, LTD 2
The Lincoln National Life Insurance Company

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

E-communication from Lincoln Financial Group

Date: Wed Feb 28 08:15:25 CST 2024
From: Brandi Miller <Brandi.Miller@lfg.com>
To: melindafields1@gmail.com
Message-ID: <876600793.3.1709129725707.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230051807 (SECURE)

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields.   You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com.   If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Brandi Miller**
**Sr. Claims Examiner, Recoveries**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x 7980
Fax: 402-361-1428
Email: Brandi.Miller@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

You're In Charge

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

February 28, 2024

DAVID L FIELDS

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear David:

We have processed your debit payment of $10,860.17. The overpayment due to your award of Social Security benefits has been paid in full. Thank you for your prompt response in refunding this amount.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Brandi Miller
800-423-2765 *7980
Recovery Specialist
The Lincoln National Life Insurance Company

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

E-communication from Lincoln Financial Group

Date: Fri Feb 16 09:40:34 CST 2024
From: Brandi Miller <Brandi.Miller@lfg.com>
To: melindafields1@gmail.com
Message-ID: <1290601415.13.1708098034480.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230051807 (SECURE)

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Brandi Miller**
**Sr. Claims Examiner, Recoveries**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x 7980
Fax: 402-361-1428
Email: Brandi.Miller@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

You're In Charge

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

February 16, 2024

DAVID L FIELDS

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear David:

The LFG Recovery Unit has received notification that you have been awarded Social Security Disability benefits at $2,330.00 per month effective 08/01/2023.

After considering the other income benefits you receive, your new monthly Long Term Disability benefit is $877.89, less your Federal Income Tax withholding of $88.00.

As you are aware, these benefits from Social Security have been or will be paid for a period during which you had received unreduced Short Term and Long Term Disability benefits. Therefore, your claims have been overpaid in the amount of $10,860.17 for the period of 08/01/2023 to 02/07/2024. Please note that it is possible to have a larger overpayment balance than monies received or available to have transferred. Nonetheless, we will work together for any explanations and options during this process.

You are required to repay The Lincoln National Life Insurance Company this amount and we ask that this matter receive your immediate attention. A copy of the calculation is attached.

Lincoln Financial Group can process a one-time debit from your account. You may complete the enclosed One-Time Authorization to Debit form and return it via fax to 877-843-3950 or email to DisabilityClaims@lfg.com; or contact Brandi Miller at 800-423-2765 ext. 7980 to process a phone payment.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

If you prefer, you may mail payment to the following address and include the claim number in this letter:

Lincoln Financial Group
P.O. Box 26028
Greensboro, NC 27420-6028

If you are unable to refund this full amount, please contact our office within 30 days to make arrangements for repayment.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Brandi Miller
800-423-2765 x 7980
Recovery Specialist
The Lincoln National Life Insurance Company

## Benefit Recalculation

| | | | |
|---|---|---|---|
| **Claim Number** | 1230012611 | **Date of Disability** | Feb 08, 2023 |
| **Claimant** | DAVID L FIELDS | **Nature** | Sickness |

### Recalculation Period 1

**Payee** DAVID FIELDS

| Description | Benefit Duration | Weeks | Days | Weekly Amount | Amount |
|---|---|---|---|---|---|
| | ***Original Payment*** | | | | |
| Gross Weekly Benefit - STD | Jul 28, 2023 - Aug 09, 2023 | 1 | 5 | $740.00 | $1,268.57 |
| Soc Sec (DisPrimary) | Aug 01, 2023 - Aug 09, 2023 | 1 | 1 | $0.00 | $0.00 |
| Social Security Tax | | | | $78.65 | |
| Medicare Tax | | | | $18.39 | |
| | ***Recalculation*** | | | | |
| Gross Weekly Benefit - STD | Jul 28, 2023 - Aug 09, 2023 | 1 | 5 | $740.00 | $1,268.57 |
| Soc Sec (DisPrimary) | Aug 01, 2023 - Aug 09, 2023 | 1 | 1 | $537.69 | ($614.50) |
| Social Security Tax | | | | $40.55 | |
| Medicare Tax | | | | $9.49 | |
| Attorney Fees | | 1 | 0 | $567.50 | $567.50 |
| | | | | **Total Correction** | ($47.00) |
| | | | | **Tax Correction** | ($47.00) |
| | | | | **Insured Correction** | $0.00 |

Lincoln/Fields 1650

# Benefit Recalculation

| | | | |
|---|---|---|---|
| Claim Number | 1230051807 | Date of Disability | Feb 08, 2023 |
| Claimant | DAVID L. FIELDS | Nature | Sickness |

## Recalculation Period 1

Payee DAVID FIELDS

| Description | Benefit Duration | Month | Days | Monthly Amount | Amount |
|---|---|---|---|---|---|
| | ***Original Payment*** | | | | |
| Gross Monthly Benefit - LTD | Aug 07, 2023 - Sep 07, 2023 | 1 | 0 | $3,207.89 | $3,207.89 |
| Soc Sec (DisPrimary) | Aug 07, 2023 - Sep 07, 2023 | 1 | 0 | $0.00 | $0.00 |
| Short Term Dis | Aug 07, 2023 - Aug 09, 2023 | 0 | 2 | $2,887.10 | ($192.47) |
| | ***Recalculation*** | | | | |
| Gross Monthly Benefit - LTD | Aug 07, 2023 - Sep 07, 2023 | 1 | 0 | $3,207.89 | $3,207.89 |
| Soc Sec (DisPrimary) | Aug 07, 2023 - Sep 07, 2023 | 1 | 0 | $2,330.00 | ($2,330.00) |
| Short Term Dis | Aug 07, 2023 - Aug 09, 2023 | 0 | 2 | $557.10 | ($37.14) |
| Attorney Fees | | 1 | 0 | $2,964.50 | $2,964.50 |
| | | | | **Total Correction** | $789.83 |
| | | | | **Tax Correction** | $0.00 |
| | | | | **Insured Correction** | $789.83 |

## Recalculation Period 2

Payee DAVID FIELDS

| Description | Benefit Duration | Month | Days | Monthly Amount | Amount |
|---|---|---|---|---|---|
| | ***Original Payment*** | | | | |
| Gross Monthly Benefit - LTD | Sep 07, 2023 - Dec 07, 2023 | 3 | 0 | $3,207.89 | $9,623.67 |
| Soc Sec (DisPrimary) | Sep 07, 2023 - Dec 07, 2023 | 3 | 0 | $0.00 | $0.00 |
| | ***Recalculation*** | | | | |
| Gross Monthly Benefit - LTD | Sep 07, 2023 - Dec 07, 2023 | 3 | 0 | $3,207.89 | $9,623.67 |
| Soc Sec (DisPrimary) | Sep 07, 2023 - Dec 07, 2023 | 3 | 0 | $2,330.00 | ($6,990.00) |
| | | | | **Total Correction** | ($6,990.00) |
| | | | | **Tax Correction** | $0.00 |
| | | | | **Insured Correction** | ($6,990.00) |

## Recalculation Period 3

Payee DAVID FIELDS

| Description | Benefit Duration | Month | Days | Monthly Amount | Amount |
|---|---|---|---|---|---|
| | ***Original Payment*** | | | | |
| Gross Monthly Benefit - LTD | Dec 07, 2023 - Feb 07, 2024 | 2 | 0 | $3,207.89 | $6,415.78 |
| Soc Sec (DisPrimary) | Dec 07, 2023 - Feb 07, 2024 | 2 | 0 | $0.00 | $0.00 |

## Benefit Recalculation

| | | | |
|---|---|---|---|
| **Claim Number** | 1230051807 | **Date of Disability** | Feb 08, 2023 |
| **Claimant** | DAVID L. FIELDS | **Nature** | Sickness |

***Recalculation***

| | | | | | |
|---|---|---|---|---|---|
| Gross Monthly Benefit - LTD | Dec 07, 2023 - Feb 07, 2024 | 2 | 0 | $3,207.89 | $6,415.78 |
| Soc Sec (DisPrimary) | Dec 07, 2023 - Feb 07, 2024 | 2 | 0 | $2,330.00 | ($4,660.00) |
| | | | **Total Correction** | | ($4,660.00) |
| | | | **Tax Correction** | | $0.00 |
| | | | **Insured Correction** | | ($4,660.00) |

**Lincoln/Fields 1652**

**LINCOLN NATIONAL LIFE INSURANCE COMPANY**
8801 Indian Hills Dr
Omaha, NE 68114
800-423-2765

## One Time Debit Payment Authorization Form

Sign and complete this form to authorize Lincoln National Life Insurance Company to make a one-time debit to your account listed below.

By signing this form you give us permission to debit your account for the amount indicated on or after the indicated date. This is permission for a single transaction only, and does not provide authorization for any additional unrelated debits or credits to your account.

---

**Please complete the information below:**

I ______________________________ authorize Lincoln National Life Insurance Company to debit my
(full name)

account at the financial institution listed below for ______________ on or after ____________________.
(amount) (date)

This authority will remain in effect until Lincoln National Life Insurance Company is notified by me (us) in writing to cancel it in such time to afford Lincoln National Life Insurance Company and the Financial Institution a reasonable opportunity to act on it.

Billing Address ______________________________ Phone# __________________________

City, State, Zip ______________________________ Email __________________________

Account Type: ☐ Checking ☐ Savings

Financial Institution Name ____________________________________________________

Financial Institution Address ____________________________________________________

Routing Number ______________________________________________

Account Number ______________________________________________

SIGNATURE __________________________________________ DATE ____________________

I authorize the above named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for one time use only. I certify that I am an authorized user of this account and that I will not dispute the payment with financial institution; so long as the transaction corresponds to the terms indicated in this form.

**Lincoln/Fields 1653**

percent of the fee amount we pay, but not more than $117, which is the most we can collect in each case under the law. We will subtract the service charge from the amount payable to the representative.

The representative cannot ask you to pay for the service charge. If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

**Other Social Security Benefits**

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

**Your Responsibilities**

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits please contact us. You can also visit our website at www.ssa.gov/pubs to find the following publications with additional information:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).
- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

**Your Benefits May Be Taxed**

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

## Other Information

We are sending a copy of this notice to PAMELA LAWSON JENKINS.

## Do You Disagree With The Decision?

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.ssa.gov/forms/ to locate the form. You can also contact us to request the form, or if you need help filling out the form.

## Things To Remember For The Future

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

## Need more help?

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention

this letter when you call.

3. You may also call your local office at 1-877-405-0416.

SOCIAL SECURITY
1618 OLD TUSCULUM ROAD
GREENEVILLE TN 37745

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

## PAYMENT SUMMARY

**Your Payment Of $10,596.00**

Here is how we figured your first payment:

Benefits due for August 2023 through January 2024 including any cost of living increase, less monthly rounding of benefits ........................ $14,128.00

Amount we subtracted because of:

- money to pay your representative ........................ 3,532.00

This equals the amount of your first payment ........................ $10,596.00

**Your Regular Monthly Payment**

Here is how we figured your regular monthly payment effective February 2024:

You are entitled to a monthly benefit of ........................ $ 2,404.70

Amount we subtracted because of:

- rounding (we must round down to a whole dollar) ........................ .70

This equals the amount of your regular monthly payment ........................ $ 2,404.00

Social Security Administration
**Retirement, Survivors and Disability Insurance**
Notice of Award

Office of Central Operations
6401 Security Boulevard
Baltimore, Maryland 21235-6401
Date: February 10, 2024
BNC#: 24MS821F54363 HA

DAVID L FIELDS
[redacted] m. 5

You are entitled to monthly disability benefits beginning August 2023.

**The Date You Became Disabled**

We found that you became disabled under our rules on February 8, 2023.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is August 2023.

**What We Will Pay And When**

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $10,506.00 around February 11, 2024.
- This is the money you are due for August 2023 through January 2024.
- Your next payment of $2,404.00, which is for February 2024, will be received on or about the third Wednesday of March 2024.
- After that you will receive $2,404.00 on or about the third Wednesday of each month.
- Later in this letter, we will show you how we figured these amounts.
- New rules require you to receive your payments electronically, unless you get an exemption from the U.S. Department of the Treasury. Please call Treasury at 1-888-224-2950 to see if you qualify for an exemption.

Enclosure(s):
Pub 05-10153

See Next Page

**Your Benefits**

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| August | 2023 | $2,330.20 | Entitlement began |
| December | 2023 | $2,404.70 | Cost-of-living adjustment |

**Information About Representatives Fees**

We have approved the fee agreement between you and your representative.

Your past-due benefits are $14,128.00 for August 2023 through January 2024. Under the fee agreement, the representative cannot charge you more than $3,532.00 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

**How To Ask Us To Review The Determination On The Fee Amount**

You, your representative or the person who decided your case can ask us to review the amount of the fee we say your representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Office of Central Operations
6401 Security Blvd
BALTIMORE, MARYLAND 21235-6401

Your representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or your representative, we will assume you both agree with the amount of the fee shown.

**Information About Past-Due Benefits Withheld To Pay A Representative**

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past due benefits to pay an authorized fee. We withheld $3,532.00 from your past-due benefits to pay the representative.

We are paying the representative from the benefits we withheld. Therefore, we must collect a service charge from him or her. The service charge is 6.3

Date: Wed Feb 07 09:45:32 CST 2024
From: Lori Jones <Lori.Jones@lfg.com>
To: melindafields1@gmail.com
Message-ID: <796969849.3.1707320732851.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230051807 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Lori Jones**
**Claims Examiner II, Social Security**
LN10-Lincoln National Life Insurance Co
90th & Dodge
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x 2787
Email: Lori.Jones@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

You're In Charge:

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

February 7, 2024

DAVID L FIELDS

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear David:

We are writing about your claim for benefits under the Long-Term Disability (LTD) Policy issued to your employer.

At the time your LTD claim was approved, and, in a follow-up, letter dated January 3, 2024, we asked you to provide our office with proof of your application for Social Security Disability Income (SSDI) benefits. This should include an official proof of filing and/or complete copy of any award, denial, or appeal notification.

This information should be documentation you received directly from the Social Security Administration (SSA) office. Should you not have your most recent copy available, your local SSA office will be able to provide you with a copy to return to our office.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, LTD benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

If you are awarded retroactive benefits from Social Security, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars. Please do not spend the retroactive benefits as they are due back to Lincoln Financial Group. Once we receive your award letter, we will determine the overpayment amount. You will be informed of this amount in writing and options to recover the overpayment.

To date we have not received a response to our request. Please provide us proof of your application. If you have not already done so, you can initiate your application by either calling the Social Security Administration (SSA) toll free at 1-800-772-1213 (for TTY call 1-800-325-

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

0778) applying directly online at www.socialsecurity.gov/disabilityssi/apply.html or by visiting your local Social Security office and provide us with proof of application.

If you would like assistance filing your Social Security Disability benefits application, there are Social Security Claimant Representative that specialize in this process. Please contact us to discuss.

If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.

If you do not complete that application and provide proof of the application by February 22, 2024, your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

You can forward this information to me:

- The address in the above letterhead
- Fax Number: 1-877-843-3950 or
- Email: disabilityclaims@LFG.com

If you have any questions regarding this letter, please contact me at 1-800-423-2765, ext. 2787.

Sincerely,

Lori Jones
800-423-2765 x 2787
Claims Examiner II, Social Security
The Lincoln National Life Insurance Company

E-communication from Lincoln Financial Group

Date: Wed Jan 03 13:55:21 CST 2024
From: Lori Jones <Lori.Jones@lfg.com>
To: melindafields1@gmail.com
Message-ID: <796969849.3.1704311721140.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230051807 (SECURE)

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Lori Jones**
**Claims Examiner II, Social Security**
LN10-Lincoln National Life Insurance Co
90th & Dodge
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 *2787
Fax: 402-361-1219
Email: Lori.Jones@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

You're In Charge®

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

January 3, 2024

DAVID L FIELDS

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear David:

We are writing about your claim for benefits under the Long-Term Disability (LTD) Policy issued to your employer.

At the time your LTD claim was approved we asked you to provide our office with proof of your application for Social Security Disability Income (SSDI) benefits. This should include an official proof of filing and/or a complete copy of any award, denial, or appeal notification.

This information should be documentation you received directly from the Social Security Administration (SSA) office. If you do not have the most recent copy available, your local SSA office will be able to provide you a copy to return to our office.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, LTD benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

If you are awarded retroactive benefits from Social Security, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars. Please do not spend the retroactive benefits as they are due back to Lincoln. Once we receive your award letter, we will determine the overpayment amount. You will be informed of this amount in writing and options to recover of the overpayment.

To date we have not received a response to our request. Please provide us proof of your application. If you have not already done so, you can initiate your application by either calling the Social Security Administration (SSA) toll free at 1-800-772-1213 (for TTY call 1-800-325-

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office and provide us with proof of application.

If you would like assistance with filing your Social Security Disability benefits application, there are Social Security Claimant Representatives that specialize in this process.  Please contact us to discuss.

If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.

If you do not complete the application and provide proof by February 6, 2024, your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: 1-877-843-3950 or
- Email: disabilityclaims@LFG.com

If you have any questions regarding this letter, please contact me at 1-800-423-2765, ext. 2787.

Sincerely,

Lori Jones
800-423-2765 *2787
Claims Examiner II, Social Security
The Lincoln National Life Insurance Company

E-communication from Lincoln Financial Group

Date: Fri Dec 01 10:50:24 CST 2023
From: Lori Jones <Lori.Jones@lfg.com>
To: melindafields1@gmail.com
Message-ID: <999864329.3.1701449424304.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230051807 (SECURE)

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Lori Jones**
**Claims Examiner II, Social Security**
LN10-Lincoln National Life Insurance Co
90th & Dodge
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 *2787
Fax: 402-361-1219
Email: Lori.Jones@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

You're In Charge®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 1, 2023

DAVID L FIELDS

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear David:

We are writing about your claim for LTD benefits under the Long-Term Disability (LTD) Policy issued to your employer.

In addition to your Long-Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

There are several advantages for you if you are approved for Social Security Disability benefits. These advantages are outlined in the attachment, and include:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

The purpose of this letter is to provide you with information about how you can apply for those benefits.

We realize that applying for Social Security Disability benefits can be intimidating. To help you through the process, we are providing information on using the services of Integrated Benefits, Inc., a Social Security claimant representative. Integrated Benefits, Inc., specializes in preparing Social Security Disability claims and, when necessary, representing claimants. They have a 90% success rate in obtaining awards. Their professional and experienced staff will act on your behalf and will keep your contact with the Social Security Administration to a minimum.

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

This will be explained to you in greater detail upon accepting representation by Integrated Benefits, Inc. However, if you are choosing to apply for Social Security benefits without utilizing our Social Security Claimant representative services, you must initiate the process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office.

If you have any other family members (dependents) that may be eligible for benefits, please make sure the Social Security Administration is informed so application and payment for dependent benefits is not delayed.

You are required to apply for Social Security benefits under the terms of

East Tennessee Iron & Metal Works, Inc. LTD Policy and it is important that you begin this process immediately. Therefore, please initiate your application by January 2, 2024.

If you do not complete that application and provide proof of the application, your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

If you are approved for Social Security Disability benefits, the disability benefits received by you from Lincoln will be reduced by the amount you receive from the Social Security Administration. In other words, you will continue to receive the same amount of monthly benefits, but the money will come from two sources (Lincoln and the Social Security Administration). If you are entitled to retroactive benefits, you may receive a large payment from the Social Security Administration. This money is essentially money that Lincoln advanced to you while you were waiting for Social Security's decision, and you must repay it immediately upon our request.

If you have any questions regarding this letter, please contact me at 1-800-423-2765, ext. 2787.

Sincerely,

Lori Jones
800-423-2765 *2787
Claims Examiner II, Social Security
The Lincoln National Life Insurance Company

Enclosure(s): Disability Payment Options Form
Social Security Advantage

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

## DISABILITY PAYMENT OPTIONS

Insurer: The Lincoln National Life Insurance Company (Herein Referred to as "we" and "us")
8801 Indian Hills Drive
Omaha, NE 68114

Policy Number: 00001020986100000 Claim No. 1230051807 Disability Date: ______

Issued To: East Tennessee Iron & Metal Works, Inc. Address: ______

Claimant David Fields Address: ______

The policy under which you are covered provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, the policy benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive, if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☐ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
(a) proof of the amount awarded by Social Security; or,
(b) proof that Social Security benefits have been denied and all appeals have been exhausted.
If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☐ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions. If you want to elect this option but have not yet applied for Social Security benefits, you must agree to apply for them immediately. If you do not apply for Social Security benefits, we will use approach #1.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #1. If you have any questions, please contact us.

The Lincoln National Life Insurance Company reserves all rights under the contract. Notwithstanding any election to the contrary, we will begin estimating your Social Security benefits if Social Security information is not provided within 60 days of the date of this agreement.

| | |
|---|---|
| ______ (Insured) | ______ (Witness) |
| ______ (Address) | ______ (Address) |
| ______ (Date) | ______ (Date) |

Lincoln Financial Group®

# FINANCIAL ADVANTAGES PROVIDED TO SOCIAL SECURITY DISABILITY INSURANCE RECIPIENTS

**The Lincoln National Life Insurance Company**
PO Box 2609
Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

Though your Long Term Disability benefit from Lincoln Financial Group would be reduced for any Social Security Disability benefits you might receive, there are still several very important reasons why Social Security disability income (SSDI) benefits would benefit you and your family. These all represent financial savings in one form or another and could have a major impact on your life both now and in the future. They include:

## Increased Social Security Retirement Benefits:

For every year that you are unable to work and do not "pay into the system," no earnings are factored into your Social Security record even if you are receiving worker's compensation payments or benefits under a private long term disability insurance plan. This is known as "zero wage earner" status. Social Security calculates your retirement benefits based on a weighted average of the income that you earned over your working life. As a result, a significant amount of non-working years will result in zeros factored into your average and a substantially lower Social Security Retirement benefit. However, if the Social Security Administration determines you are disabled within the meaning of the Social Security Act, your earnings record will be "frozen" for those years you were unable to be gainfully employed. This protects your Social Security retirement benefits.

## Health Insurance via Medicare Entitlement

SSDI recipients are entitled to Medicare coverage after receiving SSDI benefits for 24 months. This inexpensive health insurance includes Part A (Hospital) at no charge and Part B (Medical) for a small monthly payment.

## Reduced Health Insurance Premiums

Once you establish eligibility for Medicare, your premiums for any other health insurance coverage you might have could decrease. With Medicare coverage available to help defray the cost of medical expenses, such premiums may be adjusted downwards.

## Cost of Living Adjustment (COLA) Raises

Your SSDI benefit will also increase at an average of 5.8% due to COLA raises. Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living increases would not. Thus, your combined benefit amounts would increase each year with your Social Security increases not being subject to offset.

## Trial Work Period

In most cases, entitlement to SSDI benefits also allows you the opportunity to attempt to return to work for a period of up to nine (9) months while you still receive your full monthly SSDI benefit.

Extended period of Eligibility: Once your Trial Work period ends you can continue to work for another 36 months without being terminated from Social Security. If you are earning more than what Social Security deems Substantial Gainful Activity, then you are not due your Social Security check. Any month you earn less than SGA in a month you are due your full Social Security check.

## Tax Advantages

The majority of SSDI recipients also receive their benefits tax-free. You should, however, consult with a tax professional to determine if this tax exemption applies to your individual situation.

## Closed Period of Social Security Disability Benefits

If you anticipate returning to work in the near future, but were unable to work for twelve or more months, you may still be entitled to a closed period of SSDI benefits.

### Note: Award of Social Security Benefits May Cause Overpayment

Currently the backlog at Social Security Administration is very large, it is not uncommon for the process of obtaining benefits to take up to 1 to 2 years. Often Social Security will award back payment or retro benefits. If you are awarded retro benefits from Social Security, more than likely your Long Term Disability claim will be overpaid. Please make sure to notify Lincoln Financial Group so that they can review your past benefits and determine if your claim has been overpaid, as you are responsible to refund any overpayment within 30 days.

ibi

**Social Security Disability Insurance – Important Facts & Frequently Asked Questions**

Most people do not think about becoming disabled, however studies show a 1-in-4 chance of disability before retirement age. Social Security provides an insurance benefit to workers who have been diagnosed with a medical condition and are unable to work. There are many benefits available once a disabled worker is awarded including Medicare coverage, return to work incentives, monetary benefits for qualifying family members, cost of living increases, and a "frozen" earnings record to protect your Social Security retirement benefits.

Integrated Benefits has provided dedicated Social Security disability representation since 1986 and there is no out of pocket expense to you for using our services. Our experienced attorneys are located regionally, so we are able to assist individuals across the country. Our team will help you through the process of obtaining disability benefits, so you can concentrate on taking care of yourself. Fortunately, you have a long-term disability benefit to help you through the loss of income and our staff works directly with your insurer to help integrate your benefits once Social Security benefits are awarded. However, an approved Long-term disability claim does not guarantee an award for SSDI as the rules of disability are not the same.

Since Social Security has strict rules and guidelines for eligibility, there are also many steps to filing for and being awarded Social Security Disability benefits. Depending on the level of decision, the process can take as little as a few months, or up to a few years. Social Security considers several factors when determining a claim and if denied, you have the right to contest the decision with several levels of appeal. IBI works to ensure the paperwork and required information are submitted timely and efficiently for filing and appealing. If your case goes before a judge, one of IBI's attorneys will try to get a decision in your favor so you do not have to appear at a hearing. If, however, it becomes necessary for you to appear at a hearing, an attorney from IBI will be there to represent you.

- Are you working? Social Security generally will not find you disabled if you are physically working.
- Is your condition severe or medically meet a listing? By Social Security definition, a medical condition must significantly limit ability to perform basic work activities for at least 12 months or meet a listing of medical conditions considered severe enough to prevent a person from gainful activity.
- Are you able to perform past work or any other type of work? Social Security will decide if your medical condition keeps you from doing work activities you have previously done as well as any other work you may have skills or be trained to do. If you are unable to do past work but able to perform other, lighter duties, Social Security will not find you have a qualifying disability.
- Is there any cost to you? Our relationship with your long-term disability company allows us to assist you with your claim without charging you a fee or billing you for any expenses.
- What happens when awarded? Your Social Security benefit is calculated based on your history of earnings and could be reduced by other government or public disability benefits as well as Worker's Compensation. IBI will verify information to ensure your benefits are paid correctly as well as work with your Long-term disability provider regarding offsets.

Contact Us
Toll-Free (800) 535-6575
Fax (573) 893-7706
Monday-Friday 7:00 am to 5:00 pm (CST)

Mailing Address
Integrated Benefits, Inc
PO Box 7200
Jefferson City, MO 65102

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
PO BOX 2609
OMAHA NE 68103-2609

20642344
Aug 15 2023 10:06 AM
DAVID FIELDS

TN221
Aug 30 2023 11:01 AM

158

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

Lincoln
Financial Group®

**To:** **DR NILAM PATEL**
Company:
Fax: (865)392-3449
Phone:

**From:** **Sydney Pecka**
Fax: 1-877-843-3950
Phone: 1-800-423-2765

---

**NOTES:**

---

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Monday, August 14, 2023 2:52:02 PM
**Number of pages including this cover sheet:** 04

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 14, 2023

DR NILAM PATEL/MICHELSON/JOHNSON
RELEASE OF INFORMATION
10800 PARKSIDE DR
APT 331
KNOXVILLE, TN 37934

Re: Policy Number: 000010209861000000
Claim Number: 1230051807
Patient: David Fields
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
| --- | --- |
| Office/Treatment Notes | 01/01/2023 to Present |
| Diagnostic Test Results | 01/01/2023 to Present |

Current state statutes for Tennessee: Provider Records are: $20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
| --- | --- | --- | --- |
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-877-843-3950**

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

**Authorization Agreement**

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from the account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company receives a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

**Account Information**

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Sydney Pecka
Assisting on behalf of Janice Nixon
678-295-3161
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Enclosure: Upload3536342732212869804

Lincoln/Fields 1675

Lincoln Financial Group

## Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll-free (800) 423-2765 Toll-free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services; hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Fields (Last) David (First) Lynn (Middle)

Date of Birth: ____ Social Security Number: xxx-xx-____

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had);
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability claims only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

✓ SIGNATURE: David Fields ✓ DATE: 8-7-2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: David Lynn Fields

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ____

ADDRESS: ____
(Street)

____
(City) (State) (Zip Code)

PHONE NO: ____

# Medical Records - CONFIDENTIAL

**FROM:** TN - CHS E TENNESSEE HEART CONSULTANTS

Amy T
10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934-1982
Phone: (865) 392-3400
Fax: (865) 392-3449

**TO:**

**Name: FIELDS, DAVID L**

**DOB:**

**Date Range: 01/01/2023 to 08/15/2023**

**This document contains the following records of the patient:**
- **Encounters and Procedures**
- **Clinical Documents**
- **Imaging Results**
- **Lab Results**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:98454-A-10667]

## Encounters and Procedures

Clinical Encounter Summaries

**FIELDS, David L (Id #98454, dob:**
**Encounter Date: 07/21/2023**

Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (45yo, M) ID# 98454 | **Appt. Date/Time** | 07/21/2023 10:15AM |
| **DOB** | | **Service Dept.** | ETHC_Turkey Creek |
| **Provider** | SARA JOHNSON, NP | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZEB902762636<br>Policy/Group # : 87792<br>PCP : DALLE-AVE, MARK J<br>Prescription: CVS\|CAREMARK - Member is eligible, details | | |

Chief Complaint

ICD Wound Check

Patient's Care Team

**Primary Care Provider (Primary Insurance):** DALLE-AVE, MARK J: PO BOX 850, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677
**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-5399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672

Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

Vitals

| | | |
|---|---|---|
| **Ht:** 6 ft 07/21/2023 10:11 am | **Wt:** 254 lbs 07/21/2023 10:17 am | **BP:** 98/62 sitting R arm 07/21/2023 10:20 am |
| **BMI:** 34.4 07/21/2023 10:17 am | **HR:** 72 07/21/2023 10:21 am | |

Measurements

None recorded.

Allergies

Reviewed Allergies

**PENICILLINS**: Rash

Medications

**FIELDS, David L (id #98454, dob:**

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet every day by oral route for 90 days. | 06/08/23 | entered |
| **carvedilol 6.25 mg tablet**<br>Take 1 tablet twice a day by oral route for 90 days. | 07/15/23 | filled |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/08/23 | entered |
| **Entresto 49 mg-51 mg tablet**<br>Take 0.5 tablets twice a day by oral route for 90 days. | 06/08/23 | entered |
| **Farxiga 5 mg tablet**<br>Take 1 tablet every day by oral route for 90 days. | 06/08/23 | entered |
| **Multi Vitamin**<br>Mens vitafusion 1 daily | 02/06/23 | entered |
| **spironolactone 25 mg tablet**<br>Take 1 tablet every day by oral route. | 06/08/23 | entered |

CPAP
immune plus
7/21/2023 memory...bfm

Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

Problems

Reviewed Problems

- Obesity - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Essential hypertension - Onset: 02/06/2023
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- First degree atrioventricular block - Onset: 06/08/2023
- Heart failure - Onset: 02/09/2023
- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- History of SARS-CoV-2 - Onset: 06/08/2023

Family History

Reviewed Family History

**FIELDS, David L (id #98454, dob:**

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

## Social History

Reviewed Social History
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How much tobacco do you chew?: none
Do you or have you ever used any other forms of tobacco or nicotine?: No
What was the date of your most recent tobacco screening?: 05/23/2023
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Diet and Exercise**
What is your exercise level?: Occasional (Notes: ADL)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Marriage and Sexuality**
What is your relationship status?: Married
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: (Notes: local truck driver)
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender Identity: Identifies as Male
Assigned sex at birth: Male
Sexual orientation: Straight or heterosexual

## Surgical History

Reviewed Surgical History
- Cardiac catheterization (surg) - 2/2023
- Insertion of biventricular implantable cardioverter defibrillator - 07/14/2023
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

## Past Medical History

Reviewed Past Medical History
CHEST PAIN: Y
CONGESTIVE HEART FAILURE: Y
GERD/REFLUX: Y
HIGH BLOOD PRESSURE/HYPERTENSION: Y
OBESITY: Y
PALPITATIONS: Y
SLEEP APNEA: Y
Notes: Please refer to Problem section for most recent PMH/NNP

## Screening

None recorded.

Lincoln/Fields 1681

**FIELDS, David L (Id #98454, dob:**

## HPI

Here for wound check post CRT-D
Here with wife

Lightheadedness when he bends over
Fatigue still
Denies dyspnea on exertion and at rest, chest pain/pressure, syncope/near syncope, edema, and palpitations

## ROS

Patient reports **lightheadedness (when he bends over) and fatigue** but reports no chest pressure, no chest pain, no dyspnea on exertion, no leg edema, no syncope, no orthopnea, no palpitations, no PND, and no claudication; **has hiccups a lot**. He reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. He reports no dry eyes, no irritation, and no vision change. He reports no difficulty hearing and no ear pain. He reports no frequent nosebleeds and no nose/sinus problems. He reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. He reports no cough, no wheezing, no coughing up blood, no sleep apnea, and no shortness of breath. He reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, and no swelling in the extremities. He reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no headaches. He reports no depression, no sleep disturbances, feeling safe in relationship, and no alcohol abuse. He reports no swollen glands and no bruising. He reports no nausea, no vomiting, no diarrhea, and no constipation.
**Additionally reports: I have reviewed these findings and agree. sj**

## Physical Exam

Incision is clean, dry, intact, well approximated
No hematoma, erythema, or drainage noted

## Procedure Documentation

**93284,26: Multi chamber ICD Programing PaceArt:**
See image documentation for encounter data.

**ITERATIVE**: A representative from the device company did the interrogation of this device with iterative programming changes to evaluate pacing thresholds. I personally evaluated the generated data including all diagnostic findings, and advised the representative on any changes that may have needed to be made. A -26 modifier will be added to the billing charge.

## Assessment / Plan

**1. Biventricular automatic implantable cardioverter defibrillator in situ-**
Boston Scientific CRT-D implanted 7/2023

>8 years
Normal function
AP 33%, RVP 29%, LVP 1%

Programmed at implant to not LVP due to PNS, programmed tip--->can
Vector guide performed today to assess for possible non PNS vectors
remained at tip--->can
LVPacing turned back on
Ct to monitor

Wound healed well

Remote q3 months
RTC 3 months
Z95.810: Presence of automatic (implantable) cardiac defibrillator

**2. Nonischemic congestive cardiomyopathy -**
2022

LHC: 2/2023: normal coronaries, EF 10-15%, LVEDP 40, mod MR
Echo: 5/2023: EF 20%, mod LAE, mild AI/TR, mild to mod MR, RVSP 40, LVIDd6.56
Echo: 2/2023: EF 10-15%
EKG: 2/2023: ST 90, PR 220, QRS 126, RBBB/LPFB, QTc 443
EKG: 6/2023: SR 65, PR 260, QRS 131 RBBB/LPFB, QTc 433
Cardiac MRI: pending at UT

on Entresto 24-26mg BID/Farxiga 5mg daily/spironolactone 25mg daily/carvedilol 6.25mg BID

s/p CRT-D_7/2023

**FIELDS, David L (id #98454, dob:**

fup Dr.Michelson/Dr.Stribbling
I42.0: Dilated cardiomyopathy
- ELECTROCARDIOGRAM

**3. Chronic systolic heart failure-**
as above
I50.22: Chronic systolic (congestive) heart failure

**4. Essential hypertension -**
2006
I10: Essential (primary) hypertension
- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE

**5. History of SARS-CoV-2 -**
3 episodes so far. no hospitalization
1st and 3rd was severe
diagnosed with HF after 3rd episode
Z86.16: Personal history of COVID-19

**6. First degree atrioventricular block-**
asymptomatic

I44.0: Atrioventricular block, first degree
- HEART BLOCKS: CARE INSTRUCTIONS

**7. Obstructive sleep apnea syndrome -**
2012
compliant to CPAP
G47.33: Obstructive sleep apnea (adult) (pediatric)
- SLEEP APNEA: CARE INSTRUCTIONS

**8. Obesity -**
BMI 35
weight loss advised by diet/exercise
E66.9: Obesity, unspecified
- WHEN YOU ARE OVERWEIGHT: CARE INSTRUCTIONS

Return to Office
- Barry Michelson, MD for *Follow-up 15 at ETHC_South on 09/08/2023 at 10:00 AM
- SARA JOHNSON, NP for *Follow-up 15 at ETHC_Turkey Creek on 10/12/2023 at 01:30 PM
- to see SARA JOHNSON, NP at ETHC_Turkey Creek on or around 10/21/2023

Encounter Sign-Off
Encounter signed-off by SARA JOHNSON, NP, 07/21/2023.

Encounter performed and documented by SARA JOHNSON, NP
Encounter reviewed & signed by SARA JOHNSON, NP on 07/21/2023 at 11:46am

| Boston Scientific | LATITUDE™ Programming System | Report Created 21 Jul 2023 |
|---|---|---|
| | **Arrhythmia Logbook Report** | |
| | **Fields , David L** | Last Office Interrogation |
| | Date of Birth | 14 Jul 2023 |
| | Device RESONATE X4 CRT-D G447/ 210757 | Implant Date |
| | Tachy Mode Monitor + Therapy | 14 Jul 2023 |

| Event | Date/Time | Type | Therapy | Duration hh:mm:ss |
|---|---|---|---|---|
| APM-4 | 21 Jul 2023 03:00 | APM RT | | —— |
| RVAT-8 | 21 Jul 2023 02:44 | RV Auto | | —— |
| RAAT-8 | 21 Jul 2023 02:43 | RA Auto | | —— |
| ATR-2 | 20 Jul 2023 20:01 | ATR | Avg V Rate in ATR: 104 bpm | 00:00:01 |
| ATR-1 | 15 Jul 2023 13:52 | ATR | Avg V Rate in ATR: 102 bpm | 00:00:05 |

3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

**FIELDS, David L (id #98454, dob:**

| Boston Scientific | LATITUDE™ Programming System | Report Created 21 Jul 2023 |
| --- | --- | --- |
| | Selected Episodes Report | |
| | Fields, David L | Last Office Interrogation 14 Jul 2023 |
| | Date of Birth | |
| | Device RESONATE X4 CRT-D G447/ 210757 | Imp ant Date |
| | Tachy Mode Monitor + Therapy | 14 Jul 2023 |

**Event ATR-1: 15 Jul 2023 13:52** 25mm/s

**ATR Event Onset**

Avg A Rate: 141 bpm

Avg V Rate: 106 bpm

**In ATR**

Avg V Rate: 102 bpm

**Event Ended 00:00:05**





© 2014-2018
Boston Scientific Corporation
or its affiliates. All rights reserved.



Clinician Signature:

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Selected Episodes Report

Fields , David L
21 Jul 2023 10:53



3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Selected Episodes Report

Fields , David L
21 Jul 2023 10:53




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

Lincoln/Fields 1687

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Selected Episodes Report

Fields , David L
21 Jul 2023 10:50




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

**FIELDS, David L (id #98454, dob:**

| Boston Scientific | LATITUDE™ Programming System | Report Created 21 Jul 2023 |
|---|---|---|
| | **Device Follow-up Report** | |
| | **Fields , David L** | Last Office Interrogation |
| | Date of Birth: | 14 Jul 2023 |
| | Device: RESONATE X4 CRT-D G447/ 210757 | Implant Date |
| | Tachy Mode: Monitor + Therapy | 14 Jul 2023 |

**My Alerts**

| | |
|---|---|
| 21 Jul 2023 10:53 | Check LV Lead |

**Events Since Last Reset (14 Jul 2023)**

| | |
|---|---|
| 20 Jul 2023 20:01 | ATR at 139 bpm, Avg V Rate in ATR: 104 bpm |
| 15 Jul 2023 13:52 | ATR at 141 bpm, Avg V Rate in ATR: 102 bpm |

See last page for full list of Events Since Last Reset.

**Battery OK**

| | |
|---|---|
| Approximate time to explant: | > 8 years |
| Charge Time | N/R s |
| Last Capacitor Re-form | N/R |

One Year Remaining



Explant

| Leads Data | Implant 14 Jul 2023 | Previous Session | Most Recent |
|---|---|---|---|
| **Atrial** | | | |
| Intrinsic Amplitude | N/R mV | 2.7 mV | 3.5 mV |
| Pace Impedance | N/R Ω | 601 Ω | 584 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.4 V @ 0.4 ms | Auto 0.4 V @ 0.4 ms |
| **Right Ventricular** | | | |
| Intrinsic Amplitude | N/R mV | 13.8 mV | 14.5 mV @ 65 bpm |
| Pace Impedance | N/R Ω | 382 Ω | 470 Ω |
| Pace Threshold | N/R V @ N/R ms | Auto 0.3 V @ 0.4 ms | Auto 0.5 V @ 0.4 ms |
| **Left Ventricular** | | | |
| Intrinsic Amplitude | N/R mV | 3.9 mV | 3.2 mV |
| Pace Impedance LVa | N/R Ω | 890 Ω | 1276 Ω |
| Pace Impedance LVb | | 875 Ω | 735 Ω |
| Pace Threshold | N/R V @ N/R ms | 3.0 V @ 2.0 ms | Auto 1.1 V @ 1.0 ms |
| **Shock Vector** | | | |
| Shock Impedance | N/R Ω | 77 Ω | 61 Ω |

**Settings**

**Ventricular Tachy Settings**

| | | |
|---|---|---|
| VF | 200 bpm ATP | 41J, 41J, 41Jx6 |
| VT | 170 bpm Monitor Only | |

**Atrial Tachy Settings**

ATR Mode Switch 170 bpm VDIF

**Brady/CRT Settings**

| | |
|---|---|
| Mode | DDDR |
| Lower Rate Limit | 60 ppm |
| Maximum Tracking Rate | 125 ppm |
| Maximum Sensor Rate | 130 ppm |
| Paced AV Delay | 240 - 240 ms |
| Sensed AV Delay | 180 - 180 ms |
| A-Refractory (PVARP) | 240 - 230 ms |
| RV-Refractory (RVRP) | 230 - 250 ms |
| LV-Refractory (LVRP) | 250 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |

| | |
|---|---|
| **Pacing Output** | |
| Atrial | Auto 2.0 V @ 0.4ms |
| Right Ventricular | Auto 2.0 V @ 0.4ms |
| Left Ventricular (LVa) | Auto 2.1 V @ 1.0ms |
| Left Ventricular (LVb) | Off |
| **Sensitivity** | |
| Atrial | AGC 0.25 mV |
| Right Ventricular | AGC 0.6 mV |
| Left Ventricular | AGC 1.0 mV |
| **Leads Configuration (Pace/Sense)** | |
| Atrial | Bipolar |
| Right Ventricular | Bipolar |
| LVa (Pace) | LVTip1>>Can |
| LVb (Pace) | Off |
| LV (Sense) | LVRing2>>RV |
| **LV MultiSite Pacing** | |
| Pacing Order | Off |
| **Rate Adaptive Pacing** | |
| Accelerometer | On |

3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.



Clinician Signature:

Lincoln/Fields 1689

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Device Follow-up Report

Fields , David L
21 Jul 2023 10:53

| **Rhythm ID Update** | |
|---|---|
| Last Successful Completion | N/R |

**Trends**

Most recent measurement:




3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

Lincoln/Fields 1690

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Device Follow-up Report

Fields, David L
21 Jul 2023 10:50

**Trends**






© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Device Follow-up Report

Fields, David L
21 Jul 2023 10:50

| Ventricular Tachy Counters | Since Last Reset 14 Jul 2023 | Device Totals |
|---|---|---|
| **Ventricular Episode Counters** | | |
| Total Episodes | 0 | 0 |
| Treated | | |
| VF Therapy | 0 | 0 |
| VT Therapy | 0 | 0 |
| VT-1 Therapy | 0 | 0 |
| Commanded Therapy | 0 | 0 |
| Non-Treated | | |
| No Therapy Programmed | 0 | 0 |
| Nonsustained Episodes | 0 | 0 |
| Other Untreated Episodes | 0 | 0 |
| **Ventricular Therapy Counters** | | |
| ATP Delivered | 0 | 0 |
| ATP % Successful | 0 | 0 |
| Shocks Delivered | 0 | 0 |
| First Shock % Successful | 0 | 0 |
| Shocks Diverted | 0 | 0 |

| Brady/CRT Counters | Reset Before Last 0 day(s) 14 Jul 2023 to 14 Jul 2023 | Since Last Reset 6 day(s) 14 Jul 2023 to Today |
|---|---|---|
| **Counters** | | |
| % A Paced | 7 | 33 |
| % RV Paced | 92 | 23 |
| % LVa Paced | 93 | <1 |
| % LVb Paced | 0 | 0 |
| **Intrinsic Promotion** | | |
| Rate Hysteresis | | |
| % Successful | 0 | 0 |
| **Atrial Arrhythmia** | | |
| % AT/AF | N/R | <1 |
| Total Time in AT/AF (min) | N/R | 0.1 |
| Episodes by Duration | | |
| < 1 minute | 0 | 2 |
| 1 min - < 1 hr | 0 | 0 |
| 1 hr - < 24 hr | 0 | 0 |
| 24 hr - < 48 hr | 0 | 0 |
| > 48 hr | 0 | 0 |
| Total PACs | 1 | 1.4K |
| **Ventricular Counters** | | |
| Total PVCs | 55 | 20.2K |
| Three or More PVCs | 0 | 0 |

| Clinical Counters | Since Last Reset 14 Jul 2023 | Device Totals |
|---|---|---|
| MRI Protection Mode | 0 | 0 |



© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Device Follow-up Report

Fields, David L
21 Jul 2023 10:53

## Histograms Reset Before Last (14 Jul 2023)







## Histograms Since Last Reset (14 Jul 2023)







3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

Lincoln/Fields 1693

**FIELDS, David L (id #98454, dob:**

LATITUDE™ Programming System
Device Follow-up Report

Fields, David L
21 Jul 2023 10:50

**All Events Since Last Reset (14 Jul 2023)**

| | |
|---|---|
| 21 Jul 2023 03:00 | APM RT at 60 bpm |
| 21 Jul 2023 02:44 | RV Auto |
| 21 Jul 2023 02:43 | RA Auto |
| 20 Jul 2023 20:01 | ATR at 139 bpm, Avg V Rate in ATR: 104 bpm |
| 15 Jul 2023 13:52 | ATR at 141 bpm, Avg V Rate in ATR: 102 bpm |

3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

**FIELDS, David L (id #98454, dob:**

| Boston Scientific | LATITUDE™ Programming System | Report Created 21 Jul 2023 |
|---|---|---|
| | **LV VectorGuide™ Report**<br>**Fields , David L**<br>Date of Birth<br>Device RESONATE X4 CRT-D G447/ 210757<br>Tachy Mode Monitor + Therapy | Last Office Interrogation<br>**14 Jul 2023**<br>Implant Date<br>**14 Jul 2023** |

| LV Pace Vector | RVS-LVS Delay | Impedance (200-2000 Ω) | PNS | LV Threshold |
|---|---|---|---|---|
| LVTip1>>Can | -22 ms | 738 Ω | No PNS 6.5 V @ 1.0 ms | Auto Test Failed |
| LVTip1>>LVRing2 | -22 ms | 1186 Ω | No PNS 6.5 V @ 1.0 ms | 0.9 V @ 1.0 ms |
| LVTip1>>LVRing3 | -22 ms | 1340 Ω | No PNS 6.5 V @ 1.0 ms | 2.0 V @ 1.0 ms |
| LVTip1>>LVRing4 | -22 ms | 1405 Ω | No PNS 6.5 V @ 1.0 ms | 0.9 V @ 1.0 ms |
| LVRing3>>Can | -22 ms | 679 Ω | No PNS 6.5 V @ 1.0 ms | 1.2 V @ 1.0 ms |
| LVTip1>>RV | -22 ms | 752 Ω | PNS 6.5 V @ 1.0 ms | |
| LVRing2>>Can | -22 ms | 545 Ω | PNS 6.5 V @ 1.0 ms | |
| LVRing2>>LVRing3 | -22 ms | 1115 Ω | PNS 6.5 V @ 1.0 ms | |
| LVRing2>>LVRing4 | -22 ms | 1199 Ω | PNS 6.5 V @ 1.0 ms | |
| LVRing2>>RV | -22 ms | 559 Ω | PNS 6.5 V @ 1.0 ms | |
| LVRing3>>LVRing2 | -22 ms | 1113 Ω | PNS 6.5 V @ 1.0 ms | |
| LVRing3>>LVRing4 | -22 ms | 1299 Ω | PNS 6.5 V @ 1.0 ms | |
| LVRing3>>RV | -22 ms | 687 Ω | PNS 6.5 V @ 1.0 ms | |
| LVRing4>>Can | -21 ms | 732 Ω | PNS 6.5 V @ 1.0 ms | |
| LVRing4>>LVRing2 | -21 ms | 1197 Ω | PNS 6.5 V @ 1.0 ms | |
| LVRing4>>LVRing3 | -21 ms | 1294 Ω | PNS 6.5 V @ 1.0 ms | |
| LVRing4>>RV | -21 ms | 743 Ω | PNS 6.5 V @ 1.0 ms | |

3868 Software Version: 1.12
G447 Firmware Version: H_v1.00.00(1.01)

© 2014-2019
Boston Scientific Corporation
or its affiliates. All rights reserved.


Clinician Signature:

**FIELDS, David L (id #98454, dob:**
**Encounter Date: 06/23/2023**

Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (45yo, M) ID# 98454 | **Appt. Date/Time** | 06/23/2023 10:30AM |
| **DOB** | | **Service Dept.** | ETHC_South |
| **Provider** | BARRY MICHELSON, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZEB902762636<br>Policy/Group # : 87792<br>PCP : DALLE-AVE, MARK J<br>Prescription: CVS\|CAREMARK - Member is eligible, details | | |

Chief Complaint

Followup: First degree atrioventricular block
Followup: Nonischemic congestive cardiomyopathy
Followup: History of SARS-CoV-2

Patient's Care Team

**Primary Care Provider (Primary Insurance):** DALLE-AVE, MARK J: PO BOX 850, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677
**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-5399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376864672

Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

Vitals

2023-06-23 10:25

| | | |
|---|---|---|
| **Ht:** 6 ft | **Wt:** 260.7 lbs | **BP:** 94/60 sitting L arm<br>94/60 standing L arm |
| **BMI:** 35.4 | **HR:** 59 | |

Measurements

None recorded.

Allergies

Reviewed Allergies

**PENICILLINS**: Rash

Medications

Reviewed Medications

**aspirin 81 mg chewable tablet** 06/08/23 entered
Chew 1 tablet every day by oral route for 90 days.

**carvedilol 6.25 mg tablet** 06/08/23 entered
Take 1 tablet twice a day by oral route for 90 days.

**cetirizine 10 mg tablet** 06/08/23 entered
Take 1 tablet(s) every day by oral route.

**Entresto 49 mg-51 mg tablet** 06/08/23 entered
Take 0.5 tablets twice a day by oral route for 90 days.

**esomeprazole magnesium 40 mg capsule,delayed release** 06/08/23 entered
Take 1 capsule every day by oral route.

**famotidine 20 mg tablet** 06/08/23 entered
Take 1 tablet twice a day by oral route.

**Farxiga 5 mg tablet** 06/08/23 entered
Take 1 tablet every day by oral route for 90 days.

**Multi Vitamin** 02/06/23 entered
Mens vitafusion 1 daily

**spironolactone 25 mg tablet** 06/08/23 entered
Take 1 tablet every day by oral route.

CPAP
immune plus
6/23/23...memory...cap

Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

Problems

Reviewed Problems
- Obesity - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- First degree atrioventricular block - Onset: 06/08/2023
- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- History of SARS-CoV-2 - Onset: 06/08/2023
- Heart failure - Onset: 02/09/2023
- Essential hypertension - Onset: 02/06/2023

Family History

Reviewed Family History

**FIELDS, David L (id #98454, dob:**

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

## Social History

Reviewed Social History
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How much tobacco do you chew?: none
Do you or have you ever used any other forms of tobacco or nicotine?: No
What was the date of your most recent tobacco screening?: 06/23/2023
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Diet and Exercise**
What is your exercise level?: Occasional (Notes: ADL)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Marriage and Sexuality**
What is your relationship status?: Married
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: (Notes: local truck driver)
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender Identity: Identifies as Male
Assigned sex at birth: Male
Sexual orientation: Straight or heterosexual

## Surgical History

Reviewed Surgical History
- Cardiac catheterization (surg) - 2/2023
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

## Past Medical History

Reviewed Past Medical History
CHEST PAIN: Y
CONGESTIVE HEART FAILURE: Y
GERD/REFLUX: Y
HIGH BLOOD PRESSURE/HYPERTENSION: Y
OBESITY: Y
PALPITATIONS: Y
SLEEP APNEA: Y
Notes: Please refer to Problem section for most recent PMH/NNP

## Documents for Discussion

**Discussed the following documents:**
- MRI, HEART FUNCTION AND MORPHOLOGY, W/WO CONTRAST - 06/15/23

Lincoln/Fields 1698

**FIELDS, David L (Id #98454, dob:**
- ELECTROCARDIOGRAM - 06/08/23
- Patient Portal - Health History - 06/23/23

Screening

None recorded.

HPI

Patient is a 39-year-old male that is asked to be seen in followup for cardiac evaluation. We had seen him about 10 years ago. Abnormal stress test. This led to a cardiac catheterization. A small circumflex arose anomalously from the right coronary cusp. LV function was normal. There is a strong family history of coronary disease in the patient's father beginning at age 33 of 34. He died within the last year of complications of coronary artery disease at age 65.. He also has a cousin who was told that he had an elevated coronary calcium score and subsequently went on to be a catheterization and bypass surgery.

The patient is not having symptoms of chest pain or exercise intolerance dyspnea or orthopnea. No dysrhythmias have been identified. He does have a history of hypertension which she states is typically well controlled. He attributes his elevated blood pressure today to nervousness. Patient does not exercise regularly but is able to do his normal activities without limitation. His last LDL cholesterol 58.

The patient requested follow-up on February 6, 2023. Over the past several weeks he has been complaining of abdominal distention pedal edema and shortness of breath with activity. He contacted Cindy Pittman who is a relative of his. She thought that follow-up was appropriate. The patient reported some vague epigastric and chest discomfort. He went to the emergency room in Rogersville. His chest x-ray suggested borderline cardiomegaly but was otherwise unremarkable. His abdominal gas pattern was normal. His COVID screen was negative. No lab work was done a UTI was not diagnosed based on a urine analysis was. He states in the last several weeks he has gained about 9 or 10 pounds. He feels as if his belly is swollen and distended. He has been treated with multiple GI medications and actually got partial relief. He complained of some fluttering in his chest but no syncope or near syncope. He is not having any chest pain. At its worst he had mild pitting edema just over his lower calfs. He reports he has been watching his diet as far as fluid and salt intake and recently has been eating primarily salads

Patient reports that his bowel habits have increased in frequency. He thinks urination may have diminished mildly

The patient had an echocardiogram performed which demonstrated severe global left ventricular dysfunction EF of 10 to 15%. Right ventricular function was diminished as well. No hemodynamically significant valvular abnormalities were seen. Troponin was normal proBNP was elevated at 3953 CBC was unremarkable there was mild elevation in ALT and AST BUN and creatinine were normal at 18 and 1.16 bilirubin was 2.5
Because of the findings we brought him back to the office as quickly as possible to initiate therapy. There is really been no change in his status over the last 3 days. We did discuss changes in medications including substituting Entresto for lisinopril and adding carvedilol as well as an SGLT2 2 inhibitor. We also discussed cardiac catheterization to rule out coronary disease as an etiology. We also discussed long-term goals and possible need for ICD or advanced care if he does not respond well to medication

Catheterization was performed. Left ventricle was severely dilated with an EF estimated 10 to 15% end-diastolic pressure was estimated at 40 mmHg. He did not have significant blockages in his coronaries. Appropriate medical therapy was continued. He has lost approximately 20 pounds with diuresis. Overall the patient's breathing has improved. He is not having significant orthopnea. His exercise tolerance is marginally better. He is scheduled to see the St. Thomas heart failure service in April. He has not been monitoring blood pressures at home but I suggested that he do this. His ICD has not discharged (ZOLL LifeVest).

Patient is seen in follow-up on June 23, 2023. Since his last visit he has seen Dr. Patel. There is a plan for implantation of a subcutaneous ICD in July. The MRI was performed as requested by Dr. Stribling. This confirms severe dilated left ventricle with severe left ventricular dysfunction. Interpretation could not exclude prior infarction but this certainly would not be consistent with findings on his coronary angiography.
Patient has been doing reasonably well clinically. He brought in an extensive recordings of his blood pressure heart rate and weight. His blood pressures typically are between 90 and 100 systolic limiting our ability to increase medications. Patient feels that he is much better than at his time of his presentation. He can walk unlimited distances on level ground. He does report some dyspnea when walking uphill. He is not having problems with orthopnea. He is scheduled to see Dr. Stribling in October

ROS

**Respiratory:** Respiratory: **sleep apnea (c-pap).**

**Neurologic:** Neurologic: **dizziness.**

Physical Exam

**Constitutional:** General Appearance: appears stated age and **obese**. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:** Lids and Conjunctivae: no xanthelasma or arcus senilis.

**ENMT:** Lips, Teeth, and Gums: normal dentition. Nose: no lesions on external nose.

**Neck:** Neck: supple and trachea midline. Carotid Arteries: bilateral normal upstroke and no bruits. Jugular Veins: jugular venous pressure unable to assess. Cervical Lymph Nodes: non tender.

**FIELDS, David L (id #98454, dob:**

**Lungs:** Respiratory Effort: unlabored. Chest Exam: normal curvature. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Precordial Exam: non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: **BTK edema bilateral ; Trace edema is noted bilaterally.**

**Peripheral Pulses:** Pulses: full and equal in all extremities except if noted. Radial Pulse: normal. Dorsalis Pedis Pulse: normal.

**Abdomen:**: Inspection and Palpation: non distended or tender, normal aorta and bowel sounds, no bruit or masses, and soft; **Abdomen is mildly distended soft with no rebound or guarding**

**Musculoskeletal:** Inspection: no joint tenderness.

**Neurologic:** Gait: normal gait. Motor: normal strength.

**Skin:** Inspection and Palpation: warm and dry.

## Assessment / Plan

**1. Primary idiopathic dilated cardiomyopathy -**

Patient has severe global left ventricular dysfunction in the absence of significant coronary disease. We will add spironolactone to his medical regiment increase the dose of carvedilol. He is scheduled for follow-up or evaluation by advanced heart failure team from St. Thomas. He will continue with the LifeVest until we reassess LV function probably in 2 months

The patient is undergone evaluation by the advanced heart failure team at St. Thomas. He is also seen Dr. Patel. He is on a good regimen which has been responsive as far as his symptoms. I do not think we can increase dosing of medications further given his issues with hypotension or low normotension (systolics in the 90s) on his current regimen. Plan is for the patient to have a subcutaneous ICD implanted in July.

His QRS is increased but it is less than 150 ms. I discussed this with Dr. Patel and Dr. Stribling and the consensus is to proceed with subcutaneous device rather than BiV with CRT therapy available

I42.0: Dilated cardiomyopathy

**2. First degree atrioventricular block**

I44.0: Atrioventricular block, first degree

- HEART BLOCKS: CARE INSTRUCTIONS

**3. History of SARS-CoV-2**

Z86.16: Personal history of COVID-19

### Return to Office

- Nilam Patel, MD for Procedures TCMC 120 at ETHC_Turkey Creek on 07/14/2023 at 10:30 AM
- SARA JOHNSON, NP for *Follow-up 15 at ETHC_Turkey Creek on 07/21/2023 at 10:15 AM
- Barry Michelson, MD for *Follow-up 15 at ETHC_South on 09/08/2023 at 10:00 AM
- to see Barry Michelson, MD at ETHC_South on or around 09/23/2023

## Encounter Sign-Off

Encounter signed-off by Barry Michelson, MD, 06/23/2023.

Encounter performed and documented by Barry Michelson, MD
Encounter reviewed & signed by Barry Michelson, MD on 06/23/2023 at 10:46am

**FIELDS, David L (id #98454, dob:**

**Encounter Date: 06/08/2023**

Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (45yo, M) ID# 98454 | **Appt. Date/Time** | 06/08/2023 09:00AM |
| **DOB** | | **Service Dept.** | ETHC_Turkey Creek |
| **Provider** | NILAM PATEL, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZEB902762636<br>Policy/Group # : 87792<br>PCP : DALLE-AVE, MARK J<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

Chief Complaint

**Transition of Care Encounter**
Left ventricular dysfunction, New Patient

Patient's Care Team

**Primary Care Provider (Primary Insurance):** DALLE-AVE, MARK J: PO BOX 850, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677
**Other:** W KYLE STRIBLING MD: 4230 HARDING RD STE 330, NASHVILLE, TN 37205, Ph (615) 222-3078, Fax (615) 222-5399 NPI: 1720241185
**Clinical Cardiac Electrophysiologist:** NILAM PATEL MD: 10800 PARKSIDE DR STE 331, KNOXVILLE, TN 37934, Ph (865) 392-3400, Fax (865) 392-3449 NPI: 1376664672

Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

Vitals

| | | |
|---|---|---|
| **Ht:** 6 ft 06/08/2023 08:59 am | **Wt:** 263.4 lbs 06/08/2023 09:06 am | **BP:** 108/64 sitting R arm 06/08/2023 09:08 am |
| **BMI:** 35.7 06/08/2023 09:08 am | **HR:** 65 06/08/2023 09:06 am | |

Measurements

None recorded.

Allergies

Reviewed Allergies

**PENICILLINS**: Rash

Medications

**FIELDS, David L (id #98454, dob:**

Reviewed Medications

**aspirin 81 mg chewable tablet** — 06/08/23 entered
Chew 1 tablet every day by oral route for 90 days.

**carvedilol 6.25 mg tablet** — 06/08/23 entered
Take 1 tablet twice a day by oral route for 90 days.

**cetirizine 10 mg tablet** — 06/08/23 entered
Take 1 tablet(s) every day by oral route.

**Entresto 49 mg-51 mg tablet** — 06/08/23 entered
Take 0.5 tablets twice a day by oral route for 90 days.

**esomeprazole magnesium 40 mg capsule,delayed release** — 06/08/23 entered
Take 1 capsule every day by oral route.

**famotidine 20 mg tablet** — 06/08/23 entered
Take 1 tablet twice a day by oral route.

**Farxiga 5 mg tablet** — 06/08/23 entered
Take 1 tablet every day by oral route for 90 days.

**Multi Vitamin** — 02/06/23 entered
Mens vitafusion 1 daily

**spironolactone 25 mg tablet** — 06/08/23 entered
Take 1 tablet every day by oral route.

CPAP
immune plus
6/8/2023 bottles...bfm

## Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

## Problems

Reviewed Problems

- Obesity - Onset: 06/08/2023
- Obstructive sleep apnea syndrome - Onset: 06/08/2023
- Essential hypertension - Onset: 02/06/2023
- Nonischemic congestive cardiomyopathy - Onset: 06/08/2023
- First degree atrioventricular block - Onset: 06/08/2023
- Heart failure - Onset: 02/09/2023
- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- History of SARS-CoV-2 - Onset: 06/08/2023

## Family History

Discussed Family History

Lincoln/Fields 1702

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| | - Hypertensive disorder |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |
| Paternal Aunt | - Cerebrovascular accident |
| Mother | - Hypertensive disorder |
| Brother | - Hypertensive disorder |

No family history of sudden cardiac death 2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

## Social History

Discussed Social History
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How much tobacco do you chew?: none
Do you or have you ever used any other forms of tobacco or nicotine?: No
What was the date of your most recent tobacco screening?: 06/08/2023
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Diet and Exercise**
What is your exercise level?: Occasional (Notes: ADL)
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Marriage and Sexuality**
What is your relationship status?: Married
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: (Notes: local truck driver)
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Sexual orientation: Straight or heterosexual

## Surgical History

Reviewed Surgical History
- Cardiac catheterization (surg) - 2/2023
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

## Past Medical History

Discussed Past Medical History
CHEST PAIN: **Y**
CONGESTIVE HEART FAILURE: **Y**
GERD/REFLUX: **Y**
HIGH BLOOD PRESSURE/HYPERTENSION: **Y**
OBESITY: **Y**
PALPITATIONS: **Y**
SLEEP APNEA: **Y**
Notes: Please refer to Problem section for most recent PMH/NNP

## Screening

None recorded.

**FIELDS, David L (Id #98454, dob:**

HPI

Referred by Dr. Barry Michelson for ICD evaluation
Here with wife
Works as a truck driver
He is a nephew of Cindy-one of the nurses in our office

HTN for 15 yrs was seen by Dr.Michelson for it
diagnosed after covid infections
after 3rd covid episode he started feeling sob/tired/fatigue
thought it was sinus problem at first
No syncope or near syncope
denies chest pain/palpitation
Feels slightly better but still not back to normal
wearing lifevest and have not received alerts

Never smoked
No ETOH
No caffeine

ROS

**Cardio Basic:** Cardiovascular Symptoms: no chest pressure or pain; no lightheadedness, fatigue, syncope, orthopnea, PND, claudication, dyspnea on exertion, or leg edema; and **palpitations (skipping)**.

**Constitutional:** Constitutional: no fever, night sweats, significant weight loss, or exercise intolerance.

**Eyes:** Eyes: no irritation, dry eyes, or vision change.

**ENMT:** Ears: no difficulty hearing or ear pain. Nose: no frequent nosebleeds or nose/sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems.

**Respiratory:** Respiratory: no cough, wheezing, coughing up blood, or shortness of breath and**sleep apnea (uses cpap)**.

**Musculoskeletal:** Musculoskeletal: no muscle aches, arthralgias/joint pain, back pain, or swelling in the extremities.

**gastrointestinal:** gastrointestinal no nausea, vomiting, diarrhea, or constipation.

**Additionally reports:**
**I have reviewed these findings and agree. np**

Physical Exam

**Constitutional:** General Appearance: appears stated age and **obese.** Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected and anicteric. Pupils: PERRLA.

**ENMT:** Lips, Teeth, and Gums: normal dentition. Ears: no lesions on external ear. Nose: no lesions on external nose. Oropharynx: no cyanosis or pallor.

**Neck:** Neck: supple. Carotid Arteries: no bruits. Jugular Veins: normal jugular venous pressure. Thyroid: not enlarged, non tender, or no nodules.

**Lungs:** Respiratory Effort: unlabored. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Rate And Rhythm: regular. Heart Sounds: no rub, gallop, or click and normal S1. Systolic Murmur: not heard. Extremities: no cyanosis or edema.

**Peripheral Pulses:** Dorsalis Pedis Pulse: normal.

**Abdomen::** Inspection and Palpation: non distended or tender and soft and no bruit.

**Musculoskeletal:** Inspection: no joint tenderness or swelling and no erythema.

**Neurologic:** Gait: normal gait. Motor: normal strength and tone.

**Skin:** Inspection and Palpation: warm and dry.

Assessment / Plan

**1. Nonischemic congestive cardiomyopathy -**
2022

**FIELDS, David L (id #98454, dob:**

LHC: 2/2023: normal coronaries, EF 10-15%, LVEDP 40, mod MR
Echo: 5/2023: EF 20%, mod LAE, mild AI/TR, mild to mod MR, RVSP 40, LVIDd6.56
Echo: 2/2023: EF 10-15%
EKG: 2/2023: ST 90, PR 220, QRS 126, RBBB/LPFB, QTc 443
EKG: 6/2023: SR 65, PR 260, QRS 131 RBBB/LPFB, QTc 433
Cardiac MRI: pending at UT

on Entresto 24-26mg BID/Farxiga 5mg daily/spironolactone 25mg daily/carvedilol 6.25mg BID

ICD is indicated for primary prevention of sudden cardiac arrest in patient with non ischemic cardiomyopathy, LV systolic function remain <35% despite maximum tolerable medical therapy for HF.

ICD implantation procedure was discussed in detail with benefit, risk and complication including but not limited to bleeding, infection, vascular injury, lung perforation, emergent surgery, emergent procedure and death. Future possibility of lead fracture, device infection, were discussed briefly. Importance of follow up in clinic or via remote monitoring system discussed. Patient understood well and prefer to pursue implantation. Defibrillation threshold testing and its risk/complication discussed. Its necessary for SQ ICD.

fup Dr.Michelson/Dr.Stribbling
I42.0: Dilated cardiomyopathy
- ELECTROCARDIOGRAM
- INSERTION OR REPLACEMENT OF PERMANENT SUBCUTANEOUS IMPLANTABLE DEFIBRILLATOR SYSTEM, WITH SUBCUTANEOUS ELECTRODE (SURG)

Admission Status: Outpatient    Anesthesia: General

Weight (lbs): 263

**2. Chronic systolic heart failure-**
as above
I50.22: Chronic systolic (congestive) heart failure

**3. Essential hypertension -**
2006
I10: Essential (primary) hypertension
- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE

**4. History of SARS-CoV-2 -**
3 episodes so far, no hospitalization
1st and 3rd was severe
diagnosed with HF after 3rd episode
Z86.16: Personal history of COVID-19

**5. First degree atrioventricular block-**
asymptomatic

I44.0: Atrioventricular block, first degree
- HEART BLOCKS: CARE INSTRUCTIONS

**6. Obstructive sleep apnea syndrome -**
2012
compliant to CPAP
G47.33: Obstructive sleep apnea (adult) (pediatric)
- SLEEP APNEA: CARE INSTRUCTIONS

**7. Obesity -**
BMI 35
weight loss advised by diet/exercise
E66.9: Obesity, unspecified
- WHEN YOU ARE OVERWEIGHT: CARE INSTRUCTIONS

ELECTROCARDIOGRAM
- Result Note: SR 65, PR 260, QRS 131 RBBB/LPFB, QTc 433

Return to Office
- Barry Michelson, MD for *Follow-up 15 at ETHC_South on 06/23/2023 at 01:45 PM

Encounter Sign-Off
Encounter signed-off by Nilam Patel, MD, 06/08/2023.

Lincoln/Fields 1705

**FIELDS, David L (id #98454, dob:**

Encounter performed and documented by Nilam Patel, MD
Encounter reviewed & signed by Nilam Patel, MD on 06/08/2023 at 9:55am

**FIELDS, David L (Id #98454, dob:**

**Encounter Date: 03/08/2023**

Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (45yo, M) ID# 98454 | **Appt. Date/Time** | 03/08/2023 09:30AM |
| **DOB** | | **Service Dept.** | ETHC_South |
| **Provider** | BARRY MICHELSON, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZEB902762636<br>Policy/Group # : 87792<br>PCP : DALLE-AVE, MARK J<br>Prescription: CVS\|CAREMARK - Member is eligible, details | | |

Chief Complaint

Followup: Heart failure
Followup: Essential hypertension
Followup: Left ventricular cardiac dysfunction

Patient's Care Team

**Primary Care Provider (Primary Insurance):** DALLE-AVE, MARK J: PO BOX 850, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677

Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

Vitals

**Ht:** 6 ft 03/08/2023 09:31 am

**Wt:** 281 lbs 03/08/2023 09:31 am

**BP:** 110/62 sitting L arm 03/08/2023 09:31 am 110/58 standing L arm 03/08/2023 09:32 am

**BMI:** 38.1 03/08/2023 09:31 am

**HR:** 72 03/08/2023 09:32 am

Measurements

None recorded.

Allergies

Reviewed Allergies

**PENICILLINS**: Rash

Medications

Lincoln/Fields 1707

**FIELDS, David L (id #98454, dob:**

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet(s) every day by oral route for 90 days. | 02/06/23 | entered |
| **carvedilol 12.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 03/08/23 | prescribed |
| **carvedilol 6.25 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 02/10/23 | filled |
| **Entresto 49 mg-51 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 02/10/23 | filled |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 02/06/23 | entered |
| **famotidine 20 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 02/06/23 | entered |
| **Farxiga 5 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 02/10/23 | filled |
| **Multi Vitamin**<br>Mens vitafusion 1 daily | 02/06/23 | entered |
| **spironolactone 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/08/23 | prescribed |

3/8/23...memory...cap

## Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

## Problems

Reviewed Problems

- Left ventricular cardiac dysfunction - Onset: 03/06/2023
- Heart failure - Onset: 02/09/2023
- Essential hypertension - Onset: 02/06/2023

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |

2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

## Social History

Reviewed Social History

**FIELDS, David L (id #98454, dob:**

**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How much tobacco do you chew?: none
Do you or have you ever used any other forms of tobacco or nicotine?: No
What was the date of your most recent tobacco screening?: 03/08/2023
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Diet and Exercise**
What is your exercise level?: Occasional
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Marriage and Sexuality**
What is your relationship status?: Married
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Sexual orientation: Straight or heterosexual

## Surgical History

Reviewed Surgical History
- Cardiac catheterization (surg)
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

## Past Medical History

Reviewed Past Medical History
CHEST PAIN: **Y**
CONGESTIVE HEART FAILURE: **Y**
GERD/REFLUX: **Y**
HIGH BLOOD PRESSURE/HYPERTENSION: **Y**
OBESITY: **Y**
PALPITATIONS: **Y**
SLEEP APNEA: **Y**

## Documents for Discussion

**Discussed the following documents:**
- US, ECHOCARDIOGRAM, TRANSTHORACIC, COMPLETE, W/ COLOR FLOW - 03/06/23
- UNKNOWN - 02/17/23
  Results:
  - SODIUM: 138
  - POTASSIUM: 5.1
  - CHLORIDE: 105
  - CARBON DIOXIDE: 26
  - BUN: 12
  - CREATININE: 0.88
  - GLUCOSE: 85
  - CALCIUM: 9.2
  - EGFR NON AFRICAN AMERICAN: 104
  - EGFR AFRICAN AMERICAN: 120
  - ANION GAP: 7
  - BUN/CREA RATIO: 14
  - OSMOL CALC: 285
- PT/INR - 02/17/23
  Results:
  - **PT: 17.0 HIGH**
  - INR: 1.4
- PARTIAL THROMBOPLASTIN TIME - 02/17/23
  Result:
  - THROMBOPLASTIN TIME PARTIAL: 31.8
- UNKNOWN - 02/17/23
  Results:
  - WBC: 4.9

**FIELDS, David L (Id #98454, dob:**

- RBC CNT: 5.00
- HGB: 15.2
- HCT: 45.1
- MCV: 90
- MCH: 30
- MCHC: 34
- RDW: 14.3
- PLT CNT: 234
- MPV: 10.2
- INSTR WBC: 4.9

- US, ECHOCARDIOGRAM, TRANSTHORACIC, COMPLETE, W/ COLOR FLOW - 02/09/23
- UNKNOWN - 02/09/23
- CARDIAC CATHETERIZATION (SURG) - TENNOVA HEALTH (CENTRAL SCHEDULING ALL LOCATIONS) - 02/20/23
- CARDIAC CATHETERIZATION (SURG) - TENNOVA HEALTHCARE (MEDICAL RECORDS) - 02/17/23
- CONGESTIVE HEART FAILURE CLINIC - 03/06/23

## Screening

None recorded.

## HPI

Patient is a 39-year-old male that is asked to be seen in followup for cardiac evaluation. We had seen him about 10 years ago. Abnormal stress test. This led to a cardiac catheterization. A small circumflex arose anomalously from the right coronary cusp. LV function was normal. There is a strong family history of coronary disease in the patient's father beginning at age 33 of 34. He died within the last year of complications of coronary artery disease at age 65.. He also has a cousin who was told that he had an elevated coronary calcium score and subsequently went on to be a catheterization and bypass surgery.

The patient is not having symptoms of chest pain or exercise intolerance dyspnea or orthopnea. No dysrhythmias have been identified. He does have a history of hypertension which she states is typically well controlled. He attributes his elevated blood pressure today to nervousness. Patient does not exercise regularly but is able to do his normal activities without limitation. His last LDL cholesterol 58.

The patient requested follow-up on February 6, 2023. Over the past several weeks he has been complaining of abdominal distention pedal edema and shortness of breath with activity. He contacted Cindy Pittman who is a relative of his. She thought that follow-up was appropriate. The patient reported some vague epigastric and chest discomfort. He went to the emergency room in Rogersville. His chest x-ray suggested borderline cardiomegaly but was otherwise unremarkable. His abdominal gas pattern was normal. His COVID screen was negative. No lab work was done a UTI was not diagnosed based on a urine analysis was. He states in the last several weeks he has gained about 9 or 10 pounds. He feels as if his belly is swollen and distended. He has been treated with multiple GI medications and actually got partial relief. He complained of some fluttering in his chest but no syncope or near syncope. He is not having any chest pain. At its worst he had mild pitting edema just over his lower calfs. He reports he has been watching his diet as far as fluid and salt intake and recently has been eating primarily salads

Patient reports that his bowel habits have increased in frequency. He thinks urination may have diminished mildly

The patient had an echocardiogram performed which demonstrated severe global left ventricular dysfunction EF of 10 to 15%. Right ventricular function was diminished as well. No hemodynamically significant valvular abnormalities were seen. Troponin was normal proBNP was elevated at 3953 CBC was unremarkable there was mild elevation in ALT and AST BUN and creatinine were normal at 18 and 1.16 bilirubin was 2.5
Because of the findings we brought him back to the office as quickly as possible to initiate therapy. There is really been no change in his status over the last 3 days. We did discuss changes in medications including substituting Entresto for lisinopril and adding carvedilol as well as an SGLT2 2 inhibitor. We also discussed cardiac catheterization to rule out coronary disease as an etiology. We also discussed long-term goals and possible need for ICD or advanced care if he does not respond well to medication

Catheterization was performed. Left ventricle was severely dilated with an EF estimated 10 to 15% end-diastolic pressure was estimated at 40 mmHg. He did not have significant blockages in his coronaries. Appropriate medical therapy was continued. He has lost approximately 20 pounds with diuresis. Overall the patient's breathing has improved. He is not having significant orthopnea. His exercise tolerance is marginally better. He is scheduled to see the St. Thomas heart failure service in April. He has not been monitoring blood pressures at home but I suggested that he do this. His ICD has not discharged (ZOLL LifeVest).

## ROS

**Constitutional:** Constitutional: **weight loss (23 lbs).**

**Cardiovascular:** Cardiovascular: **palpitations.**

**Respiratory:** Respiratory: **cough.**

**Neurologic:** Neurologic: **dizziness.**

## Physical Exam

**Constitutional:** General Appearance: appears stated age and **obese**. Level of Distress: comfortable.

**FIELDS, David L (Id #98454, dob:**

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:** Lids and Conjunctivae: no xanthelasma or arcus senilis.

**ENMT:** Lips, Teeth, and Gums: normal dentition. Nose: no lesions on external nose.

**Neck:** Neck: supple and trachea midline. Carotid Arteries: bilateral normal upstroke and no bruits. Jugular Veins: jugular venous pressure unable to assess. Cervical Lymph Nodes: non tender.

**Lungs:** Respiratory Effort: unlabored. Chest Exam: normal curvature. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Precordial Exam: non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: **BTK edema bilateral ; Trace edema is noted bilaterally.**

**Peripheral Pulses:** Pulses: full and equal in all extremities except if noted. Radial Pulse: normal. Dorsalis Pedis Pulse: normal.

**Abdomen::** Inspection and Palpation: non distended or tender, normal aorta and bowel sounds, no bruit or masses, and soft: **Abdomen is mildly distended soft with no rebound or guarding**

**Musculoskeletal:** Inspection: no joint tenderness.

**Neurologic:** Gait: normal gait. Motor: normal strength.

**Skin:** Inspection and Palpation: warm and dry.

## Assessment / Plan

**1. Primary idiopathic dilated cardiomyopathy -**

Patient has severe global left ventricular dysfunction in the absence of significant coronary disease, We will add spironolactone to his medical regiment increase the dose of carvedilol. He is scheduled for follow-up or evaluation by advanced heart failure team from St. Thomas. He will continue with the LifeVest until we reassess LV function probably in 2 months

I42.0: Dilated cardiomyopathy

- BASIC METABOLIC PANEL
- NT PROBNP
- BASIC METABOLIC PANEL
- carvedilol 12.5 mg tablet - Take 1 tablet(s) twice a day by oral route. Qty: (180) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER
- spironolactone 25 mg tablet - Take 1 tablet(s) every day by oral route. Qty: (90) tablet Refills: 3 Pharmacy: U-SAVE DRUG CENTER

**2. Heart failure -**

Patient has severe global left ventricular dysfunction with an EF of 10 to 15%. I have recommended changes in his medical regimen to include the addition of Entresto and SGLT2 inhibitor and carvedilol the patient was instructed to stop hisACE inhibitor for 36 hours prior to initiating Entresto

I50.9: Heart failure, unspecified

**3. Essential hypertension** - continued monitoring of blood pressures suggested to make sure adequate control is being obtained.

I10: Essential (primary) hypertension

- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE

Return to Office

- to see Barry Michelson, MD at ETHC_South on or around 05/07/2023

## Encounter Sign-Off

Encounter signed-off by Barry Michelson, MD, 03/08/2023.

Encounter performed and documented by Barry Michelson, MD
Encounter reviewed & signed by Barry Michelson, MD on 03/08/2023 at 9:53am

**FIELDS, David L (Id #98454, dob:**
**Encounter Date: 02/09/2023**

Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (45yo, M) ID# 98454 | **Appt. Date/Time** | 02/09/2023 01:45PM |
| **DOB** | | **Service Dept.** | ETHC_Turkey Creek |
| **Provider** | BARRY MICHELSON, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZEB902762636<br>Policy/Group # : 87792<br>PCP : DALLE-AVE, MARK J<br>Prescription: CVS\|CAREMARK - Member is eligible, details | | |

Chief Complaint

Followup: Heart failure
Followup: Essential hypertension

Patient's Care Team

**Primary Care Provider (Primary Insurance):** DALLE-AVE, MARK J: PO BOX 850, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677

Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

Vitals

| | | |
|---|---|---|
| **Ht:** 6 ft 02/09/2023 01:51 pm | **Wt:** 296.8 lbs 02/09/2023 01:52 pm | **BP:** 124/62 sitting L arm 02/09/2023 02:01 pm<br>124/88 standing L arm 02/09/2023 02:02 pm |
| **BMI:** 40.3 02/09/2023 01:52 pm | **HR:** 88 02/09/2023 02:02 pm | |

Measurements

None recorded.

Allergies

Reviewed Allergies

**PENICILLINS**: Rash

Medications

**FIELDS, David L (id #98454, dob:**

Reviewed Medications

| | |
|---|---|
| **aspirin 81 mg chewable tablet**<br>Chew 1 tablet(s) every day by oral route for 90 days. | 02/06/23 entered |
| **carvedilol 6.25 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 90 days. | 02/09/23 prescribed |
| **Entresto 49 mg-51 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 02/09/23 prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 02/06/23 entered |
| **famotidine 20 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 02/06/23 entered |
| **Farxiga 5 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 02/09/23 prescribed |
| **Multi Vitamin**<br>Mens vitafusion 1 daily | 02/06/23 entered |

2/9/2023....... VERIFIED MEDICATIONS WITH PATIENT, WIFE and LIST................BUFFY

Vaccines

Vaccines not reviewed (last reviewed 02/06/2023)
COVID VACCINATED

Problems

Reviewed Problems
- Heart failure - Onset: 02/09/2023
- Essential hypertension - Onset: 02/06/2023

Family History

Reviewed Family History

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |

2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

Social History

Reviewed Social History
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How much tobacco do you chew?: none
Do you or have you ever used any other forms of tobacco or nicotine?: No
What was the date of your most recent tobacco screening?: 02/09/2023
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No

**FIELDS, David L (id #98454, dob:**

What is your level of caffeine consumption?: None
**Diet and Exercise**
What is your exercise level?: Occasional
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Marriage and Sexuality**
What is your relationship status?: Married
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Sexual orientation: Straight or heterosexual

## Surgical History

Reviewed Surgical History
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

## Past Medical History

Reviewed Past Medical History
CHEST PAIN: Y
CONGESTIVE HEART FAILURE: Y
GERD/REFLUX: Y
HIGH BLOOD PRESSURE/HYPERTENSION: Y
OBESITY: Y
PALPITATIONS: Y
SLEEP APNEA: Y

## Screening

None recorded.

## HPI

Patient is a 39-year-old male that is asked to be seen in followup for cardiac evaluation. We had seen him about 10 years ago. Abnormal stress test. This led to a cardiac catheterization. A small circumflex arose anomalously from the right coronary cusp. LV function was normal. There is a strong family history of coronary disease in the patient's father beginning at age 33 of 34. He died within the last year of complications of coronary artery disease at age 65.. He also has a cousin who was told that he had an elevated coronary calcium score and subsequently went on to be a catheterization and bypass surgery.

The patient is not having symptoms of chest pain or exercise intolerance dyspnea or orthopnea. No dysrhythmias have been identified. He does have a history of hypertension which she states is typically well controlled. He attributes his elevated blood pressure today to nervousness. Patient does not exercise regularly but is able to do his normal activities without limitation. His last LDL cholesterol 58.

The patient requested follow-up on February 6, 2023. Over the past several weeks he has been complaining of abdominal distention pedal edema and shortness of breath with activity. He contacted Cindy Pittman who is a relative of his. She thought that follow-up was appropriate. The patient reported some vague epigastric and chest discomfort. He went to the emergency room in Rogersville. His chest x-ray suggested borderline cardiomegaly but was otherwise unremarkable. His abdominal gas pattern was normal. His COVID screen was negative. No lab work was done a UTI was not diagnosed based on a urine analysis was. He states in the last several weeks he has gained about 9 or 10 pounds. He feels as if his belly is swollen and distended. He has been treated with multiple GI medications and actually got partial relief. He complained of some fluttering in his chest but no syncope or near syncope. He is not having any chest pain. At its worst he had mild pitting edema just over his lower calfs. He reports he has been watching his diet as far as fluid and salt intake and recently has been eating primarily salads

Patient reports that his bowel habits have increased in frequency. He thinks urination may have diminished mildly

The patient had an echocardiogram performed which demonstrated severe global left ventricular dysfunction EF of 10 to 15%. Right ventricular function was diminished as well. No hemodynamically significant valvular abnormalities were seen. Troponin was normal proBNP was elevated at 3953 CBC was unremarkable there was mild elevation in ALT and AST BUN and creatinine were normal at 18 and 1.16 bilirubin was 2.5
Because of the findings we brought him back to the office as quickly as possible to initiate therapy. There is really been no change in his status over the last 3 days. We did discuss changes in medications including substituting Entresto for lisinopril and adding carvedilol as well as an SGLT2 2 inhibitor. We also discussed cardiac catheterization to rule out coronary disease as an etiology. We also discussed long-term goals and possible need for ICD or advanced care if he does not respond well to medication

## ROS

**FIELDS, David L (id #98454, dob:**

**Constitutional:** Constitutional: **weight gain (10lbs).**

**Cardiovascular:** Cardiovascular: **palpitations.**

**Respiratory:** Respiratory: **cough** and **wheezing.**

**Musculoskeletal:** Musculoskeletal: **swelling in the extremities.**

**Neurologic:** Neurologic: **weakness.**

**Additionally reports: I have personally reviewed and agree with what has been documented in the review of systems. Barry Michelson, M.D.**

## Physical Exam

**Constitutional:** General Appearance: appears stated age and **obese.** Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:** Lids and Conjunctivae: no xanthelasma or arcus senilis.

**ENMT:** Lips, Teeth, and Gums: normal dentition. Nose: no lesions on external nose.

**Neck:** Neck: supple and trachea midline. Carotid Arteries: bilateral normal upstroke and no bruits. Jugular Veins: jugular venous pressure unable to assess. Cervical Lymph Nodes: non tender.

**Lungs:** Respiratory Effort: unlabored. Chest Exam: normal curvature. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Precordial Exam: non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: **BTK edema bilateral** ; **Trace edema is noted bilaterally.**

**Peripheral Pulses:** Pulses: full and equal in all extremities except if noted. Radial Pulse: normal. Dorsalis Pedis Pulse: normal.

**Abdomen::** Inspection and Palpation: non distended or tender, normal aorta and bowel sounds, no bruit or masses, and soft; **Abdomen is mildly distended soft with no rebound or guarding**

**Musculoskeletal:** Inspection: no joint tenderness.

**Neurologic:** Gait: normal gait. Motor: normal strength.

**Skin:** Inspection and Palpation: warm and dry.

## Assessment / Plan

**1. Heart failure -**
Patient has severe global left ventricular dysfunction with an EF of 10 to 15%. I have recommended changes in his medical regimen to include the addition of Entresto and SGLT2 inhibitor and carvedilol the patient was instructed to stop hisACE inhibitor for 36 hours prior to initiating Entresto
I50.9: Heart failure, unspecified
- CARDIAC CATHETERIZATION (SURG)

Weight (lbs): 297

**2. Essential hypertension** - continued monitoring of blood pressures suggested to make sure adequate control is being obtained.
I10: Essential (primary) hypertension
- HIGH BLOOD PRESSURE: CARE INSTRUCTIONS
- LEARNING ABOUT HIGH BLOOD PRESSURE

Return to Office
- to see Barry Michelson, MD at ETHC_Turkey Creek on or around 02/27/2023

## Encounter Sign-Off

Encounter signed-off by Barry Michelson, MD, 02/09/2023.

Encounter performed and documented by Barry Michelson, MD
Encounter reviewed & signed by Barry Michelson, MD on 02/09/2023 at 2:34pm

**FIELDS, David L (Id #98454, dob:**
**Encounter Date: 02/06/2023**

Patient

| | | | |
|---|---|---|---|
| **Name** | FIELDS, DAVID (45yo, M) ID# 98454 | **Appt. Date/Time** | 02/06/2023 03:30PM |
| **DOB** | | **Service Dept.** | ETHC_Turkey Creek |
| **Provider** | BARRY MICHELSON, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : ZEB902762636<br>Policy/Group # : 87792<br>PCP : DALLE-AVE, MARK J<br>Prescription: CVS\|CAREMARK - Member is eligible, details | | |

Chief Complaint

Follow up 3+ years
Followup: Essential hypertension

PROBLEMS WITH SHORTNESS OF BREATH, SWELLING, COUGH AND FATIGUE

Patient's Care Team

**Primary Care Provider (Primary Insurance):** DALLE-AVE, MARK J: PO BOX 850, ROGERSVILLE, TN 37857, Ph (423) 921-1600, Fax (423) 921-1677

Patient's Pharmacies

**U-SAVE DRUG CENTER (ERX): 4017 HWY 66 # 7, ROGERSVILLE, TN 37857, Ph (423) 272-6408, Fax (423) 272-4685**

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 02/06/2023 03:05 pm | **Wt:** | 301.1 lbs 02/06/2023 04:03 pm | **BP:** | 126/90 sitting L arm 02/06/2023 04:04 pm<br>120/88 standing L arm 02/06/2023 04:05 pm |
| **BMI:** | 40.8 02/06/2023 04:03 pm | **HR:** | 90 02/06/2023 04:03 pm | **O2Sat:** | 98% 02/06/2023 04:05 pm |

Measurements

None recorded.

Allergies

Reviewed Allergies

**PENICILLINS**: Rash

Medications

**FIELDS, David L (id #98454, dob:**

Reviewed Medications

**aspirin 81 mg chewable tablet** 02/06/23 entered
Chew 1 tablet(s) every day by oral route for 90 days.

**esomeprazole magnesium 40 mg capsule,delayed release** 02/06/23 entered
Take 1 capsule(s) every day by oral route.

**famotidine 20 mg tablet** 02/06/23 entered
Take 1 tablet(s) twice a day by oral route.

**lisinopriL 20 mg tablet** 11/25/22 filled
Take 1 tablet(s) every day by oral route for 90 days.

**Multi Vitamin** 02/06/23 entered
Mens vitafusion 1 daily

2/6/2023....... VERIFIED MEDICATIONS WITH PATIENT, WIFE and LIST...............BUFFY

## Vaccines

Reviewed Vaccines
COVID VACCINATED

## Problems

Reviewed Problems
- Essential hypertension - Onset: 02/06/2023

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Coronary artery bypass graft (died age: 65) |
| | - Cerebrovascular accident (died age: 65) |
| | - Myocardial infarction (died age: 65) |
| | - Diabetes mellitus |
| Paternal Grandfather | - Myocardial infarction (died age: 75) |
| Paternal Grandmother | - Cerebrovascular accident |

2/6/2023 a FEW weeks ago, Mother just recently DX with left ventricular hypertrophy

## Social History

Reviewed Social History
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How much tobacco do you chew?: none
Do you or have you ever used any other forms of tobacco or nicotine?: No
What was the date of your most recent tobacco screening?: 02/06/2023
What is your level of alcohol consumption?: None
What is your level of caffeine consumption?: None
**Diet and Exercise**
What is your exercise level?: Occasional
**Home and Environment**
Do you have smoke and carbon monoxide detectors in your home?: Yes
Are you passively exposed to smoke?: No
**Marriage and Sexuality**
What is your relationship status?: Married
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Marital status: Married

**FIELDS, David L (id #98454, dob:**

**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Sexual orientation: Straight or heterosexual

## Surgical History

Reviewed Surgical History
- Heart Catheterization - 08/16/2007

wisdom teeth extraction

## Past Medical History

GERD/REFLUX: Y
HIGH BLOOD PRESSURE/HYPERTENSION: Y
OBESITY: Y
SLEEP APNEA: Y

## Documents for Discussion

**Discussed the following documents:**
- CT, CORONARY CALCIUM SCORE - 08/18/17
- ELECTROCARDIOGRAM - 08/18/17

  Result Note: EKG was reviewed. It demonstrates sinus rhythm. Q waves are present in 1 and aVL. Previous lateral infarction cannot be excluded however EKG is unchanged from previous
- LIPID PANEL, SERUM - 08/27/17

- Sleep Medicine - Sleep Study - Christopher Falin, Ballad Health - Epic - 02/06/23
- Central Scheduling - Transcribe Orders - Mark Dalle-Ave, Ballad Health - Epic - 02/06/23
- Emergency Medicine - Emergency - Neha Barakam, Ballad Health - Epic - 02/06/23
- Urgent Care - Office Visit - Sarah Crook, Ballad Health - Epic - 02/06/23
- Urgent Care - Office Visit - Sarah Crook, Ballad Health - Epic - 02/06/23
- Urgent Care - Office Visit - Derek Darnell, Ballad Health - Epic - 02/06/23
- Emergency Medicine - Emergency - Connie Hinkle, Ballad Health - Epic - 02/06/23
- General Medicine - Continuity of Care Document - Ballad Health - Epic - 02/06/23

## Screening

None recorded.

## HPI

Patient is a 39-year-old male that is asked to be seen in followup for cardiac evaluation. We had seen him about 10 years ago. Abnormal stress test. This led to a cardiac catheterization. A small circumflex arose anomalously from the right coronary cusp. LV function was normal. There is a strong family history of coronary disease in the patient's father beginning at age 33 of 34. He died within the last year of complications of coronary artery disease at age 65.. He also has a cousin who was told that he had an elevated coronary calcium score and subsequently went on to be a catheterization and bypass surgery.

The patient is not having symptoms of chest pain or exercise intolerance dyspnea or orthopnea. No dysrhythmias have been identified. He does have a history of hypertension which she states is typically well controlled. He attributes his elevated blood pressure today to nervousness. Patient does not exercise regularly but is able to do his normal activities without limitation. His last LDL cholesterol 58.

The patient requested follow-up on February 6, 2023. Over the past several weeks he has been complaining of abdominal distention pedal edema and shortness of breath with activity. He contacted Cindy Pittman who is a relative of his. She thought that follow-up was appropriate. The patient reported some vague epigastric and chest discomfort. He went to the emergency room in Rogersville. His chest x-ray suggested borderline cardiomegaly but was otherwise unremarkable. His abdominal gas pattern was normal. His COVID screen was negative. No lab work was done a UTI was not diagnosed based on a urine analysis was. He states in the last several weeks he has gained about 9 or 10 pounds. He feels as if his belly is swollen and distended. He has been treated with multiple GI medications and actually got partial relief. He complained of some fluttering in his chest but no syncope or near syncope. He is not having any chest pain. At its worst he had mild pitting edema just over his lower calfs. He reports he has been watching his diet as far as fluid and salt intake and recently has been eating primarily salads

Patient reports that his bowel habits have increased in frequency. He thinks urination may have diminished mildly

## ROS

**Constitutional:** Constitutional: **night sweats**, **weight gain (___lbs)**, and **exercise intolerance** and no fever.

**Eyes:** Eyes: no irritation, dry eyes, or vision change.

**ENMT:** Ears: no difficulty hearing or ear pain. Nose: no frequent nosebleeds, nose problems, or sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems.

**Cardiovascular:** Cardiovascular: no arm pain on exertion or known heart murmur; **shortness of breath when walking** and **breath**

**FIELDS, David L (Id #98454, dob:**

**when lying down**; and **chest pain on exertion**, **palpitations (fluttering or heart racing)**, and **light-headed on standing.**

**Respiratory:** Respiratory: **cough, wheezing**, **shortness of breath**, and **sleep apnea (CPAP with forced air)** and no coughing up blood.

**Gastrointestinal:** Gastrointestinal: no vomiting or diarrhea, **dyspepsia** and **GERD**, and normal appetite and not vomiting blood; **stool has become very loose in the past 2 weeks and more frequent about 3 times daily**

**Genitourinary:** Genitourinary: no incontinence, hematuria, difficulty urinating, or increased frequency.

**Musculoskeletal:** Musculoskeletal: no muscle aches or weakness; no arthralgias/joint pain or back pain; and**swelling in the extremities (stomach, around to back, legs from knees down)**.

**Integumentary:** Skin: no jaundice, rashes, laceration, or abnormal mole.

**Neurologic:** Neurologic: no weakness, numbness, seizures, dizziness, migraines, headaches, tremor, or loss of consciousness.

**Psychiatric:** Psych: no depression, anxiety, hallucinations, alcohol abuse, or suicidal thoughts;**sleep disturbances** and **restless sleep**; and feeling safe in a relationship.

**Endocrine:** Endocrine: **fatigue; hands and feet get cold more than normal**

**Hematologic/Lymphatic:** Hematologic/Lymphatic no bruising, swollen glands, or excessive bleeding.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, sinus pressure, or frequent sneezing and**runny nose**.

**Additionally reports: I have personally reviewed and agree with what has been documented in the review of systems. Barry Michelson, M.D.**

## Physical Exam

**Constitutional:** General Appearance: appears stated age and **obese**, Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgement.

**Eyes:** Lids and Conjunctivae: no xanthelasma or arcus senilis.

**ENMT:** Lips, Teeth, and Gums: normal dentition. Nose: no lesions on external nose.

**Neck:** Neck: supple and trachea midline. Carotid Arteries: bilateral normal upstroke and no bruits. Jugular Veins: jugular venous pressure unable to assess. Cervical Lymph Nodes: non tender.

**Lungs:** Respiratory Effort: unlabored. Chest Exam: normal curvature. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Precordial Exam: non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: **BTK edema bilateral** ; **Trace edema is noted bilaterally.**

**Peripheral Pulses:** Pulses: full and equal in all extremities except if noted. Radial Pulse: normal. Dorsalis Pedis Pulse: normal.

**Abdomen::** Inspection and Palpation: non distended or tender, normal aorta and bowel sounds, no bruit or masses, and soft. **Abdomen is mildly distended soft with no rebound or guarding**

**Musculoskeletal:** Inspection: no joint tenderness.

**Neurologic:** Gait: normal gait. Motor: normal strength.

**Skin:** Inspection and Palpation: warm and dry.

## Assessment / Plan

**1. Dyspnea on exertion -**

Patient's not having orthopnea but has noted exercise intolerance we will evaluate with echocardiogram lab work and a stress test

R06.09: Other forms of dyspnea

- ELECTROCARDIOGRAM
- PRO BNP
- US, ECHOCARDIOGRAM, TRANSTHORACIC, COMPLETE, W/ COLOR FLOW
- CBC WITH AUTOMATED DIFF (PLT COUNT INCLUDED)
- COMPREHENSIVE METABOLIC PNL
- TROPONIN I
- MAGNESIUM
- TSH

**FIELDS, David L (id #98454, dob:**

**2. Swollen abdomen -**
Patient feels as if his abdomen is distended. I do not appreciate a fluid wave on exam but given symptoms also consistent with heart failure abdominal ultrasound will be obtained to look at organs as well as whether or not edema is present
R19.00: Intra-abdominal and pelvic swelling, mass and lump, unspecified site
- US, ABDOMEN, COMPLETE

**3. Edema of lower extremity -**
See above
R60.0: Localized edema
- LEG AND ANKLE EDEMA: CARE INSTRUCTIONS

**4. Multiple premature ventricular complexes -**
Cardiac work-up will be completed we may need to consider getting a monitor if appropriate
I49.3: Ventricular premature depolarization

ELECTROCARDIOGRAM
- Result:
  - **Interpretation:: EKG reviewed sinus rhythm rate 90 nonspecific intraventricular conduction delay is present PVCs are present left atrial enlargement is present**

Return to Office
- to see Barry Michelson, MD at ETHC_Turkey Creek on or around 02/27/2023

Encounter Sign-Off
Encounter signed-off by Barry Michelson, MD, 02/06/2023.

Encounter performed and documented by Barry Michelson, MD
Encounter reviewed & signed by Barry Michelson, MD on 02/06/2023 at 4:51pm

FIELDS, David L (Id #98454, dob:

David Fields

#98454

2/6/2023 4:57:03 PM

TENNOVA HEART-TURKEY

| | | |
|---|---|---|
| Rate | 90 | . Age not ent..., ... years old for purpose of ECG interpretation |
| | | . Sinus rhythm......normal P axis, V-rate 50- 99 |
| PR | 222 | . Paired ventricular premature complexes......sequence of 2 V complexes |
| QRSD | 126 | . Prolonged PR interval......PR >210, V-rate 50- 90 |
| QT | 362 | . Right atrial enlargement......P>0.25mV 2 lds or<-0.24mV aVR/aVL |
| QTc | 443 | . RBBB and LPFB......QRSd >120mS, axis(90,210) |
| | | . Baseline wander in lead(s) II |

--AXIS--

| | |
|---|---|
| P | 60 |
| QRS | 141 |
| T | -1 |

- ABNORMAL ECG -

12 Lead; Standard Placement

Unconfirmed Diagnosis




Lincoln/Fields 1721

## Clinical Documents

Patient Name: **FIELDS, DAVID**
MRN: **809309** FIN: **8945682** DOB:
Admission Date: **02/17/23**

Cardiac Catheterization Report

Facility:
Tennova - Turkey Creek Medical Center
10820 Parkside Dr
Knoxville TN 379341856

## * Final Report *

**Indication for Surgery**
Unexplained heart failure

**Preoperative Diagnosis**
Severe left ventricular dysfunction

**Postoperative Diagnosis**
Dilated nonischemic cardiomyopathy

**Operation**
Left heart catheterization
Coronary angiography
Left ventriculography
Conscious sedation 21 minutes

**Surgeon(s)**
Michaelson

**Assistant**
Kate Williams

**Circulating Nurse**
Gigi Ragus

**Anesthesia**
Moderate sedation

**Estimated Blood Loss**
5 cc

**Findings**
Left coronary artery

Left main
Pears small

Underfilled but no plaque or stenosis identified

Left anterior descending artery
This is a vessel which does reach the cardiac apex but is small in caliber. No significant stenoses were identified

Circumflex

| | |
|---|---|
| Result type: | Cardiac Catheterization Report |
| Result date: | February 17, 2023 15:13 EST |
| Result status: | Auth (Verified) |
| Result title: | Op Note |
| Performed by: | MICHELSON, BARRY I MD on February 17, 2023 15:19 EST |
| Verified by: | MICHELSON, BARRY I MD on February 17, 2023 15:19 EST |
| Encounter info: | 8945682, TN Turkey Creek Medical Center, Outpatient in a Bed, 2/17/2023 - 2/17/2023 |

Patient Name: FIEL[illegible]
MRN: 809309 FIN: 8945682 DO
Admission Date: 02/17/23 11:40:00

Cardiac Catheterization Report

Facility:
Tennova - Turkey Creek Medical Center
10820 Parkside Dr
Knoxville TN 379341956

Is a small nondominant system. Angiographically it appears normal

Right coronary artery
This is a large dominant system. Angiographically appears normal. Gives rise to acute marginals, moderate to large sized PDA which almost the apex. There are several posterolateral branches which are free of disease.

Left ventricle
Left ventricle is dilated. There is severe global left ventricular dysfunction EF estimated at 10 to 15%. There is probably moderate mitral regurgitation. Left ventricular end diastolic pressure was estimated at approximately 40 mmHg. There was no gradient across the aortic valve.

Impression dilated nonischemic cardiomyopathy
Recommendations
Intensify medical regimen consider ICD consider advanced heart failure consult

**Specimen(s)**
None

**Complications**
None

**Technique**
The patient was prepped and draped in usual fashion. Using Seldinger technique a 6 French sheath was introduced in the right radial artery. Patient received 5 mg of intra-arterial verapamil 300 mcg of intra-arterial nitroglycerin and 4000 units of intravenous heparin. We advanced a Jacky catheter into the ascending aorta. We used this catheter selectively engage both the right and left coronaries. We exchanged for a pigtail catheter. We crossed the aortic valve. EDP was measured. Left ventriculography was performed in the RAO projection. A pullback was performed. The catheter was removed over a J-wire. The sheath was removed and hemostasis obtained with a TR band.

Conscious sedation patient received conscious sedation for period of 21 minutes. He received aliquots of fentanyl and Versed administered under my direct supervision. He was continuously monitored with pulse oximetry ECG and visually.

**Date of Operation**
February 17, 2023

**Start Time**
2:14 PM

**End Time**
2:36 PM

**Signature Line**

| | |
|---|---|
| Result type: | Cardiac Catheterization Report |
| Result date: | February 17, 2023 15:13 EST |
| Result status: | Auth (Verified) |
| Result title: | Op Note |
| Performed by: | MICHELSON, BARRY I MD on February 17, 2023 15:19 EST |
| Verified by: | MICHELSON, BARRY I MD on February 17, 2023 15:19 EST |
| Encounter info: | 8945682, TN Turkey Creek Medical Center, Outpatient in a Bed, 2/17/2023 - 2/17/2023 |

Patient Name: **FIELDS, DAVID**
MRN: **809309** FIN: **8945682** DOB:
Admission Date: **02/17/23 11:40:00**

Cardiac Catheterization Report

Facility:
Tennova - Turkey Creek Medical Center
10820 Parkside Dr
Knoxville TN 379341956

Electronically Signed on 02/17/2023 15:19 EST

---

MICHELSON, BARRY I MD

| | |
|---|---|
| Result type: | Cardiac Catheterization Report |
| Result date: | February 17, 2023 15:13 EST |
| Result status: | Auth (Verified) |
| Result title: | Op Note |
| Performed by: | MICHELSON, BARRY I MD on February 17, 2023 15:19 EST |
| Verified by: | MICHELSON, BARRY I MD on February 17, 2023 15:19 EST |
| Encounter info: | 8945682, TN Turkey Creek Medical Center, Outpatient in a Bed, 2/17/2023 - 2/17/2023 |

**Tennova - Turkey Creek Medical Center**

10820 Parkside Dr
Knoxville, TN 37934-1956
(865) 218-7011

| | | | |
|---|---|---|---|
| **Patient:** | **FIELDS, DAVID** | Adm Date: | 2/17/2023 11:40 EST |
| MRN: | 609309 | Dch Date: | |
| Account #: | 8045682 | Attending: | MICHELSON,BARRY I MD |
| Service Code: | CAT Cardiac Cathlab | Primary Care: | Dalleave,Mark MD |
| Room #: | CVD5 Bed #: 1 | DOB/Sex: | 10/20/1977 Male |

## *Cardiac Catheterization*

| | |
|---|---|
| Result Type: | Cardiac Catheterization Report |
| Result Date: | 2/17/2023 15:13 EST |
| Result Status: | Auth (Verified) |
| Result Title: | Op Note |
| Performed By: | MICHELSON,BARRY I MD (2/17/2023 15:19 EST) |
| Verified By: | MICHELSON,BARRY I MD (2/17/2023 15:19 EST) |

**Indication for Surgery**
Unexplained heart failure

**Preoperative Diagnosis**
Severe left ventricular dysfunction

**Postoperative Diagnosis**
Dilated nonischemic cardiomyopathy

**Operation**
Left heart catheterization
Coronary angiography
Left ventriculography
Conscious sedation 21 minutes

**Surgeon(s)**
Michaelson

**Assistant**
Kate Williams

**Circulating Nurse**
Gigi Ragos

**Anesthesia**
Moderate sedation

**Estimated Blood Loss**
5 cc

**Findings**
Left coronary artery

Left main
Fairly small

Underfilled but no plaque or stenosis identified

Left anterior descending artery
This is a vessel which does reach the cardiac apex but is small in caliber. No significant stenoses were identified.

| | | | |
|---|---|---|---|
| **Patient:** | **FIELDS, DAVID** | Adm Date: | 2/17/2023 |
| MRN: | 809309 | Attending: | MICHELSON,BARRY I MD |
| Account #: | 8646682 | Primary Care: | Dalleave,Mark MD |
| Service Code: | CAT Cardiac Cathlab | DOB/Sex: | Male |
| Room #: CVD5 | Bed #: 1 | | |

## Cardiac Catheterization

Circumflex
Is a small nondominant system. Angiographically it appears normal

Right coronary artery
This is a large dominant system. Angiographically appears normal. Gives rise to acute marginals, moderate to large sized PDA which almost the apex. There are several posterolateral branches which are free of disease

Left ventricle
Left ventricle is dilated. There is severe global left ventricular dysfunction EF estimated at 10 to 15%. There is probably moderate mitral regurgitation. Left ventricular end-diastolic pressure was estimated at approximately 40 mmHg. There was no gradient across the aortic valve.

Impression dilated nonischemic cardiomyopathy
Recommendations
Intensify medical regimen consider ICD consider advanced heart failure consult

**Specimen(s)**
None

**Complications**
None

**Technique**
The patient was prepped and draped in usual fashion. Using Seldinger technique a 6 French sheath was introduced in the right radial artery. Patient received 5 mg of intra-arterial verapamil 300 mcg of intra-arterial nitroglycerin and 4000 units of intravenous heparin. We advanced a Jacky catheter into the ascending aorta. We used this catheter selectively engage both the right and left coronaries. We exchanged for a pigtail catheter. We crossed the aortic valve. EDP was measured. Left ventriculography was performed in the RAO projection. A pullback was performed. The catheter was removed over a J-wire. The sheath was removed and hemostasis obtained with a TR band.

Conscious sedation patient received conscious sedation for period of 21 minutes. He received aliquots of fentanyl and Versed administered under my direct supervision. He was continuously monitored with pulse oximetry ECG and visually

**Date of Operation**
February 17, 2023

**Start Time**
2:14 PM

**End Time**
2:36 PM

Electronically Signed on 02/17/2023 14:19 EST

MICHELSON, BARRY I MD

## Imaging Results

### ELECTROCARDIOGRAM (#9371929, 07/31/2023 11:47am)

| Report | Result | Ref. Range | Units | ⚠ | Status | Facility |
|---|---|---|---|---|---|---|
| EKG Results: | | | | | | |
| Interpretation: | | | | | | |

**FIELDS, David L (id #98454, dob:**

GENEVA HEALTH SOLUTIONS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Patient Name:** | [illegible] | **Device Make:** | BOSTONSCI | **Device Model:** | G447 | **Report Status:** | FINAL |
| **DOB:** | | **Device Type:** | CRT-D | **Device S/N:** | 310757 | **eSigned By:** | Nitamkumar Patel, MD |
| **MRN:** | 98454 | | | | | **eSigned On:** | 2023-08-12 18:42 PT |
| **Clinic Name:** | Tennova TG | **Lead Type** | **Make** | **Model** | **SN** | | |
| **Visit #:** | | | | | | **Report Date:** | 2023-07-25 08:01 |
| **Visit # (30):** | | | | | | **Reason:** | |
| **Visit # (90):** | | | | | | | |

## Interpretation Summary

**Battery and Leads (BL)**
Normal parameters noted on battery and lead(s)
Auto-threshold measurement unavailable or programmed off on lead(s)

**Presenting Rhythm (PR)**
Atrial Sensing-BiVentricular Pacing (AS-BiVP)

**Arrhythmia events (AE)**
No new arrhythmia events in monitoring period

**Cardiovascular Physiologic Parameters (CPP)**
No abnormalities in physiologic parameters identified

**Miscellaneous Observations (MISC)**
>95% Right Ventricular Pacing
>95% Left Ventricular Pacing

**Transmission Information (TI)**
Physiologic Parameter Summary Report

**Follow Up (FU)**
Continue remote monitoring with monthly reporting

## Additional Comments

CRTD Report
Monitoring period: 7/21/23 - 7/25/23

Battery/Lead Status: 9.5 years

Ap: 31%
RVp: 96%
LVp: 99%

## Provider Comments

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Battery Status:** Beginning of Service | | | **RA Lead** | **RV Lead** | **LV Lead** | | **RA Lead** | **RV Lead** | **LV Lead** |
| **Measured Voltage:** | | **Sense (mV)** | 0.4 | | | **Sensitivity (mV)** | AGC 0.25 | AGC 0.6 | AGC 1.0 |
| **Pacing Mode:** | DDDR | **Impedance (Ohms)** | 575 | 447 | 582 | **Pacing Output Amplitude (V)** | 2.0 | 2.0 | 2.4 |
| **Lower Rate Limit:** | 60 | **Pacing Threshold Amplitude (mV)** | 0.4 | 0.6 | | **Pacing Output Pulse Width (ms)** | 0.4 | 0.4 | 0.8 |
| **Max Tracking Rate:** | 125 | | | | | | | | |
| **Ap:** 31 | **Vp:** 96 | **Pacing Threshold Pulse Width (ms)** | 0.4 | 0.4 | | | | | |
| | | **Date Last Measured** | 2023-07-24 | 2023-07-24 | | | | | |

## Billing & Diagnosis Summary

**CPT Codes:**
93297 - ICM Remote Interrogation Eval
93296/G2066 - ICM/ILR Remote Technical Fee

| | |
|---|---|
| **Billing Status (30):** | BILLABLE |
| **30 Day Cycle:** | 2023-07-11 - 2023-08-12 |
| **30 Billable Dte:** | 2023-08-13 |
| **Billing Status (90):** | INTERIM |
| **90 Day Cycle:** | 2023-07-11 - 2023-10-11 |
| **90 Billable Dte:** | 2023-10-12 |

**Diagnosis Codes:**
Z95.810 - Presence of automatic ICD

| | |
|---|---|
| **Patient Name:** Fields, David | **MRN:** 98454 |
| **DOB:** Oct/30/1977 | **Visit #:** |

Lincoln/Fields 1730

**FIELDS, David L (id #98454, dob:**

| LATITUDE® Patient Management - Combined Follow-up Report | | Report Created: Jul 25, 2023 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>**G447/310767**<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Jul 25, 2023 03:01 EDT**<br>Last Office Interrogation: **Jul 21, 2023**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

**My Alerts**

There are no alerts to display.

**Events Since Last Reset (Jul 21, 2023)**

Jul 24, 2023 14:44 RV Auto
Jul 24, 2023 14:43 RA Auto

See last page for full list of Events Since Last Reset.

**Battery** [X]

Approximate time to explant: **0.5 years** from Jul 25, 2023

| | |
|---|---|
| Last Capacitor Re-form | N/R |
| Charge Time | N/R |

**One Year Remaining**



**Explant**

See last page for additional battery information.

| Leads | Implant (Jul 14, 2023) | Most Recent In-Office Measurement (Jul 21, 2023) | Most Recent Daily Measurement (Jul 25, 2023) |
|---|---|---|---|
| ● Atrial | | | |
| Intrinsic Amplitude | N/R | 5.2 mV | 5.4 mV (Jul 24, 2023) |
| Pace Impedance | N/R | 500 Ω | 575 Ω (Jul 24, 2023) |
| Pace Threshold | N/R | Auto 0.4 V @ 0.4 ms | 0.4 V @ 0.4 ms (Jul 24, 2023) |
| ■ **Right Ventricular** | | | |
| Intrinsic Amplitude | N/R | 17.1 mV | N/F (Jul 24, 2023) |
| Pace Impedance | N/R | 499 Ω | 441 Ω (Jul 24, 2023) |
| Pace Threshold | N/R | Auto 0.5 V @ 0.4 ms | 0.5 V @ 0.4 ms (Jul 24, 2023) |
| ◆ Left Ventricular | | | |
| Intrinsic Amplitude | N/R | 3.6 mV | N/F (Jul 24, 2023) |
| Pace Impedance (LVa) | N/R | 743 Ω | 582 Ω (Jul 24, 2023) |
| Pace Impedance (LVb) | | 754 Ω | |
| Pace Threshold | N/R | Auto 1.6 V @ 0.5 ms | N/F |
| Shock | | | |
| Shock Impedance | N/R | 63 Ω | 60 Ω (Jul 24, 2023) |

G447 Firmware Version: H_v1.03.00(1.01)

©2022 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

Lincoln/Fields 1731

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Combined Follow-up Report** — Jul 25, 2023
**Fields, David (98454/PATEL)**

### Settings

| | | | |
|---|---|---|---|
| **Ventricular Tachy** | | | |
| VF | 200 bpm | ATP | 41 J, 41 J, 41 Jx6 |
| VT | 170 bpm | Monitor Only | |
| **Atrial Tachy** | | | |
| ATR Mode Switch | 170 bpm | VDIR | |
| **Brady/CRT** | | | |
| Mode | | DDDR | |
| Lower Rate Limit | | 60 ppm | |
| Maximum Tracking Rate | | 125 ppm | |
| Maximum Sensor Rate | | 130 ppm | |
| Paced AV Delay | | 240 - 240 ms | |
| Sensed AV Delay | | 180 - 180 ms | |
| A-Refractory (PVARP) | | 240 - 280 ms | |
| RV-Refractory (RVRP) | | 230 - 250 ms | |
| LV-Refractory (LVRP) | | 250 ms | |
| Ventricular Pacing Chamber | | BiV | |
| LV Offset | | 0 ms | |

| | |
|---|---|
| **Pacing Output** | |
| ● Atrial | Auto 2.0 V @ 0.4 ms |
| ■ **Right Ventricular** | Auto 2.0 V @ 0.4 ms |
| ◆ Left Ventricular (LVa) | 2.4 V @ 0.8 ms |
| ◆ Left Ventricular (LVb) | Off |
| **Sensitivity** | |
| ● Atrial | AGC 0.25 mV |
| ■ **Right Ventricular** | AGC 0.6 mV |
| ◆ Left Ventricular | AGC 1.0 mV |
| **Leads Configuration (Pace/Sense)** | |
| ● Atrial | Bipolar |
| ■ **Right Ventricular** | Bipolar |
| ◆ LVa (Pace) | LVTip1>>Can |
| ◆ LVb (Pace) | Off |
| ◆ LV (Sense) | LVRing2>>RV |
| **Rate Adaptive Pacing** | |
| Accelerometer | On |
| **LV MultiSite Pacing** | |
| Pacing Order | Off |

### Rhythm ID Update

| | |
|---|---|
| Last Successful Completion | N/R |

©2022 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Jul 25, 2023

## HeartLogic™ Heart Failure Index

**Initializing**

**Jul 24, 2023**




The HeartLogic Heart Failure Index is initializing.

## Trend Graphs

R = Counter Reset
P = Program
I = Office Interrogation

| | | |
|---|---|---|
| S3 | Jul 24, 2023 | 0.82 mG |
| S1 | Jul 24, 2023 | 1.51 mG |
| Thoracic Impedance | Jul 24, 2023 | 37.0 Ω |
| Respiratory Rate | Jul 25, 2023 | rpm |




©2022 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Jul 25, 2023




©2022 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Combined Follow-up Report** Jul 25, 2023
**Fields, David (98454/PATEL)**




©2022 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Combined Follow-up Report** Jul 25, 2023
**Fields, David (98454/PATEL)**




| Ventricular Tachy Counters | Since Last Reset Jul 21, 2023 | Device Totals |
|---|---|---|
| **Ventricular Episode Counters** | | |
| Total Episodes | 0 | 0 |
| **Treated** | | |
| VF Therapy | 0 | 0 |
| VT Therapy | 0 | 0 |
| VT-1 Therapy | 0 | 0 |
| Commanded Therapy | 0 | 0 |
| **Non-Treated** | | |
| No Therapy Programmed | 0 | 0 |
| Nonsustained V Episodes | 0 | 0 |
| Other Untreated Episodes | 0 | 0 |
| **Ventricular Therapy Counters** | | |
| ATP Delivered | 0 | 0 |
| ATP % Successful | 0 | 0 |
| Shocks Delivered | 0 | 0 |
| First Shock % Successful | 0 | 0 |
| Shocks Diverted | 0 | 0 |

©2022 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Jul 25, 2023

| Brady/CRT Counters | Reset Before Last 6 day(s) Jul 14, 2023 to Jul 21, 2023 | Since Last Reset 3 day(s) Jul 21, 2023 to Jul 25, 2023 |
|---|---|---|
| **Counters** | | |
| % A Paced | 33 | 31 |
| % RV Paced | 29 | 98 |
| % LVa Paced | 0 | 99 |
| % LVb Paced | 0 | 0 |
| **Intrinsic Promotion** | | |
| Rate Hysteresis | | |
| % Successful | 0 | 0 |
| **Atrial Arrhythmia** | | |
| % AT/AF | <1 | 0 |
| Total Time in AT/AF (min) | <0.1 | 0.0 |
| Episodes by Duration | | |
| < 1 minute | 2 | 0 |
| 1 min - < 1 hr | 0 | 0 |
| 1 hr - < 24 hr | 0 | 0 |
| 24 hr - < 48 hr | 0 | 0 |
| <48 hr | 0 | 0 |
| Total PACs | 1414 | 52 |
| **Ventricular Counters** | | |
| Total PVCs | 20199 | 158 |
| Three or More PVCs | 0 | 0 |

| Clinical Counters | Since Last Reset Jul 21, 2023 | Device Totals |
|---|---|---|
| MRI Protection Mode | 0 | 0 |

**AT/AF Overview: Since Last Reset (Jul 21, 2023 to Jul 25, 2023)**

AT/AF: 0 % | AT/AF Events: 0 | Total Time in AT/AF (min): 0.0

There are no ATR events to display.

**AT/AF Overview: Reset Before Last (Jul 14, 2023 to Jul 21, 2023)**

| | | |
|---|---|---|
| Longest: Jul 15, 2023 13:52 | Avg V Rate: 102 bpm | Duration: 00:00:05 hh:mm:ss |
| Fastest PVS Rate: Jul 20, 2023 20:01 | Max V Rate: N/R | Duration: 00:00:01 hh:mm:ss |

©2022 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Combined Follow-up Report** Jul 25, 2023
**Fields, David (98454/PATEL)**

**Histograms**

● A: Paced / Sensed ■ RV: Paced / Sensed ● LV: Paced / Sensed

**Reset Before Last**
8 day(s)
Jul 14, 2023 to Jul 21, 2023

**Since Last Reset**
3 day(s)
Jul 21, 2023 to Jul 25, 2023

**Atrial Activity**







**Ventricular Activity**







**Ventricular Response to Atrial Pace**







**Ventricular Response to Atrial Sense**







**RV Rate during AT/AF**







©2022 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Jul 25, 2023

### Histogram Rate Counts

| Atrial | Reset Before Last 6 day(s) Jul 14, 2023 to Jul 21, 2023 | | Since Last Reset 3 day(s) Jul 21, 2023 to Jul 25, 2023 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 0 | 0 | 0 |
| 30-39 | 0 | 14 | 0 | 24 |
| 40-49 | 0 | 4.3K | 0 | 2.0K |
| 50-59 | 1.2K | 5.1K | 0 | 2.8K |
| 60-69 | 204.5K | 270.0K | 100.1K | 132.1K |
| 70-79 | 3.7K | 106.3K | 2.9K | 60.3K |
| 80-89 | 453 | 26.5K | 732 | 14.9K |
| 90-99 | 1 | 4.0K | 17 | 1.8K |
| 100-109 | 0 | 2.8K | 3 | 250 |
| 110-119 | 0 | 655 | 0 | 338 |
| 120-129 | 0 | 17 | 0 | 3 |
| 130-139 | 0 | 11 | 0 | 1 |
| 140-149 | 0 | 13 | 0 | 2 |
| 150-159 | 0 | 11 | 0 | 1 |
| 160-169 | 0 | 34 | 0 | 1 |
| 170-179 | 0 | 71 | 0 | 0 |
| 180-189 | 0 | 25 | 0 | 2 |
| 190-199 | 0 | 18 | 0 | 2 |
| 200-209 | 0 | 148 | 0 | 2 |
| 210-219 | 0 | 162 | 0 | 2 |
| 220-229 | 0 | 189 | 0 | 5 |
| 230-239 | 0 | 382 | 0 | 1 |
| 240-249 | 0 | 117 | 0 | 4 |
| >=250 | 0 | 264 | 0 | 13 |

| Right Ventricular | Reset Before Last 6 day(s) Jul 14, 2023 to Jul 21, 2023 | | Since Last Reset 3 day(s) Jul 21, 2023 to Jul 25, 2023 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 0 | 0 | 0 |
| 30-39 | 0 | 0 | 0 | 0 |
| 40-49 | 260 | 59 | 0 | 0 |
| 50-59 | 3.3K | 5.3K | 261 | 20 |
| 60-69 | 182.3K | 312.7K | 238.4K | 2.0K |
| 70-79 | 10.0K | 94.1K | 80.9K | 1.8K |
| 80-89 | 7.1K | 22.4K | 15.7K | 3.3K |
| 90-99 | 1.3K | 9.6K | 2.2K | 2.5K |
| 100-109 | 2.8K | 4.8K | 409 | 4.3K |
| 110-119 | 646 | 1.1K | 310 | 1.3K |
| 120-129 | 8 | 2.7K | 21 | 245 |
| 130-139 | 6 | 892 | 0 | 68 |
| 140-149 | 0 | 122 | 0 | 38 |
| 150-159 | 0 | 38 | 0 | 19 |
| 160-169 | 0 | 14 | 0 | 5 |
| 170-179 | 0 | 8 | 0 | 1 |
| 180-189 | 0 | 0 | 0 | 2 |
| 190-199 | 0 | 0 | 0 | 0 |
| 200-209 | 0 | 0 | 0 | 0 |
| 210-219 | 0 | 0 | 0 | 0 |
| 220-229 | 0 | 0 | 0 | 1 |
| 230-239 | 0 | 0 | 0 | 0 |
| 240-249 | 0 | 0 | 0 | 0 |
| >=250 | 0 | 0 | 0 | 0 |

©2022 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

LATITUDE® Patient Management - Combined Follow-up Report | Jul 25, 2023
Fields, David (98454/PATEL)

| Left Ventricular | Reset Before Last 6 day(s) Jul 14, 2023 to Jul 21, 2023 | | Since Last Reset 3 day(s) Jul 21, 2023 to Jul 25, 2023 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 21.3K | 0 | 7 |
| 30-39 | 4 | 5.4K | 0 | 0 |
| 40-49 | 6 | 302 | 10 | 0 |
| 50-59 | 1 | 10.7K | 422 | 1 |
| 60-69 | 736 | 306.7K | 238.1K | 4 |
| 70-79 | 574 | 101.2K | 82.6K | 105 |
| 80-89 | 239 | 26.6K | 18.0K | 41 |
| 90-99 | 6 | 7.0K | 4.2K | 502 |
| 100-109 | 6 | 5.4K | 4.2K | 549 |
| 110-119 | 0 | 3.0K | 1.6K | 68 |
| 120-129 | 0 | 1.6K | 175 | 97 |
| 130-139 | 1 | 605 | 1 | 37 |
| 140-149 | 0 | 130 | 0 | 31 |
| 150-159 | 0 | 22 | 0 | 15 |
| 160-169 | 0 | 11 | 0 | 3 |
| 170-179 | 0 | 16 | 0 | 1 |
| 180-189 | 0 | 13 | 0 | 1 |
| 190-199 | 0 | 4 | 0 | 0 |
| 200-209 | 0 | 4 | 0 | 0 |
| 210-219 | 0 | 1 | 0 | 0 |
| 220-229 | 0 | 0 | 0 | 0 |
| 230-239 | 0 | 0 | 0 | 0 |
| 240-249 | 0 | 0 | 0 | 0 |
| >=250 | 0 | 0 | 0 | 0 |

| RV Rate during AT/AF | Reset Before Last 6 day(s) Jul 14, 2023 to Jul 21, 2023 | | Since Last Reset 3 day(s) Jul 21, 2023 to Jul 25, 2023 | |
|---|---|---|---|---|
| Rate (bpm) | Paced | Sensed | Paced | Sensed |
| 0-29 | 0 | 0 | 0 | 0 |
| 30-39 | 0 | 0 | 0 | 0 |
| 40-49 | 0 | 0 | 0 | 0 |
| 50-59 | 0 | 0 | 0 | 0 |
| 60-69 | 0 | 0 | 0 | 0 |
| 70-79 | 0 | 0 | 0 | 0 |
| 80-89 | 0 | 0 | 0 | 0 |
| 90-99 | 2 | 0 | 0 | 0 |
| 100-109 | 6 | 0 | 0 | 0 |
| 110-119 | 0 | 0 | 0 | 0 |
| 120-129 | 0 | 0 | 0 | 0 |
| 130-139 | 0 | 0 | 0 | 0 |
| 140-149 | 0 | 0 | 0 | 0 |
| 150-159 | 0 | 0 | 0 | 0 |
| 160-169 | 0 | 0 | 0 | 0 |
| 170-179 | 0 | 0 | 0 | 0 |
| 180-189 | 0 | 0 | 0 | 0 |
| 190-199 | 0 | 0 | 0 | 0 |
| 200-209 | 0 | 0 | 0 | 0 |
| 210-219 | 0 | 0 | 0 | 0 |
| 220-229 | 0 | 0 | 0 | 0 |
| 230-239 | 0 | 0 | 0 | 0 |
| 240-249 | 0 | 0 | 0 | 0 |
| >=250 | 0 | 0 | 0 | 0 |

©2022 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Jul 25, 2023

**Heart Rate Variability**

Last Measured:
Data unavailable

Reference:
Data unavailable

©2022 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Jul 25, 2023

**Presenting EGM (Jul 25, 2023)**

EGM displayed at 25 mm per second







©2022 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

LATITUDE® Patient Management - Combined Follow-up Report
Fields, David (98454/PATEL)

Jul 25, 2023





©2022 Boston Scientific Corporation or its affiliates. All rights reserved.


Lincoln/Fields 1743

# FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Combined Follow-up Report** Jul 25, 2023
**Fields, David (98454/PATEL)**




**All Events Since Last Reset (Jul 21, 2023)**

| | |
|---|---|
| Jul 24, 2023 14:44 | RV Auto |
| Jul 24, 2023 14:43 | RA Auto |
| Jul 21, 2023 23:44 | RV Auto |
| Jul 21, 2023 23:43 | RA Auto |

**Battery (Continued)**

| | | | |
|---|---|---|---|
| Last Delivered Shock | N/R | Time Since Implant | < 1 month |
| Energy | N/R | Charge Remaining | 2.04 ampere-hours |
| Charge Time | N/R | Power Consumption | 61 µW |
| Shock Impedance | N/R | (Measured with programmed parameters) | |
| Beep when Explant is Indicated | On | This device is using 122% of the power it would use at the following parameters: | |
| | | A | 15% pacing, 70 ppm, 2.5 V, 0.4 ms, 500 Ω |
| | | RV | 100% pacing, 70 ppm, 2.5 V, 0.4 ms, 700 Ω |
| | | LVa | 100% pacing, 70 ppm, 5.5 V, 0.4 ms, 700 Ω |
| | | LVb | Off |

©2022 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

| LATITUDE® Patient Management - Heart Failure Management Report | | Report Created: Jul 25, 2023 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>G447/310757<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Jul 25, 2023 03:01 EDT**<br>Last Office Interrogation: **Jul 21, 2023**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

**My Alerts**

There are no alerts to display.

**HeartLogic™ Heart Failure Index**

**Initializing**

**Jul 24, 2023**




The HeartLogic Heart Failure Index is initializing.

**Trend Graphs**

S3 — Jul 24, 2023 — 0.82 mG

S1 — Jul 24, 2023 — 1.51 mG

Thoracic Impedance — Jul 24, 2023 — 37.0 Ω

Respiratory Rate — Jul 24, 2023 — 15.5 rpm




G447 Firmware Version: H v1.00.00(1.01)

©2022 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

Lincoln/Fields 1745

**FIELDS, David L (id #98454, dob:**

LATITUDE® Patient Management - Heart Failure Management Report
Fields, David (98454/PATEL)

Jul 25, 2023




©2022 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

LATITUDE® Patient Management - Heart Failure Management Report

Jul 25, 2023

Fields, David (98454/PATEL)

Heart Rate Variability (SDANN)




**Battery** [illegible]

Approximate time to explant: **8.5 years** from Jul 25, 2023

**Trend Data**

| Date | HeartLogic Heart Failure Index | S3 (mG) | S1 (mG) | Thoracic Impedance (Ω) | Respiratory Rate (rpm) | Night Heart Rate (bpm) | Sleep Incline (degrees) | Activity Level (hour(s)) | AT/AF Burden (hour(s), events) |
|---|---|---|---|---|---|---|---|---|---|
| Jul 24, 2023 | N/R | 0.82 | 1.51 | 37.0 | 15.5 | 61 | N/R | 0.8 | 0.0, 0 |
| Jul 23, 2023 | N/R | 0.75 | 1.02 | 35.6 | 17.8 | 63 | N/R | 0.6 | 0.0, 0 |
| Jul 22, 2023 | N/R | N/R | N/R | 35.0 | 16.8 | 62 | N/R | 1.2 | 0.0, 0 |
| Jul 21, 2023 | N/R | N/R | N/R | N/R | 16.5 | 63 | N/R | 0.8 | 0.0, 1 |
| Jul 20, 2023 | N/R | N/R | N/R | 34.9 | 16.3 | 62 | N/R | 1.2 | 0.0, 0 |
| Jul 19, 2023 | N/R | N/R | N/R | 34.9 | 15.5 | 61 | N/R | 0.6 | 0.0, 0 |
| Jul 18, 2023 | N/R | N/R | N/R | 36.1 | 16.6 | 63 | N/R | 1.3 | 0.0, 0 |
| Jul 17, 2023 | N/R | N/R | N/R | 36.0 | 17.5 | 63 | N/R | 0.3 | 0.0, 0 |
| Jul 16, 2023 | N/R | N/R | N/R | 36.9 | 16.5 | 64 | N/R | 0.2 | 0.0, 1 |
| Jul 15, 2023 | N/R | N/R | N/R | 38.8 | N/R | 62 | N/R | 0.3 | 0.0, 0 |
| Jul 14, 2023 | N/R | N/R | N/R | N/R | | N/R | N/R | | |
| Jul 13, 2023 | | | | | | | | | |
| Jul 12, 2023 | | | | | | | | | |
| Jul 11, 2023 | | | | | | | | | |
| Jul 10, 2023 | | | | | | | | | |
| Jul 09, 2023 | | | | | | | | | |
| Jul 08, 2023 | | | | | | | | | |
| Jul 07, 2023 | | | | | | | | | |
| Jul 06, 2023 | | | | | | | | | |
| Jul 05, 2023 | | | | | | | | | |
| Jul 04, 2023 | | | | | | | | | |
| Jul 03, 2023 | | | | | | | | | |
| Jul 02, 2023 | | | | | | | | | |
| Jul 01, 2023 | | | | | | | | | |
| Jun 30, 2023 | | | | | | | | | |
| Jun 29, 2023 | | | | | | | | | |
| Jun 28, 2023 | | | | | | | | | |
| Jun 27, 2023 | | | | | | | | | |
| Jun 26, 2023 | | | | | | | | | |
| Jun 25, 2023 | | | | | | | | | |

©2022 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

**LATITUDE® Patient Management - Heart Failure Management Report**
**Fields, David (98454/PATEL)**

Jul 25, 2023

| Date | RV Rate during AT/AF (max, mean) (bpm) | Mean Heart Rate (bpm) | % LV Paced (%) | Heart Rate Variability (SDANN) (ms) |
|---|---|---|---|---|
| Jul 24, 2023 | N/R, N/R | 64 | 99 | N/R |
| Jul 23, 2023 | N/R, N/R | 65 | 100 | N/R |
| Jul 22, 2023 | N/R, N/R | 68 | 72 | N/R |
| Jul 21, 2023 | N/R, 104 | 67 | 0 | N/R |
| Jul 20, 2023 | N/R, N/R | 66 | 0 | N/R |
| Jul 19, 2023 | N/R, N/R | 64 | 0 | N/R |
| Jul 18, 2023 | N/R, N/R | 68 | 0 | N/R |
| Jul 17, 2023 | N/R, N/R | 65 | 0 | N/R |
| Jul 16, 2023 | N/R, 102 | 65 | 0 | N/R |
| Jul 15, 2023 | N/R, N/R | N/R | 1 | N/R |
| Jul 14, 2023 | | | | |
| Jul 13, 2023 | | | | |
| Jul 12, 2023 | | | | |
| Jul 11, 2023 | | | | |
| Jul 10, 2023 | | | | |
| Jul 09, 2023 | | | | |
| Jul 08, 2023 | | | | |
| Jul 07, 2023 | | | | |
| Jul 06, 2023 | | | | |
| Jul 05, 2023 | | | | |
| Jul 04, 2023 | | | | |
| Jul 03, 2023 | | | | |
| Jul 02, 2023 | | | | |
| Jul 01, 2023 | | | | |
| Jun 30, 2023 | | | | |
| Jun 29, 2023 | | | | |
| Jun 28, 2023 | | | | |
| Jun 27, 2023 | | | | |
| Jun 26, 2023 | | | | |
| Jun 25, 2023 | | | | |

©2022 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

| LATITUDE® Patient Management - Arrhythmia Logbook Report | | Report Created: Jul 25, 2023 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>G447/310757<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Jul 25, 2023 03:01 EDT**<br>Last Office Interrogation: **Jul 21, 2023**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

Events Since: Last Reset

Event Type: All Events

*Maximum of 250 episodes shown*

| Event | Date/Time | Type | Therapy | Duration hh:mm:ss |
|---|---|---|---|---|
| RVAT-12 | Jul 24, 2023 14:44 | RV Auto | | ------ |
| RAAT-12 | Jul 24, 2023 14:43 | RA Auto | | ------ |
| RVAT-9 | Jul 21, 2023 23:44 | RV Auto | | ------ |
| RAAT-9 | Jul 21, 2023 23:43 | RA Auto | | ------ |

G447 Firmware Version: H v1.00.00(1.01)

©2022 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

## FIELDS, David L (id #98454, dob:

| LATITUDE® Patient Management - Device Settings Report | | Report Created: Jul 25, 2023 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>G447/310757<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Jul 25, 2023 03:01 EDT**<br>Last Office Interrogation: **Jul 21, 2023**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

### Programming

| | |
|---|---|
| Last Programmed | Jul 21, 2023 |
| Ventricular Tachy Mode | Jul 14, 2023 Changed to Monitor + Therapy<br>Jul 14, 2023 Changed to Off |

### Ventricular Tachy

**VF 200 bpm (300 ms)**

| Detection/Redetection | | Therapy | |
|---|---|---|---|
| Initial Duration | 2.5 s | QUICK CONVERT™ ATP | On |
| Redetection Duration | 1.0 s | Shock 1 | 41 J |
| Post-Shock Duration | 1.0 s | Shock 2 | 41 J |
| | | Additional 41 J Shocks | 6 |

**VT 170 bpm (353 ms)**

| Detection/Redetection | | | |
|---|---|---|---|
| Initial Duration | 10.0 s | **ATP1** | **Off** |
| Redetection Duration | 1.0 s | **ATP2** | **Off** |
| Post-Shock Duration | 1.0 s | **Shocks** | |
| Atrial Tachy Discrimination | | Shock 1 | Off |
| Sinus Tachycardia Discrimination | | Shock 2 | Off |
| **Initial Detection** | | Shock 3-6 | Off |
| V Rate > A Rate | On | | |
| AFib Rate Threshold | 170 bpm | | |
| Stability | 20 ms | | |
| | And | | |
| Onset | 9 % | | |
| Sustained Rate Duration | 03:00 mm:ss | | |
| **Post-Shock Detection** | | | |
| V Rate > A Rate | On | | |
| AFib Rate Threshold | 170 bpm | | |
| Stability | 20 ms | | |
| Sustained Rate Duration | 00:15 mm:ss | | |

**Ventricular Tachy Therapy Setup**

| ATP | | Shock (All Shocks) | |
|---|---|---|---|
| RV ATP Amplitude | 5.0 V | Waveform | Biphasic |
| RV ATP Pulse Width | 1.0 ms | Committed Shock | Off |
| LV ATP Amplitude | 5.0 V | Lead Polarity | Initial |
| LV ATP Pulse Width | 1.0 ms | Shock Lead Vector | RV Coil to Can |
| Magnet and Beeper | | | |
| Magnet Response | Inhibit Therapy | | |
| Beep During Capacitor Charge | Off | | |

### Atrial Tachy

**Therapy**

| ATR Mode Switch Details | | Atrial Tachy Response | |
|---|---|---|---|
| ATR Mode Switch | On | Atrial Flutter Response | Off |
| Trigger Rate | 170 bpm | PMT Termination | On |
| Duration | 8 cycles | **Ventricular Regulation** | |
| Entry Count | 8 cycles | BiV Trigger | On |
| Exit Count | 8 cycles | | |
| Fallback | | | |
| Mode | VDIR | | |
| Time | 00:30 mm:ss | | |
| ATR/VTR Fallback LRL | 70 ppm | | |
| Ventricular Rate Regulation | Max | | |
| BiV Trigger | On | | |
| Maximum Pacing Rate | 110 ppm | | |

G447 Firmware Version: H v1.00.00(1.01)
©2022 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

## FIELDS, David L (id #98454, dob:

LATITUDE® Patient Management - Device Settings Report
Fields, David (98454/PATEL)

Jul 25, 2023

### Brady/CRT

**Normal Settings**

| | |
|---|---|
| Mode | DDDR |
| Lower Rate Limit | 60 ppm |
| Maximum Tracking Rate | 125 ppm |
| Maximum Sensor Rate | 130 ppm |
| Paced AV Delay | 240 - 240 ms |
| Sensed AV Delay | 180 - 180 ms |
| A-Refractory (PVARP) | 240 - 280 ms |
| RV-Refractory (RVRP) | 230 - 250 ms |
| LV-Refractory (LVRP) | 250 ms |
| Ventricular Pacing Chamber | BiV |
| LV Offset | 0 ms |
| PVARP after PVC | 400 ms |
| LV Protection Period | 400 ms |
| **Blanking** | |
| A-Blank after V-Pace | Smart |
| A-Blank after RV-Sense | Smart |
| RV-Blank after A-Pace | 65 ms |
| LV-Blank after A-Pace | Smart |
| Noise Response | DOO |
| **Rate Enhancements** | |
| Rate Smoothing | |
| Up | Off |
| Down | Off |
| Tracking Preference | On |

| | |
|---|---|
| **Pacing Output** | |
| Atrial | Auto 2.0 V @ 0.4 ms |
| **Right Ventricular** | Auto 2.0 V @ 0.4 ms |
| Left Ventricular (LVa) | 2.4 V @ 0.8 ms |
| Left Ventricular (LVb) | Off |
| **Sensitivity** | |
| Atrial | AGC 0.25 mV |
| **Right Ventricular** | AGC 0.6 mV |
| Left Ventricular | AGC 1.0 mV |
| **Leads Configuration (Pace/Sense)** | |
| Atrial | |
| Pace | Bipolar |
| Sense | Bipolar |
| **Right Ventricular** | |
| Pace | Bipolar |
| Sense | Bipolar |
| Left Ventricular | |
| Electrode Configuration | Quadripolar |
| Pace (LVa) | LVTip1>>Can |
| Pace (LVb) | Off |
| Sense | LVRing2>>RV |
| **Rate Adaptive Pacing** | |
| Accelerometer | On |
| Response Factor | 8 |
| Activity Threshold | Medium Low |
| Reaction Time | 30 s |
| Recovery Time | 2 min |
| **Respiratory Sensor Settings** | |
| Respiratory Sensor | On |
| Excitation Current | 320 µA |
| Vector Selection | Auto Select |
| Signal Artifact Monitor | On |
| **LV MultiSite Pacing** | |
| Pacing Order | Off |

**Post-Therapy Settings**

| | |
|---|---|
| Lower Rate Limit | 60 ppm |
| **Output** | |
| Atrial | 5.0 V @ 1.0 ms |
| **Right Ventricular** | 5.0 V @ 1.0 ms |
| Left Ventricular | 5.0 V @ 1.0 ms |
| Post Therapy Period | 00:30 mm:ss |

Note: Post Therapy pacing uses the Brady Normal settings in combination with settings shown in this section.

©2022 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Device Settings Report** Jul 25, 2023
**Fields, David (98454/PATEL)**

**Setup**

**Battery Setup**

**Beeper**

| | |
|---|---|
| Beep when Explant is Indicated | On |

**Trending Setup**

| | |
|---|---|
| Recording Method | 30 Second Average |
| Duration | 25 hours |
| Data Storage | Continuous |

**Sensor Activation**

| | |
|---|---|
| Heart Failure Sensor Suite | On |
| Sleep Incline | On |

**Sleep Schedule**

| | |
|---|---|
| Sleep Start Time | 23:00 Hh:mm |
| Sleep Duration | 7 hour(s) |

**Leads Status Setup**

| | Daily Intrinsic Amplitude | Daily Impedance | Impedance Limits | Pace Threshold | Beep When Out-of-Range |
|---|---|---|---|---|---|
| Atrial | On | On | 200 - 2000 Ω | On | Off |
| **Right Ventricular** | On | On | 200 - 2000 Ω | On | Off |
| Left Ventricular | On | On | 200 - 2000 Ω | Off | Off |
| Shock | | On | 20 - 125 Ω | | Off |

**Other Daily Trends**

| | |
|---|---|
| Respiration-related Trends | On |

**Beeper**

| | |
|---|---|
| Beeper Type | Piezo |

Note: The Piezo beeper is designed to withstand the strong magnetic fields associated with MRI scanners without being damaged.

| | |
|---|---|
| Beeper | On |

©2022 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

| LATITUDE® Patient Management - Presenting EGM Report | | Report Created: Jul 25, 2023 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>G447/310757<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Jul 25, 2023 03:01 EDT**<br>Last Office Interrogation: **Jul 21, 2023**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

**Presenting EGM (Jul 25, 2023)**

EGM displayed at 25mm per second




G447 Firmware Version: H v1.00.00(1.01)
©2022 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

Lincoln/Fields 1753

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Presenting EGM Report** Jul 25, 2023
**Fields, David (98454/PATEL)**







©2022 Boston Scientific Corporation or its affiliates. All rights reserved.


Lincoln/Fields 1754

**FIELDS, David L (id #98454, dob:**

LATITUDE® Patient Management - Presenting EGM Report

Fields, David (98454/PATEL)

Jul 25, 2023




©2022 Boston Scientific Corporation or its affiliates. All rights reserved.

## FIELDS, David L (id #98454, dob:

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Jul 25, 2023 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>G447/310757<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Jul 25, 2023 03:01 EDT**<br>Last Office Interrogation: **Jul 21, 2023**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

RVAT 12: Jul 24, 2023 14:44, RV Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**





©2022 Boston Scientific Corporation or its affiliates. All rights reserved.


Clinician Signature

**FIELDS, David L (id #98454, dob:**

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Jul 25, 2023




©2022 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Jul 25, 2023

| | | | |
|---|---|---|---|
| > V Range | < V Range | V Sense | V Pace |
| > A Range | < A Range | A Sense | A Pace |




©2022 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

| LATITUDE® Patient Management - Event Detail Report | | Report Created: Jul 25, 2023 |
|---|---|---|
| Boston Scientific | Fields, David (98454/PATEL)<br><br>Date of Birth:<br>Device: **RESONATE X4 CRT-D**<br>G447/310757<br>Clinic: **East Tennessee Heart Consultants -**<br>Search Tags:<br>Tachy Mode: **Monitor + Therapy** | Latest Device Transmission: **Jul 25, 2023 03:01 EDT**<br>Last Office Interrogation: **Jul 21, 2023**<br>Implant Date: **Jul 14, 2023**<br>Patient Group: **Patel (Primary)** |

RAAT 12: Jul 24, 2023 14:43, RA Auto

**Detail**

Event Ended 00:00:00

**EGM displayed at 25mm per second**




G447 Firmware Version: H v1.00.00(1.01)
©2022 Boston Scientific Corporation or its affiliates. All rights reserved.



Clinician Signature

Lincoln/Fields 1759

**FIELDS, David L (id #98454, dob:**

**LATITUDE® Patient Management - Event Detail Report** Jul 25, 2023

**Fields, David (98454/PATEL)**




©2022 Boston Scientific Corporation or its affiliates. All rights reserved.

**FIELDS, David L (id #98454, dob:**

LATITUDE® Patient Management - Event Detail Report
Fields, David (98454/PATEL)

Jul 25, 2023




©2022 Boston Scientific Corporation or its affiliates. All rights reserved.

## XR CHEST 2 V DR (#9349246, Final, 07/14/2023 2:40pm)

Tennova - Turkey Creek Medical Center

Patient: FIELDS, DAVID L MRN: 809309

DOB: Sex: Male

Location: TNTC CVFT; CV08; 1

Ordering Physician: Patel, Nilamkumar MD

Diagnostic Radiology

Accession
304-23-195-00462

Exam Date/Time
7/14/2023 14:54 EDT

Reason for Exam
s/p pacemaker/defibrillator;Other (please specify)

Report
EXAM:
XR Chest 2 V DR

CLINICAL HISTORY:
Status post pacemaker/defibrillator.

COMPARISON:
None

TECHNIQUE:
3 images

FINDINGS:
Biventricular cardiac pacer/AICD. No pneumothorax.

Mild cardiomegaly. Mild prominence of the central pulmonary vasculature. Focal right perihilar opacity. Diffuse bilateral interstitial prominence. No evidence of a pleural effusion.
Retrocardiac atelectasis. Thoracic spine is obscured.

IMPRESSION:
Biventricular cardiac pacer/AICD. No pneumothorax.

Cardiomegaly with mild interstitial pulmonary edema and bibasilar atelectasis.

Focal right perihilar opacity which may be related to atelectasis, focal airspace disease, or pulmonary nodule. Follow-up chest radiograph is recommended to evaluate for resolution.

Dictating Physician: Dylan P Simmons, DO
Created and electronically signed by Dylan P Simmons, DO on 7/14/2023 3:04 PM

Workstation ID: 5992-RADREAD

***** Final *****

Signed by: Simmons, Dylan P DO
Signed (Electronic Signature): 07/14/2023 03:06 pm EDT

**The University of Tennessee Medical Center**
1924 Alcoa Hwy
Knoxville, TN 37920
Phone: (865) 305-9000

To: fileroom manual fax

Pages: 6

Date/Time: 6/19/2023 12:02:48 PM

**Confidential Notice:** This material is intended for the individual or entity to which it is addressed. It may contain privileged, confidential information, which is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this material (other than to the recipient) or copying of this material. If you have received this communication in error, please notify us immediately by telephone and return this material (and all copies) to us by mail at the address above.

stina

The University of Tennessee Medical Center
1924 Alcoa Hwy, Knoxville, TN 37920
Phone Number: 865-305-9000

| | | | |
|---|---|---|---|
| Patient Name: | FIELDS, DAVID | | |
| MRN: | 2317110 | Admit Date: | 6/15/2023 |
| FIN: | 23171100001 | Discharge Date: | 6/15/2023 |
| Date of Birth: | | | |

*Magnetic Reasonance Imaging*

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER |
|---|---|---|---|
| MI-23-0019097 | 6/15/2023 12:30 EDT | MRI Cardiac Morph wo+w contrast | Micheson (Cardiology) Barry |

**Reason For Exam**
(MRI Cardiac Morph wo+w contrast) Unspecified diastolic (congestive) heart failure.

**Results**
Date:
6/15/2023 3:55 PM EDT

Reason For Exam: Unspecified diastolic (congestive) heart failure

Examination:
MRI CARDIAC MORPHOLOGY W AND WO CONTRAST
FLOW VELOCITY QUANTIFICATION

Comparison:
None available.

Findings:

LEFT VENTRICLE.

The left ventricle is severely dilated with severe systolic dysfunction. The anterior, inferior and lateral walls are thin and akinetic. T2*relaxation time is 25 ms suggest iron overload.

LV Anatomy:

Wall Thickness - Anteroseptal: 7.1 mm
Wall Thickness - Inferolateral: 5.1 mm
LV EDD: 7.6cm
LV ESD: 6.3cm
LV Cavity Size: Dilated
LV Mass/Thrombus: none visualized

**IMPORTANT WARNING:** This message is intended for the use of the person or entity to which is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is **STRICTLY PROHIBITED.** Re-disclosure without additional patient consent or as permitted by law is prohibited. If you have received this message in error, please notify us immediately at 865-305-4732.

Patient Name: FIELDS, DAVID
FIN: 2317110000 Date of Birth:

## Magnetic Reasonance Imaging

**Results**

LV function:

| | | |
|---|---|---|
| ED mass | 156.65 g | (106-186) |
| EDV | 362.96 ml | (117-201) |
| ESV | 265.05 ml | (32-76) |
| SV | 97.88 ml | (77-133) |
| EF | 26.97 % | (57-75) |
| CO | 5.65 l/min | |
| ED Mass/BSA | 64.00 g/m? | (58-92) |
| EDV/BSA | 148.29 ml/m? | (63-99) |
| ESV/BSA | 108.36 ml/m? | (16-38) |
| SV/BSA | 39.99 ml/m? | (41-67) |
| CO/BSA | 2.72 l/(min/m?) | |

RIGHT VENTRICLE:

The right ventricle is normal in size with moderate systolic dysfunction.

RV Anatomy:
RV Wall Thickness: <5 mm
RV Contractility:normal

RV Cavity Size:

Base: 4.6 cm
Mid ventricle: 2.5 cm
Longitudinal dimension 9.2 cm

RV Mass/Thrombus: none visualized

RV function:

| | | |
|---|---|---|
| EDV | 251.93 ml | (115-217) |
| ESV | 171.84 ml | (28-90) |
| SV | 80.09 ml | (72-142) |
| EF | 31.79 % | (52-70) |
| CO | 5.44 l/min | |
| EDV/BSA | 102.93 ml/m? | (61-109) |
| ESV/BSA | 70.21 ml/m? | (15-45) |
| SV/BSA | 32.72 ml/m? | (38-72) |
| CO/BSA | 2.22 l/(min/m?) | |

AORTIC DIMENSIONS

Patient Name: FIELDS, DAVID
FIN: 2317110000[illegible]
Date of Birth:

*Magnetic Reasonance Imaging*

**Results**

The thoracic aorta is normal in size.

Ao Diameter - Annulus: 21.6 mm
Ao Diameter - Sinus of Valsalva: 30.6mm
Ao Diameter - Sinotubular Junction: 21.4mm
Ascending Aorta @ RPA: 26.0mm
Aortic Arch Diameter: 23.1mm
Descending Aortic Diameter:21.1mm

Main pulmonary artery: 31.7mm

OTHER ANATOMY

Interventricular Septum: normal
Interatrial Septum: normal

Left Atrium
LA Cavity Size:Moderately enlarged
LA Mass/Thrombus:none

Right Atrium
RA Cavity Size:Mildly enlarged
RA Mass/Thrombus:none

Pericardium:normal thickness, no effusion
Pleural Effusion:none
Lungs:no obvious mass
Mediastinum:no mass or adenopathy

PULMONARY VEINS

There is normal pulmonary venous anatomy.

CARDIAC VALVES

Aortic Valve:trileaflet
Aortic Stenosis: none.
Aortic Regurgitation: none

Mitral Valve Leaflets: unremarkable
Mitral Stenosis: none
Mitral Regurgitation: Mild

Tricuspid Valve Leaflets: unremarkable
Tricuspid Stenosis: none
Tricuspid Regurgitation: Trace

Patient Name: FIELDS, DAVID
FIN: 2317110001 Date of Birth:

*Magnetic Reasonance Imaging*

**Results**

Pulmonic Valve Leaflets:unremarkable
Pulmonic Stenosis: none
Pulmonic Regurgitation: none

FLOWS

AORTA

| | | | | |
|---|---|---|---|---|
| Net flow volume | 81.93 | ml/beat | 5.23 | l/min |
| Forward flow volume (S.I) | 82.18 | ml/beat | 5.25 | l/min |
| Backward flow volume (S.I) | 0.28 | ml/beat | 0.02 | l/min |
| Regurgitant fraction (S.I) | 0.30 | % | | |
| Peak flow velocity | 119.02 | cm/s | | |
| Peak pressure gradient | 5.67 | mmHg | | |

PULMONARY ARTERY

| | | | | |
|---|---|---|---|---|
| Net flow volume | 105.19 | ml/beat | 7.05 | l/min |
| Forward flow volume (S.I) | 105.19 | ml/beat | 7.05 | l/min |
| Backward flow volume (S.I) | 0.00 | ml/beat | 0.00 | l/min |
| Regurgitant fraction (S.I) | 0.00 | % | | |
| Peak flow velocity | 79.25 | cm/s | | |
| Peak pressure gradient | 2.51 | mmHg | | |

LATE GADOLINIUM ENHANCEMENT (LGE):

Left ventricular myocardium: There is 50% subendocardial LGE in the basal and mid lateral walls consistent with an infarct pattern. There is also nonspecific mid myocardial LGE in the basal septal wall, not consistent with infarct pattern.
Right ventricular myocardium: None

IMPRESSION:

1. Severely dilated left ventricle with moderate systolic dysfunction, EF 26.57%. There is akinesis and wall thinning of the anterior, inferior and lateral walls. The septal wall contracts best. There is no evidence of iron overload. There is 50% subendocardial LGE in the basal and mid lateral walls consistent with an infarct pattern. There is also nonspecific mid myocardial LGE in the basal septal wall, not consistent with infarct pattern.
2. Normal right ventricular size with moderate systolic dysfunction, EF 31.79%.
3. Moderate left atrial enlargement, mild right atrial enlargement
4. Mild mitral regurgitation.
5. Dilated main pulmonary artery.

MRE310PC006433

Patient Name: FIELDS, DAVID
FIN: 23171100001 Date of Birth:

Magnetic Reasonance Imaging

**Results**

*Authenticated by: KASSIRA MD, ANNE* *06/15/2023 16:37*

***FINAL REPORT***

## ELECTROCARDIOGRAM (#9227775, 06/08/2023)

| | |
|---|---|
| Result Note | SR 65, PR 280, QRS 131 RBBB/LPFB, QTc 433 |

FIELDS, David L (id #98454, dob:

ELECTROCARDIOGRAM (#9241062, 06/08/2023 12:00am)

98454 fields, david 6/8/2023 8:40:

DOB 45 Years Male

| | | |
|---|---|---|
| Rate | 85 | . Sinus rhythm..........................................normal P axis, V-rate 60- 99 |
| | | . Prolonged PR interval..........................................PR >210, V-rate 50- 90 |
| PR | 258 | . Probable left atrial enlargement..........................................P >50mS, <-0.10mV V1 |
| QRSD | 131 | . Nonspecific IVCD with LAD..........................................QRSd >120mS & LAD |
| QT | 416 | . ST elev, probable normal early repol pattern..........................................ST elevation, age<55 |
| QTc | 433 | . Baseline wander in lead(s) II,III,aVF,V1,V2,V4,V5 |

--AXIS--

| | |
|---|---|
| P | 17 |
| QRS | -48 |
| T | 49 |

12 Lead: Standard Placement

- ABNORMAL ECG -

Unconfirmed Diagnosis



**FIELDS, David L (id #98454, dob:**

US, ECHOCARDIOGRAM, TRANSTHORACIC, COMPLETE, W/ COLOR FLOW (#9128815, 05/08/2023 12:00am)

**Jefferson Memorial Hospital**

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status: Finalized

# TTE echo report

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | FIELDS DAVID | | | **Procedure Staff** | |
| **MRN:** | 00809309 | | | **Referring Physician:** | Barry Michelson, MD |
| **Date of birth:** | | **Age:** | 45 year(s) | **Sonographer:** | Kristin Briggs, RCS |
| **Gender:** | Male | **BMI:** | 34.31 kg/m² | **Interpreting physician:** | Barry Michelson, MD |
| **Weight:** | 114.76 kg | **BSA:** | 2.35 m² | | |
| **Height:** | 182.88 cm | | | | |

**Procedure Information**

| | | | |
|---|---|---|---|
| **Exam date time:** | 5/8/2023 12:53 PM | | |
| **Procedure type:** | Echo | | |
| **Proc. sub type:** | TTE procedure: NI Echo TTE 2D Complete w Color Doppler | | |
| **Blood pressure:** | 91 / 51 mmHg | **Accession no:** | 3002312800279 |
| **HR:** | 59 bpm | **FIN Number:** | 4463150 |
| | | **Study location:** | Jefferson City |
| | | **Technical quality:** | Adequate visualization |

**Indications**

Congestive heart failure.

**Physician Conclusions**

**Summary:**

Left ventricle size is moderately dilated.
Left ventricular systolic function is estimated at 20%.
Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure..
Right ventricle systolic function is mildly impaired.

Mild aortic regurgitation.
Left atrium is mild to moderately enlarged.
Mild to moderate mitral regurgitation is present.
Mild tricuspid regurgitation is present.
Right ventricular systolic pressure is mildly elevated and is estimated at 40 mmHg.

Tennova Healthcare

**Jefferson Memorial Hospital**

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE echo report

| Obervations | |
|---|---|
| **Left ventricle:** | Left ventricle size is moderately dilated.<br>Left ventricular systolic function is estimated at 20%.<br>Diastolic filling pattern Grade II, which is consistent with moderately elevated LV filling pressure. |
| **Right ventricle:** | Right ventricle systolic function is mildly impaired. |
| **Left atrium:** | Left atrium is mild to moderately enlarged. |
| **Right atrium:** | Right atrium is normal in size. |
| **Mitral valve:** | Mitral valve appears normal.<br>Mild to moderate mitral regurgitation is present. |
| **Aortic valve:** | Aortic valve structure is trileaflet and is structurally normal.<br>Mild aortic regurgitation. |
| **Tricuspid valve:** | Tricuspid valve appears normal.<br>Mild tricuspid regurgitation is present.<br>Right ventricular systolic pressure is mildly elevated and is estimated at 40 mmHg. |
| **Pulmonic valve:** | Pulmonic valve appears normal. |
| **Pericardial:** | No evidence of pericardial effusion.<br>Pericardium appears normal. |
| **Aorta/Great vessels:** | Normal aortic root. |
| **Pleural:** | No evidence of pleural effusion. |

Electronically signed by Barry Michelson, MD (Interpreting physician) on 5/8/2023 at 1:15 PM

Jefferson Memorial Hospital

Tennova Healthcare

110 Hospital Dr
Jefferson City, TN 37760
Phone: (865) 471-2500

Status Finalized

# TTE echo report

**Left Ventricle**

| | | | |
|---|---|---|---|
| Diastolic dimension: | 6.55 cm **(4.2 - 5.8 cm)** | Systolic dimension: | 5.99 cm **(2.5 - 4 cm)** |
| 2D septum diastolic: | 0.62 cm | FS Normal Range (30-45%) | 9 % |
| 2D post wall diastolic | 0.85 cm | | |
| LV mass (ASE formula): | 198.13 g | | |
| LV mass index: | 84.16 g/m² | | |
| RWT: | 0.26 | | |

**LV M-Mode**

**LV Ejection Fraction**

| | | | |
|---|---|---|---|
| LVEDV Teichholz: | 282 ml **(62 - 150 ml)** | LVESV Teichholz: | 215 ml **(21 - 61 ml)** |
| LVEDVI Teichholz: | 119.79 ml/m² **(34 - 74 ml/m²)** | LVESVI Teichholz: | 91.33 ml/m² **(11 - 31 ml/m²)** |
| EF Teichholz: | 24 % | | |

**LV 3D/Strain**

**Right Ventricle**

| | | | |
|---|---|---|---|
| Diastolic dimension: Normal Range (2.7-3.4cm) | 2.94 cm | Systolic pressure: | 40.47 mmHg |

**Left Atrium**

| | | | |
|---|---|---|---|
| **LA diameter (2D) Normal Range (2.0-4.0cm):** | 4.1 cm | **LA/Aorta (2D):** | 1.41 |
| | | **LA volume index:** | 38.23 ml/m² **(16 - 34 ml/m²)** |
| **LA area:** | 26.7 cm² | | |
| **LA volume:** | 90 ml | | |

**Right Atrium**

| | |
|---|---|
| **Systolic pressure:** | 10 mmHg |

**Jefferson Memorial Hospital**

Tennova Healthcare

110 Hospital Dr
Jefferson City, TN 37760
Phone: (865) 471-2500

Status: Finalized

## TTE echo report

### Aortic Valve

| | | | |
|---|---|---|---|
| **Peak velocity Normal Range (0.9-1.7m/s) :** | 0.97 m/s | **Mean velocity:** | 0.69 m/s |
| **Peak gradient Normal Range (<10mmHG):** | 3.73 mmHg | **Mean gradient Normal Range (<10mmHG) :** | 2 mmHg |
| **AV VTI:** | 17 cm | **Dimensionless index:** | 0.77 |
| **Peak velocity:** | 74.4 cm/s | **Mean velocity:** | 52.5 cm/s |
| **Peak gradient:** | 2 mmHg | **Mean gradient:** | 1 mmHg |
| | | **LVOT VTI Normal Range (0.7-1.1m/s):** | 14 cm |

### Mitral Valve

| | | | |
|---|---|---|---|
| **Peak E-wave Normal Range (0.60-1.30m/s) :** | 80.5 cm/s | **Peak gradient:** | 2.59 mmHg |
| **MR velocity:** | 366 cm/s | **Deceleration time Normal Range (160-240msec):** | 179 ms |

### Tricuspid Valve

| | | | |
|---|---|---|---|
| **Estimated RVSP:** | 33 mmHg | **Estimated RAP:** | 10 mmHg |
| **TR velocity:** | 276 cm/s | **TR gradient:** | 30.47 mmHg |

### Pulmonic Valve

| | | | |
|---|---|---|---|
| **Peak velocity Normal Range (0.5-1.0m/s):** | 78.3 cm/s | **Peak gradient:** | 2.45 mmHg |
| | | **Estimated PASP:** | 40.47 mmHg |
| | | **Acceleration time:** | 53 ms |

### Aorta/Great Vessels

| | | | |
|---|---|---|---|
| **Aortic root (2D):** | 2.9 cm | **ACS (M-mode) Normal Range (1.5-26cm):** | 1.8 cm |

Electronically signed by Barry Michelson, MD (interpreting physician) on 5/8/2023 at 3:15 PM

**FIELDS, David L (id #98454, dob:**

ICD MONITORING, REMOTE (#8993017, 03/18/2023 2:15pm)

# ECG Report

ZOLL.

**Patient Name:** [illegible]
**Date of Birth**
**Prescriber:** Barry Michelson
**Rx Expiration Date:** 2023-03-16

**Date:** 2023-03-18 02:15:17 PM
**Last Monitor Upload:** 2023-03-29

## Event Details

| | |
|---|---|
| Type | Detected Not Treated |
| Date/Time | 2023-03-18 02:15:17 PM |
| Length | 52 seconds |

## Treatment Settings

| | |
|---|---|
| VT Rate Threshold | 160 bpm |
| VF Rate Threshold | 150 bpm |
| VT Response Time | 60 seconds |
| VF Response Time | 25 seconds |
| Pulse Energy | 150,150,150,150,150 Joules |

SS Channel Amplitude Scale = 1 mv/10mm Recording Speed - 25 mm/Second




FS Channel Amplitude Scale = 1 mv/10mm Recording Speed - 25 mm/Second





©2021 ZOLL Medical Corporation
Confidential Patient Information

**FIELDS, David L (id #98454, dob:**

# ECG Report

ZOLL.

**Patient Name:** DAVID FIELDS
**Date of Birth:**

**Date:** 2023-03-18 02:15:17 PM
**Last Monitor Upload:** 2023-03-29

**Event Date/Time:** 2023-03-18 02:15:17 PM

**Event Type:** Detected Not Treated









Lincoln/Fields 1778

**FIELDS, David L (id #98454, dob:**

# ECG Report

ZOLL

**Patient Name:** DAVID FIELDS
**Date of Birth:**

**Date:** 2023-03-18 02:15:17 PM
**Last Monitor Upload:** 2023-03-29

**Event Date/Time:** 2023-03-18 02:15:17 PM

**Event Type:** Detected Not Treated

SS Channel: Amplitude Scale = 1 mV/10mm Recording Speed - 25 mm/Second




FS Channel: Amplitude Scale = 1 mV/10mm Recording Speed - 25 mm/Second




SS Channel: Amplitude Scale = 1 mV/10mm Recording Speed - 25 mm/Second




FS Channel: Amplitude Scale = 1 mV/10mm Recording Speed - 25 mm/Second






Lincoln/Fields 1779

# ECG Report

ZOLL

**Patient Name:** DAVID FIELDS
**Date of Birth:**

**Date:** 2023-03-18 02:15:17 PM
**Last Monitor Upload:** 2023-03-29

**Event Date/Time:** 2023-03-18 02:15:17 PM

**Event Type:** Detected Not Treated






**FIELDS, David L (id #98454, dob:**

ICD MONITORING, REMOTE (#8993016, 02/24/2023 11:03pm)

# ECG Report

ZOLL.

**Patient Name:** DAVID FIELDS

**Date of Birth**

**Prescriber:** [illegible]

**Rx Expiration Date:** 2023-03-16

**Date:** 2023-02-24 11:03:03 PM

**Last Monitor Upload:** 2023-03-29

## Event Details

| | |
|---|---|
| Type | Detected Not Treated |
| Date/Time | 2023-02-24 11:03:03 PM |
| Length | 103 seconds |

## Treatment Settings

| | |
|---|---|
| VT Rate Threshold | 160 bpm |
| VF Rate Threshold | 160 bpm |
| VT Response Time | 60 seconds |
| VF Response Time | 25 seconds |
| Pulse Energy | 150,150,150,150,150 Joules |

SS Channel Amplitude Scale - 1 mV/10mm Recording Speed - 25 mm/Second




FS Channel Amplitude Scale - 1 mV/10mm Recording Speed - 25 mm/Second



**FIELDS, David L (id #98454, dob:**

# ECG Report

ZOLL.

**Patient Name:** DAVID FIELDS
**Date of Birth**

**Date:** 2023 02 24 11:03:03 PM
**Last Monitor Upload:** 2023-03-29

**Event Date/Time:** 2023-02-24 11:03:03 PM

**Event Type:** Detected Not Treated

SS Channel: Amplitude Scale - 1 mV/10mm Recording Speed - 25 mm/Second




FS Channel: Amplitude Scale - 1 mV/10mm Recording Speed - 25 mm/Second




SS Channel: Amplitude Scale - 1 mV/10mm Recording Speed - 25 mm/Second




FS Channel: Amplitude Scale - 1 mV/10mm Recording Speed - 25 mm/Second






Lincoln/Fields 1782

# ECG Report

ZOLL

**Patient Name:** DAVID FIELDS
**Date of Birth**

**Date:** 2023-02-24 11:03:03 PM
**Last Monitor Upload:** 2023-03-29

**Event Date/Time:** 2023-02-24 11:03:03 PM

**Event Type:** Detected Not Treated

SS Channel: Amplitude Scale - 1 mv/10mmRecording Speed - 25 mm/Second




FS Channel: Amplitude Scale - 1 mv/10mmRecording Speed - 25 mm/Second




SS Channel: Amplitude Scale - 1 mv/10mmRecording Speed - 25 mm/Second




FS Channel: Amplitude Scale - 1 mv/10mmRecording Speed - 25 mm/Second



**FIELDS, David L (id #98454, dob:**

# ECG Report

ZOLL

**Patient Name:** DAVID FIELDS
**Date of Birth**

**Date:** 2023-02-24 11:03:03 PM
**Last Monitor Upload:** 2023-03-29

**Event Date/Time:** 2023-02-24 11:03:03 PM

**Event Type:** Detected Not Treated

SS Channel: Amplitude Scale = 1 mV/10mm Recording Speed = 25 mm/Second



FB Channel: Amplitude Scale = 1 mV/10mm Recording Speed = 25 mm/Second



SS Channel: Amplitude Scale = 1 mV/10mm Recording Speed = 25 mm/Second



FB Channel: Amplitude Scale = 1 mV/10mm Recording Speed = 25 mm/Second





Lincoln/Fields 1784

# ECG Report

ZOLL

**Patient Name:** DAVID FIELDS
**Date of Birth**

**Date:** 2023-02-24 11:03:03 PM
**Last Monitor Upload:** 2023-03-29

**Event Date/Time:** 2023-02-24 11:03:03 PM

**Event Type:** Detected Not Treated



# ECG Report

**Patient Name:** DAVID FIELDS
**Date of Birth**

**Date:** 2023-02-24 11:03:03 PM
**Last Monitor Upload:** 2023-03-29

**Event Date/Time:** 2023-02-24 11:03:03 PM
**Event Type:** Detected Not Treated

SS Channel: Amplitude Scale - 1 mv/10mm Recording Speed - 25 mm/Second




FB Channel: Amplitude Scale - 1 mv/10mm Recording Speed - 25 mm/Second




SS Channel: Amplitude Scale - 1 mv/10mm Recording Speed - 25 mm/Second




FB Channel: Amplitude Scale - 1 mv/10mm Recording Speed - 25 mm/Second





©2021 ZOLL Medical Corporation

Lincoln/Fields 1786

## US ABDOMEN COMPLETE (#8827180, Final, 02/09/2023 9:44am)

Tennova - Turkey Creek Medical Center

Patien t: FIELDS, DAVID MRN: 809309
DOB: Sex: Male
Location: TNTC RAD
Ordering Physician: MICHELSON, BARRY I MD

Ultrasound

Accession 304-23-040-00360
Exam Date/Time 2/9/2023 11:23 EST

Reason for Exam
R19.00

Report
EXAM:
US Abdomen Complete

CLINICAL HISTORY:
45-year-old male with history of abdominal pain and distention.

COMPARISON:
None

TECHNIQUE:
Multiple grayscale and color Doppler images of the abdomen

FINDINGS:
Aorta: Aorta is partially obscured due to overlying bowel gas. Visualized segments of the aorta remain normal in caliber.

IVC: Poorly visualized due to obscuring bowel gas.

Liver: Coarsened appearance of the hepatic echotexture without appreciable nodularity of the contour. No focal suspicious hepatic lesions are visualized. Portal vein is patent with appropriate hepatopedal blood flow. Small volume of perihepatic ascites.

Gallbladder: No cholelithiasis. No gallbladder wall thickening or pericholecystic fluid.
Negative sonographic Murphy's sign.

Common bile duct: Common bile duct measures 4 mm in diameter.

Pancreas: Not well visualized due to obscuring bowel gas.

Right kidney: 12.4cm. No hydronephrosis. No evidence of medical renal disease.

Left kidney: 12.2cm. No hydronephrosis. No evidence of medical renal disease.

Spleen: 13.3 cm in length. Small echogenic foci suggestive of underlying calcified granulomata.

Small volume of perisplenic fluid.

Visualized bladder is unremarkable demonstrating a estimated bladder volume of 60 cc.

Visualized bilateral pleural effusions.

IMPRESSION:
1. Mildly coarsened hepatic parenchymal echotexture with a small volume of upper abdominal
ascites.
2. Bilateral pleural effusions.
3. Limited visualization of the liver, spleen, aorta, and IVC due to obscuring bowel gas.

Ultrasound

Report

Dictating Physician: Dylan P Simmons, DO
Created and electronically signed by Dylan P Simmons, DO on 2/9/2023 11:36 AM

Workstation ID: 1417PACS01

***** Final *****

Signed by: Simmons, Dylan P DO
Signed (Electronic Signature): 02/09/2023 11:38 am EST

**FIELDS, David L (id #98454, dob:**

US, ECHOCARDIOGRAM, TRANSTHORACIC, COMPLETE, W/ COLOR FLOW (#8913442, 02/09/2023 12:00am)

Tennova Healthcare

Turkey Creek Medical Center
10820 Parkside Drive
Knoxville, TN 37932
Phone (865) 218-7950
Fax (865) 218-7954

Status Finalized

# TTE echo report

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | FIELDS DAVID | | | **Procedure Staff** | |
| **MRN:** | 00809309 | | | **Referring Physician:** | Barry Nichelson, MD |
| **Date of birth:** | | **Age:** | 45 year(s) | **Sonographer:** | Brandon Odom, RCS |
| **Gender:** | Male | **BMI:** | 39.2 kg/m² | **Interpreting physician:** | Barry Nichelson, MD |
| **Weight:** | *131.09 kg | **BSA:** | 2.49 m² | | |
| **Height:** | *182.88 cm | | | | |

**Procedure Information**

| | | | |
|---|---|---|---|
| **Exam date time:** | 2/9/2023 8:24 AM | Room no: | OP |
| **Procedure type:** | Echo | | |
| **Proc. sub type:** | TTE procedure: NI Echo TTE 2D Complete w Color Doppler | | |
| **Patient status:** | Routine | **Accession no:** | 3042304000241 |
| | | **FIN Number:** | 8945033 |
| | | **Study location:** | Turkey Creek |
| | | **Technical quality:** | Adequate visualization |

**Indications**

Dyspnea/SOB

**Physician Conclusions**

**Summary:**

EF estimated at 10-15 %. Severe global hypokinesis.
Diastolic filling pattern normal.
Left ventricle size is mildly dilated.
RV Global systolic function is mildly diminished.
Valve is trileaflet and normal in structure. No evidence of stenosis.
Left atrium is mildly enlarged.
Right atrium is mildly enlarged.
Mild tricuspid regurgitation visualized.
Right ventricular systolic pressure is mildly elevated and is estimated at 46mmHg.

Tennova Healthcare

**Turkey Creek Medical Center**
**10820 Parkside Drive**
**Knoxville, TN 37932**
**Phone (865) 218-7950**
**Fax (865) 218-7954**

Status Finalized

# TTE echo report

| **Obervations** | |
|---|---|
| **Left ventricle:** | EF estimated at 10-15 %. Severe global hypokinesis.<br>Diastolic filling pattern normal.<br>Left ventricle size is mildly dilated.<br>Left ventricle wall thickness is normal. |
| **Right ventricle:** | Chamber size is normal. RV Global systolic function is mildly diminished. |
| **Left atrium:** | Left atrium is mildly enlarged. |
| **Right atrium:** | Right atrium is mildly enlarged. |
| **Mitral valve:** | Valve appears structurally normal. No evidence of stenosis. Trace mitral regurgitation visualized. |
| **Aortic valve:** | Valve is trileaflet and normal in structure. No evidence of stenosis. No significant regurgitation visualized. |
| **Tricuspid valve:** | Valve appears structurally normal. No evidence of stenosis. Mild tricuspid regurgitation visualized.<br>Right ventricular systolic pressure is mildly elevated and is estimated at 46mmHg. |
| **Pulmonic valve:** | Valve appears structurally normal. No evidence of stenosis. Trace pulmonic regurgitation visualized. |
| **Pericardial:** | Pericardium appears normal. There is no pericardial effusion visualized. |
| **Aorta/Great vessels:** | Aortic root is normal in size.<br>The inferior vena cava is slightly dilated and shows more than 50% respiratory variation. |
| **Pleural:** | There is no pleural effusion present. |

Electronically signed by Barry Michelson, MD (Interpreting physician) on 2/9/2023 at 12:56 PM.

Tennova Healthcare

Turkey Creek Medical Center
10820 Parkside Drive
Knoxville, TN 37932
Phone (865) 218-7950
Fax (865) 218-7954

Status Finalized

# TTE echo report

**Left Ventricle**

| | | | |
|---|---|---|---|
| Diastolic dimension: | 5.79 cm | Systolic dimension: | 5.59 cm **(2.5 - 4 cm)** |
| 2D septum diastolic: | 0.87 cm | Area systolic: | 37.3 cm² |
| 2D post wall diastolic: | 1.01 cm **(0.6 - 1 cm)** | FS Normal Range (30-45%): | 3 % |
| Area diastolic: | 43 cm² | | |
| LV length: | 9.61 cm | | |
| LV mass (ASE formula): | 214.52 g | | |
| LV mass index: | 86.11 g/m² | | |
| RWT: | 0.35 | | |

**LV M-Mode**

**LV Ejection Fraction**

| | | | |
|---|---|---|---|
| LVEDV Teichholz: | 194 ml **(62 - 150 ml)** | LVESV Teichholz: | 175 ml **(21 - 61 ml)** |
| LVEDVI Teichholz: | 77.87 ml/m² **(34 - 74 ml/m²)** | LVESVI Teichholz: | 70.25 ml/m² **(11 - 31 ml/m²)** |
| EF Teichholz: | 15 % | EF Simpson (BP) Normal Range (55-85%): | 16 % **(51 - 72 %)** |
| LVEDV Simpson (BP) Normal Range (56-155ml): | 167 ml **(62 - 150 ml)** | LVEDV (A2C) Normal Range (56-155ml): | 160 ml **(62 - 150 ml)** |
| LVESV Simpson (BP) Normal Range (19-58ml): | 141 ml **(21 - 61 ml)** | LVESV (A2C) Normal Range (19-58ml): | 138 ml **(21 - 61 ml)** |
| LVEDV (A4C) Normal Range (56-155ml): | 173 ml **(62 - 150 ml)** | LVEDVI (A2C): | 64.23 ml/m² |
| LVESV (A4C) Normal Range (19-58ml): | 145 ml **(21 - 61 ml)** | LVESVI (A2C): | 54.59 ml/m² **(11 - 31 ml/m²)** |
| LVEDVI (A4C): | 69.44 ml/m² | EF (A2C) Normal Range (50-85%): | 15 % |
| LVESVI (A4C): | 58.2 ml/m² **(11 - 31 ml/m²)** | | |
| EF (A4C): | 16 % | | |

**LV 3D/Strain**

**Right Ventricle**

| | | | |
|---|---|---|---|
| Diastolic dimension Normal Range (2.7-3.4cm): | 3.91 cm | Systolic pressure: | 44.94 mmHg |

Tennova Healthcare

Turkey Creek Medical Center
10820 Parkside Drive
Knoxville, TN 37932
Phone (865) 218-7950
Fax (865) 218-7954

Status Finalized

# TTE echo report

## Left Atrium

| | | | |
|---|---|---|---|
| LA diameter (2D) Normal Range (2.0-4.0cm): | 4.5 cm | LA/Aorta (2D): | 1.55 |
| LA area: | 26.2 cm² | LA volume index: | 40.14 ml/m² (16 - 34 ml/m²) |
| LA volume: | 100 ml | | |

## Right Atrium

| | | | |
|---|---|---|---|
| RA dimension Normal Range (2.0-4.0cm): | 4.3 cm | Systolic pressure: | 5 mmHg |

## Aortic Valve

| | | | |
|---|---|---|---|
| Peak velocity Normal Range (0.9-1.7m/s) : | 0.87 m/s | Mean velocity: | 0.56 m/s |
| Peak gradient Normal Range (<10mmHG): | 3.02 mmHg | Mean gradient Normal Range (<10mmHG) : | 1 mmHg |
| Area (cont VTI): | 1.99 cm² (> 2 cm²) | Dimensionless index: | 0.49 |
| AV VTI: | 13.5 cm | Mean velocity: | 27.6 cm/s |
| Peak velocity: | 42.8 cm/s | Mean gradient: | 0 mmHg |
| Peak gradient: | 1 mmHg | LVOT VTI Normal Range (0.7-1.1m/s): | 6.46 cm |
| LVOT diameter: | 2.3 cm | | |

## Mitral Valve

| | | | |
|---|---|---|---|
| Peak E-wave Normal Range (0.60-1.30m/s) : | 53.7 cm/s | Peak A-wave Normal Range( 0.30-0.60m/s) : | 30.2 cm/s |
| | | E/A ratio Normal Range (0.8-2.5): | 1.78 |
| | | Peak gradient: | 1.15 mmHg |
| | | Deceleration time Normal Range (160-240msec): | 148 ms |
| | | E' lateral velocity: | 8.2 cm/s |
| | | E/E' lateral: | 6.55 |

## Tricuspid Valve

| | | | |
|---|---|---|---|
| Estimated RVSP: | 45 mmHg | Estimated RAP: | 5 mmHg |
| TR velocity: | 316 cm/s | TR gradient: | 39.94 mmHg |

Turkey Creek Medical Center
10820 Parkside Drive
Knoxville, TN 37932
Phone (865) 218-7950
Fax (865) 218-7954

Status Finalized

# TTE echo report

**Pulmonic Valve**

| | | | |
|---|---|---|---|
| **Peak velocity Normal Range (0.5-1.0m/s):** | 74.7 cm/s | **Peak gradient:** | 2.23 mmHg |
| | | **Estimated PASP:** | 44.94 mmHg |

**Aorta/Great Vessels**

| | | | |
|---|---|---|---|
| **Aortic root (2D):** | 2.9 cm | **Aortic arch:** | 2.8 cm |
| **Ascending aorta Normal Range (<3.4cm):** | 2.7 cm | **ACS (M-mode) Normal Range (1.5-26cm):** | 2 cm |
| **LVOT diameter:** | 2.3 cm | | |

**Wall Motion Scoring**

Stage: Rest
Score:



0 - Non Visualized 1 - Normal 1' - Hyperkinesis 2 - Hypokinesis 3 - Akinesis 4 - Dyskinesis 5 - Aneurysm

Electronically signed by Barry Michelson, MD (Interpreting physician) on 2/9/2023 at 12:56 PM

**FIELDS, David L (id #98454, dob:**

## ELECTROCARDIOGRAM (#8815008, 02/06/2023 4:50pm)

| Report | Result | Ref. Range | Units | ⚠ | Status | Facility |
|---|---|---|---|---|---|---|
| Interpretation: | EKG reviewed sinus rhythm rate 80 nonspecific intraventricular conduction delay is present PVCs are present left atrial enlargement is present | | | | | |

## Lab Results

**FIELDS, David L (id #98454, dob:**

## BASIC METABOLIC PANEL 07/14/2023 (#9347985, Final, 07/14/2023 9:50am)

| | | | |
|---|---|---|---|
| Ordering Provider | NILAM PATEL, MD | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 00304202319500381 | Specimen Source | BLOOD |
| Specimen Coll. Date | 07/14/2023 09:50 | Result Status | Final |
| Specimen Rec. Date | 07/14/2023 10:01 | Report Status | |
| Specimen Reported Date | 07/14/2023 11:11 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **SODIUM** | **137** | **138-146** | **mmol/L** | **Low** | **Final** | |
| POTASSIUM | 4.9 | 3.5-5.2 | mmol/L | | Final | |
| CHLORIDE | 103 | 98-114 | mmol/L | | Final | |
| CARBON DIOXIDE | 28 | 22-33 | mmol/L | | Final | |
| BUN | 16 | 5-26 | mg/dL | | Final | |
| CREATININE | 0.91 | 0.50-1.30 | mg/dL | | Final | |
| | The GFR normal range may vary by factors including extreme body size, pregnancy, hospital treatment, other etiologies, etc. | | | | | |
| GLUCOSE | 83 | 70-110 | mg/dL | | Final | |
| CALCIUM | 9.0 | 8.5-10.1 | mg/dl | | Final | |
| EGFR | 106 | >=90 | mL/min/1.73 m2 | | Final | |
| | CKD is defined by the presence of glomerular filtration rate (GFR) <60 mL for >3 months and/or evidence of kidney damage (eg, structural abnormalities, histologic abnormalities, albuminuria, urinary sediment abnormalities, renal tubular disorders, and/or history of kidney transplantation) for >3months. This tab e provides interpretation of specific eGFR values. Creatinine measurements, and therefore eGFR calculations, are affected by very high or very low muscle mass, muscle injury, a diet very high in meat, hepatic cirrhosis, certain drugs, etc.<br><br>Stages of CKD:<br>Stage Description GFR mL/min<br>1 Kidney damage with normal or increased GFR 90<br>2 Kidney damage with mild decrease in GFR 60 to 89<br>3 Moderate decrease in GFR 30 to 59<br>4 Severe decrease in GFR 15 to 29<br>5 Kidney failure <15 (or dialysis)<br><br>Note: GFR Normal range >60, equation not validated for ages <18 and >70 and pregnant women. | | | | | |
| ANION GAP | 8 | 5-15 | mmol/L | | Final | |
| BUN/CREA RATIO | 18 | 6-22 | mmol/L | | Final | |
| OSMOL CALC | 285 | 270-300 | mOsm/kg | | Final | |

**FIELDS, David L (id #98454, dob:**

## PROTHROMBIN TIME W/ INR 07/14/2023 (#9347537, Final, 07/14/2023 9:50am)

| | | | |
|---|---|---|---|
| Ordering Provider | NILAM PATEL, MD | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 00304202319500038 1 | Specimen Source | BLOOD |
| Specimen Coll. Date | 07/14/2023 09:50 | Result Status | Final |
| Specimen Rec. Date | 07/14/2023 10:01 | Report Status | |
| Specimen Reported Date | 07/14/2023 10:23 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| PT | 14.2 | 10.0-13.0 | SECOND(S) | HIGH | Final | |
| | DISCLAIMER: Effect of inhibitor drugs cannot be excluded. | | | | | |
| INR | 1,2 | 0,0-3,9 | | | Final | |
| | The American College of Chest Physicians' consensus panel recommends low-intensity warfarin therapy (INR, 2.0 to 3.0) for all indications except prosthetic mechanical heart valves and prophylaxis of recurrent MI, for which higher-intensity warfarin therapy (INR, 2.5 to 3.5) is suggested.<br>For a person who is not on a blood-thinning medication, the INR normal reference range is 0.9-[illegible] | | | | | |

## PARTIAL THROMBOPLASTIN TIME 07/14/2023 (#9347536, Final, 07/14/2023 9:50am)

| | | | |
|---|---|---|---|
| Ordering Provider | NILAM PATEL, MD | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023195000381 | Specimen Source | BLOOD |
| Specimen Coll. Date | 07/14/2023 09:50 | Result Status | Final |
| Specimen Rec. Date | 07/14/2023 10:01 | Report Status | |
| Specimen Reported Date | 07/14/2023 10:23 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| THROMBOPLASTIN TIME PARTIAL | 33.0 | 23.0-37.0 | second(s) | | Final | |
| | In the setting of unfractionated Heparin anticoagulation monitoring, a corresponding range of [illegible] seconds represents the therapeutic range for [illegible]<br>patients. These values are based on our [illegible] reagent and Heparin curve. | | | | | |

**FIELDS, David L (Id #98454, dob:**

## COMPLETE BLOOD COUNT 07/14/2023 (#9347414, Final, 07/14/2023 9:50am)

| | | | |
|---|---|---|---|
| Ordering Provider | NILAM PATEL, MD | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 00804202319500381 | Specimen Source | BLOOD |
| Specimen Coll. Date | 07/14/2023 09:50 | Result Status | Final |
| Specimen Rec. Date | 07/14/2023 10:01 | Report Status | |
| Specimen Reported Date | 07/14/2023 10:10 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **WBC** | **3.0** | **3.7-10.7** | **x10(3)/mcL** | **Low** | **Final** | |
| RBC CNT | 4.69 | 4.00-5.80 | x10(6)/mcL | | Final | |
| HGB | 14.9 | 13.0-17.0 | g/dL | | Final | |
| HCT | 43.7 | 39.0-51.0 | % | | Final | |
| MCV | 93 | 80-97 | fL | | Final | |
| MCH | 32 | 26-33 | pg | | Final | |
| MCHC | 34 | 33-36 | g/dL | | Final | |
| RDW | 13.8 | 11.5-16.0 | % | | Final | |
| PLT CNT | 210 | 130-400 | x10(3)/mcL | | Final | |
| MPV | 10.3 | 7.0-11.2 | fL | | Final | |
| **INSTR WBC** | **3.0** | **3.7-10.7** | **x10(3)/mcL** | **Low** | **Final** | |

[redacted]

# *Fax*

**DATE**
3/17/2023

**TIME**
9:13:00 AM

**PAGES**
2

[redacted]

**TO**
(No Name)

**COMPANY**
KNOXVILLE CARDIO

**FAX NUMBER**
918653923449

**NOTE**
LAB RESULTS ROGERSVILLE
MEDICAL COMPLEX 4307 HIGHWAY 66
S ROGERSVILLE, TN 37857

[redacted]

**FROM**
Dianna Massie

**COMPANY**
Rural Health Services Consortium, Inc.

**VOICE NUMBER**

**FAX NUMBER**

[redacted]

**FIELDS, David L (id #98454, dob:**



| | | |
|---|---|---|
| **Rural Health Services Consortium, Inc.**<br>P.O. Box 850<br>Rogersville, TN, 378576028<br>(800) 968-4200 | **Fields, David L**<br><br>Person #: 158311<br>Sex: M<br>DOB: | **Order Date:** 03/15/2023 |

**Ordering:** Dalle-Ave MD, Mark    **Performing #:** LabCorp    **Location:** Rogersville Medical Complex

**Tests Ordered :** BMP (NG322758)

**Basic Metabolic Panel (8) (Collection Date: 03/15/2023 10:47, Status: Final)**

Test Performed At: 1BLCA, LabCorp Knoxville 1924 Alcoa Hwy Box 10?, Knoxville, TN 379201511
Yorke, Young, MD, Phone: 8653128455

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| BUN | 14 | mg/dL | | 6-24 | |
| BUN/Creatinine Ratio | 13 | | | 9-20 | |
| Calcium | 9.8 | mg/dL | | 8.7-10.2 | |
| Carbon Dioxide, Total | 26 | mmol/L | | 20-29 | |
| Chloride | 98 | mmol/L | | 96-106 | |
| Creatinine | 1.06 | mg/dL | | 0.76-1.27 | |
| eGFR | 88 | mL/min/1.73 | | >59 | |
| Glucose | 82 | mg/dL | | 70-99 | |
| Potassium | 4.5 | mmol/L | | 3.5-5.2 | |
| Sodium | 137 | mmol/L | | 134-144 | |

**FIELDS, David L (id #98454, dob:**

## BASIC METABOLIC PANEL 03/08/2023 (#8922678, final, 03/08/2023 10:40am)

Quest Diagnostics | Page 1 of 1 | 03/08/2023 04:28:45 PM | **Report Status: Final**

**FIELDS, DAVID L**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **FIELDS, DAVID L**<br>**DOB:** **AGE: 45**<br>Gender: M<br>Phone:<br>Patient ID: 98454 | Specimen: AL228437B<br>Requisition: 4319288<br>Lab Ref #: 73872 CEH0667<br>Collected: 03/08/2021 / 10:40 EST<br>Received: 03/08/2023 / 13:28 EST<br>Reported: 03/08/2021 / 14:27 EST | Client #: 74491520 QATL/0000<br>MICHELSON, BARRY<br>E TN HEART CONSULTANTS<br>900 E OAK HILL AVE STE 500<br>KNOXVILLE, TN 37917-4523 |

MRN: 98454 Location: ETHC_SOUTH Ward: 14

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| **NT PROBNP** | | 2739 H | <=125 pg/mL | E15 |
| BASIC METABOLIC PANEL | | | | E15 |
| GLUCOSE | 91 | | 70-110 mg/dL | |
| BUN | 15 | | 5-26 mg/dL | |
| CREATININE | 0.85 | | 0.50-1.30 mg/dL | |
| eGFR NON AFRICAN AMERICAN | 105 | | >=60 mL/min/1.73m | |
| eGFR AFRICAN AMERICAN | 122 | | >=60 mL/min/1.73m | |
| BUN/CREATININE RATIO | 18 | | 6-22 mmol/L | |
| **SODIUM** | | 136 L | 138-146 mmol/L | |
| POTASSIUM | 4.7 | | 3.5-5.2 mmol/L | |
| CHLORIDE | 106.0 | | 98.0-114.0 mmol/L | |
| CARBON DIOXIDE | 25 | | 22-33 mmol/L | |
| CALCIUM | 8.9 | | 8.5-10.1 mg/dL | |
| ION BALANCE | 5 | | 5-15 mmol/L | |
| OSMOLALITY BLOOD, CALCULATED | 282 | | 275-300 mOsm/kg | |

**PERFORMING SITE:**

E15 [illegible]

**LIST OF RESULTS PRINTED IN THE OUT OF RANGE COLUMN:**

| | | | |
|---|---|---|---|
| NT PROBNP | 2739 H | <=125 pg/mL | E15 |
| SODIUM | 136 L | 138-146 mmol/L | E15 |



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**FIELDS, David L (id #98454, dob:**

## BASIC METABOLIC PANEL 03/08/2023 (#8921702, Final, 03/08/2023 10:40am)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | Tennova Turkey Creek-Tennova Turkey Creek (E15)<br>Dr Paul T Eberts, MD<br>10820 Parkside Dr<br>Knoxville, TN 37934-1956<br>Account ID: 74468320 |
| Specimen/Accession ID | AL228437B | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 10:40 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 13:28 | Report Status | |
| Specimen Reported Date | 03/08/2023 14:27 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 91 | 70-110 | MG/DL | | Final | E15 |
| BUN | 16 | 6-26 | MG/DL | | Final | E15 |
| CREATININE | 0.85 | 0.50-1.30 | MG/DL | | Final | E15 |
| EGFR NON AFRICAN AMERICAN | 105 | >=60 | ML/MIN/1.73M | | Final | E15 |
| EGFR AFRICAN AMERICAN | 122 | >=60 | ML/MIN/1.73M | | Final | E15 |
| BUN/CREATININE RATIO | 18 | 6-22 | MMOL/L | | Final | E15 |
| **SODIUM** | **136** | **138-146** | **MMOL/L** | **LOW** | **Final** | **E15** |
| POTASSIUM | 4.7 | 3.5-5.2 | MMOL/L | | Final | E15 |
| CHLORIDE | 105.0 | 98.0-114.0 | MMOL/L | | Final | E15 |
| CARBON DIOXIDE | 25 | 22-33 | MMOL/L | | Final | E15 |
| CALCIUM | 8.9 | 8.5-10.1 | MG/DL | | Final | E15 |
| ION BALANCE | 6 | 5-15 | MMOL/L | | Final | E15 |
| OSMOLALITY BLOOD, CALCULATED | 282 | 270-300 | MOSM/KG | | Final | E15 |

Lincoln/Fields 1802

**FIELDS, David L (id #98454, dob:**

## NT PROBNP 03/08/2023 (#8921701, Final, 03/08/2023 10:40am)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | Tennova Turkey Creek-Tennova Turkey Creek (E15)<br>Dr Paul T Eberts, MD<br>10820 Parkside Dr<br>Knoxville, TN 37934-1956<br><br>Account ID: 74498320 |
| Specimen/Accession ID | AL228437B | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 10:40 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 13:28 | Report Status | |
| Specimen Reported Date | 03/08/2023 14:27 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| NT PROBNP | 2739 | <=125 | PG/ML | HIGH | Final | E15 |

Lincoln/Fields 1803

**FIELDS, David L (id #98454, dob:**

## BASIC METABOLIC PANEL 02/17/2023 (#8858866, Final, 02/17/2023 1:05pm)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023048000621 | Specimen Source | BLOOD |
| Specimen Coll. Date | 02/17/2023 13:05 | Result Status | Final |
| Specimen Rec. Date | 02/17/2023 13:16 | Report Status | |
| Specimen Reported Date | 02/17/2023 14:16 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| SODIUM | 138 | 138-146 | MMOL/L | | Final | |
| POTASSIUM | 5.1 | 3.5-5.2 | MMOL/L | | Final | |
| CHLORIDE | 105 | 99-114 | MMOL/L | | Final | |
| CARBON DIOXIDE | 26 | 22-33 | MMOL/L | | Final | |
| BUN | 12 | 5-26 | MG/DL | | Final | |
| CREATININE | 0.88 | 0.50-1.30 | MG/DL | | Final | |
| | The GFR normal range may vary by factors including extreme body size, pregnancy, hospital treatment, other ethnicities, etc. | | | | | |
| GLUCOSE | 85 | 70-110 | MG/DL | | Final | |
| CALCIUM | 9.2 | 8.5-10.1 | MG/DL | | Final | |
| EGFR NON AFRICAN AMERICAN | 104 | >=60 | ML/MIN/1.73 M2 | | Final | |
| EGFR AFRICAN AMERICAN | 120 | >=60 | ML/MIN/1.73 M2 | | Final | |
| ANION GAP | 7 | 5-15 | MMOL/L | | Final | |
| BUN/CREA RATIO | 14 | 6-22 | MMOL/L | | Final | |
| OSMOL CALC | 285 | 270-300 | MOSM/KG | | Final | |

**FIELDS, David L (id #98454, dob:**

## PROTHROMBIN TIME W/ INR 02/17/2023 (#8858630, Final, 02/17/2023 1:05pm)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023048000521 | Specimen Source | BLOOD |
| Specimen Coll. Date | 02/17/2023 13:05 | Result Status | Final |
| Specimen Rec. Date | 02/17/2023 13:18 | Report Status | |
| Specimen Reported Date | 02/17/2023 13:33 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| PT | 17.0 | 10.0-13.0 | SECOND(S) | HIGH | Final | |
| | DISCLAIMER: Effect of inhibitor drugs cannot be excluded. | | | | | |
| INR | 1,4 | 0,0-3,9 | | | Final | |
| | The American College of Chest Physicians' consensus panel recommends low-intensity warfarin therapy (INR, 2.0 to 3.0) for all indications except prosthetic mechanical heart valves and prophylaxis of recurrent MI, for which higher-intensity warfarin therapy (INR, 2.5 to 3.5) is suggested. For a person who is not on a blood-thinning medication, the INR normal reference range is 0.9-1.1 | | | | | |

## PARTIAL THROMBOPLASTIN TIME 02/17/2023 (#8858629, Final, 02/17/2023 1:05pm)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023048000521 | Specimen Source | BLOOD |
| Specimen Coll. Date | 02/17/2023 13:05 | Result Status | Final |
| Specimen Rec. Date | 02/17/2023 13:18 | Report Status | |
| Specimen Reported Date | 02/17/2023 13:33 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| THROMBOPLASTIN TIME PARTIAL | 31.8 | 23.0-37.0 | SECOND(S) | | Final | |
| | In the setting of unfractionated Heparin anticoagulation monitoring, a corresponding range of [illegible] seconds represents the therapeutic range for [illegible] patients. These values are based on our [illegible] reagent and Heparin curve. | | | | | |

Lincoln/Fields 1805

**FIELDS, David L (id #98454, dob:**

# COMPLETE BLOOD COUNT 02/17/2023 (#8858611, Final, 02/17/2023 1:05pm)

| | | | |
|---|---|---|---|
| Ordering Provider | BARRY MICHELSON, MD | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023048000521 | Specimen Source | BLOOD |
| Specimen Col. Date | 02/17/2023 13:05 | Result Status | Final |
| Specimen Rec. Date | 02/17/2023 13:18 | Report Status | |
| Specimen Reported Date | 02/17/2023 13:30 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WBC | 4.9 | 3.7-10.7 | X10(3)/MCL | | Final | |
| RBC CNT | 5.03 | 4.00-5.80 | X10(6)/MCL | | Final | |
| HGB | 15.2 | 13.0-17.0 | G/DL | | Final | |
| HCT | 45.1 | 39.0-51.0 | % | | Final | |
| MCV | 90 | 80-97 | FL | | Final | |
| MCH | 30 | 26-33 | PG | | Final | |
| MCHC | 34 | 33-36 | G/DL | | Final | |
| RDW | 14.3 | 11.5-16.0 | % | | Final | |
| PLT CNT | 234 | 130-400 | X10(3)/MCL | | Final | |
| MPV | 10.2 | 7.5-11.2 | FL | | Final | |
| INSTR WBC | 4.9 | 3.7-10.7 | X10(3)/MCL | | Final | |

**BalladHealth.**

**Inpatient Clinical Laboratories**
(423) 224-6738 or (423) 844-3204

**Time Sent:** 2/7/2023 9:57 AM

**To:** Barry I Michelson, MD
**Phone:** 865-392-3400
**Fax:** 865-392-3449

**From:** Background User Lab
HCMH CLINICAL LAB
Phone: 423-921-7230
Fax: 423-921-7267

**Message:**

**CONFIDENTIALITY NOTICE**

THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION. THE INFORMATION IS INTENDED ONLY FOR THE USE BY THE INDIVIDUAL OR ENTITY NAMED ABOVE. THE AUTHORIZED RECIPIENT IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY UNLESS REQUIRED TO DO SO BY LAW OR REGULATION AND IS REQUIRED TO PROTECT THE INFORMATION FROM ALL UNAUTHORIZED ACCESS.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND ARRANGE FOR THE RETURN OR DESTRUCTION OF THESE DOCUMENTS.

*If you have received this fax in error please contact the Information Systems Service Desk at 423 431 6290 or 423 330 8283. Please provide the following information when calling:*

*Contact Information*
*Name of person reporting the issue*
*Office/Company Name*
*Phone Number*
*Fax Number*
*Description of concern, issue or problem*

Fields, David (MR # 00577368) DOB:

**PATIENT:Fields, David** **(MR # 00577368)**

**Troponin-I: Patient Communication**

2/7/2023 9:57 AM — Not seen

**Troponin-I (Order 7292681)**
**Lab**

Ordering: **Greene, Sarah A**
Authorizing: **Barry I Michelson, MD**

Date: **2/7/2023**
Ordering Department: **HCMH CLINICAL LAB**

**Troponin-I (Accession R23-038-A0004)**
**Results:**
**Normal**

Status: **Final result**
**(Resulted: 2/7/2023 9:57 AM)**

| Component | Value | Ref Range & Units | Status |
|---|---|---|---|
| **Troponin I** | <0.30 | <0.30 ng/mL | Final |

Comment:
TROPONIN INTERPRETATIVE DATA:
Serum levels of troponin I are highly sensitive and specific for detection of myocardial injury due to ischemia, myocarditis, or cardiac contusion/surgery. Clinical studies have shown that troponin I levels are useful indicators of myocardial injury for a range of acute coronary syndromes including unstable angina, non Q wave, and Q wave myocardial infarction.

**Additional Information**

| Specimen ID | Type | Source | Comment |
|---|---|---|---|
| R23-038-A0004 | Blood | | |

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
|---|---|---|---|---|---|
| Feb 7, 2023 | 9:18 AM | Feb 7, 2023 | 9:24 AM | Feb 7, 2023 | 9:57 AM |

**Lab Information**

Lab
HCMH CLINICAL LAB

**Associated Diagnoses**

**Other form of dyspnea** [R06.09] - Primary

**Order Provider Info**

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Sarah A Greene | -- | -- | -- |
| Authorizing Provider | Barry I Michelson, MD | 865-362-3400 | -- | -- |

**FIELDS, David L (id #98454, dob:**

PRO BNP (PRO B-TYPE NATRIURETIC PEPTIDE), SERUM OR PLASMA 02/07/2023
(#8817188, 02/07/2023 9:18am)

**BalladHealth**

**Inpatient Clinical Laboratories**
(423) 224-6738 or (423) 844-3204

**Time Sent:** 2/7/2023 9:57 AM

**To:** Barry I Michelson, MD
**Phone:** 865-392-3400
**Fax:** 865-392-3449

**From:** Background User Lab
HCMH CLINICAL LAB
Phone: 423-921-7230
Fax: 423-921-7267

**Message:**

**CONFIDENTIALITY NOTICE**

THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION. THE INFORMATION IS INTENDED ONLY FOR THE USE BY THE INDIVIDUAL OR ENTITY NAMED ABOVE. THE AUTHORIZED RECIPIENT IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY UNLESS REQUIRED TO DO SO BY LAW OR REGULATION AND IS REQUIRED TO PROTECT THE INFORMATION FROM ALL UNAUTHORIZED ACCESS.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND ARRANGE FOR THE RETURN OR DESTRUCTION OF THESE DOCUMENTS.

*If you have received this fax in error please contact the Information Systems Service Desk at 423.431.6260 or 423.230.8383. Please provide the following information when calling:*

*Contact Information:*
*Name of person reporting the issue*
*Office/Company Name*
*Phone Number*
*Fax Number*
*Description of concern, issue or problem*

Fields, David (MR # 00577368) DOB

**PATIENT:Fields, David** **(MR # 00577368)**

**Pro B-Type Natriuretic Peptide: Patient Communication**

2/7/2023 9:57 AM ✕ Not seen

**Pro B-Type Natriuretic Peptide (Order 7292678)**
**Lab**

Ordering: **Greene, Sarah A**
Authorizing: **Barry I Michelson, MD**

Date: **2/7/2023**
Ordering Department: **HCMH CLINICAL LAB**

**Pro B-Type Natriuretic Peptide (Accession R23-038-A0004)**

**Results:**

**Abnormal !**

Status: **Final result**
**(Resulted: 2/7/2023 9:57 AM)**

| Component | Value | Ref Range & Units | Status |
|---|---|---|---|
| **pro B-Type Natriuretic Peptide** | **3,953 ^** | 0 - 125 pg/mL | Final |

**Additional Information**

| Specimen ID | Type | Source | Comment |
|---|---|---|---|
| R23-038-A0004 | Blood | | |

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
|---|---|---|---|---|---|
| Feb 7, 2023 | 9:18 AM | Feb 7, 2023 | 9:24 AM | Feb 7, 2023 | 9:57 AM |

**Lab Information**

Lab
HCMH CLINICAL LAB

**Associated Diagnoses**

**Other form of dyspnea** [R06.09] - Primary

**Order Provider Info**

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Sarah A Greene | — | — | — |
| Authorizing Provider | Barry I Michelson, MD | 865-362-3400 | — | — |

**Ballad**Health.

**Inpatient Clinical Laboratories**
(423) 224-6738 or (423) 844-3204

**Time Sent:** 2/7/2023 9:55 AM

**To:** Barry I Michelson, MD
**Phone:** 865-392-3400
**Fax:** 865-392-3449

**From:** Background User Lab
HCMH CLINICAL LAB
Phone: 423-921-7230
Fax: 423-921-7267

**Message:**

**CONFIDENTIALITY NOTICE**
THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION. THE INFORMATION IS INTENDED ONLY FOR THE USE BY THE INDIVIDUAL OR ENTITY NAMED ABOVE. THE AUTHORIZED RECIPIENT IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY UNLESS REQUIRED TO DO SO BY LAW OR REGULATION AND IS REQUIRED TO PROTECT THE INFORMATION FROM ALL UNAUTHORIZED ACCESS.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND ARRANGE FOR THE RETURN OR DESTRUCTION OF THESE DOCUMENTS.

*If you have received this fax in error please contact the Information Systems Service Desk at 423 431 6290 or 423 330 8283. Please provide the following information when calling:*

*Contact Information*
*Name of person reporting the issue*
*Office/Company Name*
*Phone Number*
*Fax Number*
*Description of concern, issue or problem*

Fields, David (MR # 00577368) DOB

**PATIENT:Fields, David** **(MR # 00577368)**

**Thyroid Stimulating Hormone (TSH): Patient Communication**

2/7/2023 9:55 AM — Not seen

**Thyroid Stimulating Hormone (TSH) (Order 7292683)**
**Lab**

Ordering: **Greene, Sarah A**
Authorizing: **Barry I Michelson, MD**

Date: **2/7/2023**
Ordering Department: **HCMH CLINICAL LAB**

**Thyroid Stimulating Hormone (TSH) (Accession R23-038-C0021)**
**Results:**
**Normal**

Status: **Final result**
**(Resulted: 2/7/2023 9:55 AM)**

| Component | Value | Ref Range & Units | Status |
|---|---|---|---|
| **TSH** | 4.30 | 0.34 - 5.60 uIU/mL | Final |

**Additional Information**

| Specimen ID | Type | Source | Comment |
|---|---|---|---|
| R23-038-C0021 | Blood | | |

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
|---|---|---|---|---|---|
| Feb 7, 2023 | 9:18 AM | Feb 7, 2023 | 9:24 AM | Feb 7, 2023 | 9:55 AM |

**Lab Information**

Lab
HCMH CLINICAL LAB

**Associated Diagnoses**

**Other form of dyspnea** [R06.09] - Primary

**Order Provider Info**

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Sarah A Greene | -- | -- | -- |
| Authorizing Provider | Barry I Michelson, MD | 865-392-3400 | -- | -- |

**BalladHealth.**

**Inpatient Clinical Laboratories**
(423) 224-6738 or (423) 844-3204

**Time Sent:** 2/7/2023 9:55 AM

**To:** Barry I Michelson, MD
**Phone:** 865-392-3400
**Fax:** 865-392-3449

**From:** Background User Lab
HCMH CLINICAL LAB
Phone: 423-921-7230
Fax: 423-921-7267

**Message:**

---

**CONFIDENTIALITY NOTICE**

THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION. THE INFORMATION IS INTENDED ONLY FOR THE USE BY THE INDIVIDUAL OR ENTITY NAMED ABOVE. THE AUTHORIZED RECIPIENT IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY UNLESS REQUIRED TO DO SO BY LAW OR REGULATION AND IS REQUIRED TO PROTECT THE INFORMATION FROM ALL UNAUTHORIZED ACCESS.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND ARRANGE FOR THE RETURN OR DESTRUCTION OF THESE DOCUMENTS.

*If you have received this fax in error please contact the Information Systems Service Desk at 423.431.6290 or 423.230.8283. Please provide the following information when calling:*

*Contact Information*
- *Name of person reporting the issue*
- *Office/Company Name*
- *Phone Number*
- *Fax Number*
- *Description of concern, issue or problem*

Fields, David (MR # 00577368) DOB: 10/20/1977

**PATIENT:Fields, David** **(MR # 00577368)**

**Comprehensive Metabolic Panel: Patient Communication**

2/7/2023 9:55 AM — Not seen

**Comprehensive Metabolic Panel (Order 7292680)**
**Lab**

Ordering: **Greene, Sarah A**
Authorizing: **Barry I Michelson, MD**

Date: **2/7/2023**
Ordering Department: **FCMH CLINICAL LAB**

**Comprehensive Metabolic Panel (Accession R23-038-C0021)**

**Results:**

**Abnormal !**

Status: **Final result**
**(Resulted: 2/7/2023 9:55 AM)**

| Component | Value | Ref Range & Units | Status |
|---|---|---|---|
| **Sodium** | 136 | 135 - 145 mmol/L | Final |
| **Potassium** | 4.4 | 3.5 - 5.1 mmol/L | Final |
| **Chloride** | 102 | 96 - 112 mmol/L | Final |
| **CO2** | 23 | 19 - 32 mmol/L | Final |
| **Anion Gap** | 11 | 2 - 11 mmol/L | Final |
| **BUN** | 18 | 6 - 23 mg/dL | Final |
| **Creatinine** | 1.16 | 0.50 - 1.35 mg/dL | Final |
| **Glucose** | **145 ^** | 70 - 99 mg/dL | Final |
| **Calcium** | 9.4 | 8.4 - 10.5 mg/dL | Final |
| **Albumin** | 4.0 | 3.5 - 5.2 g/dL | Final |
| **Total Protein** | 7.3 | 6.6 - 8.7 g/dL | Final |
| **Alkaline Phosphatase** | 94 | 39 - 117 U/L | Final |
| **ALT** | **72 ^** | 0 - 40 U/L | Final |
| **AST** | **51 ^** | 0 - 39 U/L | Final |
| **Globulin** | 3.3 | 2.3 - 4.9 g/dL | Final |
| **Albumin/Globulin Ratio** | 1.21 | 0.95 - 1.59 | Final |
| **Bilirubin, Total** | **2.5 ^** | 0.3 - 1.2 mg/dL | Final |
| **eGFR** | 79 | >=60 ml/min/SA | Final |

Comment:

eGFR calculated using CKD-EPI 2021 refit equation recommended by NKF/ASN Task Force (JASN December 2021, 32 (12) 2994-3015).
New calculation was implemented at BalladHealth labs on 12/05/2022.
Expected Reference Interval: >=60mL/min/1.73 square meters

CKD stages: I:>90 II:60-89 III:30-59 IV:15-29 V:<15
Estimated GFR (eGFR) calculated using the CKD-EPI 2021 refit equation. Results should be interpreted with caution in situations that predispose to inaccuracies of the eGFR, including non-steady state creatinine (acute kidney injury), extremes of muscle mass/body size, high protein diets/supplement use, dialysis, loss of extracellular fluid, drugs interfering with renal tubular secretion (eg cimetidine, trimethoprim) or gut creatinase activity (antibiotics), and analytic interferences related to altered metabolites (glucose, ketones, bilirubin) or drugs.

**Additional Information**

| Specimen ID | Type | Source | Comment |
|---|---|---|---|
| R23-038-C0021 | Blood | | |

Fields, David (MR # 03577368) DOB: 10/20/1977

**Additional Information (continued)**

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
|---|---|---|---|---|---|
| Feb 7, 2023 | 9:18 AM | Feb 7, 2023 | 9:24 AM | Feb 7, 2023 | 9:55 AM |

**Lab Information**

Lab
HCMH CLINICAL LAB

**Associated Diagnoses**

**Other form of dyspnea** [R06.09] - Primary

**Order Provider Info**

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Sarah A Greene | -- | -- | -- |
| Authorizing Provider | Barry I Michelson, MD | 865-392-3400 | -- | -- |

**Ballad**Health.

**Inpatient Clinical Laboratories**
(423) 224-6738 or (423) 844-3204

**Time Sent:** 2/7/2023 9:55 AM

**To:** Barry I Michelson, MD
**Phone:** 865-392-3400
**Fax:** 865-392-3449

**From:** Background User Lab
HCMH CLINICAL LAB
Phone: 423-921-7230
Fax: 423-921-7267

**Message:**

**CONFIDENTIALITY NOTICE**
THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION. THE INFORMATION IS INTENDED ONLY FOR THE USE BY THE INDIVIDUAL OR ENTITY NAMED ABOVE. THE AUTHORIZED RECIPIENT IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY UNLESS REQUIRED TO DO SO BY LAW OR REGULATION AND IS REQUIRED TO PROTECT THE INFORMATION FROM ALL UNAUTHORIZED ACCESS.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND ARRANGE FOR THE RETURN OR DESTRUCTION OF THESE DOCUMENTS.

*If you have received this fax in error please contact the Information Systems Service Desk at 423 431 6290 or 423 230 8283. Please provide the following information when calling.*

*Contact Information*
*Name of person reporting the issue*
*Office/Company Name*
*Phone Number*
*Fax Number*
*Description of concern, issue or problem*

Fields, David (MR # 00577368) DOB: 10/20/1977

**PATIENT:Fields, David** **(MR # 00577368)**

**Magnesium Level: Patient Communication**

2/7/2023 9:55 AM — Not seen

**Magnesium Level (Order 7292682)**
**Lab**

Ordering: **Greene, Sarah A**
Authorizing: **Barry I Michelson, MD**
Date: **2/7/2023**
Ordering Department: **HCMH CLINICAL LAB**

**Magnesium Level (Accession R23-038-C0021)**
**Results:**
**Normal**

Status: **Final result**
**(Resulted: 2/7/2023 9:55 AM)**

| Component | Value | Ref Range & Units | Status |
|---|---|---|---|
| **Magnesium** | 1.9 | 1.5 - 2.5 mg/dL | Final |

**Additional Information**

| Specimen ID | Type | Source | Comment |
|---|---|---|---|
| R23-038-C0021 | Blood | | |

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
|---|---|---|---|---|---|
| Feb 7, 2023 | 9:18 AM | Feb 7, 2023 | 9:24 AM | Feb 7, 2023 | 9:55 AM |

**Lab Information**

Lab
HCMH CLINICAL LAB

**Associated Diagnoses**

**Other form of dyspnea** [R06.09] - Primary

**Order Provider Info**

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Sarah A Greene | | | |
| Authorizing Provider | Barry I Michelson, MD | 865-392-3400 | -- | -- |

CBC WITH AUTOMATED DIFF (PLT COUNT INCLUDED) 02/07/2023 (#8816998, final, 02/07/2023 9:18am)

**Ballad**Health.

**Inpatient Clinical Laboratories**
(423) 224-6738 or (423) 844-3204

**Time Sent:** 2/7/2023 9:35 AM

**To:** Barry I Michelson, MD
**Phone:** 865-392-3400
**Fax:** 865-392-3449

**From:** Background User Lab
HCMH CLINICAL LAB
Phone: 423-921-7230
Fax: 423-921-7267

**Message:**

**CONFIDENTIALITY NOTICE**

THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION. THE INFORMATION IS INTENDED ONLY FOR THE USE BY THE INDIVIDUAL OR ENTITY NAMED ABOVE. THE AUTHORIZED RECIPIENT IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY UNLESS REQUIRED TO DO SO BY LAW OR REGULATION AND IS REQUIRED TO PROTECT THE INFORMATION FROM ALL UNAUTHORIZED ACCESS.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND ARRANGE FOR THE RETURN OR DESTRUCTION OF THESE DOCUMENTS.

*If you have received this fax in error please contact the Information Systems Service Desk at 423.431.6260 or 423.230.8383. Please provide the following information when calling:*

*Contact Information:*
- *Name of person reporting the issue*
- *Office/Company Name*
- *Phone Number*
- *Fax Number*
- *Description of concern, issue or problem*

**Lincoln/Fields 1820**

Fields, David (MR # 00577368) DOB

**PATIENT:Fields, David** **(MR # 00577368)**

**CBC with Differential (Automated or Manual Diff as Indicated): Patient Communication**

2/7/2023 9:35 AM — Not seen

**CBC with Differential (Automated or Manual Diff as Indicated) (Order 7292679)**
**Lab**

Ordering: **Greene, Sarah A**
Authorizing: **Barry I Michelson, MD**

Date: **2/7/2023**
Ordering Department: **HCMH CLINICAL LAB**

**CBC with Differential (Automated or Manual Diff as Indicated) (Accession R23-038-H0014)**
**Results:**

Status: **Final result**
**(Resulted: 2/7/2023 9:35 AM)**

| Component | Value | Ref Range & Units | Status |
|---|---|---|---|
| **WBC** | 5.4 | 3.5 - 11.0 K/uL | Final |
| **RBC** | 5.21 | 4.22 - 5.81 M/uL | Final |
| **Hemoglobin** | 15.5 | 13.9 - 16.8 g/dL | Final |
| **Hematocrit** | 46.4 | 41.0 - 51.0 % | Final |
| **MCV** | 89.1 | 78.0 - 98.0 fL | Final |
| **MCH** | 29.8 | 25.0 - 34.0 pg | Final |
| **MCHC** | 33.4 | 31.5 - 36.0 g/dL | Final |
| **RDW** | 14.0 | 11.5 - 15.0 % | Final |
| **Platelet Count** | 235 | 150 - 400 K/uL | Final |
| **MPV** | 11.8 | 8.4 - 12.7 fL | Final |
| **Neutrophils #** | 3.78 | 1.80 - 8.30 K/uL | Final |
| **Lymphocytes #** | 0.95 | 0.70 - 4.00 K/uL | Final |
| **Monocytes #** | 0.55 | 0.10 - 1.00 K/uL | Final |
| **Eosinophils #** | 0.11 | 0.00 - 0.60 K/uL | Final |
| **Basophils #** | 0.02 | 0.00 - 0.20 K/uL | Final |
| **Neutrophils %** | 69.8 | % | Final |
| **Lymphocytes %** | 17.6 | % | Final |
| **Monocytes %** | 10.2 | % | Final |
| **Eosinophils %** | 2.0 | % | Final |
| **Basophils %** | 0.4 | % | Final |

**Additional Information**

| Specimen ID | Type | Source | Comment |
|---|---|---|---|
| R23-038-H0014 | Blood | | |

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
|---|---|---|---|---|---|
| Feb 7, 2023 | 9:18 AM | Feb 7, 2023 | 9:24 AM | Feb 7, 2023 | 9:35 AM |

**Lab Information**

Lab
HCMH CLINICAL LAB

**Associated Diagnoses**

**Other form of dyspnea** [R06.09] - Primary

**Order Provider Info**

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Sarah A Greene | -- | -- | -- |

**Order Provider Info (continued)**

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Authorizing Provider | Barry I Michelson, MD | 865-392-3400 | -- | -- |

**HAWKINS COUNTY MEMORIAL HOSPITAL**
851 Locust St, Rogersville TN 37857

**GREGORY A. STANCEL, M.D.** - Laboratory Director
Clinical Laboratory 423-921-7230

| | | | |
|---|---|---|---|
| **Patient** | Fields, David | **PCP:** | Mark J Dale-Ave, MD |
| **MRN:** | C0577368 | **Admitted:** | |
| **DOB:** | | **Diagnosis:** | |
| **Age:** | 45 yrs | **Location:** | HCMH CLINICAL LAB |
| **Sex:** | Male | | |

**Authorizing Provider**

**Barry I Michelson, MD** O: 865-392-3400

## CLINICAL LABORATORY RESULTS

**CHEMISTRY - ROUTINE**

**Comprehensive Metabolic Panel** (Final result)

| | | | |
|---|---|---|---|
| ID: | R23-038-C0021 | Collected: | 2/7/2023 0618 |
| Type: | Blood | Source: | |
| Ordered by: | | Verified On: | 2/7/2023 0655 |

| Component | Value | Flag | Reference |
|---|---|---|---|
| **Sodium** | 136 | | 135 - 148 mmol/L |
| **Potassium** | 4.4 | | 3.5 - 5.1 mmol/L |
| **Chloride** | 102 | | 98 - 112 mmol/L |
| **CO2** | 23 | | 19 - 32 mmol/L |
| **Anion Gap** | 11 | | 2 - 11 mmol/L |
| **BUN** | 18 | | 6 - 23 mg/dL |
| **Creatinine** | 1.16 | | 0.90 - 1.35 mg/dL |
| **Glucose** | **145** | **(H)** | 70 - 99 mg/dL |
| **Calcium** | 8.4 | | 8.4 - 10.5 mg/dL |
| **Albumin** | 4.0 | | 3.5 - 5.2 g/dL |
| **Total Protein** | 7.3 | | 6.6 - 8.7 g/dL |
| **Alkaline Phosphatase** | 94 | | 39 - 117 U/L |
| **ALT** | **72** | **(H)** | 0 - 40 U/L |
| **AST** | **61** | **(H)** | 0 - 39 U/L |
| **Globulin** | 3.3 | | 2.3 - 4.9 g/dL |
| **Albumin/Globulin Ratio** | 1.21 | | 0.95 - 1.59 |
| **Bilirubin, Total** | **2.5** | **(H)** | 0.3 - 1.2 mg/dL |
| **eGFR** | 78 | | > 60 mL/min/BSA |

```
eGFR calculated using CKD-EPI 2021 refit equation
recommended by NKF/ASN Task Force (JASN December 2021,
32 (12) 2994-3015).
New calculation was implemented at Balladhealth labs on
12/05/2022.
Expected Reference Interval: >=60mL/min/1.73 square meters
```

**Flag Legend:**
**!=Abnormal** **L=Low** **H=High** **C=Critical** **CL=Critical Low** **CH=Critical High**

**HAWKINS COUNTY MEMORIAL HOSPITAL**
851 Locust St, Rogersville TN 37857

**GREGORY A. STANCEL, M.D.** - Laboratory Director
Clinical Laboratory 423-921-7230

| Component | Value | Reference |
|---|---|---|
| CKD stages: I:>90 II:60-89 III:30-59 IV:15-29 V:<15<br>Estimated GFR (eGFR) calculated using the CKD-EPI 2021 refit equation. Results should be interpreted with caution in situations that predispose to inaccuracies of the eGFR, including non-steady state creatinine (acute kidney injury), extremes of muscle mass/body size, high protein diets/supplement use, dialysis, loss of extracellular fluid, drugs interfering with renal tubular secretion (eg cimetidine, trimethoprim) or gut creatinase activity (antibiotics), and analytic interferences related to altered metabolites (glucose, ketones, bilirubin) or drugs. | | |

Resulting Lab: HCMH LAB

Order Questions

**Has the patient fasted?**

**Magnesium** (Final result)

| | | | |
|---|---|---|---|
| ID: | R23-038-C0021 | Collected: | 2/7/2023 0818 |
| Type: | Blood | Source: | |
| Ordered by: | | Verified On: | 2/7/2023 0855 |

| Component | Value | Reference |
|---|---|---|
| **Magnesium** | 1.9 | 1.5 - 2.5 mg/dL |

Resulting Lab: HCMH LAB

**Troponin I** (Final result)

| | | | |
|---|---|---|---|
| ID: | R23-038-A0004 | Collected: | 2/7/2023 0818 |
| Type: | Blood | Source: | |
| Ordered by: | | Verified On: | 2/7/2023 0857 |

| Component | Value | Reference |
|---|---|---|
| **Troponin I**<br>TROPONIN INTERPRETATIVE DATA:<br>Serum levels of troponin I are highly sensitive and specific for detection of myocardial injury due to ischemia, myocarditis, or cardiac contusion/surgery. Clinical studies have shown that troponin I levels are useful indicators of myocardial injury for a range of acute coronary syndromes including unstable angina, non Q-wave, and Q-wave myocardial infarction. | <0.30 | <0.30 ng/mL |

Resulting Lab: HCMH LAB

**pro B-Type Natriuretic Peptide** (Final result)

| | | | |
|---|---|---|---|
| ID: | R23-038-A0004 | Collected: | 2/7/2023 0818 |
| Type: | Blood | Source: | |
| Ordered by: | | Verified On: | 2/7/2023 0857 |

| Component | Value | Reference |
|---|---|---|
| **pro B-Type Natriuretic Peptide** | **3,963 (H)** | 0 - 125 pg/mL |

Resulting Lab: HCMH LAB

**Flag Legend:**
**!=Abnormal** **L=Low** **H=High** **C=Critical** **CL=Critical Low** **CH=Critical High**

**HAWKINS COUNTY MEMORIAL HOSPITAL**
851 Locust St, Rogersville TN 37857

**GREGORY A. STANCEL, M.D.** - Laboratory Director
Clinical Laboratory 423-921-7230

## ENDOCRINOLOGY

**TSH** (Final result)

| | | | |
|---|---|---|---|
| ID: | R23-038-00021 | Collected: | 2/7/2023 0918 |
| Type: | Blood | Source: | |
| Ordered by: | | Verified On: | 2/7/2023 0958 |

| Component | Value | Reference |
|---|---|---|
| **TSH** | 4.30 | 0.34 - 5.60 uIU/mL |

Resulting Lab: HCMH LAB

## HEMATOLOGY

**COMPLETE BLOOD COUNTS**

| | 02/07/23 0918 | Reference |
|---|---|---|
| **WBC** | 5.4 | 3.5-11.0 K/uL |
| **RBC** | 5.21 | 4.22-5.81 M/uL |
| **Hemoglobin** | 15.5 | 13.0-16.5 g/dL |
| **Hematocrit** | 46.4 | 41.0-51.0 % |
| **MCV** | 89.1 | 78.0-98.0 fL |
| **MCH** | 29.8 | 25.0-34.0 pg |
| **MCHC** | 33.4 | 31.5-36.0 g/dL |
| **RDW** | 14.0 | 11.5-16.0 % |
| **Platelet Count** | 235 | 150-400 K/uL |
| **MPV** | 11.8 | 8.4-12.7 fL |
| **Neutrophils #** | 3.76 | 1.60-8.30 K/uL |
| **Lymphocytes #** | 0.95 | 0.70-4.00 K/uL |
| **Monocytes #** | 0.55 | 0.10-1.00 K/uL |
| **Eosinophils #** | 0.11 | 0.00-0.60 K/uL |
| **Basophils #** | 0.02 | 0.00-0.20 K/uL |
| **Neutrophils %** | 69.8 | % |
| **Lymphocytes %** | 17.6 | % |
| **Monocytes %** | 10.2 | % |
| **Eosinophils %** | 2.0 | % |
| **Basophils %** | 0.4 | % |
| Resulting Lab: | HCMH LAB | |

**Resulting Labs**

| | |
|---|---|
| **HCMH LAB** | HCMH CLINICAL LAB, Hawkins County Memorial Hospital, Medical Director: Gregory A. Stancel, M.D., 851 Locust Street, Rogersville TN 37857 |

**Flag Legend:**
**!=Abnormal** **L=Low** **H=High** **C=Critical** **CL=Critical Low** **CH=Critical High**

**FIELDS, David L (id #98454, dob:**

LAB* 02/07/2023 (#8817742, 02/07/2023)

**Ballad**Health

It's your story. We're listening.

Hawkins County Hospital
851 Locust Street
Rogersville, TN 37857
Phone: 423-921-7230
Fax: 423-921-7267

# fax

TO: Dr Nicholson

FROM: Hemu Lab

FAX: 865-392-3449

PAGES:

PHONE:

DATE:

RE: David Fields

CC:

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Comments:

Labs

THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION. THE INFORMATION IS INTENDED ONLY FOR THE USE BY THE INDIVIDUAL OR ENTITY NAMED ABOVE. THE AUTHORIZED RECIPIENT IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY UNLESS REQUIRED TO DO SO BY LAW OR REGULATION AND IS REQUIRED TO PROTECT THE INFORMATION FROM ALL UNAUTHORIZED ACCESS.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND ARRANGE FOR THE RETURN OR DESTRUCTION OF THESE DOCUMENTS.

*IF YOU HAVE RECEIVED THIS FAX IN ERROR PLEASE CONTACT BALLAD HEALTH INFORMATION SYSTEMS SERVICE DESK AT 423.431.6290 OR 423.230.8383

FROM-TO-18653923449 02/07/2023 10:49:39 #681 P 001/004

**HAWKINS COUNTY MEMORIAL HOSPITAL**
851 Locust St, Rogersville TN 37857

**GREGORY A. STANCEL, M.D.** - Laboratory Director
Clinical Laboratory 423-921-7230

| | | | |
|---|---|---|---|
| **Patient:** | Fields, David | **PCP:** | Mark J Dalle-Ave, MD |
| **MRN:** | 00577368 | **Admitted:** | |
| **DOB:** | | **Diagnosis:** | |
| **Age:** | 40 yrs | **Location:** | HCMH CLINICAL LAB |
| **Sex:** | Male | | HCMH CLINICAL LAB |

**Authorizing Provider**

**Barry I Michelson, MD** O: 865-392-3400

## CLINICAL LABORATORY RESULTS

**CHEMISTRY - ROUTINE**

**Comprehensive Metabolic Panel** (Final result)

| | | | |
|---|---|---|---|
| ID: | R23-038-C0021 | Collected: | 2/7/2023 0918 |
| Type: | Blood | Source: | |
| Ordered by: | | Verified On: | 2/7/2023 0955 |

| Component | Value | Flag | Reference |
|---|---|---|---|
| Sodium | 136 | | 135 - 145 mmol/L |
| Potassium | 4.4 | | 3.5 - 5.1 mmol/L |
| Chloride | 102 | | 96 - 112 mmol/L |
| CO2 | 23 | | 19 - 32 mmol/L |
| Anion Gap | 11 | | 2 - 11 mmol/L |
| BUN | 18 | | 8 - 23 mg/dL |
| Creatinine | 1.16 | | 0.80 - 1.35 mg/dL |
| Glucose | 146 | (H) | 70 - 99 mg/dL |
| Calcium | 9.4 | | 8.4 - 10.5 mg/dL |
| Albumin | 4.0 | | 3.5 - 5.2 g/dL |
| Total Protein | 7.3 | | 6.0 - 8.7 g/dL |
| Alkaline Phosphatase | 94 | | 39 - 117 U/L |
| ALT | 72 | (H) | 0 - 40 U/L |
| AST | 51 | (H) | 0 - 36 U/L |
| Globulin | 3.3 | | 2.3 - 4.5 g/dL |
| Albumin/Globulin Ratio | 1.21 | | 0.95 - 1.59 |
| Bilirubin, Total | 2.5 | (H) | 0.3 - 1.2 mg/dL |
| eGFR | 73 | | >=60 mL/min/BSA |

eGFR calculated using CKD-EPI 2021 refit equation
recommended by NKF/ASN Task Force (JASN December 2021
32 (12) 2994-3015)
New calculation was implemented at Balladhealth labs on
12/05/2022
Expected Reference Interval: >=60mL/min/1.73 square meters

**Flag Legend:**
**I=Abnormal** **L=Low** **H=High** **C=Critical** **CL=Critical Low** **CH=Critical High**

**FIELDS, David L (id #98454, dob:**

**HAWKINS COUNTY MEMORIAL HOSPITAL**
851 Locust St, Rogersville TN 37857

**GREGORY A. STANCEL, M.D.** - Laboratory Director
Clinical Laboratory 423-921-7230

| Component | Value | Reference |
|---|---|---|

CKD Stages: I:>90 II:60-89 III:30-59 IV:15-29 V:<15
Estimated GFR (eGFR) calculated using the CKD-EPI 2021 refit equation. Results should be interpreted with caution in situations that predispose to inaccuracies of the eGFR, including non-steady state creatinine (acute kidney injury), extremes of muscle mass/body size, high protein diets/supplement use, dialysis, loss of extracellular fluid, drugs interfering with renal tubular secretion (eg cimetidine, trimethoprim) or gut creatinase activity (antibiotics), and analytic interferences related to altered metabolites (glucose, ketones, bilirubin) or drugs.
Resulting Lab: HCMH LAB

Order Questions
**Has the patient fasted?**

**Magnesium** (Final result)

| | | | |
|---|---|---|---|
| ID: | R23-038-C0021 | Collected: | 2/7/2023 0918 |
| Type: | Blood | Source: | |
| Ordered by: | | Verified On: | 2/7/2023 0955 |

| Component | Value | Reference |
|---|---|---|
| **Magnesium** | 1.9 | 1.6 - 2.6 mg/dL |

Resulting Lab: HCMH LAB

**Troponin I** (Final result)

| | | | |
|---|---|---|---|
| ID: | R23-038-A0004 | Collected: | 2/7/2023 0918 |
| Type: | Blood | Source: | |
| Ordered by: | | Verified On: | 2/7/2023 0957 |

| Component | Value | Reference |
|---|---|---|
| **Troponin I** | <0.30 | <0.30 ng/mL |

TROPONIN INTERPRETATIVE DATA:
Serum levels of troponin I are highly sensitive and specific for detection of myocardial injury due to ischemia, myocarditis, or cardiac contusion/surgery. Clinical studies have shown that troponin I levels are useful indicators of myocardial injury for a range of acute coronary syndromes including unstable angina, non Q-wave, and Q-wave myocardial infarction.
Resulting Lab: HCMH LAB

**pro B-Type Natriuretic Peptide** (Final result)

| | | | |
|---|---|---|---|
| ID: | R23-038-A0004 | Collected: | 2/7/2023 0918 |
| Type: | Blood | Source: | |
| Ordered by: | | Verified On: | 2/7/2023 0957 |

| Component | Value | Reference |
|---|---|---|
| **pro B-Type Natriuretic Peptide** | 3,953 (H) | 0 - 125 pg/mL |

Resulting Lab: HCMH LAB

**Flag Legend:**
**I=Abnormal** **L=Low** **H=High** **C=Critical** **CL=Critical Low** **CH=Critical High**

**HAWKINS COUNTY MEMORIAL HOSPITAL**
851 Locust St. Rogersville TN 37857

**GREGORY A. STANCEL, M.D.** - Laboratory Director
Clinical Laboratory 423-921-7230

## ENDOCRINOLOGY

**TSH** (Final result)

| | | | |
|---|---|---|---|
| ID: | R23-038-00021 | Collected: | 2/7/2023 0918 |
| Type: | Blood | Source: | |
| Ordered by: | | Verified On: | 2/7/2023 0955 |

| Component | Value | Reference |
|---|---|---|
| TSH | 4.30 | 0.34 - 5.60 uIU/mL |

Resulting Lab: HCMH LAB

## HEMATOLOGY

**COMPLETE BLOOD COUNTS**

| | 02/07/33 0918 | Reference |
|---|---|---|
| WBC | 5.4 | 3.5-11.0 K/uL |
| RBC | 5.21 | 4.02-5.81 M/uL |
| Hemoglobin | 15.5 | 13.9-16.0 g/dL |
| Hematocrit | 46.4 | 41.0-51.0 % |
| MCV | 89.1 | 78.0-98.0 fL |
| MCH | 29.8 | 25.0-34.0 pg |
| MCHC | 33.4 | 31.5-36.0 g/dL |
| RDW | 14.0 | 11.5-15.0 % |
| Platelet Count | 235 | 150-400 K/uL |
| MPV | 11.8 | 8.4-12.7 fL |
| Neutrophils # | 3.78 | 1.00-8.30 K/uL |
| Lymphocytes # | 0.95 | 0.79-4.00 K/uL |
| Monocytes # | 0.55 | 0.10-1.00 K/uL |
| Eosinophils # | 0.11 | 0.00-0.50 K/uL |
| Basophils # | 0.02 | 0.00-0.20 K/uL |
| Neutrophils % | 69.8 | % |
| Lymphocytes % | 17.6 | % |
| Monocytes % | 10.2 | % |
| Eosinophils % | 2.0 | % |
| Basophils % | 0.4 | % |
| Resulting Lab: | HCMH LAB | |

**Resulting Labs**

**HCMH LAB** — HCMH CLINICAL LAB, Hawkins County Memorial Hospital, Medical Director: Gregory A. Stancel, M.D., 851 Locust Street, Rogersville TN 37857

**Flag Legend:**
**!=Abnormal** **L=Low** **H=High** **C=Critical** **CL=Critical Low** **CH=Critical High**

sharecare

hds.sharecare.com | 858.244.1811 | F: 858.430.4962

Attn: THE LINCOLN NATIONAL LIFE
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY
PO BOX 2609
OMAHA, NE 68103-2609
8778433950

**Payment Address:**
Sharecare Health Data Serices, LLC
PO Box 208937
Dallas, TX 75320-8937

Wednesday, August 23, 2023

**Pay Online: payonline.hds.sharecare.com**

**Patient Name : DAVID FIELDS**

**Invoice Number : 20642344**

Sharecare Health Data Services, LLC ("Sharecare") is the record management service for the provider named on the enclosed invoice. We have received your request for records on the above-named patient. Upon receipt of payment or guarantee of payment, we will release records accordingly.

**To expedite handling, please pay online at:**
**payonline.hds.sharecare.com**

To contact us, please visit our Customer Support Page at: hds.sharecare.com/contact-us

If we do not receive a **response within 30 days** from the invoice date, the request for records will be **canceled**.

This message is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

sharecare

Invoice Number: 20642344
Date: 8/21/2023
Tax ID: 90-0998358
**Pay Online: payonline.hds.sharecare.com**

Bill To:

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
PO BOX 2609
OMAHA, NE 68103-2609

Mail Check To:

Sharecare Health Data Services, LLC
PO Box 208937
Dallas, TX 75320-8937

Records will be released upon receipt of payment

| Patient Name | Reference | Record Type | Pages |
|---|---|---|---|
| DAVID FIELDS | 1230051807 00001020986100000 | Medical | 157 |

| Send Medical Records to: |
|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY PO BOX 2609 OMAHA, NE 68103-2609 |

| Provider: |
|---|
| Tennova Heart - Turkey Creek 10800 Parkside Drive, Ste 331 Knoxville, TN 37934-1922 |

| Description | Quantity | Rate | Sub-Total |
|---|---|---|---|
| Pages 1-5 | 1.00 | $20.0000 | $20.00 |
| Pages 6-50000 | 152.00 | $0.5000 | $76.00 |

| | |
|---|---|
| Sub-Total: | $96.00 |
| Delivery Fee: | $8.05 |
| Tax: | $0.00 |
| Payment/Credits: | $0.00 |
| Balance Due: | $104.05 |

**Use online payment portal for fastest service!**
**https://payonline.hds.sharecare.com/**

We accept VISA, MasterCard, American Express, and Discover.
We DO NOT accept Flex Health Spending cards

Please return the bottom section with your payment.

**Mail Check To:**

Sharecare Health Data Services, LLC
PO Box 208937
Dallas, TX 75320-8937

Invoice Number: 20642344
Customer Number: LINCOLN5-68114
Balance Due: $104.05

For Customer Support: hds.sharecare.com/contact-us | 858-244-1811 | 858-430-4962 Fax

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 14, 2023

DR NILAM PATEL
RELEASE OF INFORMATION
10800 PARKSIDE DR
APT 331
KNOXVILLE, TN 37934

Re: Policy Number: 00001020986100000
Claim Number: 1230051807
Patient: David Fields
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 01/01/2023 to Present |
| Diagnostic Test Results | 01/01/2023 to Present |

Current state statutes for Tennessee: Provider Records are: $20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-877-843-3950**.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(*Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ______________________________________

Routing Number: ______________________________________

Account Number: ______________________________________

Authorized Signature: ______________________________________________________ Date: ________________________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Sydney Pecka
Assisting on behalf of Janice Nixon
678-295-3161
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Enclosure: Upload3538342732212869804

**Lincoln/Fields 1833**

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Fields (Last) David (First) Lynn (Middle)

Date of Birth: ______ Social Security Number: xxx-xx-

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had);
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** David Fields **DATE** 8-7-2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME** David Lynn Fields

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______

**ADDRESS:** ______
(Street)

______
(City) (State) (Zip Code)

**PHONE NO:** ______

Date: Tue Aug 08 13:20:34 CDT 2023
From: Lori Jones <Lori.Jones@lfg.com>
To: melindafields1@gmail.com
Message-ID: <1026171159.13.1691518834153.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230051807 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Lori Jones**
**Claims Examiner II, Social Security**
LN10-Lincoln National Life Insurance Co
90th & Dodge
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 *2787
Fax: 402-361-1219
Email: Lori.Jones@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge®

Lincoln/Fields 1835

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 8, 2023

DAVID L FIELDS

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear Mr. Fields:

As you know, you have been approved for Long-Term benefits. As part of this review the Social Security team reviews claims to determine if claimants are eligible to apply for Social Security Disability. Currently, we do not believe that you are a good candidate for Social Security Disability Income (SSDI) benefits. Our assessment indicates that you may be able to return to work in your own occupation or to work in a lessor occupation before you reach eligibility for SSDI benefits.

We will continue to review your claim periodically for any change in status that might make you eligible for SSDI benefit consideration.

If you filed for SSDI benefits on your own, you are required to disclose this to Lincoln, and provide us with proof of your application for those benefits or a SSDI Approval Letter (Notice of Decision letter) if approved for Social Security benefits.

If you have any questions regarding this letter, please contact me at 1-800-423-2765, ext. 2787.

Sincerely,

Lori Jones
800-423-2765 *2787
Claims Examiner II, Social Security
The Lincoln National Life Insurance Company

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 7, 2023

DAVID L FIELDS

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear Mr. Fields:

This letter is in reference to your claim for Long Term Disability benefits.

While reviewing your claim(s), we have found that we need additional information. Please sign and date the enclosed authorization form and return it to us by 08/21/2023.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Janice Nixon
678-295-3161
Associate, LTD Claims
The Lincoln National Life Insurance Company

Enclosure: General Authorization

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Lincoln Financial Group

## Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll Free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility, insurance or reinsurance company, government agency, department of labor, acquaintance, group policyholder, employer, or policy or benefit plan administrator to release information from the records of:

Name of Insured: Fields (Last) David (First) Lynn (Middle)

Date of Birth: ______ Social Security Number: xxx xx ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s), or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** David Fields **DATE** 8-7-2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME** David Lynn Fields

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______

**ADDRESS:**
(Street)

(City) (State) (Zip Code)

**PHONE NO:** ______

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

E-communication from Lincoln Financial Group

Date: Mon Aug 07 11:43:55 CDT 2023
From: Janice Nixon <Janice.Nixon@lfg.com>
To: melindafields1@gmail.com
Message-ID: <1777473180.2570.1691426635837.JavaMail.webadmin@ne1plwas106.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230051807 (SECURE)

## Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Janice Nixon**
**Associate, LTD Claims**
LN10-Lincoln National Life Insurance Co
400 Interstate North Pkwy SE Suite 1400
Atlanta, GA 30339
Toll Free Phone: 1-800-423-2765
Phone: 678-295-3161
Fax: 402-938-7936
Email: Janice.Nixon@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 7, 2023

DAVID L FIELDS

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear Mr. Fields:

This letter is in reference to your claim for Long Term Disability benefits.

While reviewing your claim(s), we have found that we need additional information. Please sign and date the enclosed authorization form and return it to us by 08/21/2023.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Janice Nixon
678-295-3161
Associate, LTD Claims
The Lincoln National Life Insurance Company

Enclosure: General Authorization

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1.In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: ______________________________
(Last) (First) (Middle)

Date of Birth: ____________________ Social Security Number: xxx-xx-____________________

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** ______________________________ **DATE** ____________________

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME**: ______________________________

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ____________________

**ADDRESS:** ______________________________
(Street)

______________________________
(City) (State) (Zip Code)

**PHONE NO:** ______________________________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Date: Mon Aug 07 09:55:58 CDT 2023
From: Janice Nixon <Janice.Nixon@lfg.com>
To: melindafields2@gmail.com
Message-ID: <1716516417.43.1691420158251.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230051807 (SECURE)

E-communication from Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.


**Janice Nixon**
**Associate, LTD Claims**
LN10-Lincoln National Life Insurance Co
400 Interstate North Pkwy SE Suite 1400
Atlanta, GA 30339
Toll Free Phone: 1-800-423-2765
Phone: 678-295-3161
Fax: 402-938-7936
Email: Janice.Nixon@lfg.com



Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com


Lincoln/Fields 1846

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 7, 2023

DAVID L FIELDS

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear Mr. Fields:

This letter is to advise your claim for Long Term Disability benefits has been approved.

The policy does have a 180 day elimination period during which no benefits are payable. After satisfaction of this elimination period, benefits for your claim would begin on 08/07/2023. Your first benefit payment will be issued on 09/04/2023 and will cover the period of disability from 08/07/2023 to 09/07/2023.

Subsequent payments will be issued on or around day 7 of each month. Disability benefits will be payable as long as you continue to meet the terms of the policy.

If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim.

**YOUR BENEFIT AMOUNT**

Based on your Basic Monthly Earnings as defined by the policy, your monthly benefit will equal $3,207.89. However, your monthly benefit might be reduced because of other income based on the policy provisions.

**OTHER SOURCES OF INCOME**

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Other Sources of Income may reduce your monthly Long Term Disability benefit. Other Sources of Income include, but are not limited to:

- Social Security
- Worker's Compensation
- Short Term Disability and/or State Disability Income
- Pension or Retirement Income
- Part-time earnings

If you receive other sources of income, you are required to notify our office immediately and send us copies of your award letters.

**HOW LONG YOUR CLAIM MAY BE PAID**

Your policy provides 24 months of benefits as long as you are unable to perform the main duties of your Own Occupation, as defined in the policy.

However, after this period your claim will be re-evaluated. Benefits will continue if you are disabled from performing any type of work.

Please note, you are required by the policy to remain under the regular care and attendance of a legally qualified physician who can verify your continuing disability. Occasionally, we will send you supplementary claim forms to provide us with continuing proof of disability, which will include requesting current medical records.

Our experience with disability claims has shown that many people are able to resume work activities within a short amount of time after becoming disabled. We will continue to closely monitor your medical condition with periodic updates so when it appears you may be able to return to work, you should be aware of the return-to-work provisions in your policy. Please contact us when you do return to work or for more information on how we can help you with your return to work plans.

**PARTIAL DISABILITY and VOCATIONAL REHABILITATION**

The policy contains a partial disability monthly benefit provision. If you become capable of working on a part-time basis, you may still be entitled to a monthly benefit. Please notify our office immediately if your disability status changes and we will determine your eligibility for partial disability benefits.

The policy contains a vocational rehabilitation benefit for which you may be eligible. Vocational Rehabilitation consists of services, which may include:

- vocational evaluation, counseling, training or job placement
- job modification or special equipment
- other services The Lincoln National Life Insurance Company feels are reasonably necessary to help you return to work

You, your physician or The Lincoln National Life Insurance Company can propose vocational rehabilitation. You may be contacted in the future to determine your rehabilitation needs and goals. Please complete the enclosed Rehabilitation Survey.

**TAXES AND DIRECT DEPOSIT**

If your employer pays all or a portion of the premium for your disability coverage, your benefits could be taxable and subject to Federal Income Tax (FIT). If you did not elect a FIT deduction on your initial claim form submission and you wish to have a FIT deduction, you must complete a W-4S form and return it to our office. W-4S forms can be obtained from the Internal Revenue Service website, www.irs.gov. Current Internal Revenue Service regulations have established a minimum withholding amount of $88.00 per month. You may have more withheld if you wish. Please note, we are unable to withhold FIT if your benefits are not taxable even if you indicated this election on your claim form.

If all or part of your benefits are taxable, Federal Income Contributions Act (FICA) taxes are mandatory for any payments issued during the first six full months of disability. These taxes will be automatically calculated and deducted from your monthly benefit payments issued during that time period.

The Lincoln National Life Insurance Company offers electronic funds transfer for your convenience. This will eliminate mail delays and ensure your payment is deposited directly into your bank account on the date it is due each month. If you did not elect electronic funds transfer on your initial claim form, you may call our 800 number listed in this letter to initiate the direct deposit. You also can sign up for direct deposit on our website, www.LincolnFinancial.com.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Janice Nixon
678-295-3161
Associate, LTD Claims
The Lincoln National Life Insurance Company

Enclosure(s): REHAB SURVEY
TRANSLATION SERVICES FORM

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# REHABILITATION SURVEY

**(PLEASE see FRAUD NOTICES attached)**

Date of Request: 08/07/23

| | |
|---|---|
| Policy # 00001020986100000 | Employer East Tennessee Iron & Metal Works, Inc. |

**Information About Yourself**

| | |
|---|---|
| Name: | Phone Number: |
| Address: PO Box 2609 Omaha, NE 68103-2609 | |
| | |
| Social Security Number: | Date of Birth: |

**Education History**

| | | |
|---|---|---|
| Highest Grade Completed 1 2 3 4 5 6 7 8 9 10 11 12 GED | Year Completed: | G.P.A.: |
| College 1 2 3 4 AS BA BS MA MS PhD Major: | Year Completed: | G.P.A.: |
| Vocational Training: | | |
| | | |
| Certifications Held: | | |

**Military**

| | | |
|---|---|---|
| Year: From ________ to ________ | Rank: | Job Title. |
| Responsibilities: | | |
| | | |
| | | |

**Vocational History**

| | |
|---|---|
| Please fill out completely and be as specific as possible starting with the most recent employer.<br>If you have a resume, please attach and return. This information is important in determining what services may be available to you. | |
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

**Vocational History Continued**

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

**Activities of Daily Living:**

How long can you continuously: Sit? _________ Stand? _________ Walk? _________ Drive? _________

How far can you: Walk? _________ Drive? _________

How much weight can you safely lift/carry?

| | Never | Occasionally (0-33%) | Frequently (36-66%) | Constantly (67-100%) |
|---|---|---|---|---|
| 0-10 lbs. | | | | |
| 11-20 lbs. | | | | |
| 21-50 lbs. | | | | |
| 51-100 lbs. | | | | |
| over 100 lbs. | | | | |

How often can you do the following? (use the following codes) N = Never; O = Occasionally; F = Frequently; C = Constantly

Climb? ______ Balance? ______ Stoop? ______ Kneel? ______ Crouch? ______ Crawl? ______ Reach? ______

Perform repetitive movements? Hands? ______ Feet? ______

Describe how your disability impacts your ability to work:

Describe any hobbies, recreational activities or special interests you have:

How does your disability impact your ability to engage in recreational interests?

**Medical Information**

| Describe your current medical problems and how they prevent you from working: |
|---|
| |
| |
| |
| |
| Names and addresses of current doctors (please indicate what they are treating you for and your next scheduled appointment) |
| |
| |
| |
| Names, dates and addresses of hospitals you have been in for your current disability: |
| |
| |
| |
| |
| Names and dosages of current medications: |
| |
| |
| |
| What special equipment do you use (wheelchair, cane, TENS unit, brace, etc.)? |
| |
| |
| |
| |
| Describe the measures your physician is taking to assist you in returning to work: |
| |
| |
| |
| |

**Benefit Information:**

| List the amount of benefits you are receiving for (include effective dates): | | |
|---|---|---|
| Social Security | Workers Compensation: | State Disability: |
| VA Benefits: | Retirement: | Other: |
| If you do not receive Social Security benefits, have you applied and what is the status? | | |
| | | |
| | | |
| | | |

**Rehabilitation Activities**

| |
|---|
| Are you or have you ever participated in a Vocational Rehabilitation program through any state, federal or local agency? If so, please provide name, address, phone number, services received and counselors name: |
| |
| |
| |
| Status of above services (active, discontinued, etc.). Be specific and give details: |
| |
| |
| |
| Describe how you feel about returning to work (i.e. scared, anxious, excited, reluctant, etc.): |
| Why? |
| |
| |
| Describe what you will require to return to your regular occupation: |
| |
| |
| |
| If you do not feel you will be able to return to work in your regular occupation, what other occupations are you interested in? |
| |
| |
| |
| Are there any other conditions that will affect your ability to return to work? Please explain: |
| |
| |
| |
| Are you interested in Vocational Rehabilitation to assist you in returning to work? |

**Additional Comments**

| |
|---|
| |
| |
| |
| |

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Signature ____________________________________________Date _______________________________________

Thank you for completing this survey. Once we have reviewed, if appropriate, we will contact you to discuss in more detail and determine what services may be available to you in your pursuit of returning to meaningful employment.

The Lincoln National Life Insurance Company
Claims Department

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hóló̜. Koji̜' hódíílnih áǫį̜óóǫéą̜ą́ǫąíę́ę.

**Lincoln/Fields 1856**

Date: Mon Aug 07 09:56:01 CDT 2023
From: Janice Nixon <Janice.Nixon@lfg.com>
To: robin@easttniron.com
E-communication from Lincoln Financial Group
Message-ID: <664483699.48.1691420161839.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230051807 (SECURE)

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Janice Nixon**
**Associate, LTD Claims**
LN10-Lincoln National Life Insurance Co
400 Interstate North Pkwy SE Suite 1400
Atlanta, GA 30339
Toll Free Phone: 1-800-423-2765
Phone: 678-295-3161
Fax: 402-938-7936
Email: Janice.Nixon@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 7, 2023

EAST TENNESSEE IRON & METAL WORKS, INC.
ATTN Robin McLellan
P.O. Box 460
Rogersville, TN 37857

Re: Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear Robin McLellan:

This letter is to inform you of the Long Term Disability claim filed by Mr. Fields has been approved beginning on 08/07/2023 and has been approved to 09/07/2023.

A detailed letter has been sent to Mr. Fields explaining how the benefits are administered. Due to the confidential nature of the approval documentation, we are unable to provide you with a copy of the actual letter sent.

Please notify us immediately should the employee return to work.

The LTD waiver of premium will take effect the first of the month following or coinciding with 08/07/2023.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Janice Nixon
678-295-3161
Associate, LTD Claims
The Lincoln National Life Insurance Company

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**Tennova™ Heart**

**TURKEY CREEK OFFICE**

10800 Parkside Drive, Suite 331
Knoxville, TN 37934
Phone: (865) 392-3400
Fax: (865) 392-3449

Knoxville HMA Cardiology PPM, LLC

Date: 8/3/2023

To: Lincoln Financial Group

Attention: Robin MacLellan

Fax Number: 877-843-3950

From: Tennova Heart - Dr. Nilam Patel / Sara Johnson NP

Dept. Name: EP

Phone Number: **(865) 392-3400**

Fax Number: **(865) 392-3449**

Pages: 3
(includes the fax cover sheet)

Notes: David Fields
Disability Forms

**Confidentiality Notice:** The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been filled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of these documents, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of the documents.

Lincoln Financial Group

# Short Term Disability Claim Form Physician's Statement

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

**1. Patient Information**

Full Name (First): David
(M.I.): L
(Last Name): Fields
Social Security Number:

Height: 6'
Weight: 254lb
Blood Pressure: 98/62
Employer Name: East Tennessee Iron & Metal

**2. Diagnosis**

Primary ICD diagnostic Code (Required): I42.0
Primary ICD diagnosis Description: Nonischemic cardiomyopathy

Secondary ICD Diagnosis Code: I50.22
Secondary ICD Diagnosis Description: Chronic Systolic Heart Failure

**Pregnancy**

First Treated: __/__/__
Estimated Delivery: __/__/__
Date of Delivery: __/__/__
☐ Vaginal ☐ C-Section

Symptoms: dyspnea, swelling, hypotension

Objective Findings (include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings):
left ventricular function <35% on maximum tolerable medical therapy.
recent CRT-D implantation

**3. Disability Circumstances** - *Check if applicable*

☒ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances:

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| 2/1/23 | 2/6/23 | 2/6/23 |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| 2/6/23 | 7/21/23 | 9/8/23 |

Dates hospital confined: __/__/__ to __/__/__

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Short Term Disability Claim Form Physician's Statement

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 4. Limitations and Restrictions

Avoid heavy lifting
Restrictions (what the patient SHOULD NOT do)

Avoid chainsaw, welding
Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% - 100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ____ | Standing | O | Crouching | ____ | Overhead | ____ |
| 6-10 lbs. | O | Walking | O | Crawling | ____ | Desk Level | ____ |
| 11-25 lbs. | O | Sitting | O | Grasping | ____ | Below Waist | ____ |
| 26-50 lbs. | N | Balancing | ____ | Climbing | ____ | | |
| 51-100 lbs. | N | Stooping | ____ | Pushing | ____ | | |
| 100 + lbs. | N | Kneeling | ____ | Pulling | ____ | | |
| | | Fingering | ____ | Bending | ____ | | |

What job modifications would allow the patient to return to work?

## 5. Treatment

Continue medication optimization
Continue therapy from biventricular
pacing from CRT-D

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

guarded

Describe the patients prognosis for recovery

## 7. Physician's Information

Nilam Patel
Name

10800 Parkside Dr. #331
Street Address

Knoxville | TN | 37934
City | State | Zip Code

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____/____/________

Dressing ____/____/________

Transferring ____/____/________

Bathing ____/____/________

Toileting ____/____/________

Eating ____/____/________

Date patient experienced loss of Cognitive Functioning: ____/____/________

lifelong management
Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

___/___/______ to ___/___/______

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

865-392-3400 | 865-392-3449
Phone Number | Fax Number

[signature]
**Signature** **Date** ___/___/___

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

# Facsimile Cover Sheet

| | |
|---|---|
| **To:** | |
| **Company:** | |
| **Phone:** | |
| **Fax:** | (877) 843-3950 |
| | |
| **From:** | Robin MacLellan |
| **Company:** | |
| **Phone:** | (423) 235-4119 * 106 |
| **Fax:** | 14232350272 |
| | |
| **Date:** | 08/02/2023 |
| **Pages including this cover sheet:** | 10 |

## Comments:

Claim Number 1230012611 David Fields. Medical records attached.

# Rural Health Services Consortium, Inc.

**FACSIMILE TRANSMISSION**

Hawkins - Suite 4
4307 Hwy 66S
Rogersville, TN 37857
423-921-1624
Fax: 423-921-1677

To: East TN Iron + Metal From: Nettie

Fax: 423-235-0272 Date: 8-2-23

Phone: Pages:

Re: CC:

☐Urgent ☐For Review ☐Please Comment ☐Please Reply ☐Please Recycle

SUBJECT: David Fields DOB

Claim# 123 0012611

The information contained in this facsimile message is privileged and confidential information intended for the use to the addressee listed above and no one else. The Personal Health Information contained in this correspondence is HIGHLY CONFIDENTIAL and is intended for the EXCLUSIVE use of the addressee. It is to be used only to aid in the providing of specific healthcare services to this patient. Any other use is in violation of FEDERAL Law (HIPPA) and will be reported as such. If you are not the intended recipient, please do not use this transmission in any way. If you have received this communication in error, please notify us immediately by telephone, 800-968-4200 and destroy this original message.

PATIENT: David Fields
DATE OF BIRTH:
DATE: 08/01/2023 11:30 AM
VISIT TYPE: Office Visit

I Rene Schaefers LPN am scribing for and in the presence of Mark Dalle-Ave MD. Six min prior to visit MD went over notes and lab results and other testing. This 45 year old male presents for hypertension, heart failure, Chronic conditions and Scribe Present with Provider.

History of Present Illness:

1. hypertension
   The severity has been described as being mild-moderate. It is currently stable. Risk factors include family history HTN, gout or CAD, male gender, obesity and smoking. Associated symptoms include dyspnea and fatigue. Pertinent negatives include chest pain, claudication, confusion, diaphoresis, epistaxis, headache, hematuria, irregular heartbeat/palpitations, nausea, tinnitus, transient weakness, tremor, visual disturbances and vomiting.
2. heart failure
   The symptoms are reported as being moderate. He states the symptoms are chronic and are stable.
3. Chronic conditions
   1) HTN (Stable.)
   2) Heart failure, unspecified (Stable.)
   3) Dilated cardiomyopathy (Stable.)
   4) Presence of automatic (implantable) cardiac defibrillator (Stable.)
   5) Obstructive Sleep Apnea Hypopnea (Stable.)
   6) Dependence on other enabling machines and devices (Stable.)
   7) Morbid (severe) obesity due to excess calories (Unstable.)
   8) Body mass index (BMI) 35.0-35.9, adult (onset 08/01/2023; Unstable.)
   Associated symptoms include fatigue.
4. Scribe Present with Provider

David is here today for 6 month follow up
He has had 1 Covid injections
He has Pacemaker defibulator
He started to have heart problems after 3 episode of Covid last episode was in September in 2022 with problems with SOB and no energy.
He had gain a lot of weight that later was found to be fluid
He went to Cardiologist Dr Michaelson.

He saw Cardiologist in February of 2023 and did Echo of heat and found to have 10% EF
They put him on a lot of medication for heart and they in Mid feb wrist heart cath done with no major problems found.

Th... Echocardiogram done increased to 20% EF and then had MRI done June ... 2023 of heart with results of 27% EF at that time and that heart muscle was weak and needed Pacemaker with ICD was place on July 14 of 2023.

He is over whelmed at young age with sudden cardiac issues and concerns for long term health and wellness of his family.
When he finished high school at Volunteer he had many jobs for last 5 years has works at ETIM.

Chronic Conditions Addressed Today:

| Diagnosis Description | Code | Status | HPI Comments |
|---|---|---|---|
| HTN | I10 | Stable | |
| Heart failure, unspecified | I50.9 | Stable | |
| Dilated cardiomyopathy | I42.0 | Stable | |
| Presence of automatic (implantable) cardiac defibrillator | Z95.810 | Stable | |
| Obstructive Sleep Apnea Hypopnea | G47.33 | Stable | |
| Dependence on other enabling machines and devices | Z99.89 | Stable | |
| Morbid (severe) obesity due to excess calories | E66.01 | Unstable | |
| Body mass index (BMI) 35.0-35.9, adult | Z68.35 | Unstable | |

Screening Tools

Other Screenings:

| Encounter Date | Documented Date | Instrument | Score | Severity/Interpretation | MDD Classification |
|---|---|---|---|---|---|
| 08/01/2023 | 08/01/2023 | Patient Health Questionnaire (PHQ-2) | 0 | Further testing is not required | |

## PAST MEDICAL/SURGICAL HISTORY (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| Hypertension | | | | |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | | | Hypertension | | N |
| Father | | | | Stroke | | N |
| Father | | | | Hyperlipidemia | | N |
| Father | | | | Coronary artery disease | | N |

**Social History:** (Detailed)
Tobacco use reviewed.
Preferred language is English.
The patient does not need an interpreter.
MARITAL STATUS/FAMILY/SOCIAL SUPPORT
Marital status: Married
Smoking status: Never smoker.

SMOKING STATUS

| Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|
| | Never smoker | | | |

ALCOHOL
There is no history of alcohol use.
Patient has had 5 or more drinks in one day: 0 time(s) in the past year.
CAFFEINE
The patient uses caffeine: coffee and tea. - 2 cups a day.
LIFESTYLE
DIET
low salt.

**Advance Directives**
Reviewed

Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | 02/27/2023 | | | N |
| Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | 02/27/2023 | | | N |
| cetirizine 10 mg tablet | take 1 tablet by oral route every day | 02/27/2023 | | | N |
| Vazalore 81 mg capsule | take 1 capsule by oral route every day | 02/27/2023 | | | N |
| Farxiga 5 mg tablet | take 1 /2 TABLET BID | 04/18/2023 | | | N |

Medication Reconciliation
Medications reconciled today.
Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| taking as directed | carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | N | Verified |
| taking as directed | Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | N | Verified |
| taking as directed | Farxiga 5 mg tablet | take 1 /2 TABLET BID | N | Verified |
| taking as directed | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | Verified |

**Allergies**

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue. |
| ENMT | Negative | Ear drainage, Epistaxis, Hearing loss, Nasal drainage, Otalgia, Sinus pressure, Sore throat and Tinnitus. |
| Eyes | Negative | Eye discharge, Eye pain, Vision changes and Visual disturbance. |
| Respiratory | Positive | Dyspnea. |
| Respiratory | Negative | Chronic cough, Cough, Known TB exposure and Wheezing. |
| Cardio | Negative | Chest pain, Claudication and Irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, Blood in stool, Change in stool pattern, Constipation, Decreased appetite, Diarrhea, Heartburn, Nausea and Vomiting. |
| GU | Negative | Dribbling, Dysuria, Hematuria, Polyuria (Genitourinary), Slow stream, Urinary frequency, Urinary incontinence and Urinary retention. |
| Endocrine | Negative | Cold intolerance, Diaphoresis, Heat intolerance, Polydipsia and Polyphagia. |
| Neuro | Negative | Confusion, Dizziness, Extremity weakness, Gait disturbance, Headache, Memory impairment, Numbness in extremity, Seizures, Transient weakness and Tremors. |
| Psych | Negative | Anxiety, Depression and Insomnia. |
| Integumentary | Negative | Brittle hair, Brittle nails, Change in shape/size of mole(s), Hair loss, Hirsutism, Hives, Pruritus, Rash and Skin lesion. |
| MS | Negative | Back pain, Joint pain, Joint swelling, Muscle weakness and Neck pain. |
| Hema/Lymph | Negative | Easy bleeding, Easy bruising and Lymphadenopathy. |
| Allergic/Immuno | Negative | Contact allergy, Environmental allergies, Food allergies and Seasonal allergies. |

Vital Signs

### Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 11:33 AM | 6.0 | | 182.88 | 12/07/2011 | 0 |

### Weight/BSA/BMI

| Time | lb | oz | Kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 11:33 AM | 259.80 | | 117.843 | | 35.23 | 2.45 |

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 11:33 AM | 107/71 | sitting | left | arm | automatic | adult large |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/min |
|---|---|---|---|---|---|---|
| 11:33 AM | 98.00 | 36.67 | | 74 | | 16 |

### Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 11:33 AM | 97 | | | | | | | | |

### Pain Scale

Fields, David L 000000036555 08/01/2023 11:30 AM 4/8

| Time | Method |
|---|---|
| 11:33 AM 0/10 | Numeric Pain Intensity Scale |

**Measured By**

| Time | Measured by |
|---|---|
| 11:33 AM | Joyce Carter, LPN |

**Screening Summary:**
Functional status has not changed.
Most recent assessment: 08/01/2023

The following were reviewed: nutrition, tobacco use, alcohol use, caffeine use and drugs of abuse

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | * | Overall appearance - age appropriate. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Lips/teeth/gums - Normal. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Rhythm - Regular. Heart sounds - Normal S1, Normal S2. Extremities - No edema. |
| Vascular | Normal | Pulses - Carotids: Normal. Capillary refill - Less than 2 seconds. |
| Skin | * | Inspection - General inspection: warm and dry. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

## Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | | | | Further testing is not required | 0 | | |
| Giving encouragement to exercise | | | | | | | |
| Dietary management education, guidance, and counseling | | | | | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | HTN (I10), chronic, Stable. |
| | Impression | RTO in 2 months |
| | | Continue to see Dr Barry Michaelson Cardiologist in Knoxville |

Fields, David L 000000036555 1 )8/01/2023 11:30 AM 5/8

work on lowering BMI to 30 with diet watching portion sizes 1/4 cup is portion size.
Continue to monitor heart and HTN due to history of heart disease in family.

Will continue with current medications with refills if needed.
Colonoscopy advised to check with insurance to see if covered at age 45

Keep current with immunizations
Covid has had 2 injections
Flu shot done 2021

Eat healthy low salt diet
Drink plenty of water to keep hydrated
Exercise 150min weekly.
Wear sun screen to prevent further skin damage
Wear good healthy shoes and do not walk on Concert.

Patient Plan — Continue the Lisinopril 20mg daily and Aspirin 81mg daily. Follow up in 6 months, sooner prn. Reviewed his recent fasting labs. Advise healthy diet and physical activity. Low sodium diet, monitor home B/P.

Plan Orders — He is to schedule a follow-up visit with Mark Dalle-Ave, MD for blood pressure check 2 Months.

2. Assessment — Heart failure, unspecified (I50.9); chronic, Stable.

3. Assessment — Dilated cardiomyopathy (I42.0), chronic, Stable.
Impression — will continue with Entresto and Carvedilol as ordered by Dr Barry Michelson Cardiologist..

4. Assessment — Presence of automatic (implantable) cardiac defibrillator (Z95.810), chronic, Stable.
Patient Plan — see care plan

5. Assessment Impression — Obstructive Sleep Apnea Hypopnea (G47.33), chronic, Stable.

Suppled by Medi Home Medical Services of America INC.
Will obtain copy of machine reading for chart from medi Home DME..

Patient Plan

He is compliant with his CPAP use nightly for 8 hours with great benefit
He will continue to use his CPAP nightly and report any changes or problems

6. Assessment — Dependence on other enabling machines and devices (Z99.89), chronic, Stable.
Impression — 1-866-678-2825 fax number for Medi Home Care DME..
Patient Plan — Patient has Auto PAP Airsense 11 Tri Pack with heated tubing and Humidifier Setting 11-20cm H2O, EPR 3H/H

7. Assessment — Morbid (severe) obesity due to excess calories (E66.01), chronic, Unstable.

8. Assessment — Body mass index (BMI) 35.0-35.9, adult (Z68.35), chronic, Unstable.
Plan Orders — Today's instructions / counseling include(s) Dietary management education, guidance, and counseling.Giving encouragement to exercise

**Pain Management Plan**
Pain Scale: 0/10.
Method: Numeric Pain Intensity Scale.

Medications *(Added, Continued or Stopped today)*

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 02/27/2023 | carvedilol 6.25 mg tablet | take 1 tablet by ORAL route 2 times every day with food | N | | | |
| 02/27/2023 | cetirizine 10 mg tablet | take 1 tablet by oral route every day | N | | | |
| 02/27/2023 | Entresto 49 mg-51 mg tablet | take 1 tablet by oral route 2 times every day | N | | | |
| 04/18/2023 | Farxiga 5 mg tablet | take 1 /2 TABLET BID | N | | | |
| 02/27/2023 | Vazalore 81 mg capsule | take 1 capsule by oral route every day | N | | | |

**Counseling / Educational Factors:**
The patient was counseled today by Mark Dalle-Ave on medication(s). The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.
The patient was also counseled today by Mark Dalle-Ave on diagnosis. The method of counseling used included verbal explanations. Evaluation of counseling: the patient accepted the material.
Total time of the encounter was 30 minutes, which includes time spent face-to-face with the patient as well as non-face-to-face time personally spent by the physician and/or other qualified health care professional.

The patient was checked out at 12:26 PM by Christina Seals.

**Co-Sign Orders**

| Order | Ordering Provider | Cosigned Name | Cosigned Date | Cosigner Comments |
|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 08/01/2023 | |
| Giving encouragement to exercise | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 08/01/2023 | |
| Dietary management education, guidance, and counseling | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 08/01/2023 | |
| follow-up visit with Mark Dalle-Ave, MD for blood pressure check 2 Months | Mark J. Dalle-Ave MD | Mark Dalle-Ave | 08/01/2023 | |

*Provider:*
Dalle-Ave, Mark J 08/01/2023 1:06 PM

Mark J Dalle ...

Electronically signed and Authenticated by on 08/01/2023.
*Document generated by:* Mark Dalle-Ave 08/01/2023 01:06 PM

Rural Health Services Consortium, Inc.
Rogersville Medical Complex
4307 Highway 66 South
Rogersville, TN 37857-3155
Phone: (423)921-1600

Patient: Fields, David, DOB:

Date: Thu Jul 06 20:14:53 CDT 2023
From: Janice Nixon <Janice.Nixon@lfg.com>
To: robin@easttniron.com
Message-ID: <513484848.69.1688692493189.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230051807 (SECURE)

E-communication from Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Janice Nixon**
**Associate, LTD Claims**
LN10-Lincoln National Life Insurance Co
400 Interstate North Pkwy SE Suite 1400
Atlanta, GA 30339
Toll Free Phone: 1-800-423-2765
Phone: 678-295-3161
Fax: 402-938-7936
Email: Janice.Nixon@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge

Lincoln/Fields 1872

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

July 6, 2023

EAST TENNESSEE IRON & METAL WORKS, INC.
ATTN Robin McLellan
P.O. Box 460
Rogersville, TN 37857

Re: Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear Robin McLellan:

We have completed our initial review of the claim for Long Term Disability benefits filed by Mr. Fields and have determined additional information is needed prior to benefits being considered.

We have requested the additional information from Mr. Fields. This information must be provided to our office no later than 08/20/2023.

Once the requested information is received, we will notify you of the claim decision.

Please contact our office with any questions you may have at the number listed below or email us at disabilityclaims@lfg.com.

Sincerely,

Janice Nixon
678-295-3161
Associate, LTD Claims
The Lincoln National Life Insurance Company

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Date: Thu Jul 06 15:01:37 CDT 2023
From: Janice Nixon <Janice.Nixon@lfg.com>
To: melindafields2@gmail.com
Message-ID: <1633321210.78.1688673697244.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230051807 (SECURE)

E-communication from Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Janice Nixon**
**Associate, LTD Claims**
LN10-Lincoln National Life Insurance Co
400 Interstate North Pkwy SE Suite 1400
Atlanta, GA 30339
Toll Free Phone: 1-800-423-2765
Phone: 678-295-3161
Fax: 402-938-7936
Email: Janice.Nixon@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge

Lincoln/Fields 1874

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

July 6, 2023

DAVID L FIELDS

Re: Policyholder: East Tennessee Iron & Metal Works, Inc.
Policy Number: 00001020986100000
Claim Number: 1230051807
Claimant: David Fields

Dear Mr. Fields:

We have completed our initial review of your claim for Long Term Disability and have determined additional information is needed prior to benefits being considered.

Please provide The Lincoln National Life Insurance Company with the following documentation within the next 30 days:

- **Authorization Form, signed and dated**

**Please contact our office to complete an initial LTD discussion•**

In addition, we have been in contact with your Employer regarding additional information required from them to continue processing your claim.

Once all of the requested information has been received, we will continue our review of your claim.

If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim.

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Janice Nixon
678-295-3161
Associate, LTD Claims
The Lincoln National Life Insurance Company

Enclosure: General Authorization

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

   Name of Insured: ______________________________
   (Last) (First) (Middle)

   Date of Birth: ____________________ Social Security Number: ____________________

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
   PO Box 2609
   Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may <u>not</u> be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** ______________________________ **DATE** ____________________

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME**: ______________________________

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ____________________

**ADDRESS:** ______________________________
(Street)

______________________________
(City) (State) (Zip Code)

**PHONE NO:** ______________________________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

## ClaimsHOAdmin

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Wednesday, January 7, 2026 11:53 AM |
| **To:** | awd-emailrip116 |
| **Subject:** | FW: Appeal TSA upload request (secure) |
| **Attachments:** | 010726 DN ATSA Addendum 1230051807.pdf |

---

**From:** Downing, Hanna <Hanna.Downing@lfg.com>
**Sent:** Wednesday, January 7, 2026 11:52:37 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims <disabilityclaims@lfg.com>
**Cc:** Kurtz, Lisa <Lisa.Kurtz@lfg.com>
**Subject:** Appeal TSA upload request (secure)

Please upload this information for the Appeal TSA completed on claim number: 1230051807

Thank you,

Hanna

**Hanna Downing**
Consultant, Voc-Rehab & Accom Svcs II
GP CLM LTD Clinical

**Lincoln Financial**
*120 years of building tomorrows*
LincolnFinancial.com

531-375-4681 Office

Pronouns she/her/hers

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

## ClaimsHOAdmin

**From:** LFGAppeals
**Sent:** Friday, January 2, 2026 9:54 AM
**To:** awd-emailrip116
**Subject:** FW: 1230051807, Fields
**Attachments:** Peer review.PDF

---

From: filesupport <filesupport@lfg.com>
Sent: Friday, January 2, 2026 8:53:30 AM (UTC-06:00) Central Time (US & Canada)
To: LFGAppeals
Cc: Kurtz, Lisa
Subject: LTD: 1230051807, Fields

Business Area: GPRISKCLMS
Source Type as MEDRECSG
Source Identifier as MEDR – PEER REPORT

-----Original Message-----
From: emperion-no-reply@mailer.emperion.com <emperion-no-reply@mailer.emperion.com>
Sent: Wednesday, December 31, 2025 3:55 PM
To: filesupport <filesupport@lfg.com>
Subject: Claim number: LIFE: 1230070518 / LTD: 1230051807, Fields

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,

Attached is the Peer Review for the above referenced claim, Invoice to follow.  If we can further assist you with this file, please don`t hesitate to give us a call.

Thank you for the referral,

## ClaimsHOAdmin

**From:** Disability Claims
**Sent:** Monday, July 28, 2025 5:48 PM
**To:** awd-emailrip116
**Subject:** FW: David Fields' Administrative File

---

**From:** Zimmer, Charles <Charles.Zimmer@lfg.com>
**Sent:** Monday, July 28, 2025 5:48:12 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims <disabilityclaims@lfg.com>
**Subject:** FW: David Fields' Administrative File

Please add to claim 1230051807.

Thank you


**Chuck Zimmer**
Senior Claims Examiner, Long Term Disability
Group Protection, Claim Solutions
Lincoln Financial Group
8801 Indian Hills Dr
Bldg 1, 3rd Flr
Omaha NE 68114

402-361-7157 Office
877-843-3950 Fax

LincolnFinancial.com

Follow us on:


***Please visit our COVID-19 Guidance Hub by clicking on the link below***

---

**From:** Melinda Fields <melindafields1@gmail.com>
**Sent:** Monday, July 28, 2025 3:53 PM
**To:** Zimmer, Charles <Charles.Zimmer@lfg.com>
**Subject:** Re: David Fields' Administrative File

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good evening Mr Zimmer. I am aware that you are a very busy person but we would appreciate your attention in this matter of David's administrative file. You can send it via email or if you are not the person we need to reach out to please let us know who we should contact. Thank you for your time.

On Thu, Jul 24, 2025, 10:21 AM Melinda Fields <melindafields1@gmail.com> wrote:

> When do you think you can send David's file?
>
> On Tue, Jul 22, 2025, 1:47 PM Melinda Fields <melindafields1@gmail.com> wrote:

A long-term disability (LTD) a
file is a compilation of docu
to an individual's claim for lo
disability benefits, used by t
company to evaluate and m
about the claim. It includes a
submitted by the claimant ar
information gathered by the
the claim's evaluation proces
Understanding this file is cru
individuals appealing a denia
benefits.

I hope this helps with my request.

On Tue, Jul 22, 2025, 1:17 PM Melinda Fields <melindafields1@gmail.com> wrote:

The entire claim file. Like all of the dr reports, any findings the company had. I was told it's called the administrative file and that you would know what that means. I appreciate your help.

On Tue, Jul 22, 2025, 12:42 PM Zimmer, Charles <Charles.Zimmer@lfg.com> wrote:

Please clarify what you mean by administrative file? Are you looking for a copy of the LTD policy for David or a copy of his claim file?

Thank you


**Chuck Zimmer**
Senior Claims Examiner, Long Term Disability
Group Protection, Claim Solutions
Lincoln Financial Group
8801 Indian Hills Dr
Bldg 1, 3rd Flr
Omaha NE 68114

402 361 7157 Office
877 843 3950 Fax

LincolnFinancial.com


**Follow us on:**

***Please visit our COVID-19 Guidance Hub by clicking on the link below***

---

**From:** Melinda Fields <melindafields1@gmail.com>
**Sent:** Monday, July 21, 2025 3:34 PM
**To:** Zimmer, Charles <Charles.Zimmer@lfg.com>
**Subject:** David Fields' Administrative File

**This email is from an external source. Only open links and attachments from a Trusted Sender.**

Good afternoon Mr Zimmer. I am asking if you would please send David's administrative file to us? Please send it via email. We appreciate your help with this matter. Thank you.


Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

**From:** Disability Claims
**Sent:** Friday, June 13, 2025 3:20 PM
**To:** awd-emailrip116
**Subject:** FW: Please add to claim file
**Attachments:** David Fields.pdf

---

**From:** Bell, Candra <Candra.Bell@lfg.com>
**Sent:** Friday, June 13, 2025 3:19:48 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims <disabilityclaims@lfg.com>
**Cc:** Zimmer, Charles <Charles.Zimmer@lfg.com>
**Subject:** Please add to claim file

Please add to:
Claimant Name: David Fields
Claim Number: 1230051807
Business Area GPDISCLMS
Source Type- VOCRHBG
Source Identifier- VOCR- TSA
Provider – TSA

**Candra Bell, MS, CRC, LPC**
Consultant, Voc-Rehab & Accom Svcs I
GP CLM LTD, Life Waiver, Clinical

**Lincoln Financial**
LincolnFinancial.com

770-763-5152 Office

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Tuesday, June 10, 2025 6:23 PM |
| **To:** | awd-emailrip116 |
| **Subject:** | FW: Please add to claim file |
| **Attachments:** | David Fields.pdf |

---

**From:** Bell, Candra <Candra.Bell@lfg.com>
**Sent:** Tuesday, June 10, 2025 6:22:41 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims <disabilityclaims@lfg.com>
**Cc:** Zimmer, Charles <Charles.Zimmer@lfg.com>
**Subject:** Please add to claim file

Please add to:
David Fields
1230051807
Business Area GPDISCLMS
Source Type- VOCRHBG
Source Identifier- VOCR- OA
Provider – OA

**Candra Bell, MS, CRC, LPC**
Consultant, Voc-Rehab & Accom Svcs I
GP CLM LTD, Life Waiver, Clinical

**Lincoln Financial**
LincolnFinancial.com

770-763-5152 Office

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

## ClaimsHOAdmin

**From:** Disability Claims
**Sent:** Wednesday, May 21, 2025 9:55 AM
**To:** awd-emailrip116
**Subject:** FW: Documents for Claim #1230051807
**Attachments:** fieldsd claim letter 5.1.25.pdf; fieldsd EP visit 11.25.24.pdf; fieldsd cardio 3.12.25.pdf; fieldsd labs 3.12.25.pdf; fieldsd bmp 4.3.25.pdf; fieldsd st thomas stress test 1.20.25.pdf; fieldsd CHF clinic visit 3.27.25.pdf; fieldsd CHF clinic visit 5.8.25.pdf; fieldsd echo 4.2.25.pdf; DOT disqualifications 5.21.25.pdf

---

**From:** Cindy Pittman <cindy.pittman@tennova.com>
**Sent:** Wednesday, May 21, 2025 9:51:23 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims <disabilityclaims@lfg.com>
**Subject:** Documents for Claim #1230051807

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please find attached the full (10) requested documents for David L. Fields, dob If we can be of additional assistance, please let me know. You may contact me at 865.392.3400.

Sincerely,

--
Cindy S. Pittman, BSN, RN
Barry Michelson's nurse

Trust in the Lord with all thine heart; and lean not unto thine own understanding. In all thy ways acknowledge Him and He shall direct thy paths. Proverbs 3:5-6

Disclaimer: This electronic message may contain information that is Proprietary, Confidential, or legally privileged or protected. It is intended only for the use of the individual(s) and entity named in the message. If you are not an intended recipient of this message, please notify the sender immediately and delete the material from your computer. Do not deliver, distribute or copy this message and do not disclose its contents or take any action in reliance on the information it contains.

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Wednesday, May 21, 2025 9:44 AM |
| **To:** | awd-emailrip116 |
| **Subject:** | FW: David Fields disability documents |
| **Attachments:** | fieldsd EP visit 11.25.24.pdf |

---

**From:** Cindy Pittman <cindy.pittman@tennova.com>
**Sent:** Wednesday, May 21, 2025 9:43:20 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims <disabilityclaims@lfg.com>
**Subject:** David Fields disability documents

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

RE: Claim #1230051807

Please find attached records for David L. Fields, dob If there is anything we can do to be of additional assistance, please let me know at 865.392.3400

Sincerely,

--
Cindy S. Pittman, BSN, RN
Barry Michelson's nurse

Trust in the Lord with all thine heart; and lean not unto thine own understanding. In all thy ways acknowledge Him and He shall direct thy paths. Proverbs 3:5-6

Disclaimer: This electronic message may contain information that is Proprietary, Confidential, or legally privileged or protected. It is intended only for the use of the individual(s) and entity named in the message. If you are not an intended recipient of this message, please notify the sender immediately and delete the material from your computer. Do not deliver, distribute or copy this message and do not disclose its contents or take any action in reliance on the information it contains.

## ClaimsHOAdmin

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Monday, May 12, 2025 6:04 PM |
| **To:** | awd-emailrip116 |
| **Subject:** | FW: DAVID FIELDS 1230051807 |
| **Attachments:** | DAVID FIELDS 1230051807.pdf |

---

**From:** Zimmer, Charles <Charles.Zimmer@lfg.com>
**Sent:** Monday, May 12, 2025 6:03:03 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims <disabilityclaims@lfg.com>
**Subject:** FW: DAVID FIELDS 1230051807

Please add to claim 1230051807.

Thank you


**Chuck Zimmer**
Senior Claims Examiner, Long Term Disability
Group Protection, Claim Solutions
Lincoln Financial Group
8801 Indian Hills Dr
Bldg 1, 3rd Flr
Omaha NE 68114

402-361-7157 Office
877-843-3950 Fax

LincolnFinancial.com

**Follow us on:**


***Please visit our COVID-19 Guidance Hub by clicking on the link below***

---

**From:** Wingfield, Stephanie <Stephanie.Wingfield@lfg.com>
**Sent:** Monday, May 12, 2025 10:55 AM
**To:** Disability Claims <disabilityclaims@lfg.com>
**Cc:** Zimmer, Charles <Charles.Zimmer@lfg.com>
**Subject:** DAVID FIELDS 1230051807


**Stephanie Wingfield**
Lead, Medical Records
Clinical Support Services

**Lincoln Financial**
LincolnFinancial.com

800-423-2765 Office
402-361-7250 Mobile



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. For more information, please see our privacy policy. Thank You.**

## ClaimsHOAdmin

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Monday, May 12, 2025 11:56 AM |
| **To:** | awd-emailrip116 |
| **Subject:** | FW: DAVID FIELDS 1230051807 |
| **Attachments:** | DAVID FIELDS 1230051807.pdf |

---

**From:** Wingfield, Stephanie <Stephanie.Wingfield@lfg.com>
**Sent:** Monday, May 12, 2025 11:55:29 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims <disabilityclaims@lfg.com>
**Cc:** Zimmer, Charles <Charles.Zimmer@lfg.com>
**Subject:** DAVID FIELDS 1230051807


**Stephanie Wingfield**
Lead, Medical Records
Clinical Support Services

**Lincoln Financial**
LincolnFinancial.com

800-423-2765 Office
402-361-7250 Mobile



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. For more information, please see our privacy policy. Thank You.**

## ClaimsHOAdmin

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Friday, May 2, 2025 6:30 AM |
| **To:** | awd-emailrip116 |
| **Subject:** | FW: David Fields 1230051807 |
| **Attachments:** | 506004400.pdf |

---

**From:** Pecka, Sydney <Sydney.Pecka@lfg.com>
**Sent:** Friday, May 2, 2025 6:29:40 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims <disabilityclaims@lfg.com>
**Subject:** David Fields 1230051807

Please upload the attached medical records and invoice into the claim.

Thank you,
Sydney

**Sydney Pecka**
Clinical Support Coordinator
Clinical Support Services

**Lincoln Financial**
LincolnFinancial.com

800-423-2765 Office

402-938-0522 Direct

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. For more information, please see our privacy policy. Thank You.**

## ClaimsHOAdmin

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Thursday, January 9, 2025 9:26 AM |
| **To:** | entrprserip |
| **Subject:** | FW: Lincoln Financial Group Information for Claim 1230051807 (SECURE) |
| **Attachments:** | Image.jpg |

---

**From:** Zimmer, Charles <Charles.Zimmer@lfg.com>
**Sent:** Thursday, January 9, 2025 9:25:54 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims <disabilityclaims@lfg.com>
**Subject:** FW: Lincoln Financial Group Information for Claim 1230051807 (SECURE)

Please add to claim 1230051807.

Thank you

**Charles Zimmer**
Sr. Claims Examiner, LTD 2
LTD
855 818 2883 x 7157 Office

**Lincoln Financial**
LincolnFinancial.com

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

---

**From:** Melinda Fields <melindafields1@gmail.com>
**Sent:** Thursday, January 9, 2025 7:41 AM
**To:** Zimmer, Charles <Charles.Zimmer@lfg.com>
**Subject:** Re: Lincoln Financial Group Information for Claim 1230051807 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Dear Mr Zimmer I want to update David's SS income. Thank you!

On Fri, Dec 13, 2024 at 4:35 PM Charles Zimmer <Charles.Zimmer@lfg.com> wrote:

This message was sent securely using Zix

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1 800 423 2765

**Charles Zimmer**
**Sr. Claims Examiner, LTD 2**
The Lincoln National Life Insurance Company
8801 Indian Hills Dr
Omaha, NE 68114
Toll Free Phone: 1 800 423 2765
Phone: 855 818 2993 x7157
Fax: 402 951 0544
Email: Charles.Zimmer@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group. The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

You're In Charge®

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by **Zix**&#174.

## ClaimsHOAdmin

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Thursday, December 5, 2024 2:29 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Lincoln Financial Group Information for Claim 1230051807 (SECURE) |
| **Attachments:** | Image (5).jpg; Image (12).jpg; Image (3).jpg; Image (7).jpg; Image.jpg; Image (9).jpg; Image (11).jpg |

---

**From:** Zimmer, Charles <Charles.Zimmer@lfg.com>
**Sent:** Thursday, December 5, 2024 2:28:30 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims <disabilityclaims@lfg.com>
**Subject:** FW: Lincoln Financial Group Information for Claim 1230051807 (SECURE)

Please add attachments as individual documents to claim 1230051807.

Thank you

**Charles Zimmer**
Sr. Claims Examiner, LTD 2
LTD
855 818 2883 x 7157 Office

**Lincoln Financial**
LincolnFinancial.com

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

---

**From:** Disability Claims <disabilityclaims@lfg.com>
**Sent:** Wednesday, November 27, 2024 9:09 AM
**To:** entrprserip <sa-emlrip112-p@lfg.com>
**Subject:** FW: Lincoln Financial Group Information for Claim 1230051807 (SECURE)

---

**From:** Zimmer, Charles <Charles.Zimmer@lfg.com>
**Sent:** Wednesday, November 27, 2024 10:08:27 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims <disabilityclaims@lfg.com>
**Subject:** FW: Lincoln Financial Group Information for Claim 1230051807 (SECURE)

Please add to claim 1230051807.

Thank you

**Charles Zimmer**
Sr. Claims Examiner, LTD 2
LTD
855 818 2883 x 7157 Office

**Lincoln Financial**
LincolnFinancial.com

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

---

**From:** Melinda Fields <melindafields1@gmail.com>
**Sent:** Wednesday, November 27, 2024 7:35 AM
**To:** Zimmer, Charles <Charles.Zimmer@lfg.com>
**Subject:** Re: Lincoln Financial Group Information for Claim 1230051807 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I believe this is everything you asked for. If you need anything else please let me know. The Dr is sending his form from the office. Thank you and I hope you have a wonderful Thanksgiving.

On Thu, Nov 7, 2024 at 4:20 PM Charles Zimmer <Charles.Zimmer@lfg.com> wrote:

This message was sent securely using Zix®

E-communication from Lincoln Financial Group

Lincoln Financial Group®

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields . You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Charles Zimmer**
**Sr. Claims Examiner, LTD 2**
The Lincoln National Life Insurance Company
8801 Indian Hills Dr
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 855-818-2883 x7157
Fax: 402 951-8544
Email: Charles.Zimmer@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

You're In Charge

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by **Zix**&#174.

## ClaimsHOAdmin

**From:** Disability Claims
**Sent:** Tuesday, December 3, 2024 9:50 AM
**To:** entrprserip
**Subject:** FW: Lincoln Financial Group Information for Claim 1230051807 (SECURE)
**Attachments:** Screenshot_20241202-193531_Samsung Notes.jpg

---

**From:** Zimmer, Charles <Charles.Zimmer@lfg.com>
**Sent:** Tuesday, December 3, 2024 9:49:38 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims <disabilityclaims@lfg.com>
**Subject:** FW: Lincoln Financial Group Information for Claim 1230051807 (SECURE)

Please add to claim 1230051807.

Thank you


**Charles Zimmer**
Sr. Claims Examiner, LTD 2
LTD
855 818 2883 x 7157 Office

**Lincoln Financial**
LincolnFinancial.com



Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***


---

**From:** Melinda Fields <melindafields1@gmail.com>
**Sent:** Monday, December 2, 2024 6:37 PM
**To:** Zimmer, Charles <Charles.Zimmer@lfg.com>
**Subject:** Re: Lincoln Financial Group Information for Claim 1230051807 (SECURE)


***This email is from an external source. Only open links and attachments from a Trusted Sender.***


Here is the Dr's report too.

On Wed, Nov 27, 2024, 8:34 AM Melinda Fields <melindafields1@gmail.com> wrote:

> I believe this is everything you asked for. If you need anything else please let me know. The Dr is sending his form from the office. Thank you and I hope you have a wonderful Thanksgiving.
>
> On Thu, Nov 7, 2024 at 4:20 PM Charles Zimmer <Charles.Zimmer@lfg.com> wrote:

This message was sent securely using Zix®

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1 800 423 2765.

**Charles Zimmer**
**Sr. Claims Examiner, LTD 2**
The Lincoln National Life Insurance Company
8801 Indian Hills Dr
Omaha, NE 68114
Toll Free Phone: 1 800 423 2765
Phone: 855 818 2883 x7157
Fax: 402 361-8544
Email: Charles.Zimmer@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group. The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

You're In Charge®

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action

taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by Zix&#174.

**From:** Disability Claims
**Sent:** Wednesday, November 27, 2024 10:09 AM
**To:** entrprserip
**Subject:** FW: Lincoln Financial Group Information for Claim 1230051807 (SECURE)
**Attachments:** Image (5).jpg; Image (12).jpg; Image (3).jpg; Image (7).jpg; Image.jpg; Image (9).jpg; Image (11).jpg

---

**From:** Zimmer, Charles <Charles.Zimmer@lfg.com>
**Sent:** Wednesday, November 27, 2024 10:08:27 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims <disabilityclaims@lfg.com>
**Subject:** FW: Lincoln Financial Group Information for Claim 1230051807 (SECURE)

Please add to claim 1230051807.

Thank you

**Charles Zimmer**
Sr. Claims Examiner, LTD 2
LTD
855 818 2883 x 7157 Office

**Lincoln Financial**
LincolnFinancial.com

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

---

**From:** Melinda Fields <melindafields1@gmail.com>
**Sent:** Wednesday, November 27, 2024 7:35 AM
**To:** Zimmer, Charles <Charles.Zimmer@lfg.com>
**Subject:** Re: Lincoln Financial Group Information for Claim 1230051807 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I believe this is everything you asked for. If you need anything else please let me know. The Dr is sending his form from the office. Thank you and I hope you have a wonderful Thanksgiving.

On Thu, Nov 7, 2024 at 4:20 PM Charles Zimmer <Charles.Zimmer@lfg.com> wrote:

This message was sent securely using Zix®

A communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1230051807

Please review the attached letter and/or document(s) regarding the Claim #1230051807 for David Fields. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Charles Zimmer**
**Sr. Claims Examiner, LTD 2**
The Lincoln National Life Insurance Company
8801 Indian Hills Dr
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 855 818 2880 x7157
Fax: 402 951 8544
Email: Charles.Zimmer@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

You're In Charge®

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln